# United States District Court

_____ DISTRICT OF DELAWARE _____

R.R. DONNELLEY & SONS COMPANY,

    Plaintiff,

    v.

QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY AND KODAK GRAPHIC COMMUNICATIONS COMPANY,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06 032

TO:    Eastman Kodak Company
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

    Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

JAN 17 2006

_____
CLERK

[signature: Monica Mosley]

_____
BY DEPUTY CLERK

_____
DATE

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  January 17, 2006 |
| NAME OF SERVER (PRINT)  Aaron Johnston | TITLE  Courier |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on CT Corporation, registered agent for defendant Eastman Kodak Company, on January 17, 2006 @ 1:55 p.m.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/18/06
Date              Signature of Server

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801
(302) 658-9200

*Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure