AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

### DISTRICT OF DELAWARE

R.R. DONNELLEY & SONS COMPANY,

    Plaintiff,

v.

QUARK, INC., CREO, INC., EASTMAN
KODAK COMPANY AND KODAK GRAPHIC
COMMUNICATIONS COMPANY,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06   032

TO:    Creo, Inc.
    c/o Delaware Secretary of State
    John G. Townsend Building
    Federal and Duke of York Streets
    Dover, DE 19901

RECEIVED 2006 JAN 17 PM 3:12 DIVISION OF CORPORATIONS

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

    Jack B. Blumenfeld, Esquire
    Rodger D. Smith II, Esquire
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

JAN 17 2006

CLERK

[signature: Monica Mosley]

BY DEPUTY CLERK

DATE

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) *F. William Young* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *1/17*        *F. William Young*
         Date            Signature of Server

*800 King St  Suite 102*
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure