IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. Donnelley & Sons Company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Quark, Inc., Creo, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-32-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the undersigned parties, that Defendants Creo, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company's time to move, answer, or otherwise respond to the Complaint is hereby extended through and including March 8, 2006.

/s/ Jack B. Blumenfeld
_____
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Rodger D. Smith, II (#3778)
rsmith@mnat.com
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
302-658-9200
Attorneys for Plaintiff
R.R. Donnelley & Sons Company

Dated: February 1, 2006

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
Attorneys for Defendants
Creo, Inc., Eastman Kodak Company, and
Kodak Graphic Communications Company

Dated: February 1, 2006

SO ORDERED this _____ day of _____, 2006.

_____
Honorable Joseph J. Farnan, Jr.

1

RLF1-2976223-1