IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| R.R. DONNELLEY & SONS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-032-JJF |
| | ) | |
| QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY AND KODAK GRAPHIC COMMUNICATIONS COMPANY | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND PROPOSED ORDER

Plaintiff R.R. Donnelley & Sons Company and defendant Quark, Inc. hereby agree, subject to the approval of the Court, that the time for Quark, Inc. to answer, move, or otherwise respond to the complaint is extended through and including March 8, 2006.

/s/ Rodger D. Smith, II

---
Rodger D. Smith, II (No. 3778)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
Attorneys for Plaintiff R.R. Donnelley
  & Sons Company

[signature]

---
John W. Shaw (No. 3362)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
Attorneys for Defendant Quark, Inc.

So Ordered this _____ day of February, 2006,

---
United States District Judge

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on February 3, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Frederick L. Cottrell, III, Esquire
>Richards Layton & Finger P.A.
>One Rodney Square
>920 North King Street
>Wilmington, DE 19801

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ John W. Shaw
>John W. Shaw (No. 3362)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600
>jshaw@ycst.com