IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-032-JJF |
| ) | |
| QUARK, INC., CREO, INC., EASTMAN KODAK ) | |
| COMPANY AND KODAK GRAPHIC ) | |
| COMMUNICATIONS COMPANY, ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the

admission pro hac vice of Jeffrey D. Sanok and Richard McMillan, Jr., to represent Defendants,

Creo, Inc., Eastman Kodak Company and Kodak Graphic Communications Company in this

matter.

OF COUNSEL:

Jeffrey D. Sanok
Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC   20004-2595
(212)624-2500


Dated:  February 10, 2006

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE  19899
(302) 651-7700
*Attorneys for Defendants*
*Creo, Inc., Eastman Kodak Company and*
*Kodak Graphic Communications Company*

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____     _____
                                                         United States District Judge

RLF1-2977251-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83 5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83 6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action   I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 00 has been paid ☐ to the Clerk of the Court, or if not paid previously, the fee payment will be submitted ☑ to the Clerk's office upon the filing of this motion.

Jeffrey D. Sanok

Dated: _2-8-06_

Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid □ to the Clerk of the Court, or if not paid previously, the fee payment will be submitted ☑ to the Clerk's office upon the filing of this motion.

Richard McMillan

---
Richard McMillan, Jr.

Dated: February 8, 2006

Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006, I electronically filed the foregoing with the

Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and

which has also been served as noted:

### BY HAND

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE   19899

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com