IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 06-032 |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY AND KODAK GRAPHIC COMMUNICATIONS COMPANY, | ) ) ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF MAILING

Rodger D. Smith II declares as follows:

1. I am a partner in the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff R.R. Donnelley & Sons Company in this action.

2. Defendant Creo, Inc. is a Canadian corporation which maintains an office at 3700 Gilmore Way, Burnaby, British Columbia, Canada V5G 4M1.

3. The Summons and Complaint in this action were served on defendant Creo, Inc. on January 17, 2006, pursuant to 10 Del. C. § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing service on the Secretary of State, was filed with the Court on January 19, 2006.

4. On January 17, 2006, copies of the Summons and Complaint were sent by registered mail to Creo, Inc., 3700 Gilmore Way, Burnaby, British Columbia, Canada V5G 4M1, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 Del. C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon Creo, Inc. personally within this State. See Exhibit A.

5. The registered mail return receipt shows that Creo, Inc. received the registered letter and attached Summons and Complaint on February 7, 2006. See Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2006.

                                            Rodger D. Smith II

502674

# EXHIBIT A

# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

January 17, 2006

**BY REGISTERED MAIL**

Creo, Inc.
3700 Gilmore Way
Burnaby, British Columbia
Canada V5G 4M1

   Re: R.R. Donnelly & Sons Company v. Quark, Inc., Creo, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company, C.A. No. 06-032

Dear Sir/Madam:

   Enclosed are copies of the following documents that were filed today with the U.S. District Court for the District of Delaware in the above-referenced action, the originals of which were served upon the Secretary of State of the State of Delaware on your behalf: (1) Summons; and (2) Complaint. Under 10 Del. C. § 3104(d), such service is as effectual to all intents and purposes as if made personally upon you within the State of Delaware.

            Sincerely,

            Rodger D. Smith II

RDS/dal
Enclosures
502156

# EXHIBIT B



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **RA12 2311 121U S**
Detailed Results:

- Delivered Abroad, February 07, 2006, 11:59 am, CANADA
- At Foreign Delivery Unit, February 07, 2006, 8:40 am, CANADA
- Arrived Abroad, February 04, 2006, 9:35 pm, CANADA
- Into Foreign Customs, February 04, 2006, 9:35 pm, CANADA
- Acceptance, January 17, 2006, 5:30 pm, WILMINGTON, DE 19801

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Creo, Inc.<br>3700 Gilmore Way<br>Burnaby, British Columbia<br>CANADA  V5G 4M1 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☒ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)    RA 1223 11 121 US | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 13, 2006, he caused to be electronically filed a Declaration Of Mailing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell III
>Richards Layton & Finger
>
>John W. Shaw
>Young, Conaway, Stargatt & Taylor, LLP

I also certify that copies were caused to be served on February 13, 2006, upon the following in the manner indicated:

### BY HAND

>Frederick L. Cottrell III
>Richards Layton & Finger
>One Rodney Square
>920 N. King Street
>Wilmington, DE  19801
>
>John W. Shaw
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

/s/    *Rodger D. Smith II (#3778)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com