IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| R.R. DONNELLEY & SONS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-032-JJF |
| | ) | |
| QUARK, INC., CREO, INC., EASTMAN | ) | |
| KODAK COMPANY AND KODAK GRAPHIC | ) | |
| COMMUNICATIONS COMPANY | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro

hac vice of Douglas J. Kline and Richard B. Myrus of Goodwin Procter LLP to represent Quark, Inc.

in this matter. In accordance with Standing Order for District Court Fund effective 1/1/05, the

annual fee of $25.00 per attorney will be submitted to the Clerk's Office upon the filing of this

motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jshaw@ycst.com
Attorneys for Quark, Inc.

Date:  February 17, 2006

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _February 22, 2005_

_____
United States District Judge

DB01:1997139.1                                                                                                   900002.0003