IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,       )<br>                                       )<br>            Plaintiff,                )<br>                                       )<br>      v.                              )   C.A. No. 06-032-JJF<br>                                       )<br>QUARK, INC., CREO, INC., EASTMAN      )<br>KODAK COMPANY AND KODAK GRAPHIC       )<br>COMMUNICATIONS COMPANY                )<br>                                       )<br>            Defendants.                ) | |

## QUARK, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Quark, Inc. ("Quark") hereby identifies its parent company, Quark Holdings, Inc. There is no publicly held corporation that owns 10% or more of Quark's stock.

Dated: March 10, 2006

Respectfully submitted,

John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com

Douglas J. Kline (admitted *pro hac vice*)
Richard B. Myrus (admitted *pro hac vice*)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Attorneys for Defendant Quark, Inc.

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on March 10, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Roger D. Smith, Esquire
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>Wilmington, DE 19801

>Frederick L. Cottrell, III, Esquire
>Richards Layton & Finger P.A.
>One Rodney Square
>920 North King Street
>Wilmington, DE 19801

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>**BY FEDERAL EXPRESS**
>
>Bradford J. Badke, Esquire
>Ropes & Gray
>1251 Avenue of the Americas
>New York, NY 10020-1105
>
>Steven A. Kaufman, Esquire
>Ropes & Gray
>One International Place
>Boston, MA 02110-2624

Jeffrey D. Sanok, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ John W. Shaw*
        _____
        John W. Shaw (No. 3362)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19801
        (302) 571-6600
        jshaw@ycst.com