IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | C.A. No. 06-cv-00032-JJF<br><br>**JURY TRIAL DEMANDED** |

## R.R. DONNELLEY & SONS' ANSWER TO CREO'S COUNTERCLAIM

Plaintiff and counterclaim-defendant R.R. Donnelley & Sons Company ("RRD"), for its answer to the counterclaim of Creo, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company (jointly referred to herein as "Creo") responds as follows:

58. Admits the allegations of paragraph 58 of the counterclaim.

59. Admits the allegations of paragraph 59 of the counterclaim.

60. Admits the allegations of paragraph 60 of the counterclaim.

61. Admits the allegations of paragraph 61 of the counterclaim.

62. Admits that the counterclaim purports to recite a claim for a declaration of non-infringement and invalidity of U.S. Patent Nos. 6,205,452 ("the '452 patent"), 6,327,599 ("the '599 patent"), 6,844,940 ("the '940 patent"), and 6,952,801 ("the '801 patent") under the federal patent laws, Title 35 of the United States Code.

63. Admits that the Court has jurisdiction over the subject matter of Creo's counterclaim, to the extent that it states a claim on which relief can be granted.

64. Admits the allegations of paragraph 64 of the counterclaim.

65. Denies each and every allegation of paragraph 65 of the counterclaim.

66. Denies each and every allegation of paragraph 66 of the counterclaim.

67. Admits the allegations of paragraph 67 of the counterclaim.

68. Denies each and every allegation of paragraph 68 of the counterclaim.

69. Denies each and every allegation of paragraph 69 of the counterclaim.

70. Admits the allegations of paragraph 70 of the counterclaim.

71. Denies each and every allegation of paragraph 71 of the counterclaim.

72. Denies each and every allegation of paragraph 72 of the counterclaim.

73. Admits the allegations of paragraph 73 of the counterclaim.

74. Denies each and every allegation of paragraph 74 of the counterclaim.

75. Denies each and every allegation of paragraph 75 of the counterclaim.

WHEREFORE, plaintiff and counterclaim-defendant R.R. Donnelley & Sons Company seeks judgment in its favor and against defendants and counterclaim-plaintiffs Creo, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company as follows:

  A. Adjudging and decreeing that the claims of U.S. Patent Nos. 6,205,452, 6,327,599, 6,844,940, and 6,952,801 are valid and enforceable;

  B. Adjudging and decreeing that Creo has infringed one or more claims of U.S. Patent Nos. 6,205,452, 6,327,599, 6,844,940, and 6,952,801;

  C. Awarding injunctive relief permanently enjoining Creo, its officers, agents, servants, employees and attorneys and all persons in active concert or participation with it from infringing any of the claims of U.S. Patent Nos. 6,205,452, 6,327,599, 6,844,940, and 6,952,801;

  D. Awarding RRD damages in an amount sufficient to compensate RRD for Creo's infringement, together with prejudgment interest and costs of suit;

  E. Adjudging that Creo's infringement is willful and awarding RRD treble damages under 35 U.S.C. § 284;

  F. Declaring this to be an exceptional case pursuant to 35 U.S.C. § 285 and awarding RRD its attorneys' fees, costs and expenses against Creo; and

G.  Granting such further relief as the Court may deem just and appropriate.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


*/s/ Rodger D. Smith II*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com
   *Attorneys for Plaintiff*
   *R.R. Donnelley & Sons Co.*

OF COUNSEL:

Bradford J. Badke
Stuart W. Yothers
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Steven A. Kaufman
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

March 28, 2006
513363

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 28, 2006, I caused to be electronically filed R.R. Donnelley & Sons' Answer To Creo's Counterclaim with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell III
> Richards Layton & Finger
>
> John W. Shaw
> Young, Conaway, Stargatt & Taylor, LLP

I also certify that copies were caused to be served on March 28, 2006, upon the following in the manner indicated:

### **BY HAND**

> Frederick L. Cottrell III
> Richards Layton & Finger
> One Rodney Square
> 920 N. King Street
> Wilmington, DE  19801
>
> John W. Shaw
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19801

                                                 */s/ Rodger D. Smith II*
                                         Morris, Nichols, Arsht & Tunnell LLP
                                         1201 N. Market Street
                                         P.O. Box 1347
                                         Wilmington, DE  19899
                                         (302) 658-9200
                                         rsmith@mnat.com