IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-032-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL OF QUARK, INC. WITHOUT PREJUDICE**

Pursuant to an agreement dated April 24, 2006 ("the Settlement Agreement") between Plaintiff R.R. Donnelley & Sons Company ("Plaintiff") and Defendant Quark, Inc. ("Quark"), it is hereby stipulated and agreed to by Plaintiff and Quark, through their respective counsel, subject to the approval of the Court, that each and every claim made by Plaintiff against Quark (namely the "First Claim for Relief" and "Second Claim for Relief" in Plaintiff's Complaint (D.I. 1)), is dismissed without prejudice. Plaintiff and Quark agree to bear their own costs, expenses, and attorneys' fees incurred in connection with this matter.

This agreement and dismissal pertains only to Plaintiff and Quark. This case remains pending with respect to the other defendants, Creo, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company.

The Court shall retain jurisdiction for the purpose of enforcement of the Settlement Agreement.

| | |
|---|---|
| /s/ Rodger D. Smith II | /s/ John W. Shaw |
| Jack B. Blumenfeld (#1014) | John W. Shaw (#3362) |
| Rodger D. Smith II (#3778) | Andrew A. Lundgren (#4429) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| 1201 N. Market Street | 1000 West Street, 17th Floor |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | (302) 571-6600 |
| (302) 658-9200 | alundgren@ycst.com |
| rsmith@mnat.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Quark, Inc.* |
| *R.R. Donnelley & Sons Company* | |

OF COUNSEL:                    OF COUNSEL:

Bradford J. Badke              Douglas J. Kline
Stuart W. Yothers              Richard B. Myrus
ROPES & GRAY LLP               GOODWIN PROCTER LLP
1251 Avenue of the Americas    Exchange Place
New York, NY 10020             Boston, MA 02109
(212) 596-9000                 (617) 570-1000

Steven A. Kaufman
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

April 27, 2006


SO ORDERED:


_____     _____
United States District Court Judge              Date

2