IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | C.A. No. 06-cv-032-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY; and (2) PLAINTIFF'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY were caused to be served on May 1, 2006 upon the following in the manner indicated:

**BY HAND**

Frederick L. Cottrell III
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Rodger D. Smith*

                                        Rodger D. Smith II (# 3778)
                                        Jack B. Blumenfeld (# 1014)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899-1347
                                        (302) 658-9200
                                        rsmith@mnat.com
                                            *Attorneys for Plaintiff R.R. Donnelley & Sons Co.*

OF COUNSEL:

Bradford J. Badke
Stuart W. Yothers
FISH & NEAVE IP GROUP
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY  10020
(212) 596-9000

Steven A. Kaufman
FISH & NEAVE IP GROUP
ROPES & GRAY LLP
One International Place
Boston, MA  02110
(617) 951-7000

May 2, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 2, 2006, the foregoing Notice of Service was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

Frederick L. Cottrell III
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

In addition, the undersigned hereby certifies that on May 2, 2006, a true and correct copy of the foregoing was caused to be served in the manner indicated upon the following parties:

**BY HAND**

Frederick L. Cottrell III
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

/s/ Rodger D. Smith
Rodger D. Smith II (# 3778)