**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

R.R. DONNELLEY & SONS COMPANY,

Plaintiff,

v.

QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,

Defendants.

C.A. No. 06-cv-032-JJF

CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,

Counterclaim-Plaintiffs,

v.

R.R. DONNELLEY & SONS COMPANY,

Counterclaim-Defendant.

**[PROPOSED] RULE 16 SCHEDULING ORDER**

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS HEREBY ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by May 23, 2006 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before August 31, 2006.

3. **Discovery.**

(a) Document production shall be commenced so as to be completed by August 31, 2006. This shall not preclude the parties from supplementing their responses under Fed. R. Civ. P. 26(e) or serving further requests for the production of documents and things after August 31, 2006.

(b) Exchange and completion of contention interrogatories and identification of fact witnesses shall be commenced so as to be completed by November 30, 2006.

(c) Maximum of 40 interrogatories, including contention interrogatories, for each side.

(d) Maximum of 50 requests for admission by each side.

(e) Maximum of 120 deposition-hours by plaintiff and 120 deposition-hours by defendants, excluding expert depositions. Depositions shall not commence until the discovery required by Paragraph 3(a) is completed.

(f) All fact discovery shall be commenced so as to be completed by March 1, 2007.

(g) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due on issues on which a party bears the burden of proof by May 1, 2007. Rebuttal expert reports are due by June 1, 2007.

(h) All expert discovery shall be commenced so as to be completed by July 2, 2007.

4. **Protective Order.**

Counsel shall confer and attempt to reach an agreement on a proposed form of Protective Order and submit it to the Court within ten days from the date of this Order.

5. **Discovery Disputes.**

(a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages and must specify that the filing is pursuant to the Discovery Dispute procedures provided in this paragraph. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

(b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

(c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the dispute is ready for decision.

(d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

(e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

6. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before September 29, 2006.

7. **Reliance on Opinion of Counsel.** If any defendants intend to rely on an opinion of counsel defense, defendant shall notify plaintiff of that intent and produce all relevant documents pertaining to that defense on or before November 30, 2006.

8. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before July 27, 2007. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

9. **Markman.** A Markman Hearing will be held on April 2, 2007. Opening claim construction briefs shall be filed and served on February 16, 2007. Responsive claim construction briefs shall be filed and served on March 16, 2007. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

10. **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b) No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

11. **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

May 8 2006
Date

United States District Judge