IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C.A. No. 06-032-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that paragraph 4 of the Court's Rule 16 Scheduling Order (D.I. 26), and the Court's May 24, 2006 Order (D.I. 28) are hereby amended to require counsel to confer and attempt to reach agreement on a proposed form of Protective Order and submit it to the Court no later than June 19, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS LAYTON & FINGER, P.A. |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Gregory E. Stuhlman* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-200<br>*Attorneys for Plaintiff*<br>*R.R. Donnelly & Sons Company* | Frederick L. Cottrell, III (#2555)<br>Gregory E. Stuhlman (#4765)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>*Attorneys for Defendants Creo, Inc.,*<br>*Eastman Kodak Company, and Kodak*<br>*Graphic Communications Company* |

SO ORDERED this ____ day of June 2006.

_____
United States District Court Judge

521458