**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, | |
| Plaintiff, | |
| v. | CIVIL ACTION No. 06-cv-032-JJF |
| QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY, | |
| Defendants. | |

**OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

A.      **The Patent Prosecution Bar**

From the start, there has been a dispute caused by the open-ended language R.R. Donnelley & Sons Company ("RRD") used to allege infringement.  (D.I. 1, ¶¶ 27, 32, 42) (referring generally to "[b]y its actions, including the sale of Darwin").  Eastman Kodak Company, Kodak Graphic Communications Company, and Creo, Inc. (collectively "Kodak") contend that discovery should be limited to the Darwin software product, the only Kodak product specifically named in the Complaint, and not be unbounded to encompass *any* Kodak hardware and software—akin to naming most products made by Kodak.  By its motion, RRD has now apparently agreed to limit the discovery scope in this action to "systems and methods for processing imaging data *before* the data is actually printed by a press, e.g., software for processing or preparing variable printing data."  (D.I. 35, at 2 (emphasis in original)).  To the extent RRD so limits discovery, Kodak would agree to include the "software for" language in the patent prosecution bar clauses of the protective order.

To the extent RRD does not so limit discovery, Kodak needs a patent prosecution bar not limited to only the "software for" language.  Kodak, as the Court knows, produces countless products applicable in one way or another to variable data printing—the technical

1

information of which would be at risk if the prosecution bar does not include variable data printing generally. As this Court has noted, "[i]n a patent case, maintaining the integrity of the protective order is an especially serious concern." *Motorola, Inc. v. Interdigital Tech. Corp.*, 1994 WL 16189689, *2 (D. Del. 1994) (imposing patent bar). A patent prosecution bar is appropriate when the threat of economic injury outweighs the need for full disclosure. *See id.* at *3. Because RRD seeks the disclosure of confidential information, RRD bears the burden of "establishing a sufficient need for the information which outweighs the risk of injury" to Kodak. *See Intel Corp. v. VIA Tech., Inc.*, 198 F.R.D. 525, 528 (N.D. Cal. 2000) (imposing patent bar).

Here, the threat to Kodak far outweighs RRD's need. Kodak sells commercial printers and presses which may be used for variable data printing– including its NexPress and Versamark presses. (Ex. A). These presses are used by commercial printers, including RRD's competitors. *See id.* Without the proper patent prosecution bar, individuals prosecuting RRD's patent applications could use Kodak's confidential, technical information to draft patent claims specifically intending to cover Kodak's products. "Counsel's ability to file new claims in existing and pending patents based on the confidential information discovered during the course of this litigation poses an unacceptable opportunity for inadvertent disclosure and misuse." *See In re Papst Licensing, GmbH, Patent Litig.*, 2000 WL 554219, *4 (E.D. La. 2000); *accord Interactive Coupon Mktg. Group, Inc. v. H.O.T! Coupons, LLC*, 1999 WL 618969 (N.D. Ill. 1999) (applying similar reasoning to impose patent bar). That ability is real here, as RRD has apparently employed a scheme to utilize "continuation" applications before the U.S. Patent and Trademark Office ("PTO") to produce potential "submarine" patents long after the first filing date for the patents-in-suit. Indeed, RRD has at least four such "continuations" pending before the PTO at this time. (Ex. B).

Kodak would also be harmed by the "quasi-outside" nature of an employee of RRD's

2

patent prosecution firm, McCracken & Frank. (Ex. B (listing the McCracken firm as patent counsel for the continuation applications)). Riyaz M. Asaria, employed as a technical specialist by the McCracken firm, spent his prior eighteen years working for RRD, including in "publishing systems for variable print." (Ex. C). His work experience includes "evaluating . . . technologies related to digital presses" and his biography describes him as a "co-inventor [of] three pending patents." *Id.* Thus, Mr. Asaria poses a significant economic threat all by himself, as both an applicant of pending patent applications and a former RRD employee with questionable "outside" credentials. Furthermore, RRD's assurances that attorney ethics rules provide "further comfort," ring hollow—since it appears that Mr. Asaria is neither an attorney nor admitted to practice before the PTO.

For its part, RRD has failed to present *any* evidence to justify including only its "software for" language, and instead merely relies on attorney argument. Accordingly, the Court should either (i) enter the protective order with the "software for" language and clarify that discovery will be limited to the Darwin software product, or (ii) enter the protective order without the "software for" restriction.

**B.    In-House Employees Should Not Be Given Access to Attorneys-Eyes-Only Material**

The parties have agreed to allow RRD's in-house patent attorney, Mr. Pasternak, and group president, Mr. Theophilos, access to the lower, "Confidential", tier of the protective order. The only dispute is whether Messrs. Pasternak and Theophilos should be allowed access to the higher, Attorneys-Eyes-Only ("AEO"), tier.

Regarding Mr. Pasternak, although the mere status of in-house counsel does not preclude access, the ultimate question of whether an in-house counsel should be granted access depends on the in-house counsel's activities and his relationship with the party. *Affymetrix, Inc. v. Illumina, Inc.*, 2005 WL 1801683, *2 (D. Del. 2005). Cases granting in-

3

house counsel access demonstrate that access should only be given when required to actually litigate, as opposed to monitor litigation, as claimed by RRD here. For instance, in the *Affymetrix* case relied upon by RRD, this Court granted access to plaintiff's special in-house "Litigation Unit" that – through a series of complex procedures – was walled-off from the rest of the company. *Id.* at *1. Courts, however, reject in-house counsel access when the purported need is merely to monitor outside counsel. *See Intel*, 198 F.R.D. at 532 (refusing in-house counsel access that did not actually litigate, but only managed); *Brown Bag Software v. Symantec Corp.*, 960 F.2d 1465, 1472 (9th Cir. 1992) (refusing in-house counsel access for purposes of managing case even where outside counsel had withdrawn from the litigation).

Regarding Mr. Theophilos, although admitted to practice law, he serves no legal role within RRD, Theophilos Decl. ¶6 (D.I. 35, at Ex. B), and freely admits that he is responsible for "strategic initiatives." *Id.* ¶ 4. Thus, Mr. Theophilos does not even dispute that he is a competitive-decision maker, which according to RRD is the "[m]ost important" factor against granting in-house employees access. (D.I. 35, at 4). The Court should not give either individual access to AEO material.

OF COUNSEL:

Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500



Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Defendants*
*Creo, Inc., Eastman Kodak Company*
*and Kodak Graphic Communications*
*Company*

Dated: June 26, 2006

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

## BY HAND

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE   19899

I hereby certify that on June 26, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

## VIA FEDERAL EXPRESS

Bradford J. Badke, Esquire
Fish & Neave IP Group
Ropes & Gray
1251 Avenue of the Americas
New York, NY   10020

Steven A. Kaufman
Fish & Neave IP Group
Ropes & Gray
One International Place
Boston, MA   02110

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com

# EXHIBIT A

http://graphics.kodak.com/US/product/printers_presses/default.htm

# Kodak

United States [ change ]

| Home | Consumer Photography | Pro Photographer / Lab | Cinematography | Health & Dental | Graphic Communications | Business & Government | Corporate |

▶Products & Solutions    Plates & Consumables    Market Solutions    Service    How To Buy    About Us    Contact Us

**Quick Finder**
Looking for a specific product or solution?
- Select Item -

View Complete List >>

- Color & Screening
- Computer-to-Film
- Computer-to-Plate
- Digital Front End
- Digital Photography
▶ Printers & Presses
  □ Digital Offset
  □ High Volume Inkjet Printers
  □ Production Black & White
  □ Production Color
  □ Wide-Format Inkjet
- Proofing
- Scanners
- Security & Authentication
- Workflow



Real Business Questions?

## Printers & Presses

Print 🖶    E-mail ✉

The digital revolution has touched every aspect of the printing industry, enhancing a conventional press' options and pushing digital printers to produce more, faster, with higher quality. With so many methods to choose from, speak with a Kodak expert to help identify the press or printer that will help grow your business.

**Digital Offset (2)**                                                            View All >

**Featured Items:**



- **KODAK DIRECTPRESS 5634 DI System**
  The KODAK DIRECTPRESS 5634 DI System combines the high quality of offset printing with the automation and efficiencies of digital printing

**High Volume Inkjet Printers (5)**                                                View All >

**Featured Items:**



- **KODAK VERSAMARK V-Series Printing Systems**
  All KODAK VERSAMARK V-series printing systems are built on a modular platform that enables your system to grow as your business needs grow.



- **KODAK VERSAMARK D-Series Printing Systems**
  The KODAK VERSAMARK D-series printing systems are designed to offer a comprehensive selection of printing features and functions.

                                                                                  View All >

**Production Black & White (1)**

**Featured Items:**



- **DIGIMASTER Print Systems**
  Innovative digital black-and-white presses equipped with basic marking engine configurations suitable for a variety of different printing scenarios

**Production Color (4)**                                                          View All >

**Featured Items:**



- **KODAK NEXPRESS 2100 Plus Digital Production Color Press**
  The fully modular KODAK NEXPRESS 2100 Plus Digital Production Color Press builds on the strengths NEXPRESS Digital Presses are known for: quality, consistency, reliability and uptime.

- **CANON CLC 4000/5100 Digital Printers**
  CANON CLC 4000 and 5100 Digital Printers provide the speed, job productivity and image quality necessary to meet the demanding needs of the graphic arts community.

http://graphics.kodak.com/US/product/printers_presses/default.htm

**Wide-Format Inkjet (2)**                                                    View All >

The complete KODAK Wide-Format Printing System includes the KODAK 1200i, KODAK Quantum Inks, KODAK Wide-Format Inkjet Media and a Kodak edition RIP software solution.

**Featured Items:**



- **Encad T-200+**
  The Encad T200+ is specially designed for producing both high speed CAD output and full color photographic images.



- **KODAK 1200i**
  The 1200i offers advanced wide-format inkjet technologies to deliver best-in-class cost per print, help increase productivity, and produce a full range of indoor and outdoor applications.

Home | Privacy | Site Terms | Investor Center

**EXHIBIT B**

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

Portal Home | Patents | Trademarks | Other

Patent eBusiness
⊞ Electronic Filing
⊞ Patent Application Information (PAIR)
⊞ Patent Ownership
⊞ Fees
⊞ Supplemental Resources & Support

Patent Information
⊞ Patent Guidance and General Info
⊞ Codes, Rules & Manuals
⊞ Employee & Office Directories
⊞ Resources & Public Notices

Patent Searches
⊞ Patent Official Gazette
⊞ Search Patents & Applications
⊞ Search Biological Sequences

Other
⊞ Copies, Products & Services

Copyrights
Trademarks
Policy & Law
Reports

**Patent Application Information Retrieval**

**Select Search Method: Enter Number:**
Application Number

[SUBMIT]

10/703,054    Imposition process and apparatus for variable imaging system

Application | Transaction | Image File | Continuity | Published | Publication | Address &
Data | History | Wrapper | Data | Documents | Dates | Attorney/Agent

❶ Order Certified Application As Filed
Order Certified File Wrapper
View Order List.

**Attorney/Agent Correspondence Information**

**Correspondence Address**

Name:
Address:    MCCRACKEN & FRANK LLP
200 W. ADAMS STREET SUITE 2150
CHICAGO IL 60606
UNITED STATES (US)

**Attorney/Agent Information**

| Reg # | Name | Phone |
|---|---|---|
| 58271 | McLaughlin, Andrew | 716-645-2107 |
| 46878 | Lohrman, Charles | 716-626-1564 |
| 51990 | Maliszewski, Chester | 716-885-5424 |
| 25856 | Ellis, Howard | 716-626-1564 |
| 25330 | Dunn, Michael | 716-433-1661 |
| 20362 | Kauffman, R | 716-626-1564 |
| 57584 | Atkinson, Robert | 716-626-1564 |
| 33034 | Simpson, Robert | 716-626-1564 |
| 58725 | McMurray, Thad | 716-626-1564 |
| 38848 | Colson, Thomas | 585-427-8180 |

If you need help:

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questio about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC).
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.

Home | Site Index | Search | eBusiness | Help | Privacy Policy

United States Patent and Trademark Office

Portal Home  |  Patents  |  Trademarks  |  Other

Patent eBusiness
■ Patent Application Information Retrieval

Patent Information
⊞ Electronic Filing
⊞ Patent Application Information (PAIR)
⊞ Patent Ownership
⊞ Fees
⊞ Supplemental Resources & Support

Patent Information
⊞ Patent Guidance and General Info
⊞ Codes, Rules & Manuals
⊞ Employee & Office Directories
⊞ Resources & Public Notices

Patent Searches
⊞ Patent Official Gazette
⊞ Search Patents & Applications
⊞ Search Biological Sequences
⊞ Copies, Products & Services

Other
Copyrights
Trademarks
Policy & Law
Reports

Select Search Method: Enter Number:

Application Number

**SUBMIT**

🔵 Order Certified Application As Filed
Order Certified File Wrapper
View Order List 🛒

11/207,359          Process and apparatus for variable imaging system                                      📄

| Application Data | Transaction History | Image File Wrapper | Continuity Data | Published Documents | Publication Dates | Address & Attorney/Agent |
|---|---|---|---|---|---|---|

Attorney/Agent Correspondence Information

Correspondence Address

| | |
|---|---|
| Name: | MCCRACKEN & FRANK LLP |
| Address: | 200 W. ADAMS STREET SUITE 2150<br>CHICAGO IL 60606<br>UNITED STATES (US) |

Attorney/Agent Information

No Attorney/Agent Data Found.

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.*

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

Portal Home | Patents | Trademarks | Other

**Patent eBusiness**
⊞ Electronic Filing
⊞ Patent Application Information (PAIR)
⊞ Patent Ownership
⊞ Fees
⊞ Supplemental Resources & Support

**Patent Information**
⊞ Patent Guidance and General Info
⊞ Codes, Rules & Manuals
⊞ Employee & Office Directories
⊞ Resources & Public Notices

**Patent Searches**
⊞ Patent Official Gazette
⊞ Search Patents & Applications
⊞ Search Biological Sequences
⊞ Copies, Products & Services

**Other**
Copyrights
Trademarks
Policy & Law
Reports

**Patent Application Information Retrieval**

**Select Search Method: Enter Number:**

Application Number

[SUBMIT]

11/208,256      Imposition process and apparatus for variable imaging system

❷ Order Certified Application As Filed
Order Certified File Wrapper
View Order List.

| Application Data | Transaction History | Image File Wrapper | Continuity Data | Published Documents | Publication Dates | Address & Attorney/Agent |

**Attorney/Agent Correspondence Information**

**Correspondence Address**

Name:                    MCCRACKEN & FRANK LLP

Address:                 200 W. ADAMS STREET SUITE 2150
                         CHICAGO IL 60606
                         UNITED STATES (US)

**Attorney/Agent Information**

**No Attorney/Agent Data Found.**

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questi*
- *about Patent Application Information Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic*
- *Business Support or call 1 800-786-9199.*

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

| Portal Home | Patents | Trademarks | Other |

Patent eBusiness

Patent Application Information Retrieval

**Select Search Method: Enter Number:**

Application Number

[SUBMIT]

Patent eBusiness
+ Electronic Filing
+ Patent Application Information (PAIR)
+ Patent Ownership
+ Fees
+ Supplemental Resources & Support

Patent Information
+ Patent Guidance and General Info
+ Codes, Rules & Manuals
+ Employee & Office Directories
+ Resources & Public Notices

Patent Searches
+ Patent Official Gazette
+ Search Patents & Applications
+ Search Biological Sequences
+ Copies, Products & Services

Other
Copyrights
Trademarks
Policy & Law
Reports

11/208,369    Imposition process and apparatus for variable imaging system

❓ Order Certified Application As Filed
Order Certified File Wrapper
View Order List 🛒

| Application Data | Transaction History | Image File Wrapper | Continuity Data | Published Documents | Publication Dates | Address & Attorney/Agent |

**Attorney/Agent Correspondence Information**

**Correspondence Address**

Name:                MCCRACKEN & FRANK LLP

Address:             200 W. ADAMS STREET SUITE 2150
                     CHICAGO IL 60606
                     UNITED STATES (US)

**Attorney/Agent Information**

No Attorney/Agent Data Found.

*If you need help:*

• *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail* EBC@uspto.gov *for specific questi* 
  *about Patent Application Information Retrieval (PAIR).*
• *Send general questions about USPTO programs to the* USPTO Contact Center (UCC).
• *If you experience technical difficulties or problems with this application, please report them via e-mail to* Electronic 
  *Business Support or call 1 800-786-9199.*

Home | Site Index | Search | eBusiness | Help | Privacy Policy

**EXHIBIT C**





REDEFINING INTELLECTUAL PROPERTY PROTECTION

HOME
FIRM
PRACTICE
GROUPS
EXPERTISE
CASE
DIGESTS
RESOURCES
CAREERS
CONTACT

## SPECIALISTS / LAW CLERKS
Specialists: Riyaz M. Asaria | John E. Conour, Ph.D.
Law Clerks: Abimbola Bukoye | Cato Yang | Sarah M. Rouse

### Riyaz M. Asaria

Technical Specialist
asaria@pattm.com



**Bio:**
Riyaz Asaria was involved in all phases of software
development and technology analysis during his 18
year career at RR Donnelley's Technology Center.
His software development experience includes
specifying requirements, defining system
architectures, programming in a variety of computer
languages, and deploying systems to multiple sites.
Riyaz was responsible for development of image
processing systems for image enhancement and
color correction, process control systems to calibrate
printing equipment and collect production data, and
publishing systems for variable print.

His analysis experience includes evaluating the
capabilities of various technologies related to digital
presses, software front-ends for digital presses, and
post-press equipment. He developed strategic
technology forecasts to show the impact of existing
and emerging technologies on Donnelley's markets
and businesses.

Riyaz worked with marketing and operations teams
to develop new capabilities for Donnelley's domestic
and international customers in the areas of just-in-
time delivery of printed collateral materials, variable
print and highly automated production of books. He
provided equipment and workflow recommendations,
and developed detailed financial models to evaluate
cost of operations and ROI.

Riyaz is co-inventor on one issued patent and three pending patents.

**Education:**
B.A. in Computer Studies and Economics (dual major) -- Northwestern University, Evanston, IL

back to top

## John E. Conour, Ph.D.

Technical Specialist
jconour@pattm.com



**Bio:**
John Conour joined the firm in August 2005 after completing his dissertational studies at the University of Illinois at Urbana-Champaign. He received a B.S. in molecular and integrative physiology and a Ph.D. in molecular and cellular biology, both from the University of Illinois at Urbana-Champaign in Urbana, Illinois. At the University of Illinois, Dr. Conour was a U.S.D.A. National Needs Graduate Fellow in functional genomics. John's research focused on molecular (genetics and proteomics) and cellular biology and biotechnology development. In addition, John's research included extensive cross-discipline collaborations with individuals in the fields of human nutrition (total parenteral nutrition), chemical engineering (microfluidics and bioengineering), and biophysics (fluorescence resonance energy transfer).

Prior to joining McCracken & Frank, John worked as a research assistant at the University of Illinois at Urbana-Champaign. His research centered on the role of the intracellular redox environment in determining cell fate. John designed electromechanical devices to control intracellular biochemistry/cell phenotypes, created novel protein tools for intracellular, regiospecific biochemical analyses using FRET-based technology, and performed combinatory bioinformatic/in vitro studies on regulatory proteins governing cell growth.

**Education:**
Ph.D. in Molecular and Cellular Biology - University of Illinois at Urbana-Champaign, Urbana, IL
B.S. in Molecular and Integrative Physiology - University of Illinois at Urbana-Champaign, Urbana, IL

**Publications:**
R. C. Gunawan, E. R. Choban, J. E. Conour, L. B. Schook, H. R. Gaskins, P. J. A. Kenis, D. E. Leckband. Micropatterned immobilized protein gradients direct epithelial cell cycle progression. Langmuir 2005; 21:3061-3068.

J. E. Conour, W. V. Graham, H. R. Gaskins. A combined in vitro/bioinformatic investigation of

redox regulatory mechanisms governing cell cycle progression. Physiol Genomics 2004; 18:196-205.

J. E. Conour, D. Ganessunker, K. A. Tappenden, S. M. Donovan, H. R. Gaskins. Acidomucin goblet cell expansion induced by parenteral nutrition in the small intestine of piglets. Am J Physiol Gastrointest Liver Physiol 2002; 283:1185-1196.

**Abstracts/Presentations:**
J. E. Conour, H. R. Gaskins. Real-Time monitoring of the intracellular redox environment using a novel fluorescence resonance energy transfer-based redox biosensor. Annual Meeting, Federation of American Scientists of Experimental Biology, Apr. 2005, San Diego, CA.

J. E. Conour, W. V. Graham, H. R. Gaskins. Identification and characterization of redox-regulated cell cycle proteins. Annual Meeting, American Society for Cell Biology, Dec. 2003, San Francisco, CA.

E. R. Choban, R. C. Gunawan, J. E. Conour, L. A. Rund, H. R. Gaskins, L. B. Schook, J. F. Zachary, D. E. Leckband, P. J. A. Kenis. Microfluidic platforms for intestinal stem cell studies. Annual Meeting, American Institute of Chemical Engineers, Nov. 2003, San Francisco, CA.

J. E. Conour, R. C. Gunawan, E. R. Choban, L. A. Rund, J. F. Zachary, H. R. Gaskins, P. J. A. Kenis, D. E. Leckband, L. B. Schook. In vitro simulation of the intestinal epithelial crypt microenvironment using microfluidic platforms. International Conference on Systems Biology, Nov. 2003, St. Louis, MO.

R. C. Gunawan, E. R. Choban, J. E. Conour, L. A. Rund, J. F. Zachary, H. R. Gaskins, P. J. A. Kenis, D. E. Leckband, L. B. Schook. Modeling the intestinal epithelial crypt microenvironment using microfluidic platforms. Cell and Molecular Biology & Molecular Biophysics Research Symposium, Oct. 2003, Champaign, IL.

J. E. Conour, W. V. Graham, B. Deplancke, H. R. Gaskins. In silico identification of redox-regulated cell cycle proteins. Annual Meeting, American Society for Cell Biology, Dec. 2002, San Francisco, CA.

J. E. Conour, D. Ganessunker, S. M. Donovan, H. R. Gaskins. Total parenteral nutrition induces sulfomucin goblet cell metaplasia in the small intestine of a neonatal piglet model. Annual Meeting, Federation of American Scientists of Experimental Biology, Apr. 2001, Orlando, FL.

back to top

Legal |
Sitema
© 200
Frank |
at Law
Reserv

## Abimbola Bukoye

Technical Specialist/Law Clerk
abukoye@pattm.com



**Bio:**
Abimbola Bukoye is currently attending law school and expects to obtain his J.D. in May 2006. Prior to attending law school, Abimbola was a Field Service Engineer at Siemens Westinghouse Power Corporation where he implemented control systems for turbine applications and co-ordinated upgrades on the Siemens fleet. Abimbola further has substantial work experience in the design and development of hardware as well as software routines, which he obtained while working as a co-op engineer at CTI Molecular Imaging in Knoxville, TN.

**Education:**
J.D. -- Chicago-Kent College of Law, Chicago, IL (graduation expected May 2006)
B.S. in Electrical Engineering -- Louisiana State University, Baton Rouge, LA

back to top

## Cato Yang

Patent Agent/Law Clerk
cyang@pattm.com>



**Bio:**
Cato Yang joined the firm in May 2005 and obtained his registration as a patent agent shortly thereafter. Since then, Cato has gained experience in drafting and prosecuting patent applications in various fields including: electrical circuits and devices, computer software, and mechanical devices. He is currently attending law school and expects to obtain his J.D. in May 2006.

**Education:**
Chicago-Kent College of Law, Juris Doctor Candidate Spring 2006
Intellectual Property Certificate, Spring 2006
B.S. in Electrical Engineering - University of Illinois Urbana-Champaign, 2003

**Bar Admission:**
United States Patent and Trademark Office

back to top

## Sarah M. Rouse

Technical Specialist/Law Clerk
srouse@pattm.com

**Bio:**
Sarah Rouse joined the firm in February 2006. She received dual B.S. degrees in metallurgical engineering and chemistry from the South Dakota School of Mines and Technology and a Ph.D. in materials science and engineering from The



Pennsylvania State University. Her doctoral research focused on the synthesis, dispersion, and characterization of nanocomposite particles for nanomedical applications including bioimaging, drug delivery, and gene therapy. While at Penn State, Sarah was a National Science Foundation Fellow, which involved teaching science and engineering in schools and juvenile correctional facilities across Pennsylvania.

Sarah is currently attending law school and expects to obtain her J.D. in May 2008.

Sarah is co-inventor on two pending patent applications. In addition, Sarah's research led to the formation of Keystone Nano, a Pennsylvania biotech company. Keystone Nano partners with health care companies to complete the development and speed the market launch of nano-enabled therapeutics to seek, treat, and image a variety of conditions.

**Education:**
J.D. -- DePaul University College of Law, Chicago, IL, expected May 2008
Ph.D. in Materials Science and Engineering - - The Pennsylvania State University, State College, Pennsylvania
B.S. in Metallurgical Engineering, B.S. in Chemistry - - South Dakota School of Mines and Technology, Rapid City, South Dakota

back to top