IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendants, | C. A. No. 06-032-JJF |

## NOTICE OF SERVICE

**IT IS HEREBY CERTIFIED** that on July 3, 2006 Creo, Inc.'s, Eastman Kodak Company's, and Kodak Graphic Communications Company's First Supplemental Response to R. R. Donnelley & Sons Company's First Set of Interrogatories and Creo, Inc.'s, Eastman Kodak Company's, and Kodak Graphic Communications Company's First Supplemental Response to R.R. Donnelley & Sons Company's First Set of Requests for Production were served upon the below-named counsel of record:

RLF1-3017339-1

- 2 -

**BY HAND**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Bradford J. Badke, Esquire | Steven A. Kaufman |
| Fish & Neave IP Group | Fish & Neave IP Group |
| Ropes & Gray | Ropes & Gray |
| 1251 Avenue of the Americas | One International Place |
| New York, NY  10020 | Boston, MA  02110 |

| | |
|---|---|
| OF COUNSEL: | |
| | /s/ Frederick L. Cottrell, III |
| Richard McMillan, Jr. | Frederick L. Cottrell, III (#2555) |
| rmcmillan@crowell.com | cottrell@rlf.com |
| Jeffrey D. Sanok | Gregory E. Stuhlman (#4765) |
| jsanok@crowell.com | stuhlman@rlf.com |
| Brian M. Koide | Richards, Layton & Finger, P.A. |
| bkoide@crowell.com | One Rodney Square |
| CROWELL & MORING, LLP | 920 North King Street |
| 1001 Pennsylvania Avenue, N.W. | Wilmington, Delaware 19801 |
| Washington, DC 20004-2595 | (302) 651-7700 |
| (202) 624-2500 | *Attorneys for Defendants* |
| | *Creo, Inc., Eastman Kodak Company* |
| | *and Kodak Graphic Communications* |
| | *Company* |

Dated: July 3, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on July 3, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

| | |
|---|---|
| Bradford J. Badke, Esquire | Steven A. Kaufman |
| Fish & Neave IP Group | Fish & Neave IP Group |
| Ropes & Gray | Ropes & Gray |
| 1251 Avenue of the Americas | One International Place |
| New York, NY  10020 | Boston, MA  02110 |

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com