IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | C.A. No. 06-cv-032-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *R.R. Donnelley & Sons Company's Responses to Creo, Inc.'s, Eastman Kodak Company's, and Kodak Graphic Communications Company's First Set of Interrogatories* and *R.R. Donnelley & Sons Company's Responses to First Set of Requests for Production of Documents and Things to Defendants Creo, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company* were caused to be served on July 7, 2006 upon the following in the manner indicated:

**BY HAND**

Frederick L. Cottrell III
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II (#3778)*
_____

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

OF COUNSEL:

(302) 658-9200
rsmith@mnat.com
  *Attorneys for Plaintiff R.R. Donnelley & Sons Co.*

Bradford J. Badke
Stuart W. Yothers
FISH & NEAVE IP GROUP
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY  10020
(212) 596-9000

Steven A. Kaufman
FISH & NEAVE IP GROUP
ROPES & GRAY LLP
One International Place
Boston, MA  02110
(617) 951-7000

July 7, 2006
527830

**CERTIFICATE OF SERVICE**

        I, Rodger D. Smith II, hereby certify that on July 7, 2006, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

> Frederick L. Cottrell III
> Richards Layton & Finger
> One Rodney Square
> 920 N. King Street
> Wilmington, DE  19801

and that copies were caused to be served in the manner indicated upon the following parties:

**BY HAND**

> Frederick L. Cottrell III
> Richards Layton & Finger
> One Rodney Square
> 920 N. King Street
> Wilmington, DE  19801

**BY FEDERAL EXPRESS**

> Richard McMillan, Jr.
> Crowell & Moring LLP
> 1001 Pennsylvania Avenue, N.W.
> Washington, DC  20004-2595

> */s/ Rodger D. Smith II (#3778)*
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> (302) 658-9200
> rsmith@mnat.com