IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendants, | C. A. No. 06-032-JJF |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that on August 11, 2006, the subpoenas attached hereto as Exhibits 1 through 7 were issued for service on the third parties listed below in accordance with Rule 45 of the Federal Rules of Civil Procedure. Attached hereto as Exhibit 8 is Attachment B to each subpoena

RLF1-3049303-1

The subpoenas command each third party identified below to produce documents and things identified in Attachment A to each subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure.

Electronics for Imaging, Inc. (Ex. 1)
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

Esko-Graphics, Inc. (Ex. 3)
c/o Scott Killingsworth
16th Floor, 191 Peachtree
Atlanta, GA  30303

Hewlett-Packard Company (Ex. 5)
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

KP Corporation (Ex. 2)
c/o Leslie T. Isozaki
12647 Alcosta Boulevard, Suite 425
San Ramon, CA  94583

Objectif Lune, Inc. (Ex. 4)
c/o Agents for Delaware Corporations, Inc.
15 Loockerman Street
P. O. Box 841
Dover, DE  19904

Punch Graphix Americas, Inc. (Ex. 6)
c/o National Registered Agents
160 Greentree Drive, Suite 101
Dover, DE  19904

Toyo Ink International Corporation (Ex. 7)
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Defendants
Creo, Inc., Eastman Kodak Company
and Kodak Graphic Communications
Company*

OF COUNSEL:
Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500

Dated:  August 18, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on August 18, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

| | |
|---|---|
| Bradford J. Badke, Esquire | Steven A. Kaufman |
| Fish & Neave IP Group | Fish & Neave IP Group |
| Ropes & Gray | Ropes & Gray |
| 1251 Avenue of the Americas | One International Place |
| New York, NY  10020 | Boston, MA  02110 |

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com