# EXHIBIT 4

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

R.R. DONNELLEY & SONS COMPANY

V.

QUARK, INC. et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 06-cv-032-JJF

TO:  Objectif Lune, Inc.
c/o Agents for Delaware Corporations, Inc.
15 Loockerman Street, P.O Box 841
Dover, DE 19904

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A

| PLACE  Richards, Layton & Finger  920 North King Street, Wilmington, DE 19801 | DATE AND TIME  8/31/2006 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  Attorney for Defendants Creo, Inc., Eastman Kodak Company and Kodak Graphic Communications Company | DATE  8/11/2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Brian M. Koide
Crowell & Moring, 1001 Pennsylvania Avenue, NW, Washington, DC 20004 (202) 624-2500

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number

AO88 (Rev. 1/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
            DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena  The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee

(2)  (A) A person commanded to produce and permit inspection and copying of  designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises  If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued  If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production  Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded

(3)  (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)  fails to allow reasonable time for compliance,
(ii)  requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii)  requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv)  subjects a person to undue burden

(B) If a subpoena

(i)  requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii)  requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii)  requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the mmmdemanding party to contest the claim

A

## ATTACHMENT A

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Eastman Kodak Company, Kodak Graphic Communications Company, and Creo, Inc., (collectively "Kodak") request that you produce for inspection and copying, as set forth in the Instructions and Definitions below, all of the documents and things in your possession, custody, or control responsive to these requests at the offices of Richards, Layton & Finger, 920 North King Street, Wilmington, DE 19801 on or before August 31, 2006.

## INSTRUCTIONS AND DEFINITIONS

A.      R.R. Donnelley & Sons Company ("RRD") has sued Kodak for patent infringement in the United States District Court for the District of Delaware. In its Complaint, RRD alleges that Kodak infringed U.S. Patent No. 6,205,452, U.S. Patent No. 6,327,599, U.S. Patent No. 6,844,940, and U.S. Patent No. 6,952,801. A copy of RRD's Complaint is enclosed as Attachment B to the Subpoena.

B.      "The '452 Patent" means United States Patent No. 6,205,452.

C.      "The '599 Patent" means United States Patent No. 6,327,599.

D.      "The '940 Patent" means United States Patent No. 6,844,940.

E.      "The '801 Patent" means United States Patent No. 6,952,801.

F.      "The Patents in Suit" mean the '452 Patent, the '599 Patent, the '940 Patent and/or the '801 Patent either individually, collectively, or in some combination thereof.

G.      "The Effective Filing Dates of the Patents in Suit" means October 29, 1997 (for the '452 Patent), June 7, 1995 (for the '599 Patent), February 11, 1997 (for the '940 Patent), and February 11, 1997 (for the '801 Patent).

H.      The words "any" and "all" shall mean "any, all, and each" inclusively.

## REQUESTED DOCUMENTS

1.      All documents relating to any of the Patents in Suit.

2.      All documents reflecting use, knowledge, sale, or offer for sale of the subject matter claimed in the Patents in Suit before respective Effective Filing Dates of the Patents in Suit.

3.      All documents related to the Atlas' Printshop Mail software described in *A New Age Dawns for Variable Data Printing*, Seybold Report on Publishing Systems, Sept. 15, 1997 (enclosed as Attachment C).

2

B

C

R.R. DONNELLEY
TECHNICAL LIBRARY
?75 HIGHLAND PKWY
D.WNERS GROVE, IL 0051?

# SEYBOLD

Volume 27, Number 2
ISSN: 0736–7260
September 15, 1997

## *Report on Publishing Systems*

31 **Escher-Grad shows two-sided proofer.** Escher-Grad introduced a fully automatic, two-sided, large-format color HP proofer at Print '97. A web-press transport system keeps the paper in alignment.

32 **Hyphen improves its two-sided proofer.** Hyphen Asia Pacific has modified its two-sided color proofer to improve quality and ease of use.

32 **Goss shows digital offset press.** At Print '97, the "press of the future" was demonstrated by Goss, featuring long-run erasable-cylinder technology.

33 **Surprises from Print '97.** In addition to the items highlighted last time in our preview or elsewhere in this issue, there were some surprises on the show floor from A.B. Dick, Xitron, IBM, Digital Graphics, Umax and Konica.

35 **Continuous-speech market expands.** Dragon, IBM and L&H all vie for leadership in speech-recognition technology.

40 **ColorSpan shows 8-ink device.** ColorSpan unveiled three new DisplayMaker models that utilize eight print heads to produce four-color work.

34 Adobe acquires HyWay RIP
34 ECRM to offer Adobe RIP
37 Internal collation improves flexibility
38 Torrey Pines opens PDLab

38 **Briefly:** DuPont-Agfa, Moore, Linotype-Hell, Heidelberg, Pira, Optronics

2 Comments from our readers

37 **People:** Bitstream-Xitron, Escher-Grad, Open Text, T/R Systems, MAN Roland, Varis, Adobe

2 Take 2: 5D, Ihara

38 User group news: GCA, Macromedia, XyUsers, SISUG

## *Market Update* 3

# A New Age Dawns for Variable-Data Printing

MARKETPLACE DEMANDS for tactics more efficient than mass-marketing campaigns are converging with new capabilities in variable-data printing to create an impending explosion in digital color printing. When we last surveyed the variable-data printing field a year ago, there were a few systems available with several others under development. The potential was vast, but little actual work was being produced.

That picture has changed dramatically. There are now many applications available, ranging from simple mail merges to highly complex variable documents enveloped within customized marketing strategies that tailor their pitch according to information harvested from sophisticated databases.

Variable-data printing is headed for a high degree of success because it creates higher response rates for marketing; it can eliminate much of the waste associated with mass mailings; and it builds upon an already-established variable-data tradition in corporate billing statements.

In this article we explore the state of the marketplace along with the reasons behind the impending explosion of variable-data printing. Then we go on to provide and in-depth look at the products that will make that explosion possible.

# Screen Scanner Offers 25 *XY* Technology and AI

Dainippon Screen, one of the top innovators in color scanning, has introduced a new scanner with the potential to be the most powerful of the recent scanner introductions. Cézanne is an A3-size, flatbed, CCD scanner that has the ability not only to move in *xy* directions, but is equipped with a zoom lens to achieve higher optical resolutions at any location in the A3-plus scanning area.

An intelligent setup mode employs intuitive keywords that are transferred through a graphical user interface. The ColorScope Pro 3 software incorporates artificial intelligence based upon fuzzy logic, which allows it to learn from its experiences by building a history file of all operations and refers to the file when it encounters a similar situation. The setup is designed to allow a novice operator to obtain high-end scanning quality from the start, with minimal time spent on education.

Volume 27, Number 2

The Seybold Report on Publishing Systems

# Variable-Data Printing Comes of Age: Capabilities & Market Demand Converge

WHEN WE LAST SURVEYED the field of variable-data printing systems a year ago, it was too early to comment very much on what was happening in the field. Although more than 1,000 digital presses had been installed, few were being used to print variable-data jobs. In some cases, this was because the software wasn't ready. In other cases, the customers hadn't found a market for this capability.

Since that time, however, a lot has changed, in terms of both the capabilities of the systems being sold and the market's acceptance of this new technology. By now, many systems have been sold with variable-data printing capabilities and many of them are being used to produce customized documents.

To give an idea of some of the changes that have occurred, consider these items:

- Banta is printing customized 80-page catalogs as a replacement for mass-produced 800-page catalogs.
- L.P. Thebault has recently purchased three digital presses to service a single client, creating personalized brochures and mailings for a major automobile manufacturer.
- Several suppliers have introduced software that simplifies the task of setting up variable data jobs, such as by selecting items from menus and dragging them onto a page.
- Agfa has developed a new printing architecture—called Intelli-Stream—to optimize its Chromapress system for printing variable-data jobs. It involves the development of a new format specifically aimed at processing variable-data jobs faster. In effect, Agfa is trying to do with software what Barco Graphics has been doing with a lot of heavy-duty hardware.
- Indigo has released its Yours Truly variable-data printing application, which produces personalized documents on the E-Print digital presses
- ColorAge has begun shipping its DocuPress variable-data system for use with slower, less expensive Xerox printers. This system brings variable-data printing capabilities to the market for less than $40,000—about one-tenth the price of a high-end system.
- Atlas Software, which developed the Private Eye variable-data program for Xeikon, has added a Windows version of its PrintShop Mail, which serves even lower-end customers than the DocuPress.
- At Print '97, Kodak and Heidelberg made a joint announcement of their intention to develop a digital color press with variable-data applications specifically in mind
- New Quark Xtensions continue to appear, bringing the cost of this kind of functionality down even farther.

With those—and other—changes taking place, we embarked on another survey, this time encompassing nearly every supplier we could find, from the high end to the low end. We looked not only at the printing systems and suppliers, but also at some of the customers using these products in the field. One of our objectives was to find out how the new, low-end approaches stack up against those costing much more.



**How complex can you get?** As you can see from the diagram from Barco's VIPLine, positioning variable data in relationship to other variable data can be a complex process. The presence of two photos in the database field at the bottom calls this particular layout into play. Relationships are defined in the tool at the top.

## The market

Color digital presses were originally sold as a way to address the markets for the printing of short-run color jobs and for demand printing. The hope was that these applications would justify the purchase of a digital press. However, as offset printing has become more competitive in runs as low as a few hundred copies—and as the market for full-color, on-demand printing has lagged behind expectations—the merchants of color digital presses have started to look for other ways to make them attractive.

Full-color, variable-data printing became an obvious application to help sell digital presses. This is a market that offset printing can't threaten.

**Making the case.** In variable-data printing discussions, you will often hear references to the "one-to-one" marketing concept as promulgated by Don Peppers and Martha Rogers in their book *The One to One Future.* Keep in mind, however, that print runs of one will not justify the purchase of a $400,000 digital press This strategy requires a mass customization concept employing multiple variables that could include, for example, choices in text, photos, layouts, products and regions that depend on items in a database field such as "age" or "income level." These are assembled together with personalized names and addresses in print runs of several thousand.

While much of the focus of variable-data printing has been on its potential for one-to-one marketing, one of the key drivers is cost savings. Although the cost per printed piece is much higher than for standard offset printing because the printing is targeted to

The key factor working for variable-data printing is higher potential return on investment.

only those customers that are more likely to buy the product, the print run is shorter and the waste factor is much lower. Because of the personalization and digital printing, the print run is exact; extra copies are not needed. The concept of obsolescence is also eliminated, along with the need for storage.

Those savings alone could make a case for personalized printing. But the key factor is the return on the investment. Many studies have been quoted claiming that personalized custom mailings produce higher returns than mass mailings. However, quoting percentages can cloud the issue because personalized runs are usually much shorter than mass mailings. It is more useful to focus on the net increase in sales as a result of a targeted campaign. That is where a printer can bring value to a customer. Also note that for the types of products that benefit most from personalized printing, it doesn't take many new customers to justify doing the job.

**Data issues.** Another cautionary note is that the return will be only as good as the information available in the client's database. The increased return that can be expected by simply plugging a potential customer's name into a pitch letter is minimal. A successful campaign requires information about individual customer preferences, buying habits and income levels

Printers that start selling variable-data capabilities quickly discover that they are no longer selling printing. They are selling marketing, which requires a different set of sales tools. Knowledge about data mining, database programming, verification procedures, template design, buffer capacity and connectivity to digital print engines becomes as important as the quality of the printing.

**Patience.** Be prepared for a long haul. Marketing campaigns built around variable-data printing can take months to prepare. The much-vaunted Fair Information Services auto-club guide produced in the Netherlands on an IBM InfoColor 70 with a Barco front end took 18 months from concept through completion. The Banta catalog noted above was in process for a full year before printing began.

## Dealing with other issues

Although great progress has been made in making variable-data printing a viable application for digital presses, many problems still need to be addressed.

**Proofing.** A problem with all variable-data systems is the lack of verification tools. Some of these products enable the user to preview a job by stepping through the database, item by item, with the data substitution made on the screen. This enables the operator to check the color and position of photo samples. Some of these systems make it possible to check for the longest names in the database to be sure they fit in the design.

For some systems, such checking can't even be done on the screen. The only way to know what will happen is to conduct a test print run of one or more items. Since these systems are demand printers, that process is not unreasonable.

In other cases, such a screen preview or proof printout is insufficient. For example, for variable-data jobs that include sensitive information or are targeted at a select group of customers whose business has a particularly critical aspect to it, the business needs to be assured that the job is complete and correct.

For a true proof of a variable-data job, every page would have to be checked—an impractical approach. This fact requires a change of thinking on the part of customers and adds the element of trust.

**Security.** Another potential roadblock is security. To accomplish this type of marketing, a company must be willing to release information from its database to a printer. In many cases this information is sensitive and proprietary. It is questionable whether this type of data would be released to a printing company that does not already have a long-term relationship in place with its client.

**Handling photos.** Photos are another red flag. All of the current programs available require that photos be cropped, scaled and color-corrected ahead of time. There are no tools for automatic color correction or cropping to fit a space

Similar problems can arise as we try to manage the color from one digital press to another or across different stages of a process. Even if the original photos are color-corrected when they are entered into the system, those photos may pass through several systems on their way to a digital press, each of which may interpret the color slightly differently. This "whispering down the lane" may ultimately result in color variances that deviate from the original. A job run on two different digital presses or repeated on a different press may also result in color differences, although it is possible to use different color profiles for different printers to compensate for variations.

**Degrees of variability.** One question that needs to be answered before getting involved with variable-data printing is, How much variability do you need? The personalization of a few hundred documents using names and addresses from a database is fairly simple and not very expensive. However, the use of layouts customized to conditions that can dynamically change according to information within database fields for several thousand documents requires the use of an output manager and a high-end variable-data program.

With most variable-data systems, fields from an existing database are brought into a new database created by the program. These fields are then available for use as variable-data fields in a document. High-end systems work directly in the original database file, pulling the required information into the document

## The workflow

Variable-data printing is the final step in a process. It cannot be thought of as a stand-alone operation. The process starts with a plan whose execution requires variable-data output. Portions of the plan include design, databases, illustrations and finally output to a digital printer that is able to handle variable imaging.

Volume 27, Number 2

The Seybold Report on Publishing Systems

**Designing the database.** For a variable-data application to work, the database may have to be structured in a specific format, or may have to be able to export data in a specific format. Issues with databases include security, format, data mining, integrity and content. Many clients will not simply hand over their database of customers for a printer to use in a direct-mail campaign. The client will need to know what information and format are required for the application to run. The original format might reside on a mainframe or a PC. Data might exist as hierarchical, networked, relational or flat-file. The printer needs to know enough about databases to be able to communicate with a client's IS department.

Once the data are ready to be pulled and sent to the printer, ownership of those data needs to be determined. The ability to pull photos has to be addressed similarly.

In addition to communicating database requirements to avoid the need to reformat or change data, conventions for naming variable objects have to be communicated so that they match the names in the database. The conditions under which text, calculated fields and variable objects are placed needs to be well understood and related to any proposed layout design.

**Communication.** Communication in the design stage is critical. Layout design of a variable-data job can be a complicated issue going well beyond a simple mail-merge routine that substitutes names and addresses in a specific area on a single master page. The layout designer has to know what text functions the variable software format supports.

**Data manipulation.** Will variable text reflow? Will it H&J properly? Will the size of type change to enable text to fit in a specified area? Does the system support calculations or conditional statements? (*E.g.*, if the recipient is a male between 30 and 50 with an income of more than $40,000.)

Can variables be rotated? Are overprinting and knockout text supported? Can graphics be variable? Can they be rotated? Can objects be resized on the fly? Are different layouts available depending upon conditions in the data?

A variable-data printing sale may depend upon the answers to these questions. And the answers are different for each program that is available.

## One view

Many of the variable-data imaging programs currently on the market are good for limited-size mailings where a personal touch could increase the response rates. These are good as an add-on to short-run color printing and on-demand applications for digital presses. However, in most cases, short runs cannot justify the setup time required to produce a variable-data job, let alone the capital investment in a digital press. This type of investment requires long runs of single jobs and multiple runs of the same setups. The mass-customization jobs that are beginning to appear are the ones that will make variable-data imaging common.

## Glossary of Terms Used in This Article

In reading this article, keep in mind that the variable printing we are focusing on goes far beyond simple mail-merges and the publishing of documents from databases. As we noted in our last update on this field, customized printing has been made possible by developments in high-speed RIPs, compression routines that average as much as 20 to 1 compression, disk arrays that enable output managers to hold and merge several hundred pages of information, and user interfaces that allow nonprogrammers to compile complex routines. The following definitions may help to understand some of the concepts described here.

**Static data**—the portion of a page or document that is used without change on multiple copies of a page or document.

**Variable data**—the portion of a page or document that changes according to the target recipient of the document, thereby requiring new data to be merged with the static data to produce the final document.

**RIP'ing**—the processing of data to create a raster bitmap, such as at the time a document is printed. The objective is to avoid having to RIP data unnecessarily at the time a job is printed. Thus, in customized printing it is important to RIP static data in advance, store the bitmap on a hard disk and merge it with variable data on output *without having to re-RIP the static data.*

**Mail merging**—the merging of new items from a database with static data in letters or other documents, with the capability of squeezing space horizontally and vertically to suit the space required by the new data, but without the ability to re-H&J the job. In typical mail-merge operations, both static and variable data are merged onto the page and the entire page is RIP'ed as one entity. There is no attempt to pre-RIP static data and merge the two types of data during output.

**Varying data in data-processing environments**—the act of pulling new data from a database for successive prints, but using bitmapped fonts and logos, without a need to rasterize the data prior to printing.

**Quark inlay variables**—the ability of a QuarkXpress Xtension variable-data program to define elements as variable data for which information from a database file will be substituted.

**Conditional variable data**—also referred to as rules-based data, these are variable-information items that are called into a document dependent upon the presence (or absence) of other data, e.g., if a subject's age is below 35, use photo 1a.

**Relational positioning**—the capability of a variable-data program to assign page layout positions to variable elements dependent upon the positions of other elements on a page.

**Data mining**—the use of a program to query a sophisticated database to either collect specific information or analyze the data to find usable patterns.

Although there are currently only a few systems that can handle complex designs and high throughput, others are on the way. What bodes well for printers, digital press suppliers and vendors of variable systems is that variable-data printing is part of the enabling of a new, personalized marketing strategy that will ultimately change part of the way products are sold.

**Conclusion.** As you can see, there has been considerable development in variable-data printing over the past few months, with much more promised in the relatively near future. Normally, in a development cycle such as this, conventional wisdom advises patience to see how the market shakes out. However, in this case, such patience could mean missing the market opportunity. Assume the decision to enter the variable-data market is put off for several months to a year awaiting technological developments. Additional months are then required to research the options prior to making a commitment. At that point, between one and two years from now, you may still be a year or more away from actually printing the first page of a mass-customization program. The market and the capabilities are converging now and are threatening to explode over the next several months. The companies in the best position to take advantage are the ones that started a year ago.

## Survey of Current Products

In this section, we try to cover all of the products that conform to our definition of variable-data printing with full support for process color, PostScript typographic functions and other characteristics of modern-day documents likely to be used in this application. There undoubtedly are others that we have missed, including some Xtensions to Xpress, which seem to come out of the woodwork at every major trade show we attend. We'll catch up with other applications as they become available.

## Agfa supports Xpress for high volumes

**STATUS:** Agfa's Chromapress system configures a Xelkon engine with an Agfa front-end controller, based on 604 PowerPC processors and an Agfa PostScript interpreter. A Quark Xtension called Personalizer-X is available for setting up a variable operation, but other layout programs also can be employed. The interface is easy to use, featuring menus and dialogs. Approximately 300 Chromapress systems have been installed, including 100 with the new IntelliStream architecture directly at variable-design printing. But few of the current users are producing variable-data jobs because the early system wasn't ready for variable-data applications. The Chromapress sells for an estimated $400,000, not counting the variable-data feature, which adds $39,000.

EARLY THIS YEAR, Agfa enhanced its Chromapress for variable-data printing by introducing its IntelliStream output manager. It incorporates a new PowerRip PostScript interpreter for rasterization and

ChromaPost job ticket. Agfa's Chromapress system uses an electronic job ticket, called ChromaPost, to read the PostScript file, create links and identify the variables. The job ticket includes specifications for the number of copies, whether the job will be collated electronically or mechanically, imposition, trim size and so on.



compresses documents into IntelliPac device-independent print files that contain trapping, color management, CMYK separation data and variable data ready for real-time processing.

It uses "smart" compression algorithms to compress various data types selectively, supporting compression ratios of at least 10 to 1. The compression speeds file-transfer rates. After compression, files are passed to the output manager, which, when the job is ready to print, decompresses the files, merges fixed and variable page elements, and adds screening and calibration values specific to the print engine, making it possible to prepare jobs offline and print them on any engine. The output manager streams output at the rated speed of the print engine for either the Xeikon DCP/32i or the 50i.

Rasterized files can be routed back to a Mac workstation for previewing or archiving. The system can rasterize, print and download rasterized files while printing a separate job. The system also provides offline rasterizing and storage capabilities.

The IntelliStream system uses four CPUs, each with 2-GB disk drives. Each processor drives two of the eight stations on the Xeikon print engine (four each to print the front and back of a sheet). As digital presses get faster and wider, more CPUs can be added, if required, to increase throughput.

**Setup.** Agfa's variable-data system, Personalizer, is software that allows 100% variability within a document. The software works in two steps. First, a master page is created in any layout program that supports OPI, such as Xpress or PageMaker. Second, one or more databases are linked to the master page. Personalizer is the

Volume 27, Number 2                                          The Seybold Report on Publishing Systems

software that allows the merging of the data. Personalizer-X is Agfa's Xpress Xtension that allows variable-data documents to be created using Xpress on a Macintosh. Later versions will support Xpress on a PC and PageMaker on a PC or Mac.

Personalizer-X supports all Xpress features controlling text and typography. It accepts ASCII text files exported from a database program. All Xpress formatting commands and unlimited shapes for variable data fields are possible. An advanced function enables text to be reflowed using the new data. TIFF and RGB images are accepted. OPI compatibility improves the performance of variable-data jobs that include images by eliminating the need to create and transfer large PostScript images. The software also allows variable-data jobs to be previewed, proofed and browsed, prior to printing.

When combined with the IntelliStream architecture, Personalizer-X allows an unlimited number of data fields to vary and any amount of data on the page, including the entire page. Without IntelliStream, only 16 fields and 25% of the color data (100% of the black-and-white data) on a page can vary.

The Chromapress uses an electronic job ticket, called Chroma-Post, to read the PostScript file, create links and identify the variables. The job ticket is used to specify the number of copies, method of collation, imposition and trim size.

**Operation.** In operation, pages are designed in Xpress and a database is selected. A menu choice opens Personalizer-X. The database, which includes links to images, is opened as an ASCII file. The actual images reside in a folder on the Mac workstation or on the network. The data file is chosen and data file settings are selected *(see illustration)*. Here field separators, modes (single- or multiple-page documents) and paths to picture folders are defined.

The page is then ready to be personalized. Text boxes are selected and database fields are applied. These text boxes can reside anywhere in the document. For example, a prospective customer's name can be planted inside a paragraph, as well as at the beginning of a letter. For multiple use, variable boxes can be copied and pasted in different places on the document.

For photos, an area is selected and linked to the proper database field. The screen controlling variable picture box settings is called up and placement criteria are applied. These include the position within the box, offset, rotation and scaling.

Variable text can overprint variable images or other text boxes. For example, a caption can overprint an image. Variable text can also wrap around variable image boxes, so that an image can be implanted in a text box.

To date, the software does not support conditional statements, such as to vary the photo of a type of car based on the income level of the recipient. Conditional statements must be accomplished in the database before data are imported into Personalizer-X.

Verification and tracking are available through visual proofing or from record numbers printed on each page. In the case of a jam or destruction of documents, it is possible to reprint only those record numbers that were damaged.

**User report.** L. P. Thebault of Parsippany, NJ, justifies its use of a Chromapress by the increased response rates it achieves by tailor-

**Multiple use of data with Agfa.** With this Chromapress job, the name of the recipient, David Colby, is used in several places with a variety of text attributes, although the name occurs only once in the database. Colby's company name appears both at the bottom and within the text of the letter.



ing its message to individual customers, although the key is getting the information in the database. According to Michel Bethea, manager of business development, the idea is to use direct marketing to reach the 5% of a client's customers that are responsible for 20% of sales. These people can be reached multiple times with different messages. These increased response rates justify the increased costs involved with personalized printing.

Thebault, which recently purchased three Chromapresses to serve a single, large, automotive client's variable-data needs, believes the market for variable-data printing is poised to explode. Prep time is the major issue with variable data. Up-front work usually has to be done with a client's database to ensure that the data will flow correctly into Thebault's system.

Variable-data printing can be an expensive proposition compared with mass marketing of static printed pages, Thebault notes. Compared with offset printing, the cost per page is high. And the amount of preparation time required can be very high. However, the basic premise for using variable-data printing is very different from the principles behind mass marketing.

The first thing Thebault stresses is that variable-data printing doesn't require selling printing; it is a marketing project. The premise is that a personalized, targeted campaign will net a higher return than a mass-marketing campaign. What digital printing—and, more specifically, variable-data printing—makes possible is a departure from the mass-marketing techniques used for the past 20 years to sell most products. To sell this type of printing effectively, a printer has to reach the prospective customer's marketing department, not its print buyer.

The problem is that there has been no precedent established to track the type of returns that are possible with personalized printing campaigns. Those who have experimented with it are not about to share their results yet. One way to start is with trial runs

September 15, 1997

at established customers, as Thebault has done, and then build upon that success.

**Pricing and marketing.** Personalizer-X software costs $600. The capability to handle full-color variable data adds $39,000 to the price of the IntelliStream architecture on a Chromapress.

To help its customers sell variable-data printing, Agfa has produced a software package called ODIS (On-Demand Information Strategy) that allows potential customers to calculate their returns from a custom printing application. The program factors in such things as storage costs, unused pieces and printing costs to calculate a rate of return necessary to justify the use of variable-data printing. In general, a higher return of a couple of percentage points justifies the higher cost of printing. The good part about the program is that if a printer gets a chance to present it, the customers get to do their own calculations.

**OUR TAKE:** Agfa provides the throughput capabilities necessary to justify the time and expense in putting this type of job together. Although the Chromapress currently lacks some of the complex formatting capabilities that high-end jobs will require, it is adequate for many and its price is right for many high-volume applications.

## Atlas serves the low end

**STATUS:** PrintShop Mail is a basic personalization routine running on a Macintosh or PC and driving Canon and Xerox digital presses. Rather than customization of high-quality documents, it is geared more toward applications such as labels, tickets, invoices, personalized magazine covers and forms. The Macintosh version, now at 3.1, has been in use for four years and is bundled by Xerox with all DocuColor 40 and DocuTech printers sold in the Netherlands. The NT version is brand new. For someone who wants to get initial experience in this field without investing a lot (prices start at $395), this program provides an opportunity.

ATLAS'S PRINTSHOP MAIL is a personalization routine for entry-level users working with Macintoshes or PCs. It provides some advanced features, such as "if, then, else" constructions, but it has some extreme limitations, such as the inability of the Mac version to handle multipage documents and a current restriction against varying images on the PC. Thus, a variety of mailings, sticky labels, bar-code

**Variable boxes and data file settings.** Clicking on one of the variable boxes (*left*) will highlight the affected area on the screen. The data file settings (*above*) allow you to determine how the text will flow for each field.



**PrintShop Mail's variable auto pitch.** In this portion of a letter to potential automobile customers, photos of several cars are placed on the right, with a larger photo of a featured car in the lower center. Photos are matched with appropriate captions. The address box and portions of the larger text box contain variable data called in from the database. Lists of defined variables and the available database fields are on the left.

labels, tickets, invoices, personalized magazine covers and certain kinds of forms are the types of jobs that are most applicable for use with the program.

**Setup.** First, data are entered in a database and exported in DBF or a tab-delimited format. The layout, including static information, is created using a desktop publishing or word processing application. It is rasterized once and stored in EPS format for use with a Macintosh or PDF for use with Windows.

**Operation.** In operation, a PrintShop Mail document is created and the EPS or PDF file is placed. The database is loaded into PrintShop Mail (or the tab-delimited file is converted). Database fields are dragged and dropped onto the variable definitions on the layout. Special operations such as automatic numbering or additional data processing are specified.

When the print command is initiated, the static data are merged with variable data fast enough to allow the print engine to run at its full rated speed, Atlas says. In this operation, the static data aren't reprocessed, which is one fact that differentiates this program from ordinary mail-merge operations.

The Mac version merges variable EPS files (including Quark-inlay variables) with any text file or standard DBF database. Variable images can be merged on the fly. The Windows version, which uses a Borland database engine, merges PDF files with any ODBC or standard DBF database.

A full set of database functions are available, including conditional expressions (if, then, else). Previews show actual data prior to printing.

The whole document can be variable. The area is copier dependent, and 255 variables per document are available. Within text blocks, wordwrap is supported. No interaction between areas can be performed. Knockout, overprint and overlap are not supported. For the Mac only, variable EPS images are saved in the same folder as the database. The name of the EPS image is used to connect. For variables, all standard system and most inlay text formatting are supported. Mac EPS or Win PDF design master-page formats are

Case 1:06-cv-00032-JJF    Document 46-5    Filed 08/18/2006    Page 16 of 31

**Barco real-estate brochure.** In this real-estate brochure, variables include the background layout, the photo and the text elements, all of which are called out of the database at the bottom. The program builds relationships among the various elements as to how they will appear on the page.



available. Variable text can be rotated and variable images should be prerotated. Clip+Scale support is provided. OPI compatibility is not a priority. Preview for non-inlay variables is supported.

There are some key limitations. The Mac version is duplex only and cannot handle multipage documents. The Windows one does not yet handle variable images. Database functions are limited to 255 characters.

**Pricing and marketing.** The Mac version is available in two configurations: normal, which does not have transparency, and forms, which enables transparency with optimal processing for jobs that support forms. Prices are dependent on the number of prints desired: up to 50,000 for a price of $395; up to 200,000 for $1,495; or an unlimited number for $3,995. Once the total number of prints is reached, the program goes into demo mode and a new dongle must be acquired.

**Our take.** As a method for adding limited personalized information to existing documents, this inexpensive product is adequate, providing functionality beyond simple name and address merging.

## Barco claims the high ground

**STATUS:** Barco's PrintStreamer output manager utilizes a 233-MHz DEC Alpha platform running Barco Graphics' FastRip/X PostScript interpreter, usually with a Xeikon engine. Barco offers two variable-data products—VIPLine and VIPDesigner. VIPLine, a dedicated variable-data system, runs on an SGI computer with a DEC Alpha server and costs between $120,000 and $150,000. VIPDesigner is a Quark Xtension for setting up variable-data jobs that starts at about $10,000. Approximately 150 PrintStreamer systems have been installed. About 10% produce variable-data jobs. The PrintStreamer, which sells for between $80,000 and $150,000, is usually purchased in conjunction with a digital press.

SINCE BARCO GRAPHICS is not a digital press manufacturer, its philosophy has been to concentrate on the front end rather than the print engine. The company, which has experience in handling large sets of data destined for imagesetters and platesetters, sought to convert this experience to digital printing in general and variable-data imaging in particular. Although growth to date has been slower than the company anticipated, Barco expects an explosion in the near term as prices for digital color printing fall and database knowledge among customers builds. These developments will make variable printing accessible by marketing departments, ad agencies and public-relations firms as they learn what is possible.

In general, Barco says, running a variable-data printing job has several requirements in addition to the digital press itself:
- The information that will go into the job needs to reside in a database.
- Since these database files are interpreted as presented, preprocessing on the database should be done to verify the incoming data. (Missing data will be listed in the binding procedure that occurs late in the process.)
- Although it is recommended that irrelevant data residing in the database be deleted, in situations where a single database is used for different jobs, irrelevant data can be ignored.
- A workstation is needed to link the database to the layout.
- Assembler software creates the various instances of the document.
- The front end to the digital press supplies the variable data to the engine at its nominal print speed.
- Management software manages the data and the workflow.

The Barco product for variable printing includes its Print Streamer and its VIPLine software for creating layouts for customized documents. The PrintStreamer is a buffer that stores and recombines rasterized elements. It is capable of holding up to 20,000 text pages or approximately 2,000 color pages. These pages can be printed in any sequence and variable information can be merged with master pages at nominal printing speed.

Another part of the equation is Barco's client-server access module (CSAM), which creates a window to the server for system management and monitoring. Server-based processing and background operations, queues and data conversion can be initiated and monitored, including integration of all of the different components comprising a variable-information printing workflow.

**User report.** Barco's customer, Banta, which uses a Xeikon press with a Barco RIP, PrintStreamer and VIPLine, is printing customized 80-page catalogs as a replacement for mass-produced 800-page catalogs.

**VIPLine.** VIPLine is in its 1.0 version, with an upgrade demonstrated at Print '97. The editor allows documents designed with any desktop package to be adapted to include variable objects driven by the content of a database.

The first step is the verification of incoming data through the PS-Fix function, which checks to see whether all image-replacement files (following OPI, DCS or APR conventions) are available and performs other functions to reduce manual checking of incoming documents. A check for missing fonts is performed when files are converted to the Barco GRS format. Hot folders can be set up to process incoming files automatically.

**Variable-element browser.** This browser shows the path of each element as defined in the database, along with the element's placement on the page.

**Automatic iteration.** The automatic iteration function automatically places groups of elements—in this case room descriptions and photos—down the page, as many as will fit.




The VIPLine editor allows different placeholders to be defined for the variable fields. There is no limit to the amount of variable data, the number of variable fields or the shape those fields can take. Interactive visualization of the different records of the database allows records to be checked. Variable fields also can be added to a "picked master." A picked master page is a layout that is dependent upon the contents of a specified database field. For example, if a field contains a varying number of photos, the software will "pick" the layout that can accommodate the proper number of photos.

Files are saved in VIPScript form, which indicates which master pages are used, which "picked" masters are used and where variable data are positioned on the different pages. This description is the guideline for the batch generation of all the different instances of the variable job.

The VIPBinder generates the real master and variable pages that are ready for rasterization. It allows the last-minute integration of the database information into these master and "picked" master pages. The layout files can be saved in the VIPScript format to allow reuse with different database information, such as doing the same type of mailing to a different list at a later date without going back to the workstation.

The pages are then rasterized and sent to the PrintStreamer, which acts as a large buffer containing an array of disks capable of storing all of the pages of one or more jobs. The PrintStreamer imposes the job and sends these pages in real time to the digital press in sequential order.

**Greater customization.** The new version of VIPLine allows even more customization, including these items:

- *Automatic iteration of multiple objects* to optimize layouts. This function creates a page dependent upon the amount of variable fields that are being placed. For example, if one record has five variable items to be placed and another has ten variable items, this function will automatically place all of the items one after another, depending on relational rules that have been set up.
- *Conditional relational placement* to allow the positioning of an object dependent upon the position and size of other objects on the page. It allows alignment, fitting, and horizontal and vertical layout. It provides for automatic positioning of a variable number of objects and provides the ability to set up text around variable objects, depending upon the size and position of those objects. For example, in handling two pages as a series—one with two larger photos, one with four smaller photos—this function allows the photos to be positioned appropriately for each, with accompanying text positioning itself in relation to the photos.
- *Hierarchical layouts* to allow variable elements to reside in a variable layout. In this case, a layout that calls for two photos might have different text blocks that depend on a prospect's location. Hierarchical conditions provide the ability to premerge objects, depending on what is encountered in the database.
- *Conditional layouts* to load two templates for a single master page, with rules established for when each layout is used. As an example, the type and number of photos accompanying an automobile pitch might depend upon the income level of the prospect.
- *Optimization of text* to force a text block to be confined within a specified area. If the text is too long for the area, it can reduce the point size to allow it to fit.

Other additions in the next version will include hot folders for automatic conversions and the ability to mount external files. This version will create a container to hold the live area on a layout. As many elements as it takes to fill the space are generated down or across the page. Text blocks are associated with photos by specifying vertical and horizontal relationships with the photos. Macros can also be created to handle exceptions or special situations. For example, a macro was developed to create maps specific to a given location, with the optimal route highlighted.

**VIPDesigner.** Barco recently introduced VIPDesigner, an entry-level program that works with Xpress. It enables the operator to assign placeholders in an Xpress design and generate a VIPScript description of the variable job. VIPBinder executes the file, either on the server or locally on the Mac, to create all of the instances of the customized document.

The program, which is used with the PrintStreamer, provides 100% variability and an unlimited number of fields. It can use

**Mercator software and direction macro.** The map on this page was automatically drawn using Barco's Mercator software. The directions from the prospect's address to the sale property were created via a custom macro from address information in the database. Inside the circle, the route of travel is highlighted in yellow. The bar code at the bottom was created on the fly.



DeltaGraph to create graphs on the fly and works with any database, including FileMaker Pro. Some advantages over similar programs are the ability to place variable data on a curve, apply vignettes and skew pictures

VIPDesigner starts at $10,000 and can run up to $100,000 in a client-server environment.

**A test example.** As a simple example of what the new version of VIPLine can do, Barco created a four-page real-estate brochure The variables included two real-estate companies, two master pages, two different properties (one with a single main photo and one with two main photos), a variable number of room descriptions, photos for pages 2 and 3, and a map on page 4. The map showed the location of the property, with the route from the prospect's address to the described property highlighted in yellow It sounds complex, but keep in mind that it is simple compared with some situations, which might include multiple master pages, additional properties, multiple main photos, several real-estate companies, etc.

The page was designed in a desktop program and imported into VIPLine. Ascii text files were brought in for the text blocks. Conditions were set up so that if there were a single main photo, it would fill an area on the front page. For two main photos, the second photo was partially inset into the first photo so that it covered the lower right-hand corner.

Variable-length text blocks describing the property filled the lower half of the page. The blocks are set up so that the second block begins at a set distance below the bottom of the text in the first block. (Signatures appearing on a letter can be made to "float" with the body of the letter in the same manner.) The colors and backgrounds for the two real-estate agencies were different. At the bottom of the page, the proposals were personalized with the prospect's name and address.

Pages 2 and 3 included descriptions of the rooms, the locations of the properties and photos of some of the rooms When no photo was present, the room description ran across the page. When a photo was present, the text was set up to run within a fixed distance of the photo. This allowed the photos to be of variable size The software ran the room descriptions down the left-hand page until it was full, then continued down the right-hand page,

filling in photos and room descriptions. For the room descriptions, the shape of the text box was based on the presence or absence of a photo and, where present, its dimensions.

Page 4 included a map drawn by Mercator software *(see illustration, left),* an additional Barco software package for cartography. The map of the area was drawn, accompanied by directions from the prospect's address to the property location, which were determined on the fly and flowed into a text box next to the map. On the map the route was highlighted in yellow through a macro created by Barco using Mercator software. In addition, a unique bar code was created for each individual brochure.

**How it works.** The VIPLine software imports data into the Barco format. (VIPDesigner and most other variable-data programs operate in native Xpress.) Files are batch imported and converted This can be done via hot folders in the new version. There are various software routines for monitoring, managing and exporting files. Master pages created in a desktop program are editable in the Barco format. This includes text, vectors and splines. Almost any format can be accommodated, including those of high-end color systems.

Files that are part of the variable page layouts are defined. There are three types of master pages: *normal,* which are always the same; *picked,* which are dependent upon information imported from a database; and *repeat picked,* which could run different numbers of times as part of different documents, *e.g.,* the second page of a letterhead

The database can be loaded either as live information or as a dummy, if the live information is not yet available. The database can be comma- or tab-delimited. Field names are created as references to the layout.

On the layout, the variable data show up on top of the master. Different views can show just the variable data or the field names. Logos are spline fields, referenced as external files. Contone images are also referenced as external files. These elements can be set up as masters so they don't have to be rerasterized with each reuse.

Variable fields can be added via drag-and-drop functions from the database. For text fields, the database field, field name, type of file and path need to be designated. Text can be optimized to fit a specific number of lines or within a text box. The program can resize the text on the fly. Variable text can be placed on a curve and optimized to fit the curve. For photos, areas are created and photo fields within a database are designated.

The new version of VIPLine adds trapping as a separate module and allows external files to be mounted on the layout, *e.g.,* ASCII text files. It also allows relationships to be built between objects, so that a layout can "float" according to the variable elements within the database. The new version also allows automatic iteration of multiple objects, hierarchical layout and conditional layouts described earlier.

**Pricing and marketing.** VIPLine 1.0 with an SGI workstation and DEC Alpha server costs between $120,000 and $150,000. In addition, a PrintStreamer is required as part of the digital press configuration. The upgrade, which will be available either late this year or early in 1998, has not been priced.

September 15, 1997                                                         The Seybold Report on Publishing Systems

Key to ColorAge's capability are its high
compression ratios.

**OUR TAKE:** Barco has the most sophisticated package available for handling variable data. Although it is expensive, if there is a requirement for complex page designs and high throughput, this is the only system that currently will fill the need. The addition of VIPDesigner brings some of the functionality of the Barco system to the lower end (that is, closer to the middle) of the market.

## ColorAge has capability, needs interface

**STATUS:** ColorAge offers its variable-data printing capability as part of its DocuPress RIP that drives 6-ppm Xerox printers. The system costs less than $35,000, including all hardware. The keys are a software module called DiamondMerge, which enables the RIP to store and reuse raster data, and a compression algorithm that reduces significantly the amount of data being transmitted. The main negative is that ColorAge hasn't yet developed an easy means of setting up a job. There is no "user interface" to lead the operator through the setup procedures.

ACCORDING TO COLORAGE, the key to its variable-imaging capability lies in its data compression technology. The company has developed its own PostScript interpreter, and it uses compression technology that varies the algorithm, depending upon the content of a given page. This contrasts with most compression techniques, which compress an entire page according to a single algorithm. ColorAge breaks a page into tiles measuring a square centimeter, analyzes each tile and uses a compression algorithm based on the content of the area. Text is compressed, then rotated 90 degrees and compressed again with the best compression ratio of the two used. Ratios can go from 3 to 1 up to 100 to 1; 20 to 1 is typical for an office document.

Compression is vital in the ColorAge approach because it merges or overlays page upon page to create a variable-data document. Thus a page is created for the prerasterized master or form page. Pages are created for each photo variation and are also prerasterized. Text variations are rasterized on the fly. Without compression, the files would be too large to manage effectively.

At this point, the ColorAge variable-data system, DiamondMerge, is a capability that resides within a DocuPress color document server for Xerox printers. The capability is accessed via a viewer in the DocuPress. There is no user interface available to the document creation program. And documents cannot be previewed prior to printing. To run a variable-data job on the DocuPress requires some operator skills and imagination. However, good results can be achieved and ColorAge expects applications to appear before long.

**Data-centric variability.** ColorAge says that most available applications are *design-centric*, focusing on taking a page layout capability and pouring data into it. DiamondMerge, on the other hand, is more *data-centric*, focusing on getting information from a database onto a page. The software can be linked to SQL databases and is compatible with ODBC. Unlike most other variable-data systems, where data files are created in the application, with Diamond-Merge the data do not reside on the DocuPress. Pages and variable data are pulled from elsewhere on the network to be rasterized.

It must be emphasized that DiamondMerge is not an application. It is a capability within the DocuPress to overlay two or more pages to create a new page. For variable-data printing, it overlays one or more static pages with a supply of variable text that it can rasterize on the fly.

**Setup.** To run a variable-data job, a static page or "form" is created using a standard desktop application such as Xpress, PageMaker or Word. Then the mail-merge function of Word (or another program) is used to designate areas on the form to be overlaid with information from a database. ("Template" is the term ColorAge uses to refer to the variable data that overlay the form.)

The "Create Form" or "Use Form" function that resides in the DocuPress-viewer-is used to designate the static page as a form. The "Form Repeat Count" function tells the DocuPress to repeat the use of the form under the variable overlay template.

In a demonstration of a four-page brochure *(see illustration on p. 13)*, five documents were involved: a main form; two forms used as sources for replaced images; an overlay; and a data source.

The Form contained the static data for each of the four pages, including text, high-resolution images and logos. The overlay document that resulted from a mail merge performed in Word included personalized data drawn from a Word data source. It also specified which images were to be placed on the third page of the brochure.

**Operation.** The main four-page form was created in Xpress and printed to a PostScript file. The large automobile photo on page 3 was one of ten images located in a form document and used for image replacement. The portrait of the sales rep on page 3 was one of five also located in a form document.

The template was a document created in Word to overlay the main form. In addition, it called out the images to be replaced on page 3. Like the main form, the template was a four-page document. It contained the personalized text, text boxes to overlay the high-resolution images and the merge fields to personalize the document.

The data source was a Word document containing the data used for personalization. It contained a simple table with columns that represent the merge fields used on the template. This file needed to be "linked" before merging could occur.

To merge the data, the DocuPress Viewer was opened and the form files to be merged were selected and downloaded. After downloading, the files were rasterized and created as forms. The next step was to create and name an empty directory in Word. The two DOC files to be used were copied into this directory—both the template and the data file. Using mail merge in the Word tools, the printer was selected as the destination and a range of records to be merged was selected. In the Print dialog box under device options, several PPD settings were changed. The document was then ready to print.

**OUR TAKE:** This is a product in need of an application. It takes quite a bit of setup to prepare a file for printing and it doesn't provide a preview, but it is capable of producing fairly complex documents. The price of $12,795

**Customizing existing documents.** The ColorAge approach is to take an existing document and add personalized data to it. In this case, the tops of pages 1, 2 and 4 are personalized. Page 1 also utilizes areas below the artwork captions. On page 2, the text knocked out of the solid blocks is custom. Page 3 includes two variable photos and a personalized address. And page 4 has a variable text block at the bottom. ColorAge merges or overlays one page on top of another to create a variable-data document

   

is not a lot of money for a RIP with this much capability to drive a $20,000 Xerox color printer. The variable-data capability is but one of several functions on the DocuPress server. Continuous printing, electronic collation and color management are among the others. If a simple user interface is developed, along with preview capabilities, this product could be the one that brings variable data to the office level

# IBM looks to future in data mining

**STATUS:** To date, IBM has relied on the Barco variable-data capability for its InfoColor 70. However, in the near future, the company is planning to take variable data one step farther, mining data directly from a corporate database.

VARIABLE-DATA PRINTING is a key application for IBM, although it isn't totally new. In the production printing marketplace, it has been supporting variable-data processing for several years, although it involves the personalization of data to individual customers, *e.g.*, for addresses and billing applications, mostly black and white with some spot color. This kind of printing isn't the focus of this article.

For the kind of jobs we are addressing, IBM has been offering the Barco capability, which is what it demonstrated in its booth at Imprinta in June *(see Vol 26, No. 21)*, where Fair of Holland showed its application for creating personalized auto routings. However, IBM is working on a new system that will dynamically create documents where any two people on a mailing list, for example, will get different products created from a set of databases. A prototype of this new offering is expected to be shown at Xplor in Dallas.

Low-end approaches are good for *personalization* where there are a limited number of variables. High-end products are designed for *customization*, where variables are virtually unlimited. For example, a catalog can be built based on income information and historical buying habits. Or insurance booklets can be customized based on age, sex and number of children, with each table inside being different.

This degree of sophistication required a product like Adobe's Extreme to process each file independently, when it and may or may not factor in repeated data. (At Print '97, IBM showed an InfoPrint 4000 using Extreme architecture for black-and-white variable-data production printing at a speed of 464 letter-size pages per minute.)

**Setup tools.** IBM's design tool separates content from form  This separation allows the designing of various templates into which the same data can be poured. The design tool builds a list of variables that it needs and integrates with data-mining tools  It brings together the variable data that have been mined, the template and the form, and then uses a document-building program to assemble them. This tool also interfaces with the printer, so it knows whether electronic collation is available. The tool will work in PDF to avoid normalizing the data back to PostScript.

Most data-mining tools are independent of the databases and can operate with DB2, Oracle, Sybase or any other open database. If the database is proprietary, the software must be customized for the environment (*e.g.*, FileNet, which requires special code). The data-mining tool will perform *ad hoc* queries (color preferences, sex, age, income, etc., plus names and addresses).

**Strategic analysis.** A second element to data mining dramatically increases the cost: the ability to do strategic analysis. This will segment the marketplace represented in the database, identify the segments and show how to reach the segments

The strategic-analysis tools would be required, for example, by an insurance company to analyze its market and optimize its marketing campaigns. The example of the insurance booklet could be created without the strategic-analysis portion of the tool, but with the data-tracking portion.

A closed-loop system will handle all aspects of the prepress data mining, preparation and design, and send the data to be rasterized and printed. With a non-closed-loop system, where a printer has variable-data printing capabilities, a lot of communication is required so that the data supplied match the requirements and capabilities of the printing system. For example, a securities firm is unlikely to release its database to a commercial printer for that printer to mine and extract the required variables. It is more likely that the printer will have to supply the parameters to the customer that does the extraction and supplies the specific data. In

September 15, 1997

The Seybold Report on Publishing Systems

this instance, one component must be run at the customer site, with the design handled at the printer.

Another sophisticated tool that is related to a custom program is Campaign Management. This type of campaign is structured so that a particular response or nonresponse to an initial mailing automatically generates a secondary action. For example, an insurance company may start a marketing campaign with a piece of literature on homeowner insurance to a potential customer. A response from that customer will trigger a secondary mailing of additional information (and alert an agent). Nonresponse might trigger a second mailing offering life insurance.

In this instance the system is required to do data extraction and then track responses.

From a commercial printer's point of view, variable-data printing is a new problem. Commercial printers are used to creating a proof and then running hundreds, thousands or millions of the same item. You cannot proof a customized variable-printing job because each item is different. You can proof only the templates and the form. The responsibility for printing accuracy shifts to the printer because signoff becomes impossible. Commercial printers face the need to move from a skill-based operation to a knowledge-based operation.

The financial and insurance industries will be the early adopters because of the competitive advantage variable-data printing offers for protection of the top 5% of their customers, upon which they rely heavily. Corporate America will follow as "cost-per-page" thinking is replaced by "return-on-investment" thinking.

Until now, the focus for digital color presses has been on short-run applications. This is a fallacy because an offset printer will bid down short-run prices for its customers in order to hold on to that customer's long runs.

The market potential is huge, but it will take a few years to develop. IBM's prototype at Xplor will be followed by a beta site in the first half of next year.

**Our take.** IBM is setting its sights high. Already operating at the high end with its use of the Barco front end in some applications, it appears that IBM plans to take variable-data processing right through the front door of corporate America. With its vast data-processing experience, IBM may be the company to solve legacy data compatibility issues that could hinder its ambitious data-mining aspirations.

## Indigo tests Xtension for E-Print

**STATUS:** Indigo's Quark Xtension, called Yours Truly, provides a personalization routine designed to bring variable-data capabilities to its E-Print 1000. The software, still in the testing stage, will be provided as part of the E-Print personalization package.

INDIGO'S YOURS TRULY SOFTWARE is an Xpress Xtension that works with FileMaker Pro or any ASCII export file from other databases to create variable-data documents. The master page is built in Xpress and channels are selected and designated to receive variable data. Next the Yours Truly Link software is opened and the data source



Variable-text control. In this window, controls are set on the text fields within a database, allowing text to be enlarged or squeezed to fit the available space.

is designated. The channel to be replaced is identified and linked to the data.

At this point, the type size and tracking can be altered and trailers can be added; for example, commas can be added following a variable name and the type size can be reduced to fit a given area. Each field is set up similarly. Then a test run can be conducted, setting the number of records to be run and importing data from the database. The program replaces the type and calls out exceptions, alerting an operator to overset errors.

If the file is correct, a multi-page document is created and linked to the original layout. Guides are created showing where the variable data are placed. Then the original text boxes are suppressed. Channels are rectangular, but because they are transparent, the variable data inside can take any shape.

Photos are handled in a similar manner. Preferences allow a photo to fit exactly or to be placed to the side of or in the center of a box. Channels are transparent so that if a photo doesn't fill an area, the background shows through. The number of channels per document is limited to 50.



Yours Truly Link. This screen is used to select text files from a database and link them as variable data to a static page, showing field delimiters. Longer files can be batched for greater printing efficiencies.

**Output.** Once complete, the job is output as PostScript files and then rasterized and sent to the E-Print 1000. A second job can be RIP'ed while the first is

Volume 27, Number 2

The Seybold Report on Publishing Systems

printing. The program is limited in that it doesn't support conditional statements, it is not yet OPI-compatible and images must be set up exactly. However, it shares these limitations with most of the other variable-data programs.

Indigo is working on a Yours Truly Image program that creates multiple prerasterized masters with different layouts and photos in place. The idea is that in a kiosk-type environment, a master could be selected, and then variable text could be filled in. The prerasterized master could be pulled and the variable text rasterized on the fly on the E-Print 1000. Another use could be in printing season tickets, where the masters could show various sports teams and logos and the individual tickets would vary with dates and seat assignments.

A basic system requires Xpress, Excel, FileMaker Pro, Photoshop and Yours Truly Link to link the files, Yours Truly Card to step and repeat the layout file and Yours Truly Layout, which is the Xtension that resides in Xpress to create variable channels in the layout. The Yours Truly program is currently in beta testing. Release is planned for the fourth quarter.

**OUR TAKE:** Yours Truly is good for limited-size mailings, where data substitution is all that is required. The system does not provide for conditional variables and does not support OPI functions. The idea of using a $379,000 E-Print in a kiosk environment seems a little far-fetched, but if at some future point the Yours Truly Image program can operate over a network, then perhaps it would make sense.

## Scitex brings rules capability to Xtensions

**STATUS:** There are two components to the Scitex approach to variable-data printing: the Variable Print Specification (VPS) and the Darwin application. Together, Darwin and the VPS RIP allow, within a single print run, changes in page layouts and changes in the number of pages in a document. VPS, which was introduced as a RIP upgrade for the Spontane and Spontane V, will become an option on the SX1000/3000, which are Scitex front ends for the DocuColor 40. The Darwin Xtension to Xpress on the Mac is used to designate variable elements in an Xpress document and relate them to information in the database. It runs concurrently with Darwin Pilot, which imports, edits and organizes document elements—including text and pictures. Darwin and the VPS RIP are priced at $20,000. They will be available later this year.

THE FIRST PREREQUISITE for a campaign using variable-data printing is for a marketing plan by the company that needs to have the printing done. Among other things, that plan must take into account the capabilities and economics of the available print engine, including the optimal number of impressions for the job. Designs need to be formulated based on the available information on the target customers. Data mining needs to be done to collect purchasing preference information, with catalogs and mailings targeted to reflect those preferences.

Variable data can include text, pictures, color and page layouts in runs of at least 500 copies. However, the cost of production cannot exceed the anticipated return on the product and variable-



Darwin setup. This view shows the database in use, upper right, and a list of available variable fields, lower right. In operation, after a text block is created, the desired fields are dragged over to the document and dropped in place. Note the variable caption overlaying the car photo.

data documents cost more to produce. There are issues relating to the database, the setup and the design.

For variable-data processes, printers must break out of the print broker mentality, i.e., orders to print a number of copies for a specific price per copy. This has to be changed into a value for work performed, i.e., if the return on a mailing can be increased by X percent, then there is the value you get from the higher price. Pricing must be based on provision of a service, not a commodity. The content of the variable document must justify the price of the service. Cars, real estate and travel services work because the price of the goods or services justifies the higher costs of the job. Pizza parlors and kiddie portraits don't work.

**Database structure.** First, the database needs to be supplied by the customer. It needs to be designed so that marketing issues such as the use of the a person's name in the salutation can be accommodated (Dear John J. Smith vs. Dear Mr. Smith or Dear John). This requires separate fields for courtesy titles, first names and last names.

The database should also include information that allows target differentiation (unlike some other approaches that require the same general types of similar information, albeit with item substitution, in other words, conditional variables). The database can include information that is not destined to be printed, but rather is used to construct documents, e.g., "age" or "sex" may determine the use of a particular photo, "income" or "price range" might determine the type of product to be pitched, etc.

There are two components to the Scitex solution for variable data printing: the Variable Print Specification (VPS) and the Darwin application. Together, Darwin and the Scitex VPS RIP allow, within a single print run, changes in page layouts and also in the number of pages in a document. Although there is no limit to the amount of variable data handled within Darwin, the more unique data that appear on a page, the more rasterization time will be required.

**Optional layouts.** Two layouts have been created, one with one photo, one with two. Rules are set up to determine which layout will be used for a particular record.

**Conditional statements.** Darwin allows conditional rules to be set up governing which field in a database will be used for a given situation. In this case, a photo is specified for instances when the car preference is Taurus and the state is New Hampshire.





**VPS.** The Scitex-developed formal language, VPS, is an extension of PostScript. It is designed to be used by variable-information document authoring systems and it enables digital front ends to process these jobs efficiently. VPS was introduced as a RIP upgrade for the Spontane and Spontane V and will become an option on the SX1000/3000, which are Scitex front ends for the DocuColor 40. Scitex eventually hopes to make VPS a standard for print engines to allow variable-data processing from multiple applications.

With variable-data jobs, the concept of indivisible rasterized page files is gone. Instead, prerasterized page elements are assembled into pages at high speed, which then feed the print engine.

**Document authoring.** The second part of the Scitex approach, the Darwin document authoring tool, has two components.

Darwin Pilot is a self-contained Macintosh application that imports, edits and organizes document elements, including text and pictures. The program supports a resident database application (SQL Server) that imports ASCII data from external databases, spreadsheets and word processing programs. It allows subsequent organizing, editing and filtering of the resident database contents. Rules can be applied to the fields in the database to provide a choice of templates and elements for any "booklet" within a job. (Booklet is the Scitex term for each personalized copy of a document within a single press run.)

The Darwin Xtension to Xpress on the Mac, which runs concurrently with the Pilot, is used to designate variable elements in an Xpress document and relate them to information in the database.

The criteria for which variable elements (text, graphics and pictures) will appear in any personalized copy of a document can be established by applying a set of rules to the variable text. This involves organizing personalized text into a database consisting of fields and records. One record contains all of the textual data used to help generate a personalized copy of the document. Rules can also be applied to the individual fields, with the content of one or more related fields in a record determining which graphic, picture, body text, etc., will be used for that personalized copy. For example, if field "Age" is "greater than 21 but less than 65," use template Adult1 and picture M35TIFF, while if field "Age" is "greater than 65," use template Senior3 and picture F39TIFF.

**Benefits of the high end.** A high-end system can vary content, including text, pictures and document layout. It doesn't simply change name and address, but tailors the substance of the document to its recipient.

A high-end system provides an efficient method of generating, transmitting and rasterizing PostScript so that only elements that are unique to a particular document are sent and rasterized for that document. A mail-merge program, capable of producing Scitex VPS code, can benefit by more efficient production using the VPS program, even though its content change is limited.

**Database compatibility.** Any database (or "database file" from a word processor or spreadsheet) that can emit either DBF format or tab-delimited ASCII can be used with Darwin. The database should be designed with the variable output product in mind. Darwin's import program can ignore unwanted fields in a database and can arrange to import elements in whatever order is suitable for the print job. Darwin uses a "Profile" (a description of fields to be used in a job) to filter databases upon import.

**Other setup.** A page layout or layouts must be created and imported into the database. If page content is to be changed, based on evaluation of database fields (conditional variables), rules must be established. Variable elements, whether database record fields or rules, must be placed on the pages.

**Degree of sophistication.** There is no limit to the number of variable fields that can be supported or the amount of variable data that can appear on a page (although the more variable data, the more RIP time is involved). All Xpress functionality and feature sets are supported, including any shape that can be created

Volume 27, Number 2

**Print run specifications.** Prior to printing, the database can be sorted, in this case according to zip, with the run limited to a specific list.



in Xpress. Variable data can knock out, overprint and overlap other elements.

Any text box containing variable data will be reflowed at the output stage and will be treated as "inline" PostScript. This means that the entire contents of the box will be sent and rasterized for each document. With images, if they are intended for placement within a picture box, they are appropriately sized and scaled first. The standard Xpress picture manipulation commands apply (*e.g.*, CMD-OPT-shift-F) but may not always produce optimum results. Xpress's formatting commands, such as rotation and scaling, can be applied. The system currently works only with Xpress for the Power Macintosh (Xpress 3.32).

**Verification and tracking.** There are no comprehensive tools for verifying and tracking a print run. The Print Run monitor advises operators of missing elements (a mini-preflight check) and the Scitex digital front end reports printing errors. But to date, there is no way to check to ensure that what was intended to run on a page actually ran. In fairness to all of the vendors, this is only a minor roadblock. If the databases are set up correctly, the job will print correctly. Print runs can be sampled to spot check the correctness of the documents.

**Target markets.** Current Spontane customers who are interested in Darwin and VPS include digital trade services and in-plant operations. These already have targeted customers and markets that range from phone cards to product catalogs based on Internet transactions. As word of successes spreads, the demand should increase substantially.

Scitex sees its market to be variable-data runs of 500 to 1,000, but probably not much beyond that for the present. However, the Spontane is capable of producing 2,400 letter-size pages per hour. The implementation of a cache mechanism, under development, could greatly increase print run lengths.

Design is very important in creating a variable-data document. Scitex will issue a design guide similar to the one it has issued for the Spontane. It will include things designers should and should not do. For example, while it is possible to vary everything on a page, it is uneconomical to do so.

**Workflow.** For Darwin-generated files sent to a VPS-enabled printer, the variable-information job, described as a VPS file, with all associated EPS elements, is fed into the printing system. Each different page element is then individually rasterized. In the RIP, elements are cropped, scaled and rasterized. If an element is to be used again, but with different clipping or scaling parameters, it is

rasterized again at this time. The rasterized elements are placed in a rasterized page element cache ready for assembly to pages. The cache is kept intact until the conclusion of the job, allowing for reuse of elements anywhere in the job. The elements can also remain in the cache for subsequent jobs. "Booklet" assembly instructions, including page templates, do not go through the RIP, but are passed directly to the page compositor. Scitex also is implementing code to store cached elements between jobs for later reuse.

After all of the elements in the job have been rasterized, the page compositor assembles all of the pages for the first "booklet" into a "ready-to-print" format capable of driving the print engine directly. As these composite files are assembled, instructions for including any inline PostScript data in the page are passed back to the RIP. These data are rasterized on the fly and immediately incorporated into the ready-to-print page in a process Scitex calls "Meld." This process occurs as soon as all of the elements necessary for a page are rasterized. In normal operation, the print run will not start until the whole job is rasterized. This allows the print engine to run at full engine speed, working uninterrupted from the printer disk. While one job is printing, another can be rasterized and "melded." It is also possible to run a job "booklet by booklet," but that will usually result in starting and stopping the engine. Scitex is looking at the possibility of breaking up a print run into smaller groups for greater efficiency.

**Running a job.** Running a job with Darwin and VPS requires first that the data be prepared for the job. For example, if a mailing will use a person's first name in one location and full name in another, then the name must be split into separate fields. Photos and other graphics must be cropped and scaled and color-corrected prior to storage as EPS files (EPS now, TIFF to follow at a later date). And a layout or layouts must be created in Xpress.

The starting point for a job is to run Pilot and initiate Profile, which is a list of the elements available in a database. The desired elements are identified and posted for use in the Darwin Data file database which is associated with the job to be run.

The job is then defined from Xpress documents. It can include multiple pages and the pages can have multiple layouts. Both text and images within those pages can be varied. Pointers to the document and pictures are stored. Images can be handled as Scitex APR or OPI elements and text files can be associated with images, *e.g.*, captions.

On the Xpress page, areas to hold variable data are defined. They must be rectangular in shape, but any shape can be accommodated within a rectangle. These areas can be rotated and scaled if desired. In general, any of the functionality of Xpress can be applied.

Once the variable areas are defined, rules are applied. Rules can vary from simple replacements:

    if CarPref1 field = Jaguar, use Jagimage

to compound:

    if CarPref1 = Jaguar and State = NH, use JagimageA

to complex rules involving layout and text options:

    if CarPref1 = Jaguar and CarPref2 = BMW, use layout 2

with text options appropriate to the car preferences

17

l

September 15, 1997

The Seybold Report on Publishing Systems

**Form configuration.** With the T/R variable-data program, a page must be designated as a form using the system's Form Configuration window.

**Print manager.** In T/R's PrintStation Manager window, a variable-data job shows up as a form waiting to be printed.





The process is simplified by the use of drag-and-drop techniques.

**OUR TAKE:** Darwin is a very sophisticated program for variable-data printing of limited run lengths. The ability to run conditional data sets it apart from other programs that operate as an application Xtension. The price for Darwin and the VPS RIP at $20,000 is reasonable for the capabilities.

## T/R adds variability to cluster printing

**STATUS:** T/R's MicroPress Cluster Printing system offers a VariableForms option for about $1,500. It allows PC- or Macintosh-created PostScript files to be overlaid on top of static pages to create variable-data applications.

THE T/R MicroPress Cluster Printing system provides variable-data capabilities for those customers wanting to personalize their materials. Using the VariableForms option, users can overlay variable data (both text and graphics) on top of static forms.

First the form is created in the desired application: Xpress, Word, PowerPoint, etc. Then it is sent to the MicroPress Cluster-Server. It is possible to print to the MicroPress from an application, just like any PostScript device on the network. Once spooled to the ClusterServer, the form is rasterized and placed in the PrintStation Manager module.

To use a document as a form, the job is selected and the VariableForms feature of the MicroPress is turned on. Variable data are sent to the MicroPress as PostScript pages that are rasterized and overlaid on top of the form. Data are overlaid in the same location as they appear on the variable-data page. Each page of variable data creates a page of the final personalized piece.

Types of variable-data jobs include customized newsletters, direct-mail pieces and cover letters.

**Degree of sophistication.** Because it is an overlay of unlimited text and graphics, the variable data can take any shape. Also, because it is an overlay, there is no limit to the number of variables that can be accommodated. However, text will not reflow when the job is printed. The system creates individual static overlays out of variable data, such as addresses, and merges them with the master page or form. The variable-data pages can overlap and overprint data on the form page. The only setup required is to make sure the data placement is correct on the form and on variable-data pages so that the variable data are overlaid in the proper place on the form. There are no text formatting limitations. Whatever is available in the application can be used. Rotating and scaling of entire pages are supported. A preview feature allows rasterized jobs to be checked before printing. The system is OPI compatible; an OPI spooler is included with the base system.

T/R sees the demand for variable-data printing increasing. One-to-one marketing and personalized proposals are becoming more evident. T/R customers also use the variable-data feature to customize newsletters and letters.

A MicroPress system with two black-and-white PrintStation 024s and a ClusterServer starts at a price of about $37,000. The VariableForms option adds about $1,500. It is not a database. All layout is done on the front end on a PC or Mac and sent to the system as PostScript files. If a user wants to employ a database, any database that can output to a PostScript file can be used, including Paradox, FileMaker Pro and Microsoft Access.

**OUR TAKE:** This inexpensive product is a step above simple mail-merge programs with its OPI compatibility and overlap and overprint capabilities. However, variability is limited because the product is simply merging two static pages, one over the other. All-in-all, it is a nice addition to T/R's cluster printing capabilities.

## Varis removes spooling from b&w process

**STATUS:** The Varis VariScript suite of products is now in the field running several applications. Although it does not yet drive color engines, we include it in this discussion because of its unique aspects, including the ability to rasterize data directly to the print engine and the ability to save PostScript display lists. The products, comprising VariScript software, the high-volume page output controller (HPO) and the operator display terminal (ODT), are priced between $50,000 and $295,000, depending upon the required performance level of the printer.

Varis has created a RIP process that allows the marriage of variable and static data within the system and sends those data immediately to the printer, operating at a sustained bitmap data dispatch rate of 500 megabits per second for monochrome and spot-color print-

Volume 27, Number 2

The Seybold Report on Publishing Systems

**VariScript workflow.** This diagram shows the workflow involved in the Varis system. Rasterization of all data on the fly without prior spooling of data is a key benefit.



ing. In a test run, the system easily handled a 1,000-ft -per-minute ink-jet printer.

What this process means is that files no longer need to be merged, rasterized and spooled prior to printing. Job changes do not require reprogramming and respooling because the variable pages are composed immediately prior to printing

The biggest saving that the product offers is in programming time. Most processes currently involve a programmer who designs the form that the variable data will take in conjunction with a forms designer who creates the template. Changes in template design require programming changes in the variable data. If changes occur after spooling, the process must be repeated, including several hours spent rerasterizing and respooling the data

**VariScript software.** Two types of files are needed to run a variable-printing job. A PostScript file contains the individual style sheets or page descriptions that provide the page layout. Raw data files supply the variable information needed for the job. At the operator display terminal (ODT), the operator uses a touch-screen visual interface to submit a job ticket for a print job The job ticket identifies the specific files required for the job and the information needed to access those files.

Once VariScript has the information it needs, it pulls the files it needs from the host computer and creates a new variable page from the data using the formatting of the PostScript file. It then renders that page into a bitmap in real time and sends it directly to the printer

The software pulls the style sheets from the form created by any PostScript application and assembles graphics, incoming data from an MIS department and prepress into new variable PostScript pages. PostScript attributes including typography, format, rotation and scale are maintained.

Varis has a unique approach for creating new PostScript pages. The patented method extracts graphic resources and graphic states from the original PostScript file and saves them into a dictionary The system uses these graphic components to generate new Post-Script pages that are based on the database demographics. These same graphic states can then be reused to format new data. The traditional approach does not involve saving the graphic states, which therefore must be re-created with every use.

While PostScript supports dictionaries, Adobe didn't build them for graphic states. It doesn't make sense to do so when printing data that don't repeat, e.g., a 100-page manuscript. With variable-data printing, however, data are inherently repeatable.

**RIP design.** The VariScript software is embedded into the HPO controller module. The HPO is an ultra-high-speed RIP that creates bitmapped images for multiple print engines on the fly The system has LAN, WAN and Internet connection utilizing standard TCP/IP and SNMP protocols.

The HPO automatically converts the PostScript files into Vari-Script without modifying the original application file. It can rasterize variable data at run time and dynamically flow text, graphics and images at any orientation to an arbitrarily defined closed path.

In addition, the HPO internally tracks all data from input to output, generating an audit trail in real time. Because the HPO keeps track of printed pages, in the event of a jam, only that portion of the printing that was lost needs to be reprinted

Several features are resident within the HPO. These include serializers, automatic insertion of time stamps, automatic bar code generation, thumbnail templates, fonts and international multibyte support, including user-defined byte-translation tables

Serializers can be alphabetic, alphanumeric, special or static. For bar coding, the HPO can accept raw user data and internally add stop and start codes and check sums, outputting valid bar codes in several formats, including 2D. A local hard disk is available for permanent downloading of fonts. The HPO supports Type 0, Type 1, TrueType, Speedo and Bitstream fonts.

**Job tickets.** The job ticket provides flexibility during the production run, providing the mechanism to separate the data and prepress functions from the printing and post processing functions. This allows the same RIP to connect to multiple printing devices Within the job ticket, a multiengine manager controls machine-dependent parameters such as the number of print heads, their locations, book imposition and perfecting, gutter adjustments and bindery alignment

Differences in production equipment located at different sites are also accommodated within the job ticket, eliminating the need to modify data files and PostScript style sheets for different printers

The software is capable of placing multiple records on a page and specifying a break either in a page or in a sequence of pages The software can signal inserting equipment to start a new envelope, select a type of envelope and decide whether or not to print or insert additional optional materials, based on the weight of the required materials that are being printed. For example, an envelope carrying a one-page invoice may be able to carry also a page or two of marketing literature that can be printed on the spot.

Fields can be specified as variable, with different specifications layered on top of each other, to be used depending upon the variable data themselves. For example the due date for an invoice could

be in Helvetica. If the bill is 30 days past due, it could be made italic. If it is 90 days past due, it could be bold italic. If it is 120 days past due, it could be bold, italic and red. This type of formatting can be built either into the job ticket or into the PostScript files. Some environments receive PostScript files preapproved and cannot alter them.

For fonts, the RIP has a search path to follow:

- Go to the dictionaries to see if the font is loaded.
- Look for embedded fonts.
- Go to the local hard disk to find the font.
- Goes out to the enterprise network and search the directories.
- Go to the job ticket for a default.

All of these activities are recorded in a log file that the operator can see and an audit file that the operator may or may not be able to access. Running a proof on a laser printer will usually pinpoint any font problems prior to production.

VariScript supports the use of data from a single database field in multiple locations, overlaying one another, or overlaying photographs. The software can also control the wrapping rules for text wrapping patterns, wrap path compliance, "insideness," even-odd rules and use of margins within the wrap rules. It can change the type face, point size and leading based upon the amount of variable data required to fit into a constraining box.

Two types of preflight checking are required with variable printing jobs on the Varis system. First is a PostScript check of the template by sending it to a desktop PostScript printer. The second is a check for variable-data placement, requiring laser printouts to look at the minimum and maximum field lengths in the database to be sure that the variable data fit in their designated area. For debugging, the entire job can be preflight tested without actually printing anything, in which case errors are logged in an error file.

The system includes a data filtering process that extracts and concatenates fields in the database to get what is needed. Irrelevant fields in the database are ignored. There is no limit to the amount of variable data, the number of variable fields or the shape of the variable fields used.

VariScript is database driven, with the database choosing the format of the template, the quantity of templates and the content or values for the template. The software is open and can be used with any prepress or print system. The auditing system begins at data collection and continues all the way through postprocessing. A security system can use dummy

```
[JobSetup]
  Job = 11430
  Description = shipping labels
  RunDate = 2/22/97
[LogFile]
  LogLevel = operator_2
  FilePath = logdata/kmart.log
[AuditFile]
  HostName = 190.0.2.14
  LogLevel = advanced_4
  FilePath = logdata/kmart.aud
[JobSubstitution]
  ;123455: = <barcode> bc25+
  store = <store_name> wrap=box
  addr1 = <address1> wrap=box
  citystlp = <city>, <st> <zip> wrap=box
  060099 = <po>
  00 = <div> sub 8:2
  648 = <appl>
  07104 = <store_no>
  00 = <vhse>
  0001 = <quantity>
  0090 = <mfg>
  8.00 = <weight>
  12 = <dept>
  0552242 = <order>
[DataFile]
  FileType = Delimited
  FilePath = obs/kmart01.txt
```

**Varis job ticket.** The job ticket is the key to the VariScript workflow. In it, the links are made to static forms and to the database for the variable information. Variable data are pulled directly from a database residing on the network.

data for testing, going to the customer's database only for the actual print run.

The price for the Varis RIP ranges between $50,000 and $295,000, depending upon the required performance level of the printer.

**OUR TAKE:** For high-speed production of variable data, the Varis system presents some unique advantages. It eliminates a database programming step, allowing data to be pulled directly from an existing database (assuming that the data are in the proper configuration). PostScript pieces can be taken from the customer and directly used in the variable process. It eliminates the spooling step and the accompanying management of spooled data by rasterizing directly to the printer. And it provides access to multiple printers from the same RIP, so that if a printer scheduled for a job is unavailable, the job can be run on a different type of printer configured with the system.

## Xeikon stakes hopes on variable future

**STATUS:** Xeikon offers two variable-data printing options: Its own VDS (variable-data system) and the one developed in conjunction with Barco Graphics (described earlier). Two RIPs are available: Harlequin's ScriptWorks and Barco's FastRip. Xeikon has developed (in conjunction with Atlas) a front-end application called Private-I for merging variable data with master-page information. It outputs PostScript files for either the VDS or PrintStreamer. Xeikon printers range from $285,000 to $600,000, depending on options.

XEIKON IDENTIFIES three variable-data segments:

- *Single fixed master*, where variable data such as direct mail or tickets are printed on top of one single, fixed master page. This is the best-known variable-data application. A single page is personalized, after which a second copy is printed with another name and address, etc.
- *Multiple cyclic master*, where each page in a set can be customized with additional variable data. Examples are personalized presentation handouts and numbered catalogs. Complete sets are printed and assembled.
- *Multiple arbitrary fixed masters*, where information changes in two dimensions or layers. This area, which is the most complex variable-data printing application, includes personalized response cards and custom personalized information. Suppose a reader has returned a response card indicating he would like information about products X and Y. A personalized set of information leaflets could be printed concerning these products, personalized with custom information (name, address, etc.) For another reader, information on products Y and Z needs to be printed and customized. Several applications like this can be found—insurance-company mailings, customized manuals or catalogs, commercial billing, financial statements, etc.

Xeikon provides two variable-data printing options. One is a Xeikon development available as its VDS (variable-data system). The other has been developed in conjunction with Barco Graphics and is based on the PrintStreamer disk array. VDS covers applications where there is a single fixed master. The PrintStreamer enables all applications to be covered by a single system

Volume 27, Number 2

The Seybold Report on Publishing Systems

**High-speed variable-data printing.** Both Xeikon digital printers, the two-page DCP/32D *(left)* and the new four-page DCP/50D *(right)*, will benefit from the success of variable-data printing.



**VDS.** The entry-level VDS consists of hardware and software. The hardware comprises a set of dedicated variable-data memory modules fit into the image memory board of non-PrintStreamer configurations. The software controls the master page and variable-data fields.

In the VDS concept, variable-data fields are merged on top of fixed master-page information. Up to 16 fields can be defined per side. The total surface covered by variable fields is limited by the available variable-data memory and by the overall data-transfer bandwidth within the Digital Imaging System (DIS).

Because PostScript does not include operators to handle variable-page configurations, Xeikon has defined custom PostScript operators that add variable-data functionality to the standard PostScript language. Two types of PostScript pages are defined: one indicating the master page and the second identifying individual variable-data fields (VDF), all fields in sequence within a record, and record after record.

Both Xeikon RIPs—Harlequin's ScriptWorks and Barco's FastRip—are aware of the additional operators. They can interpret incoming VDS-compatible PostScript jobs correctly, identifying master-page information and variable-data fields. The bitmaps for the master and for the VDFs are rendered and spooled on the internal spooling disk array.

Once the print command is given, the master-page bitmap is downloaded into the standard image memory, which is called the master memory in VDS applications. The different VDFs for the first record that fit on the first sheet being printed are downloaded into the variable-data memory buffer. With the first record loaded, the press starts printing, merging the contents of the master memory with the contents of the VDF memory on the fly. While this is happening, the system simultaneously downloads the second record into the VDF memory. The master-page information remains the same. On the second page, the second record is merged into the master-page elements, again while downloading the next record from the spooling disk array into the VDF memory, and so on until all the records have been printed. Rasterizing, spooling and downloading of jobs in parallel remains possible, even while processing variable-data jobs.

**Converting VDS-compatible PostScript files.** Preparing files for VDS output requires PostScript files formatted according to the syntax for VDS, adding a couple of extra operators to the standard PostScript language. These operators mainly define which page elements are master-page elements and which ones refer to variable information. In addition, they contain parameters for positioning, formatting and transparency. The latter enables the operator to use different transparency features for printing variable data on top of the static master pages.

High-end users of VDS, mainly direct-mailing companies, haven't had trouble programming their database output modules to incorporate the required VDS operators into the actual database output. In their workflow, master-page information is prepared following conventional desktop publishing or high-end color system processes, generating PostScript output, which is defined as master-page elements from within the engine control system. The variable data being output by the database are processed in an independent workflow. The RIP processes the variable-data fields, and they are stored next to the master-page information on the spooling disk array.

However, typical service bureaus and repro shops do not have enough database programming expertise inhouse to provide direct database output to the VDS system. For these applications, Xeikon collaborated with Atlas Software to develop a front-end application called Private-I. It allows the merging of variable data with master-page information, outputting PostScript files for either VDS or PrintStreamer.

Private-I was developed as a stand-alone Mac application. Master-page elements can be imported through EPS files or generated from within the application. On top of this, a variable-data layer is defined on which the variable-data fields are positioned, formatted and filled out with variable-data operators. After this preliminary design stage, the database information, output in DBF or tab-delimited text formats, is imported and connected to the different variable-data operators laid out in the design. These connections may include additional standard database calculations or even conditional operations. As such, any additional data calculations can be performed while outputting, providing additional productivity and eliminating the need to program these functions in the original database application from which the output has been generated. Prior to outputting the PostScript file, Private-I allows on-screen previewing of formatted data.

**Preparing elements.** The master page and variable elements can be prepared from within many commercial applications, using Private-I to process output in PrintStreamer-compatible output format.

Xeikon also supports Barco's VIPLine configuration, which expresses variable information, not in PostScript but in Barco's proprietary GRO format. The combination of variable data and the GRO format provides a wide range of effects and manipula-

> Expertise on data manipulation with common
> database applications and basic database
> programming knowledge are minimal
> requirements for variable-data printing.

tions, such as wrapping text around a curve or printing in a full gradient fill of rainbow colors. *(See the section on Barco for a full discussion of the VIPLine.)*

**Prerequisites.** Although several systems make workflows as easy and straightforward as possible, several additional prerequisites are involved when processing variable data, in addition to general publishing and printing requirements.

In addition to standard layouts, variable-data printing implies input from databases. Database output can be complex, ranging from a basic address list to complex sets of fields and records with additional sorting and calculations to be performed. In addition, incorporating images into the variable-data layouts multiplies possible problems involved with standard publishing jobs. Imagine a customer walking in with a whole database of images on CD-ROM, all in RGB format, all requiring color correction, manipulation and separation prior to printing.

In general, expertise on data manipulation with the most common database applications and basic database programming knowledge are minimal requirements. However, when considering serious variable-data printing as part of a printing business, the actual printing will be a small part of the whole service. Preparation, manipulation and verification of data become the major tasks, requiring extra resources.

All standard database output formats, including DBF and tab-delimited text, are compatible with the Xeikon systems. Other formats may require basic conversion, usually something that can be done from within standard spreadsheet programs.

For final output, databases need to be set up according to the requirements of printing. All of the data need to be verified and sorted, images need to be checked and modified or separated as required. Depending on the front-end application used to merge and match layout and variable data, additional "last-minute" adaptations to the database structure and contents can be made. Private-I provides extensive database manipulation features, including standard text and number calculation and conditional operators.

The implementation of images takes extra care. All images need to be verified for size, color and resolution prior to printing. Images also need to be made available from within the merging workflow. In the Private-I setup, images need to reside somewhere on disk or on the network. In the database, images are referenced by means of a text string that includes the path and file name. Private-I reads the text strings and looks for the images on the indicated path.

Note that, although individual images can be limited by themselves, the whole set of images for the total number of records to print may easily end up being a huge set of information to handle. It is recommended that images be handled through one of the standard OPI workflow procedures. In this way, only the low-resolution images need to be referenced to the Private-I variable-data operator. The completed PostScript file can then be processed by the OPI system that will substitute the low-resolution images for the high-resolution data.

Private-I allows the on-screen preview of all implemented records in the database to be printed. The complete layout for every copy in the print sequence can be verified on-screen. In

addition to manual verification, the application itself will detect common errors in setting up variable-data jobs. For example, it detects whenever two or more fields overlap each other and combines them into one common field. It also reports any critical setup criteria when limits are being passed in the layout that could later result in problems

**Buffer limitations.** With the PrintStreamer setup, the whole page can be filled with variable information. With VDS, the system poses some limitations. Variable-data fields are defined in a variable-data layer. The total number of fields is limited to 16 per side, regardless of the size of the document. There is no limit on the content of these fields. They can contain an unlimited number of variables.

The second limitation in the VDS system is posed by the maximal area that can vary within a document. Internally, variable data are downloaded record after record from the spooling disk array into the VDS memory modules, print after print. The bandwidth for downloading from disk to memory boards is limited in number of bits

To determine actual restrictions, it is necessary to take into account compression factors and quality levels of the variable data. The amount of compression applied to the variable data depends on the actual contents of the variable-data fields. Xeikon uses lossless compression algorithms that are very sensitive to the contents; text is more easily compressed than images. The quality aspect plays another important role. Xeikon engines print at 600 dpi with up to 64 gray levels per spot, addressed using six bits of information per spot. The highest quality is reached at four or six bits per spot. For some applications, lower data depths can be used. This table indicates how much surface area is available for variable data according to the data depth required. It applies to VDS only:

| Variable Field Surface | | Master Size | | |
|---|---|---|---|---|
| **Quality level** | **Data depth** | **A4** | **A3** | **2 A2** |
| High | 4 bits per spot | 50% | 25% | 12 5% |
| | 3 bits per spot | 66% | 33% | 16 6% |
| | 2 bits per spot | 100% | 50% | 25% |
| Limited | 1 bit per spot | 100% | 100% | 50% |

**Capabilities.** Text and variables laid out in variable-data fields in Private-I will reflow automatically when they are printed. The size of the field should be made large enough to hold the longest possible text string.

With VDS, areas cannot interact. As soon as two variable-data fields overlap, they are interpreted automatically as one total field However, with PrintStreamer, full-page areas can interact, with both layers varied independently Master pages can vary while the top full-page area, holding additional variable content, can also vary This interaction can be programmed from within the database driving the output.

Xeikon offers a wide degree of flexibility in transparency effects available on the variable-data fields. The actual mode can be set in Private-I or programmed using the proprietary transparency operator in the PostScript file. Transparency modes include knock-

Look for Xeikon and its partners to find ways to educate the marketplace.

out, overprint and overlap. The VIPLine allows very complex variable-data transparency layouts to be defined.

With Private-I, images are imported upon output to PostScript. The database does not contain the images, only a text string giving the path and file name of the required image for a particular record.

Text formatting features go beyond basic word processor capabilities, but are not as sophisticated as those provided by professional page layout applications. Private-I accepts any EPS file generated by any application capable of producing EPS files from individual pages. When specific applications cannot output directly to EPS files, there are workarounds using print drivers or intermediate formats.

Variable-data fields can be rotated in 90° steps. Scaling of variable-data fields is done manually. Fields that are defined to hold images can be set up to crop or scale images automatically. Scaling of images can be further defined for proportional or perfect fit.

**Verification techniques.** Verification and tracking are done upon printing. Private-I allows the operator to split large runs into smaller segments to look at a print run more easily. In addition, individual records can be printed in sequence to provide easier reprinting of damaged copies. Private-I offers a full, on-screen preview. It also detects possible errors in the layout.

Although Xeikon's main focus is on short-run color digital printing, variable-data printing is one of the key aspects of true digital printing. Demand for variable-data printing is increasing, but it requires a high degree of commitment from the printer. Resources need to be allocated to preparation, with printing relegated to one stage in the process. Xeikon believes a high percentage of print eventually will be customized, versioned or personalized. As an example, the use of customer cards in supermarkets will soon provide full detailed information of buying behavior preferences of individual customers. Supermarkets or their suppliers will be able to target a customer with offers on products of their choice or on competing products.

Xeikon believes that, although the demand for variable-data printing currently comes mainly from larger companies in banking, distribution and marketing, these companies more often rely on external partners to provide their publishing services.

**OUR TAKE:** As a supplier of the high-speed digital color print engines used by Agfa, IBM and Xerox, in addition to its own sales, Xeikon has a vested interest in the success of variable-data printing. Successful implementation of customized campaigns by large marketers could increase the demand for color digital printers exponentially. Look for Xeikon, together with its partners, to find ways to educate the marketplace about both current and potential capabilities of variable data in an attempt to increase demand.

## Xerox calls for standards

**STATUS:** Xerox, with its array of digital color printers, is looking at all ranges in the market, from simple personalization to ultra-high-end data mining. Xerox says that all of its RIP suppliers are working on variable-data solutions. Those from Atlas, ColorAge and Colorbus are available now.

XEROX SEES THE MARKET for variable-data printing evolving very rapidly. Some markets, such as financial and high-ticket items, can afford to support the technology now. Other markets, where the profit margins are not as high, find the concept appealing, but for now, the products are too expensive or the workflow too extensive.

**Three levels.** Xerox is looking at all of the market segments from the very low-end desktop printers to production-class printing devices. These include three levels of variable-data printing.
- The first level would be a full-featured system where hardware and software reside on the digital front end. These systems would provide access to legacy databases, improve the speed of the workflow and optimize the printing function. Tools would be included to access, for example, pictures on a Helios server, text on a DEC mainframe and data on an RS 6000, and merge these variables into the print stream. These tools would minimize the need to customize legacy databases.
- The second level would provide a hardware and software assist to the digital front end to move the variable data efficiently. The form or template would reside on the digital front end, with transparent overlays sent to the printer with the variable data.
- The third level is a software approach where the digital front end takes previously merged data and prints it.

While Xerox would not be specific, it did say that all of its front-end partners are working on variable-data printing.

**Paradigm shift.** Variable-data printing has the potential to change the way business is conducted, Xerox believes. Instead of ordering print through a print buyer, marketing managers and financial managers, the people who have control over the use of a company's databases will be involved in the purchase. This will require an unprecedented level of trust between a corporation and its print provider, forming a partnership that could involve several months or years of planning for a campaign.

This is a very different type of sale for a printer. It is a long-term deal that involves fulfilling jobs conditional upon previous jobs. For example, the volume of a second printing job may depend upon the response or lack of response from the first printing. Xerox feels that it may take as much as a five-year development process for the market to get to that point.

Although there is an assumption that the benefits of variable-data printing will far outweigh any differentials in prices, there is a long way to go before it can be considered as a replacement for mass marketing via mail campaigns.

For color production printing, the color has to be right. Not only must the original images be color correct, they also must remain correct as the images move through the system and go through filters. In addition, different digital front ends will react differently to color files. Issues of stored-format size and compression have to be addressed. Perhaps there should be a quality validation filter to check against a standard.

Another fundamental problem exists in automating a data-mining process. If data exist in different forms in different archives, there must be a mechanism for printing these diverse assets in a format that makes sense. Xerox would like to see a consortium

September 15, 1997

*The development of standards for variable-data printing implies an openness in systems that developers may be reluctant to share.*

formed to set standards for variable-data printing. Issues that need to be addressed include security, photo formats, sampling techniques and methods to retrieve archived data. This body could also set guidelines for licensing and certifying variable-data printers and rules for what happens if something goes wrong.

**OUR TAKE:** It is obvious that Xerox will be one of the larger players in the variable-printing arena. At this point, it looks as if more than one proprietary system will be developed at the very high end. The development of standards implies an openness in systems that these developers may be reluctant to share. Standards could be beneficial, but we believe they will be difficult to achieve in such a diverse arena as variable-data printing.

## Other players join the fray

IN ADDITION to the preceding comments on individual companies, there are several other players in the variable-data printing field that deserve mention. These companies are either coming out with new products or, in the case of Canon, need to add variable-data capability to their offering. In addition, we felt Adobe deserved mention because of possibilities with its Extreme architecture.

**Adobe Systems.** About a year ago, Adobe put out a position paper on personalized printing. At the time, the company's Printing and Systems Division was building a personalization specification to allow front-end applications and back-end rasterization systems to communicate, using a multiple-RIP format. RIP development with its Extreme architecture was to be Adobe's focus.

As we went to press, IBM and Adobe jointly announced that IBM's 452-page-per-minute InfoPrint 4000 monochrome production printer is now fitted with Extreme, which allows, among other things, variable printing on the fly. IBM also indicated that it will incorporate Extreme architecture in other printers, including color ones, in the InfoPrint line.

We will be anxious to see if variable-data printing will become available using the Extreme architecture with the InfoPrint 70, although it is doubtful that variable-data color printing will be available anytime soon without the use of a page buffer.

**Canon.** To date, the only application we have seen running on a Canon printer has been the Atlas PrintShop Mail program described earlier. We hope to see an application for the CLC 1000 come out sometime in the near future.

**Colorbus.** At the Seybold expo in New York, Colorbus introduced MindGate's PrintChef Pro bundled with its Cyclone servers, which drive color copiers and large-format color printers. PrintChef Pro allows the Cyclone to rasterize the static data in a document and then, during output, merge the static data with data that vary on a page-by-page basis. The system, which can vary the data on both sides of the paper, can accommodate text or images accessed from a database.

Colorbus has exclusive rights to the MindGate product. It is available at no charge for Colorbus customers.

**EFI.** Electronics for Imaging has kept its plans for variable-data printing confidential. Although it is known that the company is working on a solution, results will not be public before the Seybold San Francisco show.

**Meadows Information Systems.** DataMerge and Group Picture Xtensions to Xpress were released by Meadows just in time for Print '97. According to the company, the DataMerge Xtension is used to assign variable links to text or picture boxes in an Xpress document from an external database. The merged results can be printed or saved as individual Xpress files. A FormPrint option automatically determines which areas of a document will vary and caches the static areas as a form. Subsequent pages contain only the variable information and are merged with the form at the digital press.

The Group Picture Xtension allows groups of native Xpress elements to be saved in a single file that is treated like a picture. When a Group Picture file is imported into an Xpress picture box, the original elements appear on the page ready to be edited and styled. The combination of DataMerge and Group Picture permits automatic assembly of templated Xpress layouts for jobs where the form is repeated with different databases.

The software is priced at $249.

**Splash Technology.** Splash also is keeping its impending venture into variable-data printing confidential. Expect an announcement at Seybold San Francisco.

**Vision's Edge.** Another new Xpress Xtension, previewed at Print '97, is Vision's Edge's Focus, a front-end only. It requires the use of a merge engine to combine the data. Assuming the support of a merge engine, Focus offers the ability to design variable containers of any shape, reflow text, use formulas to set up conditionals, apply unlimited text formatting, rotate objects and scale images.

The program allows 1,600 variable images per document and unlimited variable text. A conflict checker warns the designer of questionable elements in the design.

Prior to use, a database parameter file must be set up in FileMaker Pro. As of yet, no price has been set.

*Bill Drennan*