# EXHIBIT 5

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

R.R. DONNELLEY & SONS COMPANY

V.

QUARK, INC. et al.

### SUBPOENA IN A CIVIL CASE

Case Number:[1] 06-cv-032-JJF

TO: Hewlett-Packard Company
c/o The Corporation Trust Co.
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A

| PLACE     Richards, Layton & Finger 920 North King Street, Wilmington, DE 19801 | DATE AND TIME 8/31/2006 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) Attorney for Defendants Creo, Inc., Eastman Kodak Company and Kodak Graphic Communications Company | DATE 8/11/2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Brian M. Kolde
Crowell & Moring, 1001 Pennsylvania Avenue, NW, Washington, DC 20004 (202) 624-2500

(See Rule 45. Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person. except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule. such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the mmmdemanding party to contest the claim.

A

## ATTACHMENT A

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Eastman Kodak Company, Kodak Graphic Communications Company, and Creo, Inc., (collectively "Kodak") request that you produce for inspection and copying, as set forth in the Instructions and Definitions below, all of the documents and things in your possession, custody, or control responsive to these requests at the offices of Richards, Layton & Finger, 920 North King Street, Wilmington, DE 19801 on or before August 31, 2006.

## INSTRUCTIONS AND DEFINITIONS

A.     R.R. Donnelley & Sons Company ("RRD") has sued Kodak for patent infringement in the United States District Court for the District of Delaware. In its Complaint, RRD alleges that Kodak infringed U.S. Patent No. 6,205,452, U.S. Patent No. 6,327,599, U.S. Patent No. 6,844,940, and U.S. Patent No. 6,952,801. A copy of RRD's Complaint is enclosed as Attachment B to the Subpoena.

B.     "The '452 Patent" means United States Patent No. 6,205,452.

C.     "The '599 Patent" means United States Patent No. 6,327,599.

D.     "The '940 Patent" means United States Patent No. 6,844,940.

E.     "The '801 Patent" means United States Patent No. 6,952,801.

F.     "The Patents in Suit" mean the '452 Patent, the '599 Patent, the '940 Patent and/or the '801 Patent either individually, collectively, or in some combination thereof.

G.     "The Effective Filing Dates of the Patents in Suit" means October 29, 1997 (for the '452 Patent), June 7, 1995 (for the '599 Patent), February 11, 1997 (for the '940 Patent), and February 11, 1997 (for the '801 Patent).

H.     The words "any" and "all" shall mean "any, all, and each" inclusively.

2819023_1

I.    "H-P," "Indigo, "you" and "your" means Hewlett-Packard Company, and includes all parent, subsidiary, sister, predecessor, or successor companies, corporations, partnerships, or other business entities, and the officers, directors, agents, employees, partners, and all other persons acting or purporting to act on behalf of or who are subject to the direction or control of any of the foregoing, including Indigo America, Inc.

## REQUESTED DOCUMENTS

1.    All documents relating to any of the Patents in Suit.

2.    All documents reflecting use, knowledge, sale, or offer for sale of the subject matter claimed in the Patents in Suit before respective Effective Filing Dates of the Patents in Suit.

3.    All documents related to Indigo's Yours Truly Personalization software and E-Print 1000 printer described in the following articles: *Digital Color Printing in Japan: A Report from Early Users*, Seybold Report on Publishing Systems, Mar. 13, 1995 (enclosed as Attachment C); *Indigo Expands Digital Press Line To Packaging; Enhances E-Print 1000*, Seybold Report on Publishing Systems, Mar. 13, 1995 (enclosed as Attachment D), and *Variable Data on Digital Presses*, Seybold Report on Publishing Systems, Aug. 26, 1996 (enclosed as Attachment E).

2

# B

C

Case 1:06-cv-00032-JJF    Document 46-6    Filed 08/18/2006    Page 9 of 37

Volume 24, Number 13

The Seybold Report on Publishing Systems

# Digital Color Printing in Japan: A Report from Early Users

As WE HAVE OFTEN reported, the Japanese graphic arts market on the whole is a very conservative and cautious one, slow to adapt to the technological change that has been sweeping Western markets. So it may seem surprising that it is among the front-runners in embracing digital printing. But that is where it is. The first Indigo E-Print 1000 digital color printing presses to be installed outside of Israel were purchased and installed by Toppan Moore of Japan, even before the machine was formally announced at IPEX '93, and many more units have been installed in Japan since then. Meanwhile, Xeikon and Agfa have gotten their marketing efforts under way there. Agfa reports having installed five of its Chromapress systems there.

Japan is also where Indigo's concept of variable data or customized printing was formulated in conjunction with its business partners, Toppan Moore, its first major customer, and Toyo Ink, its distributor in Asia and Australia. We recall hearing from Indigo spokespeople about the concept of custom supermarket fliers, printed in four colors, containing different product offerings, depending on the demographics and buying power of the individual neighborhood receiving the flier (important in a country where a cantaloupe can cost $30). We were enchanted, intrigued and thoroughly convinced that customization was the real future of short-run color printing as Indigo launched its initial pitch.

Thus we were eager to visit a few Japanese digital printing sites to learn the status of the technology for custom printing, to see what kinds of work customers were producing and to find out how the technology was fitting into the market. We wanted to go where the pioneers are to see this

**Caution reigns.** We learned that although Japanese printing companies like Toppan Moore and distributors like Toyo Ink have been early adopters of digital printing—from Indigo in particular—they have been experimenting very cautiously with the technology and developing very carefully a realm of experience and expertise that they will be able to market to their customers intelligently (as opposed to frantically).

In other words, rather than diving into the new realm and then floundering in a market full of unknowns, the Japanese have taken the approach of making an investment for the long term, learning about the market and the technology, and then capitalizing on what they have learned. Thus, while digital printing entered Japan early in terms of product availability, it remains for the most part in the R&D stages and hasn't reached the point where it is a threat to the traditional printing business.

While we were a little disappointed that during our two site visits we didn't see any machines functioning at full production speed, we learned a lot, including why the fast start has settled into a slow advance.

Among the things we learned was that, as a result of the slowness of traditional printers to adopt nonproprietary desktop publishing and prepress tools, there is a growing and perhaps pent-up



E-Prints at Toppan Moore in Tokyo. Nine E-Print 1000s (the label says E-Press 1000) are installed at this facility and another four are in Osaka. At the end of the aisle is the prepress area housing a series of Macs, which send jobs to the E-Prints over an Ethernet. There is also a bank of ISDN lines coming into the prepress area to deliver work from six local print shops in the Tokyo area to this centralized printing facility.

demand among leading-edge graphic designers and corporate customers to explore digital printing and other new technologies.

This could bode well for printers and service companies that invest in digital printing early, especially if they can handle desktop files and accommodate innovation and new applications as designers experiment. We can envision some customers bypassing tradition-bound graphic-arts service suppliers in favor of those that have been experimenting—and gaining experience—with new technologies such as digital color printing

**What we saw.** We did get to see some samples of custom printing and the software Toyo Ink has developed to make personalization and customization possible on the E-Print. We also learned about Toyo's other efforts in the areas of color management—a field that goes hand in hand with digital color printing (and most other color imaging technologies) And we visited an innovative Toyo Ink and a pioneering new business effort.

## Toyo Ink Imaging Systems Lab

The Toyo Ink Imaging Systems Lab, a unique, high-tech facility, was formed to provide education services for prepress system users. About five years ago, it expanded its charter to include research and development in the fields of color imaging engines, imaging engines, and printing and prepress systems. Groups within the lab

are working on projects covering electrophotography, thermal-transfer printers, prepress proofing systems (this is where Toyo developed its InkProof positive film system, launched at IPEX in 1993), color management and matching, and soft-copy proofing, among other things. And, as is noted in our lead article in this issue, Toyo is licensed by Indigo to manufacture and resell ElectroInk for Indigo printing presses. We saw sample packaging for this ink during our visit.

As Indigo's business partner and distributor in the Far East and Australia, Toyo also functions as a system integrator and has developed software products to accompany the E-Print engine. Among them are I-Layout Generator, which formats data for variable printing on the E-Print engine, and T-Color, for color matching.

## Variable printing

While the E-Print 1000 itself poses no technological restrictions as to how much content may be varied or customized on each individual sheet it prints, several front-end issues make variable printing more difficult to achieve.

**Speed.** The speed required to rasterize and feed data to the imaging engine for elements that vary from page to page is one area that is being addressed by faster and more capable RIPs. We have come to expect regular advances in throughput and productivity from RIP technology, and we will undoubtedly see more for both the Indigo and other digital printing engines as the year progresses.

**Merging variable and static data.** RIP speed is complicated in variable and custom printing by the requirement to merge one or more items from a file containing variable data (text or images) with static content in a predefined page layout, and then to rasterize the result and output it to the print engine (or to prerasterize standing page elements, define areas into which variable data may be inserted, select the variable elements, rasterize them and merge the two together for output).

The overall process is somewhat akin to database publishing (or the mail-merge capabilities of yesteryear's word processors), although perhaps it is more complex. There are several solutions emerging to handle the process, including products ranging from Quark Xtensions to those that reside in the RIP itself.

**Format.** The issue gets even more complex when the size, shape or appearance of the variable data is such that it varies the amount of or the organization of content on the page and, therefore, the entire layout. In our opinion, this is the most intriguing aspect of printing variable data on digital presses—the ability to create truly customized pages, brochures or supermarket fliers—based perhaps on database-supplied demographic data or individual users' buying patterns. Unfortunately, software to support this kind of application—an "elastic" page makeup module or something similar—doesn't exist. Likewise, it is our understanding that customers are just beginning to grasp the basics of variable printing on digital printing engines, so the concept is a little premature

I-Layout Generator. Toyo Ink has developed software to set up jobs for the E-Print, including items such as imposition. Called I-Layout Generator, it controls the handling of variable and constant page elements. This dialog for setting up a job includes basic information about the normal areas (fixed) and personal areas (variable).



## I-Layout Generator

Toyo's I-Layout Generator software for variable printing addresses a more standard approach than our "elastic pages" scenario. It acts as an imposition program and defines the position of both variable and constant page elements for a single page or a series of pages to be printed. At the present time, these elements must be either Scitex CT or LW files, although there is a version to be released soon (which we didn't see) to handle PostScript files. Both constant and variable elements are assigned to fixed positions on the page, although sizing of variable elements is somewhat flexible in that it can be determined automatically, based on the size of the largest item on a list of defined variables that can be placed on the page.

I-Layout Generator doesn't handle PostScript in the installed version because none of the E-Print sites in Japan are running the presses as PostScript devices (at least, they weren't as of our visit early in February). In part, this is because of the slow acceptance of PostScript in the Japanese market (*see our report on the Japanese market in Vol. 24, No. 12*). But it also is partly because of the fact that, until recently, a PostScript RIP hasn't been available for the E-Print in Japan. All of the sites instead were operating with input in Scitex CT or LW format, and jobs coming into the shops as typical desktop work in Xpress or PageMaker first had to be converted to Scitex format. To handle this, Toyo also sells a Scitex VIP 2J RIP as a gateway.

I-Layout Generator runs on a Macintosh. We saw it in use at two different sites on several different levels of Quadra workstations. It is not a WYSIWYG program *per se.* The user doesn't see the image content itself, but rather sets up a position for an object within the layout by defining its *xy* coordinates (*see photo on next page*).

The first step in setting up a job with variable printing using I-Layout Generator involves setting up the job parameters. This is done by filling in the menu selections, as shown in the "Set up Job Parameter" dialog box above.

The selections include provisions for standard and custom paper sizes, number of copies to print, page and binding orientation for booklet-style printing or page orientation for simplex print-

**Setting up fixed and variable elements.** Using I-Layout Generator, the operator specifies the location and size of each normal and variable element on the page. *Left:* Here the element "Fls.ct" has been assigned as a normal area and we are about to assign a linework file as another normal element. *Right:* In this screen the user can visually verify and adjust the location and size of the areas imposed on the form.



ing, automatic rotation of objects, the number of pages in the entire job and details like the client name, site, vendor and paper type. The most important parts of the menu are the *xy* coordinates of the nonvarying and variable components in the job. These coordinates can be set up differently for each of the multiple pages in the job.

Once the locations of the constant and variable content items on the pages of the job have been set up, the operator fills in the names of the files to be assigned to these positions—both constant and variable—into the menu shown above. Also in this menu the operator assigns the number of personalization areas to each page. It is possible to use the same personalization element in a number of copies of the same file. Likewise, we were told, it is possible to assign multiple files per personalization area.

It is not necessary to type the object names; they can be selected using normal Macintosh file selection conventions to fill in the form.

The next step is to verify or adjust the position of the files on the imposition form, which is done with the aid of visual feedback.

The final step is to output using the "Makeup E-Print File" menu shown below. Note that in the screen dump of the menu a color-conversion profile has been assigned to the images on the page;

this makes use of the T-Color color matching module Toyo has also developed for use with the E-Print *(more details below).* I-Layout Generator was designed for use over a network. It will eventually perform color conversion and then copy the color image file (typically a CT) to the E-Print engine automatically.

**Status.** As of early February, there were four Indigo users in Japan running I-Layout Generator: KS Systems, Toppan Moore, I&I Co. Ltd.'s Hyper Design Lab and Toyo itself. However, we expect there will be more in the future as Toyo accelerates its sales effort, which was formally launched on Feb 1 at the Page '95 expo.

## T-Color: color matching for the E-Print

Toyo also has developed its own color-matching software for the E-Print, which it calls T-Color. Right now the module doesn't work with I-Layout Generator, but we were told that it will when I-Layout Generator version 3.62 is released.

The E-Print system itself, in its version 2.1 software, provides for an internal, closed-loop, color-calibration process. To interact with this, Toyo has developed a profile form for use on the E-Print press. A customer prints the profile form (a series of color swatches) on his own press and sends it to Toyo for spectrophotometric analysis. Obviously press settings, paper stock, etc , will affect the color characteristics output on the form. Toyo uses these data to build a T-Color profile for that specific press, which can then be fed back into the closed loop. It is possible to develop and use a repertoire of different press profiles that vary, depending on the printing standard to which the press is set, the specific ink set, paper stock, etc. At the present time, T-Color works only with Scitex Handshake-format CT or LW files and, therefore, performs only CMYK-to-CMYK transformations.

We think T-Color (especially when running automatically within the I-Layout Generator version to be released), provides a

good first step for users to match colors on the press and ensure consistency. But it has a distance to go in terms of providing functionality in a PostScript environment. We also think that eventually users will want tools for characterizing their presses (and other output devices) themselves, rather than sending forms to Toyo for analysis and profile development. And, as PostScript compatibility becomes more important in the Japanese market, compatibility with the ICC standard profile format and ColorSync 2, which is scheduled to be ready this spring, also will be a necessity.

## ChromoBase: color matching for the Mac

Another application we saw is a Toyo-developed color-matching application for the Macintosh called ChromoBase (version 1.2J). ChromoBase is a general-purpose, color-matching module aimed at the desktop market—specifically at Macintosh users who want to match color on their displays and output devices.

Conceptually we found the software to be very much like Pantone's ColorDrive. ChromoBase functions as an electronic database containing a color swatch book that can be used as a Toyo Ink color finder on the Mac. It includes a swatch maker so users can send patches to their color printers to identify how specific colors will appear when printed on those devices. It also lets the user create custom colors on the screen and save them as EPS files for use in either Illustrator or FreeHand jobs. (ColorDrive lets users create custom color palettes and has the advantage of being compatible with a wider range of desktop software.)

ChromoBase is priced at about $280 in Japan. Introduced at Page '94, it has been on the market for about a year, available only in Japan.

With color-matching and color-management software becoming increasingly important, the lab's new focus is to develop color-management software that is compatible with ColorSync 2.0. Whether this is a new, expanded version of ChromoBase or another, different kind of color-management product, we will have to wait and see.

## I&I Co. Ltd.'s Hyper Design Factory

I&I is a subsidiary of Toyo Ink, but it operates as a separate commercial venture. Its Hyper Design Factory serves as a multipurpose production facility, a desktop publishing and multimedia training center, a walk-in atelier for designers, and a color-separation and digital printing service bureau. It also functions as an R&D facility where Toyo Ink, prior to launching its sales efforts in Japan in February, has been able to learn more about how the E-Print (among other products) fits in a production environment and about the kinds of materials customers are interested in running on them.

On the business side, there are six commercial sales representatives selling I&I color-separation and digital printing services to the design, advertising, corporate and commercial printing mar-

Desktop prepress at I&I. This membership facility provides desktop prepress and multimedia training, plus hands-on experience for designers and corporate communicators who want to use the Mac-based equipment. Film output is processed through a Scitex system for output on a Raystar, but desktop scanners and proof printers are also available, as are two Indigo E-Prints for short-run digital color printing.



kets. Toyo Ink sales representatives use I&I as a demonstration facility where they can show the E-Print in action.

Interestingly, I&I is a membership facility comprising more than 450 members from among graphic designers, ad agencies, corporate communicators and the like. It provides a full range of training courses and hands-on experiences for members (and other paying customers) who wish to learn about and gain experience using the latest Macintosh and PostScript graphic-design, imaging and page-production software available in Japan. Members can pay to use the inhouse equipment for production or they can leave their jobs on diskette (or send them over phone lines) for production or output services, much as they would at a trade shop or prepress service bureau in the United States.

Beyond the Mac and PostScript equipment, I&I's repertoire includes additional tools for color prepress: a Scitex Gateway (from the Mac and PostScript), two Scitex Assembler workstations, a SmarTwo scanner (and desktop scanners such as an Agfa Arcus, Sharp JX-800 and LeafScan 45), a Raystar film imager for output, a Toyo InkProof film proofing system (introduced at IPEX in 1993 and installed at about 30 sites, all in Japan) and two Indigo E-Print 1000 digital presses

## E-Print in action

I&I has had the two E-Prints for about a year. As of early in February, it was running an average of 3–5 live jobs on the machines per day. This is not a high volume for daily production, but the site functions also as a Toyo Ink R&D and demonstration facility.

The quality of the sample E-Print work we saw was quite good. We were told that experience so far indicates that an appropriate maximum run length for the machines is about 500–1,000 impressions (not too different from the comments we got from a couple of U.S. users, who indicated that at about 500 impressions the price started to compete with offset printing). Unfortunately, no one at I&I would discuss the economics of the E-Prints with us, other than to state that it was too early to determine costs per page (I&I is still in the R&D stage) and that, as of February, they

**Indigo at I&I.** Both of the E-Print 1000s at I&I's Hyper Design Factory in Tokyo were down for periodic maintenance during our visit, but we saw some quite impressive output samples, including collateral materials being printed in preparation for Drupa.



viewed Indigo's ink prices as high. Also, because I&I's use of the E-Prints is for much broader purposes than just selling printed output, we suspect that an immediate financial payback on the equipment is neither a simple nor a critical concern.

We were disappointed to find both machines undergoing maintenance work during our visit. (We're puzzled as to why both machines would be taken out of commission at the same time.) We had expected—and hoped—to see a lively, bustling production environment. However, we have learned from other E-Print users that routine maintenance can occupy a considerable portion of a work shift. *(See comments from Toppan Moore, below.)*

**Custom printing.** We were surprised to find that I&I wasn't doing much custom printing. It had run a few personalized jobs using I-Layout Generator, most notably a series of award certificates for a calendar-design competition, where the names were personalized on each print. But the customization has been very basic—limited to personalizing names and addresses. Apparently customers are just beginning to learn how they can use customization and variable printing as an integral element in the overall job concept. As I&I gains experience using the medium, the level of customization undoubtedly will become more sophisticated.

Other kinds of work I&I has found to be appropriate for its E-Prints include short-run color sales literature and marketing materials (corporate collateral), retail marketing materials and even some point-of-purchase items.

I&I recognizes that in the future, customers will bring in new kinds of work as they begin to understand the flexibility and advantages of the medium and "use their imaginations." These include designs or jobs that may not even be feasible to produce cost-effectively using traditional technologies.

**New business concept.** I&I's operation is an interesting new ...iness concept for several reasons, especially because of what it says about the state of desktop publishing in Japan. In a country where the graphic arts are still dominated by tradition and where most composition and prepress work is still performed by printers, the very modern, bright and compact facility, tucked away on a

side street in a trendy section of Tokyo, is as unlike a traditional print shop as you can get.

One function is to help Toyo Ink develop a better understanding of its market and the tools it requires. Besides that, it is also positioned to capitalize on graphic designers' high level of interest in desktop publishing and prepress tools and in digital printing on the E-Print and like devices. Designers see digital color printing as a way to gain more control over their work, especially in terms of color and turnaround time, than is available to them from traditional printers. And from what we have learned about the desktop market in Japan, if traditional printers don't adapt more quickly to the new desktop technologies, they may get left behind as their more forward-thinking customers—graphic designers and corporate accounts—turn to new kinds of service bureaus, such as I&I, for their production needs.

## Toppan Moore

No study of digital printing in Japan would be complete without a visit to Toppan Moore, Indigo's first site in Japan and its first E-Print site outside Israel. An early business partner credited with originating and helping Indigo formulate the concept of variable printing on the E-Print, Toppan Moore has installed nine E-Prints at its Tokyo location. Thus, we were eager to see what it has accomplished.

The Tokyo site is one of two Toppan Moore plants running E-Prints. The other, in Osaka, has four machines. However, Toppan Moore's expansion plans are ambitious and provide for additional machines and sites to be installed throughout Japan.

The facility we visited was well equipped to handle a lot of volume, although it did not appear to be very busy on the day of our visit. Of the nine machines, only two were actually running jobs. Admittedly, it was late in the day and Toppan Moore currently only operates the digital printing facility for a single, 7.5-hour shift per day.

On the front-end side of the presses, there are two "systems" feeding jobs into the workflow. One is a Mac-based system, called M-Ceps. The other, V-Ceps, runs on a Sun Sparcstation and brings variable information and other content into the workflow from a mainframe. The Mac system includes seven Quadras (650s, 800s and a 950). Several scanners, including a Smart 340 and an Agfa Arcus, bring hard-copy images into the system. There is also a Kodak DCS 200 digital camera on-site for use in catalog work. (It has been used to produce an office-products catalog.)

We were impressed to see a bank of ISDN lines coming into the prepress area, bringing work from six local print shops into the centralized digital printing facility. This communication capability will soon be expanded to include a link to Moore digital printing sites in the U.S.

As was the case at I&I, Toppan Moore operates the E-Print machines in Scitex format. Customer-supplied files (such as Xpress layouts, customer-supplied or locally scanned images, etc.) are raster-

D

Case 1:06-cv-00032-JJF    Document 46-6    Filed 08/18/2006    Page 15 of 37

Volume 24, Number 13        3/13/95        The Seybold Report on Publishing Systems

# Indigo Expands Digital Press Line To Packaging; Enhances E-Print 1000

Your Copy From
Corporate Libraries
630-322-6242

INDIGO, WHICH HELPED to catapult the concept of digital printing presses into a viable market, continues to demonstrate the innovation and ingenious marketing that brought it the early lead in system sales. Its latest developments, to be introduced formally at Drupa in May, feature a new press aimed at the market for packaging, plus key enhancements to its original E-Print 1000 model.

Among the much-anticipated enhancements are the ability to vary the data on successive pages; improvements in printing quality through a resolution-enhancement technique; a means of printing high-fidelity color; and the ability to add two ink stations to print six colors. Meanwhile, the company's E-Print units continue to sell furiously as Indigo's marketing behemoth shows no signs of losing momentum.

This pre-Drupa report will cover activities on all of these fronts.

**High-profile marketing.** It's been only 18 months since Indigo vaulted into the industry mainstream with a massive marketing barrage at IPEX '93. That effort earned it recognition in many minds as the hit of the show, a remarkable achievement for a new company to the prepress and printing industry. Since then, the company has continued to implant its presence on the industry, reaching a point where few people could be unaware of its existence. In retrospect, we can't recall any company having had a similarly successful launch into the world printing business.

The effort was all the more remarkable because the amazing level of market awareness was generated for a product that wasn't even finished and wasn't likely to be available for a year or more to many of those who clamored to see it. (At the show, many people wondered whether what we saw was smoke and mirrors. Knowing what we know now, it is probably fair to say that there was a fair amount of smoke, but there was also a lot more working than just mirrors.)

In short, the introduction of the E-Print 1000 was a huge success, in terms of the amount of media interest and the coverage that it generated. The fact that there was an enormous market for on-demand, short-run, digital color printing surely contributed greatly to the interest in Indigo. However, the manner in which Indigo forced itself onto the market was instrumental in causing the sensation. The Indigo effort was in marked contrast to the strategy of another company entering the market with a product of comparable capabilities—Xeikon, which kept a low profile introducing its DCP-1 and has continued that strategy (although this might change at Drupa).

Together, these two companies (with the aid of OEM deals) have caused the market for short-run, on demand, digital color printing to get off to a roaring start. Indigo says it has installed more than 180 E-Print machines (usually two per customer), while Agfa claims to have installed more than 70 of its Chromapress systems configuring its own RIP with a Xeikon engine. (We don't have an up-to-date figure for Xeikon installations.)



**COUNTDOWN DRUPA**
MAY **5** FRIDAY



The Omnius press. The key new item Indigo will bring to Drupa is a direct, digital web press designed to print on packaging materials, including polyethylene, plastic, paper, aluminum foil and other items. It uses a lot of the same technology as the E-Print 1000, but differs significantly in that it prints on reels of materials instead of cut sheets.

**Full throttle.** Indigo has maintained a high profile since the launch of the product. In that time, it has gone public with a staggering valuation of $1 billion put on the company at the time of the initial public offering. Its stock, which started selling at approximately $20 per share, has recovered from an initial dip to hover over $30 in recent weeks, after the announcement of the new packaging product.

Indigo has built a distribution channel from scratch, setting up major subsidiaries in North America and Europe. It has increased its work force from about 350 at the time of IPEX to more than 1,000. It has picked up its delivery rate to the point where it is shipping machines at a pace of more than 300 units a year, in addition to having a backlog of orders that is the envy of most other equipment suppliers.

**On-site tour.** In anticipation of Drupa, we visited Indigo's Israeli headquarters twice early this year—once on our own and once as part of a press tour—to hear of its plans for new products and product enhancements. (We're glad the news from Indigo was good, because the weather in Israel, which we thought would be ideal, was atrocious, with flooding and snowstorms. If we had wanted to build up a suntan, we would have done better staying in London.)

We'll look at two aspects of Indigo: first, the company's vision and new developments aimed at moving that vision forward, and, second, how it has reached so rapidly the level of success it is achieving today.

3

March 13, 1995

The Seybold Report on Publishing Systems

Helmsman. Benny Landa has a forceful way of projecting his views—in this case, how Indigo fits in the printing and publishing marketplace. His diagram shows the E-Print 1000 entering the commercial printing market and the Omnius in packaging. But there are no products yet for the office and publishing markets. *(left)*

## The Vision: Today and Future

Benny Landa, Indigo's founder and chairman, says the company's objective is to become the dominant force in the printing industry. That is a very bold statement for a company that entered the market less than two years ago, has an installed base of fewer than 200 units, and operates only in a small segment of the market. So it is interesting to hear Landa's vision of his company, his view of the printing industry and how the two will evolve over time.

For people who have neither met Landa nor heard him speak, we can say he is a man with a powerful vision, a mission in life. The passionate way he conducts himself—in his role personifying what Indigo is and what it will be doing, and in the manner in which he makes things happen—reminds us a lot of another well-known Israeli visionary: Efi Arazi, founder of both Scitex and Electronics for Imaging

### View of the market

Landa divides the printing and publishing marketplace into four segments: commercial printing, packaging, publishing (which he defines as newspapers, magazines and direct mail) and office printing

With the launch of the E-Print 1000 press, Indigo entered the commercial printing market at the specialized short-run-color end of it, a small segment of a large market. With the new Omnius press, which differs significantly in technology as well as in market focus. Indigo is entering the packaging market at the same point.

Landa states that Indigo will move into wider areas within both of these markets over time. Although he has no product ready at present, he also sees Indigo coming into the publishing market in the same fashion—targeting a small, specialized area that would benefit from the capabilities of on-demand, short-run, high-quality color. An entry-level product here would be a small-format machine.

For the office market, on the other hand, Landa views the parameters for Indigo's entry very differently. In the three other segments, quality is vital. In the office, the low end of the market doesn't require quality at all, while at the high end, quality is a factor, but it is viewed in the perspective of xerography, the dominant technology in use. Landa's contention is that xerography cannot compete against offset printing, which would give Indigo an advantage where quality is an issue

### Quality and technology

addressing the quality issue, Landa believes strongly that xerography has inherent limitations that will be significant in the future, and that his ElectroInk liquid ink, based on what he calls Digital Offset Color technology, will become a dominant force in printing and publishing. To arrive at this conclusion, he looks at the



evolution of technologies, pointing out that all technologies evolve on an "s" curve. That is, they are slow to take off and be accepted, but then move into a period of rapid development, improvement and growth. When they mature, development slows because the technology is then limited by physical constraints. To explain this view, he plots the "s" curves of offset litho and xerography, and the start of the curve of Indigo's liquid-ink technology (*see diagram on next page*)

Landa starts his theory with the introduction of offset litho in 1906, which took a long time before it got into an extended period of rapid growth. After it reached a certain level of quality, only minimal improvements in quality occurred over a very long maturation period, reflecting its arrival at a quality ceiling.

In the same fashion, xerography started in 1938. Like offset litho, it took many years to develop, but it finally reached a phase of rapid, significant improvement. Now a mature technology, it has nearly reached its quality ceiling because of limitations in the powder-toner technology it uses

Indigo's Digital Offset Color technology started in 1983. Like the two earlier technologies, it has taken time to mature, Landa says. The development of the E-Print press started around 1987, with the sharp upward change in the curve following early in the 1990s. The E-Print 1000 was introduced in 1993

On the "s" curve, Digital Offset Color started at a high quality level that is comparable to or better than the best quality available using xerography. Landa says it will surpass the quality of litho output in a reasonably short period of time, and that maturity won't be reached until sometime early in the 21st century.

Landa's aim at the start of the development of the Digital Offset Color concept was to target the highest quality of offset lithography as Indigo's quality target. He now believes that Indigo's technology can go well beyond that of litho because of its image sharpness, dot definition, ability to print on a wide range of substrates, and greater potential for ink coverage and enhanced color gamut. As a result, he states that Indigo has now set its goal as being able to achieve the quality of silver-halide-based color photography

4

Volume 24, Number 13

Indigo's "s" curve. The x-axis represents potential quality. The y-axis is time. Indigo CEO Benny Landa believes his ElectroInk will mature early in the 21st century. (These curves are for illustration only and are not drawn to scale.)

One-shot color. The technology used in the Omnius differs in some respects from the technology in the E-Print For example, It is a web press and it lays all colors of ink on the cylinder before transferring them in one shot to the substrate.





much higher resolutions when imaging graphics, based on proprietary quality-enhancement techniques This is similar to claims being made by Indigo, which we will discuss later.

Whatever the correctness of the Indigo claims, Indigo's concept of liquid ink, which it calls ElectroInk, is used in all Indigo products and is the basis for the entire Indigo business What we can say is that the results being shown by Indigo lend credence to its claims, and some of the developments that we will discuss in the next pages also support the idea that Indigo's quality today is comparable to or better than the majority of offset litho printing on the market

At Drupa, Indigo will show enhancements and optional additions to its current E-Print 1000 unit, plus a completely new product line that moves the company into a totally new market—packaging This new product, Omnius, was announced to the world at a press conference in New York on Jan 25.

## Omnius for packaging

One of the key benefits of Indigo's ElectroInk technology is that it doesn't use heat or pressure to fuse the ink to the paper or other material on which it is being printed. This means that it can print on materials such as polyethylene, plastic film, foil, fabrics, metal and even ceramics. That capability lends itself ideally to packaging, hence Indigo's development of the Omnius to address this market

The Omnius uses the same basic imaging technology as the E-Print: a single drum to lay down multiple colors, rather than using one drum per color, as is the case with conventional printing presses and other digital color presses However, the Omnius does differ from the E-Print in two significant ways: First, it prints on webs of material, rather than on sheets Second, it uses what is termed "one-shot color" to lay the printed image onto the substrate

Using one-shot color, the Omnius lays down color by color onto the blanket cylinder, until the complete image is on the blanket Only at that stage is the image transferred, in one shot, to the

## Products

Prior to the launch of the E-Print 1000, Indigo had developed and licensed technology in two main areas. The first was paper-handling systems for photocopiers Indigo claims that there is hardly a photocopier in the world that doesn't incorporate its technology. The second was in liquid toner for electrophotographic copiers and printers Most copiers and printers today use dry toners, but Indigo was a supplier and licensor of liquid-toner technology that at one time was seen as a real alternative to dry toners Among its licensees were AM (Harris), for its ElectroPress, and DuPont. It was from this technology that the E-Print 1000 and other Indigo products evolved.

**Dry toner vs. liquid ink.** With dry (powder) toners, charged particles of toner are attracted to an opposite charge on a photoconductor drum or belt and transferred to a charged paper, where the particles are fused into the paper by either heat or pressure In contrast, the E-Print attracts charged ink, which is held in a transfer oil to an opposite-charged photoconductor surface mounted on a drum. This is then transferred to a charged and heated offset blanket, from where it is transferred to the paper or other material—hence the term offset

Indigo claims that the use of liquid ink means that the component particles can be far smaller than is possible with dry toner, since toner in such fine elements would be too light to handle at the top speed of the machine and would float in the air. Indigo claims that using liquid ink, similar but not identical to conventional printing inks, enables it to produce stronger, more vibrant colors and glosses than can be achieved by dry toners, which produce a matte effect.

Xeikon, which uses dry toner and xerographic techniques in its DCP-1 digital web press, is quite pleased with the quality it achieves. It uses a resolution of only 600 dpi (vs. 800 dpi on the standard E-Print 1000), but claims to achieve results equivalent to

*Packaging printer. Left: These reels of flexible packaging material were printed on the Omnius. Right: These are some of the types of materials that Indigo has printed on using the Omnius.*




substrate. This ensures very precise registration. It is also necessary for printing on a web, since the web cannot be rotated on the impression cylinder as in the E-Print 1000.

**Web handling.** The Omnius uses a very different web-handling system from any other printing machine. One difference is web movement. The web typically moves between impressions in a reverse direction. While the image is being transferred, the web is moved in contact with the offset blanket as the image is transferred. The web is then reversed to be at the correct starting point for the next impression. This ensures having exactly the correct gap between impressions, a function that is vital for label printing, for example. If necessary (although we can't see a reason why this would be done), it would allow for overprinting of one image onto another. Following printing, the web is re-reeled for subsequent finishing processes.

Another way the Omnius differs from the E-Print 1000 is that it prints on only one side of the web.

In the demonstration we saw, Omnius was printing on a plastic film. We also saw printed reels containing polyethylene, tissue paper, aluminum foil and fabric. While the current machine doesn't handle containers, we saw examples in the R&D area in which Indigo had printed on aluminum cans, plastic bottles, caps and rubber shoes.

Indigo showed examples of jobs printed by its first Omnius customer and jobs that were printed for each observer. (See discussion below regarding developments aimed at customizing each successive copy of a printed document.)

**Configurations.** Omnius eventually will be supplied in a number of different versions—five are envisaged, including labels, folding cartons, containers and special-purpose items. The only one existing today is for flexible packaging. To produce the configurations for labels, Indigo is working with two of the leading suppliers of label-printing presses in the world: Gallus from Switzerland and Comco from the U.S. Indigo says that both of these suppliers will incorporate Omnius technology in their label-printing systems,

although details aren't being disclosed this early in the development. Both companies say they will show Omnius-based products at LabelExpo in Brussels in October.

Products for the other areas listed above haven't been defined. In ceramic printing. Indigo announced it will work with Cookson Matthey, a UK organization that Indigo calls the world leader in ceramic printing and a leading manufacturer of ceramic products.

We were interested to find out how the Omnius and its "one-shot color" technology will be applied to products like cans, shaped containers, etc., when the basic technology is designed for printing on a web. Indigo's development staff advised us that all that is necessary is to generate a "kiss" contact between the completed image on the offset blanket and the item onto which the image is to be transferred. The samples being shown to illustrate printing on products other than reels of material were done by engineers holding the item to be printed in contact with the blanket cylinder, not through an automated process.

**Alliances.** To move into the packaging market with Omnius, Indigo has put together a number of strategic alliances:

- Avery Dennison, a leading manufacturer of pressure-sensitive adhesives and materials, will offer a line of Fasson label stocks especially designed and optimized for Omnius.
- 3M will cooperate in the development and commercialization of roll label stock materials optimized for Omnius.
- Moore, one of the leading customers for the E-Print 1000, will work in expanding the use of digital printing technology in labels and label system applications. This was part of a larger strategic alliance for the purpose of exploring opportunities in digital color printing worldwide.
- Indigo also announced interfacing agreements with many of the key suppliers of systems for the packaging and label markets: Barco Graphics, Dalim, Scitex, Dainippon Screen, Linotype-Hell, Crosfield and Xyvision Contex.

The most interesting interface agreement is the one with Barco Graphics, which, coincidentally, has invested in Xeikon, one of



Volume 24, Number 13



**Customizing Information.** As part of its Omnius demonstrations, Indigo printed a package for each observer to take home. We ordered this one for Seybold editor Peter Dyson, who wasn't present, so that we could be sure the demonstration hadn't been prepared in advance



Peter Dyson

Indigo's competitors. Barco will develop a dedicated version of its FastRIP to output to the Omnius. This FastRIP will have a Barco native channel that connects with Barco's color products, plus a PostScript channel for compatibility with other products. The FastRIP will work in the same way as Indigo's E-RIP, generating native code for the Omnius unit. We presume it could also work with the E-Print 1000 unit. This RIP, called the FastRIP/U, will be sold through Barco's sales channels.

All of these agreements with prepress system suppliers allow for generating the application's preferred output code. The Indigo RIP will handle these in addition to PostScript. One of those supported will be Scitex Handshake, which is not surprising, since much of the prepress expertise among Indigo's staff has come from a large scale recruitment of ex-Scitex personnel, both in Israel and the U S

**Sales.** Indigo announced that the first Omnius was installed at A Gellis and Sons Ltd , a leading flexible packaging company in Israel (This was the site that printed the customized food package samples mentioned above.)

In the U S , Deluxe Corp , the check printer, which is already a major E-Print 1000 customer, has taken delivery of two Omnius

units Also in the U S , Engraph Inc , a leading label-printing company with operations in nine states in the U S as well as in the UK, Mexico and Puerto Rico, announced that it had purchased a number of Omnius units for label printing

## E-Print 1000 support

At the time the E-Print 1000 was announced at IPEX, there were a few units in the field in Japan and Israel. Shipments to other customers started early in 1994. For these early installations, Indigo provided what we might refer to as a nursemaid service. That is, machines were installed only where the customer ordered two or more for a site, and each site had to have a resident engineer or application specialist. The reason for this requirement was that early units needed a lot of monitoring to ensure that quality and throughput were maintained

At that stage in its development, Indigo was involved in a major effort to build up its support organization and improve manufacturing. What this policy did, however, was to ensure a tremendous degree of customer loyalty. It is notable that no machine has been sent back to Indigo. During this time, Indigo continued to provide hardware and software upgrades

By the fourth quarter of 1994, according to Indigo, the reliability of the units had improved and the support organization and customer-training courses had been well enough established to allow for installation of single machines without the nursemaid service. Two users we talked to early in March said they were glad to have had the on-site engineer every day. One recommended that all systems still be sent with the engineer, who was needed nearly every day. The other one said that his problems had subsided after the first month

During the year, Indigo also introduced performance improvements, mainly with the offline E-RIP. Other improvements made during 1994 were in the areas of print quality, uniformity of images on the page and consistency from page to page

## High Definition Imaging

The existing E-Print 1000 works at a resolution of 800 dpi, although the quality of color it produces is substantially better than what we see from imagesetters working at that resolution. In an imagesetter, 800 dpi resolution is considered to be suited only for low-quality newspaper halftones of 65- or perhaps 85-lpi screen frequencies, although some imagesetter output we have seen using FM screening looks reasonable at this resolution.

The output quality from the E-Print 1000 is far above this level, equivalent to reasonable-quality traditional offset litho. The latest E-Print samples we have seen using Indigo's Sequin Screening is even better. We believe that most printers would equate it to the quality expected from a 150-line screen

For still better quality, Indigo is introducing High Definition Imaging (HDI), a new imaging system that increases the resolution while maintaining the same imaging speed. Indigo has de-

7

> 4-Fi Color produces enriched color saturation printing only four colors because the ink is in the form of polymer film.

clined to tell us what the HDI resolution is. However, we have attempted to determine it based on some other information and our own calculations.

Our calculation is based on Indigo's assertion that, at the time that HDI was introduced, the internal data rate of the machine went up from 200 megabits per second to 600 Mbits/sec. Knowing that the base resolution of the E-Print 1000 is 800×800 dpi, we presumed that tripling of the internal speed produces an increase in the amount of data to almost 2 million pixels per square inch. Using conventional calculations, we concluded that the resolution using HDI would be almost 1,400×1,400 dpi.[1]

However, from what we can see, and knowing something about the thinking that went into the product, it is our belief that the horizontal resolution is substantially greater than the vertical resolution. Based on the claimed data rates, we concluded that if the vertical resolution remained at 800 dpi, the horizontal resolution is probably in the neighborhood of 2,400 dpi.[2]

Whatever the resolution is, the results judged by the output are quite impressive. Indigo states that the screening is in excess of 200 lines per inch, a claim that is verified by a screen tester, which estimated it at nearer 250 lpi. This makes it comparable to some high-quality conventional offset litho output. The sharpness of the images is also enhanced through the high edge definition of the dots. In this perspective, Landa's vision of being better than offset litho doesn't look too far fetched.

## 4-Fi Color

Traditional color printing with CMYK inks has been limited by the available color gamut and the amount of color saturation that can be achieved. This situation has given rise in recent years to the HiFi Color movement, which now encompasses a variety of different implementations. They all attempt to deal with the lack of vibrant color in CMYK printing by laying down additional inks on top of the initial CMYK. The various implementations differ primarily in which colors are added. Some call for printing additional R, G and B; DuPont's HyperColor adds another layer each of C, M and Y; and others, such as Pantone's new Hexachrome system, use entirely different colors.

At Drupa, Indigo will introduce its version of this technique, calling it 4-Fi Color. It is based on the same principle as DuPont's HyperColor, that is, laying down additional C, M and Y besides the initial CMYK printing. However, as its name implies, 4-Fi Color involves laying down ink only four times, which is possible because of one characteristic of Indigo's Digital Offset Color system: It doesn't use wet ink. When the ink is transferred to the paper, it is in the form of a polymer film. This means that it is possible to get a higher ink coverage than is practical with offset litho, and, con-

sequently, it produces enriched color saturation on paper. With traditional offset printing, increasing the saturation requires printing additional inks on successful runs of the press. With Indigo, this function is calculated and enabled merely through software using the standard Indigo hardware.

We studied some Indigo output printed both with standard, four-color technology and with the 4-Fi Color technique incorporating additional C, M and Y. The differences between the two images were apparent, demonstrating greater color depth and saturation in the 4-Fi Color image.

The 4-Fi Color system uses the standard four printing inks of the current E-Print 1000 unit and requires no hardware changes; it is an additional software function to increase the amounts of C, M and Y inks.

4-Fi Color currently can't be run with High Definition Imaging on the same machine because the software to enable running at the higher resolution of the HDI machine hasn't been finished. However, we were advised that 4-Fi Color will be operational with High Definition Imaging at Drupa.

## Six-color printing

When the E-Print 1000 unit was introduced, the option of having two additional colors was announced. It called for two additional ink stations, with the capability of putting up to six colors onto the printed sheet. Despite being announced at the time of the product's launch, the facility has not been available up to now. However, it will be demonstrated at Drupa and will be available as an upgrade to E-Print 1000s. The additional ink feeds will allow for the use of such special colors as silver and gold, plus metallic inks, fluorescent inks and other special-purpose inks and coatings.

While no facility was announced for the Omnius, the need for special inks is going to be far more important for it than for the E-Print 1000 because of the special requirements of packaging. Indigo's ability to provide these special inks, including some Pantone colors, will be a significant factor for the growth of the packaging market. (The Indigo ink-production facility is discussed later in this report.)

As with the 4-Fi Color application, we obtained printed samples of six-color printing from the delivery tray of a unit running an additional silver and fluorescent pink.

## Real-time personalization

One of the attractions of on-demand digital color printing is the possibility of printing custom information on every single copy. This was promised as one of the functions for the E-Print 1000 at the time of its introduction. A number of Indigo users, mainly in Japan, have carried out some development work of their own to enable such customized printing. However, there has been minimal software from Indigo to support this. Up to now, customization had to be done using Scitex's linework format.

---

[1] 800 pixels per square inch × 800 pixels per square inch equals 640,000 xels per square inch. That total tripled equals 1,920,000 pixels per square inch, which is equivalent to 1,386×1,386 pixels.

[2] A tripling of the data rate, all in the same dimension, yields 2,400 dpi (800 dpi × 3=2,400 dpi). Alternatively, 1,920,000 pixels/sq in.÷800=2,400, using the data from our earlier calculation.



Volume 24, Number 13

The Seybold Report on Publishing Systems

A new facility to be launched at Drupa will enable full PostScript-based customization, supported by a Quark Xtension developed by Indigo. The Indigo Layout Xtension will make it possible to compose pages in Xpress, and define various frames on these pages as either fixed or variable. Fixed elements will be raster-ized into compressed bitmaps and saved on the E-Print 1000's hard disk. Variable data will then be output from the Xpress pages, with a different page for each customized entry output in PostScript format. The variable elements are written as compressed bitmaps to the hard disk.

The RIP function can be performed on either the offline E-RIP or the RIP in the E-Print unit.

At the time of output, the fixed elements and every variable element are read into RAM in the E-Print. Under the control of the imposition instructions from the Indigo Layout files, the pages are printed with custom elements in them.

This approach allows for operation at the full speed of the E-Print, without any delays between pages. This is equivalent to using the caching available in a Level 2 PostScript RIP, except that in that case, each page would be output as a separate file, which would result in significant delays between each impression. The negative side of the Indigo approach is that every item must be held in RAM to ensure that pages are output at full speed. Thus, the amount of data that can be processed is limited by the amount of available RAM.

We think it would be more useful if the data could be read off the disk during production, rather than being held in RAM, because of the limits this places on the amount of information that can be held.

The problem, of course, is that the data rates that need to be maintained to keep up with the speed of the imaging engine are greater than the speed at which that data can be read from the disk without special hardware. We'll be interested to see how this approach plays out when the capability is unveiled at Drupa.

This approach to varying data allows for operation at the full speed of the E-Print, without any delays between pages.

## Putting It All Together

One benefit of visiting a company at its headquarters, rather than merely seeing its products demonstrated at shows, is that it pro-vides a more complete picture of the company. During our visits, Indigo opened most of its operation to let us see far more of its inner workings than we generally see of other companies. For a company that had been perceived as trying to hide details of its product and company at IPEX, it has evolved to a position where we can praise it for its openness

**Growing user base.** Our first comment relates to the scale of the company's business. Indigo started the 1994 year with 20 units installed, most of them in Japan, but with a few in the U S

*For a report on some of the early Japanese customers, see the following article.*

At the end of the first quarter a year ago, the installed base had grown to 39, including some European shipments. At the end of the second quarter, the installed base was 63, with the U.S. showing the largest number of units. The last two quarters brought the total to 107 and 180 units, respectively, with more than 50% in the U.S.

The current shipping rate equates to more than 300 units per year.

In looking at the types of organizations that have installed E-Print 1000 units, about 50% are trade shops and service bureaus, with the other 50% being large commercial printers. Interestingly, only about 20% of Indigo's customers are large establishments, while 80% are small and medium-size businesses. The largest cus-tomer is Toppan Moore in Japan, with installations at multiple sites, including one with nine E-Prints in one room.



Indigo may be the first company that has cracked the problem of how to generate a business that is self-funding on an ongoing basis.

## Press production

Indigo uses an approach to manufacturing that we have never seen before, even in Japan. It doesn't really manufacture; nor does it always assemble its machines. In many cases, it only *supervises* assembly. It designs or specifies all the components for the Digital Color Presses. These components are then ordered from subcontractors, mostly in Israel. Indigo tries to have multiple sources for each component.

Each supplier of a component has a specified delivery date and time. Where it is possible, the subcontractor's staff is responsible for installing the component, under the supervision of Indigo engineers. Where that isn't possible, such as for reasons of geography, an Indigo engineer will handle the installation. Through this system, Indigo holds no stock of parts. They are all held at the suppliers' locations.

The same approach works for deliveries. The dispatch of equipment is handled by a contractor who is responsible for the breakdown of the finished units for packaging, and for packing them for delivery.

**Testing.** When a machine has completed its process of manufacture, it then moves into the integration stage, where it undergoes testing. It first is loaded with ink and run for seven to ten days to be calibrated. During this time, every process is logged in a book that will stay with the machine when it is delivered to the customer. The machine goes through a wide range of tests, and is run continuously in this department.

A machine leaves for delivery only when it is achieving a 60% productivity rate (in other words, when it is producing pages for 60% of the time), and a 98% yield (98% of the pages meet a defined print-quality standard).

Indigo says that, at any time, there are about 25 units in integration.

**Volume.** The total time a machine is in manufacturing, from the start of the build process through dispatch, is less than six weeks, but Indigo's target is to continue reducing this time to allow a greater volume of production.

In 1995, the volume of units that can be manufactured will increase substantially when a much larger production facility comes on-stream. This is currently scheduled for April. (Indigo must be expecting an increase in orders following Drupa.)

## Consumables business

Indigo actually is running two separate businesses with a common customer base. Besides the manufacture and sale of the E-Print 1000 and, in the future, the Omnius, it runs an enormous consumables business—the manufacture and distribution of ElectroInk, blankets for the presses and organic photoconductors (OPCs) for the imaging drum.

In this connection, Indigo may be the first company that has cracked the problem of how to generate a business that is self-

funding on an ongoing basis. Because Indigo is the only supplier of consumables for the Digital Offset Color presses, and it has tightly locked consumables into the presses through strong patenting, the more machines it places, the more money it makes in the long term.

**Ink manufacturing.** Indigo manufactures its own consumables or provides them through one of its distributors, Toyo Ink in Japan. Since the introduction of the E-Print 1000, Indigo has built its first totally computer-controlled ink manufacturing and packaging plant, which is being expanded. Indigo also has engineered a plant for Toyo Ink in Japan.

For anyone who has been around conventional ink manufacturing facilities, seeing the Indigo plant would be a revelation. It is all stainless steel, with shining floors. We'd classify it as more like a semiconductor manufacturing facility than an ink plant. There are four separate ink systems, one for each of the process colors. The formulation of these inks is being switched to swop ink standards.

Completion of the new ink plant will increase substantially the capacity. It also will enable manufacturing the special colors for the six-color unit to be introduced at Drupa and the Omnius to be used in packaging. Working cooperatively with the ink-manufacturing facility are sophisticated ink-development laboratories, where enhanced ink-formulation efforts are under way.

The inks for the E-Print 1000 and the Omnius machines currently differ, but Indigo may bring their formulations to a common specification.

**Ink adhesion.** We have commented previously on ElectroInk's lack of adhesion to paper. Indigo's labs are working to provide additional adhesion, rub resistance, etc. In the meantime, Indigo is offering a service to its customers to treat the paper to make the ink adhere to it. The customer can ship supplies of paper to a specified facility for treatment at no expense to the customer, after which the ink adheres firmly.

This issue is particularly important in the packaging area, where the substrate will have zero absorbency and inks will need enhanced adhesion to stick to materials like polyethylene and polyester

**Supplies.** The approach of not holding stock in press manufacturing works also with consumables. Contractors have warehouses in Israel; the US (in Memphis, TN); and the Netherlands (in Eindhoven). Stocks of ink, blankets and OPCs are held there. Deliveries from Indigo to the warehouses are all by Federal Express, as are deliveries from the warehouses to customers.

## Training

Perhaps the most impressive development we saw at Indigo was in the area of training. For a company just entering the market, developing a full training program is one thing, but implementing it is another. The training facility in Israel for engineers and operators is one of the most impressive we have seen. To have this good



a facility only 18 months after the first products were shipped is a remarkable achievement

Indigo has three training units in Israel, each one capable of handling 16 trainees at a time. In each unit is a practice lab with three E-Prints, a room for computer-based training and a prepress room. Each training unit has two instructors and one support engineer. The program for computer-based training is an impressive multimedia system with video sequences that simulates many of the operations of an E-Print 1000. The training package, developed by Indigo, also includes training videos to show how maintenance operations should be done.

Training courses are run both for engineers and for customers' operators. For engineers, there is a six-week period of formal training, followed by four to six weeks of practical experience, either with another engineer or inhouse. Customer operators have two weeks of training at the Indigo training center and two weeks on-site. There are currently training centers for customer operators in Israel, the U.S. and Japan, with a European center coming soon.

In 1994, Indigo conducted 14 service courses and trained 200 people. In 1995, 14 more courses are planned. For the future, Indigo plans to enhance its training programs to simulate the customer-site environment at the training center; to continue the preparation of enhanced training tools for operators and service engineers; and to expand the number of training centers worldwide.

This all may appear to be a huge expansion of training for a company anticipating having fewer than 1,000 units in the field by the end of 1995. To understand this planned expansion, one must understand the company's mission—to be the dominant company in the printing industry and to expand Digital Offset Color to cover far greater areas of the market.

## Business model

As stated earlier, Indigo is perhaps unique in the hardware system business in finding a business model that locks the customer into feeding it substantial revenues on an indefinite basis after the sale of the hardware. The joy of it for Indigo is that the more systems it sells, the larger its long-term revenues become, and the more each customer uses the machine, the greater are its needs for consumables.

Most suppliers of equipment follow a model where a large amount of cash comes in at the time of the sale, and the company then exists on support and service revenues for many years, plus extra payments if product enhancements are purchased. Some other companies—typesetter vendors come to mind—have tried to lock in their customers by requiring that their brand of consumables be used in their machines. However, such requirements generally last only as long as it takes for a competitive supplier to start manufacturing compatible supplies.

Indigo's business starts with the hardware sale, but then the second business model fires up at the time of installation—the consumables business. Here, unlike the situation with a supplier of

> Indigo says the cost of consumables is insignificant. We talked to a couple of customers, who gave us a different idea. As one said, "We run into offset prices real quick."

imagesetters and film, Indigo has a pretty firm lock on the market, as it is the only possible supplier of its inks, blankets and organic photoconductors. The reality is that Indigo is the manufacturer of a press on which only one type of ink can be run, and where there is only one manufacturer and supplier of that ink. The more the press is used, the greater the revenues to Indigo.

The cost issue. Partly because of concerns over its monopoly position in supplying ink, the cost of consumables is a sensitive one. Indigo, which has been quite reticent on the whole issue, states that the key issue isn't what it costs to print a document in terms of machine time and consumables cost. Rather, Indigo says, the key factor is the prices Indigo customers can charge for the output produced by the E-Print machine. More specifically, Indigo claims that its customers are able to sell Digital Offset Color output at a high enough price to be competitive with other forms of short-run color printing. As a result, Indigo says, the cost of consumables is insignificant.

As true as that may be in some situations, it is difficult to generalize to the extent that Indigo has. We talked to a couple of customers, who gave us a different idea. These users indicated that in their markets Indigo's estimates of what they could charge for E-Print output were too high. As one said, "We run into offset prices real quick." The other noted that customers, faced with the price of E-Print output, often find it more attractive to increase the length of their order and print the job economically on an offset press, rather than to print it on the E-Print.

Pricing model. Indigo's goal has been to build a pricing model that is highly competitive when compared with running short-run color on a conventional offset press.

From what we can see, the costs of running an Indigo press depend heavily on the cost of Indigo's ElectroInk. We calculated the likely cost of ink based on a price of $100 per can, 30% ink coverage, and about 3,000 A3 ($11"\times17"$) impressions per can. Therefore, to print 3,000 A3 sheets with four colors, which means 6,000 A4 sheets (U.S. letter), assuming 30% ink coverage, will cost around $400 in ink (four cans of ink).

This calculation would put the cost of ink at about 7¢ per single-sided, full-color, A4 print. One of the users we talked to had calculated his actual cost at about 16¢ per A3 sheet, which would be 8¢ for an A4 sheet.

That is only part of the cost of consumables, of course. We understand that the price a number of Indigo users work on, taking into account the blankets and OPC consumables as well as the ElectroInk, is around 16¢ per A4 print. The user mentioned above had calculated his entire consumables cost, including paper and the cylinder, as well as the blankets, OPC and ink costs, at 44¢–45¢ per A3 sheet.

To see what those costs might mean on an ongoing basis, we plugged the 16¢ figure into an estimated real-world operation. We allowed for an E-Print unit to work a double shift daily, with an average of eight hours per shift and 50% utilization (the time actually spent printing, rather than preparing work, such as input and rasterizing data). At a maximum running speed of 34 single-

Based on what we have seen of the new High Definition Imaging and 4-Fi Color, we will be surprised if any of Indigo's competitors will be able to surpass Indigo in quality.

sided, A4 impressions per minute, 16,320 single-sided, A4 prints could be produced.

At a consumables cost of 16¢ per print (ink, blanket and OPC only), the overall cost of consumables per day would be in excess of $2,600. At five days a week, 48 weeks per year, the amount would come to more than $600,000.

**The bottom line.** That figure would be for a heavily used unit, whereas most systems currently are probably used only on a single shift. But what this exercise shows us is that as Indigo increases the population of units in the field, at a rate today of more than 300 units a year, Indigo has generated the ultimate cash cow. Perhaps the financial analysts knew what they were doing in rating Indigo so highly when the company went public last year.

It may appear that these consumables prices are very high, but they should be put into context. The prospective customer has limited alternatives. On the one hand, there are alternative short-run color presses from Xeikon and Agfa, which use different technology based on dry toner, which appear to have lower consumables costs, based on early indications.

And there are conventional offset presses, which have high costs when running a small number of copies. Factors contributing to the high cost of short-run offset printing are the wasted copies during makeready, the overs at the end of the run, and the time taken to load plates, run up the press and later run it down at the end of the job.

Indigo has priced its product, in terms of the E-Print 1000 and the consumables, at a price it feels the market will pay to get the quality, the length of run, the customization, and the immediacy of an on-demand capability. The crossover point where it becomes more expensive than traditional offset litho will depend upon the type of work. One user we talked to said his work typically was economical when running the E-Print for up to 500 copies.

So far, judging by the success of the product, the business model is working well. E-Print owners are finding that the prices they have to charge are very close to the prices the market is prepared to pay.

## Conclusion

On-demand, short-run, digital color printing is in its early stages of development. The forthcoming Drupa show undoubtedly will bring new developments in this market. Some will be in the area of conventional offset color printing, making it more suited to shorter run lengths and giving it digital color controls. There also are expectations of new entrants in the market, perhaps coming from the major office suppliers, even from one of the major prepress vendors and from a newcomer to the field.

What is inevitable is that the market is going to expand substantially. From what we can see, Indigo is likely to be one of the driving forces, if not the key driving force, in the market. Few companies have the cash available to build market share in the manner Indigo can. It also appears to produce a level of quality that will be very difficult for other suppliers in the market to beat.

Admittedly, we are writing this before we have seen the newest offerings of competitive machines, including brand-new ones scheduled for Drupa. But based on what we have seen of the new High Definition Imaging and 4-Fi Color, we will be surprised if any of Indigo's competitors will be able to surpass Indigo in quality. Indigo also appears to have a unique capability in the packaging market with its Omnius "One-Shot Color" technology, which will allow it to build critical market share in this area.

This year appears to be set for more expansion by Indigo. Assuming nothing appears over the horizon, Indigo will establish itself more firmly and be ready to move into wider areas of its chosen markets, including publishing. We know that other suppliers from the office-automation field—Canon, Delphax, Xerox, Pennant, Siemens, etc.—are coveting the graphic arts markets, and will have products in the field within the next two years.

By mid 1995, Indigo will have increased greatly its manufacturing space, and we would anticipate that it also will have further improvements in print quality if Landa's "s" curve holds true. On that basis, and from what we have seen on our recent visit, we believe that Indigo should be able to fill its future space with an increasing range of machines, and be able to move its machines in the market.

*Andrew Tribute*



E

# SEYBOLD

Volume 25, Number 22
ISSN: 0736-7260
August 26, 1996

## *Report on Publishing Systems*

2 **Linotype-Hell's sale.** Andy Tribute comments on what Heidelberg's plans to acquire Linotype-Hell mean to both companies and the industry.

25 **New imagers debut.** Gerber, Exxtra and Scitex to introduce imagesetters at San Francisco show. ScanView redesigned its 7500P.

26 **Jamne leaves Sysdeco.** Clive Segal takes over Media operations as new head is sought. Temporary CEO for the Sysdeco Group is Tor Alfheim.

27 **Xeikon adds DCP.** Low-end digital printing system is aimed at the label market.

29 **Mutoh offers 6-color printers.** Large-format ink-jet printers support hi-fi color.

29 **Roland unveils printer-cutter.** 49.5"-wide four-speed ink-jet unit to be introduced.

29 **RIT enters proofer market.** Praxisoft partners with RIT on remote color proofing system.

26 Interleaf lays off 10% of work force
27 Presstek provides imaging for Nilpeter label press
27 Newsquest acquires Westminster Press for $470 million
28 Adobe Ventures invests $2 million in Cascade
28 Polaroid debuts instant plates
28 Scitex loses $6 million in second quarter
29 Imation incorporates Realist engine in proofer line
32 Screen adds Gerber platesetter line
32 Xvision buys Eclipse Image-editing program from Silicon Graphics
28 Gerber mourns death of founder

28 **Company news.** Wright, Monotype, Exoterica

## *Making Progress*
# Variable Data on Digital Presses

**3**

THE DISTINCTIVE imaging technology involved with variable printing has captured the imagination of the printing and publishing industry. Although the technology has advanced over the past few years, the broader market for variable printing still remains firmly in the future as bottlenecks in processing and performance remain unresolved. As conventional printing techniques continue to make advances, delivery on the promises of variable printing remain largely unfulfilled. In-depth coverage of offerings from Agfa, Barco Graphics, IBM, Xeikon, Indigo and Scitex follows.

# New Imagers Drive Polyester Plate Sales

**14**

THE POPULARITY of polyester plates for short-run, digital, color CTP applications is growing, fueled by several new imagesetters designed specifically for the medium. Costs are also a major factor with savings on materials and labor from lower-cost plates and the elimination of film processing outweighing objections from press operators who like working with traditional metal plates. To demonstrate polyester's quality, we bound in samples printed on a digital polyester plate system, provided courtesy of Agfa.

# Newspaper Market Transitions to Online

**20**

CONNECTIONS '96 provided a forum for vendors of "new media" products to interact with newspaper representatives. Despite skepticism about the availability of profits, many newspapers went online with Internet products as the popularity of the Web with consumers increased. Exhibitors included online content creators and providers, online service providers and suppliers of Web site measurement tools. This review highlights the direction vendors are taking with online media developments.

© 1996 by Seybold Publications, PO Box 644, Media, PA 19063, phone (610) 565-2480. Reproduction in whole or in part without written permission is prohibited.

# Variable Data on Digital Presses: Making Progress

EVER SINCE the first Indigo and Xeikon digital color printing presses appeared on the scene in 1993, they have captured the imagination of the printing and publishing industry. This didn't happen just because of their distinctive imaging technology, which incorporates features of both photocopiers and offset printing presses, or the look of their printed output. Those were notable in their own right, but the thing that really piqued interest in these devices was that they were designed from the outset to operate in an all-digital workflow and to make it possible for each printed impression to be different.

We were all intrigued—perhaps even captivated—by the notion of being able to produce, for example, a short-run supermarket flier with items specially selected and pictured according to the demographics of an individual neighborhood or even an individual customer's buying patterns.

This variable-output feature, on top of the possibility of cost-effective short printing runs in color, clearly places digital color presses at the forefront of a dramatic change in the printing paradigm. In the future, print will no longer have to be simply a long-run, broadcast-oriented information distribution medium. Rather, in order to more effectively complement and sometimes compete with other publishing distribution mechanisms, especially the new electronic media, print will have to serve as a companion to other media and deliver a tangible hard copy of a specific, targeted message to a specific, targeted audience.

This is what's particularly exciting about the E-Prints, DCPs and DocuColors of the world—not whether they use liquid or dry toner, web-fed or cut-sheet paper and printing plates or reimageable drums.

**Status.** With more than 1,000 digital presses from the various suppliers installed worldwide, you might think it was time for an evaluation of how this technology is faring in the field. Indeed, we have heard and read a lot from early adopters of digital color printing systems regarding the work they are doing and the equipment they have been using. Unfortunately, the capability of printing variable data has lagged considerably behind more conventional printing applications. We continue to hear that they have hardly begun to deliver on the exciting promise in the area of variable-data printing.

## The processing bottleneck

The problems associated with variable printing involve more than just the technology in the print engine and are much more complicated to solve than it might at first seem.

**At the front end.** On the technology side, the variable-output workflow encompasses at least three major processing obstacles and several other smaller, but no less important, considerations.



VIP software. The software Scitex is developing to handle variable data on the Spontane system, which has the development code name of Darwin, provides a full SQL, ODBC database. Here we see the process of creating links to personal data (attaching an image to the data).

The first set of processing obstacles is at the front end, where master pages first must be formatted, with provisions for entering information that will vary from impression to impression. Second, information must be imported from an outside database to fill the variable areas of the layout. With Xpress and PageMaker as the most widely accepted page makeup applications worldwide, most of the software solutions available for variable-data printing provide some way to define portions of Xpress or PageMaker layouts as subject to variation.

Many of these programs then define the variable objects as pages of the same size as the master page, with the variable object positioned where the variable content box would be. The two layouts are then combined somewhere along the line, either in the page (which then needs to be rasterized for each impression) or in the RIP itself, with the variable data working as an overlay. Either way, these approaches are clumsy to use and generate some rather huge files. In addition, these approaches are fraught with limitations, stemming from the fact that variable-data areas on the page must be predefined (and usually must be rectangles of a predefined size).

We have yet to reach the stage where pages and layouts can be generated on the fly according to the content defined as belonging to them, although, in our view, this is ultimately the way to handle the application. Instead we continue to use familiar tools and familiar, if rudimentary, approaches to database publishing.

**The RIP's task.** The next two major processing considerations are performance issues. Not only does the static master page need to

3

August 26, 1996

## Variable Printing, Personalizing, Custom Assembly, Versioning

There are two distinct aspects of personalization: variable printing (personalization) and versioning, and then there are documents that require both.

We think of personalization as an outgrowth of the mail-merge features dating back to word processors of the 1970s (and earlier), which made it possible to merge a standard letter with a list of names, addresses and personalized salutations. Personalization on today's digital color presses mostly takes the form of adding name and address data, plus perhaps other text, to specific areas of a static page layout. The source of the variable text is some sort of database or delimited, sequential list of variables.

A more sophisticated example of personalization is adding not just text, but other content objects to the page. These, like the text, can be printed for a single impression as a custom, personalized sheet. The content objects can include photos, graphics, scanned signatures, etc. Again, these objects are retrieved from a database for placement on the page layout.

A rather different aspect of variable printing is sometimes described as custom document assembly, or customization. This kind of capability also has been in the office domain for years; we remember word processors in the '70s assembling individual numbered paragraphs into custom reports—customized insurance policies, for example. This capability carries over to today's digital color presses in several ways, depending on the capabilities of the front end driving the device.

Barco's PrintStreamer, in particular, provides interesting features for short print runs of custom-assembled documents, while all Xeikon engines support "page picking," which can be used to insert a custom page in the midst of a print run.

The whole application gets especially interesting when you mix personalization with custom document assembly. In other words, you do short runs of specific layouts that incorporate variable data on them. In other words, some of the data vary from page to page, while other content is common to a series of pages. This can be thought of as a form of versioning.

be rasterized, but the software must provide a mechanism to rasterize efficiently each of the variable-page components fast enough to keep up with the print engine. In their simplest incarnation for personalized output, variable content items may be basic text. Today's RIPs are fast enough to handle text-only pages at the speeds of today's digital color presses.

But the RIP task becomes more complex as tinted graphics and color-separated photos are included as components that vary from impression to impression. We are now talking about rasterizing large amounts of complex data—too much to handle on the fly.

Print server configurations such as Barco's and new multiprocessor RIP configurations such as Adobe's Supra are aimed at solving this problem soon. For now, though, most suppliers assume that the pages to be printed are prerasterized, to be assembled on the fly and fed to the print engine. This leads to another bottleneck: getting the data to the engine.

**Data transfer.** The ability to pass these huge amounts of raster data through the pipeline to the print engine in such a way as to ensure that the device can run at its rated speed is the other major challenge. This task is complicated by the size of the pipeline to the print engine, i.e., the maximum speed of data transfer to the engine, which at this stage of technological evolution of engines is generally much slower than is required for true productivity.

**Other considerations.** There are other technical considerations that contribute to the complexity of the overall variable-printing workflow, including the ability to handle input from a variety of database formats and mechanisms for ensuring and verifying job integrity. For example, once you complete a run of, say, several hundred pieces, how do you know that every record in the database has been used and that it is in the right location?

How do you proof variable-output jobs, if you do?

What percentage of the printed page can be modified within the capabilities of the system being used?

What about handling versioning, as opposed to making each impression different? And how do you archive or rerun a part of such a job?

**Approaches.** Each of the various suppliers of digital color presses has chosen a slightly different approach to handling variable data and outputting custom documents. In this article we will look at each of the suppliers currently supporting this functionality, which includes Indigo, Xeikon and Xeikon's extensive list of OEM customers, in addition to some of the companies that are expected to offer this capability in the future, such as Canon, Scitex and Xerox. Our intent is to see how they have or plan to address the problems of variable data and to determine what areas need further work and what issues need further development.

## Models Designed as Digital Presses

This market has broadened in the last year to include a variety of technologies and architectures, including the Spontane and the CLC 1000, which were adapted from copier technology, and the T/R Systems MicroPress, which configures an array of desktop printers into a productive system. These products have come to the market late and, not surprisingly, now lag behind the early leaders in dealing with variable data, but they are working on it.

We'll start our discussion of today's products with the ones based on the two engines that were designed from the start to be

digital presses—those from Indigo and Xeikon, which recently have gained some field experience using variable data. In Xeikon's case, several OEM customers have developed their own capabilities for handling variable data, so there are differences in the way they function.

## Personalizer for Agfa's Chromapress

Agfa's software for handling variable data on the Chromapress, called Personalizer, runs on the Macintosh workstation that is the Chromapress system control station. Variable-data jobs can be created on any Mac or PC using an OPI-compliant PostScript application package. Personalizer software is embedded within the Chromapress software suite.

The Xeikon engine page buffer provides two 9-MB areas for variable data: one to be filled while the other prints. The Personalizer module works within certain constraints:

* *Number of items*. It is possible to vary up to 16 content items (text, graphics or images) on each side of a printed sheet.
* *Total storage used*. The variable data filling those 16 items cannot exceed 9 MB of total storage.
* *Page area covered*. The variable data are constrained to certain page area limitations, which depend on whether the job is printed in color or in black and white, and whether it uses Agfa Balanced Screening (in 2-bit or 1-bit modes) or 3-bit High-Definition Screening (HDS). The rules are these: With HDS screening, the variable data can occupy up to 25% of the page area for black-only jobs or 6% for full color. With 2-bit ABS, the maximums are 50% of the page area for black and 12% for full color. With 1-bit ABS, the maximums are 100% for black and 25% for full color. (The 1-bit ABS capability is new with the latest software release, just being delivered.)
* *Margins*. Variable items must be at least 4.8mm apart from each other and away from the edge of the page. The actual margin distances are dependent upon the screening used.

**Master pages**. The master page into which the variables are inserted can be created with either Xpress or PageMaker. A master page for a Personalizer job is created in the normal fashion for content that is static and does not vary from impression to impression.

Positioning of variable data in the layout is determined by placing dummy TIFF files (created in Photoshop, for example) on the master page as placeholders for the variable data. This is done using the place commands in the page layout application; no special Xtensions or additional applications are required. These TIFF files must be labeled with the file suffix VDF (variable-data field). Data that can be positioned in the variable-data fields can be text, graphics or images. Once the master page is created, it is saved as a PostScript file with the file extension PS.

**Database issues**. Personalizer software is compatible with Claris FileMaker Pro, version 2.0 or higher, including 3.0 (which adds relational capabilities), as the vehicle for creating the final database of variable content for the printed job, regardless of its original

FileMaker Pro database. Agfa's Personalizer software for its Chromapress (and other devices) uses variable content stored in or imported through a FileMaker Pro database for the Mac. Here we see a text field and a picture field being positioned in FileMaker. Text, graphics and images must be positioned to the lower left-hand corner of the page. Only those style attributes (typography, etc.) available in FileMaker remain applied to them.



source. The use of FileMaker has both good and bad consequences. On the plus side, it is easy to use and understand, and it's certainly the most popular database module on the Mac platform. However, on the negative side, database files from external computer systems (as might be installed at diverse customer sites) have to be filtered through FileMaker. This can be a limiting and cumbersome step, especially for users with extensive database publishing experience. Most digital press owners to date, however, are print shops or trade service operators with much more limited experience in database work.

Once the variable text, graphics or images are imported from the original database into FileMaker Pro, the data in each record must be carefully positioned on the page at the lower-left corner, as this is the known reference for the PostScript interpreter. (Positioning can be verified using FileMaker's preview mode.) The database must then be saved as a multipage PostScript file with the extension PS.

Fortunately, FileMaker Pro has reasonably good import facilities. It can handle input in the following formats: tab-separated text, comma-separated text, ClarisWorks, Data Access Manager (SQL Server), SYLK (Excel), DIF (VisiCalc), WKS (Lotus 1-2-3) and DBF (DBase III and DBase IV).

Regardless of the strong import capabilities, we think that importing all variable data into FileMaker Pro could create a considerable bottleneck, especially for high-throughput operations. Most customers, such as direct-mail production shops with database publishing experience, will prefer to handle databases in either their native format or using another more robust database. Some users have already developed their own interfaces to link existing databases directly to Personalizer.

**Printing**. Once the master page and variable-data files are prepared and saved as PostScript files, an electronic job ticket is created with ChromaPost. The print job is initiated by placing the base page into the print queue, followed by all the variable data. A

Printer-ready files in ChromaPost. These are the job instructions Agfa's ChromaPost software will make available to the Chromapress when the job is submitted to the print server. The printer-ready file details indicate how many images (seven) and variable-data fields (one) are included in the job.



server-based OPI process is used to substitute the variable data for each dummy TIFF.

Master pages are rasterized a single time. The variable data are sent to the Chromapress RIP as a series of PostScript files, each with a piece of content specifically placed on it to match the location of the variable data filed in the master page. These pages are rasterized on the fly until there are enough data to start printing. The image page buffer in the print engine holds the master page and the individual variable content items for a single print impression; all the rest of the variable items are compressed and stored on disk and then fed into the image page buffer on demand.

To see how this works in the field, we visited the LPT Express graphics division of the L.P. Thebault Company in Parsippany, NJ. One of the keys to handling variable data effectively, we were told, is to plan jobs in advance and almost reengineer them to fit into the working scheme of the Personalizer and print memory requirements of the Chromapress. A lot of extra work and RIP time can be saved by breaking jobs down this way; some are best handled as batches or different versions of one job. However, this implies a close relationship between the job creator or designer and the production facility. The job has to be engineered within the functional limits of the output device, either at the outset or at the production facility. This condition is not often the case for output service bureaus, but it may be necessary to implement if they are to succeed in the business of variable (database) printing.

**Configuration.** As of this spring, Agfa had about 200 Chromapress sites installed worldwide. About 80% of these have black-only Personalizer facilities. Agfa didn't begin to deliver Color Personalizer to handle colored variable data until May.

An entry-level Chromapress system uses a Macintosh 7600 with 64 MB of RAM and a 750-MB hard disk. However, Agfa states that the optimal configuration for handling variable data is a Power Mac 9500 with 128 MB of RAM and a 1-GB hard disk. The recommended RIP is Agfa's new PowerRIP, which has three PowerPC 604 processors, each with 64 MB of RAM and a 2-GB hard disk. At

the print engine, the controller unit has to be equipped with extensive image memory and a large hard disk. The standard configuration comes with 72 MB of RAM in each of the eight print stations, allowing for larger print formats and Instant Job Switching, which makes it possible to go from one job or signature to another, with a single white sheet inserted as a marker, without stopping the press or losing material. For the hard disk, while 4 GB is standard, options are available to a maximum of 12 GB.

The black-and-white version of the Personalizer is priced at $15,000, including both hardware (RAM) and software. The Color Personalizer is priced at $39,000.

## Barco: personalization, custom documents

Barco Graphics' PrintStreamer, available for Xeikon print engines, provides the ability to combine personalization with custom document assembly and page picking, resulting in very sophisticated customization capabilities at a high rate of productivity. The PrintStreamer hardware, which functions as a buffer between the RIP and the print engine, consists of a high-performance RAID disk array plus a specialized controller and interface. The custom interface allows data to be extracted from the PrintStreamer and transferred directly to the Xeikon system bus at a rate of up to 100 MB per second—much faster than is possible with the standard controller configuration.

The PrintStreamer was designed to handle long jobs that will be printed several times. Storing a complete job in the PrintStreamer lets the user print all the pages in sequence. Without the large disk buffer, small groups of pages would have to be printed and then physically collated or the configuration could include massive amounts of RAM for a degree of RAM-based collation. The PrintStreamer can be used with any long job, including variable-data ones.

In addition to the custom collation capabilities of the PrintStreamer, Barco Graphics offers its own Variable Information Printing (VIP) front-end products for variable-data publishing with a Xeikon engine. A key component, VIPScript, tells the system where to place the variable elements on the page. For the moment, this is done using Barco's own VIPLine software, but Barco Graphics plans to make the specifications of VIPScript available to any company that wants to write VIP applications. VIPScripts could be generated by Quark Xtensions or database output routines, for example.

**VIPLayout.** Barco Graphics' VIPLayout software for the design of documents containing variable information runs on Barco's own Unix workstations and is an add-on to its LW-BRIX software module. It lets the user set up a VIP document consisting of two parts: a background and variable elements. The background can be fixed for all documents printed in the set, as it would be with a fixed master page. Paired with the capabilities of the PrintStreamer, the background can also be picked from a database. It is possible even to associate several picked pages with a single document template and to use them repeatedly,

Volume 25, Number 22

The Seybold Report on Publishing Systems

# Printing Variable Data on Digital Presses

| | Scitex VIP | Indigo Personalization | Agfa Personalizer | Barco VIPLine, PrintStreamer | IBM 3170 VDS | Xeikon VDS |
|---|---|---|---|---|---|---|
| Number variable data fields/layout/side | | 50 | 16 per side | Unlimited with PrintStreamer buffer | 16 per side; unlimited with Collator (Barco PrintStreamer) | 16 per side |
| Percent variable, single-sided page | | 100% 1- to 6-color | 100% black, 25% 4-color or 9 MB | 100% 4-color | 150% of the black on a duplex page (e.g., 75% on each side). 50% of 4-color on a duplex page | 100% black, up to 25% 4-color |
| Shape of variable field | Rectangle | Rectangle only | Any | Any | VDS: Rectangle Collator: Any shape | Rectangle |
| Knockout/overprint | | Knockout only | Both | Both | Both | Both |
| Overlap variable fields | | Yes | No | Yes | No | Yes |
| Text formatting | No limitations | Xpress | Per input application | No limitations | Limited. Only manual hyphenation. No kerning, reverse, small caps, sub- or superscript, under-score or tracking | General text formatting controls |
| Page layout compatibility | Quark Xpress | Quark Xpress, Mac | Any PostScript application supporting OPI | Any that creates EPS | Any PS application | Any that creates EPS/Private-I |
| Static page creation software | Quark Xtension | Quark Xtension | Not applicable | VIPLine | Xpress or PageMaker (Mac or Windows) | Any that creates EPS |
| Rotate variable? | Yes | No | Yes | Yes | No | No |
| Verification/tracking tools | Future | No | Yes | Future | Yes | Yes |
| Database compatibility | Populate proprietary, SQL ODBC compatible | | FileMaker Pro, SQL, DBF | Any | Any | Import DBF |
| OPI compatible | Yes, also Scitex APR | No | Yes | No | Yes | Yes |
| Soft proof/display PostScript preview | Yes | No | No | Yes | No | Yes |

Using VIPLayout, graphics, images and text are placed in the job template and linked with information in a database file. There are few layout limitations imposed by this software. As with all Barco workstations, the user has a sophisticated set of tools to work with. They enable a full range of creativity for both fixed and variable data.

Among the tools are the ability to set text on a curve, to import a variety of graphics formats, and to treat variable data as knockout or overprinted elements.

**VIPBinder.** The generation of output files for customized documents is done by another Barco Graphics module, called VIPBinder. This software has two main functions: to replace the templates in the VIP file with the actual data from the database and to generate a book ticket file. Variable data are represented as pages of the same size as the master page, but these are stored as compressed files in the PrintStreamer collator. The book ticket defines the sequencing of master pages and variable data, allowing the combination of variable data and custom collation.

## IBM offers Xeikon engine, Barco methods

IBM Printing Systems, another user of the Xeikon engine, provides two models of its 3170 Variable Data System (VDS) printer. The base system, for which a table is an option, uses an approach similar to Xeikon's, which it announced last April. The system prescribes the same limitations that we described for the Chrompress: a maximum of 16 fields on any printed side and a total of 9 MB of data on any page.

The other 3170 version, called the 3170 model 01C (with Collator), includes a customized version of the Barco PrintStreamer, under the name Collator, which expands the system's variable-data capabilities to permit an unlimited number of variable-data fields and to provide the ability to process both horizontal variable data overlaid on every page and vertical variable data that is personalized on selected pages.

The variable-data option for the standard 3170 is currently available. The 01C, announced in June, is already being shipped and will be generally available in September. IBM is porting it to the PowerPC AIX platform and enhancing the functionality.

**VDS.** IBM's VDS software consists of two applications: the VDS creation toolset, which comprises extensions and plug-ins for PC and Macintosh applications, and a VDS production tool called MergeDoc. Both of these toolsets are available free of charge with the Variable Data feature or the Collator feature. The VDS creation toolset defines the variable-data areas on a PostScript master page and creates a document-definition file that is used by MergeDoc to preflight and prep files for processing by the RIP when processing variable data. The advantage of this process is that the master data and the variable data remain separate until processed by the RIP. The VDS Creation toolset generates documents, preflights and preps files for processing by the RIP. The VDS Creation toolset currently consists of Xpress Xtensions for Macintosh and Windows platforms as well as PageMaker for Windows.

This software allows the user to identify variable-data objects in the layout, define the color, font and border of those objects (rotation isn't supported) and link them to a flat-file database report containing either the actual text or names of pictures or graphics to be merged.

**MergeDoc.** IBM MergeDoc, which has just been given a graphical user interface, runs on the IBM 3170 printing system controller.

MergeDoc converts the variable data, PostScript master page and document-definition files into output files for printing. MergeDoc works with four files created in the front-end process: the PostScript master page file, EPS-format variable-data files, a database flat file (ASCII) and a document-definition file that links the variable-data objects to fields in the flat file.

MergeDoc has a few limitations. Variable text can't be rotated, given a colored background or kerned. Trapping isn't supported. And there is no support yet for double-byte character sets. Variable images must be in EPS format. They are kept separate for processing to provide greater throughput.

**Collator.** Machines equipped with the Collator option have fewer such limitations. MergeDoc is still required (and supplied free of charge), but variable data are stored as full pages (compressed and decompressed in hardware), so there are no limitations to fixed and variable zones (the entire page can vary) and any type of data including bar codes can be merged as variable.

**Future plans.** IBM is working to develop a broader and better integrated variable-data and print-on-demand strategy that sup-

ports multiple devices, both monochrome and color, by using IBM's Advanced Function Printing (AFP), which is an architecture, not a language. AFP supports multiple languages, including PCL and PostScript, and it is in widespread use in high-speed monochrome printing environments such as invoicing, in which every page is different. IBM's goal in integrating PostScript and AFP is to leverage AFP's variable-data capabilities while using PostScript objects and color in high-speed variable printing.

Another advantage of AFP for variable printing is that the architecture already supports mechanisms for data recovery and maintaining data integrity in case of failure during variable printing.

The target market for this kind of capability is IBM's traditional base of corporate customers planning to use their traditional data stores for printing on demand with variable data.

## Xeikon's VDS features Private-I

Xeikon's Variable Data System for its original DCP-1 and the newer DC32D printing systems supports up to 16 variable-data fields defined for each side of a document. The processing of fixed and variable data is separated; the elements are prerasterized, but rasterizing of variable data streams can take place while printing the first series of the same stream of variable data, depending on the speed of the RIP. Elements are merged at the print engine.

Although Xeikon's OEM and large end-user customers can write custom applications for generating variable-data PostScript or program their databases to produce PostScript output of variable data, Xeikon supplies a stand-alone PostScript-generating application called "Private-I," which runs on a Power Mac. Unlike Agfa's implementation, the Xeikon program doesn't require OPI, although OPI is possible. It imports content from external databases in the DBF file format (the native format of DBase, which is the dominant DOS-Windows database format). Static data for the base page are created using any application program that can save data as an EPS file.

**In operation.** The variable data and the layout are linked as a variable-data job via an overlay developed in Private-I software. In operation, first the user opens Private-I and imports the EPS file to the job master page. Several EPS files can be positioned on the same master page. Additional graphic and text elements are added from within Private-I.

Next the variable-data fields are designated by drawing text and picture frames as overlays on top of the static master page. Text frames can hold pieces of fixed text merged with an unlimited number of text variables as small as a single character; variable text can be formatted independently of fixed text for font, color, type style and size. Picture frames can contain artwork or images in EPS format.

Variable-data frames are given names and are linked to specific database fields using a drag-and-drop process. It is possible to set up calculations to be performed on the database fields to provide the value of the variable (sum totals, etc.). Other data manipula-

tion features supported include conditional output, string manipulation, conversion to upper- or lowercase, and automatic counters. A "check" run through the database will report any text that exceeds the space in its box. Private-I also allows the user to verify layouts on compatibility with the final output system.

**Limitations.** There is one major restriction in that variable-data frames can only be rectangular. However, they can be overlapped, in which case overlapping fields are merged into a single field covering the entire area. A transparency mode allows for effects such as black text overprinting a master area or white text knocking out an area in the master. When creatively applied, these features can get around some of the design restrictions arising from the rectangular box limitation. Imported images can automatically be scaled, centered and cropped in variable-data picture frames.

- As mentioned above, Private-I does not require OPI. Variable graphics and images are represented in the database by their path name.

    The biggest limitations in processing variable data that Xeikon customers have to contend with are imposed by the size of the image buffer for each print station. There can be a maximum of 16 variable-data fields per side of the page, although multiple text variables can be included in a single variable text field. As with Agfa's implementation, the variable data can total up to 9 MB of compressed data and can occupy up to 100% (black only) or 25% (full color) of the page area.

    For more complex jobs that need greater variability, Xeikon engines can be equipped with a Barco PrintStreamer.

## Personalization for Indigo engines

Handling variable data on Indigo presses is done through software called Personalization, in conjunction with layouts created in Xpress and an Xtension to Xpress written by Indigo.

    In a standard Indigo print job, each of up to four bitmapped color separations of a single-sided page layout is prerasterized and saved in image memory prior to printing. For variable printing, all elements are prerasterized—not just the master page layout but the variable data for each page as well—and are sent to image memory, thus requiring increased memory. The standard image memory configuration for an E-Print is 128 MB, but it can be increased in 128-MB increments to a maximum of 640 MB.

    Personalization for Indigo presses is available in two levels. A monochrome feature allows personalization of up to 100% of a single color separation of a single side of a printed sheet. A color module allows for personalization of up to 100% of each of the color separations (four to six colors) in the spread.

    Running on a Mac, Personalization takes the form of a Quark Xtension called Indigo Layout, which is used to create ready-to-print files based on the Indigo layout exchange format.

**Components.** There are three components for each personalization job on an Indigo machine: a fixed-data file, a personalization channel and a variable-data file. The fixed-data file is the job layout



Variable-data flow on Indigo devices. Indigo's software merges variable data (text and graphic elements) into a job using a personalization channel that is positioned on the document page in the location where the variable data will appear. The personalization channel is the link between the variable-data and the fixed-data page layout file.

Variable Data file to personalized cycles (copies)

Fixed Data file
QuarkXpress document consisting of constant text and/or graphics

Personalization (PP) Channel Linked to variable data file

Personalized Output
Variable data merged with fixed data, "on-the-fly," during printing

itself—an Xpress layout—containing all the nonchanging text, graphics, etc. This is prepared in customary fashion. The fixed-data file includes special areas that are designed to accommodate variable elements. These are linked to a separate file containing the variable-data elements.

    The variable-data file, the third component, isn't a database file. It is a multipage PostScript file or an Xpress document containing all the elements that change from one impression to another. Thus, in the Indigo variable-data workflow, the user needs to import and format all the variable elements from whatever database or file the customer provides and save them as either PostScript files or Xpress documents. In the case of PostScript files, they must be saved as pages that are exactly the same size as the personalization channel defined in the master layout page document.

    If the variable elements are imported into Xpress using standard Xpress tools, the new document is automatically created at the appropriate size. Fortunately, importing can be automated somewhat using third-party tools that are readily available for Xpress.

**Layout Xtension.** Indigo's Layout Xtension is used to create and position personalization boxes in the master Xpress layout. On

**Layout Xtension for Xpress.** This software allows the Indigo user to add a personalization channel to an Xpress page layout and to apply attributes to it through the PR Box Specifications window shown here. Users can change the origin and size of the personalization channel and link variable data by name to the channel (either contained in an Xpress layout the size of the channel specification or in an EPS file).

[PR Box Specifications dialog box]

Origin Across: 1.275
Origin Down: .575
Width: 1.998
Height: 1.25

Proofing
Copy number: 1
☒ Suppress Printout

File Name:
PRfilename
[Select other...]
[Create New...]

File Type:
○ External PostScript File
◉ QuarkXPress PR document

Separations:
☒ C ☒ M ☒ Y ☒ K
☐ 5th ☐ 6th

[OK] [Cancel]

the limitation side, personalization boxes can only be rectangular. They cannot extend beyond page boundaries and they will always knock out overlapping elements regardless of their foreground or background placement. That is, they can't overprint other elements, although Indigo says it will offer an overprinting capability in October.

Otherwise, the personalization channels can have all the same attributes as other Xpress boxes. There can be up to 50 personalization boxes per individual layout (and they can be of any size, assuming the machine is equipped with enough memory), although no more than 15 of them can be positioned horizontally across the layout.

**Output.** Each personalization channel defined on the layout is named and is linked to a file containing variable data of the same name. The fixed-data file or layout and the variable-data files are maintained separately on the system and are only combined during printing.

Once the fixed layout file and associated variable files have been prepared, they must be processed into Indigo Layout format before being transferred from the Mac to the Sun server and control unit at the printing engine. The Indigo Layout Xtension automatically creates the individual files that describe the job and pages and a PostScript file for each fixed-data page and personalization channel. Once transferred to the printing system, the files are processed as normal.

Variable data are combined with fixed layouts during printing. Images are handled differently from text. The first time an image is encountered, it is rasterized and stored in rasterized form.

Thereafter, the RIP is smart enough to reuse the rasterized file, saving the RIP time. (This facility for storing and reusing rasterized files is a standard part of the Indigo system and is not tied to the variable-data application. It is used, for example, in Indigo's step-and-repeat software.)

## Digital Copier-Printers

There are a flock of newer contenders on the digital printing scene with devices based on digital color copier-printer engines. We expect that some of these eventually will challenge Indigo and the systems based on Xeikon's engine in both short-run, on-demand and variable-color printing, if for no other reason than that they perform some of the same functions at lower prices.

**Fuji Xerox engine.** Two of the most prominent ones—the Scitex Spontane and Xerox DocuColor 40 (DocuColor 4040 outside the U.S.)—use the same Fuji Xerox engine, which is based on four-drum copier technology. Both products are now being shipped, although neither company has started to deliver variable-output capabilities.

Of the new devices, the only one we are including in this overview is the Scitex Spontane. We covered it in depth at Drupa (*see Vol. 24, No. 20, pp. 17–18*) and earlier this year (*see Vol. 25, No. 16, pp. 17–18*). Although the company is still not delivering variable output, we have had a chance to see a demonstration of the software it is developing and testing for this application. Xerox has not yet demonstrated variable-data capabilities for the DocuColor 40, although it intends to provide them.

**Canon.** Two other contenders are lurking in the background—Canon and Océ. Canon has demonstrated, but not yet formally launched, its CLC 1000, also based on copier technology. (We



**Spontane user interface.** A template helps the user create a script that sets up a series of hot folders on the server for the various types of jobs (and workflows).

Received Time Dec. 5. 10:20AM     Print Time Dec. 5. 10:27AM

understand that the product launch is planned for Sept. 11 at Seybold San Francisco.) We'll have a full report on the status of the Canon system, including its approach to handling variable data, after the show.

**Océ.** Océ of the Netherlands showed a seven-color print engine at Cebit this spring, which could also be an interesting contender with an appropriate digital front end. It is too early in the development stage to have a good idea of what this product will be like when it reaches the market, but we were impressed by our early look. We may see it again at Cebit or Imprinta next year, at which time it should be much farther along.

**T/R Systems.** In addition to these products, T/R Systems has put together its own version of a demand-printing system using up to eight desktop laser printers. The resulting product is very different from any of the above in its architecture, but the combined speed of multiple engines and the flexibility of putting different types of engines (size, speed and color, etc.) into one system has made it an attractive option for low-end users. T/R has begun to demonstrate its implementation of variable printing, although we don't believe it is in use in the field.

## Scitex's VIP for Spontane

Scitex's variable-data software for Spontane is being developed by the same R&D group that produced the Visionary link to desktop publishing a decade ago, the Catalogic system for catalog publishing in recent years and the NetDog system for publishing on the World Wide Web, which was announced at Nexpo last year. Also participating in this development is one of Scitex's beta customers, Print Source.

Scitex reminds us that it has already developed a lot of variable-printing technology, especially personalization, at its Scitex Digital Printing division in Dayton, OH, and it intends to leverage and benefit from this experience in its new developments.

**System specs.** Scitex recognizes that the key to variable printing is power in the digital front end. For Spontane, the front end consists of a Motorola PowerPC 604 server running the AIX operating system. The server is a multifunction device housing preflight and previewing capabilities, a RIP (currently PostScript Level 2), print spooling, file conversion and print queuing plus Scitex APR picture replacement and Full Auto Frames trapping. Scitex Ripro Archiver software is an option.

The server is equipped with 64 MB of RAM and a 6-GB hard disk, 2 GB of which is for the system and the remaining 4 GB for user storage, files and fonts. The front-end configuration includes an additional 4-GB disk, housed in an external tower, which functions as image memory for the print engine. This amount of storage can accommodate up to 400 A4 pages in ready-to-print (rasterized) format. The server configuration also provides specially developed video boards for controlling the data feed to the print engine.

**Catalog-like structure.** The Scitex database consists of multiple data records that can be viewed similarly to records in Excel. Photos, illustrations and formatted text can be included.



**In operation.** Software for the Spontane front end has the Unix "common desktop environment" user interface. The user can set up a series of hot folders on the server for each type of job (and workflow) to be processed within each folder. A template is provided to help the user develop a script that defines the series of workflow steps for that type of job.

To initiate a job, the job's icon is dropped into a hot folder. It then passes automatically into a queue, and processing steps are carried out as prescribed in the script.

PostScript files coming into the system are previewed, given a preflight test, converted to Scitex format in the RIP, trapped and saved as Scitex CT or LW files. CTs are compressed (around a 6:1 ratio) and saved on the printer image disk as compressed bitmaps. To be printed, they are passed back through the server, decompressed on the fly and delivered to the print engine over the video connection.

**Variable impression.** Based on the strengths of its front-end server, Scitex's approach to productivity in variable information printing on the Spontane is to prerasterize everything, store it in ready-to-print format, and feed it to the engine across the high-speed video connection. This is very different from Barco's requirement for large amounts of RAM and on-the-fly rasterizing.

With the VIP software it is developing, Scitex is taking a system approach and providing a full database software environment, not just an interface to external databases at customer sites. The database itself is proprietary (descending from P.Ink and Catalogic), but it can accommodate standard SQL search engines. To allow connection to external databases, it is ODBC compatible. Moreover, Scitex says it will publish the database structure.

Thus, Scitex's approach is similar to the one it has taken for catalog production using Catalogic. In fact, some of the software shows obvious roots in Catalogic. Architecturally, it is intended to

August 26, 1996

**Placing variable data.** The VIP software for Spontane provides these facilities for placing variable data in a layout.



be scalable so it can run on a single machine or be split to run across multiple processors for much higher throughput. The heart of the software is an SQL ODBC-compliant database engine. It currently runs on a Mac, but eventually it will be multiplatform. Client software currently runs only on a Mac.

The database itself consists, as one might presume, of multiple data records the user can view with an Excel-like interface. Each record can have a photo (an APR image), an illustration (EPS or Illustrator format) and text that has been formatted with Xpress tags.

Static page design is done in Xpress; the software runs as an Xtension. It accepts the variable data, rationalizes it and then makes it available to the page design.

---

## Third-Party Software

Database publishing, which essentially is what we're talking about here in examining how to vary the content of a document from one iteration to another (whether that is a printed iteration or an electronic one), is not a new concept. Numerous third-party modules handle some of the aspects of preparing documents with variable content, although at this stage not all of them address PostScript output or the rasterization speed issue inherent with high-speed digital presses. We saw and reported about some of these earlier this year at the On Demand conference in New York.

## Kueny Consulting Services

One third-party software application we recently heard about that is aimed at preparing variable data for PostScript devices is called the Lexographic Imager, from a company called Kueny Consulting Services. Todd Kueny, who was formerly a product manager at Unilogic, has experience with both database publishing and Post-

**Proofing with variable data.** One of the unique features Scitex is incorporating in its software is the ability to proof how a layout will look with different variable data. It is possible to "proof" to screen or to print.



Script; in fact, he has been using the basic technology in the Lexographic Imager software since 1992, most recently at his own direct-marketing company called MarketPlace Direct, Inc.

**In operation.** Processing by the Lexographic Imager software takes a PostScript file from PageMaker and modifies it in several ways. Everything that is constant from page to page is moved to the front of the job and converted into a PostScript subroutine. Then, once the header is downloaded to the RIP, only what is different (the variable content) is sent on a per-page basis.

The next step is to extract and remove from the job stories containing special placeholders as text variables, their positions, fonts, colors, etc. The positions and types of images are noted and the images are reorganized so that the PageMaker commands that print them refer to the image indirectly through a variable; image data also are moved to the front of the job to be downloaded a single time.

From these steps, a modified PostScript file is written containing comment tags defining the results of the preceding steps. A second set of processing steps takes the comments and merges variable data with the subroutines, variables and image cache to produce output.

**System claims.** The Lexographic Imager supports both Type 1 and TrueType fonts, colored text and images and minimizes download time through caching and PostScript file reorganization. As such it is intended to support high RIP speeds on printers outputting at 60–70 ppm for variable data. We have not, unfortunately, seen the software run so we cannot comment on its effectiveness beyond this point. The job samples we were sent were quite basic personalization and lettershop work with only small rectangular color images added to text pages.

In any event, readers interested in straight personalization may wish to check this product, which currently runs only under Windows 95.

Kueny Consulting Services, 105 Bevington Rd . Pittsburgh, PA 15221-4411; phone (412) 243-1630, fax (412) 937-9235.

Received Time    Dec. 5. 10:20AM        Print Time    Dec. 5. 10:27AM

Volume 25, Number 22

The Seybold Report on Publishing Systems

## Conclusion: More to Come

It is clear that we are just at the beginning of the learning and implementation cycles for variable printing on digital color presses and that several refinements are required to make it a productive and profitable process. Over the coming weeks and months we can expect to see additional announcements in the area of handling variable data from the press suppliers as well as third-party software companies.

Enhancements to front-end software are certain to be in the works; today's facilities for designating boxes as capable of holding variable data and living with all the inherent constraints are a giant step backward compared with the sophisticated functionality direct-response and direct-marketing production environments have been using for several years.

The database importing and handling facilities of most of the current generation of software are also rudimentary; we find it difficult to believe that digital color presses can become effective production devices in the direct-mail arena without the custom front ends many companies have developed or productivity enhancements from the suppliers. Likewise, we will want to see a common ground emerge for software that merges variable data for print as well as for electronic delivery.

**Better RIPs and data handling.** Because the process of printing variable data remains RIP intensive, we also expect to see additional RIPs, i.e., the addition of horsepower to solve this part of the dilemma soon. It only makes sense to have multiple RIPs crunching data to drive a single engine, as is now possible with other imaging devices. Look for solutions along these lines from Harlequin (which already has RIPs with multiple processors), Adobe and Agfa, among others.

And finally, look for a solution to the image data pipeline problem—undoubtedly the worst of the bottlenecks—to allow higher transfer rates of data from the image memory to the print engine itself.

**Tie-in with marketing.** As several suppliers of digital color engines have discovered over the past year, the success of the variable and custom document printing concept has as much to do with a range of other factors as it does with the specific printing engine. Until recently, you could almost say that they have developed a solution that's still waiting for a problem.

Recently, though, a lot of activity has gotten under way toward focusing on finding applications for these systems. The vendors are holding classes and roadshows to help their customers make better use of their expensive purchases—and to convince prospective customers that there is a use for these systems.

But it is only the beginning, and as sales of Indigo and Xeikon engines fall short of marketing targets, we have to wonder how long this limbo state will continue, the state when the technology is marveled at, but its practicality is not yet demonstrated.

If it solves a problem, will you buy the product? Only if you know you have the problem. And therein lies the rub, to date, with variable printing. Early adopters of digital printing presses are still finding it difficult to sell the variable printing concept and its benefits to a public that remains unaware of what variable printing can mean in terms of targeted communications.

*Arlene Karsh*