# EXHIBIT 7

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

R.R. DONNELLEY & SONS COMPANY

V.

QUARK, INC. et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 06-cv-032-JJF

TO: Toyo Ink International Corporation
c/o The Corporation Trust Co.
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A

| PLACE | DATE AND TIME |
|---|---|
| Richards, Layton & Finger<br>920 North King Street, Wilmington, DE 19801 | 8/31/2006 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*[signature]* Attorney for Defendants Creo, Inc., Eastman Kodak Company and Kodak Graphic Communications Company | DATE<br>8/11/2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Brian M. Koide
Crowell & Moring, 1001 Pennsylvania Avenue, NW, Washington, DC 20004 (202) 624-2500

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                    DATE                              SIGNATURE OF SERVER

                                                      _____
                                                      ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the mmmdemanding party to contest the claim

A

## ATTACHMENT A

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Eastman Kodak Company, Kodak Graphic Communications Company, and Creo, Inc., (collectively "Kodak") request that you produce for inspection and copying, as set forth in the Instructions and Definitions below, all of the documents and things in your possession, custody, or control responsive to these requests at the offices of Richards, Layton & Finger, 920 North King Street, Wilmington, DE 19801 on or before August 31, 2006.

## INSTRUCTIONS AND DEFINITIONS

A.  R.R. Donnelley & Sons Company ("RRD") has sued Kodak for patent infringement in the United States District Court for the District of Delaware. In its Complaint, RRD alleges that Kodak infringed U.S. Patent No. 6,205,452, U.S. Patent No. 6,327,599, U.S. Patent No. 6,844,940, and U.S. Patent No. 6,952,801. A copy of RRD's Complaint is enclosed as Attachment B to the Subpoena.

B.  "The '452 Patent" means United States Patent No. 6,205,452.

C.  "The '599 Patent" means United States Patent No. 6,327,599.

D.  "The '940 Patent" means United States Patent No. 6,844,940.

E.  "The '801 Patent" means United States Patent No. 6,952,801.

F.  "The Patents in Suit" mean the '452 Patent, the '599 Patent, the '940 Patent and/or the '801 Patent either individually, collectively, or in some combination thereof.

G.  "The Effective Filing Dates of the Patents in Suit" means October 29, 1997 (for the '452 Patent), June 7, 1995 (for the '599 Patent), February 11, 1997 (for the '940 Patent), and February 11, 1997 (for the '801 Patent).

H.  The words "any" and "all" shall mean "any, all, and each" inclusively.

I.  "Toyo Ink," "you" and "your" means Toyo Ink International Corp., and includes all parent, subsidiary, sister, predecessor, or successor companies, corporations, partnerships, or other business entities, and the officers, directors, agents, employees, partners, and all other persons acting or purporting to act on behalf of or who are subject to the direction or control of any of the foregoing, including Toyo Ink America LLC and Toyo Ink Imaging Systems Lab.

## REQUESTED DOCUMENTS

1. All documents relating to any of the Patents in Suit.

2. All documents reflecting use, knowledge, sale, or offer for sale of the subject matter claimed in the Patents in Suit before respective Effective Filing Dates of the Patents in Suit.

3. All documents related to Toyo Ink's I-Layout Generator software for E-Print 1000 printers described in *Digital Color Printing in Japan: A Report from Early Users*, Seybold Report on Publishing Systems, Mar. 13, 1995 (enclosed as Attachment C).

# B

C

Volume 24, Number 13

The Seybold Report on Publishing Systems

# Digital Color Printing in Japan: A Report from Early Users

AS WE HAVE OFTEN reported, the Japanese graphic arts market on the whole is a very conservative and cautious one, slow to adapt to the technological change that has been sweeping Western markets. So it may seem surprising that it is among the front-runners in embracing digital printing. But that is where it is. The first Indigo E-Print 1000 digital color printing presses to be installed outside of Israel were purchased and installed by Toppan Moore of Japan, even before the machine was formally announced at IPEX '93, and many more units have been installed in Japan since then. Meanwhile, Xeikon and Agfa have gotten their marketing efforts under way there. Agfa reports having installed five of its Chromapress systems there.

Japan is also where Indigo's concept of variable data or customized printing was formulated in conjunction with its business partners, Toppan Moore, its first major customer, and Toyo Ink, its distributor in Asia and Australia. We recall hearing from Indigo spokespeople about the concept of custom supermarket fliers, printed in four colors, containing different product offerings, depending on the demographics and buying power of the individual neighborhood receiving the flier (important in a country where a cantaloupe can cost $30). We were enchanted, intrigued and thoroughly convinced that customization was the real future of short-run color printing as Indigo launched its initial pitch.

Thus we were eager to visit a few Japanese digital printing sites to learn the status of the technology for custom printing, to see what kinds of work customers were producing and to find out how the technology was fitting into the market. We wanted to go where the pioneers are to see this.

**Caution reigns.** We learned that although Japanese printing companies like Toppan Moore and distributors like Toyo Ink have been early adopters of digital printing—from Indigo in particular—they have been experimenting very cautiously with the technology and developing very carefully a realm of experience and expertise that they will be able to market to their customers intelligently (as opposed to frantically).

In other words, rather than diving into the new realm and then floundering in a market full of unknowns, the Japanese have taken the approach of making an investment for the long term, learning about the market and the technology, and then capitalizing on what they have learned. Thus, while digital printing entered Japan early in terms of product availability, it remains for the most part in the R&D stages and hasn't reached the point where it is a threat to the traditional printing business.

While we were a little disappointed that during our two site visits we didn't see any machines functioning at full production, we learned a lot, including why the fast start has settled into a slow advance.

Among the things we learned was that, as a result of the slowness of traditional printers to adopt nonproprietary desktop publishing and prepress tools, there is a growing and perhaps pent-up



**E-Prints at Toppan Moore in Tokyo.** Nine E-Print 1000s (the label says E-Press 1000) are installed at this facility and another four are in Osaka. At the end of the aisle is the prepress area housing a series of Macs, which send jobs to the E-Prints over an Ethernet. There is also a bank of ISDN lines coming into the prepress area to deliver work from six local print shops in the Tokyo area to this centralized printing facility.

demand among leading-edge graphic designers and corporate customers to explore digital printing and other new technologies.

This could bode well for printers and service companies that invest in digital printing early, especially if they can handle desktop files and accommodate innovation and new applications as designers experiment. We can envision some customers bypassing traditional graphic-arts service suppliers in favor of those that have been experimenting—and gaining experience—with new technologies such as digital color printing.

**What we saw.** We did get to see some samples of custom printing and the software Toyo Ink has developed to make personalization and customization possible on the E-Print. We also learned about Toyo's other efforts in the areas of color management—a field that goes hand in hand with digital color printing (and most other color imaging technologies). And we visited an innovative design and production facility, run as both an R&D subsidiary of Toyo Ink and a pioneering new business effort.

## Toyo Ink Imaging Systems Lab

The Toyo Ink Imaging Systems Lab, a unique, high-tech facility, was formed to provide education services for prepress system users. About five years ago, it expanded its charter to include research and development in the fields of color imaging systems, imaging engines, and printing and prepress systems. Groups within the lab

13

are working on projects covering electrophotography, thermal-transfer printers, prepress proofing systems (this is where Toyo developed its InkProof positive film system, launched at IPEX in 1993), color management and matching, and soft-copy proofing, among other things. And, as is noted in our lead article in this issue, Toyo is licensed by Indigo to manufacture and resell ElectroInk for Indigo printing presses. We saw sample packaging for this ink during our visit.

As Indigo's business partner and distributor in the Far East and Australia, Toyo also functions as a system integrator and has developed software products to accompany the E-Print engine. Among them are I-Layout Generator, which formats data for variable printing on the E-Print engine, and T-Color, for color matching.

## Variable printing

While the E-Print 1000 itself poses no technological restrictions as to how much content may be varied or customized on each individual sheet it prints, several front-end issues make variable printing more difficult to achieve.

**Speed.** The speed required to rasterize and feed data to the imaging engine for elements that vary from page to page is one area that is being addressed by faster and more capable RIPs. We have come to expect regular advances in throughput and productivity from RIP technology, and we will undoubtedly see more for both the Indigo and other digital printing engines as the year progresses.

**Merging variable and static data.** RIP speed is complicated in variable and custom printing by the requirement to merge one or more items from a file containing variable data (text or images) with static content in a predefined page layout, and then to rasterize the result and output it to the print engine (or to prerasterize standing page elements, define areas into which variable data may be inserted, select the variable elements, rasterize them and merge the two together for output).

The overall process is somewhat akin to database publishing (or the mail-merge capabilities of yesteryear's word processors), although perhaps it is more complex. There are several solutions emerging to handle the process, including products ranging from Quark Xtensions to those that reside in the RIP itself.

**Format.** The issue gets even more complex when the size, shape or appearance of the variable data is such that it varies the amount of or the organization of content on the page and, therefore, the entire layout. In our opinion, this is the most intriguing aspect of printing variable data on digital presses—the ability to create truly customized pages, brochures or supermarket fliers—based perhaps on database-supplied demographic data or individual users' buying patterns. Unfortunately, software to support this kind of application—an "elastic" page makeup module or something similar—doesn't exist. Likewise, it is our understanding that customers are just beginning to grasp the basics of variable printing on digital printing engines, so the concept is a little premature.

**I-Layout Generator.** Toyo Ink has developed software to set up jobs for the E-Print, including items such as imposition. Called I-Layout Generator, it controls the handling of variable and constant page elements. This dialog for setting up a job includes basic information about the normal areas (fixed) and personal areas (variable).



### I-Layout Generator

Toyo's I-Layout Generator software for variable printing addresses a more standard approach than our "elastic pages" scenario. It acts as an imposition program and defines the position of both variable and constant page elements for a single page or a series of pages to be printed. At the present time, these elements must be either Scitex CT or LW files, although there is a version to be released soon (which we didn't see) to handle PostScript files. Both constant and variable elements are assigned to fixed positions on the page, although sizing of variable elements is somewhat flexible in that it can be determined automatically, based on the size of the largest item on a list of defined variables that can be placed on the page.

I-Layout Generator doesn't handle PostScript in the installed version because none of the E-Print sites in Japan are running the presses as PostScript devices (at least, they weren't as of our visit early in February). In part, this is because of the slow acceptance of PostScript in the Japanese market *(see our report on the Japanese market in Vol. 24, No. 12)*. But it also is partly because of the fact that, until recently, a PostScript RIP hasn't been available for the E-Print in Japan. All of the sites instead were operating with input in Scitex CT or LW format, and jobs coming into the shops as typical desktop work in Xpress or PageMaker first had to be converted to Scitex format. To handle this, Toyo also sells a Scitex VIP 2J RIP as a gateway.

I-Layout Generator runs on a Macintosh. We saw it in use at two different sites on several different levels of Quadra workstations. It is not a WYSIWYG program *per se*. The user doesn't see the image content itself, but rather sets up a position for an object within the layout by defining its *xy* coordinates *(see photo on next page)*.

The first step in setting up a job with variable printing using I-Layout Generator involves setting up the job parameters. This is done by filling in the menu selections, as shown in the "Set up Job Parameter" dialog box above.

The selections include provisions for standard and custom paper sizes, number of copies to print, page and binding orientation for booklet-style printing or page orientation for simplex print-

14

**Setting up fixed and variable elements.** Using I-Layout Generator, the operator specifies the location and size of each normal and variable element on the page. *Left:* Here the element "Fls.ct" has been assigned as a normal area and we are about to assign a linework file as another normal element. *Right:* In this screen the user can visually verify and adjust the location and size of the areas imposed on the form.



ing, automatic rotation of objects, the number of pages in the entire job and details like the client name, site, vendor and paper type. The most important parts of the menu are the *xy* coordinates of the nonvarying and variable components in the job. These coordinates can be set up differently for each of the multiple pages in the job.

Once the locations of the constant and variable content items on the pages of the job have been set up, the operator fills in the names of the files to be assigned to these positions—both constant and variable—into the menu shown above. Also in this menu the operator assigns the number of personalization areas to each page. It is possible to use the same personalization element in a number of copies of the same file. Likewise, we were told, it is possible to assign multiple files per personalization area.

It is not necessary to type the object names; they can be selected using normal Macintosh file selection conventions to fill in the form.

The next step is to verify or adjust the position of the files on the imposition form, which is done with the aid of visual feedback.

The final step is output using the "Makeup E-Print File" menu shown below. Note that in the screen dump of the menu a color-conversion profile has been assigned to the images on the page;

this makes use of the T-Color color matching module Toyo has also developed for use with the E-Print *(more details below).* I-Layout Generator was designed for use over a network. It will eventually perform color conversion and then copy the color image file (typically a CT) to the E-Print engine automatically.

**Status.** As of early February, there were four Indigo users in Japan running I-Layout Generator: KS Systems, Toppan Moore, I&I Co. Ltd.'s Hyper Design Lab and Toyo itself. However, we expect there will be more in the future as Toyo accelerates its sales effort, which was formally launched on Feb. 1 at the Page '95 expo.

## T-Color: color matching for the E-Print

Toyo also has developed its own color-matching software for the E-Print, which it calls T-Color. Right now the module doesn't work with I-Layout Generator, but we were told that it will when I-Layout Generator version 3.62 is released.

The E-Print system itself, in its version 2.1 software, provides for an internal, closed-loop, color-calibration process. To interact with this, Toyo has developed a profile form for use on the E-Print press. A customer prints the profile form (a series of color swatches) on his own press and sends it to Toyo for spectrophotometric analysis. Obviously press settings, paper stock, etc., will affect the color characteristics output on the form. Toyo uses these data to build a T-Color profile for that specific press, which can then be fed back into the closed loop. It is possible to develop and use a repertoire of different press profiles that vary, depending on the printing standard to which the press is set, the specific ink set, paper stock, etc. At the present time, T-Color works only with Scitex Handshake-format CT or LW files and, therefore, performs only CMYK-to-CMYK transformations.

We think T-Color (especially when running automatically within the I-Layout Generator version to be released), provides a



Desktop prepress at I&I. This membership facility provides desktop prepress and multimedia training, plus hands-on experience for designers and corporate communicators who want to use the Mac-based equipment. Film output is processed through a Scitex system for output on a Raystar, but desktop scanners and proof printers are also available, as are two Indigo E-Prints for short-run digital color printing.

good first step for users to match colors on the press and ensure consistency. But it has a distance to go in terms of providing functionality in a PostScript environment. We also think that eventually users will want tools for characterizing their presses (and other output devices) themselves, rather than sending forms to Toyo for analysis and profile development. And, as PostScript compatibility becomes more important in the Japanese market, compatibility with the ICC standard profile format and ColorSync 2, which is scheduled to be ready this spring, also will be a necessity.

## ChromoBase: color matching for the Mac

Another application we saw is a Toyo-developed color-matching application for the Macintosh called ChromoBase (version 1.2J). ChromoBase is a general-purpose, color-matching module aimed at the desktop market—specifically at Macintosh users who want to match color on their displays and output devices.

Conceptually we found the software to be very much like Pantone's ColorDrive. ChromoBase functions as an electronic database containing a color swatch book that can be used as a Toyo Ink color finder on the Mac. It includes a swatch maker so users can send patches to their color printers to identify how specific colors will appear when printed on those devices. It also lets the user create custom colors on the screen and save them as EPS files for use in either Illustrator or FreeHand jobs. (ColorDrive lets users create custom color palettes and has the advantage of being compatible with a wider range of desktop software.)

ChromoBase is priced at about $280 in Japan. Introduced at Page '94, it has been on the market for about a year, available only in Japan.

With color-matching and color-management software becoming increasingly important, the lab's new focus is to develop color-management software that is compatible with ColorSync 2.0. Whether this is a new, expanded version of ChromoBase or another, different kind of color-management product, we will have to wait and see.

## I&I Co. Ltd.'s Hyper Design Factory

I&I is a subsidiary of Toyo Ink, but it operates as a separate commercial venture. Its Hyper Design Factory serves as a multipurpose production facility, a desktop publishing and multimedia training center, a walk-in atelier for designers, and a color-separation and digital printing service bureau. It also functions as an R&D facility where Toyo Ink, prior to launching its sales efforts in Japan in February, has been able to learn more about how the E-Print (among other products) fits in a production environment and about the kinds of materials customers are interested in running on them.

On the business side, there are six commercial sales representatives selling I&I color-separation and digital printing services to the design, advertising, corporate and commercial printing markets. Toyo Ink sales representatives use I&I as a demonstration facility where they can show the E-Print in action.

Interestingly, I&I is a membership facility comprising more than 450 members from among graphic designers, ad agencies, corporate communicators and the like. It provides a full range of training courses and hands-on experiences for members (and other paying customers) who wish to learn about and gain experience using the latest Macintosh and PostScript graphic-design, imaging and page-production software available in Japan. Members can pay to use the inhouse equipment for production or they can leave their jobs on diskette (or send them over phone lines) for production or output services, much as they would at a trade shop or prepress service bureau in the United States.

Beyond the Mac and PostScript equipment, I&I's repertoire includes additional tools for color prepress: a Scitex Gateway (from the Mac and PostScript), two Scitex Assembler workstations, a SmarTwo scanner (and desktop scanners such as an Agfa Arcus, Sharp JX-800 and LeafScan 45), a Raystar film imager for output, a Toyo InkProof film proofing system (introduced at IPEX in 1993 and installed at about 30 sites, all in Japan) and two Indigo E-Print 1000 digital presses.

## E-Print in action

I&I has had the two E-Prints for about a year. As of early in February, it was running an average of 3–5 live jobs on the machines per day. This is not a high volume for daily production, but the site functions also as a Toyo Ink R&D and demonstration facility.

The quality of the sample E-Print work we saw was quite good. We were told that experience so far indicates that an appropriate maximum run length for the machines is about 500–1,000 impressions (not too different from the comments we got from a couple of U.S. users, who indicated that at about 500 impressions the price started to compete with offset printing). Unfortunately, no one at I&I would discuss the economics of the E-Prints with us, other than to state that it was too early to determine costs per page (I&I is still in the R&D stage) and that, as of February, they

16



**Indigo at I&I.** Both of the E-Print 1000s at I&I's Hyper Design Factory in Tokyo were down for periodic maintenance during our visit, but we saw some quite impressive output samples, including collateral materials being printed in preparation for Drupa.

viewed Indigo's ink prices as high. Also, because I&I's use of the E-Prints is for much broader purposes than just selling printed output, we suspect that an immediate financial payback on the equipment is neither a simple nor a critical concern.

We were disappointed to find both machines undergoing maintenance work during our visit. (We're puzzled as to why both machines would be taken out of commission at the same time.) We had expected—and hoped—to see a lively, bustling production environment. However, we have learned from other E-Print users that routine maintenance can occupy a considerable portion of a work shift. *(See comments from Toppan Moore, below.)*

**Custom printing.** We were surprised to find that I&I wasn't doing much custom printing. It had run a few personalized jobs using I-Layout Generator, most notably a series of award certificates for a calendar-design competition, where the names were personalized on each print. But the customization has been very basic—limited to personalizing names and addresses. Apparently customers are just beginning to learn how they can use customization and variable printing as an integral element in the overall job concept. As I&I gains experience using the medium, the level of customization undoubtedly will become more sophisticated.

Other kinds of work I&I has found to be appropriate for its E-Prints include short-run color sales literature and marketing materials (corporate collateral), retail marketing materials and even some point-of-purchase items.

I&I recognizes that in the future, customers will bring in new kinds of work as they begin to understand the flexibility and advantages of the medium and "use their imaginations." These include designs or jobs that may not even be feasible to produce cost-effectively using traditional technologies.

**New business concept.** I&I's operation is an interesting new business concept for several reasons, especially because of what it says about the state of desktop publishing in Japan. In a country where the graphic arts are still dominated by tradition and where most composition and prepress work is still performed by printers, the very modern, bright and compact facility, tucked away on a side street in a trendy section of Tokyo, is as unlike a traditional print shop as you can get.

One function is to help Toyo Ink develop a better understanding of its market and the tools it requires. Besides that, it is also positioned to capitalize on graphic designers' high level of interest in desktop publishing and prepress tools and in digital printing on the E-Print and like devices. Designers see digital color printing as a way to gain more control over their work, especially in terms of color and turnaround time, than is available to them from traditional printers. And from what we have learned about the desktop market in Japan, if traditional printers don't adapt more quickly to the new desktop technologies, they may get left behind as their more forward-thinking customers—graphic designers and corporate accounts—turn to new kinds of service bureaus, such as I&I, for their production needs.

## Toppan Moore

No study of digital printing in Japan would be complete without a visit to Toppan Moore, Indigo's first site in Japan and its first E-Print site outside Israel. An early business partner credited with originating and helping Indigo formulate the concept of variable printing on the E-Print, Toppan Moore has installed nine E-Prints at its Tokyo location. Thus, we were eager to see what it has accomplished.

The Tokyo site is one of two Toppan Moore plants running E-Prints. The other, in Osaka, has four machines. However, Toppan Moore's expansion plans are ambitious and provide for additional machines and sites to be installed throughout Japan.

The facility we visited was well equipped to handle a lot of volume, although it did not appear to be very busy on the day of our visit. Of the nine machines, only two were actually running jobs. Admittedly, it was late in the day and Toppan Moore currently only operates the digital printing facility for a single, 7.5-hour shift per day.

On the front-end side of the presses, there are two "systems" feeding jobs into the workflow. One is a Mac-based system, called M-Ceps. The other, V-Ceps, runs on a Sun Sparcstation and brings variable information and other content into the workflow from a mainframe. The Mac system includes seven Quadras (650s, 800s and a 950). Several scanners, including a Smart 340 and an Agfa Arcus, bring hard-copy images into the system. There is also a Kodak DCS 200 digital camera on site for use in catalog work. (It has been used to produce an office-products catalog.)

We were impressed to see a bank of ISDN lines coming into the prepress area, bringing work from six local print shops into the centralized digital printing facility. This communication capability will soon be expanded to include a link to Moore digital printing sites in the U.S.

As was the case at I&I, Toppan Moore operates the E-Print machines in Scitex format. Customer-supplied files (such as Xpress layouts, customer-supplied or locally scanned images, etc.) are raster-