# EXHIBIT 8
# PART A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>QUARK, INC., CREO, INC., EASTMAN<br>KODAK COMPANY, AND KODAK<br>GRAPHIC COMMUNICATIONS<br>COMPANY )<br><br>Defendants. ) | C.A. No. _____<br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff R.R. Donnelley & Sons Company ("RRD") hereby alleges and complains as follows:

## PARTIES

1.    RRD is a Delaware corporation with a principal place of business at 111 South Wacker Drive, Chicago, IL 60606.

2.    Defendant Quark, Inc. ("Quark") is a Colorado corporation.

3.    On information and belief, Quark has a principal place of business at 1800 Grant Street, Denver, CO 80203.

4.    Defendants Creo, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company (collectively referred to hereinafter as "Creo") are Canadian, New Jersey and Washington corporations, respectively.

5.    On information and belief, Creo, Inc. has a principal place of business at 3700 Gilmore Way, Burnaby, British Columbia, Canada V5G 4M1.

6.      On information and belief, Eastman Kodak Company has a principal place of business at 343 State Street, Rochester, NY 14650.

7.      On information and belief, Kodak Graphic Communications Company has a principal place of business at 3 Federal Street, Billerica, MA 01821.

## JURISDICTION AND VENUE

8.      This is a civil action brought by RRD for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

9.      Venue in the District of Delaware is proper pursuant to 28 U.S.C. §§ 1391(b), (c), and 1400(b), in that events giving rise to RRD's claims occurred in this district, the defendants may be found and/or reside in this district by virtue of their activities in this district, and the defendants have committed acts of patent infringement in this district.

## BACKGROUND

10.     On March 20, 2001, United States Patent No. 6,205,452 ("the '452 patent") -- entitled "METHOD OF REPRODUCING VARIABLE GRAPHICS IN A VARIABLE IMAGING SYSTEM" -- duly and legally issued to RRD as assignee of the inventors, James L. Warmus, Mark G. Dreyer, and Daniel W. Beery. A copy of the '452 patent is attached as Exhibit A. Plaintiff RRD continues to own all rights, title, and interest to the '452 patent, including the right to recover for past infringement thereof.

11.     On December 4, 2001, United States Patent No. 6,327,599 ("the '599 patent") -- entitled "APPARATUS FOR CONTROLLING AN ELECTRONIC PRESS TO PRINT FIXED AND VARIABLE INFORMATION" -- duly and legally issued to RRD as assignee of the inventors, James L. Warmus and Mark G. Dreyer. A copy of the '599 patent is

attached as Exhibit B.  Plaintiff RRD continues to own all rights, title, and interest to the '599 patent, including the right to recover for past infringement thereof.

12.    On January 18, 2005, United States Patent No. 6,844,940 ("the '940 patent") -- entitled "IMPOSITION PROCESS AND APPARATUS FOR VARIABLE IMAGING SYSTEM" -- duly and legally issued to RRD as assignee of the inventors, James L. Warmus, Mark G. Dreyer, and J. Thomas Shively.  A copy of the '940 patent is attached as Exhibit C.  Plaintiff RRD continues to own all rights, title, and interest to the '940 patent, including the right to recover for past infringement thereof.

13.    On October 4, 2005, United States Patent No. 6,952,801 ("the '801 patent") -- entitled "BOOK ASSEMBLY PROCESS AND APPARATUS FOR VARIABLE IMAGING SYSTEM" -- duly and legally issued to RRD as assignee of the inventors, James L. Warmus, Mark G. Dreyer, and J. Thomas Shively.  A copy of the '801 patent is attached as Exhibit D.  Plaintiff RRD continues to own all rights, title, and interest to the '801 patent, including the right to recover for past infringement thereof.

14.    Quark makes, offers for sale, and sells QuarkXPress and QuarkXClusive, a variable content Xtension for QuarkXPress.

15.    In 2005, Eastman Kodak purchased Creo, Inc., the maker of Darwin Desktop ("Darwin").  On information and belief, Darwin is now made, offered for sale, and sold by Kodak and its Kodak Graphic Communications and Creo subsidiaries.

### FIRST CLAIM FOR RELIEF
### INFRINGEMENT OF U.S. PATENT NO. 6,327,599 BY QUARK

16.    RRD hereby incorporates, as though fully set forth herein, the allegations of paragraphs 1 through 15 of this Complaint.

3

17. By its actions, including the sale of QuarkXClusive, Quark has infringed, contributed to infringement of and induced others to infringe, and continues to infringe, contribute to infringement of and induce others to infringe, the '599 patent.

18. Quark has been given notice of the '599 patent.

19. On information and belief, Quark's infringement of the '599 patent is, has been, and continues to be willful and deliberate.

20. RRD has sustained damages and suffered irreparable harm as a consequence of Quark's infringement, and will continue to sustain damages and be irreparably harmed unless Quark is enjoined from infringing the '599 patent.

### SECOND CLAIM FOR RELIEF
### INFRINGEMENT OF U.S. PATENT NO. 6,844,940 BY QUARK

21. RRD hereby incorporates, as though fully set forth herein, the allegations of paragraphs 1 through 20 of this Complaint.

22. By its actions, including the sale of QuarkXClusive, Quark has infringed, contributed to infringement of and induced others to infringe, and continues to infringe, contribute to infringement of and induce others to infringe, the '940 patent.

23. Quark has been given notice of the '940 patent.

24. On information and belief, Quark's infringement of the '940 patent is, has been, and continues to be willful and deliberate.

25. · RRD has sustained damages and suffered irreparable harm as a consequence of Quark's infringement, and will continue to sustain damages and be irreparably harmed unless Quark is enjoined from infringing the '940 patent.

### THIRD CLAIM FOR RELIEF
### <u>INFRINGEMENT OF U.S. PATENT NO. 6,205,452 BY CREO</u>

26.    RRD hereby incorporates, as though fully set forth herein, the allegations of paragraphs 1 through 25 of this Complaint.

27.    By its actions, including the sale of Darwin, Creo has infringed, contributed to infringement of and induced others to infringe, and continues to infringe, contribute to infringement of and induce others to infringe, the '452 patent.

28.    Creo has been given notice of the '452 patent.

29.    On information and belief, Creo's infringement of the '452 patent is, has been, and continues to be willful and deliberate.

30.    RRD has sustained damages and suffered irreparable harm as a consequence of Creo's infringement, and will continue to sustain damages and be irreparably harmed unless Creo is enjoined from infringing the '452 patent.

### FOURTH CLAIM FOR RELIEF
### <u>INFRINGEMENT OF U.S. PATENT NO. 6,327,599 BY CREO</u>

31.    RRD hereby incorporates, as though fully set forth herein, the allegations of paragraphs 1 through 30 of this Complaint.

32.    By its actions, including the sale of Darwin, Creo has infringed, contributed to infringement of and induced others to infringe, and continues to infringe, contribute to infringement of and induce others to infringe, the '599 patent.

33.    Creo has been given notice of the '599 patent.

34.    On information and belief, Creo's infringement of the '599 patent is, has been, and continues to be willful and deliberate.

35.    RRD has sustained damages and suffered irreparable harm as a consequence of Creo's infringement, and will continue to sustain damages and be irreparably harmed unless Creo is enjoined from infringing the '599 patent.

## FIFTH CLAIM FOR RELIEF
## INFRINGEMENT OF U.S. PATENT NO. 6,844,940 BY CREO

36.    RRD hereby incorporates, as though fully set forth herein, the allegations of paragraphs 1 through 35 of this Complaint.

37.    By its actions, including the sale of Darwin, Creo has infringed, contributed to infringement of and induced others to infringe, and continues to infringe, contribute to infringement of and induce others to infringe, the '940 patent.

38.    Creo has been given notice of the '940 patent.

39.    On information and belief, Creo's infringement of the '940 patent is, has been, and continues to be willful and deliberate.

40.    RRD has sustained damages and suffered irreparable harm as a consequence of Creo's infringement, and will continue to sustain damages and be irreparably harmed unless Creo is enjoined from infringing the '940 patent.

## SIXTH CLAIM FOR RELIEF
## INFRINGEMENT OF U.S. PATENT NO. 6,952,801 BY CREO

41.    RRD hereby incorporates, as though fully set forth herein, the allegations of paragraphs 1 through 40 of this Complaint.

42.    By its actions, including the sale of Darwin, Creo has infringed, contributed to infringement of and induced others to infringe, and continues to infringe, contribute to infringement of and induce others to infringe, the '801 patent.

43.    Creo has been given notice of the '801 patent.

6

44.    On information and belief, Creo's infringement of the '801 patent is, has been, and continues to be willful and deliberate.

45.    RRD has sustained damages and suffered irreparable harm as a consequence of Creo's infringement, and will continue to sustain damages and be irreparably harmed unless Creo is enjoined from infringing the '801 patent.

### PRAYER FOR RELIEF

WHEREFORE, plaintiff RRD seeks judgment in its favor and against defendants Creo and Quark as follows:

A.    Adjudging and decreeing that Quark has infringed one or more claims of U.S. Patent Nos. 6,327,599 and 6,844,940;

B.    Adjudging and decreeing that Creo has infringed one or more claims of U.S. Patent Nos. 6,205,452, 6,327,599, 6,844,940, and 6,952,801;

C.    Awarding injunctive relief permanently enjoining Quark, its officers, agents, servants, employees and attorneys and all persons in active concert or participation with it from making, using, offering to sell, selling, or importing any product, service, or method that would infringe any of the claims of the '599 and '940 patents, including but not limited to making, using, offering to sell, selling, importing, operating, providing or displaying to the public, licensing, or offering for license the QuarkXClusive software or any other infringing product or service;

D.    Awarding injunctive relief permanently enjoining Creo, its officers, agents, servants, employees and attorneys and all persons in active concert or participation with it from making, using, offering to sell, selling, or importing any product, service, or method that would infringe any of the claims of the '452, '599, '940, and '801 patents, including but not

7

limited to making, using, offering to sell, selling, importing, operating, providing or displaying to the public, licensing, or offering for license the Darwin software or any other infringing product or service;

C.      Awarding RRD damages in an amount sufficient to compensate it for Quark's and Creo's infringement, together with prejudgment interest and costs of suit;

D.      Adjudging that Quark's and Creo's infringement is willful and awarding RRD treble damages under 35 U.S.C. § 284;

E.      Declaring this to be an exceptional case pursuant to 35 U.S.C. § 285 and awarding RRD its attorneys' fees, costs and expenses against Quark and Creo; and

F.      Granting such further relief as the Court may deem just and appropriate.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Plaintiff*
  *R.R. Donnelley & Sons Co.*

OF COUNSEL:

Bradford J. Badke
Stuart W. Yothers
FISH & NEAVE IP GROUP
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Steven A. Kaufman
FISH & NEAVE IP GROUP
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

January 17, 2006

501528

8

# EXHIBIT A, PT. 1

US006205452B1

(12) **United States Patent**
Warmus et al.

(10) Patent No.: **US 6,205,452 B1**
(45) Date of Patent: **Mar. 20, 2001**

(54) **METHOD OF REPRODUCING VARIABLE GRAPHICS IN A VARIABLE IMAGING SYSTEM**

(75) Inventors: James L. Warmus, LaGrange; Mark G. Dreyer, Aurora, both of IL (US); Daniel W. Beery, Cumming, GA (US)

(73) Assignee: R. R. Donnelley & Sons Company, Downers Grove, IL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 08/959,683

(22) Filed: Oct. 29, 1997

(51) Int. Cl.[7] .................... G06F 15/00; G06F 17/00
(52) U.S. Cl. ............................. 707/500; 707/503
(58) Field of Search ................... 707/500, 505, 707/517, 104, 515, 506, 100, 102, 520, 526, 513, 50; 358/449, 452, 448; 345/470, 116, 118

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| Re. 32,690 | 6/1988 | Wong ............................... 270/54 |
| 3,872,460 | 3/1975 | Fredrickson et al. ......... 340/324 AD |
| 3,892,427 | 7/1975 | Kraynak et al ............... 281/15 R |
| 3,899,165 | 8/1975 | Abram et al. ................... 270/54 |
| 3,982,744 | 9/1976 | Kraynak et al. ................ 270/12 |
| 4,095,780 | 6/1978 | Gaspar et al. ................... 270/73 |
| 4,121,818 | 10/1978 | Riley et al. ..................... 270/54 |
| 4,395,031 | 7/1983 | Gruber et al .................... 270/54 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 602 547 | 6/1994 | (EP) ........................... 15/20 |
| 0 703 524 A1 | 3/1996 | (EP) . |
| 0 703 524 B1 | 1/1997 | (EP) . |
| PCT/US86/ 00242 | 8/1986 | (WO) . |
| WO 95 07510 | 3/1995 | (WO) ........................... 17/24 |

OTHER PUBLICATIONS

Keizer, One of six evaluation of presentation software packages for the IBM PC and Apple Macintosh, Computer Shoppers, p 554, Aug. 1992.*

"Agfa's CR–A RIP varies data," *Seybold Special Report*, vol. 3, No. 2 (Oct. 10, 1994).

"Agfa poised to enter short–run color market (Chromapress electrophotographic digital press system)," *MacWeek*, p. 18 (Oct 31, 1994).

"Agfa Holds Expo, US Launch of ChromaPress Digital Printing," *Newsbytes News Network* (Nov. 4, 1994).

"The Latest Word," *The Seybold Report on Publishing Systems*, vol. 24, No. 6, (Nov 30, 1994)

(List continued on next page.)

*Primary Examiner*—Joseph H. Feild
*Assistant Examiner*—Alford W Kindred
(74) *Attorney, Agent, or Firm*—Marshall, O'Toole, Gerstein, Murray & Borun

(57) **ABSTRACT**

The present invention comprises an apparatus and method for reproducing master and variable information, including variable graphics information, on a display device, such as a computer network or a demand printer. Variable graphics information is stored in a database. A user is prompted to specify graph parameters (i.e. graph type, size, labels, etc.) or default values are used. Template page files containing fixed information and placeholders for variable information are generated. Image boxes are used as placeholders for variable graphics information and an executable graph file is placed in the image boxes. A text box containing the specified graph parameters and variable graphics information from the database is layered over the image box and "tagged" to specify that it contains variable graphics information. During interpretation of the page file, an interpreter (RIP) determines if a text box is "tagged" and, if so, executes the graph file to generate a graph using the specified graph parameters and variable graphics information from the database.

**52 Claims, 46 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,426,072 | 1/1984 | Cole et al. | 270/53 |
| 4,495,582 | 1/1985 | Dessert et al. | 364/469 |
| 4,500,083 | 2/1985 | Wong | 270/54 |
| 4,536,176 | 8/1985 | Gaspar | 493/365 |
| 4,554,044 | 11/1985 | Gaspar et al. | 156/510 |
| 4,601,003 | 7/1986 | Yoneyama et al. | 364/518 |
| 4,616,327 | 10/1986 | Rosewarne et al. | 364/518 |
| 4,672,462 | 6/1987 | Yamada | 358/280 |
| 4,674,052 | 6/1987 | Wong et al. | 364/466 |
| 4,718,784 | 1/1988 | Drisko | 400/68 |
| 4,727,402 | 2/1988 | Smith | 355/14 SH |
| 4,729,037 | 3/1988 | Doelves | |
| 4,768,766 | 9/1988 | Berger et al. | 270/58 |
| 4,789,147 | 12/1988 | Berger et al. | 270/1.1 |
| 4,800,510 | 1/1989 | Vinberg et al. | 364/521 |
| 4,827,315 | 5/1989 | Woldberg et al. | 346/160 |
| 4,900,001 | 2/1990 | Lapeyre | 270/1.1 |
| 4,903,139 | 2/1990 | Minter | 358/296 |
| 4,910,612 | 3/1990 | Yamazaki | 358/496 |
| 4,928,252 | 5/1990 | Gabbe et al. | 364/519 |
| 4,933,880 | 6/1990 | Borgendale et al. | 364/523 |
| 4,937,761 | 6/1990 | Hassett | 364/518 |
| 4,968,993 | 11/1990 | Wolfberg et al. | 346/160 |
| 4,974,171 | 11/1990 | Yeh et al. | 364/519 |
| 5,001,500 | 3/1991 | Wolfberg et al. | 346/160 |
| 5,021,975 | 6/1991 | Yamanashi | 364/519 |
| 5,033,009 | 7/1991 | Dubnoff | 364/523 |
| 5,043,749 | 8/1991 | Punater et al. | 346/153.1 |
| 5,067,024 | 11/1991 | Anzai | 358/296 |
| 5,105,283 | 4/1992 | Forest et al. | 358/401 |
| 5,112,179 | 5/1992 | Chan et al. | 412/1 |
| 5,114,291 | 5/1992 | Hefty | 412/8 |
| 5,133,051 | 7/1992 | Handley | |
| 5,136,316 | 8/1992 | Punater et al. | 346/153.1 |
| 5,142,618 * | 8/1992 | Fujiwara et al. | 707/516 |
| 5,142,667 | 8/1992 | Dimperio et al. | |
| 5,144,562 | 9/1992 | Stikkelorum et al. | 364/478 |
| 5,177,877 | 1/1993 | Duchesne et al. | 34/51 |
| 5,178,063 | 1/1993 | Wolfberg et al. | 101/76 |
| 5,194,899 | 3/1993 | Buchanan | 355/244 |
| 5,245,701 | 9/1993 | Matsumoto | 395/129 |
| 5,267,155 | 11/1993 | Buchanan et al. | |
| 5,271,065 | 12/1993 | Rourke et al. | |
| 5,274,567 | 12/1993 | Kallin et al. | 364/478 |
| 5,274,757 | 12/1993 | Miyaski et al. | 395/146 |
| 5,289,569 | 2/1994 | Taniguchi | |
| 5,295,236 | 3/1994 | Bjorge et al. | |
| 5,299,310 | 3/1994 | Motoyama | |
| 5,301,036 | 4/1994 | Barrett et al. | 358/448 |
| 5,303,334 | 4/1994 | Snyder et al. | |
| 5,313,564 | 5/1994 | Kafri et al. | |
| 5,333,246 | 7/1994 | Nagasaka | |
| 5,349,648 | 9/1994 | Handley | |
| 5,353,222 | 10/1994 | Takise et al. | |
| 5,359,423 | 10/1994 | Loce | 358/296 |
| 5,359,432 | 10/1994 | Peltzer et al. | 358/452 |
| 5,379,373 | 1/1995 | Hayashi et al. | |
| 5,381,527 * | 1/1995 | Inayashi | 707/513 |
| 5,384,886 | 1/1995 | Rourke | |
| 5,396,321 | 3/1995 | McFarland et al. | 399/81 |
| 5,398,289 | 3/1995 | Rourke et al. | |
| 5,412,566 | 5/1995 | Sawa | |
| 5,414,809 | 5/1995 | Hogan et al. | |
| 5,442,737 | 8/1995 | Smith | |
| 5,459,819 | 10/1995 | Watkins et al. | |
| 5,459,826 | 10/1995 | Archibald | |
| 5,461,708 * | 10/1995 | Kahn | 345/440 |
| 5,465,213 | 11/1995 | Ross | 364/468 |
| 5,493,490 | 2/1996 | Johnson | |
| 5,502,804 | 3/1996 | Butterfield et al. | |
| 5,517,605 | 5/1996 | Wolf | |
| 5,546,517 | 8/1996 | Marks et al. | |
| 5,553,212 | 9/1996 | Etoh et al. | |
| 5,557,722 | 9/1996 | DeRose et al. | |
| 5,594,860 | 1/1997 | Gauthier | 345/501 |
| 5,594,910 " | 1/1997 | Filepp et al. | 712/28 |
| 5,630,028 | 5/1997 | DeMeo | 395/110 |
| 5,669,005 | 9/1997 | Curbow et al. | 707/523 |
| 5,729,665 | 3/1998 | Gauthier | 358/1.58 |
| 5,937,153 * | 8/1999 | Gauthier | 358/1.17 |
| B1 4,968,993 | 7/1993 | Wolfberg et al. | 346/160 |

## OTHER PUBLICATIONS

"Agfa Expo: the medium is the message," *The Seybold Report on Publishing Systems*, p. 17 (Nov. 30, 1994).

"The Latest Word: Chromapress varies data," *The Seybold Report on Publishing Systems*, p. 28 (Mar. 13, 1995).

"The Latest Word," *The Seybold Report on Publishing Systems*, vol. 24, No. 13, pp. 26–28 (Mar. 13, 1995).

"Digital Color Printing in Japan: A Report from Early Users," *The Seybold Report on Publishing Systems*, vol. 24, No. 13, pp. 13–19 (Mar. 13, 1995).

"Indigo Expands Digital Press Line to Packaging; Enhances E–Print 1000," *The Seybold Report on Publishing Systems*, vol. 24, No. 13, pp. 3–12 (Mar. 13, 1995).

"Variable-data and custom printing," *Seybold Special Report*, vol. 3, No 8, pp 63 and 64 (Apr. 21, 1995).

"Moore announces new digital printing strategy," *Seybold Special Report*, vol. 3, No. 8, p. 65 (Apr. 21, 1995).

"Agfa Let RIP with Gemini," *M2 Presswire* (Apr. 27, 1995).

"Company–by–Company Guide to the Show: Agfa–Gevaert," *The Seybold Report on Publishing Systems*, vol. 24, No. 17, p. 6 (May 1, 1995).

"Digital printers push customization," *The Seybold Report on Publishing Systems*, vol. 24, No. 19, pp. 10 and 11 (Jun. 12, 1995).

"Agfa 'distributes and prints,' adds new RIP," *The Seybold Report on Publishing Systems*, vol. 24, No. 20, pp. 8–10 (Jun. 26, 1995).

"Indigo System Developments: Indigo varies data, shows Mobius, Omnius," *The Seybold Report on Publishing Systems*, vol. 24, No. 20, pp. 12–15 (Jun. 26, 1995).

"Barco features PrintStreamer, TonerSaver," *Seybold Special Report*, vol. 24, No. 20, p. 11 (Jun. 26, 1995).

"Short–Run Digital Color Printing," *Seybold Special Report*, vol. 4, No. 2, pp. 33 and 34 (Oct. 23, 1995).

"T/R Systems set new price point for digital presses," *The Seybold Report on Publishing Systems*, p. 35 (Oct. 23, 1995).

"Color, Here and Now," *Printing Impressions*, p. 28 (Nov. 11, 1995).

"Digital presses eye the market of one," *Graphic Arts Monthly*, p. 42 (Apr. 1, 1996).

"The 'On Demand' Show: Exciting Technology–But Is the Market Ready?," *The Seybold Report on Publishing Systems*, vol. 25, No. 16, pp 3, 5 and 6 (May 17, 1996).

"Indigo," *The Seybold Report on Publishing Systems*, vol. 25, No. 16, pp. 5 and 6 (May 17, 1996).

"Personalization for Indigo Engines," *The Seybold Report on Publishing Systems*, vol. 25, No. 22, pp. 9–13 (Aug. 26, 1996).

"Variable Data on Digital Presses: Making Progress," *The Seybold Report on Publishing Systems*, vol. 25, No. 22, pp. 3–8 (Aug. 26, 1996).

Ultimate Technographics, Inc Manual, "Poststrip," 1989.

Dieckmann, Glenn, "Press Imposition for IBM 4250, General Information," R.R. Donnelley & Sons Company, Crawfordsville Manufacturing Division, Department CHT, Feb 21, 1989.

*Alpha Four, New Version 3*, "True Relational Database Power Without Programming, Reference Manual," Alpha Software Corporation, Lesson 20: Using Sets and Lesson 22: Advanced Sets: One–to–Many Links, 1993.

"Design Your Forms, Power With Room To Grow: Xbasic™," advertisement, DBMS Magazine, Sep. 1994.

Xeikon announcement, "Xeikon announces new RIP for the DCP–1 digital color press," Sep. 13, 1994.

"Finding the Right Niches for Electronic Printing," *The Seybold Report on Desktop Publishing*, Mar. 7, 1994, pp. 12–18.

Xeikon brochure, "Beta Specifications, Xeikon DCP–1 Digital Color Press," date unknown.

Barco Graphics brochure, "RIP and Electronic Collation System for Xeikon DCP–1 Digital Printing Press," Feb. 2, 1994, with Addendum 1.

*Seybold Report on Publishing Systems*, vol. 25, No 22, ISSN: 0736–7260, Aug. 26, 1996.

"Variable Postscript and the Coming of Age of Electronic Print–for–Profit," *Print on Demand Business*, May/Jun 1996, pp. 64, 66–67.

"Variable–Data Printing Comes of Age: Capabilities & Market Demand Converge," *Seybold Report on Publishing Systems*, vol. 27, no. 2. Sep. 15, 1997, pp. 3–24.

"Indigo Variable Data Solution Evaluation," Interoffice Memorandum from R.R. Donnelley & Sons Company dated Jul. 26, 1995 (portions redacted).

H. Sharples, "Software Automates Impositions; Prepress Imaging," vol. 65, No. 9, p. 67, Graphic Arts Monthly (Sep., 1993).

"Linotype–Hell's Hedrules: Fast, Versatile Drum Imager to Head IPEX lineup; Product Announcement," vol. 23, No. 1, p. 3, The Seybold Report on Publishing Systems (Sep. 1, 1993).

"Aldus to Offer Presswise 2.0 Imposition Software for Large–Format Presses," PR Newswire (Sep. 7, 1993).

P. Dyson, "Computer to Plate: Now There's a Market; Direct–to–Plate Production Now Feasible; includes related article on the Eskofot Escosan 2540 for boards and films," vol. 23, No 4, p. 3, The Seybold Report on Publishing Systems, (Oct. 11, 1993).

"Imposition Cuts Stripping Time; Electronic Imposing System; Prepress Imaging," vol. 65, No 11, p. 84, Graphic Arts Monthly (Nov., 1993).

S. Edwards et al., "IFRA '93 Review: An Industry Riding the Crest of a Slump; IFRA European Newspaper Equipment Exhibition; includes related article on trade show rumors," vol. 23, No. 6, p. 3, The Seybold Report on Publishing Systems, (Nov. 8, 1993).

H. Sharples, "Electronic Imposition: Moving Forward," vol. 66, No. 2, p. 53, Graphic Arts Monthly (Feb., 1994).

"Aldus Prepress Division Ships Presswise 2.0 for the Apple MacIntosh," PR Newswire (Mar 22, 1994).

"Press Imposition Software; Seybold Special Report: Seybold Seminars Boston '94, Part I; Product Announcement," vol. 23, No. 15, p. S74, The Seybold Report on Publishing Systems, (Apr. 22, 1994).

"High–Resolution Output; includes related articles on how to obtain a Hyphen print sample and naming a new screening technology; Seybold Special Report: Seybold Seminars Boston '94, part I," vol. 23, No. 15, p. S47, The Seybold Report on Publishing Systems (Apr. 22, 1994).

P. Hilts, "Donnelley's Digital Production Vision; R.R. Donnelley and Sons invited book publishers to come to Crawfordsville to see the future of printing," vol. 241, No. 34, p. 24, Publishers Weekly (Aug. 22, 1994).

A. Karsh, "Scitex's SGAUA Review: Savanna, GTO–D1 Interface, Whisper Upgrade; Scitex Graphic Arts User Association, Scitex Savanna Typesetting System, Press Interface for GTO–D1, AutoflaI Image Processing Software, MacCSS Connection Peripheral Server," vol. 24, No. 2, p. 11, The Seybold Report on Publishing Systems, (Sep. 19, 1994).

"Color Shop Goes Electronic; Color Tech Corp.," vol. 66, No. 10, p. 90, Graphic Arts Monthly (Oct., 1994).

"Xerox and Scenicsoft Bring New Flexibility to Prepress Work With Postscript Files," vol. 7, No. 10, Worldwide Videotex (Oct., 1994).

"High–Resolution Output Devices; Seybold Special Report: Seybold San Francisco '94, Part I; Product Announcement," vol. 24, No. 3, p. S32, The Seybold Report on Publishing Systems (Oct. 26, 1994).

"Output Servers; Seybold Special Report: Seybold San Francisco '94, part 2, Product Announcement," vol. 24, No. 3, p. T13, The Seybold Report on Publishing Systems (Oct. 26, 1994)

"CTP Field Gets a New Entry; Linotype–Hell's Computer–to–Plate System, Gutenborg," vol. 66, No. 11, p 102, Graphic Arts Monthly (Nov, 1994)

Alexander, George A., "Custom Book Publishing and Book Printing on Demand," *The Seybold Report on Publishing Systems*, vol 21, No. 16 (May 11, 1992).

Appelt, Wolfgang. "Existing Systems For Integrating Text and Graphics," *Computer & Graphics*, vol. 11, No. 4, pp 369–375 (1987)

International Search Report dated Apr. 13, 1999.

European Search Report dated Jul. 22, 1999.

* cited by examiner

U.S. Patent    Mar. 20, 2001    Sheet 1 of 46    US 6,205,452 B1



# FIG. 1
## PRIOR ART



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6a



FIG. 6b



**FIG. 7a**



**FIG. 7b**



FIG. 8a



FIG. 8b



FIG. 9



FIG. 9A-1



FIG. 9A-2



FIG. 9A-3



FIG. 9A-4



FIG. 10a



FIG. 10b



FIG. 10c



FIG. 10d



FIG. 10e



FIG. 10 f



FIG. 11



**FIG. 11A-1**



**FIG. 11A-2**



PROMPT USER TO SPECIFY INFORMATION
TO CREATE PAGINATION FILE:
-MAX. # IF PAGES
-LH/RH FILLER PAGE ID
FOR EACH PAGE, SPECIFY :
-FORCE LEFT, FORCE RIGHT OR NO FORCE
-FILLER PAGE I.D. FOR FORCED PAGE
-MASTER, ALWAYS VARIABLE OR SELECTIVELY VARIABLE
340

OPEN PRESS COMMAND FILE
342

SELECT DATABASE FILES,
PAGINATION FILE, PLACEHOLDERS
FILE AND BARCODE FILES
344

RETRIEVE RECORD IN
PRESS COMMAND FILE
346

DETERMINE WHICH
PAGES SHOULD
PRINT
(SEE FIG. 13)
348

DETERMINE WHETHER
PAGES ARE LEFT OR RIGHT
(SEE FIG. 14)
350

"PAD" PAGES INTO
MULTIPLES OF "N"
(SEE FIG. 15)
352

GENERATE POSTSCRIPT ®
INSTRUCTION SET
354

FIG.12