# EXHIBIT 8
# PART B



FIG. 12A



FIG. 13



FIG. 14



FIG. 15

Enter the page height and width of the imposed or "flat".
These will be as the set page device parameters to the RIP.

Page Width
(Inches):                   17        Page Height (Inches):   11

Imposition Style:           Get Tiff Style        ▼

Finishing Style:            In-Line Finishing      ▼

Report Field:               NO SELECTION          ▼

Bar Code:  Bottom of Sheet  ▼     Page Numbers:   Four Pagers:   Stitch   ▼

Select:

        PostScript File...          Bar Code PS File

        Contents File...            Bar Code Content File

        Variable File (.vars)...    VDF MAC:Desktop Folder: VDF Jobs:Longs Drugs:aloha.mm.vars

        Pagination File (.pag)...    Pag PS File

        Book Ticket Directory...     BT Directory:

Device Name:

Master and Variable Storage Directory: Docuprint        Queue Name:  HBA

/var/spool/XRX/nps/netqueq

                    Cancel                    OK

Page Numbers:   Page Numbers Off   ▼

FIG. 16



**FIG. 17**



FIG. 18

# EXHIBIT A, PT. 2



FIG. 19



FIG. 20



FIG. 21

**U.S. Patent**     Mar. 20, 2001     Sheet 33 of 46     US 6,205,452 B1



FIG. 22



**FIG. 23**

ENABLEVIRTUALDEVICE

550

Is PostScript Level 2? (setpagedevice in systemdict?)

No (Level 1)

Yes

554
Rename Standard Level 1 SHOWPAGE Operator

556
Redefine Level 1 Showpage Operator to Emulate Level 2 Showpage Operator (See Fig. 20)

552
Load Redefined EndPage and BeginPage Procedures Into Current Graphics State (call setpagedevice)

558
Execute BeginPage Procedure for First Page

560
Invoke DisablePageDevice Procedure (See Fig. 24)

562
Set VirtualDeviceEnabled = True



FIG. 24

U.S. Patent       Mar. 20, 2001      Sheet 36 of 46         US 6,205,452 B1



FIG. 25



PORTRAIT --> LANDSCAPE

**FIG. 26A**

LANDSCAPE --> PORTRAIT

**FIG. 26B**



FIG. 27



FIG. 28



FIG. 29



**FIG. 30**

MAKENULL

Calculate and Save MidPoint
of
Virtual Clipping Path
in Device Space — 698

Get Virtual [CTM]
(Stored in DefaultMatrix) — 700

Calculate Sx and Sy
Scale Factors — 702

Scale Virtual [CTM] — 704

Store Scaled Virtual [CTM]
as the New Virtual [CTM]
in DefaultMatrix — 706

Set MidPoint of Scaled Clipping Path
Equal to Original
MidPoint Coordinates
(Saved by Block 698) — 708



FIG. 31



FIG. 32



FIG. 33



FIG. 34



FIG. 35

FIG. 36

FIG. 37

US 6,205,452 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# METHOD OF REPRODUCING VARIABLE GRAPHICS IN A VARIABLE IMAGING SYSTEM

## RELATED APPLICATIONS

This application is related to the subject matter described in co-pending U.S. application Ser. No. 08/802,337 entitled "Imposition Process and Apparatus for Variable Imaging System," filed Feb. 2, 1997, which is a continuation-in-part of U.S. application Ser. No. 08/478,397, filed Jun. 7, 1995 and a continuation-in-part of U.S. application Ser. No. 08/627,724, filed Apr. 2, 1996.

## TECHNICAL FIELD

The present invention relates generally to reproduction methods and systems, and more particularly to a method of and system for selectively reproducing variable graphics information.

## BACKGROUND ART

Most printing systems in use today utilize printing plates or cylinders which are engraved or photochemically processed to create an image thereon. Ink is then deposited on the plate or cylinder and the ink is thereafter transferred to a substrate, such as paper. In a conventional printing press, a number of pages are printed on a sheet of paper to form a signature which is then folded and assembled with other signatures. The assembled signatures are then bound, trimmed and finished by finishing apparatus to produce finished books, such as magazines, catalogs or any other printed and bound matter.

Often, there is a need to produce different versions of books and/or customized books within a single press run. For example, it may be desirable to produce a number of standard books together with a number of books having additional and/or different signatures or pages therein. Also, it may be necessary or desirable to provide customized information in the form of an address label, personalized information or the like on the inside or outside of finished books. In either case, conventional printing systems are not easily adaptable to produce books of these types.

A printing system which has the ability to produce differing book versions and/or books with customized information is disclosed in Riley U.S. Pat. No. 4,121,818, assigned to the assignee of the instant application. The printing system includes a number of packer boxes disposed adjacent a binding chain wherein each packer box stores a plurality of signatures. A control is included for controlling the packer boxes to selectively feed signatures onto chain spaces of the binding chain so that books of varying content can be produced. Customized information can be printed on the signatures by means of an ink jet printer which is selectively operated by the control. Other types of customization can be effectuated, such as by inserting or onserting cards or the like.

Other systems for producing customized books are disclosed in Abrams et al. U.S. Pat. No. 3,899,165, Wong et al U.S. Pat. Nos. 4,500,083 and 4,674,052, Wong U.S. Pat. No. Re. 32,690 and Berger et al. U.S. Pat. Nos. 4,768,766 and 4,789,147.

Image manipulating systems have been developed which permit gathering of images in an office or home environment. For example, conventional word processing programs, such as Microsoft® Word®, WordPerfect® and the like, permit a user to import images into a page and also allow a user to command which pages of a document to print. In addition, macros (i.e., a sequence of commands) can be assembled and executed within these programs which can allow printing of particular document pages in a certain order. Still further, most word processing programs have merge capability wherein a customized image is merged with other standardized information and printed or displayed. As one example, customized information in the form of addressee and address information may be merged with standardized return address information and printed on a series of envelopes.

A different image gathering capability provided by CAD (computer aided design) software, sometimes referred to as "layering," involves the creation and storage of a base page to display or print the base page and one or more of the layer pages simultaneously atop one another to achieve an effect similar to the overlay of transparencies so that a composite page appearance results.

While the foregoing image manipulating systems allow some image gathering capability, none is effective to assist in the rapid production of different book versions. Of course, CAD systems are primarily designed for line art and not text or graphic images, and hence are of only limited use. Further, if one were to use word processing software to produce book versions, it would be necessary to issue commands to separately print the pages of each book version just before such version is to be produced. That is, a user would have to create and store pages to be included in a first book version and then command the software to print as many copies of the first version as are needed. Thereafter, the user would have to recall the pages of the first version from memory, edit and store the pages to create pages to be included in a second book version and then command the system to print the required number of books of the second version. Similar steps would have to be undertaken for each other book version to be produced. Alternatively, the pages of the different book versions could be created and stored and thereafter printed together. In either event, where many book versions are to be produced, such a process would be quite time-consuming. In addition, image importation and merge routines provided as a part of word processing software are adapted for use on a sub-page basis only and hence are of only limited usefulness in the book production environment. Still further, data manipulated by word processing software are largely (if not entirely) in symbolic format. As a result, data to be displayed or printed must be first rasterized by a raster image processor (RIP), which utilizes complex and time-consuming computational routines which further increase production time to an economically impractical level.

Recently, new printing systems have been developed, called "demand printers," which are capable of high speed printing of images from electronic representations thereof. The demand printer produces high quality color (or black and white) images using a set of fusible toners in an electrophotographic process. More particularly, a web of paper is passed adjacent a series of drums, each of which has been electrostatically charged according to an image pattern for a particular color to be applied to the web. The charge is transferred to the paper and an oppositely charged toner of the proper color is brought into contact with the paper. The oppositely charged web and toner attract so that the toner is held on the paper as other colors are applied thereto. The toners and paper are thereafter heated to fuse the toners to the paper to produce the final image. The web is then cut into sheets (or "forms") and the forms are further processed as needed to produce a final product.

US 6,205,452 B1

3

Unlike conventional presses which utilize engraved or photochemically prepared plates or cylinders, demand printers are capable of rapidly printing high quality images of differing content owing to the fact that the images are produced by an electrophotographic process. That is, instead of the need to replate and re-engrave a gravure cylinder when a different image is to be printed therewith, it is only necessary to change the charge applied to the drums of the printer in order to make such change. Thus, different images can be printed by the same printer without significant delays. This advantage makes the demand printer desirable for use in certain production environments.

Warmus, et al., U.S. patent application Ser. No. 08/802, 337, entitled "Imposition Process and Apparatus for Variable Imaging System," discloses an apparatus and method for controlling a display device so that fixed and variable information may be reproduced in a simple and effective manner. More particularly, first and second sets of template data representing associated first and second template pages, respectively, are developed. Each set of template data includes master data representing fixed information and area data representing an area of a page for variable information. A database is also developed having a number of entries each of which represents variable information. The Warmus et al. apparatus and method generates page definition language representations of each master and variable page in accordance with the sets of template data and the entries in the database and automatically imposes or positions the pages to be reproduced on a display device, such as a printer or computer monitor.

Some users of variable demand printing systems may wish to produce books containing variable graphics information, such as pie charts or bar graphs, which are customized for each book. For example, a financial institution may want to produce individual booklets relating to investment information and illustrate, using a bar graph or pie chart, the amount or percentage of money invested in a variety of funds. In prior systems, such as the Warmus et al. system described above, customized graphics information had to be preprocessed by generating each graph off-line and then incorporating the customized graphs into the appropriate pages and books. Vinberg, et al., U.S. Pat. No. 4,800,510, is an example of a prior art system for preprocessing user-input parameters into graphic format.

These prior methods, which required preprocessing of graphics information, were time-consuming and expensive. Thus, there remains a need for a system for generating variable graphics information "on-the-fly," i.e., generating graphics as booklets are being imposed and/or printed, without the need for preprocessing the information.

SUMMARY OF THE INVENTION

The present invention is an enhancement of the Warmus et al. system (described in co-pending patent application Ser. No. 08/802,337) which allows variable graphics information to be generated "on-the-fly" along with other master and variable image and text information. In general, a database of the information to be represented in graphic format, along with other variable information, is created and a user is prompted to select various graph parameters (size, type, colors, etc.). Instructions are downloaded to the interpreter (or RIP) such that the page description language files for each page retrieve information from the database and generate a graph according to the user-specified parameters.

According to one aspect of the present invention, a method of controlling a display device to display variable graphics information, comprises the steps of:

4

(a) creating a database having a number of entries, each of which represents variable information and wherein selected entries represent variable graphics information;

(b) developing template page files, each page file having master data representing fixed information and area data representing an area of a page for variable information;

(c) selecting areas of the page for the variable graphics information; (d) specifying graph parameters; and (e) causing the display device to display the pages with the fixed information, selected variable information from the database, and selected variable graph information from the database, wherein the selected variable graphics information is displayed according to the specified graph parameters.

According to a preferred embodiment of the invention, the step of selecting the areas of the page for variable graphics information further comprises: (i) creating an image box at a selected area of the page; (ii) selecting the entries in the database corresponding to the variable graphics information; (iii) layering a text box over the image box; (iv) inserting the specified graph parameters and the selected database entries into the text box; and (v) tagging the text box as containing variable graphics information. The text box may be tagged by assigning the text box an unusual attribute (i.e. color or font) or by inserting a text delimiter in the text box. The graph parameters (i.e. graph type, size, labels, scaling, etc.) may be specified by prompting a user to select parameters, by setting the parameters to a default value or by a combination of both.

Also according to a preferred embodiment, the step of causing the display device to display the pages comprises determining if a page file contains an area selected for variable graphics information and, if a page file contains an area selected for variable graphics information, saving the specified graph parameters and selected entries from the database representing variable graphics information, and executing a graph file to generate a graph using the specified graph parameters and selected database entries.

According to an alternative embodiment of the invention, the display device displays the variable graphics information as a bar chart by: (i) generating a bar chart at the selected area on the page, wherein the chart includes a bar for each database entry representing variable graphics information and each bar corresponds to a maximum value of the database entries representing variable graphics information; and (ii) analyzing each database entry representing variable graphics information and covering a portion of the bar corresponding to that entry based on a comparison of the value of that entry with the maximum value. The portions of the bars are covered using named image boxes, wherein each named image box corresponds to a name of a database entry.

According to another alternative embodiment, the variable graphics information is displayed as a bar chart and the display device displays the pages with selected variable graphics information by: (i) generating a bar chart at the selected area on the page, wherein the chart includes an image box for each database entry representing variable graphics information and each image box corresponds to a maximum value of the database entries representing variable graphics information; (ii) retrieving the value of each database entry representing variable graphics information; and (iii) anamorphically scaling each image box to correspond to the value of the database entry. This embodiment is particularly suited for graphs using graphic objects.

According to yet another alternative embodiment, the display device displays the pages with selected variable graphics information by: (i) retrieving the values of the

US 6,205,452 B1

5

database entries representing variable graphics information; (ii) transferring the database values to a spreadsheet program (such as Excel®); (iii) generating a graph using the spreadsheet program based on the transferred database values and the specified graph parameters; and (iv) linking the graph back to the selected area on the pages.

According to another aspect of the present invention, a method of reproducing pages including variable data, wherein the variable data is stored in a database, the method comprises the steps of (a) creating template page files, each page file having fixed information and a placeholder at the location on the page where the variable data will be reproduced; (b) specifying graph parameters; (c) selecting entries from the database that contain variable graph data; (d) tagging the placeholders that correspond to variable graph data; (e) layering the specified graph parameters and the selected variable graph data entries from the database over the placeholder corresponding to the variable graph data; (f) interpreting the page files, including executing a graph file to generate a graph using the specified graph parameters and variable graph data entries; and (g) transmitting the pages to a display device.

Other features and advantages are inherent in the apparatus claimed and disclosed or will become apparent to those skilled in the art from the following detailed description in conjunction with the accompanying drawings

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram illustrating a prior art method of producing books;

FIG. 2 is a block diagram of a method of producing books implementing the present invention;

FIG. 3 is a block diagram illustrating an exemplary system for implementing the method of the present invention illustrated in FIG. 2;

FIG. 4 is a block diagram illustrating one of the demand printing systems of FIG. 3 in greater detail;

FIG. 5 is a generalized diagram of the steps implemented by the method of the present invention;

FIGS. 6a and 6b are elevational views of portions of a sample book that may be produced by the present invention;

FIGS. 7a, 7b and 8a, 8b are elevational views of portions of other sample books that may be produced by the present invention;

FIG. 9 is a flowchart illustrating programming that may be executed by a user on a personal computer to create the template files 106 of FIG. 5;

FIGS. 9A-1 through 9A-4 are flowcharts illustrating programming of the EPS graph file to generate the variable graphs of the present invention;

FIGS. 10a–10f, when joined along similarly-lettered lines, together represent programming executed by the control unit 52 of FIG. 3 to create the PDL master and variable files;

FIG. 11 is a flowchart illustrating programming implemented by the RIP 82 of FIG. 4 to generate the variable graphics information of the present invention;

FIGS 11A-1 & 11A-2 illustrate an alternative ("named image box") method for generating variable graphs;

FIG. 12 is a flowchart illustrating the programming implemented by the control unit 52 to generate a page description language instruction set specifying which pages should be printed and how the pages should be positioned (or imposed) for printing;

FIG. 12A is a sample window to prompt a user for the information needed to create a pagination file;

6

FIG. 13 is a flowchart illustrating in detail the programming implemented by the block 348 of FIG. 12 which determines which pages should be printed for a particular record in the press command file;

FIG. 14 is a flowchart illustrating in detail the programming implemented by the block 350 of FIG. 12 to determine whether the pages should be forced to the left or right-hand side of the book;

FIG. 15 is a flowchart illustrating in detail the programming implemented by the block 352 of FIG. 12 to pad the pages included in the book into a multiple of the number of pages to be printed on a sheet;

FIG. 16 is a sample window to prompt a user to provide various information to select imposition and printing styles;

FIG. 17 is a flowchart illustrating the programming implemented to RIP page files to Tiff format for use in "Get Tiff" imposition;

FIG. 18 is flowchart illustrating the programming implemented to impose pages using "Get Tiff" imposition;

FIG. 19 is a more detailed block diagram of the print system 79 (shown in FIG. 4) incorporating the imposition-on-the-fly procedures;

FIG. 20 is a flowchart illustrating the standard operation of the Level 2 Postscript® showpage operator;

FIG. 21 is a flowchart illustrating the program steps implemented by the redefined PostScript® initclip operator according to the imposition-on-the-fly procedures;

FIG. 22 is a flowchart illustrating the program steps implemented by the redefined PostScript® transform operators according to the imposition-on-the-fly procedures;

FIG. 23 is a flowchart illustrating the program steps implemented by the EnableVirtualDevice procedure according to the imposition-on-the-fly procedures;

FIG. 24 is a flowchart illustrating the program steps implemented by the DisablePageDevice procedure according to the imposition-on-the-fly procedures;

FIG. 25 is a flowchart illustrating the program steps implemented by the SetPortrait procedure according to the imposition-on-the-fly procedures;

FIG. 26A is a diagram illustrating the conversion of a portrait-oriented page to a landscape-oriented page according to the SetPortrait procedure of FIG. 24;

FIG. 26B is a diagram illustrating the conversion of a landscape-oriented page to a portrait-oriented page according to the SetPortrait procedure of FIG. 24;

FIG. 27 is a flowchart illustrating the program steps implemented by the setvirtualdevice procedure according to the imposition-on-the-fly procedures;

FIG. 28 is a flowchart illustrating the program steps implemented by the Imposejob procedure according to the imposition-on-the-fly procedures;

FIG. 29 is a flowchart illustrating the program steps implemented by the ImposeFile procedure according to the imposition-on-the-fly procedures;

FIG. 30 is a flowchart illustrating the program steps implemented by the MakeNull procedure according to the imposition-on-the-fly procedures;

FIG. 31 is a flowchart illustrating the program steps implemented by the redefined EndPage procedure according to the imposition-on-the-fly procedures;

FIG. 32 is a flowchart illustrating the program steps implemented by the redefined BeginPage procedure according to the imposition-on-the-fly procedures;

7

FIG. 33 is a flowchart illustrating the program steps implemented by the Vsave procedure according to the imposition-on-the-fly procedures;

FIG. 34 is a flowchart illustrating the program steps implemented by the Vrestore procedure according to the imposition-on-the-fly procedures;

FIG. 35 is a flowchart illustrating the program steps implemented by the redefined Postscript® save operators according to the imposition-on-the-fly procedures;

FIG. 36 is a flowchart illustrating the program steps implemented by the redefined PostScript® restore operator according to the imposition-on-the-fly procedures; and

FIG. 37 is a flowchart illustrating the program steps implemented by the redefined PostScript® restore and gre-storecall operators according to the imposition-on-the-fly procedures.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 illustrates a prior art method of producing books, for example, as shown in the above-identified Riley et al. '818 patent. During a publishing step 20, the contents of one or more book versions are determined. Each version may comprise, for example, a set of standard or common pages. In addition, some of the versions may include one or more additional pages or other customized information. Thereafter, during a preliminary step 22, color correction of color images is undertaken together with undercolor removal and screening for halftone images. During a pre-press step 24, page imposition is effected and printing cylinders or plates are prepared. The plates or cylinders are then used during a printing step 26 to prepare signatures which are loaded into packer boxes (not shown) As noted in the Riley et al. '818 patent identified above, the signatures are then selectively collected on a gathering chain (not shown) during a book assembly step 28 and the gathered signatures are bound and trimmed to create the books. The books are thereafter distributed during a step 30 to users via one or more distribution systems, for example, the U.S. Postal Service.

As should be evident from the foregoing, customization occurs during the book assembly step 28, inasmuch as the choice of particular signatures to be included in a book is made at that time. In addition, customized information can be printed onto selected signatures using an ink jet printer disposed adjacent the gathering chain Thus, for example, addressee information can be printed by the ink jet printer on assembled books so that preprinted addressee labels need not be used. Other types of customization can be effected at this time, for example, by inserting or onserting cards into or onto a stack of collected signatures, affixing a specialized or customized cover on a gathered stack of signatures, or the like. Customization at this point in the production process is simpler and less expensive than, for example, separately printing each book version with customized information.

FIG. 2 illustrates a block diagram of a method 40 according to the present invention which may be used in place of the method of FIG. 1 to produce books. The method 40 includes a step 42 which utilizes the output of publishing and preliminary steps 36, 38 and produces books for distribution according to the step 30 of FIG. 1. The step 42 creates one or more master and variable page files in, for example, a page description language (PDL) such as Postscript® (PostScript® is a trademark of Adobe Systems, Inc. for its page description language) representing pages to be produced. In addition, as noted in greater detail hereinafter, a

8

press command file (also referred to as a "book ticket" file) is developed which specifies the manner in which data contained within the master and variable page files are to be merged to produce printed pages. The format of the press command file may be, for example, of the form specified by Barco Graphics of Gent, Belgium, which is particularly suited for control of a DCP-1 digital color press manufactured by Xeikon of Mortsel, Belgium Alternatively, the format of the press command file may be of the form specified for control of a DocuPrint printer, manufactured by Xerox Corporation. Other demand printers include the IBM 3900 or Siemens 2090 Twin or 2140 Twin It should be noted that the apparatus and method of the present invention are not limited to use with a particular type of demand printer or a particular system for controlling such a printer, inasmuch as the invention can be adapted for use with any type of printer or control whether located locally or remotely.

The master and variable page files and the press command file are converted by a collator and raster image processor (RIP) into bitmaps which may be stored in a memory. The stored bitmaps are used to control one or more demand printers and/or any other type of display device. such as a laser printer, a CRT, an LCD display or the like so that the device displays pages having fixed and variable information thereon. Alternatively, the master and variable page files may be premerged to create a plurality of combined files each representing a page to be reproduced with master and variable information. The combined files can be then sent to any type of printer or other display device, whether local or remote. Also, the combined files can be converted to a suitable format (e.g., Acrobat® PDF format) and transmitted to a remote location using a facsimile machine, e-mail, the Internet/World Wide Web or other transmission medium, if desired Advantageously, the combined files may be transmitted over the Internet or any other networked or linked computers, such as a company intranet. In this case, an electronic page containing customized data can be sent over the Internet/intranet to a user based upon user demographic (s), a user search and/or any other identifiable user interest (s) For example, a customized Internet page could be sent with links to other web pages of interest to a user or a customized page may be sent in response to a user search for information on a particular subject Alternatively, or in addition, ads could be generated and sent as a web page to one or more users based upon user demographics. As a further example, personnel information concerning a particular employee may be sent to the employee in response to a request for information

If the pages are to be displayed by rendering the pages on the demand printer, the assembled books may be bound and trimmed and, if desired, further customized, during a finishing step.

FIG. 3 illustrates a system 50 which implements the steps 36, 38 and 42 in the method 40 of FIG. 2. A control unit 52, which may be implemented by a personal computer or another type of computer, includes a memory 53 and stores therein data representing images to be printed. As noted in. greater detail hereinafter, the data may be specified by a publisher using a personal computer 54 or any other type of computer and may comprise one or more template files specifying pages to be produced with master or fixed printed information (i.e., printed information which does not vary from book to book of the same version) and variable printed information (which typically varies from book to book) The variable information may be stored in a database created by the publisher and the template file(s) specify the locations on particular pages for variable information stored in the database, as noted in greater detail hereinafter.

US 6,205,452 B1

9

If desired, image data may be obtained from any other type of device or devices, such as a scanner which scans input copy, data supplied over a network or other source. The control unit 52 is further responsive to control and makeready files and causes one or more demand printing systems 62 to print desired pages. While three demand printing systems 62a–62c are illustrated in FIG. 3, it should be understood that the control unit 52 may operate a different number of demand printing systems, as desired. Also, the control unit 52 may operate a fax machine 64 and/or may communicate with other remote devices to send properly converted combined files, as desired and as noted above. In the case of other remote devices, a modem 65 may be operated by the control unit 52 to transmit data representing one or more pages to be displayed by a display device at a remote location over phone lines (land lines and/or cellular) or a combination of phone lines and the Internet. Alternatively or in addition, the data may be sent to a local or remote location at least in part over an intranet or another computer network through a direct connection therewith. The combined files may be printed or may alternatively be reproducible in a different medium and/or may comprise a non-static image or other information, e.g., movies or audio.

The pages printed by the demand printing system 62 may be supplied to a finishing apparatus 66 which includes various auxiliary production devices and device interfaces for assembling the pages to produce finished books which are ready for distribution. The finishing apparatus 66 may include one or more gathering devices 70 for gathering printed pages into books, one or more ink jet printers 72 for printing additional customized information, such as addressee information, on each book, one or more label printers 74 for printing address labels and/or other control devices 76. In addition, one or more detectors 78 may be provided to sense when a defective book is produced. The control unit 52 may be responsive to the output of the detector 78 to reorder a defective book at an appropriate point in the production sequence thereof so that advantage can be taken of postal discounts, if possible.

One or more components of the finishing apparatus 66 may be physically located on the demand printer (i.e. "online finishing"). Alternatively, the finishing apparatus 66 may be physically separate from the demand printer (i.e. "offline finishing").

FIG. 4 illustrates the demand print system 62a of FIG. 3 in greater detail, it being understood that the systems 62b and 62c are functionally similar. The system 62a includes a print system 79 having a press controller 80, a collator 81 and a raster image processor (RIP) 82 which are operable in response to press commands generated by the control unit 52. A collator is an electronic device for storing raster image processor files (i.e., bitmap files) and delivering selected files to a digital press in real time, such that the digital press can run at full speed while processing and printing unique page data for each book produced on the press. The RIP 82 converts the page files to bitmap format or any other format, such as a symbolic printer control language. The collator 81 includes memory in the form of mass storage drives and physical memory and collates the bitmap page files. If desired, the collator 81 and/or RIP 82 may comprise a part of the press controller 80. The controller 80 instructs the collator 81 to send page files to a demand printer 84. The print system 79 may comprise the PrintStreamer system, manufactured and marketed by Barco Graphics of Belgium, while the demand printer 84 may comprise the Xeikon DCP-1 digital color press noted above. Alternatively, the demand printer 84 may be a DocuPrint printer manufactured

10

by Xerox Corporation and the RIP 82 may be a Xerox DocuPrint RIP. It should be noted that a different print system and/or demand printer may alternatively be used, such as the Indigo printer manufactured by Indigo Nev., of Maastricht, Netherlands, if desired.

FIG. 5 illustrates in diagrammatic generalized form the method of the present invention. For the purpose of explaining the present invention, as an example, it will be assumed that the demand print system 62a will be operated to produce a number of multiple-page books in the form of a brochure in duplex (or "saddle-stitch") format. FIGS. 6a and 6b illustrate four pages P1–P4 printed on a single sheet of paper 100 and to be included in a brochure. The sheet of paper 100 includes a first side 100a with printed pages P1, P4 thereon and a second side 100b with pages P2, P3 printed thereon. (As will become evident hereinafter, the use of designations P1–P4 is not meant to imply that such pages will necessarily become pages 1, 2, 3 and 4 of the finished book.) In addition, pages P1–P4 are imposed such that the page P1 is placed on a right-hand portion 100a–r of the side 100a while the page P4 is placed on a left-hand portion 100a–l of the side 100a. Further, the page P2 is placed on a left-hand portion 100b–l of the side 100b while the page P3 is placed on a right-hand portion 100b–r of the side 100b. In this fashion, when the sheet of paper 100 is folded along a fold line 102 with the pages P1 and P4 on the outside, the pages P1–P4 appear in sequence. (The format shown in FIGS. 6A and 6B is often referred to as "saddle stitch" imposition and is commonly used in magazines.) Because each book to be produced in this example includes multiple sheets of paper (or "forms"), each folded once along a fold line, the imposition process takes into account shingling effects but not bottling effects. It should be noted both of that such effects will generally have to be taken into account when more than two pages are to be printed on a single side of a sheet of paper and thereafter folded multiple times and assembled with other multiple-folded printed sheets of paper to create a book.

In addition to the foregoing, in the first example, assume that the pages P1 and P4 will become the outside front and back covers, respectively, of a finished book and include variable and fixed information thereon. Further, assume that the pages P2 and P3 will become the inside front and back covers, respectively, (as must be the case if P1 and P4 are the outside front covers) and include fixed information only thereon. For example, the page P1 may include variable information in the form of a personalized message, a variable image, or the like in an area 110 whereas the page P4 may include other variable information in an area 112, for example, postal information for mailing the brochure to an addressee. Corresponding front and back pages of the remaining books may include different variable information. The remaining printed information on pages P1–P4 may be identical to the printed information on corresponding pages of remaining books.

The books to be produced may include the same or differing number of forms and may have the same or differing numbers of pages. For example, the pages P1–P4 may be assembled with a number of other printed forms comprising twelve additional pages to produce a first book having sixteen pages. Another book to be produced in the same run may include some or all of pages P1–P4 and a second number of forms printed with twenty other pages, some of which may or may not be identical to the twelve additional pages of the first book. Filler pages may be placed in some or all books to cause such book(s) to have a certain number of pages. This may be necessary or desirable to result in a book length which is evenly divisible by four (in

US 6,205,452 B1

11

the event pages are imposed as two-page spreads) and/or to insure that particular page(s) appear on the left-hand or right-hand side in the finished book.

In fact, the books to be produced in the same press run may be different in terms of page content and/or appearance, book length, book size (by changing page imposition parameters), book version, etc. . . . Specifically, for example, the pages of FIGS. 7a, 7b and 8a, 8b may be produced and assembled in different book versions together with the book version incorporating the pages of FIGS. 6a and 6b in the same production run or job. Pages P5–P8 of FIGS. 7a and 7b are identical to the pages P1–P4, respectively, of FIGS. 6a and 6b except that an additional area 113 is provided on the page P5 for placement of variable information, in addition to the areas 110 and 112. Because of the addition of the area 113, the remaining master information appearing in an area 114 differs from master information appearing in an area 116 of the page P1 of FIG. 6a.

The book version incorporating eight pages P9–P16 of FIGS. 8a and 8b differs from the book versions incorporating the pages of FIGS. 6a, 6b and 7a, 7b not only in terms of content of master and variable information, but also number of pages and page size. Specifically, the pages P9, P12, P13 and P16 are to be printed on a first side 117a of a sheet of paper 118 and the remaining pages P10, P11, P14 and P15 are to be printed on a second side 117b of the sheet 118. In addition, the pages P11–P14 are printed upside down relative to the remaining pages so that, when the sheet 118 is folded first along a fold line 119a and then along a fold line 119b, the resulting pages P9–P16 appear in order. Thereafter, the folded sheet 118 is trimmed to separate the pages P9–P16. As should be evident, the pages P9–P16 are one-half the size of the pages P1–P8, and further include different master and variable information thereon. The demand printer may also have multi paper trays to select different paper sizes, stocks, colors etc. or preprinted sheets to be included in the finished book.

Referring again to FIG. 5, one or more template files 106 are developed by a publisher specifying the content (including appearance) of fixed information and the positioning of all information (i.e., fixed and variable) on the different books or book versions. A database 108 is also developed by the publisher using the personal computer 54 specifying the content of variable information to be placed in variable information areas, for example, the areas 110, 112 on the pages P1, P4, respectively, of FIGS. 6a and 6b. The database 108 includes variable text and graphic information and further includes control information, as noted in greater detail hereinafter.

The template files 106 include data specifying the position and content of fixed information on the pages to be printed. Specifically, the template files 106 define template pages wherein each template page includes data representing any fixed information to be reproduced on corresponding pages of the books or book versions and area data representing any area(s) on the corresponding pages where variable information is to be reproduced. The template files are duplicated to create working files. One set of working files is stripped of all area data relating to placement of variable information to create stripped master page files 120 defining template pages having only fixed information thereon. The stripped master page files are then converted into PDL master page files 122 expressed in a page description language, such as Post-Script®.

Optionally, the PDL master page files 122 may be converted into two-page spreads by a page make-up program

12

such as QuarkXPress®. Preferably, however, the PDL master page files 122 are provided to the print system 79 and imposed according to either the "GetTiff" or the "imposition-on-the-fly" imposition processes, as explained in detail below.

A further set of working files is stripped of all fixed information to create stripped variable page files 126 defining template pages having fixed information removed therefrom and further having the area data defining the areas 110, 112. The data representing template pages having variable information thereon are expanded into a set of intermediate page files. In the example of FIGS. 6a and 6b and under the assumption that three books are to be printed, two intermediate page files 130, 132 are thus produced. The file 130 includes a file portion P1-a defining the position of variable information to be produced on the page P1 for the first book. Two other file portions P1-b and P1-c define the position of variable information to be produced on the front outside covers of the remaining two books. In like fashion, file portions P4-a, P4-b and P4-c represent the position of variable information to be reproduced on the back outside covers of the three books. At this point, data is also contained in each of the files 130, 132 identifying the entries in the database 108 to be placed in the areas 110, 112 during printing.

The files 130, 132 are then converted into variable page files 134, 136. The files 134, 136 are identical to the files 130, 132, respectively, except that the data in each file identifying entries in the database are replaced by the actual data stored at such entries. The files 134, 136 are then converted into files 137, 138 in a PDL format, for example, PostScript®.

Like the master PDL files 122, the variable PDL files 137, 138 may be converted into two-page spreads by a page make-up program such as QuarkXPress®. Preferably, however, the variable PDL files 137, 138 are provided to the print system 79 and imposed according to the imposition procedures of the present invention, as explained in detail below.

The print system 79 operates in response to the press commands in a press command file 140 and merges the PDL master page files 122 with the PDL variable files 137, 138 to create the finished books or book versions. Alternatively, the master page files 122 may be premerged with the PDL variable files 137, 138 before the files are provided to the print system 79.

The database 108 is assembled by creating an ASCII file having a plurality of records wherein each record includes one or more fields entered into the database in tab-delimited format (i.e., the fields are separated from one another in each record by tab keystrokes and the records are separated from one another by line returns) and wherein the fields are arranged under field names of a header. Each field may include text to be reproduced on a page or a name of an image file stored in the memory 53 and defining an image to be reproduced on a page.

In addition to the foregoing data, the database 108 may include an optional field designating the number of copies of each book to be produced, an optional townsort image field, a version identification field indicating book version number if multiple book versions are to be produced, an optional distribution list field, control data and the like. A sample database is set out below having a header consisting of fourteen fields (i.e., "version," "address1," "address2," etc.) and a number of records, nine of which are shown. The variable graph information is contained in the fields called "1996 Sales," "1997 Sales," and "1998 Proj."

US 6,205,452 B1

13                                                                14

| Version | Address1 | Address2 | Address3 | Address4 | Address5 | Price1 | Image1 | Price2 | Barcode | 1996 Sales | 1997 Sales | 1998 Proj | Town sort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | William Doe | 123 Elm | Chicago | Illinois | 606248923 | $22.95 | Shoes | $21.95 | 16062489231 | | 50 | 75 | |
| 03 | Hugh Jorgensen | 56 Maple | Chicago | Illinois | 606248923 | $21.95 | Shirt | $20.95 | 16062489231 | 35 | 95 | 100 | |
| 02 | Jay P. Morgan | 1313 Park | Chicago | Illinois | 606248924 | $24.95 | Pants | $22.95 | 16062489241 | 45 | 45 | 50 | ■ |
| 02 | Joe Louis | 819 Elm | LaGrange | Illinois | 605251093 | $19.95 | Pants | $18.95 | 16052510931 | 75 | 100 | 100 | |
| 03 | John Smith | 926 Cossit | LaGrange | Illinois | 605251093 | $19.95 | Shoes | $15.25 | 16052510931 | 25 | 35 | 45 | |
| 01 | Len Johnson | 882 Monroe | LaGrange | Illinois | 605251093 | $19.95 | Shoes | $17.25 | 16052510931 | 65 | 75 | 100 | |
| 02 | Janet Cizmar | 916 Monroe | LaGrange | Illinois | 605251094 | $24.95 | Pants | $21.95 | 16052510941 | 95 | 75 | 65 | ■ |
| 03 | Jay Schroeder | 88 W. 77th | Brookfield | Illinois | 605241391 | $23.95 | Shirt | $19.95 | 16052413911 | 15 | 25 | 35 | |
| 03 | Danielle Johnston | 129 Madison | Brookfield | Illinois | 605241391 | $22.95 | Shirt | $19.95 | 16052413911 | 35 | 65 | 75 | ■ |

In the example of FIGS. 6a and 6b, the field names ADDRESS1 through ADDRESS5, BARCODE and TOWN-SORT may appear in the area 112 and one or more of the field names PRICE1, IMAGE1 AND PRICE2 may appear in the area 110. The database may also contain a "COPIES" field (not shown) which may be used as a control code to select the number of book copies to be produced.

FIG. 9 illustrates a flow chart of programming executed by the personal computer 54 for creating the template file(s) 106 of FIG. 5. The programming may be written as an extension of QuarkXPress®, a page make-up program distributed by Quark, Inc. of Denver, Colo. The QuarkXPress® program may be adapted for operation on the Apple® Macintosh® operating system or any other operating system, such as the Microsoft Windows® operating system. Alternatively, a different page make-up program may be used, if desired.

During the make-up process for a document consisting of one or more pages, a template file is created for each book version to be produced, or, where a book is to include two or more parts (referred to as "sections" hereinafter) a template file may be created for each section. At a block 150, a user creates pages containing all the static or master elements to be included. A block 151 then prompts a user to identify the database fields in the variable database 108 which will be used for variable text, image and graph information.

A block 152 then determines whether the user wishes to include a variable text element in a page. If yes, a block 153 places the name or an indication of the appropriate field in the database 108 into the template file at the insertion point defined by the current cursor position. Thus, the variable text contained in the database field will be inserted on the page at the designated insertion point.

After the block 153 inserts the database field name for the variable text element or, alternatively, if the block 152 determined that no variable text element was to be added, a block 154 then determines whether a variable image element should be added to the page. If yes, a block 155 prompts a user to define a box to contain an image at a desired location on a selected page. The block 155 then inserts a dummy picture file and an indication of the proper database field name in the template file for the page at the location indicated by the current cursor position. The user will thereafter see the dummy picture file at the insertion point on the display of the computer 54 when the page is viewed. The dummy picture file will display an indication of which database field will be used for insertion on the respective pages.

Following the block 155, a block 156 prompts the user to enter an indication of whether the image object is to be displayed in one of several display formats. If the image is to be displayed in other than the original size thereof, a subname is defined for the image to "fit," indicating that the image is to be scaled to fit the box. If the image is to be displayed in the original size thereof, the user is prompted to select a position for the image at a particular location in the box defined therefor, such as the upper left-hand corner, the lower right-hand corner, or the like. If the user does not select a position, the image is placed in the upper left corner of the image box.

Following the block 156 or, alternatively, if the block 154 determines that no variable image element is to be added, a block 157 then determines whether any variable graph elements are to be included. If yes, a block 158 creates an image box at the position on the page where the graph will be inserted. A block 159 then prompts a user to select any attributes, such as the graph type and parameters (i.e. bar graph or pie chart, size, labels, colors, etc.), as described in greater detail below.

Next, a block 160 identifies the controlling database field names (in the database 108) for the variable information to be included on the graph. The database fields may contain both variable graph values as well as variable graph parameters. Thus, a first version may include a small bar graph while a second version may include a larger pie chart. A block 161 then creates a text box one layer above the image box generated by block 158 and a block 162 saves the graph parameters (which were input by the user at the block 159 or obtained from the database 108) as data pairs in the text box. The layering of the text box above the image box assures that the graph parameters will be read before the EPS graph file. The block 162 also saves the graph values as data pairs in the text box. The graph values are obtained from the database fields specified by the block 160.

As described in detail below, the graph parameter and value data pairs in the text box will be converted into PostScript® variables and used to generate the desired graph during interpretation of the page files.