# EXHIBIT 8

# PART F



FIG. 10a



FIG. 10b



FIG. 10c



FIG. 10d



FIG. 10e



FIG. 10 f



PROMPT USER TO SPECIFY INFORMATION
TO CREATE PAGINATION FILE:
-MAX. #    PAGES
-LH/RH FILLER PAGE ID
FOR EACH PAGE, SPECIFY :
-FORCE LEFT, FORCE RIGHT OR NO FORCE
-FILLER PAGE I.D. FOR FORCED PAGE
-MASTER, ALWAYS VARIABLE OR SELECTIVELY VARIABLE    340

OPEN PRESS COMMAND FILE    342

SELECT DATABASE FILES,
PAGINATION FILE, PLACEHOLDERS
FILE AND BARCODE FILES    344

RETRIEVE RECORD IN
PRESS COMMAND FILE    346

DETERMINE WHICH
PAGES SHOULD
PRINT
(SEE FIG. 13)    348

DETERMINE WHETHER
PAGES ARE LEFT OR RIGHT
(SEE FIG. 14)    350

"PAD" PAGES INTO
MULTIPLES OF "N"
(SEE FIG. 15)    352

GENERATE POSTSCRIPT ®
INSTRUCTION SET    354

FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15

Enter the page height and width of the imposed page or "flat". These will be used
as the setpagedevice parameters to the RIP.

| | | | |
|---|---|---|---|
| Page Width (Inches): | **17** | Page Height (Inches): | 11 |
| Imposition Style: | Get Tiff Style | | |
| Finishing Style: | In-Line Finishing | Four Pagers: | Stitch |
| Report Field: | NO SELECTION | | |

Bar Code:  Bottom of Sheet     Page Numbers:  Page Numbers Off

Select:

Bar Code PS File

Bar Code Content File

VDF MAC:Desktop Folder:VDF Jobs:Longs Drugs:aloha.mm.vars

Pag PS File

BT Directory

Device Name:  Docuprint     Queue Name:  HBA

Master and Variable Storage Directory:

/var/spool/XRXnps/netqreq

[Cancel]     [OK]

FIG. 16

# EXHIBIT C, PT. 2



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24

FIG. 25





PORTRAIT → LANDSCAPE

**FIG. 26A**



LANDSCAPE → PORTRAIT

**FIG. 26B**



FIG. 27