# EXHIBIT 8

# PART H

US 6,844,940 B2

55

The identity matrix is used because all points used to describe the current path are specified in user space coordinates. However, at the time a PostScript® program enters a point into the current path, each coordinate is transformed into device space according to the [CTM]. Thus, the identity matrix will be used when adding the components to the current path to avoid any round off errors that may occur in this conversion from user space to device space.

A decision-making block 802 then determines whether a currentpoint is defined. If a currentpoint is defined, a block 804 sets the variable p1 equal to the current path. This may be accomplished by invoking the previously defined Make-Path procedure, which creates a description of the current path in the current coordinate system. (The MakePath procedure was described above in connection with the block 524 of the redefined initclip operator of FIG. 20).

A block 806 then defines a variable called, for example, "firstop" to be the PostScript® lineto operator. By definition, the Postscript® lineto operator adds a straight line segment to the current path by connecting the previous current point to the new one.

Alternatively, if the block 802 determines that no current-point exists, a block 808 sets p1 equal to an empty path. A block 810 then defines firstop to be the PostScript® moveto operator, which establishes a new currentpoint.

After firstop is defined by either the block 806 or the block 810, a block 812 creates an "unlimited" bounding box for the current path. A bounding box, which is normally established by the PostScript® setbbox operator, defines the area in which the current path coordinates must fall. The operands to the setbbox operator are the user space coordinates of the lower-left and upper-right corners of the bounding box. Since the page size and [CTM] components will be added to the current path during the Vsave procedure, the bounding box must be set large enough to encompass the "points" defined by those components. Thus, a previously defined procedure called, for example, "SetBigBBox," may be invoked to set the bounding box to be the largest possible. The SetBigBBox procedure may be implemented by the following code:

```
/SetBigBBox /setbbox where {
    pop {
        –2147483648 –2147483648 2147483648 2147483648
        Setbbox
        } bind def ·
    } {
    {
    } def
} ifelse
```

After the large bounding box is set, a block 814 invokes the firstop operator (defined by the block 806 or the block 810) to append the page size components (PageX and PageY) to the current path. Next, a block 818 appends the virtual [CTM] components (stored in the variable DefaultMatrix) to the current path. A block 820 then replaces the identity [CTM] with the [CTM] that was saved by the block 800.

56

The Vsave procedure may be implemented by the following code:

```
/Vsave {
    Matrix systemdict_currentmatrix
    dup
    Identity systemdict_setmatrix          % [CTM] =
                                           % identity
    { currentpoint} stopped {              % no current
                                           % point
    /p1 { } def                            % define empty
                                           % path
        /firstop { moveto } def
        } {                                % current point
        pop pop                            % create real
                                           % path
        /p1 MakePath def
        /firstop { lineto } def
        } ifelse
    SetBigBBox
    PageX PageY firstop                    % append page
                                           % size
    DefaultMatrix
    aload pop
    lineto                                 % append [CTM]
    lineto
    lineto
    systemdict_setmatrix
    } bind def
```

The Vrestore Procedure:

The Vrestore procedure retrieves the page size and virtual [CTM] components (which defined the virtual device) appended to the current path by the Vsave procedure and uses them to generate the correct clipping path, page orientation and virtual [CTM] for the restored page.

FIG. 34 is a flowchart illustrating the program steps implemented by the Vrestore procedure. A block 830 saves the current [CTM] and a block 832 then sets the [CTM] to an identity matrix. As in the Vsave procedure, the use of the identity [CTM] will avoid any round off errors when transforming coordinates from user space to device space in the current path.

A block 834 then retrieves the elements of the current path by calling the PostScript® pathforall operator, which pushes the user space coordinates of each path element onto the Operands stack. The retrieved elements will include the page size and virtual [CTM] components that were appended to the path by the Vsave procedure. A block 836 then performs various stack manipulation operations to place the page size and virtual [CTM] components on top of the stack. The block 836 then stores the components in variables called, for example, "ResDefaultMatrix," "ResPageX" and "ResPageY," which represent the page size and virtual [CTM] at the time that the PostScript® save operator was called.

Next, a decision-making block 838 compares the ResDefaultMatrix (at time of save) to the current virtual [CTM] (at time of restore), which is saved in the variable DefaultMatrix. The equivalency of the matrices may be easily determined by using a previously defined utility routine, called, for example, "EqualMatrix," which performs a component-by-component comparison of the two matrices, allowing for a slight floating point round-off error. If the two matrices are equivalent, the EqualMatrix routine returns a true on the stack; if they are not equivalent, the EqualMatrix routine returns a false. The EqualMatrix routine may be implemented by the following code:

US 6,844,940 B2

57

58

-continued

```
/EqualMatrix {
    true
    impositiondict begin
    /Count 0 def
    6 { 1 index Count get 3 index Count get
        eq
        sub abs .0001 lt and
        /Count Count 1 add def } repeat
    3 1 roll pop pop
    end
} bind def
```

If the block 838 determines that the restored [CTM] and
current [CTM] are not equivalent, it is assumed that the save
operator was called during interpretation of one page and the
restore operator was called during interpretation of another
page. A block 840 then sets the [CTM] back to the value
saved by the block 830. Next, a block 842 calls p1, which
contains the current path at the time the save operator was
called. The block 842 then removes the page size and [CTM]
components that were added to the current path and sets p1
equal to the remaining path elements.

The blocks 830–842 of the Vrestore procedure may be
implemented by the following code:

```
/vrestore {
    Matrix systemdict_currentmatrix
    Identity systemdict_setmatrix
    mark
    { } { } { } { } pathforall
    6 2 roll
    6 2 roll
    mark 7 1 roll
    ] /ResDefaultMatrix exch def
    /ResPageY exch def
    /ResPageX exch def
    cleartomark
    DefaultMatrix ResDefaultMatrix EqualMatrix not
    {
        systemdict_setmatrix
        /p1 mark
        MakePath aload pop
        pop pop pop
        pop pop pop
        pop pop pop
        pop pop pop
    ] cvx def
```

Next, a decision-making block 844 determines the orien-
tation of the restored page by comparing ResPageX to
ResPageY. If ResPageX is greater than ResPageY, a variable
called ResPortrait is set to false to indicate a landscape
orientation. Alternatively, if ResPageX is less than
ResPageY, the variable ResPortrait is set to true to indicate
a portrait orientation. The block 844 then compares ResPor-
trait (the restored page orientation) to Portrait (the saved
page orientation). If the page orientation has changed
(ResPortrait and Portrait are not equal), a block 846 calls the
SetPortrait procedure to change the orientation of the device.
(See FIGS. 25 and 26A&B).

The blocks 844 and 846 of the Vrestore procedure may be
implemented by the following code:

```
ResPageX ResPageY gt {
    /ResPortrait false def
} {
```

```
    /ResPortrait true def
} ifelse
ResPortrait Portrait ne {
    SetPortrait
} if
```

If the block 844 determines that the orientation is the
same, or after the block 846 corrects the orientation, a block
848 saves the procedures for generating the current clipping
path in a variable called, for example, "c1," by calling the
MakePath procedure.

A block 850 then calculates the new [CTM] by determin-
ing the accumulation of operations applied on the restored
virtual [CTM] and applying those operations on the current
virtual [CTM]. The block 850 calculates the new [CTM] by
first getting the current [CTM], which may be considered the
result of the restored virtual [CTM] (i e , the virtual [CTM]
restored from the save operator) concatenated with an opera-
tions matrix. The block 850 then calculates the operations
matrix by concatenating the current [CTM] with the inverse
of the restored virtual [CTM] The operations matrix is then
concatenated with the current virtual [CTM] to generate the
new [CTM]. Thus, the block 850 assumes that:

[current CTM]=[operations] [restored virtual CTM].
Further, the block 850 performs the following opera-
tions:

[operations]=[current CTM] [restored virtual CTM]$^{-1}$;
and

[new CTM]=[operations] [current virtual CTM].
The blocks 848 and 850 of the Vrestore procedure may be
implemented by the following code:

```
clippath          % generate clip path procedures
/c1 MakePath def
Matrix systemdict_currentmatrix      % calculate new
ResDefaultMatrix                     % [CTM]
Matrix2 invertmatrix
Matrix3 concatmatrix
DefaultMatrix Matrix4 concatmatrix
    systemdict_setmatrix
```

A block 852 then regenerates the clipping path (saved in
c1) and a block 854 regenerates the current path (saved in
p1) in the new coordinate system specified by the new
[CTM]. The blocks 852 and 854 may be implemented by the
following code:

```
systemdict__initclip
newpath
clip newpath
p1 }
```

Alternatively, if the block 838 determines that the restored
virtual [CTM] is equivalent to the current virtual [CTM]
(i.e., the save and restore operators were called on the same
page), a block 856 simply removes the page size and virtual
[CTM] components from the current path A block 858 then
restores the current path and a block 860 sets the [CTM]
back to the value saved by the block 830

US 6,844,940 B2

59

60

The blocks 856–860 may be implemented by the following code:

```
{
/p1 mark
MakePath aload pop
pop pop pop
pop pop pop
pop pop pop
pop pop pop
} cvx def
newpath
p1
Systemdict_setmatrix
} ifelse
} bind def
```

The Redefined PostScript® Save Operators:

The PostScript® save operators (which include save and gsave) are redefined to invoke the Vsave procedure. Before the operators are redefined, however, they are renamed ("systemdict_operator," for example) because their normal operation is defined in the systemdict dictionary. The save operators may be renamed by the following code:

```
/systemdict_save systemdict /save get def
/systemdict_gsave systemdict /gsave get def
```

The PostScript® save and gsave operators are then redefined. FIG. 35 is a flowchart illustrating the program steps implemented to redefine to PostScript® save operators. A block 872 first invokes the Vsave procedure, which was described above in connection with FIG. 33. The Vsave procedure saves the current path in p1 and then appends the page size and virtual [CTM] components to the current path.

A block 874 then invokes the standard PostScript® save (or gsave) operator (now renamed "systemdict_save" or "systemdict_gsave"). The save operator performs its standard function of saving the current state of virtual memory and the current graphics state, including the current path (which now includes the page size and virtual [CTM] components). The gsave operator performs its standard function of saving the current graphics state.

Next, a block 876 sets the [CTM] to an identity matrix. As before, this will eliminate any round off errors in the current path. A block 878 then restores the current path to the path stored in p1 (the path without the added page size and virtual [CTM] components) and a block 880 restores the [CTM] back to the virtual [CTM].

The blocks 870–880 for redefining the PostScript® save operator may be implemented by the following code:

```
/save {
impositiondict begin
Vsave
systemdict_save
Identity systemdict_setmatrix
newpath
p1
exch systemdict_setmatrix
end
} bind def
```

Similarly, the PostScript® gsave operator may be redefined by implementing the following code:

```
/gsave {
impositiondict begin
Vsave
systemdict_gsave
Identity systemdict_setmatrix
newpath
p1
systemdict_setmatrix
end
} bind def
```

The Redefined PostScript® Restore Operators:

The PostScript® restore operator must also be renamed and redefined to invoke the Vrestore procedure. Like the save operators, the restore operator is renamed, for example, "systemdict_restore," by the following code:

```
/systemdict_restore systemdict /restore get def
```

Because the PostScript® save and restore operators affect the contents of virtual memory and the graphics state, the values of many variables used during the imposition and setvirtualdevice procedures may be inadvertently altered by the use of these operators. However, simple values stored on the Operands Stack are not affected. Therefore, the PostScript® restore operator is redefined to protect the values of the variables stored in virtual memory by saving them on the Operands Stack before calling the standard PostScript® restore operator.

FIG. 36 is a flowchart illustrating the program steps implemented by the redefined restore operator. A block 892 places the values of all the imposition variables stored in virtual memory on the Operands stack so their values are not overwritten by the restore operator. Then, a block 894 calls the standard restore operator (now renamed "systemdict_restore"). A block 896 then puts the values of the variables on the Operands stack back to their pre-restore values. Lastly, a block 898 invokes the Vrestore procedure.

The blocks 892–898 of the redefined restore operator may be implemented by the following code:

```
/restore {
impositiondict begin
ImageDone            % put variables on stack
CurrentIndex
CurrentPage
PageCount
Portrait
PageX
PageY
ClipIlX
ClipIlY
ClipurX
ClipurY
mark DefaultMatrix   % put [CTM] components on
aload pop            % stack
19 –1 roll
systemdict_restore   % call standard restore operator
}
/DefaultMatrix exch def   % replace variables with
/ClipurY exch def         % pre-restore values
/ClipurX exch def
/ClipIlY exch def
/ClipIlX exch def
/PageY exch def
/PageX exch def
/Portrait exch def
/PageCount exch def
```

61

-continued

```
          /CurrentPage exch def
          /CurrentIndex exch def
          /ImageDone exch def
          Vrestore                    % invoke Vrestore procedure
          end
     } bind def
```

**The Redefined PostScript® grestore Operators:**

The standard postscript® grestore or grestoreall operators, are renamed, for example, "systemdict__ operator." This may be implemented by the following code:

```
          /systemdict__grestore systemdict /grestore get def
          /systemdict__grestoreall systemdict /grestoreall get
```

Because the PostScript® grestore and grestoreall operators affect only the graphics state, it is not necessary to protect the values of any variable stored in virtual memory. Thus, the grestore or grestoreall operators are more simply redefined

FIG. 37 is a flowchart illustrating the program steps implemented by the redefined PostScript® grestore and grestoreall operators A block 902 invokes the renamed standard grestore or grestoreall operator and then a block 904 invokes the Vrestore procedure, which will calculate the correct [CTM] and correct the page orientation and clipping path.

The blocks 902-904 for redefining the PostScript® grestore operator may be implemented by the following code:

```
          /grestore {
               impositiondict begin
               systemdict__grestore
               Vrestore
               end
          } bind def
```

Similarly, the grestoreall operator may be redefined by implementing by the following code:

```
          /grestoreall {
               impositiondict begin
               systemdict__grestoreall
               Vrestore
               end
          } bind def
```

**The Postscript® Level 2 Gstate Operators:**

Level 2 Postscript® implementations support the following three additional operators that affect the current graphics state (and therefore the [CTM]) and that may interfere with the imposition procedures of the present invention: gstate, currentgstate and setgstate. The PostScript® gstate operator creates a new graphics state object (whose initial value is the current graphic state) and pushes it on the Operand stack. The Postscript® currentgstate operator replaces the value of the gstate object with the current graphics state. The PostScript® setgstate operator replaces the current graphics state with the value of the gstate object.

Similarly to the gsave and grestore operators described above, the gstate operators are renamed and redefined to

62

invoke the Vsave the Vrestore procedures. The gstate operators may be renamed by the following code:

```
          /gstate where {       % is this level 2?
               pop
               /systemdict__gstate systemdict /gstate get def
               /systemdict__setgstate systemdict /setgstate get
          def
               /systemdict__currentgstate systemdict
                              /currentgstate get def
          } if
```

Similar to the redefined gsave operator described above in connection with FIG 35, the gstate and currentgstate operators are redefined to first invoke the Vsave procedure and then to call the renamed standard gstate or currentgstate operator. The redefined operators then restore the current path without the page size and [CTM] components and reset the virtual [CTM].

Also, like the redefined grestore operator described above in connection with FIG. 37, the setgstate operator is redefined to first call the renamed setgstate operator and then to invoke the Vrestore procedure.

The PostScript® level 2 gstate operators may be redefined by the following code:

```
/gstate where {          % is this level 2?
     pop
     /gstate {             % redefine gstate operator
          impositiondict begin % (like gsave operator)
          Vsave
          systemdict__gstate
          Identity systemdict__setmatrix
          newpath
          p1
          exch systemdict__setmatrix
          end
     } bind def
     /currentgstate {        % redefine currentgstate operator
          impositiondict begin   % (like gsave
                                  % operator)
          Vsave
          systemdict__currentgstate
          Identity systemdict__setmatrix
          newpath
          p1
          exch systemdict__setmatrix
          end
     } bind def
     /setgstate {          % redefine setgstate operator
          impositiondict begin   % (like grestore
                                  % operator)
          systemdict__setgstate
          Vrestore
          end
     } bind def
} if
```

These optional procedures are used when it is anticipated that the page descriptions in the merged PostScript® file 450 may include a save operator in one page description and a restore operator in a subsequent page description. If the optional procedures are used, a slight modification should be made to the setvirtualdevice procedure, described above in connection with FIG. 27. Referring to FIG. 27, an additional block 633 invokes the redefined save operator and then pops the save object from the Operands Stack after the block 6322 invokes the EnableVirtualDevice procedure. This is necessary because the grestore and grestoreall operators can be called without a corresponding save or gsave operator. If grestore is called without a gsave operator, it restores the

US 6,844,940 B2

63

64

graphics state from the top of the graphics state stack. If grestoreall is called without a gsave or save operator, it restores either the graphics state from the bottom of the graphics state stack or the graphics state saved by the last save operator. If the topmost save object was created prior to the redefinition of the save operator, the saved current path will not include the additions of the page size and [CTM] components and, therefore, will not operate properly with the redefined grestore and grestoreall operators. Thus, invoking the redefined save operator at the block 633 of the setvirtualdevice procedure ensures that the grestore and grestoreall operators will always restore a saved graphics state compatible with the present invention.

The blocks 630–633 of the setvirtualdevice procedure for the third embodiment of the invention may be implemented by the following code:

```
VirtualDeviceEnabled not {EnableVirtualDevice save pop}
if
```

Also, in some PostScript® applications, interpreting different PostScript® files consecutively may interfere with the operation of the invention. For example, two different Post-Script® files may use the same name for variables with different definitions. If the second Postscript® file interpreted does not explicitly initialize the variable, the definition of the variable from the first PostScript® file will be used, interfering with proper interpretation of the second Postscript® file. To overcome this problem, the ImposeJob procedure (FIG. 28) may be altered.

Referring to FIG. 28, blocks 653 and 657 are added to the ImposeJob procedure to save the state of virtual memory (which includes many variable definitions) before retrieving a file/list pair from the instruction set and restoring that saved state before retrieving the next file/list pair. Specifically, the block 653 executes the redefined save operator and stores the saved state in a variable called, for example, "SavedState." The blocks 654 and 656 then retrieve a file/list pair from the instruction set and invoke the ImposeFile procedure to process the file/list pair, as described above. However, after the ImposeFile procedure finishes processing each entry in the file/list pair, the block 657 retrieves the saved state stored in the variable Saved-State and executes the redefined restore operator to restore that state. The block 657 thus initializes the virtual memory before the block 654 retrieves the next file/list pair from the instruction set.

The blocks 650–662 of the ImposeJob procedure incorporating the blocks 653 and 657 may be implemented by the following code:

```
/ImposeJob         % Impose pages from each input
                   % file
{
   impositiondict /EnableVirtualDevice get exec
   {
      aload pop pop
      impositiondict   /SavedState
      save put          % save state
      impositiondict   /ImposeFile
      get               % call ImposeFile for each
      exec              % file in instruction set
                        % cleardictstack
      clear
      impositiondict   /SavedState get
      restore           % restore saved state
   } forall
   impositiondict /ImageDone true put
   impositiondict /systemdict_showpage
   known {           % Did we redefine showpage
```

```
      impositiondict   /systemdict_showpage
      get exec          % If yes, execute it
   } if
} def
```

Further, as explained earlier, for compatibility with the optional procedures, the Postscript® erasepage operator is redefined by calling the systemdict_gsave and grestore operators. All of the remaining imposition-on-the-fly procedures are compatible with the optional procedures.

Numerous modifications and alternative embodiments of the invention will be apparent to those skilled in the art in view of the foregoing description. Accordingly, this description is to be construed as illustrative only and is for the purpose of teaching those skilled in the art the best mode of carrying out the invention. The details may be varied substantially without departing from the spirit of the invention, and the exclusive use of all modifications which are within the scope of the appended claims is reserved.

What is claimed is:

1. An apparatus for controlling an electronic press, comprising:

   means for developing first and second sets of template data representing associated first and second templates, respectively, each set of template data having master data representing a reusable object to be printed and position data representing a position on a page at which a variable object is to be printed; and

   means responsive to the developing means and to a database having a number of entries representing variable objects for causing the electronic press to print output pages with the reusable object and the variable objects wherein the causing means comprises means for separating the master data from the position data for each set of template data in preparation for rasterization.

2. The apparatus of claim 1, wherein the causing means includes means for converting the sets of template data and the database into commands for the electronic press specifying sequence and content of page production.

3. The apparatus of claim 1, wherein the separating means includes means for generating a master data set representing the reusable object from the sets of template data.

4. The apparatus of claim 3, wherein the separating means further includes means for generating variable data sets representing the variable objects from the sets of template data.

5. The apparatus of claim 1, wherein auxiliary production devices are coupled to the causing means and wherein the database includes control information for controlling at least one of the electronic press and the auxiliary production devices.

6. The apparatus of claim 1, wherein the causing means further includes means for controlling a further electronic press such that a first portion of the output pages is printed by the further electronic press and a second portion of the output pages is printed by the first-named electronic press.

7. The apparatus of claim 1, wherein the first set of template data and the second set of template data are different so that the first and second template pages are different.

8. The apparatus of claim 7, wherein the master data of the first and second sets of template data are different such that the reusable objects of the first and second template pages are different.

US 6,844,940 B2

65

**9** The apparatus of claim 1, wherein the master data of the first and second sets of template data are identical, and a position of the master data in the first template page differs from a position of the master data in the second template page.

**10** The apparatus of claim 1, wherein the variable objects of the first and second sets of template data are identical, and the position of the variable object in the first template page differs from the position of the variable object in the second template page.

**11** A method of controlling an electronic press, the method comprising the steps of:

developing first and second data sets representing associated first and second templates, respectively, each data set having master data representing reusable objects to be printed and position data representing a position on a page at which a variable object is to be printed;

developing a database having a number of entries each of which represents a variable object; and

causing the electronic press to print output pages with the reusable objects and variable objects by separating the master data from the position data for each data set in preparation for rasterization.

**12** The method of claim 11, wherein the step of causing includes the step of converting the data sets and the database into page sequence commands for the electronic press specifying sequence and content of page production.

**13** The method of claim 11, wherein auxiliary production devices are coupled to the electronic press and including the further step of storing control information in the database wherein the control information controls at least one of the electronic press and the auxiliary production devices.

66

**14** The method of claim 11, wherein the causing step further includes the steps of causing a further electronic press to print a first portion of the output pages and causing the first-named electronic press to print a second portion of the output pages.

**15** The method of claim 11, wherein the step of separating includes the step of generating a master data set representing the reusable object from the data sets.

**16** The method of claim 15, wherein the step of separating further includes the step of generating variable data sets representing the variable objects from the data sets.

**17** The method of claim 11, wherein the first data set and the second data set are different so that the first and second templates are different.

**18** The apparatus of claim 17, wherein the master data of the first and second data sets are different such that the reusable objects of the first and second templates are different.

**19** The apparatus of claim 11, wherein the master data of the first and second data sets are identical, and a position of the master data in the first template differs from a position of the master data in the second template.

**20** The apparatus claim 11, wherein the variable objects of the first and second data sets are identical, and the position of the variable object in the first template differs from the position of the variable object in the second template.

**21** The apparatus of claim 11, wherein the variable objects of the first and second data sets are different.

**22** The apparatus of claim 21, wherein the position of the variable object in the first template is the same as the position of the variable object in the second template.

*  *  *  *  *

# EXHIBIT D, PT. 1



US006952801B2

(12) **United States Patent**
Warmus et al.

(10) Patent No.: **US 6,952,801 B2**
(45) Date of Patent: **Oct. 4, 2005**

(54) **BOOK ASSEMBLY PROCESS AND APPARATUS FOR VARIABLE IMAGING SYSTEM**

(75) Inventors: **James L. Warmus**, LaGrange, IL (US); **Mark G. Dreyer**, Aurora, IL (US); **J. Thomas Shively**, Hinsdale, IL (US)

(73) Assignee: **R.R. Donnelley**, Chicago, IL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/852,581

(22) Filed: **May 10, 2001**

(65) **Prior Publication Data**

US 2001/0051964 A1 Dec. 13, 2001

**Related U.S. Application Data**

(60) Division of application No. 08/802,337, filed on Feb. 11, 1997, and a continuation-in-part of application No. 08/627,724, filed on Apr. 2, 1996, now Pat. No. 5,857,209, which is a continuation-in-part of application No. 08/478,397, filed on Jun. 7, 1995.

(51) Int. Cl.[7] ..................................... G06F 17/00
(52) U.S. Cl. ............................. 715/525; 715/530
(58) Field of Search .......................... 715/525, 530, 715/500, 517, 522, 523; 707/500, 517, 522, 523, 530

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,549,055 A | 12/1970 | Garland | 222/182 |
| 3,582,621 A | 6/1971 | Lawler | 235/151.1 |
| 3,608,888 A | 9/1971 | McCain | 270/54 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2 210 405 | 7/1996 | 3/12 |
| EP | 0 119 720 | 9/1984 | |
| EP | 0 602 547 | 6/1994 | |
| EP | 0 703 524 A1 | 3/1996 | |
| EP | 0 703 524 B1 | 1/1997 | |
| JP | 8115178 | 5/1996 | |
| WO | WO 86/04703 | 8/1986 | |
| WO | WO 95 07510 | 3/1995 | |
| WO | WO 96/22573 | 7/1996 | |

OTHER PUBLICATIONS

"Enhanced Technique for Merging Data From a Second Document" IBM Technical Disclosure Bulletin, vol. 30 No. 5, IBM Corp., pp. 184–188 (10/87).
PODi, "Frequently Asked Questions about PPML The Personalized Markup Language" PPML Frequently Asked Questions (Dec. 12, 2000) (3 pages).
"Improved Technique for Printing Multi–copy Documents" IBM Technical Disclosure Bulletin, vol. 29 No. 1, IBM Corp., pp. 406–407 (6/86).
"Indigo E–Print in 3 places–and in Spindler Speech" Seybold San Francisco, p. 34 (Oct. 23, 1995).
"Method for Joining Documents for Printing in a Personal Computer System" IBM Technical Disclosure Bulletin, vol. 29 No. 7, IBM Corp., pp. 3090–3091 (12/86).
"Xeikon Personalizes with Private–1" Seybold Special Report, vol. 4 No. 2, p. 3, (Oct. 23, 1995).

(Continued)

Primary Examiner—Sanjiv Shah
(74) Attorney, Agent, or Firm—Hanley, Flight & Zimmerman, LLC

(57) **ABSTRACT**

The present invention is useful for assembling a book. The inventive method includes the steps of specifying pagination information including an indication of whether a page is to be selectively included in the book, determining whether the page is to be assembled into the book based on the pagination information, and generating page description language instructions for production of the book in accordance with the pagination information.

**25 Claims, 40 Drawing Sheets**



US 6,952,801 B2

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,774,758 A | 11/1973 | Sternberg | 209/111.7 |
| 3,774,901 A | 11/1973 | McCain et al. | 270/54 |
| 3,809,385 A | 5/1974 | Rana | 270/54 |
| 3,819,173 A | 6/1974 | Anderson et al. | 270/54 |
| 3,872,460 A | 3/1975 | Fredrickson et al. | 340/324 AD |
| 3,891,492 A | 6/1975 | Watson | 156/351 |
| 3,892,427 A | 7/1975 | Kraynak et al. | 281/15 R |
| 3,899,165 A | 8/1975 | Abram et al. | 270/54 |
| 3,932,744 A | 1/1976 | Anderson | 250/203 |
| 3,953,017 A | 4/1976 | Wise | 270/54 |
| 3,982,744 A | 9/1976 | Kraynak et al. | 270/12 |
| 4,022,455 A | 5/1977 | Newsome et al. | 270/54 |
| 4,085,455 A | 4/1978 | Okumura | 365/1.2 |
| 4,095,780 A | 6/1978 | Gaspar et al. | 270/73 |
| 4,117,975 A | 10/1978 | Gunn | 235/494 |
| 4,121,818 A | 10/1978 | Riley et al. | 270/54 |
| 4,168,776 A | 9/1979 | Hoeboer | 198/797 |
| 4,168,828 A | 9/1979 | McLear | 270/54 |
| 4,247,008 A | 1/1981 | Dobbs | 209/569 |
| 4,338,768 A | 7/1982 | Ballestrazzi et al | 53/495 |
| 4,345,276 A | 8/1982 | Colomb | 358/258 |
| 4,346,446 A | 8/1982 | Ebstein et al | 364/551 |
| 4,395,031 A | 7/1983 | Gruber et al | 270/54 |
| 4,413,724 A | 11/1983 | Fellner | 198/594 |
| 4,417,630 A | 11/1983 | Weber et al. | 177/1 |
| 4,426,072 A | 1/1984 | Cole et al. | 270/53 |
| 4,482,142 A | 11/1984 | McCain et al | 270/54 |
| 4,483,526 A | 11/1984 | Bulka et al | 270/54 |
| 4,484,733 A | 11/1984 | Loos et al. | 270/54 |
| 4,495,582 A | 1/1985 | Dessert et al | 364/469 |
| 4,499,545 A | 2/1985 | Daniels et al | 364/464 |
| 4,500,083 A | 2/1985 | Wong | 270/54 |
| 4,516,209 A | 5/1985 | Scribner | 364/464 |
| 4,517,637 A | 5/1985 | Cassell | 364/138 |
| 4,519,598 A | 5/1985 | McCain et al. | 270/53 |
| 4,520,454 A | 5/1985 | Dufour et al. | 364/900 |
| 4,536,176 A | 8/1985 | Gaspar | 493/365 |
| 4,537,342 A | 8/1985 | McCain et al. | 227/78 |
| 4,552,349 A | 11/1985 | Loos et al. | 270/54 |
| 4,554,044 A | 11/1985 | Gaspar et al. | 156/510 |
| 4,556,595 A | 12/1985 | Ochi | 428/143 |
| 4,567,988 A | 2/1986 | Weibel | 209/564 |
| 4,601,003 A | 7/1986 | Yoneyama et al | 364/518 |
| 4,601,394 A | 7/1986 | Hutner | 209/3.3 |
| 4,616,327 A | 10/1986 | Rosewarne et al. | 364/518 |
| 4,639,873 A | 1/1987 | Baggarly et al | 364/466 |
| 4,665,555 A | 5/1987 | Alker et al. | 382/41 |
| 4,672,462 A | 6/1987 | Yamada | 358/280 |
| 4,674,052 A | 6/1987 | Wong et al | 364/466 |
| 4,677,571 A | 6/1987 | Riseman et al. | 364/519 |
| 4,710,886 A | 12/1987 | Heath | 364/519 |
| 4,718,784 A | 1/1988 | Drisko | 400/68 |
| 4,723,209 A | 2/1988 | Hernandez et al | 364/519 |
| 4,727,402 A | 2/1988 | Smith | 355/1/4 |
| 4,729,037 A | 3/1988 | Doelves | 358/299 |
| 4,734,865 A | 3/1988 | Scullion et al | 364/478 |
| RE32,690 E | 6/1988 | Wong | 270/54 |
| 4,768,766 A | 9/1988 | Berger et al | 270/58 |
| 4,789,147 A | 12/1988 | Berger et al. | 270/1.1 |
| 4,800,505 A | 1/1989 | Axelrod et al | 364/478 |
| 4,800,506 A | 1/1989 | Axelrod et al | 364/478 |
| 4,800,510 A | 1/1989 | Vinberg et al. | 364/521 |
| 4,827,315 A | 5/1989 | Wolfberg et al | 346/160 |
| 4,835,570 A | 5/1989 | Robson | 346/160 |
| 4,866,628 A | 9/1989 | Natarajan | 364/468 |
| 4,887,128 A | 12/1989 | Jamali et al. | 355/202 |
| 4,900,001 A | 2/1990 | Lapeyre | 270/1.1 |
| 4,903,139 A | 2/1990 | Minter | 358/296 |
| 4,908,768 A | 3/1990 | Gelfer et al. | 364/464.03 |
| 4,910,612 A | 3/1990 | Yamazaki | 358/496 |
| 4,928,243 A | 5/1990 | Hodges et al. | 364/519 |
| 4,928,252 A | 5/1990 | Gabbe et al | 364/519 |
| 4,930,077 A | 5/1990 | Fan | 364/419 |
| 4,933,880 A | 6/1990 | Borgendale et al | 210/187 |
| 4,937,761 A | 6/1990 | Hassett | 364/518 |
| 4,948,109 A | 8/1990 | Petersen | 270/1.1 |
| 4,949,272 A | 8/1990 | Vanourek et al | 364/464.02 |
| 4,968,993 A | 11/1990 | Wolfberg et al | 346/160 |
| 4,974,171 A | 11/1990 | Yeh et al | 364/519 |
| 4,984,948 A | 1/1991 | Lindsay et al | 412/1 |
| 5,001,500 A | 3/1991 | Wolfberg et al | 346/160 |
| 5,005,124 A | 4/1991 | Connell et al | 364/401 |
| 5,021,975 A | 6/1991 | Yamanashi | 364/519 |
| 5,025,396 A | 6/1991 | Parks et al | 364/518 |
| 5,027,279 A | 6/1991 | Gottlieb et al | 364/478 |
| 5,028,192 A | 7/1991 | Lindsay et al | 412/1 |
| 5,031,891 A | 7/1991 | Kobler et al. | 270/54 |
| 5,033,009 A | 7/1991 | Dubnoff | 364/523 |
| 5,039,075 A | 8/1991 | Mayer | 270/1.1 |
| 5,043,749 A | 8/1991 | Punater et al | 346/153.1 |
| 5,053,955 A | 10/1991 | Peach et al | 364/401 |
| 5,054,984 A | 10/1991 | Chan et al. | 412/1 |
| 5,056,767 A | 10/1991 | Emigh et al | 270/58 |
| 5,060,165 A | 10/1991 | Schumacher et al. | 364/478 |
| 5,067,024 A | 11/1991 | Anzai | 358/296 |
| 5,068,797 A | 11/1991 | Sansone et al. | 364/478 |
| 5,072,397 A | 12/1991 | Barns-Slavin et al. | 364/464.02 |
| 5,072,401 A | 12/1991 | Sansone et al. | 364/478 |
| 5,077,694 A | 12/1991 | Sansone et al. | 395/600 |
| 5,085,470 A | 2/1992 | Peach et al. | 283/58 |
| 5,098,076 A | 3/1992 | Kelsey | 270/54 |
| 5,102,110 A | 4/1992 | Reynolds | 270/1.1 |
| 5,103,490 A | 4/1992 | McMillin | 382/62 |
| 5,105,283 A | 4/1992 | Forest et al | 358/401 |
| 5,112,179 A | 5/1992 | Chan et al. | 412/1 |
| 5,114,128 A | 5/1992 | Harris, Jr et al. | 270/11 |
| 5,114,291 A | 5/1992 | Hefty | 412/8 |
| 5,119,306 A | 6/1992 | Metelits et al | 364/464.02 |
| 5,133,051 A | 7/1992 | Handley | 395/148 |
| 5,134,669 A | 7/1992 | Keogh et al. | 382/61 |
| 5,136,316 A | 8/1992 | Punater et al | 346/153.1 |
| 5,142,482 A | 8/1992 | Sansone | 364/478 |
| 5,142,618 A | 8/1992 | Fujiwara et al. | 395/146 |
| 5,142,667 A | 8/1992 | Dimperio et al. | 395/115 |
| 5,143,362 A | 9/1992 | Doane et al. | 270/1.1 |
| 5,144,562 A | 9/1992 | Stikkelorum et al. | 364/478 |
| 5,157,765 A | 10/1992 | Birk et al. | 395/165 |
| 5,175,679 A | 12/1992 | Allen et al | 364/148 |
| 5,177,877 A | 1/1993 | Duchesne et al. | 34/51 |
| 5,178,063 A | 1/1993 | Wolfberg et al | 101/76 |
| 5,194,899 A | 3/1993 | Buchanan | 355/244 |
| 5,200,903 A | 4/1993 | Gilham | 364/464.02 |
| 5,202,206 A | 4/1993 | Tam | 430/41 |
| 5,210,824 A | 5/1993 | Putz et al. | 395/145 |
| 5,220,420 A | 6/1993 | Hoarty et al | 358/86 |
| 5,220,674 A | 6/1993 | Morgan et al. | 395/800 |
| 5,220,770 A | 6/1993 | Szewczyk et al | 53/493 |
| 5,229,932 A | 7/1993 | Connell et al | 364/401 |
| 5,238,345 A | 8/1993 | D'Andrea | 412/4 |
| 5,245,701 A | 9/1993 | Matsumoto | 395/129 |
| 5,257,196 A | 10/1993 | Sansone | 364/464.02 |
| 5,267,155 A | 11/1993 | Buchanan et al | 364/419.14 |
| 5,267,821 A | 12/1993 | Bodart et al. | 412/11 |
| 5,271,065 A | 12/1993 | Rourke et al. | 382/1 |
| 5,274,567 A | 12/1993 | Kallin et al | 364/478 |
| 5,274,757 A | 12/1993 | Miyoshi et al | 395/146 |
| 5,280,895 A | 1/1994 | Meier | 270/58 |
| 5,287,976 A * | 2/1994 | Mayer et al | 209/547 |
| 5,289,569 A | 2/1994 | Taniguchi | 395/145 |
| 5,291,243 A | 3/1994 | Heckman et al. | 355/201 |
| 5,293,310 A | 3/1994 | Carroll et al. | 364/408 |

US 6,952,801 B2

Page 3

| | | |
|---|---|---|
| 5,295,236 A | 3/1994 | Bjorge et al. ............ 395/134 |
| 5,299,310 A | 3/1994 | Motoyama .............. 395/165 |
| 5,301,036 A | 4/1994 | Barrett et al. ........... 358/448 |
| 5,303,334 A | 4/1994 | Snyder et al. ........... 395/109 |
| 5,313,564 A | 5/1994 | Kafri et al. ............. 395/101 |
| 5,313,578 A | 5/1994 | Handorf ................ 395/200 |
| 5,319,745 A | 6/1994 | Vissonneau et al. ...... 395/144 |
| 5,321,604 A | 6/1994 | Peach et al. ............ 364/401 |
| 5,326,209 A | 7/1994 | Duke .................... 412/1 |
| 5,333,246 A | 7/1994 | Nagasaka .............. 395/133 |
| 5,337,246 A | 8/1994 | Carroll et al. ......... 364/464.02 |
| 5,337,258 A | 8/1994 | Dennis ............... 364/551.01 |
| 5,346,196 A * | 9/1994 | Nussbaum et al. ...... 270/52.14 |
| 5,349,648 A | 9/1994 | Handley ............... 395/148 |
| 5,353,222 A | 10/1994 | Takise et al. ........ 364/419.17 |
| 5,353,388 A | 10/1994 | Motoyama ............. 395/117 |
| 5,359,423 A | 10/1994 | Loce .................. 358/296 |
| 5,359,432 A | 10/1994 | Peltzer et al. ......... 358/452 |
| 5,377,120 A | 12/1994 | Humes et al. .......... 364/478 |
| 5,379,368 A | 1/1995 | Imai et al. ............. 395/117 |
| 5,379,373 A | 1/1995 | Hayashi et al. ......... 395/148 |
| 5,381,525 A | 1/1995 | Hayashi .............. 395/145 |
| 5,383,129 A | 1/1995 | Farrell .............. 364/464.01 |
| 5,384,886 A | 1/1995 | Rourke ............... 395/147 |
| 5,390,354 A * | 2/1995 | de Heus et al. ......... 707/517 |
| 5,396,321 A | 3/1995 | McFarland et al. ...... 355/313 |
| 5,398,389 A | 3/1995 | Terada et al. ........... 382/1 |
| 5,400,263 A | 3/1995 | Rohrbaugh et al. ....... 364/490 |
| 5,412,566 A | 5/1995 | Sawa ............... 364/419.14 |
| 5,414,809 A | 5/1995 | Hogan et al. ........... 395/155 |
| 5,419,541 A | 5/1995 | Stevens ............... 270/54 |
| 5,422,992 A | 6/1995 | Motoyama et al. ....... 345/437 |
| 5,442,561 A | 8/1995 | Yoshizawa et al. ...... 364/468 |
| 5,442,737 A | 8/1995 | Smith ................ 395/135 |
| 5,444,630 A | 8/1995 | Dlugos ............. 364/464.02 |
| 5,446,653 A | 8/1995 | Miller et al. .......... 364/401 |
| 5,446,667 A | 8/1995 | Oh et al. ........... 364/464.02 |
| 5,455,945 A | 10/1995 | VanderDrift .......... 395/600 |
| 5,459,819 A | 10/1995 | Watkins et al. ......... 395/117 |
| 5,459,826 A | 10/1995 | Archibald ............. 395/147 |
| 5,461,708 A | 10/1995 | Kahn ................. 395/140 |
| 5,465,213 A | 11/1995 | Ross ................... 219/223 |
| 5,473,741 A | 12/1995 | Neufelder ............. 707/516 |
| 5,483,624 A | 1/1996 | Christopher et al. ..... 395/117 |
| 5,493,490 A | 2/1996 | Johnson .............. 364/401 |
| 5,500,928 A | 3/1996 | Cook et al. ............ 395/133 |
| 5,502,636 A | 3/1996 | Clarke ................ 364/401 |
| 5,502,804 A | 3/1996 | Butterfield et al. ...... 395/147 |
| 5,505,697 A | 4/1996 | McKinnon, Jr. et al. .... 604/71 |
| 5,506,697 A | 4/1996 | Li et al. .............. 358/448 |
| 5,517,605 A | 5/1996 | Wolf .................. 395/155 |
| 5,519,624 A | 5/1996 | Hilding .............. 364/478 |
| 5,523,942 A | 6/1996 | Tyler et al. ........... 364/401 |
| 5,530,852 A | 6/1996 | Meske, Jr. et al. ....... 395/600 |
| 5,535,677 A * | 7/1996 | Fannin et al. .......... 101/486 |
| 5,546,517 A | 8/1996 | Marks et al. ........... 395/145 |
| 5,552,994 A | 9/1996 | Cannon et al. ....... 364/468.01 |
| 5,553,212 A | 9/1996 | Etoh et al. ............ 395/140 |
| 5,553,258 A | 9/1996 | Godiwala et al. ....... 395/401 |
| 5,555,094 A | 9/1996 | Lefebvre et al. ........ 358/298 |
| 5,557,722 A | 9/1996 | DeRose et al. .......... 395/148 |
| 5,587,909 A | 12/1996 | Kawamura et al. ....... 358/296 |
| 5,592,683 A | 1/1997 | Chen et al. ............ 395/872 |
| 5,594,860 A | 1/1997 | Gauthier .............. 395/501 |
| 5,594,910 A | 1/1997 | Filepp et al. .......... 395/800 |
| 5,625,766 A | 4/1997 | Kauffman ............. 395/135 |
| 5,630,028 A | 5/1997 | DeMeo ............... 395/110 |
| 5,634,091 A | 5/1997 | Sands et al. ........... 395/117 |
| 5,669,005 A | 9/1997 | Curbow et al. ......... 395/777 |
| 5,671,345 A | 9/1997 | Lhotak ............... 395/133 |
| 5,710,635 A | 1/1998 | Webster et al. ......... 358/296 |

| | | |
|---|---|---|
| 5,729,665 A | 3/1998 | Gauthier .............. 395/117 |
| 5,740,338 A | 4/1998 | Gauthier et al. ........ 395/116 |
| 5,745,121 A | 4/1998 | Politis ............... 345/433 |
| 5,760,914 A | 6/1998 | Gauthier et al. ........ 358/298 |
| 5,765,874 A | 6/1998 | Chanenson et al. ....... 283/67 |
| 5,793,946 A | 8/1998 | Gauthier et al. ...... 395/183.01 |
| 5,796,930 A | 8/1998 | Gauthier et al. ........ 395/116 |
| 5,809,218 A | 9/1998 | Kastenholz et al. ...... 395/115 |
| 5,832,531 A * | 11/1998 | Ayers ................. 707/500 |
| 5,833,375 A | 11/1998 | Gauthier et al. ........ 400/82 |
| 5,845,302 A | 12/1998 | Cyman, Jr. et al. ...... 707/517 |
| 5,857,209 A | 1/1999 | Shively ............... 707/500 |
| 5,870,766 A | 2/1999 | Shively ............... 707/500 |
| 5,907,836 A * | 5/1999 | Sumita et al. .......... 707/2 |
| 5,924,092 A | 7/1999 | Johnson ............... 707/7 |
| 5,937,153 A | 8/1999 | Gauthier .............. 395/117 |
| 5,960,164 A | 9/1999 | Dorfman et al. ......... 395/110 |
| 5,963,968 A | 10/1999 | Warmus et al. ......... 707/517 |
| 5,987,461 A | 11/1999 | Dreyer et al. .......... 707/7 |
| 5,995,724 A | 11/1999 | Mikkelsen et al. ...... 395/115 |
| 6,027,195 A | 2/2000 | Gauthier et al. ........ 347/5 |
| 6,064,397 A | 5/2000 | Herregods et al. ...... 345/435 |
| 6,088,710 A | 7/2000 | Dreyer et al. .......... 707/517 |
| 6,145,946 A | 11/2000 | Gauthier et al. ........ 347/5 |
| 6,175,846 B1 | 1/2001 | Shively ............... 707/530 |
| 6,205,452 B1 | 3/2001 | Warmus et al. ......... 707/500 |
| 6,209,010 B1 | 3/2001 | Gauthier .............. 707/526 |
| 6,243,172 B1 | 6/2001 | Gauthier et al. ....... 358/1.18 |
| 6,246,993 B1 | 6/2001 | Dreyer et al. .......... 705/9 |
| 6,290,406 B1 | 9/2001 | Gauthier et al. ........ 400/76 |
| 6,310,695 B1 | 10/2001 | Gauthier et al. ....... 358/1.5 |
| 6,327,599 B1 | 12/2001 | Warmus et al. ......... 715/517 |
| 6,332,149 B1 | 12/2001 | Warmus et al. ......... 715/517 |
| 6,381,028 B1 | 4/2002 | Gauthier ............. 358/1.11 |
| 6,446,100 B1 | 9/2002 | Warmus et al. ......... 707/517 |
| 6,487,568 B1 | 11/2002 | Gauthier et al. ....... 707/526 |
| 6,599,325 B2 | 7/2003 | Gauthier et al. ....... 715/526 |
| 6,687,016 B2 | 2/2004 | Gauthier ............. 358/1.11 |
| 2002/0122205 A1 | 9/2002 | Gauthier ............. 358/1.15 |

OTHER PUBLICATIONS

"Redefining the Printed Page," Varis Corporation, Mason, OH, vol. 4 (Oct. 2, 1997).

"Variable Printing with Indigo" Seybold Special Report, vol. 3, No. 8 pp., 63–64, (Apr. 21, 1995).

Kaufeld "Pradox 5 for Windows for Dummies," (1994).

Mizuno et al., "Document Recognition System with Layout Structure Generator," NEC Research and Development, vol. 32, No. 3, Tokyo, Japan (pp. 430–437) (1991).

Rousseau et al., "Writing Documents for Paper and WWW; A Strategy based on FrameMarker and WebMaker," Computer Networks and ISDN Systems, vol. 27 (pp. 205–214) (XP 000571730) (1994).

Simoudis, Evangelos "Reality Check for Data Mining," IEEE Expert (pp. 26–33) (1996).

ULTIMATE Technographics, Inc. Manual, "Poststrip, " 1989.

G. Dieckmann, "Press Imposition of IBM 4250, General Information," R.R. Donnelley & Sons Company, Crawfordsville Manufacturing Division, Department CHT, Feb. 21, 1989.

Alpha Four, New Version 3, "True Relational Database Power Without Programming, Reference Manual," Alpha Software Corporation, Lesson 20: Using Sets and Lesson 22: Advanced Sets: One-to-Many Links, 1993.

H. Sharples, "Software Automates Impositions; Prepress Imaging," vol 65, No. 9, p. 67, Graphic Arts Monthly (Sep., 1993).

US 6,952,801 B2

Page 4

"Linotype–Hell's Herkules: Fast, Versatile Drum Imager to Head IPEX lineup; Product Announcement," vol. 23, No. 1, p. 3, The Seybold Report on Publishing Systems (Sep. 1, 1993).

"Aldus to Offer Presswise 2.0 Imposition Software for Large–Format Presses," PR Newswire (Sep. 7, 1993).

P. Dyson, "Computer to Plate: Now There's a Market; Direct–to–Plate Production Now Feasible; includes related article on the Eskofot Escosan 2540 for boards and films," vol. 23, No. 4, p. 3, The Seybold Report on Publishing Systems (Oct. 11, 1993).

"Imposition Cuts Stripping Time; Electronic Imposing System; Prepress Imaging," vol. 65, No. 11, p. 84, Graphic Arts Monthly (Nov. 1993).

S. Edwards et al., "IFRA '93 Review: An Industry Riding the Crest of a Slump; IFRA European Newspaper Equipment Exhibition; includes related article on trade show rumors," vol. 23, No. 6, p. 3, The Seybold Report on Publishing Systems (Nov. 8, 1993).

H. Sharples, "Electronic Imposition: Moving Forward," vol. 66, No. 2, p. 53, Graphic Arts Monthly (Feb., 1994).

Barco Graphics brochure, "RIP and Electronic Collation System for Xeikon DCP–1 Digital Printing Press," Feb. 2, 1994, with Addendum 1.

"Finding the Right Niches for Electronic Printing," The Seybold Report on Desktop Publishing, Mar. 7, 1994, pp. 12–18.

"Aldus Prepress Division Ships Presswise 2.0 for the Apple MacIntosh," PR Newswire (Mar. 22, 1994).

"Press Imposition Software; Seybold Special Report: Seybold Seminars Boston '94, Part I; Product Announcement," vol. 23, No. 15, p. S74, The Seybold Report on Publishing Systems (Apr. 22, 1994).

"High–Resolution Output; includes related articles on how to obtain a Hyphen print sample and naming a new screening technology; Seybold Special Report: Seybold Seminars Boston '94, part I," vol. 23, No. 15, p. S47, The Seybold Report on Publishing Systems (Apr. 22, 1994).

P. Hilts, "Donnelley's Digital Production Vision; R.R. Donnelley and Sons invited book publishers to come to Crawfordsville to see the future of printing," vol. 241, No. 34, p. 24, Publishers Weekly (Aug. 22, 1994).

"Design Your Forms, Power with Room to Grow: Xbasic™," advertisement, DBMS Magazine (Sep., 1994).

Xeikon announcement, "Xeikon announces new RIP for the DCP–1 digital color press" (Sep 13, 1994).

A. Karsh, "Scitex's SGAUA Review: Savanna, GTO–DI Interface, Whisper Upgrade; Scitex Graphic Arts User Association, Scitex Savanna Typesetting System, Press Interface for GTO–DI, Autoflat Image Processing Software, MacCSS Connection Peripheral Server," vol. 24, No. 2, p. 11, The Seybold Report on Publishing Systems (Sep. 19, 1994).

"Color Shop Goes Electronic; Color Tech Corp.," vol. 66, No. 10, p. 90, Graphic Arts Monthly (Oct., 1994).

"Xerox and Scenicsoft Bring New Flexibility to Prepress Work With Postscript Files," vol. 7, No. 10, Worldwide Videotex (Oct., 1994).

"High–Resolution Output Devices; Seybold Special Report: Seybold San Francisco '94, Part I; Product Announcement," vol. 24, No. 3, p. S32, The Seybold Report on Publishing Systems (Oct. 26, 1994).

"Output Servers; Seybold Special Report: Seybold San Francisco '94, part 2, Product Announcement," vol. 24, No. 3, p. T13, The Seybold Report on Publishing Systems (Oct. 26, 1994).

"CTP Field Gets a New Entry; Linotype–Hell's Computer–to–Plate System, Gutenborg," vol. 66, No. 11, p. 102, Graphic Arts Monthly (Nov., 1994).

European Search Report dated Jul. 22, 1999.

Seybold Report on Publishing Systems, vol. 25, No. 22, ISSN: 0736–7260, Aug. 26, 1996.

"Variable Postscript and the Coming of Age of Electronic Print–for–Profit," Print on Demand Business, May/Jun 1996, pp. 64–67.

"Variable–Data Printing Comes of Age: Capabilities & Market Demand Converge," Seybold Report to Publishing Systems, vol 27, No. 2, Sep. 15, 1997, pp. 3–24.

"Indigo Variable Data Solution Evaluation," InterOffice Memorandum from R.R. Donnelley & Sons Company dated Jul. 26, 1995 (portions redacted).

AGFA Internet Website: "Chromapress Software" (Oct. 30, 1998), URL: www.agfahome.com/products/printing/software.html.

AGFA Internet Website: "Digital Color Printing System: Personalizer–X v2.0, Variable Data Software for Chromapress" (Oct. 30, 1998), URL: www.agfahome.com/products/printing/software/personalizerx.html.

Atlas Internet Website: "PrintShop Mail" (Oct. 30, 1998), URL: www.atlassoftware.nl/products/psmail/psmail.html.

Atlas Internet Website: "Atlas Software Products" (Oct. 30, 1998), URL: www.atlassoftware.nl/products/products.html.

BARCO Graphics Internet Website: "Variable Information Printing" (Oct. 29, 1998), URL: www.barco.com/graphics/systems/vip/viphome.htm.

BARCO Graphics Internet Website: "BARCO Graphics VIP concept gives digital printing its true original dimension," URL: www.barco.com/graphics/press/pr178ife.htm (Oct. 29, 1998).

BARCO Graphics Internet Website: "BARCO Graphics wins Seybold Award for variable data," URL: www.barco.com/graphics/press/pr162ice.htm (Oct. 29, 1998).

BARCO Graphics Internet Website: "VIPDesigner Technical Specifications" (Oct. 29, 1998), URL: www.barco.com/graphics/data/vipdesigf.htm.

BITSTREAM Internet Website: "Application Products: PageFlex™" (Oct. 29, 1998), URL: www.bitstream.com/products/application/pageflex/index.html.

Colorage/Splash Internet Website: "Splash Technology, About Our Company," URL: www.colorage.com/company/about.html. (Oct. 30, 1998).

Colorage/Splash Internet Website; "Splash Launches Docu-Press Series of Servers for Xerox Midrange Digital Color Copiers" (Oct. 30, 1998), URL: www.colorage.com/company/press98/9803Mar2.html.

Document Sciences Corporation Internet Website: "Document Sciences Corporation", URL: www.xerox.com/alliance/psg/docsci.htm (Oct. 31, 1998).

Document Sciences Corporation Internet Website: "Products and Solutions," URL: www.docscience.com/product.htm (Oct. 31, 1998).

Document Sciences Corporation Internet Website: "Tomorrow's Technology is Today's Reality," URL: www.docuscience.com/products/compuset.htm (Oct. 31, 1998).

US 6,952,801 B2
Page 5

DPS Internet Website: "DataBase Publishing Software, About DPS" (Oct. 31, 1998) URL: www.databasepub.com/about.html.

DPS Internet Website: "Expert Publisher: Intelligent Automation" (Oct. 31, 1998), URL: www.databasepub.com/newpub.html.

DPS Internet Website, URL: www.databasepub.com/bottom.html (Oct. 31, 1998).

DPS Internet Website: "Applications," URL: www.databasepub.com/left.html (Oct. 31, 1998).

DPS Internet Website: "Catalog Genie Grants Wishes" (Oct. 31, 1998), URL: www.databasepub.com/catsoftware.html.

DPS Internet Website: "DPS Introduces Catalog Genie" (Oct. 31, 1998), URL: www.databasepubl.com/genie.html.

DPS Internet Website: "DPS Introduces New Release of Catalog Genie" (Oct. 31, 1998), URL: www.databasepub.com/genie2.html.

Elixir Internet Website: "Xerox to Distribute and Support Elixir's Opus (R) Worldwide," URL: www.eliximt.elixir.com/nwsevnt. (Oct. 31, 1998).

Elixir Internet Website: "Elixir Products" (Oct. 31, 1998), URL: www.elixir.com/Products/products.htm.

Elixir Internet Website: "Opus," URL: www.elixir.com/Products/opus.htm (Oct. 31, 1998)

Elixir Internet Website: "DataMerge," URL: www.elixir.com/Products/dmerge.htm (Oct. 31, 1998).

Elixir Internet Website: "AppBuilder for AFP," URL: www.elixir.com/Products/appafp.htm (Oct. 31, 1998)

Elixir Internet Website: "AppBuilder for VIPP" (Oct. 31, 1998), URL:www.elixir.com/Products.appvipp.htm.

Em Software Internet Website: "Welcome to Em Software on the Web!" (Oct. 31, 1998), URL: www.emsoftware.com/.

Em Software Internet Website: "Em Software—Products" (Oct.31, 1998), URL: www.emsoftware.com/products.html.

Group 1 Software Internet Website: "Group 1 Software: EZ-LETTER"      (Oct.    31,    1998),    URL: www.group1software.com/products/ds.asp.

Indigo Internet Website: "Yours Truly Software" (Oct. 29, 1998), URL: www.indigonet.com/yours_truly.htm.

Meadows Information Systems Internet Website: "About Meadows Information Systems, Inc.", URL: www.meadowsinfo.com/mishtml/meadows.htm (Oct. 27, 1998).

Meadows Information Systems Internet Website: "Auto-Price XTension to QuarkXPress by Meadows Information Systems", URL: www.meadowsinfo.com/mishtml/autopric.htm (Oct. 27, 1998).

Meadows Information Systems Internet Website: "Data-Merge XTension to QuarkXPress by Meadows Information Systems", URL: www.meadowsinfo.com/mishtml/datamerg.htm (Oct. 27, 1998)

Meadows Information Systems Internet Website: "Group Picture XTension to QuarkXPress by Meadows Information Systems" (Oct. 27, 1998), URL: www.meadowsinfo.com/mishtml/grouppic.htm.

Scitex Internet Website: "Scitex Darwin Desktop 2.0 is Now Shipping,"    URL:    www.scitex.com/press/english/darwin2.htm (Oct. 29, 1998)

T/R Systems Internet Website: "About T/R Systems" (Nov. 2, 1998), URL: www.trsystems.com/tr docs/About.htm.

Varis Corporation Internet Website: "Varis Corporation and Scitex Digital Printing Announce World Wide Co-Marketing Agreement for High Speed Variable PostScript Printing," URL: www.variscorp.com/ns/ns.sci.html#pr (Nov. 2, 1998).

Varis Corporation Internet Website: "Redefining the process . . . VariScript Software," URL: www.variscorp.com/pro/text.html (Nov. 2, 1998).

Varis Corporation Internet Website: "Varis Corporation Unveils Unprecedented Products for Variable Print–On–Demand    Market,"    URL:    www.variscorp.com/ns/ns.pro.html#pr (Nov. 2, 1998).

BARCO Graphics/IBM brochure: "BARCO VIPDesigner Software for the IBM InfoColor 70 Printer" (1998).

Colorbus Advertisement: "There's One in Every Family," DocuWorld, Issue 1, vol. 2, p. 2 (1998).

DocuWorld Product Watch: "Authoring Tool for Variable Information Jobs," DocuWorld, Issue 1, vol. 2, p. 72 (1998).

Drennan, Bill, et al., "Xerox offers programming language," The Seybold Report on Publishing Systems, vol. 27, No. 7, p. 9 (Dec. 1997).

Eldad, Gefen, "Getting Personal, Printing your first personalized job may be easier than you think", DocuWorld Issue 1, vol. 2, p. 42 (1998).

Group 1 Software Advertisement: "DOC1 Delivers What You Want, When You Need It," DocuWorld, Issue 1, vol. 2, p. 23 (1998).

Indigo Brochure: "Indigo Yours Truly Personalization—Profitability" (1997).

Scitex/Xerox Advertisement: "Xerox and Scitex Bring You the Magic of Professional Color," DocuWorld, Issue 1, vol. 2, p. 39 (1998).

Scitex brochure: "Scitex Xerox Success Stories: CAD Graphics, Chicago, Illinois" (7/98).

Scitex brochure: "Scitex Xerox Success Stories: DW Graphics, Stockton, CA" (7/98).

Xerox brochure: "think color: Xerox DocuColor 70" (1998).

Xerox brochure: "New Generation Fiery Technology for the Xerox DocuColor 70 Digital Color Press: Fiery ZX–70" (1998).

Xerox brochure: World-class prepress performance for the Xerox DocuColor 70 Digital Color Press: Scitex SX3000T (1998).

Xerox brochure: "Xerox VIPP—the fastest, most reliable method to reach your customers individually .  all at the same time" (1998).

Xerox brochure: "BOOM!—The Explosion is in Short–run Digital Color Printing" (1998).

"Agfa's CR–A RIP varies data," Seybold Special Report, vol. 3, No. 2. (Oct. 10, 1994).

"Agfa poised to enter short–run color market (Chromapress electrophotographic digital press system)," MacWeek, p. 18 (Oct. 31, 1994).

"Agfa Holds Expo, US Launch of ChromaPress Digital Printing," Newsbytes News Network (Nov. 4, 1994).

"The Latest Word," The Seybold Report on Publishing Systems, vol. 24, No. 6, (Nov. 30, 1994).

"Agfa Expo: the medium is the message," The Seybold Report on Publishing Systems, p. 17 (Nov. 30, 1994).

"The Latest Word: Chromapress varies data," The Seybold Report on Publishing Systems, p. 28 (Mar. 13, 1995).

"The Latest Word," The Seybold Report on Publishing Systems, vol. 24, No. 13, pp. 26–28 (Mar. 13, 1995).

"Digital Color Printing in Japan: A Report from Early Users," The Seybold Report on Publishing Systems, vol. 24, No. 13, pp. 13–19 (Mar. 13, 1995)

"Indigo Expands Digital Press Line to Packaging; Enhances E–Print 1000," The Seybold Report on Publishing Systems, vol. 24, No. 13, pp. 3–12 (Mar. 13, 1995)

US 6,952,801 B2

Page 6

"Variable–data and custom printing," *Seybold Special Report*, vol. 3, No. 8, pp. 63 and 64 (Apr. 21, 1995).

"Moore announces new digital printing strategy," *Seybold Special Report*, vol. 3, No. 8, p. 65 (Apr. 21, 1995).

"Agfa Let RIP with Gemini," *M2 Presswire* (Apr. 27, 1995).

"Company–by–Company Guide to the Show: Agfa–Gevaert," *The Seybold Report on Publishing Systems*, vol. 24, No. 17, p. 6 (May 1, 1995)

"Digital printers push customization," *The Seybold Report on Publishing Systems*, vol. 24, No. 19, pp. 10 and 11 (Jun. 12, 1995).

"Agfa 'distributes and prints,' adds new RIP," *The Seybold Report on Publishing Systems*, vol. 24, No. 20, pp. 8–10 (Jun. 26, 1995).

"Indigo System Developments: Indigo varies data, shows Mobius, Omnius," *The Seybold Report on Publishing Systems*, vol. 24, No. 20, pp. 12–15 (Jun. 26, 1995).

"Barco features PrintStreamer, TonerSaver," *Seybold Special Report*, vol. 4, No. 2, pp. 33 and 34 (Oct. 23, 1995).

"Short–Run Digital Color Printing," *Seybold Special Report*, vol. 4, No. 2, pp. 33 and 34 (Oct. 23, 1995).

"T/R Systems set new price point for digital presses," *The Seybold Report on Publishing Systems*, p. 35 (Oct. 23, 1995).

"Color, Here and Now," *Printing Impressions*, p. 28 (Nov. 11, 1995).

"Digital presses eye the market of one," *Graphic Arts Monthly*, p. 42 (Apr. 1, 1996).

"The 'On Demand' Show: Exciting Technology–But Is the Market Ready?," *The Seybold Report on Publishing Systems*, vol. 25, No. 16, pp. 3, 5 and 6 (May 17, 1996).

"Indigo," *The Seybold Report on Publishing Systems*, vol. 25, No. 16, pp. 5 and 6 (May 17, 1996).

"Personalization for Indigo Engines," *The Seybold Report on Publishing Systems*, vol. 25, No 22, pp 9–13 (Aug. 26, 1996).

"Variable Data on Digital Presses: Making Progress," *The Seybold Report on Publishing Systems*, vol. 25, No. 22, pp. 3–8 (Aug. 26, 1996)

*How to Convert WordPerfect Merge Data*, last reviewed Dec. 6, 2000, at http://support.microsoft.com/default.aspx?scid=kb;en–us;211702 (pp. 2–8).

*Continuous scanning. Start right here.*, Kodak digital science, 1999 (2 pages).

*Form 20–F*, Scitex SEC Report, 1997 (pp 1 and 13–16).

*Kodak*, The Seybold Report on Publishing Systems, Sep. 9, 1996 (p. 26).

*Output Devices and Systems*, The Seybold Report on Publishing Systems, last modified Apr. 17, 1995, vol 24:16 (pp. 1–4).

*New Desktop Software Provides Ink–Jet Link*, Graphic Arts Monthly, Aug. 1994 (p. 27)

*Scitex Digital Printing looks to Quark Xpress: Demand Printing of Variable Data*, The Seybold Report on Publishing Systems, Jul. 20, 1994, vol. 23:20 (3 Pages).

*Kodak, Gamma–GraphX develop 600–dpi 1392*, The Seybold Report on Publishing Systems, Feb. 21, 1994 (p. 24).

Bob Neubauer, *Ink–jet gets Personal*, Print Impress, Jan. 1993 (3 Pages).

*Revisions made easy*, American Printer, Apr. 1992 (4 Pages).

Kristin Nelson, *Merger mania: Wordperfect mail merge*, Pennprintout, Feb. 1992, vol. 8:5 (pp. 1–3).

*Kodak shows fast network printers*, The Seybold Report on Publishing Systems, Dec. 6, 1991, vol. 21:7 (pp. 25–26).

*Kodak drives 1392 online and from cartridge tape*, The Seybold Report on Publishing Systems, Sep. 5, 1988 (p. 2).

*LED v. Laser*, Computer Data, Mar. 1987 (1 Page).

*LED Printing Bids for a Place in EDP/LED Arrays Challenge Laser Printing*, Canadian DataSystems, Dec. 1986 (2 Pages).

B. Lawler, "Some for the Books; Imposition; Hands On: Desktop Publishing; Tutorial," vol. 10, No. 9, p. 121, MacUser, Sep., 1994 (pp. 22–28).

Alexander, George A., "Custom Book Publishing and Book Printing on Demand," The Seybold Report on Publishing Systems, vol. 21, No. 16, May 11, 1992 (pp 1 and 3–12).

Appelt, Wolfgang, "Existing Systems for Integrating Text and Graphics," Computer & Graphics, vol. 11, No. 4, (1987), (pp. 369–375).

International Search Report dated Apr. 13, 1999 (7 Pages).

"W3C Debuts Draft of RDF," The Bulletin: Seybold News & Views on Electronic Publishing, vol. 3, No. 1, Oct. 8, 1997 (pp. 1–6).

"Handling Variable Data," The Seybold Report on Publishing Systems, vol. 26, No. 20, Jul. 21, 1997 (pp. 1–8).

"Variable–Data Printing," The Seybold Report on Publishing Systems, vol. 27, No. 5, Nov. 17, 1997 (pp. 1–4).

"Graphic Arts Vendors," The Seybold Report on Publishing Systems, vol. 27, No. 17, May 29, 1998 (pp. 1–7).

"Ipex '98 Preview: CTP, Digital Presses, CIP3, Proofing and More Come to UK," The Seybold Report on Publishing systems, vol. 28, No. 1, Sep. 14, 1998 (pp. 1–79).

* cited by examiner



# FIG. 1
## PRIOR ART



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6a



FIG. 6b



FIG. 7a



FIG. 7b



FIG. 8a



FIG. 8b



FIG. 9



FIG. 10a



FIG. 10b



FIG. 10c



FIG. 10d



FIG. 10e



FIG. 10 f



FIG. 11

# EXHIBIT D, PT. 2



FIG. 12



FIG. 13



FIG. 14



FIG. 15

Enter the page height and width of the imposed page or "flat". These will be used
as the setpagedevice parameters to the RIP.

Page Width (inches): `17`     Page Height (inches): `11`

Imposition Style: `Get Tiff Style`

Finishing Style: `In-Line Finishing`     Four Pagers: `Stitch`

Report Field: `NO SELECTION`

Bar Code: `Bottom of Sheet`     Page Numbers: `Page Numbers Off`

Select:

▮▮▮▮▮▮▮ Bar Code PS File

▮▮▮▮▮▮▮ Bar Code Content File

▮▮▮▮▮▮▮ VDF MAC:Desktop Folder:VDF Jobs:Longs Drugs:aloha.mm.vars

▮▮▮▮▮▮▮ Pag PS File

▮▮▮▮▮▮▮ BT Directory

Device Name: `Docuprint`     Queue Name: `HDA`

Master and Variable Storage Directory:

`/var/spool/XRXnps/netqreq`

▮▮▮▮▮▮     ▮▮▮▮▮▮

FIG. 16

**FIG. 17**



Case 1:06-cv-00032-JJF    Document 46-16    Filed 08/18/2006    Page 38 of 45



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24



**FIG. 25**