## CERTIFICATE OF SERVICE

I, Amy Evans, hereby certify that on September 12, 2006 I caused to be served a true and correct copy of the **Notice of Subpoena to AGFA** to be served upon the following as indicated.

**VIA U.S. MAIL**
Bradford J. Badke, Esquire
Fish & Neave IP Group
Ropes & Gray
1251 Avenue of the Americas
New York, NY 10020

Steven A. Kaufman
Fish & Neave IP Group
Ropes & Gray
One International Place
Boston, MA 02110

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esq.
Rodger D. Smith, II, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

/s/ Amy E. Evans
Amy Evans (Bar I.D. No. 3829)