**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| R.R. DONNELLEY & SONS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-032-JJF |
| v. | ) | |
| | ) | |
| QUARK, INC., CREO, INC., EASTMAN | ) | |
| KODAK COMPANY, and KODAK GRAPHIC | ) | |
| COMMUNICATIONS COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CREO, INC., EASTMAN KODAK COMPANY, | ) | |
| and KODAK GRAPHIC | ) | |
| COMMUNICATIONS COMPANY, | ) | |
| | ) | |
| Counterclaim-Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| R.R. DONNELLEY & SONS COMPANY, | ) | |
| | ) | |
| Counterclaim-Defendants. | ) | |

**NOTICE OF SUBPOENA TO INTERNATIONAL BUSINESS MACHINES, CORP.**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, on September 9, 2006 the subpoena attached hereto[1] was issued for service upon International Business Machines Corporation.

The subpoena commands the production on September 29, 2006 of the documents and things identified in "Attachment A" to the subpoena.

Dated:  September 12, 2006
       Wilmington, Delaware       CROSS & SIMON, LLC

                     By:  _/s/ Amy E. Evans_
                        Amy E. Evans (No. 3829)
                        913 North Market Street, 11th Floor
                        P.O. Box 1380
                        Wilmington, Delaware  19899-1380
                        302-777-4200
                        302-777-4224 (fax)
                        aevans@crosslaw.com
                        *Special Conflicts Counsel for Creo, Inc., Eastman Kodak Co.*
                        *and Kodak Graphic Communications Co.*

---

[1] Attachment B to the subpoena is the complaint filed by R.R. Donnelly & Sons Co.  It is not included in this notice because of the voluminous nature of the complaint.

Exhibit A

Richard H. Cross, Jr.
Christopher P. Simon
Nancy Walsh Law
Donna L. Harris
Amy Evans
Erica Niezgoda Finnegan
Charles T. Williams, III
Sean T. O'Kelly
Kristen Healey Cramer
Kevin S. Mann

CROSS & SIMON, LLC
ATTORNEYS AT LAW
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)
e-mail: aevans@crosslaw.com
www.crosslaw.com

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

September 11, 2006

International Business Machines Corp.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Attention: Records Custodian, Officer, Manager or Agent

            Re:    Subpoena
                   R.R. Donnelley & Sons Co. v. Quark, Inc. et al.
                   D. Del. Case No. 06-032 (JJF)

Dear Sir/Madam:

        Our firm represents Defendants Creo, Inc., Eastman Kodak Co. and Kodak Graphic
Communications Co. as special conflicts counsel in the above-referenced action in the United
States District Court for the District of Delaware. Enclosed please find a subpoena for the
production of documents.

        Documents are to be produced at our offices on September 29, 2006. In the event that
this date is not feasible for you, or you have any questions or concerns regarding this subpoena
please feel free to call me.

        Thank you in advance for your prompt attention to this matter.

Sincerely,

Amy Evans (No. 3829)
Enclosure

cc:    Nathaniel Grow, Esq.
       Richard H. Cross, Jr., Esq.
       File Copy

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF                                   DELAWARE

R.R. DONNELLEY & SONS COMPANY                  **SUBPOENA IN A CIVIL CASE**

V.

QUARK, INC. et al.                             Case Number:[1] 06-cv-032-JJF

TO:  International Business Machines Corp.
     c/o The Corporation Trust Co., Corporation Trust Center
     1209 Orange Street
     Wilmington, DE 19801

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to
   testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
   in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
   place, date, and time specified below (list documents or objects):

See Attachment A

| PLACE | DATE AND TIME |
|---|---|
| Cross & Simon, LLC, 913 North Market Street, 11th Floor, Wilmington, DE 19801 | 9/29/2006 10:00 am |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,
directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated,
the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendants Creo, Inc., Eastman Kodak Company and Kodak Graphic Communications Company | 9/11/2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Amy E. Evans
Cross & Simon, LLC, 913 North Market Street, 11th Floor, Wilmington, DE 19801   (302) 777-4200

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on back page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Delaware Rev. 7/00) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| | | |
|---|---|---|
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |

| | | |
|---|---|---|
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.



## ATTACHMENT A

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Eastman Kodak Company, Kodak Graphic Communications Company, and Creo, Inc., (collectively "Kodak") request that you produce for inspection and copying, as set forth in the Instructions and Definitions below, all of the documents and things in your possession, custody, or control responsive to these requests at the offices of Cross & Simon, LLC, 913 North Market Street, 11th Floor, Wilmington, DE 19801, on or before September 29, 2006.

## INSTRUCTIONS AND DEFINITIONS

A.    R.R. Donnelley & Sons Company ("RRD") has sued Kodak for patent infringement in the United States District Court for the District of Delaware. In its Complaint, RRD alleges that Kodak infringed U.S. Patent No. 6,205,452, U.S. Patent No. 6,327,599, U.S. Patent No. 6,844,940, and U.S. Patent No. 6,952,801. A copy of RRD's Complaint is enclosed as Attachment B to the Subpoena.

B.    "The '452 Patent" means United States Patent No. 6,205,452.

C.    "The '599 Patent" means United States Patent No. 6,327,599.

D.    "The '940 Patent" means United States Patent No. 6,844,940.

E.    "The '801 Patent" means United States Patent No. 6,952,801.

F.    "The Patents in Suit" mean the '452 Patent, the '599 Patent, the '940 Patent and/or the '801 Patent either individually, collectively, or in some combination thereof.

G.    "The Effective Filing Dates of the Patents in Suit" means October 29, 1997 (for the '452 Patent), June 7, 1995 (for the '599 Patent), February 11, 1997 (for the '940 Patent), and February 11, 1997 (for the '801 Patent).

H.    The words "any" and "all" shall mean "any, all, and each" inclusively.

I.      "IBM," "you" and "your" means International Business Machines Corp., and includes all parent, subsidiary, sister, predecessor, or successor companies, corporations, partnerships, or other business entities, and the officers, directors, agents, employees, partners, and all other persons acting or purporting to act on behalf of or who are subject to the direction or control of any of the foregoing, including IBM Printing Systems Company.

## REQUESTED DOCUMENTS

1.      All documents relating to any of the Patents in Suit.

2.      All documents reflecting use, knowledge, sale, or offer for sale of the subject matter claimed in the Patents in Suit before respective Effective Filing Dates of the Patents in Suit.

3.      All documents related to IBM's 3170 Variable Data System ("VDS") printer, VDS software and creation toolset, and MergeDoc Advanced Function Presentation ("AFP") file format described in *Variable Data on Digital Presses*, Seybold Report on Publishing Systems, Aug. 26, 1996 (enclosed as Attachment C).

2

B

C

# SEYBOLD

Volume 25, Number 22
ISSN: 0736-7260
August 26, 1996

## *Report on Publishing Systems*

2   **Linotype-Hell's sale.** Andy Tribute comments on what Heidelberg's plans to acquire Linotype-Hell mean to both companies and the industry.

25  **New imagers debut.** Gerber, Exxtra and Scitex to introduce imagesetters at San Francisco show. ScanView redesigned its 7500P.

26  **Jannin leaves Sysdeco.** Clive Segal takes over Media operations as new head is sought. Temporary CEO for the Sysdeco Group is Tor Alfheim.

27  **Xeikon adds DCP.** Low-end digital printing system is aimed at the label market.

29  **Mutoh offers 6-color printers.** Large-format ink-jet printers support hi-fi color.

29  **Roland unveils printer-cutter.** 49.5"-wide four-speed ink-jet unit to be introduced.

29  **RIT enters proofer market.** Praxisoft partners with RIT on remote color proofing system.

26  Interleaf lays off 10% of work force
27  Presstek provides imaging for Nilpeter label press
27  Newsquest acquires Westminster Press for $470 million
28  Adobe Ventures invests $2 million in Cascade
28  Polaroid debuts instant plates
28  Scitex loses $6 million in second quarter
29  Imation incorporates Realist engine in proofer line
32  Screen adds Gerber platesetter line
32  Xitron buys Eclipse image-editing program from Silicon Graphics
32  Gerber mourns death of founder

28  **Company news.** Wright, Monotype, Esoterica

## *Making Progress*
# Variable Data on Digital Presses

**3**

THE DISTINCTIVE imaging technology involved with variable printing has captured the imagination of the printing and publishing industry. Although the technology has advanced over the past few years, the broader market for variable printing still remains firmly in the future as bottlenecks in processing and performance remain unresolved. As conventional printing techniques continue to make advances, delivery on the promises of variable printing remain largely unfulfilled. In-depth coverage of offerings from Agfa, Barco Graphics, IBM, Xeikon, Indigo and Scitex follows.

# New Imagers Drive Polyester Plate Sales

**14**

THE POPULARITY of polyester plates for short-run, digital, color CTP applications is growing, fueled by several new imagesetters designed specifically for the medium. Costs are also a major factor with savings on materials and labor from lower-cost plates and the elimination of film processing outweighing objections from press operators who like working with traditional metal plates. To demonstrate polyester's quality, we bound in samples printed on a digital polyester plate system, provided courtesy of Agfa.

# Newspaper Market Transitions to Online

**20**

CONNECTIONS '96 provided a forum for vendors of "new media" products to interact with newspaper representatives. Despite skepticism about the availability of profits, many newspapers went online with Internet products as the popularity of the Web with consumers increased. Exhibitors included online content creators and providers, online service providers and suppliers of Web site measurement tools. This review highlights the direction vendors are taking with online media developments.

© 1996 by Seybold Publications, PO Box 644, Media, PA 19063, phone (610) 565-2480. Reproduction in whole or in part without written permission is prohibited.

olume 25, Number 22

The Seybold Report on Publishing Systems

# Variable Data on Digital Presses: Making Progress

EVER SINCE the first Indigo and Xeikon digital color-printing presses appeared on the scene in 1993, they have captured the imagination of the printing and publishing industry. This didn't happen just because of their distinctive imaging technology, which incorporates features of both photocopiers and offset printing presses, or the look of their printed output. Those were notable in their own right, but the thing that really piqued interest in these devices was that they were designed from the outset to operate in an all-digital workflow and to make it possible for each printed impression to be different.

We were all intrigued—perhaps even captivated—by the notion of being able to produce, for example, a short-run supermarket flier with items specially selected and pictured according to the demographics of an individual neighborhood or even an individual customer's buying patterns.

This variable-output feature, on top of the possibility of cost-effective short printing runs in color, clearly places digital color presses at the forefront of a dramatic change in the printing paradigm. In the future, print will no longer have to be simply a long-run, broadcast-oriented information distribution medium. Rather, in order to more effectively complement and sometimes compete with other publishing distribution mechanisms, especially the new electronic media, print will have to serve as a companion to other media and deliver a tangible hard copy of a specific, targeted message to a specific, targeted audience.

This is what's particularly exciting about the E-Prints, DCPs and DocuColors of the world—not whether they use liquid or dry toner, web-fed or cut-sheet paper and printing plates or reimageable drums.

**Status.** With more than 1,000 digital presses from the various suppliers installed worldwide, you might think it was time for an evaluation of how this technology is faring in the field. Indeed, we have heard and read a lot from early adopters of digital color printing systems regarding the work they are doing and the equipment they have been using. Unfortunately, the capability of printing variable data has lagged considerably behind more conventional printing applications. We continue to hear that they have hardly begun to deliver on the exciting promise in the area of variable-data printing.

## The processing bottleneck

The problems associated with variable printing involve more than just the technology in the print engine and are much more complicated to solve than it might at first seem.

**At the front end.** On the technology side, the variable-output workflow encompasses at least three major processing obstacles and several other smaller, but no less important, considerations.



VDP software. The software Scitex is developing to handle variable data on the Spontane system, which has the development code name of Darwin, provides a full SQL, ODBC database. Here we see the process of creating links to personal data (attaching an image to the data).

The first set of processing obstacles is at the front end, where master pages first must be formatted, with provisions for entering information that will vary from impression to impression. Second, information must be imported from an outside database to fill the variable areas of the layout. With Xpress and PageMaker as the most widely accepted page makeup applications worldwide, most of the software solutions available for variable-data printing provide some way to define portions of Xpress or PageMaker layouts as subject to variation.

Many of these programs then define the variable objects as pages of the same size as the master page, with the variable object positioned where the variable content box would be. The two layouts are then combined somewhere along the line, either in the page (which then needs to be rasterized for each impression) or in the RIP itself, with the variable data working as an overlay. Either way, these approaches are clumsy to use and generate some rather huge files. In addition, these approaches are fraught with limitations stemming from the fact that variable-data areas on the page must be predefined (and usually must be rectangles of a predefined size).

We have yet to reach the stage where pages and layouts can be generated on the fly according to the content defined as belonging to them, although, in our view, this is ultimately the way to handle the application. Instead we continue to use familiar tools and familiar, if rudimentary, approaches to database publishing.

**The RIP's task.** The next two major processing considerations are performance issues. Not only does the static master page need to

## Variable Printing: Personalizing Custom Assembly, Versioning

Variable printing is a term that refers to the way there are documents that remain constant.

We think of personalization as an outgrowth of the mail-merge features dating back to word processors of the 1970s and earlier, which made it possible to insert a standard letter with a list of names, addresses, and other personalized information. Personalization on today's digital color presses mostly takes the form of adding name and address data, placement into the body copy or area of a static page. In old the source of the variable text is some sort of database, or delimited, sequential list of variables.

In more sophisticated examples of personalization, each page contains not just text but other content appearing on the page. This is, for the text, can be printed for a single impression as a custom, personalized sheet. The content also can include photos, graphics, scanned signatures, etc. Again, these objects are retrieved from a database for placement on the page layout.

A rather different aspect of variable printing is sometimes described as custom document assembly, or customization. This kind of capability also has been done in the office domain for years; we remember word processors in the '70s assembling individual numbered paragraphs into customized, customized insurance policies, for example. This capability carries over to today's digital color presses in several ways, depending on the capabilities of the front end driving the device.

Barco's PrintStreamer, in particular, provides interesting features for short print runs of custom-assembled documents, while all Xeikon engines support image-picking, which can be used to insert a custom page into the middle of a print run.

The whole application gets especially interesting when you mix personalization with custom document assembly and/or versioning; you do short runs of specific pages that incorporate variable data on them, in other words, some of the data may vary from page to page, while the contents comprise a series of pages. This can be thought of as a form of versioning.

be rasterized, but the software must provide a mechanism to rasterize efficiently each of the variable-page components fast enough to keep up with the print engine. In their simplest incarnation for personalized output, variable content items may be basic text. Today's runs are fast enough to handle text-only pages at the speeds of today's digital color presses.

But the RIP task becomes more complex as mixed graphics and color-separated photos are included as components that vary from impression to impression. We are now talking about rasterizing large amounts of complex data—too much to handle on the fly:

Print-server configurations such as Barco's and new multiprocessor RIP configurations such as Adobe's Supra are aimed at solving this problem soon. For now, though, most suppliers assume that the pages to be printed are prerasterized, to be assembled on the fly and fed to the print engine. This leads to another bottleneck getting the data to the engine.

**Data transfer.** The ability to pass these huge amounts of raster data through the pipeline to the print engine in such a way as to ensure that the device can run at its rated speed is the other major challenge. This task is complicated by the size of the pipeline to the print engine, i.e., the maximum speed of data transfer to the engine, which at this stage of technological evolution is generally much slower than is required for true productivity.

**Other considerations.** There are other technical considerations that contribute to the complexity of the overall variable-printing workflow, including the ability to handle input from a variety of database formats and mechanisms for ensuring and verifying job integrity. For example, once you complete a run of, say, several hundred pieces, how do you know that every record in the database has been used and that it is in the right location?

How do you proof variable-output jobs, if you do?

What percentage of the printed page can be modified within the capabilities of the system being used?

What about handling versioning, as opposed to making each impression different? And how do you archive or rerun a part of such a job?

**Approaches.** Each of the various suppliers of digital color presses has chosen a slightly different approach to handling variable data and outputting custom documents. In this article we will look at each of the suppliers currently supporting this functionality, which includes Indigo, Xeikon and Xeikon's extensive list of OEM customers, in addition to some of the companies that are expected to offer this capability in the future, such as Canon, Scitex and Xerox. Our intent is to see how they have or plan to address the problems of variable data and to determine what areas need further work and what issues need further development.

## Models Designed as Digital Presses

This market has broadened in the last year to include a variety of technologies and architectures, including the Spontane and the CLC 1000, which were adapted from copier technology, and the T/R Systems MicroPress, which configures an array of desktop printers into a productive system. These products have come to the market late and, not surprisingly, now lag behind the early leaders in dealing with variable data, but they are working on it.

We'll start our discussion of today's products with the ones based on the two engines that were designed from the start to be



FileMaker Pro database, Agfa's Personalizer software for its Chromapress (and other devices) uses variable content stored in or imported through a FileMaker Pro database for the Mac. Here we see a text field and a picture field being positioned in FileMaker. Text, graphics and images must be positioned to the lower left-hand corner of the page. Only those style attributes (typography, etc.) available in FileMaker remain applied to them.

digital presses—those from Indigo and Xeikon, which recently have gained some field experience using variable data. In Xeikon's case, several OEM customers have developed their own capabilities for handling variable data, so there are differences in the way they function.

## Personalizer for Agfa's Chromapress

Agfa's software for handling variable data on the Chromapress, called Personalizer, runs on the Macintosh workstation that is the Chromapress system control station. Variable-data jobs can be created on any Mac or PC using an OPI-compliant PostScript application package. Personalizer software is embedded within the Chromapress software suite.

The Xeikon engine page buffer provides two 9-MB areas for variable data: one to be filled while the other prints. The Personalizer module works within certain constraints:

- **Number of items.** It is possible to vary up to 16 content items (text, graphics or images) on each side of a printed sheet.
- **Total storage used.** The variable data filling those 16 items cannot exceed 9 MB of total storage.
- **Page area covered.** The variable data are constrained to certain page area limitations, which depend on whether the job is printed in color or in black and white, and whether it uses Agfa Balanced Screening (in 2-bit or 1-bit modes) or 3-bit High-Definition Screening (HDS). The rules are these: With HDS screening, the variable data can occupy up to 25% of the page area for black-only jobs or 6% for full color. With 2-bit ABS, the maximums are 50% of the page area for black and 12% for full color. With 1-bit ABS, the maximums are 100% for black and 25% for full color. (The 1-bit ABS capability is new with the latest software release, just being delivered.)
- **Margins.** Variable items must be at least 4.8mm apart from each other and away from the edge of the page. The actual margin distances are dependent upon the screening used.

**Master pages.** The master page into which the variables are inserted can be created with either Xpress or PageMaker. A master page for a Personalizer job is created in the normal fashion for content that is static and does not vary from impression to impression.

Positioning of variable data in the layout is determined by placing dummy TIFF files (created in Photoshop, for example) on the master page as placeholders for the variable-data fields. This is done using the place commands in the page layout application; no special Xtensions or additional applications are required. These TIFF files must be labeled with the file suffix VDF (variable-data field). Data that can be positioned in the variable-data fields can be text, graphics or images. Once the master page is created, it is saved as a PostScript file with the file extension PS.

**Database issues.** Personalizer software is compatible with Claris FileMaker Pro, version 2.0 or higher, including 3.0 (which adds relational capabilities), as the vehicle for creating the final database of variable content for the printed job, regardless of its original

source. The use of FileMaker has both good and bad consequences. On the plus side, it is easy to use and understand, and it's certainly the more popular database module on the Mac platform. However, on the negative side, database files from external computer systems (as might be installed at diverse customer sites) have to be filtered through FileMaker. This can be a limiting and cumbersome step, especially for users with extensive database-publishing experience. Most digital press owners to date, however, are print shops or trade service operators with much more limited experience in database work.

Once the variable text, graphics or images are imported from the original database into FileMaker Pro, the data in each record must be carefully positioned on the page at the lower-left corner, as this is the known reference for the PostScript interpreter. (Positioning can be verified using FileMaker's preview mode.) The database must then be saved as a multipage PostScript file with the extension PS.

Fortunately, FileMaker Pro has reasonably good import facilities. It can handle input in the following formats: tab-separated text, comma-separated text, ClarisWorks, Data Access Manager (SQL Server), SYLK (Excel), DIF (VisiCalc), WKS (Lotus 1-2-3) and DBF (DBase III and DBase IV).

Regardless of the strong import capabilities, we think that importing all variable data into FileMaker Pro could create a considerable bottleneck, especially for high-throughput operations. Most customers, such as direct-mail production shops with database-publishing experience, will prefer to handle databases in either their native format or using another more robust database. Some users have already developed their own interfaces to link existing databases directly to Personalizer.

**Printing.** Once the master page and variable-data files are prepared and saved as PostScript files, an electronic job ticket is created with ChromaPost. The print job is initiated by placing the base page into the print queue, followed by all the variable data. A

August 26, 1996

Printer-ready files in ChromaPost. These are the job instructions Agfa's ChromaPost software will make available to the Chromapress when the job is submitted to the print server. The printer-ready file details indicate how many images (seven) and variable-data fields (one) are included in the job.



server-based OPI process is used to substitute the variable data for each dummy TIFF.

Master pages are rasterized a single time. The variable data are sent to the Chromapress RIP as a series of PostScript files, each with a piece of content specifically placed on it to match the location of the variable data filled in the master page. These pages are rasterized on the fly until there are enough data to start printing. The image page buffer in the print engine holds the master page and the individual variable content items for a single print impression; all the rest of the variable items are compressed and stored on disk and then fed into the image page buffer on demand.

To see how this works in the field, we visited the LPT Express graphics division of the L.P. Thebault Company in Parsippany, NJ. One of the keys to handling variable data effectively, we were told, is to plan jobs in advance and almost reengineer them to fit into the working scheme of the Personalizer software and print memory requirements of the Chromapress. A lot of extra work and RIP time can be saved by breaking jobs down this way; some are best handled as batches or different versions of one job. However, this implies a close relationship between the job creator or designer and the production facility. The job has to be engineered within the functional limits of the output device, either at the outset or at the production facility. This condition is not often the case for output service bureaus, but it may be necessary to implement if they are to succeed in the business of variable (database) printing.

**Configuration.** As of this spring, Agfa had about 200 Chromapress sites installed worldwide. About 80% of these have black-only Personalizer facilities. Agfa didn't begin to deliver Color Personalizer to handle colored variable data until May.

An entry-level Chromapress system uses a Macintosh 7600 with 64 MB of RAM and a 750-MB hard disk. However, Agfa states that the optimal configuration for handling variable data is a Power Mac 9500 with 128 MB of RAM and a 1-GB hard disk. The recommended RIP is Agfa's new PowerRIP, which has three PowerPC 604 processors, each with 64 MB of RAM and a 2-GB hard disk. At

the print engine, the controller unit has to be equipped with extensive image memory and a large hard disk. The standard configuration comes with 72 MB of RAM in each of the eight print stations, allowing for larger print formats and Instant Job Switching, which makes it possible to go from one job or signature to another, with a single white sheet inserted as a marker, without stopping the press or losing material. For the hard disk, while 4 GB is standard, options are available to a maximum of 12 GB.

The black-and-white version of the Personalizer is priced at $15,000, including both hardware (RAM) and software. The Color Personalizer is priced at $39,000.

## Barco: personalization, custom documents

Barco Graphics' PrintStreamer, available for Xeikon print engines, provides the ability to combine personalization with custom document assembly and page picking, resulting in very sophisticated customization capabilities at a high rate of productivity. The PrintStreamer hardware, which functions as a buffer between the RIP and the print engine, consists of a high-performance RAID disk array plus a specialized controller and interface. The custom interface allows data to be extracted from the PrintStreamer and transferred directly to the Xeikon system bus at a rate of up to 100 MB per second—much faster than is possible with the standard controller configuration.

The PrintStreamer was designed to handle long jobs that will be printed several times. Storing a complete job in the PrintStreamer lets the user print all the pages in sequence. Without the large disk buffer, small groups of pages would have to be printed and then physically collated or the configuration could include massive amounts of RAM for a degree of RAM-based collation. The PrintStreamer can be used with any long job, including variable-data ones.

In addition to the custom collation capabilities of the PrintStreamer, Barco Graphics offers its own Variable Information Printing (VIP) front-end products for variable-data publishing with a Xeikon engine. A key component, VIPScript, tells the system where to place the variable elements on the page. For the moment, this is done using Barco's own VIPLine software, but Barco Graphics plans to make the specifications of VIPScript available to any company that wants to write VIP applications. VIPScripts could be generated by Quark Xtensions or database output routines, for example.

**VIPLayout.** Barco Graphics' VIPLayout software for the design of documents containing variable information runs on Barco's own Unix workstations and is an add-on to its LW-BRIX software module. It lets the user set up a VIP document consisting of two parts: a background and variable elements. The background can be fixed for all documents printed in the set, as it would be with a fixed master page. Paired with the capabilities of the PrintStreamer, the background can also be picked from a database. It is possible even to associate several picked pages with a single document template and to use them repeatedly.

Volume 25, Number 22                                    The Seybold Report on Publishing Systems

# Printing Variable Data on Digital Presses

| | Scitex VIP | Indigo Personalization | Agfa Personalizer | Barco VIPLine, PrintStreamer | IBM 3170 VDS | Xeikon VDS |
|---|---|---|---|---|---|---|
| Number variable data fields/layout/side | | 50 | 16 per side | Unlimited with PrintStreamer buffer | 16 per side/ unlimited with Collator (Barco PrintStreamer) | 16 per side |
| Percent variable, single-sided page | | 100% 1- to 6-color | 100% black, 25% 4-color or 9 MB | 100% 4-color | 150% of the black on a duplex page (e.g., 75% on each side), 50% of 4-color on a duplex page | 100% black, up to 25% 4-color |
| Shape of variable field | Rectangle | Rectangle only | Any | Any. | VDS: Rectangle Collator: Any shape | Rectangle |
| Knockout/overprint | | Knockout only | Both | Both | Both | Both |
| Overlap variable fields | | Yes | No | Yes | No | Yes |
| Text formatting | No limitations | Xpress | Per input application | No limitations | Limited, Only manual hyphenation. No kerning, reverse, small caps, sub- or superscript, under-score or tracking | General text formatting controls |
| Page layout compatibility | Quark Xpress | Quark Xpress, Mac | Any PostScript application supporting OPI | Any that creates EPS | Any PS application | Any that creates EPS/PrivateI |
| Static page creation software | Quark Xtension | Quark Xtension | Not applicable | VIPLine | Xpress or PageMaker. (Mac or Windows) | Any that creates EPS |
| Rotate variable? | Yes | No | Yes | Yes | No | No |
| Verification/tracking tools | Future | No | Yes | Future | Yes | Yes |
| Database compatibility | Populate proprietary, SQL ODBC compatible | No | FileMaker Pro, SQL, DBF | Any | Any | Import DBF |
| OPI compatible | Yes, also Scitex APR | No | Yes | No | Yes | Yes |
| Soft proof/display PostScript preview | Yes | No | No | Yes | No | Yes |

Using VIPLayout, graphics, images and text are placed in the job template and linked with information in a database file. There are few layout limitations imposed by this software. As with all Barco workstations, the user has a sophisticated set of tools to work with. They enable a full range of creativity for both fixed and variable data.

Among the tools are the ability to set text on a curve, to import a variety of graphics formats, and to treat variable data as knockout or overprinted elements.

**VIPBinder.** The generation of output files for customized documents is done by another Barco Graphics module, called VIPBinder. This software has two main functions: to replace the templates in the VIP file with the actual data from the database and to generate a book ticket file. Variable data are represented as pages of the same size as the master page, but these are stored as compressed files in the PrintStreamer collator. The book ticket defines the sequencing of master pages and variable data, allowing the combination of variable data and custom collation.

## IBM offers Xeikon engine, Barco methods

IBM Printing Systems, another user of the Xeikon engine, provides two models of its 3170 Variable Data System (VDS) printer. The base system, for which variable data is an option, uses an approach similar to Xeikon's, which it announced last April. The system prescribes the same limitations that we described for the Chromapress: a maximum of 16 fields on any printed side and a total of 9 MB of data on any page.

The other 3170 version, called the 3170 model 01C (with Collator), includes a customized version of the Barco PrintStreamer, under the name Collator, which expands the system's variable-data capabilities to permit an unlimited number of variable-data fields and to provide the ability to process both horizontal variable data overlaid on every page and vertical variable data that is personalized on selected pages.

The variable-data option for the standard 3170 is currently available. The 01C, announced in June, is already being shipped and will be generally available in September. IBM is porting it to the PowerPC AIX platform and enhancing the functionality.

**VDS.** IBM's VDS software consists of two applications: the VDS creation toolset, which comprises extensions and plug-ins for PC and Macintosh applications, and a VDS production tool called MergeDoc. Both of these toolsets are available free of charge with the Variable Data feature or the Collator feature. The VDS creation toolset defines the variable-data areas on a PostScript master page and creates a document-definition file that is used by MergeDoc to preflight and prep files for processing by the RIP when processing variable data. The advantage of this process is that the master data and the variable data remain separate until processed by the RIP. The VDS Creation toolset generates documents, preflights and preps files for processing by the RIP. The VDS Creation toolset currently consists of Xpress Xtensions for Macintosh and Windows platforms as well as PageMaker for Windows.

This software allows the user to identify variable-data objects in the layout, define the color, font and border of those objects (rotation isn't supported) and link them to a flat-file database report containing either the actual text or names of pictures or graphics to be merged.

**MergeDoc.** IBM MergeDoc, which has just been given a graphical user interface, runs on the IBM 3170 printing system controller.

MergeDoc converts the variable data, PostScript master page and document-definition file into output files for printing. MergeDoc works with four files created in the front-end process: the PostScript master page file, EPS-format variable-data files, a database flat file (ASCII) and a document-definition file that links the variable-data objects to fields in the flat file.

MergeDoc has a few limitations. Variable text can't be rotated, given a colored background or kerned. Trapping isn't supported. And there is no support yet for double-byte character sets. Variable images must be in EPS format. They are kept separate for processing to provide greater throughput.

**Collator.** Machines equipped with the Collator option have fewer such limitations. MergeDoc is still required (and supplied free of charge), but variable data are stored as full pages (compressed and decompressed in hardware), so there are no limitations to fixed and variable zones (the entire page can vary) and any type of data including bar codes can be merged as variable.

**Future plans.** IBM is working to develop a broader and better integrated variable-data-and-print-on-demand strategy that sup-

ports multiple devices, both monochrome and color, by using IBM's Advanced Function Printing (AFP), which is an architecture, not a language. AFP supports multiple languages, including PCL and PostScript, and it is in widespread use in high-speed monochrome printing environments such as invoicing, in which every page is different. IBM's goal in integrating PostScript and AFP is to leverage AFP's variable-data capabilities while using PostScript objects and color in high-speed variable printing.

Another advantage of AFP for variable printing is that the architecture already supports mechanisms for data recovery and maintaining data integrity in case of failure during variable printing.

The target market for this kind of capability is IBM's traditional base of corporate customers planning to use their traditional data stores for printing on demand with variable data.

## Xeikon's VDS features Private-I

Xeikon's Variable Data System for its original DCP-1 and the newer DC32D printing systems supports up to 16 variable-data fields defined for each side of a document. The processing of fixed and variable data is separated; the elements are prerasterized, but rasterizing of variable-data streams can take place while printing the first series of the same stream of variable data, depending on the speed of the RIP. Elements are merged at the print engine.

Although Xeikon's OEM and large end-user customers can write custom applications for generating variable-data PostScript or program their databases to produce PostScript output of variable data, Xeikon supplies a stand-alone PostScript-generating application called "Private-I," which runs on a Power Mac. Unlike Agfa's implementation, the Xeikon program doesn't require OPI, although OPI is possible. It imports content from external databases in the DBF file format (the native format of DBase, which is the dominant DOS-Windows database format). Static data for the base page are created using any application program that can save data as an EPS file.

**In operation.** The variable data and the layout are linked as a variable-data job via an overlay developed in Private-I software. In operation, first the user opens Private-I and imports the EPS file to the job master page. Several EPS files can be positioned on the same master page. Additional graphic and text elements are added from within Private-I.

Next the variable-data fields are designated by drawing text and picture frames as overlays on top of the static master page. Text frames can hold pieces of fixed text merged with an unlimited number of text variables as small as a single character; variable text can be formatted independently of fixed text for font, color, type style and size. Picture frames can contain artwork or images in EPS format.

Variable-data frames are given names and are linked to specific database fields using a drag-and-drop process. It is possible to set up calculations to be performed on the database fields to provide the value of the variable (sum totals, etc.). Other data manipula-

8

tion features supported include conditional output, string manipulation, conversion to upper- or lowercase, and automatic counters. A "check" run through the database will report any text that exceeds the space in its box. Private-I also allows the user to verify layouts on compatibility with the final output system.

**Limitations.** There is one major restriction in that variable-data frames can only be rectangular. However, they can be overlapped, in which case overlapping fields are merged into a single field covering the entire area. A transparency mode allows for effects such as black text overprinting a master area or white text knocking out on area in the master. When creatively applied, these features can get around some of the design restrictions arising from the rectangular box limitation. Imported images can automatically be scaled, centered and cropped in variable-data picture frames.

As mentioned above, Private-I does not require OPI. Variable graphics and images are represented in the database by their path name.

The biggest limitations in processing variable data that Xeikon customers have to contend with are imposed by the size of the image buffer for each print station. There can be a maximum of 16 variable-data fields per side of the page, although multiple text variables can be included in a single variable text field. As with Agfa's implementation, the variable data can total up to 9 MB of compressed data and can occupy up to 100% (black only) or 25% (full color) of the page area.

For more complex jobs that need greater variability, Xeikon engines can be equipped with a Barco PrintStreamer.

## Personalization for Indigo engines

Handling variable data on Indigo presses is done through software called Personalization, in conjunction with layouts created in Xpress and an Xtension to Xpress written by Indigo.

In a standard Indigo print job, each of up to four bitmapped color separations of a single-sided page layout is prerasterized and saved in image memory prior to printing. For variable printing, all elements are prerasterized—not just the master page layout but the variable data for each page as well—and are sent to image memory, thus requiring increased memory. The standard image memory configuration for an E-Print is 128 MB, but it can be increased in 128-MB increments to a maximum of 640 MB.

Personalization for Indigo presses is available in two levels. A monochrome feature allows personalization of up to 100% of a single color separation of a single side of a printed sheet. A color module allows for personalization of up to 100% of each of the color separations (four to six colors) in the spread.

Running on a Mac, Personalization takes the form of a Quark Xtension called Indigo Layout, which is used to create ready-to-print files based on the Indigo layout exchange format.

**Components.** There are three components for each personalization job on an Indigo machine: a fixed-data file, a personalization channel and a variable-data file. The fixed-data file is the job layout



Variable-data flow on Indigo devices. Indigo's software merges variable data (text and graphic elements) into a job using a personalization channel that is positioned on the document page in the location where the variable data will appear. The personalization channel is the link between the variable-data and the fixed-data page layout file.

Variable-data file, to personalized cycles

Fixed-Data file
QuarkXPress document consisting of constant text and/or graphics

Personalization (PG) Channel: Linked to variable-data file

Personalized Output: Variable data merged with fixed data, "on-the-fly" during printing

itself—an Xpress layout—containing all the nonchanging text, graphics, etc. This is prepared in customary fashion. The fixed-data file includes special areas that are designed to accommodate variable elements. These are linked to a separate file containing the variable-data elements.

The variable-data file, the third component, isn't a database file. It is a multipage PostScript file or an Xpress document containing all the elements that change from one impression to another. Thus, in the Indigo variable-data workflow, the user needs to import and format all the variable elements from whatever database or file the customer provides and save them as either PostScript files or Xpress documents. In the case of PostScript files, they must be saved as pages that are exactly the same size as the personalization channel defined in the master layout page document.

If the variable elements are imported into Xpress using standard Xpress tools, the new document is automatically created at the appropriate size. Fortunately, importing can be automated somewhat using third-party tools that are readily available for Xpress.

**Layout Xtension.** Indigo's Layout Xtension is used to create and position personalization boxes in the master Xpress layout. On

Case 1:06-cv-00032-JJF    Document 51-2    Filed 09/12/2006    Page 18 of 21

Layout Extension for Xpress. This software allows the Indigo user to add a personalization channel to an Xpress page layout and to apply attributes to it through the PR Box Specifications window shown here. Users can change the origin and size of the personalization channel and link variable data by name to the channel (either contained in an Xpress layout the size of the channel specification or in an EPS file).



the limitation side, personalization boxes can only be rectangular. They cannot extend beyond page boundaries and they will always knock out overlapping elements regardless of their foreground or background placement. That is, they can't overprint other elements, although Indigo says it will offer an overprinting capability in October.

Otherwise, the personalization channels can have all the same attributes as other Xpress boxes. There can be up to 50 personalization boxes per individual layout (and they can be of any size, assuming the machine is equipped with enough memory), although no more than 15 of them can be positioned horizontally across the layout.

**Output.** Each personalization channel defined on the layout is named and is linked to a file containing variable data of the same name. The fixed-data file or layout and the variable-data files are maintained separately on the system and are only combined during printing.

Once the fixed layout file and associated variable files have been prepared, they must be processed into Indigo Layout format before being transferred from the Mac to the Sun server and control unit at the printing engine. The Indigo Layout Xtension automatically creates the individual files that describe the job and pages and a PostScript file for each fixed-data page and personalization channel. Once transferred to the printing system, the files are processed as normal.

Variable data are combined with fixed layouts during printing. Images are handled differently from text. The first time an image is encountered, it is rasterized and stored in rasterized form.

Thereafter, the RIP is smart enough to reuse the rasterized file, saving the RIP time. (This facility for storing and reusing rasterized files is a standard part of the Indigo system and is not tied to the variable-data application. It is used, for example, in Indigo's step-and-repeat software.)

## Digital Copier-Printers

There are a flock of newer contenders on the digital printing scene with devices based on digital color copier-printer engines. We expect that some of these eventually will challenge Indigo and the systems based on Xeikon's engine in both short-run, on-demand and variable-color printing, if for no other reason than that they perform some of the same functions at lower prices.

**Fuji Xerox engine.** Two of the most prominent ones—the Scitex Spontane and Xerox DocuColor 40 (DocuColor 4040 outside the U.S.)—use the same Fuji Xerox engine, which is based on four-drum copier technology. Both products are now being shipped, although neither company has started to deliver variable-output capabilities.

Of the new devices, the only one we are including in this overview is the Scitex Spontane. We covered it in depth at Drupa (see Vol. 24, No. 20, pp. 17-18) and earlier this year (see Vol. 25, No. 16, pp. 17-18). Although the company is still not delivering variable output, we have had a chance to see a demonstration of the software it is developing and testing for this application. Xerox has not yet demonstrated variable-data capabilities for the DocuColor 40, although it intends to provide them.

**Canon.** Two other contenders are lurking in the background—Canon and Océ. Canon has demonstrated, but not yet formally launched, its CLC 1000, also based on copier technology. (We

Spontane user interface. A template helps the user create a script that sets up a series of hot folders on the server for the various types of jobs (and workflows).

Volume 25, Number 22

*The Seybold Report on Publishing Systems*

understand that the product launch is planned for Sept. 11 at Seybold San Francisco.) We'll have a full report on the status of the Canon system, including its approach to handling variable data, after the show.

**Océ.** Océ of the Netherlands showed a seven-color print engine at Cebit this spring, which could also be an interesting contender with an appropriate digital front end. It is too early in the development stage to have a good idea of what this product will be like when it reaches the market, but we were impressed by our early look. We may see it again at Cebit or Imprinta next year, at which time it should be much farther along.

**T/R Systems.** In addition to these products, T/R Systems has put together its own version of a demand-printing system using up to eight desktop laser printers. The resulting product is very different from any of the above in its architecture, but the combined speed of multiple engines and the flexibility of putting different types of engines (size, speed and color, etc.) into one system has made it an attractive option for low-end users. T/R has begun to demonstrate its implementation of variable printing, although we don't believe it is in use in the field.

## Scitex's VIP for Spontane

Scitex's variable-data software for Spontane is being developed by the same R&D group that produced the Visionary link to desktop publishing a decade ago, the Catalogic system for catalog publishing in recent years and the NetDog system for publishing on the World Wide Web, which was announced at Nexpo last year. Also participating in this development is one of Scitex's best customers, Print Source.

Scitex reminds us that it has already developed a lot of variable-printing technology, especially personalization, at its Scitex Digital Printing division in Dayton, OH, and it intends to leverage and benefit from this experience in its new developments.

**System speed.** Scitex recognizes that the key to variable printing is power in the digital front end. For Spontane, the front end consists of a Motorola PowerPC 604 server running the AIX operating system. The server is a multifunction device housing preflight and previewing capabilities, a RIP (currently PostScript Level 2), print spooling, file conversion and print queuing plus Scitex APR picture replacement and Full-Auto Frames trapping. Scitex Ripro Archiver software is an option.

The server is equipped with 64 MB of RAM and a 6-GB hard disk, 2 GB of which is for the system and the remaining 4 GB for user storage, files and fonts. The front-end configuration includes an additional 4-GB disk, housed in an external tower, which functions as image memory for the print engine. This amount of storage can accommodate up to 400 A4 pages in ready-to-print (rasterized) format. The server configuration also provides specially developed video boards for controlling the data feed to the print engine.

Catalog-like structure. The Scitex database consists of multiple data records that can be viewed similarly to records in Excel. Photos, illustrations and formatted text can be included.



**In operation.** Software for the Spontane front end has the Unix "common desktop environment" user interface. The user can set up a series of hot folders on the server for each type of job (and workflow) to be processed within each folder. A template is provided to help the user develop a script that defines the series of workflow steps for that type of job.

To initiate a job, the job's icon is dropped into a hot folder. It then passes automatically into a queue, and processing steps are carried out as prescribed in the script.

PostScript files coming into the system are previewed, given a preflight test, converted to Scitex format in the RIP, trapped and saved as Scitex CT or LW files. CTs are compressed (around a 6:1 ratio) and saved on the printer image disk as compressed bitmaps. To be printed, they are passed back through the server, decompressed on the fly and delivered to the print engine over the video connection.

**Variable impression.** Based on the strengths of its front-end server, Scitex's approach to productivity in variable information printing on the Spontane is to prerasterize everything, store it in ready-to-print format, and feed it to the engine across the high-speed video connection. This is very different from Barco's requirement for large amounts of RAM and on-the-fly rasterizing.

With the VIP software it is developing, Scitex is taking a system approach and providing a full database software environment, not just an interface to external databases at customer sites. The database itself is proprietary (descending from Plink and Catalogic), but it can accommodate standard SQL search engines. To allow connection to external databases, it is ODBC compatible. Moreover, Scitex says it will publish the database structure.

Thus, Scitex's approach is similar to the one it has taken for catalog production using Catalogic. In fact, some of the software shows obvious roots in Catalogic. Architecturally, it is intended to

DEC 05 '97  10:26AM RRD TECH CENTER  L4                                P.12/13

August 26, 1996

**Placing variable data.** The VIP software for Spontane provides these facilities for placing variable data in a layout.

**Proofing with variable data.** One of the unique features Soltec is incorporating in its software is the ability to proof how a layout will look with different variable data. It is possible to "proof" to screen or to print.





be scalable so it can run on a single machine or be split to run across multiple processors for much higher throughput. The heart of the software is an SQL ODBC-compliant database engine. It currently runs on a Mac, but eventually it will be multiplatform. Client software currently runs only on a Mac.

The database itself consists, as one might presume, of multiple data records the user can view with an Excel-like interface. Each record can have a photo (an APR image), an illustration (EPS or Illustrator format) and text that has been formatted with Xpress tags.

Static page design is done in Xpress; the software runs as an Xtension. It accepts the variable data, rationalizes it and then makes it available to the page design.

## Third-Party Software

Database publishing, which essentially is what we're talking about here in examining how to vary the content of a document from one iteration to another (whether that is a printed iteration or an electronic one), is not a new concept. Numerous third-party modules handle some of the aspects of preparing documents with variable content, although at this stage not all of them address PostScript output or the rasterization speed issue inherent with high-speed digital presses. We saw and reported about some of these earlier this year at the On Demand conference in New York.

### Kueny Consulting Services

One third-party software application we recently heard about that is aimed at preparing variable data for PostScript devices is called the Lexographic Imager, from a company called Kueny Consulting Services. Todd Kueny, who was formerly a product manager at Unilogic, has experience with both database publishing and Post-

Script; in fact, he has been using the basic technology in the Lexographic Imager software since 1992, most recently at his own direct-marketing company called MarketPlace Direct, Inc.

**In operation.** Processing by the Lexographic Imager software takes a PostScript file from PageMaker and modifies it in several ways. Everything that is constant from page to page is moved to the front of the job and converted into a PostScript subroutine. Then, once the header is downloaded to the RIP, only what is different (the variable content) is sent on a per-page basis.

The next step is to extract and remove from the job stories containing special placeholders as text variables, their positions, fonts, colors, etc. The positions and types of images are noted and the images are reorganized so that the PageMaker commands that print them refer to the image indirectly through a variable; image data also are moved to the front of the job to be downloaded a single time.

From these steps, a modified PostScript file is written containing comment tags defining the results of the preceding steps. A second set of processing steps takes the comments and merges variable data with the subroutines, variables and image cache to produce output.

**System claims.** The Lexographic Imager supports both Type 1 and TrueType fonts, colored text and images and minimizes download time through caching and PostScript file reorganization. As such it is intended to support high RIP speeds on printers outputting at 60–70 ppm for variable data. We have not, unfortunately, seen the software run so we cannot comment on its effectiveness beyond this point. The job samples we were sent were quite basic personalization and lettershop work with only small rectangular color images added to text pages.

In any event, readers interested in straight personalization may wish to check this product, which currently runs only under Windows 95.

Kueny Consulting Services, 105 Berington Rd., Pittsburgh, PA 15221-4411; phone (412) 243-1630, fax (412) 937-9235.

Received Time    Dec. 5. 10:20AM    Print Time    Dec. 5. 10:27AM

Volume 25, Number 22

The Seybold Report on Publishing Systems

## Conclusion: More to Come

It is clear that we are just at the beginning of the learning and implementation cycles for variable printing on digital color presses and that several refinements are required to make it a productive and profitable process. Over the coming weeks and months we can expect to see additional announcements in the area of handling variable data from the press suppliers as well as third-party software companies.

Enhancements to front-end software are certain to be in the works; today's facilities for designating boxes as capable of holding variable data and living with all the inherent constraints are a giant step backward compared with the sophisticated functionality direct-response and direct-marketing production environments have been using for several years.

The database importing and handling facilities of most of the current generation of software are also rudimentary; we find it difficult to believe that digital color presses can become effective production devices in the direct-mail arena without the custom front ends many companies have developed or productivity enhancements from the suppliers. Likewise, we will want to see a common ground emerge for software that merges variable data for print as well as for electronic delivery.

**Better RIPs and data handling.** Because the process of printing variable data remains RIP intensive, we also expect to see additional RIPs, i.e., the addition of horsepower to solve this part of the dilemma soon. It only makes sense to have multiple RIPs crunching data to drive a single engine, as is now possible with other imaging devices. Look for solutions along these lines from Harlequin (which already has RIPs with multiple processors), Adobe and Agfa, among others.

And finally, look for a solution to the image data pipeline problem—undoubtedly the worst of the bottlenecks—to allow higher transfer rates of data from the image memory to the print engine itself.

**Tie-in with marketing.** As several suppliers of digital color engines have discovered over the past year, the success of the variable and custom document printing concept has as much to do with a range of other factors as it does with the specific printing engine. Until recently, you could almost say that they have developed a solution that's still waiting for a problem.

Recently, though, a lot of activity has gotten under way toward focusing on finding applications for these systems. The vendors are holding classes and roadshows to help their customers make better use of their expensive purchases—and to convince prospective customers that there is a use for these systems.

But it is only the beginning, and as sales of Indigo and Xeikon engines fall short of marketing targets, we have to wonder how long this limbo state will continue, the state when the technology is marveled at, but its practicality is not yet demonstrated.

If it solves a problem, will you buy the product? Only if you know you have the problem. And therein lies the rub, to date, with variable printing. Early adopters of digital printing presses are still finding it difficult to sell the variable printing concept and its benefits to a public that remains unaware of what variable printing can mean in terms of targeted communications.

*Arlene Karsh*

<u>**CERTIFICATE OF SERVICE**</u>

       I, Amy Evans, hereby certify that on September 12, 2006 I caused to be served a true and correct copy of the **Notice of Subpoena to International Business Machines Corp.** to be served upon the following as indicated.

<u>VIA U.S. MAIL</u>
Bradford J. Badke, Esquire
Fish & Neave IP Group
Ropes & Gray
1251 Avenue of the Americas
New York, NY 10020

Steven A. Kaufman
Fish & Neave IP Group
Ropes & Gray
One International Place
Boston, MA 02110

<u>VIA HAND DELIVERY</u>
Jack B. Blumenfeld, Esq.
Rodger D. Smith, II, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

                     /s/ Amy E. Evans
                Amy Evans (Bar I.D. No. 3829)