IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C.A. No. 06-032-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that paragraph 6 of the Court's Rule 16 Scheduling Order (D.I. 26) is hereby amended to require that all motions to amend the pleadings be filed on or before October 30, 2006. Moreover, the parties have agreed to consider a further extension to this deadline based on the state of each party's respective document production efforts.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS LAYTON & FINGER, P.A. |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Matthew W. King* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-200<br>*Attorneys for Plaintiff*<br>*R.R. Donnelly & Sons Company* | Frederick L. Cottrell, III (#2555)<br>Matthew W. King (#4566)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>*Attorneys for Defendants Creo, Inc.,*<br>*Eastman Kodak Company, and Kodak*<br>*Graphic Communications Company* |

SO ORDERED this _____ day of _____ 2006.

_____
United States District Court Judge

539240