IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> QUARK, INC., CREO, INC., EASTMAN ) <br> KODAK COMPANY, AND KODAK ) <br> GRAPHIC COMMUNICATIONS ) <br> COMPANY, ) <br> ) <br> Defendants. ) <br> ) <br> CREO, INC., EASTMAN KODAK ) <br> COMPANY, AND KODAK GRAPHIC ) <br> COMMUNICATIONS COMPANY, ) <br> ) <br> Counterclaim-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> R.R. DONNELLEY & SONS COMPANY, ) <br> ) <br> Counterclaim-Defendant. ) <br> ) | C.A. No. 06-cv-032-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of R.R. Donnelley & Sons Company's Supplemental Responses To Creo, Inc.'s, Eastman Kodak Company's, And Kodak Graphic Communications Company's Interrogatory Nos. 1-3 And 5 were caused to be served on October 24, 2006 upon the following in the manner indicated:

**BY HAND**

Frederick L. Cottrell III
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801

**BY ELECTRONIC MAIL**

Richard McMillan, Jr. (rmcmillan@crowell.com)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

|   |   |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Rodger D. Smith II* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>rsmith@mnat.com |
| Bradford J. Badke<br>Stuart W. Yothers<br>FISH & NEAVE IP GROUP<br>ROPES & GRAY LLP<br>1251 Avenue of the Americas<br>New York, NY  10020<br>(212) 596-9000 | *Attorneys for Plaintiff R.R. Donnelley & Sons Co.* |

Steven A. Kaufman
FISH & NEAVE IP GROUP
ROPES & GRAY LLP
One International Place
Boston, MA  02110
(617) 951-7000

October 24, 2006
527830

**CERTIFICATE OF SERVICE**

       I, Rodger D. Smith II, hereby certify that on October 24, 2006, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

       Frederick L. Cottrell III
       RICHARDS LAYTON & FINGER

and that on October 24, 2006 copies were caused to be served in the manner indicated upon the following parties:

**BY HAND**

       Frederick L. Cottrell III
       Richards Layton & Finger
       One Rodney Square
       920 N. King Street
       Wilmington, DE  19801

**BY ELECTRONIC MAIL**

       Richard McMillan, Jr. (rmcmillan@crowell.com)
       Crowell & Moring LLP
       1001 Pennsylvania Avenue, N.W.
       Washington, DC  20004-2595

       */s/ Rodger D. Smith II*
       Rodger D. Smith II (#3778)
       MORRIS, NICHOLS, ARSHT & TUNNELL LLP
       Wilmington, DE  19801
       (302) 658-9200
       rsmith@mnat.com