IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-032-JJF |
| | ) |
| QUARK, INC., CREO, INC., EASTMAN KODAK | ) |
| COMPANY AND KODAK GRAPHIC | ) |
| COMMUNICATIONS COMPANY, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that paragraph 6 of the Court's Rule 16 Scheduling Order (D.I. 26) is hereby amended so that all motions to amend the pleadings shall be filed on or before November, 30 2006.

/s/ Rodger D. Smith, II
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Rodger D. Smith, II (#3778)
rsmith@mnat.com
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
302-658-9200
Attorneys for Plaintiff
R.R. Donnelley & Sons Company

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
Attorneys for Defendants
Creo, Inc., Eastman Kodak Company, and
Kodak Graphic Communications Company

Dated: October 26, 2006

SO ORDERED this ___ day of _____, 2006.

_____
Honorable Joseph J. Farnan, Jr.

RLF1-3064912-1