UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>    Defendants.<br><br>CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>    Counterclaim-Defendants, | C. A. No. 06-cv-032-JJF |

**CREO, INC.'S, EASTMAN KODAK COMPANY'S AND KODAK GRAPHIC COMMUNICATIONS COMPANY'S FIRST NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants Creo, Inc., Eastman Kodak Company and Kodak Graphic Communications Company (collectively, "Creo") will take the deposition upon oral examination of Plaintiff R.R. Donnelley & Sons Company ("RRD") on the topics set forth in the attached Schedule A, through one or more of RRD's officers, directors or managing agents, or other persons who consent to testify on RRD's behalf, commencing on December 13, 2006 at 9:00

RLF1-3080855-1


- 2 -

a.m. Creo requests that RRD identify in writing at least five (5) business days in advance of the deposition the person(s) designated by RRD, the job title of each such person(s), and the topic(s) on which each such person(s) will testify.

The deposition will take place at the offices of Crowell & Moring LLP, 1001 Pennsylvania Avenue, NW, Washington, DC 20004 beginning on the date and time specified above. Alternatively, the deposition may commence at such other time and place as may be agreed upon by counsel. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. The deposition will continue from day to day until completed.

OF COUNSEL:

Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
Nathaniel Grow
ngrow@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
Attorneys for Defendants
Creo, Inc., Eastman Kodak Company
and Kodak Graphic Communications
Company

## SCHEDULE A

### **DEFINITIONS & INSTRUCTIONS**

The following definitions shall apply:

A.   "RRD" means R.R. Donnelley & Sons Company and includes all parent, subsidiary, sister, predecessor, or successor companies, corporations, partnerships, or other business entities, and the officers, directors, agents, employees, partners, and all other persons acting or purporting to act on behalf of or who are subject to the direction or control of any of any of the foregoing.

B.   "Patents in Suit" means United States Patent Numbers 6,205,452; 6,327,599; 6,844,940; and 6,952,801.

C.   "Practice of the Patents in Suit" means any activity by (i) RRD to practice, use, obtain revenues based on the use of, offer services that use, commercialize, offer for sale, promote, sell, distribute, or make any subject matter claimed by the Patents in Suit and/or (ii) any other entity authorized by RRD to practice, use, obtain revenues based on the use of, offer services that use, commercialize, offer for sale, promote, sell, distribute, or make any subject matter claimed by the Patents in Suit.

D.   "Barco-Xeikon Entity" means Barco Graphics N.V. and/or Xeikon N.V., and includes all parent, subsidiary, sister, predecessor, or successor companies, corporations of either entity, partnerships, or other business entities of both entities, and the officers, directors, agents, employees, partners, and all other persons acting or purporting to act on behalf of or who are subject to the direction or control of any of the foregoing.

E.   "Barco-Xeikon Components" means the following, either individually and/or in some combination:   (i) the Barco PrintStreamer electronic collation system; (ii) the Barco

FastRIP image processor; (iii) the Barco FastRIP/X image processor; and (iv) the Xeikon DCP-1 digital press.

F. "Darwin" means Creo Darwin.

G. "Variable Digital Printing" means digital printing in which the content of a page may be varied or in which the number of pages in a document may be varied in a single press run.

H. "Document" shall be defined as synonymous in meaning and equal in scope to the use of that term in Rule 34(a) of the Federal Rules of Civil Procedure and applicable case law, and shall include, without limitation, documents, things, electronic mail, drawings and information in computer-readable format, and "writings" and "recordings" as defined by rule 1001 of the Federal Rules of Evidence. By way of illustration and without limitation, documents include at least the following: originals, drafts and all non-identical copies of memoranda, reports, notes, graphs, laboratory notebooks, correspondence, interoffice communications, intercompany communications, letters, diaries, calendars, photographs, motion pictures, sketches, drawings, promotional material, technical papers, printed publications, patents, and all other writings, as well as all non-paper information storage means such as sound reproductions, computer inputs and outputs, tape, film and computer memory devices. The term "Document" shall also be construed to include all English language translations of foreign language documents as well as the foreign language documents themselves.

I. "Person" and the derivative forms thereof, including the plural and possessive forms, refers to any natural person or any entity, including any business, corporation, partnership, limited partnership, firm, association, organization, club, joint venture,

unincorporated entity, government unit or entity, or any other legal entity, and any officers, agents, representatives, employees, directors, or attorneys of any such person.

## TOPICS

1. RRD's licensing or attempted licensing of the Patents in Suit.

2. The Practice of the Patents in Suit.

3. Any royalties collected from any license concerning the Patents in Suit and/or the Practice of the Patents in Suit.

4. RRD's first acquisition, use, receipt and purchase of each Barco-Xeikon Component.

5. RRD's collaboration, joint development, partnership, relationship and/or work with any Barco-Xeikon Entity concerning Variable Digital Printing, including work on "Project 16."

6. RRD's gross revenues, net revenues, standard costs, incremental costs, gross profit, net profit and margins concerning the Practice of the Patents in Suit.

7. RRD's awareness of and participation in the development of standards relating to Variable Digital Printing, including ISO 16612-1 and ANSI/CGATS.20-2002.

8. RRD's earliest knowledge of Darwin.

9. RRD's marking of the Practice of the Patents in Suit.

10. RRD's requirements that third parties mark the Practice of the Patents in Suit.

- 4 -

11.     The organizational structure of RRD from 1995 to the present.

12.     RRD's policies and practices, whether formal or informal, with respect to Document retention or Document destruction.

13.     The process by which RRD identified, collected and produced Documents in response to any request for Documents and things pursuant to Federal Rule of Civil Procedure 34, including Creo's First Set of Requests for Production of Documents and Things to RRD.

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on November 10, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

## VIA FEDERAL EXPRESS

Bradford J. Badke, Esquire
Fish & Neave IP Group
Ropes & Gray
1251 Avenue of the Americas
New York, NY  10020

Steven A. Kaufman
Fish & Neave IP Group
Ropes & Gray
One International Place
Boston, MA  02110

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com