**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C. A. No. 06-cv-032-JJF |
| CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendants, | |

**CREO, INC.'S, EASTMAN KODAK COMPANY'S AND KODAK GRAPHIC COMMUNICATIONS COMPANY'S NOTICE OF DEPOSITION OF DANIEL G. BEERY**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendants Creo, Inc., Eastman Kodak Company and Kodak Graphic Communications Company (collectively, "Creo") will take the deposition upon oral examination of Daniel W. Beery, commencing on Wednesday, December 20, 2006 at 9:00 a.m., at the office of Crowell & Moring LLP, 1001 Pennsylvania Ave., NW, Washington, DC 20004, or at such other time and place as may be agreed upon by counsel. The deposition will be taken before an

officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. Attorneys may also use equipment providing for simultaneous stenography during the deposition.

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
Attorneys for Defendants
Creo, Inc., Eastman Kodak Company
and Kodak Graphic Communications
Company

OF COUNSEL:

Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
Nathaniel Grow
ngrow@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on November 10, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Bradford J. Badke, Esquire | Steven A. Kaufman |
| Fish & Neave IP Group | Fish & Neave IP Group |
| Ropes & Gray | Ropes & Gray |
| 1251 Avenue of the Americas | One International Place |
| New York, NY  10020 | Boston, MA  02110 |

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com