IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>QUARK, INC., CREO, INC., EASTMAN )<br>KODAK COMPANY, AND KODAK )<br>GRAPHIC COMMUNICATIONS )<br>COMPANY, )<br>)<br>Defendants. )<br>) | C.A. No.: 06-032-JJF |

## NOTICE OF DEPOSITION OF RON PELEG

To:  Richard McMillan, Jr.            Frederick L. Cottrell, III
     Jeffrey D. Sanok                 Gregory E. Stuhlman
     Brian M. Koide                   RICHARDS, LAYTON & FINGER, P.A.
     CROWELL & MORING, LLP            One Rodney Square
     1001 Pennsylvania Avenue, N.W.   920 North King Street
     Washington, D.C. 20004           Wilmington, DE 19801
     (202) 624-2500                   (302) 651-7700

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30(b)(1), Fed. R. Civ. P., plaintiff R.R. Donnelley & Sons Company will take the deposition upon oral examination of Ron Peleg.

The deposition will commence at 9:30 a.m. on December 13, 2006, and continue day to day until completed, at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, Wilmington, DE 19899-1347, or at such other time and place as may be agreed to by counsel.

The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by sound, video and/or stenographic means.

You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/    *Rodger D. Smith II (#3778)*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  *Attorneys for Plaintiff*
  *R.R. Donnelley & Sons Company*

OF COUNSEL:

Bradford J. Badke
Stuart W. Yothers
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Steven A. Kaufman
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

November 22, 2006
546810

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 22, 2006, he caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell III
> Richards Layton & Finger

I also certify that copies were caused to be served on November 22, 2006, upon the following in the manner indicated:

### BY HAND

> Frederick L. Cottrell III
> Richards Layton & Finger
> One Rodney Square
> 920 N. King Street
> Wilmington, DE  19801

/s/    *Rodger D. Smith II (#3778)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com