IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C.A. No. 06-032-JJF |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, as follows:

1. Paragraph 6 of the Court's Rule 16 Scheduling Order (D.I. 26) is hereby amended to require that all motions to amend the pleadings be filed on or before December 29, 2006;

2. Paragraph 3(b) of the Court's Rule 16 Scheduling Order (D.I. 26) is hereby amended to require that the exchange and completion of contention interrogatories shall be commenced so as to be completed by December 7, 2006; and

3. The time for plaintiff R.R. Donnelley & Sons Company to serve its responses to Creo, Inc.'s, Eastman Kodak Company's, and Kodak Graphic Communications Company's Second Set of Interrogatories to R.R. Donnelley & Sons Company (Nos. 11-20) is hereby extended until December 7, 2006.

2

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS LAYTON & FINGER, P.A. |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Gregory E. Stuhlman* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@mnat.com<br>*Attorneys for Plaintiff*<br>*R.R. Donnelly & Sons Company* | Frederick L. Cottrell, III (#2555)<br>Gregory E. Stuhlman (#4765)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>*Attorneys for Defendants Creo, Inc.,*<br>*Eastman Kodak Company, and Kodak*<br>*Graphic Communications Company* |

SO ORDERED this ____ day of _____ 2006.

_____
United States District Court Judge

547248