UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendants, | CIVIL ACTION No. 06-032-JJF |

**CREO, INC.'S, EASTMAN KODAK COMPANY'S, AND KODAK GRAPHIC COMMUNICATIONS COMPANY'S AMENDED NOTICE OF DEPOSITION OF JAMES L. WARMUS**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendants Creo, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company (collectively, "Creo") will take the deposition upon oral examination of James L. Warmus, commencing on Tuesday, December 5, 2006 at 9:00 a.m., at the office of Latham & Watkins, Sears Tower, Suite 5800, 233 South Wacker Driver, Chicago, IL 60606. The deposition will be taken before an officer authorized to administer oaths by the laws of the

United States and will be recorded by stenographic and/or videographic means. Attorneys may also use equipment providing for simultaneous stenography during the deposition.

| | |
|---|---|
| OF COUNSEL:<br><br>Richard McMillan, Jr. (admitted pro hac vice)<br>rmcmillan@crowell.com<br>Jeffrey D. Sanok (admitted pro hac vice)<br>jsanok@crowell.com<br>Brian M. Koide (admitted pro hac vice)<br>bkoide@crowell.com<br>CROWELL & MORING, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>(202) 624-2500<br><br>Dated: November 30, 2006 | /s/ Frederick L. Cottrell, III<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Gregory E. Stuhlman (#4765)<br>stuhlman@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>Attorneys for Defendants<br>Creo, Inc., Eastman Kodak Company<br>and Kodak Graphic Communications<br>Company |

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

## BY HAND

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on November 30, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

## VIA FEDERAL EXPRESS

Bradford J. Badke, Esquire
Fish & Neave IP Group
Ropes & Gray
1251 Avenue of the Americas
New York, NY  10020

Steven A. Kaufman
Fish & Neave IP Group
Ropes & Gray
One International Place
Boston, MA  02110

Gregory E. Stuhlman (#4765)
stuhlman@rlf.com