# SEALED DOCUMENT

ALL EXHIBITS CONFIDENTIAL