IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | C.A. No. 06-cv-032-JJF |

## **NOTICE OF SERVICE**

The undersigned hereby certifies that copies of R.R. Donnelley & Sons Company's Objections To Creo, Inc.'s, Eastman Kodak Company's, And Kodak Graphic Communications Company's First Notice Of Deposition Pursuant To Federal Rule Of Civil Procedure 30(b)(6) were caused to be served on December 1, 2006 upon the following in the manner indicated:

**BY HAND**

Frederick L. Cottrell III
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Rodger D. Smith II* |
|  | _____ |
|  | Jack B. Blumenfeld (#1014) |
|  | Rodger D. Smith II (#3778) |
|  | 1201 N. Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE  19899-1347 |
| OF COUNSEL: | (302) 658-9200 |
|  | rsmith@mnat.com |
| Bradford J. Badke |     *Attorneys for Plaintiff R.R. Donnelley & Sons Co.* |
| Stuart W. Yothers |  |
| FISH & NEAVE IP GROUP |  |
| ROPES & GRAY LLP |  |
| 1251 Avenue of the Americas |  |
| New York, NY  10020 |  |
| (212) 596-9000 |  |

Steven A. Kaufman
FISH & NEAVE IP GROUP
ROPES & GRAY LLP
One International Place
Boston, MA  02110
(617) 951-7000

December 1, 2006
527830

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 1, 2006, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell III
> RICHARDS LAYTON & FINGER

I also certify that copies were caused to be served on December 1, 2006, upon the following in the manner indicated:

**BY HAND**

Frederick L. Cottrell III
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

> */s/ Rodger D. Smith II*
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347
> (302) 658-9200
> rsmith@mnat.com