IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>QUARK, INC., CREO, INC., EASTMAN KODAK )<br>COMPANY AND KODAK GRAPHIC )<br>COMMUNICATIONS COMPANY, )<br>)<br>Defendants. ) | Civil Action No. 06-032-JJF |

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, as follows:

1. Paragraph 3(b) of the Court's Rule 16 Scheduling Order (D.I. 26) is hereby amended to require that the exchange and completion of contention interrogatories shall be commenced so as to be completed by December 11, 2006; and

2. The time for plaintiff R.R. Donnelley & Sons Company to serve its responses to Creo, Inc.'s, Eastman Kodak Company's, and Kodak Graphic Communications Company's Second Set of Interrogatories to R.R. Donnelley & Sons Company (Nos. 11-20) is hereby extended until December 11, 2006.

\_\_Rodger D. Smith, II_____
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Rodger D. Smith, II (#3778)
rsmith@mnat.com
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
302-658-9200
Attorneys for Plaintiff
R.R. Donnelley & Sons Company

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
Attorneys for Defendants
Creo, Inc., Eastman Kodak Company, and
Kodak Graphic Communications Company

Dated: December 7, 2006

SO ORDERED this \_\_\_ day of _____, 2006.

_____
Honorable Joseph J. Farnan, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

## BY HAND

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on December 7, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

## VIA FEDERAL EXPRESS AND ELECTRONIC MAIL

Bradford J. Badke, Esquire
Fish & Neave IP Group
Ropes & Gray
1251 Avenue of the Americas
New York, NY  10020

Steven A. Kaufman
Fish & Neave IP Group
Ropes & Gray
One International Place
Boston, MA  02110

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com