IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>    Defendants.<br><br>CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>    Counterclaim-Defendants, | C. A. No. 06-032-JJF |

## NOTICE OF SERVICE

**IT IS HEREBY CERTIFIED** that on December 11, 2006 Creo, Inc.'s, Eastman Kodak Company's, and Kodak Graphic Communications Company's Second Supplemental Response to R.R. Donnelley & Sons Company's First Set of Interrogatories were served upon the below-named counsel of record in the manner and at the addresses indicated below:

RLF1-3092028-1

**BY HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899


**VIA FEDERAL EXPRESS**

Bradford J. Badke, Esquire
Fish & Neave IP Group
Ropes & Gray
1251 Avenue of the Americas
New York, NY  10020

**VIA FEDERAL EXPRESS**

Steven A. Kaufman
Fish & Neave IP Group
Ropes & Gray
One International Place
Boston, MA  02110


_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Defendants*
*Creo, Inc., Eastman Kodak Company*
*and Kodak Graphic Communications*
*Company*

OF COUNSEL:
Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500

Dated: December 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on December 11, 2006, the foregoing document was sent via Federal Express and electronic mail to the following non-registered participants:

| | |
|---|---|
| Bradford J. Badke, Esquire<br>Fish & Neave IP Group<br>Ropes & Gray<br>1251 Avenue of the Americas<br>New York, NY 10020 | Steven A. Kaufman<br>Fish & Neave IP Group<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110 |

Anne Shea Gaza (#4093)
gaza@rlf.com