IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C.A. No. 06-032-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that paragraph 6 of the Court's Rule 16 Scheduling Order (D.I. 26) is hereby amended to require that all motions to amend the pleadings be filed on or before January 31, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS LAYTON & FINGER, P.A. |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Gregory E. Stuhlman* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>*Attorneys for Plaintiff*<br>*R.R. Donnelly & Sons Company* | Frederick L. Cottrell, III (#2555)<br>Gregory E. Stuhlman (#4765)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>*Attorneys for Defendants Creo, Inc.,*<br>*Eastman Kodak Company, and Kodak*<br>*Graphic Communications Company* |

SO ORDERED this _____ day of _____ 2006.

_____
United States District Court Judge

549635