IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>QUARK, INC., CREO, INC., EASTMAN KODAK )<br>COMPANY AND KODAK GRAPHIC )<br>COMMUNICATIONS COMPANY, )<br>)<br>Defendants. ) | Civil Action No. 06-032-JJF |

### NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY

On November 1, 2006, Creo, Inc., Eastman Kodak Company and Kodak Graphic Communications Company (collectively "Creo") filed its Motion to Compel Discovery (D.I. 58, hereinafter the "Motion") seeking an order compelling plaintiff R.R. Donnelley & Sons Company ("RRD") to comply with its obligations and produce all responsive and relevant documents. Since the filing of the Motion, RRD has supplemented its document production and represented to Creo that all responsive and relevant documents have now been produced. In light of this supplementation and representation by RRD, Creo hereby withdraws without prejudice its Motion to Compel Discovery, reserving its right to renew the Motion at a later time should Creo deem it necessary.

OF COUNSEL:
Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500

Dated: December 22, 2006

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Defendants*
*Creo, Inc., Eastman Kodak Company*
*and Kodak Graphic Communications*
*Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND AND ELECTRONIC MAIL

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on December 22, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS AND ELECTRONIC MAIL

| | |
|---|---|
| Bradford J. Badke, Esquire | Steven A. Kaufman |
| Fish & Neave IP Group | Fish & Neave IP Group |
| Ropes & Gray | Ropes & Gray |
| 1251 Avenue of the Americas | One International Place |
| New York, NY  10020 | Boston, MA  02110 |

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com

RLF1-2989206-1