IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>CREO, INC., EASTMAN KODAK COMPANY and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | C. A. No. 06-032-JJF |

### CREO, INC.'S, EASTMAN KODAK COMPANY'S AND KODAK GRAPHIC COMMUNICATIONS COMPANY'S AMENDED NOTICE OF DEPOSITION OF DANIEL G. BEERY

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendants Creo, Inc., Eastman Kodak Company and Kodak Graphic Communications Company will take the deposition upon oral examination of Daniel W. Beery, commencing on Friday, January 19, 2007 at 9:00 a.m., at the Boca Raton Marriott at Boca Center, 5150 Town Center Circle, Boca Raton, FL 33486. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by

RLF1-3099157-1

- 2 -

stenographic and/or videographic means. Attorneys may also use equipment providing for simultaneous stenography during the deposition.

OF COUNSEL:

Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
Clyde Findley
cfindley@crowell.com
Amy W. Ray
aray@crowell.com
Nathaniel Grow
ngrow@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
(202) 624-2500

Dated: December 28, 2006

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
Attorneys for Defendants
Creo, Inc., Eastman Kodak Company and
Kodak Graphic Communications Company

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing to the following and which has also been served as noted:

### BY HAND AND ELECTRONIC MAIL

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

I hereby certify that on December 28, 2006, the foregoing was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS AND ELECTRONIC MAIL

Bradford J. Badke, Esquire
Stuart W. Yothers, Esquire
Patricia M. Festin, Esquire
Fish & Neave IP Group
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

Steven A. Kaufman, Esquire
Fish & Neave IP Group
Ropes & Gray LLP
One International Place
Boston, MA 02110

_____
Gregory P. Stuhlman (#4765)
stuhlman@rlf.com

RLF1-3099157-1