IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C. A. No. 06-cv-032-JJF |
| CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendants, | |

**CREO, INC.'S, EASTMAN KODAK COMPANY'S, AND KODAK GRAPHIC COMMUNICATIONS COMPANY'S NOTICE OF DEPOSITION OF GRANT MILLER**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendants Creo, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company (collectively, "Creo") will take the deposition upon oral examination of Grant Miller, commencing on Wednesday, January 10, 2007 at 9:00 a.m., at the office of Latham & Watkins LLP, Sears Tower, Ste. 5800, 233 South Wacker Drive, Chicago, IL 60606. The deposition will be taken before an officer authorized to administer oaths by the laws of the

RLF1-3100459-1

- 2 -

United States and will be recorded by stenographic and/or videographic means. Attorneys may also use equipment providing for simultaneous stenography during the deposition.

OF COUNSEL:

Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500

Dated: January 3, 2007

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
Attorneys for Defendants
Creo, Inc., Eastman Kodak Company
and Kodak Graphic Communications
Company

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND AND ELECTRONIC MAIL

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on January 3, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS AND ELECTRONIC MAIL

Bradford J. Badke, Esquire
Fish & Neave IP Group
Ropes & Gray
1251 Avenue of the Americas
New York, NY  10020

Stuart W. Yothers
Fish & Neave IP Group
Ropes & Gray
1251 Avenue of the Americas
New York, NY 10020-1105

Steven A. Kaufman
Fish & Neave IP Group
Ropes & Gray
One International Place
Boston, MA  02110

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com