IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 06-032-JJF |
| QUARK, INC., CREO, INC., EASTMAN ) KODAK COMPANY, AND KODAK ) GRAPHIC COMMUNICATIONS ) COMPANY, ) ) | |
| Defendants. ) ) | |

NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff R.R. Donnelley & Sons Company will

present its Motion For Leave To Amend Its Complaint before the District Court on Friday,

February 2, 2007 at 10:00 a.m.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  *Attorneys for Plaintiff*
  *R.R. Donnelley & Sons Company*

OF COUNSEL:

Bradford J. Badke
Stuart W. Yothers
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY  10020
(212) 596-9000

Steven A. Kaufman
ROPES & GRAY LLP
One International Place
Boston, MA  02110
(617) 951-7000

January 3, 2007

550371

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 3, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Frederick L. Cottrell III
Richards Layton & Finger

I also certify that copies were caused to be served on January 3, 2007, upon the following in the manner indicated:

### BY EMAIL AND HAND

Frederick L. Cottrell III
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801

### BY EMAIL AND FEDERAL EXPRESS

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

*/s/      Rodger D. Smith II (#3778)*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com