IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C.A. No. 06-032-JJF |

## **PLAINTIFF'S MOTION TO EXTEND SCHEDULING DEADLINES**

Plaintiff R.R. Donnelley & Sons Company ("RRD") hereby moves the Court to extend the remaining deadlines in this case by three months. A proposed Amended Scheduling Order is attached hereto as Exhibit A.

As described more fully in the motions filed concurrently herewith (*see, e.g.*, Plaintiff's Motion For Leave To Amend Its Complaint, Plaintiff's Motion To Preclude Defendants From Relying On Undisclosed Contentions, Plaintiff's Motion For Leave To File A Supplement To Its Motion To Compel Discovery), Defendants have refused to provide RRD with depositions, documents and responses to contention interrogatories to which RRD is entitled. It would be highly prejudicial to RRD if the current schedule is maintained in view of the significant discovery that has been denied to RRD.

Although Defendants indicated a willingness to discuss extending other dates, Defendants refused to consent to an extension of the *Markman* (*i.e.*, claim construction) related dates. Defendants' failure to provide noninfringement contentions, invalidity contentions, and

claim construction contentions has prejudiced RRD's ability to brief claim construction by the current February 16, 2007 deadline. As a result of Defendants' insufficient responses to RRD's contention interrogatories, RRD does not have any discovery describing Defendants' claim construction positions or the reasons for them. If the parties continue on the current schedule, the Court may receive claim construction briefs in which the issues are not joined, thereby creating great inefficiency for the Court. Once the pending discovery issues are resolved and Defendants have complied with their discovery obligations, claim construction briefing and the *Markman* hearing can occur efficiently.

RRD has consulted with Defendants, and Defendants will not agree to extend all remaining dates by three months. Although Defendants have expressed some willingness to extend the current dates other than those relating to claim construction, the claim construction dates should be extended as well.

RRD respectfully requests that the Court extend all remaining deadlines by three months and enter the attached proposed Amended Scheduling Order.

> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>
> */s/ Rodger D. Smith II*
> _____
> Jack B. Blumenfeld (#1014)
> Rodger D. Smith II (#3778)
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347
> (302) 658-9200
>   *Attorneys for Plaintiff*
>   *R.R. Donnelley & Sons Company*

OF COUNSEL:

Bradford J. Badke
Stuart W. Yothers
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

Steven A. Kaufman
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

January 3, 2007

550377

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that counsel for plaintiff has discussed the subject of the foregoing motion with counsel for defendants, and the parties have not been able to reach agreement on the issues raised in the motion.

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II

January 3, 2007

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 3, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell III
> Richards Layton & Finger

I also certify that copies were caused to be served on January 3, 2007, upon the following in the manner indicated:

**BY EMAIL AND HAND**

Frederick L. Cottrell III
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801

**BY EMAIL AND FEDERAL EXPRESS**

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

*/s/     Rodger D. Smith II (#3778)*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com

# EXHIBIT A

Case 1:06-cv-00032-JJF     Document 99-2     Filed 01/03/2007     Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>       Plaintiff,<br><br>       v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>       Defendants. | C.A. No. 06-032-JJF |

## **AMENDED RULE 16 SCHEDULING ORDER**

The Court's May 8, 2006 Rule 16 Scheduling Order (D.I. 26) is hereby amended as follows:

    3.    **Discovery.**

          (f)    All fact discovery shall be commenced so as to be completed by June 1, 2007.

          (g)    Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due on issues on which a party bears the burden of proof by August 1, 2007.  Rebuttal expert reports are due by August 31, 2007.

          (h)    All expert discovery shall be commenced so as to be completed by October 2, 2007.

    6.    **Amendment of the Pleadings.**  All motions to amend the pleadings shall be filed on or before January 31, 2007.

      8.     **Case Dispositive Motions.**  Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before October 26, 2007.

      9.     **Markman**.  A Markman Hearing will be held on July 2, 2007.  Opening claim construction briefs shall be filed and served on May 16, 2007.  Responsive claim construction briefs shall be filed and served on June 15, 2007.  The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

_____        _____
          Date                                                  United States District Judge

550376