IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY, <br><br> Defendants. | C.A. No. 06-032-JJF |

NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE
A SUPPLEMENT TO MOTION TO COMPEL

On January 3, 2007, plaintiff R.R. Donnelley & Sons Company ("RRD") filed a Motion For Leave To File A Supplement To Its Motion To Compel (D.I. 97). On January 4, 2007, the Court issued a Memorandum Order granting RRD's motion to compel (D.I. 103). In light of the Court's decision on RRD's motion to compel, RRD hereby withdraws its Motion For Leave To File A Supplement To Its Motion To Compel (D.I. 97).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Rodger D. Smith II
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  *Attorneys for Plaintiff*
  *R.R. Donnelley & Sons Company*

OF COUNSEL:

Bradford J. Badke
Stuart W. Yothers
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY  10020
(212) 596-9000

Steven A. Kaufman
ROPES & GRAY LLP
One International Place
Boston, MA  02110
(617) 951-7000

January 10, 2007

662571

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 10, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell III
>Richards Layton & Finger

I also certify that copies were caused to be served on January 10, 2007, upon the following in the manner indicated:

### BY EMAIL AND HAND

>Frederick L. Cottrell III
>Richards Layton & Finger
>One Rodney Square
>920 N. King Street
>Wilmington, DE  19801

### BY EMAIL AND FEDERAL EXPRESS

>Richard McMillan, Jr.
>Crowell & Moring LLP
>1001 Pennsylvania Avenue, N.W.
>Washington, DC  20004-2595

>/s/   *Rodger D. Smith II (#3778)*
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899-1347
>(302) 658-9200
>rsmith@mnat.com