IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C.A. No. 06-032-JJF |

**STIPULATION AND ORDER**

WHEREAS, the Court issued a Memorandum Order, dated January 4, 2007, which: (a) required the parties to submit a Proposed Protective Order within five (5) days; and (b) required plaintiff to submit a declaration within five (5) days if it sought to substitute a different corporate officer for Thomas G. Pasternak in the Protective Order (D.I. 104); and

WHEREAS, the parties are continuing to discuss which corporate officers will be identified in the Protective Order and given access to the opposing parties' confidential information;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the parties to comply with the Court's January 4, 2007 Order (D.I. 104) is hereby extended until January 23, 2007.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS LAYTON & FINGER, P.A. |
| */s/ Rodger D. Smith II* | */s/ Gregory E. Stuhlman* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>*Attorneys for Plaintiff*<br>*R.R. Donnelly & Sons Company* | Frederick L. Cottrell, III (#2555)<br>Gregory E. Stuhlman (#4765)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>*Attorneys for Defendants Creo, Inc.,*<br>*Eastman Kodak Company, and Kodak*<br>*Graphic Communications Company* |

SO ORDERED this ____ day of January 2007.

_____
United States District Court Judge

666517