MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

RODGER D. SMITH II
302 351 9205
302 498 6209 FAX
rsmith@mnat.com

January 17, 2007

**BY E-FILING**

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
844 N. King Street
Wilmington, DE 19801

*Re:* *R.R. Donnelley & Sons Co. v. Creo, Inc., et al.,*
C.A. No. 06-32 (JJF)

Dear Dr. Dalleo:

Attached please find the following patents that should be included with the Amended Complaint that was entered on the docket on January 17, 2007 (D.I. 109): U.S. Patent No. 6,205,452 (Ex. A); U.S. Patent No. 6,327,599 (Ex. B); U.S. Patent No. 6,844,940 (Ex. C); and U.S. Patent No. 6,952,801 (Ex. D).

Respectfully,

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

cc: Frederick L. Cottrell III, Esquire (By E-Filing and Email)
Richard McMillan, Jr., Esquire (By Email)

677264

# Exhibit A

US006205452B1

(12) **United States Patent**
**Warmus et al.**

(10) **Patent No.: US 6,205,452 B1**
(45) **Date of Patent: Mar. 20, 2001**

(54) **METHOD OF REPRODUCING VARIABLE GRAPHICS IN A VARIABLE IMAGING SYSTEM**

(75) Inventors: **James L. Warmus**, LaGrange; **Mark G. Dreyer**, Aurora, both of IL (US); **Daniel W. Beery**, Cumming, GA (US)

(73) Assignee: **R. R. Donnelley & Sons Company**, Downers Grove, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/959,683**

(22) Filed: **Oct. 29, 1997**

(51) **Int. Cl.**[7] .............................. **G06F 15/00**; G06F 17/00
(52) **U.S. Cl.** .............................. **707/500**; 707/503
(58) **Field of Search** .............................. 707/500, 505, 707/517, 104, 515, 506, 100, 102, 520, 526, 513, 50; 358/449, 452, 448; 345/470, 116, 118

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 32,690 | 6/1988 | Wong | 270/54 |
| 3,872,460 | 3/1975 | Fredrickson et al. | 340/324 AD |
| 3,892,427 | 7/1975 | Kraynak et al. | 281/15 R |
| 3,899,165 | 8/1975 | Abram et al. | 270/54 |
| 3,982,744 | 9/1976 | Kraynak et al. | 270/12 |
| 4,095,780 | 6/1978 | Gaspar et al. | 270/73 |
| 4,121,818 | 10/1978 | Riley et al. | 270/54 |
| 4,395,031 | 7/1983 | Gruber et al. | 270/54 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 602 547 | 6/1994 | (EP) | 15/20 |
| 0 703 524 A1 | 3/1996 | (EP) . | |
| 0 703 524 B1 | 1/1997 | (EP) . | |
| PCT/US86/00242 | 8/1986 | (WO) . | |
| WO 95 07510 | 3/1995 | (WO) | 17/24 |

OTHER PUBLICATIONS

Keizer, One of six evaluation of presentation software packages for the IBM PC and Apple Macintosh, Computer Shoppers, p. 554, Aug. 1992.*

"Agfa's CR–A RIP varies data," *Seybold Special Report,* vol. 3, No. 2 (Oct. 10, 1994).

"Agfa poised to enter short–run color market. (Chromapress electrophotographic digital press system)," *MacWeek,* p. 18 (Oct. 31, 1994).

"Agfa Holds Expo, US Launch of ChromaPress Digital Printing," *Newsbytes News Network* (Nov. 4, 1994).

"The Latest Word," *The Seybold Report on Publishing Systems,* vol. 24, No. 6, (Nov. 30, 1994).

(List continued on next page.)

*Primary Examiner*—Joseph H. Feild
*Assistant Examiner*—Alford W Kindred
(74) *Attorney, Agent, or Firm*—Marshall, O'Toole, Gerstein, Murray & Borun

(57) **ABSTRACT**

The present invention comprises an apparatus and method for reproducing master and variable information, including variable graphics information, on a display device, such as a computer network or a demand printer. Variable graphics information is stored in a database. A user is prompted to specify graph parameters (i.e. graph type, size, labels, etc.) or default values are used. Template page files containing fixed information and placeholders for variable information are generated. Image boxes are used as placeholders for variable graphics information and an executable graph file is placed in the image boxes. A text box containing the specified graph parameters and variable graphics information from the database is layered over the image box and "tagged" to specify that it contains variable graphics information. During interpretation of the page file, an interpreter (RIP) determines if a text box is "tagged" and, if so, executes the graph file to generate a graph using the specified graph parameters and variable graphics information from the database.

**52 Claims, 46 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,426,072 | | 1/1984 | Cole et al. | 270/53 |
| 4,495,582 | | 1/1985 | Dessert et al. | 364/469 |
| 4,500,083 | | 2/1985 | Wong | 270/54 |
| 4,536,176 | | 8/1985 | Gaspar | 493/365 |
| 4,554,044 | | 11/1985 | Gaspar et al. | 156/510 |
| 4,601,003 | | 7/1986 | Yoneyama et al. | 364/518 |
| 4,616,327 | | 10/1986 | Rosewarne et al. | 364/518 |
| 4,672,462 | | 6/1987 | Yamada | 358/280 |
| 4,674,052 | | 6/1987 | Wong et al. | 364/466 |
| 4,718,784 | | 1/1988 | Drisko | 400/68 |
| 4,727,402 | | 2/1988 | Smith | 355/14 SH |
| 4,729,037 | | 3/1988 | Doelves . | |
| 4,768,766 | | 9/1988 | Berger et al. | 270/58 |
| 4,789,147 | | 12/1988 | Berger et al. | 270/1.1 |
| 4,800,510 | | 1/1989 | Vinberg et al. | 364/521 |
| 4,827,315 | | 5/1989 | Woldberg et al. | 346/160 |
| 4,900,001 | | 2/1990 | Lapeyre | 270/1.1 |
| 4,903,139 | | 2/1990 | Minter | 358/296 |
| 4,910,612 | | 3/1990 | Yamazaki | 358/496 |
| 4,928,252 | | 5/1990 | Gabbe et al. | 364/519 |
| 4,933,880 | | 6/1990 | Borgendale et al. | 364/523 |
| 4,937,761 | | 6/1990 | Hassett | 364/518 |
| 4,968,993 | | 11/1990 | Wolfberg et al. | 346/160 |
| 4,974,171 | | 11/1990 | Yeh et al. | 364/519 |
| 5,001,500 | | 3/1991 | Wolfberg et al. | 346/160 |
| 5,021,975 | | 6/1991 | Yamanashi | 364/519 |
| 5,033,009 | | 7/1991 | Dubnoff | 364/523 |
| 5,043,749 | | 8/1991 | Punater et al. | 346/153.1 |
| 5,067,024 | | 11/1991 | Anzai | 358/296 |
| 5,105,283 | | 4/1992 | Forest et al. | 358/401 |
| 5,112,179 | | 5/1992 | Chan et al. | 412/1 |
| 5,114,291 | | 5/1992 | Hefty | 412/8 |
| 5,133,051 | | 7/1992 | Handley . | |
| 5,136,316 | | 8/1992 | Punater et al. | 346/153.1 |
| 5,142,618 | * | 8/1992 | Fujiwara et al. | 707/516 |
| 5,142,667 | | 8/1992 | Dimperio et al. . | |
| 5,144,562 | | 9/1992 | Stikkelorum et al. | 364/478 |
| 5,177,877 | | 1/1993 | Duchesne et al. | 34/51 |
| 5,178,063 | | 1/1993 | Wolfberg et al. | 101/76 |
| 5,194,899 | | 3/1993 | Buchanan | 355/244 |
| 5,245,701 | | 9/1993 | Matsumoto | 395/129 |
| 5,267,155 | | 11/1993 | Buchanan et al. . | |
| 5,271,065 | | 12/1993 | Rourke et al. . | |
| 5,274,567 | | 12/1993 | Kallin et al. | 364/478 |
| 5,274,757 | | 12/1993 | Miyoski et al. | 395/146 |
| 5,289,569 | | 2/1994 | Taniguchi . | |
| 5,295,236 | | 3/1994 | Bjorge et al. . | |
| 5,299,310 | | 3/1994 | Motoyama . | |
| 5,301,036 | | 4/1994 | Barrett et al. | 358/448 |
| 5,303,334 | | 4/1994 | Snyder et al. . | |
| 5,313,564 | | 5/1994 | Kafri et al. . | |
| 5,333,246 | | 7/1994 | Nagasaka . | |
| 5,349,648 | | 9/1994 | Handley . | |
| 5,353,222 | | 10/1994 | Takise et al. . | |
| 5,359,423 | | 10/1994 | Loce | 358/296 |
| 5,359,432 | | 10/1994 | Peltzer et al. | 358/452 |
| 5,379,373 | | 1/1995 | Hayashi et al. . | |
| 5,381,523 | * | 1/1995 | Hayashi | 707/513 |
| 5,384,886 | | 1/1995 | Rourke . | |
| 5,396,321 | | 3/1995 | McFarland et al. | 399/81 |
| 5,398,289 | | 3/1995 | Rourke et al. . | |
| 5,412,566 | | 5/1995 | Sawa . | |
| 5,414,809 | | 5/1995 | Hogan et al. . | |
| 5,442,737 | | 8/1995 | Smith . | |
| 5,459,819 | | 10/1995 | Watkins et al. . | |
| 5,459,826 | | 10/1995 | Archibald . | |
| 5,461,708 | * | 10/1995 | Kahn | 345/440 |
| 5,465,213 | | 11/1995 | Ross | 364/468 |
| 5,493,490 | | 2/1996 | Johnson . | |
| 5,502,804 | | 3/1996 | Butterfield et al. . | |
| 5,517,605 | | 5/1996 | Wolf . | |
| 5,546,517 | | 8/1996 | Marks et al. . | |
| 5,553,212 | | 9/1996 | Etoh et al. . | |
| 5,557,722 | | 9/1996 | DeRose et al. . | |
| 5,594,860 | | 1/1997 | Gauthier | 345/501 |
| 5,594,910 | * | 1/1997 | Filepp et al. | 712/28 |
| 5,630,028 | | 5/1997 | DeMeo | 395/110 |
| 5,669,005 | | 9/1997 | Curbow et al. | 707/523 |
| 5,729,665 | | 3/1998 | Gauthier | 358/1.58 |
| 5,937,153 | * | 8/1999 | Gauthier | 358/1.17 |
| B1 4,968,993 | | 7/1993 | Wolfberg et al. | 346/160 |

OTHER PUBLICATIONS

"Agfa Expo: the medium is the message," *The Seybold Report on Publishing Systems,* p. 17 (Nov. 30, 1994).

"The Latest Word: Chromapress varies data," *The Seybold Report on Publishing Systems,* p. 28 (Mar. 13, 1995).

"The Latest Word," *The Seybold Report on Publishing Systems,* vol. 24, No. 13, pp. 26–28 (Mar. 13, 1995).

"Digital Color Printing in Japan: A Report from Early Users," *The Seybold Report on Publishing Systems,* vol. 24, No. 13, pp. 13–19 (Mar. 13, 1995).

"Indigo Expands Digital Press Line to Packaging; Enhances E–Print 1000," *The Seybold Report on Publishing Systems,* vol. 24, No. 13, pp. 3–12 (Mar. 13, 1995).

"Variable–data and custom printing," *Seybold Special Report,* vol. 3, No. 8, pp. 63 and 64 (Apr. 21, 1995).

"Moore announces new digital printing strategy," *Seybold Special Report,* vol. 3, No. 8, p. 65 (Apr. 21, 1995).

"Agfa Let RIP with Gemini," *M2 Presswire* (Apr. 27, 1995).

"Company–by–Company Guide to the Show: Agfa–Gevaert," *The Seybold Report on Publishing Systems,* vol. 24, No. 17, p. 6 (May 1, 1995).

"Digital printers push customization," *The Seybold Report on Publishing Systems,* vol. 24, No. 19, pp. 10 and 11 (Jun. 12, 1995).

"Agfa 'distributes and prints,' adds new RIP," *The Seybold Report on Publishing Systems,* vol. 24, No. 20, pp. 8–10 (Jun. 26, 1995).

"Indigo System Developments: Indigo varies data, shows Mobius, Omnius," *The Seybold Report on Publishing Systems,* vol. 24, No. 20, pp. 12–15 (Jun. 26, 1995).

"Barco features PrintStreamer, TonerSaver," *Seybold Special Report,* vol. 24, No. 20, p. 11 (Jun. 26, 1995).

"Short–Run Digital Color Printing," *Seybold Special Report,* vol. 4, No. 2, pp. 33 and 34 (Oct. 23, 1995).

"T/R Systems set new price point for digital presses," *The Seybold Report on Publishing Systems,* p. 35 (Oct. 23, 1995).

"Color, Here and Now," *Printing Impressions,* p. 28 (Nov. 11, 1995).

"Digital presses eye the market of one," *Graphic Arts Monthly,* p. 42 (Apr. 1, 1996).

"The 'On Demand' Show: Exciting Technology–But Is the Market Ready?," *The Seybold Report on Publishing Systems,* vol. 25, No. 16, pp. 3, 5 and 6 (May 17, 1996).

"Indigo," *The Seybold Report on Publishing Systems,* vol. 25, No. 16, pp. 5 and 6 (May 17, 1996).

"Personalization for Indigo Engines," *The Seybold Report on Publishing Systems,* vol. 25, No. 22, pp. 9–13 (Aug. 26, 1996).

"Variable Data on Digital Presses: Making Progress," *The Seybold Report on Publishing Systems,* vol. 25, No. 22, pp. 3–8 (Aug. 26, 1996).

Ultimate Technographics, Inc. Manual, "Poststrip," 1989.

Dieckmann, Glenn, "Press Imposition for IBM 4250, General Information," R.R. Donnelley & Sons Company, Crawfordsville Manufacturing Division, Department CHT, Feb. 21, 1989.

*Alpha Four, New Version 3,* "True Relational Database Power Without Programming, Reference Manual," Alpha Software Corporation, Lesson 20: Using Sets and Lesson 22: Advanced Sets: One–to–Many Links, 1993.

"Design Your Forms, Power With Room To Grow: Xbasic™," advertisement, DBMS Magazine, Sep. 1994.

Xeikon announcement, "Xeikon annnounces new RIP for the DCP–1 digital color press," Sep. 13, 1994.

"Finding the Right Niches for Electronic Printing," *The Seybold Report on Desktop Publishing,* Mar. 7, 1994, pp. 12–18.

Xeikon brochure,"Beta Specifications, Xeikon DCP–1 Digital Color Press," date unknown.

Barco Graphics brochure, "RIP and Electronic Collation System for Xeikon DCP–1 Digital Printing Press," Feb. 2, 1994, with Addendum 1.

*Seybold Report on Publishing Systems,* vol. 25, No. 22, ISSN: 0736–7260, Aug. 26, 1996.

"Variable Postscript and the Coming of Age of Electronic Print–for–Profit," *Print on Demand Business,* May/Jun. 1996, pp. 64, 66–67.

"Variable–Data Printing Comes of Age: Capabilities & Market Demand Converge," *Seybold Report on Publishing Systems,* vol. 27, no. 2, Sep. 15, 1997, pp. 3–24.

"Indigo Variable Data Solution Evaluation," Interoffice Memorandum from R.R. Donnelley & Sons Company dated Jul. 26, 1995 (portions redacted).

H. Sharples, "Software Automates Impositions; Prepress Imaging," vol. 65, No. 9, p. 67, Graphic Arts Monthly (Sep., 1993).

"Linotype–Hell's Herkules: Fast, Versatile Drum Imager to Head IPEX lineup; Product Announcement," vol. 23, No. 1, p. 3, The Seybold Report on Publishing Systems (Sep. 1, 1993).

"Aldus to Offer Presswise 2.0 Imposition Software for Large–Format Presses," PR Newswire (Sep. 7, 1993).

P. Dyson, "Computer to Plate: Now There's a Market; Direct–to–Plate Production Now Feasible; includes related article on the Eskofot Escosan 2540 for boards and films," vol. 23, No. 4, p. 3, The Seybold Report on Publishing Systems, (Oct. 11, 1993).

"Imposition Cuts Stripping Time; Electronic Imposing System; Prepress Imaging," vol. 65, No. 11, p. 84, Graphic Arts Monthly (Nov., 1993).

S. Edwards et al., "IFRA '93 Review: An Industry Riding the Crest of a Slump; IFRA European Newspaper Equipment Exhibition; includes related article on trade show rumors," vol. 23, No. 6, p. 3, The Seybold Report on Publishing Systems, (Nov. 8, 1993).

H. Sharples, "Electronic Imposition: Moving Forward," vol. 66, No. 2, p. 53, Graphic Arts Monthly (Feb., 1994).

"Aldus Prepress Division Ships Presswise 2.0 for the Apple MacIntosh," PR Newswire (Mar. 22, 1994).

"Press Imposition Software; Seybold Special Report: Seybold Seminars Boston '94, Part I; Product Announcement," vol. 23, No. 15, p. S74, The Seybold Report on Publishing Systems, (Apr. 22, 1994).

"High–Resolution Output; includes related articles on how to obtain a Hyphen print sample and naming a new screening technology; Seybold Special Report: Seybold Seminars Boston '94, part I," vol. 23, No. 15, p. S47, The Seybold Report on Publishing Systems (Apr. 22, 1994).

P. Hilts, "Donnelley's Digital Production Vision; R.R. Donnelley and Sons invited book publishers to come to Crawfordsville to see the future of printing," vol. 241, No. 34, p. 24, Publishers Weekly (Aug. 22, 1994).

A. Karsh, "Scitex's SGAUA Review: Savanna, GTO–DI Interface, Whisper Upgrade; Scitex Graphic Arts User Assocation, Scitex Savanna Typesetting System, Press Interface for GTO–DI, Autoflat Image Processing Software, MacCSS Connection Peripheral Server," vol. 24, No. 2, p. 11, The Seybold Report on Publishing Systems, (Sep. 19, 1994).

"Color Shop Goes Electronic; Color Tech Corp.," vol. 66, No. 10, p. 90, Graphic Arts Monthly (Oct., 1994).

"Xerox and Scenicsoft Bring New Flexibility to Prepress Work With Postscript Files," vol. 7, No. 10, Worldwide Videotex (Oct., 1994).

"High–Resolution Output Devices; Seybold Special Report: Seybold San Francisco '94, Part 1; Product Announcement," vol. 24, No. 3, p. S32, The Seybold Report on Publishing Systems (Oct. 26, 1994).

"Output Servers; Seybold Special Report: Seybold San Francisco '94, part 2, Product Announcement," vol. 24, No. 3, p. T13, The Seybold Report on Publishing Systems (Oct. 26, 1994).

"CTP Field Gets a New Entry; Linotype–Hell's Computer–to–Plate System, Gutenborg," vol. 66, No. 11, p. 102, Graphic Arts Monthly (Nov., 1994).

Alexander, George A., "Custom Book Publishing and Book Printing on Demand," *The Seybold Report on Publishing Systems,* vol. 21, No. 16 (May 11, 1992).

Appelt, Wolfgang, "Existing Systems For Integrating Text and Graphics," *Computer & Graphics,* vol. 11, No. 4, pp. 369–375 (1987).

International Search Report dated Apr. 13, 1999.

European Search Report dated Jul. 22, 1999.

* cited by examiner




FIG. 1
PRIOR ART


36
PUBLISHING
38
PREPRESS
40
42
CREATE MASTER AND VARIABLE PAGE FILE(S) AND BOOK TICKET FILE
COLLATOR AND RIP
OPERATE DEMAND PRINTER(S)
FINISHING
30
DISTRIBUTE

FIG. 2



GATHERING DEVICE(S)
INK JET PRINTER(S)
LABEL PRINTER(S)
OTHER CONTROL DEVICE(S)
BAD BOOK DETECTOR
66
70
72
74
76
78
62a
62b
62c
DP 1
DP 2
DP 3
TO INTERNET
65
MODEM
64
FAX
CONTROL UNIT
MEMORY
52
53
54
PERSONAL COMPUTER
CONTROL AND MAKEREADY FILES
50


FIG. 3




FIG. 4

Case 1:06-cv-00032-JJF Document 110-2 Filed 01/17/2007 Page 9 of 71



FIG. 5




100a-1
102
100a-r
100a
112
116
110
P4
P1
100

FIG. 6a


100b-1
100
102
100b-r
100b
P2
P3

FIG. 6b




FIG. 7a




FIG. 7b




FIG. 8a




FIG. 8b



150
Create Master Elements on Page(s)
Identify database fields to be used for variable text, image or graph information
151
152
Variable text element to add?
Yes
Place database field name at selected insertion point
153
No
154
Variable image element to add?
Yes
155
Define Image Box and Insert Dummy Picture File with Database Field Name
156
Select Display Format and Position
No
157
Variable graph element to add?
Yes
Create Image Box at Selected Location
158
159
Select Attributes (Graph Type and Parameters)
160
Select Controlling Database Fields
No
165
More variable elements to add?
162
Insert Graph Parameters & Value Data Pairs in Text Box
Create Text Box Layer over Image Box
161
166
No
Save Template File
"Tag" Text Box
163
Place EPS Graph File in Image Box (Designate as Variable)
164


FIG. 9


926
Graph type = bar chart?
Y
Set Scale Transformation
Broken axis scaling?
Y
Analyze data for bunching
922
924
920
N
N
Determine total # of graph value data pairs
Label Axes (if provided)
Draw Axes with specified parameters
GoTo Block 976 (Fig. 9A-3)
932
930
928
Fixed or Variable Width Bars?
F
Get First data pair
Graphic Object or Bar?
G
934
938
940
V
B
936
Calculate width of bars
952
Calculate Bar Height (y-value)
Draw clipping box from x-axis to y-value
C
Scale or Clip?
954
942
948
S
2D or 3D bar?
2D
Draw bar & color
944
Calculate Scale Ratio
956
950
3D
Retrieve graphic and position on x-axis
958
Draw 3D portion of bar & color/shade
946
Retrieve and scale graphic and position on x-axis
960
Draw 2D portion of bar with modified width & color/shade
GoTo Block 962 (Fig. 9A-2)

FIG. 9A-1


From Blocks 946, 950, 956 & 960 (Fig. 9A-1)
962
Field Name Callouts?
Yes
964
Position field name at specified location
N
966
Numeric CallOuts?
Yes
968
Position numeric value at selected location
No
970
Additional elements on graph?
Yes
Get next data pair
972
GoTo Block 940 (Fig. 9A-1)
No
974
Reset Global Variables
END

FIG. 9A-2


From Block 920 (Fig. 9A-1)
976
Graph Type = Pie Chart?
Y
N
978
Set Scale Transformation and Starting Angle
Get First Data Pair Set TOTAL = 0
980
1024
Other Graph Type?
1026
Process Graph
982
Exploding Segment?
Y
Calculate Radial Offset Position
984
N
986
2D or 3D ?
3D
988
Draw Side (3D Portion) of Segment & Color/Shade
2D
990
Draw 2D Portion of Segment and Color/Shade
994
Calculate Radial Position
992
Numeric Callouts?
Y
N
996
Position Numeric Value
998
Field Name Callouts?
Y
1000
Position Field Name
N
GoTo Block 1002 (Fig. 9A-4)

FIG. 9A-3

FIG. 9A-4


From Blocks 998 & 1000 (Fig. 9A-3)
1002
Radial Line?
Y
1004
Draw Line from Segment to Callout(s)
N
1006
Reset Radial Offset Position
1008
Increment Starting Angle
1010
Increment TOTAL
1012
Additional Elements on Chart?
Y
1014
Get Next Data Pair
GoTo Block 982 (Fig. 9A-3)
N
1016
"Other" Category?
1018
Calculate "Other" Value (100% - TOTAL)
1020
Create "Other" Data Pair
1022
Reset Global Variables
Y
1019
Is TOTAL = 100%?
N
END



170
Open Template File
172
Open Database File
174
Create Database Field List
176
Prompt for Section Number, Simplex/Duplex and Selective Processing Code (if any)
Select First Page
177
178
Any Images ?
No
Yes
Select First Image
180
Identify File Name for Image
182
184
File Name in Field List ?
Yes
No
Delete Image Box
186
Save Image Box Location and Field Name and Increment VARIABLE Image Box Counter for Page
187
Save Image Box Location and Increment MASTER Image Box Counter for Page
188
192
Any Text Boxes ?
Y
N
Select and Parse First Text Box
194
A
To block 206
190
Select Next Image
N
Processed All Images ?
189
Y


FIG. 10a


A
196
198
Text Box Include Field Name(s) ?
Yes
Delete Text Box
No
To block 178 (Fig. 10a)
199
200
Save Text Box Location and Field Name and Increment VARIABLE Text Box Counter for Page
Save Text Box Location and Increment MASTER Text Box Counter for Page
208
Select Next Page
206
No
All Pages Processed ?
Yes
Processed All Text Boxes ?
No
Select & Parse Next Text Box
Yes
202
204
Save as Stripped Master File
210
214
216
Generate PDL Master Page File (and INI Files)
Reopen Template File and Delete All Master Boxes (Text & Image)
Save as Stripped Variable File
212
218
Create *.VARS File (Page/Field Name)
B

FIG. 10b


B
MAKE WORKING COPY OF STRIPPED VARIABLE FILE
242
SELECT FIRST PAGE HAVING VARIABLE INFORMATION AND DELETE OTHER PAGES
244
FROM BLOCK 298, FIG. 10e
SELECT FIRST DATABASE RECORD
246
254
READ DATABASE RECORD
248
SELECT NEXT DATABASE RECORD
250
SELECTIVE PAGE PROCESSING ?
Y
252
PAGE USES THIS RECORD ?
N
Y
N
256
DUPLICATE SELECTED PAGE
253
LAST RECORD IN DATABASE ?
N
FROM BLOCK 292, FIG.10e
258
ANY IMAGE BOXES ?
N
Y
GO TO BLOCK 294, FIG. 10e
Y
260
SELECT FIRST IMAGE BOX
INSERT IMAGE IDENTIFIED BY DATABASE FIELD
262
c
d
e

FIG. 10c



c
d
e
264
SUBNAME = FIT ?
Y
266
SCALE IMAGE TO FIT
N
268
POSITION IMAGE IN BOX
272
SELECT NEXT IMAGE BOX
270
PROCESSED ALL IMAGE BOXES ?
N
Y
274
N
ANY TEXT BOXES ?
Y
276
SELECT FIRST TEXT BOX
278
SELECT FIRST INSERTION PT.
280
INSERT TEXT SPECIFIED BY DATABASE FIELD
282
ALL INSERTION PTS. PROCESSED ?
N
284
SELECT NEXT INSERTION PT.
Y
RECOMPOSE TEXT BOX
286
f
g
h


FIG. 10d


f
g
h
288
PROCESSED ALL TEXT BOXES ?
N
SELECT NEXT TEXT BOX
290
Y
292
PROCESSED ALL RECORDS ?
N
GO TO BLOCK 254 FIG. 10c
Y
294
GENERATE POSTSCRIPT AND INI FILES
298
RETRIEVE COPY OF STRIPPED VARIABLE FILE AND SELECT NEXT PAGE HAVING VARIABLE INFORMATION AND DELETE OTHER PAGES
296
PROCESSED ALL PAGES ?
N
Y
302
300
PRESS COMMAND FILE EXIST?
N
CREATE PRESS COMMAND FILE
GO TO BLOCK 246 FIG. 10c
Y
304
SELECT FIRST RECORD IN DATABASE AND CORRESPONDING RECORD IN PRESS COMMAND FILE
306
312
TEMPLATE FILE INCLUDES THIS RECORD ?
Y
FIND SECTION IN PRESS COMMAND FILE RECORD (CREATE IF NEEDED)
N
i
j
k

FIG. 10e



i
j
k
308
ALL PAGES PRO-CESSED ?
Y
N
310
SELECT NEXT RECORD IN DATABASE AND CORRESPONDING RECORD IN PRESS COMMAND FILE
314
SELECT FIRST PAGE IN SECTION
316
SIMPLEX OR DUPLEX ?
SIMPLEX
DUPLEX
328
COPY MASTER PAGE FILE NAME AND PG. NUMBER AND VARIABLE PAGE FILE NAME AND PAGE NUMBER (IF ANY) AS SINGLE SET PAIRS
320
ALL PAGES PROCESSED ?
N
Y
COPY MASTER PAGE FILE NAME AND PG. NUMBER AND VARIABLE PAGE FILE NAME AND PG. NUMBER (IF ANY) AS SINGLE SET PAIRS
318
324
ALL RECORDS PROCESSED ?
N
Y
322
SELECT NEXT PAGE IN SECTION
326
PROCESS ANOTHER SECTION ?
Y
GO TO BLOCK 170, FIG. 10a
N
FINISH


FIG. 10 f


Begin RIP (interpretation) process
1100
Redefine "show" Operator
1101
Set default values for all graph parameters as PS global variables
1102
Interpret first PS element
1104
1106
PS "show" operator?
No
RIP as normal
1108
Yes
1112
Text Box "Tagged"?
Yes
Invoke Redefined "show" operator to Parse Graph Parameters and Value Data Pairs (from text box) and save as PS global variables
1114
No
1116
Invoke standard PS "show" operator
1118
More PS elements to process?
No
Done Processing PS file
1120
Yes
1110
Get Next PS Element

FIG. 11




FIG. 11A-1




FIG. 11A-2


PROMPT USER TO SPECIFY INFORMATION
TO CREATE PAGINATION FILE:
-MAX. # IF PAGES
-LH/RH FILLER PAGE ID
FOR EACH PAGE, SPECIFY :
-FORCE LEFT, FORCE RIGHT OR NO FORCE
-FILLER PAGE I.D. FOR FORCED PAGE
-MASTER, ALWAYS VARIABLE OR SELECTIVELY VARIABLE
340
OPEN PRESS COMMAND FILE
342
SELECT DATABASE FILES, PAGINATION FILE, PLACEHOLDERS FILE AND BARCODE FILES
344
RETRIEVE RECORD IN PRESS COMMAND FILE
346
DETERMINE WHICH PAGES SHOULD PRINT (SEE FIG. 13)
348
DETERMINE WHETHER PAGES ARE LEFT OR RIGHT (SEE FIG. 14)
350
"PAD" PAGES INTO MULTIPLES OF "N" (SEE FIG. 15)
352
GENERATE POSTSCRIPT ® INSTRUCTION SET
354

FIG.12


PAGINATE iT Project:
Signature Filler Pages
QuarkXPress File
Pg#
Right
Left
Edit Signature Filler Pages
Pagination Rules
Force
Filler QXP File
Pg#
Var
Mas
1
2
3
4
5
6
7
8
9
10
11
12
A
N
Edit Pagiation Rules
About the Rules Table...
Cancel
Save

FIG. 12A



348
RETRIEVE PAGE FROM RECORD IN PRESS COMMAND FILE
360
364
CALCULATE AND SAVE OFFSETS OF ALL PAGES IN FILE
YES
IS PAGE FROM A NEW FILE TO BE IMPOSED-ON-THE-FLY WITH OFFSETS ?
362
NO
366
IS PAGE A MASTER PAGE? (NO VARIABLE PLACEHOLDERS?)
YES
NO
370
IS PAGE MARKED "PRINT ALL TIMES" ?
YES
MARK PAGE AS "SHOULD PRINT"
368
NO
372
YES
NO
DOES PAGE HAVE ANY PLACEHOLDERS WITH VALID DATA ?


FIG. 13


350
INITIALIZE L/R COUNTER TO "RIGHT" (DEFAULT VALUE)
380
RETRIEVE PAGE THAT IS MARKED "SHOULD PRINT"
382
HAS USER SPECIFIED WHETHER PAGE SHOULD BE FORCED LEFT OR RIGHT?
384
NO
YES
FLIP-FLOP L/R COUNTER
386
DOES ORIENTATION MATCH USER SPECIFICATION? (I.E. = L/R COUNTER?)
388
YES
NO
MARK APPROPRIATE FILLER PAGE AS "SHOULD PRINT"
390

FIG. 14


352
COUNT NUMBER OF PAGES ARE MARKED "SHOULD PRINT" (INCLUDING FILLER PAGES)
392
394
IS IT A MULTIPLE OF 4?
YES
RETURN TO BLOCK 354 OF FIG. 12 TO GENERATE INSTRUCTION SET
NO
396
ADD FILLER PAGES TO MAKE IT A MULTIPLE OF 4

FIG. 15


Enter the page height and width of the imposed or "flat".
These will be as the setpagedevice parameters to the RIP.
Page Width (Inches):
17
Page Height (Inches):
11
Imposition Style:
Get Tiff Style
Finishing Style:
In-Line Finishing
Four Pagers:
Stitch
Report Field:
NO SELECTION
Bar Code:
Bottom of Sheet
Page Numbers:
Page Numbers Off
Select:
PostScript File...
Bar Code PS File
Contents File...
Bar Code Content File
Variable File (.vars)...
VDF MAC:Desktop Folder: VDF Jobs:Longs Drugs:aloha.mm.vars
Pagination File (.pag)...
Pag PS File
Book Ticket Directory...
BT Directory:
Device Name:
Master and Variable Storage Directory:
Docuprint
Queue Name:
HBA
/var/spool/XRXnps/netqreq
Cancel
OK

FIG. 16



397
Open Press Command File
Prompt User to Specify RIP Option: Master Only, Variable Only, Master & Variable
398
Select First Line In PCF Having File Name(s)
399
400
Select First File Name
406
401
File Name Unique ?
No
End of Line ?
No
Select Next File Name
Yes
Yes
405
402
Add to File List
End of File ?
No
Select Next PCF Line
Yes
407
403
No
RIP File ?
408
RIP Files in RIP List to Tiff Format
Yes
409
404
Add to RIP List


FIG. 17


"GET TIFF" IMPOSITION
RETRIEVE PAGE PAIR FROM INSTRUCTION SET
410
RETRIEVE REFERENCE TO LEFT HAND PAGE IN TIFF FORMAT
412
MOVE OFFSET TO RIGHT SIDE
414
RETRIEVE REFERENCE TO RIGHT HAND PAGE IN TIFF FORMAT
416
ADD PAGE NUMBERS AND/OR BAR TRACKING CODE
418

FIG. 18


PDL MASTER PAGE FILES
122
PDL VARIABLE PAGE FILES
137, 138
MERGED POSTSCRIPT FILES
450
PRESS COMMAND FILE
INSTRUCTION SET
140
PRESS CONTROLLER
80
COLLATOR
81
RIP
IMPOSITION-ON-THE-FLY PROCEDURES
454
82
RASTER MEMORY
452
DEMAND PRINTER
84
PRINT SYSTEM
79
454
456

FIG. 19


Standard Level 2
SHOWPAGE
Operator
500
Reason Code = 0
502
Call EndPage
Procedure
504
Result from
EndPage
= True ?
YES
506
Transmit Contents of
Raster Memory to
Output Device
(For Rendering)
NO
510
INITGRAPHICS
(Reset Default Matrix
and Clipping Path)
ERASEPAGE
(Clear Raster Memory)
508
512
Increment
PageCount
514
Call BeginPage
Procedure

FIG. 20


Redefined INITCLIP
520
Does CurrentPoint Exist?
NO
522
Set P1 = Empty Path
YES
524
Set P1 = Current Path Description (Call MakePath Procedure)
526
Save Current [CTM]
528
Set Virtual [CTM]
530
Create Clipping Path Between Corners of Virtual Page
532
Restore Saved [CTM] and Current Path (P1)

FIG. 21


Redefined TRANSFORM
534
Is Matrix Operand Supplied?
Yes
536
Call Standard TRANSFORM Operator (Systemdict_Transform)
No
538
Save Current [CTM] on Stack
540
Calculate [Operations Matrix] = [Current CTM] [Virtual CTM]-1
542
Set new [CTM] = [Operations Matrix] [System Default Matrix]
544
Call Standard TRANSFORM Operator (Systemdict_Transform)
546
Reset Current [CTM] (Saved by block 538)

FIG. 22


ENABLEVIRTUALDEVICE
550
Is PostScript Level 2? (setpagedevice in systemdict?)
No
(Level 1)
554
Rename Standard Level 1 SHOWPAGE Operator
556
Redefine Level 1 Showpage Operator to Emulate Level 2 Showpage Operator (See Fig. 20)
Yes
552
Load Redefined EndPage and BeginPage Procedures Into Current Graphics State (call setpagedevice)
558
Execute BeginPage Procedure for First Page
560
Invoke DisablePageDevice Procedure (See Fig. 24)
562
Set VirtualDeviceEnabled = True

FIG. 23

FIG. 24


DISABLEPAGE DEVICE
570
Is PostScript Level 2? (setpagedevice in systemdict?)
NO (Level 1)
YES
572
Is PageSize Included as Operand to setpagedevice?
NO
YES
574
Determine Orientation (Portrait or Landscape) of PageSize Operand
576
Is PageSize Orientation = Virtual Device Orientation?
NO
578
Invoke SetPortrait Procedure (Fig. 25)
YES
580
Call Redefined Initgraphics and ErasePage Operators
582
Redefine Compatibility Operators to Corrent Page Orientation

FIG. 25


SETPORTRAIT
590
Is Portrait True?
No
(Landscape to Portrait)
Yes
(Portrait to Landscape)
600
Convert Corner Coordinates to Landscape Orientation
602
Translate Origin in Positive-x Direction
604
Rotate 90 degrees CounterClockwise
606
Set Virtual [CTM] for Landscape Orientation
614
Convert Corner Coordinates to Portrait Orientation
616
Translate Origin in Positive-Y Direction
618
Rotate 90 degrees Clockwise
620
Set Virtual [CTM] for Portrait Orientation
622
Exchange Values of Page Width (PageX) and Page Height (PageY)
624
Reverse Value of Portrait




PORTRAIT --> LANDSCAPE

**FIG. 26A**




LANDSCAPE --> PORTRAIT

**FIG. 26B**


SETVIRTUALDEVICE
630
Is VirtualDevice Enabled = True?
NO
632
Invoke EnableVirtualDevice Procedure
633
Invoke Redefined Save Operator (See Figs. 33 & 35) (Optional Procs. Only)
YES
634
Define Virtual Page Size [PageX PageY]
636
Define Corners of Virtual Page [Clipllx, Cliplly, Clipurx, Clipury]
638
Set [CTM] to System Default Matrix for Current Output Device (systemdict_initmatrix)
640
Execute Scale, Translate and Rotate Procedures
642
Save Resultant Matrix as the Virtual [CTM] (Stored in DefaultMatrix)
648
Set Portrait = False (Landscape Orientation)
644
Is Page Width < Page Length? (PageX < PageY?)
NO
650
Invoke Redefined INITCLIP Operator to Set Clipping Path Around the Border of the Virtual Page
646
YES
Set Portrait = True (Portrait Orientation)

FIG. 27

FIG. 28


IMPOSEJOB
652
Invoke EnableVirtualDevice Procedure (Fig. 23)
653
Execute Redefined Save Operator and Store Saved State (Optional Procs. Only)
654
Retrieve File/List Pair from Instruction Set
656
Invoke IMPOSEFILE Procedure (See Fig. 29)
657
Execute Redefined Restore Operator to Restore State Saved by Block 654 (Optional Procs. Only)
Set ImageDone = True
658
660
Was SHOWPAGE Redefined? (Level 1?)
NO
664
END
YES
Execute systemdict_showpage
662

FIG. 29


IMPOSEFILE
670
PageOffset = CurrentPage + PageOffset + 1
672
Retrieve Entry from Entry List [{user proc} page # {operands} {user proc}]
673
CurrentPage = Page # from Entry
674
Is First Page on Flat? (CurrentPage = 0?)
NO
YES
678
Invoke SetVirtualDevice Procedure (See Fig. 27)
675
Execute User Procedure
676
Pop User Procedure
680
Is First Page on Flat? (CurrentPage = 0?)
NO
Invoke MakeNull Procedure (see Fig. 30) For Scaled-Down Virtual Device (INITCLIP)
682
YES
684
Find Last Page on Flat
686
Interpret Page Descriptions (containing SHOWPAGE Operator) in PostScript File Through Last Page
688
Flush File and Close File
690
Get Next File/List Pair from IMPOSEJOB Procedure

FIG. 30


MAKENULL
Calculate and Save MidPoint of Virtual Clipping Path in Device Space
698
Get Virtual [CTM] (Stored in DefaultMatrix)
700
Calculate Sx and Sy Scale Factors
702
Scale Virtual [CTM]
704
Store Scaled Virtual [CTM] as the New Virtual [CTM] in DefaultMatrix
706
Set MidPoint of Scaled Clipping Path Equal to Original MidPoint Coordinates (Saved by Block 698)
708

FIG. 31


Redefined EndPage
710
Called by SHOWPAGE? (Reason Code = 0?)
No
Yes
712
CurrentPage + PageOffset = PageCount?
No
Yes
Execute Second User Procedure (Offsets)
713
714
Increment CurrentIndex to Get Next Entry from Entry List
716
CurrentIndex <= LastIndex?
No
Yes
718
Reset Graphics State to Default (systemdict_initgraphics)
720
Retrieve Entry from Entry List (Operands to setvirtualdevice)
722
Invoke setvirtualdevice Procedure
724
CurrentPage = Page Number from Retrieved Entry (Next Page on Flat)
726
Invoke MakeNull Procedure (Fig. 30) (assume next page not on flat)
Pop User Procedure
728
730
Get Value of ImageDone ("True" means flat is complete)
Reset ImageDone to False
732

FIG. 32



Redefined BeginPage
740
Set Virtual [CTM] (redefined INITMATRIX)
742
Is Page on Flat? (PageCount = CurrentPage + PageOffset?)
NO
752
PageCount > LastPage + PageOffset?
NO
756
Invoke Redefined INITCLIP Operator (See Fig. 21)
YES
744
Get Entry from Entry/List Pair
YES
754
STOP "Done with Current File"
745
Execute User Procedure
746
Invoke SetVirtualDevice Procedure (See Fig. 27)
748
Pop Page Number from Retrieved Entry
750
Blank Out Virtual Page (Erase Any Stray Marks from Non-Selected Pages)


VSAVE
800
Save Current [CTM]
801
Set [CTM] =
Identity Matrix
802
Does
CurrentPoint
Exist?
NO
808
Set P1 = No-op
(Empty) Path
810
FirstOp = Moveto
(Set CurrentPoint)
YES
804
Set P1 = Current Path
(Invoke MakePath
Procedure)
FirstOp = Lineto
(Add Segment to
Current Path)
806
812
Create Unlimited
Bounding Box
(SetBigBBox)
814
Invoke FirstOp to Append Page
Size (PageX and PageY)
Components to Current Path
818
Append Virtual [CTM]
Components to
Current Path
820
Replace Identity [CTM] with
Previously Saved [CTM]

FIG. 33


VRESTORE
830
Save Current [CTM]
832
Set [CTM] = Identity Matrix
834
Retrieve Current Path Operands (includes page size & virtual [CTM] components at time of save)
836
Set ResDefaultMatrix and ResPageSize to [CTM] and Page Size from Current Path (at time of save)
Res DefaultMatrix = Current DefaultMatrix?
838
No
Yes
840
Set [CTM] to Value Saved by Block 830
842
Set P1 = Path at Time of Save (without PageSize and [CTM])
844
Is Restored Page Orientation = Saved Page Orientation?
No
Yes
846
Change Page Orientation (Invoke SetPortrait Procedure)
856
Remove Page Size and Virtual [CTM] Components from Current Path
Restore Current Path
858
Restore [CTM] to Value Saved by Block 830
860
848
Set C1 = Current Clipping Path
850
Calculate New [CTM]
852
Execute Correct Clipping Path (C1) in Virtual [CTM] Coordinate System
854
Restore Current Path (P1) in Virtual [CTM] Coordinate System

FIG. 34




FIG. 35




FIG. 36




FIG. 37

# METHOD OF REPRODUCING VARIABLE GRAPHICS IN A VARIABLE IMAGING SYSTEM

## RELATED APPLICATIONS

This application is related to the subject matter described in co-pending U.S. application Ser. No. 08/802,337 entitled "Imposition Process and Apparatus for Variable Imaging System," filed Feb. 2, 1997, which is a continuation-in-part of U.S. application Ser. No. 08/478,397, filed Jun. 7, 1995 and a continuation-in-part of U.S. application Ser. No. 08/627,724, filed Apr. 2, 1996.

## TECHNICAL FIELD

The present invention relates generally to reproduction methods and systems, and more particularly to a method of and system for selectively reproducing variable graphics information.

## BACKGROUND ART

Most printing systems in use today utilize printing plates or cylinders which are engraved or photochemically processed to create an image thereon. Ink is then deposited on the plate or cylinder and the ink is thereafter transferred to a substrate, such as paper. In a conventional printing press, a number of pages are printed on a sheet of paper to form a signature which is then folded and assembled with other signatures. The assembled signatures are then bound, trimmed and finished by finishing apparatus to produce finished books, such as magazines, catalogs or any other printed and bound matter.

Often, there is a need to produce different versions of books and/or customized books within a single press run. For example, it may be desirable to produce a number of standard books together with a number of books having additional and/or different signatures or pages therein. Also, it may be necessary or desirable to provide customized information in the form of an address label, personalized information or the like on the inside or outside of finished books. In either case, conventional printing systems are not easily adaptable to produce books of these types.

A printing system which has the ability to produce differing book versions and/or books with customized information is disclosed in Riley U.S. Pat. No. 4,121,818, assigned to the assignee of the instant application. The printing system includes a number of packer boxes disposed adjacent a binding chain wherein each packer box stores a plurality of signatures. A control is included for controlling the packer boxes to selectively feed signatures onto chain spaces of the binding chain so that books of varying content can be produced. Customized information can be printed on the signatures by means of an ink jet printer which is selectively operated by the control. Other types of customization can be effectuated, such as by inserting or onserting cards or the like.

Other systems for producing customized books are disclosed in Abrams et al. U.S. Pat. No. 3,899,165, Wong et al. U.S. Pat. Nos. 4,500,083 and 4,674,052, Wong U.S. Pat. No. Re 32,690 and Berger et al. U.S. Pat. Nos. 4,768,766 and 4,789,147.

Image manipulating systems have been developed which permit gathering of images in an office or home environment. For example, conventional word processing programs, such as Microsoft® Word®, WordPerfect® and the like, permit a user to import images into a page and also allow a



user to command which pages of a document to print. In addition, macros (i.e., a sequence of commands) can be assembled and executed within these programs which can allow printing of particular document pages in a certain order. Still further, most word processing programs have merge capability wherein a customized image is merged with other standardized information and printed or displayed. As one example, customized information in the form of addressee and address information may be merged with standardized return address information and printed on a series of envelopes.

A different image gathering capability provided by CAD (computer aided design) software, sometimes referred to as "layering," involves the creation and storage of a base page and one or more layer pages. A user can issue commands to display or print the base page and one or more of the layer pages simultaneously atop one another to achieve an effect similar to the overlay of transparencies so that a composite page appearance results.

While the foregoing image manipulating systems allow some image gathering capability, none is effective to assist in the rapid production of different book versions. Of course, CAD systems are primarily designed for line art and not text or graphic images, and hence are of only limited use. Further, if one were to use word processing software to produce book versions, it would be necessary to issue commands to separately print the pages of each book version just before such version is to be produced. That is, a user would have to create and store pages to be included in a first book version and then command the software to print as many copies of the first version as are needed. Thereafter, the user would have to recall the pages of the first version from memory, edit and store the pages to create pages to be included in a second book version and then command the system to print the required number of books of the second version. Similar steps would have to be undertaken for each other book version to be produced. Alternatively, the pages of the different book versions could be created and stored and thereafter printed together. In either event, where many book versions are to be produced, such a process would be quite time-consuming. In addition, image importation and merge routines provided as a part of word processing software are adapted for use on a sub-page basis only and hence are of only limited usefulness in the book production environment. Still further, data manipulated by word processing software are largely (if not entirely) in symbolic format. As a result, data to be displayed or printed must be first rasterized by a raster image processor (RIP), which utilizes complex and time-consuming computational routines which further increase production time to an economically impractical level.

Recently, new printing systems have been developed, called "demand printers," which are capable of high speed printing of images from electronic representations thereof. The demand printer produces high quality color (or black and white) images using a set of fusible toners in an electrophotographic process. More particularly, a web of paper is passed adjacent a series of drums, each of which has been electrostatically charged according to an image pattern for a particular color to be applied to the web. The charge is transferred to the paper and an oppositely charged toner of the proper color is brought into contact with the paper. The oppositely charged web and toner attract so that the toner is held on the paper as other colors are applied thereto. The toners and paper are thereafter heated to fuse the toners to the paper to produce the final image. The web is then cut into sheets (or "forms") and the forms are further processed as needed to produce a final product.

Unlike conventional presses which utilize engraved or photochemically prepared plates or cylinders, demand printers are capable of rapidly printing high quality images of differing content owing to the fact that the images are produced by an electrophotographic process. That is, instead of the need to replate and re-engrave a gravure cylinder when a different image is to be printed therewith, it is only necessary to change the charge applied to the drums of the printer in order to make such change. Thus, different images can be printed by the same printer without significant delays. This advantage makes the demand printer desirable for use in certain production environments.

Warmus, et al., U.S. patent application Ser. No. 08/802,337, entitled "Imposition Process and Apparatus for Variable Imaging System," discloses an apparatus and method for controlling a display device so that fixed and variable information may be reproduced in a simple and effective manner. More particularly, first and second sets of template data representing associated first and second template pages, respectively, are developed. Each set of template data includes master data representing fixed information and area data representing an area of a page for variable information. A database is also developed having a number of entries each of which represents variable information. The Warmus et al. apparatus and method generates page definition language representations of each master and variable page in accordance with the sets of template data and the entries in the database and automatically imposes or positions the pages to be reproduced on a display device, such as a printer or computer monitor.

Some users of variable demand printing systems may wish to produce books containing variable graphics information, such as pie charts or bar graphs, which are customized for each book. For example, a financial institution may want to produce individual booklets relating to investment information and illustrate, using a bar graph or pie chart, the amount or percentage of money invested in a variety of funds. In prior systems, such as the Warmus et al. system described above, customized graphics information had to be preprocessed by generating each graph off-line and then incorporating the customized graphs into the appropriate pages and books. Vinberg, et al., U.S. Pat. No. 4,800,510, is an example of a prior art system for preprocessing user-input parameters into graphic format.

These prior methods, which required preprocessing of graphics information, were time-consuming and expensive. Thus, there remains a need for a system for generating variable graphics information "on-the-fly," i.e., generating graphics as booklets are being imposed and/or printed, without the need for preprocessing the information.

## SUMMARY OF THE INVENTION

The present invention is an enhancement of the Warmus et al. system (described in co-pending patent application Ser. No. 08/802,337) which allows variable graphics information to be generated "on-the-fly" along with other master and variable image and text information. In general, a database of the information to be represented in graphic format, along with other variable information, is created and a user is prompted to select various graph parameters (size, type, colors, etc.). Instructions are downloaded to the interpreter (or RIP) such that the page description language files for each page retrieve information from the database and generate a graph according to the user-specified parameters.

According to one aspect of the present invention, a method of controlling a display device to display variable graphics information, comprises the steps of:

(a) creating a database having a number of entries, each of which represents variable information and wherein selected entries represent variable graphics information;

(b) developing template page files, each page file having master data representing fixed information and area data representing an area of a page for variable information;

(c) selecting areas of the page for the variable graphics information; (d) specifying graph parameters; and (e) causing the display device to display the pages with the fixed information, selected variable information from the database, and selected variable graph information from the database, wherein the selected variable graphics information is displayed according to the specified graph parameters.

According to a preferred embodiment of the invention, the step of selecting the areas of the page for variable graphics information further comprises: (i) creating an image box at a selected area of the page; (ii) selecting the entries in the database corresponding to the variable graphics information; (iii) layering a text box over the image box; (iv) inserting the specified graph parameters and the selected database entries into the text box; and (v) tagging the text box as containing variable graphics information. The text box may be tagged by assigning the text box an unusual attribute (i.e. color or font) or by inserting a text delimiter in the text box. The graph parameters (i.e. graph type, size, labels, scaling, etc.) may be specified by prompting a user to select parameters, by setting the parameters to a default value or by a combination of both.

Also according to a preferred embodiment, the step of causing the display device to display the pages comprises determining if a page file contains an area selected for variable graphics information and, if a page file contains an area selected for variable graphics information, saving the specified graph parameters and selected entries from the database representing variable graphics information, and executing a graph file to generate a graph using the specified graph parameters and selected database entries.

According to an alternative embodiment of the invention, the display device displays the variable graphics information as a bar chart by: (i) generating a bar chart at the selected area on the page, wherein the chart includes a bar for each database entry representing variable graphics information and each bar corresponds to a maximum value of the database entries representing variable graphics information; and (ii) analyzing each database entry representing variable graphics information and covering a portion of the bar corresponding to that entry based on a comparison of the value of that entry with the maximum value. The portions of the bars are covered using named image boxes, wherein each named image box corresponds to a name of a database entry.

According to another alternative embodiment, the variable graphics information is displayed as a bar chart and the display device displays the pages with selected variable graphics information by: (i) generating a bar chart at the selected area on the page, wherein the chart includes an image box for each database entry representing variable graphics information and each image box corresponds to a maximum value of the database entries representing variable graphics information; (ii) retrieving the value of each database entry representing variable graphics information; and (iii) anamorphically scaling each image box to correspond to the value of the database entry. This embodiment is particularly suited for graphs using graphic objects.

According to yet another alternative embodiment, the display device displays the pages with selected variable graphics information by: (i) retrieving the values of the

database entries representing variable graphics information; (ii) transferring the database values to a spreadsheet program (such as Excel®); (iii) generating a graph using the spreadsheet program based on the transferred database values and the specified graph parameters; and (iv) linking the graph back to the selected area on the pages.

According to another aspect of the present invention, a method of reproducing pages including variable data, wherein the variable data is stored in a database, the method comprises the steps of (a) creating template page files, each page file having fixed information and a placeholder at the location on the page where the variable data will be reproduced; (b) specifying graph parameters; (c) selecting entries from the database that contain variable graph data; (d) tagging the placeholders that correspond to variable graph data; (e) layering the specified graph parameters and the selected variable graph data entries from the database over the placeholder corresponding to the variable graph data; (f) interpreting the page files, including executing a graph file to generate a graph using the specified graph parameters and variable graph data entries; and (g) transmitting the pages to a display device.

Other features and advantages are inherent in the apparatus claimed and disclosed or will become apparent to those skilled in the art from the following detailed description in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram illustrating a prior art method of producing books;

FIG. **2** is a block diagram of a method of producing books implementing the present invention;

FIG. **3** is a block diagram illustrating an exemplary system for implementing the method of the present invention illustrated in FIG. **2**;

FIG. **4** is a block diagram illustrating one of the demand printing systems of FIG. **3** in greater detail;

FIG. **5** is a generalized diagram of the steps implemented by the method of the present invention;

FIGS. **6***a* and **6***b* are elevational views of portions of a sample book that may be produced by the present invention;

FIGS. **7***a*, **7***b* and **8***a*, **8***b* are elevational views of portions of other sample books that may be produced by the present invention;

FIG. **9** is a flowchart illustrating programming that may be executed by a user on a personal computer to create the template files **106** of FIG. **5**;

FIGS. **9A-1** through **9A-4** are flowcharts illustrating programming of the EPS graph file to generate the variable graphs of the present invention;

FIGS. **10***a*–**10***f*, when joined along similarly-lettered lines, together represent programming executed by the control unit **52** of FIG. **3** to create the PDL master and variable files;

FIG. **11** is a flowchart illustrating programming implemented by the RIP **82** of FIG. **4** to generate the variable graphics information of the present invention;

FIGS. **11A-1** & **11A-2** illustrate an alternative ("named image box") method for generating variable graphs;

FIG. **12** is a flowchart illustrating the programming implemented by the control unit **52** to generate a page description language instruction set specifying which pages should be printed and how the pages should be positioned (or imposed) for printing;

FIG. **12A** is a sample window to prompt a user for the information needed to create a pagination file;

FIG. **13** is a flowchart illustrating in detail the programming implemented by the block **348** of FIG. **12** which determines which pages should be printed for a particular record in the press command file;

FIG. **14** is a flowchart illustrating in detail the programming implemented by the block **350** of FIG. **12** to determine whether the pages should be forced to the left or right-hand side of the book;

FIG. **15** is a flowchart illustrating in detail the programming implemented by the block **352** of FIG. **12** to pad the pages included in the book into a multiple of the number of pages to be printed on a sheet;

FIG. **16** is a sample window to prompt a user to provide various information to select imposition and printing styles;

FIG. **17** is a flowchart illustrating the programming implemented to RIP page files to Tiff format for use in "Get Tiff" imposition;

FIG. **18** is flowchart illustrating the programming implemented to impose pages using "Get Tiff" imposition;

FIG. **19** is a more detailed block diagram of the print system **79** (shown in FIG. **4**) incorporating the imposition-on-the- fly procedures;

FIG. **20** is a flowchart illustrating the standard operation of the Level 2 Postscript® showpage operator;

FIG. **21** is a flowchart illustrating the program steps implemented by the redefined PostScript® initclip operator according to the imposition-on-the-fly procedures;

FIG. **22** is a flowchart illustrating the program steps implemented by the redefined PostScript® transform operators according to the imposition-on-the-fly procedures;

FIG. **23** is a flowchart illustrating the program steps implemented by the EnableVirtualDevice procedure according to the imposition-on-the-fly procedures;

FIG. **24** is a flowchart illustrating the program steps implemented by the DisablePageDevice procedure according to the imposition-on-the-fly procedures;

FIG. **25** is a flowchart illustrating the program steps implemented by the SetPortrait procedure according to the imposition-on-the-fly procedures;

FIG. **26A** is a diagram illustrating the conversion of a portrait-oriented page to a landscape-oriented page according to the SetPortrait procedure of FIG. **24**;

FIG. **26B** is a diagram illustrating the conversion of a landscape-oriented page to a portrait-oriented page according to the SetPortrait procedure of FIG. **24**;

FIG. **27** is a flowchart illustrating the program steps implemented by the setvirtualdevice procedure according to the imposition-on-the-fly procedures;

FIG. **28** is a flowchart illustrating the program steps implemented by the Imposejob procedure according to the imposition-on-the-fly procedures;

FIG. **29** is a flowchart illustrating the program steps implemented by the ImposeFile procedure according to the imposition-on-the-fly procedures;

FIG. **30** is a flowchart illustrating the program steps implemented by the MakeNull procedure according to the imposition-on-the-fly procedures;

FIG. **31** is a flowchart illustrating the program steps implemented by the redefined EndPage procedure according to the imposition-on-the-fly procedures;

FIG. **32** is a flowchart illustrating the program steps implemented by the redefined BeginPage procedure according to the imposition-on-the-fly procedures;

FIG. **33** is a flowchart illustrating the program steps implemented by the Vsave procedure according to the imposition-on-the-fly procedures;

FIG. **34** is a flowchart illustrating the program steps implemented by the Vrestore procedure according to the imposition-on-the-fly procedures;

FIG. **35** is a flowchart illustrating the program steps implemented by the redefined Postscript® save operators according to the imposition-on-the-fly procedures;

FIG. **36** is a flowchart illustrating the program steps implemented by the redefined PostScript® restore operator according to the imposition-on-the-fly procedures; and

FIG. **37** is a flowchart illustrating the program steps implemented by the redefined PostScript® restore and grestoreall operators according to the imposition-on-the-fly procedures.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. **1** illustrates a prior art method of producing books, for example, as shown in the above-identified Riley et al. '818 patent. During a publishing step **20**, the contents of one or more book versions are determined. Each version may comprise, for example, a set of standard or common pages. In addition, some of the versions may include one or more additional pages or other customized information. Thereafter, during a preliminary step **22**, color correction of color images is undertaken together with undercolor removal and screening for halftone images. During a prepress step **24**, page imposition is effected and printing cylinders or plates are prepared. The plates or cylinders are then used during a printing step **26** to prepare signatures which are loaded into packer boxes (not shown). As noted in the Riley et al. '818 patent identified above, the signatures are then selectively collected on a gathering chain (not shown) during a book assembly step **28** and the gathered signatures are bound and trimmed to create the books. The books are thereafter distributed during a step **30** to users via one or more distribution systems, for example, the U.S. Postal Service.

As should be evident from the foregoing, customization occurs during the book assembly step **28**, inasmuch as the choice of particular signatures to be included in a book is made at that time. In addition, customized information can be printed onto selected signatures using an ink jet printer disposed adjacent the gathering chain. Thus, for example, addressee information can be printed by the ink jet printer on assembled books so that preprinted addressee labels need not be used. Other types of customization can be effected at this time, for example, by inserting or onserting cards into or onto a stack of collected signatures, affixing a specialized or customized cover on a gathered stack of signatures, or the like. Customization at this point in the production process is simpler and less expensive than, for example, separately printing each book version with customized information.

FIG. **2** illustrates a block diagram of a method **40** according to the present invention which may be used in place of the method of FIG. **1** to produce books. The method **40** includes a step **42** which utilizes the output of publishing and preliminary steps **36**, **38** and produces books for distribution according to the step **30** of FIG. **1**. The step **42** creates one or more master and variable page files in, for example, a page description language (PDL) such as Postscript® (PostScript® is a trademark of Adobe Systems, Inc. for its page description language) representing pages to be produced. In addition, as noted in greater detail hereinafter, a press command file (also referred to as a "book ticket" file) is developed which specifies the manner in which data contained within the master and variable page files are to be merged to produce printed pages. The format of the press command file may be, for example, of the form specified by Barco Graphics of Gent, Belgium, which is particularly suited for control of a DCP-1 digital color press manufactured by Xeikon of Mortsel, Belgium. Alternatively, the format of the press command file may be of the form specified for control of a DocuPrint printer, manufactured by Xerox Corporation. Other demand printers include the IBM 3900 or Siemens 2090 Twin or 2140 Twin. It should be noted that the apparatus and method of the present invention are not limited to use with a particular type of demand printer or a particular system for controlling such a printer, inasmuch as the invention can be adapted for use with any type of printer or control whether located locally or remotely.

The master and variable page files and the press command file are converted by a collator and raster image processor (RIP) into bitmaps which may be stored in a memory. The stored bitmaps are used to control one or more demand printers and/or any other type of display device, such as a laser printer, a CRT, an LCD display or the like so that the device displays pages having fixed and variable information thereon. Alternatively, the master and variable page files may be premerged to create a plurality of combined files each representing a page to be reproduced with master and variable information. The combined files can be then sent to any type of printer or other display device, whether local or remote. Also, the combined files can be converted to a suitable format (e.g., Acrobat® PDF format) and transmitted to a remote location using a facsimile machine, e-mail, the Internet/World Wide Web or other transmission medium, if desired. Advantageously, the combined files may be transmitted over the Internet or any other networked or linked computers, such as a company intranet. In this case, an electronic page containing customized data can be sent over the Internet/intranet to a user based upon user demographic (s), a user search and/or any other identifiable user interest (s). For example, a customized Internet page could be sent with links to other web pages of interest to a user or a customized page may be sent in response to a user search for information on a particular subject. Alternatively, or in addition, ads could be generated and sent as a web page to one or more users based upon user demographics. As a further example, personnel information concerning a particular employee may be sent to the employee in response to a request for information.

If the pages are to be displayed by rendering the pages on the demand printer, the assembled books may be bound and trimmed and, if desired, further customized, during a finishing step.

FIG. **3** illustrates a system **50** which implements the steps **36**, **38** and **42** in the method **40** of FIG. **2**. A control unit **52**, which may be implemented by a personal computer or another type of computer, includes a memory **53** and stores therein data representing images to be printed. As noted in greater detail hereinafter, the data may be specified by a publisher using a personal computer **54** or any other type of computer and may comprise one or more template files specifying pages to be produced with master or fixed printed information (i.e., printed information which does not vary from book to book of the same version) and variable printed information (which typically varies from book to book). The variable information may be stored in a database created by the publisher and the template file(s) specify the locations on particular pages for variable information stored in the database, as noted in greater detail hereinafter.

If desired, image data may be obtained from any other type of device or devices, such as a scanner which scans input copy, data supplied over a network or any other source. The control unit **52** is further responsive to control and makeready files and causes one or more demand printing systems **62** to print desired pages. While three demand printing systems **62***a*–**62***c* are illustrated in FIG. **3**, it should be understood that the control unit **52** may operate a different number of demand printing systems, as desired. Also, the control unit **52** may operate a fax machine **64** and/or may communicate with other remote devices to send properly converted combined files, as desired and as noted above. In the case of other remote devices, a modem **65** may be operated by the control unit **52** to transmit data representing one or more pages to be displaced by a display device at a remote location over phone lines (land lines and/or cellular) or a combination of phone lines and the Internet. Alternatively or in addition, the data may be sent to a local or remote location at least in part over an intranet or another computer network through a direct connection therewith. The combined files may be printed or may alternatively be reproducible in a different medium and/or may comprise a non-static image or other information, e.g., movies or audio.

The pages printed by the demand printing system **62** may be supplied to a finishing apparatus **66** which includes various auxiliary production devices and device interfaces for assembling the pages to produce finished books which are ready for distribution. The finishing apparatus **66** may include one or more gathering devices **70** for gathering printed pages into books, one or more ink jet printers **72** for printing additional customized information, such as addressee information, on each book, one or more label printers **74** for printing address labels and/or other control devices **76**. In addition, one or more detectors **78** may be provided to sense when a defective book is produced. The control unit **52** may be responsive to the output of the detector **78** to reorder a defective book at an appropriate point in the production sequence thereof so that advantage can be taken of postal discounts, if possible.

One or more components of the finishing apparatus **66** may be physically located on the demand printer (i.e. "online finishing"). Alternatively, the finishing apparatus **66** may be physically separate from the demand printer (i.e. "offline finishing").

FIG. **4** illustrates the demand print system **62***a* of FIG. **3** in greater detail, it being understood that the systems **62***b* and **62***c* are functionally similar. The system **62***a* includes a print system **79** having a press controller **80**, a collator **81** and a raster image processor (RIP) **82** which are operable in response to press commands generated by the control unit **52**. A collator is an electronic device for storing raster image processor files (i.e., bitmap files) and delivering selected files to a digital press in real time, such that the digital press can run at full speed while processing and printing unique page data for each book produced on the press. The RIP **82** converts the page files to bitmap format or any other format, such as a symbolic printer control language. The collator **81** includes memory in the form of mass storage drives and physical memory and collates the bitmap page files. If desired, the collator **81** and/or RIP **82** may comprise a part of the press controller **80**. The controller **80** instructs the collator **81** to send page files to a demand printer **84**. The print system **79** may comprise the PrintStreamer system, manufactured and marketed by Barco Graphics of Belgium, while the demand printer **84** may comprise the Xeikon DCP-1 digital color press noted above. Alternatively, the demand printer **84** may be a DocuPrint printer manufactured



by Xerox Corporation and the RIP **82** may be a Xerox DocuPrint RIP. It should be noted that a different print system and/or demand printer may alternatively be used, such as the Indigo printer manufactured by Indigo Nev., of Maastricht, Netherlands, if desired.

FIG. **5** illustrates in diagrammatic generalized form the method of the present invention. For the purpose of explaining the present invention, as an example, it will be assumed that the demand print system **62***a* will be operated to produce a number of multiple-page books in the form of a brochure in duplex (or "saddle-stich") format. FIGS. **6***a* and **6***b* illustrate four pages P1–P4 printed on a single sheet of paper **100** and to be included in a brochure. The sheet of paper **100** includes a first side **100***a* with printed pages P1, P4 thereon and a second side **100***b* with pages P2, P3 printed thereon. (As will become evident hereinafter, the use of designations P1–P4 is not meant to imply that such pages will necessarily become pages 1, 2, 3 and 4 of the finished book.) In addition, pages P1–P4 are imposed such that the page P1 is placed on a right-hand portion **100***a–r* of the side **100***a* while the page P4 is placed on a left-hand portion **100***a–l* of the side **100***a*. Further, the page P2 is placed on a left-hand portion **100***b–l* of the side **100***b* while the page P3 is placed on a right-hand portion **100***b–r* of the side **100***b*. In this fashion, when the sheet of paper **100** is folded along a fold line **102** with the pages P1 and P4 on the outside, the pages P1–P4 appear in sequence. (The format shown in FIGS. **6**A and **6**B is often referred to as "saddle stitch" imposition and is commonly used in magazines.) Because each book to be produced in this example includes multiple sheets of paper (or "forms"), each folded once along a fold line, the imposition process takes into account shingling effects but not bottling effects. It should be noted both of that such effects will generally have to be taken into account when more than two pages are to be printed on a single side of a sheet of paper and thereafter folded multiple times and assembled with other multiple-folded printed sheets of paper to create a book.

In addition to the foregoing, in the first example, assume that the pages P1 and P4 will become the outside front and back covers, respectively, of a finished book and include variable and fixed information thereon. Further, assume that the pages P2 and P3 will become the inside front and back covers, respectively, (as must be the case if P1 and P4 are the outside front covers) and include fixed information only thereon. For example, the page P1 may include variable information in the form of a personalized message, a variable image, or the like in an area **110** whereas the page P4 may include other variable information in an area **112**, for example, postal information for mailing the brochure to an addressee. Corresponding front and back pages of the remaining books may include different variable information. The remaining printed information on pages P1–P4 may be identical to the printed information on corresponding pages of remaining books.

The books to be produced may include the same or differing number of forms and may have the same or differing numbers of pages. For example, the pages P1–P4 may be assembled with a number of other printed forms comprising twelve additional pages to produce a first book having sixteen pages. Another book to be produced in the same run may include some or all of pages P1–P4 and a second number of forms printed with twenty other pages, some of which may or may not be identical to the twelve additional pages of the first book. Filler pages may be placed in some or all books to cause such book(s) to have a certain number of pages. This may be necessary or desirable to result in a book length which is evenly divisible by four (in

the event pages are imposed as two-page spreads) and/or to insure that particular page(s) appear on the left-hand or right-hand side in the finished book.

In fact, the books to be produced in the same press run may be different in terms of page content and/or appearance, book length, book size (by changing page imposition parameters), book version, etc. . . . Specifically, for example, the pages of FIGS. **7***a*, **7***b* and **8***a*, **8***b* may be produced and assembled in different book versions together with the book version incorporating the pages of FIGS. **6***a* and **6***b* in the same production run or job. Pages **P5**–**P8** of FIGS. **7***a* and **7***b* are identical to the pages **P1**–**P4**, respectively, of FIGS. **6***a* and **6***b* except that an additional area **113** is provided on the page **P5** for placement of variable information, in addition to the areas **110** and **112**. Because of the addition of the area **113**, the remaining master information appearing in an area **114** differs from master information appearing in an area **116** of the page **P1** of FIG. **6***a*.

The book version incorporating eight pages **P9**–**P16** of FIGS. **8***a* and **8***b* differs from the book versions incorporating the pages of FIGS. **6***a*, **6***b* and **7***a*, **7***b* not only in terms of content of master and variable information, but also number of pages and page size. Specifically, the pages **P9**, **P12**, **P13** and **P16** are to be printed on a first side **117***a* of a sheet of paper **118** and the remaining pages **P10**, **P11**, **P14** and **P15** are to be printed on a second side **117***b* of the sheet **118**. In addition, the pages **P11**–**P14** are printed upside down relative to the remaining pages so that, when the sheet **118** is folded first along a fold line **119***a* and then along a fold line **119***b*, the resulting pages **P9**–**P16** appear in order. Thereafter, the folded sheet **118** is trimmed to separate the pages **P9**–**P16**. As should be evident, the pages **P9**–**P16** are one-half the size of the pages **P1**–**P8**, and further include different master and variable information thereon. The demand printer may also have multi paper trays to select different paper sizes, stocks, colors etc. or preprinted sheets to be included in the finished book.

Referring again to FIG. **5**, one or more template files **106** are developed by a publisher specifying the content (including appearance) of fixed information and the positioning of all information (i.e., fixed and variable) on the different books or book versions. A database **108** is also developed by the publisher using the personal computer **54** specifying the content of variable information to be placed in variable information areas, for example, the areas **110**, **112** on the pages **P1**, **P4**, respectively, of FIGS. **6***a* and **6***b*. The database **108** includes variable text and graphic information and further includes control information, as noted in greater detail hereinafter.

The template files **106** include data specifying the position and content of fixed information on the pages to be printed. Specifically, the template files **106** define template pages wherein each template page includes data representing any fixed information to be reproduced on corresponding pages of the books or book versions and area data representing any area(s) on the corresponding pages where variable information is to be reproduced. The template files are duplicated to create working files. One set of working files is stripped of all area data relating to placement of variable information to create stripped master page files **120** defining template pages having only fixed information thereon. The stripped master page files are then converted into PDL master page files **122** expressed in a page description language, such as PostScript®.

Optionally, the PDL master page files **122** may be converted into two-page spreads by a page make-up program such as QuarkXPress®. Preferably, however, the PDL master page files **122** are provided to the print system **79** and imposed according to either the "GetTiff" or the "imposition-on-the-fly" imposition processes, as explained in detail below.

A further set of working files is stripped of all fixed information to create stripped variable page files **126** defining template pages having fixed information removed therefrom and further having the area data defining the areas **110**, **112**. The data representing template pages having variable information thereon are expanded into a set of intermediate page files. In the example of FIGS. **6***a* and **6***b* and under the assumption that three books are to be printed, two intermediate page files **130**, **132** are thus produced. The file **130** includes a file portion **P1**-*a* defining the position of variable information to be produced on the page **P1** for the first book. Two other file portions **P1**-*b* and **P1**-*c* define the position of variable information to be produced on the front outside covers of the remaining two books. In like fashion, file portions **P4**-*a*, **P4**-*b* and **P4**-*c* represent the position of variable information to be reproduced on the back outside covers of the three books. At this point, data is also contained in each of the files **130**, **132** identifying the entries in the database **108** to be placed in the areas **110**, **112** during printing.

The files **130**, **132** are then converted into variable page files **134**, **136**. The files **134**, **136** are identical to the files **130**, **132**, respectively, except that the data in each file identifying entries in the database are replaced by the actual data stored at such entries. The files **134**, **136** are then converted into files **137**, **138** in a PDL format, for example, PostScript®.

Like the master PDL files **122**, the variable PDL files **137**, **138** may be converted into two-page spreads by a page make-up program such as QuarkXPress®. Preferably, however, the variable PDL files **137**, **138** are provided to the print system **79** and imposed according to the imposition procedures of the present invention, as explained in detail below.

The print system **79** operates in response to the press commands in a press command file **140** and merges the PDL master page files **122** with the PDL variable files **137**, **138** to create the finished books or book versions. Alternatively, the master page files **122** may be premerged with the PDL variable files **137**, **138** before the files are provided to the print system **79**.

The database **108** is assembled by creating an ASCII file having a plurality of records wherein each record includes one or more fields entered into the database in tab-delimited format (i.e, the fields are separated from one another in each record by tab keystrokes and the records are separated from one another by line returns) and wherein the fields are arranged under field names of a header. Each field may include text to be reproduced on a page or a name of an image file stored in the memory **53** and defining an image to be reproduced on a page.

In addition to the foregoing data, the database **108** may include an optional field designating the number of copies of each book to be produced, an optional townsort image field, a version identification field indicating book version number if multiple book versions are to be produced, an optional distribution list field, control data and the like. A sample database is set out below having a header consisting of fourteen fields (i.e., "version," "address**1**," "address**2**," etc.) and a number of records, nine of which are shown. The variable graph information is contained in the fields called "1996 Sales," "1997 Sales," and "1998 Proj."

| Version | Address1 | Address2 | Address3 | Address4 | Address5 | Price1 | Image1 | Price2 | Barcode | 1996 Sales | 1997 Sales | 1998 Proj | Town sort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | William Doe | 123 Elm | Chicago | Illinois | 606248923 | $22.95 | Shoes | $21.95 | !606248923! | | 50 | 75 | |
| 03 | Hugh Jorgensen | 56 Maple | Chicago | Illinois | 606248923 | $21.95 | Shirt | $20.95 | !606248923! | 35 | 95 | 100 | |
| 02 | Jay P. Morgan | 1313 Park | Chicago | Illinois | 606248924 | $24.95 | Pants | $22.95 | !606248924! | 45 | 45 | 50 | ■ |
| 02 | Joe Louis | 819 Elm | LaGrange | Illinois | 605251093 | $19.95 | Pants | $18.95 | !605251093! | 75 | 100 | 100 | |
| 03 | John Smith | 926 Cossit | LaGrange | Illinois | 605251093 | $19.95 | Shoes | $15.25 | !605251093! | 25 | 35 | 45 | |
| 01 | Len Johnson | 882 Monroe | LaGrange | Illinois | 605251093 | $19.95 | Shoes | $17.25 | !605251093! | 65 | 75 | 100 | |
| 02 | Janet Cizmar | 916 Monroe | LaGrange | Illinois | 605251094 | $24.95 | Pants | $21.95 | !605251094! | 95 | 75 | 85 | ■ |
| 03 | Jay Schroeder | 88 W. 77th | Brookfield | Illinois | 605241391 | $21.95 | Shirt | $19.95 | !605241391! | 15 | 25 | 35 | |
| 03 | Danielle Johnston | 129 Madison | Brookfield | Illinois | 605241391 | $22.95 | Shirt | $19.95 | !605241391! | 35 | 65 | 75 | ■ |

In the example of FIGS. **6***a* and **6***b*, the field names ADDRESS**1** through ADDRESS**5**, BARCODE and TOWNSORT may appear in the area **112** and one or more of the field names PRICE**1**, IMAGE**1** AND PRICE**2** may appear in the area **110**. The database may also contain a "COPIES" field (not shown) which may be used as a control code to select the number of book copies to be produced.

FIG. **9** illustrates a flow chart of programming executed by the personal computer **54** for creating the template file(s) **106** of FIG. **5**. The programming may be written as an extension of QuarkXPress®, a page make-up program distributed by Quark, Inc. of Denver, Colo. The QuarkXPress® program may be adapted for operation on the Apple® Macintosh® operating system or any other operating system, such as the Microsoft Windows® operating system. Alternatively, a different page make-up program may be used, if desired.

During the make-up process for a document consisting of one or more pages, a template file is created for each book version to be produced, or, where a book is to include two or more parts (referred to as "sections" hereinafter) a template file may be created for each section. At a block **150**, a user creates pages containing all the static or master elements to be included. A block **151** then prompts a user to identify the database fields in the variable database **108** which will be used for variable text, image and graph information.

A block **152** then determines whether the user wishes to include a variable text element in a page. If yes, a block **153** places the name or an indication of the appropriate field in the database **108** into the template file at the insertion point defined by the current cursor position. Thus, the variable text contained in the database field will be inserted on the page at the designated insertion point.

After the block **153** inserts the database field name for the variable text element or, alternatively, if the block **152** determined that no variable text element was to be added, a block **154** then determines whether a variable image element should be added to the page. If yes, a block **155** prompts a user to define a box to contain an image at a desired location on a selected page. The block **155** then inserts a dummy picture file and an indication of the proper database field name in the template file for the page at the location indicated by the current cursor position. The user will thereafter see the dummy picture file at the insertion point on the display of the computer **54** when the page is viewed. The dummy picture file will display an indication of which database field will be used for insertion on the respective pages.

Following the block **155**, a block **156** prompts the user to enter an indication of whether the image object is to be displayed in one of several display formats. If the image is to be displayed in other than the original size thereof, a subname is defined for the image to "fit," indicating that the image is to be scaled to fit the box. If the image is to be displayed in the original size thereof, the user is prompted to select a position for the image at a particular location in the box defined therefor, such as the upper left-hand corner, the lower right-hand corner, or the like. If the user does not select a position, the image is placed in the upper left corner of the image box.

Following the block **156** or, alternatively, if the block **154** determines that no variable image element is to be added, a block **157** then determines whether any variable graph elements are to be included. If yes, a block **158** creates an image box at the position on the page where the graph will be inserted. A block **159** then prompts a user to select any attributes, such as the graph type and parameters (i.e. bar graph or pie chart, size, labels, colors, etc.), as described in greater detail below.

Next, a block **160** identifies the controlling database field names (in the database **108**) for the variable information to be included on the graph. The database fields may contain both variable graph values as well as variable graph parameters. Thus, a first version may include a small bar graph while a second version may include a larger pie chart. A block **161** then creates a text box one layer above the image box generated by block **158** and a block **162** saves the graph parameters (which were input by the user at the block **159** or obtained from the database **108**) as data pairs in the text box. The layering of the text box above the image box assures that the graph parameters will be read before the EPS graph file. The block **162** also saves the graph values as data pairs in the text box. The graph values are obtained from the database fields specified by the block **160**.

As described in detail below, the graph parameter and value data pairs in the text box will be converted into PostScript® variables and used to generate the desired graph during interpretation of the page files.

A block **163** then "marks" or "tags" the text box so that the interpreter will recognize that the text box will be used to generate a graph. The text box may be tagged in a number a ways, such as assigning the text box an unusual attribute, such as an unusual color or font. The text box could also be tagged by placing text delimiters in the text box. For example, a unique text string (such as "%#?!BeginVariableGraphData") could be placed at the beginning of the text box and another unique string (such as "%#?!EndVariableGraphData") could be placed at the end of the text box. A sample text box tagged using text delimiters and including graph parameters data pairs to create a pie chart with labels is set forth below:

%#?!BeginVariableGraphData

sChartType Pie

bShowLabels True

bShowPercents True

nXExtent 400

nYExtent 200

aXD1 xRBIpc XRunspc XOutspc xLeftpc

aXLbls RBIs Runs Scored Out Hits Without Score

%#?!EndVariableGraphData

Next, a block **164** places an Encapsulated PostScript® (EPS) graph file into the image box created by the block **158**. As described in detail below, the EPS graph file will be executed by the interpreter to generate the graph. The block **164** also designates the EPS graph file as variable data. Although the EPS graph file is actually static (it does not change), it must be designated as variable because it will be used with the variable graph parameters and values.

Control then passes to a block **165** which determines whether any additional variable elements should be added to the template file. If yes, control returns to the block **152** and the loop of blocks **152**–**165** is repeated until all variable elements (text, image and graphs) have been added. Control then passes to a block **166** which saves the template file **106** (FIG. **5**). The programming of FIG. **9** is repeated until all template files have been created.

The resulting page template files(s) are stored on a storage medium, such as an optical disc or other storage device, and/or the files(s) are downloaded together with the database to the control unit **52**.

At any point during the page make-up process, other functional aspects of the QuarkXPress® program may be invoked to both master and variable aspects as necessary to produce finished pages.

The Graph Parameters

As set forth above, the block **159** prompts a user to select the graph type and parameters and the block **162** inserts this information into the text box (in the template file) as data pairs, along with the graph value data pairs. First, the user must select the type of graph, such as a bar chart, pie chart, line graph, scatter diagram, or any other type of graph. If a user does not specify an option for any parameter, a default option will be used. Also, the graph type and parameters may be included as fields in the variable database **108** such that the graph parameters, as well as graph values, may vary.

If the user selects a bar chart, for example, the block **159** will then prompt a user to select the parameters listed below.

1) Two-dimensional or Three-dimensional—If the user chooses a 3D bar chart, the user may also specify the amount of increase or decrease of shading applied to the side of the bar as compared to the face of the bar.

2) Orientation—Horizontal or vertical.

3) Size—The size (i.e length) of the x- and y-axes. Size may be specified in either inches or points, but preferably the



size provided to the EPS graph file will be converted to inches. The user may also select "autosize," wherein the axes sizes will be determined by the EPS graph file based on the total size of the graph.

4) Bar Width—May be fixed or variable. The user may specify the bar width or it may be automatically determined by the EPS graph file.

5) Number of Bars Per Group per x-value—The number of bars at each point on the x-axis. The default value is 1 but a user may select to have 2 or more bars adjacent to each other (for example, as a comparison between two years).

6) Color—The user may choose color or black and white (grayscale). If color, the user may choose one unique color per category from a list of any number (for example, 10) default colors (such as red, blue, green, yellow, orange, black, etc.). Preferably, the colors are converted to CMYK equivalents but other color schemes may be implemented. Alternatively, the user may specify any number of customized colors (also converted to CMYK equivalents). If the user chooses black and white for the bar graph, the user may also select one unique grayscale for each category from a list of any number of default alternating grayscales or the user may custom specify grayscales.

7) Vignette Shading—The default setting is for no vignette shading such that the bars will be printed in a solid color. The user may specify vignette shading by choosing a starting and ending color and the EPS graph file will automatically shade the bar accordingly.

8) Y-Axis Bar Scaling—The y-axis may to scaled to automatically fit the maximum data point (both positive and negative) specified in the database or by the user. The user may also specify that the y-axis be scaled with a broken axis (such as when there is a wide numerical range of data) and may further specify where the axis should be broken and/or how far up on the axis the break should occur.

9) Y-Axis Divisions—The user may specify the number of divisions on the y-axis or may choose for automatic divisions (with intelligent rounding applied) based on the size and scaling of the y-axis.

10) X-Axis Bar Scaling—As a default, the space between bars in separate groups is equal to the width of the bars and the space between bars in the same group is none (i.e. the bars are adjacent). The user may also specify the spacing between bars, preferably as a percentage of bar width. The user may also select a leading space (before the first bar) and/or a trailing space (after the last bar).

11) Line Color—The user may specify the color for the axes and other lines, such as division markers. Generally, the default is black but the user may select any CMYK equivalent color or specify no color.

12) Numeric Callouts—Numeric callouts are labels that may be placed at the top or inside of each bar which specify the value that the bar represents. The default setting is for no numeric callouts but, if desired, the user may specify where they should be placed and the format (i.e., numeric or percent of maximum value).

13) Field Name Callouts—Field name callouts are labels that are placed along the x-axis at the base of each bar. The default setting is for no field name callouts but the user may specify that field names be placed inline (parallel) with the base of each bar or perpendicular to the base of each bar.

14) X-Axis and Y-Axis Labels—The user may specify text labels for the x- and y-axes, as well as the font, size, color, position and orientation of such text.

15) Legend—The user may also specify that a legend be placed at the lower right corner of the chart (or other location) with a key to the color-coding on the chart. For

example, the legend may print a small blue bar followed by "1996" and a small red bar followed by "1997" to indicate that different colored bars represent different years.

16) Graphics Object—In the default setting, the bars on the graph will be drawn as standard rectangles. The user, however, may wish to use graphics in place of the rectangular bar. For example, a transportation company may wish to use bars in the shape of trucks or a soft drink manufacturer may wish to use bars in the shape of bottles. If so, the user must specify the desired graphics object (for each category, if more than one) and the name of the file (such as an EPS file) containing the graphics object at 100% of its size. The user may then select either a scale mode, wherein the graphics object will be scaled (i.e. stretched or shrunk) according to the numeric value it represents or a clip mode, wherein the graphics object will be cut-off or clipped in accordance with a numeric value.

If the user selects a graph type different than a bar chart, similar parameters must be selected, depending on the graph type. For example, if the user selects a pie chart, the following parameters will be selected:

1) Two-dimensional or Three-dimensional—With desired shading modification if 3D, as described above.

2) Color—Select CMYK or grayscale color for each category (i.e. pie segment), as described above.

3) Line Color—May select default (black), CMYK color or no color for lines surrounding pie chart and separating pie segments. The user may also select the line width (default=1 point).

4) Radius—Size of pie chart (specified in inches or points but preferably provided to EPS graph file in inches).

5) Numeric Callouts—Labels placed inside or next to a pie segment indicating its numeric value. The default setting is for no numeric callouts but the user may specify that numeric callouts be centered (at radius/2) within the pie segment or next to the pie segment with a line (from radius/2 to 3*radius/2) between the number and the pie segment. Alternatively, numeric callouts may be placed within the pie segment if the segment is large (i.e. >30°) or next to the segment if the segment is small (i.e. <30°).

6) Field Name Callouts—Labels that may be placed inside or next to pie segments indicating what the segment represents. The default setting is for no field name callouts but the user may specify that they be positioned like the numeric callouts above.

7) Text—The user may specify the font, size, color, etc. of any text used in the pie chart.

8) Exploding Option—As a default, all pie segments will be enclosed within a circle. The user may specify, however, that selected segments be "exploded" or set off radially from the rest of the circle.

9) Legend—The user may specify a legend (such as a color code index) positioned, for example, in the lower right corner of the chart or other location.

10) "Other" Category Creation—When using pie charts, sometimes the data for the chart does not add up to exactly 100%. If this is the case, the user may specify an "other" category to be automatically included for the remaining percentage of the pie chart. For the default setting, an "other" category would not be automatically created.

The above-described parameters for bar charts or pie charts exemplify the type of parameters that the user may be prompted to enter by the block **159** (FIG. **9**) or that may be included as fields in the variable database **108**. All parameters should have default settings such that graphs can be generated without the user specifying each parameter. As will be evident to those skilled in the art, other types of graphs (line graphs, scatter diagrams, etc.) that may be generated in accordance with the present invention may include slightly different parameters (i.e. dot size, line width, etc.). Also, the present invention provides unlimited flexibility to use other parameters to specify any type of graph.

The block **162** (FIG. **9**) saves the graph parameters specified by the user (or in the database) as data pairs in the text box, with the parameter data preceding the parameter name. These data pairs will be converted into Postscript® variables and used by the EPS graph file which generates the desired graphs.

The EPS Graph File

Referring back to FIG. **9**, the block **164** places the Encapsulated Postscript® (EPS) Graph file into the image box created in the template file. The EPS graph file contains Postscript® code that is executed as the pages are interpreted to generate the graph. (Alternatively, the graph file could be written in a different page description language than PostScript®).

FIGS. **9A-1**, **9A-2**, **9A-3** and **9A-4** are flowcharts illustrating the programming of the EPS graph file which is executed by the interpreter. Referring first to FIG. **9A-1**, the program begins at a block **920** which determines whether the graph type is a bar chart. (The graph parameters were either specified by the user at block **159** of FIG. **9** or contained in the database **108**). If no, control passes to a block **976** (FIG. **9A-3**) which determines whether the graph type is a pie chart. Alternatively, if the block **920** determines that the graph is a bar chart, a block **922** sets a scale transformation based on the size of the x- and y-axes.

Next, a block **924** determines whether the user specified that the x-axis or y-axis should incorporate a broken scale. If yes, and the user did not specify where the axis should be broken, a block **926** then analyzes the data for "bunching" to determine where to break the axis. For example, if the graph values are all between 100 and 105, the block **926** will take the maximum and minimun values (105 and 100) and spread them over 80% of the axis. The remaining 20% of the axis will include a broken line to indicate the values between 0 and 100.

If the block **924** determines that there is no broken axis, the programming skips block **926** and control passes to a block **928** which draws the x- and y-axes according to the specified parameters, such as color, width, orientation and (if specified) breaks. Next, a block **930** places the appropriate labels on the axes in accordance with the specified text style. (If no axes labels were specified, the block **930** is skipped).

A block **932** then determines the number of graph value data pairs that were saved in the text box by the block **162** (FIG. **9**) from the specified fields in the variable database **108**. These data pairs from the text box will later be converted to Postscript® global variables. (See block **1114**, FIG. **11**).

Next, a block **934** determines whether the width of the bars are fixed or variable. If variable, a block **936** calculates the width of the bars based on the amount of space that the user specified should be between the bars. If no space was specified, the block **936** calculates the width of the bars based on the default that the space between the bars should be equal to the width of the bars.

After the block **936** calculates the bar width or, alternatively, if the block **934** determines that the bar width is fixed, a block **938** retrieves the first graph value data pair. A block **940** then determines whether the bars will be drawn as standard rectangles or whether a graphic object (i.e. truck, bottle, etc.) has been specified.

If a graphic object has been specified, a block **942** determines whether the graphic object should be scaled or

clipped. If the graphic object should be scaled (i.e. stretched or shrunk to correspond to the numeric value), a block **944** calculates the correct scale ratio. The block **944** assumes that the graphic object supplied by the user is at 100% size corresponding to the middle value on the y-axis. Thus, if the y-axis is scaled from 0 to 10 (middle value=5) and the data pair has a y-value of 8, the block **944** calculates the scale ratio as 8/5 or 1600%. A block **946** then retrieves the graphic object (from the file specified by the user), scales the graphic object by the calculated scale ratio and positions the scaled graphic object at the appropriate position on the x-axis.

Alternatively, if the block **942** determines that the graphic object should be clipped, a block **948** draws a clipping box corresponding to the y-value from the data pair. The block **948** assumes that the user supplied graphic object is at 100% size corresponding to the maximum value on the y-axis. Thus, if the y-axis is scaled from 0 to 10 and the data pair has a y-value of 8, the block **948** draws a clipping box that extends from 0 to 8. A block **950** then retrieves the graphic object and positions it on the x-axis inside of the clipping box. Any portion of the graphic object outside of the clipping box will be deleted. Thus, the portion of the graphic object that would fall between 8 and 10 on the y-axis will be cut-off or clipped.

If the user has specified that the y-axis is broken, the program determines where the break on the axis occurs and assumes that the minimum value on the graph corresponds to zero in order to determine how the bar (or image) should be scaled or clipped.

If the block **940** determines that the chart will include only standard rectangular bars, a block **952** calculates the bar height based on the y-value from the data pair. A block **954** then determines whether the user specified two-dimensional (2D) or three-dimensional (3D) bars. If 2D, a block **956** draws the bar according to the previously determined height and width. The block **956** may also fill the bar with the specified or default color (including vignette shading, if specified). If 3D, a block **958** draws the "shadow" of 3D portion of the bar, including coloring or shading, if specified. A block **960** then draws the 2D (or front) portion of bar, with a modified (narrowed) bar width in order to accomodate for the 3D. The block **960** also colors and shades the portion as necessary.

After the appropriate graphics object or bar has been drawn by the blocks **946**, **950**, **956** or **960**, control passes to a block **962** (FIG. **9A-2**) which determines whether any field name callouts have been specified. The field name callouts are the labels which may be placed at the base of the bars along the x-axis. If yes, a block **964** positions the field name at the specified location (inline or perpendicular with the bar). Otherwise, control skips to a block **966** which determines whether any numeric callouts have been specified. Numeric callouts are numeric values placed inside or on top of the bars to indicate their value. If yes, a block **968** positions the numeric callout at the specified location.

After the block **968** or, alternatively, if the block **966** determines that no numeric callouts were specified, a block **970** determines whether any additional elements should be included on the graph. The block **970** may determine this by subtracting the number of data pairs processed from the total number of graph value data pairs (determined by block **932**). If more data pairs should be included, a block **972** gets the next data pair and control returns to the block **940** (FIG. **9A-1**). The loop of blocks **940–972** is repeated until all data pairs have been incorporated in the graph.

After the block **970** determines that all data pairs have been processed, a block **974** then resets all of the Postscripts global variables in preparation for the next graph.

If the block **920** (FIG. **9A-1**) determines that the graph is not a bar graph, control skips to a block **976** (FIG. **9A-3**) which determines whether the graph type is a pie chart. If yes, a block **978** sets a scale transformation and starting angle (based on user specified size or defaults) to begin drawing the pie chart. A block **980** then retrieves the first graph value data pair and sets a variable (called, for example, "TOTAL") equal to zero. The TOTAL variable will be used to keep track of the total combined values of the pie segments.

A block **982** then determines whether the pie segment will be an "exploding" segment, which is set off from the circle. If yes, a block **984** calculates a radial offset position to determine where to place the segment. Alternatively, if the block **982** determines that the segment is not "exploding," control skips to a block **986** which determines whether the pie segment is two-dimensional (2D) or three-dimensional (3D).

If the block **986** determines the segment if 3D, a block **988** draws/strokes the side (or 3D portion) of the pie segment and also colors/shades it appropriately. If the segment is 2D, or after the block **988** draws the 3D portion of the segment, a block **990** draws/strokes the 2D portion of the pie segment corresponding to the value retrieved by the block **980**. The block **990** also fills the pie segment with the specified color, pattern and/or shading. The program then skips to a block a block **992** which determines whether numeric callouts are specified.

Numeric callouts are the numeric labels placed inside or next to the pie segments which indicate their value. If the block **992** determines that numeric callouts were specified, a block **994** calculates the radial position of the numeric callout and a block **996** places the numeric value in the appropriate font, color, etc. at the radial position calculated by block **994**.

Alternatively, if the block **992** determines that no numeric callouts were specified, control skips to a block **998**, which determines whether any field name callouts were specified. Field name callouts are labels placed inside or next to the pie segments that indicate what the segment represents. If field name callouts are specified, a block **1000** places the field name above the numeric callout, if a numeric callout was generated by the block **996**. If no numeric callout was generated, the block **1000** calculates a radial position for the field name and places that field name in the appropriate font, color, etc. at the calculated position.

Control then passes to a block **1002** which determines whether a radial line should be placed between the numeric/field name callout(s) and the pie segment. If yes, a block **1004** draws a line from inside the segment (radius/2) to the numeric/field name callout radial position.

If the block **1002** determines that no radial line should be drawn, control skips to a block **1006** which resets that radial offset position (which was set by the block **984** in accordance with the graph value from the first data pair) and a block **1008** increments the starting angle.

A block **1010** then adds the data value (from the data pair) to the variable "TOTAL," which keeps track of the cumulative value of the segments and a block **1012** determines whether any additional elements (i.e. graph values from data pairs) should be included in the pie chart. If yes, a block **1014** gets the next data pair and control returns to the block **982**.

The loop of blocks **982–1014** is repeated until all data pairs have been processed. After the block **1012** determines that all data pairs have been processed, a block **1016** determines whether an "other" category should be included

in the pie chart. (The "other" category is the remainder if the pie segments do not add up to 100%). If yes, a block **1018** calculates the value of the "other" category by subtracting the value of the variable TOTAL from 100%. A block **1019** then determines whether the value of TOTAL is equal to 100%. If no, a block **1020** creates an additional data pair with the value of the "other" category and control returns to the block **982** to draw the "other" segment.

Alternatively, if TOTAL is equal to 100% (indicating the "other" data pair has already been created) or if no "other" category is needed in the pie chart, a block **1022** resets all of the Postscript® variables (which specified the graph parameters and values) in preparation for generating the next graph.

If the block **976** determines that the graph is not a pie chart, the program may skip to a block **1024** (FIG. **9**A-**3**), which determines that the graph is of another type (such as a line graph, scatter diagram etc.) and the program may continue with processing to generate that graph, as indicated by block **1026**. Based on the programming illustrated for generating bar graphs and pie charts set forth above, one skilled in the art would be able to generate programming to implement another type of graph. Once the template file(s) **106** and the database **108** are assembled, the programming of FIGS. **10***a*–**10***f* may be executed by the control unit **52** to create the master page file **122**, the final variable page files **137** and **138**, and the press command file **140**. Referring first to FIG. **10***a*, a block **170** prompts a user to select a template file **106** and a block **172** opens the database **108**. A block **174** then reads and stores in a list the database field names for later reference and a block **176** prompts a user to enter information indicating a section number and whether pages are to be printed in simplex (i.e., single-sided) or duplex (i.e., double-sided) format. The section number identifies the order in which multiple sections are to be processed for a particular book. The user may also be prompted to enter a selective processing code identifying a particular book version to process if multiple versions are to be produced during a single press run.

Following the block **176**, a block **177** begins the process of stripping variable information from the template file opened by the block **170** to obtain the stripped master file **120** of FIG. **5**. The block **177** selects a first page for processing and a block **178** checks to determine whether there are any images in the template file and, if images are located, a block **180** selects a first image.

A block **182** identifies the file name for the image and a block **184** checks the field list to determine whether the file name is included therein. If the file name for the image is included in the field list, then the image comprises variable information and a block **186** deletes the image box. A block **187** then identifies and saves the image box location on the page, the characteristics of the image box, such as the size, skew, background color and subname and the like and further saves the field name of the image from the database **108**. Also, a counter in the memory **53** which tracks the number of variable image boxes on the page is incremented.

Otherwise, if the block **184** determines that the file name is not in the field list, then the image contains only master information. A block **188** then also saves the image box location on the page and the characteristics of the image box. Also, a counter in the memory **53** which tracks the number of master image boxes on the page is incremented.

A block **189** then checks to determine whether all images have been processed. If not, a block **190** selects a next image and control returns to the blocks **182**–**189**. Control remains with such blocks until the block **189** determines that all images have been processed and control then passes to a block **192**. Control also passes to the block **192** from the block **178** should the latter determine that there are no images in the template file.

The block **192** determines whether any text boxes are present in the open template file. If at least one text box is present, a block **194** selects and parses a first text box and a block **196** (FIG. **10***b*) checks to determine whether the text box includes at least one of the field names of the database **108**. If so, then it has been determined that the text box includes variable information and a block **198** deletes the text box. A block **199** then stores the text box location, the insertion points in the text box at which variable information is to be printed and the characteristics of the text box and the field names of the database **108** identified in such text box in the memory **53**. In addition, a variable text box counter is incremented representing the number of variable text boxes appearing on each page.

Otherwise, if the block **196** determines that the text box does not include any field names from the database, then the text box contains only master information. A block **200** stores the text box location in the memory **53**. In addition, a master text box counter is incremented representing the number of master text boxes appearing on each page.

Control then passes to a block **202**, which checks to determine whether all text boxes in the template file have been processed. If not, a block **204** selects and parses the next text box in the template file and control returns to the blocks **196**–**202**. Control remains with such blocks until all text boxes have been processed, whereupon a block **206** determines whether all pages have been processed. If not, a block **208** selects a next page and control returns to the block **178** (FIG. **10***a*). Otherwise, a block **210** saves the resulting file as the stripped master file.

Alternatively, if a page contains a lot of formatting information (i.e. tabs, fonts, etc.), a rich text file (which includes such formatting information) may be created offline from the database. The text box may then open the rich text file and read the information from the file. The use of the rich text file speeds up the processing time.

Also, once a placeholder on a page has been "filled in" with information from the database field, the program may mark the corresponding text or image box as "touched." Thus, if the text or image box is "untouched," the program can skip processing of that text or image box, also speeding up the total processing time.

Control also bypasses the blocks **194**–**202** and proceeds directly from the block **192** to the block **206** if the block **192** determines that there are no text boxes in the open template file.

Following the block **210**, a block **212** converts the stripped master file into the PDL master page file **122** of FIG. **5**. At the same time, an initialization (or INI) file may be created. The format and existence of the INI file depends on the type of demand printer utilized. For example, the DocuPrint demand printer does not require the use of an INI file. However, the Barco RIP requires the use of an INI file.

The INI file (in ASCII code) for the Barco RIP is created according to the following format:

name: [file path\name]
psx: [dimension]
psy: [dimension]
ssx: [dimension]
ssy: [dimension]
posx: [dimension]
posy: [dimension]

duplex: [zero or one]

orientation: [zero or one]

output: [filename]

copies: [number]

Where "psx" and "psy" refer to finished page sizes in x and y directions, "ssx" and "ssy" refer to cut sheet size in x and y directions, "posx" and "posy" refer to offsets in x and y directions specifying placement of each page on a cut sheet, "duplex" refers to single or two-sided printing, "orientation" refers to portrait or landscape printing, "output" refers to the name of the output file and "copies" refers to the number of copies to be printed. A sample INI file which specifies parameters for printing of a file called MYJOB.PS is as follows:

Name: C: \jobs\myjob.ps

psx: 8000

psy: 11000

ssx: 11500

ssy: 9000

posx: 150

posy: 150

duplex: 1

orientation: 1

output: myjob.ps

copies: 1

In the foregoing example, one copy of the file MYJOB.PS is to be printed in duplex and portrait formats at an offset of 0.15×0.15 inches from a corner of a finished sheet of paper 8×11 inches cut from a sheet originally having dimensions of 9×11.5 inches.

For the DocuPrint (or any other demand printer which does not use an INI file), a queue is created which contains the same parameters (and potentially additional parameters which may invoke the functionality of an in-line finisher, or other apparatus) as the INI file.

Following the block **212**, a block **214** then reopens the same template file originally opened by the block **170** and deletes all the master image and text boxes. A block **216** than saves the resulting file as the stripped variable file **126** of FIG. **5**.

A block **218** then creates a temporary file containing a table of the current page number and a number representing the name of the database field placed by the block **154** at the insertion point. The file is called, for example, *.VARS (where * is a user-selected file name). The *.VARS file thus contains pairs of page numbers and database column numbers that indicate where in the database variable information for the page comes from. For example, the *.VARS file may contain the following information:

1 7

8 43

9 44

10 45

11 46

11 47

13 50

14 52

15 50

15 51

In the example above, page 1 contains variable data from column 7 of the database, page 8 contains variable data from column 43 and page 11 contains variable data from column 46 and 47. Further, the *.VARS file may contain separate pairings for images and text.

Control then passes to block **242** (FIG. **10***c*) which creates a working copy of the stripped variable file **126**. A first page having variable data thereon is selected and data representing the remaining pages in the file are deleted by a block **244**. In the example of FIGS. **6***a* and **6***b*, the block **244** creates a file defining the front cover of a book with all fixed information deleted therefrom and an area reserved for variable information.

Following the block **244**, a block **246** selects a first record in the database **108** and a block **248** reads the record. An optional block **250** checks to determine whether a selective processing code has been entered by the user indicating that the page is to undergo selective page processing. As noted above, the apparatus and method of the present invention may be utilized to produce not only books of a single version (i.e., where corresponding pages differ only in terms of the variable information stored in the database) but also books of different versions. In the latter case, the books of different versions have different fixed and variable information. The fixed and/or variable information may vary in terms of content or appearance (i.e., style, location, rotation, position, etc.) or both in different versions.

If the block **250** determines that selective page processing is to be undertaken, then a block **252** checks to determine whether the database record read by the block **248** is to be utilized on the page currently under consideration. The block **252** accomplishes this by checking the version identification field in the database to determine if that version is being used. If this is not the case, a block **253** checks to determine whether the record currently under consideration is the last in the database. If so, control passes to a block **294** of FIG. **10***e*. Otherwise, a block **254** selects a next record in the database **108** and control returns to the block **248** where the next database record is read.

If the block **250** determines that selective page processing is not to be undertaken, or if the block **252** determines that the record read by the block **248** is to be used in the page currently under consideration, a block **256** duplicates the data representing the page remaining after execution by the block **244** to initiate development of one of the files **130** or **132**. In the first pass through the program of FIG. **10***c*, and in connection with the example of FIGS. **6***a* and **6***b*, the block **256** creates the file **130** and develops page data representing a first version of the page **P1**-*a* and adds further variable information to such page data during immediately succeeding passes through the program. Thereafter, data representing the remaining pages **P1**-*b*, **P1**-*c* and **P4**-*a* through **P4**-*c* are created and variable information is added to such pages serially during subsequent passes.

A block **258** checks to determine whether there are any image boxes on the page and, if so, a block **260** selects a first image box. A block **262** then inserts the image identified by the database field into the image box. A block **264**, FIG. **10***d,* checks the subname to determine whether the block **156** of FIG. **9** has indicated that the image should be sized to fit the image box. If this is true, a block **266** performs the scaling. Otherwise, a block **268** positions the image in the image box at the position specified by the user and a block **270** checks to determine whether all image boxes have been processed. Control also passes from the block **266** directly to the block **270**, thereby skipping the block **268**. If not all image boxes have been processed, a block **272** selects a next image box on the page and control returns to the blocks **262**–**270** so that remaining image boxes are serially processed.

Once the block **270** determines that all image boxes have been processed, or immediately following the block **258** of FIG. **10***c* if no image boxes are found on the page, a block

**274** checks to determine whether there are any text boxes on the page and, if so, a pair of blocks **276, 278** select a first text box and a first insertion point in such box. Blocks **280, 282** and **284** serially insert text data stored in the database **108** at the appropriate insertion points in the text box. Once all of the variable text data have been inserted into the text box, a block **286** recomposes all text in the text box so that the text obtains a neat finished appearance. The recomposition process is automatically undertaken by the QuarkXPress program once the variable information is inserted into each text box. The recomposition process is responsive to the user commands as applied to the template file text box or object, such as left, right, center, or full justification, hyphenation and the like. Following the block **286**, a block **288**, FIG. **10***e,* checks to determine whether there are remaining text boxes to be processed on the page and, if so, a block **290** selects the next text box on the page and control returns to the blocks **278–288** to insert text information into such text boxes.

Once the block **288** determines that all text boxes for the page have been processed, the programming required to produce one of the pages of the file **134** of FIG. **5** having variable information only thereon is complete. A block **292** then determines whether all records in the database have been considered for inclusion in additional variable pages of the file **134** to be produced. If not all records have been considered, control returns to the block **254**, FIG. **10***c*, where the next database record is identified and read. On the other hand, if all pages of the file **134** have been produced by considering all records in the database **108**, a block **294** converts the file data into PostScript® or another PDL format to create the variable page file **137** of FIG. **5**. Also, an INI file is created as before, except that the "duplex" or "twinplex" parameter is set to command simplex printing only. If necessary or desirable, should the press run length exceed a certain limit, the programming may be modified to create more than one variable page file for each variable page of the template file.

Following the block **294**, a block **296** checks to determine whether there are other variable pages in the stripped variable page file to be processed. If this is true, a block **298** retrieves a copy of the stripped variable file, selects the next variable page therein and deletes remaining pages therefrom. Control then returns to the block **246** of FIG. **10***c*. In the example of FIGS. **6***a* and **6***b*, the back cover P4 and the corresponding pages of the remaining books are now selected for processing. In the fashion noted above, a file representing the variable portions of such pages is produced by developing the file representing the pages P4-*a* through P4-*c* and inserting the database information into such file to obtain the variable page file **136** and the PDL version **138**.

Following generation of the variable page files **134, 136**, and **137, 138** control passes to a block **300** which checks to determine whether a press command file has already been created. If not, a file is created by a block **302** having placeholder comments indicating where in the press command file individual press commands are to be placed for each book to be produced. The press command file may also include data from one or more fields of the database **108** identifying an intended recipient of each book to be produced to assist in reproducing books found to be defective or to produce sample books. At this point, the press command file for the example of FIGS. **6***a* and **6***b* may be as follows (using data from the sample database set out above):

;RECORD1
;:WILLIAM DOE:606248923
;ENDRECORD
;RECORD2
;:HUGH JORGENSEN:606248923
;END RECORD
;RECORD3
;:JAY P. MORGAN:606248924
;END RECORD

Following the block **300** (if the press command file already exists) or the block **302** a block **304** selects the first database record and a corresponding first record in the press command tile. A block **306** then checks to determine whether the template file currently being processed includes the selected database record. If not, a block **308** determines whether all pages have been processed, and if this is not the case, the next record in the database **108** and a corresponding record in the press command file are selected. Control then returns to the block **306**. If the block **306** ascertains that the template file includes the selected record, a block **312** inserts an indication of the section number in the press command file at an appropriate point if the section number is not already present. If the section number is present already, the press command identified by the section number entered by the user at the block **176** is identified to be overwritten at a later point. The press command file now appears as follows for the example of FIGS. **6***a* and **6***b:*

;RECORD1
;:WILLIAM DOE:606248923
;SECTION 1
;ENDSECTION
;ENDRECORD
;RECORD2
;:HUGH JORGENSEN:6062488923
;SECTION 1
;ENDSECTION
;END RECORD
;RECORD3
;:JAY P. MORGAN:606248924
;SECTION 1
;END SECTION
;END RECORD

Following the block **312**, a block **314**, FIG. **10***f*, selects a first page of the section and a block **316** checks the state of a flag stored in the memory **53** to determine whether a simplex or duplex job has been requested. If a simplex job has been requested, the file name and page number of the master page file and, if variable information is to appear on the page, the file name and page number of the variable page file for the selected page are stored as a single set pair in the memory **53** by a block **318**. The determination of whether variable information is to appear on the selected page is accomplished by summing the contents of the variable image box counter and the variable text box counter as incremented by the blocks **220** and **234** of FIG. **10***b*.

A block **320** checks to determine whether all pages have been processed and, if not, the next page is selected by a block **322** and control returns to the block **316** for processing of such page. If all pages have been processed, control passes to a block **324** which determines whether all database and press command records have been processed. Control also passes to the block **324** if the block **308** determines that all pages have been processed. If not all records have been processed at this point, control returns to the block **310** where the next records in the database and press command file are selected.

If the block **324** determines that all records for the current section have been processed, a block **326** determines whether another section is to be processed and, if so, control returns to the block **170** of FIG. **10***a*. If there is not another section to be processed, the press command file has been fully assembled, and hence the process terminates.

If the block **316** determines that a duplex job is to be effected, control passes to a block **328** which stores in the memory **53** a command identifying the file names and page numbers of the master page file (as well as corresponding information relative to variable page files, if variable information is to appear) as two-set pairs. Control from the block **328** then passes to the block **320** described above.

The result of the programming of FIGS. **10***a*–**10***f* is a press command file having a sequence of press commands which cause printing of pages in a desired order. In order to print the sample pages of FIGS. **6***a* and **6***b*, the press command file would read as follows:

BOOK A
;RECORD1
;:WILLIAM DOE:606248923
;SECTION 1
“file.m”1@“file.v1”1|“file.m”2
“file.m”3|“file.m”4@“file.v4”1
;ENDSECTION
;ENDRECORD
;RECORD2
;:HUGH JORGENSEN:606248923
;SECTION 1
“file.m”1@“file.v1”2|“file.m”2
“file.m”31|“file.m”4@“file.v4”2
;ENDSECTION
;ENDRECORD
;RECORD3
;:JAY P. MORGAN:606248924
;SECTION 1
“file.m”1@“file.v1”3|“file.m”2
“file.m”3|“file.m”4@“file.v4”3
;ENDSECTION
;ENDRECORD
ENDBOOK
PRINTRUN R
BOOK A
ENDPRINTRUN

In the foregoing example, “file.m” is a file name identifying the master page file **122** and “file.v1” and “file.v4” are file names identifying the variable page files **137** and **138**, respectively. The number following each file name designates a particular page of the file identified by the file name. Thus, for example, “file.m”1 designates the first page of the master file “file.m” and “file.v1”2 designates the second page of the variable page file “file.v1.” The @ sign means to associate the pages of the files linked by such sign (i.e. overlay the variable pages on the master pages). The vertical line in the commands indicates that the page(s) on the left side of the vertical line are to be printed on the front side of a piece of paper whereas the page(s) on the right side of the vertical line are to be printed on the reverse side of the piece of paper. In an example of simplex printing, no file name would appear to the right of the vertical line in each command.

Some book runs may also include pages which contain static information but are only included in certain books. For example, assume you are creating 6 page books wherein the first two pages are master pages and the second two pages are always variable. The last two pages of each book are selected from a group of 100 different static pages. If these pages are treated as variable, they would be RIPped each time they were included in a book. In order to avoid RIPping these same 100 pages repeatedly, the 100 pages are RIPped (one time) as master pages and stored in an EPS (encapsulated PostScript®) file. The press command file then retrieves the desired pages (from the group of 100 pages stored in EPS files) based on the entry in the database. This technique greatly reduces processes time.

FIG. **11** is a flowchart illustrating the programming implemented by the RIP **82** (FIG. **4**) to process the variable graphics information. As described above in connection with FIG. **9**, the EPS graph file (FIGS. **9**A-**1** through **9**A-**4**) was placed in an image box and a text box including the graph parameters and values was layered over the image box. The text box was then “tagged” to indicate that it contained variable graph information. Referring again to FIG. **11**, a block **1100** begins the RIP (or interpretation) process of the PDL master page files **122** and PDL variable page files **137**, **138** (FIG. **5**). Preferably the PDL files are PostScript® and the RIP **82** is a PostScript® RIP. However, the invention may be implemented with other page description languages.

A block **1101** then redefines the PostScript® “show” operator or command. The standard PostScript® show operator “paints” characters identified in a string onto the current page. The Postscript® page files will include a “show” command after each text box on the page.

A block **1102** sets all the graph parameters (size, colors, labels, etc.) to their default values and saves the parameters as Postscript® (PS) global variables. This step allows graphs to be generated even if the user did not specify any graph parameters. A block **1104** then interprets the first Postscript® element on the page. As described in detail below, the redefined show operator will be used to process the EPS graph file.

A block **1106** then determines whether the PostScript® element is the “show” operator. If the PS element is not a show command, a block **1108** RIPs the element as normal and a block **1110** retrieve the next PS element and control returns to the block **1106**.

If the block **1106** determines that the PS element is a show command, a block **1112** then determines whether the text box immediately preceding the show command was “tagged” as containing graphics information. As described above, the graphics information text box was “tagged,” for example, by using text delimiters or by specifying an unusual color or font (FIG. **9**, block **163**). Thus, the block **1112** checks for the text delimiter or the unusual color or font.

If the block **1112** determines that the text box is “tagged” (contains variable graphics information), a block **1114** invokes the redefined “show” operator (defined by block **1101**). The redefined “show” operator does not “paint” the text box as usual. Instead, the redefined “show” operator parses the graph parameters and graph value data pairs in the text box and saves them as PostScript® global variables. If the user specified graph parameters, these would override the default values saved by the block **1102**. The PostScript® global variables will be used by the EPS graph file (FIGS. **9**A-**1** through **9**A-**4**) to generate the graph.

Alternatively, if the block **1112** determines that the text box was not “tagged,” a block **1116** invokes the standard Postscript® “show” operator to paint the text box as normal.

After the blocks **1114** and **1116**, a block **1118** determines if there are more PostScript® elements to process. If yes, a

block **1110** retrieves the next element and control returns to the block **1106**.

After the block **1114** invokes the redefined "show" operator to save the graph parameters and values as global variables, one of the next elements retrieved by the block **1110** will be the EPS graph file, which will be executed by the block **1108** to generate a graph.

The loop of blocks **1106–1118** is repeated until all PostScript® elements have been processed. After all elements have been processed, the programming ends at a block **1120** which determines that the processing of the Postscript® file is complete.

The programming of FIG. **11**, including the redefinition of the PostScript® "show" operator, may be implemented by the following exemplary code. The exemplary code assumes that text delimiters were used to "tag" the text boxes with variable graph information and, as is conventional with QuarkXPress®, the "show" operator is represented by "d". Also, in the exemplary code, the section beginning with the line "dup doss ss . . . " is the QuarkXPress® for the standard "show" operator.

```
%Variable Graphing Enabled
/zOnPage 0 def
/zBeginVar 0 def
/initializepage {
/zOnPage zOnPage 1 add def
QuarkXpress_3.32 begin
/Param 1 def
/d          % redefine show operator
{dup (%#?!EndVariableGraphData) eq
    {/zBeginVar 0 def pop pop pop pop}
    {dup (%#?!BeginVariableGraphData) eq
        {/zBeginVar 1 def pop pop pop pop}
        {zBeginVar 1 eq
            {
            zOnPage 1 gt{
            Param 9 gt{/Str1 (Param)def}
                {/Str1 (Param)def}ifelse
            /Str2 Param dup 9 gt
                {( )}{( )}ifelse cvs def
            /Str1 5 Str2 putinterval
                Str1 cvn exch def
            Param 1 add /Param exch def
            } if
        pop pop pop pop
        }
        {
%Quark code for standard show operator
        dup doss ss and{sym fmtx makefont/xpfs X
        0 0 3 -1 roll{s1 0 3 -1 roll put
        s1 chkch{g xpfs setfont w G}
        {w}ifelse 3 -1 roll add 3 1 roll add exch}
            forall}
        {w}ifelse pop 3 -1 roll sub 3 -1 roll div
        3 -1 roll exch sub 0 32 3 -1 roll 0 5 -1 roll
        doss ss and{xpash P3}{Q}ifelse
        }ifelse
    }ifelse
}ifelse
}def
end/pm save store mT concat}bd
```

Alternative Methods for Generating Variable Graphs

Several alternative methods may be used to create graphs containing variable information. The first alternative method is preferable because, as explained in detail below, it results in faster processing time by reducing the size of the EPS file.

Alternative #1—Graph Design EPS File

The first alternative method provides an additional software package (called, for example, "Graphics Designer") to the user/customer who creates the database containing the variable information. The Graphics Designer program allows the user to interactively create graphs, using real or dummy data points. Thus, the user can experiment and preview what the graphs will look like after they are printed. For example, the Graphics Designer program allows the user to change any attributes, such as graph type, size, colors, line widths, etc. Once the user is satisfied with the preview of the graph, those graph attributes are saved. Thus, the Graphics Designer program allows the user to select graph attributes through creating preview graphs, rather than by just specifying attributes, as set forth above.

The Graph Designer program also prompts the user to specify the fields in the database that will be used to generate the variable graphs. The specified database fields may contain graph data points and/or graph attributes.

The output of the Graph Designer program is an EPS file ("the graph design EPS file") that specifies the graph size and attributes selected by the user and also references the fields in the database that will be used to generate the graph. The graph design EPS file also references an external EPS file, that will be used to draw the graph. The external EPS file may be, for example, the EPS Graph file described above in connection with FIGS. **9A-1** through **9A-4**, or any other type of graph engine file for generating graphs. Also, the external graph engine file could be a series of separate files, where each file generates a different graph type (e.g. one graph file for bar charts, another graph file for pie charts, etc.)

A sample graph design EPS file is as follows:

```
%!PS-Adobe
%GraphName Identifier
%BoundingBox 0 0 221 410        % graph size
%Data: aD1 aD2 aD3 aD4          % database fields
%XAxisName
% . . .
%end Data
/cD1[0 0 0 1]def                % attributes to
/cD2[0 1 0 0]def                % override default
/sYAxisName (Widgets required) def
. . .
EngineLoaded not {  % call external graph file
(BarGraphEngine.ps) run
/EngineLoaded true def}if
```

Referring to the sample graph design EPS file above, the comment lines (beginning with "%") indicate a graph name selected by the user and the graph size, which is specified by defining the four corner points of a bounding box. The remaining comment lines are the database fields that will be used to generate the graph. For example, D**1**, D**2**, D**3** and D**4** are field names that contain the data points for the graph. "XAxisName" is the name of a database field that controls a variable graph attribute (the x-axis label). It is understood that the graph design EPS file can contain any number of comment lines specifying database fields.

Following the comment lines, the graph design EPS file contains graph attributes that were specified by the user and will be used to override the default values. For example, the y-axis label is specified as "Widgets Required." Again, the graph design EPS file may contain any number of lines to specify the selected graph attributes.

The graph design EPS file ends with a call to the external EPS graph file that will be used to draw the graph. In our example, the file is called "BarGraphEngine." The external EPS graph file is preferably stored in a file system associated with the RIP. The graph design EPS file first loads the external EPS graph file into memory. Once the external EPS graph file is loaded, it can be repeatedly executed, resulting in faster processing time.

When implementing the first alternative embodiment with the EPS graph design file, the process of creating the template files is simplified. Referring back to FIG. **9**, the blocks **159–163** are eliminated. Thus, after the block **157** determines that a variable graph element should be added, the block **158** creates an image box at the selected location and then the block **164** places the EPS graph design file (rather than the FIG. **9A-1-4** EPS graph file) into the image box. The blocks **159–163** are eliminated because the graph attributes and database fields are specified in the EPS graph design file. The EPS graph design file is also much shorter and simpler than the EPS graph file, resulting in faster processing time.

Also, because use of the graph design EPS file eliminates the need to "tag" text boxes and the graph parameters are specified in the graph design EPS file, the processing of FIG. **11** is also eliminated. The graph design EPS file method does not need to redefine the "show" operator. As set forth above, the graph design EPS file is placed in an image box. During the normal RIP (interpretation) process, as the image box is processed, the graph design EPS file is executed, which also runs the graph file to generate the graph.

The other alternative methods (alternative #s 2–4) provide less flexibility, particularly in creating complex graphs. However, the alternative method #s 2–4 eliminate the need for the EPS graph file (FIGS. **9A-1** through **9A-4**) and the need to redefine the Postscript® "show" operator to process the EPS graph, which reduces complexity, cost and processing time in the system.

Alternative #2—Named Image Boxes

The second alternative method is useful when printing simple bar graphs. Generally, the method creates a bar chart with each bar at 100% of the value. Image boxes filled with the background attributes are sized according to the values in the database, and placed over the 100% bars such that only the correct data value shows. The "Named Image Box" method is illustrated in FIGS. **11A-1** through **11A-2**.

For example, assume a document is to contain a bar graph illustrating the 1996 sales, 1997 sales and 1998 projected sales for the entries in the sample database set forth above. The maximum value in the database is 100 and the first entry contains the following values:

1996 Sales: 25

1997 Sales: 50

1998 Proj.: 75

Referring to FIG. **11A-1**, the first step is place a bar chart at the desired place in the document which contains three bars (representing 1996 sales, 1997 sales and 1998 projecting sales). Each bar may be a different color (red, green and blue) drawn on a background and each bar is drawn extending up to the maximum or 100% value (100).

The next step is to place a named image box over the bars to cover a certain percentage of the bars (i.e. cover 50% of the bars). Each named image box should have the attributes of the graph background (e.g. colored white) and should be borderless (except if the bars are to be outlined in black, the bottom border of the named image box should also be black). The name on the image boxes should correspond to the field names in the database corresponding to the data value for that bar. Thus, in our example, the image boxes will be named "1996Sales," "1997Sales," and "1998Proj." and are represented by dashed lines on FIG. **11A-1**.

The first two steps of creating the 100% graph and placing the named image boxes replaces the blocks **158–164** (FIG. **9**) when creating the template files in, for example, QuarkXPress®.

The final step is to use the data contained in the specified database fields to adjust the size of the named image boxes to correctly size the bars. This step would occur during processing of the image boxes on the template files to create the PDL master and variable files (FIG. **10***c,* blocks **262–268**). The program first retrieves the data value for the first entry in the database corresponding to the name of the image box. The program then adjusts the bottom of the box to the correct value. In our example, the correct value for the first bar is 25—therefore, 75% of the bar should be covered by the image box. This is calculated by the following equation:

$$\frac{\text{max value} - \text{data value}}{\text{max value}} \times 100\% = \frac{100 - 25}{100} \times 100\% = 75\%$$

The named image box was originally positioned to cover only 50% of the bar—therefore, the bottom of the named image box must be extended to cover an additional 25% of the bar.

The second data value in our example is 50—thus 50% of the bar should be covered. Because the image box was originally positioned to cover 50% of the bar, no adjustment is need. The third data value is 75—only 25% of the bar should be covered. The image box must therefore be reduced. The adjusted named image boxes are represented by dashed lines in FIG. **11A-2**.

The same method may be used to place named image boxes to cover the correct percentage of graphic objects (such as bottles or trucks) which are used in place of standard rectangular bars.

Alternative #3—Anamorphic Scaling

This method is similar to the previous image box method and is particularly suited to create bar charts using graphic objects which can be anamorphically scaled to the correct data value.

Like in the previous Named Image Box method, a graph is placed at the desired position on, for example, a QuarkXPress® document in the template file. A named image box containing a maximum (100% scaled) graphic object (such as a bottle or truck) is placed at each bar position such that the top of the graphic object/image box corresponds to the maximum data value. As before, the image boxes are named to correspond to fields in the database containing the data values.

Next, during the processing of the image boxes during creation of the master and variable files, the data value is retrieved from the database field and the box is scaled (i.e. shrunk) corresponding to the data value. The graphic object is thus anamorphically scaled to fit inside the image box.

The same method could also be used with standard rectangular bars.

Alternative #4—Spreadsheet Graphs

The fourth alternative method takes advantage of the graphing capabilities of a standard spreadsheet program (such as Microsoft® Excel®). Thus, it may be used to draw any type of graph that is supported by the spreadsheet program. Excel® graphing capabilities are described in the Microsoft® Excels User's Guide (Version 5.0), published by Microsoft® Corporation (1993–1994), particularly Part 3 (Chapters 15–19, "Creating Charts from Worksheet Data") and Part 9 (Chapters 41–42, "Exchanging Data with Other Applications"), which is incorporated by reference herein.

The first step of the method is to place an image box corresponding to the size and position of the graph on, for example, the QuarkXPress® document in the template file.

Next, graph data from the database **108** is retrieved and supplied into cells in an Excel® worksheet. The data can be

supplied to Excel® using AppleScript (for Macintosh) or Object Linking and Embedding (OLE)(for Windows/PC). A counter is used to keep track of the graph data from the database that is supplied to the Excel® worksheet.

Excel® is then instructed to create a graph from the data in the worksheet, according to the user specified graph parameters. The Excel® graph may be saved to an external file, which is then placed in the image box or can be linked back to the QuarkXPress® image box using conventional OLE techniques.

Referring to FIG. **9**, the above-described steps replace the blocks **160**–**164**. The Spreadsheet Graphing method is illustrated by the following pseudo-code:
Place image box on Quark document

```
        Begin Loop
        Start counter = 1
        For each piece of data to be graphed
            Get data from database
            Put data into cell A[counter] of
                Excel ® worksheet (via OLE or
                Applescript)
            Set counter = counter + 1
        End Loop
    Instruct Excel ® to graph data in cells A[1] through
        A[counter] − 1 with user specified attributes
```

Imposition Processes

The RIP/interpretation process of FIG. **11** may be implemented in context of either the "GetTiff" or "Imposition-on-the-fly" imposition processes described below. Before the pages are imposed and RIPped, however, the control unit must determine how the pages should be imposed.

FIG. **12** illustrates the programming implemented by the control unit **52** to generate a page description language instruction set specifying which pages should be printed and how the pages should be positioned (or imposed) for printing. The page description language instruction set may be incorporated into the press command file **140** or may be provided as a separate file to the print system **79**. For purposes of illustration, the page description language instruction set is written in PostScript® in the format dictated by the Xerox DocuPrint printer. Further, the instruction set is directed to books printed in "saddle stitch" imposition format (i.e. 2 pages on each side of sheet) as explained in connection with FIGS. **6**–**8**. It is understood, however, that the invention could easily be modified for use with a different demand printer (i.e. the Xeikon Barco printer) and/or imposition format (i.e. 4 pages on each side of sheet).

Referring to FIG. **12**, the programming begins at a block **340** which prompts a user to specify certain information to be used to paginate the book. A variable ("MAXPGS") representing the maximum number of supplied pages that may or may not be assembled into a single book during the job is specified together with the identification of filler page(s) that may or may not be printed and assembled at the end of a book either on a left-hand or a right-hand portion thereof. Also, the user is prompted to specify for each page whether such page will be forced to be on the left side of a book, the right side of a book or will not be forced to a particular book side. In the event a page is to be forced to a side, the user is prompted to specify the page file name and page number for a filler page to precede the forced page. Still further, the user is prompted to specify for each page whether such page is:

1) An Always Master Page—contains the same (i.e. static) information and is included in every book;
2) An Always Variable Page—may contain variable information and is included in every book; or
3) A Selectively Variable Page—contains variable information but is selectively included only in certain books.

In so specifying the foregoing, the user creates a pagination file (called, for example, *.PAG, where * indicates a file name selected by the user). A sample window generated by the block **340** to prompt a user for the information needed to create the pagination file is shown in FIG. **12**A.

Referring again to FIG. **12**, following the block **340**, a block **342** opens the press command file **140** and a block **344** selects the appropriate database files, including the variable information file (*.VARS), the pagination file (*.PAG), and (optionally) a barcode file. As set forth above, the *.VARS file is a temporary file of pairs of page numbers and database column numbers that indicate where in the database variable information for the page comes from.

The barcode file is a page description language file (for example, a Postscript® file) which contains instructions for printing the sequential page numbers and/or a tracking bar code on the pages of the completed book. The barcode file will be explained in detail below.

The programming then proceeds to the loop containing blocks **346**, **348**, **350**, **352** and **354**. The block **346** takes each record (or book) in the press command file **140** in sequential order. For each record, the block **348** determines which pages should be printed to generate that particular book. Next, the block **350** determines whether the pages to be printed should be forced to the right hand or left hand side of the book and the block **352** "pads" the pages to be printed to be a multiples of the number of pages to be printed on a sheet (in our example, 4) by adding appropriate filler pages. Next, the block **354** generates the PostScript® instruction set and the programming returns to the block **346** to retrieve the next record in the press command file **140**. The loop repeats for each record in the press command file **140**.

FIG. **13** illustrates in detail the programming steps implemented by the block **348** of FIG. **12**, which determines which pages should be printed for a particular record in the press command file **140**. A block **360** first retrieves the first page in the record. A decision-making block **362** then determines whether the page is from a new file that is to be "imposed-on-the-fly with offsets." (Imposition-on-the-fly with offsets is one of the imposition formats of the present invention, which will be explained in detail below). If yes, a block **364** calculates and saves the offsets for all the pages in the file. After the block **364** calculates and saves the offsets or if the block **362** is false, a decision-making block **366** then determines whether the page is a master page (i.e. does not include any variable information placeholders). If the page is a master page, the page should always be printed and a block **368** "marks" the page to be printed. The block **368** may "mark" the page by adding it to a page print array. The page print array contains the page number and a marker to indicate the disposition of the page. For example, pages that should not be printed are designated with a "0"; master pages (always printed) are designated with a "1"; and variable pages to be printed are designated with a "2".

If the block **366** determines that the page is not a master page (i.e. it's a variable page), a decision-making block **370** determines whether the variable page should be printed at all times. (This was designated by the user at the block **340** in FIG. **1** during creation of the pagination file). If yes, the block **368** marks the page to be printed. If no, a decision-making block **372** determines whether the page has any variable placeholders with valid data. In other words, the block **372** determines whether there is any variable infor-

mation from the database to be printed on the page. If yes, the block **368** marks the page for printing. The program then returns to the block **360** to retrieve the next page from the record until all the appropriate pages have been marked for printing.

FIG. **14** illustrates in detail the programming steps implemented by the block **350** of FIG. **12** to determine whether the pages should be forced to the left or right hand side of the book. A block **380** first initializes a left/right (L/R) counter variable to its default value of right because it is assumed that the first page of the book will be one the right side. Next, a block **382** retrieves the first page from the record that is marked "should print" and a block **384** determines whether the user has specified whether the page should be forced to the left or right side. (This was designated by the user during creation of the pagination file at block **340** of FIG. **12**). If the user has not specified that the page should be forced, a block **386** flip-flops the L/R counter such that if it was set to right it is changed to left and if it was set to left, it is changed to right and the program returns to the block **382** to retrieve the next "should print" page in the record.

Alternatively, if the block **384** determines that the user has specified that the page should be forced left or right, a block **388** determines whether the user specification matches the orientation of the page (i.e. is it the same as the L/R counter). If yes, the block **386** flip-flops the L/R counter and returns to the block **382** to retrieve the next "should print" page in the record. Otherwise, a block **390** marks an appropriate filler page (which was identified by the user during creation of the pagination file) to be printed and the program returns to the block **382** to retrieve the next "should print" page in the record.

FIG. **15** illustrates in detail the programming steps implemented by the block **352** of FIG. **12** to "pad" the pages into a multiple of the number of pages to be printed on a sheet. In our example, using "saddle stitch" imposition, four pages are printed on a sheet (2 pages per side). Therefore, filler pages may need to be added to ensure that the total number of pages in the book is a multiple of 4. A block **392** first counts the number of pages in the record that have been marked to print. This includes all the master and variable pages that were marked by the block **368** of FIG. **13** as well as any filler pages that were marked by the block **390** of FIG. **14**. Next, a block **394** determines whether the total number of pages is a multiple of 4. If not, a block **396** adds the appropriate number of filler pages to make the total number of pages a multiple of 4. For example, if the block **392** determines that 18 pages are marked to print, the block **396** will add 2 filler pages to make the total number of pages in the book equal to 20 (a multiple of four). The program then returns to the block **354** of FIG. **12** which generates the Postscripts instruction set.

The PostScript® instruction set specifies how the pages marked to print should be positioned (or imposed) for printing. In our example, for a "saddle-stitch" imposition format, and assuming a 12 page book, the block **354** generates an instruction specifying that the pages should be positioned as shown in the following table:

| Sheet No. | Side No. | Left Side | Right Side |
|---|---|---|---|
| 1 | 1 | Page 12 | Page 1 |
| 1 | 2 | Page 2 | Page 11 |
| 2 | 1 | Page 10 | Page 3 |
| 2 | 2 | Page 4 | Page 9 |

-continued

| Sheet No. | Side No. | Left Side | Right Side |
|---|---|---|---|
| 3 | 1 | Page 8 | Page 5 |
| 3 | 2 | Page 6 | Page 7 |

It is understood that a different instruction set could be generated (by an imposition program) to impose and print the pages in a different format (i.e. four pages per side) or alternatively, a different number of total pages.

After the block **354** generates the imposition instruction set, the pages are imposed and printed according to an imposition procedure of the present invention. The first imposition procedure of the present invention utilizes an artificial PostScript® operator called "GetTIFF", which is recognized by the Xerox DocuPrint RIP, wherein page files are preprocessed to TIFF ("tagged image file format") format before being provided to the RIP. The second imposition procedure of the present invention (referred to as "imposition-on-the-fly") involves downloading imposition programs to the RIP which redefine various PostScript® operators to automatically position pages while each page is being interpreted.

A user is prompted to specify various information needed for imposition and printing, including the sheet size (i.e. 11×17), imposition style (imposition-on-the-fly or GetTIFF), finishing style (online or offline), the output device (i.e. Xerox DocuPrint or Barco Xeikon) and the name of the directory where the master and variable page files are stored. A sample window to prompt a user to provide this information is shown in FIG. **16**.

GetTIFF Imposition

A TIFF (tagged image file format) file is a bitmap representation of a page in the same screen format as the print engine. Several commercially available RIPs (such as Image Alchemy PS or TranverterPro) process pages represented in a page description language format to TIFF format. The Xerox DocuPrint RIP recognizes an artificial PostScript® operator called "GetTIFF" which retrieves a specified TIFF file and quickly processes the file for rendering by the DocuPrint demand printer. (Other demand printer RIPs, including the Barco Xeikon, may also be modified to recognize a GetTIFF-type operator).

In a preferred embodiment of the present invention, the master page PDL files **122** and the variable page PDL files **137**, **138** are preprocessed to TIFF format. Because the Xerox DocuPrint system allows for only one input data stream (as opposed to the Barco Xeikon system which allows two data streams—master and variable), the master page PDL files **122** and the variable page PDL files **137**, **138** may be premerged. This may be accomplished by forcing all of the master data onto the variable template files. After the master and variable pages are merged, the instruction set and GetTIFF operator are used to quickly impose and process the pages for printing.

Alternatively, the master and variable data streams may be overlayed by first processing the master pages and then overlaying the variable pages onto the master pages.

FIG. **17** illustrates programming which may be executed to facilitate conversion of the page files into TIFF format. The programming begins at a block **397** which opens the press command file stored in the memory **53**. A block **398** then prompts a user to specify options which are available. The options include the ability to convert only master page files, only variable page files or both master and variable page files into bitmap format. A block **399** then selects the

first line in the press command file having at least one file name therein. Thereafter, a block **400** selects a first file name and a block **401** checks a file list stored in the memory **53** to see if the file name has been previously placed in the list. If this is not the case, then this is the first time the file name has been encountered in the programming of FIG. **17**. Thus, a block **402** adds the file name to the file list and a block **403** checks the user-specified options set by the block **398** to determine whether the file should be converted into TIFF format. If so, a RIP list stored in the memory **53** is updated by adding the file name thereto (block **404**) and control passes to a block **405**. Control also passes to the block **405** from the block **403** (bypassing the block **404**) if the file is not to be converted into TIFF format, and from the block **401** if the file name currently under consideration is already in the file list.

The block **405** checks to determine whether the end of the current line in the press command file has been reached. If not, a block **406** selects the next file name in the line and control returns to the block **401**.

If the block **405** determines that the end of the current line in the press command file has been reached, a block **407** checks to determine whether the end of the press command file has been reached. If not, a block **408** selects the next line in the press command file having at least one file name and control returns to the block **400**. On the other hand, if the end of the file has been reached, a block **409** causes the RIP **82** (or another RIP) to convert the files identified in the RIP list into TIFF format.

The programming of FIG. **17** thus facilitates conversion of files to TIFF format as required by the print system **79**.

Referring to FIG. **18**, if the user specified GetTIFF imposition and after the page files have been RIPped to TIFF format by the programming of FIG. **17**, a block **410** retrieves the first page pairing from the instruction set (in our example, page 12 as the left hand page and page 1 as the right hand page). A block **412** then retrieves a reference to the page description of the left hand page in TIFF format from the page file and provides it to the RIP **82**. Assuming the default offset is positioned at the left side of the sheet, the left hand page is positioned on the left side of the sheet.

A block **414** then moves the offset to position the next page onto the right side of the sheet. A block **416** retrieves the reference to the page description in TIFF format of the right hand page from the page file and provides it to the RIP **82**. Next, a block **418** may add page numbers and/or a bar tracking code to the sheet, as explained below. The program then returns to the block **410** to retrieve the next page pair from the instruction set and the program repeats until all pages and all books have been processed.

After all pages have been processed, they are RIPped and printed by the demand printer **84** in accordance with the initialization (INI) file, which was created by the block **212** (FIG. **10***b*).

If, for example, the demand printer is a DocuPrint (i.e., no INI file was created), the pages are submitted to the queue (which contains the same parameters as the INI file) for RIPping and printing.

A partial Postscript® instruction set for printing the 12-twelve page brochure in accordance with the table above implementing the GetTIFF imposition according to FIG. **18** is set forth below:

```
<<
/PageSize [1224 792]            % set sheet size
>> setpagedevice                % (11 × 17)
(VERON12.V01__dir/    % get left page
     VERON12.V01.00000002.tiff)    GetTIFF
612 0 translate              % move to right
(VERON01.V01__dir/    % get right page
     VERON01.V01.00000002.tiff)    GetTIFF
showpage
(VERON02.M__dir/    % get left page
     VERON02.M.00000002.tiff)    GetTIFF
612 0 translate              move to right
(VERON11.V01__dir/    % get right page
     VERON11.V01.00000002.tiff)    GetTIFF
showpage
.
.
.
(VERON06.M__dir/    % get left page
     VERON06.M.00000004.tiff)    GetTiff
612 0 translate              % move to right
(VERON07.V03__dir/    % get right page
     VERON07.V03.00000003.tiff)    GetTiff
showpage                % reset to left
```

In the instruction set, the "VERON*.*__dir/VERON*.*" indicates the directory and filename where the page descriptions are located. The suffix ".M" indicates a master page and the suffix ".V__" indicates a variable page (with the version number of the variable page to be printed). The suffix "__*tiff" is the file name created by the RIP which converted the page files to TIFF files and indicates that the files are in TIFF format. The artificial Postscript® "GetTIFF" operator interprets the TIFF files. The "612 0 translate" command moves the offset to the right hand side of the sheet (block **414**) and the Postscript® showpage operator transmits the page to the demand printer **84** for rendering, prepares for interpreting the next page description and resets the offset to the left hand side.

Optionally, the block **418** may print page numbers and/or a bar tracking code onto the sheets printed by the demand printer **84**. This may be accomplished by adding the following additional PostScript® code before the showpage operator in the instruction set shown above:

```
/C39P24Dm 24 selectfont           % add bar code info
30 4.5 sub 18 translate 90 rotate  % position on
0 0 moveto                         % side of sheet
(1.12) show                   % indicates sheet 1 of 12
                              %
/Helvetica 12 selectfont      % add page numbers
320 780 moveto                % center in middle of left page
(12) show                     % print page "12"
-320 780 move to              % center in middle of right page
(1) show                      % print page "1"
```

The first section of code provides the command for printing a bar code (indicating for example, the page number and the total number of pages in the book). The second section of the code prints page numbers centered at the bottom of each page. A similar technique could be used to do any "post page" modifications, such as watermarking samples or QC books, adding variable printers marks or the like.

Imposition-on-the-Fly

The user may also specify that the pages be imposed and printed using the imposition-on-the-fly technique of the present invention. This technique positions the pages while the pages are being interpreted by the RIP. FIG. **19** is a more detailed block diagram of the print system **79** shown in FIG.

**4**. The PDL master page files **122** and the PDL variable page files **137, 138** may be combined into merged PDL files (such as merged PostScript file(s) **450**), which are then provided to the print system **79**, comprised of RIP **82**, collator **81**, press controller **80** and demand printer **84**. The press command file **140**, which includes the instruction set for specifying how pages should be imposed, is also provided to the print system **79**.

Alternatively, as described above, the master page files **122** and the variable page files **137**, **138** may be provided separately to the print system **79** and overlayed.

The print system **79** may also include a raster memory **452** associated with the RIP **82** and the demand printer **84**. The RIP **82** generates a raster description of the "current page" being interpreted, which may be stored in the raster memory **452** or provided to the demand printer **84** for rendering. The demand printer **84** physically renders pages 454 from the merged PostScript® file **450** onto a "flat" (or other medium) **456**.

For purposes of illustration, it is assumed that the RIP **82** interprets the widely used PostScript® PDL language. (PostScript® is a registered trademark of Adobe Systems, Inc.) The PostScript® language is fully described in the *PostScript® Language Reference Manual, Second Edition* (1990), from Adobe Systems, Inc., which is incorporated herein by reference. Certain imposition-on-the-fly procedures **454** according to the present invention are downloaded to the RIP **82**. (The procedures **454** include, for example, ImposeJob, ImposeFile and various redefined PostScript® operators which are described in detail below). The imposition-on-the-fly procedures **454** will be used by the RIP **82** to process the instruction set and the page descriptions contained in the merged Postscript® files **450** to efficiently transmit pages for rendering by the demand printer **84**. (For ease in illustration, it is assumed the master and variable page files were premerged into merged file **450**. It is understood, however, that the master and variable page files could also be overlayed.)

Postscript® Background

In order to facilitate the explanation of imposition-on-the-fly procedures of the present invention, some background regarding the PostScript® language is provided. Further background details may be found in the *PostScript® Language Reference Manual, Second Edition* (1990), from Adobe Systems, Inc., which was previously incorporated by reference.

The RIP **82** manages four different stacks, which are "last-in-first-out" (LIFO) data structures. These stacks include:

(1) an Operands Stack which holds (i) the input operands to various PostScript® operators, and (ii) the results of the operations;

(2) an Execution Stack which is controlled by the RIP **82** and which holds executable objects (i.e. procedures and files) that are in stages of execution;

(3) a Dictionary Stack which includes (i) a read only dictionary ("systemdict") which defines the implementation of the various PostScript® operators, (ii) a writeable dictionary ("userdict") which stores all other definitions, and (iii) specialized dictionaries created by the user (e.g., an imposition dictionary); and

(4) a Graphics State Stack which is used to store graphics information, such as the parameters of the demand printer **84**.

The PostScript® language is device independent such that the page descriptions contained in the merged PostScript® file **450** are specified in a coordinate system (called "user space") that is independent of the particular demand printer **84**. The coordinate system (called "device space") used by the demand printer **84** varies depending on the particular demand printer **84** (the "current device") which is specified for rendering the current page. In order to render the pages described in the merged PostScript® file **450**, the page descriptions (specified in user space) may be transformed to the current device space by a Current Transformation Matrix ([CTM]).

The PostScript® language uses the Current Transformation Matrix ([CTM]) to describe scaling, rotation, and translation of the page from user space to device space. For mapping the point (x, y) in user space to the point (x', y') in device space:

$$[CTM] = [a \quad b \quad c \quad d \quad t_x \quad t_y], \text{ where}$$

$$x' = ax + cy + t_x$$

$$y' = bx + dy + t_y$$

where a, b, c, and d determine the extent of scaling and rotation and where $t_x$ and $t_y$ determine the extent of translation.

The RIP **82** also maintains a data structure, called the "graphics state," that holds various graphics control parameters, including the [CTM]. The graphics state also includes (i) a clipping path, which defines the rendering area in the raster memory **452** for the current page; (ii) font and line definitions; (iii) a color space (such as DeviceGray, RGB, CMYK or CIE); and (iv) other graphics control parameters.

The PostScript® language includes several operators for setting up the current demand printer **84** to fulfill the processing requirements of the page descriptions contained in the merged PostScript® file **450**. The current device setup includes establishing the Current Transformation Matrix ([CTM]) for the current demand printer **84**. The default transformation from user space to device space for the current device is specified by a "system default matrix." The system default matrix may be generated by the PostScript® language, for example, by a defaultmatrix operator. The [CTM] may be considered an alteration of the system default matrix.

Once the current demand printer **84** has been set up, the RIP **82** can begin to interpret the page descriptions in the merged PostScript® file **450**. For each page in turn, everything that is to appear on that page (including text, graphics, and images) is "painted" into the raster memory **452** and stored and/or rendered by the demand printer **84**.

In the merged Postscript® file **450**, each description of a page to be rendered includes a PostScript® showpage operator. The showpage operator, which is generally included at the end of each page description, is used to transmit the raster description of the current page (saved in the raster memory **452**) to the demand printer **84** for physical rendering of the current page. In general, the showpage operator transmits the contents of the raster memory **452** to the demand printer **84**, then erases the current page from the raster memory **452** and partially resets the graphics state in preparation for interpreting the next page description in the merged PostScript® file **450**.

In level 2 PostScript® implementations, the function of the showpage operator is controlled by an EndPage procedure and a BeginPage procedure that are defined according to the current demand printer **84**. In general, the EndPage procedure specifies the disposition of the current page in the raster memory **452** and the BeginPage procedure sets up and

marks the beginning of the next page description to be interpreted. These procedures may be defined, for example, by a level 2 setpagedevice operator which sets up the graphics state for the current demand printer **84** (the "current graphics state").

During normal operation, the level 2 showpage operator provides two operands to the EndPage procedure: a reason code and Pagecount. The reason code operand specifies whether the EndPage procedure is being called by the showpage operator, by a copypage operator, or during a device deactivation. When the EndPage procedure is called by the showpage operator, the reason operand is set to 0. The Pagecount operand is the number of executions of the showpage operator that have occurred since the current device was activated, not including the present execution. Thus, Pagecount is equal to the number of pages that have been rendered prior to the current page. After the EndPage procedure is executed, Pagecount is incremented by one and is provided as an operand to the BeginPage procedure.

The operation of the level 2 showpage operator is illustrated in the flowchart of FIG. **20**. A block **500** first sets the reason code operand equal to zero to specify that the EndPage procedure is being called by the showpage operator. A block **502** then calls the EndPage procedure, which consumes the reason code and PageCount operands and returns a boolean result that specifies the disposition of the current page in the raster memory **452**. During normal operation, the EndPage procedure returns true during execution of the showpage or copypage operators (causing a physical page to be produced) and returns false during device deactivation. A decision-making block **504** determines whether the result returned from the EndPage procedure is true or false.

If the EndPage procedure returns "true", a block **506** transmits the contents of the raster memory **452** to the demand printer **84** for rendering. A block **508** then clears the raster memory **452** by executing a procedure similar to a Postscript® erasepage operator. Under normal operation, the EndPage procedure returns true if it is called by the showpage or copypage operator. Thus, the showpage and copypage operators cause the contents of the raster memory **452** to be transmitted to the demand printer **84** for rendering.

If the EndPage procedure returns a "false", the showpage operator does not perform either of the functions of the blocks **506** and **508** (i.e., no page is rendered), but skips to a block **510**. The block **510** executes a procedure similar to a PostScript® initgraphics operator which resets the [CTM], the clipping path, and other graphics parameters to the default values for the current demand printer **84**, thus setting up the graphics state for composing the next page. The clipping path defines the rendering area for the current page stored in the raster memory **452**.

A block **512** then increments the Pagecount operand by one and a block **514** calls the BeginPage procedure with Pagecount as an operand. The BeginPage procedure marks the beginning of the next page in the merged PostScript® file **450** to be interpreted by the RIP **82**.

The standard operation of the level 2 showpage operator illustrated in FIG. **20** may be represented by the following Postscript® pseudo code:

```
/showpage {
  /reason 0 def                    % reason = 0 for
                                   % showpage
```

-continued

```
  pagecount reason EndPage         % call EndPage
                                   % procedure
    { transmit contents of         % \ do these lines
    raster memory to               % \ only
    demand printer                 %  / if EndPage
    erasepage } if                 % / returns true
  initgraphics                     % set default graphics
                                   % state
  /pagecount pagecount 1 add def   % increment
                                   % pagecount
  pagecount BeginPage              % call BeginPage
                                   % procedure
} def
```

The Imposition-on-the-Fly Procedures

The imposition-on-the-fly procedures of the present invention create a layer on top of the demand printer, called a "virtual device." The desired position (scale, orientation and size) of a page to be printed by the demand printer is specified by a procedure (called "setvirtualdevice") which establishes the virtual device for that page. Thus, from the standpoint of the PostScript® program, the [CTM] is the same as the system default matrix and every page begins with a [CTM] mapping user space coordinates to the lower left corner of the output device. The [CTM] can be explicitly manipulated as if each PostScript® page were imaged on a distinct, but identical, physical page.

Thus, when imposing and rendering a selected page from the merged Postscript® file **450**, the current output device (i.e. the demand printer **84**) is defined as the virtual device. In general, the virtual device for a selected page is the same size as the page and is positioned at the place on the flat **456** where the page is to be rendered.

The virtual device is established by setting the current transformation matrix ([CTM]) to properly position the page. A clipping path, which defines the rendering area in the raster memory **452**, is then created around the border of the page. Thus, the RIP **82** "sees" the position where the page is to be rendered as the current output device.

For pages in the merged PostScript® file **450** that will not be rendered on the current flat **456** (i.e. are not included in the current book), the current output device (the demand printer **84**) is defined as a scaled-down virtual device for the next page to be imposed and rendered on the flat. The scaled-down virtual device allows any intervening pages not to be imposed on the flat to be quickly interpreted by the RIP **82**.

The imposition-on-the fly procedures include the setvirtualdevice procedure, which establishes the virtual device for the next page to rendered on the flat **456** and an EnableVirtualDevice procedure which sets up the showpage operator to support virtual devices. The EndPage and BeginPage procedures that are invoked by the showpage operator are also redefined. These procedures will be described in detail below.

The Imposition-on-the-Fly Instruction Set

Preferably, the instruction set for implementing imposition-on-the-fly by creating the virtual device for pages to be rendered on the flat are input to the RIP **82** in the below-described format. However, the present invention may be modified to properly impose different instruction set formats.

The imposition-on-the-fly instruction set contains the name(s) of the merged PostScript® file(s) **450** that will be interpreted by the RIP **82** and rendered by the demand printer **84**. These file names are associated with entry lists (stored in arrays) containing one or more entries, wherein each entry contains the following information:

# Exhibit B

US006327599B1

(12) **United States Patent**
**Warmus et al.**

(10) **Patent No.: US 6,327,599 B1**
(45) **Date of Patent: *Dec. 4, 2001**

(54) **APPARATUS FOR CONTROLLING AN ELECTRONIC PRESS TO PRINT FIXED AND VARIABLE INFORMATION**

(75) Inventors: **James L. Warmus**, LaGrange; **Mark G. Dreyer**, Aurora, both of IL (US)

(73) Assignee: **R. R. Donnelley & Sons Company**, Downers Grove, IL (US)

(*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/478,397**

(22) Filed: **Jun. 7, 1995**

(51) **Int. Cl.**[7] .................................................. **G06F 17/21**
(52) **U.S. Cl.** .......................... **707/517**; 707/520; 707/522
(58) **Field of Search** .................................... 395/766, 767, 395/768, 772, 773, 779, 782, 784, 787, 802, 803, 943, 946, 116, 117; 382/180; 707/505, 506, 507, 511, 512, 514, 515, 517, 520, 522, 525, 539, 540, 908, 910

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 32,690 | 6/1988 | Wong | 270/52.05 |
| 3,872,460 | 3/1975 | Fredrickson et al. | 345/1 |
| 3,899,165 | 8/1975 | Abram et al. | 270/52.03 |
| 4,095,780 | 6/1978 | Gaspar et al. | 493/430 |
| 4,121,818 | 10/1978 | Riley et al. | 270/52.29 |
| 4,395,031 | 7/1983 | Gruber et al. | 270/52.29 |
| 4,426,072 | 1/1984 | Cole et al. | 270/52.01 |
| 4,495,582 | 1/1985 | Dessert et al. | 364/469.03 |
| 4,500,083 | 2/1985 | Wong | 270/52.05 |
| 4,536,176 | 8/1985 | Gaspar | 493/365 |
| 4,554,044 | 11/1985 | Gaspar et al. | 156/510 |
| 4,601,003 | 7/1986 | Yoneyama et al. | 395/351 |
| 4,672,462 | 6/1987 | Yamada | 358/401 |
| 4,674,052 | 6/1987 | Wong et al. | 364/464.03 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 602 547 | 6/1994 | (EP) . |
| 0 703 524 A1 | 3/1996 | (EP) . |
| 0 703 524 B1 | 1/1997 | (EP) . |
| PCT/US86/00242 | 8/1986 | (WO) . |
| WO 95 07510 | 3/1995 | (WO) . |

OTHER PUBLICATIONS

Barco Graphics brochure, "RIP and Electronic Collation System for Xeikon DCP–1 Digital Printing Press," Feb. 2, 1994, with Addendum 1.

"Variable Postscript and the Coming of Age of Electronic Print–for–Profit," *Print on Demand Business*, May/Jun. 1996, pp. 64–67.

"Variable–Data Printing Comes of Age: Capabilities & Market Demand Converge," *Seybold Report on Publishing Systems*, vol. 27, No. 2, Sep. 15, 1997, pp. 3–24.

(List continued on next page.)

*Primary Examiner*—Stephen S. Hong
(74) *Attorney, Agent, or Firm*—Marshall, Gerstein & Borun

(57) **ABSTRACT**

An apparatus and method for controlling an electronic press develops first and second sets of template data representing associated first and second template pages, respectively. Each set of template data includes master data representing fixed information to be printed and area data representing an area of a page in which variable information is to be printed. A database is developed having a number of entries, each of which represents variable printed information. An electronic press is responsive to sets of template data and the database to print the first and second template pages with selected variable printed information.

**15 Claims, 19 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,718,784 | 1/1988 | Drisko | 400/68 |
| 4,727,402 | 2/1988 | Smith | 399/368 |
| 4,729,037 | 3/1988 | Doelves | 358/299 |
| 4,768,766 | 9/1988 | Berger et al. | 270/1.02 |
| 4,789,147 | 12/1988 | Berger et al. | 270/1.03 |
| 4,827,315 | 5/1989 | Woldberg et al. | 347/118 |
| 4,900,001 | 2/1990 | Lapeyre | 270/1.01 |
| 4,903,139 | 2/1990 | Minter | 358/296 |
| 4,910,612 | 3/1990 | Yamazaki | 358/496 |
| 4,928,252 | 5/1990 | Gabbe et al. | 395/102 |
| 4,937,761 | 6/1990 | Hassett | 395/168 |
| 4,968,993 | 11/1990 | Wolfberg et al. | 347/118 |
| 5,001,500 | 3/1991 | Wolfberg et al. | 347/118 |
| 5,021,975 | 6/1991 | Yamanashi | 395/117 |
| 5,043,749 | 8/1991 | Punater et al. | 347/130 |
| 5,067,024 | 11/1991 | Anzal | 358/296 |
| 5,105,283 | 4/1992 | Forest et al. | 358/401 |
| 5,112,179 | 5/1992 | Chan et al. | 412/1 |
| 5,136,316 | 8/1992 | Punater et al. | 347/154 |
| 5,142,667 | 8/1992 | Dimperio et al. | 395/115 |
| 5,144,562 | 9/1992 | Stikkelorum et al. | 364/478.11 |
| 5,177,877 | 1/1993 | Duchesne et al. | 34/467 |
| 5,178,063 | 1/1993 | Wolfberg et al. | 101/76 |
| 5,194,899 | 3/1993 | Buchanan | 399/130 |
| 5,245,701 | 9/1993 | Matsumoto | 395/129 |
| 5,267,155 | * 11/1993 | Buchanan et al. | 395/803 |
| 5,271,065 | 12/1993 | Rourke et al. | 382/112 |
| 5,274,567 | 12/1993 | Kallin et al. | 364/478.01 |
| 5,274,757 | 12/1993 | Miyoski et al. | 395/777 |
| 5,289,569 | * 2/1994 | Taniguchi | 395/787 |
| 5,353,222 | * 10/1994 | Takise et al. | 395/793 |
| 5,379,373 | * 1/1995 | Hayashi et al. | 395/774 |
| 5,384,886 | * 1/1995 | Rourke | 395/785 |
| 5,396,321 | 3/1995 | McFarland et al. | 355/313 |
| 5,398,289 | 3/1995 | Rourke et al. | 382/100 |
| 5,412,566 | * 5/1995 | Sawa | 395/803 |
| 5,459,826 | * 10/1995 | Archibald | 395/779 |
| 5,493,490 | * 2/1996 | Johnson | 395/226 |
| 5,594,860 | * 1/1997 | Gauthier | 395/501 |
| 5,630,028 | 5/1997 | DeMeo | 395/110 |
| 5,729,665 | * 3/1998 | Gauthier | 395/117 |
| 6,064,397 | * 5/2000 | Herregods et al. | 345/435 |
| B1 4,968,993 | 7/1993 | Wolfberg et al. | 347/118 |

OTHER PUBLICATIONS

"Variable Data on Digital Presses: Making Progress," *Seybold Report on Publishing Systems*, vol. 25, No. 22, Aug. 26, 1996.

"Indigo Variable Data Solution Evaluation," Interoffice Memorandum from R.R. Donnelley & Sons Company dated Jul. 26, 1995 (portions redacted).

AGFA Internet Website: "Chromapress Software" (Oct. 30, 1998), URL: www.agfahome.com/products/printing/software.html.

AGFA Internet Website: "Digital Color Printing System: Personalizer–X v2.0, Variable Data Software for Chromapress" (Oct. 30, 1998), URL: www.agfahome.com/products/printing/software/personalizerx.html.

Atlas Internet Website: "PrintShop Mail" (Oct. 30, 1998), URL: www.atlassoftware.n1/products/psmail/psmail.html.

Atlas Internet Website: "Atlas Software Products" (Oct. 30, 1998), URL: www.atlassoftware.n1/products/products.html.

BARCO Graphics Internet Website: "Variable Information Printing" (Oct. 29, 1998), URL: www.barco.com/graphics/systems/vip/viphome.htm.

BARCO Graphics Internet Website: "BARCO Graphics VIP concept gives digital printing its true original dimension," URL: www.barco.com/graphics/press/pr178ife.htm (Oct. 29, 1998).

BARCO Graphics Internet Website: "BARCO Graphics wins Seybold Award for variable data," URL: www.barco-.com/graphics/press/pr162ice.htm (Oct. 29, 1998).

BARCO Graphics Internet Website: "VIPDesigner Technical Specifications" (Oct. 29, 1998), URL: www.barco.com/graphics/data/vipdesigf.htm.

BITSTREAM Internet Website: "Application Products: PageFlex™" (Oct. 29, 1998), URL: www.bitstream.com/products/application/pageflex/index.html.

Colorage/Splash Internet Website: "Splash Technology, About Our Company," URL: www.colorage.com/company/about.html (1030/98).

Colorage/Splash Internet Website: "Splash Launches DocuPress Series of Servers for Xerox Midrange Digital Color Copiers" (Oct. 30, 1998), URL: www.colorage.com/company/press98/9803Mar2.html.

Document Sciences Corporation Internet Website: "Document Sciences Corporation", URL: www.xerox.com/alliance/psg/docsci.htm (Oct. 31, 1998).

Document Sciences Corporation Internet Website: "Products and Solutions," URL: www.docscience.com/product.htm (Oct. 31, 1998).

Document Sciences Corporation Internet Website: "Tomorrow's Technology is Today's Reality," URL: www.docuscience.com/products/compuset.htm (Oct. 31, 1998).

DPS Internet Website: "DataBase Publishing Software, About DPS" (Oct. 31, 1998), URL: www.databasepub.com/about.html.

DPS Internet Website: "Expert Publisher: Intelligent Automation" (Oct. 31, 1998), URL: www.databasepub.com/newpub.html.

DPS Internet Website, URL: www.databasepub.com/bottom.html (Oct. 31, 1998).

DPS Internet Website: "Applications,"URL: www.databasepub.com/left.html (Oct. 31, 1998).

DPS Internet Website: "Catalog Genie Grants Wishes" (Oct. 31, 1998), URL: www.databasepub.com/catsoftware.html.

DPS Internet Website: "DPS Introduces Catalog Genie" (Oct. 31, 1998), URL: www.databasepubl.com/genie.html.

DPS Internet Website: "DPS Introduces New Release of Catalog Genie" (Oct. 31, 1998), URL: www.databasepub-.com/genie2.html.

Elixir Internet Website: "Xerox to Distribute and Support Elixir's Opus (R) Worldwide," URL: www.elixirnt.elixir-.com/nwsevnt. (Oct. 31, 1998).

Elixir Internet Website: "Elixir Products" (Oct. 31, 1998), URL: www.elixir.com/Products/products.htm.

Elixir Internet Website: "Opus," URL: www.elixir.com/Products/opus.htm (Oct. 31, 1998).

Elixir Internet Website: "DataMerge," URL: www.elixir-.com/Products/dmerge.htm (Oct. 31, 1998).

Elixir Internet Website: "AppBuilder for AFP," URL: www.elixir.com/Products/appafp.htm (Oct. 31, 1998).

Elixir Internet Website: "AppBuilder for VIPP" (Oct. 31, 1998), URL:www.elixir.com/Products.appvipp.htm.

Em Software Internet Website: "Welcome to Em Software on the Web!" (Oct. 31, 1998), URL: www.emsoftware.com/.

Em Software Internet Website: "Em Software—Products" (Oct. 31, 1998), URL: www.emsoftware.com/products.html.

Group 1 Software Internet Website: "Group 1 Software: EZ–LETTER" (Oct. 31, 1998), URL: www.group1software.com/products/ds.asp.

Indigo Internet Website: "Yours Truly Software" (Oct. 29, 1998), URL: www.indigonet.com/yours truly.htm.

Meadows Information Systems Internet Website: "About Meadows Information Systems, Inc.", URL: www.meadowsinfo.com/mishtml/meadows.htm (Oct. 27, 1998).

Meadows Information Systems Internet Website: "AutoPrice XTension to QuarkXPress by Meadows Information Systems", URL: www.meadowsinfo.com/mishtml/autopric.htm (Oct. 27, 1998).

Meadows Information Systems Internet Website: "DataMerge XTension to QuarkXPress by Meadows Information Systems", URL: www.meadowsinfo.com/mishtml/datamerg.htm (Oct. 27, 1998).

Meadows Information Systems Internet Website: "Group Picture XTension to QuarkXPress by Meadows Information Systems" (Oct. 27, 1998), URL: www.meadowsinfo.com/mishtml/grouppic.htm.

Scitex Internet Website: "Scitex Darwin Desktop 2.0 is Now Shipping," URL: www.scitex.com/press/english/darwin2.htm (Oct. 29, 1998).

T/R Systems Internet Website: "About T/R Systems" (Nov. 2, 1998), URL: www.trsystems.com/tr_docs/About.htm.

Varis Corporation Internet Website: "Varis Corporation and Scitex Digital Printing Announce World Wide Co–Marketing Agreement for High Speed Variable PostScript Printing," URL: www.variscorp.com/ns/ns.sci.html#pr (Nov. 2, 1998).

Varis Corporation Internet Website: "Redefining the process . . . VariScript Software," URL: www.variscorp.com/pro/text.html (Nov. 2, 1998).

Varis Corporation Internet Website: "Varis Corporation Unveils Unprecedented Products for Variable Print–On–Demand Market," URL: www.variscorp.com/ns/ns.pro.html#pr (Nov. 2, 1998).

BARCO Graphics/IBM brochure: "BARCO VIPDesigner Software for the IBM InfoColor 70 Printer" (1998).

Colorbus Advertisement: "There's One in Every Family, "*DocuWorld*, Issue 1, vol. 2, p. 2 (1998).

DocuWorld Product Watch: "Authoring Tool for Variable Information Jobs," *DocuWorld*, Issue 1, vol. 2, p. 72 (1998).

Drennan, Bill, et al., "Xerox offers programming language," *The Seybold Report on Publishing Systems*, vol. 27, No. 7, p. 9 (Dec. 1997).

Eldad, Gefen, "Getting Personal, Printing your first personalized job may be easier than you think", DocuWorld Issue 1, vol. 2, p. 42 (1998).

Group 1 Software Advertisement: "DOC1 Delivers What You Want, When You Need It," *DocuWorld*, Issue 1, vol. 2, p. 23 (1998).

Indigo Brochure: "Indigo Yours Truly Personalization—Profitability" (1997).

Scitex/Xerox Advertisement: "Xerox and Scitex Bring You the Magic of Professional Color," *DocuWorld*, Issue 1, vol. 2, p. 39 (1998).

Scitex brochure: "Scitex Xerox Success Stories: CAD Graphics, Chicago, Illinois" (Jul. 1998).

Scitex brochure: "Scitex Xerox Success Stories: DW Graphics, Stockton, CA" (Jul. 1998).

Xerox brochure: "think color: Xerox DocuColor 70" (1998).

Xerox brochure: "New Generation Fiery Technology for the Xerox DocuColor 70 Digital Color Press: Fiery ZX–70" (1998).

Xerox brochure: World–class prepress performance for the Xerox DocuColor 70 Digital Color Press: Scitex SX3000T (1998).

Xerox brochure: "Xerox VIPP—the fastest, most reliable method to reach your customers individually . . . all at the same time" (1998).

Xerox brochure: "BOOM!—The Explosion is in Short–run Digital Color Printing" (1998).

ULTIMATE Technographics, Inc. Manual, "Poststrip," 1989.

Dieckmann, Glenn, "Press Imposition for IBM 4250, General Information," R.R. Donnelley & Sons Company, Crawfordsville Manufacturing Division, Department CHT, Feb. 21, 1989.

*Alpha Four, New Version 3*, "True Relational Database Power Without Programming, Reference Manual," Alpha Software Corporation, Lesson 20: Using Sets and Lesson 22: Advanced Sets: One–to–Many Links, 1993.

"Design Your Forms, Power With Room To Grow: Xbasic™," advertisement, DBMS Magazine, Sep. 1994.

Xeikon announcement, "Xeikon announces new RIP for the DCP–1 digital color press," Sep. 13, 1994.

"Finding the Right Niches for Electronic Printing," *The Seybold Report on Desktop Publishing*, Mar. 7, 1994, pp. 12–18.

*Seybold Report on Publishing Systems*, vol. 25, No. 22, ISSN: 0736–7260, Aug. 26, 1996.

"Agfa's CR–A RIP varies data." *Seybold Special Report,* vol. 3. No. 2 (Oct. 10, 1994).

"Agfa poised to enter short–run color market. (Chromapress electrophotographic digital press system)," *MacWeek,* p. 18 (Oct. 31, 1994).

"Agfa Holds Expo, US Launch of ChromaPress Digital Printing," *Newsbytes News Network* (Nov. 4, 1994).

"The Latest Word," *The Seybold Report on Publishing Systems,* vol. 24, No. 6, (Nov. 30, 1994).

"Agfa Expo: the medium is the message," *The Seybold Report on Publishing Systems,* p. 17 (Nov. 30, 1994).

"The Latest Word: Chromapress varies data," *The Seybold Report on Publishing Systems,* p. 28 (Mar. 13, 1995).

"The Latest Word," *The Seybold Report on Publishing Systems,* vol. 24, No. 13, pp. 26–28 (Mar. 13, 1995).

"Digital Color Printing in Japan: A Report from Early Users," *The Seybold Report on Publishing Systems.* Vol. 24, No. 13, pp. 13–19 (Mar. 13, 1995).

"Indigo Expands Digital Press Line to Packaging: Enhances E–Print 1000," *The Seybold Report on Publishing Systems,* vol. 24, No. 13, pp. 3–12 (Mar. 13, 1995).

"Variable–data and custom printing." *Seybold Special Report,* vol. 3, No. 8, pp. 63 and 64 (Apr. 21, 1995).

"Moore announces new digital printing strategy," *Seybold Special Report,* vol. 3, No. 8, p. 65 (Apr. 21, 1995).

"Agfa Lct RIP with Gemini," *M2 Presswire* (Apr. 27, 1995).

"Company–by–Company Guide to the Show: Agfa–Gevaert," *The Seybold Report on Publishing Systems,* vol. 24, No. 17, p. 6 (May 1, 1995).

"Digital printers push customization," *The Seybold Report on Publishing Systems,* vol. 24, No. 19, pp. 10 and 11 (Jun. 12, 1995).

"Agfa [distributes and prints.] adds new RIP," *The Seybold Report on Publishing Systems,* vol. 24, No. 20, pp. 8–10 (Jun. 26, 1995).

"Indigo System Developments: Indigo varies data, shows Mobius, Omnius," *The Seybold Report on Publishing Systems,* vol. 24, No. 20, pp. 12–15 (Jun. 26, 1995).

"Barco features PrintStreamer, TonerSaver," *Seybold Special Report,* vol. 24, No. 20, p. 11 (Jun. 26, 1995).

"Short–Run Digital Color Printing," *Seybold Special Report,* vol. 4, No. 2, pp. 33 and 34 (Oct. 23, 1995).

"T/R Systems set new price point for digital presses," *The Seybold Report on Publishing Systems,* p. 35 (Oct. 23, 1995).

"Color. Here and Now," *Printing Impressions*, p. 28 (Nov. 11, 1995).

"Digital presses eye the market of one," *Graphic Arts Monthly,* p. 42 (Apr. 1, 1996).

"The [On Demand] Show: Exciting Technology–But Is the Market Ready?," *The Seybold Report on Publishing Systems,* vol. 25, No. 16, pp. 3, 5 and 6 (May 17, 1996).

"Indigo," *The Seybold Report on Publishing Systems,* vol. 25, No. 16, pp. 5 and 6 (May 17, 1996).

"Personalization for Indigo Engines," *The Seybold Report on Publishing Systems,* vol. 25, No. 22, pp. 9–13 (Aug. 26, 1996).

"Variable Data on Digital Presses: Making Progress," *The Seybold Report on Publishing Systems,* vol. 25, No. 22, pp. 3–8 (Aug. 26, 1996).

"Digital Color Printing in Japan: A Report from Early Users", The Seybold Report on Publishing Systems, vol. 24, No. 13, Mar. 13, 1995, pp. 13–19.*

* cited by examiner




FIG. 1
PRIOR ART


36
PUBLISHING
38
PREPRESS
40
42
CREATE MASTER AND VARIABLE PAGE FILE(S) AND BOOK TICKET FILE
COLLATOR AND RIP
OPERATE DEMAND PRINTER(S)
FINISHING
30
DISTRIBUTE

FIG. 2


PERSONAL COMPUTER
54
CONTROL UNIT
MEMORY
52
53
FAX
64
CONTROL AND MAKEREADY FILES
DP 1
DP 2
DP 3
62a
62b
62c
GATHERING DEVICE(S)
INK JET PRINTER(S)
LABEL PRINTER(S)
OTHER CONTROL DEVICE(S)
BAD BOOK DETECTOR
66
70
72
74
76
78
50

FIG. 3




FIG. 4

FIG. 5


TEMPLATE FILE (S)
106
VARIABLE INFORMATION DATABASE
108
STRIPPED MASTER PAGE FILE(S)
120
STRIPPED VARIABLE PAGE FILE(S)
126
PDL MASTER PAGE FILE(S)
122
IMPOSED MASTER PAGE FILES
124
130
P1-a
P1-b
P1-c
P4-a
P4-b
P4-c
132
134
136
137
138
IMPOSED FINAL VARIABLE PAGE FILES
139
PRESS COMMAND FILE
140
TO PRINT SYSTEM 79 71


100a-1
102
100a-r
100a
112
116
110
P4
P1
100

FIG. 6a


100b-1
100
102
100b-r
100b
P2
P3

FIG. 6b




FIG. 7a




FIG. 7b




FIG. 8a




FIG. 8b


START
SELECT OBJECT IN FILE
150
152
TEXT, LINE OR IMAGE ?
LINE
TEXT
154
PLACE DATABASE FIELD NAME AT INSERTION POINT
IMAGE
INSERT DUMMY PICTURE FILE WITH DATABASE FIELD NAME
158
160
FIT TO BOX CHOSEN ?
Y
162
SET SUB NAME TO "FIT"
N
SELECT POSITION OF IMAGE IN BOX
163
156
MORE VARIABLE INFORMATION IN DOCUMENT ?
N
FINISH
Y

FIG. 9

FIG 10a


START
OPEN TEMPLATE FILE
170
OPEN DATABASE FILE
172
CREATE DATABASE FIELD LIST
174
PROMPT FOR SECTION NUMBER, SIMPLEX / DUPLEX AND PROCESS CODE, IF ANY
176
204
SELECT NEXT PAGE
SELECT FIRST PAGE
177
178
ANY IMAGES
N
Y
180
SELECT FIRST IMAGE
IDENTIFY FILE NAME FOR IMAGE
182
186
184
FILE NAME IN FIELD LIST?
Y
DELETE IMAGE BOX
190
SELECT NEXT IMAGE
N
188
194
N
PRO-CESSED ALL IMAGES?
Y
ANY TEXT BOXES ?
SELECT AND PARSE FIRST TEXT BOX
192
N
196
198
203
ALL PAGES PROCESSED ?
N
DELETE TEXT BOX
Y
TEXT BOX CONTAINS FILED NAMES?
202
SELECT AND PARSE NEXT TEXT BOX
Y
205
N
SAVE AS STRIPPED MASTER FILE
200
Y
PROCESSED ALL TEXT BOXES ?
N
a

FIG. 10b



a
209 SELECT FIRST PAGE
206 GENERATE POSTSCRIPT AND INI FILES
REOPEN TEMPLETE FILE AND DELETE LINE ELEMENTS
208
210 ANY IMAGE(S) ?
N
Y
212 SELECT FIRST IMAGE
IDENTIFY FILE NAME FOR IMAGE
214
224 SELECT NEXT IMAGE
216 FILE NAME IN FIELD LIST ?
N
218 DELETE IMAGE BOX
Y
220 SAVE IMAGE BOX LOCATION, CHARACTERISTICS AND FIELD NAME AND INCREMENT VARIABLE IMAGE BOX COUNTER FOR PAGE
PROCESSED ALL IMAGES ?
N
Y
222
226 ANY TEXT BOX(ES) ?
N
Y
228 SELECT AND PARSE FIRST TEXT BOX
232 DELETE TEXT BOX
N
230 TEXT BOX INCLUDES FIELD NAME(S) ?
Y
234 SAVE TEXT BOX LOCATION, INSERTION POINT(S), CHARACTERISTICS AND FIELD NAME(S) AND INCREMENT VARIABLE TEXT BOX COUNTER FOR PAGE
240 SELECT NEXT PAGE
236 PROCESSED ALL TEXT BOXES?
N
Y
SELECT AND PARSE NEXT TEXT BOX
238
ALL PAGES PROCESSED ?
239
Y
b


b
SAVE AS STRIPPED VARIABLE FILE
241
MAKE WORKING COPY OF STRIPPED VARIABLE FILE
242
SELECT FIRST PAGE HAVING VARIABLE INFORMATION AND DELETE OTHER PAGES
244
FROM BLOCK 298, FIG. 10e
SELECT FIRST DATABASE RECORD
246
254
READ DATABASE RECORD
248
SELECT NEXT DATABASE RECORD
250
SELECTIVE PAGE PROCESSING ?
Y
252
PAGE USES THIS RECORD ?
N
Y
N
256
DUPLICATE SELECTED PAGE
253
LAST RECORD IN DATABASE ?
N
FROM BLOCK 292, FIG.10e
258
ANY IMAGE BOXES ?
N
Y
GO TO BLOCK 294, FIG. 10e
260
Y
SELECT FIRST IMAGE BOX
INSERT IMAGE IDENTIFIED BY DATABASE FIELD
262
c
d
e

FIG. 10c


c
d
e
264
SUBNAME = FIT ?
Y
N
266
SCALE IMAGE TO FIT
268
POSITION IMAGE IN BOX
272
SELECT NEXT IMAGE BOX
270
PROCESSED ALL IMAGE BOXES ?
N
Y
274
ANY TEXT BOXES ?
N
Y
276
SELECT FIRST TEXT BOX
278
SELECT FIRST INSERTION PT.
280
INSERT TEXT SPECIFIED BY DATABASE FIELD
282
ALL INSERTION PTS. PROCESSED ?
284
SELECT NEXT INSERTION PT.
N
Y
286
RECOMPOSE TEXT BOX
f
g
h

FIG. 10d


f
g
h
288
PROCESSED ALL TEXT BOXES ?
N
SELECT NEXT TEXT BOX
290
Y
292
PROCESSED ALL RECORDS ?
N
GO TO BLOCK 254 FIG. 10c
Y
294
GENERATE POSTSCRIPT AND INI FILES
298
296
PROCESSED ALL PAGES ?
N
MAKE NEW COPY OF STRIPPED VARIABLE FILE AND SELECT NEXT PAGE HAVING VARIABLE INFORMATION AND DELETE OTHER PAGES
300
PRESS COMMAND FILE EXIST?
302
N
CREATE PRESS COMMAND FILE
GO TO BLOCK 246 FIG. 10c
Y
304
SELECT FIRST RECORD IN DATABASE AND CORRESPONDING RECORD IN PRESS COMMAND FILE
306
TEMPLATE FILE INCLUDES THIS RECORD ?
Y
312
FIND SECTION IN PRESS COMMAND FILE RECORD (CREATE IF NEEDED)
N
i
j
k

FIG. 10e


i
j
k
308
ALL PAGES PROCESSED ?
Y
N
310
SELECT NEXT RECORD IN DATABASE AND CORRESPONDING RECORD IN PRESS COMMAND FILE
314
SELECT FIRST PAGE IN SECTION
316
SIMPLEX OR DUPLEX ?
SIMPLEX
DUPLEX
328
COPY MASTER PAGE FILE NAME AND PG. NUMBER AND VARIABLE PAGE FILE NAME AND PAGE NUMBER (IF ANY) AS SINGLE SET PAIRS
320
ALL PAGES PROCESSED ?
N
Y
COPY MASTER PAGE FILE NAME AND PG. NUMBER AND VARIABLE PAGE FILE NAME AND PG. NUMBER (IF ANY) AS SINGLE SET PAIRS
318
324
ALL RECORDS PROCESSED ?
N
Y
322
SELECT NEXT PAGE IN SECTION
326
PROCESS ANOTHER SECTION ?
Y
GO TO BLOCK 170, FIG. 10a
N
FINISH

FIG. 10f



340
OPEN PRESS COMMAND FILE
342
SELECT FIRST RECORD
344
READ RECORD
346
DETERMINE NUMBER OF PAGES IN RECORD
348
DETERMINE BOOK OR BOOK VERSION WITH GREATEST NUMBER OF BOOK PAGES (REFERRED TO AS "LARGEST BOOK")
350
USER INPUT
SPECIFY: SHINGLING AND BOTTLING AMOUNTS, PLACEMENT AND APPEARANCE OF PRESS MARKS, PPF NUMBER(S), HEAD DIRECTION OF EACH PAGE, PAGE POSITION(S) ON EACH FLAT AND ANY OTHER REQUIRED IMPOSITION PARAMETERS
352
IMPOSE LARGEST BOOK USING SPECIFIED IMPOSITION PARAMETERS TO OBTAIN IMPOSED PDL FILE PATTERN
354
DETERMINE SPECIFIED IMPOSITION PARAMETERS FROM IMPOSED PDL FILE PATTERN (IF NECESSARY)
L
m


FIG 11a


L
m
ASSOCIATE M/V PAGE(S) ACCORDING TO PPF NUMBER(S) TO OBTAIN AN M/V PAGE GROUP FOR EACH FLAT
356
SELECT FIRST M/V PAGE GROUP
358
IDENTIFY FORM DEPTH OF M/V PAGE GROUP
360
362
PAGE GROUP AND FORM DEPTH COMBINATION UNIQUE ?
Y
N
364
ADD TO LIST OF GROUP/DEPTH COMBINATIONS
370
SELECT FLAT PATTERN AT IDENTIFIED FORM DEPTH FROM IMPOSED PDL FILE PATTERN
DEVELOP FLAT PATTERN FOR FORM DEPTH AND M/V PAGE GROUP
366
n
o
p
q
r

FIG. 11b


n
o
p
q
r
372
CREATE PLACEHOLDERS FOR VARIABLE DATA OF M/V PAGE GROUP IN FLAT PATTERN TO OBTAIN NEW FLAT FILE PATTERN AND STORE IN MEMORY
CREATE PLACE-HOLDERS FOR MASTER DATA OF M/V PAGE GROUP IN FLAT PATTERN TO OBTAIN NEW FLAT FILE PATTERN AND STORE IN MEMORY
368
DEVELOP NEW PRESS COMMAND FILE ENTRY TO REFLECT IMPOSED M/V PAGE GROUP
374
SELECT NEXT M/V PAGE GROUP
378
ALL GROUPS FOR RECORD PROCESSED ?
376
N
Y
ALL RECORDS PROCESSED ?
380
N
SELECT NEXT RECORD
382
INSERT FILE DATA FOR M/V FILES INTO RESPECTIVE FLAT PATTERNS TO DEVELOP FINAL FILES & CREATE INI FILE
384

FIG. 11c


OPEN PRESS COMMAND FILE
400
PROMPT USER TO SPECIFY RIP OPTION: MASTER ONLY, VARIABLE ONLY, MASTER AND VARIABLE
402
SELECT FIRST LINE IN PCF HAVING FILE NAME(S)
404
SELECT FIRST FILE NAME
406
408
FILE NAME UNIQUE?
N
Y
416
END OF LINE ?
N
Y
418
SELECT NEXT FILE NAME
410
ADD TO FILE LIST
420
END OF FILE?
N
Y
SELECT NEXT PCF LINE
422
412
RIP FILE ?
N
Y
414
ADD TO RIP LIST
RIP FILES IN RIP LIST
424

FIG. 12

# APPARATUS FOR CONTROLLING AN ELECTRONIC PRESS TO PRINT FIXED AND VARIABLE INFORMATION

## TECHNICAL FIELD

The present invention relates generally to reproduction methods and systems, and more particularly to a method of and system for selectively reproducing images.

## BACKGROUND ART

Most printing systems in use today utilize printing plates or cylinders which are engraved or photochemically processed to create an image thereon. Ink is then deposited on the plate or cylinder and the ink is thereafter transferred to a substrate, such as paper. In a conventional printing press, a number of pages are printed on a sheet of paper to form a signature which is then folded and assembled with other signatures. The assembled signatures are then bound, trimmed and finished by finishing apparatus to produce finished books, such as magazines, catalogs or any other printed and bound matter.

Often, there is a need to produce different versions of books and/or customized books within a single press run. For example, it may be desirable to produce a number of standard books together with a number of books having additional and/or different signatures or pages therein. Also, it may be necessary or desirable to provide customized information in the form of an address label, personalized information or the like on the inside or outside of finished books. In either case, conventional printing systems are not easily adaptable to produce books of these types.

A printing system which has the ability to produce differing book versions and/or books with customized information is disclosed in Riley U.S. Pat. No. 4,121,818, assigned to the assignee of the instant application. The printing system includes a number of packer boxes disposed adjacent a binding chain wherein each packer box stores a plurality of signatures. A control is included for controlling the packer boxes to selectively feed signatures onto chain spaces of the binding chain so that books of varying content can be produce. Customized information can be printed on the signatures by means of an ink jet printer which is selectively operated by the control. Other types of customization can be effectuated, such as by inserting or onserting cards or the like.

Other systems for producing customized books are disclosed in Abrams et al. U.S. Pat. No. 3,899,165, Wong et al. U.S. Pat. Nos. 4,500,083 and 4,674,052, Wong U.S. Pat. No. Re 32,690 and Berger et al. U.S. Pat. Nos. 4,768,766 and 4,789,147.

Image manipulating systems have been developed which permit gathering of images in an office or home environment. For example, conventional word processing programs, such as Microsoft® Words®, WordPerfect® and the like, permit a user to import images into a page and also allow a user to command which pages of a document to print. In addition, macros (i.e., a sequence of commands) can be assembled and executed within these programs which can allow printing of particular document pages in a certain order. Still further, most word processing programs have merge capability wherein a customized image is merged with other standardized information and printed or displayed. As one example, customized information in the form of addressee and address information may be merged with standardized return address information and printed on a series of envelopes.



A different image gathering capability provided by CAD (computer aided design) software, sometimes referred to as "layering," involves the creation and storage of a base page and one or more layer pages. A user can issue commands to display or print the base page and one or more of the layer pages simultaneously atop one another to achieve an effect similar to the overlay of transparencies so that a composite page appearance results.

While the foregoing image manipulating systems allow some image gathering capability, none is effective to assist in the rapid production of different book versions. Of course, CAD systems are primarily designed for line art and not text nor graphic images, and hence are of only limited use. Further, if one were to use word processing software to produce book versions it would be necessary to issue commands to separately print the pages of each book version just before such version is to be produced. That is, a user would have to create and store pages to be included in a first book version and then command the software to print as many copies of the first version as are needed. Thereafter, the user would have to recall the pages of the first version from memory, edit and store the pages to create pages to be included in a second book version and then command the system to print the required number of books of the second version. Similar steps would have to be undertaken for each other book version to be produced. Alternatively, the pages of the different book versions could be created and stored and thereafter printed together. In either event, where many book versions are to be produced, such a process would be quite time-consuming. In addition, image importation and merge routines provided as a part of word processing software are adapted for use on a sub-page basis only and hence are of only limited usefulness in the book production environment. Still further, data manipulated by word processing software are largely (if not entirely) in symbolic format. As a result, data to be displayed or printed must be first rasterized by a raster image processor (RIP), which utilizes complex and time-consuming computational routines which further increase production time to an economically impractical level

Recently, new printing systems have been developed, called "demand printers," which are capable of high speed printing of images from electronic representations thereof. The demand printer produces high quality color images using a set of fusible toners in an electrophotographic process. More particularly, a web of paper is passed adjacent a series of drums, each of which has been electrostatically charged according to an image pattern for a particular color to be applied to the web. The charge is transferred to the paper and an oppositely charged toner of the proper color is brought into contact with the paper. The oppositely charged web and toner attract so that the toner is held on the paper as other colors are applied thereto. The toners and paper are thereafter heated to fuse the toners to the paper to produce the final image. The web is then cut into sheets (or "forms") and the forms are further processed as needed to produce a final product.

Unlike conventional presses which utilize engraved or photochemically prepared plates or cylinders, demand printers are capable of rapidly printing high quality images of differing content owing to the fact that the images are produced by an electrophotographic process. That is, instead of the need to replate and re-engrave a gravure cylinder when a different image is to be printed therewith, it is only necessary to change the charge applied to the drums of the printer in order to make such change. Thus, different images can be printed by the same printer without significant delays.

This advantage makes the demand printer desirable for use in certain production environments. However, applicants are currently unaware of any systems developed by others which utilize this advantage to produce differing book versions in an efficient manner.

## SUMMARY OF THE INVENTION

In accordance with the present invention, an apparatus and method for controlling a display device such as an electronic press permits the display of fixed and variable information in a simple and effective manner.

More particularly, an apparatus and method for controlling an electronic press includes means for and the steps of developing first and second sets of template data representing associated first and second template pages, respectively, wherein each set of template data includes master data representing fixed information and area data representing an area of the page for variable information. A database is also developed having a number of entries each of which represents variable information. The electronic press is caused to print the first and second template pages with selected variable information.

Preferably, the sets of template data and the database are converted into commands for the display device specifying sequence and content of page production.

Also preferably, the sets of template data are separated into master files containing master data and intermediate variable page files having area data. Final variable page files are derived from the database and the intermediate variable page files, wherein the final variable page files include content data representing variable printed information. The commands may be developed from the master page files and the final variable page files.

According to a further aspect of the present invention, an apparatus for controlling an electronic press wherein the press includes a controller responsive to press commands includes first means for developing a template file defining pages to be printed with fixed information common to all of the associated pages and variable information unique to each page, as well as means for assembling a database having entries therein each representing variable information to be printed. Second means are responsive to the first developing means for developing a master page file from the template file wherein the master page file defines the fixed information. Means are responsive to the assembling means and the first developing means for converting the template file and the database into press commands specifying sequence and content of page production by the press.

In accordance with yet another aspect of the present invention, an apparatus for controlling an electronic press wherein the press includes a controller responsive to press commands includes first means for developing a plurality of template files each defining associated pages to be printed with and having first data defining fixed information common to all of the associated pages and variable information unique to each associated page. At least one of the template files further includes second data defining a particular area in each associated page for the printing of variable information therein and third data identifying at least one of the database entries. Means are provided for assembling a database having entries therein each representing variable information to be printed. Second means are responsive to the first developing means for developing a master page file from the template file wherein the master page file includes data defining the fixed information only. Means are responsive to the assembling means and the first developing means for converting the template files and the database into press commands specifying sequence and content of page production by the press.



The apparatus and method of the present invention permit high speed printing of quality images and are particularly suited to the production of differing book versions and/or books with customized and/or personalized information within a single production run.

Other features and advantages are inherent in the apparatus claimed and disclosed or will become apparent to those skilled in the art from the following detailed description in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram illustrating a prior art method of producing books;

FIG. **2** is a block diagram of a method of producing books according to the present invention;

FIG. **3** is a block diagram illustrating an exemplary system for implementing the method of the present invention illustrated in FIG. **2**;

FIG. **4** is a block diagram illustrating one of the demand printing systems of FIG. **3** in greater detail;

FIG. **5** is a generalized diagram of the steps implemented by the method of the present invention;

FIGS. **6***a* and **6***b* are elevational views of a sample book that may be produced by the present invention;

FIGS. **7***a*, **7***b* and **8***a*, **8***b* are elevational views of other sample books that may be produced by the present invention;

FIG. **9** is a flowchart illustrating programming that may be executed by a user on a personal computer to create the template files **105** of FIG. **5**;

FIGS. **10***a*–**10***f*, when joined along similarly-lettered lines, together represent programming executed by the control unit **52** of FIG. **3** to implement the present invention;

FIGS. **11***a*–**11***c*, when joined along the similarly-lettered lines, together represent programming executed by the control unit **52** of FIG. **3** to impose pages to be printed by one of the demand printing systems of FIG. **3**; and

FIG. **12** illustrates programming executed by the control unit of **52** of FIG. **3** to convert page files into bitmap format.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. **1** illustrates a prior art method of producing books, for example as shown in the above-identified Riley et al. '818 patent identified above. During a publishing step **20**, the contents of one or more book versions are determined. Each version may comprise, for example, a set of standard or common pages. In addition, some of the versions may include one or more additional pages or other customized information. Thereafter, during a preliminary step **22**, color correction of color images is undertaken together with undercolor removal and screening for halftone images. During a prepress step **24**, page imposition is effected and printing cylinders or plates are prepared. The plates or cylinders are then used during a printing step **26** to prepare signatures which are loaded into packer boxes (not shown). As noted in the Riley et al. '818 patent identified above, the signatures are then selectively collected on a gathering chain (not shown) during a book assembly step **28** and the gathered signatures are bound and trimmed to create the books. The books are thereafter distributed during a step **30** to users

via one or more distribution systems, for example, the U.S. Postal Service.

As should be evident from the foregoing, customization occurs during the book assembly step **28**, inasmuch as the choice of particular signatures to be included in a book is made at that time. In addition, customized information can be printed onto selected signatures using an ink jet printer disposed adjacent the gathering chain. Thus, for example, addressee information can be printed by the ink jet printer on assembled books so that preprinted addressee labels need not be used. Other types of customization can be effected at this time, for example, by inserting or onserting cards into or onto a stack of collected signatures, affixing a specialized or customized cover on a gathered stack of signatures, or the like. Customization at this point in the production process is simpler and less expensive than, for example, separately printing each book version with customized information.

FIG. **2** illustrates a block diagram of a method **40** according to the present invention which may be used in place of the method of FIG. **1** to produce books. The method **40** includes a step **42** which utilizes the output of publishing and preliminary steps **36**, **38** and produces books for distribution according to the step **30** of FIG. **1**. The step **42** creates one or more master and variable page files in, for example, a page description language (PDL) such as PostScript® (PostScript® is a trademark of Adobe Systems, Inc. for its page description language) representing pages to be produced. In addition, as noted in greater detail hereinafter, a press command file is developed which specifies the manner in which data contained within the master and variable page files are to be merged to produce printed pages. The format of the press command file is specified by Barco Graphics of Gent, Belgium and is particularly suited for control of a DCP-1 digital color press manufactured by Xeikon of Mortsel, Belgium. It should be noted that the apparatus and method of the present invention are not limited to use with a particular type of demand printer or a particular system for controlling such a printer, inasmuch as the invention can be adapted for use with any type of printer or control whether located locally or remotely.

The master and variable page files and the press command file are converted by a collator and raster image processor (RIP) into bitmaps which may be stored in a memory. The stored bitmaps are used to control one or more demand printers and/or any other type of display device, such as a laser printer, a CRT, an LCD display or the like so that the device displays pages having fixed and variable information thereon. Alternatively, the master and variable page files may be premerged to create a plurality of combined files each representing a page to be reproduced with master and variable information. The combined files can be then sent to any type of printer or other display device, whether local or remote. Also, the combined files can be converted to a suitable format (e.g., Acrobat® PDF format) and transmitted to a remote location using a facsimile machine, e-mail or other transmission medium if desired.

During a finishing step, the assembled books are bound and trimmed and, if desired, further customization can be effected.

FIG. **3** illustrates a system **50** which implements the steps **36**, **38** and **42** in the method **40** of FIG. **2**. A control unit **52**, which may be implemented by a personal computer or another type of computer, includes a memory **53** and stores therein data representing images to be printed. As noted in greater detail hereinafter, the data may be specified by a publisher using a personal computer **54** or any other type of computer and may comprise one or more template files specifying pages to be produced with master or fixed printed information (i.e., printed information which does not vary from book to book of the same version) and variable printed information (which typically varies from book to book). The variable information may be stored in a database created by the publisher and the template file(s) specify the locations on particular pages for variable information stored in the database as noted in greater detail hereinafter.

If desired, image data may be obtained from any other type of device or devices, such as a scanner which scans input copy, data supplied over a network or any other source. The control unit **52** is further responsive to control and makeready files and causes one or more demand printing systems **62** to print desired pages. While three demand printing systems **62***a*–**62***c* are illustrated in FIG. **3**, it should be understood that the control unit **52** may operate a different number of demand printing systems, as desired. Also, the control unit **52** may operate a fax machine **64** and/or may communicate with other remote devices to send properly converted combined files, as desired and as noted above. The combined files may be printed or may alternatively be reproducible in a different medium and/or may comprise a non-static image or other information, i.e., movies or audio.

The pages printed by the demand printing system **62** may be supplied to a finishing apparatus **66** which includes various auxiliary production devices and device interfaces for assembling the pages to produce finished books which are ready for distribution. The finishing apparatus **66** may include one or more gathering devices **70** for gathering printed pages into books, one or more ink jet printers **72** for printing additional customized information, such as addressee information, on each book, one or more label printers **74** for printing address labels and/or other control devices **76**. In addition, one or more detectors **78** may be provided to sense when a defective book is produced. The control unit **52** may be responsive to the output of the detector **78** to reorder a defective book at an appropriate point in the production sequence thereof so that advantage can be taken of postal discounts, if possible.

FIG. **4** illustrates the demand print system **62***a* of FIG. **3** in greater detail, it being understood that the systems **62***b* and **62***c* are identical thereto. The system **62***a* includes a print system **79** having a press controller **80**, a collator **81** and a raster image processor (RIP) **82** which are operable in response to press commands generated by the control unit **52**. A collator is an electronic device for storing raster image processor files (i.e., bitmap files) and delivering selected files to a digital press in real time, such that the digital press can run at full speed while processing and printing unique page data for each book produced on the press. The RIP **82** converts the page files to bitmap format or any other format, such as a symbolic printer control language. The collator **81** includes memory in the form of mass storage drives and physical memory and collates the bitmap page files. If desired, the collator **81** and/or RIP **82** may comprise a part of the press controller **80**. The controller **80** instructs the collator **81** to send page files to the demand printer **84**. The print system **79** may comprise the PrintStreamer system, manufactured and marketed by Barco Graphics of Belgium, while the demand printer **84** may comprise the Xeikon DCP-1 digital color press noted above. It should be noted that a different print system and/or demand printer may alternatively be used, such as the Indigo printer manufactured by Indigo NV, of Maastricht, Netherlands if desired.

FIG. **5** illustrates in diagrammatic generalized form the method of the present invention. For the purpose of explain-

ing the present invention, as a first example, it will be assumed that the demand print system **62***a* will be operated to produce three four-page books in the form of a brochure in duplex format. That is, as seen in FIGS. **6***a* and **6***b*, a first sheet of paper **100** is to be printed on a first side **100***a* with printed pages **P1**, **P4** while a second side **100***b* of the sheet **100** is to be printed with pages **P2**, **P3**. In addition, pages **P1**–**P4** are to be imposed such that the page **P1** is placed on a right-hand portion **100***a*–r of the side **100***a* while the page **P4** is placed on a left-hand portion **100***a*–l of the side **100***a*. Further, the page **P2** is to be placed on a left-hand portion **100***b*–l of the side **100***b* while the page **P3** is to be placed on a right-hand portion **100***b*–r of the side **100***b*. In this fashion, when the sheet of paper **100** is folded along a fold line **102** with the pages **P1** and **P4** on the outside, the pages **P1**–**P4** will appear in sequence. Because each book to be produced in this example comprises only a single sheet of folded paper, the imposition process need not take into account shingling or bottling effects, although it should be noted that such effects may have to be taken into account when more than one sheet of paper is assembled with other sheets of paper to produce a book and/or when more than two pages are to be printed on a single side of a sheet of paper and thereafter assembled with other pages to create a book.

In addition to the foregoing, in the first example, assume that the three books to be produced include variable and fixed information on the first and last pages of each book and fixed information only on the remaining pages. For example, the page **P1** may include variable information in the form of a personalized message, a variable image, or the like in an area **110** whereas the page **P4** may include other variable information in an area **112**, for example, postal information for mailing the brochure to an addressee. Corresponding front and back pages of the remaining books may include different variable information. The remaining printed information on pages **P1**–**P4** is identical to the printed information on corresponding pages of the other two books.

It should be noted that the present invention is not limited to production of books of the same "version" (i.e., books having the same master information). For example, the book versions of FIGS. **7***a*, **7***b* and **8***a*, **8***b* may be produced together with the book version of FIG. **6***a* and **6***b* in the same production run or job. The book version example of FIGS. **7***a* and **7***b* includes pages **P5**–**P8** to be reproduced a number of times to produce individual books. The book version of FIGS. **7***a* and **7***b* is identical to of the book version of FIGS. **6***a* and **6***b* except that an additional area **113** is provided on the page **P5** for placement of variable information, in addition to the areas **110** and **112**. Because of the addition of the area **113**, the remaining master information appearing in an area **114** differs from master information appearing in an area **116** of the page **P1** of FIG. **6***a*.

The book version example of FIGS. **8***a* and **7***a* differs from the book version examples of FIGS. **6***a*, **6***b* and **7***a*, **7***b* not only in terms of content of master and variable information, but also number of pages and page size. Specifically, eight pages **P9**–**P16** are to be printed wherein the pages **P9**, **P12**, **P13** and **P16** are to be printed in a first side **117***a* of a sheet of paper **118** and the remaining pages **P10**, **P11**, **P14** and **P15** are to be printed on a second side **117***b* of the sheet **118**. In addition, the pages **P11**–**P14** are printed upside down relative to the remaining pages so that, when the sheet **118** is folded first along a fold line **119***a* and then along a fold line **119***b*, the resulting pages **P9**–**P16** appear in order. Thereafter, the folded sheet **118** is trimmed to separate the pages **P9**–**P16**. As should be evident, the pages **P9**–**P16** are one-half the size of the pages **P1**–**P8**, and further include different master and variable information thereon.

It should be noted that books assembled from multiple printed "forms" (defined in greater detail hereinafter) may alternatively or in addition be produced by the present invention, if desired.

Referring again to FIG. **5**, one or more template files **106** are developed by a publisher specifying the content (including appearance) of fixed information and the positioning of all information (i.e., fixed and variable) on the different books or book versions. A database **108** is also developed by the publisher using the personal computer **54** specifying the content of variable information to be placed in variable information areas, for example, the areas **110**, **112** on the pages **P1**, **P4**, respectively, of FIGS. **6***a* and **6***b*. The database **108** further includes control information, as noted in greater detail hereinafter.

The template files **106** include data specifying the position and content of fixed information on the pages to be printed. Specifically, the template files **106** define template pages wherein each template page includes data representing any fixed information to be reproduced on corresponding pages of the books or book versions and area data representing any area(s) on the corresponding pages where variable information is to be reproduced. The template files are duplicated to create working files. One set of working files is stripped of all area data relating to placement of variable information to create stripped master page files **120** defining template pages having only fixed information thereon. The stripped master page files are then converted into PDL master page files **122** expressed in a page description language, such as PostScript®. An optional imposition process may then convert the PDL master page files **122** into imposed master page files **124** each representing a side of a piece of paper to be printed with at least one, and, likely, two or more template pages having fixed information only thereon. Such a template page may be identical to that shown in FIG. **6***a* except that the areas **110** and **112** are removed therefrom.

A further set of working files is stripped of all fixed information to create stripped variable page files **126** defining template pages having fixed information removed therefrom and further having the area data defining the areas **110**, **112**. The data representing template pages having variable information thereon are expanded into a set of intermediate page files. In the example of FIGS. **6***a* and **6***b* where three books are to be printed, two intermediate page files **130**, **132** are thus produced. The file **130** includes a file portion **P1**-*a* defining the position of variable information to be produced on the page **P1** for the first book. Two other file portions **P1**-*b* and **P1**-*c* define the position of variable information to be produced on the front pages of the remaining two books. In like fashion, file portions **P4**-*a*, **P4**-*b* and **P4**-*c* represent the position of variable information to be reproduced on the last pages of the three books. At this point, data are also contained in each of the files **130**, **132** identifying the entries in the database **108** to be placed in the areas **110**, **112** during printing.

The files **130**, **132** are then converted into variable page files **134**, **136**. The files **134**, **136** are identical to the files **130**, **132**, respectively, except that the data in each file identifying entries in the database are replaced by the actual data stored at such entries.

The files **134**, **136** are converted into files **137**, **138** in a PDL format, for example, PostScript®. An optional imposition process may convert the PDL files into imposed final variable page files **139**.

The print system **79** operates in response to the press commands in a press command file **140** and merges the page

files **122**, **137** and **138** (if no imposition is to be effected) or merges the page files **124** and **139** (if the pages are imposed) to create the finished books or book versions.

FIG. **9** illustrates a flow chart of programming executed by the personal computer **54** for creating the template file(s) **106** of FIG. **5**. The programming may be written as an extension of Quark Xpress®, a page make-up program distributed by Quark, Inc. of Denver, Colo. The Quark Xpress® program may be adapted for operation on the Apple® Macintosh® operating system or any other operating system, such as the Microsoft Windows® operating system. Alternatively, a different page make-up program may be used, if desired.

During the make-up process for a book consisting of one or more pages, a template file is created for each book version to be produced, or, where a book is to include two or more parts (referred to as "sections" hereinafter) a template file may be created for each section. At a block **150** a user may select an area of a page for reproduction of variable information therein, at which point a line object, a text object or an image object may be selected. A block **152** then checks to determine which type of object has been selected. If a text object has been selected, indicating that variable text is to be inserted at a point defined by the current cursor position on the computer display, the name of the appropriate field in the database **108** is inserted into the template file at the insertion point defined by the current cursor position. If the user wishes to designate more areas for variable information (block **156**) control returns to the block **150** to await selection by the user. If the user then selects an image object, a box is defined by the user to contain an image at a desired location on a selected page. Control from the block **152** thereafter passes to a block **158** which inserts a dummy picture file and an indication of the proper database field name in the template file for the page at the location in the upper left corner of the image box. Control thereafter proceeds to the block **156**.

If the block **152** determines that a line object has been selected, control returns directly to the block **150**, inasmuch as variable information cannot be entered into a line object.

At any point during the page make-up process, other functional aspects of the Quark Xpress® program may be invoked as necessary to produce finished pages.

Once the user determines that no more variable data is to be inserted into the document (block **156**), the resulting page template files(s) are stored on a storage medium, such as an optical disc or other storage device, and/or the file(s) are downloaded together with the database to the control unit **52**.

The database **108** is assembled by creating an ASCII file having a plurality of records wherein each record includes one or more fields entered into the database in tab-delimited format (i.e, the fields are separated from one another in each record by tab keystrokes and the records are separated from one another by line returns) and wherein the fields are arranged under field names of a header. Each field may include text to be reproduced on a page or a name of an image file stored in the memory **53** and defining an image to be reproduced on a page.

In addition to the foregoing data, the database **108** may include an optional field designating the number of copies of each book to be produced, an optional townsort image field, a version identification field indicating book version number if multiple book versions are to be produced, an optional distribution list field, control data and the like.

A sample database is set out below having a header consisting of twelve fields (i.e., "version," "addressline1," "addressline2," etc.) and a number of records, nine of which are shown, each having twelve fields:

| Version | Addressline1 | Addressline2 | Addressline3 | Addressline4 | Addressline5 | Price1 | Image1 | Price2 | Copies | Barcode | Townsort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | William Doe | 123 Elm | Chicago | Illinois | 606248923 | $22.95 | Shoes | $21.95 | 1 | !606248923! | |
| 03 | Hugh Jorgensen | 56 Maple | Chicago | Illinois | 606248923 | $21.95 | Shirt | $20.95 | 1 | !606248923! | |
| 02 | Jay P. Morgan | 1313 Park | Chicago | Illinois | 606248924 | $24.95 | Pants | $22.95 | 1 | !606248924! | ■ |
| 02 | Joe Louis | 819 Elm | LaGrange | Illinois | 605251093 | $19.95 | Pants | $18.95 | 1 | !605251093! | |
| 03 | John Smith | 926 Cossit | LaGrange | Illinois | 605251093 | $19.95 | Shoes | $15.25 | 1 | !605251093! | |
| 01 | Len Johnson | 882 Monroe | LaGrange | Illinois | 605251093 | $19.95 | Shoes | $17.25 | 1 | !605251093! | |
| 02 | Janet Cizmar | 916 Monroe | LaGrange | Illinois | 605251094 | $24.95 | Pants | $21.95 | 1 | !605251094! | ■ |
| 03 | Jay Schroeder | 88 W. 77th | Brookfield | Illinois | 605241391 | $21.95 | Shirt | $19.95 | 1 | !605241391! | |
| 03 | John Doe | 129 Madison | Brookfield | Illinois | 605241391 | $22.95 | Shirt | $19.95 | 1 | !605241391! | ■ |

indicated by the current cursor position. The user will thereafter see the dummy picture file at the insertion point on the display of the computer **54** when the page is viewed. The dummy picture file will display an indication of which database field will be used for insertion on the respective pages.

Following the block **158**, a block **160** prompts the user to enter an indication of whether the image object is to be displayed in one of two display formats. If the image is to be displayed in other than the original size thereof, a block **162** sets a subname defined for the image to "fit," indicating that the image is to be scaled to fit the box. If the image is to be displayed in the original size thereof, a block **163** prompts a user to select a position for the image at a particular location in the box defined therefor, such as the upper left-hand corner, the lower right-hand corner, or the like. If the user does not select a position, the image is placed

In the example of FIGS. **6***a* and **6***b*, the field names ADDRESSLINE1 through ADDRESSLINE5, BARCODE and TOWNSORT may appear in the area **112** and one or more of the field names PRICE1, IMAGE1 AND PRICE2 may appear in the area **110**. Inasmuch as only a single version is to be produced in the example of FIGS. **6***a* and **6***b*, the VERSION field would not be used. The COPIES field may be used as a control code to select the number of book copies to be produced.

Once the template file(s) **106** and the database **108** are assembled, the programming of FIGS. **10***a*–**10***f* may be executed by the control unit **52** to create the master page files **122** or **124**, the final variable page files **137**, **138** or **139**, and the press command file **140**. Referring first to FIG. **10***a*, a block **170** prompts a user to select a template file **106** and a block **172** opens the database **108**. A block **174** then reads and stores in a list the database field names for later

reference and a block **176** prompts a user to enter information indicating a section number and whether pages are to be printed in simplex (i.e., single-sided) or duplex (i.e., double-sided) format. The section number identifies the order in which multiple sections are to be processed for a particular book. The user may also be prompted to enter a selective processing code identifying a particular book version to process if multiple versions are to be produced during a single press run.

Following the block **176**, a block **177** begins the process of stripping variable information from the template file opened by the block **170** to obtain the stripped master file **120** of FIG. **5**. The block **177** selects a first page for processing and a block **178** checks to determine whether there are any images in the template file and, if images are located, a block **180** selects a first image. A block **182** identifies the file name for the image and a block **184** checks the field list to determine whether the file name is included therein. If the file name for the image is included in the field list, then the image comprises variable information and a block **186** deletes the image block. Otherwise, the block **186** is skipped and a block **188** checks to determine whether all images have been processed. If not, a block **190** selects a next image and control returns to the blocks **182–188**. Control remains with such blocks until the block **188** determines that all images have been processed and control then passes to a block **192**. Control also passes to the block **192** from the block **178** should the latter determine that there are no images in the template file.

The block **192** determines whether any text boxes are present in the open template file. If at least one text box is present, a block **194** selects and parses a first text box and a block **196** checks to determine whether the text box includes at least one of the field names of the database **108**. If so, then it has been determined that the text box includes variable information and a block **198** deletes the text box. Otherwise, the block **198** is skipped and a block **200** checks to determine whether all text boxes in the template file have been processed. If not, a block **202** selects and parses the next text box in the template file and control returns to the blocks **196–200**. Control remains with such blocks until all text boxes have been processed, whereupon a block **203** determines whether all pages have been processed. If not, a block **204** selects a next page and control returns to the block **178**. Otherwise, a block **205** saves the resulting file as the stripped master file.

Control also bypasses the blocks **194–202** and proceeds directly from the block **192** to the block **203** if there are no text boxes in the open template file.

Following the block **205**, a block **206**, FIG. **10***b*, converts the stripped master file into the PDL master page file **122** of FIG. **5**. At the same time, an initialization (or INI) file is created in ASCII code according to the following format:

name: [file path\name]
psx: [dimension]
psy: [dimension]
ssx: [dimension]
ssy: [dimension]
posx: [dimension]
posy: [dimension]
duplex: [zero or one]
orientation: [zero or one]
output: [filename]
copies: [number]

Where "psx" and "psy" refer to finished page sizes in x and y directions, "ssx" and "ssy" refer to cut sheet size in x and y directions, "posx" and "posy" refer to offsets in x and y directions specifying placement of each page on a cut sheet, "duplex" refers to single or two-sided printing, "orientation" refers to portrait or landscape printing, "output" refers to the name of the output file and "copies" refers to the number of copies to be printed. A sample INI file which specifies parameters for printing of a file called MYJOB.PS is as follows:

Name: C:\jobs\myjob.ps
psx: 8000
psy: 11000
ssx: 11500
ssy: 9000
posx: 150
posy: 150
duplex: 1
orientation: 1
output: myjob.ps
copies: 1

In the foregoing example, one copy of the file MYJOB.PS is to be printed in duplex and portrait formats at an offset of 0.15×0.15 inches from a corner of a finished sheet of paper 8×11 inches cut from a sheet originally having dimensions of 9×11.5 inches.

Following the block **206**, a block **208** then reopens the same template file originally opened by the block **170** to begin the process of creating the stripped variable page files **126** of FIG. **5**. A block **209** selects a first page and a block **210** checks to determine whether there are any images in the file and, if so, a block **212** selects a first image for consideration. A block **214** identifies the file name for the image and if a block **216** determines that the file name is not in the field list, then the image comprises fixed information (i.e., image will be the same in all of the books of a given version) and hence the image box is deleted by a block **218**.

On the other hand, if the file name for the image is in the database field list, then the image is of the variable type (i.e., the image changes with the books of a given book version), and hence a block **220** identifies and saves the image box location on the page, the characteristics of the image box, such as the size, skew, background color and subname and the like and further saves the field name of the image from the database **108**. Also, a counter in the memory **53** which tracks the number of variable image boxes on the page is incremented.

Control from the blocks **218** and **220** passes to a block **222** which checks to determine whether all images have been processed. If not, a block **224** selects a next image and control returns to the blocks **214–222**. Otherwise, control proceeds to a block **226** which begins the process of selecting and identifying text boxes. If there are text boxes present in the template file, a block **228** selects and parses a first text box and a block **230** checks the parsed text box to determine whether it includes one or more field names from the database. If not, then it has been determined that the text box includes only fixed information, and hence a block **232** deletes the text box. Otherwise, a block **234** stores the text box location, the insertion points in the text box at which variable information is to be printed and the characteristics of the text box and the field names of the database **108** identified in such text box in the memory **53**. In addition, a variable text box counter is incremented representing the number of text boxes appearing on each page.

Control from the blocks **232** and **234** proceeds to a block **236** which checks to determine whether all text boxes have been processed. If not, a block **238** selects and parses the next text box and control returns to the blocks **230–236**. Once all text boxes have been processed, or if the block **226** determines that there are no text boxes in the template file, a block **239** determines whether all pages have been processed and, if not, a block **240** selects the next page and control returns to the block **210**. Otherwise, control passes to a block **241**, FIG. **10***c*, which saves the resulting file as the stripped variable file **126** of FIG. **5**.

Control also passes to the block **239** from the block **226** if there are no text boxes found.

A block **242** then creates a working copy of the stripped variable file **126** and a first page having variable data thereon is selected and data representing the remaining pages in the file are deleted by a block **244**. A block **246** then deletes the data representing remaining pages in the file. In the example of FIGS. **6***a* and **6***b*, the block **244** creates a file defining the front page of a book with all fixed information deleted therefrom and an area reserved for variable information.

Following the block **244**, a block **246** selects a first record in the database **108** and a block **248** reads the record. An optional block **250** checks to determine whether a selective processing code has been entered by the user indicating that the page is to undergo selective page processing. As noted above, the apparatus and method of the present invention may be utilized to produce not only books of a single version (i.e., where corresponding pages differ only in terms of the variable information stored in the database) but also books of different versions. In the latter case, the books of different versions have different fixed and variable information. The fixed and/or variable information may vary in terms of content or appearance (i.e., style, location, rotation, position, etc.) or both in different versions.

If the block **250** determines that selective page processing is to be undertaken, then a block **252** checks to determine whether the database record read by the block **248** is utilized on the page currently under consideration. If this is not the case, a block **253** checks to determine whether the record currently under consideration is the last in the database. If so, control passes to a block **294** of FIG. **10***e*. Otherwise, a block **254** selects a next record in the database **108** and control returns to the block **248** where the next database record is read.

If the block **250** determines that selective page processing is not to be undertaken, or if the block **252** determines that the record read by the block **248** is used in the page currently under consideration, a block **256** duplicates the data representing the page remaining after execution by the block **244** to initiate development of one of the files **130** or **132**. In the first pass through the program of FIG. **10***c*, and in connection with the example of FIGS. **6***a* and **6***b*, the block **256** creates the file **130** and develops page data representing a first version of the page **P1**-*a* and adds further variable information to such page data during immediately succeeding passes through the program. Thereafter, data representing the remaining pages **P1**-*b*, **P1**-*c* and **P4**-*a* through **P4**-*c* are created and variable information is added to such pages serially during subsequent passes.

A block **258** checks to determine whether there are any image boxes on the page and, if so, a block **260** selects a first image box. A block **262** then inserts the image identified by the database field into the image box. A block **264**, FIG. **10***d*, checks the subname to determine whether the block **162** of FIG. **9** has indicated that the image should be sized to fit the image box. If this is true, a block **266** performs the scaling. Otherwise, a block **268** positions the image in the image box at the position specified by the user and a block **270** checks to determine whether all image boxes have been processed. Control also passes from the block **266** directly to the block **270**, thereby skipping the block **268**. If not all image boxes have been processed, a block **272** selects a next image box on the page and control returns to the blocks **262–270** so that remaining image boxes are serially processed.

Once the block **270** determines that all image boxes have been processed, or immediately following the block **258** of FIG. **10***c* if no image boxes are found on the page, a block **274** checks to determine whether there are any text boxes on the page and, if so, a pair of blocks **276**, **278** select a first text box and a first insertion point in such box. Blocks **280**, **282** and **284** serially insert text data stored in the database **108** at the appropriate insertion points in the text box. Once all of the variable text data have been inserted into the text box, a block **286** recomposes all text in the text box so that the text obtains a neat finished appearance. The recomposition process is automatically undertaken by the Quark Xpress® program once the variable information is inserted into each text box. The recomposition process is responsive to the user commands as applied to the template file page, such as left, right, center, or full justification, hyphenation and the like. Following the block **286**, a block **288**, FIG. **10***e*, checks to determine whether there are remaining text boxes to be processed on the page and, if so, a block **290** selects the next text box on the page and control returns to the blocks **278–288** to insert text information into such text boxes.

Once the block **288** determines that all text boxes for the page have been processed, the programming required to produce one of the pages of the file **134** of FIG. **5** having variable information only thereon is complete. A block **292** then determines whether all records in the database have been considered for inclusion in additional variable pages of the file **134** to be produced. If not all records have been considered, control returns to the block **254**, FIG. **10***c*, where the next database record is identified and read. On the other hand, if all pages of the file **134** have been produced by considering all records in the database **108**, a block **294** converts the file data into PostScript® or another PDL format to create the variable page file **137** of FIG. **5**. Also, an INI file is created as before, except that the “duplex” parameter is set to command simplex printing only. If necessary or desirable, should the press run length exceed a certain limit, the programming may be modified to create more than one variable page file for each variable page of the template file.

Following the block **294**, a block **296** checks to determine whether there are other variable pages in the stripped variable page file to be processed. If this is true, a block **298** produces a new copy of the stripped variable file, selects the next variable page therein and deletes remaining pages therefrom. Control then returns to the block **246** of FIG. **10***c*. In the example of FIGS. **6***a* and **6***b*, the back page **P4** and the corresponding pages of the remaining books are now selected for processing. In the fashion noted above, a file representing the variable portions of such pages is produced by developing the file representing the pages **P4**-*a* through **P4**-*c* and inserting the database information into such file to obtain the variable page file **136** and the PDL version **138**.

Following generation of the variable page files **134**, **136**, and **137**, **138** control passes to a block **300** which checks to determine whether a press command file has already been created. If not, a file is created by a block **302** having placeholder comments indicating where in the press command file individual press commands are to be placed for

each book to be produced. The press command file may also include data from one or more fields of the database **108** identifying an intended recipient of each book to be produced to assist in reproducing books found to be defective or to produce sample books. At this point, the press command file for the example of FIGS. **6***a* and **6***b* may be as follows (using data from the sample database set out above):

;RECORD1
:WILLIAM DOE:606248923
;ENDRECORD
;RECORD2
;HUGH JORGENSEN:606248923
;END RECORD
;RECORD3
;JAY P. MORGAN:606248924
;END RECORD

Following the block **300** (if the press command file already exists) or the block **302** a block **304** selects the first database record and a corresponding first record in the press command file. A block **306** then checks to determine whether the template file currently being processed includes the selected database record. If not, a block **308** determines whether all pages have been processed, and if this is not the case, the next record in the database **108** and a corresponding record in the press command file are selected. Control then returns to the block **306**. If the block **306** ascertains that the template file includes the selected record, a block **312** inserts an indication of the section number in the press command file at an appropriate point if the section number is not already present. If the section number is present already, the press command identified by the section number entered by the user at the block **176** is identified to be overwritten at a later point. The press command file now appears as follows for the example of FIGS. **6***a* and **6***b:*

;RECORD1
:WILLIAM DOE:606248923
;SECTION 1
;ENDSECTION
;ENDRECORD
;RECORD2
:HUGH JORGENSEN:6062488923
;SECTION 1
;ENDSECTION
;END RECORD
;RECORD3
:JAY P. MORGAN:606248924
;SECTION 1
;END SECTION
;END RECORD

Following the block **312**, a block **314**, FIG. **10***f*, selects a first page of the section and a block **316** checks the state of a flag stored in the memory **53** to determine whether a simplex or duplex job has been requested. If a simplex job has been requested, the file name and page number of the master page file and, if variable information is to appear on the page, the file name and page number of the variable page file for the selected page are stored as a single set pair in the memory **53** by a block **318**. The determination of whether variable information is to appear on the selected page is accomplished by summing the contents of the variable image box counter and the variable text box counter as incremented by the blocks **220** and **234** of FIG. **10***b*.

A block **320** checks to determine whether all pages have been processed and, if not, the next page is selected by a block **322** and control returns to the block **316** for processing of such page. If all pages have been processed, control passes to a block **324** which determines whether all database and press command records have been processed. Control also passes to the block **324** if the block **308** determines that all pages have been processed. If not all records have been processed at this point, control returns to the block **310** where the next records in the database and press command file are selected.

If the block **324** determines that all records for the current section have been processed, a block **326** determines whether another section is to be processed and, if so, control returns to the block **170** of FIG. **10***a*. If there is not another section to be processed, the press command file has been fully assembled, and hence the process terminates.

If the block **316** determines that a duplex job is to be effected, control passes to a block **328** which stores in the memory **53** a command identifying the file names and page numbers of the master page file (as well as corresponding information relative to variable page files, if variable information is to appear) as two-set pairs. Control from the block **328** then passes to the block **320** described above.

The result of the programming of FIGS. **10***a*–**10***f* is a press command file having a sequence of press commands which cause printing of pages in a desired order. In the example of FIGS. **6***a* and **6***b*, the press command file would read as follows:

BOOK A
;RECORD1
:WILLIAM DOE:606248923
;SECTION 1
"file.m"1@"file.1"1|"file.m"2
"file.m"3|"file.m"4@"file.4 "1
ENDSECTION
ENDRECORD
;RECORD2
;:HUGH JORGENSEN:606248923
;SECTION 1
"file.m"1@"file.1"2|"file.m"2
"file.m"3|"file.m"4@"file.4"2
;ENDSECTION
;ENDRECORD
;RECORD3
:JAY P. MORGAN:606248924
;SECTION 1
"file.m"1@"file.1"3|"file.m"2
"file.m"3|"file.m"4@"file.4"3
;ENDSECTION
;ENDRECORD
ENDBOOK
PRINTRUN R
BOOK A
ENDPRINTRUN

In the foregoing example, "file.m" is a file name identifying the master page file **122** and "file.1" and "file.4" are file names identifying the variable page files **137** and **138**, respectively. The number following each file name designates a particular page of the file identified by the file name. Thus, for example, "file.m" 1 designates the first page of the master file "file.m" and "file.1"2 designates the second page of the variable page file "file.1." The @ sign means to associate the pages of the files linked by such sign and the

vertical line in the commands indicates that the page(s) on the left side of the vertical line are to be printed on the front side of a piece of paper whereas the page(s) on the right side of the vertical line are to be printed on the reverse side of the piece of paper. In an example of simplex printing, no file name would appear to the right of the vertical line in each command.

FIGS. **11***a*–**11***c* illustrate an exemplary imposition system which may be used to impose pages for printing. The imposition system of FIGS. **11***a*–**11***c* is invoked to create a new press command file which prints at least one, and likely two or more pages on one or both sides of a form. The programming begins at blocks **340** and **342** which open the press command file and select a first record therein. A block **344** then reads such record and a block **346** determines the number of master pages that are in the press command file record read by the block **344**. In the example shown in FIGS. **6***a* and **6***b*, and as defined in the press command file example set forth above, each book includes four master pages. The block **346** determines the number of master pages in the record to determine page assignments to the various forms. As noted above, "form" designates a single sheet of paper as printed by the press. Each form has two sides, each of which is referred to as a "flat." Each flat includes a number of pages thereon, wherein the number is hereinafter referred to as the "PPF" number (for "pages-per-flat" number).

A block **348** determines the book or the book version to be produced during the print job having the greatest number of book pages. This book or book version is hereinafter referred to as the "largest book". A block **350** then prompts a user to enter various imposition parameters including shingling and bottling amounts, placement and appearance of press marks, head direction of each page (when not all pages have the same head direction, for example, as seen in FIGS. **8***a* and **8***b*) page position(s) on each flat and any other required imposition parameters. In addition, the user is prompted to enter the PPF number for each flat type to be produced. For example, the user may be prompted to enter a PPF number of two for the examples of FIGS. **6***a*, **6***b* and **7***a*, **7***b* and a PPF number of four for the example of FIGS. **8***a* and **8***b*. The parameters may be specified by a user using any commercially available and suitable imposition system such as Preps®, by ScenicSoft, Inc. of Everett, Wash. Impostrip®, by Ultimate Technographics of Montreal, Quebec, Canada, Quark Inposition® by Quark, Inc. of Denver, Colo., or any other system. Alternatively, the imposition system disclosed in Sands et al. U.S. patent Ser. No. 738,217, filed Jul. 30, 1991, and entitled "Digital Page Imaging System" can be used.

Following the block **350** a block **352** develops an imposition pattern allowing a block **354** to derive the specified imposition patterns. This step effected by the block **352** is necessary inasmuch as the specified imposition parameters are not directly available to such programming, and hence the parameters must be obtained by selecting the largest book or book version to be produced and imposing same so that the imposition parameters can be deduced therefrom. If the imposition parameters can be provided to the programming of FIGS. **11***b* and **11***c* directly, then the blocks **352** and **354** would be unnecessary and may be omitted.

Following the block **354**, a block **356**, FIG. **11***b*, associates master and variable pages to appear on the same flat with each other according to the PPF number for such flat to obtain a master/variable page group for each flat. In the example of FIG. **6***a*, the master and variable files for the pages P1 and P4 would be associated together. In the example of FIG. **8***a*, the master and variable files for the pages **P9**, **P12**, **P13** and **P16** would be associated by the block **356**.

A block **358** then selects a first master/variable page group and a block **360** determines the form depth of the master/variable page group. The "form depth" is the position of a printed flat in a stack of forms which are stitched together to produce a book.

Following the block **360**, a block **362** checks to determine whether the form depth and the identity of the master/variable page group are a unique combination. If so, a block **364** creates a list in the memory **53** of group/depth combination (if such list has not already been created) and adds the current group and form depth combination to such list.

Following the block **364**, a block **366** develops and saves a flat pattern defining a template for the master/variable page group, taking into account the form depth of such group. The flat pattern is a file defining the positions of the pages associated as a group by the block **356**. A block **368** then creates placeholders for the master data of the master/variable page group in the flat pattern so that a new flat file pattern is obtained. The new flat file pattern is stored in the memory **53** and control passes to a block **370**, FIG. **11***b*. Control also passes directly to the block **370** from the block **362**, bypassing the blocks **364**–**368**, if the page group identity and form depth combination is not unique.

The block **370** identifies and selects the flat pattern from the imposed PDL file pattern developed by the block **352** at the form depth of the selected master/variable page group. A block **372**, FIG. **11***c*, then creates place holders for variable data of the master/variable page group in the flat patterns selected by the block **370** to obtain a new flat pattern which is then stored in the memory **53**. A block **374** thereafter develops a new press command file entry to reflect the imposed master/variable page group.

Following the block **374**, a block **376** checks to determine whether all master/variable groups for the record of the press command file currently under consideration have been processed. If not, a block **378** selects the next master/variable page group and control returns to the block **360** of FIG. **11***b*. Otherwise, a block **380** checks to determine whether all records in the press command file have been processed. If not, a block **382** selects the next record and control returns to the block **344** of FIG. **11***a*. If all records have been processed, a block **384** inserts the file data for the master/variable files into the placeholders in the respective flat patterns to develop the imposed master and variable page files **124** and **139** of FIG. **5**. A suitable INI file is also created to reflect the new flat geometry.

FIG. **12** illustrates programming which may be executed by the control unit **52** of FIG. **3** to facilitate conversion of the imposed page files **124** and **139** into bitmap format using the RIP **82** of FIG. **4**. The programming begins at a block **400** which opens the press command file stored in the memory **53**. A block **402** then prompts a user to specify options which are available using the RIP **82**. The options include the ability to convert only master page files, only variable page files or both master and variable page files into bitmap format. A block **404** then selects the first line in the press command file having at least one file name therein. Thereafter, a block **406** selects a first file name and a block **408** checks a file list stored in the memory **53** to see if the file name has been previously placed in the list. If this is not the case, then this is the first time the file name has been encountered in the programming of FIG. **12**. Thus, a block **410** adds the file name to the file list and a block **412** checks the user-specified options set by the block **402** to determine whether the file should be converted into bitmap format. If so, a RIP list stored in the memory **53** is updated by adding the file name thereto and control passes to a block **416**. Control also passes to the block **416** from the block **412** bypassing the block **414** if the file is not to be converted into bitmap format, and from the block **408** if the file name currently under consideration is already in the file list.

The block **416** checks to determine whether the end of the current line in the press command file has been reached. If

not, a block **418** selects the next file name in the line and control returns to the block **408**.

If the block **416** determines that the end of the current line in the press command file has been reached, a block **420** checks to determine whether the end of the press command file has been reached. If not, a block **422** selects the next line in the press command file having at least one file name and control returns to the block **406**. On the other hand, if the end of the file has been reached, a block **424** causes the RIP **82** to convert the files identified in the RIP list into bitmap format by issuing commands and files as appropriate to the RIP **82**.

The programming of FIG. **12** facilitates conversion of files to bitmap format as required by the print system **79**.

Numerous modifications and alternative embodiments of the invention will be apparent to those skilled in the art in view of the foregoing description. Accordingly, this description is to be construed as illustrative only and is for the purpose of teaching those skilled in the art the best mode of carrying out the invention. The details of the structure may be varied substantially without departing from the spirit of the invention, and the exclusive use of all modifications which come within the scope of the appended claims is reserved.

We claim:

**1**. An apparatus for controlling an electronic press wherein the press includes a controller responsive to press commands, comprising:

first means for developing a template file defining pages to be printed with fixed information common to all of the pages and variable information unique to each page;

a database having entries therein each representing variable information to be printed;

second means responsive to the first developing means for developing a master page file from the template file wherein the master page file defines the fixed information; and

means responsive to the database and the first and second developing means for converting the template file and the database into press commands specifying sequence and content of page production by the press.

**2**. The apparatus of claim **1**, wherein the converting means includes means for copying the template file to create a copy file and means for stripping data representing the fixed information from the copy file to obtain an intermediate variable page file.

**3**. The apparatus of claim **2**, wherein the intermediate variable page file includes variable area data representing an area of each page to be printed with variable information and wherein the converting means further includes means responsive to the variable area data for inserting entries from the database into the intermediate variable page file to obtain a final variable page file.

**4**. The apparatus of claim **3**, wherein the converting means further includes means for creating the press commands from the final variable page file and the master page file.

**5**. The apparatus of claim **3**, wherein the final variable page file includes text data representing text to be printed on a page and wherein the inserting means includes means for composing the text data.

**6**. An apparatus for controlling an electronic press wherein the press includes a controller responsive to press commands, comprising:

a database having entries therein each representing variable information to be printed;

first means for developing a plurality of template files each defining associated pages to be printed with and having first data defining fixed information common to all of the associated pages wherein at least one of the template files further includes second data defining a particular area in each associated page for the printing of variable information therein unique to such page and third data identifying at least one of the database entries;

second means responsive to the first developing means for developing a master page file from the template file wherein the master page file includes data defining the fixed information only; and

means responsive to the database and the first and second developing means for deriving press commands specifying sequence and content of page production by the press from the template files and the database.

**7**. The apparatus of claim **6**, wherein the deriving means includes means for copying each template file to create a copy file and means for stripping data representing the fixed information from each copy file to obtain an intermediate variable page file.

**8**. The apparatus of claim **7**, wherein each intermediate variable page file includes variable area data representing an area of a page to be printed with variable information and wherein the deriving means further includes means responsive to the variable area data for inserting entries from the database into each intermediate variable page file to obtain final variable page files defining content and position of variable information to be printed on associated pages.

**9**. The apparatus of claim **8**, wherein the deriving means further includes means for creating the press commands from the final variable page files and the master page file.

**10**. The apparatus of claim **8**, wherein at least one of the final variable page files includes text data representing text to be printed on a page and wherein the inserting means includes means for composing the text data.

**11**. A method of controlling an electronic press wherein the press includes a controller responsive to press commands, comprising:

developing a template file defining pages to be printed with fixed information common to all of the pages and variable information unique to each page;

assembling a database having entries therein each representing variable information to be printed;

developing a master page file from the template file wherein the master page file defines the fixed information; and

converting the template files the database and the master page file into press commands specifying sequence and content of page production by the press.

**12**. The method of claim **11**, wherein the step of converting includes the steps of copying the template file to create a copy file and stripping data representing the fixed information from the copy file to obtain an intermediate variable page file.

**13**. The method of claim **12**, wherein the intermediate variable page file includes variable area data representing an area of each page to be printed with variable information and wherein the step of converting further includes the step of inserting entries from the database into the intermediate variable page file responsive to the variable area data to obtain a final variable page file.

**14**. The method of claim **13**, wherein the step of converting further includes the step of creating the press commands from the final variable page file and the master page file.

**15**. The method of claim **13**, wherein the final variable page file includes text data representing text to be printed on a page and wherein the step of inserting includes the step of composing the text data.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 6,327,599 B1
DATED : December 4, 2001
INVENTOR(S) : Warmus et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 20,
Line 45, "template files" should be -- template file --.

Signed and Sealed this

Twenty-third Day of April, 2002

Attest:

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

*Attesting Officer*

# Exhibit C
# (cont.)


IMPOSEJOB
Invoke EnableVirtualDevice Procedure (Fig. 23)
652
Execute Redefined Save Operator and Store Saved State (Optional Procs. Only)
653
Retrieve File/List Pair from Instruction Set
654
Invoke IMPOSEFILE Procedure (See Fig. 29)
656
Execute Redefined Restore Operator to Restore State Saved by Block 654 (Optional Procs. Only)
657
Set ImageDone = True
658
Was SHOWPAGE Redefined? (Level 1?)
660
NO
END
664
YES
Execute systemdict_showpage
662

FIG. 28

FIG. 29


IMPOSEFILE
670
PageOffset = CurrentPage + PageOffset + 1
672
Retrieve Entry from Entry List [{user proc} page # {operands} {user proc}]
673
CurrentPage = Page # from Entry
674
Is First Page on Flat? (CurrentPage = 0?)
NO
YES
678
Invoke SetVirtualDevice Procedure (See Fig. 27)
675
Execute User Procedure
676
Pop User Procedure
680
Is First Page on Flat? (CurrentPage = 0?)
NO
Invoke MakeNull Procedure (see Fig. 30) For Scaled-Down Virtual Device (INITCLIP)
682
YES
684
Find Last Page on Flat
686
Interpret Page Descriptions (containing SHOWPAGE Operator) in PostScript File Through Last Page
688
Flush File and Close File
690
Get Next File/List Pair from IMPOSEJOB Procedure


MAKENULL
Calculate and Save MidPoint of Virtual Clipping Path in Device Space
698
Get Virtual [CTM] (Stored in DefaultMatrix)
700
Calculate Sx and Sy Scale Factors
702
Scale Virtual [CTM]
704
Store Scaled Virtual [CTM] as the New Virtual [CTM] in DefaultMatrix
706
Set MidPoint of Scaled Clipping Path Equal to Original MidPoint Coordinates (Saved by Block 698)
708

FIG. 30


Redefined EndPage
710
Called by SHOWPAGE? (Reason Code = 0?)
No
Yes
712
CurrentPage + PageOffset = PageCount?
No
Yes
Execute Second User Procedure (Offsets)
713
714
Increment CurrentIndex to Get Next Entry from Entry List
716
CurrentIndex <= LastIndex?
No
Yes
718
Reset Graphics State to Default (systemdict_initgraphics)
720
Retrieve Entry from Entry List (Operands to setvirtualdevice)
722
Invoke setvirtualdevice Procedure
724
CurrentPage = Page Number from Retrieved Entry (Next Page on Flat)
726
Invoke MakeNull Procedure (Fig. 30) (assume next page not on flat)
Pop User Procedure
728
730
Get Value of ImageDone ("True" means flat is complete)
Reset ImageDone to False
732

FIG. 31

FIG. 32


Redefined BeginPage
740
Set Virtual [CTM] (redefined INITMATRIX)
742
Is Page on Flat? (PageCount = CurrentPage + PageOffset?)
NO
752
PageCount > LastPage + PageOffset?
NO
756
Invoke Redefined INITCLIP Operator (See Fig. 21)
YES
744
Get Entry from Entry/List Pair
YES
754
STOP "Done with Current File"
745
Execute User Procedure
746
Invoke SetVirtualDevice Procedure (See Fig. 27)
748
Pop Page Number from Retrieved Entry
750
Blank Out Virtual Page (Erase Any Stray Marks from Non-Selected Pages)

FIG. 33


VSAVE
Save Current [CTM]
800
Set [CTM] = Identity Matrix
801
Does CurrentPoint Exist?
802
NO
YES
Set P1 = No-op (Empty) Path
808
FirstOp = Moveto (Set CurrentPoint)
810
Set P1 = Current Path (Invoke MakePath Procedure)
804
FirstOp = Lineto (Add Segment to Current Path)
806
Create Unlimited Bounding Box (SetBigBBox)
812
Invoke FirstOp to Append Page Size (PageX and PageY) Components to Current Path
814
Append Virtual [CTM] Components to Current Path
818
Replace Identity [CTM] with Previously Saved [CTM]
820


VRESTORE
830
Save Current [CTM]
832
Set [CTM] = Identity Matrix
834
Retrieve Current Path Operands (includes page size & virtual [CTM] components at time of save)
836
Set ResDefaultMatrix and ResPageSize to [CTM] and Page Size from Current Path (at time of save)
Res DefaultMatrix = Current DefaultMatrix?
838
No
Yes
840
Set [CTM] to Value Saved by Block 830
842
Set P1 = Path at Time of Save (without PageSize and [CTM])
844
Is Restored Page Orientation = Saved Page Orientation?
No
Yes
846
Change Page Orientation - (Invoke SetPortrait Procedure)
856
Remove Page Size and Virtual [CTM] Components from Current Path
Restore Current Path
858
Restore [CTM] to Value Saved by Block 830
860
848
Set C1 = Current Clipping Path
850
Calculate New [CTM]
852
Execute Correct Clipping Path (C1) in Virtual [CTM] Coordinate System
854
Restore Current Path (P1) in Virtual [CTM] Coordinate System

FIG. 34




FIG. 35




FIG. 36




FIG. 37

# IMPOSITION PROCESS AND APPARATUS FOR VARIABLE IMAGING SYSTEM

## RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 09/852,581, filed May 10, 2001, which, in turn, is a divisional of U.S. application Ser. No. 08/802,337, now U.S. Pat. No. 6,332,149, filed Feb. 11, 1997, is a continuation-in-part of U.S. application Ser. No. 08/478,397, now U.S. Pat. No. 6,327,599, filed Jun. 7, 1995, and a continuation-in-part of U.S. application Ser. No. 08/627,724, now U.S. Pat. No. 5,857,209, filed Apr. 2, 1996.

## TECHNICAL FIELD

The present invention relates generally to reproduction methods and systems, and more particularly to a method of and system for selectively reproducing images.

## BACKGROUND ART

Most printing systems in use today utilize printing plates or cylinders which are engraved or photochemically processed to create an image thereon. Ink is then deposited on the plate or cylinder and the ink is thereafter transferred to a substrate, such as paper. In a conventional printing press, a number of pages are printed on a sheet of paper to form a signature which is then folded and assembled with other signatures. The assembled signatures are then bound, trimmed and finished by finishing apparatus to produce finished books, such as magazines, catalogs or any other printed and bound matter.

Often, there is a need to produce different versions of books and/or customized books within a single press run. For example, it may be desirable to produce a number of standard books together with a number of books having additional and/or different signatures or pages therein. Also, it may be necessary or desirable to provide customized information in the form of an address label, personalized information or the like on the inside or outside of finished books. In either case, conventional printing systems are not easily adaptable to produce books of these types.

A printing system which has the ability to produce differing book versions and/or books with customized information is disclosed in Riley U.S. Pat. No. 4,121,818, assigned to the assignee of the instant application. The printing system includes a number of packer boxes disposed adjacent a binding chain wherein each packer box stores a plurality of signatures. A control is included for controlling the packer boxes to selectively feed signatures onto chain spaces of the binding chain so that books of varying content can be produced. Customized information can be printed on the signatures by means of an ink jet printer which is selectively operated by the control. Other types of customization can be effectuated, such as by inserting or onserting cards or the like.

Other systems for producing customized books are disclosed in Abrams et al. U.S. Pat. No. 3,899,165, Wong et al. U.S. Pat. Nos. 4,500,083 and 4,674,052, Wong U.S. Pat. No. Re 32,690 and Berger et al. U.S. Pat. Nos. 4,768,766 and 4,789,147.

Image manipulating systems have been developed which permit gathering of images in an office or home environment. For example, conventional word processing programs, such as Microsoft® Word®, WordPerfect® and the like, permit a user to import images into a page and also allow a user to command which pages of a document to print. In



addition, macros (i.e., a sequence of commands) can be assembled and executed within these programs which can allow printing of particular document pages in a certain order. Still further, most word processing programs have merge capability wherein a customized image is merged with other standardized information and printed or displayed. As one example, customized information in the form of addressee and address information may be merged with standardized return address information and printed on a series of envelopes.

A different image gathering capability provided by CAD (computer aided design) software, sometimes referred to as "layering," involves the creation and storage of a base page and one or more layer pages. A user can issue commands to display or print the base page and one or more of the layer pages simultaneously atop one another to achieve an effect similar to the overlay of transparencies so that a composite page appearance results.

While the foregoing image manipulating systems allow some image gathering capability, none is effective to assist in the rapid production of different book versions. Of course, CAD systems are primarily designed for line art and not text or graphic images, and hence are of only limited use. Further, if one were to use word processing software to produce book versions it would be necessary to issue commands to separately print the pages of each book version just before such version is to be produced. That is, a user would have to create and store pages to be included in a first book version and then command the software to print as many copies of the first version as are needed. Thereafter, the user would have to recall the pages of the first version from memory, edit and store the pages to create pages to be included in a second book version and then command the system to print the required number of books of the second version. Similar steps would have to be undertaken for each other book version to be produced. Alternatively, the pages of the different book versions could be created and stored and thereafter printed together. In either event, where many book versions are to be produced, such a process would be quite time-consuming. In addition, image importation and merge routines provided as a part of word processing software are adapted for use on a sub-page basis only and hence are of only limited usefulness in the book production environment. Still further, data manipulated by word processing software are largely (if not entirely) in symbolic format. As a result, data to be displayed or printed must be first rasterized by a raster image processor (RIP), which utilizes complex and time-consuming computational routines which further increase production time to an economically impractical level.

Recently, new printing systems have been developed, called "demand printers," which are capable of high speed printing of images from electronic representations thereof. The demand printer produces high quality color (or black and white) images using a set of fusible toners in an electrophotographic process. More particularly, a web of paper is passed adjacent a series of drums, each of which has been electrostatically charged according to an image pattern for a particular color to be applied to the web. The charge is transferred to the paper and an oppositely charged toner of the proper color is brought into contact with the paper. The oppositely charged web and toner attract so that the toner is held on the paper as other colors are applied thereto. The toners and paper are thereafter heated to fuse the toners to the paper to produce the final image. The web is then cut into sheets (or "forms") and the forms are further processed as needed to produce a final product.

Unlike conventional presses which utilize engraved or photochemically prepared plates or cylinders, demand printers are capable of rapidly printing high quality images of differing content owing to the fact that the images are produced by an electrophotographic process. That is, instead of the need to replate and re-engrave a gravure cylinder when a different image is to be printed therewith, it is only necessary to change the charge applied to the drums of the printer in order to make such change. Thus, different images can be printed by the same printer without significant delays. This advantage makes the demand printer desirable for use in certain production environments.

Warmus et al. U.S. patent application Ser. No. 08/478,397, entitled "Variable Imaging Using An Electronic Press" discloses an apparatus and method for controlling an electronic press so that fixed and variable information may be printed in a simple and effective manner. More particularly, first and second sets of template data representing associated first and second template pages, respectively, are developed. Each set of template data includes master data representing fixed information and area data representing an area of a page for variable information. A database is also developed having a number of entries each of which represents variable information. The printer is operated in accordance with the sets of template data and the entries in the database such that the first and second template pages are displayed with selected variable information.

The Warmus et al. apparatus and method generates a page definition language representation of each single page and thereafter generates a page definition language representation of each imposed flat, i.e., each side of a piece of paper to be printed with two or more pages. Such a procedure can be computationally expensive and may limit productivity.

## SUMMARY OF THE INVENTION

According to one aspect of the present invention, a method of assembling a book includes the steps of specifying pagination information including an indication of whether a page is to be selectively included in the book, determining whether the page is to be assembled into the book based on the pagination information, and generating page description language instructions for production of the book in accordance with the pagination information.

Preferably, the determining step includes the step of analyzing variable information areas of the page. The inventive method may further include the step of analyzing press commands directed to production of the book to determine whether the page is to be assembled into the book. The inventive method may still further include the step of generating a pagination file having data representative of the pagination information.

Preferably, the pagination information includes an indication of a maximum number of pages for the book. The pagination information may include filler page information. The pagination information also preferably includes a specification of whether the page should be forced to one of a right side and a left side of the book.

In one embodiment, the inventive method further includes the step of specifying page description language instructions to produce a barcode on the page. The barcode may be indicative of tracking information.

In another embodiment, the step of generating page description language instructions includes the step of generating instructions for production of page numbering information on the page. The step of generating page description language instructions may also include the step of generating instructions for insertion of filler pages in accordance with the pagination information.

Preferably, the inventive method further includes the step of delivering the page description language instructions to an electronic press to print the book.

In yet another embodiment, the step of specifying the pagination information includes the step of providing a user interface for entry of the pagination information.

Other features and advantages are inherent in the apparatus claimed and disclosed or will become apparent to those skilled in the art from the following detailed description in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram illustrating a prior art method of producing books;

FIG. **2** is a block diagram of a method of producing books implementing the present invention;

FIG. **3** is a block diagram illustrating an exemplary system for implementing the method of the present invention illustrated in FIG. **2**;

FIG. **4** is a block diagram illustrating one of the demand printing systems of FIG. **3** in greater detail;

FIG. **5** is a generalized diagram of the steps implemented by the method of the present invention;

FIGS. **6***a* and **6***b* are elevational views of portions of a sample book that may be produced by the present invention;

FIGS. **7***a*, **7***b* and **8***a*, **8***b* are elevational views of portions of other sample books that may be produced by the present invention;

FIG. **9** is a flowchart illustrating programming that may be executed by a user on a personal computer to create the template files **105** of FIG. **5**;

FIGS. **10***a*-**10***f*, when joined along similarly-lettered lines, together represent programming executed by the control unit **52** of FIG. **3**;

FIG. **11** is a flowchart illustrating the programming implemented by the control unit **52** to generate a page description language instruction set specifying which pages should be printed and how the pages should be positioned (or imposed) for printing;

FIG. **12** is a sample window to prompt a user for the information needed to create a pagination file;

FIG. **13** is a flowchart illustrating in detail the programming implemented by the block **348** of FIG. **11** which determines which pages should be printed for a particular record in the press command file;

FIG. **14** is a flowchart illustrating in detail the programming implemented by the block **350** of FIG. **11** to determine whether the pages should be forced to the left or right-hand side of the book;

FIG. **15** is a flowchart illustrating in detail the programming implemented by the block **352** of FIG. **11** to pad the pages included in the book into a multiple of the number of pages to be printed on a sheet;

FIG. **16** is a sample window to prompt a user to provide various information to select imposition and printing styles;

FIG. **17** is a flowchart illustrating the programming implemented to RIP page files to Tiff format for use in "Get Tiff" imposition in accordance with the present invention;

FIG. **18** is flowchart illustrating the programming implemented to impose pages using "Get Tiff" imposition in accordance with the present invention;

FIG. **19** is a more detailed block diagram of the print system **79** (shown in FIG. **4**) incorporating the imposition-on-the-fly procedures of the present invention;

FIG. **20** is a flowchart illustrating the standard operation of the Level 2 PostScript® showpage operator;

FIG. **21** is a flowchart illustrating the program steps implemented by the redefined Postscript® initclip operator according to the imposition-on-the-fly procedures of the present invention;

FIG. **22** is a flowchart illustrating the program steps implemented by the redefined Postscript® transform operators according to the imposition-on-the-fly procedures of the present invention;

FIG. **23** is a flowchart illustrating the program steps implemented by the EnableVirtualDevice procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **24** is a flowchart illustrating the program steps implemented by the DisablePageDevice procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **25** is a flowchart illustrating the program steps implemented by the SetPortrait procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **26**A is a diagram illustrating the conversion of a portrait-oriented page to a landscape-oriented page according to the SetPortrait procedure of FIG. **24**;

FIG. **26**B is a diagram illustrating the conversion of a landscape-oriented page to a portrait-oriented page according to the SetPortrait procedure of FIG. **24**;

FIG. **27** is a flowchart illustrating the program steps implemented by the setvirtualdevice procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **28** is a flowchart illustrating the program steps implemented by the ImposeJob procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **29** is a flowchart illustrating the program steps implemented by the ImposeFile procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **30** is a flowchart illustrating the program steps implemented by the MakeNull procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **31** is a flowchart illustrating the program steps implemented by the redefined EndPage procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **32** is a flowchart illustrating the program steps implemented by the redefined BeginPage procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **33** is a flowchart illustrating the program steps implemented by the Vsave procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **34** is a flowchart illustrating the program steps implemented by the Vrestore procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **35** is a flowchart illustrating the program steps implemented by the redefined PostScript® save operators according to the imposition-on-the-fly procedures of the present invention;

FIG. **36** is a flowchart illustrating the program steps implemented by the redefined Postscript® restore operator according to the imposition-on-the-fly procedures of the present invention; and

FIG. **37** is a flowchart illustrating the program steps implemented by the redefined PostScript® grestore and grestoreall operators according to the imposition-on-the-fly procedures of the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. **1** illustrates a prior art method of producing books, for example, as shown in the above-identified Riley et al. '818 patent. During a publishing step **20**, the contents of one or more book versions are determined. Each version may comprise, for example, a set of standard or common pages. In addition, some of the versions may include one or more additional pages or other customized information. Thereafter, during a preliminary step **22**, color correction of color images is undertaken together with undercolor removal and screening for halftone images. During a prepress step **24**, page imposition is effected and printing cylinders or plates are prepared. The plates or cylinders are then used during a printing step **26** to prepare signatures which are loaded into packer boxes (not shown). As noted in the Riley et al. '818 patent identified above, the signatures are then selectively collected on a gathering chain (not shown) during a book assembly step **28** and the gathered signatures are bound and trimmed to create the books. The books are thereafter distributed during a step **30** to users via one or more distribution systems, for example, the U.S. Postal Service.

As should be evident from the foregoing, customization occurs during the book assembly step **28**, inasmuch as the choice of particular signatures to be included in a book is made at that time. In addition, customized information can be printed onto selected signatures using an ink jet printer disposed adjacent the gathering chain. Thus, for example, addressee information can be printed by the ink jet printer on assembled books so that preprinted addressee labels need not be used. Other types of customization can be effected at this time, for example, by inserting or onserting cards into or onto a stack of collected signatures, affixing a specialized or customized cover on a gathered stack of signatures, or the like. Customization at this point in the production process is simpler and less expensive than, for example, separately printing each book version with customized information.

FIG. **2** illustrates a block diagram of a method **40** according to the present invention which may be used in place of the method of FIG. **1** to produce books. The method **40** includes a step **42** which utilizes the output of publishing and preliminary steps **36**, **38** and produces books for distribution according to the step **30** of FIG. **1**. The step **42** creates one or more master and variable page files in, for example, a page description language (PDL) such as PostScript® (PostScript® is a trademark of Adobe Systems, Inc. for its page description language) representing pages to be produced. In addition, as noted in greater detail hereinafter, a press command file (also referred to as a "book ticket" file) is developed which specifies the manner in which data contained within the master and variable page files are to be merged to produce printed pages. The format of the press command file may be, for example, of the form specified by Barco Graphics of Gent, Belgium, which is particularly suited for control of a DCP-1 digital color press manufactured by Xeikon of Mortsel, Belgium. Alternatively, the format of the press command file may be of the form specified for control of a DocuPrint printer, manufactured by Xerox Corporation. Other demand printers include the IBM 3900 or Siemens 2090 Twin or 2140 Twin. It should be noted that the apparatus and method of the present invention are

not limited to use with a particular type of demand printer or a particular system for controlling such a printer, inasmuch as the invention can be adapted for use with any type of printer or control whether located locally or remotely.

The master and variable page files and the press command file are converted by a collator and raster image processor (RIP) into bitmaps which may be stored in a memory. The stored bitmaps are used to control one or more demand printers and/or any other type of display device, such as a laser printer, a CRT, an LCD display or the like so that the device displays pages having fixed and variable information thereon. Alternatively, the master and variable page files may be premerged to create a plurality of combined files each representing a page to be reproduced with master and variable information. The combined files can be then sent to any type of printer or other display device, whether local or remote. Also, the combined files can be converted to a suitable format (e.g., Acrobat® PDF format) and transmitted to a remote location using a facsimile machine, e-mail, the Internet/worldwide web or other transmission medium, if desired. Advantageously, the combined files may be transmitted over the Internet or any other networked or linked computers, such as a company intranet. In this case, as electronic page containing customized data can be sent over the Internet/intranet to a user based upon user demographic (s), a user search and/or any other identifiable user interest (s). For example, a customized Internet page could be sent with links to other web pages of interest to a user or a customized page may be sent in response to a user search for information on a particular subject. Alternatively, or in addition, ads could be generated and sent as a web page to one or more users based upon user demographics. As a further example, personnel information concerning a particular employee may be sent to the employee in response to a request for information.

If the pages are to be displayed by rendering the pages on the demand printer, the assembled books may be bound and trimmed and, if desired, further customized, during a finishing step.

FIG. **3** illustrates a system **50** which implements the steps **36**, **38** and **42** in the method **40** of FIG. **2**. A control unit **52**, which may be implemented by a personal computer or another type of computer, includes a memory **53** and stores therein data representing images to be printed. As noted in greater detail hereinafter, the data may be specified by a publisher using a personal computer **54** or any other type of computer and may comprise one or more template files specifying pages to be produced with master or fixed-printed information (i.e., printed information which does not vary from book to book of the same version) and variable printed information (which typically varies from book to book). The variable information may be stored in a database created by the publisher and the template file(s) specify the locations on particular pages for variable information stored in the database, as noted in greater detail hereinafter.

If desired, image data may be obtained from any other type of device or devices, such as a scanner which scans input copy, data supplied over a network or any other source. The control unit **52** is further responsive to control and makeready files and causes one or more demand printing systems **62** to print desired pages. While three demand printing systems **62***a*–**62***c* are illustrated in FIG. **3**, it should be understood that the control unit **52** may operate a different number of demand printing systems, as desired. Also, the control unit **52** may operate a fax machine **64** and/or may communicate with other remote devices to send properly converted combined files, as desired and as noted above. In the case of other remote devices, a modem **65** may be operated by the control unit **52** to transmit data representing one or more pages to be displaced by a display device at a remote location over phone lines (land lines and/or cellular) or a combination of phone lines and the Internet. Alternatively or in addition, the data may be sent to a local or remote location at least in part over an intranet or another computer network through a direct connection therewith. The combined files may be printed or may alternatively be reproducible in a different medium and/or may comprise a non-static image or other information, e.g., movies or audio.



The pages printed by the demand printing system **62** may be supplied to a finishing apparatus **66** which includes various auxiliary production devices and device interfaces for assembling the pages to produce finished books which are ready for distribution. The finishing apparatus **66** may include one or more gathering devices **70** for gathering printed pages into books, one or more ink jet printers **72** for printing additional customized information, such as addressee information, on each book, one or more label printers **74** for printing address labels and/or other control devices **76**. In addition, one or more detectors **78** may be provided to sense when a defective book is produced. The control unit **52** may be responsive to the output of the detector **78** to reorder a defective book at an appropriate point in the production sequence thereof so that advantage can be taken of postal discounts, if possible.

One or more components of the finishing apparatus **66** may be physically located on the demand printer (i.e. "online finishing"). Alternatively, the finishing apparatus **66** may be physically separate from the demand printer (i.e. "offline finishing").

FIG. **4** illustrates the demand print system **62***a* of FIG. **3** in greater detail, it being understood that the systems **62***b* and **62***c* are functionally similar. The system **62***a* includes a print system **79** having a press controller **80**, a collator **81** and a raster image processor (RIP) **82** which are operable in response to press commands generated by the control unit **52**. A collator is an electronic device for storing raster image processor files (i.e., bitmap files) and delivering selected files to a digital press in real time, such that the digital press can run at full speed while processing and printing unique page data for each book produced on the press. The RIP **82** converts the page files to bitmap format or any other format, such as a symbolic printer control language. The collator **81** includes memory in the form of mass storage drives and physical memory and collates the bitmap page files. If desired, the collator **81** and/or RIP **82** may comprise a part of the press controller **80**. The controller **80** instructs the collator **81** to send page files to a demand printer **84**. The print system **79** may comprise the PrintStreamer system, manufactured and marketed by Barco Graphics of Belgium, while the demand printer **84** may comprise the Xeikon DCP-1 digital color press noted above. Alternatively, the demand printer **84** may be a DocuPrint printer manufactured by Xerox Corporation and the RIP **82** may be a Xerox DocuPrint RIP. It should be noted that a different print system and/or demand printer may alternatively be used, such as the Indigo printer manufactured by Indigo NV, of Maastricht, Netherlands, if desired.

FIG. **5** illustrates in diagrammatic generalized form the method of the present invention. For the purpose of explaining the present invention, as an example, it will be assumed that the demand print system **62***a* will be operated to produce a number of multiple-page books in the form of a brochure in duplex (or "saddle-stitch") format. FIGS. **6***a* and **6***b* illustrate four pages **P1**–**P4** printed on a single sheet of paper

**100** and to be included in a brochure. The sheet of paper **100** includes a first side **100***a* with printed pages P**1**, P**4** thereon and a second side **100***b* with pages P**2**, P**3** printed thereon. (As will become evident hereinafter, the use of designations P**1**–P**4** is not meant to imply that such pages will necessarily become pages 1, 2, 3 and 4 of the finished book.) In addition, pages P**1**–P**4** are imposed such that the page P**1** is placed on a right-hand portion **100***a–r* of the side **100***a* while the page P**4** is placed on a left-hand portion **100***a–l* of the side **100***a*. Further, the page P**2** is placed on a left-hand portion **100***b–l* of the side **100***b* while the page P**3** is placed on a right-hand portion **100***b–r* of the side **100***b*. In this fashion, when the sheet of paper **100** is folded along a fold line **102** with the pages P**1** and P**4** on the outside, the pages P**1**–P**4** appear in sequence. (The format shown in FIGS. **6**A and **6**B is often referred to as "saddle stitch" imposition and is commonly used in magazines.) Because each book to be produced in this example includes multiple sheets of paper (or "forms"), each folded once along a fold line, the imposition process takes into account shingling effects but not bottling effects. It should be noted both of that such effects will generally have to be taken into account when more than two pages are to be printed on a single side of a sheet of paper and thereafter folded multiple times and assembled with other multiple-folded printed sheets of paper to create a book.

In addition to the foregoing, in the first example, assume that the pages P**1** and P**4** will become the outside front and back covers, respectively, of a finished book and include variable and fixed information thereon. Further, assume that the pages P**2** and P**3** will become the inside front and back covers, respectively, (as must be the case if P**1** and P**4** are the outside front covers) and include fixed information only thereon. For example, the page P**1** may include variable information in the form of a personalized message, a variable image, or the like in an area **110** whereas the page P**4** may include other variable information in an area **112**, for example, postal information for mailing the brochure to an addressee. Corresponding front and back pages of the remaining books may include different variable information. The remaining printed information on pages P**1**–P**4** may be identical to the printed information on corresponding pages of remaining books.

The books to be produced may include the same or differing number of forms and may have the same or differing numbers of pages. For example, the pages P**1**–P**4** may be assembled with a first number of other forms printed with twelve additional pages to produce a first book having sixteen pages. Another book to be produced in the same run may include some or all of pages P**1**–P**4** and a second number of forms printed with twenty other pages, some of which may or may not be identical to the twelve additional pages of the first book. Filler pages may be placed in some or all books to cause such book(s) to have a certain number of pages. This may be necessary or desirable to result in a book length which is evenly divisible by four (in the event pages are imposed as two-page spreads) and/or to insure that particular page(s) appear on the left-hand or right-hand side in the finished book.

In fact, the books to be produced in the same press run may be different in terms of page content and/or appearance, book length, book size (by changing page imposition parameters), book version, etc . . . Specifically, for example, the pages of FIGS. **7***a*, **7***b* and **8***a*, **8***b* may be produced and assembled in different book versions together with the book version incorporating the pages of FIGS. **6***a* and **6***b* in the same production run or job. Pages P**5**–P**8** of FIGS. **7***a* and **7***b* are identical to the pages P**1**–P**4**, respectively, of FIGS.



**6***a* and **6***b* except that an additional area **113** is provided on the page P**5** for placement of variable information, in addition to the areas **110** and **112**. Because of the addition of the area **113**, the remaining master information appearing in an area **114** differs from master information appearing in an area **116** of the page P**1** of FIG. **6***a*.

The book version incorporating eight pages P**9**–P**16** of FIGS. **8***a* and **8***b* differs from the book versions incorporating the pages of FIGS. **6***a*, **6***b* and **7***a*, **7***b* not only in terms of content of master and variable information, but also number of pages and page size. Specifically, the pages P**9**, P**12**, P**13** and P**16** are to be printed on a first side **117***a* of a sheet of paper **118** and the remaining pages P**10**, P**11**, P**14** and P**15** are to be printed on a second side **117***b* of the sheet **118**. In addition, the pages P**11**–P**14** are printed upside down relative to the remaining pages so that, when the sheet **118** is folded first along a fold line **119***a* and then along a fold line **119***b*, the resulting pages P**9**–P**16** appear in order. Thereafter, the folded sheet **118** is trimmed to separate the pages P**9**–P**16**. As should be evident, the pages P**9**–P**16** are one-half the size of the pages P**1**–P**8**, and further include different master and variable information thereon. The demand printer may also have multiple paper trays to select different paper sizes, stocks, colors, etc. or preprinted sheets to be included in the finished book.

Referring again to FIG. **5**, one or more template files **106** are developed by a publisher specifying the content (including appearance) of fixed information and the positioning of all information (i.e., fixed and variable) on the different books or book versions. A database **108** is also developed by the publisher using the personal computer **54** specifying the content of variable information to be placed in variable information areas, for example, the areas **110**, **112** on the pages P**1**, P**4**, respectively, of FIGS. **6***a* and **6***b*. The database **108** further includes control information, as noted in greater detail hereinafter.

The template files **106** include data specifying the position and content of fixed information on the pages to be printed. Specifically, the template files **106** define template pages wherein each template page includes data representing any fixed information to be reproduced on corresponding pages of the books or book versions and area data representing any area(s) on the corresponding pages where variable information is to be reproduced. The template files are duplicated to create working files. One set of working files is stripped of all area data relating to placement of variable information to create stripped master page files **120** defining template pages having only fixed information thereon. The stripped master page files are then converted into PDL master page files **122** expressed in a page description language, such as PostScript®.

Optionally, the PDL master page files **122** may be converted into two-pages spreads by a page make-up program such as QuarkXPress®. Preferably, however, the PDL master page files **122** are provided to the print system **79** and imposed according to the imposition processes of the present invention, as explained in detail below.

A further set of working files is stripped of all fixed information to create stripped variable page files **126** defining template pages having fixed information removed therefrom and further having the area data defining the areas **110**, **112**. The data representing template pages having variable information thereon are expanded into a set of intermediate page files. In the example of FIGS. **6***a* and **6***b* and under the assumption that three books are to be printed, two intermediate page files **130**, **132** are thus produced. The file **130**

includes a file portion **P1**-*a* defining the position of variable information to be produced on the page **P1** for the first book. Two other file portions **P1**-*b* and **P1**-*c* define the position of variable information to be produced on the front outside covers of the remaining two books. In like fashion, file portions **P4**-*a*, **P4**-*b* and **P4**-*c* represent the position of variable information to be reproduced on the back outside covers of the three books. At this point, data is also contained in each of the files **130**, **132** identifying the entries in the database **108** to be placed in the areas **110**, **112** during printing.

The files **130**, **132** are then converted into variable page files **134**, **136**. The files **134**, **136** are identical to the files **130**, **132**, respectively, except that the data in each file identifying entries in the database are replaced by the actual data stored at such entries. The files **134**, **136** are then converted into files **137**, **138** in a PDL format, for example, PostScript®.

Like the master PDL files **122**, the variable PDL files **137**, **138** may be converted into two-page spreads by a page make-up program such as QuarkXPress®. Preferably, however, the variable PDL files **137**, **138** are provided to the print system **79** and imposed according to the imposition procedures of the present invention, as explained in detail below.

The print system **79** operates in response to the press commands in a press command file **140** and merges the PDL master page files **122** with the PDL variable files **137**, **138** to create the finished books or book versions. Alternatively, the master page files **122** may be premerged with the PDL variable files **137**, **138** before the files are provided to the print system **79**.

FIG. **9** illustrates a flow chart of programming executed by the personal computer **54** for creating the template file(s) **106** of FIG. **5**. The programming may be written as an extension of QuarkXPress®, a page make-up program distributed by Quark, Inc. of Denver, Colo. The QuarkXPress® program may be adapted for operation on the Apple® Macintosh® operating system or any other operating system, such as the Microsoft Windows® operating system. Alternatively, a different page make-up program may be used, if desired.

During the make-up process for a document consisting of one or more pages, a template file is created for each book version to be produced, or, where a book is to include two or more parts (referred to as "sections" hereinafter) a template file may be created for each section. At a block **150** a user may select an area of a page for reproduction of variable information therein, at which point a line object, a text object or an image object may be selected. A block **152** then checks to determine which type of object has been selected. If a text object has been selected, indicating that variable text is to be inserted at a point defined by the current cursor position on the computer display, the name of the appropriate field in the database **108** is inserted into the template file at the insertion point defined by the current cursor position by a block **154**. If the user wishes to designate more areas for variable information (block **156**) control returns to the block **150** to await selection by the user. If the user then selects an image object, a box is defined by the user to contain an image at a desired location on a selected page. Control from the block **152** thereafter passes to a block **158** which inserts a dummy picture file and an indication of the proper database field name in the template file for the page at the location indicated by the current cursor position. The user will thereafter see the dummy picture file at the insertion point on



the display of the computer **54** when the page is viewed. The dummy picture file will display an indication of which database field will be used for insertion on the respective pages.

Following the block **158**, a block **160** prompts the user to enter an indication of whether the image object is to be displayed in one of several display formats. If the image is to be displayed in other than the original size thereof, a block **162** sets a subname defined for the image to "fit," indicating that the image is to be scaled to fit the box. If the image is to be displayed in the original size thereof, a block **163** prompts a user to select a position for the image at a particular location in the box defined therefor, such as the upper left-hand corner, the lower right-hand corner, or the like. If the user does not select a position, the image is placed in the upper left corner of the image box. Control thereafter proceeds to the block **156**.

If the block **152** determines that a line object has been selected, control returns directly to the block **150**, inasmuch as variable information cannot be entered into a line object. The resulting page template files(s) are stored on a storage medium, such as an optical disc or other storage device, and/or the files(s) are downloaded together with the database to the control unit **52**.

At any point during the page make-up process, other functional aspects of the QuarkXPress® program may be invoked to both master and variable aspects as necessary to produce finished pages.

The database **108** is assembled by creating an ASCII file having a plurality of records wherein each record includes one or more fields entered into the database in tab-delimited format (i.e. the fields are separated from one another in each record by tab keystrokes and the records are separated from one another by line returns) and wherein the fields are arranged under field names of a header. Each field may include text to be reproduced on a page or a name of an image file stored in the memory **53** and defining an image to be reproduced on a page.

In addition to the foregoing data, the database **108** may include an optional field designating the number of copies of each book to be produced, an optional townsort image field, a version identification field indicating book version number if multiple book versions are to be produced, an optional distribution list field, control data and the like.

A sample database is set out below having a header consisting of twelve fields (i.e., "version," "addressline1," "addressline2," etc.) and a number of records, nine of which are shown, each having twelve fields:

| Version | Addressline1 | Addressline2 | Addressline3 | Addressline4 | Addressline5 | Price 1 | Image 1 | Price 2 | Copies | Barcode | Townsort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | William Doe | 123 Elm | Chicago | Illinois | 606248923 | $22.95 | Shoes | $21.95 | 1 | !606248923! | |
| 03 | Hugh Jorgensen | 56 Maple | Chicago | Illinois | 606248923 | $21.95 | Shirt | $20.95 | 1 | !606248923! | |
| 02 | Jay P. Morgan | 1313 Park | Chicago | Illinois | 606248924 | $24.95 | Pants | $22.95 | 1 | !606248924! | ■ |
| 02 | Joe Louis | 819 Elm | LaGrange | Illinois | 605251093 | $19.95 | Pants | $18.95 | 1 | !605251093! | |
| 03 | John Smith | 926 Cossit | LaGrange | Illinois | 605251093 | $19.95 | Shoes | $15.25 | 1 | !605251093! | |
| 01 | Len Johnson | 882 Monroe | LaGrange | Illinois | 605251093 | $19.95 | Shoes | $17.25 | 1 | !605251093! | |
| 02 | Janet Cizmar | 916 Monroe | LaGrange | Illinois | 605251094 | $24.95 | Pants | $21.95 | 1 | !605251094! | ■ |
| 03 | Jay Schroeder | 88 W. 77th | Brookfield | Illinois | 605241391 | $21.95 | Shirt | $19.95 | 1 | !605241391! | |
| 03 | Danielle Johnston | 129 Madison | Brookfield | Illinois | 605241391 | $22.95 | Shirt | $19.95 | 1 | !605241391! | ■ |

In the example of FIGS. **6***a* and **6***b*, the field names ADDRESSLINE1 through ADDRESSLINE5, BARCODE and TOWNSORT may appear in the area **112** and one or more of the field names PRICE1, IMAGE1 AND PRICE2 may appear in the area **110**. The COPIES field may be used as a control code to select the number of book copies to be produced.

Once the template file(s) **106** and the database **108** are assembled, the programming of FIGS. **10***a*-**10***f* may be executed by the control unit **52** to create the master page file **122**, the final variable page files **137** and **138**, and the press command file **140**. Referring first to FIG. **10***a*, a block **170** prompts a user to select a template file **106** and a block **172** opens the database **108**. A block **174** then reads and stores in a list the database field names for later reference and a block **176** prompts a user to enter information indicating a section number and whether pages are to be printed in simplex (i.e., single-sided) or duplex (i.e., double-sided) format. The section number identifies the order in which multiple sections are to be processed for a particular book. The user may also be prompted to enter a selective processing code identifying a particular book version to process if multiple versions are to be produced during a single press run.

Following the block **176**, a block **177** begins the process of stripping variable information from the template file opened by the block **170** to obtain the stripped master file **120** of FIG. **5**. The block **177** selects a first page for processing and a block **178** checks to determine whether there are any images in the template file and, if images are located, a block **180** selects a first image.

A block **182** identifies the file name for the image and a block **184** checks the field list to determine whether the file name is included therein. If the file name for the image is included in the field list, then the image comprises variable information and a block **186** deletes the image block. A block **187** then identifies and saves the image box location on the page, the characteristics of the image box, such as the size, skew, background color and subname and the like and further saves the field name of the image from the database **108**. Also, a counter in the memory **53** which tracks the number of variable image boxes on the page is incremented.

Otherwise, if the block **184** determines that the file name is not in the field list, then the image contains only master information. A block **188** then also saves the image box location on the page and the characteristics of the image box. Also, a counter in the memory **53** which tracks the number of master image boxes on the page is incremented.

A block **189** then checks to determine whether all images have been processed. If not, a block **190** selects a next image and control returns to the blocks **182**-**189**. Control remains with such blocks until the block **189** determines that all images have been processed and control then passes to a block **192**. Control also passes to the block **192** from the block **178** should the latter determine that there are no images in the template file.

The block **192** determines whether any text boxes are present in the open template file. If at least one text box is present, a block **194** selects and parses a first text box and a block **196** (FIG. **10***b*) checks to determine whether the text box includes at least one of the field names of the database **108**. If so, then it has been determined that the text box includes variable information and a block **198** deletes the text box. A block **199** then stores the text box location, the insertion points in the text box at which variable information is to be printed and the characteristics of the text box and the field names of the database **108** identified in such text box in the memory **53**. In addition, a variable text box counter is incremented representing the number of variable text boxes appearing on each page.

Otherwise, if the block **196** determines that the text box does not include any field names from the database, then the text box contains only master information. A block **200** stores the text box location in the memory **53**. In addition, a master text box counter is incremented representing the number of master text boxes appearing on each page.

Control then passes to a block **202**, which checks to determine whether all text boxes in the template file have been processed. If not, a block **204** selects and parses the next text box in the template file and control returns to the blocks **196**-**202**. Control remains with such blocks until all text boxes have been processed, whereupon a block **206** determines whether all pages have been processed. If not, a block **208** selects a next page and control returns to the block **178** (FIG. **10***a*). Otherwise, a block **210** saves the resulting file as the stripped master file.

Alternatively, if a page contains a lot of formatting information (i.e. tabs, fonts, etc.), a rich text file (which includes such formatting information) may be created offline from the database. The text box may then open the rich text file and read the information from the file. The use of the rich text file speeds up the processing time.

Also, once a placeholder on a page has been "filled in" with information from the database field, the program may mark the corresponding text or image box as "touched." Thus, if the text or image box is "untouched," the program can skip processing of that text or image box, also speeding up the total processing time.

Control also bypasses the blocks **194–202** and proceeds directly from the block **192** to the block **206** if the block **192** determines that there are no text boxes in the open template file.

Following the block **210**, a block **212** converts the stripped master file into the PDL master page file **122** of FIG. **5**. At the same time, an initialization (or INI) file may be created. The format and existence of the INI file depends on the type of demand printer utilized. For example, the DocuPrint demand printer does not require the use of an INI file. However, the Barco RIP requires the use of an INI file.

The INI file (in ASCII code) for the Barco RIP is created according to the following format:

| | |
|---|---|
| name: | [file path ame] |
| psx: | [dimension] |
| psy: | [dimension] |
| ssx: | [dimension] |
| ssy: | [dimension] |
| posx: | [dimension] |
| posy: | [dimension] |
| duplex: | [zero or one] |
| orientation: | [zero or one] |
| output: | [filename] |
| copies: | [number] |

Where "psx" and "psy" refer to finished page sizes in x and y directions, "ssx" and "ssy" refer to cut sheet size in x and y directions, "posx" and "posy" refer to offsets in x and y directions specifying placement of each page on a cut sheet, "duplex" refers to single or two-sided printing, "orientation" refers to portrait or landscape printing, "output" refers to the name of the output file and "copies" refers to the number of copies to be printed. A sample INI file which specifies parameters for printing of a file called MYJOB.PS is as follows:

| | |
|---|---|
| Name: | C:\jobs\myjob.ps |
| psx: | 8000 |
| psy: | 11000 |
| ssx: | 11500 |
| ssy: | 9000 |
| posx: | 150 |
| posy: | 150 |
| duplex: | 1 |
| orientation: | 1 |
| output: | myjob.ps |
| copies: | 1 |

In the foregoing example, one copy of the file MYJOB.PS is to be printed in duplex and portrait formats at an offset of 0.15×0.15 inches from a corner of a finished sheet of paper 8×11 inches cut from a sheet originally having dimensions of 9×11.5 inches.

For the DocuPrint (or any other demand printer which does not use an INI file), a queue is created which contains the same parameters (and potentially additional parameters which may invoke the functionality of an inline finisher, or other apparatus) as the INI file.

Following the block **212**, a block **214** then reopens the same template file originally opened by the block **170** and



deletes all the master image and text boxes. A block **216** than saves the resulting file as the stripped variable file **126** of FIG. **5**.

A block **218** then creates a temporary file containing a table of the current page number and a number representing the name of the database field placed by the block **154** at the insertion point. The file is called, for example, *.VARS (where * is a user-selected file name). The *.VARS file thus contains pairs of page numbers and database column numbers that indicate where in the database variable information for the page comes from. For example, the *.VARS file may contain the following information:

| | |
|---|---|
| 1 | 7 |
| 8 | 43 |
| 9 | 44 |
| 10 | 45 |
| 11 | 46 |
| 11 | 47 |
| 13 | 50 |
| 14 | 52 |
| 15 | 50 |
| 15 | 51 |

In the example above, page 1 contains variable data from column 7 of the database, page 8 contains variable data from column 43 and page 11 contains variable data from column 46 and 47. Further, the *.VARS file may contain separate pairings for images and text.

Control then passes to block **242** (FIG. **10***c*) which creates a working copy of the stripped variable file **126**. A first page having variable data thereon is selected and data representing the remaining pages in the file are deleted by a block **244**. In the example of FIGS. **6***a* and **6***b*, the block **244** creates a file defining the front cover of a book with all fixed information deleted therefrom and an area reserved for variable information.

Following the block **244**, a block **246** selects a first record in the database **108** and a block **248** reads the record. An optional block **250** checks to determine whether a selective processing code has been entered by the user indicating that the page is to undergo selective page processing. As noted above, the apparatus and method of the present invention may be utilized to produce not only books of a single version (i.e., where corresponding pages differ only in terms of the variable information stored in the database) but also books of different versions. In the latter case, the books of different versions have different fixed and variable information. The fixed and/or variable information may vary in terms of content or appearance (i.e., style, location, rotation, position, etc.) or both in different versions.

If the block **250** determines that selective page processing is to be undertaken, then a block **252** checks to determine whether the database record read by the block **248** is to be utilized on the page currently under consideration. The block **252** accomplishes this by checking the version identification field in the database to determine if that version is being used. If this is not the case, a block **253** checks to determine whether the record currently under consideration is the last in the database. If so, control passes to a block **294** of FIG. **10***e*. Otherwise, a block **254** selects a next record in the database **108** and control returns to the block **248** where the next database record is read.

If the block **250** determines that selective page processing is not to be undertaken, or if the block **252** determines that the record read by the block **248** is to be used in the page currently under consideration, a block **256** duplicates the

data representing the page remaining after execution by the block **244** to initiate development of one of the files **130** or **132**. In the first pass through the program of FIG. **10***c*, and in connection with the example of FIGS. **6***a* and **6***b*, the block **256** creates the file **130** and develops page data representing a first version of the page P**1**-*a* and adds further variable information to such page data during immediately succeeding passes through the program. Thereafter, data representing the remaining pages P**1**-*b*, P**1**-*c* and P**4**-*a* through P**4**-*c* are created and variable information is added to such pages serially during subsequent passes.

A block **258** checks to determine whether there are any image boxes on the page and, if so, a block **260** selects a first image box. A block **262** then inserts the image identified by the database field into the image box. A block **264**, FIG. **10***d*, checks the subname to determine whether the block **162** of FIG. **9** has indicated that the image should be sized to fit the image box. If this is true, a block **266** performs the scaling. Otherwise, a block **268** positions the image in the image box at the position specified by the user and a block **270** checks to determine whether all image boxes have been processed. Control also passes from the block **266** directly to the block **270**, thereby skipping the block **268**. If not all image boxes have been processed, a block **272** selects a next image box on the page and control returns to the blocks **262**–**270** so that remaining image boxes are serially processed.

Once the block **270** determines that all image boxes have been processed, or immediately following the block **258** of FIG. **10***c* if no image boxes are found on the page, a block **274** checks to determine whether there are any text boxes on the page and, if so, a pair of blocks **276**, **278** select a first text box and a first insertion point in such box. Blocks **280**, **282** and **284** serially insert text data stored in the database **108** at the appropriate insertion points in the text box. Once all of the variable text data have been inserted into the text box, a block **286** recomposes all text in the text box so that the text obtains a neat finished appearance. The recomposition process is automatically undertaken by the QuarkXPress® program once the variable information is inserted into each text box. The recomposition process is responsive to the user commands as applied to the template file page, such as left, right, center, or full justification, hyphenation and the like. Following the block **286**, a block **288**, FIG. **10***e*, checks to determine whether there are remaining text boxes to be processed on the page and, if so, a block **290** selects the next text box on the page and control returns to the blocks **278**-**288** to insert text information into such text boxes.

Once the block **288** determines that all text boxes for the page have been processed, the programming required to produce one of the pages of the file **134** of FIG. **5** having variable information only thereon is complete. A block **292** then determines whether all records in the database have been considered for inclusion in additional variable pages of the file **134** to be produced. If not all records have been considered, control returns to the block **254**, FIG. **10***c*, where the next database record is identified and read. On the other hand, if all pages of the file **134** have been produced by considering all records in the database **108**, a block **294** converts the file data into Postscript® or another PDL format to create the variable page file **137** of FIG. **5**. Also, an INI file is created as before, except that the "duplex" or "twinplex" parameter is set to command simplex printing only. If necessary or desirable, should the press run length exceed a certain limit, the programming may be modified to create more than one variable page file for each variable page of the template file.

Following the block **294**, a block **296** checks to determine whether there are other variable pages in the stripped variable page file to be processed. If this is true, a block **298** retrieves a copy of the stripped variable file, selects the next variable page therein and deletes remaining pages therefrom. Control then returns to the block **246** of FIG. **10***c*. In the example of FIGS. **6***a* and **6***b*, the back cover P**4** and the corresponding pages of the remaining books are now selected for processing. In the fashion noted above, a file representing the variable portions of such pages is produced by developing the file representing the pages P**4**-*a* through P**4**-*c* and inserting the database information into such file to obtain the variable page file **136** and the PDL version **138**.

Following generation of the variable page files **134**, **136**, and **137**, **138** control passes to a block **300** which checks to determine whether a press command file has already been created. If not, a file is created by a block **302** having placeholder comments indicating where in the press command file individual press commands are to be placed for each book to be produced. The press command file may also include data from one or more fields of the database **108** identifying an intended recipient of each book to be produced to assist in reproducing books found to be defective or to produce sample books. At this point, the press command file for the example of FIGS. **6***a* and **6***b* may be as follows (using data from the sample database set out above):

```
;RECORD1
;:WILLIAN DOE:606248923
;ENDRECORD
;RECORD2
;:HUGH JORGENSEN:606248923
;END RECORD
;RECORD3
;:JAY P. MORGAN:606248924
;END RECORD
```

Following the block **300** (if the press command file already exists) or the block **302** a block **304** selects the first database record and a corresponding first record in the press command file. A block **306** then checks to determine whether the template file currently being processed includes the selected database record. If not, a block **308** determines whether all pages have been processed, and if this is not the case, the next record in the database **108** and a corresponding record in the press command file are selected. Control then returns to the block **306**. If the block **306** ascertains that the template file includes the selected record, a block **312** inserts an indication of the section number in the press command file at an appropriate point if the section number is not already present. If the section number is present already, the press command identified by the section number entered by the user at the block **176** is identified to be overwritten at a later point. The press command file now appears as follows for the example of FIGS. **6***a* and **6***b*:

```
;RECORD1
;:WILLIAM DOE:606248923
;SECTION 1
;ENDSECTION
;ENDRECORD
;RECORD2
;:HUGH JORGENSEN:6062488923
;SECTION 1
;ENDSECTION
;END RECORD
;RECORD3
;:JAY P. MORGAN:606248924
```

-continued

```
;SECTION 1
;END SECTION
;END RECORD
```

Following the block **312**, a block **314**, FIG. **10***f*, selects a first page of the section and a block **316** checks the state of a flag stored in the memory **53** to determine whether a simplex or duplex job has been requested. If a simplex job has been requested, the file name and page number of the master page file and, if variable information is to appear on the page, the file name and page number of the variable page file for the selected page are stored as a single set pair in the memory **53** by a block **318**. The determination of whether variable information is to appear on the selected page is accomplished by summing the contents of the variable image box counter and the variable text box counter as incremented by the blocks **220** and **234** of FIG. **10***b*.

A block **320** checks to determine whether all pages have been processed and, if not, the next page is selected by a block **322** and control returns to the block **316** for processing of such page. If all pages have been processed, control passes to a block **324** which determines whether all database and press command records have been processed. Control also passes to the block **324** if the block **308** determines that all pages have been processed. If not all records have been processed at this point, control returns to the block **310** where the next records in the database and press command file are selected.

If the block **324** determines that all records for the current section have been processed, a block **326** determines whether another section is to be processed and, if so, control returns to the block **170** of FIG. **10***a*. If there is not another section to be processed, the press command file has been fully assembled, and hence the process terminates.

If the block **316** determines that a duplex job is to be effected, control passes to a block **328** which stores in the memory **53** a command identifying the file names and page numbers of the master page file (as well as corresponding information relative to variable page files, if variable information is to appear) as two-set pairs. Control from the block **328** then passes to the block **320** described above.

The result of the programming of FIGS. **10***a*-**10***f* is a press command file having a sequence of press commands which cause printing of pages in a desired order. In order to print the sample pages of FIGS. **6***a* and **6***b*, the press command file would read as follows:

```
BOOK A
;RECORD1
;:WILLIAN DOE:606248923
;SECTION 1
"file.m"1@"file.v1"1|"file.m"2
"file.m"3|"file.m"4@"file.v4"1
;ENDSECTION
;ENDRECORD
;RECORD2
;:HUGH JORGENSEN:606248923
;SECTION 1
"file.m"1@"file.v1"2|"file.m"2
"file.m"3|"file.m"4@"fiie.v4"1
;ENDSECTION
;ENDRECORD
;RECORD3
;:JAY P. MORGAN:606248924
;SECTION 1
```

-continued

```
"file.m"1@"file.v1"3|"file.m"2
"file.m"3|"fiie.m"4@"fiie.v4"1
;ENDSECTION
;ENDRECORD
ENDBOOK
PRINTRUN R
BOOK A
ENDPRINTRUN
```

In the foregoing example, "file.m" is a file name identifying the master page file **122** and "file.v1" and "file.v4" are file names identifying the variable page files **137** and **138**, respectively. The number following each file name designates a particular page of the file identified by the file name. Thus, for example, "file.m"1 designates the first page of the master file "file.m" and "file.v1"2 designates the second page of the variable page file "file.v1." The @ sign means to associate the pages of the files linked by such sign (i.e. overlay the variable pages on the master pages). The vertical line in the commands indicates that the page(s) on the left side of the vertical line are to be printed on the front side of a piece of paper whereas the page(s) on the right side of the vertical line are to be printed on the reverse side of the piece of paper. In an example of simplex printing, no file name would appear to the right of the vertical line in each command.

FIG. **11** illustrates the programming implemented by the control unit **52** to generate a page description language instruction set specifying which pages should be printed and how the pages should be positioned (or imposed) for printing. The page description language instruction set may be incorporated into the press command file **140** or may be provided as a separate file to the print system **79**. For purposes of illustration, the page description language instruction set is written in Postscript® in the format dictated by the Xerox DocuPrint printer. Further, the instruction set is directed to books printed in "saddle stitch" imposition format (i.e. 2 pages on each side of sheet) as explained in connection with FIGS. **6**–**8**. It is understood, however, that the invention could easily be modified for use with a different demand printer (i.e. the Xeikon Barco printer) and/or imposition format (i.e. 4 pages on each side of sheet).

Referring to FIG. **11**, the programming begins at a block **340** which prompts a user to specify certain information to be used to paginate the book. A variable ("MAXPGS") representing the maximum number of supplied pages that may or may not be assembled into a single book during the job is specified together with the identification of a filler page that may or may not be printed and assembled in a book either on a left-hand or a right-hand portion thereof. Also, the user is prompted to specify for each page whether such page will be forced to be on the left side of a book, the right side of a book or will not be forced to a particular book side. In the event a page is to be forced to a side, the user is prompted to specify the page file name and page number for a filler page to precede the forced page. Still further, the user is prompted to specify for each page whether such page is:

1) A Master Page—contains the same information and is included in every book;
2) An Always Variable Page—contains variable information and is included in every book; or
3) A Selectively Variable Page—contains variable information and is selectively included in selected books.

In so specifying the foregoing, the user creates a pagination file (called, for example, *.PAG, where * indicates a file

name selected by the user). A sample window generated by the block **340** to prompt a user for the information needed to create the pagination file is shown in FIG. **12**.

Referring again to FIG. **11**, following the block **340**, a block **342** opens the press command file **140** and a block **344** selects the appropriate database files, including the variable information file (*.vars), the pagination file (*.pag), and (optionally) a barcode file. As set forth above, the *.vars file is a temporary file of pairs of page numbers and database column numbers that indicate where in the database variable information for the page comes from.

The barcode file is a page description language file (for example, a PostScript® file) which contains instructions for printing the sequential page numbers and/or a tracking bar code on the pages of the completed book. The barcode file will be explained in detail below.

The programming then proceeds to the loop containing blocks **346**, **348**, **350**, **352** and **354**. The block **346** takes each record (or book) in the press command file **140** in sequential order. For each record, the block **348** determines which pages should be printed to generate that particular book. Next, the block **350** determines whether the pages to be printed should be forced to the right hand or left hand side of the book and the block **352** "pads" the pages to be printed to be a multiples of the number of pages to be printed on a sheet (in our example, 4) by adding appropriate filler pages. Next, the block **354** generates the postscript® instruction set and the programming returns to the block **346** to retrieve the next record in the press command file **140**. The loop repeats for each record in the press command file **140**.

FIG. **13** illustrates in detail the programming steps implemented by the block **348** of FIG. **11**, which determines which pages should be printed for a particular record in the press command file **140**. A block **360** first retrieves the first page in the record. A decision-making block **362** then determines whether the page is from a new file that is to be "imposed-on-the-fly with offsets." (Imposition-on-the-fly with offsets is one of the imposition formats of the present invention, which will be explained in detail below). If yes, a block **364** calculates and saves the offsets for all the pages in the file. After the block **364** calculates and saves the offsets or if the block **362** is false, a decision-making block **366** then determines whether the page is a master page (i.e. does not include any variable information placeholders). If the page is a master page, the page should always be printed and a block **368** "marks" the page to be printed. The block **368** may "mark" the page by adding it to a page print array. The page print array contains the page number and a marker to indicate the disposition of the page. For example, pages that should not be printed are designated with a "0"; master pages (always printed) are designated with a "1"; and variable pages to be printed are designated with a "2".

If the block **366** determines that the page is not a master page (i.e. it's a variable page), a decision-making block **370** determines whether the variable page should be printed at all times. (This was designated by the user at the block **340** in FIG. **11** during creation of the pagination file). If yes, the block **368** marks the page to be printed. If no, a decision-making block **372** determines whether the page has any variable placeholders with valid data. In other words, the block **372** determines whether there is any variable information from the database to be printed on the page. If yes, the block **368** marks the page for printing. The program then returns to the block **360** to retrieve the next page from the record until all the appropriate pages have been marked for printing.

FIG. **14** illustrates in detail the programming steps implemented by the block **350** of FIG. **11** to determine whether the pages should be forced to the left or right hand side of the book. A block **380** first initializes a left/right (L/R) counter variable to its default value of right because it is assumed that the first page of the book will be one the right side. Next, a block **382** retrieves the first page from the record that is marked "should print" and a block **384** determines whether the user has specified whether the page should be forced to the left or right side. (This was designated by the user during creation of the pagination file at block **340** of FIG. **11**). If the user has not specified that the page should be forced, a block **386** flip-flops the L/R counter such that if it was set to right it is changed to left and if it was set to left, it is changed to right and the program returns to the block **382** to retrieve the next "should print" page in the record.

Alternatively, if the block **384** determines that the user has specified that the page should be forced left or right, a block **388** determines whether the user specification matches the orientation of the page (i.e. is it the same as the L/R counter). If yes, the block **386** flip-flops the L/R counter and returns to the block **382** to retrieve the next "should print" page in the record. Otherwise, a block **390** marks an appropriate filler page (which was identified by the user during creation of the pagination file) to be printed and the program returns to the block **382** to retrieve the next "should print" page in the record.

FIG. **15** illustrates in detail the programming steps implemented by the block **352** of FIG. **11** to "pad" the pages into a multiple of the number of pages to be printed on a sheet. In our example, using "saddle stitch" imposition, four pages are printed on a sheet (2 pages per side). Therefore, filler pages may need to be added to ensure that the total number of pages in the book is a multiple of 4. A block **392** first counts the number of pages in the record that have been marked to print. This includes all the master and variable pages that were marked by the block **368** of FIG. **13** as well as any filler pages that were marked by the block **390** of FIG. **14**. Next, a block **394** determines whether the total number of pages is a multiple of 4. If not, a block **396** adds the appropriate number of filler pages to make the total number of pages a multiple of 4. For example, if the block **392** determines that 18 pages are marked to print, the block **396** will add 2 filler pages to make the total number of pages in the book equal to 20 (a multiple of four). The program then returns to the block **354** of FIG. **11** which generates the Postscript® instruction set.

The PostScript® instruction set specifies how the pages marked to print should be positioned (or imposed) for printing. In our example, for a "saddle-stitch" imposition format, and assuming a 12 page book, the block **354** generates an instruction specifying that the pages should be positioned as shown in the following table:

| Sheet No. | Side No. | Left Side | Right Side |
|---|---|---|---|
| 1 | 1 | Page 12 | Page 1 |
| 1 | 2 | Page 2 | Page 11 |
| 2 | 1 | Page 10 | Page 3 |
| 2 | 2 | Page 4 | Page 9 |
| 3 | 1 | Page 8 | Page 5 |
| 3 | 2 | Page 6 | Page 7 |

It is understood that a different instruction set could be generated (by an imposition program) to impose and print the pages in a different format (i.e. four pages per side) or alternatively, a different number of total pages.

After the block **354** generates the imposition instruction set, the pages are imposed and printed according to an

imposition procedure of the present invention. The first imposition procedure of the present invention utilizes an artificial PostScript® operator called "GetTIFF", which is recognized by the Xerox DocuPrint RIP, wherein page files are preprocessed to TIFF ("tagged image file format") format before being provided to the RIP. The second imposition procedure of the present invention (referred to as "imposition-on-the-fly") involves downloading imposition programs to the RIP which redefine various PostScript® operators to automatically position pages while each page is being interpreted.

A user is prompted to specify various information needed for imposition and printing, including the sheet size (i.e. 11×17), imposition style (imposition-on-the-fly or GetTIFF), finishing style (online or offline), the output device (i.e. Xerox DocuPrint or Barco Xeikon) and the name of the directory where the master and variable page files are stored. A sample window to prompt a user to provide this information is shown in FIG. **16**.

GetTIFF Imposition

A TIFF (tagged image file format) file is a bitmap representation of a page in the same screen format as the print engine. Several commercially available RIPs (such as Image Alchemy or TranverterPro) process pages represented in a page description language format to TIFF format. The Xerox DocuPrint RIP recognizes an artificial PostScript® operator called "GetTIFF" which retrieves a specified TIFF file and quickly processes the file for rendering by the DocuPrint demand printer. (Other demand printer RIPs, including the Barco Xeikon, may also be modified to recognize a GetTIFF-type operator).

In a preferred embodiment of the present invention, the master page PDL files **122** and the variable page PDL files **137**, **138** are preprocessed to TIFF format. Because the Xerox DocuPrint system allows for only one input data stream (as opposed to the Barco Xeikon system which allows two data streams—master and variable), the master page PDL files **122** and the variable page PDL files **137**, **138** may be premerged. This may be accomplished by forcing all of the master data onto the variable template files. After the master and variable pages are merged, the instruction set and GetTIFF operator are used to quickly impose and process the pages for printing.

Alternatively, the master and variable data streams may be overlaid by first processing the master pages and then overlaying the variable pages onto the master pages.

FIG. **17** illustrates programming which may be executed to facilitate conversion of the page files into TIFF format. The programming begins at a block **397** which opens the press command file stored in the memory **53**. A block **398** then prompts a user to specify options which are available. The options include the ability to convert only master page files, only variable page files or both master and variable page files into bitmap format. A block **399** then selects the first line in the press command file having at least one file name therein. Thereafter, a block **400** selects a first file name and a block **401** checks a file list stored in the memory **53** to see if the file name has been previously placed in the list. If this is not the case, then this is the first time the file name has been encountered in the programming of FIG. **17**. Thus, a block **402** adds the file name to the file list and a block **403** checks the user-specified options set by the block **398** to determine whether the file should be converted into TIFF format. If so, a RIP list stored in the memory **53** is updated by adding the file name thereto (block **404**) and control passes to a block **405**. Control also passes to the block **405** from the block **403** (bypassing the block **404**) if the file is not to be converted into TIFF format, and from the block **401** if the file name currently under consideration is already in the file list.

The block **405** checks to determine whether the end of the current line in the press command file has been reached. If not, a block **406** selects the next file name in the line and control returns to the block **401**.

If the block **405** determines that the end of the current line in the press command file has been reached, a block **407** checks to determine whether the end of the press command file has been reached. If not, a block **408** selects the next line in the press command file having at least one file name and control returns to the block **400**. On the other hand, if the end of the file has been reached, a block **409** causes the RIP **82** (or another RIP) to convert the files identified in the RIP list into TIFF format.

The programming of FIG. **17** thus facilitates conversion of files to TIFF format as required by the print system **79**.

Referring to FIG. **18**, if the user specified GetTIFF imposition and after the page files have been RIPped to TIFF format by the programming of FIG. **17**, a block **410** retrieves the first page pairing from the instruction set (in our example, page 12 as the left hand page and page 1 as the right hand page). A block **412** then retrieves a reference to the page description of the left hand page in TIFF format from the page file and provides it to the RIP **82**. Assuming the default offset is positioned at the left side of the sheet, the left hand page is positioned on the left side of the sheet.

A block **414** then moves the offset to position the next page onto the right side of the sheet. A block **416** retrieves the reference to the page description in TIFF format of the right hand page from the page file and provides it to the RIP **82**. Next, a block **418** may add page numbers and/or a bar tracking code to the sheet, as explained below. The program then returns to the block **410** to retrieve the next page pair from the instruction set and the program repeats until all pages and all books have been processed.

After all pages have been processed, they are RIPped and printed by the demand printer **84** in accordance with the initialization (INI) file, which was created by the block **212** (FIG. **10***b*).

If, for example, the demand printer is a DocuPrint (i.e., no INI file was created), the pages are submitted to the queue (which contains the same parameters as the INI file) for RIPping and printing.

A partial Postscript® instruction set for printing the 12-twelve page brochure in accordance with the table above implementing the GetTIFF imposition according to FIG. **18** is set forth below:

```
<<
/PageSize [1224 792]          % set sheet size
>> setpagedevice              %   (11 × 17)
(VERON12.V01__dir/ % get left page
      VERON12.V01.00000002.tiff) GetTIFF
612 0 translate               % move to right
(VERON01.V01__dir/ % get right page
      VERON01.V01.00000002.tiff) GetTIFF
showpage
(VERON02.M__dir/              % get left page
      VERON02.M.00000002.tiff) GetTIFF
612 0 translate               % move to right
(VERON11.V01__dir/    % get right page
      VERON11.V01.00000002.tiff) GetTIFF
showpage
```

-continued

```
.
.
.
(VERON06.M__dir/    % get left page
     VERON06.M.00000004.tiff) GetTiff
612 0 translate               % move to right
(VERON07.V03__dir/ % get right page
     VERON07.V03.00000003.tiff) GetTiff
showpage                      % reset to left
```

In the instruction set, the "VERON*.*__dir/VERON*.*" indicates the directory and filename where the page descriptions are located. The suffix ".M" indicates a master page and the suffix ".V___" indicates a variable page (with the version number of the variable page to be printed). The suffix "______.tiff" is the file name created by the RIP which converted the page files to TIFF files and indicates that the files are in TIFF format. The artificial Postscript® "GetTIFF" operator interprets the TIFF files. The "612 0 translate" command moves the offset to the right hand side of the sheet (block **414**) and the PostScript® showpage operator transmits the page to the demand printer **84** for rendering, prepares for interpreting the next page description and resets the offset to the lefthand side.

Optionally, the block **418** may print page numbers and/or a bar tracking code onto the sheets printed by the demand printer **84**. This may be accomplished by adding the following additional PostScript® code before the showpage operator in the instruction set shown above:

```
/C39P24Dm 24 selectfont % add bar code info
30 4.5 sub 18 translate 90 rotate % position on
0 0 moveto % side of sheet
(1.12) show % indicates sheet 1 of 12
%
/Helvetica 12 selectfont % add page numbers
320 780 moveto % center in middle of left page
(12) show % print page "12"
320 780 moveto % center in middle of right page
(1) show % print page "1"
```

The first section of code provides the command for printing a bar code (indicating for example, the page number and the total number of pages in the book). The second section of the code prints page numbers centered at the bottom of each page. A similar technique could be used to do any "post page" modifications, such as watermarking samples or QC books, adding variable printers marks or the like.

Imposition-on-the-Fly

The user may also specify that the pages be imposed and printed using the imposition-on-the-fly technique of the present invention. This technique positions the pages while the pages are being interpreted by the RIP. FIG. **19** is a more detailed block diagram of the print system **79** shown in FIG. **4**. The PDL master page files **122** and the PDL variable page files **137**, **138** may be combined into merged PDL files (such as merged PostScript file(s) **450**), which are then provided to the print system **79**, comprised of RIP **82**, collator **81**, press controller **80** and demand printer **84**. The press command file **140**, which includes the instruction set for specifying how pages should be imposed, is also provided to the print system **79**.

Alternatively, as described above, the master page files **122** and the variable page files **137**, **138** may be provided separately to the print system **79** and overlaid.

The print system **79** may also include a raster memory **452** associated with the RIP **82** and the demand printer **84**. The RIP **82** generates a raster description of the "current page" being interpreted, which may be stored in the raster memory **452** or provided to the demand printer **84** for rendering. The demand printer **84** physically renders pages **454** from the merged Postscript® file **450** onto a "flat" (or other medium) **456**.

For purposes of illustration, it is assumed that the RIP **82** interprets the widely used PostScript® PDL language. (PostScript® is a registered trademark of Adobe Systems, Inc.) The PostScript® language is fully described in the *Postscript® Language Reference Manual, Second Edition* (1990), from Adobe Systems, Inc., which is incorporated herein by reference. Certain imposition-on-the-fly procedures **454** according to the present invention are downloaded to the RIP **82**. (The procedures **454** include, for example, ImposeJob, ImposeFile and various redefined PostScript® operators which are described in detail below). The imposition-on-the-fly procedures **454** will be used by the RIP **82** to process the instruction set and the page descriptions contained in the merged PostScript® files **450** to efficiently transmit pages for rendering by the demand printer **84**. (For ease in illustration, it is assumed the master and variable page files were premerged into merged file **450**. It is understood, however, that the master and variable page files could also be overlaid.)

PostScript® Background

In order to facilitate the explanation of imposition-on-the-fly procedures of the present invention, some background regarding the postScript® language is provided. Further background details may be found in the *PostScript® Language Reference Manual, Second Edition* (1990), from Adobe Systems, Inc., which was previously incorporated by reference.

The RIP **82** manages four different stacks, which are "last-in-first-out" (LIFO) data structures. These stacks include:

(1) an Operands Stack which holds (i) the input operands to various PostScript® operators, and (ii) the results of the operations;

(2) an Execution Stack which is controlled by the RIP **82** and which holds executable objects (i.e. procedures and files) that are in stages of execution;

(3) a Dictionary Stack which includes (i) a read only dictionary ("systemdict") which defines the implementation of the various PostScript® operators, (ii) a writable dictionary ("userdict") which stores all other definitions, and (iii) specialized dictionaries created by the user (e.g., an imposition dictionary); and

(4) a Graphics State Stack which is used to store graphics information, such as the parameters of the demand printer **84**.

The postScript® language is device independent such that the page descriptions contained in the merged PostScript® file **450** are specified in a coordinate system (called "user space") that is independent of the particular demand printer **84**. The coordinate system (called "device space") used by the demand printer **84** varies depending on the particular demand printer **84** (the "current device") which is specified for rendering the current page. In order to render the pages described in the merged PostScript® file **450**, the page descriptions (specified in user space) may be transformed to the current device space by a Current Transformation Matrix ([CTM]).

The PostScript® language uses the Current Transformation Matrix ([CTM]) to describe scaling, rotation, and trans

lation of the page from user space to device space. For mapping the point (x, y) in user space to the point (x', y') in device space:

```
[ (FileName)
  [ { user procedure 1 }
    page# { operands to setvirtualdevice }
    { FileObject __offset__ setfileposition }
  ]
  [ { user procedure 1}
    page# { operands to setvirtualdevice }
    { user procedure 2 - barcodes, watermarks, etc. }
  ]
]
```

where a, b, c, and d determine the extent of scaling and rotation and where $t_x$ and $t_y$ determine the extent of translation.

The RIP **82** also maintains a data structure, called the "graphics state," that holds various graphics control parameters, including the [CTM]. The graphics state also includes (i) a clipping path, which defines the rendering area in the raster memory **452** for the current page; (ii) font and line definitions; (iii) a color space (such as DeviceGray, RGB, CMYK or CIE); and (iv) other graphics control parameters.

The PostScript® language includes several operators for setting up the current demand printer **84** to fulfill the processing requirements of the page descriptions contained in the merged PostScript® file **450**. The current device setup includes establishing the Current Transformation Matrix ([CTM]) for the current demand printer **84**. The default transformation from user space to device space for the current device is specified by a "system default matrix." The system default matrix may be generated by the PostScript® language, for example, by a defaultmatrix operator. The [CTM] may be considered an alteration of the system default matrix.

Once the current demand printer **84** has been set up, the RIP **82** can begin to interpret the page descriptions in the merged PostScript® file **450**. For each page in turn, everything that is to appear on that page (including text, graphics, and images) is "painted" into the raster memory **452** and stored and/or rendered by the demand printer **84**.

In the merged Postscript® file **450**, each description of a page to be rendered includes a PostScript® showpage operator. The showpage operator, which is generally included at the end of each page description, is used to transmit the raster description of the current page (saved in the raster memory **452**) to the demand printer **84** for physical rendering of the current page. In general, the showpage operator transmits the contents of the raster memory **452** to the demand printer **84**, then erases the current page from the raster memory **452** and partially resets the graphics state in preparation for interpreting the next page description in the merged Postscript® file **450**.

In level 2 PostScript® implementations, the function of the showpage operator is controlled by an EndPage procedure and a BeginPage procedure that are defined according to the current demand printer **84**. In general, the EndPage procedure specifies the disposition of the current page in the raster memory **452** and the BeginPage procedure sets up and marks the beginning of the next page description to be interpreted. These procedures may be defined, for example, by a level 2 setpagedevice operator which sets up the graphics state for the current demand printer **84** (the "current graphics state").

During normal operation, the level 2 showpage operator provides two operands to the EndPage procedure: a reason code and Pagecount. The reason code operand specifies whether the EndPage procedure is being called by the showpage operator, by a copypage operator, or during a device deactivation. When the EndPage procedure is called by the showpage operator, the reason operand is set to 0. The Pagecount operand is the number of executions of the showpage operator that have occurred since the current device was activated, not including the present execution. Thus, Pagecount is equal to the number of pages that have been rendered prior to the current page. After the EndPage procedure is executed, Pagecount is incremented by one and is provided as an operand to the BeginPage procedure.

The operation of the level 2 showpage operator is illustrated in the flowchart of FIG. **20**. A block **500** first sets the reason code operand equal to zero to specify that the EndPage procedure is being called by the showpage operator. A block **502** then calls the EndPage procedure, which consumes the reason code and PageCount operands and returns a boolean result that specifies the disposition of the current page in the raster memory **452**. During normal operation, the EndPage procedure returns true during execution of the showpage or copypage operators (causing a physical page to be produced) and returns false during device deactivation. A decision-making block **504** determines whether the result returned from the EndPage procedure is true or false.

If the EndPage procedure returns "true", a block **506** transmits the contents of the raster memory **452** to the demand printer **84** for rendering. A block **508** then clears the raster memory **452** by executing a procedure similar to a Postscript® erasepage operator. Under normal operation, the EndPage procedure returns true if it is called by the showpage or copypage operator. Thus, the showpage and copypage operators cause the contents of the raster memory **452** to be transmitted to the demand printer **84** for rendering.

If the EndPage procedure returns a "false", the showpage operator does not perform either of the functions of the blocks **506** and **508** (i.e., no page is rendered), but skips to a block **510**. The block **510** executes a procedure similar to a PostScript® initgraphics operator which resets the [CTM], the clipping path, and other graphics parameters to the default values for the current demand printer **84**, thus setting up the graphics state for composing the next page. The clipping path defines the rendering area for the current page stored in the raster memory **452**.

A block **512** then increments the Pagecount operand by one and a block **514** calls the BeginPage procedure with Pagecount as an operand. The BeginPage procedure marks the beginning of the next page in the merged PostScript® file **450** to be interpreted by the RIP **82**.

The standard operation of the level 2 showpage operator illustrated in FIG. **20** may be represented by the following PostScript® pseudo code:

```
/showpage {
  /reason 0 def                     % reason = 0 for
                                    % showpage
  pagecount reason EndPage          % call EndPage
                                    % procedure
    { transmit contents of          % \    do these lines
      raster memory to              %  \   only
      demand printer                %  /   if Endpage
      erasepage } if                % /    returns true
```

-continued

```
    initgraphics                      % set default graphics
                                      % state
    /pagecount pagecount 1 add def    % increment
                                      % pagecount
    pagecount BeginPage               % call BeginPage
                                      % procedure
  } def
```

The Imposition-on-the-Fly Procedures

The imposition-on-the-fly procedures of the present invention create a layer on top of the demand printer, called a "virtual device." The desired position (scale, orientation and size) of a page to be printed by the demand printer is specified by a procedure (called "setvirtualdevice") which establishes the virtual device for that page. Thus, from the standpoint of the PostScript® program, the [CTM] is the same as the system default matrix and every page begins with a [CTM] mapping user space coordinates to the lower left corner of the output device. The [CTM] can be explicitly manipulated as if each Postscript® page were imaged on a distinct, but identical, physical page.

Thus, when imposing and rendering a selected page from the merged PostScript® file **450**, the current output device (i.e. the demand printer **84**) is defined as the virtual device. In general, the virtual device for a selected page is the same size as the page and is positioned at the place on the flat **456** where the page is to be rendered.

The virtual device is established by setting the current transformation matrix ([CTM]) to properly position the page. A clipping path, which defines the rendering area in the raster memory **452**, is then created around the border of the page. Thus, the RIP **82** "sees" the position where the page is to be rendered as the current output device.

For pages in the merged PostScript® file **450** that will not be rendered on the current flat **456** (i.e. are not included in the current book), the current output device (the demand printer **84**) is defined as a scaled-down virtual device for the next page to be imposed and rendered on the flat. The scaled-down virtual device allows any intervening pages not to be imposed on the flat to be quickly interpreted by the RIP **82**.

The imposition-on-the fly procedures include the setvirtualdevice procedure, which establishes the virtual device for the next page to rendered on the flat **456** and an EnableVirtualDevice procedure which sets up the showpage operator to support virtual devices. The EndPage and BeginPage procedures that are invoked by the showpage operator are also redefined. These procedures will be described in detail below.

The Imposition-on-the-Fly Instruction Set:

Preferably, the instruction set for implementing imposition-on-the-fly by creating the virtual device for pages to be rendered on the flat are input to the RIP **82** in the below-described format. However, the present invention may be modified to properly impose different instruction set formats.

The imposition-on-the-fly instruction set contains the name(s) of the merged Postscript® file(s) **450** that will be interpreted by the RIP **82** and rendered by the demand printer **84**. These file names are associated with entry lists (stored in arrays) containing one or more entries, wherein each entry contains the following information:

1) A first user procedure—The user procedure may contain various instructions, including comments, printer's marks (such as barcodes or watermarks) or other information. (The user procedure may also be null and is not essential to the imposition-on-the-fly procedures of the present invention).

2) A page number—The page number is the sequential number of the page description in the merged Postscript® file **450** of the page to be rendered on the flat **456**. The merged PostScript® file **450** is assumed to contain page descriptions in sequential order, wherein the first page description is page "0."

3) Operands to the setvirtualdevice procedure—As explained in detail below, the setvirtualdevice procedure establishes the appropriate virtual device as the current output device for a particular page. The setvirtualdevice procedure requires the following three operands, which are included in each entry in the entry list:

i) the scaling, translation and rotation factors which will be used to generate a "virtual [CTM]" which will properly position the selected page on the flat **456**. These factors are listed as follows: [scale_x scale_y translate_x translate_y rotate];

ii) the user space coordinates of the lower-left and upper-right corners of the actual rendering area of the next page to be rendered on the flat **456**. These corner coordinates will be used to generate a clipping path around the border of the page in the raster memory **452**. The corner coordinates are listed as follows: [ClipllX ClipllY ClipurX ClipurY]; and

iii) the size (width and length) of the page to be rendered on the flat. The page size is listed as follows: [PageX PageY]. (The page size is not necessarily equivalent to the clipping path defining the rendering area of the page, as many demand printers are unable to place marks at the extreme edges of the page).

4) A second user procedure ("offsets"): Like the first user procedure, the second user procedure may contain comments, printer's marks (barcodes, watermarks, etc.) or other information or may be null. In a preferred embodiment, however, for the first page on the flat, the second user procedure is used to "offset" the program to the next page to be rendered on the flat.

For example, the merged PostScript® file generally contains many, many pages because it includes separate page descriptions for each variable page. Assume a simple four page book with three master pages and only one variable page. The book may be sent to 1,000 different people, with different variable information for each person. Thus, the merged PostScript® file contains 1,003 page descriptions—3 master pages and 1,000 variable pages. Imposition-on-the-fly with offsets allows for quick printing of the books because it "skips over" (i.e. does not RIP) the 999 variable pages that will not be included in each book.

For imposition-on-the-fly with offsets, the second user procedure for the first entry in the instruction set contains a file object, an offset position and the Postscript® setfileposition operator. The offset position points to the next page description in the file that is to be included on the flat. (The offset positions were calculated and saved by the block **364** of FIG. **13**.) The setfileposition operator reopens the current merged PostScript® file **450** to that offset position.

Thus, the PostScript® instruction set format for imposition-on-the-fly imposition of the present invention is as follows:

```
[ (FileName)
   [ { user procedure 1 }
      page# { operands to setvirtualdevice }
   { FileObject __offset__ setfileposition }
   ]
   [ { user procedure 1}
      page# { operands to setvirtualdevice }
      { user procedure 2 - barcodes, watermarks, etc. }
   ]
]
```

A sample imposition-on-the-fly with offsets instruction set is attached as Appendix I. The Appendix I instruction set also includes code in certain second user procedures to print a barcode.

Explanation of Variables:

The variables used by the imposition-on-the-fly procedures may be conveniently defined and stored in a user dictionary (called, for example, “impositiondict”). These variables include:

1) PageOffset—the cumulative number of pages from any previous Postscript® files that have been interpreted in accordance with the imposition-on-the-fly procedures of the present invention. Initially, PageOffset is set to −1 (no previous files (or pages) have been interpreted).

2) CurrentPage—the number of the next page in the current merged PostScript® file **450** that is to be rendered on the current flat **456**. CurrentPage is initially set to 0.

3) LastPage—the number of the last page in the current merged PostScript® file **450** that is to be rendered on the current flat, which is equal to the page number in the last entry of the entry list. LastPage is initially set to 1 and is used to determine how many page descriptions in the merged PostScript® file must be interpreted in order to properly render all of the selected pages on the current flat.

4) PageCount—the number of times that the showpage operator has been executed (initially 0). In level 2 PostScript® implementations, PageCount is stored and incremented internally by the RIP **82** through the showpage operator. However, in level 1 PostScript® implementations, the PageCount variable must be explicitly defined and incremented to emulate the operation of the level 2 showpage operator.

5) PageList—the list of entries (page numbers and imposition procedures) contained in the entry list.

6) CurrentIndex—an index into the PageList.

7) LastIndex—the number of entries in the entry list.

8) DefaultMatrix—used to store the value of the [CTM] describing the virtual device (the “virtual [CTM]”). The scaling, translation and rotation components of the virtual [CTM] are supplied as operands to the setvirtualdevice procedure.

9) PageX and PageY—the width and height respectively of the page to be rendered on the flat **456**. The values of PageX and PageY are provided in each entry of the entry list as operands to the setvirtualdevice procedure.

10) DefaultPageX and DefaultPageY—the default values of the page width and height, respectively. Their values are initially set to 8½" (**612**) and 11" (**792**), respectively.

11) ClipllX, ClipllY, ClipurX and ClipurY—the user space coordinates of the lower-left and upper-right corners, respectively, of the clipping path defining the border of the virtual device. The values of these variables are also included as operands to the setvirtualdevice procedure.

12) Portrait—a boolean variable used to describe the page orientation of the current page. If Portrait is true, the current page has a portrait orientation (page width <page height). If Portrait is false, the current page has a landscape orientation (page width>page height).

13) DefaultPortrait—the default value for the page orientation, which is initially set to true (portrait orientation).

14) VirtualDeviceEnabled—a boolean variable used to determine whether a procedure called, for example, “EnableVirtualDevice,” has been executed. As explained in detail below, the EnableVirtualDevice procedure sets up the standard PostScript® showpage operator to support virtual devices.

15) ImageDone—a boolean variable used to specify when the current flat **456** has been completed. ImageDone is initially and normally set to false, indicating that the current flat **456** has not been completed.

A further description of the variables used is included in the following PostScript® code, which creates the impositiondict dictionary and initializes the variables:

```
/impositiondict 200 dict def        % create dictionary
                                    % impositiondict begin
/Identity matrix def                % used as input to setmatrix
/Matrix matrix def                  % dummy matrix for temp storage
/Matrix2 matrix def                 % dummy matrix for temp storage
/Matrix3 matrix def                 % dummy matrix for temp storage
/Matrix4 matrix def                 % dummy matrix for temp storage
/DefaultPageX 612 def               % default page width (X) and
/DefaultPageY 792 def               % page length (Y) (8 ½" ×
                                    % 11")
/DefaultPortrait true def           % assume page orient =
                                    % portrait
/PageOffset −1 def                  % first file - no previous
                                    % pages
/CurrentPage 0 def                  % initial value of page to
                                    % impose
/CurrentIndex 0 def                 % initial value of page to
                                    % impose
/LastPage 2147483647 def            % initial value is highest
                                    % number
/PageCount 0 def                    % used in level 1 only
/DefaultMatrix matrix               % the “default” matrix for the
currentmatrix def                   % current virtual device
/VirtualDeviceEnabled false def     % allow normal
                                    % operation
/ImageDone false def                % not done with current media
                                    % Set initial job defaults
/Portrait DefaultPortrait def       % default to portrait
                                    % mode
/PageX DefaultPageX def             % initial page size
/PageY DefaultPageY def             %
/ClipllX 0 def                      % initial lower left
/ClipllY 0 def                      % and upper right
/ClipurX DefaultPageX def           % corners of
/ClipurY DefaultPageY def           % clipping path
```

The Redefined PostScript® Operators:

Also, before executing the imposition-on-the-fly procedures of the present invention, several PostScript® operators must be redefined for compatibility with the EnableVirtualDevice and setvirtualdevice procedures, which will be described in detail below. The virtual device, in effect, “shields” the PostScript® program and RIP from where the pages are being painted into the raster memory **452** through the [CTM]. Thus, in general, the Postscript® operators that affect the [CTM] must be redefined to also “shield” the PostScript® program and RIP from the final mapping of the page description from user space to device space coordinates. The PostScript® operators which must be redefined include:

| | |
|---|---|
| initmatrix | transform |
| initclip | itransform |
| setmatrix | dtransform |
| currentmatrix | idtransform |
| erasepage | nulldevice |
| initgraphics | copypage |

The standard operation of these, and all other PostScript® operators, is fully described in the *Postscript® Language Reference Manual, Second Edition* (1990), from Adobe Systems, Inc., which was previously incorporated by reference.

The first step in redefining the above-listed PostScript® operators is to rename the standard operator, for example, "systemdict__operator," because its definition is stored in the systemdict dictionary. This may be implemented by the following code:

```
/systemdict__initmatrix systemdict /initmatrix get def
/systemdict__initclip systemdict /initclip get def
/systemdict__setmatrix systemdict /setmatrix get def
/systemdict__erasepage systemdict /erasepage get def
/systemdict__initgraphics systemdict /initgraphics get def
/systemdict__currentmatrix systemdict /currentmatrix get
def
/systemdict__transform systemdict /transform get def
/systemdict__itransform systemdict /itransform get def
/systemdict__dtransform systemdict /dtransform get def
/systemdict__idtransform systemdict /idtransform get def
```

As explained below, the standard nulldevice and copypage operators are not renamed because their standard operation will never be used in connection with the present invention. The new definitions of the operators, described below, are then loaded into the userdict dictionary.

The Redefined Initmatrix Operator:

The standard PostScript® initmatrix operator sets the [CTM] to the system default matrix for the current device. The initmatrix operator is redefined to set the [CTM] equal to the virtual [CTM] which defines the virtual device. The virtual [CTM] may be stored in the variable DefaultMatrix.

The Postscript® initmatrix operator may be redefined by the following code:

```
/initmatrix {
    impositiondict begin
    DefaultMatrix
    systemdict__setmatrix
    end
} bind def
```

The Redefined initclip Operator:

The clipping path normally corresponds to the boundary of the maximum imageable area for the current output device (the demand printer **84**). The standard PostScript® initclip operator replaces the current clipping path in the graphics state with the default clipping path for the current demand printer. The initclip operator is redefined to replace the current clipping path in the graphics state with a clipping path defining the border of the virtual device page.

The flowchart of FIG. **21** illustrates the program steps implemented by the redefined initclip operator. A decision-making block **520** determines whether a current path exists by checking for the existence of a currentpoint. If no currentpoint is defined, a block **522** stores an empty path in a variable called, for example, "p1." Alternatively, if a currentpoint is defined, a block **524** invokes a previously defined utility routine called, for example, "MakePath," that creates a path description from the current path. The block **524** then saves the current path description in the variable p1. The MakePath procedure, which may be stored in the impositiondict dictionary, is similar to the level 2 Postscript® upath operator and may be implemented by the following code:



```
/MakePath {
    [ {/moveto cvx} {/lineto cvx} {/curveto cvx}
        {/closepath cvx} pathforall ] cvx
} bind def
```

Next, a block **526** saves the current [CTM] and a block **528** sets the [CTM] to the virtual [CTM]. A block **530** then creates a clipping path between the corners of the virtual device, which were specified by the values of the ClipllX, ClipllY, ClipurX and ClipurY variables provided as operands to the setvirtualdevice procedure. A block **532** then restores the [CTM] which was saved by the block **526** and the current path saved in the variable p1.

The PostScript® initclip operator may be redefined by the following code:

```
initclip
    impositiondict begin
      { currentpoint } stopped
        { /p1 { } def }                % p1 = empty path
        { pop pop /p1 MakePath def}       % p1 = current
                                          % path
        ifelse
    matrix systemdict__currentmatrix
    initmatrix
    systemdict__initclip
    newpath
    ClipllX ClipllY moveto             % create clippath
    ClipurX ClipllY lineto
    ClipurX ClipurY lineto
    ClipllX ClipurY lineto
    closepath
    clip
    newpath
    systemdict__setmatrix
    p1                                      % restore current
        end                                      % path
} bind def
```

The Redefined Setmatrix Operator:

The standard PostScript® setmatrix operator replaces the current [CTM] in the graphics state with a matrix that is supplied on the Operands stack. The matrix supplied on the Operands stack ("the operand matrix") can be considered the result of the concatenation of the system default matrix with an operations matrix.

The setmatrix operator is redefined to calculate the operations matrix by concatenating the operand matrix with the inverse of the system default matrix. Thus,

[operand matrix]=[operations matrix] [system default matrix], and

[operations matrix]=[operand matrix] [system default matrix]$^{-1}$.

Once the operations matrix is calculated, it is concatenated with the virtual [CTM] (stored in DefaultMatrix) and saved as the new [CTM]. Thus,

new [CTM]=[operations matrix] [virtual CTM].

The Postscript® setmatrix operator may be redefined by the following code:

```
/setmatrix {
    impositiondict begin
    Matrix defaultmatrix
    Matrix2 invertmatrix
    Matrix3 concatmatrix
    DefaultMatrix
    Matrix4 concatmatrix
    systemdict__setmatrix
    end
} bind def
```

The Redefined Currentmatrix Operator:

The standard currentmatrix operator replaces the matrix supplied on the Operands stack with the current [CTM] in the graphics state.

The current [CTM] can be considered the result of concatenating the virtual [CTM] (saved in DefaultMatrix) with an operations matrix. The redefined currentmatrix operator calculates the operations matrix by concatenating the current [CTM] with the inverse of the virtual [CTM] as set forth below:

[current CTM] = [operations matrix] [virtual CTM],

and

[operations matrix] = [current CTM] $[\text{virtual CTM}]^{-1}$.

The [operations matrix] is then concatenated with the system default matrix and the resultant matrix is stored in the matrix on the Operands stack.

The postscript® currentmatrix operator may be redefined by the following code:

```
/currentmatrix {
    impositiondict begin
    Matrix systemdict__currentmatrix
    DefaultMatrix
    Matrix2 invertmatrix
    Matrix3 concatmatrix
    Matrix4 defaultmatrix
    3 -1 roll
    concatmatrix
    end
} bind def
```

The Redefined Erasepage Operator:

The standard erasepage operator erases the entire current page stored in raster memory by painting the page white. The erasepage operator is redefined to erase only the virtual device page, which is the area defined by the next page to be rendered on the current flat.

The erasepage operator is redefined by calling the redefined initclip operator, described above, which establishes a clipping path around the border of the virtual device page. The area inside the clipping path is then painted white. The standard PostScript® gsave operator (described in detail in connection with the optional imposition-on-the-fly procedures of the invention) is called immediately before the redefined initclip operator to save the current graphics state, including the current clipping path, gray level, etc. Also, after the virtual device page has been painted white, the standard PostScript® grestore operator (also described in detail in connection with the optional procedures) is called to restore the current graphics state.

The PostScript® erasepage operator may be redefined by the following code:

```
/erasepage {
    impositiondict begin
    gsave       % systemdict__gsave for optional procs
    initclip
    clippath 1 setgray fill
    grestore    % systemdict__grestore for optional
                % procs
    end
} bind def
```

(In the optional imposition-on-the-fly procedures, the standard PostScript® gsave and grestore operators are redefined. Thus, in the optional procedures, the erasepage operator is redefined by calling the systemdict__gsave and systemdict__grestore operators, as specified above.)

The Redefined Initgraphics Operator:

The standard PostScript® initgraphics operator resets several values in the graphics state, including the [CTM], the current path and the clipping path, to their default values. The standard initgraphics operator is equivalent to the following Postscript® language sequence:

initmatrix newpath initclip

1 setlinewidth 0 setlinecap 0 setlinejoin

[] 0 setdash 0 setgray 10 setmiterlimit

The initgraphics operator is redefined to perform the above listed sequence. However, the redefined initgraphics calls the redefined initmatrix and initclip operators, which were described above. Thus, the redefined initgraphics operator resets the [CTM] and the clipping path to their default values for the virtual device.

The PostScript® initgraphics operator may be redefined by the following code:

```
/initgraphics {
    initmatrix newpath initclip
    1 setlinewidth 0 setlinecap 0 setlinejoin
    [] 0 setdash 0 setgray 10 setmiterlimit
} bind def
```

The Redefined "Transform" Operators:

The standard PostScript® transform operator transforms a supplied user space coordinate (x,y) to the corresponding device space coordinate (x',y') as specified by the [CTM]. Since the [CTM] is altered during the imposition process, the transform operator is redefined to perform the transformation as if the [CTM] had not been altered.

If a matrix operand is supplied to the standard transform operator, the transformation from user to device space is performed according to the supplied matrix. Thus, if a matrix operand is supplied, the transform operator is also redefined to perform the transformation according to the supplied matrix.

The PostScript® language includes three other "transform" operators (dtransform, itransform and idtransform) which are redefined in the same manner as the transform operator.

The standard PostScript® dtransform operator specifies a "distance" transformation of a coordinate from user to

device space according to the [CTM] or a supplied matrix operand. In a distance transformation, the translation components (tx and ty) of the [CTM] are not used.

The standard PostScript® itransform operator specifies a transformation of a coordinate in device space (x',y') to user space (x,y) according to the inverse of the [CTM] or a supplied matrix operand. The standard idtransform operator specifies a distance transformation from device space to user space according to the inverse of the [CTM] or a supplied matrix operand.

FIG. **22** illustrates the program steps implemented by the redefined transform operator. The other transform operators are redefined in the same way. A decision-making block **534** first determines whether a matrix operand was supplied to the transform operator. If a matrix operand was supplied, a block **536** simply calls the standard transform operator (now renamed "systemdict__transform") to perform the transformation according to the supplied matrix. (For the other transform operators, the block **536** calls systemdict__dtransform, systemdict__itransform or systemdict__idtransform).

Alternatively, if the block **534** determines that a matrix operand was not supplied, a block **538** first saves a copy of the current [CTM] in the graphics state on the Operands Stack.

As explained previously, the current [CTM] can be considered the result of the concatenating the virtual [CTM] (saved in DefaultMatrix) with an operations matrix. A block **540** thus calculates the operations matrix by concatenating the current [CTM] with the inverse of the virtual [CTM].

Next, a block **542** sets a new [CTM] equal to the operations matrix concatenated with the system default matrix. The new [CTM] is now equal to what the [CTM] would have been if the setvirtualdevice and imposition procedures were not implemented.

A block **544** then calls the standard transform operator to perform the transformation from user to device space according to the new [CTM]. (Again, for the other transform operators, the block **544** calls the standard dtransform, itransform, or idtransform operator).

Lastly, a block **546** resets the [CTM] equal to the current [CTM] saved on the Operands Stack by the block **538**.

The PostScript® transform operators may be redefined by the following code:

```
/transform {
  impositiondict begin
  dup type /arraytype eq {
    systemdict__transform % or systmdict__dtransform
                          % or
                          % systemdict__itransform
                      % or systemdict__idtransform
  } {
    Matrix systemdict__currentmatrix
    dup 4 1 roll
    DefaultMatrix
    Matrix2 invertmatrix
    Matrix3 concatmatrix
    Matrix2 defaultmatrix
    Matrix4 concatmatrix
    systemdict__setmatrix
    systemdict__transform % or
                          % systemdict__dtransform
                      % or systemdict__itransform
                      % or systemdict__idtransform
    3 -1 roll systemdict__setmatrix
  } ifelse
```

-continued

```
    end
  } bind def
```

The Redefined Nulldevice Operator:

The standard PostScript® nulldevice operator installs a "null device" as the current output device. The standard PostScript® nulldevice operator produces no physical output and has no associated raster memory. However, any graphics or font operations executed will be saved in the current graphics state. The Postscript® nulldevice operator also sets the [CTM] to an identity matrix ([1 0 0 1 0 0]) and establishes the clipping path as a single point at the origin.

The standard PostScript® nulldevice operator, however, is not suitable for use with this invention because is not a page device operator and, therefore, has no EndPage and BeginPage procedures associated with it. Thus, the nulldevice operator is redefined to set the [CTM] to the identity matrix and establish a one point clipping path without altering the current page device.

The Postscript® nulldevice operator may be redefined by the following code:

```
/nulldevice {
  impositiondict /Identity get
  systemdict__setmatrix
  newpath
  clip
} bind def
```

The Redefined Copypage Operator:

Under normal operation, the standard PostScript® copypage operator transmits one copy of the current page to the demand printer without erasing the current page or changing the graphics state. Like the showpage operator, the operation of the copypage operator depends on the EndPage and BeginPage procedures, which are redefined by the present invention. In the present invention, the EndPage and BeginPage procedures are redefined so that the copypage operator has no affect. The EndPage and BeginPage procedures could be redefined to check for the copypage operator (by comparing the reason code to one). Alternatively, the operation of the copypage operator can simply be nulled by the following code:

```
/copypage { } def
```

The EnableVirtualDevice Procedure:

The EnableVirtualDevice procedure, which is called by the ImposeJob procedure at the end of the instruction set, sets up the showpage operator to support virtual devices. FIG. **23** is a flowchart illustrating the program steps implemented by the EnableVirtualDevice procedure.

A block **550** first determines whether the RIP **82** implements level 1 or level 2 PostScript® by determining whether the PostScript® setpagedevice operator is defined in the systemdict dictionary. If the RIP **82** implements the level 2 PostScript® language, a block **552** loads the redefined EndPage and BeginPage procedures into the current graphics state for the demand printer **84** by calling the setpagedevice operator. As described in detail below, the EndPage and BeginPage procedures are redefined to define the current output device as a virtual device for pages to be rendered or as a scaled-down virtual device for non-rendered pages.

The blocks **550** and **552** of the EnableVirtualDevice procedure may be implemented by the following code:

```
/EnableVirtualDevice {
  /setpagedevice where {          % level 2
    pop
    2 dict begin
    /EndPage impositiondict /EndPage get def
    /BeginPage impositiondict /BeginPage get
    def
    currentdict end
    setpagedevice
    }
```

Alternatively, if the block **550** determines that the RIP **82** implements level 1 PostScript®, a block **554** renames the standard level 1 showpage operator and a block **556** redefines the showpage operator to emulate the operation of the level 2 showpage operator as illustrated in FIG. **20**. Next, a block **558** executes the BeginPage procedure for the first page (page "0") in the merged PostScript® file **450**. (This was done automatically in the level 2 implementation by the block **552** by calling the setpagedevice operator).

The blocks **554**–**558** may be implemented by the following code:

```
{ impositiondict /systemdict__showpage          % rename
  systemdict /showpage get put                  % showpage
  /showpage {                                   % emulate
    impositiondict begin                        % level 2
    PageCount 0 EndPage
    systemdict__showpage
    } if
    systemdict__initgraphics
    /PageCount PageCount 1 add def
    PageCount /BeginPage load end exec
    } def
  0 impositiondict /BeginPage get exec
  } ifelse
```

Next, a block **560** invokes a procedure (called, for example, "DisablePageDevice") which was previously stored in the impositiondict dictionary. The DisablePageDevice procedure redefines the Postscript® setpagedevice operator and all other compatibility operators that call the setpagedevice operator. Disabling these operators ensures that the raster memory **452** (which may contain the raster descriptions of previously processed pages to be rendered on the flat **456**) is not erased by the setpagedevice operator. The DisablePageDevice procedure is described in detail below in connection with FIG. **24**.

After the block **560** invokes the DisablePageDevice procedure described above, a block **562** sets the boolean variable called "VirtualDeviceEnabled" to true to indicate that the procedure has been completed and the showpage operator is set up to support virtual devices.

The blocks **560** and **562** of the EnableVirtualDevice procedure may be implemented by the following code:

```
impositiondict /DisablePageDevice get exec
impositiondict /VirtualDeviceEnabled true put
} bind def
```

The DisablePageDevice Procedure:

FIG. **24** is a flowchart illustrating the program steps implemented by the DisablePageDevice procedure, which is invoked by the block **560** of the EnableVirtualDevice procedure. Because setpagedevice is a level 2 operator, a block **570** determines whether the RIP **82** implements the level 1 or the level 2 Postscript® language by determining whether the setpagedevice operator is defined in the systemdict dictionary. If the RIP **82** implements the level 2 PostScript® language, blocks **572**–**580** redefine the setpagedevice operator to correct the page orientation of the output device, if necessary.

During normal level 2 operation, a dictionary operand containing input media selection entries is provided to the Postscript® setpagedevice operator and the setpagedevice operator establishes the current output device according to the information contained in the current graphics state and the dictionary operand. The dictionary operand may contain, for example, an entry for PageSize, which is an array of two numbers indicating the width and height of the current page. Thus, a call to the setpagedevice operator may alter the page size, which is critical in setting up the virtual device.

The block **572** of the redefined setpagedevice operator first determines whether an entry for PageSize was included in the dictionary operand to the setpagedevice operator. If so, the block **574** then determines whether the PageSize specified in the entry is portrait or landscape orientation by comparing the page width to the page height supplied in the PageSize entry. (As explained above, for purposes of the invention, if the page width is less than the page height, the orientation is referred to as portrait and the variable Portrait is set to true. If the page width is greater than the page height, the orientation is referred to as landscape and the variable Portrait is set to false).

A block **576** then compares the page orientation of the PageSize entry (determined by block **574**) to the page orientation of the virtual device (stored in the variable Portrait). If they are not the same, a block **578** invokes a procedure called, for example, "SetPortrait," which changes the orientation of the virtual device from portrait to landscape, or vice versa. (The SetPortrait Procedure is described in detail below). Next, for consistency with the normal operation of the setpagedevice operator, a block **580** calls the redefined initgraphics and erasepage operators. Alternatively, if the block **576** determines that the page orientation of the PageSize entry is the same as the virtual device, or if the block **572** determines that PageSize was not included in the dictionary operand to the setpagedevice operator, the program skips directly to the block **580**, which completes the redefinition of the setpagedevice operator.

The blocks **570**–**580** of the DisablePageDevice procedure may be implemented by the following code:

```
/DisablePageDevice {
  /setpagedevice where {
    pop
    userdict
    /setpagedevice {
      dup /PageSize known {
        /PageSize get
        impositiondict begin
        aload pop
        lt Portrait ne {
          SetPortrait
          } if
        end
        } {
        pop
        } ifelse
        initgraphics
```

-continued

```
        erasepage
      } put
    } if
```

After the block **580** calls the redefined initgraphics and erasepage operators, or if the block **570** determines that the RIP **82** implements level 1 PostScript®, a block **582** redefines the compatibility operators, which are defined in either the statusdict dictionary or the userdict dictionary, which call the setpagedevice operator or perform similar level 1 operations.

For compatibility operators that change the page orientation, the block **582** redefines the operator to set the orientation of the virtual device equal to the orientation of the page specified by the operator and to initialize the virtual device. These operators may be redefined by a utility routine called, for example, "SetPageSize," which is similar to the blocks **576**-**580** described above. The SetPageSize routine may be implemented by the following code:

```
/SetPageSize {
  lt Portrait ne {        % correct orientation of virtual
    SetPortrait           %     device, if necessary
    } if
  initgraphics            % initialize virtual device
  erasepage               %       (emulate setpagedevice)
} bind def
```

For compatibility operators that do not affect the page orientation, the block **582** simply disables or nulls the operators. The block **582** of the DisablePageDevice procedure, which redefines or disables the compatibility operators, may be implemented by the following code:

```
statusdict begin          % operators in statusdict
/a3tray {impositiondict begin 842 792 SetPageSize end}
def
/a4tray {impositiondict begin 595 842 SetPageSize end}
def
/ledgertray {impositiondict begin 1224 792 SetPageSize
end} def
/setpage {pop pop pop} def
/setpagestackorder {pop} def
/settumble {pop} def
/11x17tray {impositiondict begin 792 1224 SetPageSize
end} def
/b5tray {impositiondict begin 516 729 SetPageSize end}
def
/legaltray {impositiondict begin 612 1008 SetPageSize
end} def
/setdefaulttimeouts {pop} def
/setduplexmode {pop} def
/setmargins {pop pop} def
/setpagemargin {pop} def
/lettertray {impositiondict begin 612 792 SetPageSize
end} def
/setmirrorprint {pop} def
/setpageparams {pop pop pop pop} def
/setresolution {pop} def
end
            % operators in userdict
/a3 {impositiondict begin 842 1191 SetPageSize end} def
/b5 {impositiondict begin 516 729 SetPageSize end} def
/letter {impositiondict begin 612 792 SetPageSize end}
def
/lettersmall {impositiondict begin 612 792 SetPageSize
end} def
```



-continued

```
/legal {impositiondict begin 612 1008 SetPageSize end}
def
/ledger {impositiondict begin 1224 792 SetPageSize end}
def
/11x17 {impositiondict begin 792 1224 SetPageSize end}
def
/a4 {impositiondict begin 595 842 SetPageSize end} def
/a4small {impositiondict begin 595 842 SetPageSize end}
def
/note { } def
```

The SetPortrait Procedure:

The SetPortrait procedure, which is invoked by the block **578** of the DisablePageDevice procedure, changes the orientation of the virtual device from portrait to landscape or vice versa. FIG. **25** illustrates the program steps implemented by the SetPortrait procedure. A block **590** first determines whether the variable Portrait is true (indicating the page is portrait) or false (indicating the page is landscape).

If Portrait is true, the orientation of the device must be converted from portrait to landscape. As illustrated in FIG. **26**A, a portrait-orientated page **592** is represented in a cartesian coordinate system with an origin at point $O_P$. The portrait-orientated page **592** has a width PageX and a height PageY. The rendering area on the page **592** is bordered by a clipping path **594**, which may be defined by the coordinates of its lower-left corner (llx, lly) and the coordinates of its upper-right corner (urx, ury).

The portrait-oriented page **592** is converted to a landscape-oriented page **596** by translating the origin $O_P$ of the page **592** in the positive x-direction and then rotating the coordinate system 90 degrees counterclockwise, resulting in the landscape-orientated coordinate system of the page **596** with an origin $O_L$. Although the device space coordinates of the clipping path **594** are unchanged, the clipping path **594** must be redefined with respect to the new landscape coordinate system.

Referring again to FIG. **25**, after the block **590** determines that the orientation of the device must be converted from portrait to landscape, a block **600** redefines the corner coordinate variables as follows:

| Portrait Coordinate | Landscape Coordinate |
|---|---|
| ClipllX | ClipllY |
| ClipllY | PageX - ClipurX |
| ClipurX | ClipurY |
| ClipurY | PageX - ClipllY |

Next, blocks **602** and **604** create matrices which will translate the origin $O_P$ by the page width (PageX) in the positive x-direction and then rotate the portrait coordinate system 90 degrees counterclockwise about the origin $O_P$. A block **606** then concatenates the matrices with the current virtual [CTM] to create the new virtual [CTM], which specifies the device in landscape orientation.

The blocks **590** and **600–606** of the SetPortrait procedure may be implemented by the following code:

```
/SetPortrait {
  Portrait {
    /tmp ClipllX def
    /ClipllY PageX ClipurX sub def
    /ClipurX ClipurY def
    /ClipurY PageX tmp sub def
    90 Matrix rotate
    PageX 0 Matrix2 translate
    DefaultMatrix
    Matrix3 concatmatrix
    DefaultMatrix concatmatrix
    pop
    }
```

If the block **590** determines that the variable Portrait is false, the orientation of the device must be converted from landscape to portrait. Referring also to FIG. **26**B, a landscape-oriented page **608** is specified in a cartesian coordinate system with an origin $O_L$. The rendered area on the page **608** is bordered by a clipping path **610** defined by the coordinates of its lower-left and upper-right corners. The landscape-oriented page **608** is converted to a portrait-oriented page **612** by translating the origin $O_L$ in the positive y-direction and then rotating the coordinate system 90 degrees clockwise about the origin $O_L$. This generates a portrait-oriented coordinate system with an origin $O_P$.

Similar to the above-described portrait to landscape procedure, a block **614** first redefines the corner coordinates of the clipping path as follows:

| Landscape Coordinate | Portrait Coordinate |
|---|---|
| ClipllY | ClipllX |
| ClipllX | PageY - ClipurY |
| ClipurY | ClipurX |
| ClipurX | PageY - ClipllY |

Next, blocks **616** and **618** create matrices to translate the origin $O_L$ in the positive y-direction and then rotate the origin $O_L$ 90 degrees clockwise. A block **620** then concatenates the matrices with the current virtual [CTM] to generate the new virtual [CTM], which specifies the device in a portrait coordinate system.

The blocks **614–620** of the SetPortrait procedure, which convert from landscape to portrait orientation, may be implemented by the following code:

```
/tmp ClipllY def
/ClipllY ClipllX def
/ClipllX PageY ClipurY sub def
/ClipurY ClipurX def
/ClipurX PageY tmp sub def
−90 Matrix rotate
0 PageY Matrix2 translate
DefaultMatrix
Matrix3 concatmatrix
DefaultMatrix concatmatrix
pop
} ifelse
```

After the clipping path corners are redefined and the new virtual [CTM] is generated, a block **622** exchanges the values of PageX and PageY. Thus, for example, when converting from portrait to landscape, the portrait page width becomes the landscape page height and the portrait page height becomes the landscape page width. Lastly, a block **624** changes the value of the variable Portrait. Thus, if Portrait was initially true (indicating portrait orientation), it is set to false to indicate that the device is now in landscape orientation. Conversely, if Portrait was initially false (indicating landscape orientation), it is set to true to indicate that the device is now in portrait orientation.

The blocks **622–624** may be implemented by the following code:

```
    /tmp PageX def
    /PageX PageY def
    /PageY tmp def
    /Portrait Portrait not def
} bind def
```

The SetPortrait procedure described above comprises an optional part of the present invention and is not necessary for use with PostScript® applications which do not alter the page orientation.

The Setvirtualdevice Procedure:

The setvirtualdevice procedure establishes the current transformation matrix ([CTM]), the clipping path, and the page size such that the current output device is specified as a virtual device. The virtual device is defined to be the size of the next page to be rendered, with the origin and page boundary at the position on the flat **456** where the page is to be rendered.

The setvirtualdevice procedure requires the following three "operands," which are provided in the instruction set list:

1) the imposition procedure, which includes the scaling, translation and rotation factors—[scale_x scale_y translate_x translate_y rotate];
2) the user space coordinates of the lower-left and upper-right corners of the rendering area of the page to be imposed, which will be used to generate a clipping path around the border of the virtual page in the raster memory **22**—[clip_ll_x clip_ll_y clip_ur_x clip_ur_y]; and
3) the page width and page length—[page_size_x page_size_y].

FIG. **27** illustrates the program steps implemented by the setvirtualdevice procedure. A block **630** first determines whether the variable VirtualDeviceEnabled is set to true, indicating that the EnableVirtualDevice procedure has been executed and the showpage operator is set up to support virtual devices. If the block **630** determines that VirtualDeviceEnabled is false, a block **633** invokes the EnableVirtualDevice procedure. (A block **6333**, which is implemented only in connection with the optional imposition-on-the-fly-procedures, will be described below.)

Next, a block **634** defines the variables PageX and PageY as the width and height of the virtual device, respectively. Similarly, a block **636** defines the variables ClipllX and ClipllY as the x and y coordinates of the lower-left corner of the virtual device and the variables ClipurX and ClipurY as the x and y coordinates of the upper-right corner of the virtual device.

A block **638** then calls the standard Postscript® initmatrix operator (renamed "systemdict_initmatrix"), which sets the [CTM] to the system default matrix for the current output device. A block **640** then executes the scale, translate and rotate operators with the operands to the setvirtualdevice procedure. These scale, translate and rotate operations alter

the system default matrix to specify the virtual [CTM]. A block **642** saves the resultant virtual [CTM] in the variable DefaultMatrix. The virtual [CTM] specifies that the origin of the virtual device is at the position on the flat where the next page is to be rendered on the flat **456**.

A decision-making block **644** then compares the page width (PageX) to the page height (PageY). If PageX is less than PageY, a block **646** sets the variable Portrait to true (indicating portrait orientation). Alternatively, if PageX is greater than PageY, a block **648** sets the variable Portrait to false (indicating landscape orientation).

Next, a block **650** calls the redefined initclip operator to set the clipping path around the border of the virtual page. (See FIG. **21**).

The setvirtualdevice procedure may be implemented by the following code:

```
/setvirtualdevice {
        impositiondict begin
        VirtualDeviceEnabled not { EnableVirtualDevice } if
        aload pop
        /PageY exch def                 % set page size
        /PageX exch def
        aload pop pop
        /ClipurY exch def               % set clipping path corners
        /ClipurX exch def
        /ClipllY exch def
        /ClipllX exch def
        systemdict_initmatrix
        aload pop
        5 -2 roll scale                 % execute scale, translate
        3 -2 roll translate             % and rotate
        rotate
        DefaultMatrix systemdict_currentmatrix pop    % set
                                                      % [CTM]
        /Portrait PageX PageY lt def
        initclip                        % set clipping path
        end
} bind def
```

The ImposeJob Procedure:

The ImposeJob procedure is invoked after references to the merged Postscript® files **450** and the instruction set have been placed on the Operands stack. Further, the above-described procedures and variables have been loaded into the impositiondict dictionary.

FIG. **28** is a flowchart illustrating the program steps implemented by the ImposeJob procedure according to the imposition-on-the-fly procedures of the present invention. A block **652** invokes the EnableVirtualDevice procedure, described above in connection with FIG. **23**, to set up the showpage operator to support virtual devices.

A block **654** then retrieves the first file/list pair (containing the name of the merged PostScript® file and the corresponding entry list with the user procedures, page numbers and operands for the setvirtualdevice procedures for the current flat **456**) from the instruction set. The file/list pair is stored in an array that was placed on the Operands Stack prior to calling the ImposeJob procedure.

For each file/list pair, a block **656** invokes the ImposeFile procedure, described below, which retrieves each entry from the entry list and determines which pages described in the merged Postscript® file **450** should be rendered on the flat **456**. Assuming more than one file/list pair is contained in the array, the blocks **654** and **656** are implemented in a loop which individually retrieves each file/list pair from the array and invokes the ImposeFile procedure to process each file/list pair.

After every file/list pair from the instruction set has been processed by the ImposeFile procedure, a block **658** sets the



boolean variable ImageDone to true. ImageDone will be used to instruct the RIP **82** that the imposition job is complete and the flat **456** can be ejected. The value of ImageDone at this point could be determined by a global variable. ImageDone could also be set to true in the user procedure in the last entry of the last instruction set list.

Next, a block **660** determines whether the showpage operator was redefined to emulate level 2. If so, a block **662** executes the standard level 1 showpage operator (renamed "systemdict_showpage") in order to transmit the contents of the raster memory **452** to the demand printer **84** for physical rendering of the flat **456**. In the level 2 implementation, the flat **456** is automatically rendered by the showpage operator when the redefined EndPage procedure returns a "true." (See FIG. **20**). If the showpage operator was not redefined, a block **664** ends the program.

The blocks **652**–**662** of the Imposejob procedure may be implemented by the following code:

```
/ImposeJob              % Impose pages from each input file
{
        impositiondict /EnableVirtualDevice get exec
        {                               % Call ImposeFile for
                aload pop pop           % each file in instruction
                                        % set
                impositiondict /ImposeFile get
                exec
        } forall
        impositiondict /ImageDone true put
        impositiondict /systemdict_showpage
        known {                         Did we redefine showpage
                impositiondict /systemdict_showpage
                get exec                %If yes, execute it.
                } if
} def
```

(Blocks **653** and **657** of the ImposeJob procedure, which are implemented only in connection with the optional imposition-on-the-fly of the invention, will be described below.)

The ImposeFile Procedure:

FIG. **29** illustrates the program steps implemented by the ImposeFile procedure of the imposition-on-the-fly procedures of the invention. When the ImposeFile procedure is invoked, the ImposeJob procedure has placed a file/list pair from the instruction set on the Operands stack. The file/list pair contains a list of entries (the "PageList"), wherein each entry specifies:

1) a first user procedure;
2) the number of the page to rendered on the flat **456**;
3) the operands to the setvirtualdevice procedure (which generates the virtual [CTM] for properly positioning the page on the flat **456**); and
4) a second user procedure (specifying offsets).

A block **670** sets the variable PageOffset=CurrentPage+PageOffset+1. CurrentPage (representing the number of the next page in the current merged PostScript® file **450** that is to be rendered on the flat **456**) is initially 0 and PageOffset (representing the cumulative number of pages from previous files processed) is initially −1. Therefore, on the first pass of the ImposeFile procedure, PageOffset is equal to 0 (indicating that no previous files have been processed). A block **672** then uses the pointer CurrentIndex to retrieve the first entry from the entry list received from the ImposeJob procedure. A block **673** then retrieves the page number from the entry and sets CurrentPage equal to its value. Thus, CurrentPage now specifies the number of the first page in the current merged PostScript® file that should be rendered on the flat.

Next, a decision-making block **674** determines whether the first page in the current PostScript® file (page number 0) should be rendered on the flat by comparing CurrentPage to 0. If CurrentPage is equal to 0, the first page in the merged Postscript® file **450** should be imposed and rendered on the flat, and a block **675** executes the first user procedure contained in the current entry retrieved by the block **672**. Alternatively, if the block **674** determines that the first page is not on the flat, a block **676** pops the first user procedure from the retrieved entry from the stack.

After the block **675** has executed the user procedure or after the block **676** pops the user procedure, a block **678** executes the setvirtualdevice procedure, which was described in detail above in connection with FIG. **25**. The setvirtualdevice procedure sets the virtual [CTM] and the clipping path according to the operands included in the retrieved entry.

The blocks **670–678** of the ImposeFile procedure may be implemented by the following code:

```
/ImposeFile {
    impositiondict begin
    /PageOffset CurrentPage PageOffset add 1 add def
    /PageList exch def
    /CurrentIndex 0 def
    PageList CurrentIndex get                % get entry
    aload pop pop
    5 -2 roll dup
    /CurrentPage exch def            % get page number for 1st
                                     % page
    0 eq {                           % if 1st page is on flat
        exec                         % execute user procedure
        } {
        pop                          % if 1st page is not on
                                     % flat
        } ifelse                     % pop user procedure
    setvirtualdevice         % call setvirtualdevice
```

Next, a decision-making block **680** determines whether the first page in the current PostScript® file (page number 0) should be rendered on the flat by comparing CurrentPage to 0. If CurrentPage is not equal to zero (i.e. the first page should not be rendered on the flat), a block **682** invokes a procedure called, for example, "MakeNull." The MakeNull procedure, which is described in detail below in connection with FIG. **30**, creates a scaled-down version of the virtual device for the next page to be rendered on the flat. The MakeNull procedure will be used to quickly interpret pages included in the merged Postscript® file **450** that will not be rendered on the current flat **456**. The block **682** also calls the redefined initclip operator (see FIG. **21**).

After the block **682** executes the MakeNull procedure, or, alternatively, if the block **680** determines that CurrentPage is equal to zero (i.e. the first page should be rendered on the flat), a block **684** sets the variable LastPage equal to the page number of the last page in the PostScript® file to be rendered on the flat. The last page is determined by defining LastIndex as the number of entries in the instruction set minus one. The entries are indexed starting with zero (i.e., 0, 1, 2, 3,) such that the last of four entries will be entry number 3). LastIndex is then used to retrieve the page number from the last entry in the entry list, which is stored in the variable LastPage. The block **684** thus determines the number of page descriptions in the current merged PostScript® file **450** that need to be interpreted in order to properly render all of the selected pages on the flat **456**.

The blocks **680–684** of the ImposeFile procedure may be implemented by the following code:



```
/CurrentPage 0 ne {          % if page is not on flat
        MakeNull                 execute MakeNull
                             % procedure
    initclip
    } if
/LastIndex PageList length 1 sub def
/LastPage PageList LastIndex get 1 get def
```

A block **686** then opens the current merged Postscript® file **450**, if necessary, and defines a file object (i.e. "TheFile") to access the current merged PostScript® file **450**. The block **686** then interprets the current merged PostScript® file **450**, which contains various page descriptions, including the selected pages to be rendered on the current flat **456**. Each page description includes the showpage operator, which will invoke the redefined EndPage and BeginPage procedures of the present invention.

Preferably, the block **686** executes the merged PostScript® file **450** in stopped mode, which dictates that the execution will stop once the last page that needs to be processed for the flat **456** is executed (determined by the value of LastPage). Once execution is complete, a block **688** flushes and closes the current Postscript® file and a block **690** returns to the block **654** of the ImposeJob procedure (FIG. **26**) to retrieve the next file/list pair from the instruction set.

The blocks **686–690** of the ImposeFile procedure may be implemented by the following code:

```
    dup type 1 string type eq { (r) file } if
    dup /TheFile exch def
    cvx
    end
    stopped { count 0 eq dup not
        { pop dup (done with current file) ne } if
        { stop } { pop } ifelse
    impositiondict /TheFile get dup flushfile
    closefile
} bind def
```

The MakeNull Procedure:

The MakeNull Procedure is invoked by the block **682** of the ImposeFile procedure before processing pages that will not be rendered on the current flat **456**. The MakeNull Procedure creates a low resolution (scaled-down) replica of the virtual device for the next page to be rendered on the flat. This low resolution virtual device allows for fast processing of the non-rendered pages. The non-rendered pages are processed using a low resolution replica of the virtual device for the next page to be rendered on the flat to ensure that any marks generated by the processing do not overwrite a portion of the flat **456** that is already imaged.

The MakeNull procedure creates a low resolution replica of the virtual device by scaling the components of the virtual [CTM]. Further, the MakeNull procedure positions the scaled-down virtual device in the middle of the original virtual device. This ensures that the scaled-down virtual device will be completely contained within the clipping path defining the original virtual device.

As explained earlier, by definition, the virtual [CTM] contains the components [a b c d $t_x$ $t_y$] and specifies a

transformation of the coordinates (x, y) in user space to the coordinates (x', y') in device space as follows:

$$x'=ax+cy+t_x$$

$$y'=bx+dy+t_y.$$

The Postscript® language includes a scale operator which creates a temporary matrix from supplied x and y scale factors and concatenates the temporary matrix with the current [CTM]. The scale operator then replaces the current [CTM] with the resultant matrix.

Invoking the PostScript® scale operator with x and y scale factors ($s_x$ and $s_y$) as operands, the scaled [CTM]=[$s_x a$ $s_x b$ $s_y c$ $s_y d$ $t_x$ $t_y$]. Thus, the new transformation from user to device space specified by the scaled [CTM] is given by:

$$x'=s_x ax+s_y cy+t_x \quad (1)$$

$$y'=s_x bx+s_y dy+t_y. \quad (2)$$

The exact scale factors $s_x$ and $s_y$ may vary according to the type of PostScript® RIP **82** used. However, a 1 to 1 ratio between user and device space coordinates leads to significantly faster processing of pages over normal processing on a high resolution device. Also, the PostScript® nulldevice operator installs a [CTM] with a 1 to 1 ratio of user to device coordinates. Therefore, although the scale factors could be tuned for optimal performance on a given PostScript® RIP **82**, it is assumed that a 1 to 1 ratio between user and device space coordinates will run with reasonable efficiency on any PostScript® RIP **82**. Thus, the scale factors $s_x$ and $s_y$ used by the MakeNull procedure are preferably calculated to achieve a 1 to 1 ratio between user and device space as follows.

To achieve a 1 to 1 ratio between user and device space coordinates with only the scale factors, the unit vector in user space from coordinate points (0,0) to (1,0) and from (0,0) to (0,1) must have unit length in device space. Therefore,

$$|(x'(1,0),y'(1,0))-(x'(0,0),y'(0,0))|=1 \quad (3)$$

and

$$|(x'(0,1),y'(0,1))-(x'(0,0),y'(0,0))|=1. \quad (4)$$

From equations (1) and (3),

$$|(s_x a+t_x, s_x b+t_y)-(tx, t_y)|=1$$

$$|(s_x a, s_x b)|=1$$

$$((s_x a)^2+(s_x b)^2)^{1/2}=1$$

Thus, $s_x=1/(a^2+b^2)^{1/2}$.

Similarly, $s_y=1/(c^2+d^2)^{1/2}$.

FIG. **30** illustrates the program steps implemented by the MakeNull procedure. A block **698** first determines and saves the device space coordinates of the midpoint of the virtual clipping path. The midpoint (mpx, mpy) is determined by first retrieving the corner coordinates of the virtual clipping path, which are stored in the variables ClipllX, ClipurX, ClipllY, and ClipurY. The x-axis midpoint (mpx) is calculated by adding the lower left and upper right x-axis corner coordinates (ClipllX and ClipurX) and dividing by two. Similarly, the y-axis midpoint (mpy) is calculated by adding the y-axis corner coordinates (ClipllY and ClipurY) and dividing by two. After the midpoint is calculated, the standard PostScript® transform operator (renamed "systemdict_transform") is executed to convert the user space coordinates to device space coordinates.

Next, a block **700** gets the virtual [CTM] which is stored in the variable DefaultMatrix. A block **702** then calculates the scale factors, $s_x$ and $s_y$, as specified above and a block **704** applies the scale factors to the virtual [CTM]. A block **706** then saves the scaled virtual [CTM] as the new virtual [CTM] in the variable DefaultMatrix.

A block **708** then sets the midpoint of the scaled clipping path (specified by the new virtual [CTM]) to correspond with the coordinates of the midpoint of the original clipping path (saved by the block **698**). The block **708** determines the difference between the saved midpoint coordinates and the new midpoint coordinates and then translates the new coordinates by that difference.

The MakeNull procedure may be implemented by the following code:

```
/MakeNull {
    impositiondict begin
    ClipllX ClipurX add 2 div ClillY ClipurY add 2 div
        systemdict_transform
    /mpy exch def                   % calculate
    /mpx exch def                   % midpoint
    DefaultMatrix
    dup
    dup dup
    dup 0 get dup mul                  % compute a2
    exch 1 get dup mul                 % compute b2
    add 1 exch div sqrt dup 1.0 gt     % compute sx
        { pop 1.0 } if exch
    dup 2 get dup mul                  % compute c2
    exch 3 get dup mul                 % compute d2
    add 1 exch div sqrt dup 1.0 gt     % compute sy
        { pop 1.0 } if
    Matrix scale                       % scale matrix
    exch Matrix2 concatmatrix       % save as the new
    systemdict_setmatrix            % virtual default
                                    % matrix
    ClipllX ClipurX add 2 div ClipllY ClipurY add 2 div
        systemdict_transform
    /mpy exch mpy sub neg def       % translate
    /mpx exch mpx sub neg def       % midpoint
    mpx mpy systemdict_idtransform translate
    systemdict_currentmatrix pop
end
} bind def
```

The Redefined EndPage Procedure:

The page descriptions contained in the merged PostScript® file **450** all include the showpage operator, which will invoke the redefined EndPage and BeginPage procedures.

The redefined EndPage procedure updates the CurrentPage variable, which represents the number of the next page in the merged PostScript® file **450** that should be imposed and rendered on the flat. The redefined EndPage procedure also calls the setvirtualdevice and MakeNull procedures for the pages to be interpreted.

FIG. **31** is a flowchart illustrating the program steps implemented by the redefined EndPage procedure. A block **710** determines whether the EndPage procedure was called by the showpage operator by determining whether the reason code is 0. A block **712** compares CurrentPage plus PageOffset to PageCount to determine whether the current page in the Postscript® file should be imposed and rendered on the flat **456**.

Assuming both of the blocks **710** and **7122** are true, a block **713** set ups the default environment by calling the standard initgraphics operator (now renamed "systemdict_initgraphics"). The block **713** then retrieves and executes the second user procedure (containing, for example, the offset instructions) from the current entry. If the second user

procedure contains offset instructions, the PostScript® file will be repositioned to the start of the next page to be included in the book, thereby skipping processing of any irrelevant pages. If the second user procedure contains other instructions (such as barcodes, watermarks, etc.), they will also be executed.

Next, a block **714** increments the pointer CurrentIndex, which will be used to retrieve the next entry from the entry list (PageList). The decision-making block **716** then determines whether there is another entry in the instruction set by comparing CurrentIndex to LastIndex.

If CurrentIndex is less than or equal to LastIndex, a block **718** resets the graphics state to its system default value by calling the standard PostScript® initgraphics operator (now renamed "systemdict__initgraphics"). A block **720** then uses CurrentIndex to retrieve the next entry in the entry list to place the operands for the setvirtualdevice procedure on the Operands stack and a block **722** invokes the setvirtualdevice procedure.

A block **724** then sets CurrentPage equal to the number of the page from the retrieved entry. CurrentPage is now updated to contain the number of the next page from the merged PostScript® file **450** that should be imposed and rendered on the flat **456**.

Next, a block **726** invokes the MakeNull procedure to set up the low resolution virtual device for processing of non-rendered pages. The MakeNull procedure is called because it is assumed that the next page in the merged PostScript® file **450** will not be rendered on the flat **456**. (If the next page should be rendered on the flat, the redefined BeginPage procedure, described in detail below, will establish the virtual device for that page). A block **728** then removes the user procedure (which is contained in the retrieved entry) from the Operands Stack.

If any of the blocks **710**, **712** or **716** are false, or after the block **728** pops the user procedure, a block **730** places the value of the variable ImageDone on the stack. If ImageDone has the value of true, indicating that the flat is completed, the calling of the EndPage procedure (i.e., by the showpage operator or for new device activation) will automatically transfer the contents of the raster memory **452** to the demand printer **84** to physically render the selected pages on the flat **456**. (See FIG. **19**).

A block **732** then resets ImageDone to false to specify that the flat is not completed and the contents of the raster memory **452** will not yet be transferred to the demand printer **84** for physical rendering.

The redefined EndPage procedure may be implemented by the following code:

```
/EndPage {
    impositiondict begin
    0 eq
    exch
    CurrentPage PageOffset add eq
    and {
        systemdict__initgraphics
        PageList CurrentIndex get
        5 get exec
        /CurrentIndex CurrentIndex 1 add def
        CurrentIndex LastIndex le {
            systemdict__initgraphics
            PageList CurrentIndex get
            aload pop
            setvirtualdevice
            /CurrentPage exch def
            MakeNull
```

-continued

```
            pop
            } if
        } if
    ImageDone
    /ImageDone false def
    end
} bind def
```

The Redefined BeginPage Procedure:

FIG. **32** is a flowchart illustrating the program steps implemented by the redefined BeginPage procedure. A block **740** first calls the redefined initmatrix operator to set the virtual [CTM].

Referring also to FIG. **20**, the BeginPage procedure receives PageCount as an operand from the showpage operator. A decision-making block **742** compares CurrentPage (which was updated by the block **724** of the redefined EndPage procedure of FIG. **31**) to PageCount. CurrentPage contains the number of the next page in the Postscript® file to be rendered on the flat **456**. Thus, if CurrentPage and PageCount are equal, the current page in the merged Postscript® file **450** should be imposed and rendered on the flat **456** and a block **744** retrieves the next entry (containing the user procedures, page number and setvirtualdevice operands) from the entry list.

A block **745** then executes the user procedure from the retrieved entry and a block **746** invokes the setvirtualdevice procedure to set up the virtual [CTM] and clipping path for the virtual device (see FIG. **27**). A block **748** then pops the page number from the retrieved entry.

Next, a block **750** "blanks out" the virtual page by coloring the area inside of the clipping path white. This is necessary to erase any stray marks that may have been placed on the page when the non-rendered pages were processed using the MakeNull procedure.

Alternatively, if the block **742** determines that the next page in the merged Postscript® file **450** should not be rendered on the flat (i.e. CurrentPage is not equal to PageCount), a decision-making block **752** compares PageCount to LastPage plus PageOffset. If PageCount is greater than LastPage plus PageOffset, subsequent pages in the PostScript® file do not need to be interpreted because they are beyond the last page that should be rendered on the flat **456**. Thus, a block **754** stops the execution of the merged PostScript® file **450**. As explained earlier, the ImposeFile procedure executes the merged Postscript® file **450** in stopped context. In order to distinguish between the expected stop in the block **754** and an unexpected stop caused, for example, by a PostScript® error, the string "done with current file" is generated by the block **754** of the redefined BeginPage procedure. Referring also to FIG. **27**, the block **386** of the ImposeFile procedure checks for the "done with current file" string to determine when to proceed to the block **688** to flush and close the merged Postscript® file **450**.

Alternatively, if the block **752** determines that PageCount is less than or equal to LastPage plus PageOffset (i.e. the current page is before the last page to be rendered on the flat), a block **756** calls the redefined initclip operator to reset the virtual clipping path. (See FIG. **20**).

The redefined BeginPage procedure may be implemented by the following code:

```
/BeginPage {
        initmatrix
        impositiondict begin
        dup
        CurrentPage PageOffset add eq {     % page on flat
                                            % pop PageCount
                PageList CurrentIndex get   % get entry
                aload pop
                5 -1 roll
                exec            % execute user procedure
                setvirtualdevice
                pop             % pop the page number
                clippath 1 setgray fill   % blank out virtual
                                          % page
                0 setgray newpath
                } bind {                    % page not on
                                            % flat
                LastPage PageOffset add gt {
                        end (done with current file) stop } if
                initclip
                } ifelse
        end
} bind def
```

The ImageDone Variable:

As explained earlier, the variable ImageDone is a boolean variable used to indicate when all the pages for the current flat **456** have been interpreted and painted into the raster memory **452** such that the flat **456** can be physically rendered by the demand printer **84**. ImageDone is initially and normally set to false, indicating that the current flat **456** has not yet been completed. However, referring to FIG. **26**, after all the file/list pairs from the instruction set have been processed by the ImposeJob procedure, the block **658** sets ImageDone to true to indicate that the flat is completed. Also, the user procedure contained in the last entry in a file/list pair in the instruction set could include an instruction to set ImageDone to true to specify that the current flat is completed.

The ImageDone variable is used by the redefined EndPage procedure. Referring to FIGS. **20** and **31**, the block **730** of the redefined EndPage procedure returns the value of ImageDone to the block **502** of the showpage operator. If ImageDone is true, the block **504** transmits the contents of the raster memory to the demand printer to render the current flat.

The ImageDone variable may be utilized to allow for multiple flats to be rendered by a single file/list pair in the instruction set (see Appendix I sample instruction set).

The Showdevice Procedure:

The imposition-on-the-fly procedures may include an additional procedure, called, for example, "showdevice," which uses the ImageDone variable to allow a user to render the flat at any time. The showdevice procedure sets ImageDone to true and then calls the showpage operator, which will invoke the redefined EndPage procedure and render the current flat, as described above.

The showdevice procedure may be implemented by the following code:

```
/showdevice {
  impositiondict    /ImageDone true put
```

-continued

```
        showpage
    } def
```

The showdevice procedure will normally be used when a user implements the setvirtualdevice (and related) procedures in a non-imposition application in which the ImposeJob and ImposeFile procedures are eliminated. For example, the showdevice procedure could be implemented to render any selected page(s) contained in the merged Postscript® file **450**.

Optional Imposition-on-the-Fly Procedures:

Optionally, additional procedures may be included in the imposition-on-the-fly procedures which will allow the proper imposition of page descriptions using the PostScript® save and restore operators.

The postScript® save operator takes a "snapshot" of the state of virtual memory, which stores all values of composite objects, such as strings and arrays. Many of the variables used by the imposition-on-the-fly procedures of the present invention are stored in virtual memory. The save operator also saves the current graphics state by pushing a copy of the current graphics state onto the Graphics State Stack. The PostScript® restore operator restores the virtual memory and the current graphics state to the state at the time the corresponding save operator was executed.

The postScript® gsave operator pushes a copy of the current graphics state onto the Graphics State Stack and the PostScript® grestore operator pops the saved graphics state from the Graphics State Stack and restores it as the current graphics state. The PostScript® grestoreall operator restores either the bottom-most graphics state stored on the Graphics State Stack or the first graphics state that was stored by the save operator (as opposed to the gsave operator). The elements of the current graphics state affected by these operators includes the current [CTM], clipping path and, current path. However, they do not affect the contents of the raster memory **452**.

The Postscript® save and restore operators may adversely affect the imposition-on-the-fly procedures of the present invention, as well as on other imposition methods. The problem arises if a page description in the merged PostScript® file **450** invokes a save operator, which will save the [CTM] that specifies the desired position for that page on the device. If a subsequent page description invokes a restore operator, the [CTM] for the prior page will replace the [CTM] for the subsequent page. Thus, the subsequent page will be incorrectly positioned on the flat **456**.

To overcome this problem, two new procedures (Vsave and Vrestore) are used in connection with the above-described procedures. The Vsave and Vrestore procedures will be used to redefine the postScript® save and restore operators such that they do not interfere with the other imposition-on-the-fly procedures of the present invention.

The Vsave Procedure:

Generally, the Vsave procedure appends the page size components (PageX and PageY) and the virtual [CTM] components (which define the virtual device) to the current path, which will be saved by the postScript® save operator. Later, the Vrestore procedure will retrieve these components, remove them from the current path, and use them to generate the correct clipping path, page orientation and [CTM] for the restored page.

FIG. **33** is a flowchart illustrating the program steps implemented by the optional Vsave procedure. A block **800** saves a copy of the current [CTM] and then a block **801** sets the [CTM] equal to an identity matrix ([1 0 0 1 0 0]).

The identity matrix is used because all points used to describe the current path are specified in user space coordinates. However, at the time a PostScript® program enters a point into the current path, each coordinate is transformed into device space according to the [CTM]. Thus, the identity matrix will be used when adding the components to the current path to avoid any round off errors that may occur in this conversion from user space to device space.

A decision-making block **802** then determines whether a currentpoint is defined. If a currentpoint is defined, a block **804** sets the variable p1 equal to the current path. This may be accomplished by invoking the previously defined MakePath procedure, which creates a description of the current path in the current coordinate system. (The MakePath procedure was described above in connection with the block **524** of the redefined initclip operator of FIG. **20**).

A block **806** then defines a variable called, for example, "firstop" to be the PostScript® lineto operator. By definition, the Postscript® lineto operator adds a straight line segment to the current path by connecting the previous current point to the new one.

Alternatively, if the block **802** determines that no currentpoint exists, a block **808** sets p1 equal to an empty path. A block **810** then defines firstop to be the PostScript® moveto operator, which establishes a new currentpoint.

After firstop is defined by either the block **806** or the block **810**, a block **812** creates an "unlimited" bounding box for the current path. A bounding box, which is normally established by the PostScript® setbbox operator, defines the area in which the current path coordinates must fall. The operands to the setbbox operator are the user space coordinates of the lower-left and upper-right corners of the bounding box. Since the page size and [CTM] components will be added to the current path during the Vsave procedure, the bounding box must be set large enough to encompass the "points" defined by those components. Thus, a previously defined procedure called, for example, "SetBigBBox," may be invoked to set the bounding box to be the largest possible. The SetBigBBox procedure may be implemented by the following code:

```
/SetBigBBox /setbbox where {
  pop {
    -2147483648 -2147483648 2147483648 2147483648
    Setbbox
    } bind def
  } {
  {
  } def
} ifelse
```

After the large bounding box is set, a block **814** invokes the firstop operator (defined by the block **806** or the block **810**) to append the page size components (PageX and PageY) to the current path. Next, a block **818** appends the virtual [CTM] components (stored in the variable DefaultMatrix) to the current path. A block **820** then replaces the identity [CTM] with the [CTM] that was saved by the block **800**.

The Vsave procedure may be implemented by the following code:

```
/Vsave {
  Matrix systemdict_currentmatrix
  dup
  Identity systemdict_setmatrix          % [CTM] =
                                         % identity
  { currentpoint} stopped {              % no current
                                         % point
  /p1 { } def                            % define empty
                                         % path
     /firstop { moveto } def
     } {                                 % current point
     pop pop                             % create real
                                         % path
     /p1 MakePath def
     /firstop { lineto } def
     } ifelse
  SetBigBBox
  PageX PageY firstop                    % append page
                                         % size
  DefaultMatrix
  aload pop
  lineto                                 % append [CTM]
  lineto
  lineto
  systemdict_setmatrix
} bind def
```

The Vrestore Procedure:

The Vrestore procedure retrieves the page size and virtual [CTM] components (which defined the virtual device) appended to the current path by the Vsave procedure and uses them to generate the correct clipping path, page orientation and virtual [CTM] for the restored page.

FIG. **34** is a flowchart illustrating the program steps implemented by the Vrestore procedure. A block **830** saves the current [CTM] and a block **832** then sets the [CTM] to an identity matrix. As in the Vsave procedure, the use of the identity [CTM] will avoid any round off errors when transforming coordinates from user space to device space in the current path.

A block **834** then retrieves the elements of the current path by calling the PostScript® pathforall operator, which pushes the user space coordinates of each path element onto the Operands stack. The retrieved elements will include the page size and virtual [CTM] components that were appended to the path by the Vsave procedure. A block **836** then performs various stack manipulation operations to place the page size and virtual [CTM] components on top of the stack. The block **836** then stores the components in variables called, for example, "ResDefaultMatrix," "ResPageX" and "ResPageY," which represent the page size and virtual [CTM] at the time that the PostScript® save operator was called.

Next, a decision-making block **838** compares the ResDefaultMatrix (at time of save) to the current virtual [CTM] (at time of restore), which is saved in the variable DefaultMatrix. The equivalency of the matrices may be easily determined by using a previously defined utility routine, called, for example, "EqualMatrix," which performs a component-by-component comparison of the two matrices, allowing for a slight floating point round-off error. If the two matrices are equivalent, the EqualMatrix routine returns a true on the stack; if they are not equivalent, the EqualMatrix routine returns a false. The EqualMatrix routine may be implemented by the following code:

```
/EqualMatrix {
  true
  impositiondict begin
  /Count 0 def
  6 { 1 index Count get 3 index Count get
    eq
    sub abs .0001 lt and
    /Count Count 1 add def } repeat
  3 1 roll pop pop
  end
} bind def
```

If the block **838** determines that the restored [CTM] and current [CTM] are not equivalent, it is assumed that the save operator was called during interpretation of one page and the restore operator was called during interpretation of another page. A block **840** then sets the [CTM] back to the value saved by the block **830**. Next, a block **842** calls p1, which contains the current path at the time the save operator was called. The block **842** then removes the page size and [CTM] components that were added to the current path and sets p1 equal to the remaining path elements.

The blocks **830–842** of the Vrestore procedure may be implemented by the following code:

```
/Vrestore {
  Matrix systemdict__currentmatrix
  Identity systemdict__setmatrix
  mark
  { } { } { } { } pathforall
  6 2 roll
  4 2 roll
  mark 7 1 roll
  ] /ResDefaultMatrix exch def
  /RespageY exch def
  /ResPageX exch def
  cleartomark
  DefaultMatrix ResDefaultMatrix EqualMatrix not
  {
    systemdict__setmatrix
    /p1 mark
    MakePath aload pop
    pop pop pop
    pop pop pop
    pop pop pop
    pop pop pop
    ] cvx def
```

Next, a decision-making block **844** determines the orientation of the restored page by comparing ResPageX to ResPageY. If ResPageX is greater than ResPageY, a variable called ResPortrait is set to false to indicate a landscape orientation. Alternatively, if ResPageX is less than ResPageY, the variable ResPortrait is set to true to indicate a portrait orientation. The block **844** then compares ResPortrait (the restored page orientation) to Portrait (the saved page orientation). If the page orientation has changed (ResPortrait and Portrait are not equal), a block **846** calls the SetPortrait procedure to change the orientation of the device. (See FIGS. **25** and **26**A&B).

The blocks **844** and **846** of the Vrestore procedure may be implemented by the following code:

```
ResPageX RespageY gt {
  /ResPortrait false def
} {
```

-continued

```
  /ResPortrait true def
} ifelse
ResPortrait Portrait ne {
  SetPortrait
} if
```

If the block **844** determines that the orientation is the same, or after the block **846** corrects the orientation, a block **848** saves the procedures for generating the current clipping path in a variable called, for example, "c1," by calling the MakePath procedure.

A block **850** then calculates the new [CTM] by determining the accumulation of operations applied on the restored virtual [CTM] and applying those operations on the current virtual [CTM]. The block **850** calculates the new [CTM] by first getting the current [CTM], which may be considered the result of the restored virtual [CTM] (i.e., the virtual [CTM] restored from the save operator) concatenated with an operations matrix. The block **850** then calculates the operations matrix by concatenating the current [CTM] with the inverse of the restored virtual [CTM]. The operations matrix is then concatenated with the current virtual [CTM] to generate the new [CTM]. Thus, the block **850** assumes that:

[current CTM]=[operations] [restored virtual CTM]. Further, the block **850** performs the following operations:

[operations]=[current CTM] [restored virtual CTM]$^{-1}$; and

[new CTM]=[operations] [current virtual CTM].

The blocks **848** and **850** of the Vrestore procedure may be implemented by the following code:

```
clippath              % generate clip path procedures
/c1 MakePath def
Matrix systemdict__currentmatrix        % calculate new
ResDefaultMatrix                         % [CTM]
Matrix2 invertmatrix
Matrix3 concatmatrix
DefaultMatrix Matrix4 concatmatrix
     systemdict__setmatrix
```

A block **852** then regenerates the clipping path (saved in c1) and a block **854** regenerates the current path (saved in p1) in the new coordinate system specified by the new [CTM]. The blocks **852** and **854** may be implemented by the following code:

```
systemdict__initclip
newpath
c1
clip newpath
p1 }
```

Alternatively, if the block **838** determines that the restored virtual [CTM] is equivalent to the current virtual [CTM] (i.e., the save and restore operators were called on the same page), a block **856** simply removes the page size and virtual [CTM] components from the current path. A block **858** then restores the current path and a block **860** sets the [CTM] back to the value saved by the block **830**.

The blocks **856–860** may be implemented by the following code:

```
{
/p1 mark
MakePath aload pop
pop pop pop
pop pop pop
pop pop pop
pop pop pop
] cvx def
newpath
p1
Systemdict_setmatrix
} ifelse
} bind def
```

The Redefined PostScript® Save Operators:

The PostScript® save operators (which include save and gsave) are redefined to invoke the Vsave procedure. Before the operators are redefined, however, they are renamed ("systemdict_operator," for example) because their normal operation is defined in the systemdict dictionary. The save operators may be renamed by the following code:

```
/systemdict_save systemdict /save get def
/systemdict_gsave systemdict /gsave get def
```

The PostScript® save and gsave operators are then redefined. FIG. **35** is a flowchart illustrating the program steps implemented to redefine to PostScript® save operators. A block **872** first invokes the Vsave procedure, which was described above in connection with FIG. **33**. The Vsave procedure saves the current path in p1 and then appends the page size and virtual [CTM] components to the current path.

A block **874** then invokes the standard Postscript® save (or gsave) operator (now renamed "systemdict_save" or "systemdict_gsave"). The save operator performs its standard function of saving the current state of virtual memory and the current graphics state, including the current path (which now includes the page size and virtual [CTM] components). The gsave operator performs its standard function of saving the current graphics state.

Next, a block **876** sets the [CTM] to an identity matrix. As before, this will eliminate any round off errors in the current path. A block **878** then restores the current path to the path stored in p1 (the path without the added page size and virtual [CTM] components) and a block **880** restores the [CTM] back to the virtual [CTM].

The blocks **870-880** for redefining the Postscript® save operator may be implemented by the following code:

```
/save {
    impositiondict begin
    Vsave
    systemdict_save
    Identity systemdict_setmatrix
    newpath
    p1
    exch systemdict_setmatrix
    end
} bind def
```

Similarly, the PostScript® gsave operator may be redefined by implementing the following code:

```
/gsave {
    impositiondict begin
    Vsave
    systemdict_gsave
    Identity systemdict_setmatrix
    newpath
    p1
    systemdict_setmatrix
    end
} bind def
```

The Redefined PostScript® Restore Operators:

The PostScript® restore operator must also be renamed and redefined to invoke the Vrestore procedure. Like the save operators, the restore operator is renamed, for example, "systemdict_restore," by the following code:

/systemdict_restore systemdict /restore get def

Because the PostScript® save and restore operators affect the contents of virtual memory and the graphics state, the values of many variables used during the imposition and setvirtualdevice procedures may be inadvertently altered by the use of these operators. However, simple values stored on the Operands Stack are not affected. Therefore, the PostScript® restore operator is redefined to protect the values of the variables stored in virtual memory by saving them on the Operands Stack before calling the standard PostScript® restore operator.

FIG. **36** is a flowchart illustrating the program steps implemented by the redefined restore operator. A block **892** places the values of all the imposition variables stored in virtual memory on the Operands stack so their values are not overwritten by the restore operator. Then, a block **894** calls the standard restore operator (now renamed "systemdict_restore"). A block **896** then puts the values of the variables on the Operands stack back to their pre-restore values. Lastly, a block **898** invokes the Vrestore procedure.

The blocks **892–898** of the redefined restore operator may be implemented by the following code:

```
/restore {
    impositiondict begin
    ImageDone              % put variables on stack
    CurrentIndex
    CurrentPage
    PageCount
    Portrait
    PageX
    PageY
    ClipllX
    ClipllY
    ClipurX
    ClipurY
    mark DefaultMatrix     % put [CTM] components on
    aload pop              % stack
    19 -1 roll
    systemdict_restore % call standard restore operator
    ]
    /DefaultMatrix exch def  % replace variables with
    /ClipurY exch def        % pre-restore values
    /ClipurX exch def
    /ClipllY exch def
    /ClipllX exch def
    /PageY exch def
    /PageX exch def
    /Portrait exch def
    /PageCount exch def
```

-continued

```
        /CurrentPage exch def
        /CurrentIndex exch def
        /ImageDone exch def
        Vrestore                    % invoke Vrestore procedure
        end
    } bind def
```

The Redefined PostScript® grestore Operators:

The standard postscript® grestore or grestoreall operators, are renamed, for example, "systemdict__operator." This may be implemented by the following code:

```
        /systemdict__grestore systemdict /grestore get def
        /systemdict__grestoreall systemdict /grestoreall get
    def
```

Because the PostScript® grestore and grestoreall operators affect only the graphics state, it is not necessary to protect the values of any variable stored in virtual memory. Thus, the grestore or grestoreall operators are more simply redefined.

FIG. **37** is a flowchart illustrating the program steps implemented by the redefined PostScript® grestore and grestoreall operators. A block **902** invokes the renamed standard grestore or grestoreall operator and then a block **904** invokes the Vrestore procedure, which will calculate the correct [CTM] and correct the page orientation and clipping path.

The blocks **902**-**904** for redefining the PostScript® grestore operator may be implemented by the following code:

```
/grestore {
    impositiondict begin
    systemdict__grestore
    Vrestore
    end
} bind def
```

Similarly, the grestoreall operator may be redefined by implementing by the following code:

```
/grestoreall {
    impositiondict begin
    systemdict__grestoreall
    Vrestore
    end
} bind def
```

The Postscript® Level 2 Gstate Operators:

Level 2 Postscript® implementations support the following three additional operators that affect the current graphics state (and therefore the [CTM]) and that may interfere with the imposition procedures of the present invention: gstate, currentgstate and setgstate. The PostScript® gstate operator creates a new graphics state object (whose initial value is the current graphic state) and pushes it on the Operand stack. The Postscript® currentgstate operator replaces the value of the gstate object with the current graphics state. The PostScript® setgstate operator replaces the current graphics state with the value of the gstate object.

Similarly to the gsave and grestore operators described above, the gstate operators are renamed and redefined to invoke the Vsave the Vrestore procedures. The gstate operators may be renamed by the following code:

```
    /gstate where {             % is this level 2?
        pop
        /systemdict__gstate systemdict /gstate get def
        /systemdict__setgstate systemdict /setgstate get
def
        /systemdict__currentgstate systemdict
            /currentgstate get def
    } if
```

Similar to the redefined gsave operator described above in connection with FIG. **35**, the gstate and currentgstate operators are redefined to first invoke the Vsave procedure and then to call the renamed standard gstate or currentgstate operator. The redefined operators then restore the current path without the page size and [CTM] components and reset the virtual [CTM].

Also, like the redefined grestore operator described above in connection with FIG. **37**, the setgstate operator is redefined to first call the renamed setgstate operator and then to invoke the Vrestore procedure.

The PostScript® level 2 gstate operators may be redefined by the following code:

```
/gstate where {         % is this level 2?
    pop
    /gstate {           % redefine gstate operator
        impositiondict begin % (like gsave operator)
        Vsave
        systemdict__gstate
        Identity systemdict__setmatrix
        newpath
        p1
        exch systemdict__setmatrix
        end
        } bind def
    /currentgstate {    % redefine currengstate operator
        impositiondict begin    % (like gsave
                                % operator)
        Vsave
        systemdict__currentgstate
        Identity systemdict__setmatrix
        newpath
        p1
        exch systemdict__setmatrix
        end
        } bind def
    /setgstate {        % redefine setgstate operator
        impositiondict begin    % (like grestore
                                % operator)
        systemdict__setgstate
        Vrestore
        end
        } bind def
    } if
```

These optional procedures are used when it is anticipated that the page descriptions in the merged PostScript® file **450** may include a save operator in one page description and a restore operator in a subsequent page description. If the optional procedures are used, a slight modification should be made to the setvirtualdevice procedure, described above in connection with FIG. **27**. Referring to FIG. **27**, an additional block **633** invokes the redefined save operator and then pops the save object from the Operands Stack after the block **6322** invokes the EnableVirtualDevice procedure. This is necessary because the grestore and grestoreall operators can be called without a corresponding save or gsave operator. If grestore is called without a gsave operator, it restores the

graphics state from the top of the graphics state stack. If grestoreall is called without a gsave or save operator, it restores either the graphics state from the bottom of the graphics state stack or the graphics state saved by the last save operator. If the topmost save object was created prior to the redefinition of the save operator, the saved current path will not include the additions of the page size and [CTM] components and, therefore, will not operate properly with the redefined grestore and grestorall operators. Thus, invoking the redefined save operator at the block **633** of the setvirtualdevice procedure ensures that the grestore and grestoreall operators will always restore a saved graphics state compatible with the present invention.

The blocks **630–633** of the setvirtualdevice procedure for the third embodiment of the invention may be implemented by the following code:

```
VirtualDeviceEnabled not {EnableVirtualDevice save pop}
if
```

Also, in some PostScript® applications, interpreting different PostScript® files consecutively may interfere with the operation of the invention. For example, two different PostScript® files may use the same name for variables with different definitions. If the second Postscript® file interpreted does not explicitly initialize the variable, the definition of the variable from the first PostScript® file will be used, interfering with proper interpretation of the second Postscript® file. To overcome this problem, the ImposeJob procedure (FIG. **28**) may be altered.

Referring to FIG. **28**, blocks **653** and **657** are added to the ImposeJob procedure to save the state of virtual memory (which includes many variable definitions) before retrieving a file/list pair from the instruction set and restoring that saved state before retrieving the next file/list pair. Specifically, the block **653** executes the redefined save operator and stores the saved state in a variable called, for example, "SavedState." The blocks **654** and **656** then retrieve a file/list pair from the instruction set and invoke the ImposeFile procedure to process the file/list pair, as described above. However, after the ImposeFile procedure finishes processing each entry in the file/list pair, the block **657** retrieves the saved state stored in the variable SavedState and executes the redefined restore operator to restore that state. The block **657** thus initializes the virtual memory before the block **654** retrieves the next file/list pair from the instruction set.

The blocks **650–662** of the ImposeJob procedure incorporating the blocks **653** and **657** may be implemented by the following code:

```
/ImposeJob                % Impose pages from each input
                          % file
{
   impositiondict /EnableVirtualDevice get exec
   {
      aload pop pop
      impositiondict   /SavedState
        save put         % save state
      impositiondict   /ImposeFile
        get              % call ImposeFile for each
      exec               % file in instruction set
                         % cleardictstack
      clear
      impositiondict   /SavedState get
        restore          % restore saved state
   } forall
   impositiondict /ImageDone true put
   impositiondict /systemdict_showpage
   known {               % Did we redefine showpage
```

-continued

```
          impositiondict   /systemdict_showpage
          get exec         % If yes, execute it.
          } if
   } def
```

Further, as explained earlier, for compatibility with the optional procedures, the Postscript® erasepage operator is redefined by calling the systemdict_gsave and grestore operators. All of the remaining imposition-on-the-fly procedures are compatible with the optional procedures.

Numerous modifications and alternative embodiments of the invention will be apparent to those skilled in the art in view of the foregoing description. Accordingly, this description is to be construed as illustrative only and is for the purpose of teaching those skilled in the art the best mode of carrying out the invention. The details may be varied substantially without departing from the spirit of the invention, and the exclusive use of all modifications which are within the scope of the appended claims is reserved.

What is claimed is:

**1**. An apparatus for controlling an electronic press, comprising:

means for developing first and second sets of template data representing associated first and second templates, respectively, each set of template data having master data representing a reusable object to be printed and position data representing a position on a page at which a variable object is to be printed; and

means responsive to the developing means and to a database having a number of entries representing variable objects for causing the electronic press to print output pages with the reusable object and the variable objects wherein the causing means comprises means for separating the master data from the position data for each set of template data in preparation for rasterization.

**2**. The apparatus of claim **1**, wherein the causing means includes means for converting the sets of template data and the database into commands for the electronic press specifying sequence and content of page production.

**3**. The apparatus of claim **1**, wherein the separating means includes means for generating a master data set representing the reusable object from the sets of template data.

**4**. The apparatus of claim **3**, wherein the separating means further includes means for generating variable data sets representing the variable objects from the sets of template data.

**5**. The apparatus of claim **1**, wherein auxiliary production devices are coupled to the causing means and wherein the database includes control information for controlling at least one of the electronic press and the auxiliary production devices.

**6**. The apparatus of claim **1**, wherein the causing means further includes means for controlling a further electronic press such that a first portion of the output pages is printed by the further electronic press and a second portion of the output pages is printed by the first-named electronic press.

**7**. The apparatus of claim **1**, wherein the first set of template data and the second set of template data are different so that the first and second template pages are different.

**8**. The apparatus of claim **7**, wherein the master data of the first and second sets of template data are different such that the reusable objects of the first and second template pages are different.

**9**. The apparatus of claim **1**, wherein the master data of the first and second sets of template data are identical, and a position of the master data in the first template page differs from a position of the master data in the second template page.

**10**. The apparatus of claim **1**, wherein the variable objects of the first and second sets of template data are identical, and the position of the variable object in the first template page differs from the position of the variable object in the second template page.

**11**. A method of controlling an electronic press, the method comprising the steps of:

developing first and second data sets representing associated first and second templates, respectively, each data set having master data representing reusable objects to be printed and position data representing a position on a page at which a variable object is to be printed;

developing a database having a number of entries each of which represents a variable object; and

causing the electronic press to print output pages with the reusable objects and variable objects by separating the master data from the position data for each data set in preparation for rasterization.

**12**. The method of claim **11**, wherein the step of causing includes the step of converting the data sets and the database into page sequence commands for the electronic press specifying sequence and content of page production.

**13**. The method of claim **11**, wherein auxiliary production devices are coupled to the electronic press and including the further step of storing control information in the database wherein the control information controls at least one of the electronic press and the auxiliary production devices.



**14**. The method of claim **11**, wherein the causing step further includes the steps of causing a further electronic press to print a first portion of the output pages and causing the first-named electronic press to print a second portion of the output pages.

**15**. The method of claim **11**, wherein the step of separating includes the step of generating a master data set representing the reusable object from the data sets.

**16**. The method of claim **15**, wherein the step of separating further includes the step of generating variable data sets representing the variable objects from the data sets.

**17**. The method of claim **11**, wherein the first data set and the second data set are different so that the first and second templates are different.

**18**. The apparatus of claim **17**, wherein the master data of the first and second data sets are different such that the reusable objects of the first and second templates are different.

**19**. The apparatus of claim **11**, wherein the master data of the first and second data sets are identical, and a position of the master data in the first template differs from a position of the master data in the second template.

**20**. The apparatus claim **11**, wherein the variable objects of the first and second data sets are identical, and the position of the variable object in the first template differs from the position of the variable object in the second template.

**21**. The apparatus of claim **11**, wherein the variable objects of the first and second data sets are different.

**22**. The apparatus of claim **21**, wherein the position of the variable object in the first template is the same as the position of the variable object in the second template.

* * * * *

# Exhibit D

US006952801B2

# (12) United States Patent
Warmus et al.

(10) Patent No.: US 6,952,801 B2
(45) Date of Patent: Oct. 4, 2005

(54) **BOOK ASSEMBLY PROCESS AND APPARATUS FOR VARIABLE IMAGING SYSTEM**

(75) Inventors: **James L. Warmus**, LaGrange, IL (US); **Mark G. Dreyer**, Aurora, IL (US); **J. Thomas Shively**, Hinsdale, IL (US)

(73) Assignee: **R.R. Donnelley**, Chicago, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/852,581**

(22) Filed: **May 10, 2001**

(65) **Prior Publication Data**

US 2001/0051964 A1 Dec. 13, 2001

**Related U.S. Application Data**

(60) Division of application No. 08/802,337, filed on Feb. 11, 1997, and a continuation-in-part of application No. 08/627,724, filed on Apr. 2, 1996, now Pat. No. 5,857,209, which is a continuation-in-part of application No. 08/478,397, filed on Jun. 7, 1995.

(51) **Int. Cl.**[7] .................... **G06F 17/00**
(52) **U.S. Cl.** .................... **715/525**; 715/530
(58) **Field of Search** .................... 715/525, 530, 715/500, 517, 522, 523; 707/500, 517, 522, 523, 530

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,549,055 A | 12/1970 | Gatland | 222/182 |
| 3,582,621 A | 6/1971 | Lawler | 235/151.1 |
| 3,608,888 A | 9/1971 | McCain | 270/54 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2 210 405 | 7/1996 | 3/12 |
| EP | 0 119 720 | 9/1984 | |
| EP | 0 602 547 | 6/1994 | |
| EP | 0 703 524 A1 | 3/1996 | |
| EP | 0 703 524 B1 | 1/1997 | |
| JP | 8115178 | 5/1996 | |
| WO | WO 86/04703 | 8/1986 | |
| WO | WO 95 07510 | 3/1995 | |
| WO | WO 96/22573 | 7/1996 | |

OTHER PUBLICATIONS

"Enhanced Technique for Merging Data From a Second Document" IBM Technical Disclosure Bulletin, vol. 30 No. 5, IBM Corp., pp. 184–188 (10/87).

PODi, "Frequently Asked Questions about PPML The Personalized Markup Language" PPML Frequently Asked Questions (Dec. 12, 2000) (3 pages).

"Improved Technique for Printing Multi–copy Documents" IBM Technical Disclosure Bulletin, vol. 29 No. 1, IBM Corp., pp. 406–407 (6/86).

"Indigo E–Print in 3 places–and in Spindler Speech" *Seybold San Francisco*, p. 34 (Oct. 23, 1995).

"Method for Joining Documents for Printing in a Personal Computer System" IBM Technical Disclosure Bulletin, vol. 29 No. 7, IBM Corp., pp. 3090–3091 (12/86).

"Xeikon Personalizes with Private–1" Seybold Special Report, vol. 4 No. 2, p. 3, (Oct. 23, 1995).

(Continued)

*Primary Examiner*—Sanjiv Shah
(74) *Attorney, Agent, or Firm*—Hanley, Flight & Zimmerman, LLC

(57) **ABSTRACT**

The present invention is useful for assembling a book. The inventive method includes the steps of specifying pagination information including an indication of whether a page is to be selectively included in the book, determining whether the page is to be assembled into the book based on the pagination information, and generating page description language instructions for production of the book in accordance with the pagination information.

**25 Claims, 40 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,774,758 | A | 11/1973 | Sternberg | 209/111.7 |
| 3,774,901 | A | 11/1973 | McCain et al. | 270/54 |
| 3,809,385 | A | 5/1974 | Rana | 270/54 |
| 3,819,173 | A | 6/1974 | Anderson et al. | 270/54 |
| 3,872,460 | A | 3/1975 | Fredrickson et al. | 340/324 AD |
| 3,891,492 | A | 6/1975 | Watson | 156/351 |
| 3,892,427 | A | 7/1975 | Kraynak et al. | 281/15 R |
| 3,899,165 | A | 8/1975 | Abram et al. | 270/54 |
| 3,932,744 | A | 1/1976 | Anderson | 250/203 |
| 3,953,017 | A | 4/1976 | Wise | 270/54 |
| 3,982,744 | A | 9/1976 | Kraynak et al. | 270/12 |
| 4,022,455 | A | 5/1977 | Newsome et al. | 270/54 |
| 4,085,455 | A | 4/1978 | Okumura | 365/112 |
| 4,095,780 | A | 6/1978 | Gaspar et al. | 270/73 |
| 4,117,975 | A | 10/1978 | Gunn | 235/494 |
| 4,121,818 | A | 10/1978 | Riley et al. | 270/54 |
| 4,168,776 | A | 9/1979 | Hoeboer | 198/797 |
| 4,168,828 | A | 9/1979 | McLear | 270/54 |
| 4,247,008 | A | 1/1981 | Dobbs | 209/569 |
| 4,338,768 | A | 7/1982 | Ballestrazzi et al. | 53/495 |
| 4,345,276 | A | 8/1982 | Colomb | 358/258 |
| 4,346,446 | A | 8/1982 | Erbstein et al. | 364/551 |
| 4,395,031 | A | 7/1983 | Gruber et al. | 270/54 |
| 4,413,724 | A | 11/1983 | Fellner | 198/594 |
| 4,417,630 | A | 11/1983 | Weber et al. | 177/1 |
| 4,426,072 | A | 1/1984 | Cole et al. | 270/53 |
| 4,482,142 | A | 11/1984 | McCain et al. | 270/54 |
| 4,483,526 | A | 11/1984 | Bulka et al. | 270/54 |
| 4,484,733 | A | 11/1984 | Loos et al. | 270/54 |
| 4,495,582 | A | 1/1985 | Dessert et al. | 364/469 |
| 4,499,545 | A | 2/1985 | Daniels et al. | 364/464 |
| 4,500,083 | A | 2/1985 | Wong | 270/54 |
| 4,516,209 | A | 5/1985 | Scribner | 364/466 |
| 4,517,637 | A | 5/1985 | Cassell | 364/138 |
| 4,519,598 | A | 5/1985 | McCain et al. | 270/53 |
| 4,520,454 | A | 5/1985 | Dufour et al. | 364/900 |
| 4,536,176 | A | 8/1985 | Gaspar | 493/365 |
| 4,537,342 | A | 8/1985 | McCain et al. | 227/78 |
| 4,552,349 | A | 11/1985 | Loos et al. | 270/54 |
| 4,554,044 | A | 11/1985 | Gaspar et al. | 156/510 |
| 4,556,595 | A | 12/1985 | Ochi | 428/143 |
| 4,567,988 | A | 2/1986 | Weibel | 209/564 |
| 4,601,003 | A | 7/1986 | Yoneyama et al. | 364/518 |
| 4,601,394 | A | 7/1986 | Hutner | 209/3.3 |
| 4,616,327 | A | 10/1986 | Rosewarne et al. | 364/518 |
| 4,639,873 | A | 1/1987 | Baggarly et al. | 364/466 |
| 4,665,555 | A | 5/1987 | Alker et al. | 382/41 |
| 4,672,462 | A | 6/1987 | Yamada | 358/280 |
| 4,674,052 | A | 6/1987 | Wong et al. | 364/466 |
| 4,677,571 | A | 6/1987 | Riseman et al. | 364/519 |
| 4,710,886 | A | 12/1987 | Heath | 364/519 |
| 4,718,784 | A | 1/1988 | Drisko | 400/68 |
| 4,723,209 | A | 2/1988 | Hernandez et al. | 364/519 |
| 4,727,402 | A | 2/1988 | Smith | 355/14 |
| 4,729,037 | A | 3/1988 | Doelves | 358/299 |
| 4,734,865 | A | 3/1988 | Scullion et al. | 364/478 |
| RE32,690 | E | 6/1988 | Wong | 270/54 |
| 4,768,766 | A | 9/1988 | Berger et al. | 270/58 |
| 4,789,147 | A | 12/1988 | Berger et al. | 270/1.1 |
| 4,800,505 | A | 1/1989 | Axelrod et al. | 364/478 |
| 4,800,506 | A | 1/1989 | Axelrod et al. | 364/478 |
| 4,800,510 | A | 1/1989 | Vinberg et al. | 364/521 |
| 4,827,315 | A | 5/1989 | Wolfberg et al. | 346/160 |
| 4,835,570 | A | 5/1989 | Robson | 346/160 |
| 4,866,628 | A | 9/1989 | Natarajan | 364/468 |
| 4,887,128 | A | 12/1989 | Jamali et al. | 355/202 |
| 4,900,001 | A | 2/1990 | Lapeyre | 270/1.1 |
| 4,903,139 | A | 2/1990 | Minter | 358/296 |
| 4,908,768 | A | 3/1990 | Gelfer et al. | 364/464.03 |
| 4,910,612 | A | 3/1990 | Yamazaki | 358/496 |

| | | | | | |
|---|---|---|---|---|---|
| 4,928,243 | A | | 5/1990 | Hodges et al. | 364/519 |
| 4,928,252 | A | | 5/1990 | Gabbe et al. | 364/519 |
| 4,930,077 | A | | 5/1990 | Fan | 364/419 |
| 4,933,880 | A | | 6/1990 | Borgendale et al. | 210/187 |
| 4,937,761 | A | | 6/1990 | Hassett | 364/518 |
| 4,948,109 | A | | 8/1990 | Petersen | 270/1.1 |
| 4,949,272 | A | | 8/1990 | Vanourek et al. | 364/464.02 |
| 4,968,993 | A | | 11/1990 | Wolfberg et al. | 346/160 |
| 4,974,171 | A | | 11/1990 | Yeh et al. | 364/519 |
| 4,984,948 | A | | 1/1991 | Lindsay et al. | 412/1 |
| 5,001,500 | A | | 3/1991 | Wolfberg et al. | 346/160 |
| 5,005,124 | A | | 4/1991 | Connell et al. | 364/401 |
| 5,021,975 | A | | 6/1991 | Yamanashi | 364/519 |
| 5,025,396 | A | | 6/1991 | Parks et al. | 364/518 |
| 5,027,279 | A | | 6/1991 | Gottlieb et al. | 364/478 |
| 5,028,192 | A | | 7/1991 | Lindsay et al. | 412/1 |
| 5,031,891 | A | | 7/1991 | Kobler et al. | 270/54 |
| 5,033,009 | A | | 7/1991 | Dubnoff | 364/523 |
| 5,039,075 | A | | 8/1991 | Mayer | 270/1.1 |
| 5,043,749 | A | | 8/1991 | Punater et al. | 346/153.1 |
| 5,053,955 | A | | 10/1991 | Peach et al. | 364/401 |
| 5,054,984 | A | | 10/1991 | Chan et al. | 412/1 |
| 5,056,767 | A | | 10/1991 | Emigh et al. | 270/58 |
| 5,060,165 | A | | 10/1991 | Schumacher et al. | 364/478 |
| 5,067,024 | A | | 11/1991 | Anzai | 358/296 |
| 5,068,797 | A | | 11/1991 | Sansone et al. | 364/478 |
| 5,072,397 | A | | 12/1991 | Barns-Slavin et al. | 364/464.02 |
| 5,072,401 | A | | 12/1991 | Sansone et al. | 364/478 |
| 5,077,694 | A | | 12/1991 | Sansone et al. | 395/600 |
| 5,085,470 | A | | 2/1992 | Peach et al. | 283/58 |
| 5,098,076 | A | | 3/1992 | Kelsey | 270/54 |
| 5,102,110 | A | | 4/1992 | Reynolds | 270/1.1 |
| 5,103,490 | A | | 4/1992 | McMillin | 382/62 |
| 5,105,283 | A | | 4/1992 | Forest et al. | 358/401 |
| 5,112,179 | A | | 5/1992 | Chan et al. | 412/1 |
| 5,114,128 | A | | 5/1992 | Harris, Jr et al. | 270/11 |
| 5,114,291 | A | | 5/1992 | Hefty | 412/8 |
| 5,119,306 | A | | 6/1992 | Metelits et al. | 364/464.02 |
| 5,133,051 | A | | 7/1992 | Handley | 395/148 |
| 5,134,669 | A | | 7/1992 | Keogh et al. | 382/61 |
| 5,136,316 | A | | 8/1992 | Punater et al. | 346/153.1 |
| 5,142,482 | A | | 8/1992 | Sansone | 364/478 |
| 5,142,618 | A | | 8/1992 | Fujiwara et al. | 395/146 |
| 5,142,667 | A | | 8/1992 | Dimperio et al. | 395/115 |
| 5,143,362 | A | | 9/1992 | Doane et al. | 270/1.1 |
| 5,144,562 | A | | 9/1992 | Stikkelorum et al. | 364/478 |
| 5,157,765 | A | | 10/1992 | Birk et al. | 395/165 |
| 5,175,679 | A | | 12/1992 | Allen et al. | 364/148 |
| 5,177,877 | A | | 1/1993 | Duchesne et al. | 34/51 |
| 5,178,063 | A | | 1/1993 | Wolfberg et al. | 101/76 |
| 5,194,899 | A | | 3/1993 | Buchanan | 355/244 |
| 5,200,903 | A | | 4/1993 | Gilham | 364/464.02 |
| 5,202,206 | A | | 4/1993 | Tam | 430/41 |
| 5,210,824 | A | | 5/1993 | Putz et al. | 395/145 |
| 5,220,420 | A | | 6/1993 | Hoarty et al. | 358/86 |
| 5,220,674 | A | | 6/1993 | Morgan et al. | 395/800 |
| 5,220,770 | A | | 6/1993 | Szewczyk et al. | 53/493 |
| 5,229,932 | A | | 7/1993 | Connell et al. | 364/401 |
| 5,238,345 | A | | 8/1993 | D'Andrea | 412/4 |
| 5,245,701 | A | | 9/1993 | Matsumoto | 395/129 |
| 5,257,196 | A | | 10/1993 | Sansone | 364/464.02 |
| 5,267,155 | A | | 11/1993 | Buchanan et al. | 364/419.14 |
| 5,267,821 | A | | 12/1993 | Bodart et al. | 412/11 |
| 5,271,065 | A | | 12/1993 | Rourke et al. | 382/1 |
| 5,274,567 | A | | 12/1993 | Kallin et al. | 364/478 |
| 5,274,757 | A | | 12/1993 | Miyoshi et al. | 395/146 |
| 5,280,895 | A | | 1/1994 | Meier | 270/58 |
| 5,287,976 | A | * | 2/1994 | Mayer et al. | 209/547 |
| 5,289,569 | A | | 2/1994 | Taniguchi | 395/145 |
| 5,291,243 | A | | 3/1994 | Heckman et al. | 355/201 |
| 5,293,310 | A | | 3/1994 | Carroll et al. | 364/408 |

| | | | | | |
|---|---|---|---|---|---|
| 5,295,236 | A | | 3/1994 | Bjorge et al. | 395/134 |
| 5,299,310 | A | | 3/1994 | Motoyama | 395/165 |
| 5,301,036 | A | | 4/1994 | Barrett et al. | 358/448 |
| 5,303,334 | A | | 4/1994 | Snyder et al. | 395/109 |
| 5,313,564 | A | | 5/1994 | Kafri et al. | 395/101 |
| 5,313,578 | A | | 5/1994 | Handorf | 395/200 |
| 5,319,745 | A | | 6/1994 | Vinsonneau et al. | 395/144 |
| 5,321,604 | A | | 6/1994 | Peach et al. | 364/401 |
| 5,326,209 | A | | 7/1994 | Duke | 412/1 |
| 5,333,246 | A | | 7/1994 | Nagasaka | 395/133 |
| 5,337,246 | A | | 8/1994 | Carroll et al. | 364/464.02 |
| 5,337,258 | A | | 8/1994 | Dennis | 364/551.01 |
| 5,346,196 | A | * | 9/1994 | Nussbaum et al. | 270/52.14 |
| 5,349,648 | A | | 9/1994 | Handley | 395/148 |
| 5,353,222 | A | | 10/1994 | Takise et al. | 364/419.17 |
| 5,353,388 | A | | 10/1994 | Motoyama | 395/117 |
| 5,359,423 | A | | 10/1994 | Loce | 358/296 |
| 5,359,432 | A | | 10/1994 | Peltzer et al. | 358/452 |
| 5,377,120 | A | | 12/1994 | Humes et al. | 364/478 |
| 5,379,368 | A | | 1/1995 | Imai et al. | 395/117 |
| 5,379,373 | A | | 1/1995 | Hayashi et al. | 395/148 |
| 5,381,523 | A | | 1/1995 | Hayashi | 395/145 |
| 5,383,129 | A | | 1/1995 | Farrell | 364/464.01 |
| 5,384,886 | A | | 1/1995 | Rourke | 395/147 |
| 5,390,354 | A | * | 2/1995 | de Heus et al. | 707/517 |
| 5,396,321 | A | | 3/1995 | McFarland et al. | 355/313 |
| 5,398,389 | A | | 3/1995 | Terada et al. | 382/1 |
| 5,400,263 | A | | 3/1995 | Rohrbaugh et al. | 364/490 |
| 5,412,566 | A | | 5/1995 | Sawa | 364/419.14 |
| 5,414,809 | A | | 5/1995 | Hogan et al. | 395/155 |
| 5,419,541 | A | | 5/1995 | Stevens | 270/54 |
| 5,422,992 | A | | 6/1995 | Motoyama et al. | 345/437 |
| 5,442,561 | A | | 8/1995 | Yoshizawa et al. | 364/468 |
| 5,442,737 | A | | 8/1995 | Smith | 395/135 |
| 5,444,630 | A | | 8/1995 | Dlugos | 364/464.02 |
| 5,446,653 | A | | 8/1995 | Miller et al. | 364/401 |
| 5,446,667 | A | | 8/1995 | Oh et al. | 364/464.02 |
| 5,455,945 | A | | 10/1995 | VanderDrift | 395/600 |
| 5,459,819 | A | | 10/1995 | Watkins et al. | 395/117 |
| 5,459,826 | A | | 10/1995 | Archibald | 395/147 |
| 5,461,708 | A | | 10/1995 | Kahn | 395/140 |
| 5,465,213 | A | | 11/1995 | Ross | 219/213 |
| 5,473,741 | A | | 12/1995 | Neufelder | 707/516 |
| 5,483,624 | A | | 1/1996 | Christopher et al. | 395/117 |
| 5,493,490 | A | | 2/1996 | Johnson | 364/401 |
| 5,500,928 | A | | 3/1996 | Cook et al. | 395/133 |
| 5,502,636 | A | | 3/1996 | Clarke | 364/401 |
| 5,502,804 | A | | 3/1996 | Butterfield et al. | 395/147 |
| 5,505,697 | A | | 4/1996 | McKinnon, Jr. et al. | 604/71 |
| 5,506,697 | A | | 4/1996 | Li et al. | 358/448 |
| 5,517,605 | A | | 5/1996 | Wolf | 395/155 |
| 5,519,624 | A | | 5/1996 | Hidding | 364/478 |
| 5,523,942 | A | | 6/1996 | Tyler et al. | 364/401 |
| 5,530,852 | A | | 6/1996 | Meske, Jr. et al. | 395/600 |
| 5,535,677 | A | * | 7/1996 | Fannin et al. | 101/486 |
| 5,546,517 | A | | 8/1996 | Marks et al. | 395/145 |
| 5,552,994 | A | | 9/1996 | Cannon et al. | 364/468.01 |
| 5,553,212 | A | | 9/1996 | Etoh et al. | 395/140 |
| 5,553,258 | A | | 9/1996 | Godiwala et al. | 395/403 |
| 5,555,094 | A | | 9/1996 | Lefebvre et al. | 358/298 |
| 5,557,722 | A | | 9/1996 | DeRose et al. | 395/148 |
| 5,587,799 | A | | 12/1996 | Kawamura et al. | 358/296 |
| 5,592,683 | A | | 1/1997 | Chen et al. | 395/872 |
| 5,594,860 | A | | 1/1997 | Gauthier | 395/501 |
| 5,594,910 | A | | 1/1997 | Filepp et al. | 395/800 |
| 5,625,766 | A | | 4/1997 | Kauffman | 395/135 |
| 5,630,028 | A | | 5/1997 | DeMeo | 395/110 |
| 5,634,091 | A | | 5/1997 | Sands et al. | 395/117 |
| 5,669,005 | A | | 9/1997 | Curbow et al. | 395/777 |
| 5,671,345 | A | | 9/1997 | Lhotak | 395/133 |
| 5,710,635 | A | | 1/1998 | Webster et al. | 358/296 |
| 5,729,665 | A | | 3/1998 | Gauthier | 395/117 |
| 5,740,338 | A | | 4/1998 | Gauthier et al. | 395/116 |
| 5,745,121 | A | | 4/1998 | Politis | 345/433 |
| 5,760,914 | A | | 6/1998 | Gauthier et al. | 358/298 |
| 5,765,874 | A | | 6/1998 | Chanenson et al. | 283/67 |
| 5,793,946 | A | | 8/1998 | Gauthier et al. | 395/183.01 |
| 5,796,930 | A | | 8/1998 | Gauthier et al. | 395/116 |
| 5,809,218 | A | | 9/1998 | Kastenholz et al. | 395/115 |
| 5,832,531 | A | * | 11/1998 | Ayers | 707/500 |
| 5,833,375 | A | | 11/1998 | Gauthier et al. | 400/82 |
| 5,845,302 | A | | 12/1998 | Cyman, Jr. et al. | 707/517 |
| 5,857,209 | A | | 1/1999 | Shively | 707/500 |
| 5,870,766 | A | | 2/1999 | Shively | 707/500 |
| 5,907,836 | A | * | 5/1999 | Sumita et al. | 707/2 |
| 5,924,092 | A | | 7/1999 | Johnson | 707/7 |
| 5,937,153 | A | | 8/1999 | Gauthier | 395/117 |
| 5,960,164 | A | | 9/1999 | Dorfman et al. | 395/110 |
| 5,963,968 | A | | 10/1999 | Warmus et al. | 707/517 |
| 5,987,461 | A | | 11/1999 | Dreyer et al. | 707/7 |
| 5,995,724 | A | | 11/1999 | Mikkelsen et al. | 395/115 |
| 6,027,195 | A | | 2/2000 | Gauthier et al. | 347/5 |
| 6,064,397 | A | | 5/2000 | Herregods et al. | 345/435 |
| 6,088,710 | A | | 7/2000 | Dreyer et al. | 707/517 |
| 6,145,946 | A | | 11/2000 | Gauthier et al. | 347/5 |
| 6,175,846 | B1 | | 1/2001 | Shively | 707/530 |
| 6,205,452 | B1 | | 3/2001 | Warmus et al. | 707/500 |
| 6,209,010 | B1 | | 3/2001 | Gauthier et al. | 707/526 |
| 6,243,172 | B1 | | 6/2001 | Gauthier et al. | 358/1.18 |
| 6,246,993 | B1 | | 6/2001 | Dreyer et al. | 705/9 |
| 6,290,406 | B1 | | 9/2001 | Gauthier et al. | 400/76 |
| 6,310,695 | B1 | | 10/2001 | Gauthier et al. | 358/1.5 |
| 6,327,599 | B1 | | 12/2001 | Warmus et al. | 715/517 |
| 6,332,149 | B1 | | 12/2001 | Warmus et al. | 715/517 |
| 6,381,028 | B1 | | 4/2002 | Gauthier | 358/1.11 |
| 6,446,100 | B1 | | 9/2002 | Warmus et al. | 707/517 |
| 6,487,568 | B1 | | 11/2002 | Gauthier et al. | 707/526 |
| 6,599,325 | B2 | | 7/2003 | Gauthier et al. | 715/526 |
| 6,687,016 | B2 | | 2/2004 | Gauthier | 358/1.11 |
| 2002/0122205 | A1 | | 9/2002 | Gauthier | 358/1.15 |

OTHER PUBLICATIONS

"Redefining the Printed Page," Varis Corporation, Mason, OH, vol. 4 (Oct. 2, 1997).
"Variable Printing with Indigo" Seybold Special Report, vol. 3, No. 8 pp., 63–64, (Apr. 21, 1995).
Kaufeld "Pradox 5 for Windows for Dummies," (1994).
Mizuno et al., "Document Recognition System with Layout Structure Generator," *NEC Research and Development,* vol. 32, No. 3, Tokyo, Japan (pp. 430–437) (1991).
Rousseau et al., "Writing Documents for Paper and WWW; A Strategy based on FrameMarker and WebMaker," Computer Networks and ISDN Systems, vol. 27 (pp. 205–214) (XP 000571730) (1994).
Simoudis, Evangelos "Reality Check for Data Mining," *IEEE Expert* (pp. 26–33) (1996).
ULTIMATE Technographics, Inc. Manual, "Poststrip, " 1989.
G. Dieckmann, "Press Imposition of IBM 4250, General Information," R.R. Donnelley & Sons Company, Crawfordsville Manufacturing Division, Department CHT, Feb. 21, 1989.
*Alpha Four, New Version 3*, "True Relational Database Power Without Programming, Reference Manual," Alpha Software Corporation, Lesson 20: Using Sets and Lesson 22: Advanced Sets: One–to–Many Links, 1993.
H. Sharples, "Software Automates Impositions; Prepress Imaging," vol.65, No. 9, p. 67, Graphic Arts Monthly (Sep., 1993).

"Linotype–Hell's Herkules: Fast, Versatile Drum Imager to Head IPEX lineup; Product Announcement," vol. 23, No. 1, p. 3, The Seybold Report on Publishing Systems (Sep. 1, 1993).

"Aldus to Offer Presswise 2.0 Imposition Software for Large–Format Presses," PR Newswire (Sep. 7, 1993).

P. Dyson, "Computer to Plate: Now There's a Market; Direct–to–Plate Production Now Feasible; includes related article on the Eskofot Escosan 2540 for boards and films," vol. 23, No. 4, p. 3, The Seybold Report on Publishing Systems (Oct. 11, 1993).

"Imposition Cuts Stripping Time; Electronic Imposing System; Prepress Imaging," vol. 65, No. 11, p. 84, Graphic Arts Monthly (Nov. 1993).

S. Edwards et al., "IFRA '93 Review: An Industry Riding the Crest of a Slump; IFRA European Newspaper Equipment Exhibition; includes related article on trade show rumors," vol. 23, No. 6, p. 3, The Seybold Report on Publishing Systems (Nov. 8, 1993).

H. Sharples, "Electronic Imposition: Moving Forward," vol. 66, No. 2, p. 53, Graphic Arts Monthly (Feb., 1994).

Barco Graphics brochure, "RIP and Electronic Collation System for Xeikon DCP–1 Digital Printing Press," Feb. 2, 1994, with Addendum 1.

"Finding the Right Niches for Electronic Printing," *The Seybold Report on Desktop Publishing,* Mar. 7, 1994, pp. 12–18.

"Aldus Prepress Division Ships Presswise 2.0 for the Apple MacIntosh," PR Newswire (Mar. 22, 1994).

"Press Imposition Software; Seybold Special Report: Seybold Seminars Boston '94, Part I; Product Announcement," vol. 23, No. 15, p. S74, The Seybold Report on Publishing Systems (Apr. 22, 1994).

"High–Resolution Output; includes related articles on how to obtain a Hyphen print sample and naming a new screening technology; Seybold Special Report: Seybold Seminars Boston '94, part I," vol. 23, No. 15, p. S47, The Seybold Report on Publishing Systems (Apr. 22, 1994).

P. Hilts, "Donnelley's Digital Production Vision; R.R. Donnelley and Sons invited book publishers to come to Crawfordsville to see the future of printing," vol. 241, No. 34, p. 24, Publishers Weekly (Aug. 22, 1994).

"Design Your Forms, Power with Room to Grow: Xbasic™," advertisement, DBMS Magazine (Sep., 1994).

Xeikon announcement, "Xeikon announces new RIP for the DCP–1 digital color press" (Sep. 13, 1994).

A. Karsh, "Scitex's SGAUA Review: Savanna, GTO–DI Interface, Whisper Upgrade; Scitex Graphic Arts User Association, Scitex Savanna Typesetting System, Press Interface for GTO–DI, Autoflat Image Processing Software, MacCSS Connection Peripheral Server," vol. 24, No. 2, p. 11, The Seybold Report on Publishing Systems (Sep. 19, 1994).

"Color Shop Goes Electronic; Color Tech Corp.," vol. 66, No. 10, p. 90, Graphic Arts Monthly (Oct., 1994).

"Xerox and Scenicsoft Bring New Flexibility to Prepress Work With Postscript Files," vol. 7, No. 10, Worldwide Videotex (Oct., 1994).

"High–Resolution Output Devices; Seybold Special Report: Seybold San Francisco '94, Part 1; Product Announcement," vol. 24, No. 3, p. S32, The Seybold Report on Publishing Systems (Oct. 26, 1994).

"Output Servers; Seybold Special Report: Seybold San Francisco '94, part 2, Product Announcement," vol. 24, No. 3, p. T13, The Seybold Report on Publishing Systems (Oct. 26, 1994).

"CTP Field Gets a New Entry; Linotype–Hell's Computer–to–Plate System, Gutenborg," vol. 66, No. 11, p. 102, Graphic Arts Monthly (Nov., 1994).

European Search Report dated Jul. 22, 1999.

*Seybold Report on Publishing Systems,* vol. 25, No. 22, ISSN: 0736–7260, Aug. 26, 1996.

"Variable Postscript and the Coming of Age of Electronic Print–for–Profit," *Print on Demand Business,* May/Jun. 1996, pp. 64–67.

"Variable–Data Printing Comes of Age: Capabilities & Market Demand Converge," *Seybold Report to Publishing Systems,* vol. 27, No. 2, Sep. 15, 1997, pp. 3–24.

"Indigo Variable Data Solution Evaluation," Interoffice Memorandum from R.R. Donnelley & Sons Company dated Jul. 26, 1995 (portions redacted).

AGFA Internet Website: "Chromapress Software" (Oct. 30, 1998), URL: www.agfahome.com/products/printing/software.html.

AGFA Internet Website: "Digital Color Printing System: Personalizer–X v2.0, Variable Data Software for Chromapress" (Oct. 30, 1998), URL: www.agfahome.com/products/printing/software/personalizerx.html.

Atlas Internet Website: "PrintShop Mail" (Oct. 30, 1998), URL: www.atlassoftware.n1/products/psmail/psmail.html.

Atlas Internet Website: "Atlas Software Products" (Oct. 30, 1998), URL: www.atlassoftware.n1/products/products.html.

BARCO Graphics Internet Website: "Variable Information Printing" (Oct. 29, 1998), URL: www.barco.com/graphics/systems/vip/viphome.htm.

BARCO Graphics Internet Website: "BARCO Graphics VIP concept gives digital printing its true original dimension," URL: www.barco.com/graphics/press/pr178ife.htm (Oct. 29, 1998).

BARCO Graphics Internet Website: "BARCO Graphics wins Seybold Award for variable data," URL: www.barco.com/graphics/press/pr162ice.htm (Oct. 29, 1998).

BARCO Graphics Internet Website: "VIPDesigner Technical Specifications" (Oct. 29, 1998), URL: www.barco.com/graphics/data/vipdesigf.htm.

BITSTREAM Internet Website: "Application Products: PageFlex™" (Oct. 29, 1998), URL: www.bitstream.com/products/application/pageflex/index.html.

Colorage/Splash Internet Website: "Splash Technology, About Our Company," URL: www.colorage.com/company/about.html. (Oct. 30, 1998).

Colorage/Splash Internet Website; "Splash Launches DocuPress Series of Servers for Xerox Midrange Digital Color Copiers" (Oct. 30, 1998), URL: www.colorage.com/company/press98/9803Mar2.html.

Document Sciences Corporation Internet Website: "Document Sciences Corporation", URL: www.xerox.com/alliance/psg/docsci.htm (Oct. 31, 1998).

Document Sciences Corporation Internet Website: "Products and Solutions," URL: www.docscience.com/product.htm (Oct. 31, 1998).

Document Sciences Corporation Internet Website: "Tomorrow's Technology is Today's Reality," URL: www.docuscience.com/products/compuset.htm (Oct. 31, 1998).

DPS Internet Website: “DataBase Publishing Software, About DPS” (Oct. 31, 1998) URL: www.databasepub.com/about.html.
DPS Internet Website: “Expert Publisher: Intelligent Automation” (Oct. 31, 1998), URL: www.databasepub.com/newpub.html.
DPS Internet Website, URL: www.databasepub.com/bottom.html (Oct. 31, 1998).
DPS Internet Website: “Applications,” URL: www.databasepub.com/left.html (Oct. 31, 1998).
DPS Internet Website: “Catalog Genie Grants Wishes” (Oct. 31, 1998), URL: www.databasepub.com/catsoftware.html.
DPS Internet Website: “DPS Introduces Catalog Genie” (Oct. 31, 1998), URL: www.databasepubl.com/genie.html.
DPS Internet Website: “DPS Introduces New Release of Catalog Genie” (Oct. 31, 1998), URL: www.databasepub.com/genie2.html.
Elixir Internet Website: “Xerox to Distribute and Support Elixir’s Opus (R) Worldwide,” URL: www.elixirnt.elixir.com/nwsevnt. (Oct. 31, 1998).
Elixir Internet Website: “Elixir Products” (Oct. 31, 1998), URL: www.elixir.com/Products/products.htm.
Elixir Internet Website: “Opus,” URL: www.elixir.com/Products/opus.htm (Oct. 31, 1998).
Elixir Internet Website: “DataMerge,” URL: www.elixir.com/Products/dmerge.htm (Oct. 31, 1998).
Elixir Internet Website: “AppBuilder for AFP,” URL: www.elixir.com/Products/appafp.htm (Oct. 31, 1998).
Elixir Internet Website: “AppBuilder for VIPP” (Oct. 31, 1998), URL:www.elixir.com/Products.appvipp.htm.
Em Software Internet Website: “Welcome to Em Software on the Web!” (Oct. 31, 1998), URL: www.emsoftware.com/.
Em Software Internet Website: “Em Software—Products” (Oct. 31, 1998), URL: www.emsoftware.com/products.html.
Group 1 Software Internet Website: “Group 1 Software: EZ–LETTER” (Oct. 31, 1998), URL: www.group1software.com/products/ds.asp.
Indigo Internet Website: “Yours Truly Software” (Oct. 29, 1998), URL: www.indigonet.com/yours__truly.htm.
Meadows Information Systems Internet Website: “About Meadows Information Systems, Inc.”, URL: www.meadowsinfo.com/mishtml/meadows.htm (Oct. 27, 1998).
Meadows Information Systems Internet Website: “AutoPrice XTension to QuarkXPress by Meadows Information Systems”, URL: www.meadowsinfo.com/mishtml/autopric.htm (Oct. 27, 1998).
Meadows Information Systems Internet Website: “DataMerge XTension to QuarkXPress by Meadows Information Systems”, URL: www.meadowsinfo.com/mishtml/datamerg.htm (Oct. 27, 1998).
Meadows Information Systems Internet Website: “Group Picture XTension to QuarkXPress by Meadows Information Systems” (Oct. 27, 1998), URL: www.meadowsinfo.com/mishtml/grouppic.htm.
Scitex Internet Website: “Scitex Darwin Desktop 2.0 is Now Shipping,” URL: www.scitex.com/press/english/darwin2.htm (Oct. 29, 1998).
T/R Systems Internet Website: “About T/R Systems” (Nov. 2, 1998), URL: www.trsystems.com/tr docs/About.htm.
Varis Corporation Internet Website: “Varis Corporation and Scitex Digital Printing Announce World Wide Co–Marketing Agreement for High Speed Variable PostScript Printing,” URL: www.variscorp.com/ns/ns.sci.html#pr (Nov. 2, 1998).
Varis Corporation Internet Website: “Redefining the process . . . VariScript Software,” URL: www.variscorp.com/pro/text.html (Nov. 2, 1998).
Varis Corporation Internet Website: “Varis Corporation Unveils Unprecedented Products for Variable Print–On–Demand Market,” URL: www.variscorp.com/ns/ns.pro.html#pr (Nov. 2, 1998).
BARCO Graphics/IBM brochure: “BARCO VIPDesigner Software for the IBM InfoColor 70 Printer” (1998).
Colorbus Advertisement: “There’s One in Every Family,” *DocuWorld,* Issue 1, vol. 2, p. 2 (1998).
DocuWorld Product Watch: “Authoring Tool for Variable Information Jobs,” *DocuWorld,* Issue 1, vol. 2, p. 72 (1998).
Drennan, Bill, et al., “Xerox offers programming language,” *The Seybold Report on Publishing Systems,* vol. 27, No. 7, p. 9 (Dec. 1997).
Eldad, Gefen, “Getting Personal, Printing your first personalized job may be easier than you think”, DocuWorld Issue 1, vol. 2, p. 42 (1998).
Group 1 Software Advertisement: “DOC1 Delivers What You Want, When You Need It,” *DocuWorld,* Issue 1, vol. 2, p. 23 (1998).
Indigo Brochure: “Indigo Yours Truly Personalization—Profitability” (1997).
Scitex/Xerox Advertisement: “Xerox and Scitex Bring You the Magic of Professional Color,” *DocuWorld,* Issue 1, vol. 2, p. 39 (1998).
Scitex brochure: “Scitex Xerox Success Stories: CAD Graphics, Chicago, Illinois” (7/98).
Scitex brochure: “Scitex Xerox Success Stories: DW Graphics, Stockton, CA” (7/98).
Xerox brochure: “think color: Xerox DocuColor 70” (1998).
Xerox brochure: “New Generation Fiery Technology for the Xerox DocuColor 70 Digital Color Press: Fiery ZX–70” (1998).
Xerox brochure: World–class prepress performance for the Xerox DocuColor 70 Digital Color Press: Scitex SX3000T (1998).
Xerox brochure: “Xerox VIPP—the fastest, most reliable method to reach your customers individually . . . all at the same time” (1998).
Xerox brochure: “BOOM!—The Explosion is in Short–run Digital Color Printing” (1998).
“Agfa’s CR–A RIP varies data,” *Seybold Special Report,* vol. 3, No. 2 (Oct. 10, 1994).
“Agfa poised to enter short–run color market. (Chromapress electrophotographic digital press system),” *MacWeek,* p. 18 (Oct. 31, 1994).
“Agfa Holds Expo, US Launch of ChromaPress Digital Printing,” *Newsbytes News Network* (Nov. 4, 1994).
“The Latest Word,” *The Seybold Report on Publishing Systems,* vol. 24, No. 6, (Nov. 30, 1994).
“Agfa Expo: the medium is the message,” *The Seybold Report on Publishing Systems,* p. 17 (Nov. 30, 1994).
“The Latest Word: Chromapress varies data,” *The Seybold Report on Publishing Systems,* p. 28 (Mar. 13, 1995).
“The Latest Word,” *The Seybold Report on Publishing Systems,* vol. 24, No. 13, pp. 26–28 (Mar. 13, 1995).
“Digital Color Printing in Japan: A Report from Early Users,” *The Seybold Report on Publishing Systems,* vol. 24, No. 13, pp. 13–19 (Mar. 13, 1995).
“Indigo Expands Digital Press Line to Packaging; Enhances E–Print 1000,” *The Seybold Report on Publishing Systems,* vol. 24, No. 13, pp. 3–12 (Mar. 13, 1995).

"Variable–data and custom printing," *Seybold Special Report,* vol. 3, No. 8, pp. 63 and 64 (Apr. 21, 1995).
"Moore announces new digital printing strategy," *Seybold Special Report,* vol. 3, No. 8, p. 65 (Apr. 21, 1995).
"Agfa Let RIP with Gemini," *M2 Presswire* (Apr. 27, 1995).
"Company–by–Company Guide to the Show: Agfa–Gevaert," *The Seybold Report on Publishing Systems,* vol. 24, No. 17, p. 6 (May 1, 1995).
"Digital printers push customization," *The Seybold Report on Publishing Systems,* vol. 24, No. 19, pp. 10 and 11 (Jun. 12, 1995).
"Agfa 'distributes and prints,' adds new RIP," *The Seybold Report on Publishing Systems,* vol. 24, No. 20, pp. 8–10 (Jun. 26, 1995).
"Indigo System Developments: Indigo varies data, shows Mobius, Omnius," *The Seybold Report on Publishing Systems,* vol. 24, No. 20, pp. 12–15 (Jun. 26, 1995).
"Barco features PrintStreamer, TonerSaver," *Seybold Special Report,* vol. 24, No. 20, p. 11 (Jun. 26, 1995).
"Short–Run Digital Color Printing," *Seybold Special Report,* vol. 4, No. 2, pp. 33 and 34 (Oct. 23, 1995).
"T/R Systems set new price point for digital presses," *The Seybold Report on Publishing Systems,* p. 35 (Oct. 23, 1995).
"Color, Here and Now," *Printing Impressions,* p. 28 (Nov. 11, 1995).
"Digital presses eye the market of one," *Graphic Arts Monthly,* p. 42 (Apr. 1, 1996).
"The 'On Demand' Show: Exciting Technology–But Is the Market Ready?," *The Seybold Report on Publishing Systems,* vol. 25, No. 16, pp. 3, 5 and 6 (May 17, 1996).
"Indigo," *The Seybold Report on Publishing Systems,* vol. 25, No. 16, pp. 5 and 6 (May 17, 1996).
"Personalization for Indigo Engines," *The Seybold Report on Publishing Systems,* vol. 25, No. 22, pp. 9–13 (Aug. 26, 1996).
"Variable Data on Digital Presses: Making Progress," *The Seybold Report on Publishing Systems,* vol. 25, No. 22, pp. 3–8 (Aug. 26, 1996).
*How to Convert WordPerfect Merge Data,* last reviewed Dec. 6, 2000, at http://support.microsoft.com/default.aspx?scid=kb;en–us;211702 (pp. 2–8).
*Continuous scanning. Start right here.,* Kodak digital science, 1999 (2 pages).
*Form 20–F,* Scitex SEC Report, 1997 (pp. 1 and 13–16).
*Kodak,* The Seybold Report on Publishing Systems, Sep. 9, 1996 (p. 26).
*Output Devices and Systems,* The Seybold Report on Publishing Systems, last modified Apr. 17, 1995, vol. 24:16 (pp. 1–4).
*New Desktop Software Provides Ink–Jet Link,* Graphic Arts Monthly, Aug. 1994 (p. 27).
*Scitex Digital Printing looks to Quark Xpress: Demand Printing of Variable Data,* The Seybold Report on Publishing Systems, Jul. 20, 1994, vol. 23:20 (3 Pages).
*Kodak, Gamma–GraphX develop 600–dpi 1392,* The Seybold Report on Publishing Systems, Feb. 21, 1994 (p. 24).
Bob Neubauer, *Ink–jet gets Personal,* Print Impress, Jan. 1993 (3 Pages).
*Revisions made easy,* American Printer, Apr. 1992 (4 Pages).
Kristin Nelson, *Merger mania: Wordperfect mail merge,* Pennprintout, Feb. 1992, vol. 8:5 (pp. 1–3).
*Kodak shows fast network printers,* The Seybold Report on Publishing Systems, Dec. 6, 1991, vol. 21:7 (pp. 25–26).
Kodak drives 1392 online and from cartridge tape, The Seybold Report on Publishing Systems, Sep. 5, 1988 (p. 2).
*LED v. Laser,* Computer Data, Mar. 1987 (1 Page).
*LED Printing Bids for a Place in EDP/LED Arrays Challenge Laser Printing,* Canadian DataSystems, Dec. 1986 (2 Pages).
B. Lawler, "Some for the Books; Imposition; Hands On: Desktop Publishing; Tutorial," vol. 10, No. 9, p. 121, MacUser, Sep., 1994 (pp. 22–28).
Alexander, George A., "Custom Book Publishing and Book Printing on Demand," The Seybold Report on Publishing Systems, vol. 21, No. 16, May 11, 1992 (pp. 1 and 3–12).
Appelt, Wolfgang, "Existing Systems for Integrating Text and Graphics," Computer & Graphics, vol. 11, No. 4, (1987), (pp. 369–375).
International Search Report dated Apr. 13, 1999 (7 Pages).
"W3C Debuts Draft of RDF," The Bulletin: Seybold News & Views on Electronic Publishing, vol. 3, No. 1, Oct. 8, 1997 (pp. 1–6).
"Handling Variable Data," The Seybold Report on Publishing Systems, vol. 26, No. 20, Jul. 21, 1997 (pp. 1–8).
"Variable–Data Printing," The Seybold Report on Publishing Systems, vol. 27, No. 5, Nov. 17, 1997 (pp. 1–4).
"Graphic Arts Vendors," The Seybold Report on Publishing Systems, vol. 27, No. 17, May 29, 1998 (pp. 1–7).
"Ipex '98 Preview: CTP, Digital Presses, CIP3, Proofing and More Come to UK," The Seybold Report on Publishing systems, vol. 28, No. 1, Sep. 14, 1998 (pp. 1–79).

* cited by examiner




FIG. 1
PRIOR ART



36
PUBLISHING
38
PREPRESS
40
42
CREATE MASTER AND VARIABLE PAGE FILE(S) AND BOOK TICKET FILE
COLLATOR AND RIP
OPERATE DEMAND PRINTER(S)
FINISHING
30
DISTRIBUTE


FIG. 2


PERSONAL COMPUTER
54
CONTROL UNIT
MEMORY
52
53
FAX
64
MODEM
65
TO INTERNET
CONTROL AND MAKEREADY FILES
DP 1
DP 2
DP 3
62a
62b
62c
66
GATHERING DEVICE(S)
70
INK JET PRINTER(S)
72
LABEL PRINTER(S)
74
OTHER CONTROL DEVICE(S)
76
BAD BOOK DETECTOR
78
50

FIG. 3




FIG. 4

FIG. 5


TO PRINT SYSTEM 79
TEMPLATE FILE (S)
106
STRIPPED MASTER PAGE FILE(S)
120
PDL MASTER PAGE FILE(S)
122
VARIABLE INFORMATION DATABASE
108
STRIPPED VARIABLE PAGE FILE(S)
126
130
P1-a
P1-b
P1-c
P4-a
P4-b
P4-c
132
134
136
137
138
PRESS COMMAND FILE
140


100a-1
102
100a-r
100a
112
116
110
P4
P1
100

FIG. 6a


100b-1
100
102
100b-r
100b
P2
P3

FIG. 6b




FIG. 7a




FIG. 7b




FIG. 8a




FIG. 8b


START
SELECT OBJECT IN FILE
150
152
TEXT, LINE OR IMAGE ?
LINE
TEXT
IMAGE
PLACE DATABASE FIELD NAME AT INSERTION POINT
154
INSERT DUMMY PICTURE FILE WITH DATABASE FIELD NAME
158
160
FIT TO BOX CHOSEN ?
Y
N
162
SET SUBNAME TO "FIT"
156
MORE VARIABLE INFORMATION IN DOCUMENT ?
SELECT POSITION OF IMAGE IN BOX
163
Y
N
FINISH

FIG. 9



Open Template File
170
Open Database File
172
Create Database Field List
174
Prompt for Section Number, Simplex/Duplex and Selective Processing Code (if any)
176
Select First Page
177
178
Any Images ?
No
Yes
Select First Image
180
Identify File Name for Image
182
184
File Name in Field List ?
Yes
Delete Image Box
186
Save Image Box Location and Field Name and Increment VARIABLE Image Box Counter for Page
187
No
Save Image Box Location and Increment MASTER Image Box Counter for Page
188
190
Select Next Image
N
Processed All Images ?
189
Y
192
Any Text Boxes ?
Y
Select and Parse First Text Box
194
N
To block 206
A


FIG. 10a


A
196
Text Box Include Field Name(s) ?
Yes
198
Delete Text Box
No
199
Save Text Box Location and Field Name and Increment VARIABLE Text Box Counter for Page
200
Save Text Box Location and Increment MASTER Text Box Counter for Page
To block 178 (Fig. 10a)
208
Select Next Page
206
No
All Pages Processed ?
Yes
Processed All Text Boxes ?
No
Select & Parse Next Text Box
202
204
Yes
Save as Stripped Master File
210
214
216
Generate PDL Master Page File (and INI Files)
Reopen Template File and Delete All Master Boxes (Text & Image)
Save as Stripped Variable File
212
218
Create *.VARS File (Page/Field Name)
B

FIG. 10b


B
MAKE WORKING COPY OF STRIPPED VARIABLE FILE
242
SELECT FIRST PAGE HAVING VARIABLE INFORMATION AND DELETE OTHER PAGES
244
FROM BLOCK 298, FIG. 10e
SELECT FIRST DATABASE RECORD
246
254
READ DATABASE RECORD
248
SELECT NEXT DATABASE RECORD
250
SELECTIVE PAGE PROCESSING ?
Y
252
PAGE USES THIS RECORD ?
N
Y
N
256
DUPLICATE SELECTED PAGE
253
LAST RECORD IN DATABASE ?
N
FROM BLOCK 292, FIG.10e
258
ANY IMAGE BOXES ?
N
Y
GO TO BLOCK 294, FIG. 10e
260
Y
SELECT FIRST IMAGE BOX
INSERT IMAGE IDENTIFIED BY DATABASE FIELD
262
c
d
e

FIG. 10c


c
d
e
264
SUBNAME = FIT ?
Y
266
SCALE IMAGE TO FIT
268
N
POSITION IMAGE IN BOX
272
SELECT NEXT IMAGE BOX
270
PROCESSED ALL IMAGE BOXES ?
N
Y
274
N
ANY TEXT BOXES ?
Y
276
SELECT FIRST TEXT BOX
SELECT FIRST INSERTION PT.
278
INSERT TEXT SPECIFIED BY DATABASE FIELD
280
284
282
ALL INSERTION PTS. PROCESSED ?
N
SELECT NEXT INSERTION PT.
Y
RECOMPOSE TEXT BOX
286
f
g
h

FIG. 10d


f
g
h
288
PROCESSED ALL TEXT BOXES ?
N
SELECT NEXT TEXT BOX
290
Y
292
PROCESSED ALL RECORDS ?
N
GO TO BLOCK 254 FIG . 10c
Y
294
GENERATE POSTSCRIPT AND INI FILES
298
RETRIEVE COPY OF STRIPPED VARIABLE FILE AND SELECT NEXT PAGE HAVING VARIABLE INFORMATION AND DELETE OTHER PAGES
296
PROCESSED ALL PAGES ?
N
Y
302
300
PRESS COMMAND FILE EXIST?
N
CREATE PRESS COMMAND FILE
GO TO BLOCK 246 FIG. 10c
Y
304
SELECT FIRST RECORD IN DATABASE AND CORRESPONDING RECORD IN PRESS COMMAND FILE
306
312
TEMPLATE FILE INCLUDES THIS RECORD ?
Y
FIND SECTION IN PRESS COMMAND FILE RECORD (CREATE IF NEEDED)
N
i
j
k

FIG. 10e



i
j
k
308
ALL PAGES PROCESSED ?
Y
N
310
SELECT NEXT RECORD IN DATABASE AND CORRESPONDING RECORD IN PRESS COMMAND FILE
314
SELECT FIRST PAGE IN SECTION
316
SIMPLEX OR DUPLEX ?
SIMPLEX
DUPLEX
328
COPY MASTER PAGE FILE NAME AND PG. NUMBER AND VARIABLE PAGE FILE NAME AND PAGE NUMBER (IF ANY) AS SINGLE SET PAIRS
320
ALL PAGES PROCESSED ?
N
Y
COPY MASTER PAGE FILE NAME AND PG. NUMBER AND VARIABLE PAGE FILE NAME AND PG. NUMBER (IF ANY) AS SINGLE SET PAIRS
318
324
ALL RECORDS PROCESSED ?
N
Y
322
SELECT NEXT PAGE IN SECTION
326
PROCESS ANOTHER SECTION ?
Y
GO TO BLOCK 170, FIG. 10a
N
FINISH


FIG. 10f


PROMPT USER TO SPECIFY INFORMATION
TO CREATE PAGINATION FILE:
-MAX. # PAGES
-LH/RH FILLER PAGE ID
FOR EACH PAGE, SPECIFY :
-FORCE LEFT, FORCE RIGHT OR NO FORCE
-FILLER PAGE I.D. FOR FORCED PAGE
-MASTER, ALWAYS VARIABLE OR SELECTIVELY VARIABLE
340
OPEN PRESS COMMAND FILE
342
SELECT DATABASE FILES,
PAGINATION FILE, PLACEHOLDERS
FILE AND BARCODE FILES
344
RETRIEVE RECORD IN
PRESS COMMAND FILE
346
DETERMINE WHICH
PAGES SHOULD
PRINT
(SEE FIG. 13)
348
DETERMINE WHETHER
PAGES ARE LEFT OR RIGHT
(SEE FIG. 14)
350
"PAD" PAGES INTO
MULTIPLES OF "N"
(SEE FIG. 15)
352
GENERATE POSTSCRIPT ®
INSTRUCTION SET
354

FIG. 11

Case 1:06-cv-00032-JJF Document 110-6 Filed 01/17/2007 Page 24 of 40






FIG. 12


348
RETRIEVE PAGE FROM RECORD IN PRESS COMMAND FILE
360
364
CALCULATE AND SAVE OFFSETS OF ALL PAGES IN FILE
YES
IS PAGE FROM A NEW FILE TO BE IMPOSED-ON-THE-FLY WITH OFFSETS ?
362
NO
366
IS PAGE A MASTER PAGE? (NO VARIABLE PLACEHOLDERS?)
YES
NO
370
IS PAGE MARKED "PRINT ALL TIMES" ?
YES
MARK PAGE AS "SHOULD PRINT"
368
NO
372
YES
NO
DOES PAGE HAVE ANY PLACEHOLDERS WITH VALID DATA ?

FIG. 13


350
INITIALIZE L/R COUNTER TO "RIGHT" (DEFAULT VALUE)
380
RETRIEVE PAGE THAT IS MARKED "SHOULD PRINT"
382
HAS USER SPECIFIED WHETHER PAGE SHOULD BE FORCED LEFT OR RIGHT?
384
NO
YES
FLIP-FLOP L/R COUNTER
386
DOES ORIENTATION MATCH USER SPECIFICATION? (I.E. = L/R COUNTER?)
388
YES
NO
MARK APPROPRIATE FILLER PAGE AS "SHOULD PRINT"
390

FIG. 14


352
COUNT NUMBER OF PAGES ARE MARKED "SHOULD PRINT" (INCLUDING FILLER PAGES)
392
394
IS IT A MULTIPLE OF 4?
YES
RETURN TO BLOCK 354 OF FIG. 11 TO GENERATE INSTRUCTION SET
NO
396
ADD FILLER PAGES TO MAKE IT A MULTIPLE OF 4

FIG. 15


Enter the page height and width of the imposed page or "flat". These will be used as the setpagedevice parameters to the RIP.
Page Width (Inches):
17
Page Height (Inches):
11
Imposition Style:
Get Tiff Style
Finishing Style:
In-Line Finishing
Four Pagers:
Stitch
Report Field:
NO SELECTION
Bar Code:
Bottom of Sheet
Page Numbers:
Page Numbers Off
Select:
PostScript File...
Bar Code PS File
Contents File...
Bar Code Content File
Variable File (*.vars)...
VDF MAC:Desktop Folder:VDF Jobs:Longs Drugs:aloha.mm.vars
Pagination File (*.pag)...
Pag PS File
Book Ticket Directory...
BT Directory
Device Name:
Docuprint
Queue Name:
HBA
Master and Variable Storage Directory:
/var/spool/XRXnps/netqreq
Cancel
OK

FIG. 16

FIG. 17


397
Open Press Command File
Prompt User to Specify RIP Option: Master Only, Variable Only, Master & Variable
398
Select First Line In PCF Having File Name(s)
399
400
Select First File Name
401
File Name Unique ?
No
Yes
402
Add to File List
403
RIP File ?
No
Yes
404
Add to RIP List
End of Line ?
No
Yes
405
406
Select Next File Name
End of File ?
No
Yes
407
Select Next PCF Line
408
RIP Files in RIP List to Tiff Format
409


"GET TIFF" IMPOSITION
RETRIEVE PAGE PAIR FROM INSTRUCTION SET
410
RETRIEVE REFERENCE TO LEFT HAND PAGE IN TIFF FORMAT
412
MOVE OFFSET TO RIGHT SIDE
414
RETRIEVE REFERENCE TO RIGHT HAND PAGE IN TIFF FORMAT
416
ADD PAGE NUMBERS AND/OR BAR TRACKING CODE
418

FIG. 18


PDL MASTER PAGE FILES
122
PDL VARIABLE PAGE FILES
137, 138
MERGED POSTSCRIPT FILES
450
PRESS COMMAND FILE
INSTRUCTION SET
140
PRESS CONTROLLER
80
COLLATOR
81
RIP
IMPOSITION-ON-THE-FLY PROCEDURES
454
82
RASTER MEMORY
452
DEMAND PRINTER
84
PRINT SYSTEM
79
454
456

FIG. 19


Standard Level 2 SHOWPAGE Operator
500
Reason Code = 0
502
Call EndPage Procedure
504
Result from EndPage = True ?
YES
506
Transmit Contents of Raster Memory to Output Device (For Rendering)
NO
510
INITGRAPHICS (Reset Default Matrix and Clipping Path)
ERASEPAGE (Clear Raster Memory)
508
512
Increment PageCount
514
Call BeginPage Procedure

FIG. 20


Redefined INITCLIP
520
Does CurrentPoint Exist?
NO
522
Set P1 = Empty Path
YES
524
Set P1 = Current Path Description (Call MakePath Procedure)
526
Save Current [CTM]
528
Set Virtual [CTM]
530
Create Clipping Path Between Corners of Virtual Page
532
Restore Saved [CTM] and Current Path (P1)

FIG. 21


Redefined TRANSFORM
534
Is Matrix Operand Supplied?
Yes
536
Call Standard TRANSFORM Operator (Systemdict_Transform)
No
538
Save Current [CTM] on Stack
540
Calculate [Operations Matrix] = [Current CTM] [Virtual CTM]-1
542
Set new [CTM] = [Operations Matrix] [System Default Matrix]
544
Call Standard TRANSFORM Operator (Systemdict_Transform)
546
Reset Current [CTM] (Saved by block 538)

FIG. 22

FIG. 23


ENABLEVIRTUALDEVICE
550
Is PostScript Level 2? (setpagedevice in systemdict?)
No
(Level 1)
554
Rename Standard Level 1 SHOWPAGE Operator
556
Redefine Level 1 Showpage Operator to Emulate Level 2 Showpage Operator (See Fig. 20)
Yes
552
Load Redefined EndPage and BeginPage Procedures Into Current Graphics State (call setpagedevice)
558
Execute BeginPage Procedure for First Page
560
Invoke DisablePageDevice Procedure (See Fig. 24)
562
Set VirtualDeviceEnabled = True

FIG. 24


DISABLEPAGE DEVICE
570
Is PostScript Level 2? (setpagedevice in systemdict?)
NO (Level 1)
YES
572
Is PageSize Included as Operand to setpagedevice?
NO
YES
574
Determine Orientation (Portrait or Landscape) of PageSize Operand
576
578
Is PageSize Orientation = Virtual Device Orientation?
NO
Invoke SetPortrait Procedure (Fig. 25)
YES
580
Call Redefined Initgraphics and ErasePage Operators
582
Redefine Compatibility Operators to Corrent Page Orientation


SETPORTRAIT
590
Is Portrait True?
No
(Landscape to Portrait)
Yes
(Portrait to Landscape)
600
Convert Corner Coordinates to Landscape Orientation
602
Translate Origin in Positive-x Direction
604
Rotate 90 degrees CounterClockwise
606
Set Virtual [CTM] for Landscape Orientation
614
Convert Corner Coordinates to Portrait Orientation
616
Translate Origin in Positive-Y Direction
618
Rotate 90 degrees Clockwise
620
Set Virtual [CTM] for Portrait Orientation
622
Exchange Values of Page Width (PageX) and Page Height (PageY)
624
Reverse Value of Portrait

FIG. 25




PORTRAIT --> LANDSCAPE

**FIG. 26A**




LANDSCAPE --> PORTRAIT

**FIG. 26B**


SETVIRTUALDEVICE
630
Is VirtualDevice Enabled = True?
NO
632
Invoke EnableVirtualDevice Procedure
633
Invoke Redefined Save Operator (See Figs. 33 & 35) (Optional Procs. Only)
YES
634
Define Virtual Page Size [PageX PageY]
636
Define Corners of Virtual Page [Clipllx, Cliplly, Clipurx, Clipury]
Set [CTM] to System Default Matrix for Current Output Device (systemdict_initmatrix)
638
Execute Scale, Translate and Rotate Procedures
640
Save Resultant Matrix as the Virtual [CTM] (Stored in DefaultMatrix)
642
648
Set Portrait = False (Landscape Orientation)
644
Is Page Width < Page Length? (PageX < PageY?)
NO
650
Invoke Redefined INITCLIP Operator to Set Clipping Path Around the Border of the Virtual Page
646
YES
Set Portrait = True (Portrait Orientation)

FIG. 27



IMPOSEJOB
652
Invoke EnableVirtualDevice Procedure (Fig. 23)
653
Execute Redefined Save Operator and Store Saved State (Optional Procs. Only)
654
Retrieve File/List Pair from Instruction Set
656
Invoke IMPOSEFILE Procedure (See Fig. 29)
657
Execute Redefined Restore Operator to Restore State Saved by Block 654 (Optional Procs. Only)
658
Set ImageDone = True
660
Was SHOWPAGE Redefined? (Level 1?)
NO
664
END
YES
662
Execute systemdict_showpage


FIG. 28

# Exhibit D
# (cont.)

FIG. 29


IMPOSEFILE
670
PageOffset = CurrentPage + PageOffset + 1
672
Retrieve Entry from Entry List [{user proc} page # {operands} {user proc}]
673
CurrentPage = Page # from Entry
674
Is First Page on Flat? (CurrentPage = 0?)
NO
YES
675
Execute User Procedure
676
Pop User Procedure
678
Invoke SetVirtualDevice Procedure (See Fig. 27)
680
Is First Page on Flat? (CurrentPage = 0?)
NO
YES
682
Invoke MakeNull Procedure (see Fig. 30) For Scaled-Down Virtual Device (INITCLIP)
684
Find Last Page on Flat
686
Interpret Page Descriptions (containing SHOWPAGE Operator) in PostScript File Through Last Page
688
Flush File and Close File
690
Get Next File/List Pair from IMPOSEJOB Procedure


MAKENULL
Calculate and Save MidPoint of Virtual Clipping Path in Device Space
698
Get Virtual [CTM] (Stored in DefaultMatrix)
700
Calculate Sx and Sy Scale Factors
702
Scale Virtual [CTM]
704
Store Scaled Virtual [CTM] as the New Virtual [CTM] in DefaultMatrix
706
Set MidPoint of Scaled Clipping Path Equal to Original MidPoint Coordinates (Saved by Block 698)
708

FIG. 30


Redefined EndPage
710
Called by SHOWPAGE? (Reason Code = 0?)
No
Yes
712
CurrentPage + PageOffset = PageCount?
No
Yes
Execute Second User Procedure (Offsets)
713
714
Increment CurrentIndex to Get Next Entry from Entry List
716
CurrentIndex <= LastIndex?
No
Yes
718
Reset Graphics State to Default (systemdict_initgraphics)
720
Retrieve Entry from Entry List (Operands to setvirtualdevice)
722
Invoke setvirtualdevice Procedure
724
CurrentPage = Page Number from Retrieved Entry (Next Page on Flat)
726
Invoke MakeNull Procedure (Fig. 30) (assume next page not on flat)
Pop User Procedure
728
730
Get Value of ImageDone ("True" means flat is complete)
Reset ImageDone to False
732

FIG. 31

FIG. 32


Redefined BeginPage
740
Set Virtual [CTM] (redefined INITMATRIX)
742
Is Page on Flat? (PageCount = CurrentPage + PageOffset?)
NO
752
PageCount > LastPage + PageOffset?
NO
756
Invoke Redefined INITCLIP Operator (See Fig. 21)
YES
754
STOP "Done with Current File"
YES
744
Get Entry from Entry/List Pair
745
Execute User Procedure
746
Invoke SetVirtualDevice Procedure (See Fig. 27)
748
Pop Page Number from Retrieved Entry
750
Blank Out Virtual Page (Erase Any Stray Marks from Non-Selected Pages)

FIG. 33


VSAVE
800
Save Current [CTM]
801
Set [CTM] = Identity Matrix
802
Does CurrentPoint Exist?
NO
YES
808
Set P1 = No-op (Empty) Path
810
FirstOp = Moveto (Set CurrentPoint)
804
Set P1 = Current Path (Invoke MakePath Procedure)
FirstOp = Lineto (Add Segment to Current Path)
806
812
Create Unlimited Bounding Box (SetBigBBox)
814
Invoke FirstOp to Append Page Size (PageX and PageY) Components to Current Path
818
Append Virtual [CTM] Components to Current Path
820
Replace Identity [CTM] with Previously Saved [CTM]


VRESTORE
830
Save Current [CTM]
832
Set [CTM] = Identity Matrix
834
Retrieve Current Path Operands (includes page size & virtual [CTM] components at time of save)
836
Set ResDefaultMatrix and ResPageSize to [CTM] and Page Size from Current Path (at time of save)
Res DefaultMatrix = Current DefaultMatrix?
838
No
Yes
840
Set [CTM] to Value Saved by Block 830
842
Set P1 = Path at Time of Save (without PageSize and [CTM])
844
Is Restored Page Orientation = Saved Page Orientation?
No
Yes
846
Change Page Orientation (Invoke SetPortrait Procedure)
856
Remove Page Size and Virtual [CTM] Components from Current Path
Restore Current Path
858
Restore [CTM] to Value Saved by Block 830
860
848
Set C1 = Current Clipping Path
850
Calculate New [CTM]
Execute Correct Clipping Path (C1) in Virtual [CTM] Coordinate System
852
854
Restore Current Path (P1) in Virtual [CTM] Coordinate System

FIG. 34




FIG. 35




FIG. 36




FIG. 37

# BOOK ASSEMBLY PROCESS AND APPARATUS FOR VARIABLE IMAGING SYSTEM

## RELATED APPLICATIONS

This application is a divisional of U.S. application Ser. No. 08/802,337, filed Feb. 11, 1997, the disclosure of which is hereby incorporated by reference, and which, in turn, is a continuation-in-part of U.S. application Ser. No. 08/478,397, filed Jun. 7, 1995 and a continuation-in-part of U.S. application Ser. No. 08/627,724, filed Apr. 2, 1996, now U.S. Pat. No. 5,857,209.

## TECHNICAL FIELD

The present invention relates generally to reproduction methods and systems, and more particularly to a method of and system for selectively reproducing images.

## BACKGROUND ART

Most printing systems in use today utilize printing plates or cylinders which are engraved or photochemically processed to create an image thereon. Ink is then deposited on the plate or cylinder and the ink is thereafter transferred to a substrate, such as paper. In a conventional printing press, a number of pages are printed on a sheet of paper to form a signature which is then folded and assembled with other signatures. The assembled signatures are then bound, trimmed and finished by finishing apparatus to produce finished books, such as magazines, catalogs or any other printed and bound matter.

Often, there is a need to produce different versions of books and/or customized books within a single press run. For example, it may be desirable to produce a number of standard books together with a number of books having additional and/or different signatures or pages therein. Also, it may be necessary or desirable to provide customized information in the form of an address label, personalized information or the like on the inside or outside of finished books. In either case, conventional printing systems are not easily adaptable to produce books of these types.

A printing system which has the ability to produce differing book versions and/or books with customized information is disclosed in Riley U.S. Pat. No. 4,121,818, assigned to the assignee of the instant application. The printing system includes a number of packer boxes disposed adjacent a binding chain wherein each packer box stores a plurality of signatures. A control is included for controlling the packer boxes to selectively feed signatures onto chain spaces of the binding chain so that books of varying content can be produced. Customized information can be printed on the signatures by means of an ink jet printer which is selectively operated by the control. Other types of customization can be effectuated, such as by inserting or onserting cards or the like.

Other systems for producing customized books are disclosed in Abrams et al. U.S. Pat. No. 3,899,165, Wong et al. U.S. Pat. Nos. 4,500,083 and 4,674,052, Wong U.S. Pat. No. Re 32,690 and Berger et al. U.S. Pat. Nos. 4,768,766 and 4,789,147.

Image manipulating systems have been developed which permit gathering of images in an office or home environment. For example, conventional word processing programs, such as Microsoft® Word®, WordPerfect® and the like, permit a user to import images into a page and also allow a user to command which pages of a document to print. In



addition, macros (i.e., a sequence of commands) can be assembled and executed within these programs which can allow printing of particular document pages in a certain order. Still further, most word processing programs have merge capability wherein a customized image is merged with other standardized information and printed or displayed. As one example, customized information in the form of addressee and address information may be merged with standardized return address information and printed on a series of envelopes.

A different image gathering capability provided by CAD (computer aided design) software, sometimes referred to as "layering," involves the creation and storage of a base page and one or more layer pages. A user can issue commands to display or print the base page and one or more of the layer pages simultaneously atop one another to achieve an effect similar to the overlay of transparencies so that a composite page appearance results.

While the foregoing image manipulating systems allow some image gathering capability, none is effective to assist in the rapid production of different book versions. Of course, CAD systems are primarily designed for line art and not text or graphic images, and hence are of only limited use. Further, if one were to use word processing software to produce book versions it would be necessary to issue commands to separately print the pages of each book version just before such version is to be produced. That is, a user would have to create and store pages to be included in a first book version and then command the software to print as many copies of the first version as are needed. Thereafter, the user would have to recall the pages of the first version from memory, edit and store the pages to create pages to be included in a second book version and then command the system to print the required number of books of the second version. Similar steps would have to be undertaken for each other book version to be produced. Alternatively, the pages of the different book versions could be created and stored and thereafter printed together. In either event, where many book versions are to be produced, such a process would be quite time-consuming. In addition, image importation and merge routines provided as a part of word processing software are adapted for use on a sub-page basis only and hence are of only limited usefulness in the book production environment. Still further, data manipulated by word processing software are largely (if not entirely) in symbolic format. As a result, data to be displayed or printed must be first rasterized by a raster image processor (RIP), which utilizes complex and time-consuming computational routines which further increase production time to an economically impractical level.

Recently, new printing systems have been developed, called "demand printers," which are capable of high speed printing of images from electronic representations thereof. The demand printer produces high quality color (or black and white) images using a set of fusible toners in an electrophotographic process. More particularly, a web of paper is passed adjacent a series of drums, each of which has been electrostatically charged according to an image pattern for a particular color to be applied to the web. The charge is transferred to the paper and an oppositely charged toner of the proper color is brought into contact with the paper. The oppositely charged web and toner attract so that the toner is held on the paper as other colors are applied thereto. The toners and paper are thereafter heated to fuse the toners to the paper to produce the final image. The web is then cut into sheets (or "forms") and the forms are further processed as needed to produce a final product.

Unlike conventional presses which utilize engraved or photochemically prepared plates or cylinders, demand printers are capable of rapidly printing high quality images of differing content owing to the fact that the images are produced by an electrophotographic process. That is, instead of the need to replate and re-engrave a gravure cylinder when a different image is to be printed therewith, it is only necessary to change the charge applied to the drums of the printer in order to make such change. Thus, different images can be printed by the same printer without significant delays. This advantage makes the demand printer desirable for use in certain production environments.

Warmus et al. U.S. patent application Ser. No. 08/478,397, entitled "Variable Imaging Using An Electronic Press" discloses an apparatus and method for controlling an electronic press so that fixed and variable information may be printed in a simple and effective manner. More particularly, first and second sets of template data representing associated first and second template pages, respectively, are developed. Each set of template data includes master data representing fixed information and area data representing an area of a page for variable information. A database is also developed having a number of entries each of which represents variable information. The printer is operated in accordance with the sets of template data and the entries in the database such that the first and second template pages are displayed with selected variable information.

The Warmus et al. apparatus and method generates a page definition language representation of each single page and thereafter generates a page definition language representation of each imposed flat, i.e., each side of a piece of paper to be printed with two or more pages. Such a procedure can be computationally expensive and may limit productivity.

## SUMMARY OF THE INVENTION

According to one aspect of the present invention, a method of assembling a book includes the steps of specifying pagination information including an indication of whether a page is to be selectively included in the book, determining whether the page is to be assembled into the book based on the pagination information, and generating page description language instructions for production of the book in accordance with the pagination information.

Preferably, the determining step includes the step of analyzing variable information areas of the page. The inventive method may further include the step of analyzing press commands directed to production of the book to determine whether the page is to be assembled into the book. The inventive method may still further include the step of generating a pagination file having data representative of the pagination information.

Preferably, the pagination information includes an indication of a maximum number of pages for the book. The pagination information may include filler page information. The pagination information also preferably includes a specification of whether the page should be forced to one of a right side and a left side of the book.

In one embodiment, the inventive method further includes the step of specifying page description language instructions to produce a barcode on the page. The barcode may be indicative of tracking information.

In another embodiment, the step of generating page description language instructions includes the step of generating instructions for production of page numbering information on the page. The step of generating page description language instructions may also include the step of generating instructions for insertion of filler pages in accordance with the pagination information.



Preferably, the inventive method further includes the step of delivering the page description language instructions to an electronic press to print the book.

In yet another embodiment, the step of specifying the pagination information includes the step of providing a user interface for entry of the pagination information.

Other features and advantages are inherent in the apparatus claimed and disclosed or will become apparent to those skilled in the art from the following detailed description in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram illustrating a prior art method of producing books;

FIG. **2** is a block diagram of a method of producing books implementing the present invention;

FIG. **3** is a block diagram illustrating an exemplary system for implementing the method of the present invention illustrated in FIG. **2**;

FIG. **4** is a block diagram illustrating one of the demand printing systems of FIG. **3** in greater detail;

FIG. **5** is a generalized diagram of the steps implemented by the method of the present invention;

FIGS. **6***a* and **6***b* are elevational views of portions of a sample book that may be produced by the present invention;

FIGS. **7***a*, **7***b* and **8***a*, **8***b* are elevational views of portions of other sample books that may be produced by is the present invention;

FIG. **9** is a flowchart illustrating programming that may be executed by a user on a personal computer to create the template files **105** of FIG. **5**;

FIGS. **10***a*–**10***f*, when joined along similarly-lettered lines, together represent programming executed by the control unit **52** of FIG. **3**;

FIG. **11** is a flowchart illustrating the programming implemented by the control unit **52** to generate a page description language instruction set specifying which pages should be printed and how the pages should be positioned (or imposed) for printing;

FIG. **12** is a sample window to prompt a user for the information needed to create a pagination file;

FIG. **13** is a flowchart illustrating in detail the programming implemented by the block **348** of FIG. **11** which determines which pages should be printed for a particular record in the press command file;

FIG. **14** is a flowchart illustrating in detail the programming implemented by the block **350** of FIG. **11** to determine whether the pages should be forced to the left or right-hand side of the book;

FIG. **15** is a flowchart illustrating in detail the programming implemented by the block **352** of FIG. **11** to pad the pages included in the book into a multiple of the number of pages to be printed on a sheet;

FIG. **16** is a sample window to prompt a user to provide various information to select imposition and printing styles;

FIG. **17** is a flowchart illustrating the programming implemented to RIP page files to Tiff format for use in "Get Tiff" imposition in accordance with the present invention;

FIG. **18** is flowchart illustrating the programming implemented to impose pages using "Get Tiff" imposition in accordance with the present invention;

FIG. **19** is a more detailed block diagram of the print system **79** (shown in FIG. **4**) incorporating the imposition-on-the-fly procedures of the present invention;

FIG. **20** is a flowchart illustrating the standard operation of the Level 2 PostScript® showpage operator;

FIG. **21** is a flowchart illustrating the program steps implemented by the redefined Postscript® initclip operator according to the imposition-on-the-fly procedures of the present invention;

FIG. **22** is a flowchart illustrating the program steps implemented by the redefined Postscript® transform operators according to the imposition-on-the-fly procedures of the present invention;

FIG. **23** is a flowchart illustrating the program steps implemented by the EnableVirtualDevice procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **24** is a flowchart illustrating the program steps implemented by the DisablePageDevice procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **25** is a flowchart illustrating the program steps implemented by the SetPortrait procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **26**A is a diagram illustrating the conversion of a portrait-oriented page to a landscape-oriented page according to the SetPortrait procedure of FIG. **24**;

FIG. **26**B is a diagram illustrating the conversion of a landscape-oriented page to a portrait-oriented page according to the SetPortrait procedure of FIG. **24**;

FIG. **27** is a flowchart illustrating the program steps implemented by the setvirtualdevice procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **28** is a flowchart illustrating the program steps implemented by the Imposejob procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **29** is a flowchart illustrating the program steps implemented by the ImposeFile procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **30** is a flowchart illustrating the program steps implemented by the MakeNull procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **31** is a flowchart illustrating the program steps implemented by the redefined EndPage procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **32** is a flowchart illustrating the program steps implemented by the redefined BeginPage procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **33** is a flowchart illustrating the program steps implemented by the Vsave procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **34** is a flowchart illustrating the program steps implemented by the Vrestore procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **35** is a flowchart illustrating the program steps implemented by the redefined Postscripts® save operators according to the imposition-on-the-fly procedures of the present invention;

FIG. **36** is a flowchart illustrating the program steps implemented by the redefined PostScript® restore operator according to the imposition-on-the-fly procedures of the present invention; and



FIG. **37** is a flowchart illustrating the program steps implemented by the redefined PostScript® grestore and grestoreall operators according to the imposition-on-the-fly procedures of the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. **1** illustrates a prior art method of producing books, for example, as shown in the above-identified Riley et al. '818 patent. During a publishing step **20**, the contents of one or more book versions are determined. Each version may comprise, for example, a set of standard or common pages. In addition, some of the versions may include one or more additional pages or other customized information. Thereafter, during a preliminary step **22**, color correction of color images is undertaken together with undercolor removal and screening for halftone images. During a prepress step **24**, page imposition is effected and printing cylinders or plates are prepared. The plates or cylinders are then used during a printing step **26** to prepare signatures which are loaded into packer boxes (not shown). As noted in the Riley et al. '818 patent identified above, the signatures are then selectively collected on a gathering chain (not shown) during a book assembly step **28** and the gathered signatures are bound and trimmed to create the books. The books are thereafter distributed during a step **30** to users via one or more distribution systems, for example, the U.S. Postal Service.

As should be evident from the foregoing, customization occurs during the book assembly step **28**, inasmuch as the choice of particular signatures to be included in a book is made at that time. In addition, customized information can be printed onto selected signatures using an ink jet printer disposed adjacent the gathering chain. Thus, for example, addressee information can be printed by the ink jet printer on assembled books so that preprinted addressee labels need not be used. Other types of customization can be effected at this time, for example, by inserting or onserting cards into or onto a stack of collected signatures, affixing a specialized or customized cover on a gathered stack of signatures, or the like. Customization at this point in the production process is simpler and less expensive than, for example, separately printing each book version with customized information.

FIG. **2** illustrates a block diagram of a method **40** according to the present invention which may be used in place of the method of FIG. **1** to produce books. The method **40** includes a step **42** which utilizes the output of publishing and preliminary steps **36**, **38** and produces books for distribution according to the step **30** of FIG. **1**. The step **42** creates one or more master and variable page files in, for example, a page description language (PDL) such as PostScript® (PostScript® is a trademark of Adobe Systems, Inc. for its page description language) representing pages to be produced. In addition, as noted in greater detail hereinafter, a press command file (also referred to as a "book ticket" file) is developed which specifies the manner in which data contained within the master and variable page files are to be merged to produce printed pages. The format of the press command file may be, for example, of the form specified by Barco Graphics of Gent, Belgium, which is particularly suited for control of a DCP-1 digital color press manufactured by Xeikon of Mortsel, Belgium. Alternatively, the format of the press command file may be of the form specified for control of a DocuPrint printer, manufactured by Xerox Corporation. Other demand printers include the IBM 3900 or Siemens 2090 Twin or 2140 Twin. It should be noted that the apparatus and method of the present invention are

not limited to use with a particular type of demand printer or a particular system for controlling such a printer, inasmuch as the invention can be adapted for use with any type of printer or control whether located locally or remotely.

The master and variable page files and the press command file are converted by a collator and raster image processor (RIP) into bitmaps which may be stored in a memory. The stored bitmaps are used to control one or more demand printers and/or any other type of display device, such as a laser printer, a CRT, an LCD display or the like so that the device displays pages having fixed and variable information thereon. Alternatively, the master and variable page files may be premerged to create a plurality of combined files each representing a page to be reproduced with master and variable information. The combined files can be then sent to any type of printer or other display device, whether local or remote. Also, the combined files can be converted to a suitable format (e.g., Acrobat® PDF format) and transmitted to a remote location using a facsimile machine, e-mail, the Internet/worldwide web or other transmission medium, if desired. Advantageously, the combined files may be transmitted over the Internet or any other networked or linked computers, such as a company intranet. In this case, as electronic page containing customized data can be sent over the Internet/intranet to a user based upon user demographic(s), a user search and/or any other identifiable user interest(s). For example, a customized Internet page could be sent with links to other web pages of interest to a user or a customized page may be sent in response to a user search for information on a particular subject. Alternatively, or in addition, ads could be generated and sent as a web page to one or more users based upon user demographics. As a further example, personnel information concerning a particular employee may be sent to the employee in response to a request for information.

If the pages are to be displayed by rendering the pages on the demand printer, the assembled books may be bound and trimmed and, if desired, further customized, during a finishing step.

FIG. **3** illustrates a system **50** which implements the steps **36**, **38** and **42** in the method **40** of FIG. **2**. A control unit **52**, which may be implemented by a personal computer or another type of computer, includes a memory **53** and stores therein data representing images to be printed. As noted in greater detail hereinafter, the data may be specified by a publisher using a personal computer **54** or any other type of computer and may comprise one or more template files specifying pages to be produced with master or fixed printed information (i.e., printed information which does not vary from book to book of the same version) and variable printed information (which typically varies from book to book). The variable information may be stored in a database created by the publisher and the template file(s) specify the locations on particular pages for variable information stored in the database, as noted in greater detail hereinafter.

If desired, image data may be obtained from any other type of device or devices, such as a scanner which scans input copy, data supplied over a network or any other source. The control unit **52** is further responsive to control and makeready files and causes one or more demand printing systems **62** to print desired pages. While three demand printing systems **62***a*–**62***c* are illustrated in FIG. **3**, it should be understood that the control unit **52** may operate a different number of demand printing systems, as desired. Also, the control unit **52** may operate a fax machine **64** and/or may communicate with other remote devices to send properly converted combined files, as desired and as noted above. In the case of other remote devices, a modem **65** may be operated by the control unit **52** to transmit data representing one or more pages to be displaced by a display device at a remote location over phone lines (land lines and/or cellular) or a combination of phone lines and the Internet. Alternatively or in addition, the data may be sent to a local or remote location at least in part over an intranet or another computer network through a direct connection therewith. The combined files may be printed or may alternatively be reproducible in a different medium and/or may comprise a non-static image or other information, e.g., movies or audio.

The pages printed by the demand printing system **62** may be supplied to a finishing apparatus **66** which includes various auxiliary production devices and device interfaces for assembling the pages to produce finished books which are ready for distribution. The finishing apparatus **66** may include one or more gathering devices **70** for gathering printed pages into books, one or more ink jet printers **72** for printing additional customized information, such as addressee information, on each book, one or more label printers **74** for printing address labels and/or other control devices **76**. In addition, one or more detectors **78** may be provided to sense when a defective book is produced. The control unit **52** may be responsive to the output of the detector **78** to reorder a defective book at an appropriate point in the production sequence thereof so that advantage can be taken of postal discounts, if possible.

One or more components of the finishing apparatus **66** may be physically located on the demand printer (i.e. "online finishing"). Alternatively, the finishing apparatus **66** may be physically separate from the demand printer (i.e. "offline finishing").

FIG. **4** illustrates the demand print system **62***a* of FIG. **3** in greater detail, it being understood that the systems **62***b* and **62***c* are functionally similar. The system **62***a* includes a print system **79** having a press controller **80**, a collator **81** and a raster image processor (RIP) **82** which are operable in response to press commands generated by the control unit **52**. A collator is an electronic device for storing raster image processor files (i.e., bitmap files) and delivering selected files to a digital press in real time, such that the digital press can run at full speed while processing and printing unique page data for each book produced on the press. The RIP **82** converts the page files to bitmap format or any other format, such as a symbolic printer control language. The collator **81** includes memory in the form of mass storage drives and physical memory and collates the bitmap page files. If desired, the collator **81** and/or RIP **82** may comprise a part of the press controller **80**. The controller **80** instructs the collator **81** to send page files to a demand printer **84**. The print system **79** may comprise the PrintStreamer system, manufactured and marketed by Barco Graphics of Belgium, while the demand printer **84** may comprise the Xeikon DCP-1 digital color press noted above. Alternatively, the demand printer **84** may be a DocuPrint printer manufactured by Xerox Corporation and the RIP **82** may be a Xerox DocuPrint RIP. It should be noted that a different print system and/or demand printer may alternatively be used, such as the Indigo printer manufactured by Indigo NV, of Maastricht, Netherlands, if desired.

FIG. **5** illustrates in diagrammatic generalized form the method of the present invention. For the purpose of explaining the present invention, as an example, it will be assumed that the demand print system **62***a* will be operated to produce a number of multiple-page books in the form of a brochure in duplex (or "saddle-stitch") format. FIGS. **6***a* and **6***b* illustrate four pages **P1**–**P4** printed on a single sheet of paper

**100** and to be included in a brochure. The sheet of paper **100** includes a first side **100***a* with printed pages P**1**, P**4** thereon and a second side **100***b* with pages P**2**, P**3** printed thereon. (As will become evident hereinafter, the use of designations P**1**–P**4** is not meant to imply that such pages will necessarily become pages 1, 2, 3 and 4 of the finished book.) In addition, pages P**1**–P**4** are imposed such that the page P**1** is placed on a right-hand portion **100***a–r* of the side **100***a* while the page P**4** is placed on a left-hand portion **100***a–l* of the side **100***a*. Further, the page P**2** is placed on a left-hand portion **100***b–l* of the side **100***b* while the page P**3** is placed on a right-hand portion **100***b–r* of the side **100***b*. In this fashion, when the sheet of paper **100** is folded along a fold line **102** with the pages P**1** and P**4** on the outside, the pages P**1**–P**4** appear in sequence. (The format shown in FIGS. **6**A and **6**B is often referred to as "saddle stitch" imposition and is commonly used in magazines.) Because each book to be produced in this example includes multiple sheets of paper (or "forms"), each folded once along a fold line, the imposition process takes into account shingling effects but not bottling effects. It should be noted that such effects will generally have to be taken into account when more than two pages are to be printed on a single side of a sheet of paper and thereafter folded multiple times and assembled with other multiple-folded printed sheets of paper to create a book.

In addition to the foregoing, in the first example, assume that the pages P**1** and P**4** will become the outside front and back covers, respectively, of a finished book and include variable and fixed information thereon. Further, assume that the pages P**2** and P**3** will become the inside front and back covers, respectively, (as must be the case if P**1** and P**4** are the outside front covers) and include fixed information only thereon. For example, the page P**1** may include variable information in the form of a personalized message, a variable image, or the like in an area **110** whereas the page P**4** may include other variable information in an area **112**, for example, postal information for mailing the brochure to an addressee. Corresponding front and back pages of the remaining books may include different variable information. The remaining printed information on pages P**1**–P**4** may be identical to the printed information on corresponding pages of remaining books.

The books to be produced may include the same or differing number of forms and may have the same or differing numbers of pages. For example, the pages P**1**–P**4** may be assembled with a first number of other forms printed with twelve additional pages to produce a first book having sixteen pages. Another book to be produced in the same run may include some or all of pages P**1**–P**4** and a second number of forms printed with twenty other pages, some of which may or may not be identical to the twelve additional pages of the first book. Filler pages may be placed in some or all books to cause such book(s) to have a certain number of pages. This may be necessary or desirable to result in a book length which is evenly divisible by four (in the event pages are imposed as two-page spreads) and/or to insure that particular page(s) appear on the left-hand or right-hand side in the finished book.

In fact, the books to be produced in the same press run may be different in terms of page content and/or appearance, book length, book size (by changing page imposition parameters), book version, etc . . . Specifically, for example, the pages of FIGS. **7***a*, **7***b* and **8***a*, **8***b* may be produced and assembled in different book versions together with the book version incorporating the pages of FIGS. **6***a* and **6***b* in the same production run or job. Pages P**5**–P**8** of FIGS. **7***a* and **7***b* are identical to the pages P**1**–P**4**, respectively, of FIGS. **6***a* and **6***b* except that an additional area **113** is provided on the page P**5** for placement of variable information, in addition to the areas **110** and **112**. Because of the addition of the area **113**, the remaining master information appearing in an area **114** differs from master information appearing in an area **116** of the page P**1** of FIG. **6***a*.

The book version incorporating eight pages P**9**–P**16** of FIGS. **8***a* and **8***b* differs from the book versions incorporating the pages of FIGS. **6***a*, **6***b* and **7***a*, **7***b* not only in terms of content of master and variable information, but also number of pages and page size. Specifically, the pages P**9**, P**12**, P**13** and P**16** are to be printed on a first side **117***a* of a sheet of paper **118** and the remaining pages P**10**, P**11**, P**14** and P**15** are to be printed on a second side **117***b* of the sheet **118**. In addition, the pages P**11**–P**14** are printed upside down relative to the remaining pages so that, when the sheet **118** is folded first along a fold line **119***a* and then along a fold line **119***b*, the resulting pages P**9**–P**16** appear in order. Thereafter, the folded sheet **118** is trimmed to separate the pages P**9**–P**16**. As should be evident, the pages P**9**–P**16** are one-half the size of the pages P**1**–P**8**, and further include different master and variable information thereon. The demand printer may also have multiple paper trays to select different paper sizes, stocks, colors, etc. or preprinted sheets to be included in the finished book.

Referring again to FIG. **5**, one or more template files **106** are developed by a publisher specifying the content (including appearance) of fixed information and the positioning of all information (i.e., fixed and variable) on the different books or book versions. A database **108** is also developed by the publisher using the personal computer **54** specifying the content of variable information to be placed in variable information areas, for example, the areas **110**, **112** on the pages P**1**, P**4**, respectively, of FIGS. **6***a* and **6***b*. The database **108** further includes control information, as noted in greater detail hereinafter.

The template files **106** include data specifying the position and content of fixed information on the pages to be printed. Specifically, the template files **106** define template pages wherein each template page includes data representing any fixed information to be reproduced on corresponding pages of the books or book versions and area data representing any area(s) on the corresponding pages where variable information is to be reproduced. The template files are duplicated to create working files. One set of working files is stripped of all area data relating to placement of variable information to create stripped master page files **120** defining template pages having only fixed information thereon. The stripped master page files are then converted into PDL master page files **122** expressed in a page description language, such as Postscript®.

Optionally, the PDL master page files **122** may be converted into two-pages spreads by a page make-up program such as QuarkXPress®. Preferably, however, the PDL master page files **122** are provided to the print system **79** and imposed according to the imposition processes of the present invention, as explained in detail below.

A further set of working files is stripped of all fixed information to create stripped variable page files **126** defining template pages having fixed information removed therefrom and further having the area data defining the areas **110**, **112**. The data representing template pages having variable information thereon are expanded into a set of intermediate page files. In the example of FIGS. **6***a* and **6***b* and under the assumption that three books are to be printed, two intermediate page files **130**, **132** are thus produced. The file **130**

includes a file portion P1-*a* defining the position of variable information to be produced on the page P1 for the first book. Two other file portions P1-*b* and P1-*c* define the position of variable information to be produced on the front outside covers of the remaining two books. In like fashion, file portions P4-*a*, P4-*b* and P4-*c* represent the position of variable information to be reproduced on the back outside covers of the three books. At this point, data is also contained in each of the files **130**, **132** identifying the entries in the database **108** to be placed in the areas **110**, **112** during printing.

The files **130**, **132** are then converted into variable page files **134**, **136**. The files **134**, **136** are identical to the files **130**, **132**, respectively, except that the data in each file identifying entries in the database are replaced by the actual data stored at such entries. The files **134**, **136** are then converted into files **137**, **138** in a PDL format, for example, PostScript®.

Like the master PDL files **122**, the variable PDL files **137**, **138** may be converted into two-page spreads by a page make-up program such as QuarkXPress®. Preferably, however, the variable PDL files **137**, **138** are provided to the print system **79** and imposed according to the imposition procedures of the present invention, as explained in detail below.

The print system **79** operates in response to the press commands in a press command file **140** and merges the PDL master page files **122** with the PDL variable files **137**, **138** to create the finished books or book versions. Alternatively, the master page files **122** may be premerged with the PDL variable files **137**, **138** before the files are provided to the print system **79**.

FIG. **9** illustrates a flow chart of programming executed by the personal computer **54** for creating the template file(s) **106** of FIG. **5**. The programming may be written as an extension of QuarkXPress®, a page make-up program distributed by Quark, Inc. of Denver, Colo. The QuarkXPress® program may be adapted for operation on the Apple® Macintosh® operating system or any other operating system, such as the Microsoft Windows® operating system. Alternatively, a different page make-up program may be used, if desired.

During the make-up process for a document consisting of one or more pages, a template file is created for each book version to be produced, or, where a book is to include two or more parts (referred to as "sections" hereinafter) a template file may be created for each section. At a block **150** a user may select an area of a page for reproduction of variable information therein, at which point a line object, a text object or an image object may be selected. A block **152** then checks to determine which type of object has been selected. If a text object has been selected, indicating that variable text is to be inserted at a point defined by the current cursor position on the computer display, the name of the appropriate field in the database **108** is inserted into the template file at the insertion point defined by the current cursor position by a block **154**. If the user wishes to designate more areas for variable information (block **156**) control returns to the block **150** to await selection by the user. If the user then selects an image object, a box is defined by the user to contain an image at a desired location on a selected page. Control from the block **152** thereafter passes to a block **158** which inserts a dummy picture file and an indication of the proper database field name in the template file for the page at the location indicated by the current cursor position. The user will thereafter see the dummy picture file at the insertion point on the display of the computer **54** when the page is viewed. The dummy picture file will display an indication of which database field will be used for insertion on the respective pages.

Following the block **158**, a block **160** prompts the user to enter an indication of whether the image object is to be displayed in one of several display formats. If the image is to be displayed in other than the original size thereof, a block **162** sets a subname defined for the image to "fit," indicating that the image is to be scaled to fit the box. If the image is to be displayed in the original size thereof, a block **163** prompts a user to select a position for the image at a particular location in the box defined therefor, such as the upper left-hand corner, the lower right-hand corner, or the like. If the user does not select a position, the image is placed in the upper left corner of the image box. Control thereafter proceeds to the block **156**.

If the block **152** determines that a line object has been selected, control returns directly to the block **150**, inasmuch as variable information cannot be entered into a line object. The resulting page template files(s) are stored on a storage medium, such as an optical disc or other storage device, and/or the files(s) are downloaded together with the database to the control unit **52**.

At any point during the page make-up process, other functional aspects of the QuarkXPress® program may be invoked to both master and variable aspects as necessary to produce finished pages.

The database **108** is assembled by creating an ASCII file having a plurality of records wherein each record includes one or more fields entered into the database in tab-delimited format (i.e. the fields are separated from one another in each record by tab keystrokes and the records are separated from one another by line returns) and wherein the fields are arranged under field names of a header. Each field may include text to be reproduced on a page or a name of an image file stored in the memory **53** and defining an image to be reproduced on a page.

In addition to the foregoing data, the database **108** may include an optional field designating the number of copies of each book to be produced, an optional townsort image field, a version identification field indicating book version number if multiple book versions are to be produced, an optional distribution list field, control data and the like.

A sample database is set out below having a header consisting of twelve fields (i.e., "version," "addressline**1**," "addressline**2**," etc.) and a number of records, nine of which are shown, each having twelve fields:

| Version | Address line1 | Address line2 | Address line3 | Address line4 | Address line5 | Price 1 | Image 1 | Price 2 | Copies | Barcode | Townsort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | William Doe | 123 Elm | Chicago | Illinois | 606248923 | $22.95 | Shoes | $21.95 | 1 | 1606248923! | |
| 03 | Hugh Jorgensen | 56 Maple | Chicago | Illinois | 606248923 | $21.95 | Shirt | $20.95 | 1 | 1606248923! | |
| 02 | Jay P. Morgan | 1313 Park | Chicago | Illinois | 606248924 | $24.95 | Pants | $22.95 | 1 | 1606248924! | ■ |

-continued

| Version | Address line1 | Address line2 | Address line3 | Address line4 | Address line5 | Price 1 | Image 1 | Price 2 | Copies | Barcode | Townsort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | Joe Louis | 819 Elm | LaGrange | Illinois | 605251093 | $19.95 | Pants | $18.95 | 1 | 605251093! | |
| 03 | John Smith | 926 Cossit | LaGrange | Illinois | 605251093 | $19.95 | Shoes | $15.25 | 1 | 1605251093! | |
| 01 | Len Johnson | 882 Monroe | LaGrange | Illinois | 605251093 | $19.95 | Shoes | $17.25 | 1 | 1605251093! | |
| 02 | Janet Cizmar | 916 Monroe | LaGrange | Illinois | 605251094 | $24.95 | Pants | $21.95 | 1 | 1605251094! | ■ |
| 03 | Jay Schroeder | 88 W. 77th | Brookfield | Illinois | 605241391 | $21.95 | Shirt | $19.95 | 1 | 1605241391! | |
| 03 | Danielle Johnston | 129 Madison | Brookfield | Illinois | 605241391 | $22.95 | Shirt | $19.95 | 1 | 1605241391! | ■ |

In the example of FIGS. **6***a* and **6***b*, the field names ADDRESSLINE1 through ADDRESSLINE5, BARCODE and TOWNSORT may appear in the area **112** and one or more of the field names PRICE1, IMAGE1 AND PRICE2 may appear in the area **110**. The COPIES field may be used as a control code to select the number of book copies to be produced.

Once the template file(s) **106** and the database **108** are assembled, the programming of FIGS. **10***a*–**10***f* may be executed by the control unit **52** to create the master page file **122**, the final variable page files **137** and **138**, and the press command file **140**. Referring first to FIG. **10***a*, a block **170** prompts a user to select a template file **106** and a block **172** opens the database **108**. A block **174** then reads and stores in a list the database field names for later reference and a block **176** prompts a user to enter information indicating a section number and whether pages are to be printed in simplex (i.e., single-sided) or duplex (i.e., double-sided) format. The section number identifies the order in which multiple sections are to be processed for a particular book. The user may also be prompted to enter a selective processing code identifying a particular book version to process if multiple versions are to be produced during a single press run.

Following the block **176**, a block **177** begins the process of stripping variable information from the template file opened by the block **170** to obtain the stripped master file **120** of FIG. **5**. The block **177** selects a first page for processing and a block **178** checks to determine whether there are any images in the template file and, if images are located, a block **180** selects a first image.

A block **182** identifies the file name for the image and a block **184** checks the field list to determine whether the file name is included therein. If the file name for the image is included in the field list, then the image comprises variable information and a block **186** deletes the image block. A block **187** then identifies and saves the image box location on the page, the characteristics of the image box, such as the size, skew, background color and subname and the like and further saves the field name of the image from the database **108**. Also, a counter in the memory **53** which tracks the number of variable image boxes on the page is incremented.

Otherwise, if the block **184** determines that the file name is not in the field list, then the image contains only master information. A block **188** then also saves the image box location on the page and the characteristics of the image box. Also, a counter in the memory **53** which tracks the number of master image boxes on the page is incremented.

A block **189** then checks to determine whether all images have been processed. If not, a block **190** selects a next image and control returns to the blocks **182**–**189**. Control remains with such blocks until the block **189** determines that all images have been processed and control then passes to a block **192**. Control also passes to the block **192** from the block **178** should the latter determine that there are no images in the template file.

The block **192** determines whether any text boxes are present in the open template file. If at least one text box is present, a block **194** selects and parses a first text box and a block **196** (FIG. **10***b*) checks to determine whether the text box includes at least one of the field names of the database **108**. If so, then it has been determined that the text box includes variable information and a block **198** deletes the text box. A block **199** then stores the text box location, the insertion points in the text box at which variable information is to be printed and the characteristics of the text box and the field names of the database **108** identified in such text box in the memory **53**. In addition, a variable text box counter is incremented representing the number of variable text boxes appearing on each page.

Otherwise, if the block **196** determines that the text box does not include any field names from the database, then the text box contains only master information. A block **200** stores the text box location in the memory **53**. In addition, a master text box counter is incremented representing the number of master text boxes appearing on each page.

Control then passes to a block **202**, which checks to determine whether all text boxes in the template file have been processed. If not, a block **204** selects and parses the next text box in the template file and control returns to the blocks **196**–**202**. Control remains with such blocks until all text boxes have been processed, whereupon a block **206** determines whether all pages have been processed. If not, a block **208** selects a next page and control returns to the block **178** (FIG. **10***a*). Otherwise, a block **210** saves the resulting file as the stripped master file.

Alternatively, if a page contains a lot of formatting information (i.e. tabs, fonts, etc.), a rich text file (which includes such formatting information) may be created offline from the database. The text box may then open the rich text file and read the information from the file. The use of the rich text file speeds up the processing time.

Also, once a placeholder on a page has been "filled in" with information from the database field, the program may mark the corresponding text or image box as "touched." Thus, if the text or image box is "untouched," the program can skip processing of that text or image box, also speeding up the total processing time.

Control also bypasses the blocks **194**–**202** and proceeds directly from the block **192** to the block **206** if the block **192** determines that there are no text boxes in the open template file.

Following the block **210**, a block **212** converts the stripped master file into the PDL master page file **122** of FIG. **5**. At the same time, an initialization (or INI) file may be created. The format and existence of the INI file depends on the type of demand printer utilized. For example, the DocuPrint demand printer does not require the use of an INI file. However, the Barco RIP requires the use of an INI file.

The INI file (in ASCII code) for the Barco RIP is created according to the following format:

name: [file path\name]
psx: [dimension]
psy: [dimension]
ssx: [dimension]
ssy: [dimension]
posx: [dimension]
posy: [dimension]
duplex: [zero or one]
orientation: [zero or one]
output: [filename]
copies: [number]

Where "psx" and "psy" refer to finished page sizes in x and y directions, "ssx" and "ssy" refer to cut sheet size in x and y directions, "posx" and "posy" refer to offsets in x and y directions specifying placement of each page on a cut sheet, "duplex" refers to single or two-sided printing, "orientation" refers to portrait or landscape printing, "output" refers to the name of the output file and "copies" refers to the number of copies to be printed. A sample INI file which specifies parameters for printing of a file called MYJOB.PS is as follows:

Name: C:\jobs\myjob.ps
psx: 8000
psy: 11000
ssx: 11500
ssy: 9000
posx: 150
posy: 150
duplex: 1
orientation: 1
output: myjob.ps
copies: 1

In the foregoing example, one copy of the file MYJOB.PS is to be printed in duplex and portrait formats at an offset of 0.15×0.15 inches from a corner of a finished sheet of paper 8×11 inches cut from a sheet originally having dimensions of 9×11.5 inches.

For the DocuPrint (or any other demand printer which does not use an INI file), a queue is created which contains the same parameters (and potentially additional parameters which may invoke the functionality of an inline finisher, or other apparatus) as the INI file.

Following the block **212**, a block **214** then reopens the same template file originally opened by the block **170** and deletes all the master image and text boxes. A block **216** than saves the resulting file as the stripped variable file **126** of FIG. **5**.

A block **218** then creates a temporary file containing a table of the current page number and a number representing the name of the database field placed by the block **154** at the insertion point. The file is called, for example, *.VARS (where * is a user-selected file name). The *.VARS file thus contains pairs of page numbers and database column numbers that indicate where in the database variable information for the page comes from. For example, the *.VARS file may contain the following information:

| | |
|---|---|
| 1 | 7 |
| 8 | 43 |
| 9 | 44 |
| 10 | 45 |
| 11 | 46 |
| 11 | 47 |
| 13 | 50 |
| 14 | 52 |
| 15 | 50 |
| 15 | 51 |

In the example above, page 1 contains variable data from column 7 of the database, page 8 contains variable data from column 43 and page 11 contains variable data from column 46 and 47. Further, the *.VARS file may contain separate pairings for images and text.

Control then passes to block **242** (FIG. **10***c*) which creates a working copy of the stripped variable file **126**. A first page having variable data thereon is selected and data representing the remaining pages in the file are deleted by a block **244**. In the example of FIGS. **6***a* and **6***b*, the block **244** creates a file defining the front cover of a book with all fixed information deleted therefrom and an area reserved for variable information.

Following the block **244**, a block **246** selects a first record in the database **108** and a block **248** reads the record. An optional block **250** checks to determine whether a selective processing code has been entered by the user indicating that the page is to undergo selective page processing. As noted above, the apparatus and method of the present invention may be utilized to produce not only books of a single version (i.e., where corresponding pages differ only in terms of the variable information stored in the database) but also books of different versions. In the latter case, the books of different versions have different fixed and variable information. The fixed and/or variable information may vary in terms of content or appearance (i.e., style, location, rotation, position, etc.) or both in different versions.

If the block **250** determines that selective page processing is to be undertaken, then a block **252** checks to determine whether the database record read by the block **248** is to be utilized on the page currently under consideration. The block **252** accomplishes this by checking the version identification field in the database to determine if that version is being used. If this is not the case, a block **253** checks to determine whether the record currently under consideration is the last in the database. If so, control passes to a block **294** of FIG. **10***e*. Otherwise, a block **254** selects a next record in the database **108** and control returns to the block **248** where the next database record is read.

If the block **250** determines that selective page processing is not to be undertaken, or if the block **252** determines that the record read by the block **248** is to be used in the page currently under consideration, a block **256** duplicates the data representing the page remaining after execution by the block **244** to initiate development of one of the files **130** or **132**. In the first pass through the program of FIG. **10***c*, and in connection with the example of FIGS. **6***a* and **6***b*, the block **256** creates the file **130** and develops page data representing a first version of the page **P1**-*a* and adds further variable information to such page data during immediately succeeding passes through the program. Thereafter, data representing the remaining pages **P1**-*b*, **P1**-*c* and **P4**-*a* through **P4**-*c* are created and variable information is added to such pages serially during subsequent passes.

A block **258** checks to determine whether there are any image boxes on the page and, if so, a block **260** selects a first image box. A block **262** then inserts the image identified by the database field into the image box. A block **264**, FIG. **10***d*, checks the subname to determine whether the block **162** of FIG. **9** has indicated that the image should be sized to fit the image box. If this is true, a block **266** performs the scaling. Otherwise, a block **268** positions the image in the image box at the position specified by the user and a block **270** checks to determine whether all image boxes have been processed. Control also passes from the block **266** directly to the block **270**, thereby skipping the block **268**. If not all image boxes have been processed, a block **272** selects a next image box on the page and control returns to the blocks **262**–**270** so that remaining image boxes are serially processed.

Once the block **270** determines that all image boxes have been processed, or immediately following the block **258** of FIG. **10***c* if no image boxes are found on the page, a block **274** checks to determine whether there are any text boxes on the page and, if so, a pair of blocks **276, 278** select a first text box and a first insertion point in such box. Blocks **280, 282** and **284** serially insert text data stored in the database **108** at the appropriate insertion points in the text box. Once all of the variable text data have been inserted into the text box, a block **286** recomposes all text in the text box so that the text obtains a neat finished appearance. The recomposition process is automatically undertaken by the QuarkXPress® program once the variable information is inserted into each text box. The recomposition process is responsive to the user commands as applied to the template file page, such as left, right, center, or full justification, hyphenation and the like. Following the block **286**, a block **288**, FIG. **10***e*, checks to determine whether there are remaining text boxes to be processed on the page and, if so, a block **290** selects the next text box on the page and control returns to the blocks **278**–**288** to insert text information into such text boxes.

Once the block **288** determines that all text boxes for the page have been processed, the programming required to produce one of the pages of the file **134** of FIG. **5** having variable information only thereon is complete. A block **292** then determines whether all records in the database have been considered for inclusion in additional variable pages of the file **134** to be produced. If not all records have been considered, control returns to the block **254**, FIG. **10***c*, where the next database record is identified and read. On the other hand, if all pages of the file **134** have been produced by considering all records in the database **108**, a block **294** converts the file data into Postscript® or another PDL format to create the variable page file **137** of FIG. **5**. Also, an INI file is created as before, except that the "duplex" or "twinplex" parameter is set to command simplex printing only. If necessary or desirable, should the press run length exceed a certain limit, the programming may be modified to create more than one variable page file for each variable page of the template file.

Following the block **294**, a block **296** checks to determine whether there are other variable pages in the stripped variable page file to be processed. If this is true, a block **298** retrieves a copy of the stripped variable file, selects the next variable page therein and deletes remaining pages therefrom. Control then returns to the block **246** of FIG. **10***c*. In the example of FIGS. **6***a* and **6***b*, the back cover P4 and the corresponding pages of the remaining books are now selected for processing. In the fashion noted above, a file representing the variable portions of such pages is produced by developing the file representing the pages P**4**-*a* through P**4**-*c* and inserting the database information into such file to obtain the variable page file **136** and the PDL version **138**.



Following generation of the variable page files **134**, **136**, and **137**, **138** control passes to a block **300** which checks to determine whether a press command file has already been created. If not, a file is created by a block **302** having placeholder comments indicating where in the press command file individual press commands are to be placed for each book to be produced. The press command file may also include data from one or more fields of the database **108** identifying an intended recipient of each book to be produced to assist in reproducing books found to be defective or to produce sample books. At this point, the press command file for the example of FIGS. **6***a* and **6***b* may be as follows (using data from the sample database set out above):

;RECORD1
;:WILLIAM DOE:606248923
;ENDRECORD
;RECORD2
:HUGH JORGENSEN:606248923
;END RECORD
;RECORD3
;:JAY P. MORGAN:606248924
;END RECORD

Following the block **300** (if the press command file already exists) or the block **302** a block **304** selects the first database record and a corresponding first record in the press command file. A block **306** then checks to determine whether the template file currently being processed includes the selected database record. If not, a block **308** determines whether all pages have been processed, and if this is not the case, the next record in the database **108** and a corresponding record in the press command file are selected. Control then returns to the block **306**. If the block **306** ascertains that the template file includes the selected record, a block **312** inserts an indication of the section number in the press command file at an appropriate point if the section number is not already present. If the section number is present already, the press command identified by the section number entered by the user at the block **176** is identified to be overwritten at a later point. The press command file now appears as follows for the example of FIGS. **6***a* and **6***b:*

RECORD1
;:WILLIAM DOE:606248923
;SECTION 1
;ENDSECTION
;ENDRECORD
;RECORD2
;:HUGH JORGENSEN:6062488923
;SECTION 1
;ENDSECTION
;END RECORD
RECORD3
;:JAY P. MORGAN:606248924
;SECTION 1
;END SECTION
;END RECORD

Following the block **312**, a block **314**, FIG. **10***f*, selects a first page of the section and a block **316** checks the state of a flag stored in the memory **53** to determine whether a simplex or duplex job has been requested. If a simplex job has been requested, the file name and page number of the master page file and, if variable information is to appear on the page, the file name and page number of the variable page file for the selected page are stored as a single set pair in the

memory **53** by a block **318**. The determination of whether variable information is to appear on the selected page is accomplished by summing the contents of the variable image box counter and the variable text box counter as incremented by the blocks **220** and **234** of FIG. **10***b*.

A block **320** checks to determine whether all pages have been processed and, if not, the next page is selected by a block **322** and control returns to the block **316** for processing of such page. If all pages have been processed, control passes to a block **324** which determines whether all database and press command records have been processed. Control also passes to the block **324** if the block **308** determines that all pages have been processed. If not all records have been processed at this point, control returns to the block **310** where the next records in the database and press command file are selected.

If the block **324** determines that all records for the current section have been processed, a block **326** determines whether another section is to be processed and, if so, control returns to the block **170** of FIG. **10***a*. If there is not another section to be processed, the press command file has been fully assembled, and hence the process terminates.

If the block **316** determines that a duplex job is to be effected, control passes to a block **328** which stores in the memory **53** a command identifying the file names and page numbers of the master page file (as well as corresponding information relative to variable page files, if variable information is to appear) as two-set pairs. Control from the block **328** then passes to the block **320** described above.

The result of the programming of FIGS. **10***a*–**10***f* is a press command file having a sequence of press commands which cause printing of pages in a desired order. In order to print the sample pages of FIGS. **6***a* and **6***b*, the press command file would read as follows:

```
BOOK A
;RECORD1
;:WILLIAM DOE:606248923
;SECTION 1
“file.m”1@“file.v1”1|“file.m”2
“file.m”3|“file.m”4@“file.v4”1
;ENDSECTION
;ENDRECORD
;RECORD2
;:HUGH JORGENSEN:606248923
;SECTION 1
“file.m”1@“file.v1”2|“file.m”2
“file.m”3|“file.m”4@“file.v4”2
;ENDSECTION
;ENDRECORD
;RECORD3
;:JAY P. MORGAN:606248924
;SECTION 1
“file.m”1@“file.v1”3|“file.m”2
“file.m”3|“file.m”4@“file.v4”3
;ENDSECTION
;ENDRECORD
ENDBOOK
PRINTRUN R
BOOK A
ENDPRINTRUN
```

In the foregoing example, “file.m” is a file name identifying the master page file **122** and “file.v1” and “file.v4” are file names identifying the variable page files **137** and **138**, respectively. The number following each file name designates a particular page of the file identified by the file name. Thus, for example, “file.m”1 designates the first page of the master file “file.m” and “file.v1”2 designates the second page of the variable page file “file.v1.” The @ sign means to associate the pages of the files linked by such sign (i.e. overlay the variable pages on the master pages). The vertical line in the commands indicates that the page(s) on the left side of the vertical line are to be printed on the front side of a piece of paper whereas the page(s) on the right side of the vertical line are to be printed on the reverse side of the piece of paper. In an example of simplex printing, no file name would appear to the right of the vertical line in each command.

FIG. **11** illustrates the programming implemented by the control unit **52** to generate a page description language instruction set specifying which pages should be printed and how the pages should be positioned (or imposed) for printing. The page description language instruction set may be incorporated into the press command file **140** or may be provided as a separate file to the print system **79**. For purposes of illustration, the page description language instruction set is written in Postscript® in the format dictated by the Xerox DocuPrint printer. Further, the instruction set is directed to books printed in “saddle stitch” imposition format (i.e. 2 pages on each side of sheet) as explained in connection with FIGS. **6**–**8**. It is understood, however, that the invention could easily be modified for use with a different demand printer (i.e. the Xeikon Barco printer) and/or imposition format (i.e. 4 pages on each side of sheet).

Referring to FIG. **11**, the programming begins at a block **340** which prompts a user to specify certain information to be used to paginate the book. A variable (“MAXPGS”) representing the maximum number of supplied pages that may or may not be assembled into a single book during the job is specified together with the identification of a filler page that may or may not be printed and assembled in a book either on a left-hand or a right-hand portion thereof. Also, the user is prompted to specify for each page whether such page will be forced to be on the left side of a book, the right side of a book or will not be forced to a particular book side. In the event a page is to be forced to a side, the user is prompted to specify the page file name and page number for a filler page to precede the forced page. Still further, the user is prompted to specify for each page whether such page is:

1) A Master Page—contains the same information and is included in every book;
2) An Always Variable Page—contains variable information and is included in every book; or
3) A Selectively Variable Page—contains variable information and is selectively included in selected books.

In so specifying the foregoing, the user creates a pagination file (called, for example, *.PAG, where * indicates a file name selected by the user). A sample window generated by the block **340** to prompt a user for the information needed to create the pagination file is shown in FIG. **12**.

Referring again to FIG. **11**, following the block **340**, a block **342** opens the press command file **140** and a block **344** selects the appropriate database files, including the variable information file (*.vars), the pagination file (*.pag), and (optionally) a barcode file. As set forth above, the *.vars file is a temporary file of pairs of page numbers and database column numbers that indicate where in the database variable information for the page comes from.

The barcode file is a page description language file (for example, a PostScript® file) which contains instructions for

printing the sequential page numbers and/or a tracking bar code on the pages of the completed book. The barcode file will be explained in detail below.

The programming then proceeds to the loop containing blocks **346**, **348**, **350**, **352** and **354**. The block **346** takes each record (or book) in the press command file **140** in sequential order. For each record, the block **348** determines which pages should be printed to generate that particular book. Next, the block **350** determines whether the pages to be printed should be forced to the right hand or left hand side of the book and the block **352** "pads" the pages to be printed to be a multiples of the number of pages to be printed on a sheet (in our example, 4) by adding appropriate filler pages. Next, the block **354** generates the PostScript® instruction set and the programming returns to the block **346** to retrieve the next record in the press command file **140**. The loop repeats for each record in the press command file **140**.

FIG. **13** illustrates in detail the programming steps implemented by the block **348** of FIG. **11**, which determines which pages should be printed for a particular record in the press command file **140**. A block **360** first retrieves the first page in the record. A decision-making block **362** then determines whether the page is from a new file that is to be "imposed-on-the-fly with offsets." (Imposition-on-the-fly with offsets is one of the imposition formats of the present invention, which will be explained in detail below). If yes, a block **364** calculates and saves the offsets for all the pages in the file. After the block **364** calculates and saves the offsets or if the block **362** is false, a decision-making block **366** then determines whether the page is a master page (i.e. does not include any variable information placeholders). If the page is a master page, the page should always be printed and a block **368** "marks" the page to be printed. The block **368** may "mark" the page by adding it to a page print array. The page print array contains the page number and a marker to indicate the disposition of the page. For example, pages that should not be printed are designated with a "0"; master pages (always printed) are designated with a "1"; and variable pages to be printed are designated with a "2".

If the block **366** determines that the page is not a master page (i.e. it's a variable page), a decision-making block **370** determines whether the variable page should be printed at all times. (This was designated by the user at the block **340** in FIG. **11** during creation of the pagination file). If yes, the block **368** marks the page to be printed. If no, a decision-making block **372** determines whether the page has any variable placeholders with valid data. In other words, the block **372** determines whether there is any variable information from the database to be printed on the page. If yes, the block **368** marks the page for printing. The program then returns to the block **360** to retrieve the next page from the record until all the appropriate pages have been marked for printing.

FIG. **14** illustrates in detail the programming steps implemented by the block **350** of FIG. **11** to determine whether the pages should be forced to the left or right hand side of the book. A block **380** first initializes a left/right (L/R) counter variable to its default value of right because it is assumed that the first page of the book will be one the right side. Next, a block **382** retrieves the first page from the record that is marked "should print" and a block **384** determines whether the user has specified whether the page should be forced to the left or right side. (This was designated by the user during creation of the pagination file at block **340** of FIG. **11**). If the user has not specified that the page should be forced, a block **386** flip-flops the L/R counter such that if it was set to right it is changed to left and if it was set to left, it is changed to right and the program returns to the block **382** to retrieve the next "should print" page in the record.



Alternatively, if the block **384** determines that the user has specified that the page should be forced left or right, a block **388** determines whether the user specification matches the orientation of the page (i.e. is it the same as the L/R counter). If yes, the block **386** flip-flops the L/R counter and returns to the block **382** to retrieve the next "should print" page in the record. Otherwise, a block **390** marks an appropriate filler page (which was identified by the user during creation of the pagination file) to be printed and the program returns to the block **382** to retrieve the next "should print" page in the record.

FIG. **15** illustrates in detail the programming steps implemented by the block **352** of FIG. **11** to "pad" the pages into a multiple of the number of pages to be printed on a sheet. In our example, using "saddle stitch" imposition, four pages are printed on a sheet (2 pages per side). Therefore, filler pages may need to be added to ensure that the total number of pages in the book is a multiple of 4. A block **392** first counts the number of pages in the record that have been marked to print. This includes all the master and variable pages that were marked by the block **368** of FIG. **13** as well as any filler pages that were marked by the block **390** of FIG. **14**. Next, a block **394** determines whether the total number of pages is a multiple of 4. If not, a block **396** adds the appropriate number of filler pages to make the total number of pages a multiple of 4. For example, if the block **392** determines that 18 pages are marked to print, the block **396** will add 2 filler pages to make the total number of pages in the book equal to 20 (a multiple of four). The program then returns to the block **354** of FIG. **11** which generates the PostScript® instruction set.

The PostScript® instruction set specifies how the pages marked to print should be positioned (or imposed) for printing. In our example, for a "saddle-stitch" imposition format, and assuming a 12 page book, the block **354** generates an instruction specifying that the pages should be positioned as shown in the following table:

| Sheet No. | Side No. | Left Side | Right Side |
|---|---|---|---|
| 1 | 1 | Page 12 | Page 1 |
| 1 | 2 | Page 2 | Page 11 |
| 2 | 1 | Page 10 | Page 3 |
| 2 | 2 | Page 4 | Page 9 |
| 3 | 1 | Page 8 | Page 5 |
| 3 | 2 | Page 6 | Page 7 |

It is understood that a different instruction set could be generated (by an imposition program) to impose and print the pages in a different format (i.e. four pages per side) or alternatively, a different number of total pages.

After the block **354** generates the imposition instruction set, the pages are imposed and printed according to an imposition procedure of the present invention. The first imposition procedure of the present invention utilizes an artificial PostScript® operator called "GetTIFF", which is recognized by the Xerox DocuPrint RIP, wherein page files are preprocessed to TIFF ("tagged image file format") format before being provided to the RIP. The second imposition procedure of the present invention (referred to as "imposition-on-the-fly") involves downloading imposition programs to the RIP which redefine various PostScript® operators to automatically position pages while each page is being interpreted.

A user is prompted to specify various information needed for imposition and printing, including the sheet size (i.e.

11×17), imposition style (imposition-on-the-fly or GetTIFF), finishing style (online or offline), the output device (i.e. Xerox DocuPrint or Barco Xeikon) and the name of the directory where the master and variable page files are stored. A sample window to prompt a user to provide this information is shown in FIG. **16**.

GetTIFF Imposition

A TIFF (tagged image file format) file is a bitmap representation of a page in the same screen format as the print engine. Several commercially available RIPs (such as Image Alchemy or TranverterPro) process pages represented in a page description language format to TIFF format. The Xerox DocuPrint RIP recognizes an artificial Postscript® operator called "GetTIFFII" which retrieves a specified TIFF file and quickly processes the file for rendering by the DocuPrint demand printer. (Other demand printer RIPs, including the Barco Xeikon, may also be modified to recognize a GetTIFF-type operator).

In a preferred embodiment of the present invention, the master page PDL files **122** and the variable page PDL files **137**, **138** are preprocessed to TIFF format. Because the Xerox DocuPrint system allows for only one input data stream (as opposed to the Barco Xeikon system which allows two data streams—master and variable), the master page PDL files **122** and the variable page PDL files **137**, **138** may be premerged. This may be accomplished by forcing all of the master data onto the variable template files. After the master and variable pages are merged, the instruction set and GetTIFF operator are used to quickly impose and process the pages for printing.

Alternatively, the master and variable data streams may be overlaid by first processing the master pages and then overlaying the variable pages onto the master pages.

FIG. **17** illustrates programming which may be executed to facilitate conversion of the page files into TIFF format. The programming begins at a block **397** which opens the press command file stored in the memory **53**. A block **398** then prompts a user to specify options which are available. The options include the ability to convert only master page files, only variable page files or both master and variable page files into bitmap format. A block **399** then selects the first line in the press command file having at least one file name therein. Thereafter, a block **400** selects a first file name and a block **401** checks a file list stored in the memory **53** to see if the file name has been previously placed in the list. If this is not the case, then this is the first time the file name has been encountered in the programming of FIG. **17**. Thus, a block **402** adds the file name to the file list and a block **403** checks the user-specified options set by the block **398** to determine whether the file should be converted into TIFF format. If so, a RIP list stored in the memory **53** is updated by adding the file name thereto (block **404**) and control passes to a block **405**. Control also passes to the block **405** from the block **403** (bypassing the block **404**) if the file is not to be converted into TIFF format, and from the block **401** if the file name currently under consideration is already in the file list.

The block **405** checks to determine whether the end of the current line in the press command file has been reached. If not, a block **406** selects the next file name in the line and control returns to the block **401**.

If the block **405** determines that the end of the current line in the press command file has been reached, a block **407** checks to determine whether the end of the press command file has been reached. If not, a block **408** selects the next line in the press command file having at least one file name and control returns to the block **400**. On the other hand, if the end of the file has been reached, a block **409** causes the RIP **82** (or another RIP) to convert the files identified in the RIP list into TIFF format.

The programming of FIG. **17** thus facilitates conversion of files to TIFF format as required by the print system **79**.

Referring to FIG. **18**, if the user specified GetTIFF imposition and after the page files have been RIPped to TIFF format by the programming of FIG. **17**, a block **410** retrieves the first page pairing from the instruction set (in our example, page 12 as the left hand page and page 1 as the right hand page). A block **412** then retrieves a reference to the page description of the left hand page in TIFF format from the page file and provides it to the RIP **82**. Assuming the default offset is positioned at the left side of the sheet, the left hand page is positioned on the left side of the sheet.

A block **414** then moves the offset to position the next page onto the right side of the sheet. A block **416** retrieves the reference to the page description in TIFF format of the right hand page from the page file and provides it to the RIP **82**. Next, a block **418** may add page numbers and/or a bar tracking code to the sheet, as explained below. The program then returns to the block **410** to retrieve the next page pair from the instruction set and the program repeats until all pages and all books have been processed.

After all pages have been processed, they are RIPped and printed by the demand printer **84** in accordance with the initialization (INI) file, which was created by the block **212** (FIG. **10***b*).

If, for example, the demand printer is a DocuPrint (i.e., no INI file was created), the pages are submitted to the queue (which contains the same parameters as the INI file) for RIPping and printing.

A partial Postscript® instruction set for printing the 12-twelve page brochure in accordance with the table above implementing the GetTIFF imposition according to FIG. **18** is set forth below:

```
<<
/PageSize [1224 792]                                % set sheet size
>> setpagedevice                                    % (11 × 17)
(VERON12.V01_dir/          % get left page
      VERON12.V01.00000002.tiff)                    GetTIFF
612 0 translate                                     % move to right
(VERON01.V01_dir/          % get right page
      VERON01.V01.00000002.tiff)                    GetTIFF
showpage
(VERON02.M_dir/            % get left page
      VERON02.M.00000002.tiff)                      GetTIFF
612 0 translate                                     % move to right
(VERON11.V01_dir/          % get right page
      VERON11.V01.00000002.tiff)                    GetTIFF
showpage
.
.
.
(VERON06.M_dir/            % get left page
      VERON06.M.00000004.tiff)                      GetTiff
612 0 translate                                     % move to right
(VERON07.V03_dir/          % get right page
      VERON07.V03.00000003.tiff)                    GetTiff
showpage                                            % reset to left
```

In the instruction set, the "VERON*.*_dir/VERON*.*" indicates the directory and filename where the page descriptions are located. The suffix ".M" indicates a master page and the suffix ".V_" indicates a variable page (with the version number of the variable page to be printed). The suffix "_.tiff" is the file name created by the RIP which converted the page files to TIFF files and indicates that the files are in TIFF format. The artificial Postscript® "Get-

TIFF" operator interprets the TIFF files. The "612 0 translate" command moves the offset to the right hand side of the sheet (block **414**) and the PostScript® showpage operator transmits the page to the demand printer **84** for rendering, prepares for interpreting the next page description and resets the offset to the lefthand side.

Optionally, the block **418** may print page numbers and/or a bar tracking code onto the sheets printed by the demand printer **84**. This may be accomplished by adding the following additional PostScript® code before the showpage operator in the instruction set shown above:

```
/C39P24Dm 24 selectfont                 % add bar code info
30 4.5 sub 18 translate 90 rotate           % position on
0 0 moveto                              % side of sheet
(1.12) show                         % indicates sheet 1 of 12
                                    %
/Helvetica 12 selectfont                % add page numbers
320 780 moveto                  % center in middle of left page
(12) show                       % print page "12"
-320 780 moveto                 % center in middle of right page
(1) show                        % print page "1"
```

The first section of code provides the command for printing a bar code (indicating for example, the page number and the total number of pages in the book). The second section of the code prints page numbers centered at the bottom of each page. A similar technique could be used to do any "post page" modifications, such as watermarking samples or QC books, adding variable printers marks or the like.

Imposition-on-the-Fly

The user may also specify that the pages be imposed and printed using the imposition-on-the-fly technique of the present invention. This technique positions the pages while the pages are being interpreted by the RIP. FIG. **19** is a more detailed block diagram of the print system **79** shown in FIG. **4**. The PDL master page files **122** and the PDL variable page files **137**, **138** may be combined into merged PDL files (such as merged PostScript file(s) **450**), which are then provided to the print system **79**, comprised of RIP **82**, collator **81**, press controller **80** and demand printer **84**. The press command file **140**, which includes the instruction set for specifying how pages should be imposed, is also provided to the print system **79**.

Alternatively, as described above, the master page files **122** and the variable page files **137**, **138** may be provided separately to the print system **79** and overlaid.

The print system **79** may also include a raster memory **452** associated with the RIP **82** and the demand printer **84**. The RIP **82** generates a raster description of the "current page" being interpreted, which may be stored in the raster memory **452** or provided to the demand printer **84** for rendering. The demand printer **84** physically renders pages **454** from the merged PostScript® file **450** onto a "flat" (or other medium) **456**.

For purposes of illustration, it is assumed that the RIP **82** interprets the widely used PostScript® PDL language. (PostScript® is a registered trademark of Adobe Systems, Inc.) The PostScript® language is fully described in the *PostScript® Language Reference Manual, Second Edition* (1990), from Adobe Systems, Inc., which is incorporated herein by reference. Certain imposition-on-the-fly procedures **454** according to the present invention are downloaded to the RIP **82**. (The procedures **454** include, for example, ImposeJob, ImposeFile and various redefined PostScript® operators which are described in detail below). The imposition-on-the-fly procedures **454** will be used by the RIP **82** to process the instruction set and the page descriptions contained in the merged PostScript® files **450** to efficiently transmit pages for rendering by the demand printer **84**. (For ease in illustration, it is assumed the master and variable page files were premerged into merged file **450**. It is understood, however, that the master and variable page files could also be overlaid.)

PostScript® Background

In order to facilitate the explanation of imposition-on-the-fly procedures of the present invention, some background regarding the PostScript® language is provided. Further background details may be found in the *PostScript® Language Reference Manual, Second Edition* (1990), from Adobe Systems, Inc., which was previously incorporated by reference.

The RIP **82** manages four different stacks, which are "-last-in-first-out" (LIFO) data structures. These stacks include:

(1) an Operands Stack which holds (i) the input operands to various PostScript® operators, and (ii) the results of the operations;

(2) an Execution Stack which is controlled by the RIP **82** and which holds executable objects (i.e. procedures and files) that are in stages of execution;

(3) a Dictionary Stack which includes (i) a read only dictionary ("systemdict") which defines the implementation of the various PostScript® operators, (ii) a writable dictionary ("userdict") which stores all other definitions, and (iii) specialized dictionaries created by the user (e.g., an imposition dictionary); and

(4) a Graphics State Stack which is used to store graphics information, such as the parameters of the demand printer **84**.

The PostScript® language is device independent such that the page descriptions contained in the merged PostScript® file **450** are specified in a coordinate system (called "user space") that is independent of the particular demand printer **84**. The coordinate system (called "device space") used by the demand printer **84** varies depending on the particular demand printer **84** (the "current device") which is specified for rendering the current page. In order to render the pages described in the merged Postscript® file **450**, the page descriptions (specified in user space) may be transformed to the current device space by a Current Transformation Matrix ([CTM]).

The PostScript® language uses the Current Transformation Matrix ([CTM]) to describe scaling, rotation, and translation of the page from user space to device space. For mapping the point (x, y) in user space to the point (x', y') in device space:

```
        [  (FileName)
        [  { user procedure 1 }
           page# { operands to setvirtualdevice }
           { FileObject __offset__ setfileposition }
        ]
        [  { user procedure 1 }
           page# { operands to setvirtualdevice }
           { user procedure 2 - barcodes, watermarks, etc. }
        ]
]
```

where a, b, c, and d determine the extent of scaling and rotation and where $t_x$ and $t_y$ determine the extent of translation.

The RIP **82** also maintains a data structure, called the "graphics state," that holds various graphics control

parameters, including the [CTM]. The graphics state also includes (i) a clipping path, which defines the rendering area in the raster memory **452** for the current page; (ii) font and line definitions; (iii) a color space (such as DeviceGray, RGB, CMYK or CIE); and (iv) other graphics control parameters.

The PostScript® language includes several operators for setting up the current demand printer **84** to fulfill the processing requirements of the page descriptions contained in the merged PostScript® file **450**. The current device setup includes establishing the Current Transformation Matrix ([CTM]) for the current demand printer **84**. The default transformation from user space to device space for the current device is specified by a "system default matrix." The system default matrix may be generated by the PostScript® language, for example, by a defaultmatrix operator. The [CTM] may be considered an alteration of the system default matrix.

Once the current demand printer **84** has been set up, the RIP **82** can begin to interpret the page descriptions in the merged PostScript® file **450**. For each page in turn, everything that is to appear on that page (including text, graphics, and images) is "painted" into the raster memory **452** and stored and/or rendered by the demand printer **84**.

In the merged PostScript® file **450**, each description of a page to be rendered includes a PostScript® showpage operator. The showpage operator, which is generally included at the end of each page description, is used to transmit the raster description of the current page (saved in the raster memory **452**) to the demand printer **84** for physical rendering of the current page. In general, the showpage operator transmits the contents of the raster memory **452** to the demand printer **84**, then erases the current page from the raster memory **452** and partially resets the graphics state in preparation for interpreting the next page description in the merged Postscript® file **450**.

In level 2 PostScript® implementations, the function of the showpage operator is controlled by an EndPage procedure and a BeginPage procedure that are defined according to the current demand printer **84**. In general, the EndPage procedure specifies the disposition of the current page in the raster memory **452** and the BeginPage procedure sets up and marks the beginning of the next page description to be interpreted. These procedures may be defined, for example, by a level 2 setpagedevice operator which sets up the graphics state for the current demand printer **84** (the "current graphics state").

During normal operation, the level 2 showpage operator provides two operands to the EndPage procedure: a reason code and Pagecount. The reason code operand specifies whether the EndPage procedure is being called by the showpage operator, by a copypage operator, or during a device deactivation. When the EndPage procedure is called by the showpage operator, the reason operand is set to 0. The Pagecount operand is the number of executions of the showpage operator that have occurred since the current device was activated, not including the present execution. Thus, Pagecount is equal to the number of pages that have been rendered prior to the current page. After the EndPage procedure is executed, Pagecount is incremented by one and is provided as an operand to the BeginPage procedure.

The operation of the level 2 showpage operator is illustrated in the flowchart of FIG. **20**. A block **500** first sets the reason code operand equal to zero to specify that the EndPage procedure is being called by the showpage operator. A block **502** then calls the EndPage procedure, which consumes the reason code and PageCount operands and returns a boolean result that specifies the disposition of the current page in the raster memory **452**. During normal operation, the EndPage procedure returns true during execution of the showpage or copypage operators (causing a physical page to be produced) and returns false during device deactivation. A decision-making block **504** determines whether the result returned from the EndPage procedure is true or false.

If the EndPage procedure returns "true", a block **506** transmits the contents of the raster memory **452** to the demand printer **84** for rendering. A block **508** then clears the raster memory **452** by executing a procedure similar to a Postscript® erasepage operator. Under normal operation, the EndPage procedure returns true if it is called by the showpage or copypage operator. Thus, the showpage and copypage operators cause the contents of the raster memory **452** to be transmitted to the demand printer **84** for rendering.

If the EndPage procedure returns a "false", the showpage operator does not perform either of the functions of the blocks **506** and **508** (i.e., no page is rendered), but skips to a block **510**. The block **510** executes a procedure similar to a PostScript® initgraphics operator which resets the [CTM], the clipping path, and other graphics parameters to the default values for the current demand printer **84**, thus setting up the graphics state for composing the next page. The clipping path defines the rendering area for the current page stored in the raster memory **452**.

A block **512** then increments the Pagecount operand by one and a block **514** calls the BeginPage procedure with Pagecount as an operand. The BeginPage procedure marks the beginning of the next page in the merged PostScript® file **450** to be interpreted by the RIP **82**.

The standard operation of the level 2 showpage operator illustrated in FIG. **20** may be represented by the following PostScript® pseudo code:

```
/showpage {
    /reason 0 def                          % reason = 0 for
                                           % showpage
    pagecount reason EndPage               % call EndPage
                                           % procedure
          {   transmit contents of         % \      do these lines
              raster memory to             % \      only
              demand printer               % /      if Endpage
              erasepage } if               % /      returns true
    initgraphics                           % set default graphics
                                           % state
    /pagecount pagecount 1 add def             % increment
                                               % pagecount
    pagecount BeginPage                    % call BeginPage
                                           % procedure
} def
```

The Imposition-On-The-Fly Procedures

The imposition-on-the-fly procedures of the present invention create a layer on top of the demand printer, called a "virtual device." The desired position (scale, orientation and size) of a page to be printed by the demand printer is specified by a procedure (called "setvirtualdevice") which establishes the virtual device for that page. Thus, from the standpoint of the Postscript® program, the [CTM] is the same as the system default matrix and every page begins with a [CTM] mapping user space coordinates to the lower left corner of the output device. The [CTM] can be explicitly manipulated as if each Postscript® page were imaged on a distinct, but identical, physical page.

Thus, when imposing and rendering a selected page from the merged PostScript® file **450**, the current output device

(i.e. the demand printer **84**) is defined as the virtual device. In general, the virtual device for a selected page is the same size as the page and is positioned at the place on the flat **456** where the page is to be rendered.

The virtual device is established by setting the current transformation matrix ([CTM]) to properly position the page. A clipping path, which defines the rendering area in the raster memory **452**, is then created around the border of the page. Thus, the RIP **82** "sees" the position where the page is to be rendered as the current output device.

For pages in the merged PostScript® file **450** that will not be rendered on the current flat **456** (i.e. are not included in the current book), the current output device (the demand printer **84**) is defined as a scaled-down virtual device for the next page to be imposed and rendered on the flat. The scaled-down virtual device allows any intervening pages not to be imposed on the flat to be quickly interpreted by the RIP **82**.

The imposition-on-the fly procedures include the setvirtualdevice procedure, which establishes the virtual device for the next page to rendered on the flat **456** and an EnableVirtualDevice procedure which sets up the showpage operator to support virtual devices. The EndPage and BeginPage procedures that are invoked by the showpage operator are also redefined. These procedures will be described in detail below.

The Imposition-on-the-Fly Instruction Set:

Preferably, the instruction set for implementing imposition-on-the-fly by creating the virtual device for pages to be rendered on the flat are input to the RIP **82** in the below-described format. However, the present invention may be modified to properly impose different instruction set formats.

The imposition-on-the-fly instruction set contains the name(s) of the merged PostScript® file(s) **450** that will be interpreted by the RIP **82** and rendered by the demand printer **84**. These file names are associated with entry lists (stored in arrays) containing one or more entries, wherein each entry contains the following information:

1) A first user procedure—The user procedure may contain various instructions, including comments, printer's marks (such as barcodes or watermarks) or other information. (The user procedure may also be null and is not essential to the imposition-on-the-fly procedures of the present invention).

2) A page number—The page number is the sequential number of the page description in the merged Postscript® file **450** of the page to be rendered on the flat **456**. The merged PostScript® file **450** is assumed to contain page descriptions in sequential order, wherein the first page description is page "0."

3) Operands to the setvirtualdevice procedure—As explained in detail below, the setvirtualdevice procedure establishes the appropriate virtual device as the current output device for a particular page. The setvirtualdevice procedure requires the following three operands, which are included in each entry in the entry list:

i) the scaling, translation and rotation factors which will be used to generate a "virtual [CTM]" which will properly position the selected page on the flat **456**. These factors are listed as follows: [scale_x scale_y translate_x translate_y rotate];

ii) the user space coordinates of the lower-left and upper-right corners of the actual rendering area of the next page to be rendered on the flat **456**. These corner coordinates will be used to generate a clipping path around the border of the page in the raster memory **452**. The corner coordinates are listed as follows: [ClipllX ClipllY ClipurX ClipurY]; and

iii) the size (width and length) of the page to be rendered on the flat. The page size is listed as follows: [PageX PageY]. (The page size is not necessarily equivalent to the clipping path defining the rendering area of the page, as many demand printers are unable to place marks at the extreme edges of the page).

4) A second user procedure ("offsets"): Like the first user procedure, the second user procedure may contain comments, printer's marks (barcodes, watermarks, etc.) or other information or may be null. In a preferred embodiment, however, for the first page on the flat, the second user procedure is used to "offset" the program to the next page to be rendered on the flat.

For example, the merged Postscript® file generally contains many, many pages because it includes separate page descriptions for each variable page. Assume a simple four page book with three master pages and only one variable page. The book may be sent to 1,000 different people, with different variable information for each person. Thus, the merged Postscript® file contains 1,003 page descriptions—3 master pages and 1,000 variable pages. Imposition-on-the-fly with offsets allows for quick printing of the books because it "skips over" (i.e. does not RIP) the 999 variable pages that will not be included in each book.

For imposition-on-the-fly with offsets, the second user procedure for the first entry in the instruction set contains a file object, an offset position and the PostScript® setfileposition operator. The offset position points to the next page description in the file that is to be included on the flat. (The offset positions were calculated and saved by the block **364** of FIG. **13**.) The setfileposition operator reopens the current merged PostScript® file **450** to that offset position.

Thus, the PostScript® instruction set format for imposition-on-the-fly imposition of the present invention is as follows:

```
[ (FileName)
    [    { user procedure 1 }
         page# { operands to setvirtualdevice }
         { FileObject __offset__ setfileposition }
    ]
    [    { user procedure 1 }
         page# { operands to setvirtualdevice }
         { user procedure 2 - barcodes, watermarks, etc. }
    ]
]
```

A sample imposition-on-the-fly with offsets instruction set is attached as Appendix I. The Appendix I instruction set also includes code in certain second user procedures to print a barcode.

Explanation of Variables:

The variables used by the imposition-on-the-fly procedures may be conveniently defined and stored in a user dictionary (called, for example, "impositiondict"). These variables include:

1) PageOffset—the cumulative number of pages from any previous Postscript® files that have been interpreted in accordance with the imposition-on-the-fly procedures of the present invention. Initially, PageOffset is set to −1 (no previous files (or pages) have been interpreted).

2) CurrentPage—the number of the next page in the current merged PostScript® file **450** that is to be rendered on the current flat **456**. CurrentPage is initially set to 0.

3) LastPage—the number of the last page in the current merged PostScript® file **450** that is to be rendered on the

current flat, which is equal to the page number in the last entry of the entry list. LastPage is initially set to 1 and is used to determine how many page descriptions in the merged Postscript® file must be interpreted in order to properly render all of the selected pages on the current flat.

4) PageCount—the number of times that the showpage operator has been executed (initially 0). In level 2 PostScript® implementations, PageCount is stored and incremented internally by the RIP **82** through the showpage operator. However, in level 1 PostScript® implementations, the PageCount variable must be explicitly defined and incremented to emulate the operation of the level 2 showpage operator.

5) PageList—the list of entries (page numbers and imposition procedures) contained in the entry list.

6) CurrentIndex—an index into the PageList.

7) LastIndex—the number of entries in the entry list.

8) DefaultMatrix—used to store the value of the [CTM] describing the virtual device (the "virtual [CTM]"). The scaling, translation and rotation components of the virtual [CTM] are supplied as operands to the setvirtualdevice procedure.

9) PageX and PageY—the width and height respectively of the page to be rendered on the flat **456**. The values of PageX and PageY are provided in each entry of the entry list as operands to the setvirtualdevice procedure.

10) DefaultPageX and DefaultPageY—the default values of the page width and height, respectively. Their values are initially set to 8½" (612) and 11" (792), respectively.

11) ClipllX, ClipllY, ClipurX and ClipurY—the user space coordinates of the lower-left and upper-right corners, respectively, of the clipping path defining the border of the virtual device. The values of these variables are also included as operands to the setvirtualdevice procedure.

12) Portrait—a boolean variable used to describe the page orientation of the current page. If Portrait is true, the current page has a portrait orientation (page width<page height). If Portrait is false, the current page has a landscape orientation (page width>page height).

13) DefaultPortrait—the default value for the page orientation, which is initially set to true (portrait orientation).

14) VirtualDeviceEnabled—a boolean variable used to determine whether a procedure called, for example, "EnableVirtualDevice," has been executed. As explained in detail below, the EnableVirtualDevice procedure sets up the standard Postscript® showpage operator to support virtual devices.

15) ImageDone—a boolean variable used to specify when the current flat **456** has been completed. ImageDone is initially and normally set to false, indicating that the current flat **456** has not been completed.

A further description of the variables used is included in the following PostScript® code, which creates the impositiondict dictionary and initializes the variables:

```
/impositiondict 200 dict def          % create dictionary
                                      % impositiondict begin
/Identity matrix def          % used as input to setmatrix
/Matrix matrix def            % dummy matrix for temp storage
/Matrix2 matrix def           % dummy matrix for temp storage
/Matrix3 matrix def           % dummy matrix for temp storage
/Matrix4 matrix def           % dummy matrix for temp storage
/DefaultPageX 612 def         % default page width (X) and
/DefaultPageY 792 def         % page length (Y) (8½" ×
                              % 11")
```

-continued

```
/DefaultPortrait true def             % assume page orient =
                                      % portrait
/RageOffset -1 def                    % first file - no previous
                                      % pages
/CurrentPage 0 def            % initial value of page to
                              % impose
/CurrentIndex 0 def           % initial value of page to
                              % impose
/LastPage 2147483647 def      % initial value is highest
                              % number
/PageCount 0 def              % used in level 1 only
/DefaultMatrix matrix         % the "default" matrix for the
  currentmatrix def             % current virtual device
/VirtualDeviceEnabled false def       % allow normal
                                      % operation
/ImageDone false def          % not done with current media
                              % Set initial job defaults
/Portrait DefaultPortrait def         % default to portrait
                                      % mode
/PageX DefaultPagex def       % initial page size
/PageY DefaultPageY def       %
/ClipllX 0 def                % initial lower left
/ClipllY 0 def                %   and upper right
/ClipurX DefaultPageX def             %   corners of
/ClipurY DefaultPageY def             %   clipping path
```

The Redefined PostScript® Operators:

Also, before executing the imposition-on-the-fly procedures of the present invention, several PostScript® operators must be redefined for compatibility with the EnableVirtualDevice and setvirtualdevice procedures, which will be described in detail below. The virtual device, in effect, "shields" the PostScript® program and RIP from where the pages are being painted into the raster memory **452** through the [CTM]. Thus, in general, the PostScript® operators that affect the [CTM] must be redefined to also "shield" the PostScript® program and RIP from the final mapping of the page description from user space to device space coordinates. The PostScript® operators which must be redefined include:

| | |
|---|---|
| initmatrix | transform |
| initclip | itransform |
| setmatrix | dtransform |
| currentmatrix | idtransform |
| erasepage | nulldevice |
| initgraphics | copypage |

The standard operation of these, and all other PostScript® operators, is fully described in the *PostScript® Language Reference Manual,* Second Edition (1990), from Adobe Systems, Inc., which was previously incorporated by reference.

The first step in redefining the above-listed PostScript® operators is to rename the standard operator, for example, "systemdict_operator," because its definition is stored in the systemdict dictionary. This may be implemented by the following code:

```
/systemdict_initmatrix systemdict        /initmatrix get def
/systemdict_initclip systemdict          /initclip get def
/systemdict_setmatrix systemdict         /setmatrix get def
/systemdict_erasepage systemdict         /erasepage get def
/systemdict_initgraphics systemdict      /initgraphics get def
/systemdict_currentmatrix systemdict     /currentmatrix get def
/systemdict_transform systemdict         /transform get clef
```

-continued

```
/systemdict__itransform systemdict      /itransform get def
/systemdict__dtransform systemdict      /dtransform get def
/systemdict__idtransform systemdict     /idtransform get def
```

As explained below, the standard nulldevice and copypage operators are not renamed because their standard operation will never be used in connection with the present invention. The new definitions of the operators, described below, are then loaded into the userdict dictionary.

The Redefined Initmatrix Operator:

The standard PostScript® initmatrix operator sets the [CTM] to the system default matrix for the current device. The initmatrix operator is redefined to set the [CTM] equal to the virtual [CTM] which defines the virtual device. The virtual [CTM] may be stored in the variable DefaultMatrix.

The PostScript® initmatrix operator may be redefined by the following code:

```
/initmatrix {
    impositiondict begin
    DefaultMatrix
    systemdict__setmatrix
    end
    } bind def
```

The Redefined Initclip Operator:

The clipping path normally corresponds to the boundary of the maximum imageable area for the current output device (the demand printer **84**). The standard Postscript® initclip operator replaces the current clipping path in the graphics state with the default clipping path for the current demand printer. The initclip operator is redefined to replace the current clipping path in the graphics state with a clipping path defining the border of the virtual device page.

The flowchart of FIG. **21** illustrates the program a steps implemented by the redefined initclip operator. A decision-making block **520** determines whether a current path exists by checking for the existence of a currentpoint. If no currentpoint is defined, a block **522** stores an empty path in a variable called, for example, "p**1**." Alternatively, if a currentpoint is defined, a block **524** invokes a previously defined utility routine called, for example, "MakePath," that creates a path description from the current path. The block **524** then saves the current path description in the variable p**1**. The MakePath procedure, which may be stored in the impositiondict dictionary, is similar to the level 2 PostScript® upath operator and may be implemented by the following code:

```
/MakePath {
        [ {/moveto cvx} {/lineto cvx} {/curveto cvx}
                {/closepath cvx} pathforall ] cvx
} bind def
```

Next, a block **526** saves the current [CTM] and a block **528** sets the [CTM] to the virtual [CTM]. A block **530** then creates a clipping path between the corners of the virtual device, which were specified by the values of the ClipllX, ClipllY, ClipurX and ClipurY variables provided as operands to the setvirtualdevice procedure. A block **532** then restores the [CTM] which was saved by the block **526** and the current path saved in the variable p**1**.

The Postscript® initclip operator may be redefined by the following code:

```
/initclip
        impositiondict begin
          { currentpoint } stopped
            { /pl { } def }                    % p1 = empty path
            { pop pop /p1 MakePath def}        % p1 = current
                                               % path
            ifelse
        matrix systemdict__currentmatrix
        initmatrix
        systemdict__initclip
        newpath
        ClipllX ClipllY moveto                 % create clippath
        ClipurX ClipllY lineto
        ClipurX ClipurY lineto
        ClipllX ClipurY lineto
        closepath
        clip
        newpath
        systemdict__setmatrix
        p1                                     % restore current
            end                                % path
} bind def
```

The Redefined Setmatrix Operator:

The standard PostScript® setmatrix operator replaces the current [CTM] in the graphics state with a matrix that is supplied on the Operands stack. The matrix supplied on the Operands stack ("the operand matrix") can be considered the result of the concatenation of the system default matrix with an operations matrix.

The setmatrix operator is redefined to calculate the operations matrix by concatenating the operand matrix with the inverse of the system default matrix. Thus,

[operand matrix]=[operations matrix] [system default matrix], and

[operations matrix]=[operand matrix] [system default matrix]$^{-1}$.

Once the operations matrix is calculated, it is concatenated with the virtual [CTM] (stored in DefaultMatrix) and saved as the new [CTM]. Thus,

new [CTM]=[operations matrix] [virtual CTM].

The PostScript® setmatrix operator may be redefined by the following code:

```
/setmatrix {
        impositiondict begin
        Matrix defaultmatrix
        Matrix2 invertmatrix
        Matrix3 concatmatrix
        DefaultMatrix
        Matrix4 concatmatrix
        systemdict__setmatrix
        end
} bind def
```

The Redefined Currentmatrix Operator:

The standard currentmatrix operator replaces the matrix supplied on the Operands stack with the current [CTM] in the graphics state.

The current [CTM] can be considered the result of concatenating the virtual [CTM] (saved in DefaultMatrix) with an operations matrix. The redefined currentmatrix operator calculates the operations matrix by concatenating the current [CTM] with the inverse of the virtual [CTM] as set forth below:

[current CTM]=[operations matrix] [virtual CTM], and

[operations matrix]=[current CTM] [virtual CTM]$^{-1}$.

The [operations matrix] is then concatenated with the system default matrix and the resultant matrix is stored in the matrix on the Operands stack.

The PostScript® currentmatrix operator may be redefined by the following code:

```
/currentmatrix {
    impositiondict begin
    Matrix systemdict__currentmatrix
    DefaultMatrix
    Matrix2 invertmatrix
    Matrix3 concatmatrix
    Matrix4 detaultmatrix
    3 −1 roll
    concatmatrix
    end
} bind def
```

The Redefined Erasepage Operator:

The standard erasepage operator erases the entire current page stored in raster memory by painting the page white. The erasepage operator is redefined to erase only the virtual device page, which is the area defined by the next page to be rendered on the current flat.

The erasepage operator is redefined by calling the redefined initclip operator, described above, which establishes a clipping path around the border of the virtual device page. The area inside the clipping path is then painted white. The standard Postscript® gsave operator (described in detail in connection with the optional imposition-on-the-fly procedures of the invention ) is called immediately before the redefined initclip operator to save the current graphics state, including the current clipping path, gray level, etc. Also, after the virtual device page has been painted white, the standard PostScript® grestore operator (also described in detail in connection with the optional procedures) is called to restore the current graphics state.

The PostScript® erasepage operator may be redefined by the following code:

```
/erasepage {
    impositiondict begin
    gsave               % systemdict__gsave for optional procs
    initclip
    clippath 1 setgray fill
    grestore            % systemdict__grestore for optional
                        % procs
    end
} bind def
```

(In the optional imposition-on-the-fly procedures, the standard PostScript® gsave and grestore operators are redefined. Thus, in the optional procedures, the erasepage operator is redefined by calling the systemdict__gsave and systemdict__grestore operators, as specified above.)

The Redefined Initgraphics Operator:

The standard Postscript® initgraphics operator resets several values in the graphics state, including the [CTM], the current path and the clipping path, to their default values. The standard initgraphics operator is equivalent to the following PostScript® language sequence:

initmatrix newpath initclip

1 setlinewidth 0 setlinecap 0 setlinejoin

[ ] 0 setdash 0 setgray 10 setmiterlimit

The initgraphics operator is redefined to perform the above listed sequence. However, the redefined initgraphics calls the redefined initmatrix and initclip operators, which were described above. Thus, the redefined initgraphics operator resets the [CTM] and the clipping path to their default values for the virtual device.



The PostScript® initgraphics operator may be redefined by the following code:

```
/initgraphics {
    initmatrix newpath initclip
    1 setlinewidth 0 setlinecap 0 setlinejoin
    [] 0 setdash 0 setgray 10 setmiterlimit
} bind def
```

The Redefined “Transform” Operators:

The standard PostScript® transform operator transforms a supplied user space coordinate (x,y) to the corresponding device space coordinate (x',y') as specified by the [CTM]. Since the [CTM] is altered during the imposition process, the transform operator is redefined to perform the transformation as if the [CTM] had not been altered.

If a matrix operand is supplied to the standard transform operator, the transformation from user to device space is performed according to the supplied matrix. Thus, if a matrix operand is supplied, the transform operator is also redefined to perform the transformation according to the supplied matrix.

The PostScript® language includes three other “transform” operators (dtransform, itransform and idtransform) which are redefined in the same manner as the transform operator.

The standard PostScript® dtransform operator specifies a “distance” transformation of a coordinate from user to device space according to the [CTM] or a supplied matrix operand. In a distance transformation, the translation components (tx and ty) of the [CTM] are not used.

The standard PostScript® itransform operator specifies a transformation of a coordinate in device space (x',y') to user space (x,y) according to the inverse of the [CTM] or a supplied matrix operand. The standard idtransform operator specifies a distance transformation from device space to user space according to the inverse of the [CTM] or a supplied matrix operand.

FIG. **22** illustrates the program steps implemented by the redefined transform operator. The other transform operators are redefined in the same way. A decision-making block **534** first determines whether a matrix operand was supplied to the transform operator. If a matrix operand was supplied, a block **536** simply calls the standard transform operator (now renamed “systemdict__transform”) to perform the transformation according to the supplied matrix. (For the other transform operators, the block **536** calls systemdict__dtransform, systemdict__itransform or systemdict__idtransform).

Alternatively, if the block **534** determines that a matrix operand was not supplied, a block **538** first saves a copy of the current [CTM] in the graphics state on the Operands Stack.

As explained previously, the current [CTM] can be considered the result of the concatenating the virtual [CTM] (saved in DefaultMatrix) with an operations matrix. A block **540** thus calculates the operations matrix by concatenating the current [CTM] with the inverse of the virtual [CTM].

Next, a block **542** sets a new [CTM] equal to the operations matrix concatenated with the system default matrix. The new [CTM] is now equal to what the [CTM] would have been if the setvirtualdevice and imposition procedures were not implemented.

A block **544** then calls the standard transform operator to perform the transformation from user to device space according to the new [CTM]. (Again, for the other transform operators, the block **544** calls the standard dtransform, itransform, or idtransform operator).

Lastly, a block **546** resets the [CTM] equal to the current [CTM] saved on the Operands Stack by the block **538**.

The PostScript® transform operators may be redefined by the following code:

```
/transform {
    impositiondict begin
    dup type /arraytype eq {
            systemdict__transform          % or systmdict__dtransform
                                           % or
                                           % systemdict__itransform
                                   % or systemdict__idtransform
            } {
            Matrix systemdict__currentmatrix
            dup 4 1 roll
            DefaultMatrix
            Matrix2 invertmatrix
            Matrix3 concatmatrix
            Matrix2 defaultmatrix
            Matrix4 concatmatrix
            systemdict__setmatrix
            systemdict__transform          % or
                                           % systemdict__dtransform
                                   % or systemdict__itransform
                                   % or systemdict__idtransform
            3 -1 roll systemdict__setmatrix
            } ifelse
    end
} bind def
```

The Redefined Nulldevice Operator:

The standard PostScripts® nulldevice operator installs a "null device" as the current output device. The standard Postscript® nulldevice operator produces no physical output and has no associated raster memory. However, any graphics or font operations executed will be saved in the current graphics state. The postScript® nulldevice operator also sets the [CTM] to an identity matrix ([1 0 0 1 0 0]) and establishes the clipping path as a single point at the origin.

The standard PostScript® nulldevice operator, however, is not suitable for use with this invention because is not a page device operator and, therefore, has no EndPage and BeginPage procedures associated with it. Thus, the nulldevice operator is redefined to set the [CTM] to the identity matrix and establish a one point clipping path without altering the current page device.

The PostScript® nulldevice operator may be redefined by the following code:

```
/nulldevice {
        impositiondict /Identity get
        systemdict__setmatrix
        newpath
        clip
} bind def
```

The Redefined Copypage Operator:

Under normal operation, the standard Postscript® copypage operator transmits one copy of the current page to the demand printer without erasing the current page or changing the graphics state. Like the showpage operator, the operation of the copypage operator depends on the EndPage and BeginPage procedures, which are redefined by the present invention. In the present invention, the EndPage and



BeginPage procedures are redefined so that the copypage operator has no affect. The EndPage and BeginPage procedures could be redefined to check for the copypage operator (by comparing the reason code to one). Alternatively, the operation of the copypage operator can simply be nulled by the following code:

```
/copypage { } def
```

The EnableVirtualDevice Procedure:

The EnableVirtualDevice procedure, which is called by the ImposeJob procedure at the end of the instruction set, sets up the showpage operator to support virtual devices. FIG. **23** is a flowchart illustrating the program steps implemented by the EnableVirtualDevice procedure. A block **550** first determines whether the RIP **82** implements level 1 or level 2 PostScript® by determining whether the PostScript® setpagedevice operator is defined in the systemdict dictionary. If the RIP **82** implements the level 2 Postscript® language, a block **552** loads the redefined EndPage and BeginPage procedures into the current graphics state for the demand printer **84** by calling the setpagedevice operator. As described in detail below, the EndPage and BeginPage procedures are redefined to define the current output device as a virtual device for pages to be rendered or as a scaled-down virtual device for non-rendered pages.

The blocks **550** and **552** of the EnableVirtualDevice procedure may be implemented by the following code:

```
/EnableVirtualDevice {
        /setpagedevice where {                % level 2
                pop
                2 dict begin
                /EndPage impositiondict /EndPage get def
                /BeginPage impositiondict /BeginPage get
                def
                currentdict end
                setpagedevice
                }
```

Alternatively, if the block **550** determines that the RIP **82** implements level 1 PostScript®, a block **554** renames the standard level 1 showpage operator and a block **556** redefines the showpage operator to emulate the operation of the level 2 showpage operator as illustrated in FIG. **20**. Next, a block **558** executes the BeginPage procedure for the first page (page "0") in the merged PostScript® file **450**. (This was done automatically in the level 2 implementation by the block **552** by calling the setpagedevice operator).

The blocks **554–558** may be implemented by the following code:

```
{   impositiondict /systemdict__showpage        % rename
    systemdict /showpage get put                % showpage
    /showpage {                                 % emulate
        impositiondict begin                    % level 2
        PageCount 0 EndPage
        systemdict__showpage
        } if
        systemdict__initgraphics
        /PageCount PageCount 1 add def
        PageCount /BeginPage load end exec
        } def
0 impositiondict /BeginPage get exec
} ifelse
```

Next, a block **560** invokes a procedure (called, for example, "DisablePageDevice") which was previously stored in the impositiondict dictionary. The DisablePageDe-

vice procedure redefines the PostScript® setpagedevice operator and all other compatibility operators that call the setpagedevice operator. Disabling these operators ensures that the raster memory **452** (which may contain the raster descriptions of previously processed pages to be rendered on the flat **456**) is not erased by the setpagedevice operator. The DisablePageDevice procedure is described in detail below in connection with FIG. **24**.

After the block **560** invokes the DisablePageDevice procedure described above, a block **562** sets the boolean variable called "VirtualDeviceEnabled" to true to indicate that the procedure has been completed and the showpage operator is set up to support virtual devices.

The blocks **560** and **562** of the EnableVirtualDevice procedure may be implemented by the following code:

```
impositiondict /DisablePageDevice get exec
impositiondict /VirtualDeviceEnabled true put
} bind def
```

The DisablePageDevice Procedure:

FIG. **24** is a flowchart illustrating the program steps implemented by the DisablePageDevice procedure, which is invoked by the block **560** of the EnableVirtualDevice procedure. Because setpagedevice is a level 2 operator, a block **570** determines whether the RIP **82** implements the level 1 or the level 2 PostScript® language by determining whether the setpagedevice operator is defined in the systemdict dictionary. If the RIP **82** implements the level 2 Postscript® language, blocks **572**–**580** redefine the setpagedevice operator to correct the page orientation of the output device, if necessary.

During normal level 2 operation, a dictionary operand containing input media selection entries is provided to the PostScript® setpagedevice operator and the setpagedevice operator establishes the current output device according to the information contained in the current graphics state and the dictionary operand. The dictionary operand may contain, for example, an entry for PageSize, which is an array of two numbers indicating the width and height of the current page. Thus, a call to the setpagedevice operator may alter the page size, which is critical in setting up the virtual device.

The block **572** of the redefined setpagedevice operator first determines whether an entry for PageSize was included in the dictionary operand to the setpagedevice operator. If so, the block **574** then determines whether the PageSize specified in the entry is portrait or landscape orientation by comparing the page width to the page height supplied in the PageSize entry. (As explained above, for purposes of the invention, if the page width is less than the page height, the orientation is referred to as portrait and the variable Portrait is set to true. If the page width is greater than the page height, the orientation is referred to as landscape and the variable Portrait is set to false).

A block **576** then compares the page orientation of the PageSize entry (determined by block **574**) to the page orientation of the virtual device (stored in the variable Portrait). If they are not the same, a block **578** invokes a procedure called, for example, "SetPortrait," which changes the orientation of the virtual device from portrait to landscape, or vice versa. (The SetPortrait Procedure is described in detail below). Next, for consistency with the normal operation of the setpagedevice operator, a block **580** calls the redefined initgraphics and erasepage operators. Alternatively, if the block **576** determines that the page orientation of the PageSize entry is the same as the virtual device, or if the block **572** determines that PageSize was not included in the dictionary operand to the setpagedevice operator, the program skips directly to the block **580**, which completes the redefinition of the setpagedevice operator.



The blocks **570**–**580** of the DisablePageDevice procedure may be implemented by the following code:

```
/DisablePageDevice
    /setpagedevice where {
        pop
        userdict
        /setpagedevice {
            dup /PageSize known {
                /PageSize get
                impositiondict begin
                aload pop
                lt Portrait ne {
                    SetPortrait
                    } if
                end
                } {
                pop
                } ifelse
                initgraphics
                erasepage
            } put
        } if
```

After the block **580** calls the redefined initgraphics and erasepage operators, or if the block **570** determines that the RIP **82** implements level 1 PostScript®, a block **582** redefines the compatibility operators, which are defined in either the statusdict dictionary or the userdict dictionary, which call the setpagedevice operator or perform similar level 1 operations.

For compatibility operators that change the page orientation, the block **582** redefines the operator to set the orientation of the virtual device equal to the orientation of the page specified by the operator and to initialize the virtual device. These operators may be redefined by a utility routine called, for example, "SetPageSize," which is similar to the blocks **576**–**580** described above. The SetPageSize routine may be implemented by the following code:

```
/SetPageSize {
    lt Portrait ne {        % correct orientation of virtual
        SetPortrait             % device, if necessary
        } if
    initgraphics            % initialize virtual device
    erasepage               %      (emulate setpagedevice)
} bind def
```

For compatibility operators that do not affect the page orientation, the block **582** simply disables or nulls the operators. The block **582** of the DisablePageDevice procedure, which redefines or disables the compatibility operators, may be implemented by the following code:

```
statusdict begin                    % operators in statusdict
/a3tray {impositiondict begin 842 792 SetPageSize end}
def
/a4tray (impositiondict begin 595 842 SetPageSize end}
def
/ledgertray (impositiondict begin 1224 792 SetPageSize
end} def
/setpage (pop pop pop} def
/setpagestackorder {pop} def
/settumble {pop} def
/11 × 17tray {impositiondict begin 792 1224 SetPageSize
end} def
/b5tray {impositiondict begin 516 729 SetPageSize end}
def
```

-continued

```
/legaltray {impositiondict begin 612 1008 SetPageSize
end} def
/setdefaulttimeouts {pop} def
/setduplexmode {pop} def
/setmargins {pop pop} def
/setpagemargin {pop} def
/lettertray {impositiondict begin 612 792 SetPageSize
end} def
/setmirrorprint {pop} def
/setpageparams {pop pop pop pop} def
/setresolution {pop} def
end
                                    % operators in userdict
/a3 {impositiondict begin 842 1191 SetPageSize end} def
/b5 {impositiondict begin 516 729 SetPageSize end} def
/letter {impositiondict begin 612 792 SetPageSize end}
def
/lettersmall {impositiondict begin 612 792 SetPageSize
end} def
/legal {impositiondict begin 612 1008 SetPageSize end}
def
/ledger {impositiondict begin 1224 792 SetPageSize end}
def
/11 × 17 {impositiondict begin 792 1224 SetPageSize end}
def
/a4 {impositiondict begin 595 842 SetPageSize end} def
/a4small {impositiondict begin 595 842 SetPageSize end}
def
/note { } def
```

The SetPortrait Procedure:

The SetPortrait procedure, which is invoked by the block **578** of the DisablePageDevice procedure, changes the orientation of the virtual device from portrait to landscape or vice versa. FIG. **25** illustrates the program steps implemented by the SetPortrait procedure. A block **590** first determines whether the variable Portrait is true (indicating the page is portrait) or false (indicating the page is landscape).

If Portrait is true, the orientation of the device must be converted from portrait to landscape. As illustrated in FIG. **26**A, a portrait-orientated page **592** is represented in a Cartesian coordinate system with an origin at point Op. The portrait-orientated page **592** has a width PageX and a height PageY. The rendering area on the page **592** is bordered by a clipping path **594**, which may be defined by the coordinates of its lower-left corner (llx, lly) and the coordinates of its upper-right corner (urx, ury).

The portrait-oriented page **592** is converted to a landscape-oriented page **596** by translating the origin $O_P$ of the page **592** in the positive x-direction and then rotating the coordinate system 90 degrees counterclockwise, resulting in the landscape-orientated coordinate system of the page **596** with an origin $O_L$. Although the device space coordinates of the clipping path **594** are unchanged, the clipping path **594** must be redefined with respect to the new landscape coordinate system.

Referring again to FIG. **25**, after the block **590** determines that the orientation of the device must be converted from portrait to landscape, a block **600** redefines the corner coordinate variables as follows:

| Portrait Coordinate | Landscape Coordinate |
|---|---|
| ClipllX | ClipllY |
| ClipllY | PageX - ClipurX |
| ClipurX | ClipurY |
| ClipurY | PageX - ClipllY |

Next, blocks **602** and **604** create matrices which will translate the origin $O_P$ by the page width (PageX) in the positive x-direction and then rotate the portrait coordinate system 90 degrees counterclockwise about the origin $O_P$. A block **606** then concatenates the matrices with the current virtual [CTM] to create the new virtual [CTM], which specifies the device in landscape orientation.

The blocks **590** and **600–606** of the SetPortrait procedure may be implemented by the following code:

```
/SetPortrait {
    Portrait {
        /tmp ClipllX det
        /ClipllY PageX ClipurX sub def
        /ClipurX ClipurY def
        /ClipurY PageX tmp sub def
        90 Matrix rotate
    PageX 0 Matrix2 translate
    DefaultMatrix
    Matrix3 concatmatrix
    DefaultMatrix concatmatrix
    pop
    }
```

If the block **590** determines that the variable Portrait is false, the orientation of the device must be converted from landscape to portrait. Referring also to FIG. **26**B, a landscape-oriented page **608** is specified in a Cartesian coordinate system with an origin $O_L$. The rendered area on the page **608** is bordered by a clipping path **610** defined by the coordinates of its lower-left and upper-right corners. The landscape-oriented page **608** is converted to a portrait-oriented page **612** by translating the origin $O_L$ in the positive y-direction and then rotating the coordinate system 90 degrees clockwise about the origin $O_L$. This generates a portrait-oriented coordinate system with an origin $O_P$.

Similar to the above-described portrait to landscape procedure, a block **614** first redefines the corner coordinates of the clipping path as follows:

| Landscape Coordinate | Portrait Coordinate |
|---|---|
| ClipllY | ClipllX |
| ClipllX | PageY - ClipurY |
| ClipurY | ClipurX |
| ClipurX | PageY - ClipllY |

Next, blocks **616** and **618** create matrices to translate the origin $O_L$ in the positive y-direction and then rotate the origin $O_L$ 90 degrees clockwise. A block **620** then concatenates the matrices with the current virtual [CTM] to generate the new virtual [CTM], which specifies the device in a portrait coordinate system.

The blocks **614–620** of the SetPortrait procedure, which convert from landscape to portrait orientation, may be implemented by the following code:

```
/tmp ClipllY def
/ClipllY ClipllX def
/ClipllX PageY ClipurY sub def
/ClipurY ClipurX def
/ClipurX PageY tmp sub def
−90 Matrix rotate
0 PageY Matrix2 translate
DefaultMatrix
Matrix3 concatmatrix
DefaultMatrix concatmatrix
pop
} ifelse
```

After the clipping path corners are redefined and the new virtual [CTM] is generated, a block **622** exchanges the

values of PageX and PageY. Thus, for example, when converting from portrait to landscape, the portrait page width becomes the landscape page height and the portrait page height becomes the landscape page width. Lastly, a block **624** changes the value of the variable Portrait. Thus, if Portrait was initially true (indicating portrait orientation), it is set to false to indicate that the device is now in landscape orientation. Conversely, if Portrait was initially false (indicating landscape orientation), it is set to true to indicate that the device is now in portrait orientation.

The blocks **622**–**624** may be implemented by the following code:

```
        /tmp PageX def
        /PageX PageY def
        /PageY tmp def
        /Portrait Portrait not def
    } bind def
```

The SetPortrait procedure described above comprises an optional part of the present invention and is not necessary for use with PostScript® applications which do not alter the page orientation.

The Setvirtualdevice Procedure:

The setvirtualdevice procedure establishes the current transformation matrix ([CTM]), the clipping path, and the page size such that the current output device is specified as a virtual device. The virtual device is defined to be the size of the next page to be rendered, with the origin and page boundary at the position on the flat **456** where the page is to be rendered.

The setvirtualdevice procedure requires the following three "operands," which are provided in the instruction set list:

1) the imposition procedure, which includes the scaling, translation and rotation factors—[scale__x scale__y translate__x translate__y rotate];
2) the user space coordinates of the lower-left and upper-right corners of the rendering area of the page to be imposed, which will be used to generate a clipping path around the border of the virtual page in the raster memory **22**—[clip__**11**__x clip__ll__y clip__ur__x clip__ur__y]; and
3) the page width and page length—[page__size__x page__size__y].

FIG. **27** illustrates the program steps implemented by the setvirtualdevice procedure. A block **630** first determines whether the variable VirtualDeviceEnabled is set to true, indicating that the EnableVirtualDevice procedure has been executed and the showpage operator is set up to support virtual devices. If the block **630** determines that VirtualDeviceEnabled is false, a block **633** invokes the EnableVirtualDevice procedure. (A block **6333**, which is implemented only in connection with the optional imposition-on-the-fly-procedures, will be described below.)

Next, a block **634** defines the variables PageX and PageY as the width and height of the virtual device, respectively. Similarly, a block **636** defines the variables ClipllX and ClipllY as the x and y coordinates of the lower-left corner of the virtual device and the variables ClipurX and ClipurY as the x and y coordinates of the upper-right corner of the virtual device.

A block **638** then calls the standard Postscript® initmatrix operator (renamed "systemdict__initmatrix"), which sets the [CTM] to the system default matrix for the current output device. A block **640** then executes the scale, translate and rotate operators with the operands to the setvirtualdevice procedure. These scale, translate and rotate operations alter the system default matrix to specify the virtual [CTM]. A block **642** saves the resultant virtual [CTM] in the variable DefaultMatrix. The virtual [CTM] specifies that the origin of the virtual device is at the position on the flat where the next page is to be rendered on the flat **456**.

A decision-making block **644** then compares the page width (PageX) to the page height (PageY). If PageX is less than PageY, a block **646** sets the variable Portrait to true (indicating portrait orientation). Alternatively, if PageX is greater than PageY, a block **648** sets the variable Portrait to false (indicating landscape orientation).

Next, a block **650** calls the redefined initclip operator to set the clipping path around the border of the virtual page. (See FIG. **21**).

The setvirtualdevice procedure may be implemented by the following code:

```
/setvirtualdevice {
    impositiondict begin
    VirtualDeviceEnabled not { EnableVirtualDevice } if
    aload pop
    /PageY exch def                          % set page size
    /PageX exch def
    aload pop pop
    /ClipurY exch def                        % set clipping path corners
    /ClipurX exch def
    /ClipllY exch def
    /ClipllX exch def
    systemdict__initmatrix
    aload pop
    5 -2 roll scale                          % execute scale, translate
    3 -2 roll translate                      %       and rotate
    rotate
    DefaultMatrix systemdict__currentmatrix pop     % set
                                                    % [CTM]
    /Portrait PageX PageY lt def
    initclip                                 % set clipping path
    end
} bind def
```

The Imposejob Procedure:

The ImposeJob procedure is invoked after references to the merged PostScript® files **450** and the instruction set have been placed on the Operands stack. Further, the above-described procedures and variables have been loaded into the impositiondict dictionary.

FIG. **28** is a flowchart illustrating the program steps implemented by the ImposeJob procedure according to the imposition-on-the-fly procedures of the present invention. A block **652** invokes the EnableVirtualDevice procedure, described above in connection with FIG. **23**, to set up the showpage operator to support virtual devices.

A block **654** then retrieves the first file/list pair (containing the name of the merged Postscript® file and the corresponding entry list with the user procedures, page numbers and operands for the setvirtualdevice procedures for the current flat **456**) from the instruction set. The file/list pair is stored in an array that was placed on the Operands Stack prior to calling the ImposeJob procedure.

For each file/list pair, a block **656** invokes the ImposeFile procedure, described below, which retrieves each entry from the entry list and determines which pages described in the merged PostScript® file **450** should be rendered on the flat **456**. Assuming more than one file/list pair is contained in the array, the blocks **654** and **656** are implemented in a loop which individually retrieves each file/list pair from the array and invokes the ImposeFile procedure to process each file/list pair.

After every file/list pair from the instruction set has been processed by the ImposeFile procedure, a block **658** sets the boolean variable ImageDone to true. ImageDone will be used to instruct the RIP **82** that the imposition job is complete and the flat **456** can be ejected. The value of ImageDone at this point could be determined by a global variable. ImageDone could also be set to true in the user procedure in the last entry of the last instruction set list.

Next, a block **660** determines whether the showpage operator was redefined to emulate level 2. If so, a block **662** executes the standard level 1 showpage operator (renamed "systemdict_showpage") in order to transmit the contents of the raster memory **452** to the demand printer **84** for physical rendering of the flat **456**. In the level 2 implementation, the flat **456** is automatically rendered by the showpage operator when the redefined EndPage procedure returns a "true." (See FIG. **20**). If the showpage operator was not redefined, a block **664** ends the program.

The blocks **652–662** of the ImposeJob procedure may be implemented by the following code:

```
/ImposeJob      % Impose pages from each input file
{
    impositiondict /EnableVirtualDevice get exec
    {                               % Call ImposeFile for
      aload pop pop                 % each file in instruction
                                    % set
      impositiondict /ImposeFile get
      exec
    } forall
    impositiondict /ImageDone true put
    impositiondict /systemdict_showpage
    known {         % Did we redefine showpage
      impositiondict /systemdict_showpage
      get exec      %If yes, execute it.
      } if
} def
```

(Blocks **653** and **657** of the ImposeJob procedure, which are implemented only in connection with the optional imposition-on-the-fly of the invention, will be described below.)

The ImposeFile Procedure:

FIG. **29** illustrates the program steps implemented by the ImposeFile procedure of the imposition-on-the-fly procedures of the invention. When the ImposeFile procedure is invoked, the Imposejob procedure has placed a file/list pair from the instruction set on the Operands stack. The file/list pair contains a list of entries (the "PageList"), wherein each entry specifies:

1) a first user procedure;

2) the number of the page to rendered on the flat **456**;

3) the operands to the setvirtualdevice procedure (which generates the virtual [CTM] for properly positioning the page on the flat **456**); and

4) a second user procedure (specifying offsets).

A block **670** sets the variable PageOffset=CurrentPage+PageOffset+1. CurrentPage (representing the number of the next page in the current merged PostScripts file **450** that is to be rendered on the flat **456**) is initially 0 and PageOffset (representing the cumulative number of pages from previous files processed) is initially −1. Therefore, on the first pass of the ImposeFile procedure, PageOffset is equal to 0 (indicating that no previous files have been processed). A block **672** then uses the pointer CurrentIndex to retrieve the first entry from the entry list received from the ImposeJob procedure. A block **673** then retrieves the page number from the entry and sets CurrentPage equal to its value. Thus, CurrentPage now specifies the number of the first page in the current merged Postscript® file that should be rendered on the flat.

Next, a decision-making block **674** determines whether the first page in the current PostScript® file (page number 0) should be rendered on the flat by comparing CurrentPage to 0. If CurrentPage is equal to 0, the first page in the merged PostScript® file **450** should be imposed and rendered on the flat, and a block **675** executes the first user procedure contained in the current entry retrieved by the block **672**. Alternatively, if the block **674** determines that the first page is not on the flat, a block **676** pops the first user procedure from the retrieved entry from the stack.

After the block **675** has executed the user procedure or after the block **676** pops the user procedures a block **678** executes the setvirtualdevice procedure, which was described in detail above in connection with FIG. **25**. The setvirtualdevice procedure sets the virtual [CTM] and the clipping path according to the operands included in the retrieved entry.

The blocks **670–678** of the ImposeFile procedure may be implemented by the following code:

```
/ImposeFile {
    impositiondict begin
    /PageOffset CurrentPage PageOffset add 1 add def
    /PageList exch def
    /CurrentIndex 0 def
    PageList CurrentIndex get           % get entry
    aload pop pop
    5 -2 roll dup
    /CurrentPage exch def        % get page number for 1st
                                 % page
    0 eq {                       % if 1st page is on flat
    exec                         % execute user procedure
    } {
    pop                          % if 1st page is not on
                                 % flat
    } ifelse                     % pop user procedure
    setvirtualdevice             % call setvirtualdevice
```

Next, a decision-making block **680** determines whether the first page in the current PostScript® file (page number 0) should be rendered on the flat by comparing CurrentPage to 0. If CurrentPage is not equal to zero (i.e. the first page should not be rendered on the flat), a block **682** invokes a procedure called, for example, "MakeNull." The MakeNull procedure, which is described in detail below in connection with FIG. **30**, creates a scaled-down version of the virtual device for the next page to be rendered on the flat. The MakeNull procedure will be used to quickly interpret pages included in the merged PostScript® file **450** that will not be rendered on the current flat **456**. The block **682** also calls the redefined initclip operator (see FIG. **21**).

After the block **682** executes the MakeNull procedure, or, alternatively, if the block **680** determines that CurrentPage is equal to zero (i.e. the first page should be rendered on the flat), a block **684** sets the variable LastPage equal to the page number of the last page in the Postscript® file to be rendered on the flat. The last page is determined by defining LastIndex as the number of entries in the instruction set minus one. The entries are indexed starting with zero (i.e., 0, 1, 2, 3,) such that the last of four entries will be entry number 3). LastIndex is then used to retrieve the page number from the last entry in the entry list, which is stored in the variable LastPage. The block **684** thus determines the number of page descriptions in the current merged PostScript® file **450** that need to be interpreted in order to properly render all of the selected pages on the flat **456**.

The blocks **680–684** of the ImposeFile procedure may be implemented by the following code:

```
/CurrentPage 0 ne {                    % if page is not on flat
     MakeNull                            % execute MakeNull
                                       % procedure
initclip
} if
/LastIndex PageList length 1 sub def
/LastPage PageList LastIndex get 1 get def
```

A block **686** then opens the current merged PostScript® file **450**, if necessary, and defines a file object (i.e. "TheFile") to access the current merged PostScript® file **450**. The block **686** then interprets the current merged PostScript® file **450**, which contains various page descriptions, including the selected pages to be rendered on the current flat **456**. Each page description includes the showpage operator, which will invoke the redefined EndPage and BeginPage procedures of the present invention.

Preferably, the block **686** executes the merged PostScript® file **450** in stopped mode, which dictates that the execution will stop once the last page that needs to be processed for the flat **456** is executed (determined by the value of LastPage). Once execution is complete, a block **688** flushes and closes the current PostScript® file and a block **690** returns to the block **654** of the ImposeJob procedure (FIG. **26**) to retrieve the next file/list pair from the instruction set.

The blocks **686–690** of the ImposeFile procedure may be implemented by the following code:

```
    dup type 1 string type eq { (r) file } if
    dup /TheFile exch def
    cvx
    end
    stopped { count 0 eq dup not
       { pop dup (done with current file) ne } if
       { stop }{ pop } ifelse
    impositiondict /TheFile get dup flushfile
    closefile
  } bind def
```

The MakeNull Procedure:

The MakeNull Procedure is invoked by the block **682** of the ImposeFile procedure before processing pages that will not be rendered on the current flat **456**. The MakeNull Procedure creates a low resolution (scaled-down) replica of the virtual device for the next page to be rendered on the flat. This low resolution virtual device allows for fast processing of the non-rendered pages. The non-rendered pages are processed using a low resolution replica of the virtual device for the next page to be rendered on the flat to ensure that any marks generated by the processing do not overwrite a portion of the flat **456** that is already imaged.

The MakeNull procedure creates a low resolution replica of the virtual device by scaling the components of the virtual [CTM]. Further, the MakeNull procedure positions the scaled-down virtual device in the middle of the original virtual device. This ensures that the scaled-down virtual device will be completely contained within the clipping path defining the original virtual device.

As explained earlier, by definition, the virtual [CTM] contains the components [a b c d $t_x$ $t_y$] and specifies a transformation of the coordinates (x, y) in user space to the coordinates (x', y') in device space as follows:

$$x'=ax+cy+t_x$$

$$y'=bx+dy+t_y.$$

The Postscript® language includes a scale operator which creates a temporary matrix from supplied x and y scale factors and concatenates the temporary matrix with the current [CTM]. The scale operator then replaces the current [CTM] with the resultant matrix.

Invoking the PostScript® scale operator with x and y scale factors ($s_x$ and $s_y$) as operands, the scaled [CTM]=[$s_x$a $s_x$b $s_y$c $s_y$d $t_x$ $t_y$]. Thus, the new transformation from user to device space specified by the scaled [CTM] is given by:

$$x'=s_xax+s_ycy+t_x \quad (1)$$

$$y'=s_xbx+s_ydy+t_y. \quad (2)$$

The exact scale factors $s_x$ and $s_y$ may vary according to the type of PostScript® RIP **82** used. However, a 1 to 1 ratio between user and device space coordinates leads to significantly faster processing of pages over normal processing on a high resolution device. Also, the PostScript® nulldevice operator installs a [CTM] with a 1 to 1 ratio of user to device coordinates. Therefore, although the scale factors could be tuned for optimal performance on a given Postscript® RIP **82**, it is assumed that a 1 to 1 ratio between user and device space coordinates will run with reasonable efficiency on any Postscript® RIP **82**. Thus, the scale factors $s_x$ and $s_y$ used by the MakeNull procedure are preferably calculated to achieve a 1 to 1 ratio between user and device space as follows.

To achieve a 1 to 1 ratio between user and device space coordinates with only the scale factors, the unit vector in user space from coordinate points (0,0) to (1,0) and from (0,0) to (0,1) must have unit length in device space. Therefore,

$$|(x'(1,0), y'(1,0))-(x'(0,0), y'(0,0))|=1 \quad (3)$$

and

$$|(x'(0,1), y'(0,1))-(x'(0,0), y'(0,0))|=1. \quad (4)$$

From equations (1) and (3),

$$|(s_xa+t_x, s_xb+t_y)-(t_x, t_y)|=1$$

$$|(s_xa, s_xb)|=1$$

$$((s_xa)^2+(s_xb)^2)^{1/2}=1$$

Thus, $s_x=1/(a^2+b^2)^{1/2}$.
Similarly, $s_y=1/(c^2+d^2)^{1/2}$.

FIG. **30** illustrates the program steps implemented by the MakeNull procedure. A block **698** first determines and saves the device space coordinates of the midpoint of the virtual clipping path. The midpoint (mpx, mpy) is determined by first retrieving the corner coordinates of the virtual clipping path, which are stored in the variables ClipllX, ClipurX, ClipllY, and ClipurY. The x-axis midpoint (mpx) is calculated by adding the lower left and upper right x-axis corner coordinates (ClipllX and ClipurX) and dividing by two. Similarly, the y-axis midpoint (mpy) is calculated by adding the y-axis corner coordinates (ClipllY and ClipurY) and dividing by two. After the midpoint is calculated, the standard PostScript® transform operator (renamed "systemdict__transform") is executed to convert the user space coordinates to device space coordinates.

Next, a block **700** gets the virtual [CTM] which is stored in the variable DefaultMatrix. A block **702** then calculates the scale factors, $s_x$ and $s_y$, as specified above and a block **704** applies the scale factors to the virtual [CTM]. A block **706** then saves the scaled virtual [CTM] as the new virtual [CTM] in the variable DefaultMatrix.

A block **708** then sets the midpoint of the scaled clipping path (specified by the new virtual [CTM]) to correspond with the coordinates of the midpoint of the original clipping path (saved by the block **698**). The block **708** determines the difference between the saved midpoint coordinates and the new midpoint coordinates and then translates the new coordinates by that difference.

The MakeNull procedure may be implemented by the following code:

```
/MakeNull {
    impositiondict begin
    ClipllX ClipurX add 2 div ClillY ClipurY add 2 div
      systemdict_transform
    /mpy exch def                 % calculate
    /mpx exch def                 % midpoint
    DefaultMatrix
    dup
    dup dup
    dup 0 get dup mul             % compute a2
    exch 1 get dup mul            % compute b2
    add 1 exch div sqrt dup 1.0 gt % compute sx
      { pop 1.0 } if exch
    dup 2 get dup mul             % compute c2
    exch 3 get dup mul            % compute d2
    add 1 exch div sqrt dup 1.0 gt % compute sy
      { pop 1.0 } if
    Matrix scale                  % scale matrix
    exch Matrix2 concatmatrix     % save as the new
    systemdict_setmatrix          % virtual default
                                  % matrix
    ClipllX ClipurX add 2 div ClipllY ClipurY add 2 div
    systemdict_transform
    /mpy exch mpy sub neg def     % translate
    /mpx exch mpx sub neg def     % midpoint
    mpx mpy systemdict idtransform translate
    systemdict_currentmatrix pop
end
} bind def
```

The Redefined EndPage Procedure:

The page descriptions contained in the merged PostScript® file **450** all include the showpage operator, which will invoke the redefined EndPage and BeginPage procedures.

The redefined EndPage procedure updates the CurrentPage variable, which represents the number of the next page in the merged PostScript® file **450** that should be imposed and rendered on the flat. The redefined EndPage procedure also calls the setvirtualdevice and MakeNull procedures for the pages to be interpreted.

FIG. **31** is a flowchart illustrating the program steps implemented by the redefined EndPage procedure. A block **710** determines whether the EndPage procedure was called by the showpage operator by determining whether the reason code is 0. A block **712** compares CurrentPage plus PageOffset to PageCount to determine whether the current page in the PostScript® file should be imposed and rendered on the flat **456**.

Assuming both of the blocks **710** and **7122** are true, a block **713** set ups the default environment by calling the standard initgraphics operator (now renamed "systemdict_initgraphics"). The block **713** then retrieves and executes the second user procedure (containing, for example, the offset instructions) from the current entry. If the second user procedure contains offset instructions, the PostScript® file will be repositioned to the start of the next page to be included in the book, thereby skipping processing of any irrelevant pages. If the second user procedure contains other instructions (such as barcodes, watermarks, etc.), they will also be executed.

Next, a block **714** increments the pointer CurrentIndex, which will be used to retrieve the next entry from the entry list (PageList). The decision-making block **716** then determines whether there is another entry in the instruction set by comparing CurrentIndex to LastIndex.

If CurrentIndex is less than or equal to LastIndex, a block **718** resets the graphics state to its system default value by calling the standard PostScript® initgraphics operator (now renamed "systemdict_initgraphics"). A block **720** then uses CurrentIndex to retrieve the next entry in the entry list to place the operands for the setvirtualdevice procedure on the Operands stack and a block **722** invokes the setvirtualdevice procedure.

A block **724** then sets CurrentPage equal to the number of the page from the retrieved entry. CurrentPage is now updated to contain the number of the next page from the merged Postscript® file **450** that should be imposed and rendered on the flat **456**.

Next, a block **726** invokes the MakeNull procedure to set up the low resolution virtual device for processing of non-rendered pages. The MakeNull procedure is called because it is assumed that the next page in the merged PostScript® file **450** will not be rendered on the flat **456**. (If the next page should be rendered on the flat, the redefined BeginPage procedure, described in detail below, will establish the virtual device for that page). A block **728** then removes the user procedure (which is contained in the retrieved entry) from the Operands Stack.

If any of the blocks **710**, **712** or **716** are false, or after the block **728** pops the user procedure, a block **730** places the value of the variable ImageDone on the stack. If ImageDone has the value of true, indicating that the flat is completed, the calling of the EndPage procedure (i.e., by the showpage operator or for new device activation) will automatically transfer the contents of the raster memory **452** to the demand printer **84** to physically render the selected pages on the flat **456**. (See FIG. **19**).

A block **732** then resets ImageDone to false to specify that the flat is not completed and the contents of the raster memory **452** will not yet be transferred to the demand printer **84** for physical rendering.

The redefined EndPage procedure may be implemented by the following code:

```
/Endpage {
    impositiondict begin
    0 eq
    exch
    CurrentPage PageOffset add eq
    and {
      systemdict_initgraphics
      PageList CurrentIndex get
      5 get exec
      /CurrentIndex CurrentIndex 1 add def
      CurrentIndex LastIndex 1e {
        systemdict_initgraphics
        PageList CurrentIndex get
        aload pop
        setvirtualdevice
        /CurrentPage exch def
        MakeNull
```

-continued

```
        pop
        } if
      } if
    ImageDone
    /ImageDone false def
    end
} bind def
```

The Redefined BeginPage Procedure:

FIG. **32** is a flowchart illustrating the program steps implemented by the redefined BeginPage procedure. A block **740** first calls the redefined initmatrix operator to set the virtual [CTM].

Referring also to FIG. **20**, the BeginPage procedure receives PageCount as an operand from the showpage operator. A decision-making block **742** compares CurrentPage (which was updated by the block **724** of the redefined EndPage procedure of FIG. **31**) to PageCount. CurrentPage contains the number of the next page in the PostScript® file to be rendered on the flat **456**. Thus, if CurrentPage and PageCount are equal, the current page in the merged Postscript® file **450** should be imposed and rendered on the flat **456** and a block **744** retrieves the next entry (containing the user procedures, page number and setvirtualdevice operands) from the entry list.

A block **745** then executes the user procedure from the retrieved entry and a block **746** invokes the setvirtualdevice procedure to set up the virtual [CTM] and clipping path for the virtual device (see FIG. **27**). A block **748** then pops the page number from the retrieved entry.

Next, a block **750** "blanks out" the virtual page by coloring the area inside of the clipping path white. This is necessary to erase any stray marks that may have been placed on the page when the non-rendered pages were processed using the MakeNull procedure.

Alternatively, if the block **742** determines that the next page in the merged Postscript® file **450** should not be rendered on the flat (i.e. CurrentPage is not equal to PageCount), a decision-making block **752** compares PageCount to LastPage plus PageOffset. If PageCount is greater than LastPage plus Pageoffset, subsequent pages in the PostScript® file do not need to be interpreted because they are beyond the last page that should be rendered on the flat **456**. Thus, a block **754** stops the execution of the merged PostScript® file **450**. As explained earlier, the ImposeFile procedure executes the merged PostScript® file **450** in stopped context. In order to distinguish between the expected stop in the block **754** and an unexpected stop caused, for example, by a PostScript® error, the string "done with current file" is generated by the block **754** of the redefined BeginPage procedure. Referring also to FIG. **27**, the block **386** of the ImposeFile procedure checks for the "done with current file" string to determine when to proceed to the block **688** to flush and close the merged PostScript® file **450**.

Alternatively, if the block **752** determines that PageCount is less than or equal to LastPage plus PageOffset (i.e. the current page is before the last page to be rendered on the flat), a block **756** calls the redefined initclip operator to reset the virtual clipping path. (See FIG. **20**).

The redefined BeginPage procedure may be implemented by the following code:

```
/BeginPage {
    initmatrix
    impositiondict begin
    dup
    CurrentPage PageOffset add eq {    % page on flat
    pop                                % pop PageCount
    PageList CurrentIndex get          % get entry
    aload pop
    5 -1 roll
    exec                               % execute user procedure
    setvirtualdevice
    pop                                % pop the page number
    clippath 1 setgray fill            % blank out virtual
                                       % page
    0 setgray newpath
    } bind {                           % page not on
                                       % flat
    LastPage PageOff set add gt {
      end (done with current file) stop } if
    initclip
    } ifelse
  end
} bind def
```

The ImageDone Variable:

As explained earlier, the variable ImageDone is a boolean variable used to indicate when all the pages for the current flat **456** have been interpreted and painted into the raster memory **452** such that the flat **456** can be physically rendered by the demand printer **84**. ImageDone is initially and normally set to false, indicating that the current flat **456** has not yet been completed. However, referring to FIG. **26**, after all the file/list pairs from the instruction set have been processed by the Imposejob procedure, the block **658** sets ImageDone to true to indicate that the flat is completed. Also, the user procedure contained in the last entry in a file/list pair in the instruction set could include an instruction to set ImageDone to true to specify that the current flat is completed.

The ImageDone variable is used by the redefined EndPage procedure. Referring to FIGS. **20** and **31**, the block **730** of the redefined EndPage procedure returns the value of ImageDone to the block **502** of the showpage operator. If ImageDone is true, the block **504** transmits the contents of the raster memory to the demand printer to render the current flat.

The ImageDone variable may be utilized to allow for multiple flats to be rendered by a single file/list pair in the instruction set (see Appendix I sample instruction set).

The Showdevice Procedure:

The imposition-on-the-fly procedures may include an additional procedure, called, for example, "showdevice," which uses the ImageDone variable to allow a user to render the flat at any time. The showdevice procedure sets ImageDone to true and then calls the showpage operator, which will invoke the redefined EndPage procedure and render the current flat, as described above.

The showdevice procedure may be implemented by the following code:

```
/showdevice {
        impositiondict /ImageDone true put
        showpage
} def
```

The showdevice procedure will normally be used when a user implements the setvirtualdevice (and related) proce-

dures in a non-imposition application in which the ImposeJob and ImposeFile procedures are eliminated. For example, the showdevice procedure could be implemented to render any selected page(s) contained in the merged PostScript® file **450**.

Optional Imposition-on-the-Fly Procedures:

Optionally, additional procedures may be included in the imposition-on-the-fly procedures which will allow the proper imposition of page descriptions using the PostScript® save and restore operators.

The PostScript® save operator takes a "snapshot" of the state of virtual memory, which stores all values of composite objects, such as strings and arrays. Many of the variables used by the imposition-on-the-fly procedures of the present invention are stored in virtual memory. The save operator also saves the current graphics state by pushing a copy of the current graphics state onto the Graphics State Stack. The PostScript® restore operator restores the virtual memory and the current graphics state to the state at the time the corresponding save operator was executed.

The PostScript® gsave operator pushes a copy of the current graphics state onto the Graphics State Stack and the PostScript® grestore operator pops the saved graphics state from the Graphics State Stack and restores it as the current graphics state. The PostScript® grestoreall operator restores either the bottom-most graphics state stored on the Graphics State Stack or the first graphics state that was stored by the save operator (as opposed to the gsave operator). The elements of the current graphics state affected by these operators includes the current [CTM], clipping path and, current path. However, they do not affect the contents of the raster memory **452**.

The PostScript® save and restore operators may adversely affect the imposition-on-the-fly procedures of the present invention, as well as on other imposition methods. The problem arises if a page description in the merged PostScript® file **450** invokes a save operator, which will save the [CTM] that specifies the desired position for that page on the device. If a subsequent page description invokes a restore operator, the [CTM] for the prior page will replace the [CTM] for the subsequent page. Thus, the subsequent page will be incorrectly positioned on the flat **456**.

To overcome this problem, two new procedures (Vsave and Vrestore) are used in connection with the above-described procedures. The Vsave and Vrestore procedures will be used to redefine the PostScript® save and restore operators such that they do not interfere with the other imposition-on-the-fly procedures of the present invention.

The Vsave Procedure:

Generally, the Vsave procedure appends the page size components (PageX and PageY) and the virtual [CTM] components (which define the virtual device) to the current path, which will be saved by the PostScript® save operator. Later, the Vrestore procedure will retrieve these components, remove them from the current path, and use them to generate the correct clipping path, page orientation and [CTM] for the restored page.

FIG. **33** is a flowchart illustrating the program steps implemented by the optional Vsave procedure. A block **800** saves a copy of the current [CTM] and then a block **801** sets the [CTM] equal to an identity matrix ([1 0 0 1 0 0]).

The identity matrix is used because all points used to describe the current path are specified in user space coordinates. However, at the time a PostScript® program enters a point into the current path, each coordinate is transformed into device space according to the [CTM]. Thus, the identity matrix will be used when adding the components to the current path to avoid any round off errors that may occur in this conversion from user space to device space.

A decision-making block **802** then determines whether a currentpoint is defined. If a currentpoint is defined, a block **804** sets the variable p1 equal to the current path. This may be accomplished by invoking the previously defined MakePath procedure, which creates a description of the current path in the current coordinate system. (The MakePath procedure was described above in connection with the block **524** of the redefined initclip operator of FIG. **20**).

A block **806** then defines a variable called, for example, "firstop" to be the PostScript® lineto operator. By definition, the PostScript® lineto operator adds a straight line segment to the current path by connecting the previous current point to the new one.

Alternatively, if the block **802** determines that no currentpoint exists, a block **808** sets p1 equal to an empty path. A block **810** then defines firstop to be the PostScript® moveto operator, which establishes a new currentpoint.

After firstop is defined by either the block **806** or the block **810**, a block **812** creates an "unlimited" bounding box for the current path. A bounding box, which is normally established by the Postscript® setbbox operator, defines the area in which the current path coordinates must fall. The operands to the setbbox operator are the user space coordinates of the lower-left and upper-right corners of the bounding box. Since the page size and [CTM] components will be added to the current path during the Vsave procedure, the bounding box must be set large enough to encompass the "points" defined by those components. Thus, a previously defined procedure called, for example, "SetBigBBox," may be invoked to set the bounding box to be the largest possible. The SetBigBBox procedure may be implemented by the following code:

```
/SetBigBBox /setbbox where {
    pop {
      −2147483648 −2147483648 2147483648 2147483648
      setbbox
      } bind def
    } {
    {
    } def
} ifelse
```

After the large bounding box is set, a block **814** invokes the firstop operator (defined by the block **806** or the block **810**) to append the page size components (PageX and PageY) to the current path. Next, a block **818** appends the virtual [CTM] components (stored in the variable DefaultMatrix) to the current path. A block **820** then replaces the identity [CTM] with the [CTM] that was saved by the block **800**.

The Vsave procedure may be implemented by the following code:

```
/Vsave {
    Matrix systemdict_currentmatrix
    dup
    Identity systemdict_setmatrix    % [CTM] =
                                     % identity
    { currentpoint } stopped {       % no current
                                     % point
    /p1 { } def                      % define empty
                                     % path
      /firstop { moveto } def
      } {                            % current point
```

-continued

```
        pop pop                     % create real
                                    % path
        /p1 MakePath def
        /firstop { lineto } def
        } ifelse
    SetBigBBox
    PageX PageY firstop             % append page
                                    % size
    DefaultMatrix
    aload pop
    lineto                          % append [CTM]
    lineto
    lineto
    systemdict_setmatrix
} bind def
```

The Vrestore Procedure:

The Vrestore procedure retrieves the page size and virtual [CTM] components (which defined the virtual device) appended to the current path by the Vsave procedure and uses them to generate the correct clipping path, page orientation and virtual [CTM] for the restored page.

FIG. **34** is a flowchart illustrating the program steps implemented by the Vrestore procedure. A block **830** saves the current [CTM] and a block **832** then sets the [CTM] to an identity matrix. As in the Vsave procedure, the use of the identity [CTM] will avoid any round off errors when transforming coordinates from user space to device space in the current path.

A block **834** then retrieves the elements of the current path by calling the Postscript® pathforall operator, which pushes the user space coordinates of each path element onto the Operands stack. The retrieved elements will include the page size and virtual [CTM] components that were appended to the path by the Vsave procedure. A block **836** then performs various stack manipulation operations to place the page size and virtual [CTM] components on top of the stack. The block **836** then stores the components in variables called, for example, "ResDefaultMatrix," "ResPageX" and "ResPageY," which represent the page size and virtual [CTM] at the time that the PostScript® save operator was called.

Next, a decision-making block **838** compares the ResDefaultMatrix (at time of save) to the current virtual [CTM] (at time of restore), which is saved in the variable DefaultMatrix. The equivalency of the matrices may be easily determined by using a previously defined utility routine, called, for example, "EqualMatrix," which performs a component-by-component comparison of the two matrices, allowing for a slight floating point round-off error. If the two matrices are equivalent, the EqualMatrix routine returns a true on the stack; if they are not equivalent, the EqualMatrix routine returns a false. The EqualMatrix routine may be implemented by the following code:

```
/EqualMatrix {
    true
    impositiondict begin
    /Count 0 def
    6 { 1 index Count get 3 index Count get
        eq
        sub abs .0001 lt and
        /Count Count 1 add def } repeat
    3 1 roll pop pop
    end
} bind def
```

If the block **838** determines that the restored [CTM] and current [CTM] are not equivalent, it is assumed that the save operator was called during interpretation of one page and the restore operator was called during interpretation of another page. A block **840** then sets the [CTM] back to the value saved by the block **830**. Next, a block **842** calls p1, which contains the current path at the time the save operator was called. The block **842** then removes the page size and [CTM] components that were added to the current path and sets p**1** equal to the remaining path elements.

The blocks **830–842** of the Vrestore procedure may be implemented by the following code:

```
/Vrestore {
    Matrix systemdict_currentmatrix
    Identity systemdict_setmatrix
    mark
    { } { } { } { } pathforall
    6 2 roll
    4 2 roll
    mark 7 1 roll
    ] /ResDefaultMatrix exch def
    /ResPaqeY exch def
    /ResPageX exch def
    cleartomark
    DefaultMatrix ResDefaultMatrix EqualMatrix not
    {
        systemdict_setmatrix
        /p1 mark
        MakePath aload pop
        pop pop pop
        pop pop pop
        pop pop pop
        pop pop pop
        ] cvx def
```

Next, a decision-making block **844** determines the orientation of the restored page by comparing ResPageX to ResPageY. If ResPageX is greater than ResPageY, a variable called ResPortrait is set to false to indicate a landscape orientation. Alternatively, if ResPageX is less than ResPageY, the variable ResPortrait is set to true to indicate a portrait orientation. The block **844** then compares ResPortrait (the restored page orientation) to Portrait (the saved page orientation). If the page orientation has changed (ResPortrait and Portrait are not equal), a block **846** calls the SetPortrait procedure to change the orientation of the device. (See FIGS. **25** and **26**A&B).

The blocks **844** and **846** of the Vrestore procedure may be implemented by the following code:

```
ResPageX ResPageY gt {
    /ResPortrait false def
    } {
    /ResPortrait true def
    } ifelse
ResPortrait Portrait ne {
    SetPortrait
    } if
```

If the block **844** determines that the orientation is the same, or after the block **846** corrects the orientation, a block **848** saves the procedures for generating the current clipping path in a variable called, for example, "c**1**," by calling the MakePath procedure.

A block **850** then calculates the new [CTM] by determining the accumulation of operations applied on the restored virtual [CTM] and applying those operations on the current virtual [CTM]. The block **850** calculates the new [CTM] by first getting the current [CTM], which may be considered the result of the restored virtual [CTM] (i.e., the virtual [CTM]

restored from the save operator) concatenated with an operations matrix. The block **850** then calculates the operations matrix by concatenating the current [CTM] with the inverse of the restored virtual [CTM]. The operations matrix is then concatenated with the current virtual [CTM] to generate the new [CTM]. Thus, the block **850** assumes that:

[current CTM]=[operations] [restored virtual CTM].

Further, the block **850** performs the following operations:

[operations]=[current CTM] [restored virtual CTM]$^{-1}$; and

[new CTM]=[operations] [current virtual CTM].

The blocks **848** and **850** of the Vrestore procedure may be implemented by the following code:

```
clippath                    % generate clip path procedures
/c1 MakePath def
Matrix systemdict_currentmatrix          % calculate new
ResDefaultMatrix                         % [CTM]
Matrix2 invertmatrix
Matrix3 concatmatrix
DefaultMatrix Matrix4 concatmatrix
    systemdict_setmatrix
```

A block **852** then regenerates the clipping path (saved in c**1**) and a block **854** regenerates the current path (saved in p**1**) in the new coordinate system specified by the new [CTM]. The blocks **852** and **854** may be implemented by the following code:

```
systemdict_initclip
newpath
c1
clip newpath
p1}
```

Alternatively, if the block **838** determines that the restored virtual [CTM] is equivalent to the current virtual [CTM] (i.e., the save and restore operators were called on the same page), a block **856** simply removes the page size and virtual [CTM] components from the current path. A block **858** then restores the current path and a block **860** sets the [CTM] back to the value saved by the block **830**.

The blocks **856–860** may be implemented by the following code:

```
        {
        /p1 mark
        MakePath aload pop
        pop pop pop
        pop pop pop
        pop pop pop
        pop pop pop
        ] cvx def
        newpath
        p1
        Systemdict_setmatrix
        } ifelse
    } bind def
```

The Redefined PostScript® Save Operators:

The PostScript® save operators (which include save and gsave) are redefined to invoke the Vsave procedure. Before the operators are redefined, however, they are renamed ("systemdict_operator," for example) because their normal operation is defined in the systemdict dictionary. The save operators may be renamed by the following code:

```
/systemdict_save systemdict /save get def
/systemdict_gsave systemdict /gsave get def
```



The PostScript® save and gsave operators are then redefined. FIG. **35** is a flowchart illustrating the program steps implemented to redefine to PostScript® save operators. A block **872** first invokes the Vsave procedure, which was described above in connection with FIG. **33**. The Vsave procedure saves the current path in p**1** and then appends the page size and virtual [CTM] components to the current path.

A block **874** then invokes the standard Postscript® save (or gsave) operator (now renamed "systemdict_save" or "systemdict_gsave"). The save operator performs its standard function of saving the current state of virtual memory and the current graphics state, including the current path (which now includes the page size and virtual [CTM] components). The gsave operator performs its standard function of saving the current graphics state.

Next, a block **876** sets the [CTM] to an identity matrix. As before, this will eliminate any round off errors in the current path. A block **878** then restores the current path to the path stored in p**1** (the path without the added page size and virtual [CTM] components) and a block **880** restores the [CTM] back to the virtual [CTM].

The blocks **870–880** for redefining the Postscript® save operator may be implemented by the following code:

```
/save {
    impositiondict begin
    Vsave
    systemdict_save
    Identity systemdict_setmatrix
    newpath
    p1
    exch systemdict_setmatrix
    end
} bind def
```

Similarly, the PostScript® gsave operator may be redefined by implementing the following code:

```
/gsave {
    impositiondict begin
    Vsave
    systemdict_gsave
    Identity systemdict_setmatrix
    newpath
    p1
    systemdict_setmatrix
    end
} bind def
```

The Redefined PostScript® Restore Operators:

The PostScript® restore operator must also be renamed and redefined to invoke the Vrestore procedure. Like the save operators, the restore operator is renamed, for example, "systemdict_restore," by the following code:

```
/systemdict restore_systemdict /restore get def
```

Because the Postscript® save and restore operators affect the contents of virtual memory and the graphics state, the values of many variables used during the imposition and setvirtualdevice procedures may be inadvertently altered by the use of these operators. However, simple values stored on the Operands Stack are not affected. Therefore, the Postscript® restore operator is redefined to protect the values of the variables stored in virtual memory by saving them on the Operands Stack before calling the standard PostScript® restore operator.

FIG. **36** is a flowchart illustrating the program steps implemented by the redefined restore operator. A block **892**

places the values of all the imposition variables stored in virtual memory on the Operands stack so their values are not overwritten by the restore operator. Then, a block **894** calls the standard restore operator (now renamed "systemdict_restore"). A block **896** then puts the values of the variables on the Operands stack back to their pre-restore values. Lastly, a block **898** invokes the Vrestore procedure.

The blocks **892–898** of the redefined restore operator may be implemented by the following code:

```
/restore {
        impositiondict begin
        ImageDone                    % put variables on stack
        Current Index
        CurrentPage
        Page Count
        Portrait
        PageX
        PageY
        ClipllX
        ClipllY
        ClipurX
        ClipurY
        mark DefaultMatrix           % put [CTM] components on
        aload Pop                    %    stack
        19 -1 roll
        systemdict_restore       % call standard restore operator
        ]
        /DefaultMatrix exch def      % replace variables with
        /ClipurY exch def            % pre-restore values
        /ClipurX exch def
        /ClipllY exch def
        /ClipllX exch def
        /PageY exch def
        /PageX exch def
        /Portrait exch def
        /PageCount exch def
        /CurrentPage exch def
        /CurrentIndex exch def
        /ImageDone exch def
        Vrestore                     % invoke Vrestore procedure
        end
} bind def
```

The Redefined PostScript® Grestore Operators:

The standard PostScript® grestore or grestoreall operators, are renamed, for example, "systemdict_operator." This may be implemented by the following code:

/systemdict_grestore systemdict /grestore get def

/systemdict_grestoreall systemdict /grestoreall get def

Because the PostScript® grestore and grestoreall operators affect only the graphics state, it is not necessary to protect the values of any variable stored in virtual memory. Thus, the grestore or grestoreall operators are more simply redefined.

FIG. **37** is a flowchart illustrating the program steps implemented by the redefined PostScript® grestore and grestoreall operators. A block **902** invokes the renamed standard grestore or grestoreall operator and then a block **904** invokes the Vrestore procedure, which will calculate the correct [CTM] and correct the page orientation and clipping path.

The blocks **902–904** for redefining the PostScript® grestore operator may be implemented by the following code:

```
/grestore {
        impositiondict begin
        systemdict_grestore
        Vrestore
        end
} bind def
```

Similarly, the grestoreall operator may be redefined by implementing by the following code:

```
/grestoreall {
        impositiondict begin
        systemdict_grestoreall
        Vrestore
        end
} bind def
```

The Postscript® Level 2 Gstate Operators:

Level 2 PostScript® implementations support the following three additional operators that affect the current graphics state (and therefore the [CTM]) and that may interfere with the imposition procedures of the present invention: gstate, currentgstate and setgstate. The PostScript® gstate operator creates a new graphics state object (whose initial value is the current graphic state) and pushes it on the Operand stack. The Postscript® currentgstate operator replaces the value of the gstate object with the current graphics state. The PostScript® setgstate operator replaces the current graphics state with the value of the gstate object.

Similarly to the gsave and grestore operators described above, the gstate operators are renamed and redefined to invoke the Vsave the Vrestore procedures. The gstate operators may be renamed by the following code:

```
/gstate where {      % is this level 2?
        pop
        /systemdict_gstate systemdict /gstate get def
        /systemdict_setgstate systemdict /setgstate get
    def
        /systemdict_currentgstate systemdict
        /currentgstate get def
} if
```

Similar to the redefined gsave operator described above in connection with FIG. **35**, the gstate and currentgstate operators are redefined to first invoke the Vsave procedure and then to call the renamed standard gstate or currentgstate operator. The redefined operators then restore the current path without the page size and [CTM] components and reset the virtual [CTM].

Also, like the redefined grestore operator described above in connection with FIG. **37**, the setgstate operator is redefined to first call the renamed setgstate operator and then to invoke the Vrestore procedure.

The PostScript® level 2 gstate operators may be redefined by the following code:

```
/gstate where {      % is this level 2?
    pop
    /gstate {      % redefine gstate operator
        impositiondict begin % (like gsave operator)
        Vsave
        systemdict_gstate
        Identity systemdict_setmatrix
        newpath
        p1
        exch systemdict_setmatrix
        end
    } bind def
```

-continued

```
/currentgstate {        % redefine currengstate operator
      impositiondict begin  % (like gsave
                            % operator)
      Vsave
      systemdict__currentgstate
      Identity systemdict__setmatrix
      newpath
      p1
      exch systemdict__setmatrix
      end
      } bind def
/setgstate {        % redefine setgstate operator
      impositiondict begin  % (like grestore
                            % operator)
      systemdict__setgstate
      Vrestore
      end
      } bind def
} if
```

These optional procedures are used when it is anticipated that the page descriptions in the merged PostScript® file **450** may include a save operator in one page description and a restore operator in a subsequent page description. If the optional procedures are used, a slight modification should be made to the setvirtualdevice procedure, described above in connection with FIG. **27**. Referring to FIG. **27**, an additional block **633** invokes the redefined save operator and then pops the save object from the Operands Stack after the block **6322** invokes the EnableVirtualDevice procedure. This is necessary because the grestore and grestoreall operators can be called without a corresponding save or gsave operator. If grestore is called without a gsave operator, it restores the graphics state from the top of the graphics state stack. If grestoreall is called without a gsave or save operator, it restores either the graphics state from the bottom of the graphics state stack or the graphics state saved by the last save operator. If the topmost save object was created prior to the redefinition of the save operator, the saved current path will not include the additions of the page size and [CTM] components and, therefore, will not operate properly with the redefined grestore and grestorall operators. Thus, invoking the redefined save operator at the block **633** of the setvirtualdevice procedure ensures that the grestore and grestoreall operators will always restore a saved graphics state compatible with the present invention.

The blocks **630–633** of the setvirtualdevice procedure for the third embodiment of the invention may be implemented by the following code:

VirtualDeviceEnabled not {EnableVirtualDevice save pop} if

Also, in some PostScript® applications, interpreting different Postscript® files consecutively may interfere with the operation of the invention. For example, two different PostScript® files may use the same name for variables with different definitions. If the second PostScript® file interpreted does not explicitly initialize the variable, the definition of the variable from the first PostScript® file will be used, interfering with proper interpretation of the second PostScript® file. To overcome this problem, the Imposejob procedure (FIG. **28**) may be altered.

Referring to FIG. **28**, blocks **653** and **657** are added to the ImposeJob procedure to save the state of virtual memory (which includes many variable definitions) before retrieving a file/list pair from the instruction set and restoring that saved state before retrieving the next file/list pair. Specifically, the block **653** executes the redefined save operator and stores the saved state in a variable called, for



example, "SavedState." The blocks **654** and **656** then retrieve a file/list pair from the instruction set and invoke the ImposeFile procedure to process the file/list pair, as described above. However, after the ImposeFile procedure finishes processing each entry in the file/list pair, the block **657** retrieves the saved state stored in the variable SavedState and executes the redefined restore operator to restore that state. The block **657** thus initializes the virtual memory before the block **654** retrieves the next file/list pair from the instruction set.

The blocks **650–662** of the ImposeJob procedure incorporating the blocks **653** and **657** may be implemented by the following code:

```
/ImposeJob                      % Impose pages from each input
                                % file
{
      impositiondict /EnableVirtualDevice get exec
      {
            aload pop pop
            impositiondict /SavedState
                  save put        % save state
                  impositiondict  /ImposeFile
                  get             % call ImposeFile for each
                  exec            % file in instruction set
                                  % cleardictstack
                  clear
                  impositiondict  /SavedState get
                     restore      % restore saved state
      } forall
      impositiondict /ImageDone true put
      impositiondict /systemdict__showpage
      known {                   % Did we redefine showpage
            impositiondict /systemdict__showpage
            get exec            % If yes, execute it.
            } if
} def
```

Further, as explained earlier, for compatibility with the optional procedures, the PostScript® erasepage operator is redefined by calling the systemdict__gsave and grestore operators. All of the remaining imposition-on-the-fly procedures are compatible with the optional procedures.

Numerous modifications and alternative embodiments of the invention will be apparent to those skilled in the art in view of the foregoing description. Accordingly, this description is to be construed as illustrative only and is for the purpose of teaching those skilled in the art the best mode of carrying out the invention. The details may be varied substantially without departing from the spirit of the invention, and the exclusive use of all modifications which are within the scope of the appended claims is reserved.

What is claimed is:

1. A method of assembling first and second different books, the method comprising the steps of:

(A) storing a first number of pages;

(B) specifying a first set of pagination information including an indication of whether a stored page is to be selectively included in the first book;

(C) specifying a second set of pagination information including an indication of whether a stored page is to be selectively included in the second book;

(D) determining whether a stored page is to be assembled into the first book based on the first set of pagination information wherein a second number of stored pages to be assembled into the first book is less than the first number;

(E) determining whether a stored page is to be assembled into the second book based on the second set of

pagination information wherein a third number of stored pages to be assembled into the second book is different than the second number and no greater than the first number;

(F) generating page description language instructions for production of the first and second books in accordance with the first and second sets of pagination information; and

(G) producing the first and second books in a single press run.

**2**. The method of claim **1**, wherein the step of determining whether a stored page is to be assembled into the first book comprises the step of analyzing variable information areas of the page.

**3**. The method of claim **1**, further comprising the step of analyzing press commands directed to production of the first book to determine whether the page is to be assembled into the first book.

**4**. The method of claim **1**, further comprising the step of generating a pagination file having data representative of the first set of pagination information.

**5**. The method of claim **1**, further comprising the step of deriving a maximum number of pages for the first book based on the pagination information.

**6**. The method of claim **1**, wherein the pagination information includes filler page information.

**7**. The method of claim **1**, wherein the pagination information includes a specification of whether the page should be forced to one of a right side and a left side of the first book.

**8**. The method of claim **1**, further comprising the step of specifying page description language instructions to produce a barcode on the page of the first book.

**9**. The method of claim **8**, wherein the barcode is indicative of tracking information.

**10**. The method of claim **1**, wherein the step of generating page description language instructions comprises the step of generating instructions for production of page numbering information on the page of the first book.

**11**. The method of claim **1**, wherein the step of generating page description language instructions comprises the step of generating instructions for insertion of filler pages in accordance with the pagination information of the first book.

**12**. The method of claim **1**, further comprising the step of delivering page description language instructions to an electronic press to print the first book.



**13**. The method of claim **1**, wherein the step of specifying the first set of pagination information comprises the step of providing a user interface for entry of the pagination information.

**14**. The method of claim **1**, wherein the step of determining whether a stored page is to be assembled into the second book comprises the step of analyzing variable information areas of the page.

**15**. The method of claim **1**, further comprising the step of analyzing press commands directed to production of the second book to determine whether the page is to be assembled into the second book.

**16**. The method of claim **1**, further comprising the step of generating a pagination file having data representative of the second set of pagination information.

**17**. The method of claim **1**, further comprising the step of deriving a maximum number of pages for the second book based on the pagination information.

**18**. The method of claim **1**, wherein the pagination information includes filler page information.

**19**. The method of claim **1**, wherein the pagination information includes a specification of whether the page should be forced to one of a right side and a left side of the second book.

**20**. The method of claim **1**, further comprising the step of specifying page description language instructions to produce a barcode on the page of the second book.

**21**. The method of claim **20**, wherein the barcode is indicative of tracking information.

**22**. The method of claim **1**, wherein the step of generating page description language instructions comprises the step of generating instructions for production of page numbering information on the page of the second book.

**23**. The method of claim **1**, wherein the step of generating page description language instructions comprises the step of generating instructions for insertion of filler pages in accordance with the pagination information of the second book.

**24**. The method of claim **1**, further comprising the step of delivering page description language instructions to an electronic press to print the second book.

**25**. The method of claim **1**, wherein the step of specifying the second set of pagination information comprises the step of providing a user interface for entry of the pagination information.

* * * * *