IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-032-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF CHANGE OF ADDRESS FOR THE
### LAW FIRM OF ROPES & GRAY LLP

PLEASE TAKE NOTICE that effective January 22, 2007, the address of Ropes & Gray LLP, the law firm serving as counsel of record for plaintiff R.R. Donnelley & Sons Company will be:  1211 Avenue of the Americas, New York, NY  10036.  The telephone numbers of the firm will remain the same.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  *Attorneys for Plaintiff*
  *R.R. Donnelley & Sons Company*

January 17, 2007

677384

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 17, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell III
> Richards Layton & Finger

I also certify that copies were caused to be served on January 17, 2007, upon the following in the manner indicated:

### BY EMAIL AND HAND

Frederick L. Cottrell III
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801

### BY EMAIL

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595


> /s/   Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347
> (302) 658-9200
> rsmith@mnat.com