IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>　　　Defendants. | C. A. No. 06-32-JJF<br><br>**JURY TRIAL DEMANDED** |
| EASTMAN KODAK COMPANY,<br><br>　　　Counterclaim-Plaintiff,<br><br>　　　v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>　　　Counterclaim-Defendant. | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Alyssa M. Schwartz, formerly of Richards, Layton & Finger, hereby withdrawals as counsel for Defendants Creo, Inc., Eastman Kodak Company and Kodak Graphic Communications Company. Richards, Layton & Finger continues to represent all Defendants in this action.

RLF1-3115275-1

|  |  |
|---|---|
| Dated: February 13, 2007 | /s/ Alyssa M. Schwartz<br>Alyssa M. Schwartz (#4351)<br>alyssa.schwartz@skadden.com<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P. O. Box 636<br>Wilmington, DE  19899 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND AND ELECTRONIC MAIL

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on February 13, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS AND ELECTRONIC MAIL

Bradford J. Badke, Esquire
Fish & Neave IP Group
Ropes & Gray
1211 Avenue of the Americas
New York, NY  10020

Steven A. Kaufman
Fish & Neave IP Group
Ropes & Gray
One International Place
Boston, MA  02110

Stuart W. Yothers
Fish & Neave IP Group
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10020-1105

Gregory E. Stuhlman (#4765)
stuhlman@rlf.com

RLF1-2989206-1