# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

February 13, 2007

<u>BY E-FILING</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

   Re: <u>*R.R. Donnelley & Sons Company v. Creo Inc. et al.*,</u>
     <u>C.A. No. 06-32-JJF</u>

Dear Judge Farnan:

  Enclosed is an Amended Rule 16 Scheduling Order, as discussed during the February 2, 2007 motion hearing. The enclosed Scheduling Order includes a proposed date (September 11, 2007) for the Markman Hearing, and a proposed time period (February 2008) for the Pretrial Conference.

               Respectfully,

               */s/ Rodger D. Smith II*

               Rodger D. Smith II (#3778)

cc: Clerk of the Court (By E-Filing)
   Frederick L. Cottrell III, Esquire (By E-Filing)
   Richard McMillan, Esquire (By E-Mail)
   Bradford J. Badke, Esquire (By E-Mail)

739576

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | C.A. No. 06-cv-032-JJF |

## AMENDED RULE 16 SCHEDULING ORDER

The Court's May 8, 2006 Rule 16 Scheduling Order is hereby amended as follows:

    3.    <u>Discovery.</u>

        (f)    All fact discovery shall be commenced so as to be completed by June 29, 2007.

(g)  Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due on issues on which a party bears the burden of proof by October 9, 2007. Rebuttal expert reports are due by November 6, 2007.

(h)  All expert discovery shall be commenced so as to be completed by December 7, 2007.

8. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before December 14, 2007.

9. **Markman**. A Markman Hearing will be held on September 11, 2007. Opening claim construction briefs shall be filed and served on July 30, 2007. Responsive claim construction briefs shall be filed and served on August 30, 2007. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

11. **Pretrial Conference**. The Pretrial Conference will take place on February \_\_\_\_, 2008.

12. **Claim Construction**. The parties have agreed to identify claim terms that require construction on May 11, 2007. The parties will exchange proposed constructions of all identified terms on June 1, 2007.

_____        _____
               Date                                                United States District Judge

739564

2