IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | C.A. No. 06-cv-032-JJF |

## AMENDED RULE 16 SCHEDULING ORDER

The Court's May 8, 2006 Rule 16 Scheduling Order is hereby amended as follows:

3.  Discovery.

    (f)  All fact discovery shall be commenced so as to be completed by June 29, 2007.

(g) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due on issues on which a party bears the burden of proof by October 9, 2007. Rebuttal expert reports are due by November 6, 2007.

(h) All expert discovery shall be commenced so as to be completed by December 7, 2007.

8. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before December 14, 2007.

9. **Markman.** A Markman Hearing will be held on September 11, 2007. @ 11:00 a.m. Opening claim construction briefs shall be filed and served on July 30, 2007. Responsive claim construction briefs shall be filed and served on August 30, 2007. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

11. **Pretrial Conference.** The Pretrial Conference will take place on February 7, 2008. at 11:00 a.m.

12. **Claim Construction.** The parties have agreed to identify claim terms that require construction on May 11, 2007. The parties will exchange proposed constructions of all identified terms on June 1, 2007.

February 15, 2007
_____
Date

_____
United States District Judge

739564