**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C. A. No. 06-032-JJF |
| CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendants, | |

**NOTICE OF SERVICE**

**IT IS HEREBY CERTIFIED** that on March 8, 2007 Creo, Inc.'s, Eastman Kodak Company's, and Kodak Graphic Communications Company's Amended Responses and Objections to R.R. Donnelley's Amended Notice of Deposition of Defendants Pursuant To Federal Rule of Civil Procedure 30(b)(6) were served upon the below-named counsel of record in the manner and at the addresses indicated below:

**BY HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**
Bradford J. Badke, Esquire
Stuart W. Yothers, Esquire
Fish & Neave IP Group
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036

**VIA FEDERAL EXPRESS**
Steven A. Kaufman
Fish & Neave IP Group
Ropes & Gray
One International Place
Boston, MA 02110

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Defendants Creo, Inc., Eastman Kodak Company and Kodak Graphic Communications Company*

OF COUNSEL:
Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500

Dated: March 8, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on March 8, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

**VIA FEDERAL EXPRESS**

Bradford J. Badke, Esquire
Fish & Neave IP Group
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10020

Steven A. Kaufman
Fish & Neave IP Group
Ropes & Gray
One International Place
Boston, MA 02110

Stuart W. Yothers
Fish & Neave IP Group
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10020-1105

Gregory E. Stuhlman (#4765)
stuhlman@rlf.com