**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C.A. No. 06-cv-032-JJF |
| EASTMAN KODAK COMPANY ,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | |

**R.R. DONNELLEY'S SECOND NOTICE OF DEPOSITION OF DEFENDANTS**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

To:

Richard McMillan, Jr.
Jeffrey D. Sanok
Brian M. Koide
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Frederick L. Cottrell, III
Gregory E. Stuhlman
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6), Fed. R. Civ. P., plaintiff R.R. Donnelley & Sons Company ("R.R. Donnelley") will take the deposition upon oral examination of Defendants Creo, Inc. ("Creo"), NexPress Solutions, Inc. ("NexPress"), Kodak Versamark, Inc. ("Kodak Versamark"), Eastman Kodak Company ("Kodak"), and Kodak

Graphic Communications Company ("KGCC"), collectively "Defendants," on the topics set forth in the attached Schedule A, through one or more of its officers, directors, or managing agents, or other persons who consent to testify on Defendants' behalf, commencing on May 2, 2007 at 9:30 a.m.

R.R. Donnelley requests that Defendants identify in writing at least five (5) business days in advance of the deposition the person(s) designated by Defendants, the job title of each such person(s), and the topic(s) on which each such person(s) will testify.

The deposition will take place at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, Wilmington, DE 19899-1347, beginning on the date and time specified above. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. The deposition will continue from day to day until completed. At least five (5) business days in advance of the scheduled deposition or 30 days from service of this Notice, whichever is earlier, Defendants are requested to produce all documents and things referenced in or related to the topics in Schedule A to the extent not previously produced.

You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
*Attorneys for Plaintiff*
*R.R. Donnelley & Sons Company*

OF COUNSEL:

John G. Hutchinson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5398

Douglas I. Lewis
Jamie L. Secord
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

April 12, 2007

798709

**SCHEDULE A**

**DEFINITIONS AND INSTRUCTIONS**

R.R. Donnelley incorporates herein the Definitions and Instructions in "R.R. DONNELLEY'S AMENDED NOTICE OF DEPOSITION OF DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)" dated November 10, 2006.

**TOPICS**

1. The output produced by Defendants' Software Products and by Third Party Software Products, including but not limited to the organization and formatting of static and variable data in such output.

2. Defendants' inbound and outbound patent licenses relating to Variable Digital Printing.

3. Defendants' sales, both in units and dollar amounts, revenue, costs, and profits relating to Defendants' Software Products and Defendants' Hardware Products.

4. The design, operation, functionality, features, structure, performance, and technical characteristics of Defendants' Software Products as they relate to Variable Digital Printing.

5. The conception, design, development, and commercialization of Defendants' Software Products relating to Variable Digital Printing.

6. The content of Defendants' documentation for Defendants' Software Products and Defendants' Hardware Products (in any form, including hard copy and online documentation) relating to Variable Digital Printing, including but not limited to user's guides, reference manuals, product manuals, product descriptions, technical articles, and the like.

7. Instructions provided to users of Defendants' Software Products and Defendants' Hardware Products relating to Variable Digital Printing.

8. The content and intent of Defendants' marketing and promotional materials for Defendants' Software Products, Defendants' Hardware Products, and Third Party Software Products as they relate to Variable Digital Printing.

9. Promotion or sales by Defendants, including actions and representations made by Defendants' salespersons, of Defendants' Software Products, Defendants' Hardware Products, and Third Party Software Products as they relate to Variable Digital Printing.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 12, 2007, the foregoing R.R. DONNELLEY'S SECOND NOTICE OF DEPOSITION OF DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

Frederick L. Cottrell III
Richards Layton & Finger

In addition, the undersigned hereby certifies that on April 12, 2007, copies of the foregoing was caused to be served in the manner indicated upon the following:

**BY EMAIL AND HAND**

Frederick L. Cottrell III
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com

**BY EMAIL**

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
rmcmillan@crowell.com

*/s/ Rodger D. Smith II*
Rodger D. Smith II (# 3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com