IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY, )<br><br>Defendants. )<br><br>EASTMAN KODAK COMPANY , )<br><br>Counterclaim-Plaintiff, )<br><br>v. )<br><br>R.R. DONNELLEY & SONS COMPANY, )<br><br>Counterclaim-Defendant. ) | C.A. No. 06-cv-032-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Court's Amended Rule 16 Scheduling Order (D.I. 123) is hereby amended as follows:

1.    The parties have agreed to identify claim terms that require construction on June 11, 2007;

2.    The parties will exchange proposed constructions of all identified terms on July 1, 2007; and

3.      All fact discovery shall be commenced so as to be completed by

August 31, 2007.

The other provisions and dates in the Court's Amended Rule 16 Scheduling Order (D.I. 123)

remain in full force and effect.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP      RICHARDS LAYTON & FINGER, P.A.


*/s/ Rodger D. Smith II (#3778)*                          *Gregory E. Stuhlman (#4765)*
Jack B. Blumenfeld (#1014)                              Frederick L. Cottrell, III (#2555)
Rodger D. Smith II (#3778)                              Gregory E. Stuhlman (#4765)
1201 N. Market Street                                    One Rodney Square
P.O. Box 1347                                            920 North King Street
Wilmington, DE  19899                                    Wilmington, DE  19801
(302) 658-9200                                           (302) 651-7700
rsmith@mnat.com                                          stuhlman@rlf.com
*Attorneys for Plaintiff*                                *Attorneys for Defendants*

                                       SO ORDERED this ____ day of _____ 2007.


                                       _____
798407                                 United States District Court Judge

2