## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>    Defendants. | C. A. No. 06-032-JJF |
| CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>    Counterclaim-Defendants, | |

## NOTICE OF SERVICE

**IT IS HEREBY CERTIFIED** that on April 23, 2007 Creo, Inc.'s, Nexpress Solutions, Inc.'s, Kodak Versamark, Inc.'s, Eastman Kodak Company's, and Kodak Graphic Communications Company's Responses and Objections to R.R. Donnelley's Second Notice of Deposition of Defendants Pursuant to Federal Rule of Civil Procedure 30(b)(6) were served upon the below-named counsel of record in the manner and at the addresses indicated below:

**BY HAND DELIVERY & ELECTRONIC MAIL**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE   19899


**VIA FEDERAL EXPRESS &
ELECTRONIC MAIL**
Douglas I. Lewis
Jamie L. Secord
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL   60603

**VIA FEDERAL EXPRESS &
ELECTRONIC MAIL**
John G. Hutchinson
Sidley Austin, LLP
787 Seventh Avenue
New York, NY   10019

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Defendants*

OF COUNSEL:
Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500

Dated: April 23, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2007, I served the foregoing on counsel as follows:

### BY HAND AND ELECTRONIC MAIL

Jack B. Blumenfeld, Esq.
Rodger D. Smith, II, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

### VIA FEDERAL EXPRESS AND ELECTRONIC MAIL

| | | |
|---|---|---|
| Douglas I. Lewis | John G. Hutchinson | Jamie L. Secord |
| SIDLEY AUSTIN, LLP | SIDLEY AUSTIN, LLP | SIDLEY AUSTIN, LLP |
| One South Dearborn Street | 787 Seventh Avenue | One South Dearborn Street |
| Chicago, IL  60603 | New York, NY  10019 | Chicago, IL  60603 |
| (312) 853-4169 | (212)839-5398 | (312) 853-2206 |
| dilewis@sidley.com | jhutchinson@sidley.com | jsecord@sidley.com |

_____
Gregory E. Stuhlman(#4765)
stuhlman@rlf.com

RLF1-3141310-1