IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendants, | C. A. No. 06-032-JJF |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Jameson A. L. Tweedie of Richards, Layton & Finger is substituted for Gregory E. Stuhlman of Richards, Layton & Finger as counsel for Defendants Creo, Inc., Eastman Kodak Company and Kodak Graphic Communications Company. Frederick L. Cottrell, III and Richards, Layton & Finger continue to represent Defendants Creo, Inc., Eastman Kodak Company and Kodak Graphic Communications Company in this matter.

RLF1-3151947-1

- 2 -

/s/ *[signature]*

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Defendants*

OF COUNSEL:
Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500

Dated: May 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND & ELECTRONIC MAIL

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on May 18, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS & ELECTRONIC MAIL

| | |
|---|---|
| Douglas I. Lewis | John G. Hutchinson |
| Jamie L. Secord | Sidley Austin, LLP |
| Sidley Austin, LLP | 787 Seventh Avenue |
| One South Dearborn Street | New York, NY  10019 |
| Chicago, IL  60603 | |

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com