IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C.A. No. 06-cv-032-JJF |
| EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of PLAINTIFF'S THIRD SET OF INTERROGATORIES TO DEFENDANTS CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY were caused to be served on May 18, 2007, upon the following in the manner indicated:

**BY EMAIL AND HAND**

Frederick L. Cottrell III
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801
cottrell@rlf.com

**BY EMAIL**

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595
rmcmillan@crowell.com

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Rodger D. Smith II (#3778)*
                Jack B. Blumenfeld (#1014)
                Rodger D. Smith II (#3778)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE  19899
                (302) 658-9200
                rsmith@mnat.com
                  *Attorneys for Plaintiff*
                  *R.R. Donnelley & Sons Company*

OF COUNSEL:

John G. Hutchinson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York  10019
(212) 839-5300

Douglas I. Lewis
Jamie L. Secord
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000

May 18, 2007
797719.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 18, 2007, the foregoing Notice of Service was caused to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing(s) to the following counsel:

>Frederick L. Cottrell III
>Richards Layton & Finger

In addition, the undersigned hereby certifies that on May 18, 2007, copies of the foregoing were caused to be served in the manner indicated upon the following:

**BY EMAIL AND HAND**

>Frederick L. Cottrell III
>Richards Layton & Finger
>One Rodney Square
>920 N. King Street
>Wilmington, DE  19801
>cottrell@rlf.com

**BY EMAIL**

>Richard McMillan, Jr.
>Crowell & Moring LLP
>1001 Pennsylvania Avenue, N.W.
>Washington, DC  20004-2595
>rmcmillan@crowell.com

>*/s/ Rodger D. Smith II (#3778)*
>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>(302) 658-9200
>rsmith@mnat.com