IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,  )<br>  )<br>   Plaintiff,  )<br>  )<br> v.  )<br>  )<br>CREO, INC., NEXPRESS SOLUTIONS,  )<br>INC., KODAK VERSAMARK, INC.,  )<br>EASTMAN KODAK COMPANY, AND  )<br>KODAK GRAPHIC COMMUNICATIONS  )<br>COMPANY,  )<br>  )<br>   Defendants.  )<br>_____)<br>  )<br>EASTMAN KODAK COMPANY,  )<br>  )<br>   Counterclaim-Plaintiff,  )<br>  )<br> v.  )<br>  )<br>R.R. DONNELLEY & SONS COMPANY,  )<br>  )<br>   Counterclaim-Defendant.  )<br>  ) | C.A. No. 06-032-JJF |

**R.R. DONNELLEY'S THIRD NOTICE OF DEPOSITION OF DEFENDANTS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6), Fed. R. Civ. P., plaintiff R.R. Donnelley & Sons Company ("R.R. Donnelley") will take the deposition upon oral examination of defendants Creo, Inc., NexPress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company (collectively, "Defendants") on the topics set forth in the attached Schedule A, through one or more of their officers, directors, or managing agents, or other persons who consent to testify on Defendants' behalf, commencing on July 2, 2007 at 9:30 a.m.

R.R. Donnelley requests that Defendants identify in writing at least five (5) business days in advance of the deposition the person(s) designated by Defendants, the job title of each such person(s), and the topic(s) on which each such person(s) will testify.

The deposition will take place at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, Wilmington, DE 19899-1347, beginning on the date and time specified above. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. The deposition will continue from day to day until completed. At least five (5) business days in advance of the scheduled deposition or 30 days from service of this Notice, whichever is earlier, Defendants are requested to produce all documents and things referenced in or related to the topics in Schedule A to the extent not previously produced.

You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Rodger D. Smith II

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Plaintiff*
  *R.R. Donnelley & Sons Company*

OF COUNSEL:

John G. Hutchinson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5398

Douglas I. Lewis
Jamie L. Secord
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

June 4, 2007

## SCHEDULE A

### DEFINITIONS AND INSTRUCTIONS

R.R. Donnelley incorporates herein the Definitions and Instructions in "R.R. DONNELLEY'S AMENDED NOTICE OF DEPOSITION OF DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)," dated November 10, 2006.

### TOPICS

1. The identification of, meaning of, and use of data stored by Defendants' Software Products and by Third Party Software Products, including but not limited to temporary data (whether written to a file or not) used in Variable Digital Printing and data stored in databases or in files (including but not limited to the Primebase database) during Variable Digital Printing.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell III
> Richards Layton & Finger

I also certify that copies were caused to be served on June 4, 2007, upon the following in the manner indicated:

### BY EMAIL AND BY HAND

> Frederick L. Cottrell III
> Richards Layton & Finger
> One Rodney Square
> 920 N. King Street
> Wilmington, DE  19801
> cottrell@rlf.com

### BY EMAIL

> Richard McMillan, Jr.
> Crowell & Moring LLP
> 1001 Pennsylvania Avenue, N.W.
> Washington, DC  20004-2595
> rmcmillan@crowell.com

> /s/     Rodger D. Smith II (#3778)
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> rsmith@mnat.com