IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | C. A. No. 06-32-JJF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 8th day of June, 2007, true and correct copies of Defendants Creo, Inc., Nexpress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company Objections and Responses to R.R. Donnelley & Sons Company's ("RRD") Third Notice of Deposition of Defendants Pursuant to Federal Rule of Civil Procedure 30(b)(6) were served, in the manner indicated, on counsel as follows:

RLF1-3162708-1

**BY HAND AND ELECTRONIC MAIL**

Jack B. Blumenfeld, Esq.
Rodger D. Smith, II, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899


**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**

| | |
|---|---|
| Douglas I. Lewis<br>Jamie L. Secord<br>SIDLEY AUSTIN, LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-4169<br>dilewis@sidley.com<br>jsecord@sidley.com | John G. Hutchinson<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212)839-5398<br>jhutchinson@sidley.com |

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
Attorneys for Defendant and
Counterclaim-Plaintiff Eastman
Kodak Company and Defendants Creo, Inc.,
NexPress Solutions, Inc., Kodak Versamark,
Inc., and Kodak Graphic Communications
Company

OF COUNSEL:
Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500


Dated: June 8, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND & ELECTRONIC MAIL

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on June 8, 2007, the foregoing was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS & ELECTRONIC MAIL

| | |
|---|---|
| Douglas I. Lewis | John G. Hutchinson |
| Jamie L. Secord | Sidley Austin, LLP |
| Sidley Austin, LLP | 787 Seventh Avenue |
| One South Dearborn Street | New York, NY  10019 |
| Chicago, IL  60603 | |

Jameson A. L. Tweeedie (#4927)
tweedie@rlf.com

RLF1-3162705-1