IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C. A. No. 06-032-JJF |
| EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 2nd day of July, 2007, true and correct copies of the Proposed Claim Constructions of Creo, Inc., Nexpress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company were served, in the manner indicated, on counsel as follows:

RLF1-3173431-1

**BY HAND DELIVERY AND ELECTRONIC MAIL**

Jack B. Blumenfeld, Esq.
Rodger D. Smith, II, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899


**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**

| | |
|---|---|
| Douglas I. Lewis | John G. Hutchinson |
| Jamie L. Secord | SIDLEY AUSTIN, LLP |
| SIDLEY AUSTIN, LLP | 787 Seventh Avenue |
| One South Dearborn Street | New York, NY 10019 |
| Chicago, IL 60603 | (212)839-5398 |
| (312) 853-4169 | jhutchinson@sidley.com |
| dilewis@sidley.com | |
| jsecord@sidley.com | |

OF COUNSEL:
Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500


Dated: July 2, 2007

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Defendant and
Counterclaim-Plaintiff Eastman
Kodak Company and Defendants Creo, Inc.,
NexPress Solutions, Inc., Kodak Versamark,
Inc., and Kodak Graphic Communications
Company*