IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | C.A. No. 06-cv-032-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following were caused to be served on July 2, 2007, upon the following in the manner indicated: (1) PLAINTIFF'S PROPOSED CONSTRUCTION OF IDENTIFIED CLAIM TERMS; and (2) PLAINTIFF'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANTS' INTERROGATORY NOS. 1 AND 2, SECOND SUPPLEMENTAL RESPONSES TO DEFENDANTS' INTERROGATORY NOS. 3, 4, 7 AND 9 AND SUPPLEMENTAL RESPONSES TO DEFENDANTS' INTERROGATORY NOS. 10, 11, 13, 15, 16 AND 20:

**BY EMAIL AND HAND**

Frederick L. Cottrell III
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com

**BY EMAIL**

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
rmcmillan@crowell.com

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Rodger D. Smith II*
        _____
        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        rsmith@mnat.com
          *Attorneys for Plaintiff*
          *R.R. Donnelley & Sons Company*

OF COUNSEL:

John G. Hutchinson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Douglas I. Lewis
Jamie L. Secord
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

July 2, 2007
912376

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 2, 2007, the foregoing Notice of Service was caused to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing(s) to the following counsel:

> Frederick L. Cottrell III
> Richards Layton & Finger

In addition, the undersigned hereby certifies that on July 2, 2007, copies of the foregoing were caused to be served in the manner indicated upon the following:

### BY EMAIL AND HAND

Frederick L. Cottrell III
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com

### BY EMAIL

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
rmcmillan@crowell.com


*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com