## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>    Defendants.<br><br>CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>    Counterclaim-Defendants. | C. A. No. 06-032-JJF |

## NOTICE OF MOTION

**TO:** Jack B. Blumenfeld, Esquire  
Rodger D. Smith, II, Esquire  
Morris, Nichols, Arsht & Tunnell  
1201 North Market Street  
P. O. Box 1347  
Wilmington, DE  19899

Steven A. Kaufman  
Fish & Neave IP Group  
Ropes & Gray  
One International Place  
Boston, MA  02110

Bradford J. Badke, Esquire  
Fish & Neave IP Group  
Ropes & Gray  
1251 Avenue of the Americas  
New York, NY  10020

RLF1-3176375-1

- 2 -

PLEASE TAKE NOTICE that Defendants' Motion to Compel Discovery, dated July 10, 2007 (D.I. 148), shall be presented to the Court on August 3, 2007 at 10:00 a.m. or as soon thereafter as counsel may be heard.

| | |
|---|---|
| OF COUNSEL:<br><br>Richard McMillan, Jr.<br>Jeffrey D. Sanok<br>Brian M. Koide<br>Clyde Findley<br>Nathaniel Grow<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC  20004-2595<br>(212) 624-2500<br><br>Dated:  July 10, 2007 |     /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Jameson A.L. Tweedie (#4927)<br>tweedie@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE  19899<br>(302) 651-7700<br>*Attorneys for Defendants Creo, Inc., NexPress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company and Kodak Graphic Communications Company* |

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2007, I caused to be served by electronic the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on July 10, 2007, the foregoing document was sent via electronic mail to the following non-registered participants:

| | |
|---|---|
| Bradford J. Badke, Esquire | Steven A. Kaufman |
| Fish & Neave IP Group | Fish & Neave IP Group |
| Ropes & Gray | Ropes & Gray |
| 1251 Avenue of the Americas | One International Place |
| New York, NY  10020 | Boston, MA  02110 |

          */s/ Anne Shea Gaza*
    Anne Shea Gaza (#4093)
    gaza @rlf.com

- 3 -