IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendants. | C. A. No. 06-032-JJF |

## RE-NOTICE OF MOTION

TO:  Jack B. Blumenfeld, Esquire
     Rodger D. Smith, II, Esquire
     Morris, Nichols, Arsht & Tunnell
     1201 North Market Street
     P. O. Box 1347
     Wilmington, DE  19899

     John G. Hutchinson
     SIDLEY AUSTIN, LLP
     787 Seventh Avenue
     New York, NY  10019
     (212)839-5398
     jhutchinson@sidley.com

Douglas I. Lewis
Jamie L. Secord
SIDLEY AUSTIN, LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-4169
dilewis@sidley.com
jsecord@sidley.com

- 2 -

PLEASE TAKE NOTICE that Defendants' Motion to Compel Discovery, dated July 10, 2007 (D.I. 148) shall be presented to the Court on August 3, 2007 at 10:00 a.m. or as soon thereafter as counsel may be heard.

OF COUNSEL:

Richard McMillan, Jr.
Jeffrey D. Sanok
Brian M. Koide
Clyde Findley
Nathaniel Grow
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595
(212) 624-2500

Dated: July 11, 2007

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE  19899
(302) 651-7700
*Attorneys for Defendants Creo, Inc., NexPress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company and Kodak Graphic Communications Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2007, I caused to be served by electronic the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on July 11, 2007, the foregoing document was sent via electronic mail to the following non-registered participants:

Douglas I. Lewis
Jamie L. Secord
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-4169
dilewis@sidley.com
jsecord@sidley.com

John G. Hutchinson
Sidley Austin, LLP
787 Seventh Avenue
New York, NY  10019
(212)839-5398
jhutchinson@sidley.com

/s/ Jameson A.L. Tweedie
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com