IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CREO, INC., NEXPRESS SOLUTIONS, ) <br> INC., KODAK VERSAMARK, INC., ) <br> EASTMAN KODAK COMPANY, ) <br> and KODAK GRAPHIC ) <br> COMMUNICATIONS COMPANY, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> EASTMAN KODAK COMPANY, ) <br> ) <br> Counterclaim-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> R.R. DONNELLEY & SONS COMPANY, ) <br> ) <br> Counterclaim-Defendant. ) | C.A. 06-032-JJF |

### CREO, INC.'S, NEXPRESS SOLUTIONS, INC.'S, KODAK VERSAMARK, INC.'S, EASTMAN KODAK COMPANY'S, AND KODAK GRAPHIC COMMUNICATIONS COMPANY'S SECOND NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants Creo, Inc., NexPress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company (collectively, "Defendants") will take the deposition upon oral examination of Plaintiff R.R. Donnelley & Sons Company ("RRD") on the topics set forth in the attached Schedule A, through

one or more of RRD's officers, directors, or managing agents, or other persons who consent to testify on RRD's behalf, commencing on July 25, 2007 at 9:00 a.m. Defendants request that RRD identify in writing at least five (5) business days in advance of the deposition the person(s) designated by RRD, the job title of each such person(s), and the topic(s) on which each such person(s) will testify.

The deposition will take place at the offices of Crowell & Moring LLP, 1001 Pennsylvania Avenue, NW, Washington, DC 20004 beginning on the date and time specified above. Alternatively, the deposition may commence at such other time and place as may be agreed upon by counsel. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. The deposition will continue from day to day until completed.

| OF COUNSEL: | Frederick L. Cottrell, III(#2555) |
|---|---|
| | cottrell@rlf.com |
| Richard McMillan, Jr. (admitted pro hac vice) | Jameson A.L. Tweedie (#4927) |
| rmcmillan@crowell.com | tweedie@rlf.com |
| Jeffrey D. Sanok (admitted pro hac vice) | Richards, Layton & Finger, P.A. |
| jsanok@crowell.com | One Rodney Square |
| Brian M. Koide (admitted pro hac vice) | 920 North King Street |
| bkoide@crowell.com | Wilmington, Delaware 19801 |
| CROWELL & MORING, LLP | (302) 651-7700 |
| 1001 Pennsylvania Avenue, N.W. | *Attorneys for Defendants Creo, Inc.,* |
| Washington, DC 20004-2595 | *NexPress Solutions, Inc., Kodak* |
| (202) 624-2500 | *Versamark, Inc., Eastman* |
| | *Kodak Company and Kodak Graphic* |
| | *Communications Company* |

Dated: July 11, 2007

2

## SCHEDULE A

### DEFINITIONS & INSTRUCTIONS

Defendants incorporate by reference the Definitions and Instructions of Creo, Inc.'s, Eastman Kodak Company's, and Kodak Graphic Communication Company's Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6). In addition, the following definitions and instructions shall apply:

 J. "Accused Software Product" means Darwin, Composer, DL-100, DL-1000, FusionPro, and/or any other product or service that RRD has accused or accuses of infringement in this action.

### TOPICS

 14. RRD's first knowledge of each Accused Software Product's existence.

 15. Prior to filing the original complaint in this action, RRD's knowledge of the operation of each Accused Software Product, including the output and/or output format of each Accused Software Product.

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on July 11, 2007, the foregoing was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

| | |
|---|---|
| Douglas I. Lewis | John G. Hutchinson |
| Jamie L. Secord | Sidley Austin, LLP |
| Sidley Austin, LLP | 787 Seventh Avenue |
| One South Dearborn Street | New York, NY  10019 |
| Chicago, IL  60603 | |

_____
Jameson A. L. Tweedie (#4927)
tweedie@rlf.com