IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| R.R. DONNELLEY & SONS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. 06-032-JJF |
| v. | ) | |
| | ) | |
| CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| EASTMAN KODAK COMPANY, | ) | |
| | ) | |
| Counterclaim-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| R.R. DONNELLEY & SONS COMPANY, | ) | |
| | ) | |
| Counterclaim-Defendant. | ) | |

CREO, INC.'S, NEXPRESS SOLUTIONS, INC.'S,
KODAK VERSAMARK, INC.'S, EASTMAN KODAK COMPANY'S,
AND KODAK GRAPHIC COMMUNICATIONS COMPANY'S
<u>NOTICE OF DEPOSITION OF MARY LEE SCHNEIDER</u>

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendants Creo, Inc., Nexpress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company (collectively, "Defendants") will take the deposition upon oral examination of Mary Lee Schneider, commencing on July 27, 2007 at 9:00 a.m., at the office of Latham & Watkins LLP, Sears Tower, Ste. 5800, 233 South Wacker Drive, Chicago, IL 60606. The deposition

will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. Attorneys may also use equipment providing for simultaneous stenography during the deposition.

| | |
|---|---|
| OF COUNSEL: | /s/ Frederick L. Cottrell, III<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com |
| Richard McMillan, Jr. (admitted pro hac vice)<br>rmcmillan@crowell.com<br>Jeffrey D. Sanok (admitted pro hac vice)<br>jsanok@crowell.com<br>Brian M. Koide (admitted pro hac vice)<br>bkoide@crowell.com<br>CROWELL & MORING, LLP<br>1001 Pennsylvania Avenue, N.W,<br>Washington, DC 20004-2595<br>(202) 624-2500 | Jameson A.L. Tweedie (#4927)<br>tweedie@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>*Attorneys for Defendants Creo, Inc., NexPress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company and Kodak Graphic Communications Company* |

Dated: July 11, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on July 11, 2007, the foregoing was sent to the following non-registered participants in the manner indicated:

### VIA FEDERAL EXPRESS

Douglas I. Lewis
Jamie L. Secord
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL  60603

John G. Hutchinson
Sidley Austin, LLP
787 Seventh Avenue
New York, NY  10019

Jameson A. L. Tweedie (#4927)
tweedie@rlf.com