IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 06-cv-032-JJF |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff R.R. Donnelley & Sons Company will present its Motion To Compel Defendants To Comply With Discovery Obligations Within The Fact Discovery Period (D.I. 154) before the District Court on Friday, August 3, 2007 at 10:00 a.m.

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Rodger D. Smith II*
                        _____
                        Jack B. Blumenfeld (#1014)
                        Rodger D. Smith II (#3778)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899-1347
                        (302) 658-9200
                          *Attorneys for Plaintiff*
                          *R.R. Donnelley & Sons Company*

OF COUNSEL:

John G. Hutchinson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
(212) 839-5398

Douglas I. Lewis
Jamie L. Secord
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-7000

July 16, 2007
969745

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 16, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell III
>Richards Layton & Finger

I also certify that copies were caused to be served on July 16, 2007, upon the following in the manner indicated:

>**BY EMAIL**
>
>Frederick L. Cottrell III
>Richards Layton & Finger
>One Rodney Square
>920 N. King Street
>Wilmington, DE  19801
>cottrell@rlf.com
>
>Richard McMillan, Jr.
>Crowell & Moring LLP
>1001 Pennsylvania Avenue, N.W.
>Washington, DC  20004-2595
>rmcmillan@crowell.com

>*/s/ Rodger D. Smith II (#3778)*
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com