**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | C.A. No. 06-cv-032-JJF |

**NOTICE OF DEPOSITION OF JOHN DESAUTELS**

To:   Richard McMillan, Jr.                    Frederick L. Cottrell, III
      Jeffrey D. Sanok                         RICHARDS, LAYTON & FINGER, P.A.
      Brian M. Koide                           One Rodney Square
      CROWELL & MORING, LLP                    920 North King Street
      1001 Pennsylvania Avenue, N.W.           Wilmington, DE 19801
      Washington, D.C. 20004

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30(b)(1), Fed. R. Civ. P., plaintiff R.R. Donnelley & Sons Company will take the deposition upon oral examination of John Desautels.

The deposition will commence immediately after the witness sits for a deposition as a designee under Rule 30(b)(6) (or if the witness does not so sit, on a date mutually agreed to by the parties), and continue day to day until completed, at the offices of Sidley Austin LLP, 1501 K Street, N.W., Washington, D.C. 20005, or at such other time and place as may be agreed to by counsel.

The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by sound, video and/or stenographic means.

You are invited to attend.

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Rodger D. Smith II (#3778)*
    Jack B. Blumenfeld (#1014)
    Rodger D. Smith II (#3778)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899
    (302) 658-9200
    rsmith@mnat.com
      Attorneys for Plaintiff
      R.R. Donnelley & Sons Company

OF COUNSEL:

John G. Hutchinson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5398

Douglas I. Lewis
Jamie L. Secord
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

July 20, 2007
972059.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 20, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell III
>Richards Layton & Finger, P.A.

I also certify that copies were caused to be served on July 20, 2007, upon the following in the manner indicated:

### BY EMAIL AND BY HAND

>Frederick L. Cottrell III
>Richards Layton & Finger, P.A.
>One Rodney Square
>920 N. King Street
>Wilmington, DE  19801
>cottrell@rlf.com

### BY EMAIL

>Richard McMillan, Jr.
>Crowell & Moring LLP
>1001 Pennsylvania Avenue, N.W.
>Washington, DC  20004-2595
>rmcmillan@crowell.com

>*/s/ Rodger D. Smith II (#3778)*
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com