**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C.A. No. 06-cv-032-JJF |
| EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | |

**NOTICE OF DEPOSITION OF BENNY SHIMSHONI**

To:     Richard McMillan, Jr.                Frederick L. Cottrell, III
        Jeffrey D. Sanok                     RICHARDS, LAYTON & FINGER, P.A.
        Brian M. Koide                       One Rodney Square
        CROWELL & MORING, LLP                920 North King Street
        1001 Pennsylvania Avenue, N.W.       Wilmington, DE 19801
        Washington, D.C. 20004

   PLEASE TAKE NOTICE that pursuant to Rules 26 and 30(b)(1), Fed. R. Civ. P., plaintiff R.R. Donnelley & Sons Company will take the deposition upon oral examination of Benny Shimshoni.

The deposition will commence immediately after the witness sits for a deposition as a designee under Rule 30(b)(6) (or if the witness does not so sit, on a date mutually agreed to by the parties), and continue day to day until completed, at the offices of Sidley Austin LLP, 1501 K Street, N.W., Washington, D.C. 20005, or at such other time and place as may be agreed to by counsel.

The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by sound, video and/or stenographic means.

You are invited to attend.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Rodger D. Smith II (#3778)*
          Jack B. Blumenfeld (#1014)
          Rodger D. Smith II (#3778)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE 19899
          (302) 658-9200
          rsmith@mnat.com
            Attorneys for Plaintiff
            R.R. Donnelley & Sons Company

OF COUNSEL:

John G. Hutchinson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5398

Douglas I. Lewis
Jamie L. Secord
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

July 20, 2007
972085.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 20, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell III
> Richards Layton & Finger, P.A.

I also certify that copies were caused to be served on July 20, 2007, upon the following in the manner indicated:

**BY EMAIL AND BY HAND**

Frederick L. Cottrell III
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
cottrell@rlf.com

**BY EMAIL**

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595
rmcmillan@crowell.com

*/s/ Rodger D. Smith II (#3778)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com