IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendants, | C. A. No. 06-032-JJF |

## NOTICE OF SERVICE

**IT IS HEREBY CERTIFIED** that on July 23, 2007 Creo, Inc.'s, Nexpress Solutions, Inc.'s, Kodak Versamark, Inc.'s, Eastman Kodak Company's, and Kodak Graphic Communications Company's Amended Responses and Objections to R.R. Donnelley & Sons Company's Amended Notice of Deposition of Defendants Pursuant to Federal Rule of Civil Procedure 30(b)(6) was served upon the below-named counsel of record in the manner and at the addresses indicated:

RLF1-3160368-1

**BY HAND DELIVERY & ELECTRONIC MAIL**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

| | |
|---|---|
| **BY FEDERAL EXPRESS & ELECTRONIC MAIL**<br>Douglas I. Lewis<br>Jamie L. Secord<br>Sidley Austin, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | **BY FEDERAL EXPRESS & ELECTRONIC MAIL**<br>John G. Hutchinson<br>Sidley Austin, LLP<br>787 Seventh Avenue<br>New York, NY 10019 |

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A. L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Defendants Creo, Inc., NexPress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company and Kodak Graphic Communications Company*

OF COUNSEL:
Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500

Dated: July 23, 2007

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on July 23, 2007, the foregoing was sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

Douglas I. Lewis
Jamie L. Secord
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL  60603

John G. Hutchinson
Sidley Austin, LLP
787 Seventh Avenue
New York, NY  10019

Jameson A. L. Tweedie (#4927)
tweedie@rlf.com