IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C.A. No. 06-032-JJF |
| CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendants, | |

**CREO, INC.'S, NEXPRESS SOLUTIONS, INC.'S, KODAK VERSAMARK, INC.'S, EASTMAN KODAK COMPANY'S, AND KODAK GRAPHIC COMMUNICATIONS COMPANY'S NOTICE OF DEPOSITION OF RUSSELL FLING**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendants Creo, Inc., Nexpress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company (collectively, "Defendants") will take the deposition upon oral examination of Russell T. Fling, commencing on August 27, 2007 at 9:00 a.m., at the office of Latham & Watkins LLP, Sears Tower, Ste. 5800, 233 South Wacker Drive, Chicago, IL 60606. The deposition will be taken before an officer authorized to

- 2 -

administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. Attorneys may also use equipment providing for simultaneous stenography during the deposition.

                                                  /s/                      

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
    *Attorneys for Defendants Creo, Inc.,*
    *NexPress Solutions, Inc., Kodak*
    *Versamark, Inc., Eastman*
    *Kodak Company and Kodak Graphic*
    *Communications Company*

OF COUNSEL:

Richard McMillan, Jr. (admitted pro hac vice)
rmcmillan@crowell.com
Jeffrey D. Sanok (admitted pro hac vice)
jsanok@crowell.com
Brian M. Koide (admitted pro hac vice)
bkoide@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500

Dated: July 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

**BY HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE   19899

I hereby certify that on July 27, 2007, the foregoing was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

| | |
|---|---|
| Douglas I. Lewis | John G. Hutchinson |
| Jamie L. Secord | Sidley Austin, LLP |
| Sidley Austin, LLP | 787 Seventh Avenue |
| One South Dearborn Street | New York, NY   10019 |
| Chicago, IL   60603 | |

Jameson A. L. Tweedie (#4927)
tweedie@rlf.com