IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>　　　　　Defendants.<br><br>EASTMAN KODAK COMPANY,<br><br>　　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>　　　　　Counterclaim-Defendant. | C.A. No. 06-cv-032-JJF |

**STIPULATION AND ORDER**

　　WHEREAS, the parties will be filing Opening Briefs concerning claim construction on July 30, 2007, and Answering Briefs concerning claim construction on August 31, 2007;

　　WHEREAS, the Local Rules state that Opening and Answering Briefs shall not exceed 40 pages, *see* D. Del. LR 7.1.3(A)(4);

　　WHEREAS, this case involves four patents-in-suit and numerous claim terms in dispute;

　　WHEREAS, the parties believe that they will require additional pages to explain the technology, the patents in suit, and the claim terms in dispute;

2

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the total combined page count of the Opening and Answering Briefs filed by each party concerning claim construction shall not exceed 100 pages.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS LAYTON & FINGER, P.A. |
|---|---|
| */s/ Rodger D. Smith II (#3778)* | */s/ Jameson A.L. Tweedie (#4927)* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@mnat.com<br>  *Attorneys for Plaintiff* | Frederick L. Cottrell, III (#2555)<br>Jameson A.L. Tweedie (#4927)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>tweedie@rlf.com<br>  *Attorneys for Defendants* |

SO ORDERED this _____ day of _____ 2007.

_____
United States District Court Judge

1088564