IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | C.A. No. 06-032-JJF |

**SECOND DECLARATION OF NATHANIEL GROW IN SUPPORT OF**

**KODAK'S CLAIM CONSTRUCTION MEMORANDUM**

I, Nathaniel Grow, declare as follows:

1. I am an attorney at Crowell & Moring LLP, counsel for Defendants Creo, Inc., NexPress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company. I submit this declaration based on my personal, first-hand knowledge.

RLF1-3183786-1

2.      Attached as Exhibit FW1 to the File Wrapper Exhibits To Kodak's Claim Construction Memorandum is a true and correct copy of U.S. Application Serial No. 08/478,397, Bates numbered RRD004392-RRD005159.

3.      Attached as Exhibit FW2 to the File Wrapper Exhibits To Kodak's Claim Construction Memorandum is a true and correct copy of U.S. Application Serial No. 08/802,337, Bates numbered K02453303-K02453808.

4.      Attached as Exhibit FW3 to the File Wrapper Exhibits To Kodak's Claim Construction Memorandum is a true and correct copy of U.S. Application Serial No. 08/959,683, Bates numbered RRD000001-RRD004391.

5.      Attached as Exhibit FW4 to the File Wrapper Exhibits To Kodak's Claim Construction Memorandum is a true and correct copy of U.S. Application Serial No. 09/852,581, Bates numbered RRD005907-RRD006891.

6.      Attached as Exhibit FW5 to the File Wrapper Exhibits To Kodak's Claim Construction Memorandum is a true and correct copy of U.S. Application Serial No. 10/755,743, Bates numbered RRD005160-RRD005906.

7.      Attached as Exhibit FW6 to the File Wrapper Exhibits To Kodak's Claim Construction Memorandum is a true and correct copy of U.S. Application Serial No. 08/627,724, Bates numbered K02447912-K02448420.

8.      Attached as Exhibit FW7 to the File Wrapper Exhibits To Kodak's Claim Construction Memorandum is a true and correct copy of U.S. Application Serial No. 08/751,108, Bates numbered K02449018-K02450874.

9. Attached as Exhibit FW8 to the File Wrapper Exhibits To Kodak's Claim Construction Memorandum is a true and correct copy of U.S. Application Serial No. 09/070,926, Bates numbered K02448668-K02449017.

10. Attached as Exhibit FW9 to the File Wrapper Exhibits To Kodak's Claim Construction Memorandum is a true and correct copy of U.S. Application Serial No. 08/959,994, Bates numbered K02451755-K02453302.

11. Attached as Exhibit FW10 to the File Wrapper Exhibits To Kodak's Claim Construction Memorandum is a true and correct copy of U.S. Application Serial No. 09/059,950, Bates numbered K02448421-K02448667.

12. Attached as Exhibit FW11 to the File Wrapper Exhibits To Kodak's Claim Construction Memorandum is a true and correct copy of U.S. Application Serial No. 09/060,274, Bates numbered K02450875-K02451754.

13. Attached as Exhibit FW12 to the File Wrapper Exhibits To Kodak's Claim Construction Memorandum is a true and correct copy of U.S. Application Serial No. 90/005,618, Bates numbered K02457919-K02458081.

14. Attached as Exhibit FW13 to the File Wrapper Exhibits To Kodak's Claim Construction Memorandum is a true and correct copy of U.S. Application Serial No. 09/599,799, Bates numbered K02453809-K02454146.

15. Attached as Exhibit FW14 to the File Wrapper Exhibits To Kodak's Claim Construction Memorandum is a true and correct copy of U.S. Application Serial No. 10/703,054, Bates numbered K02455668-K02456023.

16. Attached as Exhibit FW15 to the File Wrapper Exhibits To Kodak's Claim Construction Memorandum is a true and correct copy of U.S. Application Serial No. 11/207,359, Bates numbered K02456024-K02456273.

17. Attached as Exhibit FW16 to the File Wrapper Exhibits To Kodak's Claim Construction Memorandum is a true and correct copy of U.S. Application Serial No. 11/208,256, Bates numbered K02456274-K02456595.

18. Attached as Exhibit FW17 to the File Wrapper Exhibits To Kodak's Claim Construction Memorandum is a true and correct copy of U.S. Application Serial No. 11/208,369, Bates numbered K02456596-K02456846.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 30, 2007, in Washington, DC.

_____
Nathaniel Grow

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on July 30, 2007, the foregoing was sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

Douglas I. Lewis
Jamie L. Secord
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL  60603

John G. Hutchinson
Sidley Austin, LLP
787 Seventh Avenue
New York, NY  10019

_____
Jameson A. L. Tweedie (#4927)
tweedie@rlf.com

RLF1-3163464-1