IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br>　　　Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC.,<br>KODAK VERSAMARK, INC., EASTMAN<br>KODAK COMPANY, and KODAK GRAPHIC<br>COMMUNICATIONS COMPANY,<br>　　　Defendants.<br>EASTMAN KODAK COMPANY,<br>　　　Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br>　　　Counterclaim-Defendant, | C. A. No. 06-032-JJF |

### NOTICE OF FILING WITH THE CLERK'S OFFICE

Notice is hereby given that the exhibits listed below have been manually filed with the Court and are available in paper form and on DVD:

### FILE WRAPPER EXHIBITS TO
### KODAK'S OPENING CLAIM CONSTRUCTION MEMORANDUM

The original documents are maintained in the case file in the clerk's office.

OF COUNSEL:
Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500

Dated: July 30, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Defendants*
*Creo, Inc., Eastman Kodak Company*
*and Kodak Graphic Communications*
*Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on July 30, 2007, the foregoing was sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

Douglas I. Lewis
Jamie L. Secord
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL  60603

John G. Hutchinson
Sidley Austin, LLP
787 Seventh Avenue
New York, NY  10019

_____
Jameson A. L. Tweedie (#4927)
tweedie@rlf.com

RLF1-3163464-1