IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C.A. No. 06-032-JJF<br><br>**REDACTED**<br>**PUBLIC VERSION** |
| EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | |

**DECLARATION OF NATHANIEL GROW IN SUPPORT OF**

**KODAK'S CLAIM CONSTRUCTION MEMORANDUM**

I, Nathaniel Grow, declare as follows:

1.   I am an attorney at Crowell & Moring LLP, counsel for Defendants Creo, Inc., NexPress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company. I submit this declaration based on my personal, first-hand knowledge.

2.   Attached hereto as Exhibit A is a true and correct copy of Kodak's Proposed Claim Construction Order.

3. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 6,327,559, Bates numbered RRD015275-RRD015307.

4. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 6,844,940, Bates numbered RRD022251-RRD022330.

5. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 6,205,452, Bates numbered K00557566-K00557654.

6. Attached hereto as Exhibit E is a true and correct copy of U.S. Patent No. 6,952,801, Bates numbered RRD252032-RRD252109.

7. Attached hereto as Exhibit F is a true and correct copy of PENNY K. BENNETT, HARVEY R. LEVENSON, AND FRANK J. ROMANO, THE HANDBOOK FOR DIGITAL PRINTING AND VARIABLE-DATA PRINTING (2006), Bates numbered K02446417-K02446626.

8. Attached as Exhibit G is a true and correct copy of FRANK J. ROMANO, POCKET GUIDE TO DIGITAL PREPRESS (1996), Bates numbered K02445393-K02445568.

9. Attached hereto as Exhibit H is a true and correct copy of the USER'S GUIDE TO FORMS MERGE, Bates numbered K01863184-K01863213.

10. Attached hereto as Exhibit I is a true and correct copy of an Electronic Collation Presentation, Bates numbered RRD017446-RRD017456.

11. Attached hereto as Exhibit J is a true and correct copy of a January 25, 1995 Facsimile from Barco Graphics to R.R. Donnelley, Bates numbered RRD049959.

12. Attached hereto as Exhibit K is a true and correct copy of the TARGET-IT PRODUCT DESIGN AND FILE PREPARATION GUIDE FOR VARIABLE IMAGE PRINTING, VERSION 1.0, September 5, 1995, Bates numbered RRD013423-RRD013441.

13. Attached hereto as Exhibit L is a true and correct copy of Plaintiff R.R. Donnelley's Third Supplemental Responses to Defendants' Interrogatory Nos. 1 and 2, Second Supplemental Responses to Defendants' Interrogatory Nos. 3, 4, 7 and 9, and Supplemental Responses to Defendants' Interrogatory Nos. 10, 11, 13, 15, 16 and 20, served on July 2, 2007.

14. Attached hereto as Exhibit M is a true and correct copy of excerpts from GEORGE OMURA, MASTERING AUTOCAD RELEASE 12, Bates numbered K02446724, K02446895-K02446899, and K02446913-K02446917.

15. Attached hereto as Exhibit N is a true and correct copy of AMERICAN NATIONAL STANDARD, GRAPHIC TECHNOLOGY – VARIABLE PRINTING DATA EXCHANGE USING PPML AND PDF (PPML/VDX), Bates numbered K00701104-K00701142.

16. Attached hereto as Exhibit O is a true and correct copy of Plaintiff R.R. Donnelley's Proposed Construction of Identified Claim Terms, served on July 2, 2007.

17. Attached hereto as Exhibit P is a true and correct copy of excerpts from the December 5, 2006, deposition transcript of James L. Warmus.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 30, 2007, in Washington, DC.

_____
Nathaniel Grow

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on August 6, 2007, the foregoing was sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

| | |
|---|---|
| Douglas I. Lewis | John G. Hutchinson |
| Jamie L. Secord | Sidley Austin, LLP |
| Sidley Austin, LLP | 787 Seventh Avenue |
| One South Dearborn Street | New York, NY  10019 |
| Chicago, IL  60603 | |

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com