# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C. A. No. 06-032-JJF |
| EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | |

## CLAIM CONSTRUCTION ORDER

After considering the submissions of the parties and hearing oral argument on the matter, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Court construes the disputed claim limitations of the patents in suit as follows:

**U.S. Pat. No. 6,327,599**

1. Claim 11: a "template file" is a file that stores template pages, which are single page layouts defining the content and position of fixed information and the position of variable information on that page.

1

2. Claim 11: information is "fixed" if the substance (*i.e.*, content) and location of the information is common to all of the pages to be printed and does not vary from page to page.

3. Claim 11: "variable information" is information that varies from printed page to printed page and is retrieved from a database.

4. Claim 11: a "master page file" is a copy of the template file stripped of the placeholders for the variable information and defines only the content and location of the fixed information.

5. Claim 11: "wherein the master page file defines the fixed information" should be given the plain meaning using the definitions for "master page file" and "fixed information."

6. Claim 11: "a database having entries therein each representing variable information" means that each entry in the database represents variable information.

7. Claim 11: "converting the template file the database and the master page file into press commands specifying sequence and content of page production by the press" means generating instructions to a press for sequencing pages defined by the template files, the database and the master page file.

8. Claim 11: "press commands specifying sequence and content of page production by the press" means instructions to a press for sequencing pages defined by the template files, the database and the master page file.

**U.S. Pat. No. 6,844,940**

9. Claims 11, 18, 19: "master data" is data that defines the position and content of reusable (fixed) objects not contained in the database.

2

10. Claims 11, 18: a "reusable object" is fixed information.

11. Claims 11, 20-22: a "variable object" is variable information that is retrieved from a database and separately defined for each printed page.

12. Claim 11: "position data" is data representing a position on a page at which a variable object is to be printed.

13. Claims 11, 17, 20-22: A "template" is a single page layout defining the content and position of reusable objects (fixed information) and the position of variable objects (variable information) on that page.

14. Claim 11: "developing a database having a number of entries each of which represents a variable object" means that each entry in the database represents a variable object.

15. Claim 12: "page sequence commands" are instructions to merge or overlay, on a page-by-page basis, pages of the master page file with corresponding pages containing variable information extracted from the database.

16. Claim 11: "causing the electronic press to print output pages with the reusable objects and variable objects by separating the master data from the position data for each data set" is a step-plus-function limitation and should be interpreted under 35 U.S.C. § 112 ¶ 6. The corresponding acts are disclosed in Fig. 5 including, but not limited to, the acts of (1) creating separate master page and variable page files, and (2) generating press commands to instruct the display device to display the pages, on a page-by-page basis, by merging or overlaying each variable page with a corresponding master page, as disclosed therein.

17. Claim 11: "separating the master data from the position data for each data set" means separating each data set, corresponding to a particular page (*i.e.*, template), into a subset

3

    of reusable objects for that page and a separate subset of position data for variable objects for that page.

18. Claim 19: "wherein the master data of the first and second data sets are identical" means the content of the master data of the first and second data sets are identical

19. Claim 20: "wherein the variable objects of the first and second data sets are identical" means the content of the variable objects of the first and second data sets are identical

**U.S. Pat. No. 6,205,452**

20. Claims 1, 7: a "template page file" is a file containing a single page layout defining the content and position of fixed information and the position of variable information on that page (that is, a template page file is a single page version of a template file.)

21. Claim 1: information is "fixed" if the substance (*i.e.*, content) and location of the information is common to all of the pages to be printed and does not vary from page to page.

22. Claim 1: "variable information" is information that varies from printed page to printed page and is retrieved from a database.

23. Claim 1, 2, 10, 14: "variable graphics information" is information for use in graphs that varies from printed page to printed page and is retrieved from a database.

24. Claim 1: "master data" is data that defines the position and content of fixed information not contained in the database.

25. Claim 1: "a database having a number of fields, each of which represents variable information or variable graphics information" means that each entry in the database represents variable information.

26. Claim 1: "causing the display device to display the pages with the fixed information, selected variable information from the database, and selected variable graphics information from the database" is a step-plus-function limitation. The corresponding acts are disclosed in Fig. 5 including, but not limited to, the acts of (1) creating separate master page and variable page files, and (2) generating press commands to instruct the display device to display the pages, on a page-by-page basis, by merging or overlaying each variable page with a corresponding master page, as disclosed therein.

27. Claims 2, 10: "executing a graph file to generate a graph" means using a graph file to generate a graph.

28. Claim 7: "QuarkXPress" means the page make-up programs named QuarkXPress® existing as of Oct. 29, 1997.

**U.S. Pat. No. 6,952,801**

29. Claim 1: "storing a first number of pages" means storing all the pages from which the first and second books are to be printed.

30. Claims 1, 4, 5, 13, 17, 25: "pagination information" means information specifying whether a stored page is to be selectively included for printing in a book.

31. Claim 1: "specifying a first set of pagination information including an indication of whether a stored page is to be selectively included in the first book" means identifying whether each stored page is to be selectively included for printing in the first book.

32. Claim 1: "specifying a second set of pagination information including an indication of whether a stored page is to be selectively included in the second book" means identifying whether each stored page is to be selectively included for printing in the second book.

33. Claim 1: "determining whether a stored page is to be assembled into the first book based on the first set of pagination information wherein a second number of stored pages to be assembled into the first book is less than the first number" means verifying that the number of stored pages specified for the first book is smaller than the total number of stored pages.

34. Claim 1: "determining whether a stored page is to be assembled into the second book based on the second set of pagination information wherein a third number of stored pages to be assembled into the second book is different than the second number and no greater than the first number" means verifying that the number of stored pages specified for the second book is (a) different from the number of stored pages in the first book and (b) no greater than the total number of stored pages.

Dated: _____     _____
                                          United States District Judge