# EXHIBIT B



US006327599B1

(12) **United States Patent**      (10) Patent No.:    **US 6,327,599 B1**

Warmus et al.      (45) Date of Patent:    *Dec. 4, 2001

(54) APPARATUS FOR CONTROLLING AN ELECTRONIC PRESS TO PRINT FIXED AND VARIABLE INFORMATION

(75) Inventors: **James L. Warmus**, LaGrange; **Mark G. Dreyer**, Aurora, both of IL (US)

(73) Assignee: **R R Donnelley & Sons Company**, Downers Grove, IL (US)

( * ) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl No.: 08/478,397

(22) Filed: **Jun. 7, 1995**

(51) Int. Cl.[7] .......................... G06F 17/21

(52) U.S. Cl. ............... 707/517; 707/520; 707/522

(58) Field of Search .............. 395/766, 767, 395/768, 772, 773, 779, 782, 784, 787, 802, 803, 913, 946, 116, 117; 382/180; 707/505, 506, 507, 511, 512, 514, 515, 517, 520, 522, 525, 539, 540, 908, 910

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 32,690 | 6/1988 | Wong | 270/52.05 |
| 3,872,460 | 3/1975 | Fredrickson et al | 345/1 |
| 3,899,165 | 8/1975 | Abram et al | 270/52.03 |
| 4,095,780 | 6/1978 | Gaspar et al | 493/430 |
| 4,121,818 | 10/1978 | Riley et al | 270/52.29 |
| 4,395,031 | 7/1983 | Gruber et al | 270/52.29 |
| 4,426,072 | 1/1984 | Cole et al | 270/52.01 |
| 4,495,582 | 1/1985 | Dessert et al | 364/169.03 |
| 4,500,083 | 2/1985 | Wong | 270/52.05 |
| 4,536,176 | 8/1985 | Gaspar | 493/365 |
| 4,554,044 | 11/1985 | Gaspar et al | 156/510 |

| | | | |
|---|---|---|---|
| 4,601,003 | 7/1986 | Yoneyama et al | 395/351 |
| 4,672,462 | 6/1987 | Yamada | 358/401 |
| 4,674,052 | 6/1987 | Wong et al | 364/464.03 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 602 547 | 6/1994 | (EP) |
| 0 703 524 A1 | 3/1996 | (EP) |
| 0 703 524 B1 | 1/1997 | (EP) |
| PCT/US86/ 00242 | 8/1986 | (WO) |
| WO 95 07510 | 3/1995 | (WO) |

OTHER PUBLICATIONS

Barco Graphics brochure, "RIP and Electronic Collation System for Xeikon DCP–1 Digital Printing Press," Feb. 2, 1994, with Addendum 1.

"Variable Postscript and the Coming of Age of Electronic Print–for–Profit," *Print on Demand Business*, May/Jun. 1996, pp. 64–67.

"Variable–Data Printing Comes of Age: Capabilities & Market Demand Converge," *Seybold Report on Publishing Systems*, vol 27, No 2, Sep 15, 1997, pp. 3–24.

(List continued on next page.)

*Primary Examiner*—Stephen S. Hong
(74) *Attorney, Agent, or Firm*—Marshall, Gerstein & Borun

(57) **ABSTRACT**

An apparatus and method for controlling an electronic press develops first and second sets of template data representing associated first and second template pages, respectively. Each set of template data includes master data representing fixed information to be printed and area data representing an area of a page in which variable information is to be printed. A database is developed having a number of entries, each of which represents variable printed information. An electronic press is responsive to sets of template data and the database to print the first and second template pages with selected variable printed information.

**15 Claims, 19 Drawing Sheets**



US 6,327,599 B1

Page 2

## U S PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,718,784 | 1/1988 | Drisko | 400/68 |
| 4,727,402 | 2/1988 | Smith | 399/368 |
| 4,729,037 | 3/1988 | Doelves | 358/299 |
| 4,768,766 | 9/1988 | Berger et al | 270/1 02 |
| 4,789,147 | 12/1988 | Berger et al. | 270/1 03 |
| 4,827,315 | 5/1989 | Woldberg et al | 347/116 |
| 4,900,001 | 2/1990 | Lapeyre | 270/1.01 |
| 4,903,139 | 2/1990 | Hinter | 358/296 |
| 4,910,612 | 3/1990 | Yamazaki | 358/496 |
| 4,928,252 | 5/1990 | Gabbe et al | 395/102 |
| 4,937,761 | 6/1990 | Hassell | 395/168 |
| 4,968,993 | 11/1990 | Wolfberg et al | 347/118 |
| 5,001,500 | 3/1991 | Wolfberg et al | 347/118 |
| 5,021,975 | 6/1991 | Yamanashi | 395/117 |
| 5,043,740 | 8/1991 | Punater et al | 347/130 |
| 5,067,024 | 11/1991 | Anzal | 358/296 |
| 5,105,283 | 4/1992 | Forest et al | 358/401 |
| 5,112,179 | 5/1992 | Chan et al | 4121 |
| 5,136,316 | 8/1992 | Punater et al | 347/154 |
| 5,142,667 | 8/1992 | Dimperio et al . | 395/115 |
| 5,144,562 | 9/1992 | Stikkelorum et al | 364/478 11 |
| 5,177,877 | 1/1993 | Duchesne et al | 34/467 |
| 5,178,063 | 1/1993 | Wolfberg et al | 101/76 |
| 5,194,899 | 3/1993 | Buchanan | 399/130 |
| 5,245,701 | 9/1993 | Matsumoto | 395/129 |
| 5 267,155 | * 11/1993 | Miyoski et al | 395/803 |
| 5,271,065 | 12/1993 | Rourke et al | 382/112 |
| 5,274,567 | 12/1993 | Kallin et al | 364/478.01 |
| 5,274,757 | 12/1993 | Miyoski et al | 395/777 |
| 5,289,569 | * 2/1994 | Taniguchi . | 395/787 |
| 5,353,222 | * 10/1994 | Takise et al | 395/793 |
| 5,379,373 | * 1/1995 | Hayashi et al | 395/774 |
| 5,384 886 | * 1/1995 | Rourke | 395/785 |
| 5,396,321 | 3/1995 | McFarland et al | 355/313 |
| 5 398,289 | 3/1995 | Rourke et al | 382/100 |
| 5,412,566 | * 5/1995 | Sawa | 395/803 |
| 5,459,826 | * 10/1995 | Archibald | 395/779 |
| 5,493,490 | * 2/1996 | Johnson | 395/226 |
| 5,591,860 | * 1/1997 | Gauthier | 395/501 |
| 5 630,028 | 5/1997 | DeMco | 395/110 |
| 5,729,665 | * 3/1998 | Gauthier | 395/117 |
| 6,061,397 | * 5/2000 | Herregods et al | 315/435 |
| B1 4,968,993 | 7/1993 | Wolfberg et al | 347/118 |

### OTHER PUBLICATIONS

"Variable Data on Digital Presses: Making Progress," Seybold Report on Publishing Systems, vol 25. No 22, Aug 26. 1996

"Indigo Variable Data Solution Evaluation," Interoffice Memorandum from R R Donnelley & Sons Company dated Jul. 26. 1995 (portions redacted)

AGFA Internet Website: "Chromapress Software" (Oct 30. 1998), URL: www.agfahome com/products/printing/software html

AGFA Internet Website: "Digital Color Printing System: Personalizer–X v2.0, Variable Data Software for Chromapress" (Oct. 30. 1998). URL: www.agfahome com/products/printing/software/personalizerx html

Atlas Internet Website: ' PrintShop Mail (Oct 30, 1998) URL : www.atlassoftware nl/products/psmail psmail html

Atlas Internet Website. "Atlas Software Products" (Oct 30, 1998), URL: www.atlassoftware nl/products/products html

BARCO Graphics Internet Website "Variable Information Printing" (Oct 29, 1998). URL: www barco com/graphics/systems/vip/viphome htm

BARCO Graphics Internet Website: "BARCO Graphics VIP concept gives digital printing its true original dimension." URL: www barco com/graphics/press/pr178ife htm (Oct. 29, 1998)

BARCO Graphics Internet Website: "BARCO Graphics wins Seybold Award for variable data," URL: www.barco-.com/graphics/press/pr162ice htm (Oct 29, 1998)

BARCO Graphics Internet Website: "VIPDesigner Technical Specifications" (Oct. 29. 1998), URL: www.barco com/graphics/data/vipdesigf htm

BITSTREAM Internet Website: "Application Products: PageFlex™" (Oct 29, 1998), URL: www.bitstream.com/products/application/pageflex/index.html

Colorage/Splash Internet Website: "Splash Technology, About Our Company," URL: www.colorage com/company/about html (1030/98)

Colorage/Splash Internet Website: "Splash Launches Docu-Press Series of Servers for Xerox Midrange Digital Color Copiers" (Oct. 30, 1998), URL: www colorage com/company/press98/9803Mar2 html

Document Sciences Corporation Internet Website: "Document Sciences Corporation", URL: www xerox com/alliance/psg/docsci htm (Oct 31, 1998)

Document Sciences Corporation Internet Website: "Products and Solutions," URL: www.docscience.com/product htm (Oct 31. 1998)

Document Sciences Corporation Internet Website: "Tomorrow's Technology is Today's Reality," URL: www.docu-science.com/products/compuset.htm (Oct. 31, 1998).

DPS Internet Website: "DataBase Publishing Software, About DPS" (Oct 31. 1998). URL: www.databasepub com/about.html

DPS Internet Website: "Expert Publisher: Intelligent Automation" (Oct 31. 1998), URL: www databasepub com/new-pub.html

DPS Internet Website, URL: www.databasepub com/bottom.html (Oct. 31. 1998)

DPS Internet Website: "Applications," URL: www.databasepub.com/left html (Oct. 31. 1998)

DPS Internet Website: "Catalog Genie Grants Wishes" (Oct 31, 1998). URL: www.databasepub com/catsoftware.html

DPS Internet Website: "DPS Introduces Catalog Genie" (Oct 31. 1998), URL: www.databasepubl com/genie html

DPS Internet Website: "DPS Introduces New Release of Catalog Genie" (Oct 31, 1998), URL: www.databasepub-com/genie2 html

Elixir Internet Website: "Xerox to Distribute and Support Elixir's Opus (R) Worldwide," URL: www elixirnt.elixir-com/awsev nt (Oct. 31, 1998)

Elixir Internet Website: "Elixir Products" (Oct. 31. 1998). URL: www elixir com/Products/products htm

Elixir Internet Website: "Opus," URL: www elixir com/Products opus htm (Oct 31, 1998)

Elixir Internet Website: "DataMerge," URL: www elixir-com Products/dmerge htm (Oct 31, 1998)

Elixir Internet Website: "AppBuilder for AFP," URL : www elixir com Products/appafp htm (Oct 31, 1998)

Elixir Internet Website: "AppBuilder for VIPP" (Oct 31 1998). URL:www elixir com/Products appvipp htm

Em Software Internet Website: "Welcome to Em Software on the Web!" (Oct 31, 1998), URL: www emsoftware com/

Em Software Internet Website: "Em Software—Products" (Oct 31, 1998). URL: www.emsoftware com/products html

US 6,327,599 B1
Page 3

Group 1 Software Internet Website: "Group 1 Software: EZ-LETTER" (Oct 31, 1998). URL: www.group1software.com/products/ds.asp

Indigo Internet Website: "Yours Truly Software" (Oct 29, 1998). URL: www.indigonet.com/yours.truly.htm

Meadows Information Systems Internet Website: "About Meadows Information Systems, Inc.", URL: www.meadowsinfo.com/mishtml/meadows.htm (Oct. 27, 1998).

Meadows Information Systems Internet Website: "Auto-Price XTension to QuarkXPress by Meadows Information Systems", URL: www.meadowsinfo.com/mishtml/autopric.htm (Oct. 27, 1998).

Meadows Information Systems Internet Website: "Data-Merge XTension to QuarkXPress by Meadows Information Systems". URL: www.meadowsinfo.com/mishtml/datamerg.htm (Oct. 27, 1998).

Meadows Information Systems Internet Website: "Group Picture XTension to QuarkXPress by Meadows Information Systems" (Oct. 27, 1998), URL: www.meadowsinfo.com/mishtml/grouppic.htm

Scitex Internet Website: "Scitex Darwin Desktop 2.0 is Now Shipping," URL: www.scitex.com/press/english/darwin3.htm (Oct. 29, 1998).

T/R Systems Internet Website: "About T/R Systems" (Nov 2, 1998). URL: www.trsystems.com/tr_docs/About.htm

Varis Corporation Internet Website: "Varis Corporation and Scitex Digital Printing Announce World Wide Co-Marketing Agreement for High Speed Variable PostScript Printing," URL: www.variscorp.com/os/ns.sci.html?pr (Nov. 2, 1998)

Varis Corporation Internet Website: "Redefining the process VariScript Software." URL: www.variscorp.com/pro/text.html (Nov 2, 1998).

Varis Corporation Internet Website: "Varis Corporation Unveils Unprecedented Products for Variable Print-On-Demand Market." URL: www.variscorp.com/os/ns.pro.html?pr (Nov. 2, 1998)

BARCO Graphics/IBM brochure: "BARCO VIPDesigner Software for the IBM InfoColor 70 Printer" (1998)

Colorbus Advertisement: "There's One in Every Family." "DocuWorld. Issue 1. vol. 2. p. 3 (1998)

DocuWorld Product Watch: "Authoring Tool for Variable Information Jobs," DocuWorld, Issue 1. vol 2, p. 72 (1998)

Drennan, Bill, et al., "Xerox offers programming language," The Seybold Report on Publishing Systems. vol. 27. No. 7. p. 9 (Dec. 1997).

Eldad. Gefen. "Getting Personal, Printing your first personalized job may be easier than you think", DocuWorld Issue 1. vol. 2. p. 12 (1998)

Group 1 Software Advertisement: "DOC1 Delivers What You Want, When You Need It." DocuWorld, Issue 1. vol 2 p. 23 (1998)

Indigo Brochure. "Indigo Yours Truly Personalization—Profitability" (1997)

Scitex/Xerox Advertisement: "Xerox and Scitex Bring You the Magic of Professional Color." DocuWorld, Issue 1, vol 2, p. 39 (1998)

Scitex brochure: "Scitex Xerox Success Stories: CAD Graphics, Chicago. Illinois" (Jul 1998).

Scitex brochure: "Scitex Xerox Success Stories: DW Graphics. Stockton. CA" (Jul 1998)

Xerox brochure: "think color: Xerox DocuColor 70" (1998)

Xerox brochure: "New Generation Fiery Technology for the Xerox DocuColor 70 Digital Color Press: Fiery ZX-70" (1998)

Xerox brochure: World-class prepress performance for the Xerox DocuColor 70 Digital Color Press: Scitex SX3000T (1998).

Xerox brochure: "Xerox VIFP—the fastest, most reliable method to reach your customers individually    all at the same time" (1998).

Xerox brochure: "BOOM!—The Explosion is in Short-run Digital Color Printing" (1998)

ULTIMATE Technographics, Inc Manual, "Poststrip," 1989

Dieckmann, Glenn, "Press Imposition for IBM 4250. General Information," R.R. Donnelley & Sons Company, Crawfordsville Manufacturing Division. Department CHT. Feb. 21, 1989

Alpha Four, New Version 3. "True Relational Database Power Without Programming. Reference Manual,' Alpha Software Corporation, Lesson 20: Using Sets and Lesson 22: Advanced Sets: One-to-Many Links. 1993

"Design Your Forms, Power With Room To Grow: Xbasic™." advertisement, DBMS Magazine. Sep 1994

Xeikon announcement. "Xeikon announces new RIP for the DCP-1 digital color press." Sep 13, 1994

"Finding the Right Niches for Electronic Printing," The Seybold Report on Desktop Publishing. Mar 7, 1994. pp 12–18.

Seybold Report on Publishing Systems, vol 25, No 22, ISSN: 0736-7260, Aug. 26. 1996

"Agfa's CR–A RIP varies data." Seybold Special Report, vol 3 No 2 (Oct 10, 1994)

"Agfa poised to enter short–run color market" (Chromapress electrophotographic digital press system)." MacWeek, p 18 (Oct 31, 1994)

"Agfa Holds Expo. US Launch of ChromaPress Digital Printing." Newsbytes News Network (Nov 1, 1994)

"The Latest Word," The Seybold Report on Publishing Systems, vol 21. No 6. (Nov 30, 1994)

"Agfa Expo: the medium is the message," The Seybold Report on Publishing Systems, p 17 (Nov 30. 1994)

"The Latest Word: Chromapress varies data," The Seybold Report on Publishing Systems. p 28 (Mar 13, 1995).

"The Latest Word," The Seybold Report on Publishing Systems, vol 24, No 13, pp. 26–28 (Mar 13, 1995).

"Digital Color Printing in Japan: A Report from Early Users," The Seybold Report on Publishing Systems Vol 24. No 13, pp 13–19 (Mar 13. 1995)

"Indigo Expands Digital Press Line to Packaging: Enhances E-Print 1000," The Seybold Report on Publishing Systems. vol 24, No 13. pp 3–12 (Mar 13. 1995)

"Variable–data and custom printing." Seybold Special Report. vol 3. No 8, pp 63 and 64 (Apr 21. 1995)

"Moore announces new digital printing strategy,' Seybold Special Report. vol 3. No 8, p 65 (Apr 21, 1995)

Agfa Let RIP with Gemini," M2 Presswire (Apr 27, 1995)

"Company–by–Company Guide to the Show: Agfa–Gevaert." The Seybold Report on Publishing Systems, vol 24. No 17. p 6 (May 1, 1995)

"Digital printers push customization," The Seybold Report on Publishing Systems. vol 24. No 19. pp 10 and 11 (Jun 12. 1995)

RRD015277

US 6,327,599 B1

Page 4

"Agfa [distributes and prints ] adds new RIP," *The Seybold Report on Publishing Systems*, vol 24, No 20, pp 8–10 (Jun. 26, 1995)

"Indigo System Developments: Indigo varies data, shows Mobius, Omnius," *The Seybold Report on Publishing Systems*, vol 24, No. 20, pp 12–15 (Jun. 26, 1995)

"Barco features PrintStreamer, TonerSaver," *Seybold Special Report*, vol. 24, No 20, p 11 (Jun. 26, 1995)

"Short–Run Digital Color Printing," *Seybold Special Report*, vol 4, No 2, pp. 33 and 34 (Oct. 23, 1995)

"T/R Systems set new price point for digital presses," *The Seybold Report on Publishing Systems*, p 35 (Oct 23, 1995)

"Color, Here and Now," *Printing Impressions*, p 28 (Nov. 11, 1995)

"Digital presses eye the market of one," *Graphic Arts Monthly*, p 42 (Apr 1, 1996)

"The [On Demand] Show: Exciting Technology–But Is the Market Ready?," *The Seybold Report on Publishing Systems*, vol 25, No 16, pp. 3, 5 and 6 (May 17, 1996)

"Indigo," *The Seybold Report on Publishing Systems*, vol 25, No 16, pp 5 and 6 (May 17, 1996)

"Personalization for Indigo Engines," *The Seybold Report on Publishing Systems*, vol 25, No 22, pp 9–13 (Aug 26, 1996)

"Variable Data on Digital Presses: Making Progress," *The Seybold Report on Publishing Systems*, vol 25, No 22, pp 3–8 (Aug 26, 1996)

"Digital Color Printing in Japan: A Report from Early Users", The Seybold Report on Publishing Systems, vol 24, No 13, Mar 13, 1995, pp. 13–19 *

* cited by examiner

RRD015278

**U.S. Patent**     Dec. 4, 2001     Sheet 1 of 19     US 6,327,599 B1



**F I G. 1**

PRIOR  ART

RRD015279



FIG. 2



FIG. 3

RRD015281



FIG. 4

RRD015282



FIG. 5

RRD015283



FIG. 6a



FIG. 6b

RRD015284

U.S. Patent     Dec. 4, 2001     Sheet 7 of 19     US 6,327,599 B1



**FIG. 7a**



**FIG. 7b**

RRD015285

Case 1:06-cv-00032-JJF    Document 178-3    Filed 08/06/2007    Page 13 of 34



FIG. 8a



FIG. 8b

RRD015286



FIG. 9

RRD015287

U.S. Patent    Dec. 4, 2001    Sheet 10 of 19    US 6,327,599 B1



FIG 10a

RRD015288



FIG.10b

Case 1:06-cv-00032-JJF     Document 178-3     Filed 08/06/2007     Page 17 of 34



FIG. 10c

RRD015290



FIG. 10d

RRD015291



FIG. 10e

RRD015292



FIG. 10 f

RRD015293



FIG 11a



FIG. 11 b



FIG. 11c

RRD015296



FIG. 12

RRD015297

US 6,327,599 B1

1

## APPARATUS FOR CONTROLLING AN ELECTRONIC PRESS TO PRINT FIXED AND VARIABLE INFORMATION

### TECHNICAL FIELD

The present invention relates generally to reproduction methods and systems, and more particularly to a method of and system for selectively reproducing images

### BACKGROUND ART

Most printing systems in use today utilize printing plates or cylinders which are engraved or photochemically processed to create an image thereon. Ink is then deposited on the plate or cylinder and the ink is thereafter transferred to a substrate, such as paper. In a conventional printing press, a number of pages are printed on a sheet of paper to form a signature which is then folded and assembled with other signatures. The assembled signatures are then bound, trimmed and finished by finishing apparatus to produce finished books, such as magazines, catalogs or any other printed and bound matter.

Often, there is a need to produce different versions of books and/or customized books within a single press run. For example, it may be desirable to produce a number of standard books together with a number of books having additional and/or different signatures or pages therein. Also, it may be necessary or desirable to provide customized information in the form of an address label, personalized information or the like on the inside or outside of finished books. In either case, conventional printing systems are not easily adaptable to produce books of these types

A printing system which has the ability to produce differing book versions and/or books with customized information is disclosed in Riley U.S. Pat. No. 4,121,818, assigned to the assignee of the instant application. The printing system includes a number of packer boxes disposed adjacent a binding chain wherein each packer box stores a plurality of signatures. A control is included for controlling the packer boxes to selectively feed signatures onto chain spaces of the binding chain so that books of varying content can be produce. Customized information can be printed on the signatures by means of an ink jet printer which is selectively operated by the control. Other types of customization can be effectuated, such as by inserting or onserting cards or the like

Other systems for producing customized books are disclosed in Abrams et al. U.S. Pat. No. 3,899,165, Wong et al U.S. Pat. Nos. 4,500,083 and 4,674,052, Wong U.S. Pat. No. Re 32,690 and Berger et al U.S. Pat. Nos. 4,768,766 and 4,789,147

Image manipulating systems have been developed which permit gathering of images in an office or home environment. For example, conventional word processing programs, such as Microsoft® Words®. WordPerfect® and the like, permit a user to import images into a page and also allow a user to command which pages of a document to print. In addition, macros (i.e., a sequence of commands) can be assembled and executed within these programs which can allow printing of particular document pages in a certain order. Still further, most word processing programs have merge capability wherein a customized image is merged with other standardized information and printed or displayed. As one example, customized information in the form of addressee and address information may be merged with standardized return address information and printed on a series of envelopes

2

A different image gathering capability provided by CAD (computer aided design) software, sometimes referred to as "layering," involves the creation and storage of a base page and one or more layer pages. A user can issue commands to display or print the base page and one or more of the layer pages simultaneously atop one another to achieve an effect similar to the overlay of transparencies so that a composite page appearance results.

While the foregoing image manipulating systems allow some image gathering capability, none is effective to assist in the rapid production of different book versions. Of course, CAD systems are primarily designed for line art and not text nor graphic images, and hence are of only limited use Further, if one were to use word processing software to produce book versions it would be necessary to issue commands to separately print the pages of each book version just before such version is to be produced. That is, a user would have to create and store pages to be included in a first book version and then command the software to print as many copies of the first version as are needed. Thereafter, the user would have to recall the pages of the first version from memory, edit and store the pages to create pages to be included in a second book version and then command the system to print the required number of books of the second version. Similar steps would have to be undertaken for each other book version to be produced. Alternatively, the pages of the different book versions could be created and stored and thereafter printed together. In either event, where many book versions are to be produced, such a process would be quite time-consuming. In addition, image importation and merge routines provided as a part of word processing software are adapted for use on a sub-page basis only and hence are of only limited usefulness in the book production environment. Still further, data manipulated by word processing software are largely (if not entirely) in symbolic format. As a result, data to be displayed or printed must be first rasterized by a raster image processor (RIP), which utilizes complex and time-consuming computational routines which further increase production time to an economically impractical level

Recently, new printing systems have been developed, called "demand printers," which are capable of high speed printing of images from electronic representations thereof The demand printer produces high quality color images using a set of fusible toners in an electrophotographic process. More particularly, a web of paper is passed adjacent a series of drums, each of which is electrostatically charged according to an image pattern for a particular color to be applied to the web. The charge is transferred to the paper and an oppositely charged toner of the proper color is brought into contact with the paper. The oppositely charged web and toner attract so that the toner is held on the paper as other colors are applied thereto. The toners and paper are thereafter heated to fuse the toners to the paper to produce the final image. The web is then cut into sheets (or "forms") and the forms are further processed as needed to produce a final product

Unlike conventional presses which utilize engraved or photochemically prepared plates or cylinders, demand printers are capable of rapidly printing high quality images of differing content owing to the fact that the images are produced by an electrophotographic process That is, instead of the need to replate and re-engrave a gravure cylinder when a different image is to be printed therewith, it is only necessary to change the charge applied to the drums of the printer in order to make such change. Thus, different images can be printed by the same printer without significant delays

RRD015298

US 6,327,599 B1

3

This advantage makes the demand printer desirable for use in certain production environments However, applicants are currently unaware of any systems developed by others which utilize this advantage to produce differing book versions in an efficient manner

## SUMMARY OF THE INVENTION

In accordance with the present invention. an apparatus and method for controlling a display device such as an electronic press permits the display of fixed and variable information in a simple and effective manner

More particularly, an apparatus and method for controlling an electronic press includes means for and the steps of developing first and second sets of template data representing associated first and second template pages, respectively, wherein each set of template data includes master data representing fixed information and area data representing an area of the page for variable information A database is also developed having a number of entries each of which represents variable information The electronic press is caused to print the first and second template pages with selected variable information

Preferably, the sets of template data and the database are converted into commands for the display device specifying sequence and content of page production

Also preferably. the sets of template data are separated into master files containing master data and intermediate variable page files having area data Final variable page files are derived from the database and the intermediate variable page files. wherein the final variable page files include content data representing variable printed information The commands may be developed from the master page files and the final variable page files

According to a further aspect of the present invention, an apparatus for controlling an electronic press wherein the press includes a controller responsive to press commands includes first means for developing a template file defining pages to be printed with fixed information common to all of the associated pages and variable information unique to each page, as well as means for assembling a database having entries therein each representing variable information to be printed. Second means are responsive to the first developing means for developing a master page file from the template file wherein the master page file defines the fixed information Means are responsive to the assembling means and the first developing means for converting the template file and the database into press commands specifying sequence and content of page production by the press

In accordance with yet another aspect of the present invention, an apparatus for controlling an electronic press wherein the press includes a controller responsive to press commands includes first means for developing a plurality of template files each defining associated pages to be printed with and having first data defining fixed information common to all of the associated pages and variable information unique to each page At least one of the template files further includes second data defining a particular area in each associated page for the printing of variable information therein and third data identifying at least one of the database entries Means are provided for assembling a database having entries therein each representing variable information to be printed Second means are responsive to the first developing means for developing a master page file from the template file wherein the master page file includes data defining the fixed information only Means are responsive to the assembling means and the first developing means

4

for converting the template files and the database into press commands specifying sequence and content of page production by the press

The apparatus and method of the present invention permit high speed printing of quality images and are particularly suited to the production of differing book versions and/or books with customized and/or personalized information within a single production run

Other features and advantages are inherent in the apparatus claimed and disclosed or will become apparent to those skilled in the art from the following detailed description in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram illustrating a prior art method of producing books;

FIG. 2 is a block diagram of a method of producing books according to the present invention;

FIG 3 is a block diagram illustrating an exemplary system for implementing the method of the present invention illustrated in FIG 2;

FIG 4 is a block diagram illustrating one of the demand printing systems of FIG 3 in greater detail;

FIG 5 is a generalized diagram of the steps implemented by the method of the present invention;

FIGS 6a and 6b are elevational views of a sample book that may be produced by the present invention;

FIGS. 7a, 7b and 8a, 8b are elevational views of other sample books that may be produced by the present invention;

FIG 9 is a flowchart illustrating programming that may be executed by a user on a personal computer to create the template files 105 of FIG 5;

FIGS 10a–10f, when joined along similarly-lettered lines, together represent programming executed by the control unit 52 of FIG 3 to implement the present invention;

FIGS 11a–11c. when joined along the similarly-lettered lines. together represent programming executed by the control unit 52 of FIG 3 to impose pages to be printed by one of the demand printing systems of FIG. 3; and

FIG 12 illustrates programming executed by the control unit of 52 of FIG 3 to convert page files into bitmap format

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG 1 illustrates a prior art method of producing books. for example as shown in the above-identified Riley et al '818 patent identified above. During a publishing step 20, the contents of one or more book versions are determined Each version may comprise, for example. a set of standard or common pages In addition. some of the versions may include one or more additional pages or other customized information Thereafter. during a preliminary step 22. color correction of color images is undertaken together with undercolor removal and screening for halftone images During a prepress step 24, page imposition is effected and printing cylinders or plates are prepared The plates or cylinders are then used during a printing step 26 to prepare signatures which are loaded into packer boxes (not shown) As noted in the Riley et al '818 patent identified above, the signatures are then selectively collected on a gathering chain (not shown) during a book assembly step 28 and the gathered signatures are bound and trimmed to create the books The books are thereafter distributed during a step 30 to users

RRD015299

US 6,327,599 B1

5

via one or more distribution systems, for example, the U.S. Postal Service.

As should be evident from the foregoing, customization occurs during the book assembly step 28, inasmuch as the choice of particular signatures to be included in a book is made at that time. In addition, customized information can be printed onto selected signatures using an ink jet printer disposed adjacent the gathering chain. Thus, for example, addressee information can be printed by the ink jet printer on assembled books so that preprinted addressee labels need not be used. Other types of customization can be effected at this time, for example, by inserting or onserting cards into or onto a stack of collected signatures, affixing a specialized or customized cover on a gathered stack of signatures, or the like. Customization at this point in the production process is simpler and less expensive than, for example, separately printing each book version with customized information.

FIG. 2 illustrates a block diagram of a method 40 according to the present invention which may be used in place of the method of FIG. 1 to produce books. The method 40 includes a step 42 which utilizes the output of publishing and preliminary steps 36, 38 and produces books for distribution according to the step 30 of FIG. 1. The step 42 creates one or more master and variable page files in, for example, a page description language (PDL) such as PostScript® (PostScript® is a trademark of Adobe Systems, Inc. for its page description language) representing pages to be produced. In addition, as noted in greater detail hereinafter, a press command file is developed which specifies the manner in which data contained within the master and variable page files are to be merged to produce printed pages. The format of the press command file is specified by Barco Graphics of Gent, Belgium and is particularly suited for control of a DCP-1 digital color press manufactured by Xeikon of Mortsel, Belgium. It should be noted that the apparatus and method of the present invention are not limited to use with a particular type of demand printer or a particular system for controlling such a printer, inasmuch as the invention can be adapted for use with any type of printer or control whether located locally or remotely.

The master and variable page files and the press command file are converted by a collator and raster image processor (RIP) into bitmaps which may be stored in a memory. The stored bitmaps are used to control one or more demand printers and/or any other type of display device, such as a laser printer, a CRT, an LCD display or the like so that the device displays pages having fixed and variable information thereon. Alternatively, the master and variable page files may be premerged to create a plurality of combined files each representing a page to be reproduced with master and variable information. The combined files can be then sent to any type of printer or other display device, whether local or remote. Also, the combined files can be converted to a suitable format (e.g., Acrobat® PDF format) and transmitted to a remote location using a facsimile machine, e-mail or other transmission medium if desired.

During a finishing step, the assembled books are bound and trimmed and, if desired, further customization can be effected.

FIG. 3 illustrates a system 50 which implements the steps 36, 38 and 42 in the method 40 of FIG. 2. A control unit 52, which may be implemented by a personal computer or another type of computer, includes a memory 53 and stores therein data representing images to be printed. As noted in greater detail hereinafter, the data may be specified by a publisher using a personal computer 54 or any other type of

6

computer and may comprise one or more template files specifying pages to be produced with master or fixed printed information (i.e., printed information which does not vary from book to book of the same version) and variable printed information (which typically varies from book to book). The variable information may be stored in a database created by the publisher and the template file(s) specify the locations on particular pages for variable information stored in the database as noted in greater detail hereinafter.

If desired, image data may be obtained from any other type of device or devices, such as a scanner which scans input copy, data supplied over a network or any other source. The control unit 52 is further responsive to control and makeready files and causes one or more demand printing systems 62 to print desired pages. While three demand printing systems 62a–62c are illustrated in FIG. 3, it should be understood that the control unit 52 may operate a different number of demand printing systems, as desired. Also, the control unit 52 may operate a fax machine 64 and/or may communicate with other remote devices to send properly converted combined files, as desired and as noted above. The combined files may be printed or may alternatively be reproducible in a different medium and/or may comprise a non-static image or other information, i.e., movies or audio.

The pages printed by the demand printing system 62 may be supplied to a finishing apparatus 66 which includes various auxiliary production devices and device interfaces for assembling the pages to produce finished books which are ready for distribution. The finishing apparatus 66 may include one or more gathering devices 70 for gathering printed pages into books, one or more ink jet printers 72 for printing additional customized information, such as addressee information, on each book, one or more label printers 74 for printing address labels and/or other control devices 76. In addition, one or more detectors 78 may be provided to sense when a defective book is produced. The control unit 52 may be responsive to the output of the detector 78 to reorder a defective book at an appropriate point in the production sequence thereof so that advantage can be taken of postal discounts, if possible.

FIG. 4 illustrates the demand print system 62a of FIG. 3 in greater detail, it being understood that the systems 62b and 62c are identical thereto. The system 62a includes a print system 79 having a press controller 80, a collator 81 and a raster image processor (RIP) 82 which are operable in response to press commands generated by the control unit 52. A collator is an electronic device for storing raster image processor files (i.e., bitmap files) and delivering selected files to a digital press in real time, such that the digital press can run at full speed while processing and printing unique page data for each book produced on the press. The RIP 82 converts the page files to bitmap format or any other format, such as a symbolic printer control language. The collator 81 includes memory in the form of mass storage drives and physical memory and collates the bitmap page files. If desired, the collator 81 and/or RIP 82 may comprise a part of the press controller 80. The controller 80 instructs the collator 81 to send page files to the demand printer 84. The print system 79 may comprise the PrintStreamer system, manufactured and marketed by Barco Graphics of Belgium, while the demand printer 84 may comprise the Xeikon DCP-1 digital color press noted above. It should be noted that a different print system and/or demand printer may alternatively be used, such as the Indigo printer manufactured by Indigo NV, of Maastricht, Netherlands if desired.

FIG. 5 illustrates in diagrammatic generalized form the method of the present invention. For the purpose of explain-

RRD015300

7

ing the present invention, as a first example, it will be
assumed that the demand print system 62a will be operated
to produce three four-page books in the form of a brochure
in duplex format. That is, as seen in FIGS. 6a and 6b, a first
sheet of paper 100 is to be printed on a first side 100a with
printed pages P1, P4 while a second side 100b of the sheet
100 is to be printed with pages P2, P3. In addition, pages
P1–P4 are to be imposed such that the page P1 is placed on
a right-hand portion 100a–r of the side 100a while the page
P4 is placed on a left-hand portion 100a–l of the side 100a.
Further, the page P2 is to be placed on a left-hand portion
100b–l of the side 100b while the page P3 is to be placed on
a right-hand portion 100b–r of the side 100b. In this fashion,
when the sheet of paper 100 is folded along a fold line 102
with the pages P1 and P4 on the outside, the pages P1–P4
will appear in sequence. Because each book to be produced
in this example comprises only a single sheet of folded
paper, the imposition process need not take into account
shingling or bottling effects, although it should be noted that
such effects may have to be taken into account when more
than one sheet of paper is assembled with other sheets of
paper to produce a book and/or when more than two pages
are to be printed on a single side of a sheet of paper and
thereafter assembled with other pages to create a book.

In addition to the foregoing, in this first example, assume
that the three books to be produced include variable and
fixed information on the first and last pages of each book and
fixed information only on the remaining pages. For example,
the page P1 may include variable information in the form of
a personalized message, a variable image, or the like in an
area 110 whereas the page P4 may include other variable
information in an area 112, for example, postal information
for mailing the brochure to an addressee. Corresponding
front and back pages of the remaining books may include
different variable information. The remaining printed infor-
mation on pages P1–P4 is identical to the printed informa-
tion on corresponding pages of the other two books.

It should be noted that the present invention is not limited
to production of books of the same "version" (i.e., books
having the same master information). For example, the book
versions of FIGS. 7a, 7b and 8a, 8b may be produced
together with the book version of FIG. 6a and 6b in the same
production run or job. The book version example of FIGS.
7a and 7b includes pages P5–P8 to be reproduced a number
of times to produce individual books. The book version of
FIGS. 7a and 7b is identical to of the book version of FIGS.
6a and 6b except that an additional area 113 is provided on
the page P5 for placement of variable information. in
addition to the areas 110 and 112. Because of the addition
of the area 113, the remaining master information appearing in
an area 114 differs from master information appearing in an
area 116 of the page P1 of FIG. 6a.

The book version example of FIGS. 8a and 7a differs
from the book version examples of FIGS. 6a, 6b and 7a, 7b
not only in terms of content of master and variable
information, but also number of pages and page size.
Specifically, eight pages P9–P16 are to be printed wherein
the pages P9, P12, P13 and P16 are to be printed in a first
side 117a of a sheet of paper 118 and the remaining pages
P10, P11, P14 and P15 are to be printed on a second side
117b of the sheet 118. In addition, the pages P11–P14 are
printed upside down relative to the remaining pages so that,
when the sheet 118 is folded first along a fold line 119a and
then along a fold line 119b, the resulting pages P9–P16
appear in order. Thereafter, the folded sheet 118 is trimmed
to separate the pages P9–P16 As should be evident, the
pages P9–P16 are one-half the size of the pages P1–P8, and
further include different master and variable information
thereon

8

It should be noted that books assembled from multiple
printed "forms" (defined in greater detail hereinafter) may
alternatively or in addition be produced by the present
invention, if desired

Referring again to FIG. 5, one or more template files 106
are developed by a publisher specifying the content
(including appearance) of fixed information and the posi-
tioning of all information (i.e., fixed and variable) on the
different books or book versions. A database 108 is also
developed by the publisher using the personal computer 54
specifying the content of variable information to be placed
in variable information areas, for example, the areas 110,
112 on the pages P1, P4, respectively, of FIGS. 6a and 6b
The database 108 further includes control information, as
noted in greater detail hereinafter.

The template files 106 include data specifying the position
and content of fixed information on the pages to be printed
Specifically, the template files 106 define template pages
wherein each template page includes data representing any
fixed information to be reproduced on corresponding pages
of the books or book versions and area data representing any
area(s) on the corresponding pages where variable informa-
tion is to be reproduced The template files are duplicated to
create working files One set of working files is stripped of
all area data relating to placement of variable information to
create stripped master page files 120 defining template pages
having only fixed information thereon The stripped master
page files are then converted into PDL template page files 122
expressed in a page description language, such as Post-
Script® An optional imposition process may then convert
the PDL master page files 122 into imposed master page files
124 each representing a side of a piece of paper to be printed
with at least one, and, likely, two or more template pages
having fixed information only thereon Such a template page
may be identical to that shown in FIG. 6a except that the
areas 110 and 112 are removed therefrom

A further set of working files is stripped of all fixed
information to create stripped variable page files 126 defin-
ing template pages having fixed information removed there-
from and further having the area data defining the areas 110,
112 The data representing template pages having variable
information thereon are expanded into a set of intermediate
page files In the example of FIGS. 6a and 6b where three
books are to be printed, two intermediate page files 130, 132
are thus produced The file 130 includes a file portion P1–a
defining the position of variable information to be produced
on the page P1 for the first book. Two other file portions P1–b
and P1–c define the position of variable information to be
produced on the front pages of the remaining two books. In
like fashion, file portions P4–a, P4–b and P4–c represent the
position of variable information to be reproduced on the last
pages of the three books At this point, data are also
contained in each of the files 130, 132 identifying the entries
in the database 108 to be placed in the areas 110, 112 during
printing

The files 130, 132 are then converted into variable page
files 134, 136 The files 134, 136 are identical to the files
130, 132, respectively, except that the data in each file
identifying entries in the database are replaced by the actual
data stored at such entries

The files 134, 136 are converted into files 137, 138 in a
PDL format, for example, PostScript® An optional impo-
sition process may convert the PDL files into imposed final
variable page files 139.

The print system 79 operates in response to the press
commands in a press command file 140 and merges the page

US 6,327,599 B1

9

files 122, 137 and 138 (if no imposition is to be effected) or merges the page files 124 and 139 (if the pages are imposed) to create the finished books or book versions

FIG 9 illustrates a flow chart of programming executed by the personal computer 54 for creating the template file(s) 106 of FIG. 5. The programming may be written as an extension of Quark Xpress®, a page make-up program distributed by Quark. Inc of Denver. Colo The Quark Xpress® program may be adapted for operation on the Apple® Macintosh® operating system or any other operating system. such as the Microsoft Windows® operating system Alternatively, a different page make-up program may be used, if desired

During the make-up process for a book consisting of one or more pages, a template file is created for each book version to be produced, or, where a book is to include two or more parts (referred to as "sections" hereinafter) a template file may be created for each section. At a block 150 a user may select an area of a page for reproduction of variable information therein, at which point a line object, a text object or an image object may be selected A block 152 then checks to determine which type of object has been selected If a text object has been selected, indicating that variable text is to be inserted at a point defined by the current cursor position on the computer display, the name of the appropriate field in the database 108 is inserted into the template file at the insertion point defined by the current cursor position If the user wishes to designate more areas for variable information (block 156) control returns to the block 150 to await selection by the user If the user then selects an image object, a box is defined by the user to contain an image at a desired location on a selected page Control from the block 152 thereafter passes to a block 158 which inserts a dummy picture file and an indication of the proper database field name in the template file for the page at the location

10

in the upper left corner of the image box Control thereafter proceeds to the block 156

If the block 152 determines that a line object has been selected, control returns directly to the block 150, inasmuch as variable information cannot be entered into a line object

At any point during the page make-up process, other functional aspects of the Quark Xpress® program may be invoked as necessary to produce finished pages

Once the user determines that no more variable data is to be inserted into the document (block 156), the resulting page template file(s) are stored on a storage medium. such as an optical disc or other storage device, and/or the file(s) are downloaded together with the database to the control unit 52

The database 108 is assembled by creating an ASCII file having a plurality of records wherein each record includes one or more fields entered into the database in tab-delimited format (i e. the fields are separated from one another in each record by tab keystrokes and the records are separated from one another by line returns) and wherein the fields are arranged under field names of a header Each field may include text to be reproduced on a page or a name of an image file stored in the memory 53 and defining an image to be reproduced on a page

In addition to the foregoing data. the database 108 may include an optional field designating the number of copies of each book to be produced, an optional townsort image field, a version identification field indicating book version number (if multiple book versions are to be produced. an optional distribution list field, control data and the like

A sample database is set out below having a header consisting of twelve fields (i e. "version," "addressline1," "addressline2." etc ) and a number of records. nine of which are shown, each having twelve fields:

| Version | Addressline1 | Addressline2 | Addressline3 | Addressline4 | Addressline5 | Price1 | Image1 | Price2 | Copies | Barcode | Townsort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | William Doe | 123 Elm | Chicago | Illinois | 609248923 | $22.95 | Shoes | $21.95 | 1 | 16062489231 | |
| 03 | Hugh Jorgensen | 56 Maple | Chicago | Illinois | 609248923 | $21.95 | Shirt | $20.95 | 1 | 16062489231 | |
| 02 | Jay P. Morgan | 1313 Park | Chicago | Illinois | 609248924 | $24.95 | Pants | $22.95 | 1 | 16062489241 | ■ |
| 02 | Joe Louis | 819 Elm | LaGrange | Illinois | 605251093 | $19.95 | Pants | $18.95 | 1 | 16052510931 | |
| 03 | John Smith | 926 Cottit | LaGrange | Illinois | 605251093 | $19.95 | Shoes | $15.25 | 1 | 16052510931 | |
| 01 | Len Johnson | 882 Monroe | LaGrange | Illinois | 605251093 | $19.95 | Shoes | $17.25 | 1 | 16052510931 | |
| 02 | Janet Citzman | 916 Monroe | LaGrange | Illinois | 605251094 | $24.95 | Pants | $21.95 | 1 | 16052510941 | ■ |
| 03 | Jay Schroeder | 88 W 77th | Brookfield | Illinois | 605241391 | $21.95 | Shirt | $19.95 | 1 | 16052413911 | |
| 03 | John Doe | 129 Madison | Brookfield | Illinois | 605241391 | $22.95 | Shirt | $19.95 | 1 | 16052413911 | ■ |

indicated by the current cursor position The user will thereafter see the dummy picture file at the insertion point on the display of the computer 54 when the page is viewed The dummy picture file will display an indication of which database field will be used for insertion on the respective pages

Following the block 158, a block 160 prompts the user to enter an indication of whether the image object is to be displayed in one of two display formats If the image is to be displayed in other than the original size thereof, a block 162 sets a subname defined for the image to "fit," indicating that the image is to be scaled to fit the box If the image is to be displayed in the original size thereof, a block 163 prompts a user to select a position for the image at a particular location in the box defined therefor, such as the upper left-hand corner, the lower right-hand corner, or the like If the user does not select a position the image is placed

In the example of FIGS. 6a and 6b, the field names ADDRESSLINE1 through ADDRESSLINE5, BARCODE and TOWNSORT may appear in the area 112 and one or more of the field names PRICE1. IMAGE1 AND PRICE2 may appear in the area 110 Inasmuch as only a single version is to be produced in the example of FIGS. 6a and 6b, the VERSION field would not be used. The COPIES field may be used as a control code to select the number of book copies to be produced

Once the template file(s) 106 and the database 108 are assembled. the programming of FIGS. 10a–10f may be executed by the control unit 52 to create the master page files 122 or 124. the final variable page files 137, 138 or 139, and the press command file 140 Referring first to FIG. 10a, a block 170 prompts a user to select a template file 106 and a block 172 opens the database 108 A block 174 then reads and stores in a list the database field names for later

US 6,327,599 B1

11

reference and a block 176 prompts a user to enter information indicating a section number and whether pages are to be printed in simplex (i e , single-sided) or duplex (i e , double-sided) format. The section number identifies the order in which multiple sections are to be processed for a particular book. The user may also be prompted to enter a selective processing code identifying a particular book version to process if multiple versions are to be produced during a single press run.

Following the block 176, a block 177 begins the process of stripping variable information from the template file opened by the block 170 to obtain the stripped master file 120 of FIG 5 The block 177 selects a first page for processing and a block 178 checks to determine whether there are any images in the template file and, if images are located, a block 180 selects a first image A block 182 identifies the file name for the image and a block 184 checks the field list to determine whether the file name is included therein If the file name for the image is included in the field list, then the image comprises variable information and a block 186 deletes the image block. Otherwise, the block 186 is skipped and a block 188 checks to determine whether all images have been processed. If not, a block 190 selects a next image and control returns to the blocks 182–188. Control remains with such blocks until the block 188 determines that all images have been processed and control then passes to a block 192 Control also passes to the block 192 from the block 178 should the latter determine that there are no images in the template file

The block 192 determines whether any text boxes are present in the open template file If at least one text box is present, a block 194 selects and parses a first text box and a block 196 checks to determine whether the text box includes at least one of the field names of the database 108 If so, then it has been determined that the text box includes variable information and a block 198 deletes the text box Otherwise, the block 198 is skipped and a block 200 checks to determine whether all text boxes in the template file have been processed If not, a block 202 selects and parses the next text box in the template file and control returns to the blocks 196–200 Control remains with such blocks until all text boxes have been processed, whereupon a block 203 determines whether all pages have been processed If not, a block 204 selects a next page and control returns to the block 178 Otherwise, a block 205 saves the resulting file as the stripped master file

Control also bypasses the blocks 194–202 and proceeds directly from the block 192 to the block 203 if there are no text boxes in the open template file

Following the block 205, a block 206. FIG 10b, converts the stripped master file into the PDL master page file 122 of FIG 5 At the same time, an initialization (or INI) file is created in ASCII code according to the following format:

```
name: [file path/name]
psx: [dimension]
psy: [dimension]
ssx: [dimension]
ssy: [dimension]
posx: [dimension]
posy: [dimension]
duplex: [zero or one]
orientation: [zero or one]
output: [filename]
copies: [number]
```

12

Where "psx" and "psy" refer to finished page sizes in x and y directions "ssx" and "ssy" refer to cut sheet size in x and y directions, "posx" and "posy" refer to offsets in x and y directions specifying placement of each page on a cut sheet, "duplex" refers to single or two-sided printing, "orientation" refers to portrait or landscape printing, "output" refers to the name of the output file and "copies" refers to the number of copies to be printed. A sample INI file which specifies parameters for printing of a file called MYJOB PS is as follows:

```
Name: C:\jobs\myjob ps
psx: 8000
psy: 11000
ssx: 11500
ssy: 9000
posx: 150
posy: 150
duplex: 1
orientation: 1
output: myjob ps
copies: 1
```

In the foregoing example, one copy of the file MYJOB PS is to be printed in duplex and portrait formats at an offset of 0 15x0 15 inches from a corner of a finished sheet of paper 8x11 inches cut from a sheet originally having dimensions of 9x11 5 inches.

Following the block 206, a block 208 then reopens the same template file originally opened by the block 170 to begin the process of creating the stripped variable page files 126 of FIG 5 A block 209 selects a first page and a block 210 checks to determine whether there are any images in the file and, if so, a block 212 selects a first image for consideration A block 214 identifies the file name for the image and if a block 216 determines that the file name is not in the field list, then the image comprises fixed information (i e , image will be the same in all of the books of a given version) and hence the image box is deleted by block 218

On the other hand, if the file name for the image is in the database field list, then the image is of the variable type (i e , the image changes with the books of a given book version), and hence a block 220 identifies and saves the image box location on the page, the characteristics of the image box, such as the size, skew, background color and subname and the like and further saves the field name of the image from the database 108. Also, a counter in the memory 53 which tracks the number of variable image boxes on the page is incremented

Control from the blocks 218 and 220 passes to a block 222 which checks to determine whether all images have been processed If not, a block 224 selects a next image and control returns to the blocks 214–222. Otherwise, control proceeds to a block 226 which begins the process of selecting and identifying text boxes If there are text boxes present in the template file, a block 228 selects and parses a first text box and a block 230 checks the parsed text box to determine whether it includes one or more field names from the database If not, then it has been determined that the text box includes only fixed information, and hence a block 232 deletes the text box Otherwise, a block 234 stores the text box location, the insertion points in the text box at which variable information is to be printed and the characteristics of the text box and the field names of the database 108 identified in such text box in the memory 53 In addition, a variable text box counter is incremented representing the number of text boxes appearing on each page

RRD015303

US 6,327,599 B1

13

Control from the blocks 232 and 234 proceeds to a block 236 which checks to determine whether all text boxes have been processed If not, a block 238 selects and parses the next text box and control returns to the blocks 230–236. Once all text boxes have been processed, or if the block 226 determines that there are no text boxes in the template file, a block 239 determines whether all pages have been processed and, if not, a block 240 selects the next page and control returns to the block 210 Otherwise, control passes to a block 241, FIG 10c, which saves the resulting file as the stripped variable file 126 of FIG 5.

Control also passes to the block 239 from the block 226 if there are no text boxes found

A block 242 then creates a working copy of the stripped variable file 126 and a first page having variable data thereon is selected and data representing the remaining pages in the file are deleted by a block 244 A block 246 then deletes the data representing remaining pages in the file In the example of FIGS 6a and 6b, the block 244 creates a file defining the front page of a book with all fixed information deleted therefrom and an area reserved for variable information

Following the block 244, a block 246 selects a first record in the database 108 and a block 248 reads the record An optional block 250 checks to determine whether a selective processing code has been entered by the user indicating that the page is to undergo selective page processing As noted above, the apparatus and method of the present invention may be utilized to produce not only books of a single version (i e., where corresponding pages differ only in terms of the variable information stored in the database) but also books of different versions In the latter case, the books of different versions have different fixed and variable information The fixed and/or variable information may vary in terms of content or appearance (i e , style, location, rotation, position. etc.) or both in different versions

If the block 250 determines that selective page processing is to be undertaken, then a block 252 checks to determine whether the database record read by the block 248 is utilized on the page currently under consideration. If this is not the case, a block 253 checks to determine whether the record currently under consideration is the last in the database. If so, control passes to a block 294 of FIG. 10c. Otherwise, a block 254 selects a next record in the database 108 and control returns to the block 248 where the next database record is read

If the block 250 determines that selective page processing is not to be undertaken, or if the block 252 determines that the record read by the block 248 is used in the page currently under consideration, a block 256 duplicates the data representing the page remaining after execution by the block 244 to initiate development of one of the files 130 or 132 In the first pass through the program of FIG 10c, and in connection with the example of FIGS 6a and 6b, the block 256 creates the file 130 and develops page data representing a first version of the page P1-a and adds further variable information to such page data during immediately succeeding passes through the program Thereafter, data representing the remaining pages P1-b, P1-c and P4-a through P4-c are created and variable information is added to such pages serially during subsequent passes.

A block 258 checks to determine whether there are any image boxes on the page and, if so, a block 260 selects a first image box A block 262 then inserts the image identified by the database field noted above A block 264, FIG 10d, checks the subname to determine whether the block 162 of FIG 9 has indicated that the image should be sized to fit the image box If this is true, a block 266 performs the scaling

14

Otherwise, a block 268 positions the image in the image box at the position specified by the user and a block 270 checks to determine whether all image boxes have been processed Control also passes from the block 266 directly to the block 270, thereby skipping the block 268 If not all image boxes have been processed, a block 272 selects a next image box on the page and control returns to the blocks 262–270 so that remaining image boxes are serially processed.

Once the block 270 determines that all image boxes have been processed, or immediately following the block 258 of FIG 10c if no image boxes are found on the page, a block 274 checks to determine whether there are any text boxes on the page and, if so, a pair of blocks 276, 278 select a first text box and a first insertion point in such box Blocks 280, 282 and 284 serially insert text data stored in the database 108 at the appropriate insertion points in the text box Once all of the variable text data have been inserted into the text box, a block 286 recomposes all text in the text box so that the text obtains a neat finished appearance. The recomposition process is automatically undertaken by the Quark Xpress® program once the variable information is inserted into each text box The recomposition process is responsive to the user commands as applied to the template file page such as left, right, center, or full justification, hyphenation and the like Following the block 286, a block 288, FIG 10e, checks to determine whether there are remaining text boxes to be processed on the page and, if so, a block 290 selects the next text box on the page and control returns to the blocks 278–288 to insert text information into such text boxes

Once the block 288 determines that all text boxes for the page have been processed, the programming required to produce one of the pages of the file 134 of FIG 5 having variable information only thereon is complete. A block 292 then determines whether all records in the database have been considered for inclusion in additional variable pages of the file 131 to be produced If not all records have been considered, control returns to the block 254, FIG. 10c, where the next database record is identified and read On the other hand, if all pages of the file 134 have been produced by considering all records in the database 108, a block 294 converts the file data into PostScript® or another PDL format to create the variable page file 137 of FIG 5 Also, an INI file is created as before, except that the "duplex" parameter is set to command simplex printing only If necessary or desirable, should the press run length exceed a certain limit, the programming may be modified to create more than one variable page file for each variable page of the template file

Following the block 294, a block 296 checks to determine whether there are other variable pages in the stripped variable page file to be processed If this is true, a block 298 produces a new copy of the stripped variable file, selects the next variable page therein and deletes remaining pages therefrom Control then returns to the block 216 of FIG 10c In the example of FIGS 6a and 6b, the back page P4 and the corresponding pages of the remaining books are now selected for processing In the fashion noted above, a file representing the variable portions of such pages is produced by developing the file representing the pages P4-a through P4-c and inserting the database information into such file to obtain the variable page file 136 and the PDL version 138

Following generation of the variable page files 134, 136, and 137, 138 control passes to a block 300 which checks to determine whether a press command file has already been created. If not, a file is created by a block 302 having placeholder comments indicating where in the press command file individual press commands are to be placed for

RRD015304

US 6,327,599 B1

15

each book to be produced. The press command file may also
include data from one or more fields of the database 108
identifying an intended recipient of each book to be pro-
duced to assist in reproducing books found to be defective
or to produce sample books. At this point, the press com-
mand file for the example of FIGS. 6a and 6b may be as
follows (using data from the sample database set out above):

```
;RECORD1
;WILLIAM DOE:606248923
;ENDRECORD
;RECORD2
;HUGH JORGENSEN:606248923
;END RECORD
;RECORD3
;JAY P. MORGAN:606248924
;END RECORD
```

Following the block 300 (if the press command file
already exists) or the block 302 a block 304 selects the first
database record and a corresponding first record in the press
command file. A block 306 then checks to determine
whether the template file currently being processed includes
the selected database record. If not, a block 308 determines
whether all pages have been processed, and if this is not the
case, the next record in the database 108 and a correspond-
ing record in the press command file are selected. Control
then returns to the block 306. If the block 306 ascertains that
the template file includes the selected record, a block 312
inserts an indication of the section number in the press
command file at an appropriate point if the section number
is not already present. If the section number is present
already, the press command identified by the section number
entered by the user at the block 176 is identified to be
overwritten at a later point. The press command file now
appears as follows for the example of FIGS. 6a and 6b:

```
;RECORD1
;WILLIAM DOE:606248923
;SECTION 1
;ENDSECTION
;ENDRECORD
;RECORD2
;HUGH JORGENSEN:606248923
;SECTION 1
;ENDSECTION
;END RECORD
;RECORD3
;JAY P. MORGAN:606248924
;SECTION 1
;END SECTION
;END RECORD
```

Following the block 312, a block 314, FIG. 10f, selects a
first page of the section and a block 316 checks the state of
a flag stored in the memory 53 to determine whether a
simplex or duplex job has been requested. If a simplex job
has been requested, the file name and page number of the
master page file and, if variable information is to appear on
the page, the file name and page number of the variable page
file for the selected page are stored as a single set pair in the
memory 53 by a block 318. The determination of whether
variable information is to appear on the selected page is
accomplished by summing the contents of the variable
image box counter and the variable text box counter as
incremented by the blocks 220 and 234 of FIG. 10b.

A block 320 checks to determine whether all pages have
been processed and, if not, the next page is selected by a

16

block 322 and control returns to the block 316 for processing
of such page. If all pages have been processed, control
passes to a block 324 which determines whether all database
and press command records have been processed. Control
also passes to the block 324 if the block 308 determines that
all pages have been processed. If not all records have been
processed at this point, control returns to the block 310
where the next records in the database and press command
file are selected.

If the block 324 determines that all records for the current
section have been processed, a block 326 determines
whether another section is to be processed and, if so, control
returns to the block 170 of FIG. 10a. If there is not another
section to be processed, the press command file has been
fully assembled, and hence the process terminates.

If the block 316 determines that a duplex job is to be
effected, control passes to a block 328 which stores in the
memory 53 a command identifying the file names and page
numbers of the master page file (as well as corresponding
information relative to variable page files, if variable infor-
mation is to appear) as two-set pairs. Control from the block
328 then passes to the block 320 described above.

The result of the programming of FIGS. 10a–10f is a press
command having a sequence of press commands which
cause printing of pages in a desired order. In the example of
FIGS. 6a and 6b, the press command file would read as
follows:

```
BOOK A
;RECORD1
;WILLIAM DOE:606248923
;SECTION 1
 file m'1@ file 1'1[ file m'2
 file m'3[ file m'4@ file 4 '1
;ENDSECTION
;ENDRECORD
;RECORD2
;;HUGH JORGENSEN:606248923
;SECTION 1
 file m'1@ file 1'2[ file m'2
 file m'3[ file m'4@ file 4'2
;ENDSECTION
;ENDRECORD
;RECORD3
;JAY P. MORGAN:606248924
;SECTION 1
 file m'1@ file 1'3[ file m'2
 file m'3[ file m'4@ file 4'3
;ENDSECTION
;ENDRECORD
ENDBOOK
PRINTRUN R
BOOK A
ENDPRINTRUN
```

In the foregoing example, "file m" is a file name identi-
fying the master page file 122 and "file 1" and "file 4" are
file names identifying the variable page files 137 and 138,
respectively. The number following each file name desig-
nates a particular page of the file identified by the file name.
Thus, for example, "file m'1 designates the first page of the
master file "file m" and "file 1'2 designates the second page
of the variable page file "file 1." The @ sign means to
associate the pages of the files linked by such sign and the

RRD015305

17

vertical line in the commands indicates that the page(s) on the left side of the vertical line are to be printed on the front side of a piece of paper whereas the page(s) on the right side of the vertical line are to be printed on the reverse side of the piece of paper. In an example of simplex printing, no file name would appear to the right of the vertical line in each command

FIGS. 11a–11c illustrate an exemplary imposition system which may be used to impose pages for printing. The imposition system of FIGS. 11a–11c is invoked to create a new press command file which prints at least once, and likely two or more pages on one or both sides of a form The programming begins at block 340 and 342 which open the press command file and select a first record therein A block 344 then reads such record and a block 346 determines the number of master pages that are in the press command file record read by the block 344. In the example shown in FIGS 6a and 6b, and as defined in the press command file example set forth above, each book includes four master pages As noted above, "form" designates a single sheet of paper as printed by the press. Each form has two sides, each of which is referred to as a "flat" Each flat includes a number of pages thereon, wherein the number is hereinafter referred to as the "PPF" number (for "pages-per-flat" number)

A block 348 determines the book or the book version to be produced during the print job having the greatest number of book pages This book or book version is hereinafter referred to as the "largest book". A block 350 then prompts a user to enter various imposition parameters including shingling and bottling amounts, placement and appearance of press marks, head direction of each page (when not all pages have the same head direction. For example, as seen in FIGS 8a and 8b) page position(s) on each flat and any other required imposition parameters. In addition, the user is prompted to enter the PPF number for each flat type to be produced. For example, the user may be prompted to enter a PPF number of two for the examples of FIGS. 6a, 6b and 7a, 7b and a PPF number of four for the example of FIGS. 8a and 8b. The parameters may be specified by a user using any commercially available and suitable imposition system such as Preps®, by ScenicSoft, Inc. of Everett, Wash. Impostrip®, by Ultimate Technographics of Montreal, Quebec, Canada, Quark Imposition® by Quark, Inc of Denver, Colo., or any other system. Alternatively, the imposition system disclosed in Sands et al U.S. patent Ser. No. 738,217, filed Jul 30, 1991, and entitled "Digital Page Imaging System" can be used

Following the block 350 a block 352 develops an imposition pattern allowing a block 354 to derive the specified imposition patterns This step effected by the block 352 is necessary inasmuch as the specified imposition parameters are not directly available to such programming, and hence the parameters must be obtained by selecting the largest book or book version to be produced and imposing same so that the imposition parameters can be deduced therefrom. If the imposition parameters can be provided to the programming of FIGS 11b and 11c directly, then the blocks 352 and 354 would be unnecessary and may be omitted.

Following the block 354, a block 356. FIG. 11b, associates master and variable pages to appear on the same flat with each other according to the PPF number for such flat to obtain a master/variable page group for each flat In the example of FIG. 6a, the master and variable files for the pages P1 and P4 would be associated together In the example of FIG. 8a, the master and variable files for the pages P9, P12, P13 and P16 would be associated by the block 356

A block 358 then selects a first master/variable page group and a block 360 determines the form depth of the master/

18

variable page group The "form depth" is the position of a printed flat in a stack of forms which are stitched together to produce a book

Following the block 360, a block 362 checks to determine whether the form depth and the identity of the master/variable page group are a unique combination. If so, a block 364 creates a list in the memory 53 of group/depth combination (if such list has not already been created) and adds the current group and form depth combination to such list

Following the block 364, a block 366 develops and saves a flat pattern defining a template for the master/variable page group, taking into account the form depth of such group The flat pattern is a file defining the positions of the pages associated as a group by the block 356 A block 368 then creates placeholders for the master data of the master/variable page group in the flat pattern so that a new flat file pattern is obtained The new flat file pattern is stored in the memory 53 and control passes to a block 370. FIG 11b Control also passes directly to the block 370 from the block 362, bypassing the blocks 364–368, if the page group identity and form depth combination is not unique

The block 370 identifies and selects the flat pattern from the imposed PDL file pattern developed by the block 352 at the form depth of the selected master/variable page group. A block 372, FIG. 11c, then creates place holders for variable data of the master/variable page group in the flat patterns selected by the block 370 to obtain a new flat pattern which is then stored in the memory 53. A block 374 thereafter develops a new press command file entry to reflect the imposed master/variable page group.

Following the block 374, a block 376 checks to determine whether all master/variable groups for the record of the press command file currently under consideration have been processed If not, a block 378 selects the next master/variable page group and control returns to the block 360 of FIG 11b. Otherwise, a block 380 checks to determine whether all records in the press command file have been processed If not, a block 382 selects the next record and control returns to the block 344 of FIG 11a. If all records have been processed, a block 384 inserts the flat data for the master/variable files into the placeholders in the respective flat patterns to develop the imposed master and variable page files 124 and 139 of FIG 5 A suitable INI file is also created to reflect the new flat geometry.

FIG 12 illustrates programming which may be executed by the control unit 52 of FIG 3 to facilitate conversion of the imposed page files 124 and 139 into bitmap format using the RIP 82 of FIG 4 The programming begins at a block 400 which opens the press command file stored in the memory 53 A block 402 then prompts a user to specify options which are available using the RIP 82 The options include the ability to convert only master page files, only variable page files or both master and variable page files into bitmap format A block 404 then selects the first line in the press command file having at least one file name therein Thereafter, a block 406 selects a first file name and a block 408 checks a file list stored in the memory 53 to see if the file name has been previously placed in the list If this is not the case, then this is the first time the file name has been encountered in the programming of FIG 12 Thus, a block 410 adds the file name to the file list and a block 412 checks the user-specified options set by the block 402 to determine whether the file should be converted into bitmap format. If so, a RIP list stored in the memory 53 is updated by adding the file name thereto and control passes to a block 416. Control also passes to the block 416 from the block 412 bypassing the block 414 if the file is not to be converted into bitmap format and from the block 408 if the file name currently under consideration is already in the file list

The block 416 checks to determine whether the end of the current line in the press command file has been reached If

RRD015306

US 6,327,599 B1

19

not, a block 418 selects the next file name in the line and control returns to the block 408

If the block 416 determines that the end of the current line in the press command file has been reached, a block 420 checks to determine whether the end of the press command file has been reached. If not, a block 422 selects the next line in the press command file having at least one file name and control returns to the block 406. On the other hand, if the end of the file has been reached, a block 424 causes the RIP 82 to convert the files identified in the RIP list into bitmap format by issuing commands and files as appropriate to the RIP 82

The programming of FIG 12 facilitates conversion of files to bitmap format as required by the print system 79

Numerous modifications and alternative embodiments of the invention will be apparent to those skilled in the art in view of the foregoing description Accordingly, this description is to be construed as illustrative only and is for the purpose of teaching those skilled in the art the best mode of carrying out the invention. The details of the structure may be varied substantially without departing from the spirit of the invention, and the exclusive use of all modifications which come within the scope of the appended claims is reserved

We claim:

1 An apparatus for controlling an electronic press wherein the press includes a controller responsive to press commands, comprising:

first means for developing a template file defining pages to be printed with fixed information common to all of the pages and variable information unique to each page;

a database having entries therein each representing variable information to be printed;

second means responsive to the first developing means for developing a master page file from the template file wherein the master page file defines the fixed information; and

means responsive to the database and the first and second developing means for converting the template file and the database into press commands specifying sequence and content of page production by the press.

2 The apparatus of claim 1, wherein the converting means includes means for copying the template file to create a copy file and means for stripping data representing the fixed information from the copy file to obtain an intermediate variable page file

3 The apparatus of claim 2, wherein the intermediate variable page file includes variable area data representing an area of each page to be printed with variable information and wherein the converting means further includes means responsive to the variable area data for inserting entries from the database into the intermediate variable page file to obtain a final variable page file.

4. The apparatus of claim 3, wherein the converting means further includes means for creating the press commands from the final variable page file and the master page file

5 The apparatus of claim 3, wherein the final variable page file includes text data representing text to be printed on a page and wherein the inserting means includes means for composing the text data

6 An apparatus for controlling an electronic press wherein the press includes a controller responsive to press commands, comprising:

a database having entries therein each representing variable information to be printed;

first means for developing a plurality of template files each defining associated pages to be printed with and having first data defining fixed information common to all of the associated pages wherein at least one of the

20

template files further includes second data defining a particular area in each associated page for the printing of variable information therein unique to such page and third data identifying at least one of the database entries;

second means responsive to the first developing means for developing a master page file from the template file wherein the master page file includes data defining the fixed information only; and

means responsive to the database and the first and second developing means for deriving press commands specifying sequence and content of page production by the press from the template files and the database

7 The apparatus of claim 6, wherein the deriving means includes means for copying each template file to create a copy file and means for stripping data representing the fixed information from each copy file to obtain an intermediate variable page file

8 The apparatus of claim 7, wherein each intermediate variable page file includes variable area data representing an area of a page to be printed with variable information and wherein the deriving means further includes means responsive to the variable area data for inserting entries from the database into each intermediate variable page file to obtain final variable page files defining content and position of variable information to be printed on associated pages

9. The apparatus of claim 8, wherein the deriving means further includes means for creating the press commands from the final variable page files and the master page file.

10 The apparatus of claim 8, wherein at least one of the final variable page files includes text data representing text to be printed on a page and wherein the inserting means includes means for composing the text data

11 A method of controlling an electronic press wherein the press includes a controller responsive to press commands, comprising:

developing a template file defining pages to be printed with fixed information common to all of the pages and variable information unique to each page;

assembling a database having entries therein each representing variable information to be printed;

developing a master page file from the template file wherein the master page file defines the fixed information; and

converting the template files the database and the master page file into press commands specifying sequence and content of page production by the press

12 The method of claim 11, wherein the step of converting includes the steps of copying the template file to create a copy file and stripping data representing the fixed information from the copy file to obtain an intermediate variable page file

13. The method of claim 12, wherein the intermediate variable page file includes variable area data representing an area of each page to be printed with variable information and wherein the step of converting further includes the step of inserting entries from the database into the intermediate variable page file responsive to the variable area data to obtain a final variable page file

14 The method of claim 13, wherein the step of converting further includes the step of creating the press commands from the final variable page file and the master page file.

15 The method of claim 13, wherein the final variable page file includes text data representing text to be printed on a page and wherein the step of inserting includes the step of composing the text data

* * * * *

RRD015307