# EXHIBIT C

# PART 1

US006844940B2

(12) **United States Patent**
Warmus et al.

(10) Patent No.: **US 6,844,940 B2**
(45) Date of Patent: **Jan. 18, 2005**

(54) IMPOSITION PROCESS AND APPARATUS FOR VARIABLE IMAGING SYSTEM

(75) Inventors: James L. Warmus, LaGrange, IL (US); Mark G. Dreyer, Aurora, IL (US); J. Thomas Shively, Hinsdale, IL (US)

(73) Assignee: RR Donnelley & Sons Company, Chicago, IL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 10/755,743

(22) Filed: Jan. 12, 2004

(65) **Prior Publication Data**
US 2004/0141207 A1 Jul. 22, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 09/852,581, filed on May 10, 2001, which is a division of application No. 08/802,337, filed on Feb. 11, 1997, now Pat. No. 6,332,149, which is a continuation-in-part of application No. 08/478,397, filed on Jun. 7, 1995, now Pat. No. 6,327,599, and a continuation-in-part of application No. 08/627,724, filed on Apr. 2, 1996, now Pat. No. 5,857,209.

(51) Int. Cl.7 . . . . . . . . . . . . . . . . . . . G06F 15/00; G06F 17/21

(52) U.S. Cl. . . . . . . . . 358/1.18; 358/1.1; 358/1.9; 707/517; 707/520

(58) Field of Search . . . . . . . . . . . . . . 358/1.18, 1.1, 358/1.9; 707/517, 520, 522, 500

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,549,055 A | | 12/1970 | Gatland | . . . . . . | 222/182 |
| 3,582,621 A | | 6/1971 | Lawler | . . . . . . | 235/151.1 |
| 3,608,888 A | * | 9/1971 | McCain | . . . . . . | 270/54 |
| 3,774,758 A | * | 11/1973 | Sternberg | . . . . . | 209/111.7 |
| 3,774,901 A | * | 11/1973 | McCain et al | . . . . . | 270/54 |

| | | | | | |
|---|---|---|---|---|---|
| 3,809,385 A | * | 5/1974 | Rana | . . . . . . | 270/54 |
| 3,819,173 A | * | 6/1974 | Anderson et al | . . . . . | 270/54 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| CA | 2 210 405 | 7/1996 | . . . . . . . . | 3/12 |
| EP | 0 119 720 | 9/1984 | | |
| EP | 0 602 547 | 6/1994 | . . . . . | 15/20 |
| EP | 0 703 524 A1 | 3/1996 | | |
| EP | 0 703 524 B1 | 1/1997 | | |
| JP | 8115178 | 5/1996 | | |
| WO | WO 86/04703 | 8/1986 | | |
| WO | WO 95 07510 | 3/1995 | . . . . . | 17/24 |
| WO | WO 96/22573 | 7/1996 | | |

OTHER PUBLICATIONS

*How to Convert WordPerfect Merge Data*, last reviewed Dec. 6, 2000, at http://support.microsoft.com/default.aspx?scid=kb;en-us;211702 (pp. 2–8).
*Continuous scanning. Start right here.*, Kodak digital science. 1999 (2 pages).
*Form 20–F.* Scitex SEC Report, 1997 (pp. 1 and 13–16).
*Kodak*, The Seybold Report on Publishing Systems. Sep. 9, 1996 (p. 26).

(List continued on next page.)

Primary Examiner—Twyler Lamb
(74) Attorney, Agent, or Firm—Hanley, Flight & Zimmerman

(57) **ABSTRACT**

The present invention is useful for assembling a book. The inventive method includes the steps of specifying pagination information including an indication of whether a page is to be selectively included in the book, determining whether the page is to be assembled into the book based on the pagination information, and generating page description language instructions for production of the book in accordance with the pagination information.

**22 Claims, 40 Drawing Sheets**



**US 6,844,940 B2**

Page 2

### U S PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,872,460 A | * | 3/1975 | Fredrickson et al | 340/324 AD |
| 3,891,492 A | * | 6/1975 | Watson | 156/351 |
| 3,892,427 A | * | 7/1975 | Knayak et al | 281/15 R |
| 3,899,165 A | | 8/1975 | Abram et al | 270/54 |
| 3,932,744 A | * | 1/1976 | Anderson | 250/203 |
| 3,953,017 A | * | 4/1976 | Wise | 270/54 |
| 3,982,744 A | | 9/1976 | Knayak et al | 270/12 |
| 4,022,455 A | | 5/1977 | Newsome et al | 270/54 |
| 4,085,455 A | | 4/1978 | Okumura | 365/112 |
| 4,095,780 A | | 6/1978 | Gaspar et al | 270/73 |
| 4,117,975 A | * | 10/1978 | Gunn | 235/494 |
| 4,121,818 A | | 10/1978 | Riley et al | 270/54 |
| 4,168,776 A | * | 9/1979 | Hoeber | 198/797 |
| 4,168,828 A | * | 9/1979 | McLear | 270/54 |
| 4,247,008 A | * | 1/1981 | Dobba | 209/569 |
| 4,338,768 A | | 7/1982 | Ballestrazzi et al | 53/495 |
| 4,345,276 A | | 8/1982 | Colomb | 358/258 |
| 4,346,446 A | * | 8/1982 | Erbstein et al | 364/551 |
| 4,395,031 A | | 7/1983 | Gruber et al | 270/54 |
| 4,413,724 A | * | 11/1983 | Fellner | 198/594 |
| 4,417,630 A | | 11/1983 | Weber et al | 177/1 |
| 4,426,072 A | | 1/1984 | Cole et al | 270/53 |
| 4,482,142 A | * | 11/1984 | McCain et al | 270/54 |
| 4,483,526 A | * | 11/1984 | Bulka et al | 270/54 |
| 4,484,733 A | * | 11/1984 | Loos et al | 270/54 |
| 4,495,582 A | | 1/1985 | Dessert et al | 364/469 |
| 4,499,545 A | * | 2/1985 | Daniels et al | 364/464 |
| 4,500,083 A | | 2/1985 | Wong | 270/54 |
| 4,516,209 A | * | 5/1985 | Scribner | 364/466 |
| 4,517,637 A | * | 5/1985 | Cassell | 364/138 |
| 4,519,598 A | * | 5/1985 | McCain et al | 270/53 |
| 4,520,454 A | | 5/1985 | Dufour et al | 364/900 |
| 4,536,176 A | | 8/1985 | Gaspar | 493/365 |
| 4,537,342 A | | 8/1985 | McCain et al | 227/78 |
| 4,552,349 A | | 11/1985 | Loos et al | 270/54 |
| 4,554,044 A | | 11/1985 | Gaspar et al | 156/510 |
| 4,556,595 A | | 12/1985 | Ochi | 428/143 |
| 4,567,988 A | | 2/1986 | Weibel | 209/564 |
| 4,601,003 A | | 7/1986 | Yoneyama et al | 364/518 |
| 4,601,394 A | | 7/1986 | Hutner | 209/3.3 |
| 4,616,327 A | | 10/1986 | Rosewanne et al | 364/518 |
| 4,639,873 A | | 1/1987 | Baggarly et al | 364/466 |
| 4,665,555 A | | 5/1987 | Allen et al | 382/41 |
| 4,672,462 A | | 6/1987 | Yamada | 358/280 |
| 4,674,052 A | | 6/1987 | Wong et al | 364/466 |
| 4,677,571 A | | 6/1987 | Riseman et al | 364/519 |
| 4,710,886 A | | 12/1987 | Heath | 364/519 |
| 4,718,784 A | | 1/1988 | Drisko | 400/68 |
| 4,723,209 A | | 2/1988 | Hernandez et al | 364/519 |
| 4,727,492 A | | 2/1988 | Smith | 355/14 |
| 4,729,037 A | | 3/1988 | Doelves | 358/299 |
| 4,734,865 A | | 3/1988 | Scullion et al | 364/478 |
| RE32,690 E | | 6/1988 | Wong | 270/54 |
| 4,768,766 A | | 9/1988 | Berger et al | 270/58 |
| 4,789,147 A | | 12/1988 | Berger et al | 270/1.1 |
| 4,800,505 A | | 1/1989 | Axelrod et al | 364/478 |
| 4,800,506 A | | 1/1989 | Axelrod et al | 364/478 |
| 4,800,510 A | | 1/1989 | Vinberg et al | 364/521 |
| 4,827,315 A | | 5/1989 | Wollberg et al | 346/160 |
| 4,835,570 A | | 5/1989 | Robson | 346/160 |
| 4,866,628 A | | 9/1989 | Natarajan | 364/468 |
| 4,887,128 A | | 12/1989 | Jamali et al | 355/202 |
| 4,900,001 A | | 2/1990 | Lapeyre | 270/1.1 |
| 4,903,139 A | | 2/1990 | Minter | 358/296 |
| 4,908,768 A | | 3/1990 | Gelfer et al | 364/464.03 |
| 4,910,612 A | | 3/1990 | Yamazaki | 358/496 |
| 4,928,243 A | | 5/1990 | Hodges et al | 364/519 |
| 4,928,252 A | | 5/1990 | Gabbe et al | 364/519 |
| 4,930,077 A | | 5/1990 | Fan | 364/419 |
| 4,933,880 A | | 6/1990 | Wolf | 210/187 |
| 4,937,761 A | | 6/1990 | Hassett | 364/518 |
| 4,948,109 A | | 8/1990 | Petersen | 270/1.1 |
| 4,949,272 A | | 8/1990 | Vanourek et al | 364/464.02 |
| 4,968,993 A | | 11/1990 | Wollberg et al | 346/160 |
| 4,974,171 A | | 11/1990 | Yeh et al | 364/519 |
| 4,984,948 A | | 1/1991 | Lindsay et al | 412/1 |
| 5,001,500 A | | 3/1991 | Wollberg et al | 346/160 |
| 5,005,124 A | | 4/1991 | Connell et al | 364/401 |
| 5,021,975 A | | 6/1991 | Yamanashi | 364/519 |
| 5,025,396 A | | 6/1991 | Parks et al | 364/518 |
| 5,027,279 A | | 6/1991 | Gottlieb et al | 364/478 |
| 5,028,192 A | | 7/1991 | Lindsay et al | 412/1 |
| 5,031,891 A | | 7/1991 | Kobler et al. | 270/54 |
| 5,033,009 A | | 7/1991 | Dubnoff | 364/523 |
| 5,039,075 A | | 8/1991 | Mayer | 270/1.1 |
| 5,043,749 A | | 8/1991 | Punater et al | 346/153.1 |
| 5,053,955 A | | 10/1991 | Peach et al | 364/401 |
| 5,054,984 A | | 10/1991 | Chan et al | 412/1 |
| 5,056,767 A | | 10/1991 | Emigh et al | 270/58 |
| 5,060,165 A | | 10/1991 | Schumacher et al | 364/478 |
| 5,067,024 A | | 11/1991 | Anzai | 358/296 |
| 5,068,797 A | | 11/1991 | Sansone et al | 364/478 |
| 5,072,397 A | | 12/1991 | Barns-Slavin et al | 364/464.02 |
| 5,072,401 A | | 12/1991 | Sansone et al | 364/478 |
| 5,077,694 A | | 12/1991 | Sansone et al | 395/600 |
| 5,085,470 A | | 2/1992 | Peach et al | 283/58 |
| 5,098,076 A | | 3/1992 | Kelsey | 270/54 |
| 5,102,110 A | | 4/1992 | Reynolds | 270/1.1 |
| 5,103,490 A | | 4/1992 | McMillin | 382/62 |
| 5,105,283 A | | 4/1992 | Forest et al | 358/401 |
| 5,112,179 A | | 5/1992 | Chan et al | 412/1 |
| 5,114,128 A | | 5/1992 | Harris, Jr et al | 270/11 |
| 5,114,291 A | | 5/1992 | Hefty | 412/8 |
| 5,119,306 A | | 6/1992 | Metellus et al | 364/464.02 |
| 5,133,051 A | | 7/1992 | Handley | 395/148 |
| 5,134,669 A | | 7/1992 | Keogh et al | 382/61 |
| 5,136,316 A | | 8/1992 | Punater et al | 346/153.1 |
| 5,142,482 A | | 8/1992 | Sansone | 364/478 |
| 5,142,618 A | | 8/1992 | Fujiwara et al | 395/146 |
| 5,142,667 A | | 8/1992 | Dimperio et al | 395/115 |
| 5,143,362 A | | 9/1992 | Doane et al | 270/1.1 |
| 5,144,562 A | | 9/1992 | Sükkelorum et al | 364/478 |
| 5,157,765 A | | 10/1992 | Birk et al | 395/165 |
| 5,175,679 A | | 12/1992 | Allen et al | 364/408 |
| 5,177,877 A | | 1/1993 | Duchesne et al | 34/51 |
| 5,178,063 A | | 1/1993 | Wollberg et al | 101/76 |
| 5,194,899 A | | 3/1993 | Buchanan | 355/244 |
| 5,200,903 A | | 4/1993 | Gilham | 364/464.02 |
| 5,202,206 A | | 4/1993 | Tam | 430/41 |
| 5,210,824 A | | 5/1993 | Putz et al | 395/145 |
| 5,220,420 A | | 6/1993 | Hoarty et al | 358/86 |
| 5,220,674 A | | 6/1993 | Morgan et al | 395/800 |
| 5,220,770 A | | 6/1993 | Szewczyk et al | 53/493 |
| 4,068,993 A | | 7/1993 | Wollberg et al | 346/160 |
| 5,229,932 A | | 7/1993 | Connell et al | 364/401 |
| 5,238,345 A | | 8/1993 | D'Andrea | 412/4 |
| 5,245,701 A | | 9/1993 | Matsumoto | 395/129 |
| 5,257,156 A | | 10/1993 | Sansone | 364/464.02 |
| 5,267,155 A | | 11/1993 | Buchanan et al | 364/419.14 |
| 5,267,821 A | | 12/1993 | Bodurt et al | 412/11 |
| 5,271,065 A | | 12/1993 | Rourke et al | 382/1 |
| 5,274,567 A | | 12/1993 | Kallin et al | 364/478 |
| 5,274,757 A | | 12/1993 | Miyoshi et al | 395/146 |
| 5,280,895 A | | 1/1994 | Meier | 270/58 |
| 5,287,976 A | | 2/1994 | Mayer et al | 209/547 |
| 5,289,569 A | | 2/1994 | Tasiguchi | 395/145 |
| 5,291,243 A | | 3/1994 | Heckman et al | 355/201 |
| 5,293,310 A | | 3/1994 | Carroll et al | 364/408 |
| 5,295,236 A | | 3/1994 | Bjorge et al | 395/134 |
| 5,299,310 A | | 3/1994 | Motoyama | 395/165 |
| 5,301,036 A | | 4/1994 | Barrett et al | 358/448 |

RRD 022252

US 6,844,940 B2

Page 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5,300,334 A | 4/1994 | Snyder et al | 395/109 | 5,760,914 A | 6/1998 | Gauthier et al | 358/298 |
| 5,313,564 A | 5/1994 | Kafri et al | 395/101 | 5,765,874 A | 6/1998 | Chanenson et al | 283/67 |
| 5,313,578 A | 5/1994 | Handorf | 395/200 | 5,793,946 A | 8/1998 | Gauthier et al | 395/183.01 |
| 5,319,745 A | 6/1994 | Vinsonneau et al | 395/144 | 5,796,930 A | 8/1998 | Gauthier et al | 395/116 |
| 5,321,604 A | 6/1994 | Peach et al | 364/401 | 5,809,218 A | 9/1998 | Kastenholz et al | 395/115 |
| 5,326,209 A | 7/1994 | Duke | 412/1 | 5,832,531 A | 11/1998 | Ayers | 707/500 |
| 5,333,246 A | 7/1994 | Nagasaka | 395/133 | 5,833,375 A | 11/1998 | Gauthier et al | 400/82 |
| 5,337,246 A | 8/1994 | Carrell et al | 364/464.02 | 5,845,302 A | 12/1998 | Cyman, Jr. et al | 707/517 |
| 5,337,258 A | 8/1994 | Dennis | 364/551.01 | 5,857,209 A | 1/1999 | Shively | 707/500 |
| 5,346,196 A | 9/1994 | Nussbaum et al | 270/54 | 5,870,766 A | 2/1999 | Shively | 707/500 |
| 5,349,648 A | 9/1994 | Handley | 395/148 | 5,907,836 A | 5/1999 | Sumita et al | 707/2 |
| 5,353,222 A | 10/1994 | Takise et al | 364/419.17 | 5,924,092 A | 7/1999 | Johnson | 707/7 |
| 5,353,388 A | 10/1994 | Motoyama | 395/117 | 5,937,153 A | 8/1999 | Gauthier | 395/117 |
| 5,359,423 A | 10/1994 | Loce | 358/296 | 5,960,164 A | 9/1999 | Dorfman et al | 395/110 |
| 5,359,432 A | 10/1994 | Peltzer et al | 358/452 | 5,963,968 A | 10/1999 | Warmus et al | 707/517 |
| 5,377,120 A | 12/1994 | Humes et al | 364/478 | 5,987,461 A | 11/1999 | Dreyer et al | 707/7 |
| 5,379,368 A | 1/1995 | Inmi et al. | 395/117 | 5,995,724 A | 11/1999 | Mikkelsen et al | 395/115 |
| 5,379,373 A | 1/1995 | Hayashi et al. | 395/148 | 6,027,195 A | 2/2000 | Gauthier et al | 347/5 |
| 5,381,523 A | 1/1995 | Hayashi | 395/145 | 6,064,397 A | 5/2000 | Herregods et al | 345/435 |
| 5,383,129 A | 1/1995 | Farrell | 364/464.01 | 6,088,710 A | 7/2000 | Dreyer et al | 707/517 |
| 5,384,886 A | 1/1995 | Rourke | 395/147 | 6,115,946 A | 11/2000 | Gauthier et al. | 347/5 |
| 5,390,354 A | 2/1995 | De Heus et al | 395/800 | 6,175,846 B1 | 1/2001 | Shively | 707/530 |
| 5,396,321 A | 3/1995 | McFarland et al | 355/313 | 6,205,452 B1 | 3/2001 | Warmus et al | 707/500 |
| 5,398,289 A | 3/1995 | Rourke et al | 382/1 | 6,209,010 B1 | 3/2001 | Gauthier et al | 707/526 |
| 5,400,263 A | 3/1995 | Rohrbaugh et al | 364/490 | 6,243,172 B1 | 6/2001 | Gauthier et al | 358/1.18 |
| 5,412,566 A | 5/1995 | Sawa | 364/419.14 | 6,246,993 B1 | 6/2001 | Dreyer et al | 705/9 |
| 5,414,809 A | 5/1995 | Hogan et al | 395/155 | 6,290,406 B1 | 9/2001 | Gauthier et al | 400/76 |
| 5,419,541 A | 5/1995 | Stevens | 270/54 | 6,310,695 B1 | 10/2001 | Gauthier et al | 358/1.5 |
| 5,422,992 A | 6/1995 | Motoyama et al | 345/437 | 6,327,599 B1 | 12/2001 | Warmus et al | 715/517 |
| 5,442,561 A | 8/1995 | Yoshizawa et al | 364/468 | 6,332,149 B1 | 12/2001 | Warmus et al | 715/517 |
| 5,442,737 A | 8/1995 | Smith | 395/135 | 6,381,028 B1 | 4/2002 | Gauthier | 358/1.11 |
| 5,444,630 A | 8/1995 | Dlugos | 364/464.02 | 6,446,100 B1 | 9/2002 | Warmus et al | 707/517 |
| 5,446,653 A | 8/1995 | Miller et al | 364/401 | 6,487,568 B1 | 11/2002 | Gauthier et al | 707/526 |
| 5,446,667 A | 8/1995 | Oh et al | 364/464.02 | 6,599,325 B2 | 7/2003 | Gauthier et al | 715/526 |
| 5,455,945 A | 10/1995 | Vanderdrift | 395/600 | 6,687,016 B2 | 2/2004 | Gauthier | 358/1.11 |
| 5,459,819 A | 10/1995 | Watkins et al | 395/117 | 2002/0122205 A1 | 9/2002 | Gauthier | 358/1.15 |
| 5,459,826 A | 10/1995 | Archibald | 395/147 | | | | |
| 5,461,708 A | 10/1995 | Kahn | 395/140 | | | | |
| 5,465,213 A | 11/1995 | Ross | 219/213 | OTHER PUBLICATIONS | | | |
| 5,473,741 A | 12/1995 | Neufelder | 707/516 | | | | |
| 5,483,624 A | 1/1996 | Christopher et al | 395/117 | *Output Devices and Systems*, The Seybold Report on Pub- | | | |
| 5,493,490 A | 2/1996 | Johnson | 364/401 | lishing Systems, last modified Apr. 17, 1995, vol 24:16 (pp | | | |
| 5,500,928 A | 3/1996 | Cook et al | 395/133 | 1–4). | | | |
| 5,502,636 A | 3/1996 | Clarke | 364/401 | *New Desktop Software Provides Ink-Jet Link*. Graphic Arts | | | |
| 5,502,804 A | 3/1996 | Butterfield et al | 395/147 | Monthly, Aug. 1994 (p. 27) | | | |
| 5,505,697 A | 4/1996 | McKinnon, Jr et al | 604/71 | *Scitex Digital Printing looks to Quark Xpress: Demand* | | | |
| 5,506,697 A | 4/1996 | Li et al | 358/448 | *Printing of Variable Data*, The Seybold Report on Publish- | | | |
| 5,517,605 A | 5/1996 | Wolf | 395/155 | ing Systems, Jul. 20, 1994, vol 23:20 (3 Pages). | | | |
| 5,519,624 A | 5/1996 | Hidding | 364/478 | *Kodak, Gamma-GraphX develop 600-dpi 1392*, The Sey- | | | |
| 5,523,942 A | 6/1996 | Tyler et al | 364/401 | bold Report on Publishing Systems, Feb. 21, 1994 (p 24). | | | |
| 5,530,852 A | 6/1996 | Meske, Jr et al | 395/600 | Bob Neubauer, *Ink-jet gets Personal*. Print Impress, Jan. | | | |
| 5,535,677 A | 7/1996 | Fannin et al | 101/486 | 1993 (3 Pages). | | | |
| 5,546,517 A | 8/1996 | Marks et al | 395/145 | *Revisions made easy*, American Printer, Apr 1992 (4 Pages). | | | |
| 5,552,994 A | 9/1996 | Cannon et al | 364/468.01 | Kristin Nelson, *Merger mania: Wordperfect mail merge*. | | | |
| 5,553,212 A | 9/1996 | Etoh et al | 395/140 | Pennprintout, Feb. 1992, vol 8:5 (pp. 1–3). | | | |
| 5,553,258 A | 9/1996 | Godiwala et al | 395/403 | *Kodak shows fast network printers*. The Seybold Report on | | | |
| 5,555,094 A | 9/1996 | Lefebvre et al | 358/298 | Publishing Systems, Dec 6, 1991, vol 21:7 (pp. 25–26). | | | |
| 5,557,722 A | 9/1996 | DeRose et al | 395/148 | Kodak drives 1392 online and from cartridge tape, The | | | |
| 5,587,799 A | 12/1996 | Kawamura et al | 358/296 | Seybold Report on Publishing Systems, Sep. 5, 1988 (p. 2) | | | |
| 5,592,683 A | 1/1997 | Chen et al | 395/872 | *LED v. Laser*, Computer Data. Mar. 1987 (1 Page) | | | |
| 5,594,860 A | 1/1997 | Gauthier | 395/501 | *LED Printing Bids for a Place in EDP/LED Arrays Chal-* | | | |
| 5,594,910 A | 1/1997 | Filepp et al | 395/800 | *lenge Laser Printing*. Canadian DataSystems. Dec. 1986 (2 | | | |
| 5,625,766 A | 4/1997 | Kauffman | 395/135 | Pages) | | | |
| 5,630,028 A | 5/1997 | DeMeo | 395/110 | *History of Kodak: Milestones 1933 to 1979*, at http://ww- | | | |
| 5,634,091 A | 5/1997 | Sands et al | 395/117 | w.kodak.com/US/en/corp/aboutKodak/kodakHistory/ | | | |
| 5,669,005 A | 9/1997 | Curbow et al | 395/777 | milestones33to79.shtml (pp. 5–6). | | | |
| 5,671,345 A | 9/1997 | Lhotak | 395/133 | *Kodak adds Mac, PC drivers to 1392*. The Seybold Report | | | |
| 5,710,635 A | 1/1998 | Webster et al | 358/296 | on Publishing Systems (p. 4) | | | |
| 5,729,665 A | 3/1998 | Gauthier | 395/117 | | | | |
| 5,740,338 A | 4/1998 | Gauthier et al | 395/116 | | | | |
| 5,745,121 A | 4/1998 | Politis | 345/433 | | | | |

RRD 022253

US 6,844,940 B2

Page 4

B Lawler, "Some for the Books; Imposition; Hands On: Desktop Publishing; Tutorial," vol 10, No. 9, p 121, MacUser. Sep . 1994 (pp. 22–28)

Microsoft Excel User's Guide (pp. 259–362 and 703–726).

Alexander, George A., "Custom Book Publishing and Book Printing on Demand," The Seybold Report on Publishing Systems, vol 21, No. 16, May 11, 1992 (pp 1 and 3–12)

Appelt, Wolfgang, "Existing Systems for Integrating Text and Graphics," Computer & Graphics, vol. 11, No. 4, (1987). (pp. 369–375).

International Search Report dated Apr. 13. 1999 (7 Pages).

"Variable–Data Printing Update," The Seybold Report on Publishing Systems. vol 28, No. 5, (pp. 13–14).

"W3C Debuts Draft of RDF," The Bulletin; Seybold News & Views on Electronic Publishing, vol. 3, No. 1. Oct. 8, 1997 (pp. 1–6).

"Handling Variable Data," The Seybold Report on Publishing Systems. vol. 26, No. 20. Jul. 21, 1997 (pp. 1–8).

"Variable–Data Printing," The Seybold Report on Publishing Systems, vol 27. No 5. Nov. 17. 1997 (pp 1–4).

"Graphic Arts Vendors," The Seybold Report on Publishing Systems, vol 27. No 17. May 29, 1998 (pp 1–7).

"AHT Outlines Strategy, Atlas Unveils Version 4." The Seybold Report on Publishing Systems. vol 29. No. 6 (pp. 1–2).

"Ipex '98 Preview: CTP, Digital Presses, CIP3, Proofing and More Come to UK," The Seybold Report on Publishing systems, vol 28. No. 1, Sep 14, 1998 (pp. 1–79).

"Atlas Printshop Mail—Fiery Version." at http://www.efi.com (2 Pages)

"PrintShop Mail b375—Version Tracker," at http://www.versiontracker.com/dyn/moreinfo/windows/10856&vid=9208&mode=info (1 Page)

"PrintShop Mail 4.0 b21—Version Tracker," at http://www.versiontracker.com/dyn/moreinfo/windows/10856&mode=info (1 Page)

"Welcome to the PrintShop Mail Web Site!," at http://www.printshopmail.com/index.php?MainId=1 (pp. 1–2)

"Product Information," at http://www.printshopmail.com/index.php?MainId=2 (pp. 1–2)

"Product Features," at http://www.printshopmail.com/index.php?MainId=2&SubId=6 (pp 1–8)

Ultimate Technographics, Inc. Manual, "Poststript." 1989

G Dieckmann, "Press Imposition of IBM 4250, General Information," R.R. Donnelley & Sons Company, Crawfordsville Manufacturing Division, Department CHT, Feb. 21, 1989.

*Alpha Four, New Version 3,* "True Relational Database Power Without Programming. Reference Manual," Alpha Software Corporation. Lesson 20: Using Sets and Lesson 22: Advanced Sets: One–to–Many Links, 1993

H. Sharples, "Software Automates Impositions; Prepress Imaging," vol 65. No. 9. p 67, Graphic Arts Monthly (Sep . 1993).

"Linotype–Hell's Herkules: Fast, Versatile Drum Imager to Head Ipex lineup; Product Announcement," vol 23, No. 1. p. 3, The Seybold Report on Publishing Systems (Sep 1. 1993)

"Aldus to Offer Presswise 2.0 Imposition Software for Large–Format Presses." PR Newswire (Sep. 7. 1993).

P. Dyson, "Computer to Plate: Now There's a Market; Direct–to–Plate Production Now Feasible; includes related article on the Eskofot Escosan 2540 for boards and films," vol. 23, No. 4, p. 3, The Seybold Report on Publishing Systems (Oct. 11, 1993).

"Imposition Cuts Stripping Time; Electronic Imposing System; Prepress Imaging," vol 65. No 11, p. 84. Graphic Arts Monthly (Nov 1993).

S Edwards et al., "IFRA *93 Review: An Industry Riding the Crest of a Slump; IFRA European Newspaper Equipment Exhibition; includes related article on trade show rumors," vol. 23, No. 6. p. 3, The Seybold Report on Publishing Systems (Nov 8, 1993).

H. Sharples, "Electronic Imposition: Moving Forward," vol. 66, No. 2, p. 53, Graphic Arts Monthly (Feb., 1994).

Barco Graphics brochure, "RIP and Electronic Collation System for Xeikon DCP–1 Digital Printing Press," Feb. 2, 1994, with Addendum 1.

"Finding the Right Niches for Electronic Printing," *The Seybold Report on Desktop Publishing,* Mar 7, 1994. pp. 12–18

"Aldus Prepress Division Ships Presswise 2 0 for the Apple Macintosh," PR Newswire (Mar 22. 1994).

"Press Imposition Software; Seybold Special Report: Seybold Seminars Boston *94, Part I; Product Announcement," vol 23, No 15, p. S74, The Seybold Report on Publishing Systems (Apr. 22, 1994)

"High–Resolution Output; includes related articles on how to obtain a Hyphen print sample and naming a new screening technology; Seybold Special Report: Seybold Seminars Boston *94, part I," vol 23, No. 15, p S47, The Seybold Report on Publishing Systems (Apr. 22. 1994)

P. Hilts, "Donnelley's Digital Production Vision; R R Donnelley and Sons invited book publishers to come to Crawfordsville to see the future of printing," vol. 241. No. 34, p. 24, Publishers Weekly (Aug. 22. 1994).

"Design Your Forms, Power with Room to Grow: Xbasic™," advertisement, DBMS Magazine (Aug. 1994).

Xeikon announcement, "Xeikon announces new RIP for the DCP–1 digital color press" (Sep 13. 1994)

A. Karsh. "Scitex's SGAUA Review: Savanna, GTO–DI Interface, Whisper Upgrade; Scitex Graphic Arts User Association, Scitex Savanna Typesetting System. Press Interface for GTO–DI, Autoflat Image Processing Software. MacCSS Connection Peripheral Server," vol 24. No. 2, p. 11, The Seybold Report on Publishing Systems (Sep. 19. 1994).

"Color Shop Goes Electronic; Color Tech Corp.," vol 66, No 10, p. 90, Graphic Arts Monthly (Oct . 1994).

"Xerox and Scenicsoft Bring New Flexibility to Prepress Work With Postscript Files." vol. 7, No. 10. Worldwide Videotex (Oct., 1994).

"High–Resolution Output Devices; Seybold Special Report: Seybold San Francisco *94, Part 1; Product Announcement," vol. 24, No. 3, p. S32, The Seybold Report on Publishing Systems (Oct. 26, 1994)

"Output Servers; Seybold Special Report: Seybold San Francisco *94. part 2, Product Announcement," vol 24, No. 3, p. T13, The Seybold Report on Publishing Systems (Oct. 26, 1994).

"CTP Field Gets a New Entry; Linotype–Hell's Computer–t–Plate System, Gutenborg," vol 66. No 11. p. 102. Graphic Arts Monthly (Nov., 1994).

Xeikon brochure, "Beta Specifications. Xeikon DCP–1 Digital Color Press." date unknown

RRD 022254

US 6,844,940 B2
Page 5

European Search Report dated Jul. 22. 1999.

*Seybold Report on Publishing Systems,* vol 25, No. 22. ISSN: 0736–7260, Aug 26, 1996.

"Variable Postscript and the Coming of the Age of Electronic Print–for–Profit," *Print on Demand Business.* May/ Jun 1996, pp. 64–67.

"Variable–Data Printing Comes of Age: Capabilities & Market Demand Converge," *Seybold Report on Publishing Systems,* vol. 27. No. 2. Sep. 15, 1997, pp. 3–24.

"Indigo Variable Data Solution Evaluation," Interoffice Memorandum from R.R. Donnelley & Sons Company dated Jul. 26, 1995 (portions redacted).

AGFA Internet Website: "Chromapress Software" (Oct. 30, 1998), URL: www.agfahome.com/products/printing/software.html.

AGFA Internet Website: "Digital Color Printing System: Personalizer–X v2.0, Variable Data Software for Chromapress" (Oct. 30, 1998), URL: www.agfahome.com/products/printing/software/personalizerx.html.

Atlas Internet Website: "PrintShop Mail" (Oct 30, 1998). URL: www.atlassoftware.nl/products/psmail/psmail.html.

Atlas Internet Website: "Atlas Software Products" (Oct. 30, 1998), URL: www.atlassoftware.nl/products/products/html

BARCO Graphics Internet Website: "Variable Information Printing" (Oct 29, 1998), URL: www barco com/graphics/ systems/vip/viphome htm

BARCO Graphics Internet Website: "BARCO Graphics VIP concept gives digital printing its true original dimension." URL: www barco com/graphics/press/pr178ife htm (Oct. 29, 1998).

BARCO Graphics Internet Website: "BARCO Graphics wins Seybold Award for variable data," URL: www barco– .com/graphics/press/pr162ice.htm (Oct. 29, 1998)

BARCO Graphics Internet Website: "VIPDesigner Technical Specifications" (Oct. 29, 1998). URL: www barco com/ graphics/data/vipdesigf.htm

BitStream Internet Website: "Application Products: Page-Flex™" (Oct. 29. 1998), URL: www.bitstream com/products/application/pageflex/index html

Colorage/Splash Internet Website: "Splash Technology, About Our Company." URL: www colorage com/company/ about html (Oct 30, 1998).

Colorage/Splash Internet Website: "Splash Launches Docu-Press Series of Servers for Xerox Midrange Digital Color Copiers" (Oct. 30, 1998), URL: www.colorage com/company/press98/9803Mar2 html

Document Sciences Corporation Internet Website: "Document Sciences Corporation". URL: www.xerox com/alliance/psg/docsci htm (Oct. 31. 1998)

Document Sciences Corporation Internet Website: Products and Solutions," URL: www.docscience com/product htm (Oct. 31. 1998).

Document Sciences Corporation Internet Website: "Tomorrow's Technology is Today's Reality," URL: www.docuscience.com/products/compuset htm (Oct. 31, 1998)

DPS Internet Website: "DataBase Publishing Software, About DPS" (Oct. 31. 1998), URL: www databasepub com/ about html

DPS Internet Website: "Expert Publisher: Intelligent Automation" (Oct. 31. 1998). URL: www databasepub com/new-pub.html

DPS Internet Website, URL: www databasepub com/bottom html (Oct. 31. 1998)

DPS Internet Website: "Applications." URL: www.databasepub.com/left.html (Oct. 31, 1998).

DPS Internet Website: "Catalog Genie Grants Wishes" (Oct. 31, 1998), www.databasepub.com/catsoftware html

DPS Internet Website: "DPS Introduces Catalog Genie" (Oct. 31, 1998), URL: www.databasepub com/genie html.

DPS Internet Website: "DPS Introduces New Release of Catalog Genie" (Oct. 31, 1998), URL: www databasepub. om/genie2 html.

Elixir Internet Website: "Xerox to Distribute and Support Elixir's Opus (R) Worldwide," URL: www.eliximt.elixir. cm/nwsevnt (Oct 31, 1998)

Elixir Internet Website: "Elixir Products" (Oct 31, 1998, URL: www.elixir.com/Products/products htm.

Elixir Internet Website: "Opus," URL: www.elixir.com/ Products/opus htm (Oct. 31, 1998).

Elixir Internet Website: "DataMerge," URL: www.elixir- .com/Products/dmerge.htm (Oct. 31, 1998)

Elixir Internet Website: "AppBuilder for AFP," URL: www.elixir.com/Products/appafp.htm (Oct. 31, 1998).

Elixir Internet Website: "AppBuilder for VIPP" (Oct. 31, 1998), URL: www.elixir.com/Products appvipp htm

Em Software Internet Website: "Welcome to Em Software on the Web!" (Oct. 31, 1998), URL: www.emsoftware.com/. Em Software Internet Website: "Em Software—Products" (Oct. 31, 1998), URL: www.emsoftware com/products html

Group 1 Software Internet Website: "Group 1 Software: EZ–Letter" (Oct 31. 1998). URL: www.group1software.com/products/ds.asp.

Indigo Internet Website: "Yours Truly Software" (Oct. 29, 1998). URL: www.indigonet.com/yours" truly htm.

Meadows Information Systems Internet Website: "About Meadows Information Systems, Inc.", URL: www.meadowsinfo.com/mishtml/meadows htm (Oct. 27, 1998).

Meadows Information Systems Internet Website: "Auto-Price XTension to QuarkXPress by Meadows Information Systems", URL: www.meadowsinfo.com/mishtml/auto-pric.htm (Oct. 27. 1998).

Meadows Information Systems Internet Website: "Data-Merge XTension to QuarkXPress by Meadows Information Systems". URL: www.meadowsinfo.com/mishtml/data-merg.htm (Oct 27, 1998).

Meadows Information Systems Internet Website: "Group Picture XTension to QuarkXPress by Meadows Information Systems" (Oct. 27, 1998). URL: www meadowsinfo com/ mishtml/grouppic htm

Scitex Internet Website: "Scitex Darwin Desktop 2.0 is Now Shipping," URL: www.scitex.com/press/english/ darwin2.htm (Oct. 29. 1998)

URL: www.trsystems com/tr__docs/About htm.

Varis Corporation Internet Website: "Varis Corporation and Scitex Digital Printing Announce World Wide Co–Marketing Agreement for High Speed Variable PostScript Printing," URL: www.variscorp.com/ns/ns.sci html#pr (Nov. 2, 1998)

T/R Systems Internet Website: "About T/R Systems" (Nov. 2, 1998).

Varis Corporation Internet Website: "Redefining the process    VariScript Software." URL: www.variscorp .com/pro/text.html (Nov. 2, 1998)

Varis Corporation Internet Website: "Varis Corporation Unveils Unprecedented Products for Variable Print–On–Demand Market." URL: variscorp.com/ns/ns pro.html#pr (Nov. 2, 1998)

RRD 022255

US 6,844,940 B2
Page 6

BARCO Graphics/IBM brochure: "BARCO VIPDesigner Software for the IBM InfoColor 70 Printer" (1998).

Colorbus Advertisement: "There's One in Every Family," *DocuWorld*, Issue 1, vol 2, p. 2 (1998)

DocuWorld Product Watch: "Authoring Tool for Variable Information Jobs," *DocuWorld*, Issue 1, vol. 2, p. 72 (1998).

Drennan, Bill, et al , "Xerox offers programming language," *The Seybold Report on Publishing Systems*, vol. 27, No. 7, p. 9 (Dec. 1997).

Eldad, Gefen, "Getting Personal, Printing your first personalized job may be easier than you think". DocuWorld Issue 1, vol. 2, p. 42 (1998)

Group 1 Software Advertisement: "DOC1 Delivers What You Want, When You Need It," *DocuWorld*, Issue 1, vol 2, p. 23 (1998).

Indigo Brochure: "Indigo Yours Truly Personalization—Profitability" (1997)

Meadows Information Systems Flyer: "DataMerge—Personalize documents with this powerful XTension to QuarkXPress" (undated).

Meadows Information Systems Flyer: "Group Picture—Save complete Groups of QuarkXPress items in their original layout" (undated).

Scitex/Xerox Advertisement: "Xerox and Scitex Bring You Magic of Professional Color," *DocuWorld*. Issue 1. vol 2. p. 39 (1998)

Scitex brochure: "Scitex Darwin: Powerful Variable Information Tool for Scitex DFEs" (undated)

Scitex brochure: "SX3000/40 Digital Front End: A Powerful Color Print Server for the Xerox DocuColor 40" (undated).

Scitex brochure: "SX3000/70 Digital Front End: A Powerful Color Print Server for the Xerox DocuColor 70" (undated).

Scitex brochure: "Scitex Xerox Success Stories: CAD Graphics, Chicago, Illinois" (7/98).

Scitex brochure: "Scitex Xerox Success Stories: DW Graphics, Stockton, CA" (7/98).

Xerox brochure: "think color: Xerox DocuColor 70" (1998)

Xerox brochure: "New Generation Fiery Technology for the Xerox DocuColor 70 Digital Color Press: Fiery ZX–70" (1998)

Xerox brochure: World-class prepress performance for the Xerox DocuColor 70 Digital Color Press: Scitex SX3000T (1998)

Xerox brochure: "Boom!—The Explosion is in Short–run Digital Color Printing" (1998).

"Agfa's CR–A RIP varies data," *Seybold Special Report*, vol 3, No. 2 (Oct. 10. 1994).

"Agfa poised to enter short–run color market. (Chromapress electrophotographic digital press system)," *MacWeek*, p. 18 (Oct. 31, 1994).

"Agfa Holds Expo. US Launch of ChromaPress Digital Printing," *Newsbytes News Network* (Nov. 4. 1994)

"The Latest Word," *The Seybold Report on Publishing Systems*, vol. 24, No. 6. (Nov. 30, 1994)

"Agfa Expo: the medium is the message," *The Seybold Report on Publishing Systems*, p. 17 (Nov 30, 1994).

"The Latest Word: Chromapress varies data." *The Seybold Report on Publishing Systems*. p. 28 (Mar 13, 1995).

"The Latest Word," *The Seybold Report on Publishing Systems*, vol. 24, No. 13, pp. 26–28 (Mar. 13, 1995)

"Digital Color Printing in Japan: A Report from Early Users," *The Seybold Report on Publishing Systems*. vol. 24. No. 13, pp. 13–19 (Mar. 13, 1995)

"Indigo Expands Digital Press Line to Packaging; Enhances E–Print 1000," *The Seybold Report on Publishing Systems*, vol. 24, No. 13, pp. 3–12 (Mar 13, 1995).

"Variable–data and custom printing," *Seybold Special Report* vol. 3. No. 8, p. 63 and 64 (Apr. 21, 1995).

"Moore announces new digital printing strategy," *Seybold Special Report*, vol. 3. No. 8, p. 65 (Apr 21, 1995)

"Agfa Let RIP with Gemini," *M2 Presswire* (Apr 27, 1995)

"Company–by–Company Guide to the Show: Agfa–Gevaert," *The Seybold Report on Publishing Systems*, vol. 24, No. 17, p. 6 (May 1, 1995).

"Digital printers push customization," *The Seybold Report on Publishing Systems*, vol. 24. No. 19, pp. 10 and 11 (Jun. 12, 1995).

"Agfa 'distributes and prints,' adds new RIP," *The Seybold Report on Publishing Systems*. vol. 24, No. 20. pp. 8–10 (Jun. 26, 1995).

"Indigo System Developments: Indigo varies data, shows Mobius, Omnius," *The Seybold Report on Publishing Systems*, vol. 24, No. 20, pp. 12–15 (Jun. 26, 1995).

"Barco features PrintStreamer, TonerSaver," *Seybold Special Report*, vol. 24, No. 20, p. 11 (Jun. 26, 1995).

"Short–Run Digital Color Printing," *Seybold Special Report*, vol. 4. No. 2, pp 33 and 34 (Oct. 23. 1995).

"T/R Systems set new price point for digital presses," *The Seybold Report on Publishing Systems*, p. 35 (Oct. 23. 1995)

"Color, Here and Now," *Printing Impressions*, p. 28 (Nov 11, 1995)

"Digital presses eye the market for one," *Graphic Arts Monthly*, p. 42 (Apr. 1, 1996)

"The 'On Demand' Show: Exciting Technology–But Is the Market Ready?," *The Seybold Report on Publishing Systems*, vol. 25, No. 16. pp 3. 5 and 6 (May 17, 1996).

"Indigo," *The Seybold Report on Publishing Systems*, vol 25, No. 16. pp. 5 and 6 (May 17, 1996)

"Personalization for Indigo Engines," *The Seybold Report on Publishing Systems*. vol. 25, No 22, pp. 9–13 (Aug. 26, 1996)

"Variable Data on Digital Presses: Making Progress," *The Seybold Report on Publishing Systems*, vol 25, No. 22. pp. 3–8 (Aug. 26, 1996).

"Enhanced Technique for Merging Data From a Second Document" IBM Technical Disclosure Bulletin, vol 30 No. 5, IBM Corp , pp 184–188 (10/87)

PODi, "Frequently Asked Questions about PPML The Personalized Markup Language" PPML Frequently Asked Questions (Dec. 12, 2000) (3 pages)

"Improved Technique for Printing Multi–copy Documents" IBM Technical Disclosure Bulletin. vol 29 No 1. IBM Corp., pp. 406–407 (6/86)

"Indigo E–Print in 3 places–and in Spindler Speech" *Seybold San Francisco*, p. 34 (Oct 23. 1995)

"Method for Joining Documents for Printing in a Personal Computer System" IBM Technical Disclosure Bulletin. vol 29, No. 7. IBM Corp.. pp. 3090–3091 (12/86)

"Xeikon Personalizes with Private–1" Seybold Special Report. vol. 4, No. 2. p. 3 (Oct 23, 1995)

"PPML Personalized Print Markup Language," Functional Specification Version 1.5 (May 31, 2001).

"PPML Personalized Print Markup Language." Functional Specification Version 2 1 (Jul. 31. 2002).

RRD 022256

**US 6,844,940 B2**

Page 7

"Redefining the Printed Page," Varis Corporation. Mason, OH, vol. 4 (Oct. 2, 1997).

"Variable Printing with Indigo" Seybold Special Report. vol. 3, No. 8 pp. 63–64, (Apr. 21, 1995).

ANSI CGATS "Graphic Technology– Variable Printing Data Exchange Using PPML and PDF (PPML/VDX)" Jul. 8. 2002

Introduction to the Personalized Print Markup Language: The PPML Family of XML Standards PODi (pp. 1–8) (Jul. 22, 2003).

Kaufeld "Paradox 5 for Windows for Dummies." (1994)

Mizuno et al., "Document Recognition System with Layout Structure Generator," *NEC Research and Development*. vol 32, No. 3. Tokyo, Japan (pp. 430–437) (1991).

Rousseau et al., "Writing Documents for Paper and WWW; A Strategy based on FrameMaker and WebMaker," Computer Networks and ISDN Systems, vol. 27 (pp. 205–214) (XP 000571730) (1994).

Simoudis, Evangelos "Reality Check for Data Mining." *IEEE Expert* (pp. 26–33) (1996)

* cited by examiner

RRD 022257

**U.S. Patent**    Jan. 18, 2005    Sheet 1 of 40    US 6,844,940 B2



# FIG. 1
## PRIOR ART

RRD 022258



FIG. 2

RRD 022259



FIG. 3

RRD 022260



# FIG. 4

RRD 022261



F I G. 5

RRD 022262

Case 1:06-cv-00032-JJF    Document 178-4    Filed 08/06/2007    Page 14 of 41



FIG. 6a

FIG. 6b

RRD 022263

U.S. Patent    Jun. 18, 2005    Sheet 7 of 40    US 6,844,940 B2



FIG. 7a

FIG. 7b

RRD 022264

Case 1:06-cv-00032-JJF    Document 178-4    Filed 08/06/2007    Page 16 of 41



FIG. 8a

FIG. 8b

RRD 022265

Case 1:06-cv-00032-JJF    Document 178-4    Filed 08/06/2007    Page 17 of 41



FIG. 9

RRD 022266



FIG. 10a



FIG. 10b

RRD 022268



FIG. 10c

RRD 022269

FIG. 10d



FIG. 10 e

U.S. Patent    Jan. 18, 2005    Sheet 15 of 40    US 6,844,940 B2



FIG. 10 f

RRD 022272



PROMPT USER TO SPECIFY INFORMATION
TO CREATE PAGINATION FILE:
-MAX #   PAGES
-LH/RH FILLER PAGE ID
FOR EACH PAGE, SPECIFY :
-FORCE LEFT, FORCE RIGHT OR NO FORCE
-FILLER PAGE I.D. FOR FORCED PAGE
-MASTER, ALWAYS VARIABLE OR SELECTIVELY VARIABLE
340

OPEN PRESS COMMAND FILE
342

SELECT DATABASE FILES,
PAGINATION FILE, PLACEHOLDERS
FILE AND BARCODE FILES
344

RETRIEVE RECORD IN
PRESS COMMAND FILE
346

DETERMINE WHICH
PAGES SHOULD
PRINT
(SEE FIG. 13)
348

DETERMINE WHETHER
PAGES ARE LEFT OR RIGHT
(SEE FIG. 14)
350

"PAD" PAGES INTO
MULTIPLES OF "N"
(SEE FIG. 15)
352

GENERATE POSTSCRIPT ®
INSTRUCTION SET
354

FIG. 11

RRD 022273



FIG. 12

RRD 022274



FIG. 13

RRD 022275



FIG. 14

RRD 022276



FIG. 15

RRD 022277

Enter the page height and width of the imposed page or "flat". These will be used as the setpagedevice parameters to the RIP.

Page Width (Inches): [17]     Page Height (Inches): [11.]

Imposition Style: [Get Tiff Style ▼]

Finishing Style: [In-Line Finishing ▼]   Four Pagers: [Stitch ▼]

Report Field: [NO SELECTION ▼]

Bar Code: [Bottom of Sheet ▼]   Page Numbers: [Page Numbers Off ▼]

Select:

[████████████████] Bar Code PS File

[████████████████] Bar Code Content File

[████████████████] VDF MAC:Desktop Folder:VDF Jobs:1ongs Drugs:aloha.mm.vars

[████████████████] Pag PS File

[████████████████] DT Directory

Device Name: [Docuprint]   Queue Name: [HBA]

Master and Variable Storage Directory:

[/var/spool/XRXnps/netqreq]

[████████]   [████████]

## FIG. 16

RRD 022278



FIG. 17

RRD 022279



"GET TIFF" IMPOSITION

RETRIEVE PAGE PAIR FROM INSTRUCTION SET — 410

RETRIEVE REFERENCE TO LEFT HAND PAGE IN TIFF FORMAT — 412

MOVE OFFSET TO RIGHT SIDE — 414

RETRIEVE REFERENCE TO RIGHT HAND PAGE IN TIFF FORMAT — 416

ADD PAGE NUMBERS AND/OR BAR TRACKING CODE — 418

FIG. 18

RRD 022280



FIG. 19

RRD 022281

U.S. Patent    Jan. 18, 2005    Sheet 25 of 40    US 6,844,940 B2



FIG. 20

RRD 022282



FIG. 21



FIG. 22

RRD 022284



FIG. 23

ENABLEVIRTUALDEVICE

550
Is PostScript
Level 2?
(setpagedevice in
systemdict?)

No
(Level 1)

Yes

554
Rename Standard
Level 1 SHOWPAGE
Operator

556
Redefine Level 1
Showpage Operator to
Emulate Level 2
Showpage Operator
(See Fig. 20)

552
Load Redefined EndPage
and BeginPage Procedures
Into Current Graphics State
(call setpagedevice)

558
Execute BeginPage Procedure
for First Page

560
Invoke DisablePageDevice Procedure
(See Fig. 24)

562
Set VirtualDeviceEnabled
= True



FIG. 24

RRD 022286



FIG. 25



PORTRAIT --> LANDSCAPE

FIG. 26A

LANDSCAPE --> PORTRAIT

FIG. 26B

RRD 022288

U.S. Patent       Jan. 18, 2005     Sheet 32 of 40       US 6,844,940 B2



FIG. 27

RRD 022289



FIG. 28

IMPOSEJOB

652 — Invoke EnableVirtualDevice Procedure (Fig. 23)

653 — Execute Redefined Save Operator and Store Saved State (Optional Procs. Only)

654 — Retrieve File/List Pair from Instruction Set

656 — Invoke IMPOSEFILE Procedure (See Fig 29)

657 — Execute Redefined Restore Operator to Restore State Saved by Block 654 (Optional Procs. Only)

658 — Set ImageDone = True

660 — Was SHOWPAGE Redefined? (Level 1?)

664 — END

NO

YES

662 — Execute systemdict_showpage

RRD 022290