# EXHIBIT D

# PART 1

US006205452B1

(12) **United States Patent**
Warmus et al.

(10) Patent No.:   **US 6,205,452 B1**
(45) Date of Patent:   **Mar. 20, 2001**

(54) **METHOD OF REPRODUCING VARIABLE GRAPHICS IN A VARIABLE IMAGING SYSTEM**

(75) Inventors: **James L. Warmus**, LaGrange; **Mark G. Dreyer**, Aurora, both of IL (US); **Daniel W. Beery**, Cumming, GA (US)

(73) Assignee: **R. R. Donnelley & Sons Company**, Downers Grove, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 08/959,683

(22) Filed: Oct. 29, 1997

(51) Int. Cl.[7] ............... G06F 15/00; G06F 17/00
(52) U.S. Cl. ........................... 707/500; 707/503
(58) Field of Search ................. 707/500, 505, 707/517, 104, 515, 506, 100, 102, 520, 526, 513, 50; 358/449, 452, 448; 345/470, 116, 118

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 32,690 | 6/1988 | Wong .............................. | 270/54 |
| 3,872,460 | 3/1975 | Fredrickson et al ......... | 340/324 AD |
| 3,892,427 | 7/1975 | Kraynak et al .............. | 281/15 R |
| 3,899,165 | 8/1975 | Abram et al ................. | 270/54 |
| 3,982,744 | 9/1976 | Kraynak et al .............. | 270/12 |
| 4,095,780 | 6/1978 | Gaspar et al ................ | 270/73 |
| 4,121,818 | 10/1978 | Riley et al .................. | 270/54 |
| 4,395,031 | 7/1983 | Gruber et al ................ | 270/54 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 602 547 | 6/1994 | (EP) | 15/20 |
| 0 703 524 A1 | 3/1996 | (EP) | |
| 0 703 524 B1 | 1/1997 | (EP) | |
| PCT/US86/ 00242 | 8/1986 | (WO) | |
| WO 95 07510 | 3/1995 | (WO) | 17/24 |

OTHER PUBLICATIONS

Keizer, One of six evaluation of presentation software packages for the IBM PC and Apple Macintosh, Computer Shoppers, p 554, Aug 1992.*

"Agfa's CR–A RIP varies data," *Seybold Special Report,* vol 3. No 2 (Oct. 10, 1994)

"Agfa poised to enter short–run color market (Chromapress electrophotographic digital press system)," *MacWeek,* p 18 (Oct 31, 1994)

"Agfa Holds Expo, US Launch of ChromaPress Digital Printing," *Newsbytes News Network* (Nov 4, 1994)

"The Latest Word," *The Seybold Report on Publishing Systems,* vol 24, No 6. (Nov 30, 1994).

(List continued on next page )

Primary Examiner—Joseph H Feild
Assistant Examiner—Alford W Kindred
(74) Attorney, Agent, or Firm—Marshall, O'Toole, Gerstein, Murray & Borun

(57) **ABSTRACT**

The present invention comprises an apparatus and method for reproducing master and variable information, including variable graphics information, on a display device, such as a computer network or a demand printer. Variable graphics information is stored in a database. A user is prompted to specify graph parameters (i.e. graph type, size, labels, etc) or default values are used. Template page files containing fixed information and placeholders for variable information are generated. Image boxes are used as placeholders for variable graphics information and an executable graph file is placed in the image boxes. A text box containing the specified graph parameters and variable graphics information from the database is layered over the image box and "tagged" to specify that it contains variable graphics information. During interpretation of the page file, an interpreter (RIP) determines if a text box is "tagged" and, if so, executes the graph file to generate a graph using the specified graph parameters and variable graphics information from the database.

**52 Claims, 46 Drawing Sheets**



K00557566

US 6,205,452 B1

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,426,072 | 1/1984 | Cole et al . . . . . . . . . . . 270/53 |
| 4,495,582 | 1/1985 | Dessert et al . . . . . . . . . . . 364/469 |
| 4,500,083 | 2/1985 | Wong . . . . . . . . . . . 270/54 |
| 4,536,176 | 8/1985 | Gaspar . . . . . . . . . . . 493/365 |
| 4,554,044 | 11/1985 | Gaspar et al . . . . . . . . 156/510 |
| 4,601,003 | 7/1986 | Yoneyama et al. . . . . . . . 364/518 |
| 4,616,327 | 10/1986 | Rosewarne et al . . . . . . . 364/523 |
| 4,672,462 | 6/1987 | Yamada . . . . . . . . . . . 358/280 |
| 4,674,052 | 6/1987 | Wong et al . . . . . . . . . . 364/466 |
| 4,718,784 | 1/1988 | Drisko . . . . . . . . . 400/68 |
| 4,727,402 | 2/1988 | Smith . . . . . . . . . 355/14 SII |
| 4,729,037 | 3/1988 | Doelves |
| 4,768,766 | 9/1988 | Berger et al . . . . . . . . . 270/58 |
| 4,789,147 | 12/1988 | Berger et al . . . . . . . . 270/1.1 |
| 4,800,510 | 1/1989 | Vinberg et al . . . . . . . . 364/521 |
| 4,827,315 | 5/1989 | Woldberg et al . . . . . . . 346/160 |
| 4,860,001 | 2/1990 | Lapeyre . . . . . . . . . . 270/1 1 |
| 4,903,139 | 2/1990 | Minter . . . . . . . . . . . 358/296 |
| 4,910,612 | 3/1990 | Yamazaki . . . . . . . . . . 358/496 |
| 4,928,252 | 5/1990 | Gabbe et al . . . . . . . . . 364/519 |
| 4,933,880 | 6/1990 | Borgendale et al. . . . . . . 364/523 |
| 4,937,761 | 6/1990 | Hassett . . . . . . . . . . . 364/518 |
| 4,968,063 | 11/1990 | Wolfberg et al . . . . . . . 346/160 |
| 4,974,171 | 11/1990 | Yeh et al . . . . . . . . . . 364/519 |
| 5,001,500 | 3/1991 | Wolfberg et al . . . . . . . 346/160 |
| 5,021,975 | 6/1991 | Yamanashi . . . . . . . . . 364/519 |
| 5,033,009 | 7/1991 | Dubnoff . . . . . . . . . . 364/523 |
| 5,043,749 | 8/1991 | Punater et al . . . . . . . . 346/153.1 |
| 5,067,024 | 11/1991 | Anzai . . . . . . . . . . . 358/296 |
| 5,105,283 | 4/1992 | Forest et al . . . . . . . . . 358/401 |
| 5,112,179 | 5/1992 | Chan et al . . . . . . . . . 412/1 |
| 5,114,291 | 5/1992 | Hefty . . . . . . . . . . . 412/8 |
| 5,133,051 | 7/1992 | Handley |
| 5,136,316 | 8/1992 | Punater et al . . . . . . . . 346/153.1 |
| 5,142,618 * | 8/1992 | Fujiwara et al. . . . . . . 707/516 |
| 5,142,667 | 8/1992 | Dimperio et al . |
| 5,144,562 | 9/1992 | Stikkelorum et al . . . . . . 364/478 |
| 5,177,871 | 1/1993 | Duchesne et al . . . . . . . 34/51 |
| 5,178,063 | 1/1993 | Wolfberg et al . . . . . . . 101/76 |
| 5,194,899 | 3/1993 | Buchanan . . . . . . . . . . 355/244 |
| 5,245,701 | 9/1993 | Matsumoto . . . . . . . . . 395/129 |
| 5,267,155 | 11/1993 | Buchanan et al |
| 5,271,065 | 12/1993 | Rourke et al . |
| 5,274,567 | 12/1993 | Kallin et al. . . . . . . . . 364/478 |
| 5,274,757 | 12/1993 | Miyoshi et al . . . . . . . . 395/146 |
| 5,289,569 | 2/1994 | Taniguchi |
| 5,295,236 | 3/1994 | Bjorge et al |
| 5,299,310 | 3/1994 | Motoyama . |
| 5,301,036 | 4/1994 | Barrett et al . . . . . . . . 358/448 |
| 5,303,334 | 4/1994 | Snyder et al |
| 5,313,564 | 5/1994 | Kafri et al |
| 5,333,246 | 7/1994 | Nagasaka |
| 5,349,648 | 9/1994 | Handley |
| 5,353,222 | 10/1994 | Takise et al |
| 5,359,423 | 10/1994 | Loce . . . . . . . . . . . 358/296 |
| 5,359,432 | 10/1994 | Pelzer et al . . . . . . . . . 358/452 |
| 5,379,373 | 1/1995 | Hayashi et al |
| 5,381,523 * | 1/1995 | Hayashi . . . . . . . . . . 707/516 |
| 5,384,886 | 1/1995 | Rourke . |
| 5,396,321 | 3/1995 | McFarland et al . . . . . . 399/81 |
| 5,398,289 | 3/1995 | Rourke et al . |
| 5,412,566 | 5/1995 | Sawa |
| 5,414,809 | 5/1995 | Hogan et al |
| 5,442,737 | 8/1995 | Smith |
| 5,459,819 | 10/1995 | Watkins et al |
| 5,459,826 | 10/1995 | Archibald |
| 5,461,708 * | 10/1995 | Kahn . . . . . . . . . . . 345/440 |
| 5,465,213 | 11/1995 | Ross . . . . . . . . . . . 364/468 |
| 5,493,490 | 2/1996 | Johnson |
| 5,502,804 | 3/1996 | Butterfield et al |
| 5,517,605 | 5/1996 | Wolf |
| 5,546,517 | 8/1996 | Marks et al |
| 5,553,212 | 9/1996 | Etoh et al |
| 5,557,722 | 9/1996 | DeRose et al . |
| 5,594,860 | 1/1997 | Gauthier . . . . . . . . . . 345/501 |
| 5,591,910 * | 1/1997 | Filepp et al . . . . . . . . 712/28 |
| 5,630,028 | 5/1997 | DeMeo . . . . . . . . . . 395/110 |
| 5,669,005 | 9/1997 | Curbow et al . . . . . . . . 707/523 |
| 5,729,665 | 3/1998 | Gauthier . . . . . . . . . . 358/1 38 |
| 5,937,153 * | 8/1999 | Gauthier . . . . . . . . . . 358/1.17 |
| B1 4,968,093 | 7/1993 | Wolfberg et al . . . . . . . 346/160 |

## OTHER PUBLICATIONS

"Agfa Expo: the medium is the message," *The Seybold Report on Publishing Systems,* p 17 (Nov 30, 1994)

"The Latest Word: Chromapress varies data," *The Seybold Report on Publishing Systems,* p 28 (Mar 13, 1995).

"The Latest Word," *The Seybold Report on Publishing Systems,* vol. 24, No. 13, pp 26–28 (Mar. 13, 1995)

"Digital Color Printing in Japan: A Report from Early Users," *The Seybold Report on Publishing Systems,* vol. 24, No. 13, pp 13–19 (Mar. 13, 1995).

"Indigo Expands Digital Press Line to Packaging; Enhances E–Print 1000," *The Seybold Report on Publishing Systems,* vol. 24, No 13, pp. 3–12 (Mar 13, 1995).

"Variable-data and custom printing," *Seybold Special Report,* vol 3, No 8, pp 63 and 64 (Apr 21, 1995)

"Moore announces new digital printing strategy," *Seybold Special Report,* vol 3, No. 8, p. 65 (Apr 21, 1995)

"Agfa Let RIP with Gemini," *M2 Presswire* (Apr 27, 1995)

"Company–by–Company Guide to the Show: Agfa–Gevaert," *The Seybold Report on Publishing Systems,* vol 24, No. 17, p 6 (May 1, 1995).

"Digital printers push customization," *The Seybold Report on Publishing Systems,* vol 24, No 19, pp 10 and 11 (Jun 12, 1995)

"Agfa 'distributes and prints,' adds new RIP," *The Seybold Report on Publishing Systems,* vol. 24, No 20, pp 8–10 (Jun. 26, 1995).

"Indigo System Developments: Indigo varies data, shows Mobius, Omnius," *The Seybold Report on Publishing Systems,* vol 24, No. 20, pp. 12–15 (Jun 26, 1995).

"Barco features PrintStreamer, TonerSaver," *Seybold Special Report,* vol. 24, No. 20, p 11 (Jun. 26, 1995).

"Short–Run Digital Color Printing," *Seybold Special Report,* vol 4, No. 2. pp 33 and 34 (Oct. 23, 1995)

"T/R Systems set new price point for digital presses," *The Seybold Report on Publishing Systems,* p. 35 (Oct 23, 1995)

"Color, Here and Now," *Printing Impressions,* p 28 (Nov 11, 1995)

"Digital presses eye the market of one," *Graphic Arts Monthly,* p. 42 (Apr 1, 1996).

"The 'On Demand' Show: Exciting Technology–But Is the Market Ready?," *The Seybold Report on Publishing Systems,* vol. 25, No 16, pp 3, 5 and 6 (May 17, 1996)

"Indigo," *The Seybold Report on Publishing Systems,* vol 25, No 16, pp 5 and 6 (May 17, 1996)

"Personalization for Indigo Engines," *The Seybold Report on Publishing Systems,* vol 25, No 22, pp. 9–13 (Aug. 26, 1996).

"Variable Data on Digital Presses: Making Progress," *The Seybold Report on Publishing Systems,* vol. 25, No. 22, pp 3–8 (Aug. 26, 1996).

Ultimate Technographics, Inc Manual. "Poststrip," 1989

US 6,205,452 B1

Page 3

Dieckmann, Glenn, "Press Imposition for IBM 4250, General Information," R R Donnelley & Sons Company, Crawfordsville Manufacturing Division, Department CHT, Feb 21, 1989.

Alpha Four, New Version 3, "True Relational Database Power Without Programming, Reference Manual," Alpha Software Corporation. Lesson 20: Using Sets and Lesson 22: Advanced Sets: One–to–Many Links, 1993.

"Design Your Forms, Power With Room To Grow: Xbasic™," advertisement, DBMS Magazine. Sep 1994.

Xeikon announcement, "Xeikon announces new RIP for the DCP–1 digital color press." Sep 13, 1994

"Finding the Right Niches for Electronic Printing," The Seybold Report on Desktop Publishing. Mar 7. 1994. pp 12–18

Xeikon brochure. Beta Specifications, Xeikon DCP–1 Digital Color Press," date unknown.

Barco Graphics brochure, "RIP and Electronic Collation System for Xeikon DCP–1 Digital Printing Press," Feb 2, 1994, with Addendum 1

Seybold Report on Publishing Systems, vol 25, No 22, ISSN: 0736–7260. Aug. 26. 1996

"Variable Postscript and the Coming of Age of Electronic Print–for–Profit," Print on Demand Business, May/Jun 1996, pp 64, 66–67

"Variable–Data Printing Comes of Age: Capabilities & Market Demand Converge," Seybold Report on Publishing Systems, vol. 27, no 2, Sep 15, 1997. pp 3–24

"Indigo Variable Data Solution Evaluation," Interoffice Memorandum from R R Donnelley & Sons Company dated Jul 26, 1995 (portions redacted)

H Sharples, "Software Automates Impositions; Prepress Imaging," vol 65. No 9, p 67, Graphic Arts Monthly (Sep . 1993)

"Linotype–Hell's Herkules: Fast, Versatile Drum Imager to Head IPEX lineup; Product Announcement," vol 23, No 1. p. 3, The Seybold Report on Publishing Systems (Sep 1, 1993)

"Aldus to Offer Presswise 2.0 Imposition Software for Large–Format Presses," PR Newswire (Sep 7, 1993)

P. Dyson. "Computer to Plate: Now There's a Market; Direct–to–Plate Production Now Feasible; includes related article on the Eskofot Escosan 2540 for boards and films." vol 23, No 4, p 3, The Seybold Report on Publishing Systems. (Oct. 11, 1993)

"Imposition Cuts Stripping Time; Electronic Imposing System: Prepress Imaging," vol 65. No 11, p 84. Graphic Arts Monthly (Nov. 1993).

S Edwards et al.. "IFRA '93 Review: An Industry Riding the Crest of a Slump; IFRA European Newspaper Equipment Exhibition; includes related article on trade show rumors," vol 23, No 6. p 3, The Seybold Report on Publishing Systems, (Nov 8, 1993)

H. Sharples, "Electronic Imposition: Moving Forward." vol 66. No 2, p 53, Graphic Arts Monthly (Feb , 1994)

"Aldus Prepress Division Ships Presswise 2.0 for the Apple MacIntosh," PR Newswire (Mar 22, 1994)

"Press Imposition Software; Seybold Special Report: Seybold Seminars Boston '94, Part I; Product Announcement," vol 23, No 15. p S74, The Seybold Report on Publishing Systems, (Apr 22, 1994)

"High–Resolution Output; includes related articles on how to obtain a Hyphen print sample and naming a new screening technology; Seybold Special Report: Seybold Seminars Boston '94, part I," vol. 23. No. 15. p S47, The Seybold Report on Publishing Systems (Apr 22, 1994)

P Hilts, "Donnelley's Digital Production Vision; R R Donnelley and Sons invited book publishers to come to Crawfordsville to see the future of printing," vol 241, No 34, p 24, Publishers Weekly (Aug 22. 1994)

A Karsh, "Scitex's SGAUA Review: Savanna, GTO–DI Interface. Whisper Upgrade; Scitex Graphic Arts User Association, Scitex Savanna Typesetting System, Press Interface for GTO–DI, Autoflat Image Processing Software, MacCSS Connection Peripheral Server." vol. 24. No 2, p 11. The Seybold Report on Publishing Systems, (Sep. 19, 1994)

"Color Shop Goes Electronic; Color Tech Corp ," vol 66. No 10, p 90, Graphic Arts Monthly (Oct., 1994)

"Xerox and Scenicsoft Bring New Flexibility to Prepress Work With Postscript Files," vol 7. No 10. Worldwide Videotex (Oct., 1994)

"High–Resolution Output Devices; Seybold Special Report: Seybold San Francisco '94. Part I; Product Announcement," vol 24, No 3, p S32, The Seybold Report on Publishing Systems (Oct 26, 1994)

"Output Servers; Seybold Special Report: Seybold San Francisco '94, part 2. Product Announcement," vol. 24, No 3, p. T13, The Seybold Report on Publishing Systems (Oct 26, 1994)

"CTP Field Gets a New Entry; Linotype–Hell's Computer–to–Plate System, Gutenborg," vol 66, No 11, p 102, Graphic Arts Monthly (Nov . 1994)

Alexander, George A , "Custom Book Publishing and Book Printing on Demand." The Seybold Report on Publishing Systems, vol. 21, No. 16 (May 11, 1992)

Appelt, Wolfgang. "Existing Systems For Integrating Text and Graphics," Computer & Graphics. vol. 11. No. 4. pp 369–375 (1987)

International Search Report dated Apr 13, 1999

European Search Report dated Jul 22. 1999

* cited by examiner

K00557568

Case 1:06-cv-00032-JJF    Document 178-6    Filed 08/06/2007    Page 5 of 31



# FIG. 1
## PRIOR ART

K00557569

**U.S. Patent**    Mar. 20, 2001    Sheet 2 of 46    US 6,205,452 B1



FIG. 2

K00557570



FIG. 3

K00557571



# FIG. 4

Case 1:06-cv-00032-JJF    Document 178-6    Filed 08/06/2007    Page 9 of 31



FIG. 5

K00557573

U.S. Patent        Mar. 20, 2001        Sheet 6 of 46        US 6,205,452 B1



FIG. 6a



FIG. 6b

K00557574



FIG. 7a



FIG. 7b

K00557575



FIG. 8a



FIG. 8b



FIG. 9

K00557577



FIG. 9A-1



FIG. 9A-2



FIG. 9A-3

K00557580

U.S. Patent        Mar. 20, 2001        Sheet 13 of 46        US 6,205,452 B1



FIG. 9A-4



FIG. 10a



FIG. 10b

K00557583



FIG. 10c



FIG. 10d

K00557585



FIG. 10e



FIG. 10 f

K00557587



FIG. 11



FIG. 11A-1

FIG. 11A-2

Case 1:06-cv-00032-JJF    Document 178-6    Filed 08/06/2007    Page 26 of 31



FIG.12

K00557590

U.S. Patent     Mar. 20, 2001     Sheet 23 of 46     US 6,205,452 B1



FIG. 12A

K00557591



FIG. 13



FIG. 14

K00557593



352

COUNT NUMBER OF PAGES ARE MARKED "SHOULD PRINT" (INCLUDING FILLER PAGES) — 392

IS IT A MULTIPLE OF 4? — 394

YES

RETURN TO BLOCK 354 OF FIG. 12 TO GENERATE INSTRUCTION SET

NO

ADD FILLER PAGES TO MAKE IT A MULTIPLE OF 4 — 396

FIG. 15

K00557594

FIG. 16