# EXHIBIT D

# PART 2



FIG. 17



```
        ┌─────────────┐
        │  "GET TIFF" │
        │  IMPOSITION │
        └──────┬──────┘
               │
        ┌──────▼──────────┐
        │  RETRIEVE PAGE  │
        │  PAIR FROM      │──410
        │  INSTRUCTION SET│
        └──────┬──────────┘
               │
        ┌──────▼──────────┐
        │    RETRIEVE     │
        │   REFERENCE TO  │──412
        │ LEFT HAND PAGE IN│
        │   TIFF FORMAT   │
        └──────┬──────────┘
               │
        ┌──────▼──────────┐
        │ MOVE OFFSET TO  │──414
        │   RIGHT SIDE    │
        └──────┬──────────┘
               │
        ┌──────▼──────────┐
        │    RETRIEVE     │
        │   REFERENCE TO  │──416
        │ RIGHT HAND PAGE │
        │   IN TIFF FORMAT│
        └──────┬──────────┘
               │
        ┌──────▼──────────┐
        │    ADD PAGE     │
        │ NUMBERS AND/OR  │──418
        │  BAR TRACKING   │
        │      CODE       │
        └─────────────────┘
```

FIG. 18

K00557597



F I G. 19

K00557598

Case 1:06-cv-00032-JJF    Document 178-7    Filed 08/06/2007    Page 5 of 31



FIG. 20

Case 1:06-cv-00032-JJF    Document 178-7    Filed 08/06/2007    Page 6 of 31



FIG. 21

K00557600



FIG. 22

K00557601



FIG. 23

ENABLEVIRTUALDEVICE

550
Is PostScript Level 2? (setpagedevice in systemdict?)

No (Level 1) →

554
Rename Standard Level 1 SHOWPAGE Operator

556
Redefine Level 1 Showpage Operator to Emulate Level 2 Showpage Operator (See Fig. 20)

Yes

552
Load Redefined EndPage and BeginPage Procedures Into Current Graphics State (call setpagedevice)

558
Execute BeginPage Procedure for First Page

560
Invoke DisablePageDevice Procedure (See Fig. 24)

562
Set VirtualDeviceEnabled = True

K00557602

FIG. 24



FIG. 25

K00557604

U.S. Patent    Mar. 20, 2001    Sheet 37 of 46    US 6,205,452 B1



PORTRAIT --> LANDSCAPE

FIG. 26A



LANDSCAPE --> PORTRAIT

FIG. 26B

K00557605



FIG. 27



FIG. 28



FIG. 29

IMPOSEFILE

670
PageOffset = CurrentPage + PageOffset + 1

672
Retrieve Entry from Entry List [{user proc} page # {operands} {user proc}]

673
CurrentPage = Page # from Entry

674
Is First Page on Flat? (CurrentPage = 0?)

NO

YES

675
Execute User Procedure

678
Invoke SetVirtualDevice Procedure (See Fig. 27)

676
Pop User Procedure

680
Is First Page on Flat? (CurrentPage = 0?)

NO

682
Invoke MakeNull Procedure (see Fig. 30) For Scaled-Down Virtual Device (INITCLIP)

YES

684
Find Last Page on Flat

686
Interpret Page Descriptions (containing SHOWPAGE Operator) in PostScript File Through Last Page

688
Flush File and Close File

690
Get Next File/List Pair from IMPOSEJOB Procedure

K00557608

Case 1:06-cv-00032-JJF    Document 178-7    Filed 08/06/2007    Page 15 of 31



FIG. 30

K00557609



FIG. 31



FIG. 32



FIG. 33



FIG. 34

K00557613



FIG. 35

FIG. 36

FIG. 37

K00557614

US 6,205,452 B1

1

## METHOD OF REPRODUCING VARIABLE GRAPHICS IN A VARIABLE IMAGING SYSTEM

### RELATED APPLICATIONS

This application is related to the subject matter described in co-pending U S application Ser No 08/802,337 entitled "Imposition Process and Apparatus for Variable Imaging System," filed Feb 2, 1997, which is a continuation-in-part of U S application Ser No 08/478,397. filed Jun 7, 1995 and a continuation-in-part of U S application Ser No 08/627,724. filed Apr 2, 1996

### TECHNICAL FIELD

The present invention relates generally to reproduction methods and systems, and more particularly to a method of and system for selectively reproducing variable graphics information

### BACKGROUND ART

Most printing systems in use today utilize printing plates or cylinders which are engraved or photochemically processed to create an image thereon. Ink is then deposited on the plate or cylinder and the ink is thereafter transferred to a substrate, such as paper In a conventional printing press, a number of pages are printed on a sheet of paper to form a signature which is then folded and assembled with other signatures The assembled signatures are then bound, trimmed and finished by finishing apparatus to produce finished books, such as magazines, catalogs or any other printed and bound matter

Often. there is a need to produce different versions of books and/or customized books within a single press run. For example. it may be desirable to produce a number of standard books together with a number of books having additional and/or different signatures or pages Also, it may be necessary or desirable to provide customized information in the form of an address label, personalized information or the like on the inside or outside of finished books In either case. conventional printing systems are not easily adaptable to produce books of these types

A printing system which has the ability to produce differing book versions and/or books with customized information is disclosed in Riley U.S. Pat. No. 4,121,818. assigned to the assignee of the instant application. The printing system includes a number of packer boxes disposed adjacent a binding chain wherein each packer box stores a plurality of signatures A control is included for controlling the packer boxes to selectively feed signatures onto chain spaces of the binding chain so that books of varying content can be produced Customized information can be printed on the signatures by means of an ink jet printer which is selectively operated by the control Other types of customization can be effectuated, such as by inserting or onserting cards or the like

Other systems for producing customized books are disclosed in Abrams et al. U S Pat. No. 3,899,165. Wong et al U.S. Pat. Nos 4,500,083 and 4,674,052, Wong U S Pat. No. Re 32,690 and Berger et al U S. Pat Nos 4,768,766 and 4,789,147

Image manipulating systems have been developed which permit gathering of images in an office or home environment For example, conventional word processing programs, such as Microsoft® Word®, WordPerfect® and the like. permit a user to import images into a page and also allow a

2

user to command which pages of a document to print In addition, macros (i e , a sequence of commands) can be assembled and executed within these programs which can allow printing of particular document pages in a certain order Still further, most word processing programs have merge capability wherein a customized image is merged with other standardized information and printed or displayed As one example, customized information in the form of addressee and address information may be merged with standardized return address information and printed on a series of envelopes

A different image gathering capability provided by CAD (computer aided design) software, sometimes referred to as "layering," involves the creation and storage of a base page and one or more layer pages A user can issue commands to display or print the base page and one or more of the layer pages simultaneously atop one another to achieve an effect similar to the overlay of transparencies so that a composite page appearance results

While the foregoing image manipulating systems allow some image gathering capability. none is effective to assist in the rapid production of different book versions Of course, CAD systems are primarily designed for line art and not text or graphic images, and hence are of only limited use Further, if one were to use word processing software to produce book versions, it would be necessary to issue commands to separately print the pages of each book version just before such version is to be produced That is, a user would have to create and store pages to be included in a first book version and then command the software to print as many copies of the first version as are needed Thereafter, the user would have to recall the pages of the first version from memory, edit and store the pages to create pages to be included in a second book version and then command the system to print the required number of books of the second version Similar steps would have to be undertaken for each other book version to be produced. Alternatively, the pages of the different book versions could be created and stored and thereafter printed together. In either event. where many book versions are to be produced, such a process would be quite time-consuming In addition, image importation and merge routines provided as a part of word processing software are adapted for use on a sub-page basis only and hence are of only limited usefulness in the book production environment. Still further, data manipulated by word processing software are largely (if not entirely) in symbolic format As a result, data to be displayed or printed must be first rasterized by a raster image processor (RIP), which utilizes complex and time-consuming computational routines which further increase production time to an economically impractical level

Recently, new printing systems have been developed, called "demand printers." which are capable of high speed printing of images from electronic representations thereof The demand printer produces high quality color (or black and white) images using a set of fusible toners in an electrophotographic process More particularly, a web of paper is passed adjacent a series of drums, each of which has been electrostatically charged according to an image pattern for a particular color to be applied to the web The charge is transferred to the paper and an oppositely charged toner of the proper color is brought into contact with the paper The oppositely charged web and toner attract so that the toner is held on the paper as other colors are applied thereto The toners and paper are thereafter heated to fuse the toners to the paper to produce the final image The web is then cut into sheets (or "forms") and the forms are further processed as needed to produce a final product

K00557615

US 6,205,452 B1

3

Unlike conventional presses which utilize engraved or photochemically prepared plates or cylinders, demand printers are capable of rapidly printing high quality images of differing content owing to the fact that the images are produced by an electrophotographic process That is, instead of the need to replate and re-engrave a gravure cylinder when a different image is to be printed therewith, it is only necessary to change the charge applied to the drums of the printer in order to make such change Thus, different images can be printed by the same printer without significant delays This advantage makes the demand printer desirable for use in certain production environments

Warmus, et al, U S patent application Ser No 08/802, 337, entitled "Imposition Process and Apparatus for Variable Imaging System," discloses an apparatus and method for controlling a display device so that fixed and variable information may be reproduced in a simple and effective manner More particularly, first and second sets of template data representing associated first and second template pages, respectively, are developed Each set of template data includes master data representing fixed information and area data representing an area of a page for variable information A database is also developed having a number of entries each of which represents variable information. The Warmus et al apparatus and method generates page definition language representations of each master and variable page in accordance with the sets of template data and the entries in the database and automatically imposes or positions the pages to be reproduced on a display device, such as a printer or computer monitor

Some users of variable demand printing systems may wish to produce books containing variable graphics information, such as pie charts or bar graphs, which are customized for each book For example, a financial institution may want to produce individual booklets relating to investment information and illustrate, using a bar graph or pie chart, the amount or percentage of money invested in a variety of funds In prior systems, such as the Warmus et al system described above, customized graphics information had to be preprocessed by generating each graph off-line and then incorporating the customized graphs into the appropriate pages and books Vinberg, et al , U S Pat No 4,800,510, is an example of a prior art system for preprocessing user-input parameters into graphic format

These prior methods, which required preprocessing of graphics information, were time-consuming and expensive Thus, there remains a need for a system for generating variable graphics information "on-the-fly," i e , generating graphics as booklets are being imposed and/or printed, without the need for preprocessing the information.

SUMMARY OF THE INVENTION

The present invention is an enhancement of the Warmus et al system (described in co-pending patent application Ser No. 08/802,337) which allows variable graphics information to be generated "on-the-fly" along with other master and variable image and text information In general, a database of the information to be represented in graphic format, along with other variable information, is created and a user is prompted to select various graph parameters (size, type, colors, etc ) Instructions are downloaded to the interpreter (or RIP) such that the page description language files for each page retrieve information from the database and generate a graph according to the user-specified parameters

According to one aspect of the present invention, a method of controlling a display device to display variable graphics information, comprises the steps of:

4

(a) creating a database having a number of entries, each of which represents variable information and wherein selected entries represent variable graphics information;
(b) developing template page files, each page file having master data representing fixed information and area data representing an area of a page for variable information;
(c) selecting areas of the page for the variable graphics information; (d) specifying graph parameters; and (e) causing the display device to display the pages with the fixed information, selected variable information from the database, and selected variable graph information from the database, wherein the selected variable graphics information is displayed according to the specified graph parameters

According to a preferred embodiment of the invention, the step of selecting the areas of the page for variable graphics information further comprises: (i) creating an image box at a selected area of the page; (ii) selecting the entries in the database corresponding to the variable graphics information; (iii) layering a text box over the image box; (iv) inserting the specified graph parameters and the selected database entries into the text box; and (v) tagging the text box as containing variable graphics information. The text box may be tagged by assigning the text box an unusual attribute (i e color or font) or by inserting a text delimiter in the text box The graph parameters (i e graph type, size, labels, scaling, etc ) may be specified by prompting a user to select parameters, by setting the parameters to a default value or by a combination of both

Also according to a preferred embodiment, the step of causing the display device to display the pages comprises determining if a page file contains an area selected for variable graphics information and, if a page file contains an area selected for variable graphics information, saving the specified graph parameters and selected entries from the database representing variable graphics information, and executing a graph file to generate a graph using the specified graph parameters and selected database entries

According to an alternative embodiment of the invention, the display device displays the variable graphics information as a bar chart by: (i) generating a bar chart at the selected area on the page, wherein the chart includes a bar for each database entry representing variable graphics information and each bar corresponds to a maximum value of the database entries representing variable graphics information; and (ii) analyzing each database entry representing variable graphics information and covering a portion of the bar corresponding to that entry based on a comparison of the value of that entry with the maximum value The portions of the bars are covered using named image boxes, wherein each named image box corresponds to a name of a database entry

According to another alternative embodiment, the variable graphics information is displayed as a bar chart and the display device displays the pages with selected variable graphics information by: (i) generating a bar chart at the selected area on the page, wherein the chart includes an image box for each database entry representing variable graphics information and each image box corresponds to a maximum value of the database entries representing variable graphics information; (ii) retrieving the value of each database entry representing variable graphics information; and (iii) anamorphically scaling each image box to correspond to the value of the database entry This embodiment is particularly suited for graphs using graphic objects

According to yet another alternative embodiment, the display device displays the pages with selected variable graphics information by: (i) retrieving the values of the

K00557616

US 6,205,452 B1

5

database entries representing variable graphics information;
(ii) transferring the database values to a spreadsheet program
(such as Excel®); (iii) generating a graph using the spread-
sheet program based on the transferred database values and
the specified graph parameters; and (iv) linking the graph
back to the selected area on the pages.

According to another aspect of the present invention, a
method of reproducing pages including variable data,
wherein the variable data is stored in a database, the method
comprises the steps of (a) creating template page files, each
page file having fixed information and a placeholder at the
location on the page where the variable data will be repro-
duced; (b) specifying graph parameters; (c) selecting entries
from the database that contain variable graph data; (d)
tagging the placeholders that correspond to variable graph
data; (e) layering the specified graph parameters and the
selected variable graph data entries from the database over
the placeholder corresponding to the variable graph data; (f)
interpreting the page files, including executing a graph file
to generate a graph using the specified graph parameters and
variable graph data entries; and (g) transmitting the pages to
a display device

Other features and advantages are inherent in the appa-
ratus claimed and disclosed or will become apparent to those
skilled in the art from the following detailed description in
conjunction with the accompanying drawings

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram illustrating a prior art method
of producing books;

FIG. 2 is a block diagram of a method of producing books
implementing the present invention;

FIG. 3 is a block diagram illustrating an exemplary
system for implementing the method of the present inven-
tion illustrated in FIG. 2;

FIG. 4 is a block diagram illustrating one of the demand
printing systems of FIG. 3 in greater detail;

FIG. 5 is a generalized diagram of the steps implemented
by the method of the present invention;

FIGS. 6a and 6b are elevational views of portions of a
sample book that may be produced by the present invention;

FIGS. 7a, 7b and 8a, 8b are elevational views of portions
of other sample books that may be produced by the present
invention;

FIG. 9 is a flowchart illustrating programming that may be
executed by a user on a personal computer to create the
template files 106 of FIG. 5;

FIGS. 9A-1 through 9A-4 are flowcharts illustrating pro-
gramming of the EPS graph file to generate the variable
graphs of the present invention;

FIGS. 10a–10f, when joined along similarly-lettered
lines, together represent programming executed by the con-
trol unit 52 of FIG. 3 to create the PDL master and variable
files;

FIG. 11 is a flowchart illustrating programming imple-
mented by the RIP 82 of FIG. 4 to generate the variable
graphics information of the present invention;

FIGS. 11A-1 & 11A-2 illustrate an alternative ("named
image box") method for generating variable graphs;

FIG. 12 is a flowchart illustrating the programming imple-
mented by the control unit 52 to generate a page description
language instruction set specifying which pages should be
printed and how the pages should be positioned (or imposed)
for printing;

FIG. 12A is a sample window to prompt a user for the
information needed to create a pagination file;

6

FIG. 13 is a flowchart illustrating in detail the program-
ming implemented by the block 348 of FIG. 12 which
determines which pages should be printed for a particular
record in the press command file;

FIG. 14 is a flowchart illustrating in detail the program-
ming implemented by the block 350 of FIG. 12 to determine
whether the pages should be forced to the left or right-hand
side of the book;

FIG. 15 is a flowchart illustrating in detail the program-
ming implemented by the block 352 of FIG. 12 to pad the
pages included in the book into a multiple of the number of
pages to be printed on a sheet;

FIG. 16 is a sample window to prompt a user to provide
various information to select imposition and printing styles;

FIG. 17 is a flowchart illustrating the programming imple-
mented to RIP page files to Tiff format for use in "Get Tiff"
imposition;

FIG. 18 is flowchart illustrating the programming imple-
mented to impose pages using "Get Tiff" imposition;

FIG. 19 is a more detailed block diagram of the print
system 79 (shown in FIG. 4) incorporating the imposition-
on-the-fly procedures;

FIG. 20 is a flowchart illustrating the standard operation
of the Level 2 Postscript® showpage operator;

FIG. 21 is a flowchart illustrating the program steps
implemented by the redefined PostScript® initclip operator
according to the imposition-on-the-fly procedures;

FIG. 22 is a flowchart illustrating the program steps
implemented by the redefined PostScript® transform opera-
tors according to the imposition-on-the-fly procedures;

FIG. 23 is a flowchart illustrating the program steps
implemented by the EnableVirtualDevice procedure accord-
ing to the imposition-on-the-fly procedures;

FIG. 24 is a flowchart illustrating the program steps
implemented by the DisablePageDevice procedure accord-
ing to the imposition-on-the-fly procedures;

FIG. 25 is a flowchart illustrating the program steps
implemented by the SetPortrait procedure according to the
imposition-on-the-fly procedures;

FIG. 26A is a diagram illustrating the conversion of a
portrait-oriented page to a landscape-oriented page accord-
ing to the SetPortrait procedure of FIG. 24;

FIG. 26B is a diagram illustrating the conversion of a
landscape-oriented page to a portrait-oriented page accord-
ing to the SetPortrait procedure of FIG. 24;

FIG. 27 is a flowchart illustrating the program steps
implemented by the setvirtualdevice procedure according to
the imposition-on-the-fly procedures;

FIG. 28 is a flowchart illustrating the program steps
implemented by the Imposejob procedure according to the
imposition-on-the-fly procedures;

FIG. 29 is a flowchart illustrating the program steps
implemented by the ImposeFile procedure according to the
imposition-on-the-fly procedures;

FIG. 30 is a flowchart illustrating the program steps
implemented by the MakeNull procedure according to the
imposition-on-the-fly procedures;

FIG. 31 is a flowchart illustrating the program steps
implemented by the redefined EndPage procedure according
to the imposition-on-the-fly procedures;

FIG. 32 is a flowchart illustrating the program steps
implemented by the redefined BeginPage procedure accord-
ing to the imposition-on-the-fly procedures;

K00557617

US 6,205,452 B1

7

FIG 33 is a flowchart illustrating the program steps implemented by the Vsave procedure according to the imposition-on-the-fly procedures;

FIG 34 is a flowchart illustrating the program steps implemented by the Vrestore procedure according to the imposition-on-the-fly procedures;

FIG 35 is a flowchart illustrating the program steps implemented by the redefined Postscript® save operators according to the imposition-on-the-fly procedures;

FIG 36 is a flowchart illustrating the program steps implemented by the redefined PostScript® restore operator according to the imposition-on-the-fly procedures;

FIG 37 is a flowchart illustrating the program steps implemented by the redefined PostScript® restore and grestoreall operators according to the imposition-on-the-fly procedures

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG 1 illustrates a prior art method of producing books. for example, as shown in the above-identified Riley et al '818 patent. During a publishing step 20. the contents of one or more book versions are determined. Each version may comprise, for example, a set of standard or common pages In addition, some of the versions may include one or more additional pages or other customized information. Thereafter, during a preliminary step 22, color correction of color images is undertaken together with undercolor removal and screening for halftone images During a prepress step 24. page imposition is effected and printing cylinders or plates are prepared The plates or cylinders are then used during a printing step 26 to prepare signatures which are loaded into packer boxes (not shown) As noted in the Riley et al '818 patent identified above, the signatures are then selectively collected on a gathering chain (not shown) during a book assembly step 28 and the gathered signatures are bound and trimmed to create the books The books are thereafter distributed during a step 30 to users via one or more distribution systems. for example. the U S Postal Service

As should be evident from the foregoing, customization occurs during the book assembly step 28, inasmuch as the choice of particular signatures to be included in a book is made at that time In addition, customized information can be printed onto selected signatures using an ink jet printer disposed adjacent the gathering chain Thus, for example, addressee information can be printed by the ink jet printer on assembled books so that preprinted addressee labels need not be used Other types of customization can be effected at this time, for example, by inserting or onserting cards into or onto a stack of collected signatures, affixing a specialized or customized cover on a gathered stack of signatures, or the like Customization at this point in the production process is simpler and less expensive than, for example, separately printing each book version with customized information

FIG 2 illustrates a block diagram of a method 40 according to the present invention which may be used in place of the method of FIG. 1 to produce books The method 40 includes a step 42 which utilizes the output of publishing and preliminary steps 36, 38 and produces books for distribution according to the step 30 of FIG 1 The step 42 creates one or more master and variable page files in, for example, a page description language (PDL) such as Postscript® (PostScript® is a trademark of Adobe Systems. Inc. for its page description language) representing pages to be produced In addition, as noted in greater detail hereinafter, a

8

press command file (also referred to as a "book ticket" file) is developed which specifies the manner in which data contained within the master and variable page files are to be merged to produce printed pages The format of the press command file may be, for example, of the form specified by Barco Graphics of Gent, Belgium. which is particularly suited for control of a DCP-1 digital color press manufactured by Xeikon of Mortsel, Belgium Alternatively, the format of the press command file may be of the form specified for control of a DocuPrint printer, manufactured by Xerox Corporation. Other demand printers include the IBM 3900 or Siemens 2090 Twin or 2140 Twin It should be noted that the apparatus and method of the present invention are not limited to use with a particular type of demand printer or a particular system for controlling such a printer, inasmuch as the invention can be adapted for use with any type of printer or control whether located locally or remotely.

The master and variable page files and the press command file are converted by a collator and raster image processor (RIP) into bitmaps which may be stored in a memory The stored bitmaps are used to control one or more demand printers and/or any other type of display device, such as a laser printer, a CRT, an LCD display or the like so that the device displays pages having fixed and variable information thereon Alternatively, the master and variable page files may be premerged to create a plurality of combined files each representing a page to be reproduced with master and variable information The combined files can be then sent to any type of printer or other display device, whether local or remote Also, the combined files can be converted to a suitable format (e.g., Acrobat® PDF format) and transmitted to a remote location using a facsimile machine, e-mail. the Internet/World Wide Web or other transmission medium, if desired Advantageously, the combined files may be transmitted over the Internet or any other networked or linked computers, such as a company intranet In this case. an electronic page containing customized data can be sent over the Internet/intranet to a user based upon user demographic (s). a user search and/or any other identifiable user interest (s) For example, a customized Internet page could be sent with links to other web pages of interest to a user or a customized page may be sent in response to a user search for information on a particular subject Alternatively, or in addition, ads could be generated and sent as a web page to one or more users based upon user demographics As a further example. personnel information concerning a particular employee may be sent to the employee in response to a request for information

If the pages are to be displayed by rendering the pages on the demand printer, the assembled books may be bound and trimmed and, if desired, further customized, during a finishing step

FIG. 3 illustrates a system 50 which implements the steps 36, 38 and 42 in the method 40 of FIG 2 A control unit 52, which may be implemented by a personal computer or another type of computer, includes a memory 53 and stores therein data representing images to be printed As noted in greater detail hereinafter, the data may be specified by a publisher using a personal computer 54 or any other type of computer and may comprise one or more template files specifying pages to be produced with master or fixed printed information (i e . printed information which does not vary from book to book of the same version) and variable printed information (which typically varies from book to book) The variable information may be stored in a database created by the publisher and the template file(s) specify the locations on particular pages for variable information stored in the database, as noted in greater detail hereinafter

K00557618

US 6,205,452 B1

9                                                                    10

If desired, image data may be obtained from any other type of device or devices, such as a scanner which scans input copy, data supplied over a network or any other source. The control unit 52 is further responsive to control and makeready files and causes one or more demand printing systems 62 to print desired pages. While three demand printing systems 62a–62c are illustrated in FIG. 3, it should be understood that the control unit 52 may operate a different number of demand printing systems, as desired. Also, the control unit 52 may operate a fax machine 64 and/or may communicate with other remote devices to send properly converted combined files, as desired and as noted above. In the case of other remote devices, a modem 65 may be operated by the control unit 52 to transmit data representing one or more pages to be displaced by a display device at a remote location over phone lines (land lines and/or cellular) or a combination of phone lines and the Internet. Alternatively or in addition, the data may be sent to a local or remote location at least in part over an intranet or another computer network through a direct connection therewith. The combined files may be printed or may alternatively be reproducible in a different medium and/or may comprise a non-static image or other information, e.g., movies or audio.

The pages printed by the demand printing system 62 may be supplied to a finishing apparatus 66 which includes various auxiliary production devices and device interfaces for assembling the pages to produce finished books which are ready for distribution. The finishing apparatus 66 may include one or more gathering devices 70 for gathering printed pages into books, one or more ink jet printers 72 for printing additional customized information, such as addressee information, on each book, one or more label printers 74 for printing addition labels and/or other control devices 76. In addition, one or more detectors 78 may be provided to sense when a defective book is produced. The control unit 52 may be responsive to the output of the detector 78 to reorder a defective book at an appropriate point in the production sequence thereof so that advantage can be taken of postal discounts, if possible.

One or more components of the finishing apparatus 66 may be physically located on the demand printer (i.e., "online finishing") Alternatively, the finishing apparatus 66 may be physically separate from the demand printer (i.e., "offline finishing")

FIG. 4 illustrates the demand print system 62a of FIG. 3 in greater detail, it being understood that the systems 62b and 62c are functionally similar. The system 62a includes a print system 79 having a press controller 80, a collator 81 and a raster image processor (RIP) 82 which are operable in response to press commands generated by the control unit 52. A collator is an electronic device for storing raster image processor files (i.e., bitmap files) and delivering selected files to a digital press in real time, such that the digital press can run at full speed while processing and printing unique page data for each book produced on the press. The RIP 82 converts the page files to bitmap format or any other format, such as a symbolic printer control language. The collator 81 includes memory in the form of mass storage drives and physical memory and collates the bitmap page files. If desired, the collator 81 and/or RIP 82 may comprise a part of the press controller 80. The controller 80 instructs the collator 81 to send page files to a demand printer 84. The print system 79 may comprise the PrintStreamer system, manufactured and marketed by Barco Graphics of Belgium, while the demand printer 84 may comprise the Xeikon DCP-1 digital color press noted above. Alternatively, the demand printer 84 may be a DocuPrint printer manufactured

by Xerox Corporation and the RIP 82 may be a Xerox DocuPrint RIP. It should be noted that a different print system and/or demand printer may alternatively be used, such as the Indigo printer manufactured by Indigo Nev., of Maastricht, Netherlands, if desired.

FIG. 5 illustrates in diagrammatic generalized form the method of the present invention. For the purpose of explaining the present invention, as an example, it will be assumed that the demand print system 62a will be operated to produce a number of multiple-page books in the form of a brochure in duplex (or "saddle-stitch") format. FIGS. 6a and 6b illustrate four pages P1–P4 printed on a single sheet of paper 100 and to be included in a brochure. The sheet of paper 100 includes a first side 100a with printed pages P1, P4 thereon and a second side 100b with pages P2, P3 printed thereon. (As will become evident hereinafter, the use of designations P1–P4 is not meant to imply that such pages will necessarily become pages 1, 2, 3 and 4 of the finished book.) In addition, pages P1–P4 are imposed such that the page P1 is placed on a right-hand portion 100a–r of the side 100a while the page P4 is placed on a left-hand portion 100a–l of the side 100a. Further, the page P2 is placed on a left-hand portion 100b–l of the side 100b while the page P3 is placed on a right-hand portion 100b–r of the side 100b. In this fashion, when the sheet of paper 100 is folded along a fold line 102 with the pages P1 and P4 on the outside, the pages P1–P4 appear in sequence. (The format shown in FIGS. 6A and 6B is often referred to as "saddle stitch" imposition and is commonly used in magazines.) Because each book to be produced in this example includes multiple sheets of paper (or "forms"). each folded once along a fold line, the imposition process takes into account shingling effects but not bottling effects. It should be noted both of that such effects will generally have to be taken into account when more than two pages are to be printed on a single side of a sheet of paper and thereafter folded multiple times and assembled with other multiple-folded printed sheets of paper to create a book.

In addition to the foregoing, in the first example, assume that the pages P1 and P4 will become the outside front and back covers, respectively, of a finished book and include variable and fixed information thereon. Further, assume that the pages P2 and P3 will become the inside front and back covers, respectively, (as must be the case if P1 and P4 are the outside front covers) and include fixed information only thereon. For example, the page P1 may include variable information in the form of a personalized message, a variable image, or the like in an area 110 whereas the page P4 may include other variable information in an area 112, for example, postal information for mailing the brochure to an addressee. Corresponding front and back pages of the remaining books may include different variable information. The remaining printed information on pages P1–P4 may be identical to the printed information on corresponding pages of remaining books.

The books to be produced may include the same or differing number of forms and may have the same or differing numbers of pages. For example, the pages P1–P4 may be assembled with a number of other printed forms comprising twelve additional pages to produce a first book having sixteen pages. Another book to be produced in the same run may include some or all of pages P1–P4 and a second number of forms printed with twenty other pages, some of which may or may not be identical to the twelve additional pages of the first book. Filler pages may be placed in some or all books to cause such book(s) to have a certain number of pages. This may be necessary or desirable to result in a book length which is evenly divisible by four (in

US 6,205,452 B1

11

the event pages are imposed as two-page spreads) and/or to insure that particular page(s) appear on the left-hand or right-hand side in the finished book.

In fact, the books to be produced in the same press run may be different in terms of page content and/or appearance, book length, book size (by changing page imposition parameters), book version, etc. Specifically, for example, the pages of FIGS. 7a, 7b and 8a, 8b may be produced and assembled in different book versions together with the book version incorporating the pages of FIGS. 6a and 6b in the same production run or job. Pages P5–P8 of FIGS. 7a and 7b are identical to the pages P1–P4, respectively, of FIGS. 6a and 6b except that an additional area 113 is provided on the page P5 for placement of variable information. In addition to the areas 110 and 112. Because of the addition of the area 113, the remaining master information appearing in an area 114 differs from master information appearing in an area 116 of the page P1 of FIG. 6a.

The book version incorporating eight pages P9–P16 of FIGS. 8a and 8b differs from the book versions incorporating the pages of FIGS. 6a, 6b and 7a, 7b not only in terms of content of master and variable information, but also number of pages and page size. Specifically, the pages P9, P12, P13 and P16 are to be printed on a first side 117a of a sheet of paper 118 and the remaining pages P10, P11, P14 and P15 are to be printed on a second side 117b of the sheet 118. In addition, the pages P11–P14 are printed upside down relative to the remaining pages so that, when the sheet 118 is folded first along a fold line 119a and then along a fold line 119b, the resulting pages P9–P16 appear in order. Thereafter, the folded sheet 118 is trimmed to separate the pages P9–P16. As should be evident, the pages P9–P16 are one-half the size of the pages P1–P8, and further include different master and variable information thereon. The demand printer may also have multi paper trays to select different paper sizes, stocks, colors etc or preprinted sheets to be included in the finished book.

Referring again to FIG. 5, one or more template files 106 are developed by a publisher specifying the content (including appearance) of fixed information and the positioning of all information (i.e. fixed and variable) on the different books or book versions. A database 108 is also developed by the publisher using the personal computer 54 specifying the content of variable information to be placed in variable information areas, for example, the areas 110, 112 on the pages P1, P4, respectively, of FIGS. 6a and 6b. The database 108 includes variable text and graphic information and further includes control information, as noted in greater detail hereinafter.

The template files 106 include data specifying the position and content of fixed information on the pages to be printed. Specifically, the template files 106 define template pages wherein each template page includes data representing any fixed information to be reproduced on corresponding pages of the books or book versions and area data representing any area(s) on the corresponding pages where variable information is to be reproduced. The template files are duplicated to create working files. One set of working files is stripped of all area data relating to placement of variable information to create stripped master page files 120 defining template pages having only fixed information thereon. The stripped master page files are then converted into PDL master page files 122 expressed in a page description language, such as PostScript®.

Optionally, the PDL master page files 122 may be converted into two-page spreads by a page make-up program

12

such as QuarkXPress® Preferably, however, the PDL master page files 122 are provided to the print system 79 and imposed according to either the "GerTiff" or the "imposition-on-the-fly" imposition processes, as explained in detail below.

A further set of working files is stripped of all fixed information to create stripped variable page files 126 defining template pages having fixed information removed therefrom and further having the area data defining the areas 110, 112 The data representing template pages having variable information thereon are expanded into a set of intermediate page files In the example of FIGS. 6a and 6b and under the assumption that three books are to be printed, two intermediate page files 130, 132 are thus produced. The file 130 includes a file portion P1-a defining the position of variable information to be produced on the page P1 for the first book. Two other file portions P1-b and P1-c define the position of variable information to be produced on the front outside covers of the remaining two books In like fashion, file portions P4-a, P4-b and P4-c represent the position of variable information to be reproduced on the back outside covers of the three books At this point, data is also contained in each of the files 130, 132 identifying the entries in the database 108 to be placed in the areas 110, 112 during printing

The files 130, 132 are then converted into variable page files 134, 136 The files 134, 136 are identical to the files 130, 132, respectively, except that the data in each file identifying entries in the database are replaced by the actual data stored at such entries. The files 134, 136 are then converted into files 137, 138 in a PDL format, for example, PostScript®.

Like the master PDL files 122, the variable PDL files 137, 138 may be converted into two-page spreads by a page make-up program such as QuarkXPress® Preferably, however, the variable PDL files 137, 138 are provided to the print system 79 and imposed according to the imposition procedures of the present invention, as explained in detail below

The print system 79 operates in response to the press commands in a press command file 140 and merges the PDL master page files 122 with the PDL variable files 137, 138 to create the finished books or book versions Alternatively, the master page files 122 may be premerged with the PDL variable files 137, 138 before the files are provided to the print system 79

The database 108 is assembled by creating an ASCII file having a plurality of records wherein each record includes one or more fields entered into the database in tab-delimited format (i.e, the fields are separated from one another in each record by tab keystrokes and the records are separated from one another by line returns) and wherein the fields are arranged under field names of a header Each field may include text to be reproduced on a page or a name of an image file stored in the memory 53 and defining an image to be reproduced on a page.

In addition to the foregoing data, the database 108 may include an optional field designating the number of copies of each book to be produced, an optional townsort image field, a version identification field indicating book version number if multiple book versions are to be produced, an optional distribution list field, control data and the like A sample database is set out below having a header consisting of fourteen fields (i.e, "version," "address1," "address2." etc) and a number of records, nine of which are shown The variable graph information is contained in the fields called "1996 Sales," "1997 Sales," and "1998 Proj."

K00557620

US 6,205,452 B1

13                                                              14

| Version | Address1 | Address2 | Address3 | Address4 | Address5 | Price1 | Image1 | Price2 | Barcode | 1996 Sales | 1997 Sales | 1998 Proj | Town sort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | William Doe | 123 Elm | Chicago | Illinois | 606248923 | $22.95 | Shoes | $21.95 | 1606248923! | | 50 | 75 | |
| 03 | Hugh Jorgensen | 56 Maple | Chicago | Illinois | 606248923 | $21.95 | Shirt | $20.95 | 1606248923! | 35 | 95 | 100 | |
| 02 | Jay P. Morgan | 1313 Park | Chicago | Illinois | 606248924 | $24.95 | Pants | $22.95 | 1606248924! | 45 | 45 | 50 | ■ |
| 02 | Joe Louis | 839 Elm | LaGrange | Illinois | 605251093 | $19.95 | Pants | $18.95 | 16052510931 | 75 | 100 | 100 | |
| 03 | John Smith | 926 Cossit | LaGrange | Illinois | 605251093 | $19.95 | Shoes | $15.25 | 16052510931 | 25 | 35 | 45 | |
| 01 | Len Johnson | 882 Monroe | LaGrange | Illinois | 605251093 | $19.95 | Shoes | $17.25 | 16052510931 | 65 | 75 | 100 | |
| 02 | Janet Cizmar | 916 Monroe | LaGrange | Illinois | 605251094 | $24.95 | Pants | $21.95 | 16052510941 | 95 | 75 | 85 | ■ |
| 03 | Jay Schroeder | 88 W 77th | Brookfield | Illinois | 605241391 | $21.95 | Shirt | $19.95 | 16052413911 | 15 | 25 | 35 | |
| 03 | Danielle Johnston | 129 Madison | Brookfield | Illinois | 605241391 | $22.95 | Shirt | $19.95 | 16052413911 | 55 | 65 | 75 | ■ |

In the example of FIGS. 6a and 6b, the field names ADDRESS1 through ADDRESS5, BARCODE and TOWN-SORT may appear in the area 112 and one or more of the field names PRICE1, IMAGE1 AND PRICE2 may appear in the area 110. The database may also contain a "COPIES" field (not shown) which may be used as a control code to select the number of book copies to be produced.

FIG. 9 illustrates a flow chart of programming executed by the personal computer 54 for creating the template file(s) 106 of FIG. 5. The programming may be written as an extension of QuarkXPress®, a page make-up program distributed by Quark, Inc. of Denver, Colo. The QuarkXPress® program may be adapted for operation on the Apple® Macintosh® operating system or any other operating system, such as the Microsoft Windows® operating system. Alternatively, a different page make-up program may be used, if desired.

During the make-up process for a document consisting of one or more pages, a template file is created for each book version to be produced, or, where a book is to include two or more parts (referred to as "sections" hereinafter) a template file may be created for each section. At a block 150, a user creates pages containing all the static or master elements to be included. A block 151 then prompts a user to identify the database fields in the variable database 108 which will be used for variable text, image and graph information.

A block 152 then determines whether the user wishes to include a variable text element in a page. If yes, a block 153 places the name or an indication of the appropriate field in the database 108 into the template file at the insertion point defined by the current cursor position. Thus, the variable text contained in the database field will be inserted on the page at the designated insertion point.

After the block 153 inserts the database field name for the variable text element or, alternatively, if the block 152 determined that no variable text element was to be added, a block 154 then determines whether a variable image element should be added to the page. If yes, a block 155 prompts a user to define a box to contain an image at a desired location on a selected page. The block 155 then inserts a dummy picture file and an indication of the proper database field name in the template file for the page at the location indicated by the current cursor position. The user will see the dummy picture file at the insertion point on the display of the computer 54 when the page is viewed. The

dummy picture file will display an indication of which database field will be used for insertion on the respective pages.

Following the block 155, a block 156 prompts the user to enter an indication of whether the image object is to be displayed in one of several display formats. If the image is to be displayed in other than the original size thereof, a subname is defined for the image to "fit," indicating that the image is to be scaled to fit the box. If the image is to be displayed in the original size thereof, the user is prompted to select a position for the image at a particular location in the box defined therefor, such as the upper left-hand corner, the lower right-hand corner, or the like. If the user does not select a position, the image is placed in the upper left corner of the image box.

Following the block 156 or, alternatively, if the block 154 determines that no variable image element is to be added, a block 157 then determines whether any variable graph elements are to be included. If yes, a block 158 creates an image box at the position on the page where the graph will be inserted. A block 159 then prompts a user to select any attributes, such as the graph type and parameters (i.e. bar graph or pie chart, size, labels, colors, etc.), as described in greater detail below.

Next, a block 160 identifies the controlling database field names (in the database 108) for the variable information to be included on the graph. The database fields may contain both variable graph values as well as variable graph parameters. Thus, a first version may include a small bar graph while a second version may include a larger pie chart. A block 161 then creates a text box one layer above the image box generated by block 158 and a block 162 saves the graph parameters (which were input by the user at the block 159 or obtained from the database 108) as data pairs in the text box. The layering of the text box above the image box assures that the graph parameters will be read before the EPS graph file. The block 162 also saves the graph values as data pairs in the text box. The graph values are obtained from the database fields specified by the block 160.

As described in detail below, the graph parameter and value data pairs in the text box will be converted into PostScript® variables and used to generate the desired graph during interpretation of the page files.

US 6,205,452 B1

15

A block 163 then ' marks" or 'tags" the text box so that the interpreter will recognize that the text box will be used to generate a graph The text box may be tagged in a number a ways, such as assigning the text box an unusual attribute, such as an unusual color or font. The text box could also be tagged by placing text delimiters in the text box For example, a unique text string (such as "%#?!BeginVariableGraphData") could be placed at the beginning of the text box and another unique string (such as "%#?!EndVariableGraphData") could be placed at the end of the text box A sample text box tagged using text delimiters and including graph parameters data pairs to create a pie chart with labels is set forth below:

    %#?!BeginVariableGraphData
    sChartType Pie
    bShowLabels True
    bShowPercents True
    nXExtent 400
    nYExtent 200
    aXD1 xRBlpc XRunspc XOutspc xLeftpc
    aXLbls RBls Runs Scored Out Hits Without Score
    %#?!EndVariableGraphData

Next. a block 164 places an Encapsulated PostScript® (EPS) graph file into the image box created by the block 158 As described in detail below. the EPS graph file will be executed by the interpreter to generate the graph The block 164 also designates the EPS graph file as variable data Although the EPS graph file is actually static (it does not change), it must be designated as variable because it will be used with the variable graph parameters and values

Control then passes to a block 165 which determines whether any additional variable elements should be added to the template file. If yes, control returns to the block 152 and the loop of blocks 152–165 is repeated until all variable elements (text, image and graphs) have been added Control then passes to a block 166 which saves the template file 106 (FIG. 5) The programming of FIG. 9 is repeated until all template files have been created

The resulting page template files(s) are stored on a storage medium. such as an optical disc or other storage device, and/or the files(s) are downloaded together with the database to the control unit 52

At any point during the page make-up process. other functional aspects of the QuarkXPress® program may be invoked to both master and variable aspects as necessary to produce finished pages

The Graph Parameters

As set forth above, the block 159 prompts a user to select the graph type and parameters and the block 162 inserts this information into the text box (in the template file) as data pairs. along with the graph value data pairs. First. the user must select the type of graph, such as a bar chart, pie chart, line graph, scatter diagram, or any other type of graph If a user does not specify an option for any parameter, a default option will be used. Also, the graph type and parameters may be included as fields in the variable database 108 such that the graph parameters, as well as graph values, may vary.

If the user selects a bar chart, for example. the block 159 will then prompt a user to select the parameters listed below

1) Two-dimensional or Three-dimensional—If the user chooses a 3D bar chart. the user may also specify the amount of increase or decrease of shading applied to the side of the bar as compared to the face of the bar

2) Orientation—Horizontal or vertical

3) Size—The size (i e length) of the x- and y-axes Size may be specified in either inches or points, but preferably the

16

size provided to the EPS graph file will be converted to inches. The user may also select ˜autosize," wherein the axes sizes will be determined by the EPS graph file based on the total size of the graph

4) Bar Width—May be fixed or variable The user may specify the bar width or it may be automatically determined by the EPS graph file

5) Number of Bars Per Group per x-value—The number of bars at each point on the x-axis The default value is 1 but a user may select to have 2 or more bars adjacent to each other (for example, as a comparison between two years).

6) Color—The user may choose color or black and white (grayscale) If color. the user may choose one unique color per category from a list of any number (for example, 10) default colors (such as red, blue. green, yellow, orange, black, etc) Preferably. the colors are converted to CMYK equivalents but other color schemes may be implemented Alternatively, the user may specify any number of customized colors (also converted to CMYK equivalents) If the user chooses black and white for the bar graph, the user may also select one unique grayscale for each category from a list of any number of default alternating grayscales or the user may custom specify grayscales

7) Vignette Shading—The default setting is for no vignette shading such that the bars will be printed in a solid color The user may specify vignette shading by choosing a starting and ending color and the EPS graph file will automatically shade the bar accordingly

8) Y-Axis Bar Scaling—The y-axis may to scaled to automatically fit the maximum data point (both positive and negative) specified in the database or by the user The user may also specify that the y-axis be scaled with a broken axis (such as when there is a wide numerical range of data) and may further specify where the axis should be broken and/or how far up on the axis the break should occur

9) Y-Axis Divisions—The user may specify the number of divisions on the y-axis or may choose for automatic divisions (with intelligent rounding applied) based on the size and scaling of the y-axis

10) X-Axis Bar Scaling—As a default, the space between bars in separate groups is equal to the width of the bars and the space between bars in the same group is none (i e. the bars are adjacent). The user may also specify the spacing between bars. preferably as a percentage of bar width The user may also select a leading space (before the first bar) and/or a trailing space (after the last bar)

11) Line Color—The user may specify the color for the axes and other lines. such as division markers. Generally, the default is black but the user may select any CMYK equivalent color or specify no color.

12) Numeric Callouts—Numeric callouts are labels that may be placed at the top or inside of each bar which specify the value that the bar represents The default setting is for no numeric callouts but, if desired, the user may specify where they should be placed and the format (i e , numeric or percent of maximum value)

13) Field Name Callouts—Field name callouts are labels that are placed along the x-axis at the base of each bar The default setting is for no field name callouts but the user may specify that field names be placed inline (parallel) with the base of each bar or perpendicular to the base of each bar.

14) X-Axis and Y-Axis Labels—The user may specify text labels for the x- and y-axes, as well as the font. size, color, position and orientation of such text

15) Legend—The user may also specify that a legend be placed at the lower right corner of the chart (or other location) with a key to the color-coding on the chart. For

K00557622

example, the legend may print a small blue bar followed by "1996" and a small red bar followed by "1997" to indicate that different colored bars represent different years

16) Graphics Object—In the default setting, the bars on the graph will be drawn as standard rectangles The user, however, may wish to use graphics in place of the rectangular bar For example, a transportation company may wish to use bars in the shape of trucks or a soft drink manufacturer may wish to use bars in the shape of bottles If so, the user must specify the desired graphics object (for each category, if more than one) and the name of the file (such as an EPS file) containing the graphics object at 100% of its size The user may then select either a scale mode, wherein the graphics object will be scaled (i e stretched or shrunk) according to the numeric value it represents or a clip mode, wherein the graphics object will be cut-off or clipped in accordance with a numeric value.

If the user selects a graph type different than a bar chart, similar parameters must be selected, depending on the graph type For example, if the user selects a pie chart, the following parameters will be selected:

1) Two-dimensional or Three-dimensional—With desired shading modification if 3D, as described above

2) Color—Select CMYK or grayscale color for each category (i.e pie segment), as described above.

3) Line Color—May select default (black), CMYK color or no color for lines surrounding pie chart and separating pie segments The user may also select the line width (default=1 point).

4) Radius—Size of pie chart (specified in inches or points but preferably provided to EPS graph file in inches)

5) Numeric Callouts—Labels placed inside or next to a pie segment indicating its numeric value The default setting is for no numeric callouts but the user may specify that numeric callouts be centered (at radius/2) within the pie segment or next to the pie segment with a line (from radius/2 to 3*radius/2) between the number and the pie segment Alternatively, numeric callouts may be placed within the pie segment if the segment is large (i e >30°) or next to the segment if the segment is small (i.e. <30°).

6) Field Name Callouts—Labels that may be placed inside or next to pie segments indicating what the segment represents The default setting is for no field name callouts but the user may specify that they be positioned like the numeric callouts above

7) Text—The user may specify the font, size, color, etc of any text used in the pie chart

8) Exploding Option—As a default, all pie segments will be enclosed within a circle The user may specify, however, that selected segments be "exploded" or set off radially from the rest of the circle

9) Legend—The user may specify a legend (such as a color code index) positioned, for example, in the lower right corner of the chart or other location.

10) "Other" Category Creation—When using pie charts, sometimes the data for the chart does not add up to exactly 100%. If this is the case, the user may specify an "other" category to be automatically included for the remaining percentage of the pie chart For the default setting, an "other" category would not be automatically created

The above-described parameters for bar charts or pie charts exemplify the type of parameters that the user may be prompted to enter by the block 159 (FIG 9) or that may be included as fields in the variable database 108 All parameters should have default settings such that graphs can be generated without the user specifying each parameter As will be evident to those skilled in the art, other types of graphs (line graphs, scatter diagrams, etc ) that may be generated in accordance with the present invention may include slightly different parameters (i e dot size, line width, etc ) Also, the present invention provides unlimited flexibility to use other parameters to specify any type of graph

The block 162 (FIG. 9) saves the graph parameters specified by the user (or in the database) as data pairs in the text box, with the parameter data preceding the parameter name These data pairs will be converted into Postscript® variables and used by the EPS graph file which generates the desired graphs.

The EPS Graph File

Referring back to FIG. 9, the block 164 places the Encapsulated Postscript® (EPS) Graph file into the image box created in the template file The EPS graph file contains Postscript® code that is executed as the pages are interpreted to generate the graph (Alternatively, the graph file could be written in a different page description language than PostScript®)

FIGS 9A-1, 9A-2, 9A-3 and 9A-4 are flowcharts illustrating the programming of the EPS graph file which is executed by the interpreter. Referring first to FIG 9A-1, the program begins at a block 920 which determines whether the graph type is a bar chart (The graph parameters were either specified by the user at block 159 of FIG 9 or contained in the database 108) If no, control passes to a block 976 (FIG 9A-3) which determines whether the graph type is a pie chart Alternatively, if the block 920 determines that the graph is a bar chart, a block 922 sets a scale transformation based on the size of the x- and y-axes

Next, a block 924 determines whether the user specified that the x-axis or y-axis should incorporate a broken scale If yes, and the user did not specify where the axis should be broken, a block 926 then analyzes the data for "bunching" to determine where to break the axis. For example, if the graph values are all between 100 and 105, the block 926 will take the maximum and minimun values (105 and 100) and spread them over 80% of the axis. The remaining 20% of the axis will include a broken line to indicate the values between 0 and 100.

If the block 924 determines that there is no broken axis, the programming skips block 926 and control passes to a block 928 which draws the x- and y-axes according to the specified parameters, such as color, width, orientation and (if specified) breaks Next, a block 930 places the appropriate labels on the axes in accordance with the specified text style (If no axes labels were specified, the block 930 is skipped)

A block 932 then determines the number of graph value data pairs that were saved in the text box by the block 162 (FIG 9) from the specified fields in the variable database 108 These data pairs from the text box will later be converted to Postscript® global variables (See block 1114, FIG. 11)

Next, a block 934 determines whether the width of the bars are fixed or variable If variable, a block 936 calculates the width of the bars based on the amount of space that the user specified should be between the bars If no space was specified, the block 936 calculates the width of the bars based on the default that the space between the bars should be equal to the width of the bars

After the block 936 calculates the bar width or, alternatively, if the block 934 determines that the bar width is fixed, a block 938 retrieves the first graph value data pair A block 940 then determines whether the bars will be drawn as standard rectangles or whether a graphic object (i e truck, bottle, etc ) has been specified

If a graphic object has been specified, a block 942 determines whether the graphic object should be scaled or

US 6,205,452 B1

19                                                          20

clipped If the graphic object should be scaled (i e., stretched or shrunk to correspond to the numeric value). a block 944 calculates the correct scale ratio The block 944 assumes that the graphic object supplied by the user is at 100% size corresponding to the middle value on the y-axis Thus, if the y-axis is scaled from 0 to 10 (middle value=5) and the data pair has a y-value of 8, the block 944 calculates the scale ratio as 8/5 or 1600% A block 946 then retrieves the graphic object (from the file specified by the user), scales the graphic object by the calculated scale ratio and positions the scaled graphic object at the appropriate position on the x-axis

Alternatively, if the block 942 determines that the graphic object should be clipped. a block 948 draws a clipping box corresponding to the y-value from the data pair The block 948 assumes that the user supplied graphic object is at 100% size corresponding to the maximum value on the y-axis Thus, if the y-axis is scaled from 0 to 10 and the data pair has a y-value of 8, the block 948 draws a clipping box that extends from 0 to 8. A block 950 then retrieves the graphic object and positions it on the x-axis inside of the clipping box Any portion of the graphic object outside of the clipping box will be deleted Thus, the portion of the graphic object that would fall between 8 and 10 on the y-axis will be cut-off or clipped

If the user has specified that the y-axis is broken. the program determines where the break on the axis occurs and assumes that the minimum value on the graph corresponds to zero in order to determine how the bar (or image) should be scaled or clipped

If the block 940 determines that the chart will include only standard rectangular bars. a block 952 calculates the bar height based on the y-value from the data pair A block 954 then determines whether the user specified two-dimensional (2D) or three-dimensional (3D) bars If 2D, a block 956 draws the bar according to the previously determined height and width The block 956 may also fill the bar with the specified or default color (including vignette shading, if specified) If 3D, a block 958 draws the "shadow" of 3D portion of the bar. including coloring or shading if specified A block 960 then draws the 2D (or front) portion of bar. with a modified (narrowed) bar width in order to accomodate for the 3D The block 960 also colors and shades the portion as necessary.

After the appropriate graphics object or bar has been drawn by the blocks 946. 950, 956 or 960, control passes to a block 962 (FIG. 9A-2) which determines whether any field name callouts have been specified The field name callouts are the labels which may be placed at the base of the bars along the x-axis If yes. a block 964 positions the field name at the specified location (inline or perpendicular with the bar) Otherwise, control skips to a block 966 which determines whether any numeric callouts have been specified Numeric callouts are numeric values placed inside or on top of the bars to indicate their value If yes, a block 968 positions the numeric callout at the specified location

After the block 968 or, alternatively, if the block 966 determines that no numeric callouts were specified. a block 970 determines whether any additional elements should be included on the graph The block 970 may determine this by subtracting the number of data pairs processed from the total number of graph value data pairs (determined by block 932) If more data pairs should be included, a block 972 gets the next data pair and control returns to the block 940 (FIG 9A-1) The loop of blocks 940-972 is repeated until all data pairs have been incorporated in the graph.

After the block 970 determines that all data pairs have been processed. a block 974 then resets all of the Postscripts global variables in preparation for the next graph.

If the block 920 (FIG 9A-1) determines that the graph is not a bar graph. control skips to a block 976 (FIG 9A-3) which determines whether the graph type is a pie chart. If yes, a block 978 sets a scale transformation and starting angle (based on user specified size or defaults) to begin drawing the pie chart. A block 980 then retrieves the first graph value data pair and sets a variable (called, for example, ' TOTAL") equal to zero The TOTAL variable will be used to keep track of the total combined values of the pie segments

A block 982 then determines whether the pie segment will be an "exploding" segment, which is set off from the circle. If yes. a block 984 calculates a radial offset position to determine where to place the segment Alternatively, if the block 982 determines that the segment is not "exploding," control skips to a block 986 which determines whether the pie segment is two-dimensional (2D) or three-dimensional (3D)

If the block 986 determines the segment il 3D, a block 988 draws/strokes the side (or 3D portion) of the pie segment and also colors/shades it appropriately If the segment is 2D, or after the block 988 draws the 3D portion of the segment. a block 990 draws/strokes the 2D portion of the pie segment corresponding to the value retrieved by the block 980 The block 990 also fills the pie segment with the specified color. pattern and/or shading The program then skips to a block a block 992 which determines whether numeric callouts are specified

Numeric callouts are the numeric labels placed inside or next to the pie segments which indicate their value If the block 992 determines that numeric callouts were specified. a block 994 calculates the radial position of the numeric callout and a block 996 places the numeric value in the appropriate font, color, etc at the radial position calculated by block 994.

Alternatively. if the block 992 determines that no numeric callouts were specified, control skips to a block 998, which determines whether any field name callouts were specified Field name callouts are labels placed inside or next to the pie segments that indicate what the segment represents If field name callouts are specified, a block 1000 places the field name callout above the numeric callout, if a numeric callout was generated by the block 996 If no numeric callout was generated. the block 1000 calculates a radial position for the field name and places that field name in the appropriate font. color, etc. at the calculated position.

Control then passes to a block 1002 which determines whether a radial line should be placed between the numeric/ field name callout(s) and the pie segment If yes, a block 1004 draws a line from inside the segment (radius/2) to the numeric/field name callout radial position.

If the block 1002 determines that no radial line should be drawn, control skips to a block 1006 which resets that radial offset position (which was set by the block 984 in accordance with the graph value from the first data pair) and a block 1008 increments the starting angle.

A block 1010 then adds the data value (from the data pair) to the variable ' TOTAL," which keeps track of the cumulative value of the segments and a block 1012 determines whether any additional elements (i e graph values from data pairs) should be included in the pie chart If yes. a block 1014 gets the next data pair and control returns to the block 982.

The loop of blocks 982-1014 is repeated until all data pairs have been processed After the block 1012 determines that all data pairs have been processed. a block 1016 determines whether an "other" category should be included

K00557624

US 6,205,452 B1

21

in the pie chart. (The 'other' category is the remainder if the pie segments do not add up to 100%) If yes, a block 1018 calculates the value of the 'other' category by subtracting the value of the variable TOTAL from 100%. A block 1019 then determines whether the value of TOTAL is equal to 100%. If no, a block 1020 creates an additional data pair with the value of the 'other' category and control returns to the block 982 to draw the 'other' segment.

Alternatively, if TOTAL is equal to 100% (indicating the 'other' data pair has already been created) or if no 'other' category is needed in the pie chart, a block 1022 resets all of the Postscript® variables (which specified the graph parameters and values) in preparation for generating the next graph.

If the block 976 determines that the graph is not a pie chart, the program may skip to a block 1024 (FIG. 9A-3), which determines that the graph is of another type (such as a line graph, scatter diagram etc) and the program may continue with processing to generate that graph, as indicated by block 1026. Based on the programming illustrated for generating bar graphs and pie charts set forth above, one skilled in the art would be able to generate programming to implement another type of graph. Once the template file(s) 106 and the database 108 are assembled, the programming of FIGS 10a–10f may be executed by the control unit 52 to create the master page file 122, the final variable page files 137 and 138, and the press command file 140. Referring first to FIG. 10a, a block 170 prompts a user to select a template file 106 and a block 172 opens the database 108. A block 174 then reads and stores in a list the database field names for later reference and a block 176 prompts a user to enter information indicating a section number and whether pages are to be printed in simplex (i e, single-sided) or duplex (i e, double-sided) format. The section number identifies the order in which multiple sections are to be processed for a particular book. The user may also be prompted to enter a selective processing code identifying a particular book version to process if multiple versions are to be produced during a single press run.

Following the block 176, a block 177 begins the process of stripping variable information from the template file opened by the block 170 to obtain the stripped master file 120 of FIG. 5. The block 177 selects a first page for processing and a block 178 checks to determine whether there are any images in the template file and, if images are located, a block 180 selects a first image.

A block 182 identifies the file name for the image and a block 184 checks the field list to determine whether the file name is included therein. If the file name for the image is included in the field list, then the image comprises variable information and a block 186 deletes the image box A block 187 then identifies and saves the image box location on the page, the characteristics of the image box, such as the size, skew, background color and subname and the like and further saves the field name of the image from the database 108 Also, a counter in the memory 53 which tracks the number of variable image boxes on the page is incremented

Otherwise, if the block 184 determines that the file name is not in the field list, then the image contains only master information A block 188 then also saves the image box location on the page and the characteristics of the image box Also, a counter in the memory 53 which tracks the number of master image boxes on the page is incremented.

A block 189 then checks to determine whether all images have been processed. If not, a block 190 selects a next image and control returns to the blocks 182–189 Control remains with such blocks until the block 189 determines that all

22

images have been processed and control then passes to a block 192 Control also passes to the block 192 from the block 178 should the latter determine that there are no images in the template file

The block 192 determines whether any text boxes are present in the open template file If at least one text box is present, a block 194 selects and parses a first text box and a block 196 (FIG 10b) checks to determine whether the text box includes at least one of the field names of the database 108 If so, then it has been determined that the text box includes variable information and a block 198 deletes the text box A block 199 then stores the text box location, the insertion points in the text box at which variable information is to be printed and the characteristics of the text box and the field names of the database 108 identified in such text box in the memory 53. In addition, a variable text box counter is incremented representing the number of variable text boxes appearing on each page.

Otherwise, if the block 196 determines that the text box does not include any field names from the database, then the text box contains only master information. A block 200 stores the text box location in the memory 53. In addition, a master text box counter is incremented representing the number of master text boxes appearing on each page.

Control then passes to a block 202, which checks to determine whether all text boxes in the template file have been processed. If not, a block 204 selects and parses the next text box in the template file and control returns to the blocks 196–202. Control remains with such blocks until all text boxes have been processed, whereupon a block 206 determines whether all pages have been processed. If not, a block 208 selects a next page and control returns to the block 178 (FIG. 10a). Otherwise, a block 210 saves the resulting file as the stripped master file.

Alternatively, if a page contains a lot of formatting information (i.e. tabs, fonts, etc.), a rich text file (which includes such formatting information) may be created offline from the database. The text box may then open the rich text file and read the information from the file. The use of the rich text file speeds up the processing time.

Also, once a placeholder on a page has been 'filled in' with information from the database field, the program may mark the corresponding text or image box as "touched." Thus, if the text or image box is 'untouched," the program can skip processing of that text or image box, also speeding up the total processing time

Control also bypasses the blocks 194–202 and proceeds directly from the block 192 to the block 206 if the block 192 determines that there are no text boxes in the open template file.

Following the block 210, a block 212 converts the stripped master file into the PDL master page file 122 of FIG. 5 At the same time, an initialization (or INI) file may be created. The format and existence of the INI file depends on the type of demand printer utilized. For example. the DocuPrint demand printer does not require the use of an INI file. However, the Barco RIP requires the use of an INI file.

The INI file (in ASCII code) for the Barco RIP is created according to the following format:

    name: [file path\name]
    psx: [dimension]
    psy: [dimension]
    ssx: [dimension]
    ssy: [dimension]
    posx: [dimension]
    posy: [dimension]

K00557625