# EXHIBIT E

# PART 1



US006952801B2

(12) **United States Patent**
Warmus et al.

(10) Patent No.: **US 6,952,801 B2**
(45) Date of Patent: **Oct. 4, 2005**

(54) **BOOK ASSEMBLY PROCESS AND APPARATUS FOR VARIABLE IMAGING SYSTEM**

(75) Inventors: **James L. Warmus**, LaGrange, IL (US); **Mark G. Dreyer**, Aurora, IL (US); **J. Thomas Shively**, Hinsdale, IL (US)

(73) Assignee: **R.R. Donnelley**, Chicago, IL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl No.: 09/852,581

(22) Filed: **May 10, 2001**

(65) **Prior Publication Data**

US 2001/0051964 A1 Dec. 13, 2001

**Related U.S. Application Data**

(60) Division of application No. 08/802,337. filed on Feb. 11, 1997, and a continuation-in-part of application No 08/627,724, filed on Apr 2, 1996, now Pat No. 5,857,209, which is a continuation-in-part of application No 08/478,397, filed on Jun 7, 1995.

(51) Int. Cl.[7] .................................. G06F 17/00
(52) U.S. Cl. ................. 715/525; 715/530
(58) Field of Search ............... 715/525, 530, 715/500, 517, 522, 523; 707/500, 517, 522, 523, 530

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,549,055 A | 12/1970 | Gatland | 222/182 |
| 3,582,621 A | 6/1971 | Lawler | 235/151.1 |
| 3,608,888 A | 9/1971 | McCain | 270/54 |

(Continued)

FOREIGN PATENT DOCUMENTS

| CA | 2 210 405 | 7/1996 | 3/12 |

| EP | 0 119 720 | 9/1984 |
| EP | 0 602 547 | 6/1994 |
| EP | 0 703 524 A1 | 3/1996 |
| EP | 0 703 524 B1 | 1/1997 |
| JP | 8115178 | 5/1996 |
| WO | WO 86/04703 | 8/1986 |
| WO | WO 95 07510 | 3/1995 |
| WO | WO 96/22573 | 7/1996 |

OTHER PUBLICATIONS

"Enhanced Technique for Merging Data From a Second Document" IBM Technical Disclosure Bulletin, vol. 30 No 5, IBM Corp, pp. 184–188 (10/87)

PODi, "Frequently Asked Questions about PPML The Personalized Markup Language" PPML Frequently Asked Questions (Dec 12, 2000) (3 pages)

"Improved Technique for Printing Multi–copy Documents" IBM Technical Disclosure Bulletin, vol 29 No 1, IBM Corp, pp. 406–407 (6/86)

"Indigo E–Print in 3 places–and in Spindler Speech" Seybold San Francisco, p 34 (Oct 23, 1995)

"Method for Joining Documents for Printing in a Personal Computer System" IBM Technical Disclosure Bulletin, vol 29 No 7, IBM Corp, pp. 3090–3091 (12/86)

"Xeikon Personalizes with Private–I" Seybold Special Report, vol 4 No 2, p 3, (Oct 23, 1995)

(Continued)

*Primary Examiner*—Sanjiv Shah
(74) *Attorney, Agent, or Firm*—Hanley, Flight & Zimmerman, LLC

(57) **ABSTRACT**

The present invention is useful for assembling a book The inventive method includes the steps of specifying pagination information including an indication of whether a page is to be selectively included in the book, determining whether the page is to be assembled into the book based on the pagination information, and generating page description language instructions for production of the book in accordance with the pagination information

**25 Claims, 40 Drawing Sheets**



US 6,952,801 B2

Page 2

### U S PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,774,758 A | 11/1973 | Sternberg | | 209/111.7 |
| 3,774,901 A | 11/1973 | McCain et al | | 270/54 |
| 3,809,385 A | 5/1974 | Rana | | 270/54 |
| 3,819,173 A | 6/1974 | Anderson et al | | 270/54 |
| 3,872,460 A | 3/1975 | Fredrickson et al | | 340/324 AD |
| 3,891,492 A | 6/1975 | Watson | | 156/351 |
| 3,892,427 A | 7/1975 | Kraynak et al | | 281/15 R |
| 3,899,165 A | 8/1975 | Abram et al | | 270/54 |
| 3,932,744 A | 1/1976 | Anderson | | 250/203 |
| 3,953,017 A | 4/1976 | Wise | | 270/54 |
| 3,982,744 A | 9/1976 | Kraynak et al | | 270/12 |
| 4,022,455 A | 5/1977 | Newsome et al | | 270/54 |
| 4,085,455 A | 4/1978 | Okumura | | 365/112 |
| 4,095,780 A | 6/1978 | Gaspar et al | | 270/73 |
| 4,117,975 A | 10/1978 | Gunn | | 235/494 |
| 4,121,818 A | 10/1978 | Riley et al | | 270/54 |
| 4,168,776 A | 9/1979 | Hoeboer | | 198/797 |
| 4,168,828 A | 9/1979 | McLear | | 270/54 |
| 4,247,008 A | 1/1981 | Dobbs | | 209/569 |
| 4,338,768 A | 7/1982 | Ballestrazzi et al | | 53/495 |
| 4,345,276 A | 8/1982 | Colomb | | 358/258 |
| 4,346,446 A | 8/1982 | Erbstein et al | | 364/551 |
| 4,395,031 A | 7/1983 | Gruber et al | | 270/54 |
| 4,413,724 A | 11/1983 | Fellner | | 198/594 |
| 4,417,630 A | 11/1983 | Weber et al | | 177/1 |
| 4,426,072 A | 1/1984 | Cole et al | | 270/53 |
| 4,482,142 A | 11/1984 | McCain et al | | 270/54 |
| 4,483,526 A | 11/1984 | Bulka et al | | 270/54 |
| 4,484,733 A | 11/1984 | Loos et al | | 270/54 |
| 4,495,582 A | 1/1985 | Dessert et al | | 364/469 |
| 4,499,545 A | 2/1985 | Daniels et al | | 364/464 |
| 4,500,083 A | 2/1985 | Wong | | 270/54 |
| 4,516,209 A | 5/1985 | Scribner | | 364/466 |
| 4,517,637 A | 5/1985 | Cassell | | 364/138 |
| 4,519,504 A | 5/1985 | McCain et al | | 270/53 |
| 4,520,454 A | 5/1985 | Dufour et al | | 364/900 |
| 4,536,176 A | 8/1985 | Gaspar | | 493/365 |
| 4,537,342 A | 8/1985 | McCain et al | | 227/78 |
| 4,552,349 A | 11/1985 | Loos et al | | 270/54 |
| 4,554,044 A | 11/1985 | Gaspar et al | | 156/510 |
| 4,556,595 A | 12/1985 | Ochi | | 428/143 |
| 4,567,988 A | 2/1986 | Weibel | | 209/564 |
| 4,601,003 A | 7/1986 | Yoneyama et al | | 364/518 |
| 4,601,394 A | 7/1986 | Hutner | | 209/3 3 |
| 4,616,327 A | 10/1986 | Rosewarne et al | | 364/518 |
| 4,639,873 A | 1/1987 | Baggarly et al | | 364/466 |
| 4,665,555 A | 5/1987 | Alker et al | | 382/41 |
| 4,672,462 A | 6/1987 | Yamada | | 358/280 |
| 4,674,052 A | 6/1987 | Wong et al | | 364/466 |
| 4,677,571 A | 6/1987 | Riseman et al | | 364/519 |
| 4,710,886 A | 12/1987 | Heath | | 364/519 |
| 4,718,784 A | 1/1988 | Drisko | | 400/68 |
| 4,723,209 A | 2/1988 | Hernandez et al | | 364/519 |
| 4,727,402 A | 2/1988 | Smith | | 355/14 |
| 4,729,037 A | 3/1988 | Doelves | | 358/299 |
| 4,734,865 A | 3/1988 | Scullion et al | | 364/478 |
| RE32,690 E | 6/1988 | Wong | | 270/54 |
| 4,768,766 A | 9/1988 | Berger et al | | 270/58 |
| 4,789,147 A | 12/1988 | Berger et al | | 270/1.1 |
| 4,800,505 A | 1/1989 | Axelrod et al | | 364/478 |
| 4,800,506 A | 1/1989 | Axelrod et al | | 364/478 |
| 4,800,510 A | 1/1989 | Vinberg et al | | 364/521 |
| 4,827,315 A | 5/1989 | Wolfberg et al | | 346/160 |
| 4,835,570 A | 5/1989 | Robson | | 346/160 |
| 4,866,628 A | 9/1989 | Natarajan | | 364/468 |
| 4,887,128 A | 12/1989 | Jamali et al | | 355/202 |
| 4,900,001 A | 2/1990 | Lapeyre | | 270/1.1 |
| 4,903,139 A | 2/1990 | Minter | | 358/296 |
| 4,908,768 A | 3/1990 | Gelfer et al | | 364/464.03 |
| 4,910,612 A | 3/1990 | Yamazaki | | 358/496 |
| 4,928,243 A | 5/1990 | Hodges et al | | 364/519 |
| 4,928,252 A | 5/1990 | Gabbe et al | | 364/519 |
| 4,930,077 A | 5/1990 | Fan | | 364/419 |
| 4,933,880 A | 6/1990 | Borgendale et al | | 210/187 |
| 4,937,761 A | 6/1990 | Hassett | | 364/518 |
| 4,948,109 A | 8/1990 | Petersen | | 270/1 1 |
| 4,949,272 A | 8/1990 | Vanourek et al | | 364/464 02 |
| 4,968,993 A | 11/1990 | Wolfberg et al | | 346/160 |
| 4,974,171 A | 11/1990 | Yeh et al | | 364/519 |
| 4,984,948 A | 1/1991 | Lindsay et al | | 412/1 |
| 5,001,500 A | 3/1991 | Wolfberg et al | | 346/160 |
| 5,005,124 A | 4/1991 | Connell et al | | 364/401 |
| 5,021,975 A | 6/1991 | Yamanashi | | 364/519 |
| 5,025,396 A | 6/1991 | Parks et al | | 364/478 |
| 5,027,279 A | 6/1991 | Gottlieb et al | | 364/478 |
| 5,028,192 A | 7/1991 | Lindsay et al | | 412/1 |
| 5,031,891 A | 7/1991 | Kobler et al | | 270/54 |
| 5,033,009 A | 7/1991 | Dubnoff | | 364/523 |
| 5,039,075 A | 8/1991 | Mayer | | 270/1 1 |
| 5,043,749 A | 8/1991 | Punater et al | | 346/153.1 |
| 5,053,955 A | 10/1991 | Peach et al | | 364/401 |
| 5,054,984 A | 10/1991 | Chan et al | | 412/1 |
| 5,056,767 A | 10/1991 | Emigh et al | | 270/58 |
| 5,060,165 A | 10/1991 | Schumacher et al | | 364/478 |
| 5,067,024 A | 11/1991 | Anzai | | 358/296 |
| 5,068,797 A | 11/1991 | Sansone et al | | 364/478 |
| 5,072,397 A | 12/1991 | Barns-Slavin et al | | 364/464.02 |
| 5,072,401 A | 12/1991 | Sansone et al | | 364/478 |
| 5,077,694 A | 12/1991 | Sansone et al | | 395/600 |
| 5,085,470 A | 2/1992 | Peach et al | | 283/58 |
| 5,098,076 A | 3/1992 | Kelsey | | 270/54 |
| 5,102,110 A | 4/1992 | Reynolds | | 270/1.1 |
| 5,103,490 A | 4/1992 | McMillin | | 382/62 |
| 5,105,283 A | 4/1992 | Forest et al | | 358/401 |
| 5,112,179 A | 5/1992 | Chan et al | | 412/1 |
| 5,114,128 A | 5/1992 | Harris, Jr et al | | 270/11 |
| 5,114,291 A | 5/1992 | Hefty | | 412/8 |
| 5,119,306 A | 6/1992 | Metelits et al | | 364/464 02 |
| 5,133,051 A | 7/1992 | Handley | | 395/148 |
| 5,134,669 A | 7/1992 | Keogh et al | | 382/61 |
| 5,136,316 A | 8/1992 | Punater et al | | 346/153.1 |
| 5,142,482 A | 8/1992 | Sansone | | 364/478 |
| 5,142,618 A | 8/1992 | Fujiwara et al. | | 395/146 |
| 5,142,667 A | 8/1992 | Dimperio et al | | 395/115 |
| 5,143,362 A | 9/1992 | Doane et al | | 270/1 1 |
| 5,144,562 A | 9/1992 | Stikkelorum et al | | 364/478 |
| 5,157,765 A | 10/1992 | Birk et al | | 395/165 |
| 5,175,679 A | 12/1992 | Allen et al | | 364/148 |
| 5,177,877 A | 1/1993 | Duchesne et al | | 34/51 |
| 5,178,063 A | 1/1993 | Wolfberg et al | | 101/76 |
| 5,194,899 A | 3/1993 | Buchanan | | 355/244 |
| 5,200,903 A | 4/1993 | Gilham | | 364/464 02 |
| 5,202,206 A | 4/1993 | Tam | | 430/41 |
| 5,210,824 A | 5/1993 | Putz et al | | 395/145 |
| 5,220,420 A | 6/1993 | Hoarty et al | | 358/86 |
| 5,220,674 A | 6/1993 | Morgan et al | | 395/800 |
| 5,220,770 A | 6/1993 | Szewczyk et al | | 53/493 |
| 5,229,932 A | 7/1993 | Connell et al | | 364/401 |
| 5,238,345 A | 8/1993 | D'Andrea | | 412/4 |
| 5,245,701 A | 9/1993 | Matsumoto | | 395/129 |
| 5,257,196 A | 10/1993 | Sansone | | 364/464.02 |
| 5,267,155 A | 11/1993 | Buchanan et al | | 364/419 14 |
| 5,267,821 A | 12/1993 | Bodart et al. | | 412/11 |
| 5,271,065 A | 12/1993 | Rourke et al | | 382/1 |
| 5,274,567 A | 12/1993 | Kallin et al | | 364/478 |
| 5,274,757 A | 12/1993 | Miyoshi et al | | 395/146 |
| 5,280,895 A | 1/1994 | Meier | | 270/58 |
| 5,287,976 A * | 2/1994 | Mayer et al | | 209/547 |
| 5,289,569 A | 2/1994 | Taniguchi | | 395/145 |
| 5,291,243 A | 2/1994 | Heckman et al | | 355/201 |
| 5,293,310 A | 3/1994 | Carroll et al | | 364/408 |

US 6,952,801 B2

Page 3

| | | | |
|---|---|---|---|
| 5,295,236 A | 3/1994 | Bjorge et al | 395/134 |
| 5,299,310 A | 3/1994 | Motoyama | 395/165 |
| 5,301,036 A | 4/1994 | Barrett et al | 358-448 |
| 5,303,334 A | 4/1994 | Snyder et al | 395/109 |
| 5,313,564 A | 5/1994 | Kafri et al | 395/101 |
| 5,313,578 A | 5/1994 | Handorf | 395/200 |
| 5,319,745 A | 6/1994 | Vinsonneau et al | 395/144 |
| 5,321,604 A | 6/1994 | Peach et al | 364/401 |
| 5,326,209 A | 7/1994 | Duke | 412/1 |
| 5,333,246 A | 7/1994 | Nagasaka | 395/133 |
| 5,337,246 A | 8/1994 | Carroll et al | 364/464 02 |
| 5,337,258 A | 8/1994 | Dennis | 364/551 01 |
| 5,346,196 A * | 9/1994 | Nussbaum et al | 270/52 14 |
| 5,349,648 A | 9/1994 | Handley | 395/148 |
| 5,353,222 A | 10/1994 | Takise et al | 364/419 17 |
| 5,353,388 A | 10/1994 | Motoyama | 395/117 |
| 5,359,423 A | 10/1994 | Loce | 358/296 |
| 5,359,432 A | 10/1994 | Peltzer et al | 358/452 |
| 5,377,120 A | 12/1994 | Humes et al | 364/478 |
| 5,379,368 A | 1/1995 | Imai et al | 395/117 |
| 5,379,373 A | 1/1995 | Hayashi et al | 395/148 |
| 5,381,523 A | 1/1995 | Hayashi | 395/115 |
| 5,383,129 A | 1/1995 | Farrell | 364/464 01 |
| 5,384,886 A | 1/1995 | Rourke | 395/147 |
| 5,390,354 A * | 2/1995 | de Heus et al | 707/517 |
| 5,396,321 A | 3/1995 | McFarland et al | 355/313 |
| 5,398,389 A | 3/1995 | Terada et al | 382/1 |
| 5,400,263 A | 3/1995 | Rohrbaugh et al | 364/490 |
| 5,412,566 A | 5/1995 | Sawa | 364/419 14 |
| 5,414,809 A | 5/1995 | Hogan et al | 395/155 |
| 5,419,541 A | 5/1995 | Stevens | 270/54 |
| 5,422,992 A | 6/1995 | Motoyama et al | 345/437 |
| 5,442,561 A | 8/1995 | Yoshizawa et al | 364/468 |
| 5,442,737 A | 8/1995 | Smith | 395/135 |
| 5,444,630 A | 8/1995 | Dlugos | 364/464 02 |
| 5,446,653 A | 8/1995 | Miller et al | 364/401 |
| 5,446,667 A | 8/1995 | Oh et al | 364/464 02 |
| 5,455,945 A | 10/1995 | VanderDrift | 395/600 |
| 5,459,819 A | 10/1995 | Watkins et al | 395/117 |
| 5,459,826 A | 10/1995 | Archibald | 395/147 |
| 5,461,708 A | 10/1995 | Kahn | 395/140 |
| 5,465,213 A | 11/1995 | Ross | 219/213 |
| 5,473,741 A | 12/1995 | Neufelder | 707/516 |
| 5,483,624 A | 1/1996 | Christopher et al | 395/117 |
| 5,493,490 A | 2/1996 | Johnson | 364/401 |
| 5,500,928 A | 3/1996 | Cook et al | 395/133 |
| 5,502,636 A | 3/1996 | Clarke | 364/401 |
| 5,502,804 A | 3/1996 | Butterfield et al | 395/147 |
| 5,505,697 A | 4/1996 | McKinnon, Jr et al | 604/71 |
| 5,506,697 A | 4/1996 | Li et al | 358/448 |
| 5,517,605 A | 5/1996 | Wolf | 395/155 |
| 5,519,624 A | 5/1996 | Hidding | 364/478 |
| 5,523,942 A | 6/1996 | Tyler et al | 364/401 |
| 5,530,852 A | 6/1996 | Meske, Jr et al | 395/600 |
| 5,535,677 A * | 7/1996 | Fannin et al | 101/486 |
| 5,546,517 A | 8/1996 | Marks et al | 395/145 |
| 5,552,994 A | 9/1996 | Cannon et al | 364/468 01 |
| 5,553,212 A | 9/1996 | Etoh et al | 395/140 |
| 5,553,258 A | 9/1996 | Godiwala et al | 395/403 |
| 5,555,094 A | 9/1996 | Lefebvre et al | 358/298 |
| 5,557,722 A | 9/1996 | DeRose et al | 395/148 |
| 5,587,799 A | 12/1996 | Kawamura et al | 358/296 |
| 5,592,683 A | 1/1997 | Chen et al | 395/872 |
| 5,594,860 A | 1/1997 | Gauthier | 395/501 |
| 5,594,910 A | 1/1997 | Filepp et al | 395/800 |
| 5,625,766 A | 4/1997 | Kauffman | 395/135 |
| 5,630,028 A | 5/1997 | DeMeo | 395/110 |
| 5,634,091 A | 5/1997 | Sands et al | 395/117 |
| 5,669,005 A | 9/1997 | Curbow et al | 395/777 |
| 5,671,345 A | 9/1997 | Lhotak | 395/133 |
| 5,710,635 A | 1/1998 | Webster et al | 358/296 |
| 5,729,665 A | 3/1998 | Gauthier | 395/117 |
| 5,740,338 A | 4/1998 | Gauthier et al | 395/116 |
| 5,745,121 A | 4/1998 | Politis | 345/433 |
| 5,760,914 A | 6/1998 | Gauthier et al | 358/298 |
| 5,765,874 A | 6/1998 | Chanenson et al | 283/67 |
| 5,793,946 A | 8/1998 | Gauthier et al | 395/183 01 |
| 5,796,930 A | 8/1998 | Gauthier et al | 395/116 |
| 5,809,218 A | 9/1998 | Kastenholz et al | 395/115 |
| 5,832,531 A * | 11/1998 | Ayers | 707/500 |
| 5,833,375 A | 11/1998 | Gauthier et al | 400/82 |
| 5,845,302 A | 12/1998 | Cyman, Jr et al | 707/517 |
| 5,857,209 A | 1/1999 | Shively | 707/500 |
| 5,870,766 A | 2/1999 | Shively | 707/500 |
| 5,907,836 A * | 5/1999 | Sumita et al | 707/2 |
| 5,924,092 A | 7/1999 | Johnson | 707/7 |
| 5,937,153 A | 8/1999 | Gauthier | 395/117 |
| 5,960,164 A | 9/1999 | Dorfman et al | 395/110 |
| 5,963,968 A | 10/1999 | Warmus et al | 707/517 |
| 5,987,461 A | 11/1999 | Dreyer et al | 707/7 |
| 5,995,724 A | 11/1999 | Mikkelsen et al | 395/115 |
| 6,027,195 A | 2/2000 | Gauthier et al | 347/5 |
| 6,064,397 A | 5/2000 | Herregods et al | 345/435 |
| 6,088,710 A | 7/2000 | Dreyer et al | 707/517 |
| 6,145,946 A | 11/2000 | Gauthier et al | 347/5 |
| 6,175,846 B1 | 1/2001 | Shively | 707/530 |
| 6,205,452 B1 | 3/2001 | Warmus et al. | 707/500 |
| 6,209,010 B1 | 3/2001 | Gauthier et al | 707/526 |
| 6,243,172 B1 | 6/2001 | Gauthier et al | 358/1 18 |
| 6,246,993 B1 | 6/2001 | Dreyer et al | 705/9 |
| 6,290,406 B1 | 9/2001 | Gauthier et al | 400/76 |
| 6,310,695 B1 | 10/2001 | Gauthier et al | 358/1 5 |
| 6,327,599 B1 | 12/2001 | Warmus et al | 715/517 |
| 6,332,149 B1 | 12/2001 | Warmus et al | 715/517 |
| 6,381,028 B1 | 4/2002 | Gauthier | 358/1.11 |
| 6,446,100 B1 | 9/2002 | Warmus et al | 707/517 |
| 6,487,568 B1 | 11/2002 | Gauthier et al | 707/526 |
| 6,509,325 B2 | 7/2003 | Gauthier et al | 715/526 |
| 6,687,016 B2 | 2/2004 | Gauthier | 358/1 11 |
| 2002/0122205 A1 | 9/2002 | Gauthier | 358/1 15 |

OTHER PUBLICATIONS

"Redefining the Printed Page," Varis Corporation, Mason, OH, vol 4 (Oct 2, 1997)

"Variable Printing with Indigo" Seybold Special Report, vol 3, No. 8 pp , 63–64, (Apr 21, 1995)

Kaufeld "Pradox 5 for Windows for Dummies," (1994)

Mizuno et al , 'Document Recognition System with Layout Structure Generator,' NEC Research and Development, vol 32, No 3, Tokyo, Japan (pp 430–437) (1991)

Rousseau et al , "Writing Documents for Paper and WWW; A Strategy based on FrameMarker and WebMaker," Computer Networks and ISDN Systems, vol 27 (pp 205–214) (XP 000571730) (1994)

Simoudis, Evangelos "Reality Check for Data Mining," IEEE Expert (pp 26–33) (1996)

ULTIMATE Technographics, Inc Manual, "Poststrip, " 1989

G Dieckmann, "Press Imposition of IBM 4250, General Information," R.R Donnelley & Sons Company, Crawfordsville Manufacturing Division, Department CHT, Feb 21, 1989

Alpha Four, New Version 3, "True Relational Database Power Without Programming, Reference Manual," Alpha Software Corporation, Lesson 20: Using Sets and Lesson 22: Advanced Sets: One-to-Many Sets, 1993

H Sharples, "Software Automates Impositions; Prepress Imaging," vol 65, No 9, p 67, Graphic Arts Monthly (Sep , 1993)

RRD252034

US 6,952,801 B2

Page 4

"Linotype–Hell's Herkules: Fast, Versatile Drum Imager to Head IPEX lineup; Product Announcement," vol 23, No 1, p 3, The Seybold Report on Publishing Systems (Sep 1, 1993)

"Aldus to Offer Presswise 2 0 Imposition Software for Large–Format Presses," PR Newswire (Sep 7, 1993)

P Dyson, "Computer to Plate: Now There's a Market; Direct–to–Plate Production Now Feasible; includes related article on the Eskofot Escosan 2540 for boards and films," vol 23, No 4, p 3, The Seybold Report on Publishing Systems (Oct 11, 1993)

"Imposition Cuts Stripping Time; Electronic Imposing System; Prepress Imaging," vol 65, No 11, p 84, Graphic Arts Monthly (Nov 1993)

S Edwards et al., "IFRA '93 Review: An Industry Riding the Crest of a Slump; IFRA European Newspaper Equipment Exhibition; includes related article on trade show rumors," vol 23. No 6, p 3, The Seybold Report on Publishing Systems (Nov 8, 1993)

H. Sharples. "Electronic Imposition: Moving Forward." vol 66. No 2, p 53, Graphic Arts Monthly (Feb , 1994)

Barco Graphics brochure, "RIP and Electronic Collation System for Xeikon DCP–1 Digital Printing Press." Feb 2, 1994, with Addendum 1

"Finding the Right Niches for Electronic Printing," The Seybold Report on Desktop Publishing, Mar 7, 1994, pp 12–18

"Aldus Prepress Division Ships Presswise 2 0 for the Apple MacIntosh," PR Newswire (Mar 22. 1994)

"Press Imposition Software; Seybold Special Report: Seybold Seminars Boston '94, Part 1; Product Announcement," vol 23, No 15, p S74, The Seybold Report on Publishing Systems (Apr 22, 1994)

"High–Resolution Output; includes related articles on how to obtain a Hyphen print sample and naming a new screening technology; Seybold Special Report: Seybold Seminars Boston '94, part 1," vol 23, No. 15, p S47, The Seybold Report on Publishing Systems (Apr 22, 1994)

P Hilts, "Donnelley's Digital Production Vision; R R Donnelley and Sons invited book publishers to come to Crawfordsville to see the future of printing," vol 241, No 34, p 24, Publishers Weekly (Aug 22, 1994)

"Design Your Forms, Power with Room to Grow: Xbasic™," advertisement, DBMS Magazine (Sep , 1994)

Xeikon announcement, "Xeikon announces new RIP for the DCP–1 digital color press" (Sep 13, 1994)

A Karsh, "Scitex's SGAUA Review: Savanna, GTO–DI Interface, Whisper Upgrade; Scitex Graphic Arts User Association, Scitex Savanna Typesetting System, Press Interface for GTO–DI, Autoflat Image Processing Software, MacCSS Connection Peripheral Server," vol 24, No 2, p 11, The Seybold Report on Publishing Systems (Sep 19, 1994)

"Color Shop Goes Electronic; Color Tech Corp ," vol 66, No 10. p 90. Graphic Arts Monthly (Oct , 1994)

"Xerox and Scenicsoft Bring New Flexibility to Prepress Work With Postscript Files," vol 7, No 10, Worldwide Videotex (Oct , 1994)

"High–Resolution Output Devices; Seybold Special Report: Seybold San Francisco '94, Part 1; Product Announcement," vol 24, No 3, p S32, The Seybold Report on Publishing Systems (Oct 26, 1994)

"Output Servers; Seybold Special Report: Seybold San Francisco '94. part 2, Product Announcement," vol 24, No 3, p T13, The Seybold Report on Publishing Systems (Oct 26, 1994)

"CTP Field Gets a New Entry; Linotype–Hell's Computer–to–Plate System, Gutenberg," vol 66, No 11, p 102, Graphic Arts Monthly (Nov , 1994)

European Search Report dated Jul 22, 1999

Seybold Report on Publishing Systems, vol 25, No 22, ISSN: 0736–7260, Aug 26, 1996.

"Variable Postscript and the Coming of Age of Electronic Print–for–Profit," Print on Demand Business, May/Jun 1996, pp 64–67

"Variable–Data Printing Comes of Age: Capabilities & Market Demand Converge," Seybold Report to Publishing Systems, vol 27, No 2, Sep 15, 1997, pp 3–24

"Indigo Variable Data Solution Evaluation," Interoffice Memorandum from R R Donnelley & Sons Company dated Jul 26. 1995 (portions redacted)

AGFA Internet Website: "Chromapress Software" (Oct 30, 1998), URL: www agfahome com/products/printing/software html

AGFA Internet Website: "Digital Color Printing System: Personalizer–X v2 0, Variable Data Software for Chromapress" (Oct. 30, 1998), URL: www agfahome com/products/printing/software/personalizerx html

Atlas Internet Website: "PrintShop Mail" (Oct 30, 1998). URL: www atlassoftware n1/products/psmail/psmail html

Atlas Internet Website: "Atlas Software Products" (Oct 30, 1998), URL: www atlassoftware n1/products/products html

BARCO Graphics Internet Website: "Variable Information Printing" (Oct 29, 1998), URL: www barco com/graphics/systems/vip/viphome htm

BARCO Graphics Internet Website: "BARCO Graphics VIP concept gives digital printing its true original dimension," URL: www barco com/graphics/press/pr178ife htm (Oct 29, 1998)

BARCO Graphics Internet Website: "BARCO Graphics wins Seybold Award for variable data," URL: www barco com/graphics/press/pr162ice htm (Oct 29, 1998)

BARCO Graphics Internet Website: "VIPDesigner Technical Specifications" (Oct. 29, 1998), URL: www barco com/graphics/data/vipdesigf htm

BITSTREAM Internet Website: "Application Products: PageFlex™" (Oct 29, 1998), URL: www bitstream com/products/application/pageflex/index html

Colorage/Splash Internet Website: "Splash Technology, About Our Company," URL: www colorage com/company/about html (Oct 30, 1998)

Colorage/Splash Internet Website: "Splash Launches Docu-Press Series of Servers for Xerox Midrange Digital Color Copiers" (Oct 30, 1998), URL: www colorage com/company/press98/9803Mar2 html

Document Sciences Corporation Internet Website: "Document Sciences Corporation", URL: www xerox com/alliance/psg/docsci htm (Oct 31, 1998)

Document Sciences Corporation Internet Website: "Products and Solutions," URL: www docscience com/product htm (Oct 31, 1998)

Document Sciences Corporation Internet Website: "Tomorrow's Technology is Today's Reality," URL: www docuscience com/products/compuset htm (Oct 31, 1998)

RRD252035

US 6,952,801 B2

Page 5

DPS Internet Website: "DataBase Publishing Software. About DPS" (Oct 31, 1998) URI : www databasepub com/about html

DPS Internet Website: "Expert Publisher: Intelligent Automation" (Oct 31, 1998), URL: www.databasepub com/new-pub.html

DPS Internet Website, URL: www.databasepub com/bottom html (Oct 31, 1998)

DPS Internet Website: "Applications," URI : www.databasepub com/left html (Oct 31, 1998)

DPS Internet Website: "Catalog Genie Grants Wishes" (Oct 31, 1998), URL: www databasepub com/catsoftware html

DPS Internet Website: "DPS Introduces DataMerge" (Oct 31, 1998), URL: www.databasepubl com/genie html

DPS Internet Website: "DPS Introduces New Release of Catalog Genie" (Oct 31, 1998), URL: www databasepub com/genie2 html

Elixir Internet Website: "Xerox to Distribute and Support Elixir's Opus (R) Worldwide," URL: www elixirnt elixir com/nwsevnt (Oct 31, 1998)

Elixir Internet Website: "Elixir Products" (Oct 31, 1998). URL: www elixir com/Products/products htm

Elixir Internet Website: "Opus," URL: www elixir com/Products/opus htm (Oct 31, 1998)

Elixir Internet Website: "DataMerge," URL: www elixir com/Products/dmerge htm (Oct 31, 1998)

Elixir Internet Website: "AppBuilder for AFP," URL: www elixir com/Products/appafp htm (Oct 31, 1998)

Elixir Internet Website: "AppBuilder for VIPP" (Oct 31, 1998), URL:www elixir com/Products appvipp htm

Em Software Internet Website: "Welcome to Em Software on the Web!" (Oct 31, 1998), URL: www emsoftware com/

Em Software Internet Website: "Em Software—Products" (Oct 31, 1998). URL: www emsoftware com/products html

Group 1 Software Internet Website: "Group 1 Software: EZ-LETTER" (Oct 31, 1998), URL: www group1software com/products/ds asp

Indigo Internet Website: "Yours Truly Software" (Oct 29, 1998), URL: www indigonet com/yours_truly htm

Meadows Information Systems Internet Website: "About Meadows Information Systems, Inc", URL: www meadowsinfo com/mishtml/meadows htm (Oct 27, 1998)

Meadows Information Systems Internet Website: "Auto-Price XTension to QuarkXPress by Meadows Information Systems", URL: www meadowsinfo com/mishtml/autopric htm (Oct 27, 1998)

Meadows Information Systems Internet Website: "Data-Merge XTension to QuarkXPress by Meadows Information Systems", URL: www meadowsinfo com/mishtml/datamerg htm (Oct 27, 1998)

Meadows Information Systems Internet Website: "Group Picture XTension to QuarkXPress by Meadows Information Systems" (Oct 27, 1998). URL: www meadowsinfo com mishtml/grouppic htm

Scitex Internet Website: "Scitex Darwin Desktop 2 0 is Now Shipping," URL: www scitex com/press/english/darwin2 htm (Oct 29, 1998)

T/R Systems Internet Website: "About T/R Systems" (Nov 2, 1998), URL: www trsystems com/tr docs/About htm

Varis Corporation Internet Website: "Varis Corporation and Scitex Digital Printing Announce World Wide Co-Marketing Agreement for High Speed Variable PostScript Printing," URL: www variscorp com/ns/ns sci html#pr (Nov 2, 1998)

Varis Corporation Internet Website: "Redefining the process VariScript Software," URI : www variscorp com/pro/text html (Nov 2, 1998)

Varis Corporation Internet Website: "Varis Corporation Unveils Unprecedented Products for Variable Print–On–Demand Market," URL: www variscorp com/ns/ns.pro.html#pr (Nov. 2, 1998)

BARCO Graphics/IBM brochure: "BARCO VIPDesigner Software for the IBM InfoColor 70 Printer" (1998)

Colorbus Advertisement: "There's One in Every Family," DocuWorld, Issue 1, vol 2, p. 2 (1998)

DocuWorld Product Watch: "Authoring Tool for Variable Information Jobs," DocuWorld, Issue 1, vol 2, p 72 (1998).

Drennan, Bill, et al , "Xerox offers programming language," The Seybold Report on Publishing Systems, vol 27, No 7, p 9 (Dec 1997)

Eldad, Gefen, "Getting Personal, Printing your first personalized job may be easier than you think". DocuWorld Issue 1, vol 2, p 42 (1998)

Group 1 Software Advertisement: "DOC1 Delivers What You Want, When You Need It," DocuWorld, Issue 1, vol 2, p 23 (1998)

Indigo Brochure: "Indigo Yours Truly Personalization—Profitability" (1997)

Scitex/Xerox Advertisement: "Xerox and Scitex Bring You the Magic of Professional Color," DocuWorld, Issue 1, vol 2, p 39 (1998)

Scitex brochure: "Scitex Xerox Success Stories: CAD Graphics, Chicago, Illinois" (7/98)

Scitex brochure: "Scitex Xerox Success Stories: DW Graphics, Stockton, CA" (7/98).

Xerox brochure: "think color: Xerox DocuColor 70" (1998)

Xerox brochure: "New Generation Fiery Technology for the Xerox DocuColor 70 Digital Color Press: Fiery ZX–70" (1998)

Xerox brochure: World-class prepress performance for the Xerox DocuColor 70 Digital Color Press: Scitex SX3000T (1998)

Xerox brochure: "Xerox VIPP—the fastest, most reliable method to reach your customers individually    all at the same time" (1998)

Xerox brochure: "BOOM!—The Explosion is in Short–run Digital Color Printing" (1998)

"Agfa's CR–A RIP varies data," Seybold Special Report, vol 3, No 2 (Oct 10, 1994)

"Agfa poised to enter short–run color market (Chromapress electrophotographic digital press system)," MacWeek, p 18 (Oct 31, 1994)

"Agfa Holds Expo, US Launch of ChromaPress Digital Printing," Newsbytes News Network (Nov 4, 1994)

"The Latest Word," The Seybold Report on Publishing Systems, vol 24, No 6, (Nov 30, 1994)

"Agfa Expo: the medium is the message," The Seybold Report on Publishing Systems, p 17 (Nov 30, 1994)

"The Latest Word: Chromapress varies data," The Seybold Report on Publishing Systems, p 28 (Mar 13, 1995)

"The Latest Word," The Seybold Report on Publishing Systems, vol 24, No 13, pp 26–28 (Mar 13, 1995)

"Digital Color Printing in Japan: A Report from Early Users," The Seybold Report on Publishing Systems, vol 24, No 13, pp 13–19 (Mar 13, 1995)

"Indigo Expands Digital Press Line to Packaging; Enhances E–Print 1000," The Seybold Report on Publishing Systems, vol 24, No 13, pp 3–12 (Mar 13, 1995)

US 6,952,801 B2
Page 6

"Variable–data and custom printing," *Seybold Special Report,* vol 3, No 8, pp 63 and 64 (Apr 21. 1995)

"Moore announces new digital printing strategy," *Seybold Special Report,* vol 3, No. 8, p. 65 (Apr 21, 1995)

"Agfa Let RIP with Gemini," *M2 Presswire* (Apr 27, 1995)

"Company–by–Company Guide to the Show: Agfa–Gevaert," *The Seybold Report on Publishing Systems,* vol 24, No. 17, p 6 (May 1, 1995)

"Digital printers push customization," *The Seybold Report on Publishing Systems,* vol 24, No 19, pp 10 and 11 (Jun 12, 1995)

"Agfa 'distributes and prints,' adds new RIP," *The Seybold Report on Publishing Systems,* vol 24, No 20, pp 8–10 (Jun 26, 1995)

"Indigo System Developments: Indigo varies data, shows Mobius, Omnius," *The Seybold Report on Publishing Systems,* vol 24, No 20, pp 12–15 (Jun 26, 1995)

"Barco features PrintStreamer, TonerSaver," *Seybold Special Report,* vol 24, No 20, pp 16 (Jun 26, 1995)

"Short–Run Digital Color Printing," *Seybold Special Report,* vol 4, No 2, pp 33 and 34 (Oct. 23. 1995)

"T/R Systems set new price point for digital presses," *The Seybold Report on Publishing Systems,* p 35 (Oct 23. 1995)

"Color, Here and Now," *Printing Impressions,* p 28 (Nov 11, 1995)

"Digital presses eye the market of one," *Graphic Arts Monthly,* p. 42 (Apr 1, 1996)

"The 'On Demand' Show: Exciting Technology–But Is the Market Ready?," *The Seybold Report on Publishing Systems,* vol 25, No 16, pp 3, 5 and 6 (May 17, 1996)

"Indigo," *The Seybold Report on Publishing Systems,* vol 25, No 16, pp 5 and 6 (May 17, 1996).

"Personalization for Indigo Engines," *The Seybold Report on Publishing Systems,* vol 25, No 22, pp 9–13 (Aug 26, 1996)

"Variable Data on Digital Presses: Making Progress," *The Seybold Report on Publishing Systems,* vol 25, No 22, pp 3–8 (Aug. 26, 1996)

*How to Convert WordPerfect Merge Data,* last reviewed Dec 6, 2000. at http://support microsoft com/default aspx? scid=kb;en–us;211702 (pp 2–8)

*Continuous scanning Start right here,* Kodak digital science, 1999 (2 pages).

*Form 20–F,* Scitex SEC Report, 1997 (pp 1 and 13–16)

*Kodak,* The Seybold Report on Publishing Systems, Sep 9, 1996 (p 26)

*Output Devices and Systems,* The Seybold Report on Publishing Systems, last modified Apr 17, 1995, vol 24:16 (pp 1–4)

*New Desktop Software Provides Ink–Jet Link,* Graphic Arts Monthly, Aug 1994 (p 27)

*Scitex Digital Printing looks to Quark Xpress Demand Printing of Variable Data,* The Seybold Report on Publishing Systems, Jul 20. 1994, vol 23:20 (3 Pages)

*Kodak, Gamma–GraphX develop 600–dpi 1392,* The Seybold Report on Publishing Systems, Feb 21, 1994 (p 24)

Bob Neubauer, *Ink–jet gets Personal,* Print Impress, Jan 1993 (3 Pages)

*Revisions made easy,* American Printer, Apr. 1992 (4 Pages)

Kristin Nelson, *Merger mania Wordperfect mail merge,* Pennprintout, Feb 1992, vol 8:5 (pp 1–3)

*Kodak shows fast network printers,* The Seybold Report on Publishing Systems, Dec 6, 1991, vol 21:7 (pp 25–26)

Kodak drives 1392 online and from cartridge tape, The Seybold Report on Publishing Systems, Sep 5, 1988 (p 2)

*LED v. Laser,* Computer Data, Mar. 1987 (1 Page)

*LED Printing Bids for a Place in EDP/LED Arrays Challenge Laser Printing,* Canadian DataSystems. Dec 1986 (2 Pages)

B Lawler, "Some for the Books; Imposition; Hands On: Desktop Publishing; Tutorial," vol 10, No 9, p 121, MacUser, Sep, 1994 (pp 22–28)

Alexander, George A, "Custom Book Publishing and Book Printing on Demand," The Seybold Report on Publishing Systems, vol. 21, No 16, May 11, 1992 (pp 1 and 3–12)

Appelt, Wolfgang, "Existing Systems for Integrating Text and Graphics," Computer & Graphics, vol 11, No 4, (1987), (pp 369–375)

International Search Report dated Apr 13, 1999 (7 Pages)

"W3C Debuts Draft of RDF," The Bulletin: Seybold News & Views on Electronic Publishing, vol 3, No 1, Oct 8, 1997 (pp 1–6)

"Handling Variable Data," The Seybold Report on Publishing Systems, vol 26, No 20, Jul 21, 1997 (pp 1–8)

"Variable–Data Printing," The Seybold Report on Publishing Systems, vol 27, No 5, Nov 17, 1997 (pp 1–4)

"Graphic Arts Vendors," The Seybold Report on Publishing Systems, vol 27, No 17, May 29, 1998 (pp 1–7)

"Ipex '98 Preview: CTP, Digital Presses, CIP3, Proofing and More Come to UK," The Seybold Report on Publishing systems, vol 28, No 1, Sep 14, 1998 (pp 1–79)

* cited by examiner

RRD252037

**U.S. Patent**    Oct. 4, 2005    Sheet 1 of 40    US 6,952,801 B2



FIG. 1
PRIOR ART

www.freepatentsonline.com



FIG. 2



FIG. 3

RRD252040

**U.S. Patent**     Oct. 4, 2005     Sheet 4 of 40     US 6,952,801 B2



FIG. 4

www.freepatentsonline.com



www.freepatentsonline.com

RRD252042



FIG. 6a



FIG. 6b

www.freepatentsonline.com

RRD252043

Case 1:06-cv-00032-JJF    Document 178-9    Filed 08/06/2007    Page 14 of 31



FIG. 7a



FIG. 7b

www.freepatentsonline.com

RRD252044

Case 1:06-cv-00032-JJF    Document 178-9    Filed 08/06/2007    Page 15 of 31



FIG. 8a



FIG. 8b

RRD252045

Case 1:06-cv-00032-JJF    Document 178-9    Filed 08/06/2007    Page 16 of 31



**FIG. 9**

RRD252046



FIG. 10a

RRD252047



**FIG. 10b**



FIG. 10c



FIG. 10d

RRD252050



FIG. 10e



FIG. 10 f



PROMPT USER TO SPECIFY INFORMATION
TO CREATE PAGINATION FILE:
-MAX. #    PAGES
-LH/RH FILLER PAGE ID
FOR EACH PAGE, SPECIFY :
-FORCE LEFT, FORCE RIGHT OR NO FORCE
-FILLER PAGE I.D. FOR FORCED PAGE
-MASTER, ALWAYS VARIABLE OR SELECTIVELY VARIABLE    340

OPEN PRESS COMMAND FILE    342

SELECT DATABASE FILES,
PAGINATION FILE, PLACEHOLDERS
FILE AND BARCODE FILES    344

RETRIEVE RECORD IN
PRESS COMMAND FILE    346

DETERMINE WHICH
PAGES SHOULD
PRINT
(SEE FIG. 13)    348

DETERMINE WHETHER
PAGES ARE LEFT OR RIGHT
(SEE FIG. 14)    350

"PAD" PAGES INTO
MULTIPLES OF "N"
(SEE FIG. 15)    352

GENERATE POSTSCRIPT ®
INSTRUCTION SET    354

**FIG. 11**

RRD252053



FIG. 12

www.freepatentsonline.com

RRD252054

Case 1:06-cv-00032-JJF     Document 178-9     Filed 08/06/2007     Page 25 of 31



FIG. 13

RRD252055

Case 1:06-cv-00032-JJF    Document 178-9    Filed 08/06/2007    Page 26 of 31



**FIG. 14**

RRD252056

Case 1:06-cv-00032-JJF    Document 178-9    Filed 08/06/2007    Page 27 of 31



FIG. 15

RRD252057

Enter the page height and width of the imposed page or "flat". These will be used
as the setpagedevice parameters to the RIP.

Page Width  (Inches):    **17**    Page Height (Inches):    11

Imposition Style:    Get Tiff Style    ▼

Finishing Style:    In-Line Finishing    ▼    Four Pagers:    Stitch    ▼

Report Field:    NO SELECTION    ▼

Bar Code:    Bottom of Sheet    ▼    Page Numbers:    Page Numbers Off    ▼

Select:

[▓▓▓▓▓▓▓▓▓▓▓▓] Bar Code PS File

[▓▓▓▓▓▓▓▓▓▓▓▓] Bar Code Content File

[▓▓▓▓▓▓▓▓▓▓▓▓] VDF MAC:Desktop Folder:VDF Jobs:Longs Drugs:aloha.mm.vars

[▓▓▓▓▓▓▓▓▓▓▓▓] Pag PS File

[▓▓▓▓▓▓▓▓▓▓▓▓] BT Directory

Device Name:    Docuprint    Queue Name:    HBA

Master and Variable Storage Directory:

/var/spool/XRXnps/netqreq

[▓▓▓▓▓▓]    [▓▓▓▓▓▓]

FIG. 16



FIG. 17

RRD252059



FIG. 18



FIG. 19

www.freepatentsonline.com