# EXHIBIT E

# PART 2



FIG. 20

Case 1:06-cv-00032-JJF    Document 178-10    Filed 08/06/2007    Page 3 of 31



FIG. 21

RRD252063

Case 1:06-cv-00032-JJF    Document 178-10    Filed 08/06/2007    Page 4 of 31



FIG. 22

RRD252064



FIG. 23



FIG. 24



**FIG. 25**



PORTRAIT --> LANDSCAPE

**FIG. 26A**



LANDSCAPE --> PORTRAIT

**FIG. 26B**

RRD252068



FIG. 27



FIG. 28



FIG. 29



FIG. 30



**FIG. 31**



FIG. 32



FIG. 33

RRD252075



FIG. 34



FIG. 35

FIG. 36

FIG. 37

RRD252077

US 6,952,801 B2

1

## BOOK ASSEMBLY PROCESS AND APPARATUS FOR VARIABLE IMAGING SYSTEM

### RELATED APPLICATIONS

This application is a divisional of U S application Ser No 08/802,337, filed Feb 11, 1997, the disclosure of which is hereby incorporated by reference, and which, in turn, is a continuation-in-part of U S application Ser No 08/478, 397, filed Jun 7, 1995 and a continuation-in-part of U S application Ser No 08/627,724, filed Apr 2, 1996, now U S Pat No 5,857,209

### TECHNICAL FIELD

The present invention relates generally to reproduction methods and systems, and more particularly to a method of and system for selectively reproducing images

### BACKGROUND ART

Most printing systems in use today utilize printing plates or cylinders which are engraved or photochemically processed to create an image thereon Ink is then deposited on the plate or cylinder and the ink is thereafter transferred to a substrate, such as paper In a conventional printing press, a number of pages are printed on a sheet of paper to form a signature which is then folded and assembled with other signatures The assembled signatures are then bound, trimmed and finished by finishing apparatus to produce finished books, such as magazines, catalogs or any other printed and bound matter

Often, there is a need to produce different versions of books and/or customized books within a single press run. For example, it may be desirable to produce a number of standard books together with a number of books having additional and/or different signatures or pages therein Also, it may be necessary or desirable to provide customized information in the form of an address label, personalized information or the like on the inside or outside of finished books In either case, conventional printing systems are not easily adaptable to produce books of these types

A printing system which has the ability to produce differing book versions and/or books with customized information is disclosed in Riley U S Pat No 4,121,818, assigned to the assignee of the instant application The printing system includes a number of packer boxes disposed adjacent a binding chain wherein each packer box stores a plurality of signatures A control is included for controlling the packer boxes to selectively feed signatures onto chain spaces of the binding chain so that books of varying content can be produced Customized information can be printed on the signatures by means of an ink jet printer which is selectively operated by the control Other types of customization can be effectuated, such as by inserting or onserting cards or the like

Other systems for producing customized books are disclosed in Abrams et al U S Pat No 3,899,165, Wong et al U S Pat Nos 4,500,083 and 4,674,052, Wong U S Pat No Re 32,690 and Berger et al U S Pat Nos 4,768,766 and 4,789,147

Image manipulating systems have been developed which permit gathering of images in an office or home environment For example, conventional word processing programs, such as Microsoft® Word®, WordPerfect® and the like, permit a user to import images into a page and also allow a user to command which pages of a document to print In

2

addition, macros (i e , a sequence of commands) can be assembled and executed within these programs which can allow printing of particular document pages in a certain order Still further, most word processing programs have merge capability wherein a customized image is merged with other standardized image and printed or displayed As one example, customized information in the form of addressee and address information may be merged with standardized return address information and printed on a series of envelopes

A different image gathering capability provided by CAD (computer aided design) software, sometimes referred to as "layering," involves the creation and storage of a base page and one or more layer pages A user can issue commands to display or print the base page and one or more of the layer pages simultaneously atop one another to achieve an effect similar to the overlay of transparencies so that a composite page appearance results

While the foregoing image manipulating systems allow some image gathering capability, none is effective to assist in the rapid production of different book versions Of course, CAD systems are primarily designed for line art and not text or graphic images, and hence are of only limited use Further, if one were to use word processing software to produce book versions it would be necessary to issue commands to separately print the pages of each book version just before such version is to be produced That is, a user would have to create and store pages to be included in a first book version and then command the software to print as many copies of the first version as are needed Thereafter, the user would have to recall the pages of the first version from memory, edit and store the pages to create pages to be included in a second book version and then command the system to print the required number of books of the second version Similar steps would have to be undertaken for each other book version to be produced Alternatively, the pages of the different book versions could be created and stored and thereafter printed together In either event, where many book versions are to be produced, such a process would be quite time-consuming In addition, image importation and merge routines provided as a part of word processing software are adapted for use on a sub-page basis only and hence are of only limited usefulness in the book production environment Still further, data manipulated by word processing software are largely (if not entirely) in symbolic format As a result, data to be displayed or printed must be first rasterized by a raster image processor (RIP), which utilizes complex and time-consuming computational routines which further increase production time to an economically impractical level

Recently, new printing systems have been developed, called "demand printers," which are capable of high speed printing of images from electronic representations thereof The demand printer produces high quality color (or black and white) images using a set of fusible toners in an electrophotographic process More particularly, a web of paper is passed adjacent a series of drums, each of which has been electrostatically charged according to an image pattern for a particular color to be applied to the web The charge is transferred to the paper and an oppositely charged toner of the proper color is brought into contact with the paper The oppositely charged web and toner attract so that the toner is held on the paper as other colors are applied thereto The toners and paper are thereafter heated to fuse the toners to the paper to produce the final image The web is then cut into sheets (or "forms") and the forms are further processed as needed to produce a final product

RRD252078

US 6,952,801 B2

3

Unlike conventional presses which utilize engraved or photochemically prepared plates or cylinders, demand printers are capable of rapidly printing high quality images of differing content owing to the fact that the images are produced by an electrophotographic process That is, instead of the need to replate and re-engrave a gravure cylinder when a different image is to be printed therewith, it is only necessary to change the charge applied to the drums of the printer in order to make such change Thus, different images can be printed by the same printer without significant delays This advantage makes the demand printer desirable for use in certain production environments

Warmus et al U S patent application Ser No 08/478, 397, entitled "Variable Imaging Using An Electronic Press" discloses an apparatus and method for controlling an electronic press so that fixed and variable information may be printed in a simple and effective manner More particularly, first and second sets of template data representing associated first and second template pages, respectively, are developed Each set of template data includes master data representing fixed information and area data representing an area of a page for variable information A database is also developed having a number of entries each of which represents variable information The printer is operated in accordance with the sets of template data and the entries in the database such that the first and second template pages are displayed with selected variable information

The Warmus et al apparatus and method generates a page definition language representation of each single page and thereafter generates a page definition language representation of each imposed flat, i e , each side of a piece of paper to be printed with two or more pages Such a procedure can be computationally expensive and may limit productivity

## SUMMARY OF THE INVENTION

According to one aspect of the present invention, a method of assembling a book includes the steps of specifying pagination information including an indication of whether a page is to be selectively included in the book, determining whether the page is to be assembled into the book based on the pagination information, and generating page description language instructions for production of the book in accordance with the pagination information

Preferably, the determining step includes the step of analyzing variable information areas of the page. The inventive method may further include the step of analyzing press commands directed to production of the book to determine whether the page is to be assembled into the book The inventive method may still further include the step of generating a pagination file having data representative of the pagination information

Preferably, the pagination information includes an indication of a maximum number of pages for the book The pagination information may include filler page information The pagination information also preferably includes a specification of whether the page should be forced to one of a right side and a left side of the book

In one embodiment, the inventive method further includes the step of specifying page description language instructions to produce a barcode on the page The barcode may be indicative of tracking information

In another embodiment, the step of generating page description language instructions includes the step of generating instructions for production of page numbering information on the page The step of generating page description language instructions may also include the step of generat-

4

ing instructions for insertion of filler pages in accordance with the pagination information

Preferably, the inventive method further includes the step of delivering the page description language instructions to an electronic press to print the book

In yet another embodiment, the step of specifying the pagination information includes the step of providing a user interface for entry of the pagination information

Other features and advantages are inherent in the apparatus claimed and disclosed or will become apparent to those skilled in the art from the following detailed description in conjunction with the accompanying drawings

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG 1 is a block diagram illustrating a prior art method of producing books;

FIG 2 is a block diagram of a method of producing books implementing the present invention;

FIG 3 is a block diagram illustrating an exemplary system for implementing the method of the present invention illustrated in FIG 2;

FIG 4 is a block diagram illustrating one of the demand printing systems of FIG 3 in greater detail;

FIG 5 is a generalized diagram of the steps implemented by the method of the present invention;

FIGS 6a and 6b are elevational views of portions of a sample book that may be produced by the present invention;

FIGS 7a, 7b and 8a, 8b are elevational views of portions of other sample books that may be produced by is the present invention;

FIG 9 is a flowchart illustrating programming that may be executed by a user on a personal computer to create the template files 105 of FIG 5;

FIGS 10a–10f, when joined along similarly-lettered lines, together represent programming executed by the control unit 52 of FIG 3;

FIG 11 is a flowchart illustrating the programming implemented by the control unit 52 to generate a page description language instruction set specifying which pages should be printed and how the pages should be positioned (or imposed) for printing;

FIG 12 is a sample window to prompt a user for the information needed to create a pagination file;

FIG 13 is a flowchart illustrating in detail the programming implemented by the block 348 of FIG 11 which determines which pages should be printed for a particular record in the press command file;

FIG 14 is a flowchart illustrating in detail the programming implemented by the block 350 of FIG 11 to determine whether the pages should be forced to the left or right-hand side of the book;

FIG 15 is a flowchart illustrating in detail the programming implemented by the block 352 of FIG 11 to pad the pages included in the book into a multiple of the number of pages to be printed on a sheet;

FIG 16 is a sample window to prompt a user to provide various information to select imposition and printing styles;

FIG 17 is a flowchart illustrating the programming implemented to RIP page files to Tiff format for use in ' Get Tiff' imposition in accordance with the present invention;

FIG 18 is flowchart illustrating the programming implemented to impose pages using "Get Tiff" imposition in accordance with the present invention;

RRD252079

US 6,952,801 B2

| 5 | 6 |

FIG 19 is a more detailed block diagram of the print system 79 (shown in FIG 4) incorporating the imposition-on-the-fly procedures of the present invention;

FIG 20 is a flowchart illustrating the standard operation of the Level 2 PostScript® showpage operator;

FIG 21 is a flowchart illustrating the program steps implemented by the redefined Postscript® initclip operator according to the imposition-on-the-fly procedures of the present invention;

FIG 22 is a flowchart illustrating the program steps implemented by the redefined Postscript® transform operators according to the imposition-on-the-fly procedures of the present invention;

FIG 23 is a flowchart illustrating the program steps implemented by the EnableVirtualDevice procedure according to the imposition-on-the-fly procedures of the present invention;

FIG 24 is a flowchart illustrating the program steps implemented by the DisablePageDevice procedure according to the imposition-on-the-fly procedures of the present invention;

FIG 25 is a flowchart illustrating the program steps implemented by the SetPortrait procedure according to the imposition-on-the-fly procedures of the present invention;

FIG 26A is a diagram illustrating the conversion of a portrait-oriented page to a landscape-oriented page according to the SetPortrait procedure of FIG 24;

FIG 26B is a diagram illustrating the conversion of a landscape-oriented page to a portrait-oriented page according to the SetPortrait procedure of FIG 24;

FIG 27 is a flowchart illustrating the program steps implemented by the setvirtualdevice procedure according to the imposition-on-the-fly procedures of the present invention;

FIG 28 is a flowchart illustrating the program steps implemented by the Imposejob procedure according to the imposition-on-the-fly procedures of the present invention;

FIG 29 is a flowchart illustrating the program steps implemented by the ImposeFile procedure according to the imposition-on-the-fly procedures of the present invention;

FIG 30 is a flowchart illustrating the program steps implemented by the MakeNull procedure according to the imposition-on-the-fly procedures of the present invention;

FIG 31 is a flowchart illustrating the program steps implemented by the redefined BeginPage procedure according to the imposition-on-the-fly procedures of the present invention;

FIG 32 is a flowchart illustrating the program steps implemented by the redefined EndPage procedure according to the imposition-on-the-fly procedures of the present invention;

FIG 33 is a flowchart illustrating the program steps implemented by the Vsave procedure according to the imposition-on-the-fly procedures of the present invention;

FIG 34 is a flowchart illustrating the program steps implemented by the Vrestore procedure according to the imposition-on-the-fly procedures of the present invention;

FIG 35 is a flowchart illustrating the program steps implemented by the redefined Postscripts® save operators according to the imposition-on-the-fly procedures of the present invention;

FIG 36 is a flowchart illustrating the program steps implemented by the redefined PostScript® restore operator according to the imposition-on-the-fly procedures of the present invention; and

FIG 37 is a flowchart illustrating the program steps implemented by the redefined PostScript® grestore and grestoreall operators according to the imposition-on-the-fly procedures of the present invention

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG 1 illustrates a prior art method of producing books, for example, as shown in the above-identified Riley et al '818 patent During a publishing step 20, the contents of one or more book versions are determined Each version may comprise, for example, a set of standard or common pages In addition, some of the versions may include one or more additional pages or other customized information. Thereafter, during a preliminary step 22, color correction of color images is undertaken together with undercolor removal and screening for halftone images During a prepress step 24, page imposition is effected and printing cylinders or plates are prepared The plates or cylinders are then used during a printing step 26 to prepare signatures which are loaded into packer boxes (not shown) As noted in the Riley et al '818 patent identified above, the signatures are then selectively collected on a gathering chain (not shown) during a book assembly step 28 and the gathered signatures are bound and trimmed to create the books The books are thereafter distributed during a step 30 to users via one or more distribution systems, for example, the U S Postal Service

As should be evident from the foregoing, customization occurs during the book assembly step 28, inasmuch as the choice of particular signatures to be included in a book is made at that time In addition, customized information can be printed onto selected signatures using an ink jet printer disposed adjacent the gathering chain Thus, for example, addressee information can be printed by the ink jet printer on assembled books so that preprinted addressee labels need not be used Other types of customization can be effected at this time, for example, by inserting or onserting cards into or onto a stack of collected signatures, affixing a specialized or customized cover on a gathered stack of signatures, or the like Customization at this point in the production process is simpler and less expensive than, for example, separately printing each book version with customized information

FIG 2 illustrates a block diagram of a method 40 according to the present invention which may be used in place of the method of FIG 1 to produce books The method 40 includes a step 42 which utilizes the output of publishing and preliminary steps 36, 38 and produces books for distribution according to the step 30 of FIG 1 The step 42 creates one or more master and variable page files in, for example, a page description language (PDL) such as PostScript® (PostScript® is a trademark of Adobe Systems, Inc. for its page description language) representing pages to be produced In addition, as noted in greater detail hereinafter, a press command file (also referred to as a "book ticket" file) is developed which specifies the manner in which data contained within the master and variable page files are to be merged to produce printed pages The format of the press command file may be, for example, of the form specified by Barco Graphics of Gent, Belgium, which is particularly suited for control of a DCP-1 digital color press manufactured by Xeikon of Mortsel, Belgium Alternatively, the format of the press command file may be of the form specified for control of a DocuPrint printer, manufactured by Xerox Corporation Other demand printers include the IBM 3900 or Siemens 2090 Twin or 2140 Twin It should be noted that the apparatus and method of the present invention are

www.freepatentsonline.com

US 6,952,801 B2

7

not limited to use with a particular type of demand printer or a particular system for controlling such a printer, inasmuch as the invention can be adapted for use with any type of printer or control whether located locally or remotely

The master and variable page files and the press command file are converted by a collator and raster image processor (RIP) into bitmaps which may be stored in a memory The stored bitmaps are used to control one or more demand printers and/or any other type of display device, such as a laser printer, a CRT, an LCD display or the like so that the device displays pages having fixed and variable information thereon Alternatively, the master and variable page files may be premerged to create a plurality of combined files each representing a page to be reproduced with master and variable information The combined files can be then sent to any type of printer or other display device, whether local or remote Also, the combined files can be converted to a suitable format (e.g., Acrobat® PDF format) and transmitted to a remote location using a facsimile machine, e-mail, the Internet/worldwide web or other transmission medium, if desired Advantageously, the combined files may be transmitted over the Internet or any other networked or linked computers, such as a company intranet In this case, as electronic page containing customized data can be sent over the Internet/intranet to a user based upon user demographic(s), a user search and/or any other identifiable user interest(s) For example, a customized Internet page could be sent with links to other web pages of interest to a user or a customized page may be sent in response to a user search for information on a particular subject Alternatively, or in addition, ads could be generated and sent as a web page to one or more users based upon user demographics As a further example, personnel information concerning a particular employee may be sent to the employee in response to a request for information

If the pages are to be displayed by rendering the pages on the demand printer, the assembled books may be bound and trimmed and, if desired, further customized, during a finishing step

FIG 3 illustrates a system 50 which implements the steps 36, 38 and 42 in the method 40 of FIG 2 A control unit 52, which may be implemented by a personal computer or another type of computer, includes a memory 53 and stores therein data representing images to be printed As noted in greater detail hereinafter, the data may be specified by a publisher using a personal computer 54 or any other type of computer and may comprise one or more template files specifying pages to be produced with master or fixed printed information (i e , printed information which does not vary from book to book of the same version) and variable printed information (which typically varies from book to book) The variable information may be stored in a database created by the publisher and the template file(s) specify the locations on particular pages for variable information stored in the database, as noted in greater detail hereinafter

If desired, image data may be obtained from any other type of device, such as a scanner which scans input copy, data supplied over a network or any other source The control unit 52 is further responsive to control and makeready files and causes one or more demand printing systems 62 to print desired pages While three demand printing systems 62a–62c are illustrated in FIG 3, it should be understood that the control unit 52 may operate a different number of demand printing systems, as desired Also, the control unit 52 may operate a fax machine 64 and/or may communicate with other remote devices to send properly converted combined files, as desired and as noted above In

8

the case of other remote devices, a modem 65 may be operated by the control unit 52 to transmit data representing one or more pages to be displaced by a display device at a remote location over phone lines (land lines and/or cellular) or a combination of phone lines and the Internet Alternatively or in addition. the data may be sent to a local or remote location at least in part over an intranet or another computer network through a direct connection therewith The combined files may be printed or may alternatively be reproducible in a different medium and/or may comprise a non-static image or other information, e g , movies or audio

The pages printed by the demand printing system 62 may be supplied by the control unit 52 to a finishing apparatus 66 which includes various auxiliary production devices and device interfaces for assembling the pages to produce finished books which are ready for distribution The finishing apparatus 66 may include one or more gathering devices 70 for gathering printed pages into books, one or more ink jet printers 72 for printing additional customized information, such as addressee information, on each book, one or more label printers 74 for printing address labels and/or other control devices 76 In addition, one or more detectors 78 may be provided to sense when a defective book is produced The control unit 52 may be responsive to the output of the detector 78 to reorder a defective book at an appropriate point in the production sequence thereof so that advantage can be taken of postal discounts, if possible

One or more components of the finishing apparatus 66 may be physically located on the demand printer (i e. "online finishing") Alternatively, the finishing apparatus 66 may be physically separate from the demand printer (i e 'offline finishing')

FIG 4 illustrates the demand print system 62a of FIG 3 in greater detail, it being understood that the systems 62b and 62c are functionally similar The system 62a includes a print system 79 having a press controller 80, a collator 81 and a raster image processor (RIP) 82 which are operable in response to press commands generated by the control unit 52 A collator is an electronic device for storing raster image processor files (i e , bitmap files) and delivering selected files to a digital press in real time, such that the digital press can run at full speed while processing and printing unique page data for each book produced on the press The RIP 82 converts the page files to bitmap format or any other format, such as a symbolic printer control language The collator 81 includes memory in the form of mass storage drives and physical memory and collates the bitmap page files If desired, the collator 81 and/or RIP 82 may comprise a part of the press controller 80 The controller 80 instructs the collator 81 to send page files to a demand printer 84 The print system 79 may comprise the PrintStreamer system, manufactured and marketed by Barco Graphics of Belgium, while the demand printer 84 may comprise the Xeikon DCP-1 digital color press noted above Alternatively, the demand printer 84 may be a DocuPrint printer manufactured by Xerox Corporation and the RIP 82 may be a Xerox DocuPrint RIP It should be noted that a different print system and/or demand printer may alternatively be used, such as the Indigo printer manufactured by Indigo NV. of Maastricht, Netherlands, if desired

FIG 5 illustrates in diagrammatic generalized form the method of the present invention For the purpose of explaining the present invention, as an example, it will be assumed that the demand print system 62a will be operated to produce a number of multiple-page books in the form of a brochure in duplex (or "saddle-stitch") format FIGS 6a and 6b illustrate four pages P1–P4 printed on a single sheet of paper

RRD252081

US 6,952,801 B2

9                                                    10

100 and to be included in a brochure The sheet of paper 100 includes a first side 100a with printed pages P1, P4 thereon and a second side 100b with pages P2, P3 printed thereon (As will become evident hereinafter, the use of designations P1–P4 is not meant to imply that such pages will necessarily become pages 1, 2, 3 and 4 of the finished book.) In addition, pages P1–P4 are imposed such that the page P1 is placed on a right-hand portion 100a–r of the side 100a while the page P4 is placed on a left-hand portion 100a–l of the side 100a Further, the page P2 is placed on a left-hand portion 100b–l of the side 100b while the page P3 is placed on a right-hand portion 100b–r of the side 100b In this fashion, when the sheet of paper 100 is folded along a fold line 102 with the pages P1 and P4 on the outside, the pages P1–P4 appear in sequence (The format shown in FIGS 6A and 6B is often referred to as "saddle stitch" imposition and is commonly used in magazines.) Because each book to be produced in this example includes multiple sheets of paper (or 'forms"), each folded once along a fold line, the imposition process takes into account shingling effects but not bottling effects It should be noted that such effects will generally have to be taken into account when more than two pages are to be printed on a single side of a sheet of paper and thereafter folded multiple times and assembled with other multiple-folded printed sheets of paper to create a book

In addition to the foregoing, in the first example, assume that the pages P1 and P4 will become the outside front and back covers, respectively, of a finished book and include variable and fixed information thereon. Further, assume that the pages P2 and P3 will become the inside front and back covers, respectively, (as must be the case if P1 and P4 are the outside front covers) and include fixed information only thereon For example, the page P1 may include variable information in the form of a personalized message, a variable image, or the like in an area 110 whereas the page P4 may include other variable information in an area 112, for example, postal information for mailing the brochure to an addressee Corresponding front and back pages of the remaining books may include different variable information The remaining printed information on pages P1–P4 may be identical to the printed information on corresponding pages of remaining books

The books to be produced may include the same or differing number of forms and may have the same or differing numbers of pages For example, the pages P1–P4 may be assembled with a first number of other forms printed with twelve additional pages to produce a first book having sixteen pages Another book to be produced in the same run may include some or all of pages P1–P4 and a second number of forms printed with twenty other pages, some of which may or may not be identical to the twelve additional pages of the first book Filler pages may be placed in some or all books to cause such book(s) to have a certain number of pages This may be necessary or desirable to result in a book length which is evenly divisible by four (in the event pages are imposed as two-page spreads) and/or to insure that particular page(s) appear on the left-hand or right-hand side in the finished book

In fact, the books to be produced in the same press run may be different in terms of page content and/or appearance, book length, book size (by changing page imposition parameters), book version, etc Specifically, for example, the pages of FIGS 7a, 7b and 8a, 8b may be produced and assembled in different book versions together with the book version incorporating the pages of FIGS 6a and 6b in the same production run or job Pages P5–P8 of FIGS 7a and 7b are identical to the pages P1–P4, respectively, of FIGS

6a and 6b except that an additional area 113 is provided on the page P5 for placement of variable information, in addition to the areas 110 and 112 Because of the addition of the area 113, the remaining master information appearing in an area 114 differs from master information appearing in an area 116 of the page P1 of FIG 6a

The book version incorporating eight pages P9–P16 of FIGS 8a and 8b differs from the book versions incorporating the pages of FIGS 6a, 6b and 7a, 7b not only in terms of content of master and variable information, but also number of pages and page size Specifically, the pages P9, P12, P13 and P16 are to be printed on a first side 117a of a sheet of paper 118 and the remaining pages P10, P11, P14 and P15 are to be printed on a second side 117b of the sheet 118 In addition, the pages P11–P14 are printed upside down relative to the remaining pages so that, when the sheet 118 is folded first along a fold line 119a and then along a fold line 119b, the resulting pages P9–P16 appear in order Thereafter, the folded sheet 118 is trimmed to separate the pages P9–P16 As should be evident, the pages P9–P16 are one-half the size of the pages P1–P8, and further include different master and variable information thereon The demand printer may also have multiple paper trays to select different paper sizes, stocks, colors, etc or preprinted sheets to be included in the finished book

Referring again to FIG 5, one or more template files 106 are developed by a publisher specifying the content (including appearance) of fixed information and the positioning of all information (i e , fixed and variable) on the different books or book versions A database 108 is also developed by the publisher using the personal computer 54 specifying the content of variable information to be placed in variable information areas, for example, the areas 110, 112 on the pages P1, P4, respectively, of FIGS 6a and 6b The database 108 further includes control information, as noted in greater detail hereinafter

The template files 106 include data specifying the position and content of fixed information on the pages to be printed Specifically, the template files 106 define template pages wherein each template page includes data representing any fixed information to be reproduced on corresponding pages of the books or book versions and area data representing any area(s) on the corresponding pages where variable information is to be reproduced The template files are duplicated to create working files One set of working files is stripped of all area data relating to placement of variable information to create stripped master page files 120 defining template pages having only fixed information thereon The stripped master page files are then converted into PDL master page files 122 expressed in a page description language, such as Post-script®

Optionally, the PDL master page files 122 may be converted into two-pages spreads by a page make-up program such as QuarkXPress® Preferably, however, the PDL master page files 122 are provided to the print system 79 and imposed according to the imposition processes of the present invention, as explained in detail below

A further set of working files is stripped of all fixed information to create stripped variable page files 126 defining template pages having fixed information removed therefrom and further having the area data defining the areas 110, 112 The data representing template pages having variable information thereon are expanded into a set of intermediate page files In the example of FIGS 6a and 6b and under the assumption that three books are to be printed, two intermediate page files 130, 132 are thus produced The file 130

www.freepatentsonline.com

US 6,952,801 B2

| 11 | 12 |

includes a file portion P1-a defining the position of variable information to be produced on the page P1 for the first book Two other file portions P1-b and P1-c define the position of variable information to be produced on the front outside covers of the remaining two books In like fashion. file portions P4-a, P4-b and P4-c represent the position of variable information to be reproduced on the back outside covers of the three books. At this point, data is also contained in each of the files 130, 132 identifying the entries in the database 108 to be placed in the areas 110, 112 during printing

The files 130, 132 are then converted into variable page files 134, 136 The files 134, 136 are identical to the files 130, 132, respectively, except that the data in each file identifying entries in the database are replaced by the actual data stored at such entries. The files 134, 136 are then converted into files 137, 138 in a PDL format, for example, PostScript®

Like the master PDL files 122, the variable PDL files 137. 138 may be converted into two-page spreads by a page make-up program such as QuarkXPress® Preferably. however, the variable PDL files 137, 138 are provided to the print system 79 and imposed according to the imposition procedures of the present invention, as explained in detail below

The print system 79 operates in response to the press commands in a press command file 140 and merges the PDL master page files 122 with the PDL variable files 137, 138 to create the finished books or book versions Alternatively, the master page files 122 may be premerged with the PDL variable files 137, 138 before the files are provided to the print system 79

FIG 9 illustrates a flow chart of programming executed by the personal computer 54 for creating the template file(s) 106 of FIG. 5 The programming may be written as an extension of QuarkXPress®, a page make-up program distributed by Quark, Inc of Denver, Colo. The QuarkXPress® program may be adapted for operation on the Apple® Macintosh® operating system or any other operating system, such as the Microsoft Windows® operating system Alternatively, a different page make-up program may be used, if desired

During the make-up process for a document consisting of one or more pages, a template file is created for each book version to be produced, or, where a book is to include two or more parts (referred to as "sections" hereinafter) a template file may be created for each section. At a block 150 a user may select an area of a page for reproduction of variable information therein, at which point a line object, a text object or an image object may be selected A block 152 then checks to determine which type of object has been selected If a text object has been selected, indicating that variable text is to be inserted at a point defined by the current cursor position on the computer display, the name of the appropriate field in the database 108 is inserted into the template file at the insertion point defined by the current cursor position by a block 154 If the user wishes to designate more areas for variable

information (block 156) control returns to the block 150 to await selection by the user If the user then selects an image object, a box is defined by the user to contain an image at a desired location on a selected page. Control from the block 152 thereafter passes to a block 158 which inserts a dummy picture file and an indication of the proper database field name in the template file for the page at the location indicated by the current cursor position The user will thereafter see the dummy picture file at the insertion point on the display of the computer 54 when the page is viewed The dummy picture file will display an indication of which database field will be used for insertion on the respective pages

Following the block 158, a block 160 prompts the user to enter an indication of whether the image object is to be displayed in one of several display formats If the image is to be displayed in other than the original size thereof, a block 162 sets a subname defined for the image to "fit," indicating that the image is to be scaled to fit the box If the image is to be displayed in the original size thereof, a block 163 prompts a user to select a position for the image at a particular location in the box defined therefor, such as the upper left-hand corner, the lower right-hand corner, or the like If the user does not select a position, the image is placed in the upper left corner of the image box Control thereafter proceeds to the block 156

If the block 152 determines that a line object has been selected, control returns directly to the block 150, inasmuch as variable information cannot be entered into a line object The resulting page template file(s) are stored on a storage medium, such as an optical disc or other storage device, and/or the files(s) are downloaded together with the database to the control unit 52

At any point during the page make-up process, other functional aspects of the QuarkXPress® program may be invoked to both master and variable aspects as necessary to produce finished pages

The database 108 is assembled by creating an ASCII file having a plurality of records wherein each record includes one or more fields entered into the database in tab-delimited format (i e the fields are separated from one another in each record by tab keystrokes and the records are separated from one another by line returns) and wherein the fields are arranged under field names of a header Each field may include text to be reproduced on a page or a name of an image file stored in the memory 53 and defining an image to be reproduced on a page

In addition to the foregoing data, the database 108 may include an optional field designating the number of copies of each book to be produced, an optional townsort image field, a version identification field indicating book version number if multiple book versions are to be produced, an optional distribution list field, control data and the like

A sample database is set out below having a header consisting of twelve fields (i e , "version," "addressline1," "addressline2," etc ) and a number of records, nine of which are shown, each having twelve fields:

| Version | Address line1 | Address line2 | Address line3 | Address line4 | Address line5 | Price 1 | Image 1 | Price 2 | Copies | Barcode | Townsort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | William Doe | 123 Elm | Chicago | Illinois | 606248923 | $22 95 | Shoes | $21 95 | 1 | 1606248923! | |
| 03 | Hugh Jorgensen | 56 Maple | Chicago | Illinois | 606248923 | $21 95 | Shirt | $20 95 | 1 | 1606248923! | |
| 02 | Jay P. Morgan | 1313 Park | Chicago | Illinois | 606248924 | $24 95 | Pants | $22 95 | 1 | 1606248924! | ■ |

RRD252083

US 6,952,801 B2

13                                                                                              14

-continued

| Version | Address line1 | Address line2 | Address line3 | Address line4 | Address line5 | Price 1 | Image 1 | Price 2 | Copies | Barcode | Townsort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | Joe Louis | 819 Elm | LaGrange | Illinois | 605251093 | $19 95 | Pants | $18 95 | 1 | 6052510931 | |
| 03 | John Smith | 926 Cossit | LaGrange | Illinois | 605251093 | $19 95 | Shoes | $15 25 | 1 | 16052510931 | |
| 01 | Len Johnson | 882 Monroe | LaGrange | Illinois | 605251093 | $19 95 | Shoes | $17 25 | 1 | 16052510931 | |
| 02 | Janet Cizmar | 916 Monroe | LaGrange | Illinois | 605251094 | $24 95 | Pants | $21 95 | 1 | 16052510941 | ■ |
| 03 | Jay Schroeder | 88 W 77th | Brookfield | Illinois | 605241391 | $21 95 | Shirt | $19 95 | 1 | 16052413911 | |
| 03 | Danielle Johnston | 129 Madison | Brookfield | Illinois | 605241391 | $22 95 | Shirt | $19 95 | 1 | 16052413911 | ■ |

In the example of FIGS 6a and 6b, the field names ADDRESSLINE1 through ADDRESSLINE5, BARCODE and TOWNSORT may appear in the area 112 and one or more of the field names PRICE1, IMAGE1 AND PRICE2 may appear in the area 110 The COPIES field may be used as a control code to select the number of book copies to be produced

Once the template file(s) 106 and the database 108 are assembled, the programming of FIGS 10a–10f may be executed by the control unit 52 to create the master page file 122, the final variable page files 137 and 138, and the press command file 140 Referring first to FIG 10a, a block 170 prompts a user to select a template file 106 and a block 172 opens the database 108 A block 174 then reads and stores in a list the database field names for later reference and a block 176 prompts a user to enter information indicating a section number and whether pages are to be printed in simplex (i e , single-sided) or duplex (i e , double-sided) format The section number identifies the order in which multiple sections are to be processed for a particular book The user may also be prompted to enter a selective processing code identifying a particular book version to process if multiple versions are to be produced during a single press run

Following the block 176, a block 177 begins the process of stripping variable information from the template file opened by the block 170 to obtain the stripped master file 120 of FIG 5 The block 177 selects a first page for processing and a block 178 checks to determine whether there are any images in the template file and, if images are located, a block 180 selects a first image

A block 182 identifies the file name for the image and a block 184 checks the field list to determine whether the file name is included therein If the file name for the image is included in the field list, then the image comprises variable information and a block 186 deletes the image block. A block 187 then identifies and saves the image box location on the page, the characteristics of the image box, such as the size, skew, background color and subname and the like and further saves the field name of the image from the database 108 Also, a counter in the memory 53 which tracks the number of variable image boxes on the page is incremented

Otherwise, if the block 184 determines that the file name is not in the field list, then the image contains only master information A block 188 then also saves the image box location on the page and the characteristics of the image box Also, a counter in the memory 53 which tracks the number of master image boxes on the page is incremented

A block 189 then checks to determine whether all images have been processed If not, a block 190 selects a next image

and control returns to the blocks 182–189 Control remains with such blocks until the block 189 determines that all images have been processed and control then passes to a block 192 Control also passes to the block 192 from the block 178 should the latter determine that there are no images in the template file

The block 192 determines whether any text boxes are present in the open template file If at least one text box is present, a block 194 selects and parses a first text box and a block 196 (FIG 10b) checks to determine whether the text box includes at least one of the field names of the database 108 If so, then it has been determined that the text box includes variable information and a block 198 deletes the text box A block 199 then stores the text box location, the insertion points in the text box at which variable information is to be printed and the characteristics of the text box and the field names of the database 108 identified in such text box in the memory 53 In addition, a variable text box counter is incremented representing the number of variable text boxes appearing on each page

Otherwise, if the block 196 determines that the text box does not include any field names from the database, then the text box contains only master information. A block 200 stores the text box location in the memory 53 In addition, a master text box counter is incremented representing the number of master text boxes appearing on each page

Control then passes to a block 202, which checks to determine whether all text boxes in the template file have been processed If not, a block 204 selects and parses the next text box in the template file and control returns to the blocks 196–202 Control remains with such blocks until all text boxes have been processed, whereupon a block 206 determines whether all pages have been processed If not, a block 208 selects a next page and control returns to the block 178 (FIG 10a) Otherwise, a block 210 saves the resulting file as the stripped master file

Alternatively, if a page contains a lot of formatting information (i.e tabs, fonts, etc ), a rich text file (which includes such formatting information) may be created offline from the database The text box may then open the rich text file and read the information from the file The use of the rich text file speeds up the processing time

Also, once a placeholder on a page has been "filled in" with information from the database field, the program may mark the corresponding text or image box as "touched " Thus, if the text or image box is "untouched," the program can skip processing of that text or image box, also speeding up the total processing time

Control also bypasses the blocks 194–202 and proceeds directly from the block 192 to the block 206 if the block 192 determines that there are no text boxes in the open template file

RRD252084

US 6,952,801 B2

15

Following the block **210**, a block **212** converts the stripped master file into the PDL master page file **122** of FIG **5** At the same time, an initialization (or INI) file may be created The format and existence of the INI file depends on the type of demand printer utilized For example, the DocuPrint demand printer does not require the use of an INI file However, the Barco RIP requires the use of an INI file

The INI file (in ASCII code) for the Barco RIP is created according to the following format:

    name: [file path\name]
    psx: [dimension]
    psy: [dimension]
    ssx: [dimension]
    ssy: [dimension]
    posx: [dimension]
    posy: [dimension]
    duplex: [zero or one]
    orientation: [zero or one]
    output: [filename]
    copies: [number]

Where "psx" and "psy" refer to finished page sizes in x and y directions, "ssx" and "ssy" refer to cut sheet size in x and y directions, "posx" and "posy" refer to offsets in x and y directions specifying placement of each page on a cut sheet, duplex" refers to single or two-sided formats, "orientation" refers to portrait or landscape printing, "output" refers to the name of the output file and "copies" refers to the number of copies to be printed A sample INI file which specifies parameters for printing of a file called MYJOB PS is as follows:

    Name: C:\jobs\myjob ps
    psx: 8000
    psy: 11000
    ssx: 11500
    ssy: 9000
    posx: 150
    posy: 150
    duplex: 1
    orientation: 1
    output: myjob ps
    copies: 1

In the foregoing example, one copy of the file MYJOB PS is to be printed in duplex and portrait formats at an offset of 0 15×0 15 inches from a corner of a finished sheet of paper 8×11 inches cut from a sheet originally having dimensions of 9×11 5 inches

For the DocuPrint (or any other demand printer which does not use an INI file), a queue is created which contains the same parameters (and potentially additional parameters which may invoke the functionality of an inline finisher, or other apparatus) as the INI file

Following the block **212**, a block **214** then reopens the same template file originally opened by the block **170** and deletes all the master image and text boxes A block **216** than saves the resulting file as the stripped variable file **126** of FIG **5**

A block **218** then creates a temporary file containing a table of the current page number and a number representing the name of the database field placed by the block **154** at the insertion point The file is called, for example, \* VARS (where \* is a user-selected file name). The \* VARS file thus contains pairs of page numbers and database column numbers that indicate where in the database variable information

16

for the page comes from For example, the \* VARS file may contain the following information:

| 3 | 7 |
|---|---|
| 8 | 43 |
| 9 | 44 |
| 10 | 45 |
| 11 | 46 |
| 11 | 47 |
| 13 | 50 |
| 14 | 52 |
| 15 | 50 |
| 15 | 51 |

In the example above, page 1 contains variable data from column 7 of the database, page 8 contains variable data from column 43 and page 11 contains variable data from column 46 and 47 Further, the \* VARS file may contain separate pairings for images and text

Control then passes to block **242** (FIG. **10c**) which creates a working copy of the stripped variable file **126** A first page having variable data thereon is selected and data representing the remaining pages in the file are deleted by a block **244** In the example of FIGS **6a** and **6b**, the block **244** creates a file defining the front cover of a book with all fixed information deleted therefrom and an area reserved for variable information

Following the block **244**, a block **246** selects a first record in the database **108** and a block **248** reads the record An optional block **250** checks to determine whether a selective processing code has been entered by the user indicating that the page is to undergo selective page processing As noted above, the apparatus and method of the present invention may be utilized to produce not only books of a single version (i e., where corresponding pages differ only in terms of the variable information stored in the database) but also books of different versions In the latter case, the books of different versions have different fixed and variable information The fixed and/or variable information may vary in terms of content or appearance (i e , style, location, rotation, position, etc ) or both in different versions

If the block **250** determines that selective page processing is to be undertaken, then a block **252** checks to determine whether the database record read by the block **248** is to be utilized on the page currently under consideration The block **252** accomplishes this by checking the version identification field in the database to determine if that version is being used If this is not the case, a block **253** checks to determine whether the record currently under consideration is the last in the database. If so, control passes to a block **294** of FIG **10e** Otherwise, a block **254** selects a next record in the database **108** and control returns to the block **248** where the next database record is read

If the block **250** determines that selective page processing is not to be undertaken, or if the block **252** determines that the record read by the block **248** is to be used in the page currently under consideration, a block **256** duplicates the data representing the page remaining after execution by the block **244** to initiate development of one of the files **130** or **132** In the first pass through the program of FIG **10c**, and in connection with the example of FIGS **6a** and **6b**, the block **256** creates the file **130** and develops page data representing a first version of the page P1-*a* and adds further variable information to such page data during immediately succeeding passes through the program Thereafter, data representing the remaining pages P1-*b*, P1-*c* and P4-*a* through P4-*c* are created and variable information is added to such pages serially during subsequent passes

www.freepatentsonline.com

US 6,952,801 B2

17

A block 258 checks to determine whether there are any image boxes on the page and, if so, a block 260 selects a first image box A block 262 then inserts the image identified by the database field into the image box. A block 264, FIG 10d, checks the subname to determine whether the block 162 of FIG 9 has indicated that the image should be sized to fit the image box. If this is true, a block 266 performs the scaling Otherwise, a block 268 positions the image in the image box at the position specified by the user and a block 270 checks to determine whether all image boxes have been processed Control also passes from the block 266 directly to the block 270, thereby skipping the block 268 If not all image boxes have been processed, a block 272 selects a next image box on the page and control returns to the blocks 262–270 so that remaining image boxes are serially processed

Once the block 270 determines that all image boxes have been processed, or immediately following the block 258 of FIG 10c if no image boxes are found on the page, a block 274 checks to determine whether there are any text boxes on the page and, if so, a pair of blocks 276, 278 select a first text box and a first insertion point in such box Blocks 280, 282 and 284 serially insert text data stored in the database 108 at the appropriate insertion points in the text box Once all of the variable text data have been inserted into the text box, a block 286 recomposes all text in the text box so that the text obtains a neat finished appearance The recomposition process is automatically undertaken by the QuarkXPress® program once the variable information is inserted into each text box The recomposition process is responsive to the user commands as applied to the template file page, such as left, right, center, or full justification, hyphenation and the like Following the block 286, a block 288, FIG 10e, checks to determine whether there are remaining text boxes to be processed on the page and, if so, a block 290 selects the next text box on the page and control returns to the blocks 278–288 to insert text information into such text boxes

Once the block 288 determines that all text boxes for the page have been processed, the programming required to produce one of the pages of the file 134 of FIG 5 having variable information only thereon is complete. A block 292 then determines whether all records in the database have been considered for inclusion in additional variable pages of the file 134 to be produced If not all records have been considered, control returns to the block 254, FIG 10c, where the next database record is identified and read On the other hand, it all pages of the file 134 have been produced by considering all records in the database 108, a block 294 converts the file data into Postscript® or another PDL format to create the variable page file 137 of FIG 5. Also, an INI file is created as before, except that the "duplex" or "twin-plex" parameter is set to command simplex printing only If necessary or desirable, should the press run length exceed a certain limit, the programming may be modified to create more than one variable page file for each variable page of the template file

Following the block 294, a block 296 checks to determine whether there are other variable pages in the stripped variable page file to be processed If this is true, a block 298 retrieves a copy of the stripped variable file, selects the next variable page therein and deletes remaining pages therefrom Control then returns to the block 246 of FIG 10c In the example of FIGS 6a and 6b, the back covers P4 and the corresponding pages of the remaining books are now selected for processing In the fashion noted above, a file representing the variable portions of such pages is produced by developing the file representing the pages P4-a through P4-c and inserting the database information into such file to obtain the variable page file 136 and the PDL version 138

18

Following generation of the variable page files 134, 136, and 137, 138 control passes to a block 300 which checks to determine whether a press command file has already been created If not, a file is created by a block 302 having placeholder comments indicating where in the press command file individual press commands are to be placed for each book to be produced The press command file may also include data from one or more fields of the database 108 identifying an intended recipient of each book to be produced to assist in reproducing books found to be defective or to produce sample books At this point, the press command file for the example of FIGS 6a and 6b may be as follows (using data from the sample database set out above):

```
;RECORD1
;:WILLIAM DOE:606248923
;ENDRECORD
;RECORD2
;HUGH JORGENSEN:606248923
;END RECORD
;RECORD3
;:JAY P MORGAN:606248924
;END RECORD
```

Following the block 300 (if the press command file already exists) or the block 302 a block 304 selects the first database record and a corresponding first record in the press command file A block 306 then checks to determine whether the template file currently being processed includes the selected database record If not, a block 308 determines whether all pages have been processed, and if this is not the case, the next record in the database 108 and a corresponding record in the press command file are selected Control then returns to the block 306 If the block 306 ascertains that the template file includes the selected record, a block 312 inserts an indication of the section number in the press command file at an appropriate point if the section number is not already present If the section number is present already, the press command identified by the section number entered by the user at the block 176 is identified to be overwritten at a later point The press command file now appears as follows for the example of FIGS 6a and 6b

```
RECORD1
;:WILLIAM DOE:606248923
;SECTION 1
;ENDSECTION
;ENDRECORD
;RECORD2
;:HUGH JORGENSEN:6062488923
;SECTION 1
;ENDSECTION
;END RECORD
RECORD3
;:JAY P MORGAN:606248924
;SECTION 1
;END SECTION
;END RECORD
```

Following the block 312, a block 314, FIG 10f, selects a first page of the section and a block 316 checks the state of a flag stored in the memory 53 to determine whether a simplex or duplex job has been requested If a simplex job has been requested, the file name and page number of the master page file and, if variable information is to appear on the page, the file name and page number of the variable page file for the selected page are stored as a single set pair in the

RRD252086

US 6,952,801 B2

19

memory 53 by a block 318 The determination of whether variable information is to appear on the selected page is accomplished by summing the contents of the variable image box counter and the variable text box counter as incremented by the blocks 220 and 234 of FIG 10b.

A block 320 checks to determine whether all pages have been processed and, if not, the next page is selected by a block 322 and control returns to the block 316 for processing of such page If all pages have been processed, control passes to a block 324 which determines whether all database and press command records have been processed Control also passes to the block 324 if the block 308 determines that all pages have been processed If not all records have been processed at this point, control returns to the block 310 where the next records in the database and press command file are selected.

If the block 324 determines that all records for the current section have been processed, a block 326 determines whether another section is to be processed and, if so, control returns to the block 170 of FIG 10a If there is not another section to be processed, the press command file has been fully assembled, and hence the process terminates.

If the block 316 determines that a duplex job is to be effected, control passes to a block 328 which stores in the memory 53 a command identifying the file names and page numbers of the master page file (as well as corresponding information relative to variable page files, if variable information is to appear) as two-set pairs Control from the block 328 then passes to the block 320 described above

The result of the programming of FIGS 10a-10f is a press command file having a sequence of press commands which cause printing of pages in a desired order In order to print the sample pages of FIGS 6a and 6b, the press command file would read as follows:

```
BOOK A
;RECORD1
;:WILLIAM DOE:606248923
;SECTION 1
"file m"1@"file v1"1|"file m"2
"file m"3|"file m"4@"file v4"1
;ENDSECTION
;ENDRECORD
;RECORD2
;:HUGH JORGENSEN:606248923
;SECTION 1
"file m"1@"file v1"2|"file m"2
"file m"3|"file m"4@"file v4"2
;ENDSECTION
;ENDRECORD
;RECORD3
;:JAY P. MORGAN:606248924
;SECTION 1
"file m"1@"file v1"3|"file m"2
"file m"3|"file m"4@"file v4"3
;ENDSECTION
;ENDRECORD
ENDBOOK
PRINTRUN R
BOOK A
ENDPRINTRUN
```

In the foregoing example, "file m" is a file name identifying the master page file 122 and "file v1" and "file v4" are

20

file names identifying the variable page files 137 and 138, respectively The number following each file name designates a particular page of the file identified by the file name Thus, for example, "file m"1 designates the first page of the master file "file.m" and "file.v1"2 designates the second page of the variable page file "file v1." The @ sign means to associate the pages of the files linked by such sign (i e overlay the variable pages on the master pages) The vertical line in the commands indicates the page(s) on the left side of the vertical line are to be printed on the front side of a piece of paper whereas the page(s) on the right side of the vertical line are to be printed on the reverse side of the piece of paper In an example of simplex printing, no file name would appear to the right of the vertical line in each command

FIG. 11 illustrates the programming implemented by the control unit 52 to generate a page description language instruction set specifying which pages should be printed and how the pages should be positioned (or imposed) for printing The page description language instruction set may be incorporated into the press command file 140 or may be provided as a separate file to the print system 79 For purposes of illustration, the page description language instruction set is written in Postscript® in the format dictated by the Xerox DocuPrint printer Further, the instruction set is directed to books printed in "saddle stitch" imposition format (i e 2 pages on each side of sheet) as explained in connection with FIGS 6-8 It is understood, however, that the invention could easily be modified for use with a different demand printer (i e the Xeikon Barco printer) and/or imposition format (i e 4 pages on each side of sheet)

Referring to FIG 11, the programming begins at a block 340 which prompts a user to specify certain information to be used to paginate the book A variable ("MAXPGS") representing the maximum number of supplied pages that may or may not be assembled into a single book during the job is specified together with the identification of a filler page that may or may not be printed and assembled in a book either on a left-hand or a right-hand portion thereof Also, the user is prompted to specify for each page whether such page will be forced to be on the left side of a book, the right side of a book or will not be forced to a particular book side In the event a page is to be forced to a side, the user is prompted to specify the page file name and page number for a filler page to precede the forced page Still further, the user is prompted to specify for each page whether such page is:

1) A Master Page—contains the same information and is included in every book;

2) An Always Variable Page—contains variable information and is included in every book; or

3) A Selectively Variable Page—contains variable information and is selectively included in selected books

In so specifying the foregoing, the user creates a pagination file (called, for example, * PAG, where * indicates a file name selected by the user) A sample window generated by the block 340 to prompt a user for the information needed to create the pagination file is shown in FIG 12

Referring again to FIG 11, following the block 340, a block 342 opens the press command file 140 and a block 344 selects the appropriate database files, including the variable information file (* vars), the pagination file (* pag), and (optionally) a barcode file As set forth above, the * vars file is a temporary file of pairs of page numbers and database column numbers that indicate where in the database variable information for the page comes from

The barcode file is a page description language file (for example, a PostScript® file) which contains instructions for

RRD252087

US 6,952,801 B2

21

printing the sequential page numbers and/or a tracking bar code on the pages of the completed book The barcode file will be explained in detail below

The programming then proceeds to the loop containing blocks 346, 348, 350, 352 and 354 The block 346 takes each record (or book) in the press command file 140 in sequential order For each record, the block 348 determines which pages should be printed to generate that particular book Next, the block 350 determines whether the pages to be printed should be forced to the right hand or left hand side of the book and the block 352 'pads" the pages to be printed to be a multiples of the number of pages to be printed on a sheet (in our example, 4) by adding appropriate filler pages Next, the block 354 generates the PostScript® instruction set and the programming returns to the block 346 to retrieve the next record in the press command file 140 The loop repeats for each record in the press command file 140

FIG 13 illustrates in detail the programming steps implemented by the block 348 of FIG 11, which determines which pages should be printed for a particular record in the press command file 140 A block 360 first retrieves the first page in the record A decision-making block 362 then determines whether the page is from a new file that is to be imposed-on-the-fly with offsets " (Imposition-on-the-fly with offsets is one of the imposition formats of the present invention, which will be explained in detail below) If yes, a block 364 calculates and saves the offsets for all the pages in the file After the block 364 calculates and saves the offsets or if the block 362 is false, a decision-making block 366 then determines whether the page is a master page (i e does not include any variable information placeholders) If the page is a master page, the page should always be printed and a block 368 "marks" the page to be printed The block 368 may "mark" the page by adding it to a page print array The page print array contains the page number and a marker to indicate the disposition of the page For example, pages that should not be printed are designated with a '0"; master pages (always printed) are designated with a '1"; and variable pages to be printed are designated with a "2'

If the block 366 determines that the page is not a master page (i e it's a variable page), a decision-making block 370 determines whether the variable page should be printed at all times (This was designated by the user at the block 340 in FIG 11 during creation of the pagination file) If yes, the block 368 marks the page to be printed If no, a decision-making block 372 determines whether the page has any variable placeholders with valid data In other words, the block 372 determines whether there is any variable information from the database to be printed on the page If yes, the block 368 marks the page for printing The program then returns to the block 360 to retrieve the next page from the record until all the appropriate pages have been marked for printing.

FIG 14 illustrates in detail the programming steps implemented by the block 350 of FIG 11 to determine whether the pages should be forced to the left or right hand side of the book. A block 380 first initializes a left/right (L/R) counter variable to its default value of right because it is assumed that the first page of the book will be one the right side Next, a block 382 retrieves the first page from the record that is marked "should print" and a block 384 determines whether the user has specified whether the page should be forced to the left or right side (This was designated by the user during creation of the pagination file at block 340 of FIG 11) If the user has not specified that the page should be forced, a block 386 flip-flops the L/R counter such that if it was set to right it is changed to left and if it was set to left, it is changed to

22

right and the program returns to the block 382 to retrieve the next "should print" page in the record

Alternatively, if the block 384 determines that the user has specified that the page should be forced left or right, a block 388 determines whether the user specification matches the orientation of the page (i e is it the same as the L/R counter) If yes, the block 386 flip-flops the L/R counter and returns to the block 382 to retrieve the next 'should print" page in the record Otherwise, a block 390 marks an appropriate filler page (which was identified by the user during creation of the pagination file) to be printed and the program returns to the block 382 to retrieve the next "should print" page in the record

FIG. 15 illustrates in detail the programming steps implemented by the block 352 of FIG 11 to "pad" the pages into a multiple of the number of pages to be printed on a sheet In our example, using "saddle stitch" imposition, four pages are printed on a sheet (2 pages per side) Therefore, filler pages may need to be added to ensure that the total number of pages in the book is a multiple of 4 A block 392 first counts the number of pages in the record that have been marked to print This includes all the master and variable pages that were marked by the block 368 of FIG. 13 as well as any filler pages that were marked by the block 390 of FIG 14 Next, a block 394 determines whether the total number of pages is a multiple of 4 If not, a block 396 adds the appropriate number of filler pages to make the total number of pages a multiple of 4 For example, if the block 392 determines that 18 pages are marked to print, the block 396 will add 2 filler pages to make the total number of pages in the book equal to 20 (a multiple of four) The program then returns to the block 354 of FIG 11 which generates the PostScript® instruction set

The PostScript® instruction set specifies how the pages marked to print should be positioned (or imposed) for printing In our example, for a "saddle-stitch" imposition format, and assuming a 12 page book, the block 354 generates an instruction specifying that the pages should be positioned as shown in the following table:

| Sheet No. | Side No | Left Side | Right Side |
|-----------|---------|-----------|------------|
| 1 | 1 | Page 12 | Page 1 |
| 1 | 2 | Page 2 | Page 11 |
| 2 | 1 | Page 10 | Page 3 |
| 2 | 2 | Page 4 | Page 9 |
| 3 | 1 | Page 8 | Page 5 |
| 3 | 2 | Page 6 | Page 7 |

It is understood that a different instruction set could be generated (by an imposition program) to impose and print the pages in a different format (i e. four pages per side) or alternatively, a different number of total pages

After the block 354 generates the imposition instruction set. the pages are imposed and printed according to an imposition procedure of the present invention The first imposition procedure of the present invention utilizes an artificial PostScript® operator called "GetTIFF", which is recognized by the Xerox DocuPrint RIP, wherein page files are preprocessed into TIFF ('tagged image file format") format before being provided to the RIP. The second imposition procedure of the present invention (referred to as 'imposition-on-the-fly') involves downloading imposition programs to the RIP which redefine various PostScript® operators to automatically position pages while each page is being interpreted

A user is prompted to specify various information needed for imposition and printing, including the sheet size (i e

RRD252088

US 6,952,801 B2

23

11×17), imposition style (imposition-on-the-fly or GetTIFF), finishing style (online or offline). the output device (i e Xerox DocuPrint or Barco Xeikon) and the name of the directory where the master and variable page files are stored A sample window to prompt a user to provide this information is shown in FIG 16

GetTIFF Imposition

A TIFF (tagged image file format) file is a bitmap representation of a page in the same screen format as the print engine Several commercially available RIPs (such as Image Alchemy or TranverterPro) process pages represented in a page description language format to TIFF format The Xerox DocuPrint RIP recognizes an artificial Postscript® operator called "GetTIFFII" which retrieves a specified TIFF file and quickly processes the file for rendering by the DocuPrint demand printer (Other demand printer RIPs, including the Barco Xeikon, may also be modified to recognize a GetTIFF-type operator)

In a preferred embodiment of the present invention, the master page PDL files 122 and the variable page PDL files 137, 138 are preprocessed to TIFF format Because the Xerox DocuPrint system allows for only one input data stream (as opposed to the Barco Xeikon system which allows two data streams—master and variable), the master page PDL files 122 and the variable page PDL files 137, 138 may be premerged This may be accomplished by forcing all of the master data onto the variable template files After the master and variable pages are merged, the instruction set and GetTIFF operator are used to quickly impose and process the pages for printing

Alternatively, the master and variable data streams may be overlaid by first processing the master pages and then overlaying the variable pages onto the master pages

FIG. 17 illustrates programming which may be executed to facilitate conversion of the page files into TIFF format The programming begins at a block 397 which opens the press command file stored in the memory 53 A block 398 then prompts a user to specify options which are available The options include the ability to convert only master page files, only variable page files or both master and variable page files into bitmap format A block 399 then selects the first line in the press command file having at least one file name therein Thereafter, a block 400 selects a first file name and a block 401 checks a file list stored in the memory 53 to see if the file name has been previously placed in the list If this is not the case, then this is the first time the file name has been encountered in the programming of FIG 17 Thus, a block 402 adds the file name to the file list and a block 403 checks the user-specified options set by the block 398 to determine whether the file should be converted into TIFF format. If so, a RIP list stored in the memory 53 is updated by adding the file name thereto (block 404) and control passes to a block 405 Control also passes to the block 405 from the block 403 (bypassing the block 404) if the file is not to be converted into TIFF format, and from the block 401 if the file name currently under consideration is already in the file list

The block 405 checks to determine whether the end of the current line in the press command file has been reached If not, a block 406 selects the next file name in the line and control returns to the block 401

If the block 405 determines that the end of the current line in the press command file has been reached, a block 407 checks to determine whether the end of the press command file has been reached If not, a block 408 selects the next line in the press command file having at least one file name and control returns to the block 400 On the other hand, if the end

24

of the file has been reached, a block 409 causes the RIP 82 (or another RIP) to convert the files identified in the RIP list into TIFF format

The programming of FIG 17 thus facilitates conversion of files to TIFF format as required by the print system 79.

Referring to FIG. 18, if the user specified GetTIFF imposition and after the page files have been RIPped to TIFF format by the programming of FIG 17, a block 410 retrieves the first page pairing from the instruction set (in our example, page 12 as the left hand page and page 1 as the right hand page) A block 412 then retrieves a reference to the page description of the left hand page in TIFF format from the page file and provides it to the RIP 82 Assuming the default offset is positioned at the left side of the sheet, the left hand page is positioned on the left side of the sheet

A block 414 then moves the offset to position the next page onto the right side of the sheet A block 416 retrieves the reference to the page description in TIFF format of the right hand page from the page file and provides it to the RIP 82 Next, a block 418 may add page numbers and/or a bar tracking code to the sheet, as explained below The program then returns to the block 410 to retrieve the next page pair from the instruction set and the program repeats until all pages and all books have been processed

After all pages have been processed, they are RIPped and printed by the demand printer 84 in accordance with the initialization (INI) file, which was created by the block 212 (FIG 10b)

If, for example, the demand printer is a DocuPrint (i e , no INI file was created), the pages are submitted to the queue (which contains the same parameters as the INI file) for RIPing and printing

A partial Postscript® instruction set for printing the 12-twelve page brochure in accordance with the table above implementing the GetTIFF imposition according to FIG 18 is set forth below:

```
<<
/PageSize [1224 792]                              % set sheet size
>> setpagedevice                                  % (11 × 17)
(VERON12.V01_dir/        % get left page
    VERON12 V01 00000002 tiff)                    GetTIFF
612 0 translate                                   % move to right
(VERON01.V01_dir/        % get right page
    VERON01 V01 00000002 tiff)                    GetTIFF
showpage
(VERON02.M_dir/          % get left page
    VERON02 M 00000002 tiff)                      GetTIFF
612 0 translate                                   % move to right
(VERON11.V01_dir/        % get right page
    VERON11 V01 00000002 tiff)                    GetTIFF
showpage


(VERON06.M_dir/          % get left page
    VERON06 M 00000004 tiff)                      GetTiff
612 0 translate                                   % move to right
(VERON07.V03_dir/        % get right page
    VERON07 V03 00000003 tiff)                    GetTiff
showpage                                          % reset to left
```

In the instruction set, the "VERON* *_dir/VERON* *" indicates the directory and filename where the page descriptions are located. The suffix " M" indicates a master page and the suffix " V_" indicates a variable page (with the version number of the variable page to be printed) The suffix "_ tiff" is the file name created by the RIP which converted the page files to TIFF files and indicates that the files are in TIFF format The artificial Postscript® "Get-

US 6,952,801 B2

25

TIFF" operator interprets the TIFF files The "612 0 trans-
late" command moves the offset to the right hand side of the
sheet (block 414) and the PostScript® showpage operator
transmits the page to the demand printer 84 for rendering,
prepares for interpreting the next page description and resets
the offset to the lefthand side

Optionally, the block 418 may print page numbers and/or
a bar tracking code onto the sheets printed by the demand
printer 84 This may be accomplished by adding the follow-
ing additional PostScript® code before the showpage opera-
tor in the instruction set shown above:

| | |
|---|---|
| /C39P24Dm 24 selectfont | % add bar code info |
| 30 4 5 sub 18 translate 90 rotate | % position on |
| 0 0 moveto | % side of sheet |
| (1 12) show | % indicates sheet 1 of 12 |
| | % |
| /Helvetica 12 selectfont | % add page numbers |
| 320 780 moveto | % center in middle of left page |
| (12) show | % print page "12" |
| -320 780 moveto | % center in middle of right page |
| (1) show | % print page "1" |

The first section of code provides the command for printing
a bar code (indicating for example, the page number and the
total number of pages in the book) The second section of the
code prints page numbers centered at the bottom of each
page A similar technique could be used to do any 'post
page" modifications, such as watermarking samples or QC
books, adding variable printers marks or the like
Imposition-on-the-Fly

The user may also specify that the pages be imposed and
printed using the imposition-on-the-fly technique of the
present invention This technique positions the pages while
the pages are being interpreted by the RIP FIG. 19 is a more
detailed block diagram of the print system 79 shown in FIG
4. The PDL master pages files 122 and the PDL variable page
files 137, 138 may be combined into merged PDL files (such
as merged PostScript file(s) 450), which are then provided to
the print system 79, comprised of RIP 82, collator 81, press
controller 80 and demand printer 84. The press command
file 140, which includes the instruction set for specifying
how pages should be imposed, is also provided to the print
system 79

Alternatively, as described above, the master page files
122 and the variable page files 137, 138 may be provided
separately to the print system 79 and overlaid

The print system 79 may also include a raster memory 452
associated with the RIP 82 and the demand printer 84 The
RIP 82 generates a raster description of the "current page"
being interpreted, which may be stored in the raster memory
452 or provided to the demand printer 84 for rendering The
demand printer 84 physically renders pages 454 from the
merged PostScript® file 450 onto a "flat" (or other medium)
456

For purposes of illustration, it is assumed that the RIP 82
interprets the widely used PostScript® PDL language
(PostScript® is a registered trademark of Adobe Systems,
Inc ) The PostScript® language is fully described in the
PostScript® Language Reference Manual, Second Edition
(1990), from Adobe Systems, Inc , which is incorporated
herein by reference Certain imposition-on-the-fly proce-
dures 454 according to the present invention are downloaded
to the RIP 82 (The procedures 454 include, for example,
ImposeJob, ImposeFile and various redefined PostScript®
operators which are described in detail below) The
imposition-on-the-fly procedures 454 will be used by the

26

RIP 82 to process the instruction set and the page descrip-
tions contained in the merged PostScript® files 450 to
efficiently transmit pages for rendering by the demand
printer 84 (For ease in illustration, it is assumed the master
and variable page files were premerged into merged file 450
It is understood, however, that the master and variable page
files could also be overlaid )
PostScript® Background

In order to facilitate the explanation of imposition-on-the-
fly procedures of the present invention, some background
regarding the PostScript® language is provided Further
background details may be found in the PostScript® Lan-
guage Reference Manual, Second Edition (1990), from
Adobe Systems, Inc , which was previously incorporated by
reference.

The RIP 82 manages four different stacks, which are
"-last-in-first-out" (LIFO) data structures These stacks
include:

(1) an Operands Stack which holds (i) the input operands
to various PostScript® operators, and (ii) the results of the
operations;

(2) an Execution Stack which is controlled by the RIP 82
and which holds executable objects (i e procedures and
files) that are in stages of execution;

(3) a Dictionary Stack which includes (i) a read only
dictionary ("systemdict") which defines the implementation
of the various PostScript® operators, (ii) a writable dictio-
nary ("userdict") which stores all other definitions, and (iii)
specialized dictionaries created by the user (e g , an impo-
sition dictionary); and

(4) a Graphics State Stack which is used to store graphics
information, such as the parameters of the demand printer
84.

The PostScript® language is device independent such that
the page descriptions contained in the merged PostScript®
file 450 are specified in a coordinate system (called "user
space") that is independent of the particular demand printer
84 The coordinate system (called "device space") used by
the demand printer 84 varies depending on the particular
demand printer 84 (the current device") which is specified
for rendering the current page In order to render the pages
described in the merged Postscript® file 450, the page
descriptions (specified in user space) may be transformed to
the current device space by a Current Transformation Matrix
([CTM])

The PostScript® language uses the Current Transforma-
tion Matrix ([CTM]) to describe scaling, rotation, and trans-
lation of the page from user space to device space For
mapping the point (x, y) in user space to the point (x', y') in
device space:

```
[ (FileName)
{ user procedure 1 }
page# { operands to setvirtualdevice }
{ FileObject  offset  setfileposition }
]
[ { user procedure 1 }
page# { operands to setvirtualdevice }
{ user procedure 2 - barcodes, watermarks  etc  }
]
]
```

where a, b, c, and d determine the extent of scaling and
rotation and where $t_x$ and $t_y$ determine the extent of trans-
lation

The RIP 82 also maintains a data structure, called the
'graphics state," that holds various graphics control

RRD252090

US 6,952,801 B2

27

parameters, including the [CTM] The graphics state also includes (i) a clipping path, which defines the rendering area in the raster memory 452 for the current page; (ii) font and line definitions; (iii) a color space (such as DeviceGray, RGB, CMYK or CIE); and (iv) other graphics control parameters

The PostScript® language includes several operators for setting up the current demand printer 84 to fulfill the processing requirements of the page descriptions contained in the merged PostScript® file 450 The current device setup includes establishing the Current Transformation Matrix ([CTM]) for the current demand printer 84 The default transformation from user space to device space for the current device is specified by a "system default matrix" The system default matrix may be generated by the PostScript® language, for example, by a defaultmatrix operator The [CTM] may be considered an alteration of the system default matrix

Once the current demand printer 84 has been set up, the RIP 82 can begin to interpret the page descriptions in the merged PostScript® file 450 For each page in turn. everything that is to appear on that page (including text, graphics, and images) is "painted" into the raster memory 452 and stored and/or rendered by the demand printer 84

In the merged PostScript® file 450, each description of a page to be rendered includes a PostScript® showpage operator The showpage operator, which is generally included at the end of each page description, is used to transmit the raster description of the current page (saved in the raster memory 452) to the demand printer 84 for physical rendering of the current page In general, the showpage operator transmits the contents of the raster memory 452 to the demand printer 84, then erases the current page from the raster memory 452 and partially resets the graphics state in preparation for interpreting the next page description in the merged Postscript® file 450

In level 2 PostScript® implementations, the function of the showpage operator is controlled by an EndPage procedure and a BeginPage procedure that are defined according to the current demand printer 84 In general, the EndPage procedure specifies the disposition of the current page in the raster memory 452 and the BeginPage procedure sets up and marks the beginning of the next page description to be interpreted These procedures may be defined, for example, by a level 2 setpagedevice operator which sets up the graphics state for the current demand printer 84 (the "current graphics state")

During normal operation, the level 2 showpage operator provides two operands to the EndPage procedure: a reason code and Pagecount The reason code operand specifies whether the EndPage procedure is being called by the showpage operator. by a copypage operator, or during a device deactivation When the EndPage procedure is called by the showpage operator. the reason operand is set to 0 The Pagecount operand is the number of executions of the showpage operator that have occurred since the current device was activated, not including the present execution Thus, Pagecount is equal to the number of pages that have been rendered prior to the current page After the EndPage procedure is executed, Pagecount is incremented by one and is provided as an operand to the BeginPage procedure.

The operation of the level 2 showpage operator is illustrated in the flowchart of FIG 20 A block 500 first sets the reason code operand equal to zero to specify that the EndPage procedure is being called by the showpage operator A block 502 then calls the EndPage procedure, which consumes the reason code and PageCount operands and

28

returns a boolean result that specifies the disposition of the current page in the raster memory 452 During normal operation. the EndPage procedure returns true during execution of the showpage or copypage operators (causing a physical page to be produced) and returns false during device deactivation A decision-making block 504 determines whether the result returned from the EndPage procedure is true or false

If the EndPage procedure returns "true", a block 506 transmits the contents of the raster memory 452 to the demand printer 84 for rendering A block 508 then clears the raster memory 452 by executing a procedure similar to a Postscript® erasepage operator Under normal operation, the EndPage procedure returns true if it is called by the showpage or copypage operator Thus, the showpage and copypage operators cause the contents of the raster memory 452 to be transmitted to the demand printer 84 for rendering

If the EndPage procedure returns a "false", the showpage operator does not perform either of the functions of the blocks 506 and 508 (i e , no page is rendered), but skips to a block 510 The block 510 executes a procedure similar to a PostScript® initgraphics operator which resets the [CTM], the clipping path, and other graphics parameters to the default values for the current demand printer 84, thus setting up the graphics state for composing the next page The clipping path defines the rendering area for the current page stored in the raster memory 452

A block 512 then increments the Pagecount operand by one and a block 514 calls the BeginPage procedure with Pagecount as an operand The BeginPage procedure marks the beginning of the next page in the merged PostScript® file 450 to be interpreted by the RIP 82

The standard operation of the level 2 showpage operator illustrated in FIG 20 may be represented by the following PostScript® pseudo code:

```
/showpage {
    /reason 0 def                       % reason = 0 for
                                        % showpage
    pagecount reason EndPage            % call EndPage
                                        % procedure
        {       transmit contents of   % \   do these lines
                raster memory to        % \    only
                demand printer          % /   if Endpage
                erasepage } if          % ;   returns true
    initgraphics                        % set default graphics
                                        % state
    /pagecount pagecount 1 add def      % increment
                                        % pagecount
    pagecount BeginPage                 % call BeginPage
                                        % procedure
} def
```

The Imposition-On-The-Fly Procedures

The imposition-on-the-fly procedures of the present invention create a layer on top of the demand printer, called a "virtual device " The desired position (scale, orientation and size) of a page to be printed by the demand printer is specified by a procedure (called 'setvirtualdevice') which establishes the virtual device for that page Thus, from the standpoint of the Postscript® program, the [CTM] is the same as the system default matrix and every page begins with a [CTM] mapping user space coordinates to the lower left corner of the output device The [CTM] can be explicitly manipulated as if each Postscript® page were imaged on a distinct. but identical, physical page

Thus, when imposing and rendering a selected page from the merged PostScript® file 450, the current output device

RRD252091