# EXHIBIT F

# PART 1

# The Handbook for Digital Printing and Variable-Data Printing

by Penny K. Bennett, Ph.D.
with Harvey Robert Levenson, Ph.D., and Frank J. Romano

 

K02446417

# The Handbook for Digital Printing and Variable-Data Printing

K02446418

The information in this book is distributed on an "as is" basis, without warranty. While every precaution has been taken in the preparation of the book, neither the authors nor PIA/GATF *Press* shall have any liability to any person or entity with respect to any loss or damage caused or alleged to be caused directly or indirectly by the instructions contained in the book.

The reader is expressly warned to consider and adopt all safety precautions that might be indicated by the activities described herein and to avoid all potential hazards By following the instructions contained herein, the reader willingly assumes all risks in connection with such instructions.

K02446419

# The Handbook for Digital Printing and Variable-Data Printing

## by Penny K. Bennett, Ph.D.

### with Harvey Robert Levenson, Ph.D. and Frank J. Romano

**PIA/GATF***Press*
PITTSBURGH

K02446420

Copyright 2006
Printing Industries of America/Graphic Arts Technical Foundation
All Rights Reserved

Library of Congress Catalog Card Number: 2006927738
International Standard Book Number: 0-88362-564-4,
    978-0-88362-564-4

Printed in the United States of America

PIA/GATF Catalog No. 1752
**First Edition**, September 2006

Reproduction in any form by any means without specific written
permission is prohibited.

Individual trademarks are the property of their respective owners.
Product names are mentioned in this book as a matter of informa-
tion only and do not imply endorsement by PIA/GATF.

PIA/GATF*Press* books are widely used by companies, associations,
and schools  for training, marketing, and resale. Quantity discounts
are available by contacting the PIA/GATF Order Department at the
number below.

PIA/GATF*Press*
Printing Industries of America/
Graphic Arts Technical Foundation
200 Deer Run Road
Sewickley, PA 15143-2600
Phone: 412/741-6860
Fax: 412/741-2311
Email: AWoodall@piagatf.org
Internet: www.gain.net

*Orders to:*
Online: www.gain.net
PIA/GATF Orders
200 Deer Run Road
Sewickley, PA 15143
Phone (U.S. and Canada only): 866/855-4283
Phone (all other countries): 301/393-8624
Fax: 301/393-2555

K02446421

# Contents

Dedication   vi

Preface   vii

Acknowledgments   viii

1. Introduction   1

2. Variable-Data Printing   13

3. Software for Variable-Data Printing   25

4. Workflow   35

5. Digital Print Production   43

6. PostScript and PDF   67

7. Digital Printing and VDP Languages and Output Formats   77

8. Output Technologies   83

9. Toners and Inks for Digital Printing   109

10. Data Acquisition, Management, and Enrichment   121

11. Cross-Media Personalized Marketing   131

12. The Business of Digital Printing   139

13. Digital Printing and the Plight of the Commercial Printer   149

Glossary   167

Index   195

About the Authors   203

About PIA/GATF   205

PIA/GATFPress: Selected Titles   207

# Dedication

I would like to dedicate this book to my two contributing authors, Harvey Levenson and Frank Romano. I have been very fortunate to be able to work with such outstanding individuals in the graphic communication industry. These two people share a love and dedication to this industry that is admirable. But what is even more admirable is their willingness to share their time and knowledge with anyone who asks. I thank them both for sharing their time and wisdom with me.

Harvey Levenson is not only my boss, but he is also my mentor and friend. I have worked with Harvey since coming to Cal Poly in 2000. He has helped mold me into being a leading educator in this country. He has encouraged and supported me while also sharing his strength and wisdom along the way. Thank you, Harvey!

Frank Romano was teaching two courses here at Cal Poly during the Winter 2006 quarter when I was writing this book. He offered early on to help me in any way he could. I was also fortunate that Frank's office was conveniently located right across the hall from mine on our campus. I would frequently go to Frank with a question regarding specific details pertinent to the subject matter. Frank was always there with openness and enthusiasm to share his knowledge with me. Thank you, Mr. Romano!

K02446423

## Preface

Our society at this very moment is in the middle of a digital revolution similar to the industrial revolution that we encountered in our society's earlier history. We are all watching our society change before our very eyes. We have moved rapidly from an analog era to a digital era. We have digitized text, images, and now audio and video. Digital data can be easily created, archived, retrieved, edited, and transported. We communicate in ways we couldn't before the digital world with the use of the Internet, email, and cell phones. We have consumer-driven hand-held devices that allow us to communicate via cell phone, email, or through Internet technology. Portable devices are combining together that also allow for GPS and MP3 options. Within a short period of time, one device will provide all our needs for use of all these technological options.

One main difference between the digital revolution and the industrial revolution is that no end appears in sight for digital evolution within the revolution. Technology improves, computing power increases astronomically, and it doesn't seem to have a definitive end. We are on this fast-moving technological train that doesn't seem to have a defined route or a defined destination. Regardless, it has changed the world we live in today. Technology has created an even faster paced society, and technology—specifically the Internet—has created a global market like we've never seen before. Ebay, for example, has become the most sophisticated world market available to the individual consumer.

It is important to recognize as we ride this technological train that the digital era has brought about diversification. Some analog processes such as analog photography will completely disappear. But many people reading this book will ask if digital printing will eventually replace traditional printing. My response is, "not likely in my lifetime." Print has and will shift from traditional to desktop printing to high production digital printing and various options in between. Print will diversify across various output options but the need for print to be distributed in a mass market form will continue. Just as podcasts will not replace mainstream television, digital printing will not entirely replace traditional printing. Both need to exist in our society today.

K02446424

# Acknowledgments

I would like to thank all the people in my life that have enabled me to write and produce this book. My children, Geoffrey and Eric, have been very patient and supportive with the time I've spent away from them during this time-consuming project. I love them very much and I thank them for their sacrifices. My friends Jeff, Barbara, Lonnie, and Robyn have all supported me in ways they have yet to fully understand. Thank you for your love and support along the way. Finally, I'd like to thank my parents, Bruce and Carol, who have always supported me in everything I've done and have always been there to let me know how proud they have been of me along the way. I love you both very much.

K02446425

# 1. Introduction

## EVOLUTION OF DIGITAL PRINTING

Digital printing is simply printing directly from a digital file. Digital printing has been available since Xerox developed the first laser printer in 1978. Various technologies and milestones since that time have contributed to the digital world we live in today.

Hewlett Packard (HP) introduced its LaserJet line in 1984. But probably more significant to our current use of technology is the development of desktop publishing. *Desktop publishing* became a reality in 1985 with the merging of three major contributors. Apple Computer developed the Macintosh computer in 1984 but found sales slowing in 1985. They then partnered with a newly formed company called Adobe and a small company called Aldus.

Adobe Systems, Inc. was formed in 1982 by two brilliant engineers, John Warnock and Charles Geschke. Warnock and Geschke had previously worked for the Xerox Corporation and developed a *page-description language* called "Interpress" that was used to control the Xerox laser printers. The two engineers tried to convince Xerox to make Interpress commercially available with a font technology based on vector outlines rather than bitmaps, but Xerox refused.

The name Adobe came from an Indian creek located behind John Warnock's house in Los Altos, California. The company initially contemplated developing a very powerful printer themselves but soon decided to develop print controllers for other printing manufacturers. The result was *PostScript*, which is a page-description language capable of driving *laser printers* to output high-quality text and graphics. Apple Computer became a natural partner for them.

Meanwhile, Apple Computer was developing a high-quality printing system known as the Apple LaserWriter. Aldus had already developed a *page-layout program* called *PageMaker*. With the use of PageMaker on the Macintosh for page design and the ability to output high-quality text and graphics on the *Apple LaserWriter*, desktop publishing was born.

K02446426

The Apple LaserWriter initially sold for $7000. By today's standards this is a hefty price tag, but back then it was competing with the $500,000 price tag of the Xerox 9700 laser printer. For the first time in history, digital page creation and output of high-quality text and graphics became an affordable reality. The desktop publishing era was born and has evolved to the sophisticated digital publishing world we know today.

Digital printing presses can be defined as a high-speed option for outputting digital printing. The first digital presses debuted in 1993 at IPEX. They were the Indigo E-Print 1000 (figure 1-1) and the Xeikon DCP-1 (figure 1-2). The E-Print boasted the use of liquid ink while the DCP-1 used dry toner. Both presses represented the beginning of the digital press revolution. For the first time, we were experiencing a plateless printing press. Like any new technology, they were expensive to install and expensive to maintain.

The digital printer/press market has come a long way since 1993. Now there are over 11 vendors of digital presses including more than 24 different models. The quality and speed of digital presses have increased tremendously while the costs have continued to go down. Digital presses are available as both sheetfed and webfed, and most will print on a wide variety of substrates. Presses today have the capability to print using dry toner, liquid toner, or inkjet technology. The level of quality that can be reproduced on



*Figure 1-1. The basic operating principles of the Indigo E-Print 1000.*

K02446427

Introduction



*Figure 1-2. General system schematic for the Xeikon DCP-1. Agfa sold its own version, the Chromapress, which was based on the Xeikon print engine*

a digital press has reached and even surpassed the quality of print using some traditional printing methods. Digital presses will be discussed in more detail later.

## EVOLUTION OF VARIABLE-DATA PRINTING

*Variable-data printing (VDP)* is simply the ability to vary data from page to page. The widespread use of personal computers with word processing and database capabilities in the 1980s really gave birth to VDP. Variable-data printing has been available even in the early days of Microsoft Word with its ability to do mail merge. The concept behind variable-data printing is to use certain static elements of information on a page and vary certain elements or information on the page to make it more customizable or personal. *Mail merge* allows text to be varied such as a person's name and address. The end result is to produce personalized form letters.

VDP has also been available for a long time in the form of direct mail. The ability to quickly put someone's name and address directly onto a mail piece has been available since the early to mid 1980s. As the PC platform began to develop during

K02446428

this time, affordable systems were becoming available for the mailing industry that could create the variable-data information and sort the mail for postal discounts. High-speed inkjet addressing capabilities began to come of age in the mid 1980s. Although databases had been around for a long time, it was also during the 1980s that database capabilities began to flourish. Affordable PC platforms allowed multiple users to enter and store data that could then be used for personalizing and addressing.

Since those early days, the level of sophistication for what can be varied has increased dramatically. Today there are several hundred software programs available for creating variable-data designs. Many have the ability to create varying text, graphics, charts, and even custom varying graphics. For example a person's name can be embedded into a picture, such as having his or her name written creatively into a beach photograph (figure 1-3). With the variety of options for software and digital printing engines, the trend in VDP color has also increased. Prior to full-color digital presses, there were many limitations on what elements could be varied. That is not the case today.

The trend has also shifted in recent years to provide variable digital data in the form of personalized web pages or personalized



**Figure 1-3.** *An example of a graphic image that has been customized by including the recipient's name in the image.*

K02446429

emails. The evolution will continue but has been primarily driven by the increased capabilities of workflow, hardware, and software options. The number of people having not only Internet access but also high-speed Internet has shown astronomical growth. As this trend continues, it provides another media option for *personalized marketing*.

## INTRODUCTION TO DIGITAL PRINTING

Digital printing is simply printing directly from a digital file to a printed piece. Frank Romano, Professor Emeritus from RIT School of Print Media, defines *digital printing* as "any process that does not use a fixed-image and consumable image carrier (a plate)." Using this definition then, an image can be placed on a substrate through the use of spots or dots using a toner, inkjet, dye, or pigment-based transfer system. Digital printing can either be black-and-white or full-color. Full-color digital printing usually uses a combination of primary colors to create the full-color image. Some terms used to describe various forms of digital printing include *short-run printing, on-demand printing, variable-data printing,* and *distribute-and-print*.

Digital-imaging (DI) press refers to a traditional printing press combined with technology that enables the image carrier to be imaged directly on the press. They are sometimes referred to as a hybrid system because they offer the traditional feed, delivery, and cylinder systems of a traditional offset press while also being able to image directly to press from a digital file. Usually a silicon-based material is used as the image carrier. An ablation process creates the image area allowing ink to adhere while the nonimage area remains smooth silicone to which the ink will not adhere. Therefore, they do not require a dampening system. Most DI presses use a waterless ink system. The digital file is processed through a RIP and the laser then images the dots or spots onto the plate material. Direct imaging presses are not capable of variable-data imaging, but they are well suited for medium- to short-run, full-color printing. Registration is very good and makeready is minimal as all colors are imaged precisely in place. Because of the precise registration, traditional prepress techniques such as trapping are not required. DI press manufacturers have included Heidelberg, Ryobi (figure 1-4), Scitex (now KBA), and Omni-Adast.

K02446430



| 1. Imaging head | 7. Automatic ink roller cleaning device |
| 2. Printing plate | 8. Underswing system |
| 3. Plate cylinder | 9. Paper feed drum |
| 4. Plate cleaning device | 10. Impression cylinder |
| 5. Blanket cylinder | 11. Decurling device |
| 6. Automatic blanket cleaning device | 12. Suction wheel |
| | 13. Infrared dryer |

**Figure 1-4.** The Ryobi 3404X-DI, a direct imaging press. (Courtesy Ryobi Limited)

Digital presses can be differentiated from digital printers such as laser printers or desktop inkjet printers because of their ability to print at production speeds. Production speeds are generally measured in terms of pages per minute (ppm) or feet per minute (fpm) with webfed presses. Mid-level printers can be defined as printing 40–60 ppm. Production-level presses are generally defined as being able to produce 70 ppm or faster.

Digital presses other than DI presses can be categorized into either electrostatic printing or inkjet printing.

*Electrophotographic,* or *electrostatic, digital presses* start the imaging process by applying an electrostatic charge to the entire surface of a drum or belt. Next, the digital data allows a series of *light-emitting diodes* (LEDs) to eliminate the charge only in the nonimage areas of the drum or belt. Finally, *toner* is applied to the drum or belt and adheres only to the image areas. The toner also carries a charge allowing it to be attracted to the image areas. The toner is then transferred to a substrate and then fused onto the

K02446431

Introduction



**Figure 1-5.** *The operating principle of an electrophotographic digital press*

substrate using heat and pressure (figure 1-5). There are a wide variety of electrophotographic digital presses available from full-color to black-and-white only. Some are sheetfed while others are webfed. Most have the ability to print on a wide variety of substrates. Manufacturers include Xerox (figure 1-6), HP Indigo, Xeikon, Kodak, Konica, and Océ.

*Inkjet digital presses* are less common but will likely be an area of increased growth and market share in the digital press area. The overall growth in inkjet printing has been steady in



**Figure 1-6.** *Xerox iGen3™ 90/110 Digital Production Press (Courtesy Xerox Corporation)*

K02446432

every segment of the industry and will likely continue in the production-speed digital press area as well. Currently, two manufacturers make production-speed inkjet digital presses. The Agfa Dotrix produces very high-quality printing at high speeds on a variety of substrates. It does so with the use of an array of inkjet heads using drop-on-demand piezo technology (figure 1-7) and UV curable inks. Kodak's VersaMark is also a high-speed inkjet digital press using continuous inkjet print head technology (figure 1-8). Both presses use a webfed system for substrates. There has been a dramatic increase in the inkjet printers becoming available both in the desktop and proofing markets and also in the large-format markets including direct-to-signage and textile printing. It is likely that there will also be an increase in the available offerings for digital press inkjet technologies in the future.

*On-demand printing* is a term that came about with the development of production-speed digital presses. Printers have always produced jobs on demand as demanded by the customer, but the turnaround times for producing a job can be greatly reduced with the use of digital presses. On-demand printing can be printing from a quantity of one to a quantity of short to medium run lengths. *On-demand publishing* of books is a growing area. With the technology available using digital presses and binding capabilities, books can also be reproduced in small quantities of one or more in a matter of minutes. Publishers no longer have to worry about printing large quantities of books that may or may not sell. Books became out-of-print in the past due to low demand. On-demand book publishing can eliminate books from ever going out of print. The publisher only needs to worry about archiving a digital file of the book for reproduction as needed.



**Figure 1-7.** *Operating principle of piezoelectric drop-on-demand inkjet printer. (Courtesy PIRA International)*

K02446433

Introduction



*Figure 1-8. Digital continuous inkjet. (Courtesy Marconi Data Systems, Inc.)*

Variable-data printing means that each printed piece can be different from each other. The amount of information that can change is quite vast. Most variable-data printing jobs are reproduced either all or in part on some type of production-level digital press. Other terms used for variable-data printing are *personalized printing, customized printing,* and *one-to-one printing.* Variable printing will be discussed in more detail later.

*Distribute-and-print,* another term used in conjunction with digital printing, is considered a form of on-demand printing. With the distribute-and-print workflow, digital files are created at a source location and then distributed to multiple locations where digital presses at each location print smaller quantities. The alternative to this workflow would be to print larger quantities of the job at a single location and then ship the printed job to various locations. The theory with distribute-and-print is that it would be faster—and possibly cheaper—to print at locations closer to the point of final delivery.

## USES OF DIGITAL PRINTING

Digital printing has dramatically changed the way a printed document is reproduced. Most traditional printing today is reproduced using offset printing technology. Offset printing requires

K02446434

more time and makeready even with the latest computer-to-plate (CTP) technology. Digital printing requires no makeready and therefore can be used to run a quantity as small as one. Digital printing can be done using just black-and-white or color. Because of this, digital printing lends itself well to things like short-runs, custom publications, and personalized printing.

### Short-Run

**Short-run printing** is generally considered the printing of quantities of less than 5000. Both digital press and offset presses are used for short-run printing, although the extensive makeready associated with offset presses usually makes it a less attractive alternative for short-run printing. As quantities increase, it becomes more cost-effective to use offset printing instead of digital printing. As digital presses increase in speed and consumables drop in price, however, the quantities considered to be short-run will increase.

Much of what is digitally printed today is considered short-run color with static images. In today's fast-paced society people want convenience, and they are willing to pay for it. Running a color job on a digital press can be accomplished much quicker than running a job using traditional printing methods. It is realistic and quite common for a customer to submit a PDF file to a printer and receive the printed job that same day or the next. The cost per printed piece will likely be higher than traditional printing, but if the quantities are lower, then the customer's overall cost is lower as well.

As digital presses have increased in speed and quality, there has been a continuous shift in jobs being run on digital presses rather than traditional presses. Most forecasts and trends show an increase in digital printing over time in both the amount of jobs being printed on digital presses and the increase in run lengths.

### Custom Publication Printing

Digital printing has changed the way publishing is done. In the past, if a book or magazine was to be produced and distributed using offset printing, it was only cost-effective to reproduce large quantities of the publication because of the makeready time involved. With today's digital printing technology books and magazines can be reproduced in a quantity as small as one.

K02446435

Because of this, there has been tremendous growth in the custom publication market.

On-demand publishing and self-publishing have flourished because of digital printing. Publishers can take in digital files directly from an author and easily create a relatively small number of publications. Books can be self-published and reproduced on a digital press. There are a variety of options for the binding of digitally reproduced publications including softcover, hardcover, and saddle-stitching. Binding can be done both in-line and off-line depending on the production workflow or quantity printed. The types of custom publications that can be done today are limited only by one's imagination.

## VDP

Personalized printing is a type of variable-data printing. Personalized printing means that each page is distinctly different from the other. The only thing varying may be just a person's name or it may be the entire page. VDP means that the information on a page can vary but not necessarily on every page. VDP can include something like sale flyers printed for a large retail chain. There might be five different locations in which several flyers will be distributed for each store. The only thing that might change for each store will the store location, a street map, and the store hours. This is still considered VDP but is not considered personalized printing. VDP should be viewed as a type of digital printing. VDP actually represents a relatively small portion of the overall digital printing market. Most printers involved in producing variable-data printing have been involved five years or less. VDP requires more expertise and more time commitment for design and production whereas static digital printing can be reproduced relatively quickly. There are great opportunities for VDP as marketing trends shift towards more personalization.

K02446436

# 2. Variable-Data Printing

## WHAT IS VDP?

VDP can be viewed as either a tool for marketing or a production component of digital printing. From a marketing view, VDP is a form of personalized marketing, as shown in figure 2-1. Marketing can be categorized into mass marketing or personalized marketing. *Mass marketing* includes such things as TV/cable, Internet, newspaper, magazine, and various forms of signage such as billboards. *Personalized marketing* can be delivered in a variety of media forms such as printed (VDP), emails, or websites.

A term used to describe a marketing campaign incorporating various media for personalized marketing is referred to as *cross-media personalized marketing*. Marketers are realizing that personalization can help break through the marketing clutter associated with our society. Another term used is *one-to-one marketing*. The idea is to be more targeted with marketing and to send more relevant messages to a consumer. This concept will be discussed in chapter 11.

Personalized marketing can be delivered by sending an explicit message, a transparent message, or a combination of the two. *Transparent personalization* would be sending a message to an individual that is personally meant for them but they may not be aware of it. For example, a personalized marketing campaign could be developed for a group of people where the age of the person is known. Text and images can then be changed between specific age groups to appeal more to the age group being targeted. The person receiving the marketing message may not be aware that the information given to them may be different than information given to someone within another age group. *Explicit personalization* then would contain text or images specific to a given individual such as a person's name or business address. A marketing piece can contain both transparent and explicit messages.

VDP as it relates to marketing can then be categorized as either *personalized* or a form of *versioning*. A personalized piece would be designed to be unique for one specific person. A personalized document includes variations of text, graphics, and layout to

K02446437

14    The Handbook for Digital Printing and Variable-Data Printing



*Figure 2-1. VDP as a component of marketing.*

K02446438

meet the needs of an individual consumer. A common example would be a piece that has a person's first name built into the design and would therefore not be appropriate to send to any other individual. Versioning, on the other hand, can have the same design sent to multiple people. An example of versioning would be a printed piece listing a regional toll-free number or a mailer listing a local store location.

When viewing VDP as a production component of digital printing there are a few variances, as shown in figure 2-2. As previously mentioned, digital printing consists of short-run, VDP, and custom publication printing. In this view, VDP can either be reproduced for transactional or marketing purposes. VDP for marketing has already been discussed. Transactional printing includes all the bills and statements generated and sent to individuals or businesses. *Transactional printing* is printing of financial applications that incorporate personalized and customized content. Transactional printing is actually the single highest use of VDP today. Just like direct mail, transactional printing was one of the first forms of VDP and has been around for a long time.

As previously mentioned, VDP can take on many forms. The level and sophistication of how this can be done is quite diverse. VDP has been available for a long time in the form of direct mail.

Direct mail can simply be sending a mailing to a large group of people that only has their name and address on it. The varying elements on much of what we see in today's direct mail stream is black-and-white name and address changes only. This is really a form of mass marketing and is proven to be not as effective as more targeting marketing. VDP, then, is really a form of marketing.

### Job Variations of VDP

Since the introduction of digital presses in 1993, the level of sophistication for designing and producing VDP has increased dramatically. With today's software, hardware, and digital printing engine capabilities, all elements of a printed piece can be varied in both color and black-and-white. As these tools have developed, there has continued to be more interest and growth in personalized marketing.

Variable-data printing can be achieved in a variety of ways and using a combination of different technologies to create a printed

K02446439

16    The Handbook for Digital Printing and Variable-Data Printing



*Figure 2-2. VDP as a component of digital printing.*

K02446440