# EXHIBIT F

# PART 2

piece. The elements involved in creating a variable-data piece are a series of static elements and a series of varying elements. Designs can include both text and graphics and can be just black-and-white or a combination of color with black-and-white. Some type of database must be used to incorporate the varying elements. With today's sophisticated software, virtually any element on the page can be varied, including graphics. In fact, everything on the page can change from sheet to sheet.

The equipment and technologies used to produce the finished product can be just as varied as the elements on the page. Production tools can include traditional printing presses, digital presses, inkjet mailing and addressing equipment, and even websites.

There are many ways and combinations of producing a VDP job. The job variations include the following:

- Preprinted shell
- Digital color press
- Digital black-and-white press
- Postpress
- Combination digital
- Transactional
- Versioning
- Web-to-print

Preprinted shell. One method of reproducing VDP is to pre-print a colored "shell" of static information normally using traditional printing methods such as offset printing and then run the shell through a digital output device (e.g., high-speed black-and-white digital press, desktop laser printer, or inkjet printer) to add black-only varying elements to the preprinted piece. Usually, text and line graphics would be the varying elements added to the piece using this technology. This method is very common in VDP marketing. It can be a cost-effective way to generate a full-color variable-data piece when only black is required for the varying elements. If you think about it, most varying elements such as someone's name are text elements. Generally speaking, text reproduces better and is also more readable in black.

There are several advantages to using this method of reproduction. The big advantage is cost. A large number of shells can be preprinted and stored for use over time. For example, 24,000

K02446441

colored pieces can be printed using offset printing. Then those preprinted shells could be imaged at the rate of 2,000 variable pieces per month from a digital black-and-white press for mailing. Offset printing still has advantages over digital printing, especially with toner-based systems. Cost-effectiveness over longer runs is an advantage of offset printing. Toner doesn't embed into the paper as well as offset ink and therefore can create issues of coverage or cracking of the finished piece. A preprinted offset shell resolves these issues nicely. For large quantities, it is by far the most cost-effective method of creating full-color VDP while still adding affordable black-only varying elements. One obvious disadvantage is the limitation on what elements can be varied within the piece.

Digital color press. VDP can also be produced today by outputting directly to a digital color press. The piece is produced entirely on a digital press in full color. Except for cutting, trimming, or folding, this method reproduces a completely digital variable-data piece ready to be mailed, such as that shown in figure 2-3.



*Figure 2-3.* A digital color personalized, variable-data piece.

K02446442

Using this method, it is possible to vary every element on the page. Both text and graphics can be varied. Most of today's digital color presses have the ability to print on both sides of the sheet. The capabilities of what can be reproduced using digital color presses is almost limitless.

Although the flexibility of what can be varied is very good using this method, it is also important to understand that the more varying elements there are in a piece, the more complicated it can be to design and print. As the complexity of the piece goes up, so does the overall cost of the project.

Digital black-and-white press. Most digital press manufactures make a high-speed black-and-white press. VDP can be reproduced either partially or entirely on black-and-white digital presses. Although lack of color can put some limitations on the design, it can also be a faster and affordable way to create VDP.

Postpress. Until the development of digital color presses, variable-data printing was produced primarily by direct mail houses. Pieces printed on traditional printing equipment would go to the direct mail house to have primarily names and addresses added to the mailer. This method is similar to a preprinted shell, but the piece can be reproduced using offset printing or short-run color digital printing, depending on the quantity needed. The difference between this method and the preprinted shell is the equipment used to image the varying elements. In postpress operations, specialized high-speed addressing equipment has traditionally been used to address and perhaps add very limited varying elements of black only to the piece. Black-and-white high-speed inkjet, and sometimes laser technology, is generally used. Because of the historical use in mailing houses, the equipment and associated software is also efficient at addressing. It can image a printed piece with both addressing and postal requirements that help in the cost and efficiency of bulk mailing. This still represents a very large market of VDP today. It is quick and efficient and one of the most economical ways to market by mail. Because of the lack of ability for more personalization, it isn't considered the most effective type of VDP. If there is no other variation other than the addressing on the printed piece, this method is more likely considered a form of mass marketing than personalized marketing.

K02446443

**Combination digital.** A variable-data printed piece produced using combination digital would include something partially created on a digital color press and then imaged again using another type of black-and-white press. The colored elements might be static for speed and efficiency and then varying elements such as black text may be added using a black-and-white digital press.

The advantage of using this method is that it can be more cost-effective from both a consumable usage vantage point and a time-efficiency vantage point. Consumables for digital color presses are generally higher than consumables for digital black-and-white presses. Planning a design that includes variation of only black-and-white elements can be less time consuming than planning and designing a more complicated piece. Obviously, if "click" charges are associated with both digital presses being used, this would not be a very cost-effective method to use. Another disadvantage of this method can be the substrate's ability or inability to withstand two passes of high heat associated with toner-based systems. Excessive curling and other quality-related issues could become a problem.

**Transactional.** Transactional printing includes the creation of financial documents such as bills, statements, or financial reports. Millions of bills and statements are printed worldwide. Most of these consist of primarily black-and-white digital printing on a preprinted shell. Transactional printing requires very high-speed production because of the volume generated. Transactional printing also requires a very quick turnaround time due to the time sensitivity of the information being printed. Many transactional printing presses are webfed because they offer much higher speeds than sheetfed and therefore faster turnaround for delivery.

Like most types of digital printing, transactional printing is changing and growing in complexity as the technology allows for more sophistication. As more people turn to bill paying on the Internet, transactional printers are looking to offer more services to their customers. Transactional printers are including more charts, graphs, and color into printed pieces as the speed and quality of digital presses improve.

K02446444

Versioning. Versioning is the printing of different versions of a message designed to send a specific message to a specific group. Versioning can be a type of short-run printing using digital presses, or versioning can be done using conventional printing with a variety of messages being printed on a multiple-up press sheet. In versioning, different groups receive a different message. An example of versioning can be concert passes printed for various groups such as staff, security, and back-stage (figure 2-4). Versioning can be marketing related but in the example used above, it can be used in areas other than marketing. Versioning represents a very large segment of what is printed using VDP.



*Figure 2-4.* An example of versioning. (Courtesy Black Cat Entertainment)

K02446445

22   The Handbook for Digital Printing and Variable-Data Printing

**Web-to-print.** As more people gain access to the Internet, another method of variable-data printing creation is with the use of a web-enabled interface. Using this method, there is generally a template or series of elements that can be chosen by the user to create a design right within a given website. An example of a company that offers this method is Saepio Technologies, Inc. The user generally has several options from a choice of background to being able to add their own logo or dealer information, as shown in figure 2-5.



*Figure 2-5. A template that allows the user to create a design within a given website. (Courtesy Saepio Technologies, Inc.)*

Some interfaces even allow the user to upload their own database to finalize the personalization of the varying elements. When the design is completed (see figure 2-6), the user usually has the option to send the design directly to the printer or download the digital file in the form of an EPS or PDF file directly to their own computer.

K02446446

# End of Winter Sale
## 25% Off



*Triad*

**Triad**
Model - Triad

Three-in-one jacket providing
multi-season weather protection.
Heavyweight Taslon nylon shell,
hidden hood, inside pocket. Wear
outer shell only, fleece liner only,
or wear the liner zipped into
the shell for maximum warmth.
Imported

Available sizes
S - 3XL



*Hillcrest II*

**Hillcrest**
Model - 8073

All-Seasons polyester Microfiber
shell provides excellent resistance
to the elements yet offers comfort
in a crossover v-neck windshirt.
Nylon lining, rib knit cuffs and
waistband in high-density acrylic,
side entry pockets. Full golf cut.
Imported

Available sizes
S - 3XL

**Fine Line Clothing**
1 Grand Avenue
San Luis Obispo, CA 93407
(805) 555-1234
www.finelineslo.com



*Figure 2-6. A completed design, which can be sent directly to the printer or
downloaded as an EPS or PDF file. (Courtesy Saepio Technologies, Inc.)*

## VDP PLANNING

It is important when planning for VDP that the most efficient and
the most cost-effective method is used. This will depend largely
on the existing equipment within a company, the quantity to be
produced, the amount of variable information built into the
design and the time to production. If a company has one full-

K02446447

color traditional press and one black-and-white digital press, then the options are limited. If the company has one full-color digital press and one black-and-white digital press, they may want to consider outsourcing colored preprinted shells for large-quantity jobs. If the press vendor charges per click versus per consumables, this could affect the overall decision. If large amounts of both colored and black-and-white variable information are built into a design, a digital press is the only choice. Depending on the quantity and design, versioning can be done on either a traditional press or a digital press.

K02446448

# 3. Software for Variable-Data Printing

## OVERVIEW

Designing for variable-data printing can involve a variety of software applications. The initial design of non-variable or static information is generally done in a page-layout program such as Adobe InDesign or QuarkXPress. Graphics software such as Adobe Illustrator and Adobe Photoshop can also be used in conjunction with the page-layout program for the initial design. Some type of database is used to collect and manage the data. Finally, a software program is needed to merge the static information together with the variable data.

*Page layout.* Popular page-layout programs such as Adobe InDesign and QuarkXPress (figure 3-1) are used for general layout and design of a printed piece. Microsoft Word and other less sophisticated layout programs can be used but are not recom-



*Figure 3-1. A page layout using QuarkXPress.*

K02446449

mended for professional designs. Quark and InDesign are much better for handling the graphic file formats and typographical requirements needed for professional design. Most VDP software also works quite well with these well-established programs.

The static parts of the design are created directly in the page-layout program. Page-layout programs are ideal for assembling of both text and graphics. They work well for any document size. It is best to plan the document size according to the finished printed size for VDP. Most VDP applications will not work well with a manually imposed or multiple-up documents built in a page-layout program. This would be better managed at the digital front end of the workflow.

Graphics. Graphics used for VDP layouts can either be static or variable. Regardless, the graphics creation and formatting process will not change. There are two major types of graphic files. *Vector graphics* are used for illustration or logo type work, while *raster graphics* are used for photo or graphics needing a large tonal value. The two predominant software programs used for graphics creation and editing are Adobe Illustrator and Adobe Photoshop. Illustrator (figure 5-3) works primarily with vector graphics while Photoshop



*Figure 3-2. Creating a vector graphic in Adobe Illustrator.*

K02446450



*Figure 3-3. Image editing with Adobe Photoshop.*

(figure 5-4) works primarily with raster graphics. Common file formats used in printing, including digital printing, are EPS files saved out of Illustrator and TIFF files saved out of Photoshop. Graphics and file formats will be discussed in greater detail in chapter 5.

**Database.** Data can be created and managed using any program that can save or export a data file compatible with the VDP software. Microsoft Excel can be used as well as FileMaker Pro, Microsoft Access, or any other compatible data management application. Database software and systems range from lower-end options like those mentioned above to more robust server-based systems such as SQL Server or Oracle. The choice in databases to use will depend primarily on the size of the database file and the level of sophistication needed for managing and manipulating the data. Databases will be discussed in more detail in chapter 10.

## VDP SOFTWARE

Today there are hundreds of software options for designing and producing VDP. Software specifically designed to incorporate variable data into a design can be classified into one of two main

K02446451

categories: *workstation-based applications* and *Web-to-print applications*. Workstation-based applications can be further categorized into the following:

- Image personalization
- Stand-alone
- Plug-in
- Dynamic Layout
- Enterprise system

Many vendors offer products in more than one category of software solutions. These software applications are used to merge variable data into static or non-varying elements of a design

**Workstation-based.** Workstation-based applications run completely on a computer workstation. The static and variable images are planned and assembled on the workstation. Some of the software applications may work in conjunction with others to produce the final product. Prior to leaving the workstation, however, the design is completed.

**Image personalization.** Image personalization applications allow personalized or variable information to be incorporated directly into an image. For instance, a person's name could be incorporated into a design by becoming part of the image. An example would be writing someone's name in the sky as if it were written by an actual airplane (figure 3-4). The application would create a graphic image that could then be saved and incorporated into a VDP layout as a variable image. Examples of software capable of image personalization are DirectSmile and the most recent versions of Adobe Photoshop and Adobe Illustrator.

**Stand-alone.** Stand-alone applications allow for import of either an EPS or PDF file into the application for static elements. The variable information is then added within the stand-alone application. Stand-alone applications include Atlas Printshop Mail, Pageflex Persona, and BCC Mail Manager 2010.

**Plug-in.** Plug-in applications work in conjunction with an existing program to assist in incorporating and merging the data into the static elements. Plug-in applications work with Adobe InDesign,

K02446452



*Figure 3-4.* An example of image personalization

Adobe Acrobat, or QuarkXPress. Applications working directly in InDesign and Quark provide more flexibility in design and more capabilities inherent in the page layout programs. Editing and revising is more easily accomplished if it can be done within the design application.

A plug-in used with Adobe Acrobat is more limited in that the static elements are not easily editable with a PDF file. A plug-in to Acrobat could be more beneficial if the static page is designed by one person, such as a designer, and the variable information is then added by someone else, such as someone in the prepress department of a digital printer. Plug-in applications include Creo Darwin, Printable FusionPro Desktop, and XMPie.

Darwin works with both Quark and InDesign. As seen in figure 3-5, the variable elements can be added to the page design through the use of the Darwin View, Darwin Preview, Darwin Fields and Rules, and Darwin VI Properties.

Dynamic layout. Other types of VDP software have a fixed form and content. Dynamic layout software allows the form and content to be separate. This provides more flexibility when designing for variable content. If a field contains a picture element and there are various size pictures contained in the database, the dynamic

K02446453



*Figure 3-5. The Darwin View, Darwin Fields and Rules, and Darwin VI Properties dialog boxes.*

layout software will adjust the layout to accommodate for the varying sizes. The dynamic changes can be applied to both graphic and text elements. Examples of dynamic layout software include PageFlex and NimbleFish.

Enterprise system. Enterprise systems are specialized software applications that are primarily code-based and are used exclusively within a particular company or business. This type of software can be very robust and can be largely responsible for digitally managing virtually everything within an organization.

An example of an enterprise system is Oracle. Oracle is known for its database capabilities, but Oracle also provides solutions for a company's email, calendaring, transactions, and more. Some specialized VDP software such as Extream Dialogue is targeted specifically towards the transactional printing industry and is capable of professional design directly within the program. Much of the software used to create transactional documents can be put into the category of enterprise systems. Some enterprise systems do transactional printing and a lot more however.

K02446454

Software for Variable-Data Printing

## ROLE OF THE DIGITAL FRONT END

Once a design is completed using a combination of software applications, it is then ready to print to an output device. The next step in the workflow process is the send the file to a ***digital front end (DFE).*** A DFE is a raster image processor (RIP) and more. Not only can DFEs rasterize (rip) files, but they can also impose documents, color-manage files, archive files, and implement variable-data printing. In the past, RIPs were a bottleneck in the workflow for outputing jobs. Today, with the powerful computing options, vendors have developed powerful DFEs that can be scalable to one's particular needs.

Vendors can include as little or as much processing power as needed. Often times a DFE system will contain more than one computer. As more computers are added to the system, the more powerful the system becomes. If a company is processing primarily static jobs or small VDP jobs, less processing power is required. If they are processing large VDP jobs with thousands and thousands of records, more processing power is needed. VDP jobs in which some of the variable information is graphics can also require additional processing power.

With VDP jobs, DFEs play a critical role. Static data is rasterized (ripped) once, and the variable data is then ripped separately. This allows DFEs to be more efficient by not requiring each page to be ripped each time. The static elements are cached at the DFE while the variable elements are ripped for each separate record. The DFE allows the static and variable elements to be ripped separately but printed together. Can you imagine how much processing power would be needed to rasterize a VDP job with 2000 records if it needed to rasterize each page separately? DFEs for VDP have the robust processing power and efficiency needed to create the finished product. DFEs will be discussed in more detail in chapter 4.

## WEB-BASED APPLICATIONS

Web-based applications can be used to create VDP jobs by using a website to put together the elements. They are designed to incorporate web pages into the content creation. Two types of web pages can be generated for incorporation into a marketing campaign. A ***static web page*** can be created as a landing page to direct

K02446455

a group of people to, and a *personalized web page* can be created
as a landing page for a single individual. As Internet use increases
for both individual use and business use, web pages will become
more and more a media of choice.

A static web page can be used as a marketing tool to an indi-
vidual to pull information in or as an option for business to
design and generate VDP. The advantage of being able to pull
information from an individual can contribute greatly to the
overall marketing campaign. Once an individual lands on your
web page, they have already shown an interest in what you are
selling. If you can then get that person to provide you with infor-
mation such as a name, email address, and mailing address, you
can incorporate them into a personalized marketing campaign.
You can generate an already designed printed piece, including
some personalized information and then mail them that person-
alized piece. You've now pulled some information from them and
then pushed marketing information out to them. They have now
become an addition to your marketing database.

Another use for static web pages related to VDP is for members
of a company to design and order their own variable-data pieces
from a website. The real estate industry lends itself well to this
model. Real estate agents can access a website and choose from a
variety of templates to design a printed piece. They can upload
pictures of a particular listing and also a picture of themselves.
They can even upload their customer database for incorporation
into the personalized piece. Once it is created, the piece can be
printed and either sent to the real estate agent or directly to the
customer through a digital printer specializing in offering such a
service. Software that allows for web page creation combined with
design and production of VDP include Printables' ProFusion,
XMPie, and Saepio Technologies.

Another type of web-to-print application is incorporation of a
personalized web page with a corresponding personalized URL.
The idea behind creating a personalized URL is to use direct mail
to link a person to a given website. Let's say you have a mailing
list of 5,000 potential customers. A business reply card (BRC)
could be created and mailed to the list. The card would include
information on what is being marketed, but it would also include
at least two options to respond. One would be a toll-free number

K02446456

for someone to call. The other would be a personalized URL such as pennybennett.directoffer.com. If someone sees their name in a URL, they are more likely to respond and go to that web page.

Depending on what is known about the person, the personalized web page can also contain variable information. The web page might contain one type of offer if the person is an existing customer, and a different type of offer if the person is a potential new customer. Response rates and conversions are generally much higher in campaigns that incorporate personalized URLs. A *conversion* can be defined as getting someone to take action, whether it be providing more information or making a purchase.

Another benefit of using personalized URLs is the ability to track respondents and update or gather information. It is able to pick up where direct mail leaves off. It can work in conjunction with VDP for a more relevant and personalized marketing campaign. This will be discussed in more detail in chapter 11, "Cross-Media Personalized Marketing." If the personalized URL is being used to gather or update information, it is important to populate that web page with the known information. Users are more likely to respond if it is more convenient for them to do so. Software applications that can generate personalized URLs include XMPie, Mindfire Inc.'s LookWho'sClicking, and Printables' PrintOne Customer Center.

## SOFTWARE SELECTION

There are many factors involved in deciding what software or combination of software to use for VDP. Will the software be used to generate personalized print pieces or are personalized URLs a requirement as well? Will there be transactional or other custom uses for the software? How many records will be processed at a time? Who will be doing the database management? Who will be doing the primary layout and design? Where will the variable elements be incorporated?

Much will depend on the level of VDP that is required. Many of the web-to-print options provide a good solution for the printer just starting in VDP. If cross-media campaigns are a necessity then that will require software capable of creating the personalized URL's. Much will also depend on who is involved with the data management and design of the VDP job. If an outside designer is

K02446457

used and then the variable elements are added at the digital printer's location, a stand-alone program might work well allowing all the static information to be imported into the software intact. A plug-in program that uses PDF files as the static elements might work well also in this case. If the printer is doing much of the design and data incorporation, a plug-in application might work better. When it comes to building business rules, it is nice to have a software program that is intuitive to the user so data is accurately merged into the static information.

Some software is specifically designed to print VDP more transactional in nature. Some also have all the proper data cleansing and management tools built into the software. Still others are designed to handle large varieties of variable elements including text and graphics. Some software requires certain hardware configurations to operate efficiently while others will run smoothly on most desktop computes. Software selection should be done carefully to ensure that the right product is chosen for the right use.

K02446458

# 4. Workflow

## INTRODUCTION

The process of getting a digital file prepared and printed is known as *workflow*. The workflow for digital printing is more streamlined than the workflow for traditional printing. There are fewer production steps in digital printing. A traditional printing workflow includes steps needed to make a printing plate. This may include making film from an imagesetter and then making a plate or going directly to plate in a computer-to-plate (CTP) workflow. Digital printing is direct-to-press so the workflow is more efficient. Some of the steps are similar, however.

## JOB FLOW

The job flow for digital printing is similar to that of traditional printing. Static digital printing is considerably less complicated than VDP. The job flow for VDP will differ some in that it has a database and VDP software as part of the overall flow. The basic job flow that exists for all types of digital printing incorporates some type of design, certain graphic elements, and some type of output. The software and file formats that can be used in the job flow can vary greatly. Figure 4-1 shows the job flow for static digital printing prior to sending the project to the printer.

A page design is created that would most likely include a page layout, some graphics, and some fonts. Someone needs to create the initial design. This is sometimes called the *content creator*. The content creator can be the client or person desiring the finished product, a graphic designer, a prepress provider, an ad agency, or some type of marketing personnel. Generally speaking, static digital printing will draw a wider variety of content creators from many walks of life depending on the complexity of the printed piece.

Desktop publishing has put the tools in the hands of many for content creation. If someone has a computer and a desktop printer, they are certainly capable of content creation for output on a digital press. Outputting to a digital press can sometimes be as simple as FILE>PRINT. Large organizations may have digital

K02446459



**Figure 4-1.** *Job flow for static digital printing prior to sending the project to the printer.*

presses networked so many people within the organization can print directly to the digital press. The lines are becoming blurred between a digital printer, digital copier, and digital press. Some organizations will have all of these available on the network for various personnel to print to directly.

The level of knowledge a content creator has for good file preparation may affect the ability to output correctly, however. As there is more of a shift to PDF creation directly from layout and design applications, it is likely the trend will continue with having a wide variety of people doing content creation.

Content creation for VDP is more challenging and will likely not involve as wide a range of people because of the complexity and increased number of steps in the overall job flow. Figure 4-2 shows the job flow for VDP prior to sending the job to the printer. Page design is still part of the job flow, but working with data, defining rules for applying the data and merging the data, are also part of the job flow for VDP.

The complexity increases due to the incorporation of databases and the need for some type of VDP software that allows for incorporation of both the static and variable elements. A layout

K02446460



Figure 4-2. Job flow for variable-data digital printing prior to sending the project to the printer.

K02446461

and design application is needed at some point in the job flow. The variable information can be included in the process, depending on what type of software is used.

There is likely to be more than one person involved in the job flow for VDP. Working with databases isn't typically a skill that a content creator would have. VDP content creation is less likely to have the wide variety of skill levels involved in putting a VDP piece together. Content creators working with VDP designs will need a very sophisticated level of understanding and experience for the job to be successful. Outputting a VDP job is not as simple as outputting a static digital printing job. The output format needs to be compatible with the digital front end (DFE). Since each piece is unique, it is critical that every piece print in a VDP job. It may also be necessary to print extra "dummy" pieces if some type of makeready is needed for setup of finishing operations such as folding, addressing, or inserting.

## NETWORKING

When people network with one another they develop connections from people they know to people they don't know. As human beings we network with one another in both our professional and personal lives. Usually there is a purpose for someone wanting to network with other people. There are similarities to computer networking. Computer networking is developing connections between various components of the computer system. Typically this would include workstations, servers, digital front ends, and marking engines. These devices are connected by either hard wire connections, wireless connections, or both.

The methods used for implementing a connection between devices is an important consideration primarily because of transfer speed and security. The most popular and most reliable method of connecting computers together is using *Ethernet* as the cabling system and *Transfer Control Protocol/Internet Protocol (TCP/IP)* as the transfer protocol. Ethernet provides the ability to transfer large files very quickly over a network. TCP/IP is a very good protocol for managing computers in a secure environment.

A *workstation* is a computer that is used for work production and is connected to a network. A workstation can be either a Mac-

K02446462

intosh or a PC. Almost all workstations today have Ethernet ports and the option for wireless connectivity as well. Implementing a wireless network is less work and requires less time investment in building the infrastructure. Hard-wired connections, such as Ethernet, are generally better for speed and reliability.

The workstation will be connected to the DFE via the network. Most DFEs have Ethernet connections as the input method, but a different configuration is generally used for outputting from the DFE to the marking engine. Most digital presses use a proprietary cabling system for connection between the DFE and the marking engine. It may even be a series of cables. Often times, because the ripped data is very large, special cabling is needed to move the data quickly to the marking engine. The DFE can also be used for storing and archiving files or a separate server can be set up for file storage and archiving. If a separate server is used, it must also be part of the overall network. Figure 4-3 shows a typical network in a digital press environment.



**Figure 4-3.** *A typical network in a digital press environment.*

K02446463

## OPERATOR-CONTROLLED DIGITAL PRINTING

Most digital presses also have the added option of an operator-controlled unit. This is usually a connected or separate unit that allows for scanning and digital conversion of analog data into digital format for output to the digital press. The Xerox DigiPath (now part of FreeFlow) is an example of this. The operator-controlled unit provides a convenience for non-digital reproduction. Caution must be used regarding loss of quality using the scanning input, however. Any time an original is scanned there will be some loss in quality on the reproduction from the original. If a digital file is available for output, this method is preferred to the scanning input method. Sometimes that is not an option though.

Some operator-controlled units have the ability to store and archive scanned data as well. The units also will have the ability to control the digital press in almost every aspect that is available as part of the DFE including paper size, paper color, duplexing, collation, and binding options.

## DIGITAL FRONT END

A *digital front end (DFE)* is a system that connects and outputs to the print engine or the digital press itself. So how does a DFE differ from a raster image processor (RIP)? A DFE contains a RIP but today can do much more than just ripping. DFEs can also create documents, impose jobs, control color, job management via the Internet or intranet, archive jobs, automate workflow, proof, access databases, and balance print load between printers based on a distribute-and-print model. Distribute-and-print allows for one file to print at many locations. Under this model, the DFE doesn't necessarily need to be connected directly to the print engine.

Gordon Moore, a Silicon Valley pioneer, developed something called *Moore's Law,* which states that computing power doubles every 18 months. Even without testing his law, it is easy to see that the computing power has increased dramatically and this has benefited the print world tremendously. In the past, the print engine could print faster than the RIP could process the files. This is not the case any more. Today's DFEs not only have fast processors but also multiprocessors in most cases. In fact, a DFE system

K02446464