# EXHIBIT F

# PART 3

can also be multiple computers. Since the processing power was once a bottleneck, this would place limits on what could be processed in terms of color, number of records, or image files used within a particular VDP job. These limits no longer exist so the level of sophistication and what can be accomplished for VDP production is almost limitless.

In the past, customers were limited with their choices for DFEs because proprietary systems would be the only option for driving a particular print engine. Today, many companies make DFEs for a variety of print engines. Manufacturers of DFEs and print engines are working closely together to help provide more options and more robust features than ever before. Manufacturers will configure a DFE depending on the needs of the customer. They market it as a comprehensive solution designed to meet the customer's needs. The features are usually sold in modules and are sometimes actually a separate software application installed on the DFE. For example, the EFI Fiery DFE has the ability to impose documents. It is done with a software application called DocBuilder Pro. Once a file is sent to the DFE and it appears in the print queue, the option is available to impose the document. Once that option is selected, DocBuilder Pro opens to configure the document further. A separate, imposed file is then created and placed back into the print queue.

## CONTROLLING SYSTEM

Along with the DFE, a digital press will also have a controlling system connected directly to the digital press itself. This controlling unit has the ability to specify different paper types within certain trays, if sheetfed. It can also monitor and manage the consumables such as paper and toner/ink. If a paper tray runs out or if a toner cartridge runs too low, the controlling system will notify the operator of the status.

## MARKING ENGINE

The *marking engine* is the actual digital press itself. This is sometimes called a *print engine* but a broader term is marking engine. Not all output devices will ultimately print. For example, an imagesetter or platesetter places a mark on film or a plate but

K02446465

doesn't necessarily print. In digital printing, marking engine and print engine can be used interchangeably.

Once the digital file is rasterized by the RIP, it is then sent to the marking engine. The raster dots will either be imaged or not. The marking engine has a maximum *resolution* of dots per inch (dpi) that it is capable of reproducing. A digital press with a 2400-dpi output resolution is going to reproduce a finer dot than a digital press with a 600-dpi output resolution.

As the raster file is sent to the marking engine, each raster dot will either be on or off. If it is on, the marking engine will make an image in that area. If the raster dot is off, it will not make an image in that area. Marking engines can image dots based on the particular technology of the digital press. It may be a dot of dry toner or liquid toner, or it may be an inkjet dot.

Although the marking engine's primary task is to create an image on a substrate, there are sometimes in-line auxiliary operations that can be performed before the product is finished. A webfed digital press can have the ability to cut the roll into sheets as the paper comes off the press. Or a sheetfed press could have the ability to collate, staple, or perform some other type of in-line finishing.

K02446466

# 5. Digital Print Production

## DESIGNING FOR DIGITAL PRINT

Introduction. Designing for digital printing has many similarities to designing for traditional printing and many of the same basic principles apply, but some things are also different. Digital printing has some advantages and disadvantages compared to traditional printing. One basic principle that still applies though is to always check with the printer when questions arise. Communication between the designer or content creator and digital printer is still an essential component for success. Each digital press may have slightly different limitations and requirements, and the printer is still the best one to know what those are and how to prepare accordingly.

There are things that need to be considered in print production when designing as well. Is it black-and-white or color, or how about a blend of both? Are they all process colors? Are there any spot colors? What resolution and color mode should the graphics be? Is there a color management system in place? In what format should the file(s) be submitted? What type of paper will be used? How will that affect the job? Are there any finishing processes to be done?

File preparation. Good file preparation is important to the success of a digitally printed job. This includes knowing and understanding things like graphic file formats, resolution, color modes, file management, understanding fonts, trapping and imposition, preflighting, and file transportation. Digital printing is a form of custom production—meaning every job can be quite different. It is very important for the content creator and printer to communicate during all stages of production. There should be no such thing as a stupid question regarding good file preparation. It is in the best interest of everyone involved to make sure custom jobs print correctly. This can only be done through good communication about all of the issues previously mentioned.

Designing backwards. Designing for digital printing, as well as traditional printing, requires designing from the back end to the

K02446467

front end. What this means is that you must understand what takes place in the bindery and in print production to maximize the best design for output on digital presses. A simple example in bindery would be something like a three-fold brochure. Most people would think that you just divide a page in thirds and start placing your images on the page. If this is done, the final printed image will not match the fold properly. Let's take a closer look. You're designing a brochure that has a finished trim size of 8½×11 in. (215.9×279.4 mm). The page will be designed in a landscape format. If you divide the 11-in. width by three, you have three panels that are approximately 3⅔ in. (93.2 mm) each. But this won't work when it is folded. Instead, one panel—the panel that is on the inside when folded—needs to be slightly smaller than the other two panels. Therefore, two panels should be 3¹¹⁄₁₆ in. (93.7 mm) and one panel should be 3⅝ in. (92.1 mm), as shown in figure 5-1. If it is a two-sided brochure, then each side will need to be composed a little differently. When designing the inside and outside of the brochure, the smallest panel of 3⅝ in. will change sides on the design.

Bleeds. When designing a job, it is also important to know how to set bleeds and how much of a bleed to set. Standard bleed amounts are ¹⁄₁₆ in. (1.6 mm) to ⅛ in. (3.2 mm), but it is always best to check with the printer. It is also important to communicate with the printer that you have set bleeds within the design. Knowing the final trim size and any binding requirements are essential as well. Digital presses, just like traditional presses, are not capable of printing right up to the edge of the sheet. So in order to achieve a bleed, the design must be printed on paper larger than the finished piece and then trimmed back. Digital printing may be limited by the maximum sheet size. If 12×18 in. (304.8×457.2 mm) is the maximum sheet size of a given digital press, the maximum finished size with a full bleed is likely to be 11×17 in. (279.4×431.8 mm).

Graphic file formats. Graphics used for digital printing are much different than graphics used for digital display such as a website or multimedia. Graphics used for digital printing must contain more information than graphics that will ultimately be

K02446468



**Figure 5-1.** Correct dimensions of tri-fold brochure to ensure proper folding

displayed on a projector or monitor. Graphic files are usually some type of illustration or a photograph. Illustrations are usually created using an illustration program such as Adobe Illustrator. Scanning an original photograph or using a digital camera usually creates a digital photograph. Digital photographs are usually captured or edited in Adobe Photoshop. Most graphics are created

K02446469



**Figure 5-2.** *A raster graphic is made up of pixels. (Reprinted from* Color and Its Reproduction, *Third Edition)*

either using pixels to create an image (as shown in figure 5-2), or a series of points and paths to create and image (as shown in figure 5-3). Graphics made up of pixels are called *raster graphics*, while graphics made with points and paths are called *vector graphics*.

Graphic files can be kept in their native file format such as Illustrator (.ai) files or Photoshop (.psd) files, but it is generally better to save the file as either a *tagged image file format (TIFF)* file or *encapsulated PostScript (EPS)* file and then place that file into the page-layout program. TIFF is the most common raster graphic file format used for digital printing. EPS is the most common vector graphic file format used for digital printing. Other graphic file formats can be used but caution must be used regarding

K02446470

Digital Print Production



**Figure 5-3.** *Vector graphics consist of mathematically described points, lines, and arcs Shown here is a bézier curve, one of the building blocks of vector graphics The shape of the curve is controlled by the two "handles," or control points.*

compatibility and quality Today, most digital images are captured by digital cameras which, by default, save files as JPEG (Joint Photographic Experts Group). JPEG is a good graphic file format for digital camera use because of the compression capabilities inherent in the format. Caution must be used with JPEG, however, because it is based on *lossy compression* which means quality is lost and vital pixel information may be thrown away. The best thing to do with a digital image captured from a digital camera is to open it in Photoshop, resize to the desired size, and resave in a TIFF format for export into the page-layout program. JPEG is commonly used for preparing graphics for websites as is *graphics interchange format (GIF)*, but neither are recommended for reproduction on digital presses.

*Image resolution and resizing.* Image resolution is measured and defined by the amount of pixels that are contained in the original file Images are captured on digital cameras in terms of megapixels, and images are scanned on scanners by capturing a defined amount of *pixels per inch (ppi)*. This is sometimes referred to as *input resolution. Output resolution* is the capabilities of a given output device and is measured in terms of *dots per inch (dpi)*. A digital press may have the capability to output at 600 dpi or 2400 dpi. People sometimes use the terms "dpi" and "ppi" synonymously, but in fact they are quite different. Both are types of resolution, but "ppi" refers to input resolution and is

K02446471

representing pixels, while "dpi" refers to output resolution and is referring to the dots turned on or off by the RIP once the file goes to the marking engine. A dot of toner or a dot of ink is either imaged or it is not. It is important to make a distinction between these two for better communication in the industry. If a designer or content creator asks a printer to "increase the resolution," is the person referring to "ppi" or "dpi"? One more type of output resolution is *lines per inch,* or *lpi.* This is also sometimes called *screen frequency* and is referring to the rows of lines or dots in a printed halftone. This can be determined by the substrate being used and/or the capabilities of the digital press. It is always best to check with your printer to determine the most appropriate screen frequency for a given job or a given digital press.

A general rule, then, is to capture the input resolution (ppi) at twice the known screen frequency (lpi). If the printer determines that the press is capable of reproducing 150-lpi halftones, then the input resolution should be 300 ppi. A good minimum input resolution in today's world of print reproduction is 300 ppi. Even if it is determined that the digital press can reproduce only the equivalent of a 100-lpi halftone, the small amount of over-sampling in this case isn't likely going to hinder production. Line art should be treated a little differently and should be captured at a resolution of 1200 ppi.

The final size of a graphic is also very important. Most digital cameras today will capture more than enough digital information for reproduction on a digital press. It is important to be sure that the graphic does not contain too much information as it will slow down the network and the RIP, but too little information will result in low-quality graphic reproduction. For example, a typical five-megapixel camera will capture an image at 300 ppi that is approximately 6½×8½ in. (165.1×215.9 mm). The file size will be just over 14 megabytes (MB). But if that file is only going to repro-duce at 5×7 in. (127.0×177.8 mm), the image size can be reduced and Photoshop can resample the image—making the file size around 9 MB (figure 5-4). This may not seem like a lot of savings in file size, but multiple pictures and multiple pages can increase transfer time and output time significantly. It is important to resize a file in Photoshop and not within the page-layout program as Photoshop actually reduces the file size whereas page-layout

K02446472

Digital Print Production                                                    49



**Figure 5-4.** *Image size—and file size—can be reduced by resampling the image in Adobe Photoshop, as shown in the above dialog box.*

programs only reduce the view with the program but does not reduce the file size.

Resizing a raster graphic to a larger scale is generally not a good idea. This only increases the pixel size and therefore reduces the overall quality of the graphic. Photoshop can actually increase the resolution of a graphic but is does this by interpolating, or guessing, what pixel information to add. The end result is a higher-resolution graphic, but a lower-quality reproduction.

As previously mentioned, graphics from websites are not designed for use in digital printing. Most web graphics are at a fixed resolution of 72 ppi so they will load quickly when viewing websites. Small file sizes are important for web graphics but not for graphics destined for digital printing. Don't confuse this with purchasing high-resolution graphics over the Internet, however. Many companies provide high-resolution graphics over the Internet, but there is usually a fee associated with them. If you are designing a digital printing job for a company that also has a website, be sure to get high-resolution graphics from the company rather than taking the company's logo or graphics off the website.

K02446473

Color mode. Graphic images are usually captured by digital camera or scanner in additive colors of red, green, and blue *(RGB)*. The final product is usually printed in some type of process color environment of cyan, magenta, yellow, and black *(CMYK)*. RGB has a larger color space than CMYK. In the traditional printing environment, it is customary to change RGB files into CMYK files prior to outputting. In the digital printing environment that is not necessarily the case. Many digital presses today have CMYK with other inks or toners added to the mix, such as a light cyan and light magenta. There may be other proprietary process color systems instead of CMYK. Since the RGB color space is pretty large, it is best to investigate the output before making a conversion. If a simple conversion to CMYK is done in Photoshop, critical color information could be lost in the process. Many DFEs have algorithms built specifically for a particular digital press to make a conversion from RGB to CMYK or other specified color models depending on the press configurations. So the conversions and separations may be done within the RIP. If this is the case, the graphic files should remain in RGB format until output. It is best to check with the printer to determine what color mode would best suit the workflow before converting.

Some digital presses even have the ability to reproduce custom or *spot colors*. The spot colors are either converted at the RIP to a close approximation or some presses even have the ability to add specialty spot colors as a separate printing toner or ink. As the trend for brighter, more vibrant colors continues, and short-run color shifts more to the consumer packaging segment, the demand for digital presses to reproduce larger color gamuts or custom color printing will continue.

## SPECIAL DESIGN CONSIDERATIONS

Some digital presses have certain reproduction limitations or sometimes they just reproduce differently than a traditional printing so some considerations must be made related to design. For example type can sometimes reproduce differently as can printing in solid areas or reproducing grays.

Blacks. Most digital presses today have the capability to produce a very dark black for solid black areas, in some cases more so than

K02446474

printing black in a traditional printing environment. Sometimes the blacks can be enhanced, however, by adding more color to the black. This is referred to as a *rich black* or *super black.* Super blacks are nothing more than black with other colors added to it. For example, the designer could specify a color of 100% black, plus 50% cyan, 40% magenta, and 40% yellow (figure 5-5). This would likely create a deeper, richer black (hence the term "rich black") on the finished product. Another option would be to print 100% black, plus 60 or 80% of one of the other process colors. The results would be a deep black with a slight hue of the process color added to the mix. This can provide a creative option for designers looking to differentiate the look of a design.



**Figure 5-5.** *The block at the left is printed in black only. The block at the right is a rich black or super black, printed with 100% black, 50% cyan, 40% magenta, and 40% yellow.*

In traditional printing, most presses have a limit of *total ink coverage.* For example, it is not advisable to print 100% of each process color as adverse effects happen due to the large amounts of ink accumulating in one area. In this case, more is not necessarily better. This is also true of digital printing. Most digital presses have a total "ink" limit as well even if it is toner being laid down rather than ink. It is best to check with the press manufacturer or printer prior to specifying large percentages for super blacks. You can expect that total number to be somewhere in the range of 250% to 300% total coverage. What this means is that a super black of 100% black, 60% cyan, 60% magenta, and 60% yellow—representing a total coverage of 280%—may be dangerously close to exceeding the press's total coverage limits.

K02446475

**Solids.** One thing that digital presses don't always do well is print large areas of solid colors evenly. Often times what happens is the area has some type of *banding* or blending problems. The result is a poor-looking solid area. One option is to avoid designing large areas of solid color, but this isn't really practical. If gray is the color to be reproduced, it is best to use tints of black rather than a process mix and it may also be best to specify tints of 20% or higher and 80% or lower. Another option is to create some type of noise in the design to help improve the blending. This can be done by adding some type of pattern to a solid area or using Photoshop's noise filters to create a subtle pattern. Another option would be to reduce the amount of overall color as lighter areas seem to reproduce better than darker areas.

**Type.** Very small type should be avoided in designs destined for digital printing for a couple of reasons. The average readable type is set at 10 to 12 points (pt.). Some digital presses can reproduce type smaller than that, but it should be assessed as to the overall readability of type smaller than ten points. Although some digital presses can print type as small as 4 pt., the readability of 4-pt. type may be a broader question to ask.

Reverse type can also be reproduced nicely on most digital presses, but if you want to ensure better results, consider making a super black as described earlier but try using less black, especially for small type or fonts with fine letter forms and serifs. It is also best when reproducing reverse type to use a bright white stock to help the type stand out better.

The color of the type or the background color can have an effect on the final printed piece from a digital press as well. If the type is going to be printed in any color other than black, some consideration should be given to the outcome. Type that is too light is difficult to read. If a legible color is used for the type, it is best to use at least 80% of any of the process colors (cyan, magenta, and black) except yellow. Yellow is too light and won't give the desired effect like the other colors. Similarly, if white type is going to be on a colored background the same rule applies. If there is at least 80% of one of the process colors (cyan, magenta, and black except yellow) in the background, the type will knock out better.

K02446476

One other thing to consider related to reproducing type on digital presses is the need to overprint black text on a colored background, especially if it is a light background. Sometimes digital presses will create a slight halo around type because the default is to knock out the text. Once the type is set to overprint, it should significantly reduce or eliminate the halo effect.

Good type reproduction is highly dependent on use of fonts and good font selection. Fonts will be discussed later in greater detail, but it is important to mention the use of type styles when designing with type. Most applications have a type style button or menu that allows for applying styles such as bold and italic. It is important, however, not to apply styles in this way. It is better to use the actual digital font to apply the style. For example, the font Bookman can be chosen and then have the software apply an italic style to it. But it is always preferred to actually choose the font Bookman Italic from the font menu. This will provide consistent results and doesn't require the software to simulate the desired effect.

**Paper and proofing.** In the early development of digital presses, paper stocks were limited. This is not the case today. Virtually any type of stock desired can be acquired and printed on many digital presses. However, it is always best to consult with the printer regarding paper choices. Since digital presses require virtually no makeready, it is easier to request testing or proofing at various stages of production. If there is any doubt about the reproducibility of any of the issues discussed already, it is perfectly reasonable to have a proof made during the process to determine the outcome.

Proofs can be done early on as a concept proof or also as a final or contract proof prior to full production. Proofing and reproduction of spot colors has always been a challenge in traditional printing environments. Prior to digital proofing, spot colors could be proofed using analog laminate proofing systems such as MatchPrint. Today, digital proofing may or may not be able to accurately represent what color the spot color will actually print on a traditional printing press. With digital presses this is not an issue, however, because the actual production press can be used to generate the contract proof. It removes any of the guesswork or

K02446477

variability out of communicating how a particular color will reproduce. If there is a question as to how a particular super black will reproduce, it is easy to test it on the digital press.

## FONTS

Whenever a particular font is chosen to use in a document, the font information that allows it to look the way it does on the screen and when printed comes from a digital font file(s) stored locally on the machine on which the document was created. When the document file is transported to another machine, such as to a printing company, the digital font file(s) must be transported as well. Content creators aren't always aware of this. Therefore, the most common problem associated with successful output of files is missing fonts. On a Macintosh platform fonts are dealt with differently depending on whether that Mac is operating under OS 9 or OS X (pronounced OS ten).

In OS 9, fonts are stored either in the Fonts folder within the System folder on the Macintosh or within a font management utility such as Suitcase, ATM Deluxe, or FontReserve. On the Mac, if a large number of fonts are used, a font management utility is a necessity. Currently, the most common type of font used by content creators is PostScript *Type 1 fonts*. They are well-known for their quality and reliable output. Most printers prefer PostScript Type 1 fonts. Type 1 fonts, as they are sometimes called, have both a screen font and printer font (figure 5-6). Screen fonts are normally stored in a suitcase. A suitcase is just a special kind of folder that stores fonts. Font suitcases usually contain either



**Figure 5-6.** *Icons for the printer font (left) and screen font (right) for a Type 1 font.*

PostScript Type 1 screen fonts or a family of TrueType fonts. Another common font type is *TrueType fonts*. TrueType fonts have just one icon rather than the two that are needed by Type 1 fonts. TrueType fonts can also be used but avoid using *Multiple Master fonts* and use fonts off the Internet with caution. If they are free fonts, remember, you usually do get what you pay for. Some fonts from unreliable sources can cause output problems on

K02446478

digital presses. Another option that will be discussed later is to save files with fonts embedded as PDF.

In OS X, fonts are usually stored in the Fonts folder that is located in the Library. As OS X becomes more fully integrated into production environments, *Open Type fonts* will likely become the new standard. Open Type fonts offer over 65,000 characters compared to the 256-character limits in Type 1 and TrueType fonts. Open Type is also a smaller file size and cross-platform compatible making it the ideal source for future font integration. The changeover process will not occur overnight however. Companies won't be eager to invest more money into new fonts as long as their current fonts are meeting their needs.

If a native file is sent to the printer, both QuarkXPress and InDesign offer very nice features for collecting fonts and graphics as well. Quark uses the "Collect for Output" option that allows for collection of both fonts and graphics. By default, Quark does not collect fonts however. It is an option that must be selected in the Collect for Output dialog box, as shown in figure 5-7. It is also important to select both screen fonts and printer fonts. InDesign's font and graphic collection feature is called "Package." By default, it does collect both fonts and graphics without needing to make the selection, as shown in figure 5-8.



**Figure 5-7.** The "Collect for Output" dialog box in QuarkXPress. The defaults are set up to collect linked graphics, but not fonts.

K02446479

**Figure 5-8.** *The "Create Package Folder" dialog in Adobe InDesign, which is set up to collect fonts and graphics as its default*

If the native file that is sent to the printer is an Adobe Illustrator (.ai) file or an EPS file saved from Illustrator, it might be wise to turn the fonts into graphics using Illustrator's "Create Outlines" feature. Because Illustrator wasn't intended as a page-layout tool, there shouldn't be large amounts of text in a design created in Illustrator. This provides an option to select the text that is in the design and create outlines, thereby turning the actual font into a series of points and paths. The need to include the font with the native file is then eliminated because it is now a PostScript outline.

## FILE MANAGEMENT

The digital world has made things so much easier in many ways. Digital data is easily created, easily edited, and easily transferable. It can also be very vulnerable and difficult to manage as well. It is important to have a good system of saving, archiving, and retrieving files. Just as you'd organize your file cabinet with hanging files and folders, your digital files need to be organized with some logical system as well. Depending on the number of files that need to be managed, this can be done manually or with some type of *digital asset management (DAM)* system. The important thing is

K02446480

to have some type of system and to have a system for backing up and archiving files.

Digital data can be vulnerable to corruption or loss. Once the data is gone, restoring or retrieving data can be very difficult if not impossible. If there is not a recent backup of the data, this can be disastrous. Today, there are a variety of options for file management including servers, external hard drives, and removable media. It is always a good idea to have an on-site data storage option and an off-site option as well in the event of loss due to fire or other unforeseen circumstances.

It is also important to keep track of the most recent version of a document. This can be checked by the date modified of a given file. Once a graphic file is placed into a illustration or page-layout program, it is important to remember that the graphic is not embedded in the page-layout program, but linked. What this means is that the graphic must stay with the page-layout document. Also, if the graphic is renamed, it should be updated or re-imported into the page-layout program.

## TRAPPING

*Trapping* compensates for misregister with adjoining colors in the printing process. (This type of trapping should not be confused with the term *ink trapping* that is used to determine how efficiently one ink film lays down on the preceding ink film when printing multiple colors.) When a job is designed that has two or more colors, it may require trapping prior to being printed. When two colors are printed adjacent to each other they should butt right up against each other. Sometimes there will be slight shifting between colors. This can result in an unwanted white line on one side of the object (figure 5-9). To compensate for any movement that may occur between the colors, a technique called trapping is used that creates a slight overlap between the colors. Once a trap is created, any movement will be filled in by the overlap.

With digital presses, the registration is very good, but sometimes trapping is still needed. It is important to know if and where trapping will occur. Sometimes it is done automatically in the DFE. If this is the case, the file should not be trapped prior to being sent to the printer. An exception might be overprinting black text on a light background to prevent a halo effect.

K02446481

88    The Handbook for Digital Printing and Variable-Data Printing



*Figure 5-9. Trapping is used to compensate for any misregister that might occur on a printing press. Notice the unwanted white line in the untrapped image at the left.*

## PREFLIGHTING

*Preflighting* is the process of checking a file before sending it to a printer or before sending it to an output device. The term comes from the process of preflighting an aircraft before takeoff to ensure the plane won't malfunction and crash. Preflighting in digital file preparation can also prevent the file from crashing the RIP. The process of preflighting can be as simple as manually checking a file to be sure it is set up properly or as sophisticated as using specialized preflighting software to check for certain criteria.

Some of the common problems with files that can be detected by preflighting are missing fonts, missing graphics, low-resolution graphics, graphics in the wrong color mode, and JPEG or GIF graphics. Another thing that should be checked at this stage is the overall layout. Is the job set up to bleed? Are the bleeds set up properly? Is the job supposed to fold? Will the design fit the fold?

Preflighting can be done by the designer/content creator or by the printing professional. Software packages are available for both. Preflighting can also be done through a web interface if the printer has that option available. If files are sent to the printer over the

K02446482

Internet, an added convenience would be the option to preflight the file prior to sending it off. Adobe InDesign also offers a simple pre-flighting option, as shown in figure 5-10. It is always best to check with the printer to see what they recommend for preflighting.



**Figure 5-10.** The "Preflight" summary dialog box in Adobe InDesign, indicating that one of the images is missing.

## FILE TRANSPORT

Once a job is ready to send to the printer, there are several ways this can be done. First determine if the printer would like the job sent in its native format or as a PDF file with fonts and graphics embedded. Once that is determined, it should be determined whether the file(s) need to be compressed or not. File compression can increase the transfer time on both the sending and receiving end. If compression is used, it is important to use compression software that uses lossless compression. This means that it will compress files but will not throw out any digital information. When the file(s) are decompressed there should be no lose in quality. Files can be sent either as email attachments, using an FTP server or a WebDAV server. It is best to check with the print provider to determine the best way to send the file.

## IMPOSITION, FOLDING, AND FINISHING

*Imposition* is the process of assembling pages in the proper orientation so when folded and cut, the pages come out in sequential order. Larger printing presses take larger sheet sizes, therefore it is common with large press formats to print multiple pages on one press sheet. This is referred to as a *signature*. Signatures are printed on both sides, sometimes referred to as Side A and Side B. Figure 5-11 shows a 32-page signature with 16 pages printed on each side.

| Side A | | | | Side B | | | |
|---|---|---|---|---|---|---|---|
| 9 | 24 | 25 | 8 | 7 | 26 | 23 | 10 |
| X | X | X | X | X | X | X | X |
| 12 | 21 | 28 | 5 | 6 | 27 | 22 | 11 |
| 13 | 20 | 29 | 4 | 3 | 30 | 19 | 14 |
| X | X | X | X | X | X | X | X |
| 16 | 17 | 32 | 1 | 2 | 31 | 18 | 15 |

**Figure 5-11.** *A 32-page imposition, with 16 pages printed on each side. The "X's" indicate the head (or top) of each page.*

Digital presses don't have as large of a sheet size capacity as many large printing presses, but imposition is still needed when multiple pages are printed on a sheet. It is important to understand the difference between a reader's spread and a printer's spread. A *reader's spread* would be how two pages are next to each other in the finished book. In other words, how is the reader viewing it? Pages 20 and 21 of a book or magazine, for example, would be a reader's spread, because the pages are across the fold from each other, as shown in figure 5-12. A *printer's spread* would be how two pages are viewed on the printed sheet prior to folding and binding. For example, in the 32-page imposition shown in figure 5-11, pages 9 and 24 on side A would be considered a printer's spread.

K02446484

Digital Print Production



**Figure 5-12.** *A reader's spread in a magazine*

Documents can be set up with either reader's spreads or printer's spreads. The important thing is to communicate between the content creator and the printer how it is set up. A *folding dummy* or a mock-up should also be provided to the printer for better clarification. Most digital presses have some type of imposition software built into the DFE for handling the particular imposition that works best on a given press. It is important to plan for the proper amount of gutter between pages for the particular binding process that will be used. For example, saddle stitching may require a varying gutter as page counts increase, whereas some type of signature stacking as is common with perfect binding may not require a varying gutter but may require a larger inside gutter for the trimming that occurs in the binding process.

Consideration must also be given to the area that is to be folded. Electrophotography can be susceptible to cracking in folding areas that have heavy coverage. One solution is to design areas to be folded with less coverage. Another option is to plan on *scoring* a sheet prior to folding. Scoring will always give the best results for folds, especially with heavier paper stock. Another thing that should be considered for folding is the *grain direction* of the paper. When paper is manufactured, the paper fibers tend to align in one direction. If possible, it is always best to plan a fold in the direction of the paper grain. Folding against the grain will likely cause *cracking* to occur and usually results in an uneven fold, as shown in figure 5-13.

K02446485



*Figure 5-13. Folding against the grain can produce an uneven fold (left) while folding with the grain produces a much better fold (right).*

For book covers, sometimes results can be improved by adding some type of finish to the cover prior to folding. Most documents printed on a digital press can be varnished, laminated, or finished with some type of coating. Usually an aqueous coating or non-oil-based UV coating works best with documents printed using electrophotography. But it is always best to check with the press manufacturer or printer for the recommended coating. If a digitally printed document is going to be mailed, consideration should be given to applying some type of coating as the mailing process can cause unwanted results such as streaking and smearing by the time the mailing gets to its customer.

## DESIGNING FOR VARIABLE-DATA PRINTING

Designing for variable-data printing has a few additional considerations in addition to design considerations for static digital printing. All of the design considerations for digital printing apply to VDP as well because VDP is produced using digital printing. Considerations unique to VDP are things such as variable elements, static elements, VDP workflow, database incorporation, imposition, proofing, binding, and finishing.

The design planning for a VDP job can be more intense and time-consuming than planning for static digital printing. There will likely be others involved working on a personalized campaign such as marketing people, designers, printers, and perhaps data-

K02446486

base specialists. It is important to work with the entire team involved when planning the design of a VDP job. Decisions on varying elements are highly dependent on the database and what information is available. The more that is known about an individual, the more relevant the message is that can be sent to them. It must be decided what elements will be variable and what elements will remain static. It must be decided what varying elements will send an overt message using explicit personalization and what elements will send a covert message using transparent personalization.

A database specialist likely does database management and design. A specialist would determine specific searches and ensure that the data is cleansed and ready for incorporation into a VDP design. It is important to be sure that the data is accurate and conducive to postal regulations and efficiency. Once the database is completed, it is ready to be incorporated into the VDP software application. How the data preparation is done is discussed in more detail in chapter 10.

Because VDP jobs can be more complicated to design, the overall workflow is also more complicated. The VDP workflow consists of a job design, merging, and output (figure 5-14). There may be a variety of people involved in the workflow. The job design includes a database that can have text and graphic elements, a set of rules that determines under what conditions certain elements will be used, static graphic files, and the overall layout. The job is then merged together using some type of VDP software application. Finally, the job is sent to the DFE using some type of VDP output language, and it is then imaged on the marking engine.

Imposition can be a very critical component for VDP output. If something like BRC mailers are being printed and there is variable information on both sides, it is important that one person's front of the mailer match up with their own back of the mailer. Dealing with two-sided printing and multiple-up pages like this imposition can be tricky. Depending on the job flow, the imposition will either be done within the VDP software application or within the DFE. If the VDP software application does the multiple-up layout, it needs to be decided where the two-sided printing will be applied. It may be applied at the DFE. Testing is generally required for each job to determine the proper sequence so the job will print properly.

K02446487

64    The Handbook for Digital Printing and Variable-Data Printing



*Figure 5-14. Workflow for variable-data printing.*

Proofing for VDP can be slightly different than proofing for static digital printing. Obviously it isn't possible to print a proof of every record, but it is a good idea to incorporate some soft proofing. Most VDP software applications also have the ability to find the longest and shortest record within each field. This is essential to determine if all the records will fit properly in the designated space. It is still important to generate a contract proof for

K02446488

the customer. This may involve printing more than one proof including things like records with the longest line and prints showing the varying graphic elements. Since VDP design and production is generally more time consuming and costly, accurate proofing and good communication to the client about the varying elements is essential to avoid costly mistakes.

## DESIGN TIPS FOR COMBINING DIGITAL AND OFFSET PRINTING

If a project requires that preprinted sheets from an offset press be used in a digital device such as a laser printer, color copier, or digital press, a bright white paper with a smooth finish should be used whenever possible. Toner does not adhere well to uneven paper surfaces, so textured or embossed papers are not recommended. Also, forms preprinted with conventional printing ink tend to smear under the extreme heat and pressure of fuser rollers in high-speed copiers. Ink manufacturers can provide oil-based, wax-formulated, or heat-resistant inks for digital applications. Metallic and fluorescent inks that can flake off and build up on the fuser rollers should be avoided. Toner does not adhere well to heavily inked areas, coatings, or varnishes. The digitally printed image should print directly onto the paper.

The CMYK color gamut of digital printing and offset printing may be different. Therefore, the color gamut of each process should be documented and adjusted to achieve a match.

## BINDING, FINISHING, SORTING, AND MAILING

Once a job is printed, there are often steps that need to be done before the job can be delivered. In digital printing, this can be cutting, folding, binding, numbering, diecutting, foil stamping, embossing, laminating, or some other type of protective coating. If the printed piece is a direct mail piece, there may need to be addressing, sorting, or mailing requirements added.

In VDP, where the variable information is printed prior to entering this department, there can be issues related to makeready or waste. Since each piece is unique it isn't feasible to use some up as makeready or to chance that some will get ruined during jams or setups. Therefore, it is important to plan on having extra pieces

K02446489