# EXHIBIT F

# PART 4

printed for makeready as needed and also plan on reprinting some pieces if they are ruined at some point in the finishing process. It is important that every person or record within a job receive the piece designed uniquely for them.

The cost of mailing can often times be one of the highest costs in a direct mail campaign. Therefore it is important to understand postal rates and how the best rates possible can apply. The United States Postal Service (USPS) has specific requirements and regulations associated with their bulk rates. It is important to know what these are so the best rates can be used for your client.

It is also important to know at what point a POSTNET barcode should be applied to the piece. A *POSTNET barcode,* as shown in figure 5-15, is a barcode needed by the USPS for efficient, automated sorting of the mail. It represents the zip code of the delivery point and automates the sorting to the carrier level by reading the barcode internally at USPS locations. The POSTNET barcode can be added by the VDP software, by a direct mailer during postpress or by the USPS. If the piece is printed completely from a digital press, then it should be added prior to printing. This will save time and money when it comes to mailing the piece.



**Figure 5-15.** POSTNET barcode

K02446490

# 6. PostScript and PDF

## WHAT IS POSTSCRIPT?

*PostScript* is a page-description language that allows for the creation of high-quality text and graphics. Every file that is created for print is ultimately output on a PostScript output device. Some examples of PostScript output devices are an imagesetter, a computer-to-plate device (platesetter), a digital color proofing device, and a digital press. Most PostScript output devices have two main components—a *raster image processor (RIP)* and a *marking engine.* In the past, the raster image processor would just rasterize ("rip") files and then send them to the marking engine and nothing more.

Today, RIPs can do many other things along with ripping including color management, imposition, PDF creation, and VDP data merging. These robust RIPs with all the enhanced features are called *digital front ends (DFEs).*

The RIP is often a dedicated computer running a particular RIP software. When a file is sent to print it first goes into the RIP to be processed. Located inside the RIP is a PostScript interpreter that reads the PostScript code and converts it to raster data. Adobe's PostScript interpreter is called a *Configurable PostScript Interpreter (CPSI)* and is probably the most common PostScript interpreter residing inside various RIPs. The PostScript information is interpreted by the RIP. The RIP takes the PostScript information and converts it to raster data so that the marking engine can then image it. The marking engine images the raster data using spots relative in size to the device's output resolution, which is measured in dots per inch (dpi). An output device with a resolution of 2540 dpi is capable of imaging a much smaller spot than an 600-dpi output device.

PostScript is a code-based language that describes and creates images on a page. PostScript starts creating a page from the lower left corner and uses points as its measurement system. The lines of PostScript code listed on the next page would draw a 1-in. (25.4 mm) square box on a page, as shown in figure 6-1.

K02446491



```
72 360 moveto
0 72 rlineto
72 0 rlineto
0 -72 rlineto
closepath
stroke
showpage
```

*Figure 6-1. A 1-in. square box created using the PostScript code above.*

K02446492

Let's see how this works. From the bottom left of the page the line "72 360 moveto" moves to Point A. Since PostScript uses the point system of measurement, this means Point A is over 1 in. (25.4 mm) and up 5 in. (127 mm). The command "rlineto" in PostScript means "relative line to." So the next line, "0 72 rlineto" moves up 1 in. relative to Point A and arrives at B. The third line, "72 0 rlineto," moves to Point C relative to Point B. Point D is created by the next line, "0 –72 rlineto." The command "closepath" does just that and a PostScript box has been drawn. The box will not show up, however, without the "stroke" command. And finally, the command "showpage" creates the page to display the box. If there were two "showpage" commands, two pages would be created. The PostScript commands on the previous page can be easily tested by simply creating a plain text file which is essentially a basic PostScript file. Adobe Acrobat Distiller can then be used to interpret the PostScript code and create a PDF (Portable Document Format) file with the box rendered onto the page.

## WHAT IS PDF?

Adobe developed its PDF format as a means of seamlessly exchanging digital documents between computers within an intranet—and now across the Internet as well. The first version of the software was released in 1992. The software used to create PDF files is *Adobe Acrobat Distiller,* and the software used to open ("read") PDF files is *Adobe Acrobat.* When the text and graphics become more complicated, PostScript, which has been the *de facto* standard for high-quality output since the mid to late 1980s, can be a relatively complex and redundant language. Because of its complexity, PostScript files can often take a long time to be processed by the RIP. Sometimes the file may not output at all. Sometimes it may crash the RIP, or it may generate a PostScript error. Acrobat Distiller uses the PostScript code and interprets it into a set of object lists and generates a PDF file. The PDF file is less complicated and usually outputs better than PostScript.

## HOW DOES DISTILLER WORK?

Acrobat Distiller actually simplifies the PostScript information and removes some of the redundancy inherent in the PostScript

K02446493

language. Distiller has a built in CPSI that interprets the PostScript and then creates raster data and object lists. If a box is drawn on the page, an object list would be created so the box could be plotted and resized without losing quality. A PDF file also contains raster data that allows the image to be viewed on the screen. The end result is a file that can be scaled up and down and can be viewed on the screen. One tremendous advantage of PDF files over their equivalent PostScript files is that they are much smaller. Distiller uses JPEG compression for images and CFF/Type 2 (Compact Font Format) for font compression. PostScript Type 1 fonts are converted to CFF/Type 2 fonts in a PDF file. They are then converted back to Type 1 fonts upon output or when viewing on a screen. A combination of all these factors allows for a smaller file size while maintaining the highest quality.

PDF files can be produced with different levels of compression. This is done through Distiller's Job Options or Adobe PDF Settings. There are pre-defined settings within Distiller, or the settings can be customized for a particular use. If a PDF file is going to be sent or viewed over the Internet, more compression would be required. If it is going to be output on a digital press little to no compression is needed to maintain optimum quality. It is important when creating a PDF file to know what level of compression to use for a particular end-use. (Figures 6-2, 6-3, and 6-4 show the PDF settings used to create the PDFs for this book, which was printed on the Xerox iGen3 Digital Production Press.)

## PDF FOR PRINT

PDF files have the ability to embed fonts and graphics. They can be viewed on the screen and they are smaller than their equivalent PostScript file. This makes it an ideal format for use in the printing and publishing industry. Although PDF has been around for some time, the implementation into the print production workflow is still being perfected. New flavors of PDF have arrived on the scene that are better suited for printing and publishing. PDF/X is an acronym for PDF Exchange. PDF/X standards are designed to make the exchange of PDF files more seamless by allowing only certain elements to be contained within a PDF file. For example, PDF files can contain things like audio and video

K02446494

PostScript and PDF                                                        7 1

Figure 6-2. The "General" and "Images" dialog boxes showing Adobe PDF Settings used to print this book

K02446495

72    The Handbook for Digital Printing and Variable-Data Printing

Figure 6-3. The "Fonts" and "Color" dialog boxes showing Adobe PDF Settings used to print this book.

K02446496

**Figure 6-4.** The "Advanced" and "Standards" dialog boxes showing Adobe PDF Settings used to print this book.

K02446497

files. However, since PDF files destined for print don't need to contain audio or video, the PDF/X standards restrict the use of those files. The Committee for Graphic Arts Technologies Standards (CGATS) has developed compliance standards for PDF/X-1, PDF/X-1a, PDF/X-2, and PDF/X-3. These standards are essentially a subset of the basic specifications that will ensure PDF files will travel through the print production workflow without problems.

PDF/X-1 and PDF/X-1a both support the complete exchange of CMYK data. The primary difference between PDF/X-1 and PDF/X-1a is that PDF/X-1 allows the file to contain Open Prepress Interface (OPI) while PDF/X-1a does not allow OPI as an option.

PDF/X-2 is designed to enable a "OPI-like" workflow whereas images do not need to be embedded. Unlike the PDF/X-1 standards, device-independent color spaces are allowed. PDF/X-3 supports CMYK data and also supports device-independent color. This format will likely be used in the digital printing world for consistency between digital devices including digital presses.

## PREPARING PDF FILES

There are several ways to prepare a PDF file, but it is important to realize that some methods are better than others. PDF files can also be created at different stages of the workflow. It can be created by the content creator, the printer, or blindly within the ripping process. It is best to consult with the printer before submitting a PDF file for output. The most reliable method is a two-step process where PostScript is first written from the native application and then the PostScript data is distilled using Acrobat Distiller. Even though this process is more time consuming, it is the most dependable to ensure proper reproduction of the original layout. PDF files can also be created through a variety of options built into Macintosh OS X. These options should be avoided for files destined to print on a digital press as the results may not reproduce as intended. PDF files can also be generated directly from the application software such as QuarkXPress or InDesign. This is a better option than using the OS X features for PDF creation, but it should be used with caution. It is always best to check with the print provider to determine their recommendations for file submission.

K02446498

## THE FUTURE OF PDF

PDF is better than PostScript as a means to communicate between originator and reproduction device in that it allows for a more compact, yet high-quality, file that generally outputs more efficiently on most RIPs. PDF is very versatile for transmission, proofing, and output of digital files. Trends will continue in future workflows to include PDF as the standard for file preparation and submission. RIPs will soon become PDF-based rather than PostScript-based, which will then encourage the creation of PDF files onto the desktop. Software will then become more efficient at making good PDF files.

K02446499

# 7. Digital Printing and VDP Languages and Output Formats

## INTRODUCTION TO LANGUAGES AND FORMATS

Languages or output formats specific to digital printing and VDP have emerged along with the evolution of digital presses. Originally, when vendors began developing their digital print engines, most also had proprietary languages or output formats that they developed for efficient output on the print engine. Two common examples still widely used today are Xerox's VIPP and HP Indigo's JLYT. Since the initial development of digital presses and the digital front ends that drive them, there has been tremendous strides in this area.

### Defining the Terms "Standard," "Specification," and "Proprietary"

With the advent of the digital era and the ability to create, move, and exchange data so readily, it has brought about a whole host of various languages and formats used for communication and exchange of data. It is important to differentiate between a standard language or format and a specification language or format. A *standard* has gone through some type of standards committee such as CGATS or ISO and has been recommended as a standard. A *specification* is a specified language or format but has not necessarily been standardized. A standard or specification can be *open*, meaning it is available to anyone that wants to develop tools using that particular language or format. Open languages and formats are generally desirable as it creates more opportunity for various vendor tools to communicate and exchange data with one another. *Proprietary* languages or formats are developed by a particular company and may not be available for all vendors. Many companies develop vendor partnerships, however, to share proprietary information allowing certain tools to communicate and exchange data with one another. Often times vendors will support and promote their own proprietary language because it has been through several generations of revisions and works well with their particular digital front end (DFE) and/or print engine.

K02446500

The *defacto* standard for outputting high-quality text and graphics to all digital output devices for over 20 years now has been PostScript. When outputting static jobs, PostScript has remained a great option. But with the introduction of VDP, Post-Script alone wasn't an efficient answer. PostScript by its very nature is page-independent and under normal conditions would write separate PostScript code for each page. For VDP though, it just isn't efficient to generate a page for each record within a VDP job. Many of the languages and output formats developed for use in VDP were developed to provide a more efficient method of outputting VDP. It is important to note, though, that the languages and formats discussed in this chapter do not need to be exclusively used for VDP jobs. The proprietary uses of VIPP and JLYT are much broader than just an option for VDP.

As digital presses began to develop further and as software manufacturers began offering design tools for VDP, there became a need to develop open languages and formats for data exchange between vendors. Open standards and specifications available today are Personalized Print Markup Language (PPML) and Personalized Print Markup Language/Variable Data Exchange (PPML/VDX).

It is important to understand the relationship between the content creation software, whether it be static or VDP, and the DFE receiving the file, as shown in figure 7-1. There must be compatibility between the two. The VDP software is the "producer," and the DFE is the "consumer." The exchange between the producer and the consumer must be compatible. For example, if a certain software generates PPML/VDX but a certain DFE will not



**Figure 7-1.** The relationship between the content creation software, whether it be static or VDP, and the DFE receiving the file

K02446501

consume that particular format, then there is a problem. Many software vendors allow for a large variety of output options, but not all DFEs will take in all formats.

*Proprietary formats.* HP Indigo's J-Layout (JLYT), sometimes also known as Jay Layout, is an output format originally developed by the Indigo team of developers and is now still strongly supported as the proprietary format for all HP Indigo digital presses. It isn't an output language but it is a print job layout and control specification unique to HP Indigos. It works by creating a container for putting information into such as page information, various elements such as images, personalized data or other workflow enhancements such as imposition templates. HP Indigo presses accept JLYT format as well as the standard PPML format into their print stream.

Another proprietary format is Xerox's Variable-Data Intelligent PostScript Printware (VIPP). VIPP (figure 7-2) has be around since 1992 and is considered a macro programming language based on PostScript. VIPP is similar to JLYT in that it merges a variety of data into one consistent format. VIPP is used not only for VDP, but also for data exchange across networks and within intranets.



***Figure 7-2.*** *Preparing (vertical axis) and running (horizontal axis) variable-data jobs in a VIPP workflow. (Courtesy Xerox)*

K02446502

Languages/formats based on standards and specifications. *Personalized Print Markup Language (PPML)* is a specification that was originally developed and released in March 2000 by a group called the Print On Demand initiative (PODi). PPML was designed as an open industry language based on the *Extensible Markup Language (XML)*. The idea behind PPML was to develop a language for VDP that was not vendor-specific. Prior to this, vendors had developed their own proprietary language for VDP output. Initially, the problem was that vendors already had developed proven languages that worked quite efficiently on their RIPs. At the time PPML was being developed some of the vendors were in their second or third generation of language development. They had a proven language that worked very well on their system. PPML then had some catching up to do. They've tried to do just that.

PPML specifications were updated in 2002 to be more efficient for digital output, but also to incorporate digital job ticketing information with the use of Job Definition Format (JDF). JDF is discussed in more detail later.

*Personalized Print Markup Language/Variable Data Exchange (PPML/VDX)* was first published in 2002 by the Committee for Graphic Arts Technologies Standards (CGATS), a committee of the American National Standards Institute (ANSI). Since that time it has also been adopted as an International Organization for Standardization (ISO) digital data format. This is significant because it is now an international standard. It allows for open data exchange across individuals, vendors, and platforms. PPML/VDX is a combination of PPML version 2.1 and PDF version 1.4. It combines the benefits of both PDF and PPML technology. It also is compatible with JDF and allows for digital job ticketing information.

## SPECIAL NEEDS FOR OUTPUTTING VDP

VDP requires a unique type of processing. If each unique page were to be rasterized (ripped) separately as in a traditional graphic arts workflow, the processing time would be enormous. Output languages and formats designed to output VDP rasterize (rip) the static information once and store it at the RIP and then rip just the variable information for each page. This can be thought of similarly to the use of *open prepress interface (OPI)* in graphic

K02446503

arts workflows. OPI would store high-resolution graphics data on a server located close by the RIP to reduce the amount of network traffic. With increased networks speeds, OPI isn't used as much any more but the concepts are similar with VDP output.

Presumably a VDP job will have both static and variable information. The most efficient output then would be to rip the static information and store it as post-ripped data on the DFE and then rip only the variable information as needed. All output languages and formats discussed in this chapter use this type of efficiency with VDP.

## THE NEED FOR AUTOMATION

The *Job Definition Format (JDF)* is an XML-based open standard format that is housed by the International Cooperation for the Integration of Processes in Prepress, Press and Postpress Organization (CIP4). JDF can be viewed as an enabling technology that allows a communication or handshake between various vendor tools throughout the print production process. JDF can be used for exchanging data from content creator into the printing company's management information system (MIS). The data exchange can then take place between prepress and into press and postpress.

The concept behind more automation and easier exchange of data is a good one. The printing industry requires a great deal of human intervention in its production process and by most manufacturing standards is not that automated, yet. JDF and other technologies will help streamline and automate print production, especially in the area of digital printing. With the short runs and quick turnaround times needed for digital printing, more automation is in high demand. Vendors have been working on an enabling technology that works in conjunction with JDF and is targeted towards digital printers. It is *Universal Printer Pre and Post-Processing Interface (UP3I)*, which is an open specification that allows for a wide variety of devices to interface together, regardless of the manufacturer. JDF and UP3I work harmoniously together in the workflow. JDF describes the job-related parameters while UP3I controls the print and finishing processes. Together they help automate the digital printing workflow from content creation to finished product.

K02446504

# 8. Output Technologies

When you say "digital printer" you are covering a great deal of ground, from very low-end desktop devices to color-based devices that compete with printing presses. Digital printing is based on a variable image carrier—or rather the need to re-image each page for each copy—unlike a printing press image carrier which is fixed and therefore reproduces multiple copies without changing. This variability, based on re-imaging, leads us to two outcomes that cannot be accomplished conventionally: variable-data printing and on-demand publications. You cannot make each sheet different on a printing press. If you do, something is wrong.

Making each sheet different lets you produce personalized or customized sheets that add information about me, to me, for me, concerning me—me, the most important person in my life. You can also output each page of a document in the proper order so as to produce a paginated publication on demand. The dream of on-demand books finally becomes a reality.

You could integrate an inkjet system at the back end of the press, but it is not the same as making every sheet different. You could also preprint the color and static areas of a document and then imprint the variable data on a black-and-white digital printer. But, to produce full-color variable-data printing, where both text and images are personalized to the recipient, you need a digital printing system; and right now that means toner or inkjet printing in black-and-white and color.

## OVERVIEW OF REPLICATION TECHNOLOGIES

The defining devices of paper-based replication are:
- Printer
- Copier
- Press

A printer uses inkjet, thermal, wax-transfer, or toner technology to make marks on paper from data files, resulting in the production of first-generation originals where every one of them can be different, thus allowing the production of a collated document or individual, personalized impressions.

K02446505

A copier uses inkjet or toner technology to make marks on paper from an original, resulting in the production of a second-generation copy, which, when copying multiple originals in an automatic document handler, can also produce a collated document.

A press typically means a mechanical device that uses an image carrier to replicate the same image on paper, over and over again, resulting in a large quantity of the same images. A press may also handle larger sheets, resulting in multiple pages on one large sheet of paper used in a binding/finishing operation.

In 1995, International Data Corp. reported that the number of pages printed on printers for the first time exceeded pages printed on all models of copying machines. This led Hewlett-Packard to coin a new buzzword: *mopier*—a multiple-original printer. If you make multiple-original prints from an original-producing printer instead of an original-copying copier, it is a mopier. Since copiers are evolving to digital approaches—scanners on the top and printers on the bottom—they become de facto printers.

Printers at every level are challenging offset duplication at the low end of the black-and-white printing world. Low-end printers are absorbing some of the work of both offset duplicators and mid-level copiers. As scanners become cheaper and wind up on virtually every desktop, we can easily scan hard copy and print when we want to actually make a copy. But in most cases we are already preparing the information in computers and will probably print that information on a printer, rather than make one print and then copy it.

### Levels of Replication Devices

Most files that would have been printed out and then copied are now just printed out in the required quantity. So over time we arrive at the following levels of replication devices:

- Printer (dynamic imaging)
- Printer-press (digital press or digital duplicator or production printer)
- Scanner-printer (digital copier)
- Press (static image carrier)

A printer connects to a computer, big or small, and prints on paper at speeds from 1 to 100 pages per minute, simplex (that is,

K02446506

printing one side of the sheet). They range from desktop printers to production printers, increasing in the volume they can produce in a month (duty cycle) and usually in quality. A printer-press is the way we presently describe a high-end black-and-white or color printer. In order to provide the production speed, these devices have had to find innovative methods for moving paper.

Using rollers may provide opportunities for jams, so belts are used which hold the paper on them with static electricity. Or, webs (rolls) of paper are used. It may be that instead of re-imaging the photoconductive drum or belt for each copy, we image it once for some number of copies or even for all copies. Lastly, we are seeing the sheet size increase so that more pages are imaged at one time. These devices then become high-speed, high-capability printers and usually integrate some level of on-line bindery and finishing.

A scanner-printer is a printer with a scanner somewhere in the system, usually built into the device. These devices most often have plugs for network connectivity through an optional raster image processor (RIP). Calling them copiers makes no sense, but the term will persist for a long time.

A press is just what it is now, with plates and ink, printing a number of pages of the same information, on a large sheet of paper. Press refers to a device that makes an image carrier and then replicates images from that carrier. Every image is the same (hopefully). Think printing press when you think press. The term "digital press" attempts to cover very high-end printers.

### Static Printing vs. Dynamic (Variable) Printing

The reproduction of information on paper falls into two categories: static printing and dynamic printing.

*Static printing* refers to traditional ink-on-paper approaches, offset lithography being the most common, where each and every sheet is reproduced from the same image carrier which is fixed with the same image. The copies look exactly the same. Toner-based printers, conversely, use an image carrier that is imaged each time a sheet comes in contact with it, re-imaging for each copy. The copies look the same, but each is generated individually. *Dynamic printing* means that the printer must re-generate the image for every page; thus, every page can be different, which then allows for *variable-data printing*. Table 8-1 compares static printing with dynamic, or variable-data, printing.

K02446507

86    The Handbook for Digital Printing and Variable-Data Printing

### Table 8-1. Process Differences between Static Printing and Dynamic Printing

|  | Static (offset printing) | Dynamic (digital printing) |
| --- | --- | --- |
| Image carrier | Fixed | Variable |
| Material | Ink | Toner, Inkjet |
| Quality | High | Moderate++ |
| Variability | None | High |
| Quantities | Moderate to high >2000 | Low to moderate <2000 |
| Paper selection | High | Limited to moderate |
| Sheet size | Small to large | Small to some medium |
| Documents | Moderate to long runs | Short to some moderate runs |

The advantage to static printing is the cost-effectiveness of long runs. You can actually plot the relationship between offset color printing and digital color printing by comparing run length and cost per unit. Our numbers have always shown that offset printing has a high up-front cost based on makeready and that each additional unit printed absorbs a part of that cost. The more units, the less cost per unit. Digital printing on the other hand has no makeready as such, and each unit costs the same.

The advantage of dynamic printing is that the re-imaging for each sheet lets you do two things you cannot do with a printing press:

- Each sheet personalized to a person or company
- One multipage document at a time

You can only do these things on a digital printer. There are some other advantages but, in some cases, newer printing presses with built-in automation compete in the areas of:

- Very short runs
- Very fast turnaround
- Distributed printing

K02446508

### Nonimpact Printers

The output devices used in today's digital printers trace their lineage back to the first nonimpact printers that were attached to early computers. *Nonimpact printers* were developed as an alternative to the original impact typewriter and dot matrix devices to provide faster printout speeds, larger character sets, and more fonts. They were called "nonimpact printers" because, theoretically, there is no contact between the printer and substrate—although ink or toner transfer to the substrate must of necessity involve some contact. The *impact printers* of that time housed characters on belts and wheels and were too slow, broke down often, and could not produce high resolution.

Today, three primary technologies are used with nonimpact/digital printers: inkjet, thermal (thermal transfer, dye sublimation), and electrophotography (toner).

In general, nonimpact printers create images by *gently* placing spots on the page—otherwise they would be *impact printers!* The print engine provides control of dot size and dot placement. With electrophotography, the laser is aimed at the imaging target with a fixed rate and beam size. With inkjet, the print head controls the drop rate and size. The method of creating lines, characters, and graphic images are the same in both types of printers.

### ELECTROPHOTOGRAPHY

The electrophotographic process (figure 8-1) is a well-established process used in a variety of laser printing, copying devices, and digital printing presses. (The discussion that follows is a representative example of the process. The exact mechanism of image creation and transfer varies somewhat by manufacturer.) There are five basic steps:

1. Cleaning. The left-over electrical charges from the previous image are removed from the *organic photoconductor (OPC)* surface using a light source (in corona-based engines) and toner is removed from the OPC by the wiper blade.

2. Conditioning or charging. An even charge is applied to the OPC using a corona wire or *primary charge roller (PCR)* with a negative surface charge. If the corona wire fails to



*Figure 8-1. The operating principle of an electrophotographic digital press*

completely recharge the drum, *positive image ghosting* could occur, which is caused by toner transferring to those portions of the latent image remaining on the OPC drum.

3. *Writing (imaging) or discharging.* Specific areas of the drum are exposed to *laser* or *light-emitting diode (LED)* light which reduces the charge in those areas, forming a latent image. During this process, the light activates electron pairs in the *charge generating layer (CGL)*. These electron pairs separate and migrate to both the aluminum substrate and the surface of the *charge transport layer (CTL)*. Both the aluminum substrate and the CTL charges become neutral. (The OPC is discussed in detail later in this section.)

Since no toner is yet distributed to the drum, the image is called a *latent*, or potential, *image*. Only after the developer roller transfers the toner to the OPC drum does it become a visible image. After the toner is transferred to the paper and the nontransferred toner is removed by the wiper blade, the latent image remains on the OPC drum—which is why the cleaning and conditioning steps are so important.

K02446510

4. *Developing.* Toner is applied to the discharged areas of the drum using a magnetic roller, or a developer roller, and are electrically attracted to the photoconductive drum.

The toner cartridge releases the toner and the magnetized carrier particles from a magnetic brush pass down the drum, transferring toner particles that adhere to the latent electrostatic image on the drum.

5. *Transferring toner to paper.* As the sheet or web of paper passes the OPC, the toner is transferred from the OPC surface onto the paper using an oppositely-charged electric field and gravity.

After the image is transferred to the paper, it is fused to the paper with heat. The fusing process is accomplished by the *fuser,* or *fixing assembly,* in the printer. The Xeikon print engine, for example, uses a non-contact radiant fusing system.

### OPC Technology

The building block of electrophotographic technology is the *organic photoconductor (OPC),* which consists of an aluminum core covered with a light-sensitive material, selenium for example, that converts light energy into an electrical charge. OPCs are also referred to as *drums,* because of their cylindrical shape, but many are also belts. Many drums have a large drive gear on one side and the electrical input/output contacts on the other. Some OPCs have conductive gears.

The main function of an OPC is to transfer toner to specific areas of the page. During development, the OPC is involved in the five stages just described—cleaning, conditioning or charging, writing (imaging) or discharging, developing, and transfer.

The base material is usually made out of an anodized aluminum alloy. Its coating consists of a charge generating layer (CGL) and a charge transport layer (CTL). The CGL is usually 0.2–0.5 microns thick. The CGL consists mainly of an organic photoconductor, a semiconducting organic chemical that releases electrons (allowing current to flow) when exposed to light. The active chemical is in the hydrazine family, a cousin to rocket fuel.

Organic photoconductors predominate over inorganic because of environmental reasons. Inorganic chemicals may work better,

K02446511

but most are extremely toxic and would be hazardous waste. OPCs are not toxic and may be safely disposed of in a sanitary landfill.

The CTL is a polymer (plastic resin), often polycarbonate, and is 15–35 microns thick. Because the OPC must be in constant contact with the wiper blade, abrasive papers, toner, and charge roller, the hard plastic CTL protects the surface of the OPC from quickly wearing down to the CGL. The CTL is also laced with a photoconductive chemical so that charges can transfer smoothly through the polymer layer without causing an arc, which would produce erratic prints. Without light, the overall coating is an insulator, similar to the plastic coating on an electrical cord, but very thin. The charge applied by the PCR stays on the surface of the coating and does not travel to the ground because the coating acts as an insulator.

When a spot on the OPC is imaged with light energy from the laser or LED, the light travels through the clear polymer coating to the charge generating layer. The CGL absorbs some of the energy and temporarily releases electrons at that spot. When that happens, most of the charge at that spot on the surface immediately conducts (or leaks) through the CTL to the active CGL, and out through the drum substrate to the ground. The activated coating still has a little resistance and the residual charge on a discharged portion of the OPC only drops to 100 to 200 volts, instead of 0.

The unimaged area of the photoconductor surrounding the active spot still acts as an insulator, so the charge is insulated from the ground. Otherwise all of the charge would leak out, and only black pages would print. The resulting electrical field looks something like a funnel that curves out. During the development stage, the toner is pushed onto the funnel and adheres to the surface of the polymer. Toner is repelled from the surrounding areas that have a full –600 to –700 volt charge.

OPC drums vary in both electrical and physical characteristics. Dark printing OPCs are referred to as "hot," and light printing OPCs as "cold." The difference between the hot and cold OPC is the level of sensitivity to the laser beam (the activation of electron carriers), and the time frame in which the OPC surface will hold the neutralized hole. A hot OPC will have more electrons acti-

K02446512

vated when the laser beam strikes the OPC surface and holds the higher charge for a longer time period. A cooler OPC will have fewer electrons activated and the charge will drop more rapidly.

Drum wear. Many factors determine the life cycle of an OPC drum. Surface wear of the CTL, for example, is usually a factor of the wiper blade and PCR due to friction and heat. The wear varies depending on what type of machine is being used and the nature of the substrate. Another factor that comes into play regarding wear is the diameter of the drum. A larger diameter means fewer revolutions and, therefore, less wear.

### Wiper Blade

The *wiper blade,* or *cleaning blade,* removes the untransferred toner from the OPC drum so it can be recharged and used again. All wiper blades are made of urethane and are attached to a metal frame. They are either glued or molded to the frame but essentially they all work in the same manner. The leading corner of the blade is the only part that comes into contact with the OPC drum. Because of the friction between the OPC drum and the leading edge of the blade, poorly lubricated blades often cause the edge of the blade to flip upwards. This condition is known as a *wiper blade flip.* A wiper blade failure is usually indicated by a thin vertical line on the page. The only solution is to replace the wiper blade.

### Doctor Blade

The *doctor blade/bar,* also known as a *metering blade/bar,* serves two distinct purposes:

- It gives toner a triboelectric charge which aids in the development stage of the electrophotographic process
- It measures the distribution of toner on the developer roller.

Most are made of metal with a urethane edge, but some are just made of steel. They are used to maintain an even layer of toner on the developer roller regardless of the material that the developer roller is made of. Cartridges with multiple cycles often show a wear spot in the urethane of the doctor blade where it was in contact with the developer roller. The job of the blade is to keep a nice even layer of toner on the developer roller.

K02446513

### Life Expectancy of Consumables

There is no exact answer to how long consumables will last. Whether OPCs, wiper blades, or other consumables, there are too many variables to give exact numbers. The number of pages printed by the same amount of toner can vary greatly from cycle to cycle. Page counts alone are not the only determining factor in wear. The components themselves, working in conjunction with each other, can increase or decrease wear:

- Some toners are more abrasive than others leading to higher drum wear.
- A wiper blade that may still be cleaning properly might cause excessive drum wear if it has become brittle from aging. Proper lubrication is also a must to reduce wear as much as possible.
- Worn mag sleeve bushings can contribute to premature drum wear.

These are just a few examples of the many variables that can affect wear. It is these many factors, some controllable and some not, that make it impossible to nail down exact life expectancy numbers. Although specific guaranteed numbers cannot be given, general expectations under average operating conditions certainly can.

If that layer starts to become too thick, print defects will start to show up. These defects include poor character fill due to increased pile height of the toner, backgrounding, and leakage from the toner hopper of the cartridge. In some cases the toner will build up on the developer roller to the point that not all of it will pass the mylar strip behind the developer roller and leakage will result.

Three types of doctor blades/bars are found in the most popular toner cartridges. The original metering device was a bar type held in place with screws. The screws could adjust the metering bar to increase or decrease the amount of toner released on the developer roller. A second type of blade consists of a polyurethane blade that is either glued or molded to a metal stamping. Another type of blade is made of an aluminum material with a soft, pliable, rubberized type of backing. The backing is glued to a metal stamping that has foam on each end to help prevent leakage.

Several print defects will occur with a bad or worn doctor blade/bar. *Backgrounding* or uneven print is a common defect.

K02446514