# EXHIBIT F

# PART 5

Although these bars can be used for a number of cycles before becoming worn, print defects such as light print, side-to-side print variations, and backgrounding will appear as the blade wears. A common problem associated with a worn doctor blade is referred to as *tire tracks*, which appears as wavy lines running down the page. In this case, the wavy pattern will also show up on the magnetic developer roller. In other cartridges, a worn doctor blade may cause improper charging of toner, resulting in light print.

### Fusing

Fusing or fixing causes toner to adhere to itself and to the printed page. The fuser's main components are:

- The heating element (lamp)
- Upper roller (film)
- Lower roller
- Thermistor (heat sensor)
- Thermoswitch (safety circuit)

The thermistor will sense when the fuser element has reached optimum temperature, prompting a ready message. The thermistor will continuously regulate the operation of the heating element, turning it on and off as necessary to keep the temperature within range. The element itself is located inside the upper fuser roller which is responsible for the actual fusing once it is heated by the element. The lower roller, also referred to as the pressure roller, applies pressure to the paper and image forcing them against the upper fuser roller which adheres the image to the page.

Problems may interfere with the fusing process: a worn upper roller (which causes toner build-up), worn pressure springs (which fail to press the lower roller against the upper roller), or a damaged gear. A toner-based system is an interesting blend of mechanical, electronic, and other elements.

### REPRESENTATIVE ELECTROPHOTOGRAPHIC OUTPUT DEVICES

Most of the output devices used for digital printing operate on the electrophototographic principles just discussed. The following discussion provides an overview of a few of these systems. Since the technology and products change so frequently, the reader is

K02446515

advised to contact the various manufacturers or visit their web-sites to obtain current product offerings and detailed product descriptions. In most instances, the manufacturer offers more models than those listed below.

**Canon imagePRESS C7000VP.** The imagePRESS C7000VP (figure 8-2) from Canon U.S.A. (www.usa.canon.com), announced in early 2006, prints at 70 pages per minute (ppm) for letter-sized output in color and black-and-white. It uses Canon's new-generation color imagePlatform controller, Gloss Optimization technology, and improved toner to deliver job-to-job, day-to-day, week-to-week color consistency designed to rival offset quality printing.



*Figure 8-2. Canon imagePress C700VP. (Courtesy Canon U.S.A.)*

The imagePRESS C7000VP incorporates a new V-Toner, new T-Developer and new E-Drum in conjunction with an oil-less fus-ing system. New high-precision registration systems and imaging control technologies allow the engine to run at rated speeds on substrates up to 300 grams per square meter (gsm). To integrate with existing workflows and methods, the engine is driven by a new imagePRESS Server A3000 controller that was co-developed with Electronics for Imaging (EFI). The imagePRESS C7000VP has a 10,000-sheet air-assisted paper feeding capacity and offers on-line finishing that includes high-capacity stacking, punching, trimming, and saddle-stitched booklet making.

**HP Indigo press 5000.** Hewlett Packard (www.hp.com) offers both sheetfed and rollfed (web) digital printing solutions. The HP Indigo press 5000 (figure 8-3) is a sheetfed digital press that uses a

K02446516



***Figure 8-3.*** *HP Indigo press 5000. (Courtesy Hewlett-Packard)*

liquid ink technology, called ***ElectroInk.*** This patented process creates high-definition imaging and sharp text—at 812×812 dpi and up to 812×1624 dpi when in high-resolution mode and half-tones up to 230 lines per inch (lpi).

Many of the traditional parts of electrophotographic engines are not present in the HP Indigo series. A PIP, or electroplate, is charged and receives the color spots. These are transferred to a blanket. The blanket is heated and the image is transferred to paper or other substrates. Thus, fusing is not required.

Five-, six-, and seven-color inking stations augment the four process colors with HP IndiChrome colors to expand the color gamut. In addition, the new HP Indigo Digital Matte ink creates a differential gloss effect that adds a spot varnish look.

The press has throughput speeds of 4,000 four-color 8.5×11-in. images per hour (two-up), 8,000 two-color or single-color 8.5×11-in. images per hour (two-up), and 16,000 full mono-chrome 8.5×11-in. images per hour.

**The HP Indigo w3250.** The webfed HP Indigo press w3250 (figure 8-4) combines the quality of offset printing with the flexibility of digital printing and also features inline finishing capabilities.

K02446517



*Figure 8-4. HP Indigo press w3250. (Courtesy Hewlett-Packard)*

Two print engines deliver 4,000 duplex 8.5×11.5-in. four-color images per hour or 8,000 duplex one-color or two-color pages, in roll-to-roll or roll-to-sheet. The press supports a wide range of substrates—from lightweight media required for books and manuals to heavier substrates required for postcards. The press has a standard resolution of 800×800 dpi and prints at 800×1600 dpi in high-resolution mode, and it can print halftones up to 230 lpi.

The press can print in full process color as well as up to three spot colors in a single pass and, like other HP Indigo presses, uses ElectroInk.

**IBM Infoprint 4100 Advanced Function Printing System.** IBM (www.printers.ibm.com) offers the broad line of Infoprint 4100 printers (figure 8-5), which includes eight models designed to meet a variety of enterprise and commercial printing needs. The HD5/HD6, the fastest model in the Infoprint 4100 line, can print at up to 330 linear feet (100.6 m) per minute, which is 1,440 two-up duplex letter impressions or 1,354 two-up duplex A4 impressions).

The machines support the use of both pin-fed and pinless paper (preprinted, plain, boxed fanfold forms, and roll-feed paper) in a variety of weight ranges depending on the model. Pin-fed paper width ranges from 8.3 to 19.5 in. (210 mm to 495 mm), and pinless paper width ranges from 8 to 19.5 in. (203 mm to 495 mm). The maximum pin-fed print width is 18.5 in. (469 mm), and the maximum pinless print width is 19 in. (482 mm).

K02446518



***Figure 8-5.*** *IBM Infoprint 4100 Advanced Function Printing System (Courtesy IBM)*

**Kodak NexPress 2100 Plus Digital Production Press.** Kodak Graphic Communications Group (http://graphics.kodak.com/) offers the NexPress 2100 (figure 8-6), a sheetfed design that allows the user to choose from a wide range of paper stocks and mix up to three different papers in a single job. The NexPress 2100 is designed with three separate on-line feeders that give operators the flexibility to change or add papers while printing, and these feeders offer a total pile height of 26 in. (650 mm). The NexPress 2100 handles paper sizes up to 13.8×18.5 in. (350×470 mm) with weights from 20-lb. bond to 110-lb. cover (80–300 gsm). The NexPress uses DryInk™ technology, giving the user the flexibility to proceed directly to finishing, and electronic collation allows the user to easily produce fully completed, ready-to-bind printed products.

The NexPress 2100 employs a near-line finishing approach that provides flexibility in finishing. With the specially designed main delivery it is easy to transfer jobs to complex folding, perfect binding, mechanical binding, booklet making, backstitching, and cutting machines.

K02446519



**Figure 8-6.** Kodak NexPress 2100 digital color production press. (Courtesy Kodak Graphic Communications Group)

K02446520

**Xeikon 5000.** Xeikon (www.xeikon.com), a brand of Punch Graphix, offers a webfed digital printing solution—the Xeikon 5000 (figure 8-7), which is unique in its handling of paper widths of 500 mm with virtually no restriction in sheet length. Ready to print the longest jobs on a wide range of paper stocks, it can also print on a wide choice of other substrates such as polyester film, transfer material, and label stock from 40 to 350 gsm, adding a wide assortment of value-generating applications. The Xeikon 5000 can print multipage documents at a speed of 7,800 full-color pages per hour, which translates into 130 A4 pages per minute in fully collated order.

The Xeikon has a 600-dpi output resolution with every dot capable of variable density levels. As a standard, the Xeikon 5000 comes equipped with an in-line densitometer, ensuring front-to-back register, color register, and color consistency throughout the pressrun.

The Xeikon 5000 comes integrated with the X-800 Digital Front-End (DFE) system, which embeds powerful streamer technology that yields new levels of high-end variable-data printing. This open, scalable, and modular system combines powerful RIP features with print quality tools and collation capabilities. In addition, it allows simultaneous setup, ripping, and printing of a



*Figure 8-7. Xeikon 5000 webfed digital press. (Courtesy Punch Graphix)*

K02446521

file. The X-800 DFE easily processes PostScript, PDF, PPML, and PPML/VDX files at high speed and is designed to support future JDF-based digital printing job tickets.

**Xerox iGen3.** Xerox (www.xerox.com) offers various digital printing solutions, including the iGen3 90/110 Digital Production Press (figure 8-8). Both models are capable of printing black-and-white and color. The iGen3 90 prints up to 90 ppm, which translates to 5,400 A4 impressions per hour. The iGen3 110 prints up to 120 ppm, or 6,600 A4 impressions per hour.

The output resolution of the iGen3 is 600×600 dpi at an 8-bit depth, which provides for continuous-tone input for ultra-sharp images and 256-level tone reproduction curves for each color separation. Halftone images are output at 150 lpi, 175 lpi, and 200 lpi, as well as stochastic.

The iGen3 can have up to six input feeder modules with two trays each, with each tray holding 2,500 120-gsm sheets for a total capacity of 30,000 sheets. Paper capacity with a roller sheeter is up to 50,000 additional sheets. The iGen3 can print on a wide variety of stocks, including coated, uncoated, textured, smooth and speciality, and mixed-stock jobs are supported at rated speeds. The paper size ranges from 7×7 in. (178×178 mm) to 14.33×20.5 in. (364×521 mm).

The iGen3 is available with a choice of high-performance RIPs: Xerox DocuSP Color Controller, EFI Fiery Color Server or Creo Spire Color Server.



**Figure 8-8.** *Xerox iGen3 90/110 Digital Production Press. (Courtesy Xerox Corporation)*

K02446522

**Xerox DocuTech 6180 Production Publisher.** Xerox also offers its DocuTech series of black-and-white digital presses. The Xerox DocuTech 6180 Production Publisher (figure 8-9) has an output resolution of 600×600 dpi and features high-volume production printing at speeds of 180 ppm.

Standard paper sizes range from 8×10 in. to 14.33×17 in. (203×254 mm to 364×432 mm). However, a narrow-format option is available for printing on stock only 7 in. (178 mm) wide, and an extra-large-format option is available for printing on stock up to 14.33×19.2 in. (364×488 mm). The DocuTech 180 supports a range of paper weights from 16-lb. (60-gsm) bond to 100-lb. (181-gsm) index, and a lightweight paper option allows printing of 13-lb. (49-gsm) bond. It has versatile paper input options (up to six paper trays).

The DocuTech 180 includes the DocuSP front end, which provides a common workflow across all Xerox digital production systems, to ensure the highest levels of productivity in all print environments. It also integrates with the Xerox FreeFlow™ Digital Workflow collection to help streamline operations, reduce resources, lower overhead costs, and support new applications,



*Figure 8-9. Xerox DocuTech 6180 Production Publisher. (Courtesy Xerox Corporation)*

K02446523

and it provides advanced print production features such as job ticketing programming, interposer programming, and ordered set recovery.

## THERMAL WAX TRANSFER

Thermal wax transfer is a printing process that transfers a waxlike ink onto paper. In one method, a Mylar ribbon is used that contains several hundred repeating sets of full pages of black, cyan, magenta, and yellow ink. In another method, the wax is provided in solid form and then melted for transfer. The ink applied in the thermal wax transfer methods is solid at normal temperature. A sheet of paper is pressed against each color and passed by a line of heating elements that transfers the spots, or pixels, of ink onto the paper. The back of the color ribbon is in direct contact with the heated surface of the thermal head, which reaches temperatures of approximately 660°F (350°C). The image is built up of the three subtractive primary colors, cyan, magenta and yellow, with black as an optional extra. The colors are carried on the ribbon as



The colorant sheet has strips of cyan, magenta, yellow, and (sometimes) black, which pass under the thermal print head. The print head heats the colorant and vaporizes or melts it on to the paper.

*Figure 8-10. Principle of thermal transfer printing. (Reprinted from Understanding Digital Color, published by PIA/GATF Press)*

K02446524

### Principle of Thermal Transfer

1. Send print paper together with an ink ribbon into the space between a head and a platen roller.
2. Run electric current into the thermal head to heat it up.
3. The head and roller put pressure on the print paper and ink ribbon as they go through.
4. The heated thermal head changes the solid ink applied on the ribbon into liquid.
5. The liquid ink is transferred from the ink ribbon to the paper and absorbed by the paper.

sequential panels, and in the printing process, the ribbon moves forward continuously while the receiver is recycled underneath it, so that the whole image is written in yellow, then in magenta, and finally cyan.

The amount of ink absorbed by the paper is able to be controlled by the amount of electric current running into the thermal head. By controlling this amount, gradation reproduction by ink density is possible in this printing method. The major advantages of thermal wax printers include their relatively low cost and the high opacity of the wax, which makes them ideal for creating overhead transparencies. The disadvantages of some thermal wax printers can include speed and quality, plus the need for special paper.



***Figure 8-11.*** *Basic principle of thermal transfer printing. (Courtesy* Journal of Applied Photographic Engineering, *vol 7, 1981 by SPSE)*

K02446525

### INKJET

Inkjet is a computer-to-print technology in which digital signals drive drops of ink through a print head directly onto a substrate. Inkjet printing differs from other plateless digital technologies, like toner-based technologies, because it is primarily noncontact. Inkjet has the ability to print on a wide variety of materials, including non-flat surfaces, in addition to short-run print and variable information benefits.

*Continuous inkjet (CIJ)* and *drop-on-demand (DOD)* are different in the manner in which they propel ink to a substrate. Most addressing and document inkjet systems use CIJ technologies, where drops of ink are generated in a stream and deflected through a plate to the substrate (figure 8-12). CIJ inkjet systems have speeds to 1,000 fpm (feet per minute), which is much faster than DOD technology, but the image quality is lower than that with DOD technology.

CIJ utilizes solvent-based dyes, and the solvents are fast drying, mostly because of the use of alcohols. Viscosity requirements are low, and nozzle diameters tend to be just a few microns. With DOD, a digital signal produces a single drop of ink on the substrate rather than a stream of ink. Color is formed in a precise



**Figure 8-12.** *Digital continuous inkjet. (Courtesy Marconi Data Systems, Inc )*

K02446526

arrangement of dots Piezoelectric and thermal bubblejet drop-on-demand (DOD) inkjet printers (figures 8-13 and 8-14) dominate desktop office printing, wide format, and direct mail addressing.



**Figure 8-13.** *Operating principle of piezoelectric drop-on-demand inkjet printer. (Courtesy PIRA International)*



**Figure 8-14.** *Operating principle of thermal bubblejet drop-on-demand inkjet printer. (Courtesy PIRA International)*

K02446527

Piezo DOD is also used in textile and packaging applications. Thermal DOD inkjet printers use a resistive element to create the "bubble" by generating heat, and require thermally resistive colorants. Viscosity requirements are more liberal, and the drying requirements are lower than those in CIJ. In inkjet printing today, speed and print quality are balanced because of limitations in both CIJ and DOD approaches.

DOD is the choice for full-color, high-quality printing. DOD printing can produce near-photographic quality. DOD can handle print speeds up to 300 fpm or more. Applications for DOD include packaging, point-of-purchase displays, textile, and large format/signage.

### DOD versus CIJ

Continuous inkjet, as exemplified by the Kodak Versamark, will see developments in solvent-based inks that will allow packaging and converting applications. We expect a new generation of printers and inks from Versamark as Kodak exploits its inkjet research investments. For the present, DOD appears to have the edge. In the DOD space, the two leading print head developers are Spectra



**Figure 8-15.** *Operating principle of hot-melt drop-on-demand inkjet printer. (Courtesy PIRA International)*

K02446528

and Xaar. Each has a significant group of users. In 2005, 32% of the inkjet systems available were used for wide-format printing and 23% of the inkjet printers used for wide format were piezo.

### Roll vs Flatbed

Most of the wide-format inkjet printers are roll-fed with a few that are flatbed. The same is true of inkjet printers used for packaging. We project that flatbed will be used for the majority of packaging printing and roll-fed for document and variable-data printing. By 2010, 67% of all packaging graphics printed with inkjet will be printed on flatbed printers. Inkjet quality and speed are increasing daily.

K02446529

# 9. Toners and Inks for Digital Printing

## TONER BASICS

*Toner* is a complex powder that an electrophotographic engine uses to form an image. Laser printers and copiers form the image as charges of electricity, attract toner particles to those charges, and then melt the toner onto the paper. What started off as a powder becomes a fluid and ends up as a solid.

Think of toner as a very small capsule with a pigment inside that can hold an electrical charge.

Toner is a blend of plastic resins, coloring pigments/dyes, waxes, flow agents, charge agents, and other ingredients needed to make those resins and colors to create a toner with proper charging, transferring, and fusing characteristics. The resins give toner its overall physical ability to be first a fine powder, next melt at a relatively low temperature, and then form a permanent plastic solid capable of bonding with paper fibers. In the case of magnetic toner, the main ingredient is normally magnetic iron oxide.

### Major Categories of Toner

There are three major groups of toners

- Dual component
- Mono component
- Liquid

**Dual-component toner.** Dual-component toner, which is used in over 90% of the current xerographic copiers and digital printers, is made up of toner and carrier beads. Cascade development is the most common method used with a dual-component toner. In cascade development, the toner mixture is poured or "cascaded" over the inclined surface bearing an electrostatic latent image.

*Carrier beads* are about 70 to 400 microns in diameter (a micron being one thousandth of a millimeter) and usually consist of a metallic or magnetic compound. Carrier beads are made up

K02446530



*Figure 9-1. The function of carrier beads in transporting the toner particles*

of a blend of organically treated inorganic fine powder which acts as a developer and lubricant, while providing releasability. Because the toner particles are insulative, toner images on the photoreceptor are easily transferred electrostatically to plain paper. These particles are small, charged pigment particles and attach themselves to much larger carrier beads (figure 9-1). A single carrier bead can hold multiple toner particles. The name "carrier bead" comes from the idea of "carrying" the fine toner particles to the latent electrostatic image where the toner is stripped from the carrier, thereby developing the image.

Carrier beads are magnetic materials that are specially coated with a polymeric film to provide the proper triboelectric properties for attracting toner. The magnetic material can then be transported from one location to another through the use of magnetic fields. Methods are used to adhere dual-component toner particles to a charged material until it is torn away from that material, primarily by the competing electrostatic force exerted by the electrostatic latent image.

**Mono-component toner.** Mono-component toner is the all-in-one type. Mono-component toner differs from dual-component toner in that it does not require the use of carrier beads for development. Instead, it contains the pigments for printing as well as its own carrier to transport the toner from hopper to paper.

Toner and Inks for Digital Printing

The magnetic type of mono-component toner has iron oxide encapsulated within each individual toner particle making it possible for the magnetic roller to pick it up and hold it. This is the type of toner in Canon and other printer engines. All mono-component systems that use magnetic developer rollers must have magnetic toner.

The second type of mono-component toner is the non-magnetic type. In this case, a static charge created through friction is sufficient to pick up and hold the toner on the surface of the roller. In some cases, the developer rollers are a rubber compound to which the non-magnetic toner is naturally attracted.

There are several ways to charge mono-component toners—induction, contacting, corona charging, ion beam, and traveling electric fields. The easiest and most commonly used of these is induction charging. Through induction charging, a conducting particle sitting on a negative surface becomes negatively charged.

**Liquid toner.** Liquid toner consists of a toner and a solvent. The use of solvent instead of carrier beads (developer) causes them to be liquid instead of solid. Liquid toner solvents are non-conductive and primarily made up of thermoplastic resin particles, which are suspended in a saturated hydrocarbon. In many respects liquid development is related to or considered with powder-cloud development. In both cases, freely moving charged toner moves under the action of the electrostatic field of the image. Currently Indigo is the only major user of liquid toner. Indigo's liquid toner consists of toner particles suspended in a highly refined kerosene known as isopar. The isopar acts as the controlling agent of the solution by carrying the charge placed on it. (See sidebar on next page.)

**Triboelectric Properties of Toner— "Toner Chargeability"**

A **triboelectric charge** is a friction-induced static charge between two dissimilar materials. The electrical charge on laser printer toners is derived from triboelectric (static electricity) properties. When toner is rubbed across a developer roller it builds up a static charge similar to running a comb through dry hair, or even petting your long-haired cat during the winter. This causes excited

K02446532

### HP/INDIGO ELECTROINK

Unlike other electrophotography-based digital presses that use dry toner, the HP/Indigo uses a special patented liquid ink, called *ElectroInk,* which uses pigments similar to those in regular offset inks but with two dramatic differences: (1) it acts electrostatically, meaning it can be charged, and (2) it dries very quickly. Contained in the toners is a dispersion of pigmented polymer particles ranging in size from 1 to 2 microns. In contrast, the dry toner particles used in copy machines have an average size of 8–15 microns. When transferred to the blanket and heated, these polymers turn into a tacky polymeric "film."

When the ink film polymer comes in contact with the substrate, it hardens instantly and peels away from the blanket. There are two interesting contrasts with traditional printing. First, the toner does not bind with the substrate paper as in traditional printing but laminates or coats the substrate. Second, 100% of the toner is removed with each revolution, while in the conventional offset printing process, half of the ink is transferred to the paper and the balance stays on the blanket, to be re-inked on the next revolution.

toner particles to cling to a beaded carrier. Triboelectric characteristics of toner will influence image quality as well as yield.

Once toner particles become charged they can be transferred to the substrate. This change in charge causes toner to move in an opposite direction of a magnetic roller forming a conductive path. It is then attracted to the latent image and adhered to the substrate by a photoreceptor and Coulomb force. The toner must have stable triboelectrical characteristics for extended time periods for dispersion of the resin and wax.

The chargeability of individual toners is related to the particle size. Smaller-than-average particles tend to charge to a higher value within a given charge time. In addition, toner particles will charge uniformly when they are of the same average size and composition.

The magnitude and polarity of toner charge is critical. The charge on the toner must have the correct polarity or no development will occur. The magnitude of the charge is also critical because the development force is directly proportional to toner charge. Development will occur only when the electrostatic development force exceeds the adhesive force.

K02446533

In many cases, the carrier beads are coated with a polymer that transfers the amount of charge to the toner. Carrier coatings and toner materials can be selected from a tribo series, which is a listing of polymers in order of charging polarity. The tribo series lists polymers according to charge; polymers appearing higher on the list will charge positively with respect to any polymer lower on the list. The total amount of charge exchange between the toner and the carrier is a function of the total number of toner particles contained on each carrier bead.

The concept that relates the chargeability of a mass of toner is measured by Q divided by M, or charge divided by the mass that was transferred. This measurement is used for process control, as is particle distribution. The ability of a laser cartridge to maintain the same Q/M ratio within its supply is dependent on the quality of the toner and the efficiency of the development system.

### Toner Size and Its Relationship to Resolution

Toner is 1 to 30 microns in size, depending on the desired resolution of the printed image. The higher the resolution, the smaller the toner particles needed to output that resolution. When laser printers first entered the market in the 1980s, toner particles were an average of 12 microns in diameter, about half the width of a human hair, and corresponded to the laser beam diameter of 300-dpi printers. Within two years, the average toner particle size was down to about 8 microns—sometimes called *microfine toner*. The 8-micron toner coincided with the emergence of 600-dpi print resolution.

### Toner Concentration

The image density is highly dependent on the concentration of toner within a given area. Image density is not completely determined by charge because environmental conditions such as humidity and temperature also have an effect. Toner concentration may vary from 0.5% to approximately 2% by weight, depending upon a number of chemical and reproduction variables.

### Toner Transfer Efficiency

The toner transfer efficiency of printers and copiers is 85%. The 15% scraped off the organic photoconductor (OPC) drum or belt is waste. In the U.S., around 21 million pounds of waste toner is

K02446534

disposed of annually. It is non-toxic and inert, so it is deposited into landfills. Less than 1% of U.S. waste toner is recycled.

The toners that are available for transfer to the OPC are a cross-section of the entire distribution. It is reasonable to expect that all particles within the size spectrum will be developed. It is that mass of toner that is offered to the OPC drum or belt that will develop.

## TONER MANUFACTURE

The majority of toners are still manufactured using a mechanical melt mixing or hot compounding process. The resins, carbon black, magnetic iron oxides, waxes, and charge control agents are blended while molten to form a hot paste. This viscous mixture is then cooled either by slabbing it out, by extruding it onto a cooling belt, or by pelletizing it and cooling the pellets. This raw toner is then ground to a powder by jet mills or air-swept hammer mills. These processes produce a wide variety of particle sizes. The oversize and undersize toner particles are sifted out in a multi-pass process.

The pulverized, sifted toner powder is then blended with additives to adjust flow and electrostatic properties. This final blending is critical and hard to control, especially when the additive particle size is different from the toner particle size. For toner produced this way, an average toner particle of about 8 microns is about as small as you can get.

Chemically made toner particles are round or "potato" shaped, not jagged like pulverized toner (figure 9-2). Smooth particles flow better in the powder state and hold a more uniform electrostatic charge in the laser printer. They are also 4 microns in diameter. You need 40% less 4-micron toner than 8-micron toner to print the same thing.

The Xerox EA Technology process uses a controlled method to chemically grow toner particles from molecules up to particles of any desired size and shape. Conventional toner is created by pulverizing chunks of toner compound and sifting them to collect the proper size of toner particles. While conventional methods have been improved over time to maximize toner yields and performance, the mechanical methods were still energy-intensive. The EA Technology process is far more environmentally friendly,

K02446535



*Figure 9-2. Photomicrograph of pulverized toner particles (left) and chemical toner particles (right) (Courtesy Xerox Corporation)*

using much less energy since the toner particles are produced by non-mechanical means. It is a water-based, low-energy process in which particles are "grown" to the required size. They are isolated from the growth compound and processed for use.

The quality of the printing with toners from EA Technology is approaching that of offset printing with liquid ink because of the extremely small size of the toner particles, often measuring between 4 and 5 microns, about half the size of previous toner particles. Because of the new material's size and uniform circular shape, the toner particles transfer efficiently and uniformly to the receiving paper, wasting less and needing less to form the print. This results in color prints that more accurately depict subtle, graded or shifting tones and hues or complex, intricate patterns.

## QUALITY CONSIDERATIONS WITH TONERS

The quality and dependability of the toner starts with the quality of the components, which must then be thoroughly mixed to precise ratios. Every characteristic of the toner is critical to its effectiveness.

Any inconsistency in the mixture will create problems. The toner mixture must also be ground down to a narrow range of very small and specific particle sizes. Since it is not possible at present to have a uniform particle size, there always will be variation in the image quality over the printing life of some cartridges. *Backgrounding* from improperly charged or wrong-signed particles can also be an issue. Backgrounding is the most commonly observed issue with image performance.

K02446536

### Charge Properties of Toner

Charge properties are crucial to proper transfer of the toner. Improper charge properties of the toner can lead to background-ing, blasting, or light print. The toner's charging characteristics depend on the particle size, shape, and composition of the toner. A triboelectric charge is generated on the toner particles through friction. The charge generated on each particle is dependent on the surface area to mass ratio of the particle. This ratio is deter-mined by the size and shape of the particles. A smaller particle has a larger surface area to mass ratio than does a larger particle. This produces a stronger triboelectric charge on the smaller particles. This is significant since particles of varying charges will move at different rates, which results in particle sorting and can cause print defects.

It is very important to have the particles as uniformly sized as possible. This requires several siftings of the toner after it has been ground to a fine powder. Charge agents are equally as important in determining how well the particles charge and even if the toner will charge negatively or positively.

### Fusing Ability of Toner

Toner fusing ability requires specific melting and adhering prop-erties. It must melt at the proper temperature to be compatible with the fusing system it will be used in. Not only is the melting point important, but the fusing rate is also very important. Ton-ers for higher-speed printers must respond to the challenge to fuse more quickly than toners for lower-speed printers. Toners that do not meet these requirements can cause *cold offset* or *hot offset,* which is a ghost image picked up in the fuser. The fusing proper-ties of the toner are determined by the plastic resins used as well as additives.

Yet another consideration that must be taken into account is the flow rate of the toner. The flow rate of the toner can significantly affect the density of the print. A better flowing toner will produce higher-density prints. An optimum flow rate must be achieved. Clearly the toner must not be too fluid or that will present prob-lems of its own, while a toner that is not fluid enough will also cre-ate problems. Flow rate is determined by composition, particle size, and additives.

K02446537

### Print Quality Considerations

The toner must charge, transfer, and fuse properly to produce a good image. Even if these factors are working together well, there still may be print quality issues.

Take for instance image resolution. If the printer is capable of 1200-dpi resolution, the toner should be also. This requires a microfine toner, with very small particle size, usually six microns or less. A toner with larger particle sizes may work very well in the printer if it meets all of the other requirements. That is, it will transfer and fuse to the paper nicely and produce dark prints with no blasting or backgrounding, but it will not produce the razor sharp images the end user may be looking for with their high-resolution printer.

Not only will particle size affect the resolution of the print but it will also affect the density and even limit the variety of shades a printer is able to produce. Shades are produced by printing black dots in white areas. The blackness of the dots is always the same, they appear to be darker or lighter, depending on how many there are per any given area or, in other words, how closely grouped they are. Suppose a printer places one hundred dots per square inch to create a certain level of shading. If the particle size of the toner is too large to stay within the boundaries of the intended dot size, the toner will fill in more of the area than intended and a darker shade will be produced. This is how toners with larger particle sizes limit the shading spectrum of printers with high-resolution capabilities.

*Not only must all these factors work together perfectly, but they need to do so under adverse conditions. Operating environment can and does affect a toner's ability to perform properly. Even the best toners can sometimes be affected by extreme temperatures and/or humidity.*

### INKJET INK

Inks for printing systems include water-, oil- and solvent-based inks and energy-curable inks. Advancements in inkjet inks provide the flexibility to print on just about any medium. The digital device will be used to print variable data—graphics or text required to change during the run.

K02446538

### Digital UV Inks

The digital printing market is undergoing an ultraviolet (UV) revolution. UV inkjet technology has been around for many years in the cable and wire industry, but the application has been limited due to ink viscosity restrictions inherent with continuous inkjet printheads. During the past five years, new printheads based on piezo technology has been developed, and the result has been a dramatic increase in the range of ink viscosity. Digital inks are over 50 times thinner than their nearest screen printing equivalent.

One of the advantages of UV ink is the instant dry feature that leaves the image completely cured so that no solvents penetrate the substrate once it is printed. Instant drying requires less substrate dependence. Since UV inks don't dry on the printhead, some of the problems associated with cleaning and purging the head to remove insoluble material are avoided. Theoretically, greater print production rates are achievable with UV ink because you don't have to wait for drying solvents or perform constant maintenance.

UV-curing inks change from a liquid to a solid state when polymerization takes place under exposure to ultraviolet (UV) light. This UV light initiates a chemical reaction, which generates a matrix of cross-linked materials to give the solid ink film chemical resistance, gloss, and scratch resistance. The ink has a low molecular weight and low viscosity, but the polymerization reaction initiated by UV exposure generates a high-impact solid, resulting in a cured ink film. UV ink systems have a three-decade record in the screen printing market where a typical mesh hole of 30 microns is used.

UV inks have pigment particles of less than a micron, which are evenly dispersed within the carrier and retain that dispersion. An inkjet nozzle on the Inca Eagle, for example, has an opening similar to the diameter of a human hair, so one oversize pigment particle could be a problem. The correct ratio and type of monomers (reactive diluents), oligomers (reactive resins), and photoinitiators (UV light absorbers) capable of producing stable low-viscosity ink suitable for inkjetting effectively are essential. Sericol has optimized the surface tension, viscosity, and overall physical properties of the ink to control both print quality and adhesion performance. This means that digital UV ink can apply

K02446539