# EXHIBIT F

# PART 6

to the widest range of substrates possible. Because UV-curable inks are nonvolatile, the life of the printhead increases.

UV inks result in consistent images from substrate to substrate. And there are environmental advantages over solvent inks as UV boasts fewer emissions. The ideal UV-curable inkjet inks will enable printed images to have water resistance, fade resistance, no volatile organic compounds (VOCs), and media flexibility. The requirement for lamination will also diminish as UV inks are used. There are three approaches to UV inks—water-based, hot-melt, and low-viscosity versions.

Water-based UV ink. Water-based UV inkjet technology is attracting attention because it uses water to produce lower viscosity. Water-based UV inks are formulated with UV-curable resin emulsions. However, to function efficiently, the system needs to eliminate the water before the UV lamp cures the ink. Eliminating the water is difficult as you want to cure as quickly as possible to prevent undesirable dot gain, wicking, or feathering into the substrate. If water is present, the ink will not adhere to the substrate. UV curable inks that are 100% solids will be the first product available.

Hot-melt inkjet ink. Hot-melt inkjet inks are dependent upon a large viscosity drop that could occur with specialty inkjet formulations. There may or may not be wear and abrasion or cracking with flexible substrates.

Low-viscosity UV ink. There are also UV inks based on low-viscosity versions of conventional UV formulations. The low-viscosity UV curable inks are designed to work with piezo printheads. The higher-viscosity inks are for use with industrial printheads such as the Spectra or Xaar products. The ink is available in process colors (standard and light shades) and a custom spot color.

Cost comparisons of UV inks and conventional inks. UV-curable inks are more costly than conventional inks due to the specialty raw materials used in the formulations. UV inks can be up to two to three times the cost of conventional inks.

K02446540

**Environmental considerations with UV inks.** Some UV raw materials can result in irritation and sensitization, and some UV lamp systems generate ozone that must be vented or neutralized. Inkjet printers generate a very small amount of mist that must be removed from the printer enclosure.

**Collaboration among vendors.** Collaboration among vendors is a key to success. inkjet ink manufacturers must work closely with UV lamp and chemical companies. Spectra, for example, collaborates with American Inkjet, Flint Ink, Durst, Inkware, Vutek, Inca, and Sericol.

### Pigments

Pigments have substantially superior lightfast properties and chemical resistance than dyes. However, their insolubility and particle size make them a challenge to use in inkjet printing. While the use of carbon black and titanium dioxide is common-place, use of other pigments has been limited. Whereas dyes are soluble, pigments are insoluble and must be dispersed. This creates the need to reduce the pigment particle to a size that is sub-micron, and the need to stabilize the dispersion and limit re-agglomeration. Pigment particles need to be less than 1 micron for drop-on-demand (DOD) applications and less than 0.5 microns for continuous inkjet (CIJ). One approach to making pigments stable is to modify their chemical makeup. Pigments provide more saturated color and will dominate in inkjet printing.

K02446541

# 10. Data Acquisition, Management, and Enrichment

## WHAT IS A DATABASE AND HOW DID THEY DEVELOP?

A *database* is an organized collection of data. Databases have been around for decades. The first known use of the word "data base" was in 1963 at a symposium entitled "Development and Management of a Computer-Centered Data Base" and sponsored by the System Development Corporation. Although "data base" was two words at this point, by the late 1970s the single word, "database," was used regularly to describe an organized collection of data. Prior to the digital era, databases were created on a typewriter. Lists were created that were, in fact, the database. The lists could also be typed onto paper labels for direct mail pieces. Technology improved with the development of address label printers, such as the Cheshire 730 model, that could print labels by photoscanning data onto labels. It was the development of the PC computer in the early 1980s that really enabled databases to develop into what we know of them today. Once storage media became available to store the data, a tremendous growth in database creation, management, and manipulation began to occur. Finally for the first time data could be stored, retrieved, and manipulated. As the cost of PCs and storage devices started to decrease, it really accelerated the availability and timeliness of databases because now more people could input and access data.

Today, the data is used in a computer system in the form of a data file and can be readily accessed and sorted. Most database files consist of fields and records. An example of a field would be a person's first name or their last name. Some very simple fields for VDP would include first name, last name, street address, city, state, and zip code. Each of these fields for one individual would combine together to make a record. An example of a record would be as follows:

Jane Smith
1 Grand Avenue
San Luis Obispo, CA 93407

K02446542

## DATABASE MODELS AND STRUCTURES

A database, then, can also be a collection of records or facts held within the file. The structural description of these facts is known as the *schema*. The schema describes the facts that are represented in the database and the relationship between them. The method in which the schema is organized is known as the database model or how the database structure is modeled. The two main database models are the flat model and the relational model.

A *flat model* is a single, two-dimensional array of data elements usually containing rows and columns, as shown in figure 10-1 below.

| ◇ | A | B |
|---|---|---|
| 1 | First | Last |
| 2 | Harvey | Levenson |
| 3 | Mike | Blum |
| 4 | Malcolm | Keif |
| 5 | Penny | Bennett |
| 6 | Lorraine | Donegan |
| 7 | Xiaoying | Rong |
| 8 | Kevin | Cooper |
| 9 | Ken | Macro |
| 10 | Hsi | Hinderliter |
| 11 | Brian | Lawler |

*Figure 10-1. An example of a flat model database.*

Using this model, the data in a given column are assumed to have a similar value, in this case column A is all first names. In each row the data is assumed to be associated with one another. For example, row 2 has one individual's first and last name in the row. This model is the basis of a spreadsheet and, in fact, Microsoft Excel can be used to create and manipulate data for VDP projects. A flat model, sometimes referred to as a flat file, is used for small amounts of data and works well with data that can be edited in a less automated environment. Although Microsoft Excel is commonly used for data processing needs, there are several reasons why a flat file in Excel could be problematic. Excel has a limitation on the number of records and fields that may be used: a maximum of 256 fields and 65,536 records. Sorting in Excel is much slower than in database software, mainly because

databases index fields for quick sorts. Excel files can easily sort; but if not done carefully, this sorting can quickly scramble the data between records. This type of error is not a problem with database software. Sorting and filtering of large amounts of data in a flat model can be time-consuming and require a great deal of computing power. This is because the computer has to go through each data item to search and sort. It is not an efficient method for large amounts of data. Elements within a flat file are usually separated using a common delimiter such as a comma, space, or tab. Sorting and filtering then requires the computer to go through each delimiter to find the related data.

A *relational model* contains multiple tables similar to the one table created by the flat file. The tables can then relate to each other and be linked through a key field. This makes the sorting and filtering much more efficient. For example, one file can contain multiple tables where one table is an "Authors" table and the other table is a "Books" table, as shown in figure 10-2. In this example, a relationship can be determined between the two to

| | First | Last | Author ID |
|---|---|---|---|
| 2 | Harvey | Levenson | HL1 |
| 3 | Mike | Blum | MB1 |
| 4 | Malcolm | Keif | MK1 |
| 5 | Penny | Bennett | PB1 |
| 6 | Lorraine | Donegan | LD1 |
| 7 | Xiaoying | Rong | XR1 |
| 8 | Kevin | Cooper | KC1 |
| 9 | Ken | Macro | KM1 |
| 10 | Hsi | Hinderliter | HH1 |
| 11 | Brian | Lawler | BL1 |

| | Title | Author ID |
|---|---|---|
| 1 | | |
| 2 | Introduction to Graphic Communication | HL1 |
| 3 | Desktop Publishing Primer | HH1 |
| 4 | Official Adobe Print Publishing Guide | BL1 |

*Figure 10-2. An example of a relational database model consisting of two tables—an "Authors" table (top) and a "Books" table (bottom)*

K02446544

find out more information about a particular author. A key field of "Author ID" would exist in each table to link the two together.

The structure within a relational model is much more efficient than in a flat model. In the 1970s, E.F. Codd devised rules of data normalization that make a relational model much more efficient than a flat model. Common examples of database programs that uses a relational model are Microsoft Access and FileMaker Pro. Other, more robust database systems, such as Microsoft SQL and Oracle, use the relational model as well. These will be discussed in more detail later.

### DATABASE FILE FORMATS

Once a database is created, it can be saved in a variety of database formats. Some common database file formats followed by their three-digit file extension are shown in table 10-1.

### Table 10-1. Common Database Formats

| | |
|---|---|
| Comma delimited | .csv |
| (known as *comma-separated values*) | |
| Tab delimited | .txt |
| Microsoft Excel | .xls |
| Microsoft Access | .mdb |
| FileMaker Pro | .fp7 |
| dBase format | .dbf |
| Data interchange format | .dif |
| SYLK | .slk |

Some simpler formats such as tab-delimited (.txt) or comma-separated values (.csv) would be used for flat model database formats. These two formats are actually text formats, making them very simple and consequently a smaller file size than other formats. One advantage of these simpler formats is they are very compatible and can be good formats to transfer files between programs and computers. Because of the basic nature inherent in a text file, these can also be good formats for retrieving and exchanging data from older legacy systems for things such as customer databases. The data can them be transferred and manipulated into formats more conducive to today's data requirements.

K02446545

Text formats can save the field names as well as the data, but these formats generally don't save the data type stored in the field (e.g., text, number, date, etc.). DBF is popular because it saves all of the header information.

Microsoft Excel, FileMaker Pro, and Microsoft Access are considered *native formats* because they are formats created by the original, native application. This does not mean that these formats are not compatible with other systems, however. There are many VDP software programs that will allow for Excel documents to be imported directly into the program's database component. Since Microsoft Access creates relational databases, the .mdb format imports easily into database servers such as Microsoft SQL, DB2, and Oracle.

Database interchange format (.dif) and SYLK (.slk) are formats primarily used for spreadsheets and exchange of spreadsheet data. They are not designed specifically for database use but can be useful in exchanging data from spreadsheet applications.

Database format (.dbf) and Microsoft Access database (.mdb) are actually very good formats to use in VDP, especially with large amounts of data. They can contain multiple tables conducive to a relational model, which in turn, enables the format to be used with high-end database servers. These formats can store the actual data as with a flat file, but they can also store both field names and field types such as number, date, text, etc.

## DATABASE FIELD TYPES

Databases can have *fixed-length fields* or *variable-length fields*. With personalized printing, this needs to be taken into consideration. Anyone with a long name has seen the consequences of a fixed-length field if the last part of their name has been cut off in a mailing to them. Fixed-length fields have their advantages. They can provide an efficient means of storing and searching records. But this type of database requires careful planning to anticipate the longest field that may be encountered. Aesthetically, it is not a good idea to cut off or abbreviate data within a field, so this should be avoided.

Most database software provides the option to save each field to hold a specific type of data, e.g., data, text, number, etc. Some applications provide fine distinctions such as floating point num-

K02446546

bers versus integers. Careful planning is again required in the proper choice of field type, and a poor decision can return to haunt you. For example, it might appear obvious that a zip code should be stored as a number. However, storing a zip code such as 02135 (Brighton, MA) as a number, would cause it to change to a proper numeric format 2135, which is an incorrect zip code. Therefore zip codes are typically stored as text fields.

### DATABASE SERVERS

A *database server* is a computer that uses a specialized process to manage the database itself. Most database servers work with relational databases. Database servers are based on a client/server architecture. This helps lower the network traffic with large databases by allowing a client to connect to the server and only access the files needed. A query can be done on the database to determine what files are needed based on certain search parameters. This is usually done using the *Structured Query Language (SQL),* which is a language used by most database servers today. Some commercial available database servers are:

- mSQL
- MySQL
- Oracle
- DB2
- Microsoft SQL Server

### DATABASES AND VDP

So what does all this mean and how is it used in VDP? Generally speaking, it will depend on the amount of data and the number of records being incorporated into a VDP project. Jobs requiring smaller or even moderate amounts of data may not require the use of a database server. Much of the data can be managed and manipulated using a combination of database software programs and VDP software programs. At this level of database management, care must be taken to maintain an original database file whether it be in FileMaker Pro or Microsoft Access or Excel. If changes are made or updates are done, these must be done in the original database and then it can be re-imported into the VDP application. This will ensure a more accurate database record for your customers.

K02446547

It should also be determined in the early planning stages who will be responsible for maintaining and updating the original database. It may be the customer, it may be a specialized data management agency, it may be someone within the marketing agency, or it may be the printer.

## ACQUIRING, MANAGING, AND ENRICHING THE DATA

To be successful producing VDP, data is a critical component. Some say it is the MOST important component. The more data you have and the more accurate the data is, the more successful the VDP campaign will be. Have you ever gotten something in the mail that had your name spelled wrong or used your full name rather than your nickname? How personalized does that make you feel? Accurate data also means the piece is more likely to get to its destination. If the address isn't current, or if it isn't formatted according to postal regulations, it may not arrive at its destination.

Data can be acquired through a variety of sources. Sometimes the VDP customer will have a list of their own customers that they will want to use. This is a good source of data because you already know the customer will be interested in the "product" as they are already a current customer or have been a customer in the past. Another option is to purchase or rent lists from data brokers. Some caution must be used with this method because not all data brokers are reputable and the data may not be accurate. There are advantages and disadvantages to purchasing and renting lists. If you rent a list, you can only use it for the number of times it was rented for, but you don't need to worry about keeping the lists updated. Most large data solutions companies that provide lists to rent also have a very sophisticated system for collecting, managing, and updating their lists. Sometimes, this can be worth the cost to rent as opposed to buy. Two companies specializing in offering a comprehensive data solution to its customers are Accu-Data America, headquartered in Fort Myers, Florida, and USA-Data, Inc. headquartered in New York, New York.

Data can also be acquired through websites. If a personalized campaign includes a VDP mailer, the original list can be rented for sending out the mailer. If some of those people on the list then go

K02446548

to a website that is part of the personalized campaign and enter their information into the website, the data is now owned by the website creator. A smaller database can then be created from those accessing the website for further use in the marketing campaign. Once the data is acquired there are certain techniques that can be used to improve the overall quality of the data.

Several processes are used to improve the quality of the data in a data file, including the following processes:

- Cleansing
- Parsing
- Mining
- Modeling
- Merge/purge

*Cleansing* is the process of removing duplicate information, bad records, incomplete records, or errant characters. This can be done manually or automatically with some type of cleansing software or simple scripts that can be incorporated into the database (e.g., Scriptmaker in FileMaker Pro). *Parsing* simply means to separate or take apart. In database enrichment, it is the process of looking at parts of the file to make sure things like the field names are correct and the data has delimiters in place and is in the correct fields. *Mining* is the process of analyzing the data attributes to look for trends or anomalies for possible extraction. For example, extracting a list of people who are homeowners or who have children from a data file will help in developing a more targeted variable piece to them. *Modeling* is the process of using the data attributes to build profiles of potential buyers. Finally *merge/purge* is a form of cleansing that is usually done by specialized software. The software analyzes certain parts of two records; for example the first few letters of a person's first and last name, combined with a few characters from the record's address field and zip code. If enough similarities are found, then the software determines the two records are duplicates and eliminates one of the records, hence the term merge and purge.

One more step used in the process of managing and enriching data is the use of various types of address verifying or updating methods. Coding Accuracy Support System (CASS) software improves the accuracy of postal carrier routes. For example, it will verify the accuracy of both five-digit zip codes and ZIP+4 codes.

K02446549

Presort Accuracy, Validation, and Evaluation (PAVE) software determines the best presorting methods to use for the most cost-effective postal rates. For keeping addresses current, there is the National Change of Address (NCOA) database that can be accessed for automatic updates of addresses when people move and fill out the change of address form through the U.S. Postal Service.

K02446550

# 11. Cross-Media Personalized Marketing

## MARKETING TRENDS

Marketing has evolved over time and has shifted from mass marketing to segmented marketing to personalized marketing. *Mass marketing* is marketing to a higher quantity of people but sending the same general message. Examples of mass marketing are TV, radio and newspaper marketing. *Segmented marketing* is a way of identifying a smaller group of people and sending a more specific message to the group based on what is known about them. For example, people who watch the Discovery Channel are identified as being mostly upscale, educated adults aged 25 to 54. Marketing towards this group can be more targeted based on what is known about the audience. *Personalized marketing* is sending a specific message to a specific person. It is sometimes called *one-to-one marketing* and *customized marketing*. The more that is known about someone, the more targeted the message is that can be sent. Marketers are putting a lot of effort into developing individual profiles on people to help send a more targeted message to them. This is done by gathering data through a variety of sources such as census data, mailing lists, credit card purchases, hospital records, phone bills, coupon returns, and surveys. This is sometimes called *data mining* and the data is then used to determine individual profiles.

Marketers won't be looking at every individual in which to build a profile. It is important to first determine who are the most likely candidates for personalized marketing. With most businesses, 80% of the company's business comes from 20% of its customers. In the airline industry, for example, the customers that are the frequent fliers generate the most profit for the airlines. Most airlines will have special programs set up to offer incentives and perks to those frequent fliers to keep their business. So it is identifying those 20% of the customers that may be the important part. If you are targeting new customers, then the factors become identifying someone with a potential interest in your

K02446551

product, but also identifying their income and spending habits. The best customers are going to be not only those that have money but also those who have a history of spending money, hopefully on your product.

Once some information is gathered in the form of data, it then becomes important to determine what type of message to send and how to send it. Today, there are many options for getting information to people such as TV, radio, print, email, and the Internet.

## CROSS-MEDIA OPTIONS

Marketer's are realizing that mass media marketing is not always the best way to market to people. With the numbers of people having Internet access and email, marketers are developing cross-media personalized marketing campaigns that includes VDP as one component of an entire campaign.

Relevancy in communication is inherent in building relationships. If you talk to someone you don't know and you find out something you have in common, you've just established a relationship with that person. The more you find of common interest, the stronger the relationship becomes. The same concept can be applied to personalized marketing. If you know whether someone is male or female, if they are retired, or if they are homeowners, you can send a more relevant message to them.

Cross-media marketing can combine a variety of media including mass marketing, personalized marketing, or both. A cross-media personalized marketing campaign can typically include personalized email, variable-data printing (figure 11-1), and a personalized URL (figure 11-2).

Personalized emails are the most cost-effective part of a campaign. The only information needed is a person's first name and email address. Just as with VDP, the more information you have for a person, the more relevant the message can become. All that is needed to send personalized emails are a database and a web server. The potential disadvantages of personalized emails include the use of email filters and the danger of marketing fatigue by consumers. Most email clients and email servers have SPAM filters available for activation that can essentially block all messages from going to that address. Many email users are becoming

K02446552

Cross-Media Personalized Marketing



*Figure 11-1. A VDP marketing piece that included a personalized URL.*



*Figure 11-2. After entering the personalized URL shown in figure 11-1, the recipient of the VDP marketing piece is taken to this personalized web page.*

K02446553

frustrated with email marketing messages. Potential legislation could be passed one day that prevents marketing to email accounts. More likely, however, will be a "do not email" list implemented by the government similar to the "do not call" list implemented in 2003 preventing telephone marketing to those on the list. If this happens, VDP will become even more popular as a means of marketing.

When designing the personalized emails, it is important to remember they should always include hyperlinks for the user to click on that will direct them to a landing page or personalized URL. It is also important to have more than one opportunity for the user to click on the link. There should be at least two if not more links available. The emails should be designed in HTML rather than plain text. This provides for much more creativity and allows a much better design to be sent to the customer. Remember, if you get through the SPAM filter, you likely only have a fraction of a second to get the customer's attention before the delete key is activated

An extremely important part of the personalized marketing campaign is the creation of a web page to direct the consumer to. Ideally, a personalized URL would have more impact than a static web page. If data exists on a given individual, then the web page should be populated with that information. The more convenient it is for a person to take action, the more likely they are to do so. Once a consumer goes to a web page, they then become a user that has opted in to the marketing campaign. More data can then be gathered to create and send more relevant marketing messages to the consumer.

Where does VDP fit into a personalized marketing campaign? A personalized printed piece can be sent to the consumer initially in the form of a business reply card (BRC). The card would be designed to grab the consumer's attention quickly before it hits the recycle bin or paper shredder. If successful, the card would then give the consumer the option of responding by returning the BRC, using a web page, a toll-free number, or another convenient method for the consumer to make contact. The printed piece must provide some type of incentive for the consumer to respond such as a discount of some type or a chance to win something. Another use for VDP might be in the form of a personalized

K02446554

brochure or booklet sent to the consumer after they have opted in using a web landing page or personalized URL.

It is important to understand that a personalized campaign may be targeted towards potential new customers or existing customers, or both. The campaign may be designed to sell something, or it may be designed to provide a service to existing loyal customers.

## CAMPAIGN DEVELOPMENT

Developing a cross-media personalized marketing campaign should be done with great care. Personalized marketing can be very effective, but it can also be time-consuming and costly. It is important to work with a team of individuals that will ultimately be part of the campaign. This, of course, would include the client, or the person wanting to sell something; the marketer who may or may not be involved with other aspects such as data management; graphic design; and production. The marketer may have partnerships with others to do these tasks as well. The most likely clients for personalized campaigns will be clients who are willing to try new things and also have an adequate marketing budget. The most likely partners to work with will be those that have proven experience in personalized marketing. Since personalized marketing is still a relatively new concept, this can be challenging.

## TRACKING AND ROI

One of the nice features of cross-media personalized marketing is the ability to track real numbers and calculate precise return on investments (ROI). Every email, every personalized URL, and every variable-data piece can be tracked by its own uniqueness. Responses can be measured, and those responses can be tracked to determine actual conversion rates. A *conversion* is simply someone who not only responds to a campaign but also performs the desired action. An *action* can be making a purchase or something else that the campaign was intended to do such as complete a survey, sign up for an event, or vote for something.

Tracking personalized marketing responses and actions and using that information to determine ROI can be time-consuming, but it is beneficial to show the client how effective the campaign

K02446555

was and how their marketing investment has paid off. The tech-
nology exists to effectively measure ROI so why not use that as a
marketer's marketing tool.

### THE FUTURE OF PERSONALIZED MARKETING

As this trend in personalized marketing continues, we'll continue
to see creative ways of receiving marketing messages. Even now in
the grocery stores, coupons will sometimes print on the back of
your receipt based on your current buying habits. It won't be long
before we'll see coupon holders in the isle flashing at us or talking
to us because it recognizes our radio frequency identification
(RFID) tag stored in our grocery store member card and it "knows"
we might be interested in purchasing that particular item. It won't
be long before we see other retail environments such as fast-food
restaurants taking our order with a machine automatically and
"remembering" what we ordered the last time because of our
debit or credit card. You can bet we'll be offered special coupons
to try and get us to buy that extra shake or piece of cheesecake.

### ISSUES OF PRIVACY

Personalized marketing is unique to an individual. To most peo-
ple, this is appealing. It breaks the stereotypical model of mass
marketing. It gets closer to the consumer. This brings up the issue
of consumer privacy.

How much information is too much to share with an individ-
ual consumer? Where do you cross the line between relevancy and
an invasion of privacy? Many consumers are concerned about how
much information is known about them. Caution should be used
when developing a personalized campaign not to let consumers
directly know how much you know about them. This can be very
detrimental to a marketing campaign. Identity theft is an increas-
ing reality with many consumers. More and more people are
shredding their mail so they are less likely to become a victim of
identity theft. Presumably, as we age our overall wealth increases.
This means that as we get older we also may have more to lose.

With the use of the Internet and the culture developing from its
use, consumers are becoming less sensitive about the information
they share. Young adults today are Internet savvy and don't seem

K02446556

as reluctant to give information about themselves. They are creating blogs, posting pictures, and using email, instant messaging, and other forms of Internet activity to socialize with their peers. The fear of identity theft is still somewhat unknown to them.

It remains to be seen, however, what consumer trends will be with our society as our younger technologically savvy generations advance into a generation with more purchasing power. The digital era has changed so much of our society, and it is likely to continue creating a database culture where consumers will readily give up bits of information in exchange for some reward. This trend will continue to allow cross-media personalized marketing to grow. And VDP will remain a viable component of that process.

K02446557

# 12. The Business of Digital Printing

## STATIC VERSUS VDP

The business of digital printing and variable-data printing is a topic still in its development stages because of the shift incurring within the printing industry. It is important to differentiate between the business of static printing and VDP printing. The planning and production are quite different yet the digital printing engine is the driving technology that allows both to exist. Most digital printers today are finding that there is an increasing market for VDP, and most expect growth to continue in this area. Yet static digital printing still represents the majority of what is being produced on digital presses.

Most likely this trend will continue. VDP is just one component of digital printing. Static digital printing will continue to grow as it becomes more cost-effective to shift longer runs onto the digital presses. With any digital technology, the trend over time is generally for the costs to drop while the technology improves. This will also happen with digital presses as press manufacturers continue to remain competitive. Larger and faster models will be developed and the shift will continue towards more cost-effective printing on digital presses.

It is also important to understand the societal demands that will affect digital printing as well. As our society becomes faster paced, there is a fundamental shift for consumers wanting products now. Lead times typically required for traditional print production won't be acceptable as digital printing becomes more cost-effective. Look at the trends that have occurred in the consumer photography area as the shift has been made from analog to digital production. Leads times for consumers receiving their photos have gone from weeks, to days, to hours and even minutes. With digital cameras and photo printing options today, someone can take a picture and place it onto their own printer to make a high-quality instant photo.

The demand for fast turnaround times in static digital printing will continue. The length of runs that currently define "short run" printing will increase as press speeds increase and costs drop. The

K02446558

turnaround time for variable-data printing jobs will remain longer due to the increased complexity of the workflow. VDP jobs require more time for planning, creation, and implementation. Because of the uniqueness of VDP, the increased response rates, and the high-value customization unique to variable-data printing, there are greater opportunities for higher profit margins than in static digital printing.

## BUSINESS MODEL

It is important to develop a business model that includes both static digital printing and VDP. If traditional printing presses are part of the current business model, they must also be incorporated into the new model. Planning becomes more critical than ever when digital printing is incorporated into the business model.

With traditional printing, production planning has become quite standardized. The time it takes to produce a job through the various areas of estimating/invoicing, design, prepress, press and postpress are quite predictable. Production schedules are created and profitable printers have learned how to adhere to the production schedule in the traditional printing environment. Production planning with digital printing can be an entirely different model, however. With digital printing the customer may want the job in hand in the time it takes to produce an estimate using traditional printing methods. By contrast, the majority of printers finds that the average sales cycle for VDP jobs are a month or longer and can sometimes be as long as a year. Planning for these various options can be challenging at best.

A good business model should include a good balance of the equipment usage and job variety for the most efficient production of existing equipment. Pricing and costing then need to be analyzed to balance well with production. In traditional printing the equipment capacity is generally at 85% or higher but this is harder to achieve with turnaround times inherent in static digital printing. A business model should include expected capacities closer to 50% to 70% for digital presses. This means that equipment costs and depreciation need to be spread over smaller monthly volumes for digital printing. VDP pricing, then, would need a different cost and pricing structure as the sales cycle will be even greater while still utilizing a digital press.

K02446559

## COSTING FOR DIGITAL PRINTING

Costing for digital printing involves giving an estimate to a customer and eventually pricing and invoicing the job. The hopes are that the estimate is the same or very close to the actual price of the job upon completion. If not, customers can be lost, profits won't be achieved, or both. It is important to re-evaluate the estimating process if this happens. Since estimating and pricing should be similar, they will be discussed similarly in this section as general costing. Digital printing has similarities but also differences to costing compared to traditional printing. Much can rely on the specific contract with a given press manufacturer. Most contracts include a *click charge*, which is essentially a licensing fee charged for each impression. The click charge can vary greatly depending on what is included in the fee. Some contracts have an all-inclusive click charge that would include the cost of things such as consumables, maintenance, and equipment depreciation. This click charge would presumably be on the high end of the pricing structure. Other structures can include a lower click charge but may not include any of the items previously mentioned.

If consumables are not included, paper costs and ink/toner costs must be determined. Often, the amount of coverage is factored in for use of ink/toner for a particular job. Waste is not as high for digital printing as it is for traditional printing because of longer makereadies associated with traditional printing. Still, waste should be factored into digital printing costs. If equipment maintenance and depreciation are not part of the click charge, they must also be factored into the overall costs. Finally, costs should also be considered for expenses such as building space, utility usage, and employee salaries.

Although estimating and pricing standards have been well established for traditional printing through the use of budgeted hourly rates (BHR) and activity-based costing, standard practices for digital printing have not been so clearly outlined. Most printers charge a price per piece for static digital printing. This makes it easier to do a direct comparison to any associated click charges inherent in digital printing costing structures. VDP does not lend itself well to such costing structures however.

K02446560

Costing for VDP can be as customized as the job being produced. Because of this, developing a standard costing structure is difficult. Most printers selling VDP use one of the following methods for costing jobs:

- Cost per piece
- Cost per project
- Cost per response
- Cost per conversion

Cost per piece is the easiest method for billing, but generally not the best method for marketing and estimating. Often what will happen is a client will see that the cost per piece for VDP is higher than other printing methods and won't see the value of the personalized campaign. Marketing and selling VDP as a cost per project is the most common and logical method to use for costing as it allows the printer to calculate the overall cost by using a cost per piece if desired, but it also communicates to the customer what the investment dollars will be. Educating the customer using a cost-per-response scenario is a good idea, but can be risky if it is used for actual pricing.

If a digital printer really understands and believes in the effectiveness of VDP, they can enter into a true partnership with their client and cost a job based on the cost per conversion. A conversion is when the client achieves the desired results such as selling a product or getting someone to sign up for an event. If the printer is truly invested in the process and understands the benefits of VDP, this can be a good costing structure. For example, if a automobile company is selling cars as part of its VDP marketing campaign, the printer would get a percentage of each vehicle sold that was a direct result of the VDP campaign. As the ability to manage, control, and track data becomes perfected, this is a very reasonable method of pricing and could be the most profitable for the VDP printer.

## MARKETING VDP

Full-color digital presses become one of the enabling technologies to creating and producing VDP. So naturally, one of the biggest marketers of VDP has been the digital press manufacturers. They have spent a great deal of time and money marketing to printers,

K02446561

their natural customers of the product they were selling. As printers began to invest in digital presses they then began to market VDP to their customers, most of whom didn't know what VDP was all about. Today, printers are still doing that through a variety of ways, including the following:

- Through a sales force experienced in selling commercial printing
- Through a sales force experienced in selling VDP
- Through direct mail pieces demonstrating VDP
- Through special seminars and meetings for prospective VDP customers

The logical people to market VDP to is the marketers. There has been more of a trend to do that and marketers are beginning to realize the value of VDP, especially as an entire personalized marketing campaign. Marketers are realizing, though, that not everyone is a good client for personalized marketing. Because personalized campaigns require more time and effort and are generally more costly, marketers are targeting companies that have higher marketing budgets or companies that are selling higher-valued items such as automobiles, electronics, or some type of service. As marketers begin to implement more personalized campaigns, that will drive the need for more VDP down to printers.

## ROI AND VDP

Good planning and preparation for creating a business model and then developing good strategies for estimating and pricing will lead digital printers to an accurate return on investment. As trends can be analyzed and yearly volumes can be determined, the return on investment (ROI) can be easily measured. Another use for the term ROI is in the area of VDP and how to market jobs for VDP. Sales cycles are longer and costs are generally higher for VDP compared to traditional printing and static digital printing. But it is a well-known fact that VDP generates a higher response rate in marketing and generally translates to higher sales volumes.

ROI then must be demonstrated to consumers of VDP. This can be done through educating customers on VDP and the advantages associated with a VDP campaign. It is important to show a direct correlation between response rate and total project costs.

For example, table 12-1 represents a mailing of the same quantity but with different levels of targeting or personalization built into the campaign.

### Table 12-1. Cost Analysis of a Mailing of the Same Quantity but Different Levels of Targeting or Personalization

|  | Non-Targeted Direct Mail | Targeted Direct Mail | Very Targeted Direct Mail |
|---|---|---|---|
| Quantity | 20,000 | 20,000 | 20,000 |
| Cost per piece | $0.33 | $1.33 | $3.33 |
| No. of responses | 200 | 1,600 | 5,400 |
| Response rate | 1% | 8% | 27% |
| Total project cost | $6,600 | $26,600 | $66,000 |
| Cost per response | $33.00 | $16.63 | $12.33 |

The cost per response goes down as the direct mail piece becomes more targeted, but the overall project costs go up. The overall response rates go up as well. With good database selection and sorting, it is entirely possible that a list of perspective customers can be narrowed down in quantity to target only people who may be interested in a particular product or service. Table 12-2 shows the costs associated with a decreased quantity of mailings and the corresponding number of responses.

As can be shown, the overall project costs go up, but not proportionally to the increase in responses. Responses are 4 to 6 times higher as the campaign becomes more targeted, while the

### Table 12-2. Cost Analysis of Decreased Quantity of Mailings and Corresponding Number of Responses

|  | Non-Targeted Direct Mail | Targeted Direct Mail | Very Targeted Direct Mail |
|---|---|---|---|
| Quantity | 20,000 | 10,000 | 5,000 |
| Cost per piece | $0.33 | $1.33 | $3.33 |
| No. of responses | 200 | 800 | 1,350 |
| Response rate | 1% | 8% | 27% |
| Total project cost | $6,600 | $13,300 | $16,650 |
| Cost per response | $33.00 | $16.63 | $12.33 |

K02446563

### Table 12-3. Cost Analysis of Decreased Quantity of Mailings and 200 Total Responses

|  | Non-Targeted Direct Mail | Targeted Direct Mail | Very Targeted Direct Mail |
|---|---|---|---|
| Quantity | 20,000 | 2,500 | 741 |
| Cost per piece | $0.33 | $1.33 | $3.33 |
| No. of responses | 200 | 200 | 200 |
| Response rate | 1% | 8% | 27% |
| Total project cost | $6,600 | $3,325 | $2,468 |
| Cost per response | $33.00 | $16.63 | $12.33 |

overall project costs are only 2 to 3 times higher. Table 12-3 shows yet another analysis of quantity changes. Let's say we are able to narrow our mailing list down even further to those we think may be interested in a product or service. With the same number of responses on each direct mail campaign, the overall project costs go down as the piece becomes more targeted. The response for each campaign is at 200 total responses, but the overall project costs go down from $6,600 to $3,325 to $2,468.

Once these types of numbers can be shown to VDP consumers, the ROI becomes much clearer. If ROI is to be taken a step further, response rates must then be compared to conversion rates. A conversion is simply a targeted individual acting on a desired action. The action might be to purchase a product, to sign up for an event, to visit a website or to respond to a survey. Since VDP is data-oriented by its very nature, this can be measured easily by tracking of responses and conversions.

Not all customers will want VDP campaigns to be tracked. But if it is desired, the responsibility of tracking and more accurately measuring ROI can be done by the marketing agency or by the digital printer.

## MARKETING SEGMENTS

Business marketing segments. It is important for printers to understand who the clients are for digital printing and VDP. It is important to understand what business segments are represented by these clients. The more printers understand the consumers of

K02446564