# EXHIBIT F

# PART 7

digital printing, the better prepared they will be to market and sell to those segments. The Digital Printing Council has researched and published a series of three books (with accompanying CD-ROMs) entitled *Marketing4Digital*. The twenty-four marketing segments identified in this series of publications for digital printing are shown in table 12-4.

### Table 12-4. Marketing Segments Covered in the *Marketing4Digital* Research Project

1. Advertising Agencies
2. Health Care (HMOs, Hospitals)
3. Cruise Industry (Hospitality and Tourism)
4. Department Stores (Retail Trade)
5. Gambling and Wagering (Casinos)
6. Automotive Industry (Manufacturers and Dealers)
7. Insurance
8. Real Estate (Brokerages)
9. Gas and Electric (Utilities)
10. Hotel (Hospitality and Tourism)
11. Office Supplies/Home Improvement (Retail Trade)
12. Banks (Financial Services)
13. Investment Companies (Financial Services)
14. Travel Agencies (Hospitality and Tourism)
15. Telecom (Utilities)
16. Professional Services (Legal, Accounting, etc)
17. Food Services—Wholesale
18. Food Services—Retail
19. Associations
20. Education (Public and Private Higher Education only)
21. Publishing (Magazine and Journal)
22. Pharmaceutical (Drug Manufacturers)
23. Religious Organizations/Philanthropy
24. Other

*Job marketing segments.* Job marketing segments for digital printing include short-run digital printing, custom publication printing, preprinted shells with VDP added using digital printing, VDP full digital printing, postpress VDP, transactional printing, versioning, and Web-to-print.

K02446565

## WHO IS INVOLVED?

The personnel involved in producing digital printing will vary greatly depending on whether it is static digital printing or VDP. As previously mentioned, there are vast differences between the two including the personnel involved in production from beginning to end.

There will be fewer people involved in preparing and producing static digital printing. The production workflow is similar to that of traditional printing methods. Content creation is usually done by a graphic designer, ad agency, or an end-user client. The digital file is then passed onto the digital printer. There may or may not be a prepress person involved. In digital printing, because the workflow is streamlined and makeready is significantly less, prepress may not be a necessary part of the workflow. A digital press operator will output the job on the digital press. If finishing and/or binding is needed, personnel in this area will also be involved.

VDP will likely involve an entire team of people including marketers, ad agencies, designers, data specialists, and the printer themselves. It is important when producing VDP to establish partnerships with the various personnel involved.

## FUTURE TRENDS

We have already seen a natural progression of digital presses becoming more productive and this trend will continue. Consumable prices will also continue to decrease creating more demand for digital printing as it becomes more cost-affordable. Press manufacturers will continue to make presses that have larger sheet sizes and larger roll widths for both sheetfed and webfed digital presses. Although webfed presses tend to be capable of printing at higher speeds, there will still be a balance between both types of digital presses on the market. Since inkjet printing has shown tremendous growth in desktop and large-format printing areas, we can expect to see a growth in this area as well for digital presses.

Digital printing and VDP will continue to be growth areas. As more printers get into these areas, there will be opportunities for diversification into data and digital asset management, mailing,

K02446566

and fulfillment. Databases in particular are an area that is in need of ownership for updating and managing. Technical expertise is needed for managing personalized cross-media campaigns including VDP, email, and website management. Digital printers are a logical solution for clients in need of such services. Digital printers can provide an end-to-end solution for people looking for management of personalized marketing campaigns.

K02446567

# 13. Digital Printing and the Plight of the Commercial Printer

The commercial printing industry segment is the largest in number of establishments with approximately 35,000 operations in the United States in 2006, most of which represents a prospect for digital printing. However, this number is substantially down from approximately 45,000 operations in 1996 and the number continues to decline. Yet this does not spell doom for the entire industry. Those companies declining in number are those that either have not accepted the fact that long-run "static" analog jobs are no longer the choice of many print buyers the way they used to be, do not understand or do not know how to integrate new technology into a traditional printing workflow, or are so over-capitalized with expensive traditional equipment that they do not have the investment dollars needed to modernize with equipment needed to serve the growing demand for digital short-run color and variable-data printing (VDP).

This chapter explores the plight of the commercial printer today in an era that is increasingly digital. It also explores what the digital equipment vendors need to know to successfully sell to this industry segment; they must first understand the culture of commercial printers and the present issues that they face.

Commercial printers are highly capitalized with traditional mechanical equipment and electronic equipment. They are used to large capital expenditures and carry a large debt. Many carry a debt at the maximum. They work on small margins: 2–2.5% after taxes. (Digital printer profits are often 2–3% higher than this.) The expected 2.2–3.4% growth over the past few years did not occur. It was more like 1.5% and is not expected to be any better in the foreseeable future. As the economy gains strength, the commercial printing segment will recover, but it is not going to be in the traditional realm of offset lithography but in the realm of digital printing.

Commercial printers are concerned about rapid obsolescence of highly electronic equipment (imagesetters, RIPs, scanners, front-end technology). The average traditional

K02446568

commercial printer is resistant to invest in automation for fear that new electronic and digital equipment will become obsolete before becoming profitable.

Commercial printers want the longest run possible in a market shifting to short runs. The traditional medium-to-large commercial printer believes that six- to eight-color offset presses are the answer to productivity and profitability. However, today the printer has to deal with shorter run lengths and faster turn-around times that are demanded by customers. There is also concern about cannibalizing long runs into smaller digital jobs. The commercial printer does not want to pull jobs off of large presses unless digital printing is less expensive.

Commercial printers base business sales on personal relationships over relatively long periods of time. Successful selling of digital printing requires spending a relatively short period of time with the account and then moving onto another account. This is unlike selling traditional long-run printing where the client is nurtured by the salesperson during and after the sale because the client is expected back for reruns and new jobs. These are very lucrative opportunities for many sales representatives. However, the commercial printer usually does not want to pay salespeople premium salaries and commissions as a motivator to sell digital jobs. Another concern is that customers typically come to the digital printer for one job and then want to use the same printer for others that the printer may not be well suited to handle.

Commercial printers come from a 500-year-plus culture with a craft undergirding. Traditional commercial printing companies typically involves mostly small companies that are family owned and have family employees. They tend to be in the $5 million to $10 million range and have been in business for 10 years or more. They presently face an aging workforce and have difficulty in finding competent, skilled employees.

Commercial printers speak a language specific to the industry and expects vendors to do the same. Examples of traditional commercial printing language include words such as hickeys, pick-

K02446569

ing, scumming, tinting, dot gain, squeeze pressures, ink film thickness, fountain solution, blankets, work-and-turn, work-and-tumble, sheetwise, density, trapping, ghosting, ink strength, ink and water balance, roller stripes, form rollers, distributor rollers, perfecting, register, screen rulings, and many more.

**Commercial printers understand a workflow that is over 500 years old.** The average commercial printer does not understand digital workflow beyond imagesetters and computer-to-plate, and does not fully understand file management, data-based planning, and data-based management. The commercial printer typically uses traditional prepress people for digital front ends and does little coordination of files/applications with content creators/service bureaus.

**Commercial printers manage by last-minute decisions and short-range planning.** The traditional commercial printer heard about systems concepts for production but does not practice it. They often purchase systems but do not fully understand them, and they want the right answer immediately from vendors on how new systems can be made profitable in a short period of time.

**With commercial printers, every detail about a print job influences price.** Examples of detail that influence the price of commercial printing jobs are format, color, number of pages, quantity, inks, paper, press sizes, finishing, and so on. Digital printing introduces a host of other variables that commercial printers often do not understand. Some examples are data merging, file management, preflighting, "clicks," specialized paper and non-standard paper sizes, toner, inline finishing, and more.

**Commercial printers sell based on cost per impression.** The traditional commercial printer sells based on cost per impression or job and does not understand selling based on cost per response.

**Commercial printers print what the customers want.** The commercial printer does not intervene with what is best for the customer and simply prints what the customer wants. This is regardless if what is requested does not best serve the customers'

marketing needs. The printer does not understand the advantages of becoming the customer's "creative partner," and not just a go-between.

Commercial printers see themselves as manufacturers rather than service providers. Commercial printing companies see themselves as manufacturers in the same sense as manufacturers that strive to produce the same product in exactly the same way from day to day, week to week, month to month, and year to year. An example would be an automobile manufacturer or food processor. There seems to be a failure in commercial printing to recognize that every print job is unique and that printing is "customized manufacturing." Nothing in commercial printing is "off-the-shelf," unlike other industries.

Commercial printers can do some maintenance on traditional/electronic equipment, but can't do any maintenance on highly electronic equipment. Traditional commercial printers understand electro/mechanics of presses with cylinders and rollers. They understand that fountain solution ("water") continues as a problem in lithography, and they typically know how to make needed adjustments to correct ink/water balance. However, they understand little about highly electronic digital equipment typified by today's technology. Hence, they must rely on expensive service contracts with equipment vendors as protection against problems that cannot be solved within the company. The insecurity about not being able to solve problems from within the printing company and the cost of service contracts inhibit commercial printers from developing markets requiring digital equipment.

Commercial printers rely on paper costs to inflate prices. As a buffer against waste and to protect small profit margins, commercial printers mark up the cost of paper and pass this cost onto customers. With the variability in the production of traditional printing jobs in prepress, press, and postpress, one error resulting in plate remakes or press reruns can mean the difference between a profit and loss on a printing job. The inflated paper prices passed onto the customer act as a buffer against costly errors in production. Additionally, traditional commercial printers are used

K02446571

to standard paper sizes. And, when problems occur on press, the tendency is to blame the paper first as paper is the most expensive disposable commodity in printing and yields the greatest return on claims when there are problems. There is insufficient focus on preventive maintenance where systems are set up in such a way and maintained to prevent problems from occurring.

Commercial printers are resistant to change and slow to change. Many commercial printers wish that there were not changes in technology to keep up with because such changes are tedious, expensive, require learning curves, and are not immediately profitable. Besides, they are confused about the "digital optimism" getting most of the "press" in the industry because they often do not understand how digital technology will better serve their existing client base.

Traditional equipment abounds in commercial printing. There is a large amount of traditional "iron" in the commercial printing industry, and the owners are looking to keep their investments solid. One commercial printer said, "I'd rather spend $1 million for a used Heidelberg press than $1 million for a new [digital/variable] press because three years from now, the Heidelberg will be worth close to that and the [digital/variable] will be worth a fraction of that."

Customers view printing as a necessary evil. Commercial printers deal with customers who see printing as a necessary evil and, therefore, want printing as soon as possible, at the lowest price, at the highest quality, and with no hassle. These are conditions often imposed when a customer must purchase something to be competitive but would prefer not making the purchase.

The predominant printing process of the commercial printer is offset lithography. The commercial printer understands the technology of offset lithography and can solve most on-press problems. Additionally, offset lithographic presses retain their value, and the printer's customers like the look and quality of offset lithography.

K02446572

## DIGITAL ON-DEMAND AND VARIABLE-DATA PRINTING

Digital on-demand and variable data printing is a different "animal." Providing the look and quality of offset lithography is its target. Not until this is achieved will digital printing substantially replace offset lithography as the dominant printing process for commercial printers. Some systems are coming close. Fundamentally, clients do not care whether their jobs are printed using conventional offset or digital printing. They care about the look of the final piece and about its cost.

## VARIABLE-DATA DIGITAL PRINTING... IT'S ALL ABOUT THE BOTTOM LINE

Quality, speed, and low prices are what print buyers want, and they want it with no hassle on their end. The printer must present a logical case to the print buyers justifying the conversion from offset lithography to digital printing. Printers want technology from the equipment manufacturers that is trouble-free and easy to use. Hence, equipment manufacturers must make it comfortable for printers (who purchase the presses). Printers must make it comfortable for print buyers (who purchase printing as a disposable commodity). And, print buyers must make it comfortable for print consumers (who use printing for purchasing decisions).

Comfortable = Economics
Economics = Bottom Line
*It's all about the bottom line*

## PROJECTIONS

The equipment manufacturers claim that in less than 10 years digital presses will double their pages per minute and have improved resolution. Those producing front-end systems claim that the next five years will show much needed simplified and better front-end production.

The 1980s and 1990s was the era of mass communication during which marketers wanted to blanket prospective customers with large volumes of the same marketing material. The printing

K02446573

industry responded by providing the technology to do this via larger and faster printing presses and data distribution systems through microwave relays and satellite transmission This greatly expanded the direct-mail advertising industry, yet only resulted in an average response rate of approximately 2%. The twenty-first century, however, is the era of one-to-one direct communication during which marketers are learning that direct-mail response rates are vastly increased when each printed communication piece is personalized to suit the interests of the recipient.

While the technology to produce this personalized approach has been around for over 10 years, it was extremely expensive. More recently, the cost of digital variable-data printing has declined significantly, and this decline in cost is enlarging the market. The technology is getting better and faster each year. Color management has gotten less expensive and easier to implement, and better desktop computers, workstations, and RIPs have helped. Workflow has accelerated and throughput has increased. Overall performance has been dramatically increased.

On-demand printing was not a forethought of commercial printers five years ago but is now the fastest-growing segment in the industry with a projected annual growth rate of nearly 20%. All indications are that the future is specific, direct, one-to-one marketing, containing information based on good knowledge from a solid database. It is anticipated that by the end of the decade, there will still be printed books, but everything surrounding the book will change more than it has for the past 100 years. On-demand printing will soon become a routine service for a large percentage of commercial printers that make the transition. As a result, more titles will be in print, the sale of English-language titles will grow in non-English-speaking markets, and more non-English-language books will be sold in the English-speaking world. All this becomes increasingly possible and practical for the commercial printer because advances in color technology are improving reproducibility and consistency to a point where digital printing is encroaching on the capabilities of offset lithography.

## SURVIVING IN A CHANGING PRINT MARKET

How does the commercial printer survive in today's changing print market? The first step is to understand the concept of

segmenting markets  There are two different markets that use traditional printing or digital variable-data printing. Traditional printing produces mass printing whereas digital variable-data printing produces personalized printing. Mass printing is typically purchased based on the lowest cost per piece. Yet, personalized printing costs substantially more and must not be sold on the basis of the lowest cost per piece or there would be no clients for it. Those who purchase printing must be educated, usually by the printer, to understand the concept of purchasing printing based on the cost per response before they will understand the value proposition behind variable-data printing. However, even before this, the printer must be educated to sell total marketing programs as opposed to individual jobs.

The concerns of the typical commercial printer used to attracting and selling the longest runs possible fall into two categories:

- If print buyers begin to understand the VDP value proposition, they will reduce the volume of work given to the traditional printer and move a portion of it to a variable-data printer.
- If VDP services become available at traditional commercial printing sites, the client will cannibalize long runs on a traditional four-, five-, or six-color press into much shorter runs on a digital press.

So, in some cases long runs will be cannibalized into shorter runs, but the traditional printer's oversight is that this adds value for the client and, hence, such cannibalization is inevitable as VDP becomes increasingly understood by those who purchase printing. Therefore, questions for the commercial printer to ask in determining whether to embrace or forego digital VDP include the following:

- Do they position themselves to keep the digital/variable printing within the confines of the company, or do they allow another printer to "steal" it?
- Do they re-establish their business model to allow for categorizing traditional and VDP printing, and allow long-run jobs to be broken into several variable-data short-run jobs in adding value to their customer's product?
- Are they willing to accept the notion that, should they forego providing the service of digital VDP, their longer-run jobs may be lost to short-run printers?

K02446575

- Can they adjust their business plan and position VDP jobs to represent an additional product offering along with their standard longer-run jobs?

Some printers have reported that more than half of the jobs printed on digital equipment are for new applications rather than work migrating from traditional presses. Other companies successful in digital printing tend to have an existing client base or market niche that can benefit from higher-priced digital printing. It appears evident that as printers re-equip their plants for the future, difficult choices must be made between investments in conventional presses and emerging digital presses. Some industry analysts say that a mistake can put a firm's survival at risk. But failure to re-equip to meet client expectations for service and product value will almost certainly be fatal. With digital technology changing so rapidly, knowing when to harness new press technology has become one of management's most difficult tasks.

## HARDSHIPS

For those delving into the world of VDP, there will be hardships. For printers dedicated to making the transition, the rationalization for the switch is obvious though painful. Variable-data digital printing is a hassle, particularly on learning and setting up front-end applications. Printing buyers are not used to VDP and have to spend a lot of time organizing databases and files. This is not something that printing customers want to spend time on. Additionally, printers have to establish skills in database management—something not part of the typical routine of the traditional printer. VDP jobs are complex and require a steep learning curve. Companies having trouble do not have the financial resources to put in digital processes, develop a market to fill that resource, and replace the technology in which they invested due to obsolescence in a short period of time. One printer invested in a VDP press only to discover that his customers did not understand or were not ready for VDP services. He wound up using the press as a conventional press and later replaced it with a digital, non-variable-data press that was more cost-effective.

For those inclined to make the move into digital on-demand and VDP, there are hardships that must be overcome. For example,

K02446576

technology changes and improves faster than traditional printers believe they can recoup their investment. Digital printing technology involves a high cost of acquiring the technology, has a short shelf life, and has little, if any, residual value. With a prevailing printing industry culture that is over 500 years old, printers have trouble making the change emotionally. This industry is typically afraid of change and the uncertainties connected with it.

One example of a major change in thinking involved is how the front end of the process is handled. A printer "going digital" has to increase hiring in data processing. A different skill set is needed than that of a designer or electronic prepress technician. For sophisticated variable-data jobs, the printer must invest a lot of time and money into front-end technology and personalization systems. There is a need for simplified front-end systems to handle variable data, and until such a need is fulfilled, highly trained specialists in data management will be needed to handle front-end applications to the digital printing press. The challenge of establishing, accessing, and maintaining good databases remains the top barrier for the growth of variable-data printing. The programming alone is a huge up-front investment, and the design, prepress, database management, binding, and inserting are all equally important to the total job.

The graphic arts industry has created good workflow for producing high-quality output for high-volume printing. However, it has not been sufficiently exposed to data management. The problem for the printer is to know how to merge mailing lists and images together, not merely responding to print buyers who hand over a job and asks how much it will cost.

## TRADITION

As previously noted, tradition plays a role in the slow growth of short-run color digital presses and VDP presses. There is a large amount of traditional "iron" in the printing industry and the owners are looking to keep their investments solid.

It takes a different knowledge base and different kind of person to execute the VDP workflow relative to the traditional one. The printing industry and its customers, for the most part, are not ready to accept this radical change in understanding and application but will have to if the desire is to survive in the future. An

K02446577

example of an apparent denial that exists occurred at a printing industry conference conducted for content creators, advertising and marketing people, and print buyers. There was a panel presentation including someone representing each of the areas of prepress, press, finishing, and paper and ink suppliers. None of the panelists had much to say about digital variable-data printing. This was very telling. The entire panel spoke about traditional printing. When asked the question about the panel's position, observations, problems, and successes with variable-data digital printing, the moderator said, "I don't think that this is the right group to ask the question to." If not this group, then who?

In sum, average traditional commercial printers cannot afford to take the risk of the VDP investment required. They are not good at creating new ideas. They rely on sales representatives to sell on price, service, quality, and intangibles, as opposed to selling on cost per response and the value added by VDP. And they live by the standard sizes and ranges of paper typical of offset lithographic presses.

The difficulty of instituting on-demand and VDP printing, and selling the technology involved to the commercial printer, is that they come up against the prevailing publishing culture and cost systems of old print technology. This is all very difficult to break. However, the new paradigm offered by digital on-demand and VDP offers some attractive opportunities for printers. For example, the average per-unit production cost is the same, regardless of number of units ordered. Among the business unit's benefits is the ability to perform quick changeovers of between eight to ten minutes and require only a few seconds to reconfigure a job with no loss of "uptime." The value proposition offered by VDP shifts from providing print to furnishing tools to manage customer relationships with their clients. This is an entirely new way of thinking in establishing and nurturing customer relationships in the commercial printing industry.

The new paradigms of digital on-demand and VDP also includes digital/variable printing moving the printer from being a print provider to being a business communications services provider. It creates a new, integrated relationship with the customer, and the printer becomes a powerful alliance with the end-user community. Of course, cost per response becomes the key to

K02446578

merely a local or national market. It is truly an international market. It is also not a solution looking for a problem. The prevailing direct-mail business market, in nearly all areas, faces tremendous problems in direct-mail returns of 2% or less when VDP has demonstrated that responses can approach the 20% to 30% range if implemented properly. Proper implementation means a good database, a good product or service, a well-designed mailing piece, and an efficient mailing/distribution system.

## COMPETING FOR CUSTOMERS

As customers begin to realize the advantages and value added of VDP, traditional printers will either have to get into this business or figure out how they are going to keep their competitors from pilfering their customers. This is not a major issue today because most printer customers shun VDP for a number of reasons. Some claim that they do not have enough data about the recipient to justify variable, and printers often claim that their customers do not ask for digital variable-data printing. If anything, there is a preference to black variable data on the letters and reply devices for names and addresses only; a rather simple concept to understand. Many printing customers will not use four-color, variable-data brochures as the per-piece cost is too high and they have not yet accepted or understand the value of purchasing printing based on cost per response. Without a track record, the benefits of VDP are difficult to track, and without a history, it is difficult to place a value on customer retention. Additionally, files are complex and an impediment because buyers do not know how to prepare files. However, the entire matter is a bottom-line issue and price is a main barrier to widespread adoption of color variable-data printing. Print buyers are simply hung up on cost per impression rather than the results. They have not yet accepted that the decision to use VDP should not start with the cost per response. It should be started with the value of the result.

To begin overcoming this, some of the more progressive printers have begun educating their present and prospective customers through a series of "brown bag" luncheon seminars, evening receptions and talks, and plant tours. They usually focus on inviting marketing and advertising people to these events, as these are the people who are likely to understand the value of VDP.

K02446579

Another effective approach is providing "mini" trial projects at little or no cost to the customer. This last approach is a good investment because it could be convincing. Once a VDP account is landed, it is typically a loyal account because the printer is often made privy to a confidential database, and clients do not like bouncing around from printer to printer with their client lists.

## BUSINESS STRATEGY

One-to-one, personalization marketing has transpired over the past two years among Fortune 2000 companies. The demand for fast turnaround, quicker to market over competitors, and on-demand printing is up significantly over the last year, and turnaround speed is an essential feature required for success in today's business climate.

For digital on-demand and VDP printing to succeed (i.e., color digital printing), production costs have to come down, production speeds have to improve, and quality has to improve. In any event, if the client needs digital, it must be done to keep the business, and every part of the process must be streamlined to achieve the advantage of rapid turnaround speeds. Once production is streamlined, the focus must shift from production to other bottlenecks and particularly estimating, scheduling, planning, and order entry. Additionally, management must buy in to make the transition successful because nothing succeeds if the leaders do not believe it will work. Success in digital color printing depends on the commitment of upper management.

Those who sell digital printing technology also have an important role to play in developing successful strategies for printers. Digital and variable-data printing technology manufacturers are sometimes perceived to be more interested in selling hardware (boxes) than benefits. This needs to change. One strategy for equipment vendors is to hold periodic meetings with those influenced by digital printing. One meeting should be held for printing producers and another for print users. This could involve seminars at company sites during which printers are oriented on the most effective way of selling digital printing, and print users are educated on the benefits of short-run color, on-demand printing, and variable-data printing. Executives particularly must be educated on the possibilities of such non-traditional printing.

K02446580

Obstacles in technology and fixed market mindsets must be resolved before the market for variable-data printing explodes. Getting to top executives may not be easy because they are not used to buying printing. Hence, the buying process and print-buying decisions must be related to bottom line advantages.

## WHAT TO EXPECT—SOME PLUSES AND MINUSES

Those just entering the VDP arena can expect some negative and positive experiences. First, it will become quite clear early on that it is more expensive to produce sophisticated, well-planned, short-run variable-data pieces than traditionally printed pieces. Short runs mean increased administrative time. However, as digital variable-data work becomes less expensive to produce, as is expected in the future, more will buy it. Additionally, new, improved, and more efficient hardware and software will continue to drive the cost down. Today printers are finding that full-color, 100% variable capability presses are entering the production mainstream on an increasing basis as operating costs decline, as output quality improves, and as presses become wider and faster. While offset lithographic quality is clearly the aim of press manufacturers and the desire of printers and their customers, speeds and press sizes that approximate offset will increase the popularity of digital printing. However, until this occurs, digital on-demand and VDP will be a small part of the overall printing business. It will continue to be a hard sell for longer runs but logical for short-run color.

As previously noted, there are also cultural considerations that are inhibiting the printing industry's comfort with VDP. The industry practice is to separate content and intent from execution, and marketing VDP effectively requires combining these under the responsibility of the printer. Typically, the client or its advertising agency is responsible for content and the printer is responsible for execution. However, under the new VDP paradigm, while the printer may not create what the content says, manipulating, merging, and moving the content files are becoming the responsibility of the printer. Print-on-demand technology, for example, provides the answer to a publishing dilemma: how to get books to consumers where and when they want them. Where such delivery is traditionally the responsibility of the

K02446581

publisher, it is now becoming the job of the printer in providing total fulfillment.

So, what we see in digital on-demand and VDP is a compression of technology from the front end and the back end toward the center. Prepress has become integrated with press in the digital arena, and postpress including mailing and fulfillment has become the job of the printer in an integrated and sometimes closed-loop system. This addresses an age-old attitude of most companies that buy printing, particularly for advertising purposes, that printing is a necessary evil. It is something those who purchase printing wish that they did not have to spend money on but they must in order to remain competitive. It has already been noted that whenever something is viewed as a necessary evil, the buyer wants it at the lowest price, at the highest quality, as fast as possible, and with the least hassle and time spent on it. Full-color digital printing is positioned to address these needs once the pricing, quality, and speed issues are addressed, and they will be. Advances in color technology, combined with a higher demand for short-run color, on an on-demand basis, presents an unfolding profit center for newcomers who are not strapped with capitalization and debt related to traditional technology as the black-and-white market reaches maturity.

## MOTIVATING SALES

Selling on-demand and VDP differs from selling traditional printing. Selling traditional printing is typically based on developing long-term relationships with accounts and pursuing long runs that generate lucrative commissions for printing salespeople. This requires nurturing accounts during and after the jobs have been completed. A successful salesperson selling traditional printing can make a long-term living on only a handful of accounts. On the other hand, selling on-demand or VDP involves pursuing many accounts desiring relatively short runs. So what the salesperson must do is land an account, turn it over to the printer's customer service representative, and then move onto landing the next account. There is no time for the nurturing process, nor does the salesperson see value in nurturing because the commissions on individual short-run jobs are low. It is much more difficult to sell on-demand and VDP. To attract salespeople wanting to do

K02446582

this, there must be financial incentives such as higher-than-average salaries and relatively high commissions. In a traditional commission system, salespeople make more money selling offset printing because of the time it takes to develop a variable imaging account. Some sales salaries range from commission only at 10% of gross sales to $2,500 per month plus a 10% commission. One printer reported paying salespeople $10 to $20 per hour plus 3% commission after achieving gross monthly sales of $40,000. Another reported paying $25 per hour including a commission.

Added to the difficulty of selling VDP is the fact that most printing sales representatives do not understand the value proposition behind variable-data printing, and this makes it hard for them to be consultative to their clients. It takes a talented, well-educated salesperson to sell variable imaging. Again, the problem solution is in the compensation package. The qualified digital/variable salesperson needs a high base salary, a bonus for gaining an account (any size), and a variable amount tied to eventual sales. Qualified digital/variable sales representatives are rare because they have to know how to sell to marketers who do not want printing, but wants leads. The ability to help customers generate leads is a key part of the sale. In some cases new sales staff are added to traditional printers getting into VDP. In other cases new compensation packages are created as an incentive for those selling traditional printing to also sell VDP. However, regardless of who is selling the product, VDP is more difficult to sell and more expensive to produce than traditional direct-mail pieces. It is a "difficult sell" because it is a much more sophisticated process, and most printers work with print buyers who buy on price alone with no consideration given to cost per response or that VDP is a program that delivers a better return on investment.

Even those highly successful in selling digital printing find that variable data is a "difficult sell" compared to offset because variable imaging suffers from insufficient knowledge on the part of traditional marketing departments and business executives. They do not understand it but they eventually will. It is a matter of time before those selling via direct-mail advertising begin to realize that the advantage is in variable data's increased relevance to the recipient. This realization is speeded when the printing salesperson focuses selling the VDP concept to marketing and

K02446583

creative people as opposed to production staff and those who merely buy printing. One printing company executive said, "We spent the first year in business convincing people that there was a market and that this was a worthwhile venture."

Some suggest that, in digital on-demand and VDP, it is not the strongest that survive. It is those who adapt to change who survive. But finally, it is the bottom line that tells the story. For example, divide the cost of a traditional, non-variable, offset print project by the number of leads it generates, and do the same for the digital variable-data job. This is a convincing value proposition to sell VDP: a significant reduction in the price of what the customer wants—responses.

### SUMMATION

The future of the printing industry relies on the growth of digital printing and particularly variable-data printing. Static commercial printing is declining each year and has been for the last decade. One-to-one marketing, i.e., personalized printing, the focus of VDP, has been established as an application worth pursuing because of the personal appeal of such communication, and the relatively high response rate that results. Personal communication is nearly always more effective than impersonal communication. The commercial printers that survive in the future will be those that embrace the concepts of digital and variable-data printing. They will have abandoned the notion that long-run static printing is the key to profits and come to realize that an entirely new business model has emerged that defines success in commercial printing, particularly for the small to middle size printer.

K02446584

# Glossary

**ablation.** Method of imaging digital proofs or CTP plates by vaporizing small amounts of material, typically with a thermal laser. Also refers to the process of writing data to optical memory with a laser that burns holes into thin metal film.

**action.** In a marketing campaign, getting a person to perform a desired activity, such as making a purchase. See also *conversion*.

**address correction requested.** An endorsement that authorizes the USPS (United States Postal Service) or CPC (Canada Post Corporation) a fee to provide the new address, when known, of a person no longer at the address on the mailing piece.

**Adobe Acrobat.** A software program that allows users to read portable document format (PDF) files, which are electronic versions of printed documents that maintain the attributes (bold and italic type and other formatting choices) assigned to a printed original. See also: *portable document format*

**Adobe Acrobat Distiller.** A software application that converts PostScript language page descriptions into PDF files.

**aliasing.** A jagged or "staircase" effect in a raster image, caused by an insufficient number of image samples.

**American Standard Code for Information Interchange (ASCII).** A standard code that uses a set of seven-bit coded characters (eight bits when the parity check is included) to facilitate information interchange without formatting codes among data processing, data communications systems, and associated equipment. The ASCII set consists of both control and graphic characters.

**antialiasing.** The process of averaging between pixels of different colors, in order to produce a smoother, more blended transition between the edge of two areas rather than a distinctly jagged, staircase effect.

**antivirus program.** The essential software that detects and destroys rogue applications designed to damage a computer.

**AppleTalk.** A local-area network standard for Macintosh computers.

**application program.** The computer software designed to perform actual jobs as opposed to the system programs that manage equipment operation.

**applications program interface (API).** Systems software that allows computer programmers to create interface features or, in a network, determine how the various features will be used.

K02446585

archive. A group of compressed files.

archival storage. The long-term storage of image information on photographic, magnetic, or other media.

artifact. A visible defect in an electronic image, caused by limitations in the reproduction process (hardware or software). An aliasing patterns (a jagged or "staircase" effect in a raster image) is an example of an artifact.

ASCII file. A text file containing no special formatting, containing only those characters defined by the American Standard Code for Information Interchange. The lowest common denominator for exchanging text among programs. Almost any word processor or desktop publishing program can read or write ASCII files. Also known as *text-only files*.

background processing. Procedure by which a computer can execute one function, such as printing, while the user simultaneously executes another function, such as word processing or image editing.

backgrounding. In electrophotography, an uneven print that can occur due to a bad or worn doctor blade/bar, improperly charged toner particles, or wrong-signed toner particles.

backup. The act of saving information on a computer system to tape or disk for safekeeping.

banding. In digital output, a defect in a gradient (color blend) in which the discrete steps (shades) of the gradient are visible; usually produced when the system or output device cannot generate enough gray or color levels to render a smooth gradient.

bandwidth. A frequency measurement expressed in cycles per second (hertz) or bits per second (bps) of the amount of information that can flow through a channel.

baud rate. The speed of information transfer between electronic devices expressed in data bits per second or the maximum number of changes that can occur per second in an electrical circuit. Baud is often used interchangeably with bits per second but this is incorrect.

bezier curve. A vector graphic, named after Pierre Bezier, that is defined mathematically by two endpoints and two or more other points that control its shape.

binary digit (bit). See *bit*.

binary file. Information stored as binary digits; in other words, in machine-readable form. Images transported over the Internet are encoded as binary files.

binding. Joining the assembled pages of a printed piece together. Binding takes many forms including saddle-stitching, adhesive binding, mechanical binding, loose-leaf binding, and Smyth sewing.

K02446586

bit. A binary digit—the smallest unit of information used in a computer file. It has one of two possible values—zero or one—used to indicate "on" or "off" or "yes" or "no" in the storage and transfer of electronic information and images. See also *byte*.

bitmap. An image represented by an array of picture elements (pixels), each of which is encoded as or more binary digits.

bits per second (bps). The speed at which data is transferred over a computer modem and telephone line.

bleed. A printed image (pictures, lines, or solid colors) that extends beyond one or more of the finished page margins so that when the paper is trimmed, the image "bleeds" off the edge of the sheet.

block. A specified quantity of logical records stored together between inter-record gaps, constituting a physical record.

bus. A pathway for transferring data among several devices, located between two end points with transmission restricted to one device at a time. Also the interconnection of a series of computer processors.

bus topology. A local-area network (LAN) configuration, such as Ethernet, that requires all of the network terminals to be linked by a single backbone cable with signal terminators at each end. See also *local area network*.

byte. A single group of bits (most often eight) that are processed as a unit. Also the smallest addressable unit of main storage in a computer system. See also *bit*

carrier beads. In electrophotography, magnetic materials that are specially coated with a polymeric film to provide the proper triboelectric properties for attracting and transporting toner.

CFF/Type 2 (Compact Font Format). A font format specification developed by Adobe that occupies less storage space than Type 1 fonts. Storage space usage is lowered by using operators with multiple arguments, various pre-defined default values, more efficient allotment of encoding values and shared subroutines among FontSet (family of fonts). OpenType fonts can also contain glyph outlines in a CFF table.

charge generating layer (CGL). On an organic photoconductor drum, the layer that consists primarily of a semiconducting organic chemical that releases electrons (allowing current to flow) when exposed to light.

charge transport layer (CTL). The outer layer of an organic photoconductor drum. In addition to its role in image formation, it protects the surface of the drum from wearing down to the the CGL.

cleaning blade. See *wiper blade*.

cleansing. In database management, the process of removing duplicate information, bad records, incomplete records, or errant characters. This

K02446587

can be done manually or automatically with some type of cleansing software or simple scripts that can be incorporated into the database.

click charge. A fee that the digital printer or digital press manufacturer charges the user of the equipment, usually based on the number of impressions per month. The click charge is often associated with a method of financing the purchase or rental of the equipment.

cluster selection. A selection routine based upon taking a group of names in series, skipping a group, taking another group, etc. For example, a cluster selection on an Nth name basis might be the first 10 out of every 100 or the first 125 out of 175, etc.; a cluster selection using limited postal code might be the first 200 names in each of the specified postal codes, etc.

CMYK. Abbreviation for cyan, magenta, yellow, and key (black), the four printing process colors or inks used to simulate full-color printing.

cold offset. A ghost image picked up in the fuser.

color gamut. The range of colors that can be formed by all possible combinations of the colorants in a color reproduction system.

color management system (CMS). A set of computer programs or utilities that are used to ensure color calibration by accurately translating from one color space to another throughout the production process. A CMS ensures consistent color throughout the prepress and print processes by calibrating the color relationships among the scanners, monitors, printers, imagesetters, proofers, and other devices in the chain from input to output, usually creating a device profile for each device. Color management consists of three primary steps: (1) calibration of input devices, monitors, and output devices to known specifications, (2) characterization, which is a way of determining the color "profile" of a particular device, and (3) conversion, which performs the "color correction" function between color-imaging devices.

color match. Condition resulting when no significant difference in hue, saturation, and lightness can be detected between two color samples viewed under standard illumination.

color swatch. A small, printed solid used for color matching or measurement. It represents what an ink color might look like after it is printed.

compiled list. Names and addresses derived from directories, newspapers, public records, tradeshow registrations, etc., that identify groups of people via a common link.

compression. A software or hardware process that reduces the size of images so that they occupy less storage space and can be transmitted faster and easier. This process is accomplished by removing the bits that define blank spaces and other redundant data, and replacing them with a smaller algorithm that represents the removed bits. Data must be decompressed before it can be used.

K02446588

computer-to-plate technology. Those imaging systems that receive fully paginated materials electronically from computers and expose this information to plates in platesetters or imagesetters without creating film intermediates.

Configurable PostScript Interpreter (CPSI). A PostScript interpreter that can be set up—configured—to read PostScript code and convert it to raster data to generate output for specific output devices, such as image-setters, color proofers, laser printers, high-speed printers, large-format imagesetters and plotters, and direct-to-plate devices. CPSI can thus be modified to drive a complete range of devices within a single company's line of PostScript products.

content creator. The person who generates the actual information contained by a document, presentation, web page, etc., independent of the structure, layout, and design. The content creator can be the client or person desiring the finished product, a graphic designer, a prepress provider, an ad agency, or some type of marketing personnel.

content management. Processes involved in organizing, categorizing, and structuring information resources so that they can be stored, published, and reused in multiple ways. A content management system can collect, manage, and publish content, storing the content either as components or whole documents, while maintaining the "connections" between components.

continuous-feed printer. Production machine that is fed nonstop by a roll of paper and can cut each printed piece to size. CF printers offer the industry's fastest print speeds, around 1,000 images per minute.

continuous inkjet (CIJ). An output technology in which drops of ink are generated in a stream and deflected through a plate to the substrate.

continuous tone. A photographic image or art (such as a wash drawing) that has not been screened. It has infinite tone gradations between the lightest highlights and the deepest shadows.

conversion. (1) In marketing, getting a person to take action, whether it be providing more information or making a purchase. (2) Translating a color image from the color space of one device to that of another. Also known as color transformation.

copy, hard. Printed machine output of a photographic proof or text.

copy, soft. Text or images viewed or previewed on a video display terminal. See also *proof, soft*.

cracking (at the fold). An aesthetic defect that can occur when paper is folded against the grain if the paper fibers (or paper) actually break.

cross-media personalized marketing. A form of personalized marketing that incorporates various media in getting the message to the customer.

K02446589

customized marketing. See *personalized marketing*.

customized printing. See *variable-data printing*.

cyan. A blue-green color, complementary to red Along with yellow and magenta, one of the three primary subtractive colors, or process colors used in the printing process. Cyan reflects blue and green light, while absorbing red

data. Text, audio, video, and images stored in a form the can be understood by a computer.

data compression. See *compression*

data conversion. Technique of changing digital information from its original code so that it can be recorded by an electronic device using a different code. Data created in one software format may be converted to another before printing Data must also be converted for various output devices, such as when RGB colors are converted to CMYK.

data mining. In database management, the extraction of implicit, previously unknown, and potentially useful information from data.

data transfer rate. The sustained speed at which data can be written or read and conveyed by a device, generally given in kilobytes per second (KBps) or megabytes per second (MBps).

data transmission. In computing, the sending of computer information—such as a file—over a network or other form of telecommunications link.

database. A collection of information about a particular topic, such as sales or billing It is organized to facilitate ease of retrieval and analysis.

database server. A computer that uses a specialized process to manage the database itself Most work with relational databases and are based on a client/server architecture

decompress. The process of returning compressed data to its original size and condition.

desktop. The space in a computer represented on the display screen (as in a Macintosh environment) by document, folder, file drawer, printer icons, etc. The electronic equivalent of an office desk, it is used to create, edit, and store documents.

desktop publishing. The creation of fully composed pages with all text and graphics in place on a system that includes a personal computer with a color monitor; word processing, page-makeup, illustration, and other off-the-shelf software; digitized type fonts; a laser printer; and other peripherals, such a scanner.

DI@. Trademarked acronym for Presstek's direct-imaging system

K02446590

dialog box. Window appearing on a computer screen requiring the user to provide additional information before a command can be completed or to choose among different options.

dial-up connectivity. Linking to a computer network via modem and regular telephone lines.

digital. Method of representing information in numerical (binary) code. Unlike analog signals, digital signals have only two states: either "on" or "off."

digital asset management (DAM). The process of storing, retrieving, and distributing digital assets (files), such as logos, photos, marketing collateral, documents, and multimedia files in a centralized and systematically organized system, allowing for the quick and efficient storage, retrieval, and reuse of the digital files that are essential to all businesses.

digital copier. Machine that integrates scanning and printing functionality to perform the copy function. Unlike an analog (light-lens) copier, it creates an electronic representation of the image.

digital front end (DFE). A multifunctional system that connects and outputs to the print engine or the digital press itself. A typical DFE can rasterize (rip) file, impose documents, color-manage files, archive files, and implement variable-data printing.

digital press. A machine that outputs images digitally (e.g., via electrophotographic means) and designed to handle high-volume production-level printing (i.e., output speeds of 70 ppm or faster). Compared to an offset lithographic press, a digital press can produce short-run jobs more economically, integrate with the Internet, and incorporate variable data.

digital printing. Any output process that does not use a fixed-image and consumable image carrier (a plate) and that creates an image from digital data. Images are placed on a substrate through the use of spots or dots using a toner, inkjet, dye or pigment-based transfer system.

digital transmission. A communications mode in which the data to be transferred is represented as discrete (and discontinuous) electronic pulses or signals, the values of which are stored as a series of zeros and ones, otherwise known as binary digits.

digitize. To convert an image or signal into binary form.

direct-imaging press. A printing press in which the printing plates are imaged directly on the press—using digital data—rather than away from the press, as when a separate platesetter is used.

direct-to-plate technology. See *computer-to-plate technology*.

distribute-and-print. A workflow in which digital files are created at a source location and then distributed to multiple locations where digital presses at each location print smaller quantities. The alternative to this

K02446591

**electronic data interchange (EDI).** A standard for the exchange of business documents, such as invoices and purchase orders.

**Electronic mail (email).** Messages sent from computer-to-computer

**electrophotographic digital press.** A digital output device that uses electrophotography (xerography) as its imaging principle and operates at production-level speeds (i.e., 70 ppm or faster)

**electrophotography.** Processes (including xerography and laser printing) that produce images by passing toner particles over an intermediate photoconductor drum, which receives an electrical charge that enables it to transfer the toner particles to plain (untreated) paper, forming the image

**electrostatic printing.** See *electrophotography*

**encapsulated PostScript (EPS).** A device-independent graphics file format that stores the images not only as a series of Bezier curves (or vectors), but also includes a low-resolution bitmap representation of the file for quick on-screen viewing

**encrypt.** To convert data into such a form that it cannot be read if intercepted by the wrong people. Only those who hold the key to an individualized encryption scheme can decrypt these messages.

**enterprise system software.** Specialized software applications that are primarily code-based and are used exclusively within a particular company or business. This category of software tends to be robust and can be largely responsible for digitally managing virtually everything within an organization

**EPS.** See *encapsulated PostScript*

**Ethernet.** A local area network (LAN) architecture, originally designed by Xerox, that transmits data throughout a network at 10 Mbps using the carrier sense multiple access/collision detection (CSMA/CD) access protocol A newer version of Ethernet, called *100Base-T* (or *Fast Ethernet),* supports data transfer rates of 100 Mbps. The newest version, *Gigabit Ethernet* supports data rates of 1 gigabit (1,000 megabits) per second

**explicit personalization.** The use of personalization in such a manner that the targeted recipient is acutely aware that the message has been personalized for him or her because it contains text or images specific to the given individual such as that person's name or business address.

**Extended Binary Coded Decimal Interchange Code (EBCDIC).** An eight-bit configuration used to represent up to 256 separate characters (alpha, numeric, and special characters). EBCDIC uses the eighth bit as an information bit, which differs from ASCII, which uses one of the eight for parity.

**Extensible Markup Language (XML).** A general-purpose markup language for creating special-purpose markup languages, capable of describing

K02446593

workflow would be to print larger quantities of the job at a single location and then ship the printed job to various locations.

**distributed printing.** Printing directly to printers and/or digital presses that are located far from the operator's workstation. May include multiple destinations for a single job. Often associated with on-demand and short-run printing.

**doctor blade/bar.** Located between the magnetic roller and the toner hopper, this device regulates how much toner is fed from the toner hopper to the magnetic roller. Too little laser toner results in a light print, while too much laser toner can cause excessively dark prints and possibly leakage. Alternate term: *metering blade/bar.*

**dot.** (1) The individual element of a halftone; it may be square, elliptical, or a variety of other shapes. (2) The individual spots of output from a marking engine.

**dots per inch (dpi).** A measure of the output resolution of a device. The higher the number, the sharper the type and images.

**download.** To transfer a file or files from a remote computer to a local computer's hard drive.

**driver.** A software program that controls a specific hardware device such as a scanner or printer.

**drop-on-demand (DOD) inkjet.** A nonimpact printing method in which ink droplets are emitted only when required for imaging—i.e., the digital signal stream is in the "on" mode.

**drum.** See *organic photoconductor (OPC).*

**duplicate (dupe).** In database management, two or more name and address records that are found to be equal under the list user's basis of comparison (match code, mathematical formula, etc.). Essentially, it is a record that matches another record. There are different kinds of duplicates. Personal dupes are the same person at the same address. Household dupes are different people at the same address.

**dye sublimation.** An imaging process that utilizes a sublimable dye imprinted on a carrier sheet to transfer images to a receiving sheet by placing them in direct contact with each other.

**dynamic layout software.** Software for variable-data printing that allows the form and content to be separate and that automatically adjusts the layout to accommodate varying sizes of graphics and text fields.

**dynamic printing.** A category of printing in which the image on the image carrier must be re-generated for each page. This facilitates variable-data printing. See also *variable-data printing; static printing.*

**ElectroInk.** A patented liquid toner used with the HP Indigo series of digital presses.

K02446592

many different kinds of data. Its primary purpose is to facilitate the sharing of data across different systems, particularly systems connected via the Internet.

**extension.** A three-letter suffix added to file names to indicate the software application that created the file.

**field.** A segment of a record that contains specific information. In a database, fields should contain the same information for each record. For example, all name fields should contain a name, all postal code fields should contain a postal code, etc.

**file layout.** A way of laying out or formatting list information in a computer file that puts every piece of data in a specific position relative to every other piece of data and limits the amount of space assigned to that data. If any data is missing from an individual record or if its assigned space is not used completely, that space is not filled. Every record has the same space and the same length. Any data exceeding its assigned space limitation must be abbreviated, contracted, or truncated. See also *record layout*.

**file server.** A workstation primarily responsible for redirecting resources across the network. Dedicated file servers require that the computer running the server software not be used for other tasks. Nondedicated servers permit the administrative tasks and the shared resources to be spread over various network nodes.

**file transfer protocol (FTP).** The tool used to retrieve information in the form of electronic files from any number of computer systems linked via the TCP/IP protocol. Users in effect transfer copies of information found on remote computers either directly to their own computers or to a service provider's network and then to their own computers.

**finishing.** All forms of completing graphic arts production, including folding, trimming, and assembling sections; binding by sewing; wire stitching; gluing; and diecutting or gold stamping.

**firewall.** The layer of security that protects internal computer networks from outside intrusions, particularly from the Internet.

**fixed-length field.** In a database, a field with a set limit to the number of characters.

**fixing assembly.** See *fuser*.

**flat model.** A type of database consisting of a single, two-dimensional array of data elements usually containing rows and columns.

**folding dummy.** A mockup of a press sheet that shows the placement of page heads, the binding edge, and the gripper and side-guide edges, as well as page sequence and signature arrangement.

**font.** A complete collection of characters in one typeface and size, including all letters, figures, symbols, and punctuation marks.

K02446594