# EXHIBIT F

# PART 8

four-color process printing. The photomechanical reproduction of multicolor images achieved by overprinting specified amounts and areas of yellow, magenta, cyan, and black inks.

fuser. In electrophotography, the device that uses a high-temperature heating element to cause the toner to adhere to itself and the paper. Alternative term: *fixing assembly*

GIF. See graphics interchange format.

gigabit (Gb). 1,024 megabits

gigabyte (GB). 1,024 megabytes

grain direction. In papermaking, the alignment of cellulose fibers in the direction of web travel. In printing, paper is *grain-long* if the grain direction parallels the long dimension of the paper and *grain-short* if it parallels the short dimension. Paper folds better in the grain direction.

gradient. Any smooth progression from one color or gray value to another, usually comprising a series of steps that, ideally, should be imperceptible. Often used as a background.

graphical user interface (GUI). A visual way to represent computer commands and objects on screen. The user interacts with the computer by selecting icons and menu items from the screen, usually by moving and clicking with a mouse.

graphics. Artwork, photographs, and charts that are reproduced or presented in visual form.

graphics interchange format (GIF). The most common method of encoding and storing picture files on the Internet's World Wide Web. It was originally developed by Unisys for use on CompuServe specifically for compressing photographic images online.

hairline. The thinnest line that can be reproduced by an output device.

halftone. A printed reproduction that simulates a continuous-tone image by using dots that vary in frequency (number per square inch), size, or density, thereby producing tonal gradations.

hertz. A unit of measurement of electrical vibrations in cycles per second.

host. A computer that functions as the beginning and end point of data transfers.

hot offset. A ghost image picked up in the fuser.

house list (house file). Any list of names owned by a company as a result of inquiry, buyer action, or specific targeting (usually with research)

hyperlink. An emphasized word or phrase that connects related documents in a hypertext system.

K02446595

**hypertext markup language (HTML).** The hypertext document format used on the World Wide Web.

**hypertext transfer protocol (HTTP).** The Internet standard supporting the exchange of information on the World Wide Web.

**illustration program.** A program used to create object-oriented graphics.

**image personalization application.** An application for variable-data printing that allows personalized or variable information to be incorporated directly into an image. The graphic image would be saved and then incorporated into a VDP layout as a variable image

**impact printer.** An output device that uses mechanical striking elements to produce hard copy. The typewriter is an example of an impact printer.

**imposition.** The process of assembling pages in the proper orientation so when folded and cut, the pages come out in sequential order.

**indicia.** Permit information for the post office as printed on a "self-mailer" brochure, magazine, or label

**ink trapping.** How efficiently one ink film lays down on the preceding ink film when printing multiple colors. Compare with *trapping*.

**inkjet digital press.** A digital output device that uses inkjet technology as its imaging principle and operates at production-level speeds (i.e., 70 ppm or faster)

**inkjet printing.** A nonimpact printing process in which a stream of electrostatically charged microscopic ink droplets are projected onto a substrate at a high velocity from a pressurized system The electrically controlled flow of droplets is either intermittent or continuous

**input resolution.** The resolution (density of pixels) at which a scanner captures image information, measured in pixels per inch (ppi).

**Internet.** The "official" name for an international network of computer networks linked to provide and share information and resources about a seemingly limitless number of topics. The Internet, as we know it today, grew out of an effort formulated by the United States government in the late 1960s to protect the important data stored on its computers and to ensure the continued electronic transport of this data in the event of a nuclear war.

**Java™.** A programming language that enables developers to write small applications including animation and other advanced features that can be downloaded and run very quickly with most Internet browsers.

**Job Definition Format (JDF).** An industry standard designed to simplify information exchange between different applications and systems in and around the graphic arts industry. It enables the integration of commercial and planning applications into the technical workflow.

K02446596

**Joint Photographic Experts Group (JPEG).** The compression scheme based on the discrete cosine transform (DCT) lossy compression algorithm that is a de facto standard on the Internet. As developed by the Joint Photographic Experts Group in collaboration with the International Standards Organization (ISO) and the Consultative Committee for International Telegraphy and Telephony (CCITT), JPEG allows the user to control the compression ratio and reproduction quality at the point of compression. It can also incorporate other algorithms, such as one-dimensional modified Huffman compression for lossless compression

**kilobit (Kb).** 1,024 bits

**kilobyte (KB).** 1,024 bytes.

**laser.** A high-energy, coherent (single-wavelength) light source. The small spot of light produced by the laser is used to expose light-sensitive and photoconductive materials at high speed and high resolution.

**laser printer.** A type of output device that utilizes electrophotography and a laser to print toner-based images on the paper. The laser recreates the image on a negatively charged drum which will then collect toner that is positively charged to attract to the areas of the image. The paper is then negatively charged; therefore, the positively charged toner is attracted to the paper and then is fused onto the paper.

**laser printing.** Process that uses lasers to create the image on a print drum, or photoreceptor. Areas on the drum hit by the laser attract toner. The printer transfers the toner from the drum to the paper and fuses the toner in place with heat.

**LaserWriter, Apple.** The first desktop laser printer to contain PostScript, introduced in 1985 by Apple

**latent image.** The invisible image on the surface of an organic photoconductor (OPC) drum after exposure to light but before the application of toner to the surface of the drum.

**light-emitting diode (LED).** A semiconductor diode that emits light when subjected to an applied voltage and that is used in digital displays LEDs are also used to expose photosensitive film, paper, or plates in some imaging devices.

**line art.** A drawing with no grays or middletones. Traditionally, black lines on white paper

**lines per inch (lpi).** The unit of measure that designates the resolution of a halftone screen. Screens with a higher number, such as 120 or 133, have a higher resolution than screens with lower numbers, such as 65 lines per inch. See also *screen frequency.*

**liquid toner.** In electrophotography, a category of toner that uses a solvent instead of carrier beads, which makes the toner a liquid instead of a solid. See also *ElectroInk.*

K02446597

**list broker.** A specialist who makes all necessary arrangements for one company to use the list(s) of other company(s). A broker's services may include most or all of the following: research, selection, recommendation, and subsequent evaluation.

**lithography.** A printing process in which the image carrier is chemically treated so that the nonimage areas are receptive to water (i.e., dampening or fountain solution) and repel ink while the image areas are receptive to ink and repel water. The image carrier is said to be planographic, or flat and smooth.

**local area network (LAN).** A group of interconnected computers linked over a relatively small geographic area that allows several people at the same business site to access the same set of documents. See also *network*.

**lossless compression.** An image compression scheme that uses a mathematical formula to infer the likely value of a pixel based on the the values of surrounding pixels. Because lossless compression algorithms do not discard any of the data, the decompressed image is identical to the original.

**lossy compression.** An image compression scheme that uses a mathematical formula to remove data that is the least perceptible to the eye. This improves the speed of data transfer but causes a slight degradation in the decompressed image.

**magenta.** The subtractive transparent primary color that should reflect blue and red and absorb green light. It is one of the four inks used in process-color printing.

**mail merge.** The earliest form of variable-data printing which allowed a database file of names and addresses to be merged with a Microsoft Word file, thus producing a "personalized" form letter.

**makeready.** All of the operations necessary to get the press ready to print a job.

**marking engine.** The heart of the digital press. The device responsible for physically placing the marks, usually dots, on a page. Marking engines image dots based on the particular technology of the digital press—e.g., a dot of dry toner or liquid toner, or an inkjet dot. See also *raster image processor.*

**mass marketing.** The process of widely marketing a product to the masses, using one or more of the mass media—radio, television/cable, Internet, newspapers/magazines, and signage (billboards).

**megabit (Mb).** 1,024 kilobits.

**megabyte (MB).** 1,024 kilobytes.

**megahertz (MHz).** One million hertz.

K02446598

merge/purge. In database management, the process, usually aided with software, of analyzing certain parts of records to determine whether two records are duplicates and eliminates one of the records.

metering blade/bar. See *doctor blade/bar*.

microfine toner. Toner particles that average 8 microns or less in size.

mining. See *data mining*.

misregister. Printed images that are incorrectly positioned, either in reference to each other or to the sheet's edges.

modeling. In database management, the process of using data attributes to build profiles of potential buyers.

moiré. An undesirable, unintended interference pattern caused by the out-of-register overlap of two or more regular patterns such as dots or lines. In process-color printing, screen angles are selected to minimize this pattern. If the angles are not correct, an objectionable effect may be produced.

monochrome. Any image that comprises a single color, although it is most often used to refer to a black-and-white image.

Moore's Law. Developed by Gordon Moore, a law stating that computing power doubles every 18 months.

mopier. Contraction of "multiple original printer."

Multiple Master fonts. A font-rendering technology developed by Adobe Systems that can reproduce the characteristics of almost any typeface.

native format. The default file format used by a specific software application. A native file format is proprietary, and these types of files are not generally meant to be transferred to other applications.

network. A computer system that allows several users at remote terminals to exchange data electronically through a common central computer. See also *local area network*.

network interface card (NIC). The device that links one workstation to another in a network.

node. Any device capable of identifying itself on a computer network.

nonimpact printer. An output device that produces hard copy without the use of mechanical striking elements or the use of a permanent image carrier.

object linking and embedding (OLE). A Microsoft standard for creating dynamic links between documents that can be updated automatically. OLE is also used to embed a document created in one application within another application. It is incorporated into both Windows and Macintosh system software.

K02446599

**object-oriented.** Graphic images created with mathematical descriptions, in terms of x-y coordinates instead of the pixels found in a bitmap. Object-oriented graphics can usually be displayed or printed at the full resolution of the monitor or output device, offering more precision than bitmapped images.

**offset.** See *lithography.*

**on-demand printing.** Commercial-quality printing produced as needed with turnarounds of a few hours or less. Often associated with very short runs of a hundred or fewer pieces and the use of a digital printing press.

**on-demand publishing.** The printing of a book that is done entirely through a digital process that makes it possible to print any number of copies at a given time. With traditional printing, involving a typesetting process, it was necessary to produce relatively large quantities of a book to get the price down to where it could be sold through the retail channel. With on-demand printing, it is possible to produce short-runs of books at a cost that still enables sales through the retail channel and to libraries.

**one-to-one marketing.** See *personalized marketing.*

**one-to-one printing.** See *variable-data printing.*

**online.** The state of a computer being connected to and communicating with another electronic device.

**open.** Readily accessible. In reference to standards and specifications, refers to the interoperability and ease of data exchange among different products or services from different vendors and intended for widespread adoption. Compare with *proprietary.*

**open prepress interface (OPI).** A set of standardized protocols that allows desktop equipment to be linked with color electronic prepress systems (CEPS). High-resolution color images are stored on a central network server, and low-resolution files are used for positioning, scaling, etc. in the page-layout program. At output time, the high-resolution images are swapped for the low-resolution images.

**open-system color.** A system of color reproduction in which input and output devices are characterized using device-independent color space, allowing color matching among multiple devices.

**Open Type fonts.** A cross-platform font file format developed jointly by Adobe and Microsoft in which bitmap, outline, and metric data are combined into a file, simplifying font management.

**operating system.** The master program that a computer needs to start up and perform basic tasks. It allows the computer to control itself and perform other functions, such as managing memory allocation for application software and data files.

K02446600

**organic photoconductor (OPC).** A cylinder or belt coated with a substance whose magnetic properties change in the presence of light. The drum is magnetically charged and the laser changes the charge on the parts of the drum it passes over. Those areas will pick up toner and apply it to the page.

**orientation.** The direction in which a page is printed, i.e., the portrait (vertical) or landscape (horizontal) mode.

**original equipment manufacturer.** A producer who sells goods to another company for use as components in their own equipment or for resale to end-users. An OEM may sell only to companies for resale or may also compete in the end-user marketplace.

**output device.** Any machine—such as a laser printer, imagesetter, or phototypesetter—that translates the electrical impulses representing data as processed by a computer into permanent results.

**output resolution.** The quantity or density of dots that an a given output device, such as a laser printer, is capable of producing. It is measured in dots per inch (dpi). The higher the output resolution, the smoother the appearance of text or graphics.

**page-description language (PDL).** In an electronic publishing system, the format by which all of the elements to be placed on the page, their x-y coordinates (respective position on the page), and the page's position within the larger document are identified in a manner that the output device can understand.

**page layout.** The process of positioning art, types, rules, photos, running heads, etc. into the proper position on a page, originally accomplished by manually adhering each element to a "board" ready for camera work and now accomplished using specialized computer software.

**page-layout program.** A specialized computer program that allows the user to position type and other image elements automatically so that fully paginated electronic output can be generated.

**PageMaker.** The first "desktop publishing"(page-layout) software developed by Aldus in 1985 for the Apple Macintosh computer.

**pages per minute (ppm).** The output speed of a printer's marking engine as rated by the manufacturer.

**paint program.** A program used to create bitmapped graphics.

**parsing.** To separate or take apart. In database enrichment, the process of looking at parts of the file to make sure things like the field names are correct and the data has delimiters in place and in the correct fields.

**personalized marketing.** A form of targeted marketing—i.e., sending a specific message to a specific person—that uses interactive media such as the Internet, personalized web pages, and personalized emails. Personal-

K02446601

ized marketing is a four-phase process: identifying potential customers; determining their needs and their lifetime value to the company; interact with customers so as to learn about them; and customize products, services, and communications to individual customers.

**Personalized Print Markup Language (PPML).** An open, interoperable, device-independent XML-based industry standard printer language for variable-data printing defined by a group called the Print On Demand initiative (PODi)

**Personalized Print Markup Language/Variable Data Exchange (PPML/VDX).** A open variable-data exchange standard that combines the benefits of both PDF and PPML technology A combination of PPML version 2.1 and PDF version 1.4, it allows for open data exchange across individuals, vendors, and platforms.

**personalized printing.** Printing designed to be unique for one specific person and includes variations of text, graphics, and layout to meet the needs of the individual consumer. Personalized printing, a type of variable-data printing, means that each page is distinctly different from the other. See also *variable-data printing*.

**personalized web page.** On a website, a customized landing page designed/created for a single individual

**photoreceptor.** Physical device inside a marking system on which the latent image is written by a laser or LED bar and then developed with toner.

**pixel.** Picture element The smallest tonal element in a digital imaging or display system.

**pixelization.** (1) A technique used to represent areas of complex detail as relatively large square or rectangular blocks of discrete, uniform colors or tones. (2) An undesirable condition of digital images in which the individual pixels are large enough to be egregiously visible.

**pixels per inch (ppi).** The input resolution at which a scanner captures image information.

**plate.** A thin metal, plastic, or paper sheet that serves as the image carrier in many printing processes.

**platesetter.** An electronic device that images printing plates directly from digital data on a drum or flatbed using a laser or other imaging technology.

**plug-and-play.** The ability of a computer to detect and configure a new piece of hardware automatically, without the user having to reconfigure the hardware elements.

**plug-in.** A software utility developed to operate through another application, performing a specific task.

plug-in application. A variable-data printing application that works in conjunction with an existing program (such as a page-layout program) to assist in incorporating and merging the data into the static elements.

point. The smallest American unit of typographic linear measurement, equal to 0.0138 in. Type height is measured in points.

portable document format (PDF). A computer file format that preserves a printed or electronic document's original layout, type fonts, and graphics as one unit for electronic transfer and viewing. The recipient uses compatible "reader" software to access and even print the PDF file. See also *Adobe Acrobat*

positive image ghosting. In electrophotography, the problem of toner adhering to any latent image remaining on the OPC drum if the corona wire fails to completely recharge the drum during the conditioning or charging step of the process.

POSTNET barcode. A barcode developed by the United States Postal Service (USPS) to encode zip code information on letter mail for rapid and reliable sorting by barcode sorters. The POSTNET barcode can represent a five-digit zip code (32 bars), a nine-digit ZIP+4 code (52 bars), or an eleven-digit delivery point code (62 bars).

PostScript. A page-description language (PDL) developed by Adobe Systems used to output documents on laser printers and other types of devices, such as imagesetters. Considered the *de facto* output standard for desktop publishing, PostScript is an object-oriented language, meaning that it treats images, including fonts, as collections of geometrical objects rather than as bitmaps

PostScript, encapsulated. See *encapsulated PostScript (EPS)*

preflighting. An orderly procedure using a checklist to verify that all components of an electronic file are present and correct prior to submitting the document for high-resolution output.

prepress. All printing operations prior to presswork, such as design and layout, typesetting, graphic arts photography, image assembly, and platemaking.

preprinted shell. A color "shell" of static information, normally printed by traditional printing methods such as lithography, that is then run through a digital output device to add black-only varying elements to the pre-printed piece This can be a cost-effective method to generate a full-color variable-data piece when only black is required for the varying elements.

primary charge roller (PCR). A roller in an electrophotographic output device (e g., laser printer) that places the primary charge on the drum and erases any residual charge from the previous pass.

print engine. See *marking engine*

Printer Control Language (PCL). A set of printer commands, developed by Hewlett-Packard, that provides access to printer features.

printer driver. Software that serves as the communication link between applications and the page-description language used by printers.

printer's spread. A pair of pages in the order necessary for printing, folding, and binding to yield the desired results.

process colors. The three subtractive primary colors used in printing (cyan, magenta, and yellow, plus black).

proof. A prototype of the printed job made photomechanically from plates (a press proof), photochemically from film and dyes, or digitally from electronic data (prepress proofs). Prepress proofs serve as samples for the customer and guides for the press operators. Press proofs are approved by the customer and/or plant supervisor before the actual pressrun.

proof, soft. An intangible image, such as that on a video screen, that is viewed for the purpose of approval.

proprietary. Privately owned and controlled; e.g., a language or format developed by a particular company for use with its own hardware or software and not readily available to all vendors. Compare with *open*.

protocol. A structured set of rules.

random-access memory (RAM). Solid-state computer memory that is essentially the "working" memory a computer uses to store temporary information. RAM can be read from and written to, as the name indicates, in a random sequence, and it is used to store data from open applications as well as the operating system itself.

raster. An image composed of a set of horizontal scan lines that are formed sequentially by writing each line following the previous line, particularly on a television screen or computer monitor. See also *bitmap*.

raster file. An electronic file in which the pixels are scanned and input in rows.

raster graphics. The representation of images as a matrix of individual pixels (dots), each with their own color or tonal value.

raster image processor (RIP). The hardware and software configuration used with output devices to translate data from PostScript and other high-level languages into dots or pixels and to determine the value and location of each dot or pixel. See also *marking engine*.

rasterization. The process of converting a vector-based or other image into a bitmap.

reader's spread. A pair of pages positioned across the binding edge, or gutter, from each other after the book is assembled; e.g., pages 20 and 21 of a book.

K02446604

read-only memory (ROM). Nonerasable, permanently programmed computer memory. It can be accessed and "read" by the user but it cannot be edited.

record. A collection of related data or words treated as one unit.

record layout. A written, field-by-field description of the data contained in a record, typically describing each field as to its length, beginning and ending positions, name, editing characteristics and data format (i.e., character, hex packed, etc.). See also *file layout*.

relational model. A type of database that contains multiple tables similar to the one table created by a flat model but the tables can relate to each other and be linked through a key field.

resolution. (1) The quantity of dots or pixels on a page or display. The higher the resolution, the smoother the appearance of text or graphics. Input resolution is measured in pixels per inch (ppi), and output resolution is measured in dots per inch (dpi). (2) The precision with which an optical, photographic, or photomechanical system can render visual image detail. Resolution is a measure of image sharpness or the performance of an optical system. It is expressed in lines per inch or lines per millimeter.

RGB. The color space of red, green, and blue. These are the primary colors of light, which computers use to display on the monitor. Graphic images are usually captured by digital camera or scanner in additive RGB color mode.

rich black. An enchanced, deep black consisting of 100% black and tints of one or more of the process colors. One rich black might consist of 100% black, 50% cyan, 40% magenta, and 40% yellow. Another might be 100% black and 30% cyan. Alternative term: *super black*.

run-length encoding. A system of encoding digital data to reduce the amount of storage needed to hold the data without any loss of information. Each coded item consists of a data value and the number of adjacent pixels with the data value. This is a very efficient way of encoding large areas of flat color as used in linework and text.

sampling rate. The amount, as expressed in inches or millimeters, of electronic information sampled in both scan directions.

sans serif. Typeface designs, such as Helvetica, that lack the small extensions on the ascenders and descenders referred to as serifs. See also: serif.

schema. The structural description of records or facts in a database and the relationship between them.

scoring. A finishing operation that involves impressing a hard metal rule into the paper surface where a fold is to be made. This creates a cleaner fold on heavy, hard-to-fold paper or paper with a tendency to crack.

K02446605

**screen angle.** The position of the rows of dots on halftone screens in relation to a reference grid with horizontal and vertical lines. The most dominant color screened is positioned at a 45° angle to the reference grid.

**screen frequency.** A measurement equaling the number of lines or dots per inch (lpi) on a halftone screen. The higher the screen ruling, the greater the detail in the halftone. Screen rulings range from only a few per inch for large billboards to over 200 lpi for high-quality printing on coated paper. Alternative term: *screen ruling.*

**segmented marketing.** Compared to mass marketing, a method of marketing in which a smaller group of recipients are identified and sent a more specific message based on their demographics.

**self-extracting file.** A compressed file that includes an executable program that causes it to decompress, usually by double-clicking. A self-extracting archive (SEA) is a group of self-extracting files.

**serif.** The short, usually perpendicular line found at the end of the unconnected or finishing stroke of a character. Serifs may vary in weight, length, and shape and contribute greatly to the style of the typeface. See also *sans serif.*

**server.** A device on a computer network that allows networked users (clients) access to a specific service on the network. An example is a file server, which allows the users to share data files and application software.

**service bureau.** (1) a company that provides imagesetter output of digital files; (2) a company that processes, cleans, zip code sorts, and otherwise manipulates a data file.

**service provider.** A business that specializes in Internet and LAN/WAN network connectivity.

**sheetfed press.** A printing press that feeds and prints on individual sheets of paper (or another substrate). Some sheetfed presses employ a rollfed system in which rolls of paper are cut into sheets before they enter the feeder; however, most forward individual sheets directly to the feeder.

**short-run printing.** Generally considered the printing of quantities less than 5,000

**signature.** A printed and folded sheet of paper that results in multiple pages in the proper order for a publication. Signatures are usually in page sets of 4, 8, 16, or 32 pages.

**small computer systems interface (SCSI).** A computer port used to link the machine with external peripherals.

**software.** The stored instructions (programs) that initiate the various functions of a computer (the hardware). Instructions may be written in machine language or in another programming language, then compiled, interpreted, or assembled into machine language. Word processing, page-

K02446606

layout, and drawing programs are a few of the software programs used in the graphic arts. There are also other more specialized software programs that control high-end color electronic prepress systems and even some presswork applications.

**sort.** A processing function that arranges the contents of a file in a specified sequence.

**specification.** (1) A detailed description of the requirements for a job. (2) A step on the path towards formal standardization, but can be incomplete and is inherently subject to change and development. Conformance to a specification allows a degree of standardization in advance of the development and formal ratification of a standard; input in the specification development process by commercial organizations can help ensure the longevity of resources produced in conformance with these specifications.

**spot color.** The use of one or more extra colors (in addition to cyan, magenta, yellow, and black) on a page, used for a number of purposes including highlighting specified page elements.

**spread.** An image that extends across two facing pages in a book or magazine, crossing over the binding. See also *reader's spread* and *printer's spread*.

**stand-alone application.** A self-contained variable-data printing application that allows for the import of either an EPS or PDF for static elements and that allows variable information to added within the program.

**standard.** A detailed, formally ratified and fixed technology, format, or method that enables the performance of a particular task or activity. Compare with *specification*.

**static printing.** A category of printing that uses an image carrier with a fixed image. An example would be offset lithography, which prints from a printing plate. See also *dynamic printing*.

**static text.** Text that contains no variable information, it will not change when browsing through the database.

**static web page.** On a website, a landing page designed to attract a group of people. It can be used as a marketing tool to gather information from individual visitors or an option for a company to design and generate VDP.

**stochastic screening.** A halftoning method that creates the illusion of tones by varying the number (frequency) of micro-sized dots (spots) in a small area. Unlike conventional halftoning, the spots are not positioned in a grid-like pattern. Instead, the placement of each spot is determined as a result of a complex algorithm that statistically evaluates and distributes spots under a fixed set of parameters. With first-order stochastic screening, only the number of dots in an area varies, but with second-order stochastic screening, both the number and size vary. Alternative term: *FM screening*.

K02446607

**Structured Query Language (SQL).** The most popular computer language used to create, modify, retrieve, and manipulate data from relational database management systems. The language, an ANSI/ISO standard, has evolved beyond its original purpose to support object-relational database management systems.

**subsample.** The process of recording and saving regular, nonconsecutive bits of data.

**super black.** See *rich black*.

**tagged image file format (TIFF).** A file format for exchanging bit-mapped images (usually scans) between applications.

**telecommunications.** (1) The transmission of data and/or voice over the network of telephone lines. (2) Any data transmission from one independent device to another, regardless of distance or method.

**thermal wax transfer.** A technology used in many color printers in which a waxlike ink is transferred to the page as a series of dots using a heat process.

**tire tracks.** In electrophotography, wavy lines running down the page, often associated with a worn doctor blade.

**toner.** (1) A type of very concentrated pigment or dye used in printing inks to alter the color strength of an ink. (2) A fine powder—"dry ink"—that can hold an electrostatic charge and used to create an image in electrophotography, such as in laser printers and photocopiers. It is made either mechanically (pulverizing ingredients into tiny particles) or chemically (growing ingredients from the molecular level into tiny particles of a precise shape and size).

**total ink coverage (TIC).** The total buildup of ink on a given spot on the paper; i.e., the sum of the percentages of black, cyan, magenta, and yellow printing at that spot. Printing processes have limits on the maximum TIC, somewhere in the 250% to 300% range. Alternative term: *total area coverage (TAC)*

**transactional printing.** The production of large volumes of documents from data and information in databases, using systems that dynamically merge data with electronic forms, such as statements, invoices, checks, and insurance policies.

**Transmission Control Protocol/Internet Protocol (TCP/IP).** The system that monitors and performs data transfer over the Internet. TCP sends data and IP receives it. On individual computers TCP/IP is the software component that enables users to access the graphical aspect of the World Wide Web.

**transparent personalization.** The use of personalization in such a manner that the targeted recipient is not aware that the message has been personalized for him or her.

K02446608

**trapping.** The creation of a slight overlap between the background and foreground colors to compensate for the inevitable misregister that occurs in a printing process. Trapping helps to avoid a white space between two adjoining colors or generating a noticeable third color if misregister is excessive. Alternative term: *image trapping.* Compare with *ink trapping.*

**triboelectric charge.** A friction-induced static charge between two dissimilar materials.

**trim size.** The final dimensions of a page.

**TrueType™ fonts.** A type of computer font format created by Apple Computer as an alternative to Adobe PostScript fonts. TrueType fonts can be used both for bitmapped screen display and for vector-based output, the goal being to eliminate the need for two sets of fonts: screen fonts and printer fonts.

**truncate.** To drop characters at the end of a data field because the field being converted or keyed in is too long to fit in the record position in which it must be stored.

**Type 1 fonts.** A variety of PostScript font developed by Adobe Systems that includes in its font description special hinting algorithms that make them more quickly rendered, more compact in file size, and more appealing aesthetically.

**type family.** A set of typefaces derived from one basic design, e.g., the bold, italic, and condensed variations of the original face.

**typeface.** A distinctive type design, usually produced in a range of sizes (fonts) and variations, including bold and italic.

**uniform resource locator (URL).** The World Wide Web address of a company, service, or other information resource.

**Universal Printer Pre and Post-Processing Interface (UP3I).** An open specification that allows for a wide variety of devices to interface together, regardless of the manufacturer.

**universal serial bus (USB).** A standard for interconnecting peripheral devices with a computer that provides a wider bandwidth than that of a conventional serial bus or the Apple desktop bus (ADB).

**UNIX.** The computer environment in which the Internet has been and continues to be developed. It is used to run powerful workstations and networks where multitasking and multiuser access is essential. UNIX is also the parent operating system of DOS, which, in turn, spawned the Windows operating systems prevalent on PCs today.

**upload.** To transmit a file from a local computer's hard drive to the hard drive of a remote computer.

K02446609

**utilities.** A set of computer routines, used primarily for system mainte-nance or to facilitate applications, such as copying to disks, creating direc-tories, or searching for information

**variable-data printing (VDP).** A form of on-demand printing in which elements (such as text, graphics, photographs, etc.) can be changed from one printed piece to the next, without stopping or slowing down the press, using information from a database. For example, a set of personal-ized letters, each with the same basic layout, can be printed with a differ-ent name and address on each letter.

**variable-length field.** In a database, a field with an adjustable length; the length of the field is stored within the field

**vector file.** An electronic file that describes geometric shapes and dimen-sions in terms of coordinates or other symbols.

**vector graphics.** The use of geometrical primitives such as points, lines, curves, and polygons, which are all based upon mathematical equations, to represent an image.

**vectors.** Mathematical descriptions of images and their placement.

**versioning.** A printed piece that has been customized in some manner for the local market but not the specific recipient, such as including a regional toll-free number or listing the address of the local hardware store or home improvement center.

**vignette.** A halftone, drawing, or engraved illustration in which the back-ground gradually fades away from the principal subject until it finally blends into the nonimage areas of the print

**webfed press.** A printing press that prints on a continuous roll of paper instead of individual sheets.

**web-to-print application.** Software that allows the creation of VDP jobs by using a website to put together the elements.

**wiper blade.** The device that removes the untransferred toner from the surface of the OPC drum so that it can be recharged and used again. Alter-native term: *cleaning blade.*

**wiper blade flip.** A problem that occurs when the edge of the wiper blade flips upward, due to a poorly lubricated blade. It is usually indicated by a thin vertical line on the page.

**workflow.** In a production environment, all the stages that a project or job must page through until it is completed. At its simplest, it is the move-ment of documents and/or tasks through a work process. More specifi-cally, workflow is the operational aspect of a work procedure: how tasks are structured, who performs them, what their relative order is, how they are synchronized, how information flows to support the tasks, and how tasks are being tracked.

K02446610

Glossary                                                                                              193

**workstation.** A full-featured computer that is used for work production and is connected to a network. It is typically dedicated to use by one person.

**workstation-based application.** A category of variable-data printing application that runs completely on a computer workstation. The static and variable images are planned and assembled on the workstation. Workstation-based applications can be further categorized into the following: image personalization, stand-alone, plug-in, dynamic layout, and enterprise system.

**World Wide Web (WWW).** A hypertext program that allows users to access related documents across global networks by navigating a series of electronic links. Developed by scientists at CERN, the European Particle Physics Laboratory in Geneva, Switzerland, in 1989, the WWW was originally text-based. Introduction of the graphical browser NCSA Mosaic in 1993 made it possible to access the color imagery, sound, and video that we commonly associate with the WWW today.

**xerography.** Technology invented by Chester Carlson in 1938 that started the copying revolution and gave birth to Xerox Corporation. An original image is transferred when light is projected onto an electrically charged surface. The image attracts oppositely charged toner particles, which are then fused into place on the copy paper, reproducing the original image. The word "xerography" is derived from the Greek words for "dry" and "writing."

K02446611

# Index

Action   135
Activity-based costing   141
Address verification   128–129
Addressing requirements with
    direct mail   65–66
Adobe   1
    Acrobat   29, 69
    Acrobat Distiller   69–70, 74
    Illustrator   25–28, 45–46, 56
    InDesign   25–26, 28–29, 55–56,
        59, 74
    Photoshop   25–28, 45–50
Agfa Chromapress   3
Agfa Dotrix   8
Aldus   1
American National Standards
    Institute (ANSI)   80
Apple Computer   1
Apple LaserWriter   1–2
Aqueous coating   62
Atlas Printshop Mail   28
ATM Deluxe   54

Backgrounding   92–93, 115–116
Banding   52
BCC Mail Manager 2010   28
Binding   62, 65
Blacks, special design
    considerations with   50–51
Blasting   116
Bleeds   44, 58
Budgeted hourly rates (BHR)   141
Business marketing segments
    145–146
Business model for digital printing
    140

Campaign development   135
Canon U.S.A.   94
    imagePRESS C700VP   94
Carrier beads   109–110, 113
Charge control agent   109, 114
    116

Charge generating layer (CGL)
    88–90
Charge transport layer (CTL)
    88–91
Chargeability of toner   111–113
Charging, in electrophotography
    87–88
Cleaning, in electrophotography
    87
Cleaning blade   91
Cleansing, data   128
Click charge   20, 141
Client/server architecture   126
CMYK   50, 65, 74
Codd, E. F.   124
Coding Accuracy Support System
    (CASS)   128
Cold offset   116
Color gamut   65
Color modes   43, 50
Combination digital   17, 20
Commercial printer, plight and
    concerns of   149–166
Committee for Graphic Arts
    Technologies Standards (CGATS)
    74, 77, 80
Compact Font Format (CFF)   70
Compression, file   47, 59
Computer-to-plate   10
Computer-to-plate device   67
Conditioning, in
    electrophotography   87–88
Configurable PostScript Interpreter
    (CPSI)   67, 70
Consumables   141
Consumables, life expectancy   92
Consumer   78
Content creation   147
Content creator   35–36, 58
Continuous inkjet (CIJ)   8–9, 104,
    106, 120
Contract proof   53, 64–65
Controlling system   41

K02446612

Conversion  135, 142
Conversion, cost per  142
Copier  83–84
Copier, digital  84
Copying devices  87
Corona charging  111
Corona wire  87
Cracking  18, 61
Creo Darwin  29–30
Creo Spire Color Server  100
Cross-media personalized
    marketing  13–14, 131–137
Custom publication printing
    10–11, 16
Customized marketing  131
Customized printing  9
Cutting  65

Dark printing OPC  90
Data,
    acquisition  121–129
    enrichment  121, 127–129
    exchange  79
    management  121, 127–129
    mining  128, 131
    processes to improve quality of
        128
    storage options  57
Database,
    and VDP  126–127
    definition  121
    field types  125–126
    file formats  124–125
    flat model  122
    models and structures  122–124
    relational  123–124
    servers  126
    software  27
Database interchange format
    124–125
Database specialist  63–64
DB2  125–126
Design considerations, special
    50–51
Design tips for combining digital
    and offset  65
Designer  58

Designing backwards  43–44
Desktop publishing  1, 35
Developing, in electrophotography
    89
Diecutting  65
Digital asset management (DAM)
    system  56
Digital black-and-white press
    17, 19–20
Digital camera  47–48
Digital color press  17–20
Digital color proofing device  67
Digital copier  84
Digital front end (DFE)  26, 31,
    38–41, 50, 57, 61, 63, 67, 77–79,
    81, 99–100, 151
Digital-imaging (DI) press  5
Digital photograph  45
Digital press  85, 87
    electrophotographic or
        electrostatic  6–7
    inkjet  7–8
    speed classifications  6
Digital print, designing for  43–50
Digital print production  43–66
Digital printer  83
Digital printing,
    business of  139–148
    business strategy  162–163
    costing of  141–142
    definition  5
    evolution  1–3
    future trends  147–148
    introduction  5–9
    marketing segments for
        145–146
    myths  160–161
    personnel involved with  147
    plight of commercial printer
        149–166
    projections  154–155
    uses of  9–11
Digital Printing Council  146
Digital printing languages  77–81
Direct mail  15
Direct mail, addressing and mailing
    requirements with  65, 66

K02446613

Index

DirectSmile   28
Discharging, in electrophotography
   88
Distribute-and-print   5, 9, 41
DocBuilder Pro   41
Doctor blade/bar   91–93
Dots per inch (dpi)   47–48
Drop-on-demand (DOD) inkjet
   8, 104, 105–106, 120
Drum   See *organic photoconductor*
   *(OPC)*
Drum wear   91
DryInk technology   97
Dye   109
Dye sublimation   87
Dynamic layout VDP application
   28–30
Dynamic printing   84–86 (see also
   *variable-data printing*)

E-Drum   94
ElectroInk   95, 112
Electronics for Imaging (EFI)   94
   Fiery Color Server   100
Electrophotographic devices,
   representative examples
   93–102
Electrophotography   61, 83–84,
   87–93
Electroplate   95
Email attachment, as method of
   file transport   59
Embossing   65
Encapsulated PostScript (EPS)
   46, 56
Enterprise application   28, 30
Ethernet   38–39
Explicit personalization   13–14
Extensible Markup Language (XML)
   80–81
External hard drives   57

Field, database   125–126
File,
   compression   59
   extensions   124–125
   management   43, 56–57

preparation   43, 58
   transport   43, 59
FileMaker Pro   27, 124–126
Finishing   65
Fixed-length field   125
Fixer assembly (fixing)   89, 93
Flow rate of toner, effect on density
   116
Foil stamping   65
Fold, uneven   61–62
Folding   44, 58, 60–62, 65
Folding dummy   61
Font compression   70
FontReserve   54
Fonts   43, 54–56
   collecting for output   55–56
   creating outlines of   56
   missing   58
FTP server, as method of file
   transport   59
Fuser (fusing)   89, 93
Fusing ability of toner   116

Geschke   1
Ghost images   116
Gloss Optimization technology
   94
Grain direction   61
Graphic file formats   43–47
Graphics,
   creation   26–27
   low-resolution, missing, or
      wrong color mode   58
Graphics interchange format (GIF)
   47, 58

Halo effect with black type   53, 57
Heidelberg   5
Hewlett Packard (HP)   1, 94
   IndiChrome colors   95
   Indigo Digital Matte ink   95
   Indigo E-Print 1000   2
   Indigo J-Layout (JLYT)   77–79
   Indigo press   7, 111–112
   Indigo press 5000   94–95
   Indigo w3250 webfed digital
      press   95–96

K02446614

Hot-melt drop-on-demand inkjet printer  106
Hot offset  116

IBM Infoprint 4100 Advanced Function Printing System  96–97
Icon  54
Illustration program  45
Illustrations  45
Image carrier  83, 86
Image personalization applications  28
Image resolution  47–49
Imagesetter  67
Imaging, in electrophotography  88
Impact printer  87
Imposition  43, 60–63
Inca Eagle  118
Induction charging  111
Ink,
    digital UV  118–120
    fluorescent  65
    for inkjet printing  117–120
    heat-resistant  65
    metallic  65
    smearing  65
Ink trapping  57
Inkjet  8–9, 19, 83–84, 87, 104–107
Inkjet, ink  117–120
Inkjet addressing  4
Inkjet printer  17, 107
Inkjet printing  117–120
Input resolution  47–48
International Cooperation for the Integration of Processes in Prepress, Press and Postpress (CIP4)  81
International Data Corporation  84
International Standards Organization (ISO)  77, 80
Interpress  1
Ion beam  111
Iron oxide  111
Isopar  111

Job definition Format (JDF)  80, 81
Job flow  35–38, 63
Job marketing segments  146
Joint Photographic Experts Group (JPEG) compression  47, 58, 70

KBA  5
Kodak  7, 97
    NexPress 2100 Plus Digital Production Press  97–98
    Versamark  8, 106
Konica  7

Laminate analog proofing system  53
Laminating  65
Laser  88, 90
Laser printer  1–2, 17
Laser printing  87
Latent image  88
Light-emitting diode (LED)  6, 88
Light printing OPC  90
Lines per inch (lpi)  48
Liquid ink technology  95
Lithography  9–11, 17–18, 85–86, 153
Lossy compression  47

Macintosh OS 9  54
Macintosh OS X  54–55, 74
Magnetic brush development  89
Mail merge  3
Mailing costs  66
Makeready  5, 10, 53, 65, 147
Management information system (MIS)  81
Marketing  13–15, 142–143
    mass  131
    personalized  131–137
    segmented  131
    trends  131–132
Marketing segments for digital printing  145–146
Marketing4Digital research project  146
Marking engine  38, 41–42, 67, 77

Mass marketing    13–14, 19, 131
Mass printing    156
MatchPrint    53
Merge/purge    128
Metering blade/bar    91–93
Microsoft,
    Access    27, 124–126
    Excel    27, 122, 124–126
    SQL    124–126
    Word    3, 25
Mindfire LookWho'sClicking
    33
Mining, data    128, 131
Modeling, data    128
Moore, Gordon    40
Moore's Law    40
Mopier    84
mSQL    126
Multiple Master font    54
Multiple-original printer    84
MySQL    126

National Change of Address
    (NCOA) database    129
Native file format    46, 56, 59, 74,
    125
Networking    38–39
NimbleFish    30
Nonimpact printer    87
Numbering    65

Océ    7
Offset    See lithography
Offset duplicator    84
Omni-Adast    5
On-demand printing    5, 8–9,
    154–155, 157, 159, 162–164,
    166
On-demand publications    83
On-demand publishing    8, 10–11
One-to-one marketing    13, 131,
    162, 166
One-to-one printing    9
Open    77–78
Open prepress interface (OPI)
    74, 80–81
Open Type font    55

Operator-controlled digital printing
    40
Oracle    27, 30, 124–126
Organic photoconductor (OPC)
    87–93, 113–114
Outlines, font    56
Output devices    67
Output formats    77–81
Output resolution    47–48
Output technologies    83–107
Overprinting of type    53, 57

Page-description language    1
Pageflex Persona    28, 30
Page layout    25–26, 35–37
Page-layout program    1, 25–26,
    46, 48–49, 57
Pagemaker    1
Paper    53
Paper, embossed or textured    65
Parsing, data    128
PDF    See Portable Document Format
    (PDF)
PDF/X (all variations)    70, 74
Perfect binding    61
Personalized    13–14, 16
Personalized email    4–5, 132, 134
Personalized marketing    5, 13, 19,
    162
    cross-media    131–137
    future of    136
Personalized Print Markup
    Language (PPML)    78–80
Personalized Print Markup
    Language/Variable Data
    Exchange (PPML/VDX)    78, 80
Personalized printing    9, 11, 156
Personalized URL    32–33, 134
Personalized web page    4, 32–33
Piezoelectric drop-on-demand
    inkjet printer    8, 105–106
Pigment    109, 120
Pixels    46
Pixels per inch (ppi)    47–48
Platesetter    67
Plug-in VDP application    28–29,
    34

K02446616

Portable Document Format (PDF)
    59, 67
  defined   69
  for print   70, 74
  future of   75
  methods of preparing   67, 74
  settings, sample   70–73
Positive image ghosting   88
POSTNET barcode   66
Postpress   17, 19
PostScript   1, 56, 67–70, 74, 78–79
PostScript code, example   67–69
PostScript interpreter   67
Preflighting   58–59
Preprinted shell   17–18
Presort Accuracy, Validation, and
    Evaluation (PAVE)   129
Press   83–85
Press, production-level, speed   6
Primary charge roller (PCR)
    87, 91
Print engine   See marking engine
Print On Demand initiative (PODi)
    80
Print quality considerations with
    toner   117
Printable FusionPro Desktop   29
Printable PrintOne Customer
    Center   33
Printer   83–84
Printer font   54
Printer's spread   60
Printer-press   84–85
Privacy issues   136–137
Producer   78
Proofing   53
Proofing for VDP   62, 64
Proprietary formats   77–79
Punch Graphix   99

QuarkXPress   25–26, 29, 55, 74

Raster graphics   26, 46
Raster image processor (RIP)
    5, 40, 42, 48, 50, 58, 67, 69, 75,
    80–81, 85, 99–100, 149, 155
Reader's spread   60–61

Record length   64–65
Register on a digital press   57
Relational database   123–124
Removable media   57
Replication devices, levels of
    84–85
Replication technologies, overview
    83–86
Resampling   48
Resizing images   47–49
Resolution   42–43, 67
  image   47–49
  related to toner size   113, 117
Response, cost per   142, 144–145
Return on investment (ROI)   135,
    143–145
Reverse type   52
RGB   50
Rich black   51, 54
RIP   See raster image processor
Romano, Frank   5
Ryobi   5–6

Saddle stitching   61
Saepio Technologies   22–23
Sales force, motivating   164–166
Scanner   84
Scanner-printer   84–85
Scanning   45
Schema   122
Scitex   5
Scoring   61
Screen font   54
Screen frequency   48
Segmented marketing   131
Self-publishing   11
Servers   38–39, 57
Sheetfed press   42
Short-run printing   5, 10, 16
Signature   60
Simplex   84–85
Solids, special design
    considerations with   52
Specification   77–78
Spectra   106
Spot color   50, 53
SQL Server   27

K02446617

Index

Stand-alone VDP application 28, 34
Standard   77–78
Static elements   62
Static image carrier   84
Static printing   35–36, 85–86, 139–140
Static web page   31–32
Structured Query Language (SQL) 126
Suitcase (software program)   54
Suitcase, storage of fonts in   54
Super black   51, 54
Surviving in a changing print market   155–157
Tagged image file format (TIFF) 46–47
T-Developer   94
Thermal bubblejet drop-on-demand inkjet printer   105–106
Thermal transfer printing   83, 87, 102–103
Tire tracks   93
Toner   6, 18, 87, 92, 109–117
    charge properties of   116
    chargeability   111–113
    concentration   113
    dual-component   109–110
    flow rate   116
    fusing ability of   116
    liquid   111
    manufacture   114–115
    microfine   113
    mono-component   110–111
    poor adherence to heavy ink, coating, or varnish coverage 65
    poor adherence to uneven paper surface   65
    quality considerations with 115, 117
    size   117
    size and relationship to resolution   113
    transfer efficiency   113–114
    tribolectric properties of 111–113

Toner technology   See electro-photography
Total ink coverage   51
Tracking personalized marketing results   135–136
Tradition, role in growth of digital printing   158–160
Transactional printing   15–17, 20
Transfer Control Protocol/Internet Protocol (TCP/IP)   38
Transparent personalization 13–14
Trapping   43, 57–58
Traveling electric field   111
Triboelectric charge   111, 116
TrueType font   54–55
Type, design considerations with 52–53
Type, set to overprint   53, 57
Type 1 font   54–55, 70
Type style, proper method of applying   3

United States Post Service (USPS) 66, 129
Universal Printer Pre and Post-Processing Interface (UP3I)   81
UV coating   62
UV-curable inks for inkjet printing 8, 118–120

Variable elements   62
Variable-data printing   3–5, 9, 11, 13–24, 26, 28, 31–36, 38, 41, 62–67, 77–81, 83, 85, 99, 107, 114, 121–122, 125, 127, 132, 134, 137, 146–149, 156–166
    as part of marketing   13–14
    bottomline   154
    business strategy   162–163
    competing for customers 161–162
    databases with   126–127
    definition   3, 13
    designing for   62–65
    evolution   3–5
    future trends   147–148

K02446618

Variable-data printing (continued)
    hardships of    157–158
    job variations of    15, 17–23
    languages    77–81
    myths    160–161
    planning for    23–24
    proprietary formats    79
    return on investment    143–145
    software    25–34, 37, 78
    special needs for outputting
        80–81
    workflow    62–64
Variable-length field    125
VDP    See variable-data printing
Vector graphics    26, 46–47
Versioning    13–17, 21
V-Toner    94

Warnock, John    1
Web graphics, resolution    49
Web page, personalized    See
    personalized web page
WebDAV server    59
Webfed press    42
Web-to-print    17, 22
Web-to-print applications    28,
    31–33
Wide-format inkjet printer
    106–107
Wiper blade    91–92
Wiper blade flip    91

Workflow    35–42, 147
Workstation    38–39
Workstation-based VDP
    applications    28–30
Writing, in electrophotography
    88

Xaar    107
Xeikon 5000 webfed digital press
    99–100
Xeikon DCP-1    2–3
Xerox    1, 7, 100–101
    9700 laser printer    2
    DigiPath    40
    DocuSP Color Controller    100
    DocuSP front end    101
    DocuTech 6180 Production
        Publisher    101–102
    EA Technology    114–115
    FreeFlow    40, 101
    iGen3 Digital Production Press
        7, 100
    Variable-Data Intelligent
        PostScript Printware (VIPP)
        77–79
XMPie    29, 33

Zip code, accuracy verification
    128–129
Zip code, treatment as text field in
    database    126

K02446619

## About the Authors

Dr. Penny K. Bennett is an Associate Professor in the Graphic Communication Department of California Polytechnic State University in San Luis Obispo, California. She teaches in the areas of electronic publishing, digital prepress/printing, consumer packaging, and specialty printing. Dr. Bennett has a Ph.D. in Education from the University of Idaho. Her Master's degree is from University of Nevada, Las Vegas, and her Bachelor's degree is from Ferris State University in Big Rapids, Michigan.

Her areas of expertise are in file creation and preparation for successful output, workflow and output issues, packaging, prepress, and VDP/digital printing. Dr. Bennett has written publications in the areas of web-based instruction, expanded gamut printing, PDF, digital printing, and variable-data printing. She has been a presenter at a variety of conferences nationally including FFTA Forum, GRAPH EXPO/PRINT trade shows, and the IPA conference. Dr. Bennett has also presented at international conferences in Mexico, Puerto Rico, and Russia. She is also a member of and actively involved in several organizations including PIA/GATF, Ghent PDF Workgroup, Foundation of Flexographic Technical Association (FFTA), and Accrediting Council for Collegiate Graphic Communications (ACCGC).

Dr. Bennett also participates in conducting seminars and workshops through Cal Poly's Graphic Communication Institute. She has also conducted research in the areas of web-based instruction, multichannel media, variable-data printing, and cross-media personalized marketing. Dr. Bennett has also done consulting in her areas of expertise. She presently resides in San Luis Obispo, California.

Dr. Harvey Robert Levenson is a Professor and Department Head of Graphic Communication at California Polytechnic State University in San Luis Obispo, California. His teaching and research specialties are printing, technology, communication, media, and research methods. Dr. Levenson holds four degrees in printing and communication including a Ph.D. in Rhetoric and Communication from the University of Pittsburgh. Over the years, he has actively served on committees and boards of many graphic arts organizations including GATF, the Technical Association of the

K02446620

Graphic Arts (TAGA), Electronic Document Systems Foundation (EDSF), and the Graphic Arts Literacy Alliance (GALA). He is presently president of ACCGC. Dr. Levenson is an active researcher, consultant, and speaker on matters related to printing, technology, graphic arts patents, media, and communication, and he has authored many articles and books on these subjects. He has been a technical consultant to approximately 250 printing and related companies. Dr. Levenson's latest books are *Understanding Graphic Communication: Selected Readings* (published by PIA/GATFPress) and *Some Ideas About Doing Research in Graphic Communication* and *Introduction to Graphic Communication* (published by The Good Neighbor Press). Born and raised in Brooklyn, New York, he presently resides in Atascadero, California.

Frank J. Romano has had a career in the printing and publishing industries spanning over 40 years. Many know him best as the editor of the International Paper *Pocket Pal* or have read one of the hundreds of articles he has written for publications from North America to Europe to the Middle East to Asia and Australia. He is the author of over 44 books, including the 10,000-term *Encyclopedia of Graphic Communications* (with Richard Romano), the standard reference in the field. He has authored most of the books on digital printing. He has founded eight publications, serving as publisher or editor for *TypeWorld* now *Electronic Publishing* which ended with its thirtieth year of publication, *Computer Artist, Color Publishing, The Typographer, EP&P,* and both the *NCPA* and *PrintRIT Journals.* His columns appear monthly in the *Digital Printing Report.* He is the editor of the *EDSF Report.*

He lectures extensively, having addressed virtually every club, association, group, and professional organization at one time or another. He is one of the foremost keynote speakers. He has consulted for major corporations, publishers, government, and other users of digital printing and publishing technology. He wrote the first report on on-demand digital printing in 1980 and ran the first conference on the subject in 1985. He has conceptualized many of the workflow and applications techniques of the industry and was the principal researcher on the landmark EDSF study, "Printing in the Age of the Web and Beyond." He continues to teach courses at RIT and other universities and works with students on unique research projects.

K02446621

## About PIA/GATF

The Printing Industries of America, Inc./Graphic Arts Technical Foundation (PIA/GATF), along with its affiliates, deliver products and services that enhance the growth, efficiency, and profitability of its members and the industry through advocacy, education, research, and technical information.

The 1999 consolidation of PIA and GATF brought together two powerful partners: the world's largest graphic arts trade association representing an industry with more than 1 million employees and $156 billion in sales and a nonprofit, technical, scientific, and educational organization dedicated to the advancement of the graphic communications industries worldwide.

Founded in 1924, the Foundation's staff of researchers, educators, and technical specialists help members in more than 80 countries maintain their competitive edge by increasing productivity, print quality, process control, and environmental compliance and by implementing new techniques and technologies. Through conferences, Internet symposia, workshops, consulting, technical support, laboratory services, and publications, PIA/GATF strives to advance a global graphic communications community.

In continuous operation since 1887, PIA promotes programs, services, and an environment that helps its members operate profitably. Many of PIA's members are commercial printers, allied graphic arts firms such as electronic imaging companies, equipment manufacturers, and suppliers. To serve the unique needs of specific segments of the print and graphic communications industries, PIA developed special industry groups, sections, and councils. Each provides members with current information on their specific segment, helping them to meet the business challenges of a constantly changing environment. Special industry groups include the Web Offset Association (WOA), Label Printing Industries of America (LPIA), and Binding Industries Association (BIA). The sections include Printing Industry Financial Executives (PIFE), Sales & Marketing Executives (S&ME), Digital Printing Council (DPC), and the E-Business Council (EBC).

K02446622

PIA/GATF*Press* publishes books on nearly every aspect of the field; training curricula; audiovisuals (CD-ROMs and video-cassettes); and research and technology reports. It also publishes *GATFWorld*, a bimonthly magazine providing articles on industry technologies, trends, and practices, and *Management Portfolio*, a bimonthly magazine that provides information on business management practices for printers; economic trends, benchmarks, and forecasts; legislative and regulatory affairs; human and industrial relations issues; sales, marketing, and customer service techniques; and management resources.

For more information about PIA/GATF, special industry groups, sections, products, and services, visit www.gain.net.

K02446623

## PIA/GATF Press: Selected Titles

- *The Basics of Print Production.* Hardesty, Mary
- *Color Management and PDF.* Shaffer, Julie
- *Creating Bulletproof PDFs.* Shaffer, Julie, and Joe Marin
- *Customer Service in the Printing Industry.* Colbary, Richard E.
- *Digital and Direct Imaging Printing, Protective Coatings, and the U.S. Postal System.* Lind, John
- *Digital Color Printing and Direct Imaging Benchmarking Study.* Lind, John
- *Designing for Digital.* Digital Printing Council, Rochester Institute of Technology
- *Desktop Publishing Primer.* Hinderliter, Hal
- *Direct Mail Pal.* Tedesco, T.J., Ken Boone, Terry Woods, & John Leonard
- *Field Guide to Color Reproduction.* Field, Gary G.
- *Flexography Primer.* Crouch, J. Page
- *Gravure Primer.* Kasunich, Cheryl L.
- *Handbook of Graphic Arts Equations.* Breede, Manfred
- *Information Technology in the Printing Industry: A Company-Wide Endeavor.* Press, Craig L.
- *Lithography Primer.* Wilson, Daniel G.
- *Marketing4Digital: A Guide to Print Markets,* Digital Printing Council, Frank Romano, et. al
- *On-Demand and Digital Printing Primer.* Fenton, Howard M.
- *Paper Buying Primer.* Wilson, Lawrence A.
- *PDF Print Production Guide.* Shaffer, Julie, and Joe Marin
- *PIA/GATF Ratios, Volume 15—Digital Printers*
- *Screen Printing Primer.* Ingram, Samuel T.
- *Understanding Graphic Communication: Selected Readings.* Levenson, Harvey Robert.
- *The Very Last Designer's Guide to Digital, On-Demand, and Variable-Data Color Printing.* Clark, David & Frank J. Romano

K02446624

## Colophon

*The Handbook for Digital Printing and Variable-Data Printing* was edited, designed, and printed at PIA/GATF, headquartered in Sewickley, Pennsylvania. The text was created by the authors using Microsoft Word, then edited at PIA/GATF, and finally imported into QuarkXPress on an Apple Power Macintosh. The primary fonts used for the interior of the book are Stone Serif, Futura, and Helvetica Condensed. Images were transferred to PIA/GATF via Apple's iDisk or CD-ROM. Adobe Acrobat PDF files sent via email were used for author approval.

Once the editorial/page layout process was completed, the images were transmitted to PIA/GATF's Robert Howard Center for Imaging Excellence, where all images were adjusted for the printing parameters of PIA/GATF's in-house printing department and proofed.

Adobe PDF files were made from the QuarkXPress files and then transmitted by internal network to PIA/GATF's on-demand printing department. The interior and cover of the book were both printed on a Xerox iGen3 Digital Production Press. Finally, the book was bound inline using the Bourg Book Factory.

K02446625

# The Handbook for Digital Printing and Variable-Data Printing

## The art and science of printing has gone digital

Digital printing is changing the way printed documents are produced. Requiring no lengthy makeready, it can print quantities as small as one in black-and-white or color. Digital printing lends itself well to things like short-runs, custom publications, and personalized printing—i.e., variable-data printing.

Starting with an overview of digital and variable-data printing and culminating with an extensive glossary, this handbook addresses a wide range of topics to help you successfully enter this new printing realm and make informed business decisions:

- Software for variable-data printing
- Workflow
- Digital print production
- PostScript and PDF
- Digital printing and VDP languages and output formats
- Output technologies
- Toners and inks for digital printing
- Data acquistion, management, and enrichment
- Cross-media personalized marketing
- The business of digital printing
- Digital printing and the plight of the commercial printer

**Dr. Penny K. Bennett,** an associate professor in the Graphic Communication Department of California Polytechnic State University, is an active researcher, consultant, author, and speaker on topics such as digital printing, variable-data printing, and prepress for digital printing.

**Dr. Harvey Robert Levenson,** a professor and head of the Graphic Communication Department of California Polytechnic State University, is an active researcher, consultant, author, and speaker on matters related to printing, technology, media, and communication.

**Frank J. Romano** is professor emeritus from the School of Print Media at Rochester Institute of Technology. With a career spanning over 40 years, he has authored over 40 books, has founded eight publications, and has spoken at countless industry events.



200 Deer Run Road
Sewickley, PA 15143-2600
www.gain.net



ISBN 0-88362-564-4

Order No. 1752
Printed in U.S.A

9 780883 625644

