# EXHIBIT G

# PART 1

# Pocket Guide to Digital Prepress

## Frank J. Romano

Melbert B. Cary Jr. Professor of Graphic Arts
College of Imaging Arts & Sciences
Rochester Institute of Technology



ITP® Delmar Publishers™

An International Thomson Publishing Company

Albany • Bonn • Boston • Cincinnati • Detroit
London • Madrid • Melbourne • Mexico City
New York • Pacific Grove • Paris • San Francisco
Singapore • Tokyo • Toronto • Washington

K02445393

Publisher does not warrant or guarantee any of the products described herein or perform any independent analysis in connection with any of the product information contained herein. Publisher does not assume, and expressly disclaims, any obligation to obtain and include information other than that provided to it by the manufacturer.

The reader is expressly warned to consider and adopt all safety precautions that might be indicated by the activities herein and to avoid all potential hazards. By following the instructions contained herein, the reader willingly assumes all risks in connections with such instructions.

The publisher makes no representation or warranties of any kind, including but not limited to, the warranties of fitness for particular purpose or merchantability, nor are any such representations implied with respect to the material set forth herein, and the publisher takes no responsibility with respect to such material. The publisher shall not be liable for any special, consequential, or exemplary damages resulting, in whole or part, from the readers' use of, or reliance upon, this material.

Cover Illustration: John MacDonald

**Delmar Staff**
Publisher: Michael McDermott
Senior Administrative Editor: John E. Anderson
Developmental Editor: Barbara A. Riedell
Production Manager: Larry Main
Art & Design Coordinator: Nicole Reamer

COPYRIGHT © 1996
By Delmar Publishers
a division of International Thomson Publishing Inc.

The ITP logo is a trademark under license

Printed in the United States of America

For more information, contact:

Delmar Publishers
3 Columbia Circle
Box 15015
Albany, New York
12212-5015

International Thomson Editores
Campos Eliseos 385, Piso 7
Col Polanco
11560 Mexico D F Mexico

International Thomson Publishing Europe
Berkshire House 168-173
High Holborn
London, WC1V7AA
England

International Thomson Publishing GmbH
Königswinterer Strasse 418
53227 Bonn, Germany

Thomas Nelson Australia
102 Dodds Street
South Melbourne, 3205
Victoria, Australia

International Thomson Publishing Asia
221 Henderson Road
#05 -10 Henderson Building
Singapore 0315

Nelson Canada
1120 Birchmont Road
Scarborough, Ontario
Canada M1K 5G4

International Thomson Publishing - Japan
Hirakawacho Kyowa Building, 3F
2-2-1 Hirakawacho
Chiyoda-ku, Tokyo 102
Japan

All rights reserved. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without the written permission of the publisher.

1 2 3 4 5 6 7 8 9 10 XXX 01 00 99 98 97 96 95

**Library of Congress Cataloging-in-Publication Data**

Romano, Frank J.
Pocket guide to digital prepress / Frank J. Romano.
p. cm.
Includes bibliographical references.
ISBN: 0-8273-7198-5
1. Printing, Practical—United States—Data processing.
2. Printing plates—United States—Data processing. I. Title.
Z249.3.R66 1995 95-20087
686.2'2544—dc20 CIP

iv

# FOREWORD

About 40 years after the invention of printing, a monk named Johannes Trithemius, who also served as abbot for a large scriptorium in Sponheim, Germany, argued that monks should continue to copy manuscripts despite the advent of printing, because of the need for diligence and devotion exercised in the process of being a scribe. He also said that hand-copied words on parchment would last centuries beyond the printed words on paper.

His work was called "In Praise of Scribes" and was widely disseminated—in print. The good abbot did not have time to get the work copied in quantity so he had it printed. In fact, the print shop that produced it was located in Mainz, not far from the place where printing was invented by Johannes Gutenberg.

The abbot used new technology to promote the idea of old technology. It's like the postmasters of America communicating with e-mail and fax, or the printing press maker that releases its parts manual on CD-ROM. They are caught in the paradox of transitioning technologies.

So are you, dear reader. We are moving beyond desktop publishing to the place and time where the desktop meets the printing press, and other technologies for reproduction or dissemination of information.

The abbot of Sponheim was tied to the past but forced into the future. The world he knew was changing and he had to either adapt to new technology or forever live in the past.

Frank J. Romano
Rochester, New York

# TABLE OF CONTENTS

Introduction .......................................... 17

SECTION 1  INK ON PAPER .............................. 15

CHAPTER 1—REPRODUCTION PROCESSES

Speed ................................................ 18
Color ................................................ 18
Input ................................................ 18
Technology ........................................... 19
Inappropriate applications ........................... 20
Cost factors ......................................... 20
The continuum ........................................ 21
DIRECT DIGITAL LINKS ................................. 21
Page processing ...................................... 22
Centralized or decentralized ......................... 22
Reproduction ......................................... 23
THE PRINTING PRESS ................................... 24
Page or signature .................................... 24
Sides ................................................ 24
Sheet size ........................................... 25
Colors ............................................... 25
PRINTING PROCESSES ................................... 25
LITHOGRAPHY .......................................... 26
WATERLESS OFFSET ..................................... 28
Exposure and development ............................. 29
Processed plate ...................................... 30
Waterless presses .................................... 30
Paper and ink ........................................ 30
Color proofing for waterless systems ................. 31
Waterless printing system limitations ................ 31
RELIEF PRINTING ...................................... 32
LETTERPRESS PRINTING ................................. 32
Photopolymer plates .................................. 33
FLEXOGRAPHIC PRINTING ................................ 33
GRAVURE .............................................. 34

v

K02445395

SCREEN PRINTING ........................................................ 35
  Electrostatic plates were the beginning ........................... 36
INK/JET PRINTING ........................................................ 37
ELECTRONIC PRINTING .................................................... 37
  Electrophotographic printing ...................................... 38
  Desktop publishing ................................................ 38
DIGITAL PRINTING ........................................................ 39
  Copier duplicators versus offset .................................. 39
  Comparison ........................................................ 41
  Copier versus offset cut-off points ............................... 42
  Multiple-page copier versus offset cut-off points ................. 43
REMEMBER THE PRESS ...................................................... 45
TIPS ON MAKING PAGES WORK ON PRESS ...................................... 46
  Diagnostic tools .................................................. 46
  Color printing standards .......................................... 47
  Printing variables ................................................ 47

CHAPTER 2—PREPARATION PROCESS ELEMENTS .................................. 55
MECHANICALS ............................................................. 55
  Camera processes .................................................. 56
  Camera-ready art .................................................. 56
  Computer-ready art ................................................ 56
  Graphics .......................................................... 57
  Electronic art .................................................... 58
RASTER IMAGE PROCESSING ................................................. 61

CHAPTER 3—COLOR REPRODUCTION
  Color space ....................................................... 66
  Maxwell's triangle ................................................ 66
  Enter Munsell ..................................................... 67
  CIE is born ....................................................... 68
  The CIE system .................................................... 69
  RGB ............................................................... 72
  HLS ............................................................... 72
  Tektronix HVC ..................................................... 72
  Device-dependent .................................................. 74
  Color in bits and bytes ........................................... 75
  A need for real standards ......................................... 77
COLOR MODELS ............................................................ 80
  The reproduction of color ......................................... 81

ADDITIVE AND SUBTRACTIVE COLOR .......................................... 83
  Color balance ..................................................... 84
  Color printing .................................................... 85
  Paper and ink ..................................................... 85
  Densitometry and colorimetry ...................................... 86
  Compression ....................................................... 86
  Compression solutions ............................................. 88
COLOR MANAGEMENT ........................................................ 92
CALIBRATION ............................................................. 95
  Characterization .................................................. 97
  Color conversion .................................................. 98
  Portable color .................................................... 99
  Quality control ................................................... 100
  Scanner calibration ............................................... 100
  Monitors .......................................................... 101
  Proofing .......................................................... 103
  Soft proofing ..................................................... 105
  Compatibility proofs .............................................. 107
  Proofs for quality control ........................................ 108
  Press proofs ...................................................... 108
  Off-press proofs .................................................. 109
  Overlay systems ................................................... 110
  Internal (single-sheet) systems ................................... 111

CHAPTER 4—DIGITAL PREPRESS EVOLUTION .................................... 117
  Enter technology, ad nauseam ...................................... 117
  A little more history ............................................. 118
  Hardcopy terms that count ......................................... 119
PRINTOUT ................................................................ 124
  The future ........................................................ 127
  Typesetting ....................................................... 128
IMAGESETTING ............................................................ 133
  Drum versus capstan ............................................... 135
  Quality ........................................................... 136
COMPUTER-TO-PLATE ....................................................... 137
  System placement .................................................. 140
  Proofing for CTP .................................................. 140
  Automation ........................................................ 141
  Processing ........................................................ 142
  A rose by any other name .......................................... 142

K02445396

viii

CHAPTER 5—DESKTOP COMPUTING
Platforms .................................................. 143
Operating systems and graphical user interfaces ........ 144
Peripherals ............................................... 146
Storage media ............................................. 146
Modems .................................................... 147
Input devices ............................................. 147
Printers .................................................. 147
Monitors .................................................. 147
SCSI and GPIB ............................................. 148
SCSI disadvantages ........................................ 150
GPIB ...................................................... 151
NETWORKING ................................................ 153
Configuration of LANs ..................................... 154
Installing a local area network ........................... 154
Circuit cards and cabling ................................. 154
Server approaches ......................................... 154
Developing a network profile .............................. 155
Installing the LAN software ............................... 155
The log-in process ........................................ 155
Ethernet LANs ............................................. 155
AppleTalk Protocol ........................................ 156
NetWare by Novell ......................................... 156
Information highway issues ................................ 156
The transportation medium ................................. 157
The switching system ...................................... 157
ATM hurdles ............................................... 159
Wireless .................................................. 159

CHAPTER 6—GRAPHIC FORMATS
FILE FORMATS .............................................. 161
The bit map ............................................... 162
The vector ................................................ 163
Other formats ............................................. 164
TIFF ...................................................... 165
Aldus started it .......................................... 166
Compression ............................................... 168
Bit maps versus object formats ............................ 171
PostScript ................................................ 171
EPS ....................................................... 173

ix

OPI ....................................................... 174
DCS ....................................................... 174
FILE EXTENSIONS ........................................... 175

CHAPTER 7—IMAGE ACQUISITION
CCDs ...................................................... 179
Scanners .................................................. 180
Dynamic range ............................................. 181
Accuracy of focusing ...................................... 181
Black-and-white points .................................... 182
Determining file size ..................................... 183
Resampling images ......................................... 184
Use all available tools ................................... 184
Scanning quality .......................................... 185
Printing inks are not pure ................................ 188
More numbers .............................................. 189
Middle tones .............................................. 191
The resolution solution ................................... 192
Your last set of rules .................................... 193

SECTION 2  PREPRESS CONCEPTS .......197

CHAPTER 8—PREPUBLISHING
APPLICATIONS .............................................. 202
THE NEW AGE OF DOCUMENTS .................................. 204

CHAPTER 9—ADVANCED DIGITAL PREPRESS
TECHNOLOGY
The printing connection ................................... 208
Recent extensions to Photo CD ............................. 208
Open licensing strategy ................................... 209
Software utility .......................................... 210
Flexible application strategy ............................. 210
Applications to write Photo CD Portfolio II disks ........ 211
HALFTONE SCREENING ........................................ 212
Output .................................................... 214
Banding ................................................... 216
SCREEN ANGLES ............................................. 216
STOCHASTIC OR FM SCREENING ................................ 218
Definition of FM screening and "stochastic" .............. 222

K02445397

Pros and cons of frequency modulation screening ......... 223
Eliminating screen angles ...................... 225
Gray levels in FM screening ................... 225
Input sampling ............................... 226
FM and HiFi color ............................ 227
Describing dot area ........................... 227
Eliminating screen equivalents in FM ............ 228
Line screen equivalents in FM .................. 228
Dot etching FM films .......................... 228
FM screens versus AM screens ................. 228
Error diffusion and thresholding ................ 229
"Grain" in quartertones ........................ 230
Dot gain ..................................... 230
Transfer curves ............................... 231
Scanning issues ............................... 231
Subject moiré ................................. 232
Dot compensation ............................. 232
Unsharp masking ............................. 233
Image detail .................................. 233
Smaller file sizes ............................. 234
Scanner resolution ............................ 234
Dot growth ................................... 236
Dot size ..................................... 236
Output time .................................. 236
FM, conventional screens, and type on the same page . 236
Scanning resolution and imagesetter addressability ... 237
Film characteristics ........................... 237
Changes to current proofing techniques .......... 237
Conventional versus electronic proofs ........... 238
Conventional process controls .................. 238
Dot representation in electronic proofs .......... 238
Plate resolution .............................. 239
Press requirements ........................... 239
Press registration ............................ 240
Makeready .................................. 240
Dot gain on press ............................. 240
Dot gain versus conventional screens ........... 240
Ink consumption ............................. 241
Ink density .................................. 241
Computer-to-plate ............................ 241

TRAPPING .................................. 242
Trapping—what's in a name? ................. 243
Issues affecting registration ................... 245
Misregistration—Why it happens ............... 245
Spreads and chokes .......................... 247

CHAPTER 10—DRAWING AND PAINTING
SOFTWARE

WHAT TO LOOK FOR IN A DRAW PROGRAM .... 254
Drawing/editing ............................. 253
Import/export ............................... 253
Output quality .............................. 254
Documentation .............................. 254
WHAT TO LOOK FOR IN A PAINT PROGRAM .... 257
PAINT ...................................... 257
Tools for copying images ..................... 258
Tools for adding text ........................ 258
Tools for adding significant areas of color ...... 259
Tools for rotating images ..................... 259
Tools for slanting (tilting) images ............. 259
Tools for flipping images ..................... 259
Tools for resizing images ..................... 259
Tools for setting light sources ................. 259
Tools for tracing an image .................... 260
Tools for cutting or erasing ................... 260
Tools for creating 3D shapes .................. 260
Tools for measurement ....................... 260
Tools for cropping images .................... 260
Tools for inking items ........................ 260
Tools for controlling image density ............ 260
Document or page tools ...................... 261
Other paint tools ............................ 261
HOW TO DESIGN SOMETHING THAT CANNOT BE PRINTED . 262
Pantone versus CMYK ....................... 262
Blends (vignettes, degrades) .................. 262
Prepress system ............................. 263
The 10 errors of prepublishing ................ 263
Color publishing ............................ 264
WYSIMOLWYG ............................. 265
Fonts ...................................... 265

Cropping and scaling ......................................... 266
Scanning ............................................................ 266
Other ................................................................. 266

SECTION 3   THE BUSINESS SIDE OF
DIGITAL PREPRESS .......... 267

CHAPTER 11—BUDGETED HOURLY COSTS

Budgets .............................................................. 268
Assigning budget costs ...................................... 268
Production centers ............................................. 272
Personnel assignments ....................................... 273
Hours available for work ................................... 273
Fringes ............................................................... 275
Depreciation ...................................................... 275
Repairs and Maintenance (R&M) ...................... 276
Rent .................................................................. 277
Power allocations .............................................. 277
General factory allocations ............................... 278
Supervision ....................................................... 278
Staff allocations ................................................ 278
Staff costs ......................................................... 278
Reconciling the data ......................................... 279
Chargeable hours ............................................... 279

SECTION 4   THE FUTURE OF
DIGITAL PREPRESS .......... 281

CHAPTER 12—ON-DEMAND PRINTING

Electrophotography ........................................... 284
Color printing ................................................... 285
Printing technologies ........................................ 288
Electronic printers ............................................ 290
Color copiers .................................................... 291
Variable information printing ............................ 291
On-demand printing .......................................... 291
Short-run process color printing ....................... 292
Economics of the process .................................. 294

CHAPTER 13—NEW MEDIA TECHNOLOGY

Form versus content ........................................... 297
Flexible user interfaces ...................................... 298
Tables ................................................................ 299
Enter PostScript ................................................ 300
Libraries of the future ........................................ 301
Electronic information delivery .......................... 302
Bitmapped databases ......................................... 302
Fax publishing ................................................... 303
How it works ...................................................... 304
Fax On Demand ................................................. 304
Broadcast fax ..................................................... 306
Service bureaus .................................................. 306
Fax today ........................................................... 307
ELECTRONIC PUBLISHING ............................ 307
The problem and the solution .............................. 308
The good, the bad, and the digital disaster ......... 309
Remote typesetting ............................................. 310
Compression and viewing ................................... 311
Too many standards ...again ............................... 311
How printers work with portable documents ...... 311
THE INTERNET ................................................. 313
CD-ROM ............................................................ 317
MULTIMEDIA ................................................... 319
Presentation ....................................................... 319
Simulation .......................................................... 320
Promotion ........................................................... 320
Education ............................................................ 320
Entertainment ..................................................... 320
Technical ............................................................ 320
Instructional ....................................................... 321

EPILOG ............................................................. 323

GLOSSARY ....................................................... 325

SOURCES .......................................................... 336

K02445399

# INTRODUCTION

Digital prepress involves the preparation of pages for reproduction on any kind of press or printing system. It has resulted from the broad evolution of five technological tracks in the world we call graphic communications.

Follow each column from top to bottom, left to right, in the chart below. The first column moves from handwriting to electronic publishing, integrating word processing and desktop publishing approaches as we evolved from the typewriter to typographic systems.

| | | | | |
|---|---|---|---|---|
| HANDWRITING | CALLIGRAPHY | TYPEWRITER | HAND INDEXING | DRAWING |
| TYPEWRITER | MOVEABLE TYPE | TYPEWRITER PRINTER | INDEX CARDS | PAINTING |
| TAPE TYPEWRITING | LETTERPRESS PRINTING | LINE PRINTER | PUNCH CARD SORTING | LIGHT LENS PHOTOGRAPHY |
| WORD PROCESSING | LITHOGRAPHIC PRINTING | DOT MATRIX PRINTER | MAINFRAME COMPUTERS | LIGHT LENS COLOR SEP |
| VIDEO WORD PROCESSING | FILM STRIPPING TO PLATE | 300 - 600 DPI LASER PRINTER | MINI COMPUTERS | DIGITAL SCANNING |
| NETWORKED PROCESSING | STEP & REPEAT CAMERA | DUPLEXED LASER PRINTING | PERSONAL COMPUTERS | COLOR PRINTING |
| TYPOGRAPHIC WORD PROCESSING | ELECTRONIC PREPRESS | VERY HIGH RES LASER PRINTING | MAGNETIC DISK STORAGE | DIGITAL PHOTOGRAPHY |
| DESKTOP PUBLISHING | IMPOSETTING | HIGH-SPEED PRINTING | ULTRA DENSITY STORAGE | COMPUTER ART & DESIGN |
| ELECTRONIC DISSEMINATION | ON-PRESS PLATEMAKING | INTEGRATED PRINTING BINDERY | HIGH-SPEED NETWORKS | ON-DEMAND COLOR PRINTING |
| ELECTRONIC PUBLISHING | TRADITIONAL PRINTING | ON-DEMAND PRINT/PUBLISH | DATABASE PUBLISHING | COLOR PUBLISHING |

1

K02445400

New digital technology for information dissemination is continually being introduced. In this first column, we are seeing increased activity in the area of electronic dissemination of information. This would cover CD-ROM, on-line services, portable documents, and other nonprint alternatives for delivering information. Initially this will include textual information that is reference-oriented, but is predicted to expand to cover magazines, journals, some kinds of books, and and other forms of information.

Rather than considering these new approaches as competitors to print, we see them as partners with print. Electronic approaches will not replace every facet of information delivery—and the data that is used to prepare pages for a press will be the same data that is used to prepare pages for these new delivery systems.

This is the very heart of digital prepress and printing. The pages or documents that are created with digital elements—text, art, photos—become a new form of digital original. In this form they can be converted to virtually any other form of replication or distribution format. These include:

- Digital file to page film for later imposition
- Digital file to imposed film
- Digital file to plate for later mounting on press—whether for lithographic, flexographic, gravure, or screen printing
- Digital file to plate mounted on press
- Digital file to digital press with rewritable plate for customized on-demand documents
- Digital file to portable document format
- Digital file to fax publishing
- Digital file to CD-ROM
- Digital file to on-line service
- Digital file to specialty printers for large format color
- Digital file to vinyl cutting device
- Digital file to new form of digital file.

Thus, digital prepress technology and application are essential if we are to reap the rewards of new approaches to information dissemination.

The second column shows the evolution from calligraphy to traditional printing. Over a few hundred years we have essentially mechanized and then automated handwriting. We expect new developments in three related areas as electronic (now digital) prepress evolves. Traditional prepress became electronic prepress with the advent of color electronic prepress systems (CEPS) and then became desktop prepress with the application of personal computers and off-the-shelf software and now becomes digital prepress as all pages become totally electronic to interface with advanced printing systems.

Our output devices are now evolving into imagesetters that position multiple pages on large sheets of film or plate material. This will change or even eliminate traditional camera and stripping operations. Once we handle imposed units routinely, the film will be supplemented with a plate, and computer-to-plate production will finally arrive. We will need to see more activity in digital proofing and digital advertising standards for magazines and especially in data transmission.

We must be able to move gigabytes or terabytes of information from RIP to platesetter first. From there it is a quick hop, skip, and jump to onpress platemaking. We expect additional developments in this area beyond the seminal Heidelberg GTO-DI.

The next column advances from the typewriter to on-demand printing and publishing. There is an interrelationship between these columns, and we must credit word processing with being the pivotal technology in demand printing. Once pages could be input, edited, and stored in electronic form, whether they were in offices or in printing plants, our printout technology had to keep up. Today, the average desktop printer has the speed and capability to go

CALLIGRAPHY

MOVEABLE TYPE

LETTERPRESS PRINTING

LITHOGRAPHIC PRINTING

FILM STRIPPING TO PLATE

STEP & REPEAT CAMERA

ELECTRONIC PREPRESS

IMPOSETTING

ON-PRESS PLATEMAKING

TRADITIONAL PRINTING

beyond printout of the occasional memo or letter to be an on-demand printing system, in either black or color.

The laser printer was a natural adjunct to page production. It became a de facto copier as users printed out the number of pages needed for their audience, rather than printing out one master page and then using reproduction technology. Resolution levels, which have steadily increased, are now hovering around 600 dpi and heading upward. Speed levels have increased for different user needs. Duplexing ability has increased. Networking functionality has increased. These enabling technologies are important functional components of the overall systems capability that will be required.

A natural progression has led to color. From personal and desktop color printers to digital color presses, as they are called, we are applying new technology to the printing process. The object is eventually to provide the quality and capability to compete head-on against traditional ink-on-paper printing.

The next natural step in the printer process will be the integration of bindery capabilities. These include collating, folding, stapling, strip binding, and so on. They combine to produce a finished document.

The Eastman Kodak Lionheart and the Xerox Docutech have pioneered this area, but mid-range systems are coming to the industry to bring high-speed digital printing and document production—in color—to medium-sized organizations.

On-demand printing is part of a manufacturing philosophy called "just in time" delivery, which eschews inventory and warehousing and replaces it with the immediacy of almost instantaneous production. Because of the nature of the printing process, we had to make (repro-

| |
|---|
| TYPEWRITER |
| TYPEWRITER PRINTER |
| LINE PRINTER |
| DOT MATRIX PRINTER |
| 200-600 DPI LASER PRINTER |
| DUPLEXED LASER PRINTING |
| VERY HIGH RES LASER PRINTING |
| HIGH-SPEED PRINTING |
| INTEGRATED PRINTING BINDERY |
| ON-DEMAND PRINT/PUBLISH |

duce) more products than we may have needed in order to reap any economic benefit. Often the product became outdated and had to be discarded. Today, we can apply a number of technological approaches in the production of printed matter on demand—and update the information with each iteration of production.

The next column in our chart shows a path from the lowly index card to database publishing. This latter term covers a lot of ground. It mostly describes the extraction of data from computer files and inclusion of that data in documents, where data can become information.

Data represents numbers, and numbers have no meaning unless they are placed in some contextual environment. A database is also the storage place for vast amounts of information, textual or visual, in a format that allows search and retrieval.

Desktop computers also provide a fertile ground for the development and maintenance of databases. Often, the information in these databases becomes part of a sales catalog, price list, or other material. Utility programs are available to link the data from the database to the document pages. These links also allow you to establish tags that define the typography and other formatting of the information.

Image databases contain large collections of pictures and other graphical objects that are stored for retrieval. For each object, a text-based entry must provide sorting and searching information so that images can be retrieved in an efficient manner. High storage volumes are required for the maintenance of any kind of database.

The last column starts with drawing and painting and ends with color publishing. Artists are only now exploring the boundaries of digital technology for creative purposes, and this area will grow rapidly as they master these tools.

| |
|---|
| HAND INDEXING |
| INDEX CARDS |
| PUNCH-CARD SORTING |
| MAINFRAME COMPUTERS |
| MINI COMPUTERS |
| PERSONAL COMPUTERS |
| MAGNETIC DISK STORAGE |
| ULTRA-DENSITY STORAGE |
| HIGH-SPEED NETWORKS |
| DATABASE PUBLISHING |

Case 1:06-cv-00032-JJF   Document 178-20   Filed 08/06/2007   Page 11 of 51

K02445402

In digital scanning, we expect more desktop scann[ers] at lower prices with competitive specifications. This w[ill] bring quality scanning within the reach of most use[rs]. Even with the gradual introduction of digital photog[ra]phy, the scanner will still be a necessity.

Color printing continues to evolve. Look for more acti[v]ity in plain-paper color printing with ink jet or toner or d[ry] ink approaches. Proofing is a part of this area, and there is a lot of activity in it. The advent of stochastic screening m[ay] change the way we reproduce and approve color. The trad[i]tional rosette will be gone and frequency-modulated do[ts] will take its place. This may make some existing color prin[t]ing technologies more applicable for color proofing.

| DRAWING |
| PAINTING |
| LIGHT LENS PHOTOGRAPHY |
| LIGHT LENS COLOR SEP |
| DIGITAL SCANNING |
| COLOR PRINTING |
| DIGITAL PHOTOGRAPHY |
| COMPUTER ART & DESIGN |
| ON-DEMAND COLOR PRINTING |
| COLOR PUBLISHING |

Digital photography will accelerat[e]. This includes the transitional technolog[y] called Kodak Photo CD, which is a hybr[id] bridge between the color negative and t[he] digital world.

Computer art and design will advan[ce] as most artists and designers adopt ele[c]tronic tools. More schools are routine[ly] teaching these new approaches, and artis[ts] who enter the workplace will be adept a[t] producing computer-ready art.

Lastly, on-demand color printing wi[ll] reach a crescendo. We expect high-spee[d] acceptable-quality printers that outpu[t] process color from PostScript files. Thi[s] technology will be applied by commercia[l] printers and related graphic arts firms t[o] develop new markets for short-ru[n] reproduction.

All of the technological areas we hav[e] discussed are related in that they provid[e] more productive approaches to preparing pages and documents—with type and ar[t] and photos and color—for reproduction or for presentation on a video monitor, o[r] for output to a personal or professiona[l] printer, faster and more effectively.

## THE DIGITAL PRINTSHOP

The printing industry is changing . . . again. It is ap[p]lying a host of new technologies to aid in the creation and production of pages for reproduction, by print or nonprint methods.

Each of the technological areas is unique in and of it[self], but in total they combine to form new kinds of sys[tems] for digital prepress that have usurped a major part of the market from proprietary and specialized systems.

### Text and image input

Begin with the input or import of text and graphics and pictures—the essential ingredients of page design and production. Usually text starts in some word processing program and artwork starts in a drawing program or scanner.

### Digital scanning

The electronic scanner has been with us for more than 30 years. It was the technology that transformed the color separation business and led the way into color prepress systems. The price dropped rapidly in the last decade from half a megabuck to less than $20,000 for a high-quality drum scanner, now small enough to fit on a desktop along with all those other desktop machines that all together do not fit on a desktop.

In 1994 the worldwide population of desktop drum scanners exceeded the installed base of high-end drum scanners, putting both commercial services and their customers within an arm's length of reflection and transmission scanning. Eventually, scanners will be standard peripherals on every desktop.

### Digital photography

Scanners will become obsolete, we are warned, as photography goes digital. The Kodak Photo CD, a winner with professional users, is a transitional technology that buys time until electronic cameras catch up with their promise. Even if they do, there will still be a large base of material that still has to be scanned, so don't sell the scanner just yet.

K02445403

*Digital data and image conversion*

Some volume of text and graphics and pictures a ready exists in electronic form, but probably the wron electronic form. New utility programs routinely conve one form (like GIF) to another form (like TIFF). Thes graphic format conversion programs are an essential pa of the changing world of graphics standards.

*Digital data and image storage*

Without low-cost and high-density data storage, would not be possible to handle the voluminous files th result from the documents and publications produce with digital color technology. You can be assured that sto age disks will get much smaller, store more and more g gabytes (rather than megabytes) of data, and cost less.

*Digital character recognition*

OCR just will not die, no matter how much electroni text is handled. Converting the typed or printed word int coded data is still a requirement for material that has n ASCII file. As the number of typewriters goes down, th number of files in electronic form will go up, as mor pages are initiated in word processing programs.

*Design and preparation*

If there is one area that had the most profound effec on the printing and publishing industries, it must be tha of computer-aided art and design. It has changed the rela tionship between the page creator and the page producer.

*Digital art and illustration*

In the past, much of what an artist did was really don by the commercial printer. The rubylith overlays, tissue in structions, and margin notes allowed the creative profes sional to communicate with the commercial producer. I fact, it was only after the printer had worked the magic o film that the creators actually saw what they had created in the form of a preliminary preview—a proof.

No more! The art and design professional creates anc produces with new electronic tools. Commercial printers

now receive more than half of their work in digital form— but there is no consistency. The creative professional now takes responsibility for typography, color, and production. Some files are ready to run; others require extensive re- work. There is no longer a clear demarcation between cre- ative and production worlds. Where does creativity end and production begin? Now there is the problem of re- sponsibility.

*Digital image manipulation*

Production systems still handle image manipulation productively, but much of this capability is also moving backward to the creative person, as the personal com- puter—and the imaging program—acquire more and more power, and the creative persons themselves become more adept at handling photographic images.

*Digital page and graphic design*

Design is a creative process that plays "what if" games with page elements. Design programs and the pow- erful desktop computers that run them are the perfect tools to accomplish this. Creative professionals who do not use computers will be rare indeed.

*Digital color creation*

The printable color revolution wrought by Trumatch and others is now at everyone's fingertips. Mixed-ink col- ors often cannot print in traditional CMYK process printing. Users can select from multiple color systems with relative ease, with feedback as to what can print and what cannot print. "Can print" is better. Blends and gradations are common because they are easy to produce.

*Digital type and color intelligence*

The concept of artificial intelligence says computer programs can make decisions that humans make. In type, we are already seeing automatic pair kerning, tracking by point size, automatic ligatures and quotation marks, intel- ligent hyphenation and justification, and other automated typographic functions.

K02445404

In color, we are starting to see automation in trapp color calibration, and color management. And do not get about automated imposition, which is an important pability if we are going to output pages to imposed 4-, 8-up, or more-up film or plate materials. Little by little are programming our systems to make decisions t skilled people used to make.

*Digital color management*

The color that the scanner sees, that the moni shows, that the computer calculates, that the proc proofs, that the imagesetter images, and that the press really prints may all be different. Color management is vancing rapidly to control and "manage" the co between various devices and programs— artificial cc intelligence, if you will.

PRODUCTION OUTPUT

Creative pages are useless until they are output for production. This might involve output to paper (to mak pasteup), to film (to make a plate), directly to plate (to on press), directly to a plate premounted on the press directly to a digital printing press. In fact, almost every production process now accepts digital files.

*Digital rasterization*

Converting the page that you create on screen i data that a printout device can handle is the raster (ima process—placing each dot precisely where it is suppo to go. RIPs are finally catching up with the page product process, incorporating sophisticated graphics and pict functionality to drive high-tech printout systems.

*Digital page and color proofing*

No one in their right mind would commit to a hi quality print run without a proof—today. One level proof checks the page elements and imposition and other checks the color. Both areas are under attack by n technology . . . and new thinking. What if the moni could be calibrated to display the color properly? Wha

the color intelligence could be trusted to make the right de cisions? What if we could accept a proof without halftone dots? In any case, there will still be digital color proofing.

*Digital page filmsetting*

Most imagesetters output film or photo paper as a sin gle page or a two-page spread. Resolutions have gone well beyond the 2,400/2,540 dots per inch of earlier devices, but the advent of new halftone screen technology using fre quency modulation of laser dots allows high quality at lower resolutions.

*Digital signature filmsetting*

The 4-up, 8-up, and more-up film flat is a reality. Called "imposetters" to distinguish them, these behe moths reduce manual stripping—but only if every page and every page element is in electronic form. Magazine advertising has yet to make that conversion, but it will. Manual stripping will continue to exist for certain classes of work, especially where minor changes are required for reprinting.

*Digital page platesetting*

The 1-up plate is fine for duplicator presses and their ilk, but it is being challenged by electronic printers that in crease in speed and quality with each passing model year. Most imagesetters have had the ability to run polyester plates for years, but few users have seen the economy in the 1-up plate. The direct platemaker photographs artwork onto a polyester or paper plates, and quick printers have known of their advantages for years.

*Digital signature platesetting*

The imposed plate is the most important plate, and the 8-up plate may be more important than the 4-up. More than six metal 8-up computer-to-plate systems were intro duced in the space of two months in the fall of 1993, and the number of suppliers is now more than ten. Each plate setter has the ability to take digital data and produce a set of metal signature plates for color reproduction. There are

still issues to overcome, but it appears that larger printi[ng] organizations will adopt this new technology.

## REPRODUCTION AND DISTRIBUTION

The object of communication is to disseminate info[r]mation. The film and the plate are the enablers for the tr[a]ditional printing process, but short-run on-deman[d] approaches are applying digital printing technologies, b[y] passing film and plate altogether. In most cases there [is] still an image carrier and a replication process. TV an[d] radio systems broadcast information; paper communic[a]tion requires reproduction.

### Digital b&w page printing

Call it a printer and you get the idea. In fact, man[y] copiers are scanners on the top and digital printers on th[e] bottom. The trouble with the word "printer" is that it doe[s] not distinguish between the lowly printer on your desk an[d] the high-performance production printer in the printshop.

### Digital color page printing

Call it a digital color printer or digital color press an[d] you have one of the futuristic reproduction devices of th[e] 21st century—an electronic competitor to the traditiona[l] ink-on-paper printing system.

### Digital color and b&w signature printing

The advent of the imposetter that outputs to film an[d] even to plate directly supplements the large-format print[ing] press. Signature printing is still the most cost-effectiv[e] reproduction technology of today and of the predictabl[e] tomorrow for documents with high page count and run[ ]length characteristics, and challengers will have to wor[k] hard to change this inescapable fact. On-demand printer[s] have the advantage in the production of complete docu[ments, but only in short runs at present.

### Digital press and bindery control

The programs that create your pages know the ink patterns based on the color coverage on the paper and can

set ink controls accordingly. It may also be possible to place bar codes in nonprint areas so that higher levels of postpress signature selection and assembly could create new classes of custom products by sorting printed signatures into publications.

### Digital personalization

Traditional printing has adapted ink jet and other techniques to selectively address and personalize signatures either during or after printing. This capability goes beyond mere name and address imprinting. It is possible that the bar code could also be imprinted with information about who you are as well. With new electronic presses, the entire page is variable, and text and images can be customized to specific people.

### Digital document distribution

More than half the effort of reproducing a page has very little to do with the reproduction approach. Thus, the digital data that results from the creative, preparation, and production stages could also be used for electronic dissemination. Digital prepress goes beyond the press, but that is where we must start.

You can see that we have also gone beyond desktop publishing. Digital prepress is the confluence of diverse technologies, applications, and processes whose ultimate goal is the reproduction and/or distribution of documents.

## ACROSS THE DIGITAL DIVIDE

The digital revolution is upon us. From art and design to printing and publishing, the graphic arts world has been reduced to bits and bytes. We now live and work in or near cyberspace. Today, the creative originator makes digital files as a byproduct of the creative process; the printer receives digital files as input for the reproduction process. What should unite these two groups often divides them.

Commercial printers receive more than half of their work in digital form, but there is no consistency. We have to reeducate the entire creative community about proper preparation.

14   POCKET GUIDE TO DIGITAL PREPRESS

## RESPONSIBLE PAGES

Why do some jobs run effortlessly and others do no[t]. The ability of the art professional is a big part of it. Tho[se] who know the secrets to QuarkXPress and PageMake[r], Photoshop and Illustrator, among other programs, can cr[e]ate what are called "responsible" pages. An irresponsi[ble] page mixes Pantone and CMYK colors in a gradient blen[d], specifies 212 line screen halftones, has 39 typefaces wit[h] missing EPS files, and traps all colors indeterminate.

One must prepare pages and documents based o[n] meaningful standards of quality but also on pragmati[c] standards of reproducibility. Can the pages be output b[y] the replicating system successfully?

## PREFLIGHTING

Another element in successful output is the prefligh[t] and analysis ability of the commercial printer or prepres[s] service. Their attention to detail in resetting all dialo[g] boxes to the proper printout device and making certain a[ll] files are present and accounted for assures that the docu[-]ment will actually print. Printers are also offering newslet[-]ters, seminars, training sessions, and consulting for thei[r] customers in order to increase communication betwee[n] creator and manufacturer.

Creative pages are useless until they are output to fil[m] (to make a plate), directly to plate (to go on press), direct[ly] to plate on press, or directly to digital press—or even t[o] digital file on disk or on-line service. Newer reprographi[c] technologies will only accept digital files, so both creativ[e] professionals and print professionals will have to wor[k] more closely. We need to bridge the digital divide by com[-]municating with each other and making technology wor[k] for us. The goal of this small book is to help you under[-]stand the various elements that make up pages and docu[-]ments and how they are used to disseminate informatio[n] in the brave new digital world.

# SECTION 1
# INK ON PAPER

K02445407



# CHAPTER 1

## REPRODUCTION PROCESSES

The word "printing" has long implied ink on paper, even though many of the newer electronic reproduction systems use toner instead of ink. Thus, the manufacturers of toner call toner "ink" and we have even more confusion.

The terms "printing" and "duplicating" are used synonymously because they both deal with the replication of pages or documents. Yet, the distinction must be made between conventional *ink-on-paper* printing, which requires a one-time-use image carrier (plate) that can only carry one image and replicate it forever, and *toner-on-paper* printing, which applies a reusable image carrier (drum or electronic plate) that can be reimaged continuously to produce a complete document.

"Duplicating," as a term, was initially applied to utility-level printing presses that produced moderate quality, black-and-white printing. Today, duplicating applies primarily to copier and electronic printer replication technology, although vestiges of the older offset relationship remain. When used in combination with "copier" or "printer," it implies higher speed and greater performance. Here are some typical replicating systems:

| | Speed | Quality | Page Size | Input | Carrier | Color |
|---|---|---|---|---|---|---|
| (Office) Printer | Low | Moderate | Standard | Data | None | Low-Mod |
| (Color Office) Printer | Low | Mod-High | To 11x17 | Digital | None | Low-High |
| Printer/Duplicator | Mod-High | Mod-High | To 11x17 | Digital | Drum | Low-Mod |
| Copier | Moderate | Moderate | To 11x17 | Analog | Drum | Low-Mod |
| Copier/Duplicator | High | Moderate | To 11x17 | Analog | Drum | Low |
| Digital Color Press | Moderate | Mod-High | To 11x17 | Data/Digital | Drum | Mod-High |
| Color Proofer | Low | High | To 11x17 | Digital | Drum | High |
| (Office) Duplicator | High | Moderate | To 11x17 | Analog | Plate | Low-Mod |
| (Offset) Press | Very High | High | Signature | Analog | Plate | High |
| Direct to plate on press | Very High | High | Signature | Digital | Plate | Mod-High |

K02445408

### Speed

Reproduction or printout devices usually measu...
speed in pages per minute and pages per hour. However, si...
nature-oriented printing presses use impressions per ho...
because they are running a large single sheet of paper wi...
multiple pages on it. For comparison purposes:

Low: 10 standard (a standard page is 8½x11 inche...
pages per minute or less, single-sided or duplexed.

Moderate: 60-90 standard pages per minute, singl...
sided or duplexed.

High: 120+ pages per minute or more, single-sided ...
duplexed.

A printing press could operate at 10,000 impression...
(sheets) an hour and each sheet could have 16 pages. Th...
equates to 160,000 pages per hour or 2,666 pages p...
minute.

Document printers produce a finished document wi...
automatic binding. We are still trying to measure cost an...
productivity when a complete publication is produced c...
demand rather than a number of publications produce...
with traditional approaches.

### Color

Color capability is also described with general terms:

Moderate: Black plus highlight colors, or moderat...
"process" color.

High: High-quality "process" color, primary colo...
plus black.

Low: Black plus one color, or low-quality "process...
color.

### Input

Analog: A physical sheet of paper or some other su...
strate, with images thereon, serves as a master image f...
reproduction. It could be photographed through a len...
(traditional copier), digitally scanned, or plated directly c...
via film for conventional printing.

Digital: Electronic information consisting of rasterize...
text and images in page form.

Data: Text-oriented, usually not divided into pages.

---

### Technology

Three primary technologies are used for digital repro-
duction today:

1. Offset lithography—at the duplicator (11" x 17" and
below) level, and signature level (17" x 22" and above) with
film-to-plate, computer-to-plate (both off-press and on-
press).

2. Waterless offset or dry offset—same as offset but
without the need for fountain solution (ink/water bal-
ance).

3. Electrophotography—creating an electronic
(charged) version of the page image on a rechargeable sur-
face, attracting toner particles and then transferring the
page image to paper. The charged page image can be cre-
ated either with light reflected from the original page
image through a lens or digitally mastered by laser light.

The first two lithographic offset processes are used for
high-quality reproduction, especially where color is con-
cerned. However, a major advantage of the printing pro-
cess is the ability to print a signature consisting of 8 to 16
or more pages at one time.

Combined with automated bindery equipment, this is
the most efficient approach to the production of publica-
tions with large page counts (100 pages or more), repro-
duced in high numbers (1,000 copies or more). A quick
comparison:

| | Best for | OK for | Worst for |
| --- | --- | --- | --- |
| Offset lithography | High page count, high copy count docs | Moderate page count, moderate copy count docs | Very short runs of most work |
| Waterless offset | Very high quality halftones, color | | |
| | Special or heavier paper stocks | | |
| | Color reproduction | | |
| Electrophotography | Very short run reproduction | Limited run docs or moderate page count | High-quality color |
| | Most black & white flat items | Moderate quality color | Long runs |

K02445409

20   INK ON PAPER

*Inappropriate applications*

The preceding overly simplified chart shows that con[ventional] printing is best for longer run, higher page coun[t] applications and electrophotography is best for shorte[r] run, lower page count applications of moderate quality. Most commercial printers still apply conventional printing, which makes the previous statement true, especially fo[r] those who buy printing. Over time, you will learn th[e] kinds of jobs that run best on certain types of presses o[r] with certain technologies. The three approaches listed ar[e] the most typical, but a lot of digital prepress has to do wit[h] the size, shape, and other features of the press.

It is not only printing technology that must be consid[ered]. Most electronic systems have integrated sorting an[d] some level of binding (if only stapling). If the final result i[s] a number of completed sets or units, then the integrate[d] approach may turn out to be more cost-effective, since con[ventional] printing systems require an entirely separat[e] step for almost all postpress operations.

*Cost factors*

One-color printing traditionally means black an[d] white, although it can also mean the use of any single colo[r] of ink. On a per-page basis, an interesting phenomenon re[lates] to conventional versus electronic printing/copying.

|  | Conventional | Electronic |
|---|---|---|
| The higher the page count | Cost drops per page | Cost rises per page |
| The shorter the page count | Cost increases per page | Cost drops per page |
| The longer the run | Cost drops per page | Cost stays the same |
| The shorter the run | Cost increases per page | Cost stays the same |
|  |  | Cost per page stays the same |

However, these statements are not true all the time fo[r] all jobs. Integrated sorting and stapling, as well as inte[g]rated saddle stitching and perfect binding, give a cost and time advantage to many documents and publications pro[duced] on integrated digital systems in very short runs. Run length, page count, bindery requirements, and time factors all play a role in selecting the optimum process.

REPRODUCTION PROCESSES   21

*The continuum*

There is no clear demarcation between reproduced work on conventional or electrophotographic approaches. The user of a small-format signature press who tries to produce 100 books with 200 pages each could do the job but would be at a disadvantage compared with a 135-page-per-minute electronic printer with on-line binding. If the quantity was 10,000, they would both be at a disadvan-tage compared to web printing and traditional bindery. In other words, there is a level of optimum applicability for each kind of reproduction technology.

Conventional printing is advancing primarily in the area of color control (on-press densitometry, registration, ink settings, etc.). Automatic plate loading is becoming a reality and, when linked with direct-to-plate production from digital files, could result in the more effective produc-tion of single-and multiple-color work; so far, though, this has not been demonstrated.

There is much more activity in the area of digital printing. Newer devices are now routinely incorporating 4-color printing with on-line sorting and finishing. The Xerox Docutech and the Kodak Lionheart are the continu-ation of a technology that began with the Xerox 9200 copier and will erode the use of black-and-white offset at the duplicator level. They have integrated bindery with production speeds that compete with offset duplicators.

Most of all, the trend is toward digital creation of page files. Reproduction technology must link with page cre-ation technology. Then we will go from page file right to reproduction device and to bindery.

DIRECT DIGITAL LINKS

Most pages today are being created at the desktop level, with word processing or advanced page publishing programs. In the past, we had to incur significant cost to print these pages out on photographic paper as "art" for the prepress stage of the reproduction process. We can now go directly to paper, film, plate, or digital press.

In the past we have provided raw data to a produc-tion service, which performed certain functions and then

K02445410

## 22   INK ON PAPER

formatted the data into pages. That file was proprietary in that it could only be used to generate those pages on the company's output device. The original file also had to be free of any special functions so it could be converted to pages by the outside service.

Today, we can maintain independent files in standardized form and take advantage of the significant opportunities for communicating them in any way we want.

### Page processing

Most files are essentially stored in micro, mini, or mainframe computers as text databases. This means that they are unpaged. Desktop publishing files are stored in microcomputers as pages and/or as documents. Most organizations maintain the integrity of their databases but take the data into desktop programs for paging. This information is then used for final output. The organization has the benefit of controlling its own database, its own format and its own output, whether that output is produced through an internal or an external service.

### Centralized or decentralized

The advent of the desktop computer has changed the way in which organizations handle their data and the pages. It is now possible to download the data from the central computer, process it at the desktop level, and then put it into page form. The users can then decide how they want to disseminate the resulting document.

There is increasing decentralization as users take responsibility for some of their pages. The reason we say *some* is that organizations need professional assistance in producing pages, so it may be that there are production departments to assist them. It may be that all pages pass through a centralized production department or outside service.

The advent of new technology for reproduction, the decentralization of page production, and the balance between procured and internally produced work will require better management of the publishing function in order to control and direct costs, schedules, and standards.

## REPRODUCTION PROCESSES   23

To meet the demands of publishing in the next decade, organizations must understand the nature of their work and match it to the diverse equipment, systems, and techniques that are available or will be available.

### Reproduction

All printing techniques use mechanical and electronic systems to apply colorants to substrates such as paper, cardboard, or plastic in order to make multiple copies of original images for mass distribution. Each unit of a printing system is usually a different ink color. The more units, the more colors that can be applied to the paper in one pass through the press.



With multiple ink units, multiple colors can be printed in one pass through the press. Spot color printing uses any color or premixed ink for reproduction. Process color printing uses four transparent inks—cyan, magenta, yellow, and black (CMYK)—printed one on top of another in varying amounts or densities. Color photographs and other artwork are reproduced by this method.

Most modern printing presses transfer ink from a cylindrical printing surface, on which is mounted an image carrier, to moving sheets or webs of paper. Presses that print webs can achieve speeds of 2,000–3,000 feet per minute. Presses that print on sheets are generally slower than continuous web presses, but can print on thicker substrates, such as bristol board and even plastic.

Advances in photography and electronics have had a profound effect on the manufacture of printing image carriers (plates). Light-sensitive materials such as diazonium resins and photopolymers make it possible to produce durable printing surfaces photographically and digitally rather than mechanically. Digital prepress systems allow rapid production of the films used to transfer images to image carriers. Some image carriers are prepared directly by lasers or diamond styli.

K02445411

## 24   INK ON PAPER

### THE PRINTING PRESS

The major characteristic of a printing press is the pla[te] or image carrier.



Traditionally, the plate is created by exposing high-in[tensity] light through a film negative to the plate materia[l]. No matter what the printing technology, presses mu[st] have an image carrier (plate) which reproduces the sam[e] page or pages over and over again. Even electronic prin[t]ers have an image carrier, but it is one that can be reim[aged] for each page passing through the system.

There are three basic levels of printing press. Each ha[s] different characteristics and quality levels.

*Page or signature*
Page/Sheet (Duplicator): Single sheets for 1-4 pages.
Signature: A sheet of paper with 4-16+ pages on it.
Web: A continuous roll of paper, printing signatures.

*Sides*
Presses can print on only one side at a time, or bot[h] sides at a time.

## REPRODUCTION PROCESSES   25

*Perfecting:* Print both sides of sheet with a single pass through the press. Also called duplexing.
*Non-perfecting:* Print on one side only with pass through press.

*Sheet size*
The size of the sheet of paper is a primary characteris-tic. It determines the number of pages that can be printed at one time and the amount of paper waste:
Sheet size: From page size up to 40" x 60".
Cut-off (on web): The final page size the cutter/folder produces.

*Colors*
The press can print black and white only, two or three colors, or process color, or six to eight colors:
Single color
Multiple (or spot) color
Process color
Process color plus additional spot colors

### PRINTING PROCESSES

There are many reproduction processes. Each has ad-vantages and disadvantages.

| Process | Major Advantage | Major Disadvantage |
|---|---|---|
| Letterpress | Fast makeready on press | Lower quality photos |
| Offset Lithography | Major process | Moderate makeready |
| Dry Lithography | Special press | Higher quality |
| Flexography | Varied substrates | Heavier substrates |
| Gravure | Long runs | Long makeready |
| Intaglio | Fine fine detail | Only fine line detail |
| Screen | Varied substrates | Lower quality photos |
| Stencil | Inexpensive | Lower quality photos |
| Electrophotography | Short runs | Long runs |
| Ink Jet | Varied substrates | Speed |
| Bubble jet | Inexpensive | Very slow |
| Thermography | Business cards | Expense |
| Thermal transfer | High quality | Consumables cost |
| Dye sublimation | High quality | Relatively slow |

## 26    INK ON PAPER

Relief (Letterpress)

Substrate

Relief surface

Intaglio (Gravure)

Substrate

Intaglio surface

Planographic (Offset)

Substrate

Planographic surface

Ink-on-paper printing falls into three main categorie...

*Relief:* The image to be printed rises above the surfa... Letterpress and flexography use this approach. This i... three-dimensional image.

*Intaglio:* The image to be printed is recessed into t... surface. Gravure and intaglio printing use this approach.

*Planographic:* The image and nonimage areas are ... the same plane. Lithography, water or waterless, uses th... approach.

### LITHOGRAPHY

The most prevalent printing process today is off... lithography. Its underlying principles were established ... a Bavarian composer, Alois Senefelder (1771–1834), w... found that a wet limestone surface would repel an o... based ink, and that an image drawn on the surface wi... the equivalent of a grease pencil would repel water and ... tract ink. The image on the stone surface could be repr... duced by bringing a sheet of paper into contact with t...

## REPRODUCTION PROCESSES    27

inked image with even pressure over the paper to make the image transfer to it.

Wrong reading

The image on the stone was backwards:

The image on the stone was wrong reading (backwards) so it could become right reading when transferred to the paper—like a rubber stamp. Eventually it was discovered that the stone image could be right reading and then transferred to another surface which then transferred the image to the paper, making it right reading.

Right reading

At the turn of the 20th century, limestone (the *lithos* in lithography) was replaced with metal plates and the ink was transferred from the plate surface (right reading) to an intermediate rubber surface (wrong reading) and then to the paper (right reading). The rubber intermediate, called a "blanket," transfers ink to paper and other substrates.



Ink

Water

Plate cylinder

Blanket cylinder

Impression cylinder

Lithographic plates are the least expensive printing surfaces available today. These aluminum plates have a light-sensitive surface coating that undergoes a solubility change when exposed to intense blue and ultraviolet (UV) light. Images are exposed on the surface by exposing the plate through a film positive or negative. Some plates can be exposed directly, as in a graphic arts camera, by exposure from a film negative, or by a computer-to-plate laser system. The objective today is to go directly from computer to plate.

Modern offset lithographic presses range in size from small sheet-fed duplicators with a maximum of sheet size of 11" x 17" to massive web presses capable of printing millions of copies of magazines or catalogs, in full color.

K02445413

## 28   INK ON PAPER

### WATERLESS OFFSET



Plate cylinder — Ink-repelling nonimage area
Blanket cylinder — Aluminum or plastic base printing plate

Ink and water don't mix—that's the basic premise [of waterless] lithography. In conventional planographic (flat image carrier) printing, an exposed and processed printing plate [has] oleophilic (oil-loving) and hydrophilic (water-loving) ar[eas] on the same plane. In the waterless printing system, [the] image area is recessed. There is no water in the printi[ng] process, so the problems that water causes, such as pa[per] expansion, wrinkling and buckling, misregistration, i[nk] adhesion, and drying are virtually eliminated.

The absence of dampening transforms the fundame[n]tal dynamic of waterless lithography from ink/water t[oler]ance to ink/temperature control. Waterless offset prin[ting] plates were developed by 3M in the late 1960s as *driography*; however, it gave up marketing of the plate because the poor scratch resistance and durability.

In 1973, Toray Industries Inc. of Japan develope[d] positive-type waterless plate which featured better scra[tch] resistance, better reproduction, and better ink repellen[cy] with longer life, than the driography plate. Toray star[ted] marketing the plates in 1978 and developed the negati[ve]type waterless plates in 1985.

## REPRODUCTION PROCESSES   29

Waterless plates, the platemaking system, and special waterless inks have been regularly improved, and the press temperature control system developed to provide an optimal waterless printing system.

Waterless plates are based on laminate design, and have a straight-grain aluminum base that, unlike conventional offset plates, has not been anodized. A light-sensitive photopolymer material is bonded to aluminum, then covered by an ultra-thin coating (two microns) of silicone. The plate surface is protected by a transport cover film so thin—seven microns—that it need not be removed during exposure because it yields no appreciable dot gain or undercut. Plate thickness varies from 0.15 to 0.40 mm.

*Exposure and development*

A positive (or negative) film is placed on the plate to expose it to UV light in the vacuum frame or a step and repeat machine. Exposure times are comparable to those for conventional presensitized plates; however, vacuum time may be 10% to 15% longer. UV exposure activates the photopolymer, causing a break in the bond between the photopolymer and the silicone layers. The plate supports a dot range from 0.5% to 99.5% at a screen ruling of 150 lines.

In the developing process, the silicone layers in the image areas are brushed off the plate. The image areas are made of a photopolymer and are slightly recessed so that the ink in the image areas does not spread out in the printing process—less dot gain. The plate processing chemistry consists of a tap-water solution for lubrication, and a glycol-based solution for treatment with a dye solution, which recirculates and is not discharged from the processor. Total processing time for a 40-inch plate is about 2.5 minutes.

In the finishing stage, a blue dye solution is applied to the plate to provide a visual contrast between image and nonimage areas; a slight etch is added to the photopolymer image areas, thus making it more ink-receptive; and the nonimage areas of the plate (which had been softened during pretreatment) are hardened. The unwanted images are deleted by applying a special stop-out solution over the area with special silicone.

K02445414

*Processed plate*

On the finished plate, the nonimage area is compose of a two-micron coating of ink-repelling silicone. The imag area, slightly recessed, consists of the ink-receptive ph topolymer material. The silicone to resist ink, the ph topolymer to attract ink—this allows the plate to pri without the use of water, etches, or alcohol. Its intaglio-typ surface provides supporting walls around each portion the image area. Because individual dots are supported, th screened film image can be transferred to the plate with e ceptionally low dot gain or growth. Midtone dot gain is r duced by up to 30% compared to wet offset processes.

The recessed image area allows the plate to carry greater charge of ink, allowing for reproduction of high ink densities. Resolution of 200 to 300 lpi can be achieve with negative working plates, and 400 to 600 lpi with pos tive plates. Waterless printing plates must be handled wit reasonable care to avoid scratching and can be reused.

*Waterless presses*

The waterless system does not require dampening Offset presses without dampening systems may be use for waterless printing if the press room is well air-cond tioned. The optimum temperature range for the inks/in rollers is 80° to 88° Fahrenheit. With a properly configure press, an operator can run waterless, conventional, or bot processes. Each color (cyan, magenta, yellow, and black) the process inks runs at a different temperature. (Black said to require a hotter temperature than yellow or ma genta; cyan is between).

Besides water-cooled ink rollers, another design cool the plate surface with an air-blowing device, which is l cated at the plate loading position of the printing unit on swing-away mounting. Pressroom temperature must als be maintained by air conditioning, as the temperature the press changes with the ambient temperature.

*Paper and ink*

Quality papers yield excellent results running wate less, with less picking and better acceptance. Because th

nonprinting areas of the waterless plate are silicone rub ber, spray powder buildup may result in abrasion. The abrasiveness of paper fibers from stocks that give off fiber can have an adverse effect on the plate.

Waterless offset inks have high viscosity, low tack, and good stability, as well as being quick-setting and high gloss. The background (nonimage area) starts showing the toning results due to heat buildup during long-run print ing unless an effective cooling system is available.

The temperature of the plate surface at which toning starts is called "Critical Toning Temperature." It is affected by factors such as roller settings, contamination of inks by remaining roller wash, and plate wash on the press. To avoid toning, the most effective approach is to cool the vi brator roller in the inking system with chilled water.

*Color proofing for waterless systems*

The waterless system prints clearly, sharply and with minimal dot gain, and it is important to match the proof ing system. Waterless offset handles 300+ line screen color, but no color proofing system exists that is ideally suited for waterless printing. The features of the waterless process that challenge analog color proofing systems—fine line image resolution and minimal dot spread from film separations to the printed image—are ideal for digital proofing systems.

To fully capitalize on high-quality characteristics of waterless printing, a tactic called "sharpening up the film" uses finer screens to produce dots that are closer together, which could also lead to an increase in optical dot gain. To compensate, midtones should be fuller on the film to en sure sharper results on the printed sheet.

*Waterless printing system limitations*

Like other printing systems, waterless lithography has its limitations:

*Substrate limitations:* The waterless process is more compatible with stocks that have a high degree of paper strength. Although waterless inks have an initial tack that is comparable to or lower than conventional offset inks,

K02445415

their running tacks are higher. To overcome the higher re-
lease factor of waterless inks, substrates with high surfac
strength or pick resistance are recommended. Because in
tacks are affected by temperature, it is recommended the
waterless inks be run below the critical toning level.

*Plate durability/sensitivity:* The nonimage area of th
waterless plate is a two-micron coating of a silicone rubbe
material. This surface is not as resistant to scratching o
abrasion as anodized aluminum. Waterless plates requir
careful handling in delivery to press and in mounting o
press. Plate life will be shortened when running mor
abrasive stocks. Because the nonimage area of the plate i
softer than the positive in the image area, the plate wi
tend to wear or become ink-sensitive in the nonimage area
The more durable positive plate is recommended for us
with more abrasive stocks.

*Paper dust concerns:* The waterless process requires ad
ditional attention to dust control. With conventional litho
graphy, the dampening solution tends to lubricate th
plate, removing foreign particles. With waterless plates
the paper dust sticks to the plate, resulting in hickeys
which are costly in terms of both productivity and qualit
control. The solution is to keep the pressroom as clean a
possible (which is a challenge) and use varieties of stoc
that produce a minimal amount of dust.

RELIEF PRINTING

Relief printing processes work on the same principl
as a rubber stamp. Ink is applied to the raised portions o
the printing image carrier, and is then transferred by pres
sure to paper or some other substrate. Letterpress and flex
ography are relief printing processes. Letterpress printin
uses a rigid metal or plastic printing surface and a high
viscous ink. Flexography uses a soft rubber or plasti
printing surface and a fluid ink.

LETTERPRESS PRINTING

Letterpress originated with the invention of movabl
metal type in the middle of the 15th century and was th
primary mass printing process for five centuries. In th

mid-20th century, letterpress printing lost its popularity to
lithography. Letterpress "plates" were originally prepared
by assembling thousands of pieces of metal type plus
raised metal engravings of pictures, artwork, and other re-
lief images. Ink was applied to the raised areas of the metal
and then transferred under pressure to paper.

After the 19th century, one did not print directly from
the composed metal pages. Duplicate letterpress printing
plates were made from a plaster or papier-mâché mold of
a page form, and a metal duplicate called a stereotype was
cast. Stereotyping provided a one-piece printing surface
that could be used instead of the original metal relief ele-
ments. Curved relief stereotypes are still used on rotary
letterpresses for newspapers.

*Photopolymer plates*

In the early 1960s, a new way of making relief printing
plates appeared. A thick coating of photopolymer on a
metal or plastic support was exposed to ultraviolet light
through negative film that allowed the light to pass
through to only those areas that transferred ink. The pho-
topolymer hardened, or polymerized, in these areas, and
the remaining unexposed coating was washed away with
water or some other solvent. The result was a plastic relief
printing plate.

FLEXOGRAPHIC PRINTING



Flexography is ideal
for printing on materials
such as metallic foils and
plastics. This process uses
plates (originally made of
molded rubber) that were
impressions of the origi-
nal relief surface, such as
composite type forms
and engravings. Rubber
plates are then mounted
on a single cylinder; each
plate must be registered

in relation to the others. Photopolymer plate material were introduced in the 1970s. With water-based inks used in flexography, toxic solvents are eliminated. Flexographic printing presses are simple in design because the fluid ink is easily distributed to the printing surface without a complicated inking system. Printing is usually done on rolls of webs of paper, plastic, or foil rather than on cut sheets, and the printed rolls are then converted into finished products such as wrapping paper and packaging.

## GRAVURE



Gravure (also called rotogravure) uses an image carrier that is a smooth metal cylinder with an array of tiny recesses, or cells (more than 50,000 per square inch). The cylinder, which can be in excess of eight feet wide, is partially immersed in a reservoir of solvent-based fluid ink. As the cylinder rotates, it is completely covered in ink. A doctor blade running the entire length of the cylinder wipes the ink from the surface so that ink remains only in the cells. The ink is transferred to a moving web of paper forced against the cylinder under great pressure.

Gravure cylinders are usually made of steel with a thin surface layer of electroplated copper. The copper can be chemically etched or mechanically engraved to form the cells that will transfer ink. Once the cells have been created, the cylinder is electroplated with a layer of chromium to produce a hard surface for the doctor blade. Each cell transfers a tiny spot of ink to the paper and each varies in depth from each other, causing the density of the resulting ink spots to vary. This enables gravure to print a wide range of gray tones and render excellent color reproductions of photographic originals, even with lower than average resolution (about 300 dots per inch).

Color printing is accomplished, as with other processes, by using separate printing cylinders for the cyan, magenta, yellow, and black inks. The web is transported by rollers from unit to unit and can print at speeds of about 3,000 feet per minute. After each color is printed, the web passes through a dryer, where the solvent base of the ink is evaporated. The solvent is either reclaimed or burned to produce energy. Gravure printers have now also begun to use water-based inks.

The cost of a set of gravure cylinders has restricted the use of gravure printing to long-run jobs (millions of reproductions) such as mass-circulation periodicals, mail-order catalogs, and packaging (and even wallpaper and floor tiles). The manufacture of gravure cylinders using computer-controlled electronic engraving machines has reduced the time required to prepare a set of cylinders, but they are still far more expensive than lithographic image carriers.

Intaglio printing is related to gravure in that it employs engraved flat or rotary printing surfaces of steel to print currency, bonds, stock certificates, and high-quality business stationery. Ink is transferred from engraved recesses on the printing surface directly to paper. Intaglio printing reproduces artwork with fine lines and small solid areas, but cannot be used to reproduce photographic images or large unbroken solids.

## SCREEN PRINTING



Originally called silk screen printing because of its stencils, screen printing is used for signage, printed circuit boards, plastic containers, and printed garments. Stencils had been produced photomechanically, but now digital techniques are being used. A fine fabric or metal mesh is

K02445417

stretched over a rectangular frame, and a photopolym[er] coating is applied. Exposure of the photopolymer throu[gh] a film positive causes it to harden in the areas that will n[ot] print. The unexposed material is washed away to crea[te] the open areas of the stencil. This screen is pressed again[st] the substrate to be printed, and ink is forced through th[e] open areas of the stencil with a squeegee. Screen can pri[nt] on practically any surface, including paper, plastic, met[al] and three-dimensional surfaces.

### Electrostatic plates were the beginning

These plates are used for short-run printing on dup[li-]cator offset presses—the platemaker is essentially a fam[iliar] copying machine. The original or master copy is placed o[n] a copyboard and exposed through a lens to the paper [or] plastic material. The exposed plate material is automat[i-]cally advanced, processed, and ejected from the devic[e] ready to load on a duplicator printing press.

This technology, which was introduced in the 1960[s] helped to create the quick printing business (also aided [by] the high-speed copier).

Platemaking became electrophotographic. As wi[th] copiers, a photoconductive layer is charged electrostat[i-]cally (like static electricity), either positively or negativel[y]. The polarity of the charge depends on the type of phot[o-]conductive insulating layer. When exposed, the areas [of] the coating subjected to light lose a portion of the charg[e] depending upon the intensity of the light illumination. Th[e] variation of the amount of charge retained on the coate[d] plastic, paper, or metal plate creates an electrical pattern [of] the image.

The image is made visible by spraying the image are[a] with charged particles (toner), which carry an opposi[te] charge to the initial charge applied to the plate and insula[t-]ing layer. The toner adheres to the areas that have retaine[d] the charge. The toner image is then fused onto the sheet b[y] heat and pressure.

The result is a plate made in minutes with good qua[l-]ity levels; run length is moderate. These plates were use[d] on Multigraphic, A.B. Dick, and Davidson presses.

## INK JET PRINTING

A computer-controlled array of ink nozzles produces images on a moving sheet or web of paper. There are vari-ous methods for controlling the stream of ink droplets. In the continuous approach, electronic deflectors position the drops. Another method spits out the ink only as it is needed. Ink jet spits the ink at the paper; bubble jet tech-nology sort of drools it onto the paper.

Continuous



Nozzle ● ● ● ● ● ● ● ● ● ● ● ● ● ●

Drop on demand



Nozzle ● ● ● ● ● ● ▼

Simple ink jet printers are used routinely to print vari-able information such as mailing labels, and are sometimes installed on the end of a conventional printing press or bindery line. Sophisticated color ink jet printers are also used to produce high-quality proofs.

## ELECTRONIC PRINTING

Traditional printing processes employ a fixed image carrier (plate) that transfers the same image of ink to the substrate during each rotational cycle of the press cylinder. Mechanical ink transfer allows these processes to operate at high speed. Because of the cost of making a set of plates, mounting them on the press, and running the press until the printing is in register and colors are correct, these processes had required fairly long press runs to be eco-nomically feasible, although printing systems have be-come more capable of shorter runs. For very short-run printing (less than 3,000 copies)—especially of highly vari-able information—electronic printing processes are the most applicable.

## 38    INK ON PAPER

### Electrophotographic printing

Electrostatic copiers have an image carrier surface tha is coated with a photoconductive material such as sele nium or cadmium sulfide. A photoconductor acts as an ir sulator, retaining a charge of static electricity. Areas of th surface illuminated by reflected light or by a laser becom conductive and lose their charge. The remaining areas r tain their charge, attracting oppositely charged particles colored toner, which is then transferred to a piece of pape or plastic using electrostatic forces rather than pressur Some color electrophotographic printers can reproduc color originals with image quality approaching that of of set lithography.

### Desktop publishing

In the late 1980s, a virtual revolution occurred in typc graphic communication with the advent of desktop pu lishing (DTP) technology. Driven by the plummeting cos and miniaturization of semiconductor electronics, afforc able personal computers originally developed for wor processing became capable of preparing publications fron very basic to very sophisticated. When prepared with ap propriate layout software, a graphic designer could creat sophisticated layouts, choose from thousands of typeface arrange the pages according to predefined formats, c change them interactively on the screen of a low-cost per sonal computer.

Once prepared to their satisfaction, the page or docu ment file could be output from laser printers for low-cc proofs or electronically transmitted to a commercia printer which would set its imagesetter to lay down raste lines. This electronic preparation is carried out by a Pag Description Language (PDL). A PDL provides exact instruc tions to the laser on where to apply the dots on output th build up a series of type characters, line art, and pictures. The laser printers were generally low-resolution 30 dpi devices, not adequate for professional requirement The PDLs also linked the computer to high-resolution phot imagesetters so that high-quality film for high-quality printing could be done.

## REPRODUCTION PROCESSES    39

### DIGITAL PRINTING

The relationship between traditional printing and electronic printing is complementary and competitive. Digital color printing processes are increasingly used to predict the appearance of images before they are processed into films and plates for lithography, gravure, or relief printing, thus reducing the likelihood that changes will be necessary after the job has reached the press. In ad dition to this proofing function, they are also used for the reproduction itself.



### Copier duplicators versus offset

Offset duplicators will normally print on 8½" x 11" and 11" x 17" and related size sheets, as do copiers. There is strong competition between the two processes regarding speed, quality, and economics. There are also offset presses in that size range. There are technical differences such as the number of form rollers, registration system, and so on. Except for offset printing personnel, most people only need to know that the press is capable of printing much higher quality on complex work. This is brought out be cause the author believes that a press is also capable of producing higher quality than any copier-duplicator, in cluding digital. The following comparisons are between offset duplicators and high-volume copiers, including those called copier-duplicators or duplicators.

40   INK ON PAPER

1. Quality should be checked for true solids, halftone (photograph converted to dot patterns to produce details) reproductions (including maximum screen ranges), fine line detail, ability to hold faint images, and general overall quality. Ideally, this comparison should be made several weeks after the last maintenance. Both options may be excellent at the time of maintenance, but what are their relative qualities after that?

• Either process will do an excellent job on general linework (type, graphs, etc) with the exception of letterhead, where the offset process is more professional.

• Digital copiers, particularly 600 dpi, will be superior to average offset duplicator work. However, if the offset duplicator operator is highly skilled, then we prefer offset duplicator work. Analog copiers are third.

• Copiers can print solid coverage over a much larger area because they are not limited by the ink roller constraints of the offset process. Appearance over smaller solid areas is a matter of preference.

• Copiers are the clear preference on many combination jobs, such as a heavy solid adjacent to a fine line. To the copier, it doesn't matter. Offset duplicators have problems balancing the two.

2. Operator skill requirements are greatest with an offset duplicator, but the high-end digital copiers with their many capabilities also require considerable skills.

3. Paper variety is clearly in the offset duplicator's domain, because they can run both lighter and heavier stocks.

4. Machine costs depend on quantity and number of pages. Specifically, the offset process has higher initial costs, but lower per-copy costs. Eventually, at a certain quantity, printing becomes more economical.

5. Operator costs strongly favor the copier because the lesser skill requirements usually mean lower wages. Perhaps of greater importance is that it is common for one copier operator to run two copiers. We have seen one operator run three machines, but productivity will be lost unless two of the machines don't require much operator intervention and the copiers are laid out properly. Most offset duplicators need one person for one machine (al-

REPRODUCTION PROCESSES   41

though we have seen one operator run two machines), but at least one must be running quantities of 5,000 or more where the operator has an hour or so between printing plate changes. Otherwise there will be too much idle time for one of the offset duplicators.

6. Speed in terms of first copy time will always favor the copier, because no printing plate has to be made; therefore, the copier can have the first copy reproduced in seconds. Some of the automated in-line paper master-to-offset duplicators are not too far behind, but when making a printing plate which requires a negative, then even a person dedicated to the task will require close to 30 minutes to produce the first copy. Likely more important is that the high-volume copiers have an *interrupt* feature which requires minimum time and bother to produce another job, even if a different paper is involved. Under the same situation, the offset duplicator will encounter considerable problems, including putting the original job's printing plate back on the offset duplicator.

*Comparison*

If both are running 8½" x 11" sheets with copy on only one side, then it is speed versus speed. The fastest offset duplicator, which is *not* a best seller, is faster than the fastest copier. The fastest common high-speed copiers normally will outproduce the commonly found offset duplicators *as long as both are running 8½" x 11" sheets*. If any deviations occur and the offset duplicator has the capabilities, then the offset duplicator will outproduce the copier. The reason is that any deviation from an 8½" x 11" sheet has a major impact on copier speed, but minimal or none on the offset duplicator. For example, a very high-speed copier may have a rated speed of 8,100 copies of 8½" x 11" one-sided sheets per hour, but if you change that to 11" x 17" copied two sides, the rated speed drops to 1,740 sheets per hour. A duplicator with 11" x 17" duplexing (printing two sides in one pass) capabilities will produce at the same speed and likely average more than 6,000 11" x 17" sheets per hour. Speed then must be calculated on quantity plus sheet size and number of copies.

K02445420

*Copier versus offset cut-off points*

The offset process requires the making of a printing plate, which can vary in costs, including labor.

1. From less than 25¢ when making a *paper master plate* in a process similar to making a copy. Some copiers can make paper masters. Some copies can also be used to make a paper master plate for subsequent printing.

2. Through several dollars for a direct-image plastic plate.

3. To possibly more than $10 for a negative and a metal plate.

Copiers *do not* need an intermediate step to produce copies. At this point, copiers have a decisive cost advantage. Once running, though, printing ink and chemistry will cost less than 10% of copier ink and chemistry (toner), and offset has no meter click charges, as most copier plans do. Simply put, offset duplicators cost considerably more to get the first copy, but each additional copy has a lower unit cost than the copier. The basic formula for one sheet (one or two pages) is:

$$\frac{(\text{Offset Pre-Run Costs} - \text{Copier Pre-Run Costs})}{(\text{Copier Running Costs} - \text{Offset Duplicator Running Costs})} = \text{Breakeven Point}$$

It follows, then, that the breakeven point would be directly related to the platemaking processes. For example:

1. Offset duplicator pre-running costs are $0.24, including paper master cost, transfer of the master to the plate cylinder, and an average of three sheets of paper before the first good copy is achieved.

2. Copier scans in the copy when the copier is running, which is no pre-running cost.

3. Offset duplicator has ink and chemistry costs of $0.0002.

4. Copier has chemistry and meter click total charges of $0.0062.

The cut-off point calculation is:

$$\frac{(\$0.24 - \$0.00)}{(\$0.0062 - \$0.0002)} = \frac{\$0.24}{\$0.0060} = 40 \text{ copies}$$

Thus, 40 copies is the breakeven point. More than 40 are more economically produced on the offset duplicator. Less than 40 copies belong on the copier. Exactly 40 copies is a *wash*. This, of course, is provided that either option can meet the quality and service requirements without any overtime.

Interestingly, if only the metal plate option exists, the formula is *not necessarily* applicable. For example, suppose the metal plate option costs $10. Using the formula per se with the same running cost differences produces:

$10/$0.006 = 1,667 copies

Conceptually, then, printing becomes more economical at 1,667 copies. In reality, if the film and metal plate cost $3 and no overtime is involved, then the thinking may (and likely should) be in terms of *real dollars leaving the organization*. This would equate to:

$3/$0.006 = 500 copies

If it is 1,667 copies, then $10 leaves the organization and goes to an outside copier vendor. If the offset duplication option is employed, then $3 (actually $3.33) goes to outside vendors, with the remaining $7 staying within the organization.

Is 500 copies or 1,667 copies the correct breakeven point? Most copier vendors will tell you that 1,667 copies is correct, because they treat *internal* and *external* money the same. The author believes that they are quite different and would lower the breakeven point according to workload circumstances at the time.

If the operation typically produces 50 or more copies of a single sheet, it is worthwhile to investigate copiers that use intermediate masters. In essence, the machines have an initial master cost, but the per-copy costs should be lower than any copier option. The machines employ digital technology and are PostScript compatible. They fit into the office environment, where printing presses clearly do not, with speeds comparable to the fastest copiers and monthly ratings of 500,000+ copies. Duplexing is manual.

*Multiple-page copier versus offset cut-off points*

When the economics of multiple-page copiers are considered, formulas still apply, but they must be coupled

44   INK ON PAPER

with common sense. In the previous section, the example paper master cut-off point equated to 40 copies for single-sheet work. Once multiple pages are involved, then the types of binding and the available equipment must be considered. For example, if the job:

1. Delivers 8½" x 11", flat, collated sets, such as loose-leaf or comb binding, and the printing option is coupled with sufficient sorter bins, then the primary difference is pulling out of many bins versus one copier location. The printing option has a minimal time and inconvenience increase over the copier. The cut-off point may increase to 50 copies. If stapling is involved, this must be done off-line with the printing operation, but on-line with the copier option. Dependent upon plant layout, the additional time may increase the cut-off point to 75 or 100 copies.

2. Were the same as above, but all collating were done off-line, then the decision is one of collating capabilities. On many collators, the job can gather more than one set per cycle, depending on the number of pages and pockets available. For example, if the collator has 50 pockets and the job has 14 sheets, it may be able to gather three sets (50/14) with each cycle.

3. Is saddle-stitched, some copiers can do the job on-line, whereas others require an off-line operation. The key considerations are number of pages and quantity. A press which perfects 11" x17" sheets will require 20 to 30 minutes for each four-page form, depending on camera size, platemaking capabilities, and operator skills. Material costs must be added to this time. Once running, the press is producing approximately four times as many sheets-per-hour as the high-speed copier and at a lower per-copy cost, even though copier companies generally treat 11" x 17" sheets as one meter click (same price as 8½" x 11" images). The other consideration is that the copier will saddle-stitch at full machine speed, so it makes no difference to the copier whether it is binding 8-page or 40-page booklets. The off-line saddle-stitcher may produce 50% more 8-page booklets per hour than 40-page booklets, but in terms of total pages, it is much faster with 40-page booklets, perhaps three or four times faster. Of course, if the booklet has

REPRODUCTION PROCESSES   45

a separate cover and the copier has no practical means of feeding the cover, then the copier option is likely out unless the quantity is quite small—then manually inserting the covers may be a viable option.

Copiers generate heat. This will cause problems if inks such as rubber base are used, because the ink will melt. Unlike the relative simplicity in determining the single-sheet cut-off point, multipage cut-off determinations require visualizing the procedures and costs of various alternatives.

REMEMBER THE PRESS

Most color reproduction problems must be solved before they get to the press. It makes no sense to keep a million-dollar piece of equipment idle because the job was not reviewed or produced properly. These problems result because page files are produced electronically without regard to the limitations of the printing process.

A page image may look beautiful on screen and even proof from a thermal printer with ease, but neither of these steps will assure proper reproduction with ink and paper. Only the knowledge of the originator or the service that works with them can produce jobs that run effectively.

The first step is for the originator/designer/computer artist to consult with the printer and/or prepress service to make sure that problems are not being designed into the job. Rough sketches and dummies allow feedback about any potential layout problems—perhaps certain spreads or bleeds could be handled differently.

Because press sizes and capabilities vary, it is usually a good idea to know the printer and its equipment before you start. Designing and producing for a theoretical printing press is dangerous.

Always be sure to review the printer's imposition to see how the job will run on the press. Be especially aware of which pages follow each other through the press. Whatever ink density is needed by the first page in line will influence the ink on the pages following. If a page with a heavy cyan area is followed by a page with virtually no ink, there may be a bluish ghosting effect, or streaks on pages down the line.

46    INK ON PAPER

TIPS ON MAKING PAGES WORK ON PRESS

1. Design the printed piece to take advantage of standard press and paper sizes—special-sized paper will cost more and is more likely to encounter problems on press. Allow space for the "gripper" that grabs the paper and pulls it through the press, as well as an area for crop and registration marks, color bars, and other test images.

2. The printer will usually be a primary selection and some alternatives. If you or your prepress service are planning to use a proofing system that is not on the printer's list, make sure to review it. Proofs from office printers are not adequate.

3. Try not to have photos running across the page gutter of a spread, except in the center spread—it is difficult to align the different parts of an image and maintain consistent color when each side has been printed on a different page, and even more so when the two sides fall on different signatures.

4. Watch reverse type. It should be sans serif and large—at least 10 points, although this varies with the press and paper, to say nothing of the font. Thin fonts fill in easily or get lost in the background.

5. Avoid designs that demand perfect trim. No press is perfect, and trim sizes cannot be held exactly.

6. Be especially careful when overprinting type on a four-color or tint image. Avoid busy areas in photos. The white or color of the type could get lost in white or color areas of the image.

7. Reproduce all thin lines, boxes, very small type, and rules in *one* solid color only. Keeping these lines registered in two, three, or four colors can cause problems. Remember, if registration is off a few mils on a mechanical device, it is not a pretty sight.

*Diagnostic tools*

Color bars are best. This standard test image has star targets, slur targets, and doubling targets, which show the

REPRODUCTION PROCESSES    47

condition of the printing dots. There is also a numerical indication for reviewing dot gain printing across the sheet. The other printer's tool is the densitometer, a device for measuring the ink density on the printing sheet. Many of these devices are computerized and highly sophisticated. Although the color bar is the testing device, the densitometer is the means to measure the results of the test. These tools work in conjunction with each other.

*Color printing standards*

The standards movement was initiated by magazine printers and publishers because they work with film from various advertisers and their agencies, combine that film with editorial film, and then print the entire job. The extremely wide variety of film sources and manufacturers led to a correspondingly wide variety of film formats and quality levels, making the printer's job nearly impossible.

Publication printers, advertising agencies, color separators, and publications developed and began to meet SWOP standards. SWOP stands for Specifications for Web Offset Publications. Commercial web printers and high-quality sheetfed printers produce their own spec sheets, which detail how they want the film prepared. We are only now developing such standards for digital files.

*Printing variables*

You must know how you are going to finish the printed piece before you start it. Pages must be imposed on larger sheets with proper margins, gutters, and alignment marks. You must know the printing process.

Here is a list of many of the variables that affect the offset printing process:

Quality of input material
   - Type of film used for original
   - Sharpness and detail of images
   - Quality of scanning process and resultant image
   - Limitations of scanner
   - Scanner adjustments
   - File structure of digital file

K02445423

## 48  INK ON PAPER

Screen angles used
- Undercolor removal applied
- Screen ruling level applied
- Grayscale
- Middle tone shift

**Paper**
Opacity
Color
Porosity
Absorbency and uniformity of absorption
- Moisture content
Smoothness
Roughness (texture)
Gloss
First surface and internal reflections
Elasticity
Impression tolerance
Thickness/caliper
- Paper compressibility
Surface
- Chemistry of coating / sizing
Paper size and trim
Waste

**Chemistry**
pH
- Alkali
- Neutral
Purity of water
- Acidity
Amount of water in ink
Amount of ink in water
Amount of water on plate
Balance and adjustment
Physical attributes
- Perceive line tones, hues
- Judge accurate register and alignment
- Make detailed adjustment
Disposal approaches

## REPRODUCTION PROCESSES  49

**Ink**
Opacity
Transparency
Ink fountain solution balance (except for waterless)
Ink emulsification
Gloss
Ink dryer composition
Tack
Viscosity
Dynamic viscoelasticity
Elasticity
Color sequence (wet ink trapping)
Ink formulation "properties"
Composition of the vehicle
Pigment and particle size
Ink level
Drying time
Setting time
- Single color
- Overprinted layers
Shift ink amount
- Volume of ink feeding
Balanced inks
- Grayness, hue, error, etc.
Temperature
Cohesion and adhesion

**Paper**
Grain
- Highlight
- Shadow
Image surface
Dot gain or loss
Variation in sensitivity
Ink holding and transferability
Paper dust levels

**Press**
Mechanical nature of press
- Adjustments
Packing of blankets
- Impression

## 50  INK ON PAPER

Printing speed
- Squeeze out
- Impressions per hour
- Impression intervals
- Printing intervals

Machine construction
- Paper path
- Paper supply
- Double sheet detection
- Jam sensors

Composition of rollers
- Cylinder diameter
- Gears (degree of wear)
- Bearer to bearer settings
- Ink, train, cooling system

Printed dot gain
Deformation
- Slurring
- Doubling
- Offsetting

Printing units
- Number of color units
- Convertible
- Reset time

Perfecting
- Color capability

Printing sequences
Humidity and moisture effects
Static electricity
Water composition
- For fountain solution
- Water effects on halftone dots/trapping

Drying temperature
- Pressroom temperature
- Machine temperature
- Inking system temperature

Printing process
- Mechanical condition

Here is a general list of areas to check before and during your page creation:

## REPRODUCTION PROCESSES  51

1. Will the trim size of the finished document allow the best use of the signature sheet? A minor change in only one dimension could eliminate lots of paper waste.

With paper pricing at record levels and shortages of many grades of paper, it now more vital than ever before that you design and plan the job for optimum use of the paper sheet. Remember, paper comes in weird sheet sizes and your design should try to use as much of the paper acreage as possible.

2. What printing process and paper will be used? Set your halftone screen and dot gain accordingly for printed photographs.

How much dot gain is there on-press for a given paper stock? How much dot gain is expected on-press from the film stage to press sheet in the midtones? Printers might tell you the amount of dot gain expected from the proof stage to the press sheet, but this is an incorrect value to use. Coated stock registers a dot gain of 18% to 25% in the midtones. Dot gain for uncoated stock and newsprint varies from 30% to 40%. Because midtones register the greatest amount of gain on-press, Photoshop uses the gain in the midtones as a good indication of the gain that occurs over the rest of the image. If your printer is unsure of the dot gain value, use the default values provided for each type of paper stock in the Printing Inks Setup dialog box.

3. Will ink trapping be a concern? Older presses may not position colors as accurately as newer presses. This will affect your trapping values.

4. How many ink units are on the press? This will affect your ability to print process color (4-color printing) or to have unique spot colors. An eight-unit press would allow you to print process color, three spot colors, and a varnish, for instance. A two-unit press would require four passes of the paper through the press to do the same.

5. Will the paper you selected run through the press? Certain light-weight and very heavy stocks could be a problem. Work with the printer in paper selection so that it is

matched to the printing system. Some papers only come in certain sheet sizes, and this will affect your waste.

6. Will your film actually make plates the printer can print? Sometimes we output film at a service bureau and then bring it to a commercial printer. Are there registration marks? Color bars? Is the halftone screen one that can be handled? Are the tints at the right percentage? Do not get in the middle of a finger-pointing war as everyone tries to blame everyone else. Get all the facts and make sure all parties know about them.

7. Is your color optimized for the printing process? Each printing approach has different characteristics. You must set your color at the scanner or in an image manipulation program to match the gamut and other limitations of the printing process in use.

To generate a black separation plate, use either Under-color Removal (UCR) or Gray Component Replacement (GCR). GCR generates black throughout the image (colors and neutrals), beginning in the highlights. UCR generates black mainly in the dark, neutral shadow area, thus holding shadow detail better. Choose the one the printer recommends.

The total ink limit the press can support is a vital piece of information. There are recommendations in these areas from SWOP, SNAP, and others. Use this information in your Separation Setup dialog box.

8. Did you make a simple dummy to make certain about the number of pages? We print in increments of 4, 8, or 16 pages in most cases. Is your page count a multiple of the one that will be used? Are you one page over?

Always remember to set your page size in the page layout program to the *actual* page size, so that trim marks will be accurate. Do not position your smaller pages on an 8½x11 page, for example.

9. How will the document be bound? If it is going to be saddle stitched, you must make allowance for the margins as the number of pages increases. Margins must be consis-

tent so that the paper cutter will not cut through live copy when the pieces are trimmed.

Did you plan your margins properly? You may have different formats for left-and-right hand pages. Are you sure that the pages will output so that the proper format falls on the proper page?

10. Double-check your page order to reflect the printing approach. If you are outputting to a digital printer, it may only handle two-page spreads. Make certain you have selected the spreads function for output. If you use "tiling" to output a larger sheet, make sure you turn tiling off for output to the imagesetter.

11. Halftone line screen is affected by paper type and printing process. You can achieve a 400-line screen with waterless printing on coated stock. With offset lithography, it may vary by press and printer.

Determine the screen frequency potential of the press. The screen frequency may also vary depending on the plates. A higher screen frequency may be more expensive and directly affects the resolution of the scanned image. In general, the image resolution must be 1.5 to 2 times the screen frequency at which the image is printed—but watch the reproduction ratio. Many images are reproduced at a size larger than the scanned size; in that case, higher scanning resolution is imperative. For example, if the press can support a 150-line screen, you won't need an image resolution greater than 300 pixels per inch (ppi)—assuming same size reproduction. A higher image resolution does not provide better results and generates a much larger file size. A lower resolution for your image may create pixelated images.

12. Did you discuss retention of the film by the printer? Under trade customs, the printer owns the film and plates if the printer produced them as a part of the job. You may wish to have the printer store the negatives for a possible reprint. Is there an additional charge? Because negs are specific to a sheet size and press, they may not be usable

## 54  INK ON PAPER

by a different printer with a different press. Trade customs are usually printed on the back of the printer's estimate or proposal form.

13. Experience is the best teacher. Ask lots of questions and try to get many demonstrations of how jobs flow through a printing plant.

Do not hesitate to ask your printers about every aspect of the job. They can guide you in selecting and modifying images that print well.

# CHAPTER 2

## PREPARATION PROCESS ELEMENTS

It all started with the mechanical. Art and design professionals assembled the various page elements on a paste-up board. They had the type set, by whatever means, and printed out on photo paper as black type on a white background. This allowed them to paste the type on the paste-up sheet in the proper position for each page.



Art mounted on carrier sheet with tissue overlay for protection



Film negative

### MECHANICALS

Line art was reduced or enlarged to the proper size via a *stat*—a photographic print—that was also pasted in position. Black-and-white photographs were marked up with either tissue overlays or margin guides for cropping. A black (or red) box was pasted on the mechanical so that the entire entity could be photographed to a film negative, where the box would eventually become a clear window for the picture, which was shot separately and screened.

Color images were sent to a color separator, where they were separated into four or more films from which a proof was produced. This was indicated on the mechanical. Areas of the artwork with tints or spot color were indicated with a tissue overlay, or by means of a black (or red)

55

K02445427

mask cut to the size and shape required and assembled into position.

*Camera processes*

This entire entity, consisting of the mechanical (or pasteup or keyline) and the accompanying artwork, pictures, and films/proofs, was provided to the printer. Each element was photographed with a graphic arts camera to produce negative film. The resultant films were stripped into position on a sheet, merged with separated films or supplied films, and exposed to proofing material that had a blue cast to it and was called a *proof* or *"blue line."*

At this point, the artist, designer, and customer saw, for the first time, the piece as it would finally appear.

*Camera-ready art*

All of the preceding materials were referred to as "camera-ready art" because it was prepared to be photographed to film—and film was the basic building block of the printing process.

*Computer-ready art*

"Computer-ready art" is an all-inclusive term which describes the creation, integration, and revision of art, graphics, and page design for inclusion in promotional, presentational, document, and publication materials. The growth of electronic pagination as a part of word/page processing and electronic/desktop publishing has increased the integration of text and graphics. Most of these technologies have concentrated on text solutions (with the merging of art) and most are now addressing the art and graphics solution (the creation, revision, and integration of art).

All print-oriented materials must be graphically designed—that is a layout is made indicating the position of text and art elements. This function has traditionally been performed by creative professionals, called graphic designers, art directors, or illustrators, who applied minimal technology. Design and art instructions were then "translated" and implemented by production specialists for prepress operations and reproduction.

There are still users who cannot realize the full benefits of electronic publishing because art and graphics are not fully computerized. It is essential that art and design professionals create and produce digital art if we are to have the digital pages needed for new digital prepress and printing technology.

Computer-ready art represents the merging of existing technologies coupled with specialized software at the applications level. Electronic publishing deals with the production of pages and electronic art deals with the production of art, graphics, and design. Although there is significant overlap in functionality, creative professionals should not consider their tasks production-oriented.

*Graphics*

The advent of the personal computer, and especially higher resolution approaches to affordable color, linked to high-performance printout technology, makes it possible to provide new tools for the almost one million art and page professionals in the United States. As technology advances, electronic art capability will be brought to an increasingly larger base of users.

Graphics is, unfortunately, an all-inclusive term for many levels of nontext elements. Let us explore the entire range to put the subject in perspective.

*Text:* Let us remember that there are two aspects to text: the characters or symbols that you see and the codes or commands that determine the typographic aspects of the way you see them. Desktop programs let you see your type as type, style sheets, and palettes; and other tools (menus, dialog boxes, keyboard codes, etc.) allow you to define the typography you desire.

Text is produced in word processing programs and flowed into page templates and designs. Style sheets and other approaches let you format the text typographically.

*Tabular:* Part of text, but not easily done when working with proportionally designed characters. You just cannot use blank spaces to align items as you did on a typewriter. Some systems have more trouble with tabular material than they do with "graphics."

K02445428

## 58   INK ON PAPER



*Equations:* Multiple-level equations are as difficult as the formulae they present. Usually programs must be designed to handle equations, and character sets must have superior/inferior, Greek, mathematical, and special symbols. One could include chemical composition here as well, although it overlaps the category called line art.

*Rule lines:* Horizontal, vertical, and diagonal. Horizontal rules were easy, since they were produced as a dash repeated along the line, but vertical rules were more sophisticated. Today there are line tools in virtually every program for any kind of line.

*Boxes:* These are horizontal and vertical rule lines that meet at the corners. You can change line weight, color, shade, and even the shape of the box. Of course, these entities can be round or square or even polygons, and the outline rules can be sophisticated borders.

*Shapes:* These include circles, polygons, and freeform shapes. Polygon capability is expanding to allow outlining of images.

### Electronic art

*Bitmapped graphics:* Paint programs produce slightly blocky, dot matrix kinds of images. The techniques used in creating the images are more like painting than drawing. Seurat's pointillism, the form of impressionist art in which pictures are constructed of dots of paint, helps to illustrate this approach to graphics. Your computer screen builds images the same way that dot matrix and bitmapped graphics printers build them. Every image is actually made of collections of picture elements, or pixels.

## PREPARATION PROCESS ELEMENTS   59

*Business graphics:* Include visual representations of quantifiable data. The capability to create these elements may be integrated in the program, or interfaced from other programs that only produce business graphics, or from numeric data in spreadsheet programs which is translated into the chart or graph. Business graphics programs create charts and graphs. Some can use spreadsheet, database, or project-planning programs to generate the information presented in the charts. These programs display numeric values in different visual forms.

% of sales

100% —
75% —
50% —
25% —

A  B  C  D  E  F  G  H

**Product**

Typically, these are pie charts, bar charts, x-y-axis charts, or specialized presentations. They are generally used for presenting financial or marketing information. Their primary importance is in the way they illustrate business information. Charts and graphs can often tell a story much faster than text.

*Line art (raster):* Another general term that includes drawings made up of pixel elements, either created on the system or brought into the system via a digitizing scanner. Bitmapped data is not as modifiable as vector data.

*Line art (vector):* Usually associated with drawing program data. It refers to drawings produced on a system directly or scanned into a system and converted to vector form so as to allow sizing or other changes. Vectors are like little electronic rubber bands that connect the edges of an image as dots that make up a drawing. They can be changed in size or orientation.

Art systems use either bitmapped and/or vector images. Most digitized printers and imagesetters store font

information in vector form. Vector images contain less information about the objects they represent, and storing vector data is a lot simpler than the pixel-for-pixel approach of bitmapped images. Draw programs create graphics that are more like pen-and-ink drawings and use drawing techniques similar to those of traditional illustration. Because of the flexibility of vector images, all type is now vector-based. This allows the creation of typographic variations based on weight, width, and optical size, as shown in the following sample dialog box.



Design and illustration programs include features specifically designed for high-quality line-art production. CAD/CAM programs are different from draw programs, although they have all the features of draw programs. They deal with automatic dimensioning, object rotation, hidden-line removal, and movement the viewpoint through layers of an image. CAD/CAM software can take images already created in an engineering image library and convert them.

Vector data takes up much less space for simple images like type letters; only the boundaries between black and white are needed. Photographs cannot be vectorized because they contain grayscale data at every point. In fact, for very complicated line art, it is more efficient to scan the raster image than to digitize every possible vector point.



File Size per Square Inch (Kb)

As shown here, the type of image determines the amount of storage required. A logo is usually a vector file and relatively small. Grayscale images require data for each pixel, and color images require three or four times as much data as grayscale.

RASTER IMAGE PROCESSING

A raster image processor or RIP is a computer subsystem that takes raster data, vector data, and text data and "maps" it to a block of computer memory that, bit-for-bit, represents each pixel element on the output device—one bit of memory per pixel. A memory bit set to "1" means print the corresponding output pixel as black (ON); a "0" means to leave it white (OFF). A bit map is like a large sheet of electronic grid paper.

A RIP maps the halftone bits for pictures into memory. It also takes vector information and converts it to raster by plotting each bit that should contain an image. Sophisticated RIPs take text data, process it through a font engine to get the properly sized and positioned letterform vectors, and convert those vectors to rasters as well. The result in

K02445430

## 62  INK ON PAPER

computer memory is a dot-for-dot representation of the page image ready to be printed, with type, line art, and pictures in place—a bit map.

Tints are treated here as a separate category, even though many of the preceding levels include the capability. Many systems now routinely handle blends or gradations between colors.



Photographs are handled by the conversion, via a digitizer, from continuous tone to digital form (or someday from an electronic camera). This category is sometimes called "image" to separate it from "graphics," which some consider to be line art only. There are limitations on both ends that affect the halftone screen resolution. Back ends (output devices) can be categorized with the 10% rule of thumb: take the resolution of the output device and divide by 10—this will give you the maximum halftone screen that can be output. A 300 dot per inch printer can output a 30-line screen, for instance. To output a 133-line screen, one needs about 1,330 dots to the inch.

The process of digitizing an image into raster format is called *image scanning*. In most image scanners, a beam of light moves across the copy in small steps. At each step, a photosensitive device called a photomultiplier registers the amount of light that is reflected from the copy. Simple scanners register a "1" if no light is reflected (meaning the image area is black) and a "0" if all the light is reflected. For higher quality applications, 24 bits of data representing the intensity of the light for each color are sent to the computer for every single point read by the scanning beam.

In scanning type characters or line art, the computer converts the intensity reading to all black or all white. In scanning photographs, the intensity readings represent the gray scale for each pixel scanned. Color photographs are scanned by filtering the light and assigning tone values to

## PREPARATION PROCESS ELEMENTS  63

the individual intensity readings to compute the color properties of each pixel.

Editing pictures electronically via image processing is maturing, a lot like word processing evolved, except that the computer handles images instead of words. In the process of digitizing copy for a computer system, some slight degree of image degradation usually occurs. This relates to problems caused by the digitizing process itself. If the resolution of your scanner is too low, for example, your won't pick up all the pixels needed to exactly reproduce a piece of art. Or if the image you're digitizing has an edge that's 53½ pixels wide, that edge must be shortened to 53 pixels or lengthened to 54 pixels, because a pixel is the smallest unit the machine can process.

In addition to cleaning up bad scans and fixing vector distortions, image processing systems make it possible to use the computer creatively, to alter the scanned image or to create entirely new variations on a stored piece of artwork. Some of these systems are quite complex, and their use as creative tools will expand as their cost comes down.

*Emphasis color* is the ability to define elements that will be printed in solid or tinted colors, called "spot" color in the printing world. Many copiers are now providing a second color capability, and we expect laser printers to do likewise.

*Process color* is the mixing of certain primary colors to create the illusion of full color. Formerly reserved for very expensive systems that digitized photos or transparencies for makeup and manipulation of color images on a video display, personal computers are evolving to increasingly higher levels of color quality.

Because image processing capability is designed to be used primarily by artists, system designers have developed very sophisticated techniques for the user interface, the range of techniques that an individual uses to command the computer system. The latest image processing systems make very little use of the computer keyboard. Instead, they use light pens, pucks, or mouse pointers to pick commands from menus appearing on the screen.

K02445431

64  INK ON PAPER

Many systems incorporate the image acquisition process with on-line scanners. Sometimes an on-line interface to other computers is included, making it easier to transfer image files between systems. We make the mistake of thinking that we must always use the most advanced technology to solve our problems. We suggest that you use that part of advanced technology that does the best job—if doing so results in a hybrid system combined with traditional approaches, so be it. We see many potential users getting hung up on the subject of graphics and forgetting the original goal: getting the job done effectively.

Sizing is an elemental feature of image processors. Artwork can be made larger or smaller, either proportionally or in one dimension only. By adding to the pixels along the x axis while maintaining the number of pixels on the y axis, an extended image is created. Conversely, decreasing the x pixels while maintaining the y pixels creates a condensed image. This is *anamorphic distortion*.

In sizing photographs, it's easier to reduce than enlarge. You can always throw away pixels, but you can't add them if they haven't been scanned. For example, if a photo scanned at 500 pixels per inch is doubled in size, the resolution of the new image drops to 250 pixels per inch. In enlargements of more than 125% or so, rescanning of the artwork at the new size is necessary to maintain the reproduction quality.

More importantly, you can merge multiple scanned images and rotate the perspective of the copy. The software can often define the edge of an image to create outlines or masks, and you can drag images around the screen for positioning. Rotation uses a large amount of computer resources; for each degree of rotation, all the pixels for an image must be recalculated and remapped.

One can see that the term "graphics" may mean different things to different people. A clear definition of what is meant and what is required is mandatory.



# CHAPTER 3

## COLOR REPRODUCTION

Mapping the world of visible color has been as difficult as mapping the geographic world. Recall your early grade school class that taught the various methods for displaying the earth and its continents. Displaying the oblate spheroid of the earth as a flat map distorts the world. So, too, the color world is multidimensional and subject to distortion.

In the world of color we deal with fundamental variants that define a color:

**Hue** (also called the tone, tint, or tonality)—The qualitative variation of the color; how yellow, green, or cyan, for example, is the color. How green was *your* valley?

**Lightness** (also called value)—the relation of the color to white or black; that is, levels of gray or the intensity of the color (also called chroma). The dark at the top of the stairs.

**Saturation**—The purity of the color; the extent to which it differs from gray of the same value; how much hue is present.

**Brightness**—The visual sensation of an area emitting, transmitting, or reflecting more or less light.

The human eye sees reflected light radiation at each spot perceived through the human optical system and interpreted by the brain as color. The physics of the situation are simply that we can see a visible range between about 380 nanometers and 700 nanometers—wedged between the ultraviolet and the infrared.

Color is what the human eye sees, the result of interpretation by the brain of the stimuli received by the eye, depending on the nature of the light source and the object. Change any one of the three and the color is changed.

The visible spectrum contains trillions of colors. A color monitor can display millions of colors and a printing press can print only thousands of colors. The human eye

65

Case 1:06-cv-00032-JJF    Document 178-20    Filed 08/06/2007    Page 42 of 51

sees something in between. There is no universal standard for color. There isn't even a defined white.

## Color space

A color space is a scheme for representing color as data. For flat colors, one familiar scheme is the proprietary Pantone Matching System, which gives unique numbers to hundreds of distinct hues. The Pantone system is not useful for describing scanned images, however, because the majority of colors in the image do not match any Pantone color exactly, but rather lie between them. Pantone has no mechanism for quantifying these "in-between" colors.



Thus, a color space defines color in three dimensions. Most are built with three coordinates, which explains the preponderance of three-letter acronyms: RGB, HSV, XYZ, and so on.

## Maxwell's triangle

James Maxwell, a Scottish physicist, brought mathematical order to the search for a color model. In 1872, he developed a chart in the form of an equilateral triangle and suggested that all known colors could be located within this triangle. The Maxwell triangle identifies red, green, and blue as the three primary components of light, the primary colors at the corners of the triangle. These are the same colors that are the basis of television and computer color monitors. They are the primary colors of light, rather than of pigment.

In the center of the chart is white—the color produced by the combination of all components of the spectrum. All colors can be arranged within the triangle. As one moves along its edges, transitions are experienced: red changes to orange, then to yellow, and finally to green; green changes to blue; blue changes to violet, to purple, and back to red. Moving from the edge to the center of the triangle, the brilliance of each primary color is lost in a transition from full saturation at the edge to white at the center.

Maxwell superimposed grid lines, drawn parallel to each edge of the triangle, to establish a system of color notation. Any point within the triangle identifies a specific color sample, and was assumed by Maxwell to be definable by the quantities of the primary color it contains. This quantity can be measured by the distance from each primary color. In Maxwell's triangle, any point—any color—is defined by only two dimensions, the distance from point 1 and point 2.

## Enter Munsell

The Munsell color system was developed in 1905 by Alfred Munsell as a means of expressing relationships between colors. Munsell was looking for a way to move from one color to another through a path of orderly, progressive steps.

The Munsell chart was developed through experiments in which subjects were asked to arrange color chip samples under conditions of constant illumination and surroundings. It consists of a color "tree" of these chips separated into "leaves" according to hue. Within each hue leaf, chips are arranged in a grid, with discernible progressions of chroma (saturation) along the horizontal x axis and discernible progressions of value (lightness) along the vertical y axis. Unlike the mathematically symmetrical grids of the typical lookup table, the resulting color space more closely captures the geometric irregularities of human visual perception. Each leaf is different because with in different hues, the number of discernible colors varies with degrees of value and chroma.

K02445433

68  INK ON PAPER

The Munsell system provides a straight-line progression of steps in equal increments along both chroma and value dimensions. This characteristic provides a natural foundation for color navigation.

*Hue* was defined by Munsell as a circle of hues. He chose to designate as primary colors red, yellow, green, and purple. These colors, together with their complements (yellow-red, green-yellow, blue-green, purple-blue, and red-purple), provide a 10-part division that reminds one of a decimal system. The hues are spaced equally around the hue circuit. By colorimetric measurement, they represent consistent steps of hue change in equal gradations.

*Value*—as Munsell called the second color dimension—is similar to lightness, though related to pigment, not light. Black and white form the vertical axis of the color model. This axis extends from absolutely pure white (the presence of all color) on the top to ideal black (the absence of all color) on the bottom. Although neither of these ideal poles is attainable in pigment, the steps between them are highly definable as grays. They are numbered from 1 to 10.

*Chroma*, Munsell's term for the third dimension of color, is similar to saturation, though to Munsell it related more to the amount of colorant present. It is in this definition of chroma that Munsell's color model differs substantially from previous proposals. Although the circle of hues includes all conceivable hues, and although the value axis is all-inclusive, Munsell realized that new colorants are constantly devised and that chroma is therefore open-ended.

## CIE is born

In 1931, the Commission Internationale de l'Eclairage assembled in Cambridge, England, to establish a world standard for the measurement of color. By that time, modern instrumentation had made it possible to measure with fair accuracy the wavelength of any particular colored light. The commission took as its model the principles established 60 years earlier by Maxwell; it selected three standard colors, a particular red, green, and blue, with which to generate a version of the Maxwell triangle. The result was what is known as the CIE chromaticity chart,

COLOR REPRODUCTION  69

which became a standard in the lighting industry for measuring the color of light. In 1976, the CIE chart was revised to create a more even distribution of colors. The revised chart, now indicating colors in "uniform color space," is the current standard for measuring the color of light.

The diagram never defines white. Somewhere in the center of the diagram is the "white spot," that point where light from the three sources blends to form white light. Sunlight is one spot on the diagram and incandescent light another. This point is not fixed, as it is in the Munsell model, and is useful in describing the color of light from various light sources without implying a deviation from some established norm. The absolute white in the Munsell model is also theoretical.



The CIE chromaticity diagram, as a two-dimensional plot of hue and saturation characteristics, is a logical point for beginning computer color mixture. Values can be added to the chart by gradually reducing the intensity (brightness) of the light source until all light is removed and absolute black is achieved. The chromaticity chart becomes a three-dimensional color model: the CIE uniform color space.

## The CIE system

The CIE system starts with the premise that the stimulus for color is provided by the proper combination of a light source, an object, and an observer. In 1931, the CIE introduced the element of standardization of source and observer, and the methodology to derive numbers that provide a measure of a color seen under a standard source of illumination by a standard observer.

In 1931, the CIE recommended the use of standard sources a, b, and c, which were soon defined as standard illuminants a, b, and c, when their spectral power distributions were

measured. These sources and illuminants served the purposes of color technology well until the increased use of fluorescent whitening agents made it necessary to specify illuminants in the ultraviolet region more nearly representative of that in natural daylight.

The data representing the CIE standard observer forms is one of the most difficult concepts in the CIE system to understand. In an old experiment, light from a test lamp shines on a white screen and is viewed by an observer. A nearby part of the screen is illuminated by light from one or more of three lamps, equipped to give light of three widely different colors, such as red, green, and blue. These primary lights are arbitrarily selected but closely controlled. By adjusting the intensities of these lights, the observer can make their combined color on the screen match that of the test lamp. The amounts of the three primaries yield three numbers describing the test color, called the tristimulus values of that color.

Thus R, G, and B are the tristimulus values of the spectrum colors for this particular set of red, green, and blue primaries. In its 1931 recommendation, the CIE adopted the average R, G, and B data for a small number of observers as the experimental definition of the CIE 1931 standard observer. It was considered important to eliminate negative numbers among the tristimulus values. Therefore, a mathematical transformation of the standard observer data was made, representing a change from the original red, green, and blue primaries to a new set, which cannot be produced by any real lamps, called the X, Y, and Z primaries. The tristimulus values of the equal-power spectrum colors in the CIE X, Y, Z system provide the definition of the 1931 CIE standard observer in its most used form.

In 1976, a linear adaptation of the color space was performed to try to scale color numerical differences to correspond more closely to the visual color differences. The result was the CIE Uniform Color Space.

You have seen this chart that follows many times. It plots the available color gamut of what you can actually see and what machines can actually produce.



The CIE Uniform Color Space is associated with CIE-LUV colorimetrics. CIE-LUV is based on the theory that the eye and brain code colors into mutually exclusive opponent signals: light-dark, red-green, and yellow-blue. Red-green is plotted along the horizontal U axis, where positive values denote red and negative values denote green. Yellow-blue values are plotted along the vertical V axis. Light-dark values are plotted along the L axis, located perpendicularly to the U, V plane.

Although CIE uniform color spaces still present visual nonuniformities—a color that has the same color coordinates may still not look like the same color—they are considered to be the best compromises available. They have been adopted by vendors as the basis for desktop color systems and for approaches to device-independent calibration.

Remember, the color gamut of scanners, monitors, printers, imagesetters, and presses is different enough that certain colors cannot reproduce.

Case 1:06-cv-00032-JJF    Document 178-20    Filed 08/06/2007    Page 45 of 51

## RGB

The most elementary means of controlling color on a computer monitor is by rgb—specifying the percentage of red, of green, and of blue light required for each color. There is an inherent simplicity and logic to this. It corresponds directly to the internal arrangement of the computer; however, human logic and machine logic are two different things. It is extremely difficult to picture most colors based on a percentage of these three components.

With Munsell, the divisions of saturation (chroma) are arranged in visually constant steps. On other models, they are expressed as percentages of change from zero to total saturation. At the midpoint vertically, a uniform gray value is seen.

## HLS

With HLS, each horizontal line is a percentage of saturation, a simple way of identifying colors to the computer, but a cause of distortion of the model; each step in the top and bottom rows represents a much smaller change in saturation than is to be found in the critical center row. For a designer, the HLS color model is an improvement over RGB. Seen on another computer, this model might look very different, illustrating a different color capability. Yet, because of the common reference, a given color would appear the same on each computer. Each would be referenced to CIE space. Using this principle, any computer monitor and printing device can be calibrated to the CIE standard.

## Tektronix HVC

The HVC color solid is a proposal by Tektronix, Inc., based on the CIE diagram. The model is based on hue, value, and chroma, all familiar terms arranged in a familiar manner. The edge of the model is random, as it must be, for constant values are maintained at a uniform level; the maximum chroma of each of the six primary-secondary hues seeks its own value level. Values are constant on any horizontal line and saturations are constant on any vertical line. In reference to standard Munsell numbering, a standard red has been assigned to zero on the hue circuit.

The complication comes when the user adds a color printer to produce a hard copy of what is on the display. The user desires the color seen on the screen to be the color seen on the printed output. Although the video screen operates with RGB, most printers operate with cyan, magenta, and yellow (CMY) inks. (For simplicity we do not consider that printers often print a fourth, black colorant.) This is an example of the difference between illuminated, or additive, systems such as the video display and reflective, or subtractive, systems such as print.

Suppose that an area on the video display is illuminated at full intensity of red and no intensity of green and blue, represented by (1,0,0) in an (R,G,B) coordinate system or color space. (1 represents "full on," 0 to represents "off," and fractions in between represent "partial on," proportional to the fractional value.) Full red can be printed on the printer by overlaying yellow and magenta inks (yellow subtracts blue and magenta subtracts green, leaving red). However, red is not red, is not red. The red on the video display is determined by the phosphor coating on the inside of the glass display surface. The red on the printer is determined by the pigments in the yellow and magenta inks and by their effect when overprinted on one another. Also, there are many distinctly different colors which we would all agree are "red."

By varying the amounts of cyan, yellow, and magenta inks used on the printed paper, it is possible to obtain a red that much more closely matches the red of the display than can be obtained by doing "color arithmetic." Note that on a printer, like a thermal ink color printer, the inks are either present or not at each individual device pixel (no fractional amounts of ink). However, the halftoning mechanisms simulate, to the human eye, the effect of having fractional values of ink of each color.

In theory, for every color (R,G,B) that the monitor is able to produce, one could associate a color (C,M,Y) for the printer that gives the closest possible match. A monitor may be able to produce hundreds of thousands of visibly distinct colors, so a table of such values would be unmanageably large and practically impossible to generate by

K02445436

74   INK ON PAPER

any trial-and-error methods. This is an area where applications distinguish themselves from one another by inventing different approaches to converting the RGB values of the display to the CMY values of the printer, using smaller tables and interpolation techniques or by using computational formulas.

We classify the technique of developing a conversion method that maps colors from a particular display or class of displays to a particular printer or class of printers as a *pair-wise* calibration method. Getting a "match" between a video display screen image and a printed page can be extremely complicated. Variants in the halftoning technique will cause variations in the colors produced, so if the halftoning parameters are changed, then the color calibration must be redone in order to maintain color accuracy. The apparent colors on a video display are affected by the room lighting; even more so, the apparent colors on a printed page have as their initial light source room lighting reflected off of paper and ink.

*Device-dependent*

When yellow is used on a CMY device, for example, the output is the yellow colorant provided by the device and its technology. Yellows will differ from each other because they are produced dependent on the device used.

Color monitors can generate an extremely wide range of colors involving different brightness and different saturation. This can be done by using only variable amounts of red, green, and blue. Color printing can generate an extremely wide range of colors involving different brightness and different saturation. This can be done by using variable amounts or variable spacing of three or four basic inks or colorants that appear, when printed individually, as cyan, magenta, yellow, and black.

The human eye detects color using three kinds of color-sensing cones (roughly red, green, and blue) not unlike a common RGB scanner in use with computer systems. It enables computer systems to represent colors by three simple intensity values. If we determined color by using the instruments of physicists, we

COLOR REPRODUCTION   75

would have to have much more complex schemes. Color is and always will be an issue of human perception.

A color space is a particular system for measuring colors. The term "space" comes from mathematics, because the numbers can be thought of as forming a three-dimensional space. The RGB values used to produce colors on a particular monitor form a color space. The CIE 1931 XYZ system is based on what might be considered a virtual RGB scanner that acts like the human eye. It is defined by three color-matching functions which provide the definitions of the three color filters used. Nearly all color standards rely on this XYZ system.

*Color in bits and bytes*

One color space may be related to another color space by defining the conversion factors needed to compute one from the other. Because color spaces typically are based on triples, the conversions are not as simple to specify as for distance measuring, where one constant multiplier and its inverse are usually sufficient.

Suppose we have a particular RGB color space with values (R,G,B). A second color space, say YGB, with values (Y,G,B) could be defined based on the RGB space by defining $y = r + g$ and leaving the other two components the same. We might call this a YGB (yellow, green, blue) system because the sum of red and green in the y component measures yellow. Any value in the YGB system can easily be converted back to the original RGB system by using the formula $r = y - g$. That is, because the YGB space has both yellow and green, the red can be recomputed by subtracting out the green from the yellow. Simple arithmetic can be used to convert from RGB to YGB and from YGB to RGB, so for most purposes, which space is used really does not matter.

Different color spaces are more or less suitable to different technical requirements, thus discouraging standardization. In spite of the fact that most color spaces proposed or used can be related by equations, there are reasons that prohibit simple conversion to or from all color spaces. Though in theory there are equations relating one color space to another, the practical aspect of doing the compu-

K02445437

tations can introduce errors. It is unusual to be able to convert a picture in one color space to another color space and back again and end up with the original values.

The basic computer byte also plays an interesting role in color spaces. Computer systems process data in multiples of bytes, or eight binary digits. Most numbers are processed fastest if they are 8, 16, or 32 binary digits long. A 10-digit binary number usually takes as long or longer to process than a 16-digit binary number.

If we use one byte to represent each of R, G, and B in an RGB sampled image (24-bit color), each color component can range over 256 values of intensity. The number 256 is generally considered to be larger than the number of levels of intensity that the human eye and brain can distinguish. However, most physical measures of intensity do not have a linear relationship with the intensity registered by the eye/brain. That is, if the average person feels that one intensity is twice as "bright" as another, it does not follow that it took twice as much energy to produce it, or that there is twice as much light reaching the eye.

If we associate the 256 numbers of a byte evenly with 256 settings of a physical device, they do not look evenly spaced. Most of the numbers seem to bunch up on one end of the perceptual intensity scale. Even if we were hoping to have numbers for 128 levels on the other end of the scale, we might end up with 80, and that may not be enough.

The human system is much more sensitive to the intensity of the light reaching the eye than it is to color. This is especially true with respect to resolution. Intensity differences across a small area are more readily detected than differences in color within the same area. This has led to the design of color systems that try to separate the color and luminance into separate dimensions of the color space. For example, the first component, l, of the CIE l*a*b* color space represents luminance; the other two components, a and b, represent a two-dimensional color subspace. Because the human visual system is more sensitive to the l component, more binary digits can be allocated to it than to the color components, allowing even more effi-

cient coding of the color values. You can also provide more luminance samples than color samples per given area.

The simplest sets of color spaces are those that can be converted into the XYZ space using one 3x3 matrix. Each different 3x3 matrix defines a different color space. This set of color spaces contains those used by most RGB desktop scanners. Additional color spaces can be defined, such as the NTSC color television transmission standards and l*a*b, by repeating this decode and matrix structure a second time.

The original XYZ space doesn't map easily into the red, green, and blue values required to drive a color CRT. A lot of computational horsepower would get used converting into and out of RGB if the XYZ values were used for storage and interchange. Also, the XYZ space is not visually uniform—that is, a change of one unit in certain parts of the color space can make a much more conspicuous change than a one-unit change somewhere else.

### A need for real standards

A variety of color spaces that are easier on humans (and, in some cases, computers) than the original XYZ have been developed. They are equivalent in terms of their ability to describe colors. The only problem is choosing one.

We need a standard way to tell the receiving computer which of the possible color spaces has been used. It can then convert the data to its internal space.

Conversions from one color space to another involve complex formulas and require lots of computational power. To a large extent, formulas can be replaced by lookup tables. The nearest values to the color being converted are looked up in the table, and values are refined by interpolation. This process is routinely used with CRTs. To use it with hardcopy devices can require much larger tables than those used for monitors. Getting acceptable results with a thermal printer, for example, might require a table of 4,000 entries. Tables far larger than that are implementable with today's computer processing, memory, and storage.

78  INK ON PAPER

Relating these numeric schemes to actual devices—monitors, printers, and scanners—requires two steps. Each device has a gamut, which is the range of colors it can produce. Characterization defines what color ought to be produced by (or, when scanning, ought to produce) a given set of numbers. Calibration is a procedure to keep a device within the parameters specified by its characterization. Characterization is what a person writing a device driver or testing machines at the factory would do. Calibration is what the end-user must do periodically to compensate for the tendency of machines to drift out of adjustment. With proper software working with the correct characterization, and a machine that is properly calibrated, consistent and predictable color results are possible.

Process calibration means controlling the entire process from beginning to end.

Printing standards such as those of FOGRA, FIRA, and SWOP mean that a given set of CMYK separations can be produced that will give the same results in several different printing plants. In converting from RGB to CMYK in the color separation process, errors can show up as banding in the individual separations. But the banding is mild, and because the locations of the bands are different in the four separations, they are not visible in the printed output.

The eye does not always see what the colorimetric measurements say. Color perception takes the surroundings into account. If we want a color standard that truly describes what the eye sees, it will have to account for this.

| | | |
|---|---|---|
| Cyan: | 0% | |
| Magenta: | 0% | |
| Yellow: | 0% | |
| Black: | 0% | |

Anyone who has had to specify flat tints using process colors is familiar with CMYK percentages. Any color that is printable with process inks can be specified by stating the screen percent of each ink required to represent the color. Data contained in scanned images can also be stored as CMYK. For each pixel, there are four bytes of data (one byte each for C, M, Y, and K). Indeed, this is the way that traditional systems store image data. It has several advantages, particularly the fact

COLOR REPRODUCTION  79

that the separation into four films is straightforward.

But the CMYK scheme has some serious limitations. It cannot be directly displayed on a monitor and the data must be converted into RGB whenever it is to be displayed.

As a medium for exchange among systems, CMYK lacks standardization. The color specified by a given set of CMYK percentages is not absolute: it will print differently depending on the paper stock and the inks in use. Black ink can be traded off for combinations of cyan, magenta, and yellow ink; the fact that one color can be represented in different ways complicates data interchange.

RGB is the other major contender for a color space to be used to store images. Its major advantage is that it can be displayed on a color monitor without conversion. But it also suffers from ambiguities: the same RGB values displayed using different monitors, phosphors, or video boards may look very different.

Monitor calibration cannot solve the problem of file exchange among software packages or among systems. What is lacking is a standard that specifies the visual effect to be produced by a given set of RGB values. Such a standard would make it possible to produce the same visual result with a variety of phosphors or ink/toner pigments. For any set of devices, some colors at the edges of the range would not be reproducible with a given phosphor set or ink set.

Our problem is that each device in the system has a different physical and electronic approach to color. What the scanner sees, the monitor shows, the proofer proofs, the film images, and the press prints are essentially different. So we use numbers to make conversions by trying to find one standard set of color numbers to reference. Because CIE-LAB attempts to be a linear color space (equal changes to color values produce roughly equal changes in the perceived result) and RGB is quite nonlinear, converting color information from CIE-LAB to RGB (or vice versa) is very computer-intensive. Unless you have an incredibly fast computer, you would prefer not to have to convert a million CIE-LAB values to a million computer screen RGB values on-the-fly whenever you want to display a gigabyte-pixel image on your computer screen.

## 80   INK ON PAPER

Kodak wanted a device-independent means of specifying color values that would work with minimum overhead for video images and video display and that would be well suited for data compression and decompression. It came up with an extension of the video color space that it calls YCC. Because YCC is essentially a variant of the normalized RGB color space in which the axes have been rotated, it should be relatively simple to convert YCC color into normalized RGB, and vice versa.

Software that displays an image on a monitor and also produces separations must perform color-space conversions. If the image is held on disk as RGB data (typical of desktop systems), it can be displayed without conversion but must be converted to CMYK for separation. If it is held as CMYK data, it must be converted to RGB for display. Thus, conversions are an essential part of color application at the desktop, or any, level.

---

### PIONEER MAPPERS OF THREE-DIMENSIONAL COLOR SPACE

Johann Heinrich Lambert:   This Swiss mathematician and physicist saw a pyramid.

Phillip Otto Runge:   This German painter saw a sphere.

Alfred Henry Munsell:   This American artist saw a wheel.

Harald Küppers:   This German engineer and physicist saw a rhombohedron.

James Clerk Maxwell:   This Scottish physicist used a triangle to describe color space.

CIE—Commission Internationale de l'Eclairage (International Commission on Illumination) (1931), an international standards organization uses a theory based on the stimulus of color provided by a light source, an object, and an observer.

---

### COLOR MODELS

With the advent of Trumatch and Focoltone, and new work by Pantone, we will have the proper samples for colors that can actually reproduce on a press. The original Pantone system had difficulty with the impurities of printing inks and could not reproduce all of its colors under CMYK. Today, that is changing. Many color programs, such

---

## COLOR REPRODUCTION   81

as PageMaker and QuarkXPress, provide virtually all color models so that users will have the ability to select colors intelligently—colors that can actually be printed on a press. The pop-up list in the dialog box shown lists the color models available.



### The reproduction of color

A printed color photograph is an optical illusion. What appears to the eye to be hundreds of subtly shaded hues are actually greater or lesser concentrations of microscopic dots of colored inks. The eye merges these dots into a coherent image that—when all turns out well—reproduces the colors of the original accurately.



Light                    Light

On its way from the eye of the originator to the final appearance on the page and the eye of the reader, the image is subjected to a series of electronic, photographic, chemical, and mechanical process steps in which computer

82   INK ON PAPER

imaging systems play an increasing role. Each process is subject to its own set of physical laws and has its own set of limitations. The intelligent coordination of these processes determines the quality of the printed result.

**Subtractive Color Mixture**
Cyan, magenta, yellow primaries—when mixed produce black.



**Additive Color Mixture**
Red, green, blue light primaries—when mixed produce white light.



COLOR REPRODUCTION   83

### ADDITIVE AND SUBTRACTIVE COLOR

In *additive* methods of color reproduction, all the colors are produced by the adding or blending together in different proportions of three primary colors: red, green, and blue. *Subtractive* color reproduction, at first sight, seems to be quite different, because all the colors are produced by different proportions of three entirely different colors—cyan, magenta, and yellow. The subtractive and additive methods differ only in manner, not in principle.

When light waves in the visual spectrum (between 400 and 700 nanometers) are combined in equal proportions, the sensation of white light is produced. When combinations of these waves are combined unequally, we perceive colors. This is the basis for additive color theory. The primary colors of additive theory are red, green, and blue light, and different intensities of these primaries can produce secondary and tertiary colored light. Thus, virtually any color in the spectrum can be created.

Additive color starts with black and adds the primaries of red, blue, and green to produce white light. This is how a television or color monitor works. The monitor utilizes the light in a mosaic pattern of small dots; when viewed from a distance, these points of light merge to produce an image.

A special camera converts light into electronic signals. The lens focuses light beams passing through it onto mirrors or prisms, which then pass through red, green, and blue filters. The resulting light beams are converted into electrical signals by photoconductive tubes, and these signals are processed and transmitted. Three cathodes receive the red, green, and blue signals and then emit electron streams corresponding to those signals. These streams align themselves to phosphors on the inside of the monitor screen, causing them to glow and produce a color image.

The subtractive principle is used in photography and also in the printing industry. The process of subtractive color theory compensates for the limitations of the additive process. In contrast, the subtractive process starts with white (such as white paper illuminated by white light) and subtracts red, green, and blue light to produce black (in a

perfect environment). This process produces black by combining colorants that are opposites of red, green, and blue—cyan, magenta, and yellow, respectively.



By subtracting light away from the paper (which reflects equal proportions of red, green, and blue light), color is produced. Yellow ink absorbs blue light, magenta absorbs green light, and cyan absorbs red light. Pairs of these inks, combined in equal proportions, produce secondary colors, which in effect are the primary additive colors. From these colors the full spectrum of visual colors is reproduced.

### Color balance

Colorimetrically correct results are not necessary for acceptable color reproduction. Reproduction of some "memory" colors, such as skin tones, is achieved when a definite difference exists between the original and the reproduction colors. There is one property of the appearance of original scenes which remains constant and that is the color of grays. A gray scale, seen in a very wide range of conditions, looks approximately gray. Because of the physiological adaptation of the eye to the illuminant, this effect

is partial, and the gray appearance is also caused by the ability of observers subconsciously to discount the color of an illuminant when looking at objects in its light. Gray balance is a viable measurement of process color printing, and it is often used to help adjust inking on press.

### Color printing

By electronic means or by manual retouching, images can be altered more or less ad nauseum, depending on the time, money, and patience available. An image must be divided spectrally into the four CMYK colors—color separation.

Each of the separated images is further fragmented into a pattern of dots. This process is called halftoning or screening because the effect used to be produced by exposing the image through an actual screen. Most dots are now generated by computer.

Up to this point, users can operate entirely in the realm of digital information—that is, once the original analog image is digitized by scanning or captured by a digital camera, it can be manipulated, color-corrected, sized, cropped, and separated with a computer program. After separation, however, other sciences go to work.

The four separated collections of halftone dots must usually be recorded onto four pieces of film or four plates. The images and their halftone dots are transferred from film to photosensitized printing plates. Through a series of steps, the plates accept ink where there are dots, reject it where there are none, and transfer the resulting pattern to paper on a press. When all four separated dot patterns are precisely superimposed with ink, the image reappears, looking more or less like its original. The "more or less" is the real problem.

There are many processes involved in printing a color image. When the job is on press, it is too late to have problems with separations.

### Paper and ink

Paper and ink also affect the color printing process. The properties that govern the reproduction process are absorbency, gloss, color, brightness, and smoothness of a