# EXHIBIT G

# PART 2

substrate (paper) in relation to the color, pigment, concentration, transparency, gloss, viscosity, and tack of the ink. A paper with a high absorbency, like newsprint, tends to have a loss of ink density, whereas a gloss-coated paper has a significantly greater ink density. This is due to the dispersion of pigments within an agent and the vehicle that binds the ink to the paper. In the case of newsprint, the loss of reflectance and the high absorbency result in a reproduction that lacks density; colors tend to be "dirtier" due to the off-white background color of the substrate.

Gloss white paper printed with the same density of ink tends to be more vibrant because of the low absorption and high reflectance properties of the substrate.

### Densitometry and colorimetry

Color perception is a complex function, affected by the human eye, the visual display technology, and the ambient environment. Colors that appear identical under one type of lighting can look quite different under another type of lighting.

• The same colors could be printed on different substrates and viewed under the same light and look different.

• The same colors, on the same substrate, in the same lighting conditions can still look different if viewed from different angles.

• The same colors viewed in the same conditions, at the same angle, but viewed by different people might also appear different.

Colorimetry involves the measurement of colors under controlled conditions. Ink density is measured by densitometry and colorimetry governs the variables of color standards.

### Compression

Images are an integral part of color pages in the decade of the color document—where images can be freely integrated, revised, and exchanged. Data complexity and storage requirements have restrained color images. Because of system memory limitations and storage requirements, focus is on the challenge of compression.

Image compression is the process of condensing, compacting, or shrinking a digital image. By eliminating data redundancies, image compression significantly reduces the size of image data. This allows users to manipulate data more easily, use less storage space, and send data across networks at faster speeds.

Data compression maintains data integrity and compresses the data in real time—transparently. It removes redundancy from a data block without loss of information. It records more data in a smaller space. Compression ratio is the length of compressed output relative to the length of uncompressed input. The key is that data stored in a compressed form must be reliably retrievable.

Image compression algorithms attempt to reduce file size as much as possible while maintaining image quality. There is a trade-off between file size and image quality: the more the file is compressed, the more information the algorithm eliminates. A low-quality setting may result in a perceivable image loss, but could very easily result in a compression ratio of 50:1. Conversely, higher quality settings—those that keep data loss in the visually imperceptible range—will generate files that are compressed at ratios of 8:1.

Every image varies in the amount of image data that can be eliminated during the compression without detracting from the file's visible quality. One must experiment with the quality settings and determine the maximum amount of compression one can apply without perceptibly altering the appearance of the image.

You could increase a peripheral's capacity by the factor of the compression ratio and increase the peripheral's internal continuous-transfer rate. A 2-to-1 compression factor could double the sustained data rate. Different companies, using the same compression algorithm, may offer unique implementations of it. Multiple compression algorithms on top of multiple formats could create problems.

Vendors of prepress color publishing systems and peripherals consider image compression to be a technology enabler. A standard technique for compressing images will allow color on the desktop to be a viable application. Al-

Case 1:06-cv-00032-JJF    Document 178-21    Filed 08/06/2007    Page 2 of 51

K02445443

though compression technology has been used for many years in high-end systems, recent advances have made cost-effective image compression possible for desktop users. A major goal of JPEG image compression algorithms is to maintain the appearance of an image rather than the actual data that constituted the original image.

The production and manipulation of color and grayscale images have encountered significant hurdles. The first of these obstacles concerns the memory and speed requirements needed to process digitized color image information, as well as the storage space required to hold the information (e.g., a 24-bit, full-color page, scanned at 300 dots per inch, requires 24 megabytes of disk space). Consider the process of transferring images between computing devices. Ethernet can transfer approximately 1 Mb of color image data every 10 seconds. That's six minutes for a full-page image to be transferred. AppleTalk would require 40 minutes to transfer the same image, and a 9600-baud modem would take more than nine hours to transfer the image over the telephone.

## Compression solutions

By deleting redundant data that the human eye won't notice, high compression ratios can be achieved. Image compression solves many of the problems of working with color images. In the area of disk storage, a 10-fold compression of a full-page image will require only 3.2 Mb of disk space instead of 32 Mb. A compressed image could reduce transfer speeds across Ethernet from 6 minutes to 32 seconds. A variety of well-known techniques exist for compressing images. Most center around lossless compression methods and have been designed to maintain image information.

Without data reduction, compression ratios could not be produced. Quantization is a filtering process that determines the amount and selection of data to be eliminated in order to encode the data with fewer bits. Delta Pulse Code Modulation (DPCM) is another compression method that measures one set of bits and then measures differences from that set. The differences can be encoded into fewer

bits. Run Length Encoding is a method of representing the same number in a sequence numerous times (i.e., encodes that zero occurs 20 times (4 bytes), rather than 20 zeroes (20 bytes). Huffman Encoding, the simplest compression scheme, replaces contiguous bits with codes of varying lengths. The most frequently used patterns are represented by the least number of bits.

A standardization effort known as JPEG, for Joint Photographic Experts Group, has been working toward the first international digital image compression standard for continuous-tone still images, both grayscale and color. The "Joint" in JPEG refers to a collaboration between the Consultative Committee for International Telegraph & Telephony (CCITT) and the International Standards Organization (ISO). The JPEG committee consists of more than a dozen companies as well as potential users such as IBM, NEC, Digital, Kodak, and Polaroid. JPEG is an international, open-system standard and is intended for use across a variety of computers and peripherals. The JPEG algorithm is symmetrical; it requires the same computational effort to compress or decompress an image.

The standard takes advantage of output limitations and exploits the fact that humans cannot distinguish minor changes in high-frequency color. This method of image compression means that some of the image information is lost, but the image should remain visually complete when expanded.

The JPEG scheme compresses an image by applying three different mathematical algorithms to individual 8x8 pixel blocks. The first step, Discrete Cosine Transform (DCT), analyzes each 8x8 block, identifies color frequencies, and removes data redundancy. A quantization algorithm is then performed to further remove frequency information. Quantization causes many of the higher color frequencies to become zeroes, but has little effect on how the image is seen, because as humans are less sensitive to higher frequencies.

The amount of information discarded is determined by the level of compression. Using the Huffman Encoding method, a final step encodes the data by tracking only the

differences from one block to the next. JPEG software implementations will allow users to select from a variety of quality levels. With a low-quality level, you could achieve as much as a 60:1 ratio, but if you choose exceptional quality, you may receive only an 8:1 compression. For acceptable print quality, a range of ratios anywhere from 20:1 to 30:1 compression is recommended.

The interchangeability of the images due to different file formats and approaches is an issue. Because JPEG defines merely how a stream of bytes constituting an image is compressed and recovered, and not how the stream should be stored, there are many different types of files. Most vendors expect the standard to be targeted for a wide spectrum of applications, spanning prepress, image editing, office applications, facsimile, desktop publishing, and storage.

Because JPEG is intended for continuous-tone color and grayscale images, images that have a great deal of high-contrast edges (line art or text) may not compress well. In these cases, compressing the entire image enough to reduce the file size significantly may adversely affect the portion containing the text. But a new technique called selective compression solves this problem and provides even finer control over image quality. Selective compression enables users to specify different compression levels for different elements within a single image. One can preserve the quality of key areas that might not compress well by applying a low compression ratio in those areas, and then use a higher compression ratio on the rest of the image to reduce the file size significantly. Selective compression, also called JPEG++, is a useful extension that affects only the compression side, yielding a JPEG file that can be decompressed by any other JPEG-compatible application.

Color image files in electronic publishing and page-layout applications are generally very large. Saving images in encapsulated PostScript file format results in even larger files than the original RGB or CMYK images. To make working with color images more manageable, Storm Technology's PicturePress software enables users to easily incorporate JPEG-compressed images directly into QuarkX-

Press, PageMaker, and other applications by creating EPS-JPEG files. These files are treated like the regular EPS files, yet contain JPEG-compressed image data. The resulting EPS-JPEG file sizes are significantly smaller than pure EPS files.

As high-resolution digital images become more prevalent, image compression technology plays a vital role. The advantages are:

1. Improve quality. By scanning at a higher pixel density and then using compression to keep the file size under control, you can improve image quality. The size of the compressed file will be smaller than that of the uncompressed file that was scanned at a lower resolution. For example, a 600-dpi image that is compressed occupies less disk space and yields a better quality image than a 200-dpi uncompressed image.

2. Save time. Compressed images often load and display faster than their uncompressed counterparts because less data is read from the disk.

3. Save storage. With compression, you can keep more images on line and readily accessible.

4. Save money. After compressing images, you can transmit them more quickly and more easily. An image that once took more than 45 minutes to send by modem transmits in less than a minute when compressed, resulting in much lower transmission costs or phone bills.

5. Reduce network traffic. Compression decreases the amount of time required to send the image files to output devices. By sending documents with compressed images to PostScript Level 2 output devices, the host computer and network are freed up quickly, because the printer decompresses and prints the image.

Compression products differ significantly. When selecting a JPEG compression product, be sure that it provides the flexibility to select a compression setting that preserves the degree of quality required. Also, consider the need for advanced features such as selective compression and image-management tools like thumbnail previews and captions. Finally, take into account the product's speed and ability to automate image compression and format conversions. Regardless of the manner in which digital im-

K02445445

Case 1:06-cv-00032-JJF   Document 178-21   Filed 08/06/2007   Page 5 of 51

ages are used or the pursuit of different applications, the recommendation is to employ JPEG compression and decompression to stretch the imaging dollar and give new and exciting ways to use digital pictures.

COLOR MANAGEMENT

Color management on the desktop evolved as a result of a basic need for the customer to approve the final printed product before there is a final product. A problem began to surface when the color off the press failed to match the color approved on the monitor or digital proof. Color management systems have evolved in an attempt to correct this problem.

The desktop system has four major components: scanners, monitors, application programs, and output devices. Each of these elements must be calibrated to one another and then matched to the specific characteristics of the device. Although these elements are consistent, the way any one of these elements defines color can vary greatly.



Color Transformation
Device Profile
Device-Independent Reference Color Space
Device Profile
Device-Dependent Color Space
Device-Dependent Color Space
Device-Dependent Color Space

**Scanner    Monitor    Printer**

The way in which a specific device defines color is called a device-independent reference color space, defined on a numerical system, usually three-dimensional, resulting in a graphical representation with three axes. Color spaces also have limits to what colors they can or cannot represent. This is called a device's color gamut. The system chosen to represent color in a device is based on the

method best suited to the operation of that device. This type of color space is called device-dependent.

Monitors that use red, green and blue phosphors to generate colored pixels on the screen must use red, green, and blue axes to define their particular color space. These color spaces are also referred to as device-dependent because the inherent variation in the way any device displays, prints, or senses color. The color displayed on a monitor not only depends on the RGB value in the color space, but on the type of phosphors used to produce the color on the screen. The same color value can produce different results on two identical monitors.

Another type of color space is called device-independent. These color spaces are used as a measurement tool in comparing different device-dependent color spaces during color translation. Most device-independent spaces used for this purpose are based on the CIE XYZ standard. This standard represents a mathematical model of human color perception. These color spaces assist in color matching during translation of device-dependent color spaces.

To achieve consistent visual representation of color through every step of the desktop process, we must accurately translate between color spaces. The actual transformation from one color space coordinate system to another is not in itself difficult to accomplish. Transformation can be done through either linear or nonlinear mathematical operations.

Linear operations, RGB to XYZ for example, are usually performed in a 3x3 matrix, meaning three coordinates of one color space are transformed into three coordinates of another color space. Nonlinear transformations such as RGB to CMYK use lookup tables. These tables define a specific relationship of corresponding color values between two different color spaces to translate individual color space values.

Color gamut is the range of colors that can be represented. Problems arise when colors in the original cannot be detected by the scanner, displayed by the monitor, or output by the printer.

K02445446

Color separations that match or improve upon the original photograph have been sought by color separators since the invention of process color printing in the 1860s. The first generation of color separators worked with photographic process cameras and used color filters, contone masks, halftone screens, flash, and bump exposures to make a set of magenta, cyan, yellow, and black separations. Second-generation separators used electronic scanners, which became commercially available in the early 1970s. Enhanced accuracy, control, and turnaround time made it easier to adjust separations to the color reproduction characteristics of specific paper, ink, and press combinations. Color management programs incorporate the expertise of camera and scanners operators within an easy-to-use software program.

High-end color scanners scan the original and record the separation data to film or disk. On desktop systems, the original may be acquired from a number of devices, including flatbed scanner, slide scanner, desktop drum scanner, Photo CD scanner, digital cameras, or imported electronic files. The resulting digital color file may be viewed and adjusted on color monitors. Once saved to disk, the color file may be output to a digital color proofer, color printer, networked color copier, imagesetter, platesetter, or digital color press. Multiple system components necessitate predictable, consistent color. This requires:

• Adjustment of scanners, Photo CD, digital cameras, and other input devices, so that scans from any device will produce similar separations.

• Matching of colors of different output devices.

• Matching printed output with the image on the monitor so that the monitor can be used for video proofing.

Some users may not be concerned with multiple device matching; they just want to get the most pleasing reproduction of color photos from scanner to printed sheet.

Many people view "calibration" as meaning all steps necessary to assure accurate color throughout the production process. Color management is a more meaningful term for matching color on different input and output devices and on different substrates.

## CALIBRATION

Calibration ensures that all devices in the imaging process perform to a known specification. Characterization quantifies the color space, color gamut, or color behavior of the particular device under known conditions. It determines how an input device captures the color and how an output device produces color. Conversion is the translation from the color space of one device to that of another under known conditions. This can be achieved by either correcting the image manually or using color management software. To achieve the goals of color management, calibration, characterization, and conversion must be performed in this order. The calibration of a device serves as the foundation, and the device must be characterized before color data can be accurately rendered.

Color management assures that all devices in the system are performing to specification. Calibration alone does not guarantee color matching, but it does eliminate some variables by ensuring that scanners in the printing system are performing to specifications.

• Scanner calibration means that a particular density on the test target used for calibration will consistently record as a particular digital value. Most color scanners are manufactured to a known specification. However, small manufacturing variables, including temperature, humidity, and aging, can all affect the accuracy of built-in calibration. Calibration variables include brightness, contrast (gamma), and white point (RGB balance).

• Monitor calibration means that the display consistently displays the corresponding pixel for a specific digital value. Color monitors are manufactured to known specifications but are subject to many variables. Monitor calibration variables include brightness, white point, and contrast (gamma).

White point measured in color temperature, or degrees Kelvin, determines the warmness or coolness of the white areas of the image. The concept of color temperature, developed in 1900, is based on the fact that a theoretical black body, when heated, will produce corresponding appearance of white light. Lower temperatures appear yel-

lowish, whereas a higher temperature presents a bluish cast. A color's appearance is affected not only by filters or pigments but also by the viewing light. The monitor's color temperature will also affect the accuracy of color rendition. The color temperature should match the lighting conditions under which the input and output are viewed.

Gamma describes the relationship between input value and monitor output luminance. It affects the distribution of tones between highlight and shadow areas of the original. Without color management, the user can set the monitor gamma to simulate viewing conditions by comparing contrast of the image on the monitor and the original. When using color matching software, the system typically specifies the monitor gamma.

• Color printer/proofer/direct color output devices may also have to be calibrated. These devices—thermal wax, dye sublimation, and xerographic printers—are typically designed with built-in linearity, but may also be prone to variability from manufacturing variations, aging, and environmental conditions. Effective color management accounts for these variations in order to meet the manufacturer's specification. Some have built-in calibration systems; others can use calibration software.

• Imagesetter calibration: Before the imagesetter can be used, the operator must ensure that the imagesetter is calibrated. Imagesetter software is used to set the maximum density of the film (approximately 4.0) and the halftone tints within 2%.

• Press and off-press proof calibration: Specifications for Web Offset Publications (SWOP) is a calibration system commonly used in lithographic processes that takes into account ink, paper color, solid ink densities, and dot gain tolerances. Setting up film-based or digital off-press proofing involves selecting substrates, colorants, and finishing layers to simulate press conditions.

There is no such thing as device-independent color, but there is device-independent color definition. Color is very device-dependent and you cannot obtain a virtual one-for-one match between an original color and a resulting color. The very nature of lithographic printing will not

allow exact reproduction. With paper and ink variables, you cannot get an exact match. Prepress vendors have developed systems that let you get a realistic picture on the monitor, generate a proof, generate film, or burn a plate, but what you see is not always what you will get.

### Characterization

Characterization accounts for the variability in the color representation of a device. This step defines how a specific color space relates to a device-independent color space. Using device profiles and actual testing, characterization can describe what color an output device will produce when given a color value, and what color value will be assigned by an input device when it detects a specific color. This process can also define the color gamut of a device, which can alert the user to "out-of-range" colors with a gamut alarm.

The characterizations are usually created and provided as profiles—digital files describing the color gamut of a device:

• Color models—A number of models can be used to characterize input and output devices.

• RGB—Color space is based on additive color theory and is measured on a scale of 0-255 color values in 24-bit color.

• CMYK—Color space is based on the subtractive theory consisting of cyan, magenta, yellow, and black pigments measured on a scale of 0-100% dot area.

• CIE—Includes two models based on the dimensions of hue, chroma, and value. The CIE models are derived from the characterizations of human color vision known as the CIE 1931 and 1964 Standard observers.

Scanner characterization: Eastman Kodak developed the Q60 series of photographic film and paper test images for characterizing the gamut of input devices. The Q60 has become the basis of the international standard IT/8 input target developed by the IT/8 subcommittee of the Committee for Graphic Arts Technologies standard. Scanners are characterized by software that measures the values in a scanned target, such as the IT/8, and compares them to corresponding lookup tables (LUT).

K02445448

*Printer characterization:* Research institutes, including GATF RIT, UGRA, and FOGRA, as well as company vendors, have developed test images for characterization and control of printing presses. Output targets are measured with spectrophotometers in CIE XYZ and/or CIE Lab color spaces to characterize the color gamut of a output device.

*Monitor characterization:* Profiles for commonly available monitors are also offered by developers of color management software. However, these profiles are valid only when the monitor is performing to the manufacturer's specifications. If the operator adjusts the brightness and contrast, the characterization may no longer be accurate.

Understanding each device's limitation of color gamut is the key to understanding the complete system. CIE-LAB values must be measured, calculated, and plotted on the Chromaticity Diagram. Hue is represented at all points around the perimeter of the chromaticity diagram. Saturation is represented by moving outward toward the perimeter, from center representing white. Value is the intensity or brightness of a color.

The color gamut from a scanned color negative or transparency will give a color gamut different from that of a printed halftone. The transparency has a far greater color saturation and dynamic range, therefore producing a much larger color gamut. The color halftone is limited by the density range between the substrate and solid ink density.

Monitor color gamut can be measured and charted on the chromaticity diagram. It has limitations also in that the size and shape are quite different from the printed page. Black is represented by a reduced intensity of light. Therefore, density is not as saturated as ink density; however, monitor color saturation and brilliance are much greater.

### Color conversion

Color conversion refers to the translation of color image data from the color space of one device to the color space of another device. Conversion is necessary so that a scanned image reproduces as a believable representation of the original on both the screen and the printer. Because

output devices typically have color gamuts smaller than that of the original, the colors in the original must be fit into the gamut of the device, a process known as gamut compression.

Three methods of color conversion are used:

• Photographic rendering (also known as perceptual rendering), used for continuous tone photographs, maintains a relative range of colors in a photograph. It causes the white portion of an image to have no ink on the paper, and the black portion to have the darkest color printable.

• Solid color rendering is most effective for spot colors, and maintains an absolute color match. It renders colors that are within the device's gamut identically, and brings colors outside the gamut to the closest printable color.

• Presentation graphics rendering is appropriate for bright saturated illustrations and graphs used in business presentations. This rendering style produces pure, saturated colors according to the printing device's limitations.

Translating from one color gamut to another color gamut will require gamut compression. Gamut compression will give the illusion that all color chroma, saturation, and value are present relative to the substrate base and output capability but, in reality, there is a loss in color gamut.

### Portable color

Device-independent color refers to a method for encoding the data to be rendered in the correct color by any device receiving it. RGB phosphors differ from monitor to monitor and CMYK pigments differ from press to press, and the same halftone dot percentages will appear different on various paper stock or with various ink sets. There is no universal standard for RGB or CMYK, and there is no defined monitor white or paper white. There is also no agreed-upon method for converting RGB into CMYK.

The best way to do an accurate conversion is to use a consistent reference that is not dependent on phosphors or pigments. The Commission International de l'Eclairage (CIE) developed standards based on the premise that you cannot measure the color of an object without knowing

K02445449

100  INK ON PAPER

something about the observer and the light source. The 1931 CIE XYZ color space, the basis for all subsequent CIE color spaces, is based on a standard light source and a standard observer under specific illuminant and angles for perceptual evaluation.

The CIE system was designed to compare colors on similar media. Today's technology compares colors on different media, and device-independent color says that any image stored in a system should look the same when rendered on different devices. The CIE system was not created for this.

### Quality control

Quality control is really knowledge. Having key people who are trained in colorimetry and printing technology is essential. Spectrophotometers, colorimeters, and color densitometers are the tools most commonly used.

A spectrophotometer measures points on the electromagnetic spectrum. A colorimeter measures light in a way not unlike how the human eye views, and a color densitometer is designed to measure materials such as inks and dyes.

Color management is based on the assurance that all devices in the system are performing to specifications. Although calibration alone cannot guarantee color matching, it does eliminate some variables by ensuring that all devices used, from input to output, are performing to some set of standards. Specification Web Offset Publications (SWOP) is a calibration system used in lithographic printing that takes into account ink, paper color, substrate, coated or uncoated, solid ink densities, and dot gain tolerances for offset presses. The entire production staff will use these specifications to minimize the variables that exist in the final printed product.

### Scanner calibration

Scanners define color by detecting the intensity and color of light reflected off or transmitted through an original. By separating the light into three components—red, green, and blue—a light-sensitive device, such as a photo-

COLOR REPRODUCTION  101

multiplier tube (PMT) or charge coupled devices (CCD), translates the amount of light detected into digital format.

The color values of any given scanner will vary greatly when scanning the same original. This is due to the variability of any of the following: the spectral reflectance/transmittance of the original, the light source of the scanner, the spectral transmittance of the color filters, the spectral sensitivity of the CCD/PMT, and the spectral response of other optical components.

Scanner characterization focuses on defining the relationship between the colors of the original and the RGB values the scanner assigns to them. This is usually accomplished by scanning a test target and comparing the known color values of the target to resulting values given by the scanner to define the relationship.

The color space transformation between RGB coordinates and CIE-XYZ is done through the calculation of a matrix or the creation of rendering tables. In creation of a matrix, coefficients must be calculated to minimize the amount of error in transformation. However, this is rarely possible and rendering tables must be created instead. In a rendering table, known relationships between the two color spaces are used as reference points to interpolate or estimate all other necessary translations.

Scanner calibration is accomplished by scanning neutral density step targets and adjusting the linearity lookup tables that control the gray balance of the color-sensitive scanner components.

### Monitors

Cathode ray tube (CRT) monitors contain three electron beams which sweep across the screen, exciting red, green, or blue phosphors contained in the CRT's face. The phosphors are grouped extremely close together; in triads, to combine the RGB light and produce the appropriate color. These colors can be affected by the following: possible color casts inherent in the monitor (white point), differences in perceived brightness compared to actual voltage values (gamma), the color gamut of the monitor, and the light the monitor is viewed under.

Monitor characterization is accomplished by measuring the chromaticities of the red, green, and blue phosphors; the gamma; and the white point. This is usually done by the manufacturer of the monitor.

Transforming color spaces from the monitor to CIE-XYZ requires linear correction, color space transformation, and gamut compression. Linear correction involves creating lookup tables for the three light channels to make adjustments in perceived brightness when RGB signal values change. Color space conversion is done the same as for the scanner, but tables and matrices must be done to transform color to both input and output, as the monitor can be chosen to supply information either way. Gamut compression is done with the same or similar rendering table used for color space transformation.

Calibration of monitors is done with devices that first measure various spots on the monitor, by using a suction-cup device that determines the monitor's white point and gamma, then adjust the monitor's linearity correction accordingly.

Printers and proofing devices use a multitude of methods to produce color output. The main consistency of these devices lies in their use of subtractive color theory, in which red, green, and blue light combinations are obtained by placing cyan, magenta, and yellow transparent pigments onto white paper. The pigments act as filters that, in theory, each allow a different primary color of light to reflect off the white paper. Of course, many factors can affect the perceived color on the printing sheet, including: the spectral properties of the paper, the gamut of the printer, and the viewing light, the gamut of the printer, and the density range of the printer.

Printer characterization measures printer linearity and chromatic characteristics. Linearity refers to consistent changes in print value among the four process colors. The chromatic characteristics determine the color space the output device is capable of reproducing. Both measurements are done by printing test targets and comparing the resulting output to known values of the original.

The transformation process in a printer is done by creat-

ing two tables from the data obtained during characterization. The linearity correction of the printer is determined by calculating lookup tables which represent a tone reproduction curve. The chromatic component of the printer is transformed through the creation of a rendering table, also determined from the data gathered in characterization.

Calibration of the printer can be done by taking density readings off a test target and correcting the tables that control linearity during transformation.

Desktop color reproduction systems have created an essential need for color management systems that can provide accurate and consistent color representation. An ideal system will translate color throughout the desktop process flawlessly and transparently. The system should be able to work at the operating system level of the workstation, providing various standard interfaces to allow vendors of application programs, devices, and specialized approaches to communicate through a compatible color infrastructure.

Files will contain tagged color space information. Application programs will communicate color translation through the application program interface (API). Devices will be characterized through a device profile, which contains the information relating to the color space and color rendering of each device in the system. Color matching methods will contain the transformation software that usually translates in and out of a standard CIE-XYZ device-independent color space. Common features found on current color matching systems are user interfaces, calibration tools, gamut alarms, and output simulations. User interfaces let the user access color matching functions from within certain publishing application programs. Calibration tools are sometimes provided, allowing end users to calibrate their devices. Gamut alarms can alert the user to colors that fall out of the gamut of the devices in use. Output simulation enables the user to preview the hardcopy, providing a type of soft proof on screen.

*Proofing*

Proofing is vital to practically all printing. It shows the printer and customer what the job will look like after print-

ing, so changes can be made, if necessary, before the job goes to press, where it can waste expensive press time, paper, and ink if it is not right. Color proofing is a very important step in the process of color reproduction, as color proofs are made at different stages and for many diverse uses in the process. There are proofs for customer approval, compatibility proofs, proofs for quality control, and proofs for other uses.

The color proof, which is usually made before the production run for customer approval, is expected to be a reasonable representation of the printed job so the customer can determine what modifications, if any, are needed before printing. When approved, it becomes the guide for pressfolk to use during makeready to derive the OK sheet used for checking the printing during the run. If the proof does not reproduce the printing characteristics of the process, there may be difficulty in getting the printed job to match the proof, which can result in long, tedious, expensive corrections on the press, plate remakes, a dissatisfied customer, and possible job rejection.

Proofs were once made on a proofing press with paper and ink. That approach is still used and is still the best way to verify what is really going to happen when you print from a set of films. Press proofing is slow, expensive, and happens late in the cycle. It also requires the color separator to own a press.

Thus, "off-press" proofs found a ready market. The traditional off-press proof process involves making a contact exposure of each of the separation films and developing the exposure with a toner in the appropriate process color. The principal types of off-press proofs are overlay proofs, in which the four colors can be viewed separately, and one-piece proofs, in which the four colors are laminated onto a background sheet. Some variants also exist, such as electrostatic or digital systems.

Color separation services use off-press proofs extensively to check work in progress. The final proof also serves as a de facto contract between the separation service or printer and the customer. This proof, the service is stating, is what the printed piece will look like; this proof, says

the customer, is what I will accept when it comes off press.

A number of other proofing methods which work from digital data are continuous tone; therefore, they do not show the dot structure. Prepress color correction can be performed only by changing the concentration of one or more of four colors, and it is the size and shape of the halftone dots that affect those concentrations. The function of a color proof is to convey accurate information about how a certain set of films will perform on press. A proof that does not facilitate that function proves utterly useless, no matter how attractive or elegant it is.

## Soft proofing

The method of "soft" proofing—proofing directly from a color monitor—is cheap, quick, and uses no chemicals or consumables. Every digital color system includes a high-resolution color monitor, and many scanner systems now offer a "preview" feature that allows the operator to check color before finalization. Soft proofing depends on the calibration of color monitors, though, and that is the problem.

You must adjust a monitor so that it gives an accurate approximation of final color. As desktop systems improve, such adjustments will become more automatic. However, no set of look-up tables is yet accurate enough to permit critical color judgment on-screen, without reference to a hardcopy proof.

The graphic arts industry arrived at a standard for viewing color materials that calls for comparisons to be made against a neutral background in an environment illuminated by light at a temperature of 5,000 degrees Kelvin. To the human eye, light at that temperature appears as a neutral, color-balanced white.

You cannot remember color. If you have both samples in front of you, you can compare. But you cannot look at color in one place and then carry the memory of it to another place. What is really needed is a reliable method of making a hardcopy proof from an electronic system without having to expose a set of films—a technique known as direct digital color proofing (DDCP).

K02445452

Computers deal with color in a way that makes sense to the computer, but not to the human eye. Color displays generate color by illuminating combinations of phosphors in the common additive primaries: red, green, and blue (RGB) and varying the intensity of the electron beams exciting the phosphor. The number of possible colors is a direct result of the number of bits available per pixel. In a 24-bit system, 8 bits control each of the 3 primaries, making it possible to direct the electron gun at 256 levels of intensity for each of the three primaries—which comes out to some 16 million. These combinations are usually stored as a lookup table, which is accessed by the screen driver.

Most prepress systems are based on the subtractive primaries CMYK (cyan, yellow, and magenta, plus black, which is the basis for printing processes). Multiple lookup tables are used to translate CMYK percentages into RGB percentages for the screen display. Basing color on lookup tables of uniformly quantized increments has little relation to color as the human eye perceives it. Perceptual differences between colors are not constant as one moves from one part of the color spectrum to another. Under constant illumination and at high (lighter) values, we see more blues than yellows. Because the increments in the lookup table are constant, it may take a movement of a dozen units in the high-value blues to produce a color that we perceive as different. In high-value yellows, a movement of a single unit may be perceived as an abrupt color shift.

The user interface that provides us with access to potential colors may be a palette, a color wheel, or a color bar. It may provide menus for specifying percentages of RGB, CMYK, or other color components. Many systems provide a choice or combination of several of these features. But, because of the lack of correspondence between the underlying computer architecture and visual perception, users are often disoriented when they work with color.

Working with color is even more unpredictable because color dimensions, such as RGB and CMYK, cannot be manipulated independently. In an RGB system, a change in value (lightness) automatically effects a change in chroma (brightness). To get a brighter, more saturated red, you

must adjust the percentages of red, green, and blue in a way that is not visually obvious. You couldn't simply increase the percentage of red, because that would increase lightness as well.

In a CMYK system, color changes are effected by adjusting percentages of these primaries and black. To achieve a brighter red, for instance, you would have to reduce the cyan and black and increase the yellow and magenta.

## Compatibility proofs

Magazine and other periodical printers have another very important requirement for proofs. They receive advertisements from many different sources, including advertising agencies and advertising departments of manufacturers. These ads contain subjects prepared by many different photographers and commercial artists and can consist of color transparencies of different sizes and types, color photographic prints, dye transfers, and even artwork on board, paper, or canvas in oils, water colors, or other media. Many of them are finished ads that have been used in other publications. Also, films supplied for reproduction may already have been color separated, using different colors, inks, and papers for making the proofs.

The printer is faced with the task of combining a number of these elements, prepared by different sources and with different materials, on the same plate. Proofs of the supplied films in the printer's colors and materials are absolutely necessary to make sure that all the color is compatible, as they must all print from the same plate on the same press and with the same paper and inks.

This is called compatible proofing. If some of the elements do not look right, it is less expensive to correct or remake them before they go to press than to stop the press, remake the plates, and struggle to reach a compromise in printing that often unbalances the other subjects and results not only in missed deadlines and higher costs, but also in dissatisfied clients. Efforts to avoid such disappointments have been made by establishing standards like SWOP for proofing web offset publication subjects, and the GTA Group I and Group V standards. These were devel-

K02445453

oped so that all subjects made from supplied films would be compatible when printed together on any press.

*Proofs for quality control*

The printer also uses color proofs at many stages in the preparation of the materials for printing to evaluate the efficiency of its manufacturing processes and how the subjects will reproduce. This is so it can avoid surprises at the press and be sure the product it produces meets the customer's requirements and expectations. Color proofs are used at these stages in the hierarchy of the reproduction process:

• Scanner: Determine color balance, overall color correction, overall quality, size, screen angles, and register.
• Image assembly (stripping): Check sizing, cropping, color breaks, crossovers, reversals, "fats" and "skinnies" (overlaps), screen angles, overprints, and register.
• Platemaking: Check dot quality (gain or sharpening), position, register, color, and other specifications of all elements on the plate or signature.
• Press: Use a customer-approved proof as a guide for print quality, ink strengths, color balance, register, and progressive color guides if job is on a single or two-color press. The customer-approved proof(s) replaces the original(s) for producing the OK sheet for the press run.
• Bindery: Check for layout, size, trimming, folding, imprinting, bleeds, margins, crossovers, and so on.

*Press proofs*

For many years, the only way to make proofs was to print them on a press. This involved making plates, mounting them on the press, making ready to run, and then running a few prints. Proofs of this type are very expensive because they involve labor-intensive operations, expensive materials (plates), and cost-intensive equipment (press). Special proof presses have been built to eliminate the high costs of using production presses, but manpower costs are still high, as it takes a long time to make press proofs.

Press proofs have three important advantages:

• They are printed on a press using printing pressure and the actual inks and paper to be used for the job.
• Multiple proofs can be produced at reasonable cost.
• Progressive proofs and proof books can be easily made. Press proofs are used extensively by advertising agencies requiring quantities of proofs for distribution to a number of customer representatives and printers. Progressive proofs are useful when 4-color jobs are to be printed on single or two-color presses.

Many buyers of printing have the mistaken notion that a press proof will look exactly like the printed job, regardless of how or where it is printed. This unfortunately is far from the truth. All presses are different, not only in design, but also in performance. Even presses of the same design differ in ink transfer due to numerous variables, including pressfolk, paper, ink, roller and blanket composition and conditions, ink-water balance (in lithography), and roller and cylinder pressures. In fact, it is usually not even possible to put a set of plates that have been printed on a press back on the same press, print them with the same inks and paper, and get the same result.

A press proof, therefore, is no guarantee that the printed job will look like the proof, even if it is printed on the same press with the same materials and pressperson. Compensations must usually be made to relate the proof to the actual printed result. The situation is somewhat different in gravure printing. Practically all gravure printing is proofed on a press. In most instances, the actual printing cylinders are proofed, usually on production-type presses. The introduction of halftone gravure could possibly cause some changes in this practice.

*Off-press proofs*

Because of the limited correlation between press proofs and press prints and the time and expense to make them, there have been many attempts to develop and use less expensive and faster alternatives to press proofs, especially for processes other than gravure. These are usually made by photochemical or photomechanical means and are referred to as prepress, or off-press, color proofs.

K02445454

*Overlay systems*

The success of photomechanical color proofing processes in mapping encouraged the development of a number of other systems for color proofing for commercial printing which, unlike mapping that used line images and special colors, used halftone images and process colors. The first successful products were the Ozachrome overlay films. These consisted of diazo coatings on individual films which, when exposed and processed by ammonia vapor, produced dyed images in colors similar to process inks. For a 4-color proof, a photographic print on paper was made of the black separation; the other three colors were on films (sometimes called foils) that were mounted in register on the black print.

The main advantage of the system was the ability to review the individual images and use them to assemble progressive proofs. The limitations were:

• Only one set of process colors was available, and they were not good matches for the great variety of yellow, magenta, and cyan process inks in use.

• The plastic films used were not completely clear and colorless, so the white paper and highlight areas of the proofs were dirtied and darkened.

• Although they were useful for checking loose fit and whether copy elements were in the right color or missing, the films were not dimensionally stable, so register was not certain and proofs were not good matches for the printed job. They were seldom accepted by the customer in place of a press proof. They were useful mainly for internal checking and quality control in the plant.

3M Color Key was the first overlay system to be introduced that was on a stable base and replaced the dyes with pigments. This system used polyester film and diazo sensitizers covered with pigmented coatings similar to subtractive type lithographic plates so that, on development, a pigmented image was produced. At first, these systems suffered from the same limitation as the diazo films, namely, grayed whites and highlights. Gradual improvements in color and clarity of the film have minimized this problem, although whites are still grayer than desired.

Overlay systems are used extensively by the industry, even though they are not normally considered good matches for the press print and are not generally accepted by many customers in place of the press proof. The problems have been grayed highlights and whites and the difficulty in handling and registering the four films. In addition, the advantage of ease of preparing progressive proofs for the pressperson to use in printing has practically disappeared with the almost exclusive use of 4-color presses for process color printing.

Overlay systems, in contrast, are less expensive and easier to make than most integral systems and are used extensively for most internal quality control operations (which represent more than 60% of the uses for off-press color proofs).

*Internal (single-sheet) systems*

A number of attempts have been made to develop proofing systems with integral images on a single sheet or base to overcome the limitations and problems encountered with the overlay systems. The first color proofing system, introduced after the end of World War II, was the single-sheet, integral system by Direct Reproduction Corporation, called Watercote.

In the early 1960s, several attempts were made to develop electrophotographic proofing processes based on the electrofax principle, using paper coated with zinc oxide in a resistive binder as a photoconductor and toners consisting of ink pigments dispersed in liquid Isopar. The electrofax principle was introduced in the United States by RCA, and the use of liquid toners was developed in Australia by Ralph Metcalf and Robert Wright of the Australian government. Other groups worked on similar processes, but none ever got to market.

In 1969, a new color proofing process, the Colex 520 Pre-plate Color Proof System, developed at Batelle Memorial Institute, produced an integral color proof based on the use of photosensitive adhesive polymers and dry powder toners composed essentially of ink pigments. This was the forerunner of other integral color proofing systems

K02445455

112    INK ON PAPER

based on the use of dry toners and adhesive polymers including DuPont Cromalin, introduced in the 1970s.

DuPont Cromalin depends on a change in tackiness of the special polymers used due to exposure to light. This can cause problems with variations in the amount of toners accepted, resulting in fluctuations in color strength and scum or toning of the nonprinting area. Staley Colex 520 was discontinued mainly because of these problems. DuPont Cromalin has survived them by introducing many innovations such as controlled exposure and the use of automatic toning devices.

Kodak also introduced the Polytrans Color Proof System in 1969. It used pigmented photosensitive films, which were combined to make the color proof using heat and pressure on a specially modified press. Although the process gave very reproducible proofs, it was discontinued in 1975 because of limited choice of colors, high cost of energy and proof press, and competitive pressures from the Cromalin process.

Other integral (single-sheet) off-press color proofing processes were developed during the late 1960s and the 1970s. Actually, the first of the modern integral color proofing systems was Transfer Key, which 3M introduced in 1968. It is a modification of 3M's Color Key, in which the individual coatings are successively transferred, exposed, and developed on a pigmented white plastic base and subsequently laminated together to produce an integral print on a single base.

3M Matchprint has a spacer layer, which is used between the laminated Transfer Key coatings and the printing paper on which they are mounted to simulate dot spread in the proof and thereby obtain a closer match between the proof and the press-printed result.

As we enter the last 5 years of the 20th century, proofing technology is undergoing a significant change. More color is being accepted with ink jet and dye sublimation proofs and new systems are being introduced daily. The market desires a proofing technology that provides cost and quality advantages and is compatible with digital prepress.



# DIGITAL PREPRESS EVOLUTION

The prepress market is made up of typesetters, service bureaus, and color trade shops. The changing role of each—as well as a certain functional overlap—has created confusion as to who they are and what they do.

A little history is helpful. Way back in the halcyon days of handset type, every printer had to set its own type to have the metal from which to print. For illustrations, printers usually hired an engraver to create a metal etching that was integrated with the raised metal type to produce a printable page. After the invention of the linecaster, printers were overwhelmed when the number of typefaces reached 100(!). They divested themselves of the typesetting operation and a new entrepreneurial service was born: the trade typesetter. The "trade" part meant that the service set type for printers or others in the trade. They delivered the chases of metal type pages to the printer.

At the same time, illustrations underwent their own revolution as the photoengraving process developed. Once again, a group of entrepreneurs created a service out of the beginnings of technology: the engraver or trade shop. They handled pictures, artwork, and color separations, each resulting in a form of raised metal mounted on wood blocks. The surface was at the same height as the metal type so all images would print evenly. (For those of you who forgotten this magic number, the height to paper was .918 inches.)

And all was well with the printing world—composed of printers who printed, trade typesetters who set type, and engravers or trade shops who made color separations. Then came offset lithography. It finally came into widespread use in the 1950s and it no longer required a raised type or image surface for letterpress printing. What the eye could see could be photographed to negative film, which was needed to make offset plates.

The trade typesetter started doing less and less work for printers and more and more work for ad agencies, art studios, and businesses with art departments. They renamed themselves "typographers" to differentiate themselves. The trade shops converted to film production. A few new firms were started that did camera work for printers and others, and a few more made offset plates for printers. The prepress market was now formed.

Enter technology. The hot metal linecaster initially was used to provide the metal type to the printer. With offset lithography, a proof was "pulled" from the metal and used as "art" for the camera. The linecaster was replaced after 1960 by the phototypesetter. It had the ability to set type directly on film, eliminating the need for camera operations.

The graphic arts camera was also used for color separation of photographs, although it was attacked by the electronic color scanner. It produced film directly. Cameras were still used for art or illustration, giving rise to the term "camera-ready art."

All three kinds of film came together at the stripping stage to produce the flats (signatures) needed to make plates. Printers did stripping, but so did typographers, trade shops, and a few new services that stripped film and/or made plates for printers that did not want to.

And all was well with the printing world—printers printed, typographers set type on film, trade shops were renamed color separators and produced color separations on film, and and they and miscellaneous services did camera work. All was right with the world.

Enter technology, again. In the late 1970s, the raster-based imagesetter was born. "Rasterizing" defined a page by addressing every possible dot position that could be placed on that page with a laser or other imaging system. Those dots did not care whether they created type or illustration or pictures. But this technology needed a method to convert the data from the front-end system that made the page to the imagesetter that exposed the dots. That method was, and still is, called raster image processing, and the device or function that does it is called a RIP.

After 1985, the page description language that became common to laser printers as well as laser imagesetters was PostScript. At its introduction, it demonstrated that the same file could be sent to the laser printer for proofing on plain paper at low resolution and/or to the laser imagesetter for film output at high resolution. The imagesetter was an expensive device and was initially installed by entrepreneurs who saw a new developing market. Art and design professionals who used desktop systems could create and produce pages with type and illustrations and then proof those pages in their offices. When finalized, the pages could be sent to one of the new "service bureaus" that had laser imagesetters. These firms were also called imaging services, or PostScript services, or even output services.

Service bureaus operated on the simple premise that you produced and proofed your pages and just brought them files for output at high resolution. It was a cash-and-carry business. At the beginning, with few services and few files, the page rate was $10 each, for example. As the number of firms and the volume of page files increased, competition brought the price down to $5 or lower.

As more and more page creators applied desktop systems, they set more and more of their own type, negating the need for some of the rekeying done by typographers or typesetting services. Thus, the volume of typesetting as done by prepress services was reduced, and these firms either survived, merged, disappeared, or became service bureaus. The net result was that the number of firms was reduced by more than two-thirds.

Some typesetters installed imagesetters and became service bureaus, but the service bureau part of the business was not as profitable as traditional typesetting. Some typesetters offered value-added services, such as electronic art and design and color proofing.

Nor were the color separators immune from the relentless march of technology. Their expensive color scanners eventually had competitive counterparts on the desktop. The volume of color separations was divided up between the high-end scanners and color systems and the

K02445457

desktop-level scanners and systems. As the desktop scanners got better, their percentage of work increased.

Color separators are struggling to keep pace with digital photography, which negates the need for a scanner. Kodak's Photo CD makes virtually every color lab a color separator. Although these technologies are not yet in widespread use, because of evolving developments, they could be a threat to the traditional color separator.

Then, service bureaus also started to install desktop scanners to compete for a part of the color separation market. To remain competitive, the color separators added high-end color makeup systems and linked RIPs to the film recorders attached to their scanners, or installed high-quality imagesetters.

Buyers of imaging services or color separation services also installed color printers so that they could proof their pages in color prior to sending them to the service bureau or color separator for output. They were already using drawing and painting programs to create electronic artwork—computer-ready art instead of camera-ready art. They added low-end scanners to do comprehensives and dummies.

Then, to complicate matters even more, the customers of the service bureaus and color separators started to install better scanners and printers and imagesetters. These firms included art and design services, in-house departments, and even printers. These firms acquired the devices and systems to scan their own color and output their own film. Then they started taking files from other companies, effectively competing with the purely prepress services.

Prepress services are now offering art and design services to compete with art and design services that offer prepress services.

To summarize, service bureaus are doing color separation work; color separators are doing service bureau work; printers are doing some of each; prepress services are doing printing; art and design services are doing prepress; and everybody is doing art and design.

Enter technology, yet again. A laser imagesetter that outputs a large sheet of film with all pages imposed in the

correct orientation and order is called an "imposetter." It eliminates the stripping process. The first of these machines were installed by commercial book printers because they were limited to black-and-white work. Newer versions do color.

And even newer versions will output plates. Where will these devices be installed? It is predicted that they will go to the printer, as we go full circle back to prepress and press functions within the same organization. There are still proofing issues to contend with (there is no film to proof) and acquisition factors (these machines are very expensive).

Will there still be prepress services? Of course. Not every printer will get into its own prepress, so there will be some need for services. Perhaps there will be fewer of them, but they will still be there.

*Enter technology, ad nauseum*

There is the digital printer. It takes PostScript files directly; it images pages of type, pictures, illustrations, and color, puts them all on paper, collates and folds and binds and outputs completed units. It negates the need for film and plates. It is designed for short run, on-demand printing.

Who will use it? Quick printers are printers that have a retail, while-you-wait orientation. They were the first to apply copiers, both black-and-white and color. They would seem to be natural adopters of digital printers, although the first of the breed are expected to be very expensive, perhaps forcing the technology into the larger commercial printing establishments.

But what happens when a prepress service installs a printing press? Is it then a printer? On the flip side, does a printer that installs prepress become a prepress service? This is happening, and it is blurring the lines between traditional definitions of our industry. The digital printer will add to the confusion. It is expected that prepress services—because they control many of the page files—will install these devices, once again blurring the lines between graphic arts services.

K02445458

As more and more of the creators and producers of pages adopt desktop computers, the pool of pages in standardized electronic form will increase, forcing all services within the printing and publishing industries to deal with those files.

As the technology for scanning brings prices down and quality up, coupled with digital photography and Photo CD, as well as high-definition video, color pictures will be more accessible to more people in electronic form for both print and nonprint requirements.

As new forms of information dissemination in nonprint form evolve, from on-line services to CD-ROM to telephone/cable TV links, to the infamous multimedia, some volume of printing may be affected. Digital printing may have an effect as well.

All of these developments and more will continue to change who we are as an industry and what we do. Eventually, it will come down to the very name for our industry. Are we still going to be printers, or is there a better word or words for what we will do in the future? Prepress, you see, is only the tip of the iceberg called *change*.

### A little more history

It was not too long ago that you were virtually chained to your typesetting machine. Because of its use of proprietary fonts and its unique driver program that required extensive setup of letter width values, kern/track values, and even character sets at the front end, you did not easily change output devices. In some cases, you did not even have the option, because the front end and back end were sold as a complete and proprietary system.

In 1985 it all changed. That year saw the introduction of PostScript, both as a font and a printer description language standard. We did not know it was a standard at the time, and it had to prove itself against formidable competitors from Xerox and Hewlett-Packard. Many reasons have been advanced since then as to why this upstart from Adobe Systems won out over stronger competitors. I think there were two reasons. First, it was better because it was universal in its application from low-resolution to high-

resolution devices with a font that could run on all of them at any size or variation. Second, it offered a link to the high end—the imagesetter—and whoever controls the high (resolution) ground controls the market.

Monotype had introduced an imagesetter, a typesetter that could output graphics and photos, in 1978. But it had no user-acceptable front end that could make it output much more than type. Other firms created "kluges" that consisted of old typesetters for text and new systems for pictures. All of these companies had phenomenal output devices, but there was no cohesive way of feeding them complete pages.

Linotype took a major risk in 1985 when it partnered with Apple and Adobe in the introduction of PostScript. History will record that they made the right decision. The press conference in Cupertino early in 1985 showed the same Pagemaker page file going to the plain-paper Apple Laserwriter at 300-dpi and also to the Linotronic at 1270 dpi and 2540 dpi. And that was with the same file and the same font data.

As a result, the first service bureaus came into existence. You could put a page together at your office, proof it on plain paper, and then send it to the service bureau for output on photo paper or film. It was magic. Within two years, there were more than 30 printout devices that had PostScript capability. Adobe routinely published a list of them. There are now more than 200 such devices. In fact, today one would have to make a list of those that do not take PostScript.

### Hardcopy terms that count

The six major variables are image quality, resolution, speed, equipment cost, cost per copy/media requirements, and device durability.

*Image quality.* Most users of color output devices rate image quality as a major attribute for device selection. Unfortunately, image quality is highly subjective and depends on the application. A graphic arts professional cares about the appearance of type and the accuracy and fidelity of color.

K02445459

*Line and edge definition:* The sharpness of line drawing edges is an essential attribute. This attribute is also important for shade patterns, type, and bar and pie outlines. Pen plotters generally provided acceptable line quality. For complex line drawings that must be published or photoreduced, line thickness is often an issue.

Line definition from nonimpact devices can equal or surpass a standard desktop plotter if the dot size is small (high resolution) and if the dots can be overlapped to smooth out the raster jaggies. Resolution is tending toward 600 dpi, with all major vendors supporting at least 400 dpi. Color printers that are based on cyan, magenta, yellow, and black inks, and that can produce accurate and uniform colors by perfect alignment of overlapped colored lines, are generally the best.

*Dimensional accuracy:* Certain applications require that objects measured on the plot area be proportionally accurate. This dimensional accuracy is affected by hardware resolution and software control.

*Area fill:* Area filling is necessary for bars, pies, shading between lines, and type character fill. Solid areas should be free of streaks and voids, and shaded areas should be uniform. Uniform filling is most important in business graphics, where aesthetics are a major consideration. Background shading is important in colored prints and in 35mm slides made with film recorders for use in presentations.

Backgrounds should be smooth and not show missing lines, unwanted images, or interference patterns. Often the hardcopy device or the rasterizer that drives it can handle the area fill or background fill, but the user or application software overrides this and does a substandard color fill by attempting to fill the areas and backgrounds with vectors in much the same way that a pen plotter does. Newer systems have overcome many of these limitations.

*Color gamut and fidelity:* Color monitors offer color palettes measured in hundreds of thousands or millions of colors. Color hardcopy devices cannot reproduce all the colors that it is possible to display on a monitor. Conversely, many hard copy devices can produce colors that it

is impossible to display on a monitor. "Color gamut" refers to the range of colors attainable by a printer. Ideally, the gamut of all monitors and printers should be the same. The reality is that while a given monitor and printer may each claim to have 16 million possible colors, their color gamuts will be different.



The number of bits "deep" determines the number of grays

*Resolution:* "Resolution" is defined as the number of discernible line pairs per inch. Terminology such as "dots per inch" and "addressable dots per inch" is more often published, especially for raster technologies, but is not a true measure of resolution. "Dots per inch" is potential resolution and often gives only the measurement of the narrowest line technically possible. If the dots overlap, as is often the case with laser technologies, the visual appeal of the image will be increased with curves and lines looking smooth and not stair-stepped—the dreaded "jaggies." Dot overlap smoothness comes at the cost of resolution. If dots are wider than their spacing, then closest spaced line pairs will not be discernible. That is, lines are made thicker to touch them out; therefore, fewer can be placed side by side in a given space and still be recognized as separate lines.

Whereas dot overlap improves visual appeal by intentionally reducing resolution, dot blowup (too much separation between dots) reduces both resolution and visual appeal. Resolution and visual appeal are also affected by stray marks on the paper called "artifacts." Both dot blowup and artifacts can usually be determined by close examination of sample output.

*Speed.* The primary speed or copy time issues are how long it takes to get the first copy and how long it takes to get multiple copies of the same page. Some other factors, such as graphics processing and whether or not the printing is being done in batch from a queue, muddy the speed issue. Speed measurements can be misleading. For example, a laser printer advertised at 4 pages per minute can take 30 minutes to rip a single page if it contains complex graphics. Four ways to look at speed:

*Delivery speed:* How fast does the computer deliver the file to the printer? This is a factor of computer processing, networking and the printer processor.

*Offload speed:* How quickly does the output device return control to you or become ready for the next job? Is your computer tied up during the entire printing process? Devices with built-in intelligence and large memory buffers can offload your computer quickly. If your computer has an efficient spooler, this may be handled by the computer rather than the output device. Some users are less interested in how fast the actual page comes out than in how long the computer is tied up. If you are more interested in how long it takes from the time you give the command to print until the time you can once again use your computer, then offload speed is what you should determine. We like to call this the time from "click to click," or how long it takes from the "enter" key that initiates printing to the first keystrokes of your next operation. Get a spooler so you can use your computer while the printer is printing or the RIP is ripping.

*Processing speed:* Raster image processing will be a bigger bottleneck than the actual printing speed of the device. This is particularly true when dealing with color graphics, especially scanned images. For the output of a

roll of 30 slides on a roll of film, the computer spooling time for the files will be less than one minute, and the exposure and film motion times for some of the more expensive film recorders will also total a minute or so. That doesn't mean that you can spool your files and expose a roll of film in only a few minutes. The graphics processing, either in the computer, the rasterizer (RIP), the film recorder, or all three can eat up hours. (The better film recorders process graphics in times measured in minutes.) For large runs or multiple copies needed in a finite time period, the graphics processing times should be carefully understood.

*Print speed:* This is the most often advertised attribute. How fast can the device produce output after processing is complete? This can be crucial if you wish to produce multiple copies of a document on your output device. When making only one page, this can be referred to as the time from "chunk to chunk," that is, the actual printer hardware time. When spooling large numbers of files, such as the film recorder for example, the chunk-to-chunk time is a good measure of the average time for a page, since between film advances the computer has to offload the file, the computer, rasterizer, or printer has to process the new file, and the printer has to print it.

*Cost per copy:* The price you pay per page is variable and should include the cost of all consumables, such as paper, cartridges, toner, film, and the like. The actual cost per copy can depend on several factors: device maintenance charges (if any), and the cost of consumables used.

For laser printers and ink jet devices, consumables cost depends on the amount of toner or ink coverage. For example, most monochrome laser printers claim copy costs in the 2-to 5-cent-per-page range. A "page" typically means 5% coverage by toner. But for color graphics, 30% may be a more realistic average for page coverage. "Plain paper" ink jet printers might require special paper to produce adequate quality for your applications.

*Durability:* "Durability" refers to the number of prints that you can produce in a given time without adversely affecting the device or the copy quality. More technical types

124   INK ON PAPER

would refer to this as duty cycle, the percentage of time that a device is operated or designed to be operated. For example, a printer that is used an average of 12 minutes per hour could be said to be operating on a 20% duty cycle.

The throughput rate of an 8-page-per-minute laser printer, if operated 24 hours per day for 30 days, would be 345,000 copies per month. At such a continuous rate, or 100% duty cycle, the printer would never survive the month. Rated at 5,000 copies per month, the typical 8-page-per-minute machine is designed for a 1.5% duty cycle over its life and can easily print continuously at its 8 ppm rating for 100 pages, but not for 300,000.

## PRINTOUT

Every output device is actually two devices. The first is the imager or imaging or marking engine. It puts marks on paper or film or some substrate. It is the reason that you bought the printer in the first place.

The second is the raster image processor (RIP) that accepts the files from your workstation and processes them into electronic bit maps of zeros and ones that tell the imager where to turn the marking engine marker on or off. In some cases, you do not see the RIP (as with lower end laser printers, where it consists of a logic board), but as the output device gets bigger and the price goes up, the RIP is evident.

The RIP takes input from the computer, most often in the form of a page description language. The PDL describes the page in a standardized way. Because PostScript was the first major page description language for imagesetters, users also installed laser printers with PostScript as well. Pretty soon, page makeup and other application programs output PostScript code, which then provided a larger base of files in this language, which spurred the further growth of printers of all kinds for many markets with PostScript.

Today, PostScript is the de facto standard for page description languages. Virtually all pages that are handled digitally for reproduction on printing presses pass through PostScript.

---

DIGITAL PREPRESS EVOLUTION   125

The chart shows the broad range of devices and systems for outputting pages or parts of pages from PostScript files. Laser printers have evolved from low levels of productivity to systems like the Kodak Lionheart and the Xerox Docutech, which are de facto printing presses that produce finished documents. The Docutech speed of 135 pages per minute exceeds that of most offset duplicators (and so does its price). But where it and the Lionheart really shine is in the production of finished documents, something that a duplicator press cannot easily do. In the competitive world of printing, productivity isn't everything; it's the only thing.

**Plain paper printers (black and white)**
- 4-6ppm 300-600dpi pagebased laser printer
- 20-60ppm 600-1000dpi pagebased laser printer
- 90-135ppm 300-1000dpi pagebased laser printer
- 4-6ppm 1200dpi broadband laser printer
- Rolled 4-5ppm electronic laser printer

**Photographic imagesetters (photo paper, film, or plastic plate)**
- 1000-3000dpi capstan 3-up imagesetter
- 1000-3000dpi capstan 8-up imagesetter
- 1000-3000dpi drum imagesetter
- 1000-3000dpi drum 8-up imagesetter
- 1000-3000dpi drum 8-up imposetter

**Filmmakers**
- 2000dpi 1000-3000dpi platesetter
- 4-up 1000-3000dpi platesetter
- 4-up 1000-3000dpi platesetter
- 1-2-up plastic platemaker
- Full-size metal gravure cylinder

**Color printers (special or plain paper)**
- 300dpi pagebased thermal color printer
- 300dpi pagebased dye sub color printer
- 300dpi pagebased solid ink color printer
- 300-400dpi pagebased solid ink color printer
- 300-400dpi pagebased electrostatic color printer

**Color proofers, signmakers and presses**
- Pagebased color proofer (halftone dots)
- 400dpi+ rasterized color signmakers
- Rolled vinyl cutting for signs
- 600-800dpi pagebased digital color press
- 1000dpi halftoned plate-on-press system

**Color slide and chrome imaging, links to electronic prepress/publishing systems**
- 1000+dpi color slidemaker
- 1000dpi color chrome maker
- Links to CEP systems
- Links to scanner/workstations
- Conversion to electronic pages

K02445462

Look for printers in the 20- to 50-page-per-minute range to offer similar capabilities. An important factor in printer selection will involve color. Most of the color output devices are for "pre-proofs," because they do not show halftone dots as the Kodak Approval system does. We must admit that an increasing number of users are applying their thermal, dye sublimation, ink jet (or bubble jet), dry ink, and electrophotographic color printers to get proofs for printing. But even with calibration and color management, there are severe limitations.

But the real action in color printing will come in the area of higher speed and productivity—a Lionheart or Docutech that mixes black-and-white and color pages to produce final documents. The new digital color presses from Indigo and Xeikon are designed to handle color as well as black-and-white, but color is a dominant consideration. There is a need for a demand printer that does both kinds of work effectively.

In both the black-and-white and color printer areas there is also the oversized sheet output device. Dielectric and electrostatic roll-fed printers can now output sheets a few feet wide by several feet long. The black-and-white versions are being used to proof 4-up and 8-up film and plate output devices. The color versions are used for signage. (4-up, for example means four 8½" x 11" pages.)

Photographic imagesetters continue to advance. New capstan and drum versions are still being introduced and prices are as competitive as ever. The trend has been to increase the color capability while maintaining productivity. This has led to renewed focus on the RIP, which now includes new halftone screening functionality. Look for RIPs to become more like print servers (some are now) with automatic queuing and OPI/DCS capability. There will be many suppliers of nonchemically processed film for imagesetters.

---

Direct-to-plate devices are being introduced on a regular basis, especially the 30 or 40 by 50 or 60-inch versions that expose metal plates. Sony and Ryobi showed a plastic gravure plate and an "office" gravure press in Japan. Output to all kinds of plates, from lithography to gravure to flexographic, will probably evolve as PostScript output.

A unique area of output is that of slides and chromes. Chromes are color transparencies that range from 4" x 5" to 8 x 10". They are sometimes called "digital originals" and are produced as output from computer graphic images. Now one has to ask, "Why go to (color) film only to have to scan the image in order to get to get (four) films for color printing?" Art professionals prefer to evaluate the image on film rather than on screen or on a color proof—at least at present.

PostScript files can also be accepted by color electronic prepress systems (via a converter). And do not forget that the back end of older scanners is a photographic recorder. There are RIPs that can drive the recorder as though it were an imagesetter.

There is even PostScript output to machines that cut vinyl for logos and signs and other uses.

Lastly, there is the area of electronic page distribution. Adobe Systems Acrobat is a program that changes the page you created in your page program into a transferable file that can be read, printed, or searched on other workstations.

### The future

We cannot think of a single area of output—film, plate, direct-to-paper, electronic file—that will not increase its PostScript output capability. What PostScript has given us is a link between the mind of the image creator and the physical substance of the image carrier for information dissemination. There has never been anything like it. Unless you consider metal type and film negatives to be standards, PostScript is the first standard for the printing and publishing industry. It offers the widest selection of output alternatives ever. But it will have to keep pace with the speed requirements of today's fast-paced business.

K02445463

## Typesetting

Typesetting machines set type. They can also set lines of type, but most were designed with electronic character generators that create characters one at a time.

Electronic publishing or desktop publishing—and all the other terms that we now use to summarize the technologies and the processes of preparation for print communication—began as a craft called typesetting. In the 1950s, photographic methods were applied to replace machine casting of metal lines of type. "Phototypesetting," which refers to the output device (or "back end," as we now call it), was strongly affected by computer technology.

The "front end"—whether it was big or small—was where the operator actually worked. It was connected to the back end where the printout (the actual typesetting) took place.

Two printout devices profoundly influenced the way we communicate in print. The first was the typewriter and the second was the typesetter. Both devices mechanized the process of putting decipherable characters on paper. The typewriter mechanized handwriting and the typesetter mechanized hand typesetting. It is interesting to note that the inventor of the typewriter—actually the 52nd person to invent the typewriter but the only one to call it that—was a newspaper publisher who was seeking an alternative to the laborious manual methods used to set type.

One of the investors and users of the typewriter was a court reporter named James Clephane. He saw how the typewriter could replace handwritten communication, but he wanted more. In 1876, he made the prophetic statement, "I want to bridge the gap between the typewriter and the printed page." To accomplish that task, he hired a number of inventors and machinists, ultimately finding, as fate would have it, Ottmar Mergenthaler. After several attempts, the Linotype was born.

The two machines were similar in that they both had keyboards for the selection of characters, although the layout of the keys was different. The Linotype needed to access the more frequently used characters

faster; the typewriter needed to slow them down. Both devices had the equivalent of a return function to end a line. Both machines required that the human operator make all the decisions.

The typewriter was forced to use mono-spaced characters because it had no method for storing different-width characters. The Linotype had no choice but to handle proportional-width characters, and a major problem that had to be solved was that of justification. It was solved with the "variable wedge" or "spaceband" which essentially widened the space between words to force all the characters to the left and right margins—justifying each line to the same length.

As fate would have it, both machines took different paths that would in time converge. The typewriter became the essential tool for office communication, whereas the typesetter became a production tool primarily for the printing and publishing industries, controlled in large part by skilled craftspeople. There were attempts to bring the two worlds together. The Hammond typewriter later became the Varityper. It competed with the Friden Justowriter and the IBM Composer. All of these devices were typewriters with proportional characters. They gave rise to the "cold type" movement in the 1950s and 1960s.

During the 80 years that the Linotype reigned as the dominant typesetting machine, the only significant change in its operation was the addition of paper tape as a peripheral capability. It was responsible for separating the front end from the back end. The tts system, as it was called, let you keyboard copy on a typewriter-like device while keeping track of the accumulated widths of all characters in a line. The operator determined the line end and recorded the data on the paper tape. The tape was then fed into the typesetter which set the type—produced the metal slugs that would be used for printing.

Once it was shown that one did not need the complicated keyboard and apparatus to keyboard copy for typesetting, we were poised for a change. If we could produce a paper tape with encoded data for typesetting on a me-

chanical typesetter, that same tape might be useable on an electronic printout machine. For that and other reasons, we evolved into photypesetting. At first the typesetter emulated both the typewriter and the Linotype, in that the keyboard (or front end) was physically connected to the printout mechanism. This changed very quickly. As paper tape proliferated, the phototypesetters became "slaves" that could translate the tts codes in order to set type.

This meant that the typesetting operator had to understand the codes—which, by the 1960s, had become a de facto standard. Because the keyboarder made all the end-of-the-line decisions, the typesetting machine did not have to be very smart. That changed too. It was found that the process could be made more productive if the keyboarder did not have to worry about width values or line-end decisions. The typesetting machine then had to have the "intelligence" to add up the widths, determine the end of the line, and automatically hyphenate the last word if necessary—finally spacing all characters and word spaces to justify the line.

This concept of off-line input is not a new one. Tolbert Lanston invented the Monotype in 1890. It had separate devices for input and output. The Friden Justowriter was actually two units, a Recorder which produced paper tape and a Printer which produced the output onto plain paper. The IBM Composer had two modes—the first was used to input the lines and the other to finally print it out. The MT/SC (Magnetic Tape Selectric Composer) let you record on magnetic tape and then play it back for final printout.

As computers proliferated, there was increasing need for faster and faster typewriters to serve as printout devices. Naturally, the keyboard was redundant in many cases. Computer printers evolved as character printers (one character at a time) or line printers (an entire line at a time). To get even more speed and functionality, characters were divided into dots. Multiple pins formed each character as a "dot matrix." Initially the printout was pretty bad, but the matrix kept getting better and better. The advantage over the fully formed character was that one could theoretically, create any character as well as changing font and size.

This concept was challenging phototypesetting as well. Most photographic typesetters used a film, glass, or plastic master set of characters in negative form. After a character was selected, light was exposed through it, and then through a lens to produce the required size. It was then positioned on photosensitive paper or film for later chemical development. Being optical, mechanical, and electronic, these machines were to be challenged by totally electronic approaches. The "digitized" or "digital" photo-typesetter character had about 1,000 dots to the inch—the early dot matrix printer had a character 9 dots by 12 dots.

During the 1970s, typewriter-based printers were oriented to two major markets: data processing (DP) and word processing (WP). The latter area was easier because the device was essentially a "slave" typewriter. The front end of the word processing process was either a typewriter or a keyboard connected to a video terminal and memory and then connected to a printer. As there was only a one operator/one output relationship, the printer did not need much more than the capability of a typewriter.

Data processing, however, needed speed and other functions. These needs led to increasing development of high-speed printout, which culminated, in our opinion, in two devices—the IBM 3800 and the Xerox 9700. Both were printers that employed electrostatic printing technology. Thus, no character was formed by impacting the paper through a ribbon. A laser created the image and it was transferred as toner to the paper. Nonimpact printout was born.

What happened next may seem confusing. Computers got bigger and then smaller; word processing got smaller and then bigger. As desktop publishing evolved toward personal computers, the printers of the word processing world were adequate. As word processing evolved toward bigger systems, the printers of the desktop publishing world were too big and those of the PC world were too small. Thus, laser printers came down in size and capability and, most of all, price.

For many years, formed-character printers were the name of the game for word processing. The best you could

132   INK ON PAPER

do in the office was letter-quality print from a daisywheel or thimble printer. These printers rotated a molded set of characters in front of an impact hammer, which forced the characters against a ribbon to transfer the images to paper.

What were typesetting machines doing during this period? They got faster, added more font and size capability, increased in quality, and added the ability to expose a film negative—while holding the line on price. However, for many office users, the quality and capability of existing laser printers is adequate for much of the internal documentation and marginally adequate for some of the external material. And there's no chemistry.

But typesetting machines only set type, and they were pretty much replaced by the imagesetter, which set type and also output graphics and pictures.

Each printer has an internal command language that allows the front end to actually get its data printed out. This language lets you print a character, move a space, or advance a line, for example. Although there are some limited standard languages left over from the DP and WP printers (Centronics and Diablo), each printer or typesetter has its own unique control language.

To access the capability or back end, each front end (program or system) must output the result of its processing in the control language of the back end. We call this a "driver." If there are three different output devices on your system, there must be three different drivers.

After you have assembled a page on the screen of your front end workstation, using the commands for changing font and size, for instance, the program converts the page data into the control language of the printer through a driver program. This data is then sent to the printer where it is interpreted and converted to codes to drive the marking engine. In other words, the back end of the front end must relate to the front end of the back end.

There have been competing "standard" page description languages, such as PostScript, DDL, and Interpress, as well as printer-specific languages that have become standards, such as Hewlett-Packard PCL. But today, PostScript is the primary language.

DIGITAL PREPRESS EVOLUTION   133

## IMAGESETTING

Photographic imagesetters (photo paper, film, or plastic plate)

| 1000-2000dpi capstan 2-up imagesetter | 1000-3000dpi capstan 4-up imagesetter | 1000-3000dpi drum 2-up imagesetter | 1000-5000dpi drum 4-up imagesetter | 1000-3000dpi drum 8-up imagesetter |

Imagesetters are printout machines designed to output color-separated film in the form of film negatives for printing. Output devices or imagesetters have come a long way since their first introduction. In fact, three generations of machines have evolved. The original issues, such as image area, output speed, resolution, film transport mechanism, and upgradability were addressed in the first two generations of imagesetters. Other issues, such as repeatability, proprietary screen angles, new screening technology, Ethernet connectivity, multiple dot sizes, and roll (capstan) versus drum-based have been addressed in the color imagesetters shipping today. Shown here is a typical capstan recording system.



Film

Laser

Deflection optics

**A capstan imagesetter**

In 1988, there were only four imagesetter manufacturers to choose from: Linotype (now Linotype-Hell), Birmy Graphics, Compugraphic (now Agfa), and AM Varityper (no longer under that name). The early imagesetters were really typesetting devices, modified slightly with a hardware translator called a raster image processor (RIP). The RIP translates the PostScript language into the native language of the recorder. These devices were called imagesetters because they print "images."

When PostScript imagesetters were first introduced, it became clear that they could output high-quality text with linework graphics and tints in place. This was the impetus for the combination of all the elements of a page electronically, output directly to composite film. Composite film means that all elements are on one piece of film. Conventional typesetter manufacturers demonstrated that their equipment could print composite pages on film, but the systems were not viable.

The new photographic imagesetters that accepted PostScript language files could print on film as a negative. First-generation capstan devices were used. But many had a 4-mil repeatability error over four pages, and that was a problem with registration of colors on press. A 4-mil repeatability error means that when four 8.5" x 11" pages of process color are printed in register, these pages are 4 mils out of register. Process color refers to the CYMK (cyan, yellow, magenta, black) printing model, as opposed to the spot color model in which each color is printed separately. The 4-mil error made working with process color unacceptable.

Repeatability and accuracy are not the same. Accuracy is the ability to place a dot in an exact spot. Repeatability is the ability to place that dot in the same spot on four successive color separations. In working with color separations, repeatability is more important than accuracy—but they are really related. For example, you could live with a color page started at .001" deeper than specified on the film roll, but could not live with .001" variability between the separations. Problems with repeatability interfere with the rosette pattern necessary for 4-color printing as well as the trapping approaches required to overcome misregistration problems on the press.

Another problem is moiré. Moiré problems could be the result of inaccurate screen angles. Conventional printing uses screens rotated 30° or a multiple of 30° to avoid moiré. This allows only three colors to be printed. Because yellow is the lightest color in the 4-color process model, it is usually placed at 15° offset from the two other colors (magenta and cyan). Each of these problems contributes

about 2% error to the screening angle, often resulting in 4% error in each of the four plates. A 4° error on two plates offset by only 15° explains why moiré problems might occur with the yellow plate.

This could all change if frequency modulated or stochastic screening becomes more widespread. It eliminates screen angles. The FM screening capability would be built into the RIP.

### Drum versus capstan

Photo imagesetters are either capstan-based film recorders or drum-based film recorders. Capstan printers, also known as roll-based or continuous feed devices, transport the media (either RC paper or film or even polyester plate material) from a continuous roll into the takeup cassette. Repeatability and moiré problems caused most capstan users to work with spot color rather than process color. Imagesetter manufacturers developed second-generation capstan devices with only a 1-2-mil error.

In capstan devices, the film is pushed and/or pulled by rollers, which is the cause of some of the problems. Besides repeatability, start/stop imagesetting could result in banding, where you can actually see inconsistencies in raster lines across the page. Although manufacturers have used a buffering technique to control the manner in which data is sent to the imaging engine, to eliminate banding resulting from the stop/start mechanism, the problem still occurs from time to time. Rollers must be cleaned and adjusted regularly.

Inexpensive capstan devices have only one set of rollers, whereas more expensive imagesetters have multiple sets of rollers that push and pull in opposite directions. It is difficult for rollers to maintain a uniform tension throughout the entire roll, and there are often variations in tension based on the media remaining on the feed roll, which could make the media stretch differently at the beginning and end of the roll. Present capstan devices have elaborate mechanisms to maintain appropriate tension through the entire roll of film. Newer capstan devices could compete with drum systems.

K02445467

## A drum imagesetter



Drum-based imagesetters move the media only during nonimaging periods. Instead of imaging and advancing the media into the cassette, drum machines hold the sheet of film until the imaging is done. Imaging takes place while the media is either standing still, as in an internal drum, or rotating, as in an external drum imagesetter.

### Quality

The main advantage of drum-based imagesetting is high-quality output. Drum-based machines are configured with high-performance RIPs to increase productivity. Drum-based imagesetters are much more accurate in placing dots and have few, if any, registration problems. Banding from the start/stop mechanism on most capstan imagesetters is eliminated. Some drum-based imagesetters use lasers that image on blue light-sensitive film which can cost 20% less than other films. Registration holes are punched in some cases. The disadvantages of drum-based machines are price, wastage (film and time), and imaging area. Some imagesetters minimize the wastage.

Quality is generally reflected in resolution levels. The higher the resolution, the more gray levels and tints you can produce. Here are two charts that show available tints at 1,270 and 2,540 dpi.





The price is higher for drum devices, typically $20,000 or more when compared to high-end capstan devices. Many work with a sheet-fed technique in which unused portions of the sheet are wasted. Those that are sheet-fed often have to be fed manually, in a darkroom, which wastes time, or may require an expensive automatic loader.

For high-quality output, you need to monitor everything: file setup, imagesetter calibration, media transport, processor rollers, processor speed, developer chemistry, output registration, and more. Operators must have an attention to detail in color, film use, and chemistry, and printing.

### COMPUTER-TO-PLATE

Computer-to-plate is not a new concept. Back in the early 1970s, Eastman Kodak had a special material that could be exposed by second-generation photographic typesetters that required a special chemical processor. The plates were used on duplicator presses by telephone companies who produced daily updates for operators on new and changed phone numbers. The technology did not catch on, especially because one of the chemicals used was arsenic.

**Platemakers**



| 2-up 1000-2000dpi platesetter | 4-up 1000-2000dpi platesetter | 8-up 1000-2000dpi platesetter | 1-2-up plastic gravure plate | Full-size metal gravure cylinders |

**Laser**

Laser Diode   Argon Ion   Helium Neon   YAG

**Plate Type**

Silver   OPC   Photopolymer   Hybrid   Thermal   Ablation   ink jet

**Coating**

Precoated   Wipe-on (no longer used)

**Substrate**

Metal   Plastic   Paper

**Printing Process**

Lithography   Waterless Litho   Gravure   Flexo   Stencil   Screen

**Processing**

Toner   Chemistry   Dry Silver   Thermal
Liquid   Dry   Aqueous   Solvent

**Thickness**

4 – 15 mil

**Repeatability**

1/2 mil

**Minimum Dot**

5 – 20 micron

In the early 1980s, the 3M Onyx plate was introduced. It could run in the new breed of photographic imagesetters that composed pages of text, graphics, and pictures all at one time. Up to now, they have not been recommended for process color work, exclusively the province of metal plates.

What about computer-to-plate in full color? Computer-to-plate to most printers was a dream 10 years ago, but our industry has come a long way since then. Currently, these polyester film and photopolymer plates have long-life activator processing. They are supplied in appropriate polyester versions for invisible and visible red-light sources. More recently, high-end drum imagesetters ensure a much higher degree of precision in the registering of films for

different colors. CMYK film output from these machines is so dependable that the time savings and increased productivity offered have enabled them to take a share of the color market, especially on presses like the GTO.

Direct output onto metal plates is the next logical step. Is this the computer-to-plate dream come true? Although polyester tended to stretch on the press cylinder, its dimensional stability greatly improves with the thickness of the material. Here are some of the current CTP plates:

| | Silver Halide | Photopolymer | Hybrid | Other |
|---|---|---|---|---|
| **Polyester** | | | | |
| Agfa SelfPrint (8 mil) | • | | | |
| 3M Onyx (7 mil) | • | | | |
| Mitsubishi Digiplate (5–8 mil) | • | | | |
| **Aluminum** | | | | |
| Agfa Lithostar | • | | | |
| DuPont Howson Silverlith | • | | | |
| Fuji FNH | | • | | |
| Hoechst N90 | | • | | |
| Horsel (Anitec) Electra | | • | | |
| Kodak | | • | | |
| 3M Viking LaserPlate | | • | | |
| Mitsubishi Kasei Diamond (WL) | | | • | |
| Polychrome CTX | | • | | |
| Presstek | | | | • |

Computer-to-plate applications will of course continue to be of interest mainly for the majority of simple black-and-white and spot-color offset jobs. But new plates and the new generation of high-end imagesetters make short-run 4-color applications less dependent on the skill of the press operator, so that what used to be technically hazardous for many printers can now be an old dream come true.

Computer-to-plate is a technology whose time has almost come. In another way, it is competitors reacting to competitors. Few suppliers want to be locked out of the technology. It is being fueled by suppliers of new plates,

140  INK ON PAPER

mostly aluminum, who realize that someday their existing consumables business will change.

The benefits are clearly understood and so are the issues. You can have the benefits of direct-to-plate but you will have to give up something: your present form of proofing or the verification for the press operator and others.

You will probably have to trust the machine and the software to check what people used to check and to make decisions that people used to make. The system will trap and impose. The system will punch and bend the plate. The system will do it all.

### System placement

And where will this remarkable system be situated?

Users are somewhat split, but there is a rising trend toward placing the platesetter proximate to the press. The press operator will then request plates as they are needed.

Once near the press, the platesetter will have to be impervious to environmental conditions, such as temperature, vibration and oil vapor. New higher speed networking will be needed to get the data from the prep area to the platesetter (and one will have to decide where it is ripped).

In reality, we will also have to develop new methods for getting these jobs in electronic form from the client. A publisher will have 100 megabytes of data or more for a small magazine. Will they use disks? Will data be sent by Federal Express? It may be that they transmit the data, but high-speed lines are not high enough speed for the volume of data.

### Proofing for CTP

The proofing issue has two aspects: a substitute for the traditional blueline and a color proof. The blueline was a check for pagination. It may be that the client will trust

---

DIGITAL PREPRESS EVOLUTION  141

the printer's quality control to make certain that all pages are sequential.

The problem with digital proofing is that the proofer and the platesetter may use different RIPs. By their very nature, the ripping and the engine will produce different results. We may have to train a generation of print buyers and print producers to interpret proofs that are not what they used to be when we proofed from film.

The color proof will also be problematic for the reasons cited earlier. Digital proofers like the Kodak Approval system show halftone dots, but it may be that we will not need to look at halftone dots as we know them. Frequency-Modulated screening technology negates the need for traditional dots. See more information on this later.

We think that many cost-conscious print buyers will make concessions and apply low-cost dye sublimation, ink jet, or electrophotographic color printers for their proofing. These printers will not match the print exactly—at least not for some time. Even with color management, there will be differences in color gamut and saturation that will require the user to interpret the proof in terms of what it will look like later, after printing. It may also be that the use of video proofing will find its way back into use and that a version will be used by the press operator to check imposition or registration or other aspects of the job.

### Automation



CTP systems are large to accommodate plates, robotics and images.

K02445470

It is generally agreed that there will not be an operator, except for someone to feed plates to the machine and perform some level of routine maintenance. There are some interesting problems here. All plates come with a sheet of paper in between them to eliminate scratching. The feeding system will have to dispose of that sheet. The robotics feature, plate size, and processor connection make these devices relatively large, like a mid-sized recreational vehicle.

### Processing

The platesetter will be faster than the processor. Rather than slow the platesetter down, we will see systems with dual processors and some elaborate conveyor system to move plates to each of them.

The ripped file for a six-color job of 8-up plates could be 8 to 10 gigabytes of data. This data will probably be stored in case a plate must be rerun. Storage will be another important issue in terms of archiving. Film has a fantastic volume of data compared with current storage systems.

Film will be around for a long time. It will take 5 to 10 years to phase the industry over to new approaches. Initial investments for platesetters will be more than $400,000, which means that they will be applied by the top 1,000 printers in North America. The other 49,000 printers will have to wait for the technology to come down in price. They will continue to apply a mix of technologies.

### A rose by any other name

We have called this technology "direct-to-plate" and "computer-to-plate" and its shorthand C2P or CTP, and even "platesetting." All are applicable and interchangeable.



# CHAPTER 5

## DESKTOP COMPUTING

Your computer consists of many parts. The heart and soul is the central processing unit (CPU), the microprocessor that does all the real work. But it is useless without many other components that make it into a useful system.

When you buy a computer, you are usually buying the box under the monitor—the chassis, if you will—which contains the motherboard, the CPU, and accompanying electronics, into which are plugged various logic boards, external connectors, disk drives, keyboards, mouses, and so on.



### Platforms

Your computer is also called the "platform," a term that really refers to the microprocessor the system uses. This level can be divided into desktop approaches at the lowest end and more professional approaches at the high end. The platform is changing rapidly as the upper end of the PC world overlaps the lower end of the workstation world.

*Personal computer:* Three computers define this world: the Intel 80486 series and the Pentium, the Motorola 68040

series, and the Motorola Power PC.

INTEL

| | Introduced | Transistors |
|---|---|---|
| 8086 | 1978 | 29,000 |
| 8088 | 1979 | 29,000 |
| 80286 | 1982 | 130,000 |
| 80386 | 1985 | 500,000 |
| 80486 | 1989 | 1.2 million |
| Versions | 1991–1992 | |
| Pentium | 1993 | 3 million+ |

MOTOROLA

| | Introduced | Transistors |
|---|---|---|
| 68000 | 1979 | 68,000 |
| 68010 | 1982 | 69,000 |
| 68020 | 1984 | 195,000 |
| 68030 | 1987 | 300,000 |
| 68040 | 1989 | 1.2 million |
| Versions | 1991–1992 | |
| PowerPC | 1994 | 2 million+ |

This table shows that microprocessors become more powerful by integrating higher and higher numbers of transistors, the building blocks of computer processors.

**Workstation:** Characterized by reduced instruction set computing (RISC) architecture, faster processing, and more of everything at the PC level. Look for lots of color capability at this level.

*Dedicated System:* Hardware and software bundled into a turnkey package specifically for prepress processes.

*Operating systems and graphical user interfaces*



**The operating system links all major computer components.**

Art by Rawsam Alasmar

The operating system is the glue that unites all the components into a viable system. The operating system controls the flow of information from disk to computer, and back again, to disk and then monitor, from keyboard or other input device to disk, to printer or other output device from disk, to and from other peripherals, and so on. It acts as both the electronic highway and the traffic control system. It is loaded first and then the application software is loaded.

The graphical user interface, or GUI, is the way the information is presented on the monitor. It consists of the icons (little pictures), menus, and functions that make the system easy to use. In the old days, users had to type commands to accomplish tasks; now they click on icons to select files or programs, or point and click at menu items or fill in dialog boxes. Here is a typical user interface, or at least part of one. Functionality is presented with English terms so that you can choose the function you want.

File Edit View

Normal

Tir

K02445472

## 146   INK ON PAPER

| | Operating System | Graphical User Interface |
|---|---|---|
| **INTEL** | | |
| IBM PC and clones | MS-DOS | Windows |
| | OS/2 Warp | Presentation Manager |
| | WindowsNT | WindowsNT |
| | Windows95 | Windows95 |
| | AIX | Motif |
| NCR large systems | Xenix | Desqview |
| Sequent | Dynix | Motif |
| **MOTOROLA** | | |
| Apple Macintosh | Mac OS 7.5 | QuickDraw |
| | AUX | Motif |
| H-P workstations | UNIX V.4 | Motif |
| NeXT | MACH | NextStep |
| Sun | Sun OS | OpenLook |
| **RISC** | | |
| IBM RS/6000 | AIX | Presentation Manager Motif |
| **MIPS R3000** | | |
| DEC | ULTRIX | Windows |
| Silicon Graphics | OSx | Motif |
| **MOTOROLA 88000** | | |
| Data General | DG/UX | Motif |
| Unisys | UNIX V.4 | Motif |
| **SUN SPARC** | | |
| Sun | Sun OS | OpenLook |

### Storage media

It all started with the lowly punch card. It was the first method for storing information that could be transported easily from one place to another. Its 80 columns of data were adequate for the world of data processing.

The punch card evolved into paper tape, which could hold more information but was less modular.

### Peripherals

Peripherals are just about anything that you hook up to a computer. They include external disk drives, fixed and removable, modems, monitors, printers, and so on.

---

## DESKTOP COMPUTING   147

### Modems

"Modem" stands for modulator/demulator. It is the essential device in telecommunications. Speeds are now more than 14,000 bits per second (baud is a shorthand way of saying bits per second).

### Input devices

These range from keyboards to pressure-sensitive tablets to various tape readers. Scanners are also considered input devices.

### Printers

These can range from personal laser or ink jet printers up to full-blown digital color presses. However, what you connect directly to your computer will usually be a black-and-white or color personal printer.

### Monitors

A color monitor displays images with pixels, the smallest picture element that displays color data. Each pixel shows a single color, translated from digital data represented as bits of information. The fineness of detail that can be displayed on a monitor depends on how small the pixels are and how precisely the color data in the pixels represents the color of the original image.

The size of the pixels displayed on monitors is measured in pixels per inch (ppi). Some monitors display 72 pixels per inch. Monitor resolution is frequently referred to in terms of the number of pixels the monitor displays horizontally and vertically, for example, 640x480. Larger monitors must support more pixels across and down. The fineness of the color information displayed on a monitor is measured in the number of bits per pixel. Most commonly, color monitors use 8 or 24 bits of information per pixel, depending on the monitor card. Eight-bit monitors use a palette of 256 colors. Monitors with 24-bit cards can display 16.7 million colors.

If an image is displayed on a monitor with a lower pixel depth than the pixel depth of the image, fewer colors may appear than are in the original file.

K02445473

148   INK ON PAPER

Monitor resolution does not influence either file size or output quality—it determines only how the files are displayed on a particular monitor. Monitors that display more pixels per inch than the typical 72 ppi look sharper, with fewer visible "jaggies" with more objects per screen.

Colors displayed on a monitor can look different from those that are printed. You can control certain factors to ensure predictable printed results, but it is important to work in a controlled environment where the ambient light in the room does not change. Any change can affect your perception of colors on the monitor. You should work in an artificially lit room with the same brightness level at all times. Maintain these settings once they are set.

Screen colors can be affected by a monitor's age and temperature. Such factors can create a color cast on the monitor. If your monitor does display a color cast, follow the instructions to be sure that it is adjusted properly. Let the monitor warm up for an hour after it is turned on before making color corrections to an image. Do not leave the monitor running overnight. Most uncalibrated monitors tend to display a bluish cast. Use a monitor calibration program to eliminate the cast. If the color cast remains, and you add yellow and red to an image to compensate for the blue cast, the result is a printed image with a yellow and red color cast.

All monitors tend to display images with a shift in the midtone values, causing an image to look darker or lighter. This varies even between monitors from the same manufacturer. A built-in value is used to compensate for this effect. The default monitor gamma value is 1.8 for both monitor setup and the Gamma Control Panel in Photoshop. Images intended for video and film recorders should have a target gamma of 2.2, which is the typical gamma of most television sets.

## SCSI and GPIB

The connection of hardware and peripherals comes down to the Small Computer Systems Interface (SCSI) versus the bi-directional, parallel interfaces like the General Purpose Interface Bus (GPIB). Both buses perform the job of

platform-to-peripheral connection, but there are key differences which render one interface better for one application and the other a better choice for a different application. Interfaces like GPIB and SCSI are the primary interface contenders, although there are a number of different implementations of SCSI, and GPIB is only one of a few bi-directional parallel interface implementations.

Both interfaces perform comparably, with the exception that SCSI is sometimes viewed as slightly faster on the Macintosh. The transfer rate or speed at which the interfaces work is negligible, because the mechanical movement of a scanner, for instance, as well as the speeds of computer operation, are much slower than the information transfer rate. Until the mechanical movement of the scanner greatly improves and platform power increases, the interface or transfer rate is not an issue.

The SCSI 8-bit bus (GPIB is also 8 bits) does have a wide version which GPIB does not have, which enables it to go to 16 or 32 bits. The transfer rate is up to four times faster. This capability enables a maximum 8-bit transfer rate of about 10 megabytes per second to increase even more, to as much as 40 Mb per second on a 32-bit bus, due to "differential" versus "nondifferential" technology—which allows a bus to go even faster with the same number of bits. Although this capability afforded by SCSI is an advantage over GPIB performance, there are currently few, if any, actual implementations of this "wide SCSI" capability.

The SCSI interface is virtually free for Mac users, but is an added expenditure on the PC platform. The GPIB interface is not an automatic offering for Mac users, and vendors cannot include interfaces with their products. GPIB could run a few hundred dollars for Mac and PC users.

SCSI on a Sun workstation is not the same as SCSI on the Macintosh or PC. The interface does "care" what platform it's connected to, and is really not a platform-independent means of standardizing across different computer platforms at all.

Because DOS and Windows do not recognize SCSI or GPIB, the software developer has to write a driver into the software code to connect to that SCSI or GPIB peripheral de-

DESKTOP COMPUTING   149

vice. GPIB is a single standard interface, largely because it has been promoted by National Instruments as a default parallel standard. However, SCSI is more popular.

The strongest touted points of SCSI for the Macintosh are its speed and its capacity to accommodate up to seven peripheral devices via daisy-chaining. SCSI interfaces work well in the Macintosh domain, but many consider it to be weak in the world of PCs. The main reason is Apple's highly controlled implementation of SCSI in the Mac world; the same control was somehow neglected in the PC environment. Because Apple tightened the reins on third-party SCSI vendors and required them to adhere to Apple's standard, the result is a SCSI bus that can connect hard drives, CD-ROM drives, and scanners easily.

PC vendors had visions of Mac-like peripheral connectivity and interface standardization, but there was no standards commitment among vendors and little consistency in using the SCSI interface. Specs often indicate that stringing peripherals together on a single SCSI host adapter should work, but the fact is that it typically does not. This is due to conflicts with device drivers or the hardware itself.

### SCSI disadvantages

The disadvantages to SCSI became known when many Mac and PC users connected multiple devices to their computers and were unable to start them. On both fronts, PC and Mac users were disillusioned when SCSI's capacity to handle seven peripherals was frequently limited to three or four devices because of different operating system requirements. Users who experienced difficulties with sequential connections, would reorder the sequence in which their printers, scanners, external hard drives, and other devices were connected to their computers, so that their peripherals would function properly. Other SCSI users experienced difficulties with cables, and some SCSI connections worked with some cables but not others.

SCSI is not a "standard" per se—a single, identical implementation across all platforms. SCSI is full of inconsistencies that vary from platform to platform. In the connectivity domain, users frequently risk corrupting their

hard disks when they turn SCSI printers and scanners on and off after startup (or disconnect SCSI cables while the power is on), to find out if their Macs or PCs still work with their scanners turned off and maybe save energy in the process, by minimizing power to idle machines.

A SCSI hard drive from one vendor and a SCSI scanner from another may end up incompatible, with neither device able to work with the other.

A process called termination tells the Mac or PC where the SCSI bus begins and ends, so that the bus can handle multiple data transmission signals and ensure transmission of information to a SCSI peripheral among multiple connected devices. Connecting more than one SCSI device to a Mac or PC requires terminators. GPIB performs the termination function invisible to the user.

SCSI-2 is a new version of SCSI, which facilitates data transfer rates of 10 Mb to 40 Mb per second. This performance is essential for high-end color applications. The two major performance-enhancing aspects of SCSI-2 are Fast SCSI and Wide SCSI. Fast SCSI doubles the bus's transfer rate to 10 Mb, whereas wide SCSI incorporates additional paths or lanes to the bus "highway," expanding SCSI's parallel data path from 8 bits wide to 16 bits and eventually 32 bits.

### GPIB

The General Purpose Interface Bus (GPIB) standard was originally called the IEEE-488 standard, and has been around since 1975. Some of the major peripheral vendors opted to use the GPIB interface.

GPIB is platform-independent. A few key advantages of GPIB include connectivity to a number of different programmable peripherals, cabling flexibility, and high speed parallel input/output (I/O). GPIB allows longer connection distances between peripherals and computers, so that users may easily plug in a 25-foot cable with GPIB, and have their scanners, printers, and other devices 20 or more feet away. SCSI doesn't typically perform as well at these distances, with 10 or 12 feet as the maximum workable distance without losing data.

## 152   INK ON PAPER

Whereas SCSI now limits users to seven peripheral devices that may be connected to one computer, GPIB claims to support up to 14 devices.

An advantage of GPIB concerns the separate bus issue. With SCSI, the scanner is on the same bus as the "brains" of the computer; it the user turns the scanner on or off while the computer is on, the user could crash the hard drive or even corrupt data. With GPIB, there are separate buses, and the interface is intended for people who turn their peripheral devices on and off while using the system. The on-and-off peripheral issue is not a problem with GPIB.

If a user wants to scan to disk in the background and still do other things on the Mac or PC, this process requires asynchronous calls, which free the computer to process on the fly, update the screen, and so on while it scans. GPIB can do asynchronous calls, but SCSI on the Mac cannot. There may be the capability to do asynchronous calls on the PC with SCSI, but there's no single version of SCSI on the PC.

Unlike SCSI, GPIB has the capacity to share a common peripheral device among multiple computers on a network. This is a clear advantage for GPIB. A number of SCSI users who have attempted to share SCSI scanners and other peripherals among multiple hosts have had successful. GPIB has this capability by default, although this shared capability is hardly transparent to the user. Rather, it is currently the software developer's role to write the GPIB code with the goal of enabling users to share peripherals among several computers.

|  | Mac SCSI | PC SCSI | Mac GPIB | PC GPIB |
|---|---|---|---|---|
| Bits | 8 (16-32 with wide) | 8 (16-32 with wide) | 8 | 8 |
| Speed | 10Mb/sec | 10Mb/sec | 10Mb/sec | 10Mb/sec |
| Cost | Free | Free | $200+ | $200+ |
| Devices on bus | 7 | 7 | 14 | 14 |
| Termination | Yes | Yes | No | No |
| Cable length | 10-12 feet | 10-12 feet | 25 feet | 25 feet |
| Share device on network | No | No | Yes | Yes |
| Drivers needed | No | No | Yes | Yes |
| Background operation | No | No | Yes | Yes |

## DESKTOP COMPUTING   153

### NETWORKING

Moving information around from workstation to workstation or to and from printers and servers could be done with the traditional "sneakernet" approach to carrying disks from place to place. However, the more prevalent method is to link all users, devices, and systems electronically. A local area network (LAN) is defined as a group of computers, printers, and workstations that are located within a defined area and connected together to share information and functionality. The simplest LAN connects only two computers and a printer. LANs are local, high-speed, private, and structured, and transmit packets of data. Local means that the LAN only links equipment located in the same room or building.

A LAN transmits data at high speed—2 to 10 million bits/second, because LAN is nonbroadcast, so it does not have to be licensed, because it operates outside government regulation. The devices that the LAN connects do not lose the ability to function, as they used to do, just because the LAN is installed. By breaking a long transmission into small parts and reassembling them at the receiving end, LANs transmit data in packet form. And LANs can easily be connected to other networks.

In general, there are two types of networking medium: physical cable and electronic transmission. Physical media include twisted-pair wiring, coaxial cable, and fiber-optic cabling.

Twisted-pair wiring is very common for telephone lines. It is not expensive and it is easy to install. The speed is up to 4 Mb per second, which is not sufficient for high-volume networks. Coaxial cable consists of conducting copper wire located in the center of the cable. The wire is covered by an insulator, usually made from PVC or Teflon. A third layer is a woven mesh of fine copper wire which also acts as a conductor. The outer layer is a protective polyethylene jacket. The speed of the coaxial cable is up to 10 Mb per second; it is commonly used for television cabling. The highest speed cabling is fiber-optic cable, which transmit light pulses through glass or plastic fibers.

K02445476

154   INK ON PAPER

## Configuration of LANs

The basic configurations of a LAN are ring, star, and bus topology. Each of these topologies can be used alone, or they can be combined. Ring configuration connects all of the terminals with one continuous loop, where data passes from one station to the other in one direction only. Star topology connects all of the terminals to the center computer, where data passes from the sending station through a center point and to the receiving station. Bus topology connects all of the terminals to its backbone cable, which runs the entire length of the network. Data transfer through the backbone is back and forth.

## Installing a local area network

In a network, each computer, printer, disk drive, or any device that can send or receive information is known as a node. To install a basic LAN, we need to connect all of the nodes together.

## Circuit cards and cabling

Most computers do not come with an integrated network port. The exception is Macintosh, which has a built-in AppleTalk, (and on later models), an Ethernet) port. A network card is needed to connect the nodes to the network. A Christmas-tree-light approach is most common.

## Server approaches

A server is needed as a central source of information available for use by workstations on the LAN. There are several types of servers, such as a print server, disk server, file server, and modem server.

The function of a disk server is to read and write information to and from the disk. Software is used to divide a single physical disk into several logical volumes which behave as if they were individual disks. Therefore, a user can have access to a particular file, or several users can, but only one at a time will be able to access the same file.

A file server functions like a disk server, but it also allows users to use the same file simultaneously. The file server manages the shared network resources and main-

DESKTOP COMPUTING   155

tains the network hard disk driver. It can be built into a shared printer or can be provided with keyboard and screen. There are two types of file server: dedicated and distributed. Dedicated servers only run application programs on a powerful computer as a server of the user computers on the network. Peer-to-peer network is an example of a distributed file server that functions as both a server and a user. The computer can share its hard disk and printer with any other computer without going through an intermediary such as a central server.

A modem server is connected to the computer on a network. The disadvantage of a modem server is that only one person at a time can use it. Multiple modems should be purchased for more efficiency.

## Installing the LAN software

LANBIOS (Local Area Network Basic Input/Output System) is LAN operating system software used to connect the computer operating system to the network circuit cards in each computer. Then a network name for each computer is established, for network recognition.

## Developing a network profile

The purpose of the network profile is to specify what kind of information from the microcomputer is available through the network and who is allowed what access to the network. To protect the access to the network, a specific password can be specified.

## The log-in process

In this process, software makes all connections between computers, printers, and users. Log-in processes are not necessary for larger LANs, such as those using Novell network software, because it is done automatically.

## Ethernet LANs

Ethernet is a bus topology. The concept of Ethernet was developed at Xerox Corporation's Palo Alto Research Center (PARC) during the late 1970s. Ethernet is a 10 million bits per second carrier sense multiple access/collision detection

## 156   INK ON PAPER

(CSMA/CD) baseband technology. CSMA/CD access method detects collision during transmission and holds back the data packets if collision occurs. The data packets are held for random time intervals and are retransmitted after the colliding message disappears. Baseband signals only carry a single transmission at a time, and intermixed signals, such as voice, data, and image, are not allowed.

### AppleTalk Protocol

Macintosh computers have an integrated network called AppleTalk, a 230,400 bits per second carrier sense multiple access/collision avoidance system. CSMA/CA uses a three-byte packet to send data throughout the network to tell other computers to wait until the data has been sent by the first computer. If a data collision occurs, which is unlikely with such a traffic control system, it is not between the data packets. Collision avoidance requires that time slots be reserved for each workstation, which lowers performance when a large number of terminals are used— AppleTalk supports no more than 32 terminals.

### NetWare by Novell

The Novell network operating system connects DOS operating system computers and the network's operating system located in the server. Novell is the most popular network operating system (NOS). The most prevalent Novell system is NetWare, which allows the integration of different kinds of hardware topologies and interface cards in the same network.

### Information highway issues

The so-called information superhighway is putting a combination of technologies together to deliver images, voice, data, video, and movies to computer users. The information, in whatever form, will certainly be transferred digitally because that gives information providers a variety of data transportation options. Whether wired or wireless, digital data is more highly compressible than analog data, so more information can be stuffed onto the communication medium and moved faster and more efficiently. Thus, full-motion, high-resolution video will be possible.

## DESKTOP COMPUTING   157

### The transportation medium

There are two major components in a digital information highway. One is a switching system to direct traffic on the network and the other is a transport medium for delivering the information. The future vision of the data transmission system is a single network that merges support for audio, video, graphics, and computer data. Judging from the demands of such applications, fiber optics is definitely the favored medium. Fiber optics has hundreds of megabits per second of transmitting capacity, and it is reliable and delivers excellent picture quality. In fact, as it is deployed today, fiber uses less than 1% of its theoretical bandwidth. In theory, a single strand of fiber could carry the entire nation's radio and television traffic and still have room to run all the television sets in the state of Texas. We have a long way to go to see that theory a reality.

Fiber optics has greater potential bandwidth because it transmits signals as pulses of light at a far higher frequency than electric signals in wire or microwave radiation to satellites. Optical transmission has very low error rates, because electromagnetic fields do not disturb it the way they can with signals on conventional wiring. Optical transmission is more secure and much more difficult to eavesdrop on, because electromagnetic radiation is not emitted. A light signal passing through fiber has a low attenuation rate, so point-to-point fiber connections can be much longer than equivalent copper connections without amplification. A drawback of fiber optics is the high cost of providing electrical power to "illuminate" the optical wire.

### The switching system

Regardless of the transportation medium, the switching system remains the key technology choice. A few switching technologies that are being discussed right now are Fiber Distributed Data Interface, (FDDI,) Asynchronous Transfer Mode, (ATM), and frame relay. Among these systems, ATM is a solution for "bandwidth on demand" in gigabit global networks that support applications such as multimedia. ATM is a group of standards for moving packets of data over a network. It is characterized by several

features: switched-circuit topology, small packets of data, virtual circuits, and negotiable bandwidth.

The connection-oriented packet switching approach employed by ATM simplifies the delivery of time-sensitive transmission such as voice or video over the same circuit that carries data. Each 53-byte ATM packet or cell can carry a header that describes where the cell is supposed to be. This header information does not have to be repeated and processed in each cell of the transmission, as it is in Ethernet and other shared-media networks. Before the cells are transmitted, a pathway through the network is determined to ensure fast delivery of continuous streams of multimedia traffic. ATM also offers the promise of improved network security because each ATM communication sets up a virtual connection, and other nodes on the network do not "see" the transmission as it passes by.

ATM has a lot to recommend it as the network technology of the future for video, data, and voice communications. Compared to Ethernet, which has a top speed of 10 megabits per second and is attempting to move up to the 100 Mbps level that is now the province of FDDI technology, ATM starts at 155 Mbps and scales up to several gigabits per second. This kind of bandwidth is likely to be needed within a few years as multimedia applications become important.

There are a few other selling points for ATM to be the data switching system in the future. An important consideration for any new transmission technology is how well it can coexist with older technologies in the years to come. ATM works equally well for local area networks and for phone systems, cable systems, and wide area networks (WANs). No changes to existing applications software are required, except that each computer needs an ATM interface.

Another selling point is the prospect of simplifying the operation and arrangement of computer systems. In an all-ATM network, there would be no need for all the network gear that interprets, routes, sorts, and distributes every message sent over today's networks. If this is realized, both local and wide area messaging would be as

ubiquitous as universal telephone service, and the only network equipment needed would be departmental switches that tie into the huge switches used by long-distance service providers. If an "all-ATM tomorrowland" is achieved, there would be little distinction between the equipment used for work groups and for wide area network connections.

### ATM hurdles

ATM still has a long way to go, however. To realize its potential and facilitate an interoperable, multivendor network, ATM must solve and standardize a number of key issues, including congestion control, signaling, traffic management, and network-to-network interfaces. However, it is hoped that ATM will provide the key building blocks for construction of the digital highway. Its system of transmitting small cells of information is flexible enough to work at capacities ranging from megabits to gigabits. This flexibility makes ATM scalable for a variety of environments ranging from LANs to WANs. ATM's switching protocols permit the mixture of different types of traffic, including voice, video, and data. ATM could erase the distinctions between LANs and WANs to provide seamless networking.

### Wireless

Transmitting data at speeds of gigabits per second over fiber optics will be a reality in the near future. However, data transmission will eventually move toward wireless nets, with wireless networks implemented as either LANs, MANs, or WANs. By providing coverage for a building, city, region, or even a nation, wireless-network technology makes it possible for users to stay connected while still on the move.

Wireless data networks and services are poised to revolutionize mobile computing. As companies and workers become more mobile, and as routine office tasks are outsourced to offsite locations, the value of wireless communications becomes strikingly apparent. Wireless data transmission uses packet switching, which entails breaking

## 160  INK ON PAPER

messages into hundreds of small packets, each containing the intended address of the information. These packets are routed to the addresses based on the availability of open circuits, in tandem with other messages. This scheme results in drastically reduced waiting time.

The biggest limitation of wireless networks is the range and signal strength of transmitters. There are also problems of interference and limited bandwidth. Other complications that current users encounter include the difficulty of telling why transmissions are unsuccessful, and making wireless data transmission work from inside either a parked or moving vehicle. Wireless transmission will require more development than wire-line transmission.

Coverage, error management, and the cost of wireless data distribution will improve over time. This technology allows users to communicate regardless of their location, as a physical transportation medium (cable) is not needed. This is an important feature because in the future, portable computers equipped with receiving software that allows connection to the information highway could be just as common as the telephone.

# CHAPTER 6

## GRAPHIC FORMATS

Photographs and graphics are stored, translated, and conveyed in a number of formats. You must understand the difference between a file format (PICT, EPS) and the types of graphics (bitmapped and object-oriented) that applications produce and save. A file format is the structure of the data used to record line art and picture images. The same data structure can be used to record more than one type of graphic, and a given type of graphic can be stored in several data structures. The PICT file format can contain both bitmapped and object-oriented graphics, and a bitmapped image can be stored in PICT, TIFF, or EPS format. Every combination of file format and graphic type has advantages and disadvantages.

### FILE FORMATS

| Format: ✓Photoshop 3.0 |
|---|
| Photoshop 2.0 |
| Amiga IFF |
| BMP |
| CompuServe GIF |
| EPS |
| Filmstrip |
| JPEG |
| MacPaint |
| PCX |
| PICT File |
| PICT Resource |
| Pixar |
| PixelPaint |
| Raw |
| Scitex CT |
| Targa |
| TIFF |

Most imaging applications can import and export images in different formats. Here is the list from Photoshop. Image manipulation and publishing programs accept most file formats and save in an equal number of formats. Some programs also store images in a proprietary format, which contains specialized information that only the creating application can fully intertion can fully inter-

161

pret. When a program converts an image from a proprietary to a generic format for export to other programs, some of the image's special attributes may be lost.

## The bit map

The most basic type of graphic is the bit map. It is essentially a grid of dots—a mosaic made from many tiny black-and-white or colored tiles, or bits. The tiles are called pixels, or picture elements. Lines are built up as rows of adjoining pixels, and all shapes are outlines filled with black-and-white, gray, or colored pixels. You change a bitmapped image by replacing tiles. The optical illusion of nonexistent colors or grays is achieved by dithering, or mixing tiles of nearby colors or shades of gray. Dithering looks at the colors or grays in one row of tiles and the colors or grays in an adjacent row and then averages the two rows to create a third row between them.

Black-and-white bit maps need only one bit to describe each pixel—zero or one. A single bit per pixel doesn't provide enough information to specify a color or shade of gray. Images containing 256 grays or colors require 8 bits per pixel, and photographic-quality full-color images require 24 bits per pixel to specify any of 16.7 million colors. Depending on resolution, color, and grayscale, bit maps require significant volumes of storage.

Bit maps have a fixed, grid-like or mosaic nature and can produce unsightly results when an area of the bit map is moved, enlarged, or even rotated. When you move part of a bit map, you tear up tiles and put them somewhere else, leaving a hole. Moved tiles overlay or replace tiles. If you enlarge a bitmapped graphic, it looks like big dots. If you shrink the bit map some of the tiles overlap others. Any change to a bitmapped image becomes jagged and distorted.

Printing a bit map gives you only the resolution you started with. Low-res bit maps print at low res, even on high-res output devices. If you print a 300 dpi image on a 1,200 dpi printer, you will get 300 dpi. On a 2,540 dpi imagesetter, that 300 dpi image looks awful. Most professional systems use bit maps only for pictures.

Pixel use lets you achieve artistic effects that resemble those of traditional color painting. Image manipulation programs work on bit maps, which are also the graphic format for scanned images.

Bit maps are even more confusing because the term is also used for:

• Type fonts produced as a fixed size and style, which are incapable of resizing. This format is not used very much today for fonts.

• The result of the raster image processing process, whereby every laser dot is placed on a grid for the imaging engine indicating whether that dot is on or off.

## The vector

The object-oriented graphics typically produced by drawing programs overcome the limitations of bit maps. The images are composed of mathematically described objects and paths, sometimes called vectors. Object-oriented applications store your strokes as a list of drawing instructions compiled from menu choices and mouse actions. Think of vectors as lots of electronic rubber bands describing the outline of the image. Everything you draw, move, or change updates an internal file that lets the program keep precise track of each item in the drawing.

You can enlarge, reduce, rotate, reshape, and refill objects, and the program will redraw them with no loss of quality. Moreover, you can manage objects as if each item were drawn on a separate transparent sheet. They are freely movable over the surface of a document and can be stacked and partially hidden by other objects without being permanently erased.

The advantages of object-oriented art extend to the printing phase as well. Instead of dictating to the printer where each pixel should be, the program mathematically describes the object and lets the printer render the image at the highest resolution possible. Therefore, unlike bit maps, object-oriented graphics are resolution-independent. An object-oriented image printed on a 2,540 dpi imagesetter looks far superior to the same object printed on a 300 dpi laser printer.

K02445481

164   INK ON PAPER

Object-oriented graphics are the natural choice for illustrations, line art, business graphics, and the like. Object-oriented images have smooth curves, grayscale shadings, and tints.

### Other formats

MacPaint formats are simple bit maps named after the first graphics program. That format holds only black-and-white bit maps at 72 dots (or pixels) per inch. MacPaint graphics lack high resolution, object-oriented flexibility, and some levels of grayscale values.

PICT—not an acronym—is the oldest generic file format on the Macintosh. It is based on QuickDraw, the Mac's native graphics language. PICT objects and bit maps can be white, black, cyan, magenta, yellow, red, green, and blue; they can hold bit maps with resolutions greater than 72 dpi but most are 72 dpi.

PICT2 is an extension of the PICT format, and it has two subtypes: a 16.7-million-color version, commonly called 24-bit PICT2, and the more prevalent 8-bit PICT2, which holds 256 colors. PICT2 sets no limit on the resolution of bit maps except that imposed by the application. With 8-bit PICT2, a custom 256-color palette can be saved along with the image data, enabling any PICT2-wise application to recreate the original screen appearance.

Some programs do not save a custom color palette when exporting an image, and some importing applications ignore the custom palette. In these cases, when the image is opened by the new application, its colors will be determined by the current color palette, which can create color-shift and output problems. Color shifts could also occur when a chunk of 8-bit PICT2 from one page is pasted into another 8-bit PICT2 page.

PICT2 is usually a better choice for presentations in which the final image is viewed on-screen for multimedia, or on a slide, than it is for publishing. It is readily imported but poorly supported by publishing applications. Page layout programs offer contrast and brightness adjustments for grayscale art, but not if it's in PICT2 format.

PICT2 is used by many screen capture programs to take a snapshot of what is on your monitor.

---

GRAPHIC FORMATS   165

### TIFF

TIFF files are versatile bit maps. The Tagged Image File Format is the most commonly used method for storing bitmapped or picture, images in various resolutions, gray levels, and colors. It does not store object-oriented images. TIFF was created specifically for storing grayscale images, and it's the standard format for scanned images such as photographs. TIFF has different levels based on the number of colors or grays they can contain:

• Monochrome TIFF stores 1-bit images, but the black-and-white pixels can be dithered in a variety of patterns to simulate grays. Dithered patterns limit the degree to which you can edit and scale an image.

• Grayscale TIFF typically holds 256 grays. It's the best choice for graphics used in page layouts, because most page layout programs can adjust the contrast and brightness of grayscale TIFF images.

• Color TIFF handles 16.7 million colors. With EPS, it is in the top two formats for images that will be color separated. Some programs saved TIFF images with subtle variations from the norm, but TIFF/IT has changed that: TIFF is not used for storing text or object-oriented graphics.

Tagged Image File Format for Image Technology (TIFF/IT) is an ANSI standard that builds on the Aldus 6.0 version of TIFF (Aldus came up with the idea) and carries forward the work done on DDES (Digital Data Exchange Standards) and IPEN (Intercompany File Exchange Network). TIFF/IT provides an independent transport mechanism for raster images and integrates high-end and desktop publishing formats. In practice, TIFF/IT should make it easier to exchange data between high-end and desktop publishing environments

TIFF is a format for storing and interchanging raster (as opposed to vector) images. This usually refers to data that comes from scanners and frame grabbers, as well as paint and photo-retouching programs. TIFF describes images in a number of formats and also supports several compression methods. It is not tied to proprietary products and is intended to be portable. It is designed so that it can evolve as new functions become necessary.

K02445482

It is the tags from TIFF which made the format attractive to the supporters of DDES. Because TIFF had been designed to evolve, it was possible to create new tags for TIFF/IT to satisfy requirements of high-end systems.

## Aldus started it

The TIFF concept began late in 1985 when Aldus Corporation met with a variety of desktop scanner vendors to discuss format standards. The consensus was that none of the existing proprietary formats had the industry clout to become the de facto standard. In addition, page layout programs were likely to be burdened with the task of reading a wide variety of proprietary picture formats. A standard for scanned images would simplify the process of including scanned images in page layout documents.

By August, 1986, the first version of TIFF was approved. Microsoft played a role in the drafting of TIFF and later formally endorsed TIFF for Windows. This helped establish TIFF in both Macintosh and Windows applications. While Aldus was finalizing the 6.0 specification in 1992, the IT8 committee of the American National Standards Institute (ANSI) was working on TIFF/IT, which was approved in 1993.

The TIFF/IT format is made up of three primary components. Only the first component (CT) is actually part of the Aldus TIFF specification:

• Contone image (CT)—Each pixel is described by four bytes, one for each of the four process colors: cyan, magenta, yellow, and black (CMYK). This format is equivalent to TIFF CMYK, previously known as TIFF S (separated TIFF).

• Linework image (LW)—High-resolution, contone, multicolored graphic and text elements described as run length compressed data. LW is superimposed onto CT during color separation. Although LW pixels may be assigned a color, they may also be assigned to be either opaque (to block out the CT below) or transparent (to let the background CT show through).

• High-resolution contone image (HC)—Run length coded format commonly used for masking or trapping. The resolution of this format must be high to avoid stairstepping at the edges of masked images.

Another component is described:

• Final page (FP)—A complete page formed by superimposing CT, LW, and HC information. FP comes directly from work done in FEN.

LW, HC, and FP have no equivalent formats in Aldus TIFF. These file formats are unique to raster-based file structures of high-end systems. PostScript linework is usually reproduced with vectors. In addition, PostScript has no use for the HC format, because masks are generally described using vector clipping paths. Given that LW and HC formats are not used in PostScript, it would be superfluous to include them, or the FP format, in TIFF.

There are also three monochrome or binary components of TIFF/IT. These come from work done in DDES and are similar to their color counterparts except that their formats take advantage of the reduced amount of data associated with monochrome and binary images."

• Binary line art (BL)—Binary line art (or run length encoded bitmap) image or file. Each pixel is represented by a single value.

• Binary picture (BP)—Binary picture (or byte packed bitmap) image or file. Each pixel is a single bit.

• Monochrome picture (MP)—Monochrome picture (or continuous tone) image or file. Each pixel is represented by a single byte.

The ISO standard proposes two levels of conformance:

• TIFF/IT is intended to support a transport-independent means for the exchange of various images used in the prepress, printing and graphic arts fields, typically between color electronic prepress systems.

• TIFF/IT P1 is also intended to support a transport-independent means for the exchange of various images, but for prepress, printing, and graphic arts, and additionally DTP and information processing.

TIFF/IT allows the exchange of files with a wide variety of characteristics. P1 removes some of the flexibility of TIFF, but it makes those files simple to read. In essence, P1 has more restrictions, which make it simpler for receiving, but more complex for sending. P1 uses the most common desktop defaults within TIFF.

Case 1:06-cv-00032-JJF   Document 178-21   Filed 08/06/2007   Page 42 of 51

Some data formats are very closely linked to the methods used to compress them. With high-end DBPS formats, if some method of compression had not been available, their large file sizes would have made them impossible to use.

## Compression

A variety of compression methods are used in TIFF and TIFF/IT:

- Run length (sometimes abbreviated as RLE, run length encoded)—Run length data compression methods decrease file size by encoding sequences of identical symbols. For example, in a bilevel image, the image is composed of only two types, black and white. In some cases, there may be sequences that include long strings of either black or white characters. Instead of encoding a sequence of 20 white pixels as: ####################, this string could be encoded as 20#'s. Two examples of run length compression methods are Pack Bits and CCITT Group 3 1-dimensional Huffman coding. PackBits is a byte-oriented run length compression scheme used with Apple Macintoshes. CCITT Group 3 is a two-pass coding method in which frequently occurring items are given shorter codes then less frequently occurring items. Bilevel images may be compressed with either PackBits or CCITT Group 3. Grayscale can't be compressed using CCITT Group 3.

- LZW—LZW stands for Lempel, Ziv, and Welch (the names of the compression scheme's creators). LZW is designed to be able to compress all kinds of data, including images of a variety of bit depths. LZW is lossless, which means that there is no loss of quality due to compression. LZW works quite well on bilevel images; however, for grayscale and full-color images (particularly images with a lot of detail), LZW may not be able to offer significant amounts of compression.

  LZW is an adaptive compression method, which means that the compression technique is dynamically adjusted based on the content of the data being compressed. LZW may also be termed a dictionary method of compression, because it creates dictionaries which are used to compress commonly repeated data.

lossless.

- JPEG—The Joint Photographic Experts Group (JPEG) was formed to create a standard for color and grayscale image compression. It is effective only on continuous tone color spaces. JPEG describes not one, but a variety of algorithms, each of which is targeted for a particular class of image applications. These algorithms fall into two classes: lossy and lossless.

  Lossy—These algorithms are based on discrete cosine transform (DCT). Though they involve the loss of some data, they provide substantial compression without significant image degradation.

  Lossless—These algorithms use an algorithm based on a two-dimensional differential pulse code modulation (DPCM) technique. JPEG as used in TIFF also provides for use of the Huffman coding model.

The LZW and H/C formats are two particularly good examples of data formats that are closely matched to compression methods.

Although high-end systems generally use raster formats alone, in the PostScript world both raster and vector formats are common. Also, LZW files are not line art in the PostScript sense. In PostScript documents, line art is created as PostScript code (which describes the lines, curves, and fills of a piece of line art). This vector PostScript line art is resolution-independent (i.e., it can be output on a variety of PostScript devices and still produce the best quality that the device can achieve).

Historically, traditional high-end systems work with raster data only. This means pixels, and lots of them. Scanned images contain many pixels, each of which can represent a range of colors. These scanned continuous tone images are relatively large in size, but, because they are ultimately halftoned, the scan resolution does not have to be extremely high. Line work (because it includes items with well-defined edges like text, rules, and logos) needs higher resolution to avoid stairstepping. To merge the line work convincingly with the contone data, not only does the spatial (i.e., scan) resolution have to be high, but the tonal resolution (i.e., bit depth) also has to match the continuous tone scan. This results in a large line art file. As an exam-

K02445484

ple, a 300-dpi, 1-square-inch, CMYK file requires about 350 Kb of storage space. By increasing the resolution to 1,800 pixels per inch (about what a line work file requires), the file size increases by a factor of 36 to 12.4 Mb. (An 8" × 10" image file at that resolution would be a gigabyte in size.)

LW files, because they contain repetitive areas of the same color, are easily compressed using run length encoding methods. The same is true of the HC files used for trapping and masking. They also are of great size, and they benefit greatly from compression. The size of LW and CT files is one obscure technical reason why PostScript has had such great success. For most desktop applications, it just made a lot more sense to create line work with vectors than to create humongous raster files.

TIFF/IT is a collection of formats, some with roots in the high end, some with roots in the PostScript world, and all joined together through a common file structure. Why did the industry think that it was necessary to bring these elements together in a standard? The main reason is ease of interchange. But TIFF/IT also allows powerful high-end formats that take advantage of DDES to break the bonds of magnetic tape. TIFF/IT could also simplify direct-to-plate and direct-to-press operations by providing a stable raster format, which is desirable for a number of reasons:

• In computer-to-plate and computer-to-press environments, it is costly to have a PostScript error occur late in the process. A stable raster file can be passed to a recorder with less chance for error.

• Imposition, trapping, color correction, and adjustments for press conditions can often be handled more easily with a raster file.

• It is generally easier to estimate the output time of a raster file based on its size. When PostScript vectors are ripped, even though the file size may be small, the job still may take a long time to output.

TIFF images can be transferred from the PC to the Macintosh and vice versa. It was designed to travel across any machine architecture. TIFF is a file format capable of representing several kinds of scanned data. Currently, there are two kinds of TIFF data: bilevel—black-and-white—data,

and grayscale data. Grayscale images consist of an array of pixels and each can represent one or more shades of gray. The pixels of a gray image are usually 4, 6, or 8 bits deep, representing 16, 64, or 256 different shades of gray. This makes grayscale images useful for storing photographs.

*Bit maps versus object formats*

Let's review:

Bit map: A bit map is a mosaic of individual pixels in fixed locations. If it's enlarged, the pixels seem to grow and emphasize the jaggedness. When printed, the image retains its jagged appearance, regardless of the printer's resolution. In other words, a bitmapped image freezes the image with its "tiles" in place.

Object or Vector: The object-oriented graphic is composed of mathematically defined paths and drawing instructions. Paths can be rendered sharp and smooth at any size or orientation, and the image prints at the highest resolution available. These are the electronic rubber bands that can be stretched or shrunk as line segments.

*PostScript*

In the early 1980s, Adobe Systems, Inc. developed a method to describe typographic images as vectors or outlines, thus allowing type to be infinitely modified and distorted. Previously, most type had been bitmapped, which allowed no change in size or style.

At the same time, they introduced the PostScript language, which described pages in coded form in order to print those pages on raster-based printout devices. The PostScript language consists of more than 300 verbs or commands that instruct the program to move to certain points, draw lines, fill boxes, select type, and so on.

Lastly, they developed the PostScript page file for printout.

A PostScript file is a purely text-based description of a page. In many applications, you can create a PostScript file from the Print dialog box. You can open this file with any word processor and modify it (if you know the PostScript language).

Here is a typical PostScript file. It begins with the required %!PS:

```
%!PS
newpath            1 setlinewidth    1 setlinewidth    1 setlinewidth    1 setlinewidth
210 360 moveto     stroke            stroke            stroke            stroke
210 407 lineto     230 360 moveto    250 360 moveto    270 360 moveto
%create 1st box    %create 2nd box   %create 3rd box   %create 4th box    /Times-Roman
230 407 lineto     230 407 lineto    250 407 lineto    270 407 lineto      findfont
230 360 lineto     250 360 lineto    270 360 lineto    290 360 lineto      24 scalefont
closepath          closepath         closepath         closepath          setfont
gsave              gsave             gsave             gsave              230 450 moveto
.90 setgray        .80 setgray       .70 setgray       .60 setgray        (My Gray Scale)
%fill with gray    %fill with gray   %fill with gray   %fill with gray    show
fill               fill              fill              fill               showpage
grestore           grestore          grestore          grestore
0 setgray          0 setgray         0 setgray         0 setgray
```

Lines that begin with the % are comment lines. Note that the value or variable comes before the command. The result of this little program is:

## My Gray Scale



When you click the print command of any job, the page is converted to PostScript code and sent to the printer's RIP. You can save the page or document as a PostScript file—the same one that would have been sent to the printer—for later printing. You don't need the originating program to print a saved PostScript file. The PostScript file can be fed directly to a PostScript printer with a PostScript download utility. Unfortunately, there's no preview image, and the graphic essentially loses its editability, so you should always keep the original version of an image or a page in the native format of its originating application.

A saved PostScript file includes all type and graphic information. If dialog boxes for printing have been properly selected, a PostScript file is best for remote printout.

There are, then, several "flavors" of PostScript format.

1. Click the Print button and your document is converted into a PostScript file and sent to the printer.
2. Select "Save" instead of "Print" and the PostScript file is saved to your disk. You can open it in any text-based program and see it in all its glory.
3. Art, design, and other programs can save the PostScript file to disk and include a view file. This is an EPS or Encapsulated PostScript file.
4. You can convert the saved PostScript file to a portable document format using the Adobe Acrobat Distiller program. This creates a PostScript file with a view version that can be opened on Mac or Windows systems and read with the free Adobe Acrobat Reader.

All of these formats are versions of PostScript.

### EPS

Encapsulated PostScript is a PostScript file with a preview. It is used for storing object-oriented and bitmapped artwork. EPS has two subtypes: ASCII (text-based) and binary (hexadecimal). Object-oriented programs (such as Illustrator and Freehand) that offer an EPS Save option often use the ASCII format.

An EPS file in ASCII format usually contains two versions of the graphic. One is a resolution-independent PostScript (text) description for printing on a PostScript device. The second is a low-resolution bitmapped PICT preview that can be displayed on the monitor without PostScript interpretation. This method enables page layout programs to import, crop, and scale EPS graphics while using the PICT image for visual feedback. If an EPS file has no embedded PICT version of the graphic, the importing application displays a gray box as a sort of placeholder.

If an object-oriented image is saved in EPS, it will retain its resolution-independent printing quality, and in most cases cannot be ungrouped, refilled, or recolored. It most cases cannot be ungrouped, distorted, or cropped. Because EPS files are self-contained, most popular programs that perform color separation accept and color separate EPS files.

K02445486

174  INK ON PAPER

Binary EPS is similar to the ASCII version, containing both a PICT preview image and the actual graphic. Instead of being a text-based description, the printable graphic is stored as a stream of numbers that represent the pixel attributes. Binary EPS is voluminous but well suited for outputting bitmapped color images for 4-color separation. A binary EPS color bit map uses about half the disk space of its ASCII EPS counterpart. Many programs have a specific save option for binary EPS.

OPI

The Open Prepress Interface is an extension to PostScript that automatically replaces low-resolution placeholder images with high-resolution images.

OPI is the solution to a problem. Here is the problem: If you had a high-res picture and brought it into your document, the size of your document would increase to about the size of North Dakota. Because picture files are usually large, just getting them from where they are scanned to your workstation could be a challenge if the place where they are scanned and imageset to film is remote from the place where the pages are produced. Why not scan the picture and save the high-res version at the printing or prepress location and create a low-res version that can be used for page makeup? The method was OPI.

The low-res file was easy to handle and allowed the page to be assembled with all elements in position—with placement, sizing, and cropping of TIFF images. When the final file is sent to printout, the OPI server replaces the low-res image with the high-res image.

DCS

Whereas OPI works with TIFF images, Desktop Color Separation or DCS is a file format that creates 4-color separations by saving images as a set of Encapsulated PostScript or EPS files. It is used to exchange color data between retouching, separation, and page layout programs.

Unlike TIFF, which originated from the work of committees, DCS was basically the work of Quark, Inc. in response to a request from CyberChrome Inc. of Branford,

GRAPHIC FORMATS  175

Connecticut, which had created a DCS-based color separation system for the desktop. CyberChrome wanted a format for bringing separated color images into a QuarkXPress file.

The basic specification, which Quark, Inc. made freely available to other developers, includes five linked EPS files: CMYK versions of the separated image and a composite master file that allows users to print low-resolution composite files on a color printer. This standard also is called five-file EPS or EP5S.

The advantage of DCS is that it allows an image-editing program to perform color separation and pass the image file through to final output with its integrity maintained. Users can choose which of several image editing programs or systems they want to use to create DCS separations independent of the final creation of the page and the separation of color elements on the page, such as type or line art.

The DCS format was adopted by Adobe Systems as a standard method of output for the first version of Photoshop. DCS provided a convenient way to prepare separations in Photoshop before rasterizing the PostScript file in a page layout program. This division of labor saved processing time, and a combination of Photoshop and QuarkXPress became popular among designers and prepress services for outputting pages with color images.

Users have said they want to see some reduction in DCS file size, because DCS files contain bitmapped data for each file of the CMYK separation, and most also include a complex, 8-bit, 72-dpi, 4-color view file.

FILE EXTENSIONS

You can often identify a graphics file by its descriptor extension. DOS-based systems usually include it as part of the filename automatically; Macintosh systems tell you in the "Get Info" box. You should get in the habit of naming with a period and then the three-letter extension that tells you what the graphics format is. It helps to have an immediate knowledge of what you are dealing with. Here is a list of some of the more common file extensions and the file formats that use them.

176  INK ON PAPER

## Bitmapped file formats

**GIF (.GIF):** Used for pictures that are transmitted by modem from commercial on-line services.

**IMG (.IMG):** A bitmapped GEM file. Used by Corel Ventura Publisher.

**MacPaint (.MPNT):** Bitmap format limited to a resolution of 72 dpi.

**PCX (.PCX, .PCC):** A bitmapped file developed by ZSoft for PC Paintbrush.

**TGA (.TGA, .PIX):** Format for images created on TARGA video boards from Truevision. Because of their resolution, files can be very large.

**TIFF (.TIF):** Tagged Image File Format. Probably the most common bitmapped file type. Now a standard called TIFF/IT.

## Object-oriented file formats

**CDR (.CDR):** CorelDraw format.

**MacDraw (.DRWG):** Format used by MacDraw.

**CGM (.CGM):** Computer Graphics Metafile, a standard graphics file format for high-level systems.

**DFX (.DFX):** A format for CAD files.

**EPS (.EPS):** Encapsulated PostScript.

**GEM (.GEM):** Developed by Digital Research as its operating environment.

**HPGL (.HPG):** Hewlett-Packard Graphics Language. Originally for plotters.

**PIC (.PIC):** The Lotus format used by Lotus 1-2-3 for graphics and charts.

**PICT (.PCT, .PIC):** A bitmap format used by the Macintosh.

**PICT2 (.PI2):** An advanced PICT format that can handle color.

**SLD (.SLD):** AutoDesk's slide format for AutoCAD.

**WMF (.WMF):** Windows Metafile Format. Microsoft's common graphics file format for applications that run under Windows.

---



# CHAPTER 7

## IMAGE ACQUISITION

A scanner collects image information from an original when light from the scanner's light source reflects off reflective art or passes through a transparency and contacts the scanner's reading head. Data is captured in analog form and digitally stored. The more detail a scanner captures from the original image, the higher the resolution of the scan.

Scanning resolution refers to both pixel depth, or the number of colors available in a file to represent the colors of an original, and to spatial resolution, or the size of the pixels. Together these factors determine how much of the detail from the original will be represented in the digital image.

A pixel classify the colors of the original image into digital values by assigning a value of either "1" or "0" to each bit. The more bits each pixel has available for capturing information, the greater the pixel depth. Greater pixel depth means more available colors and, therefore, more accurate color representation in the digital image.

A pixel that describes only one bit of information from the original can be one of two colors (one bit with a value of either "1" or "0"). Pixels with 8 bits describe one of 256 colors (2 to the 8th—8 bits) and scanners that capture 24 bits of information per pixel (2 to the 24th) have 16.7 million colors from which to choose to translate the color of the original.

A 4" x 4" image scanned at 1 ppi would appear as 16 one-inch square blocks of color—4 down and 4 across. If the same image were scanned at 300 ppi—1,200 down and 1,200 across—1,440,000 minute blocks of color would portray the same 4" x 4" image.

When scanning a line of art or type for output at 2,400 dpi on an imagesetter, the scanning resolution should be 2,400 ppi when the output size of the image is the same as

K02445488

the input size of the image. If the output size will be 125%, the scanning resolution should be:

$$\text{Percentage} \times \text{Resolution} = \text{Scanning resolution}$$
$$125\% \times 2{,}400\ ppi = 3{,}000\ ppi$$

Scanners work by reflecting light from or transmitting light through an image or transparency. The reflected or transmitted light is directed to the scanning head, which usually consists of an array of charge-coupled devices (CCDs) or light-sensitive diodes. The array measures the amount of light striking it to generate an intensity value between 0 and 255 for each of the three additive primary colors: red, green, and blue (RGB). The software then combines these RGB samples to produce a (typically) 24-bit, full color image (8 bits for each primary color).

There are slide scanners that are designed to scan 35mm slides or 4" × 5" transparencies; low-end flatbed scanners for reflection copy; and high-end drum systems, or laser plotters, which are used by high-end drum scanners (such as Linotype-Hell, Screen, Scitex, and Crosfield) that color separate images as part of the scanning process. Images can also be captured directly from image-capture devices such as still-video cameras or digital cameras.

*Slide scanners,* like those marketed by Nikon, Pixel-Craft, and Kodak, are designed to scan small-format transparencies such as 35mm slides and 2.25-inch transparencies at resolutions up to 4,000 lines per inch. These scanners use linear arrays of CCDs to capture a single line of image data at a time. Three passes, each using a different color filter, are made over the image to capture RGB information. A three-pass process increases scanning time and the possibility of motion-based scan lines or defocusing.

*Flatbed scanners,* such as those from Microtek, Sharp, and Howtek, can accommodate reflective art in a variety of sizes and can also handle transparencies (using an optional transparency holder). The effective resolution of flatbed scanners is usually 300 to 400 dpi, although some can reproduce resolutions up to 600 dpi. Some flatbed scanners

make three passes over the image for a full-color scan.

*Drum scanners,* made by Howtek, Optronics, Screen, Linotype-Hell, and other manufacturers, are considered high-end devices. The operator fixes the original artwork to a transparent cylinder that spins in front of the scanning head, which also focuses a point of light onto the image. These devices generally use photomultiplier tubes (PMTs) to record light intensity. Consistency of the light beam and accuracy of the focusing optics result in high-quality scans.

*Digital cameras* capture images using CCD arrays and store the data on disk or in semiconductor memory. Video cameras can convert images directly into NTSC (television) format, which systems can convert into RGB data. Video-graphics boards can also digitize individual frames from videotape or from a live video. The resolution of images captured from video is fixed at about 640 pixels by 480 pixels, and color accuracy is limited by broadcast standards.

### CCDs

Photomultiplier tubes have been the key to the quality most buyers of color printing have come to expect. New technologies being introduced are delivering commercial-quality color at prices that are a fraction of "conventional" drum scanners. The most popular scanning technology among these is the charged coupled device (CCD).

The first color CCD scanner, the Barneyscanner, was invented by Howard Barney in 1986. It was the first color scanner to attach to a PC or Macintosh. It scanned 35mm color slides. This color CCD technology has now been implemented in a plethora of flatbed and transparency scanners. A new wave of PMT scanning has also been introduced, providing drum scanners for desktop use.

The only measurement of one scanning technology or another can be measured by the expense and the effort required to get quality results from a printing press.

The principle of any scanner is relatively simple: light is reflected from an original image to an electronic sensing area that records the value for each point on the image. The number of points is your resolution; the amount of gray sensed for each point is your bit depth.

K02445489

## 180   INK ON PAPER

### Scanners

Scanners come in all shapes and sizes. They began as high-end drum devices that combined a scanner and a film recorder. The acquired images were converted and separated and later screened and then output to film as four separated images.

In the early 1990s, hardware and software links were developed to capture the result of the scanning operation and convert the data for desktop systems.

These drum scanners sold in the range of $250,000 to $400,000. In 1989, the first desktop drum scanner was introduced to link to desktop prepress systems. The desktop drum scanner now sells in the range of $25,000 to $80,000. Drum based on image size, performance level, and speed. Drum scanners can handle both reflection (print) and transmission (slide or chrome) images.

Flatbed scanners range from less than $1,000 to almost $100,000 depending on image size, resolution, and speed of scanning. Some flatbeds can be adapted to handle transmission material, but may not enlarge the image very well.

Slide and chrome scanners handle only transmission images and range from $1,000 to $20,000. Some require a special holder for the image and some can scan a slide that is still in its mount.

Most of these scanners link with the SCSI or GPIB approaches.



| | Low | Medium Performance | High |
|---|---|---|---|
| $250,000 | | | |
| $100,000 | | | |
| $ 80,000 | | | |
| $ 40,000 | | | |
| $ 30,000 | | | |
| $ 25,000 | | | |
| $ 10,000 | | | |
| $ 5,000 | | | |

Desktop Color Slide, Flatbed Scanners 1989–1995

Desktop Slide, Flatbed Scanners 1989–1996

Desktop Drum Scanners 1991–1995

High End Drum Scanners 1990–1995

## IMAGE ACQUISITION   181

### Dynamic range

Several variables determine a scanner's dynamic range—pixel depth (number of bits per pixel per color), sensitivity of the CCD, accuracy of the focusing optics, and precision measurement of the black-and-white points.

There is a range of colors that a scanner can distinguish. Variations in dynamic range impact the quality of the scan more than resolution. High-end scanners are more sensitive to the range of colors in the spectrum and can record minor differences between two visually identical colors, but scanners with a lower dynamic range see the closely matched colors as the same.

Illumination can also affect the quality of a scan. CCD arrays require a consistent light source to illuminate the image evenly. Variations in illumination across the original can produce artifacts in the digital image.

### Density range

Density range is often mistakenly referred to as "dynamic range" and is measured on a scale from 0.0 to 4.0. Density range is the difference between the highlight point and the shadow point of the image to be scanned. A transparency that measures .2 at the highlight point and 2.8 at the shadow point has a density range of 2.6, as an example.

A conventional PMT scanning system can capture densities on film up to 4.0. Most transparencies, from which a majority of separations are made, have a maximum density of about 3.1. A CCD scanning system has a maximum density range of about 3.5. A factor in the density equation is the traditional printing press. The very best sheet-fed presses have a maximum density range of about 2.2.

### Accuracy of focusing

The color information for one pixel in the original image is focused precisely onto one CCD in a scanner with excellent optics. This yields a very crisp scan with distinct colors. In a scanner with less refined optics, the pixel's original color information is diffused slightly across adjacent CCDs. The diffusion tends to soften or muddy the colors and edges in the image. If one of the devices has better optics, two scanners with identical resolution and illumination characteristics can produce different quality scans.

K02445490

Case 1:06-cv-00032-JJF    Document 178-21    Filed 08/06/2007    Page 50 of 51

## 182   INK ON PAPER

### Black-and-white points

A scanner must accurately recognize the darkest point in an image and set that point as black. A similar reduction in tonal range occurs if the scanner incorrectly determines the white point (the lightest point in the image). Because most desktop scanners do not automatically seek an image's black-and-white points, these scanners generally clip the original image's dynamic range. Most high-end scanners automatically and accurately determine white and black points and spread out the range of tones to be scanned.

Here is a schematic of a typical flatbed scanner:



Light source
Original
Mirror
Mirror
Lens
CCD array
To A/D converter and output processing

## IMAGE ACQUISITION   183

Scanning at resolutions of more than 2,000 ppi is usually done at service bureaus that work with high-end scanners and can handle large files. To avoid scanning at such high resolution, some black-and-white line images can be scanned in at a lower resolution and traced in a drawing program. This converts the bitmapped image into a resolution-independent PostScript file, and enables output at the highest resolution possible.

Resolution-independent art intended for output at 2,000 dpi can usually be created with file sizes of less than 1 Mb. To create the same resolution in a 4" × 4", 24-bit CMYK paint or imaging program file would require more than 200 Mb.

### Determining file size

To determine a file size prior to scanning, the final size of the scanned image must be calculated in pixels and then multiplied by the pixel depth. First multiply the anticipated width of the scanned image by the anticipated length (in inches). Multiply this result by the image resolution squared (ppi):

$$(\text{Width} \times \text{Length}) \times \text{Image resolution}^2 = \text{Total pixels}$$

The next step is to multiply the number of pixels that will make up the scanned image by the pixel depth (in bits).

$$\text{Total pixels} \times \text{Pixel depth} = \text{Total bits}$$

Each color channel in a scanned image has a pixel depth of eight. RGB images, three color channels, have a pixel depth of 24, and CMYK images, with four color channels, have a pixel depth of 32. Most desktop scanners scan RGB.

Custom file sizes are not measured in bits, but in bytes. One byte normally equals 8 bits. The final step in determining file size, then, is to divide the number of bits in the image by eight. 1,000 bytes is approximately 1 Kb; 1,000 Kb is approximately 1 Mb (1,024 Mb).

A rule of thumb is that the file size of a one square-inch, 24-bit image scanned in at 300 dpi is 270 KB.

K02445491

## Resampling images

Image resolution can be altered through resampling in a photo-imaging program. Resampling means changing the resolution of a scanned image. Sampling up adds pixels, basing their color data on surrounding pixels. This process involves estimates and always yields results of lesser quality than a scan that has captured all color information from the original. Be careful when resampling images that have fine detail.

When resampling through "interpolation" methods, new pixels are created with colors that mathematically average those of surrounding pixels. The compromise colors of the new pixels could soften the image, as opposed to replication methods, which copy the exact colors of neighboring pixels. Use replication methods only when doubling resolution (200%, 400%, 800%, etc.).

Enlarging a scanned image in a page layout program creates larger pixels, thus lowering the image resolution. Resizing images can also cause printing problems.

## Use all available tools

Early desktop scanners were only 8 bits per color per pixel, but now they are mostly 24-bit. Some scanners throw away the extra bits to produce the 8 bits per color per pixel and their function is to get the right 8 bits. Adjusting tone and color after the fact in an image program doesn't take advantage of the extra bits the scanner captures, if they are in fact discarded. If you make color adjustments with the scanning software, you will only be using the data the scanner is capable of capturing.

Tools are available to control scanning and provide proper adjustment.

• Histograms are bar charts that graph the number of pixels against the number of gray levels.
• On-screen densitometers show a numeric display of the grayscale, RGB, or CMYK values.
• Levels control is a dialog box that lets you set the white point, black point, and gamma.
• Curves control is a dialog box that lets you set the tone curve of the image by placing points on the curve.

Save settings separately from the image so you can try different combinations on various images and Undo to get back to the basic scan. You can Undo to switch between the original scan and the desired effect, providing an intermediate comparison. When you're figured out what should be done to get the effect you want, go back to the scanner software and rescan the image with the settings that duplicate the image software settings.

## Scanning quality

The key to producing good-quality color separations is based on the system's ability to compress the tonal range in the original transparency to the 2.0 or less that can be reproduced on the press. Based on the numbers alone, we can easily see that both scanning systems are capable of capturing enough image data. But software, capable of creating a custom tone curve, is the key to getting results in print. This is because every transparency is different and the human eye is more sensitive to tone gradations in highlights than shadows.

An operator examines the transparency under controlled lighting, a highly subjective activity which accounts for much of the training required. Through a prescan, the operator adjusts for cast in the transparency and then the scan, color correction, and film recording take place in one proprietary system.

Most scanners prescan the transparency, and the software assists the user in identifying the highlight and shadow points by differentiating between adjacent lightness and darkness in the image on the computer monitor. In a separate dialog window, the operator may adjust for film cast and maximum print densities, just as the highend scanner operator operator would.

Based on highlight and shadow point, a tonal range is defined by the software, which then adapts a tone curve customized to the specific transparency to be separated. In both cases, the application of mathematical algorithms determines proper tone compression, so that the press, which has a much more limited density range than either the transparency or the scanners, can reproduce the color and