# EXHIBIT G

# PART 3

tone appropriately when ink is applied to paper. Applying a custom tone curve to a given image is handled in much the same manner on both high- and low-end systems, which compensate for the way in which the human eye perceives color and light on paper.

The sensing technology employed in the scanner is much less critical than whether one can depend on that device to provide predictable, printable color separations. Much of the prepress capability needed in the scanner is provided by the software. The performance of any scanner is more reliable when its software is designed in conjunction with the hardware.

Professionals who scan for color separations know that some colors and shades are simply more important than others. If a picture of a sweater is to be reproduced, it may be relatively unimportant that the color of the sweater be reproduced accurately, particularly if the readers don't know, or don't care, about the exact color of the original. It is more important that facial tones be accurate, because we all have a preconceived notion of what facial tones should be. We have preconceived notions of what blue sky should look like. And green grass and yellow bananas. These are called memory colors and they must be reproduced accurately. Neutrals (gray) accuracy is key in good separations.

All color separation begins with an original to be scanned. There are three alternatives for originals

• Reflection copy (photographic prints).
• Photographic transparencies (slides or chromes), and
• Photographic negatives.

The scanning process must produce a good digital representation of the original. Image manipulation (retouching) software should be used to evaluate and modify the image. The algorithm that converts the image from red, green, and blue (RGB) data to the printing plate requirements of cyan, magenta, yellow, and black (CMYK) should be appropriate to the printing conditions. As printing conditions change, so should the separation algorithms.

Before scanning any photographic subject, it is helpful to set up a scanner using some of the same tools that prepress professionals use—gray scales and color patches.

Gray scales may have no color data, but this neutrality is helpful. The Kodak and the Agfa gray scale, both have a number of steps at different density values. Let's scan:

• Place a color original and a gray scale on the scanner platen or drum or in a holder.
• Open the scanner control program, and go to Acquire or Scan, and then to any submenu. You should now have a preview window.
• Set the scanner to color, select the resolution desired, and define the area for the original and the gray scale.
• Activate the preview function. You will then see if you have to make any adjustments in the window size to make sure that both pieces of copy are in the defined area.
• Note the numbers in the areas next to R, G, and B. These will probably be set to



| % | C | M | Y | K | % |
|---|---|---|---|---|---|
| 5 | | | | | 5 |
| 10 | | | | | 10 |
| 20 | | | | | 20 |
| 30 | | | | | 30 |
| 40 | | | | | 40 |
| 50 | | | | | 50 |
| 60 | | | | | 60 |
| 70 | | | | | 70 |
| 80 | | | | | 80 |
| 90 | | | | | 90 |
| 00 | | | | | 100 |

0 if the scanner is new, but might have been changed over time. Positive numbers lighten the respective channel.
• Also note the gamma. This is a measure of contrast. With higher contrast originals, set this number higher than 1.5 and 2.0 are good starting points for color prints. Now you can activate the real scan.
• Check the "overall exposure" and "neutrality" of the digital image. The monitor is not the place to make this judgment. Do not trust an uncalibrated monitor. Check the digital image in Photoshop. Choose Show Info from the menu. You now have R, G, and B values. Select the eyedropper tool, which acts as a color light meter and a densitometer. Put the eyedropper over a step of the gray scale. Each of the RGB values should be similar. For typical

K02445493

## 188  INK ON PAPER

printing conditions, values in the 230s or 240s are acceptable. Photoshop, like other PostScript programs, allows for only 256 shades of gray (for each color)—0 to 255.

• In Photoshop, as with most, but not all programs, 0 represents black and 255 represents white. Press operators generally prefer to have a halftone dot everywhere in the image. Numbers in the 250s and higher 240s convert to very small halftone dots, and are generally inappropriate except under very fine printing conditions. Before going on, make a note of these three RGB numbers, even if the values are outside the 230s or low 240s. The Info palette will also produce C, M, Y, and K values.

• Pick a step near the bottom of the scale and record the step number. Click on that step. The R, G, and B numbers will be below 200 and within 5 to 11 points of each other. Repeat for more steps. As the steps get darker, the RGB readings will get lower, but, for each step, they still should be similar to each other. Always record the step number and the R, G, and B value.

• The RGB values in the last grayscale step play a major role in determining your halftone dot sizes in the shadows. Values below 20 could lead to shadow dot sizes above 90%, and press headaches. If two of the three RGB numbers are below 20, raise the gamma value used in scanning by 0.10 to 0.20. Adjust the RGB balance. Rescan if you must and recheck values—scanning by the numbers.

### Printing inks are not pure

Even if the RGB values in any step were identical, the C, M, and Y values will not be. It is normal for the cyan (C) separation to print more ink than either magenta (M) or yellow (Y) in neutral areas. Equal amounts of cyan, magenta, and yellow inks make brown, not neutral gray. This is true even for lower screen values. 30% each of normal cyan, magenta, and yellow inks make a shade of yukky tan, not neutral gray.

The reason for this is that the cyan, magenta, and yellow inks are not perfect. Pure cyan ink would absorb all red light and reflect all blue and green light. Cyan ink is a much better reflector of blue than of green, and the ink

## IMAGE ACQUISITION  189

looks more like blue than green. In fact, some press operators refer to the ink color as blue, not cyan. Magenta ink should absorb green and be a perfect reflector of blue and red. But it is a much better reflector of red than of blue, and looks more like red than blue. Some press operators call this ink red, not magenta. A perfect yellow ink would absorb all blue light and reflect all green and red light. Although not perfect either, yellow inks are more accurate than cyan or magenta inks.

You could observe that cyan inks are contaminated with some magenta. It's as though some magenta ink was blended in with a purest cyan to make the cyan ink that printers use. Magenta inks are contaminated with some yellow. Magenta ink can be thought of as a perfect magenta, but with some yellow ink added in.

This is known as "hue error." Printers and color separators know that they must print more cyan than either magenta or yellow to make neutral. Process color ink sets have this hue error "error." At certain printing conditions you could have neutral shadows print with 90% cyan, 80% magenta, 80% yellow, and perhaps 50% black. It would not be appropriate to print equal 90% amounts of cyan, magenta, and yellow, along with black, in neutral shadows.

### More numbers

Measure each of the steps to get the CMYK values for those steps. The first step is the lightest and might give C (cyan) values of about 6-12%, with M and Y at about 3% less than C. C might read 85-90%, with M and Y about 10% less. The difference between C and C/Y readings gets larger as the steps darken.

CMYK readings are dependent on the RGB readings from the original and the separation algorithm used. These factors are controlled in the Preferences/Separations Setup dialog box. Change these factors and CMYK values produced from a given set of RGB values will also change. In the highlights, the CMYK values produced by the separation process are determined by the RGB values. As the tones get darker, the separation algorithms are instrumental in pro-

K02445494

**Page 190 — INK ON PAPER**

ducing the CMYK values.

Review this with the printing firm. Shadow halftone dots of c90%, M80%, Y80%, K50% (total 300%) may be appropriate for quality printing conditions, but not for newsprint. Printers refer to these percentages (300% out of a possible total of 400%) as total ink laydown or coverage. For high-quality printing, 300%, or a little more, is acceptable. Where dot gain is greater, total ink coverage of 240–290% may be more appropriate. Newsprint should be less than 240%. The printer may recommend a total ink coverage and appropriate dot values for highlights and shadows for each of the colors.



To review or establish printing conditions, use the Printing Inks Setup dialog box in Photoshop, which defaults to SWOP. Many printers use SWOP inks, but some print at higher ink densities than SWOP specifications. The inks colors list is at left.

*Separation approaches:* Separations Setup dialog box is where the RGB to CMYK conversion is controlled, if the scanner has not done the conversion on the fly. The first choice is between GCR (Gray Component Replacement) and UCR (Under Color Removal). These terms refer to the way in which the black printer interacts with the three color printers, particularly in neutral grays areas.

**Page 191 — IMAGE ACQUISITION**

These methods allow for black to substitute for the three color printers. UCR, is the more common method, with GCR as a more recent capability. GCR allows for greater black replacement, but is more difficult to adjust and is often avoided. If you toggle between GCR (medium) and UCR, you will see changes in the curves. Although either approach produces similar printing, intermediate films are different. With GCR, the ink saving on long-run jobs is substantial because of the replacement of color with black ink.

*Middle tones*

It is also important to check on middle tone reproduction, because they are often dark when highlights and shadows are correct. This means that there is not enough detail in the shadows. Many pictures can be improved by some lightening of the midtones (or middle tones).



If the RGB values for highlights and shadows are OK, check a lighter step on the gray scale. If the RGB values are below 140, middle tones might print too dark. Photoshop Levels produces a set of histograms which can be modified. Move the triangle in the middle of the bar. Use the eyedropper over one of the grayscale steps. As you see the RGB values increased and the CMYK values decreased, you can make your decisions. To recap:

• Set *Printing Inks Setup* and *Separations Setup* to the desired values. Check with the printer and/or prepress service.

K02445495

• Set your scanner so that each grayscale step provides similar readings for each of the RGB values. Use a test target to set this up.

• Adjust your scanner to provide highlight and shadow RGB readings as closely to desired values as possible. Depending on printing conditions, you may want to avoid RGB values greater than 245 or less than 20.

• Adjust middle tones if necessary.

• Do RGB to CMYK conversion (it will probably be automatic).

• Check CMYK values in highlights, midtones, and shadows. Modify histograms to adjust dot sizes if necessary. After the CMYK conversion, the monitor presentation of the image may be less accurate than it was in RGB.

• Use a calibrated imagesetter. Uncalibrated imagesetters may produce films which have middle tones 10% or more off the proper values.

• Check films with a densitometer to verify digital separations.

• Make a color proof from the films.

• Create a form and keep good records. Comparing the printed jobs with job settings, and making adjustments, will help.

*The resolution solution*

To properly scan an image, you must control:

• Resolution
• Tonal range
• Color balance
• Sharpness

Resolution is the easiest because it depends on the original image size, the reproduction size, and the output method. For halftone output, whether from a laser printer, imagesetter film, or computer-to-plate destined for press and reproduction, the rule of thumb is:

The number of pixels per inch, at the output size, must be between 1.5 or 2 *times* the line screen frequency used for final output. Scanning for a 133-

line halftone screen, which is used for most printed photographs, requires a resolution between 200 and 266 pixels per inch (ppi).

For scanning resolution, multiply your output resolution (line screen × 2) by the scaling factor you need—the output size divided by the input size. If you want to reproduce a 1"x1.5" 35mm slide at 6" x 9" with a 150-line screen:

Line screen × 2 × (output dimension *divided by* input dimension) = Scanning resolution

150 × 2 × (6/1) = 1,800 (dpi)

When scanning for output on a continuous tone device such as a dye sublimation printer, the output resolution should match the resolution of the scanning device:

(Output dimension *divided by* input dimension) × Output device resolution = Scanning resolution.

*Your last set of rules*

Always get the tonal range correct before fixing the color balance. When the tone and the color are right, you can sharpen the image.

1. *Go as far as you can with the scanner software.*

Get the tone and color balance adjustments down pat before scanning. If you make the adjustments after scanning, you will have less data, and each time you readjust the tone/color balance, you will lose data. Plan ahead.

Histograms show you scanner gamma setting and this gives you information at each of the 256 gray levels the 8-bit data represents. Gamma controls will map all input levels to all output levels. A value greater than 1.0 lightens the middletones, and a value less than 1.0 darkens them.

2. *Use the histogram to see your image as a chart.*

This all-important bar chart tells you a lot about your scans. A histogram that ends in a steep cliff at the left (shadow) end of the scale indicates a scan in which

K02445496

194   INK ON PAPER

shadow detail is lost. If it ends in a steep cliff at the right (highlight) end of the scale, the image is overexposed and the highlight detail is lost. A correctly exposed scan produces a histogram with relatively few dots at either the darkest value (0) or the lightest value (255).





3. *For sensitive adjustments, use Curves.* In the Levels dialog box, gamma is the middle value, and you are "curving" the tone curve around a single point in the middle. The Curves command, however, allows you to make finer adjustments to the tonal range—opening up the extreme shadows and spreading the highlight detail across a wider range. Anchor the curve with two points to localize the effect of any change.

4. *Use Levels instead of Brightness/Contrast.* Never try to brighten an image with any control called Brightness/Contrast. Ever! This shifts the image up or down the entire brightness range, blowing out highlights or plugging up shadows. If you look at the histogram of a good scan that is dark and then increase the brightness, all the highlight detail will be lost, and you will wind up with a screenful of white pixels.

With the Levels function, you can adjust the brightness of the middle tones without losing detail in the shadows or highlights.

IMAGE ACQUISITION   195

5. *Control scanner noise and film grain by sharpening channels.* Unsharp Mask's Threshold setting is effective for controlling noise and film grain, but if you examine the individual channels you'll find that very often noise or grain is much more prevalent in one (usually the blue channel) than in the others. The green channel contains the most brightness information and also contains the least noise and grain. You can get good results by sharpening the green channel, using the preceding settings; sharpening the red channel, using the same *Radius* and *Threshold* settings but with a lower *Amount* setting; and leaving the blue channel unsharpened. If the blue channel is particularly noisy, try the Despeckle filter. Beware of creating color fringes along the edges, which is more of a problem with high-res images that demand a higher *Radius* setting.

You could despeckle the noisy channel (more than once maybe) and then use a low *Amount* setting and the same *Radius* and *Threshold* settings as the other channels.

6. *Use Curves and the Info palette to set the neutral balance.* Get the tonal range right and then adjust the individual curves for the red, green, and blue channels for good gray balance. Balance grays and the rest is easy.

Even with a calibrated monitor, color cast is not easy to discern. The image or scanning Info display or an on-screen densitometer help to identify and correct color casts. Check the RGB values in the Info palette display when you move the pointer over these areas. Values for all three channels should be about equal.

If one channel has a lower or higher value than the others, adjust that channel's setting to bring the neutrals into balance. In the Curves dialog box, click the pointer on the image and adjust the curve so that the output value matches those of the other channels.

7. *Sharpen images by using Unsharp Mask.* The Unsharp Mask filter increases the contrast between adjacent pixels in an image, especially where they represent an edge of some kind. The use of this function increases the visual sharpness of the image. The Unsharp Mask filter allows you to set these parameters:

196   INK ON PAPER



- *Amount* controls the intensity of the filter and the amount of sharpness. The settings for *Amount* will vary depending on the original image. For halftones, set it between 100% and 250%. For continuous tone dye sub printing, try 65%–85%.

- *Radius* determines how far the filter will look around each pixel as it evaluates its color, and the size of the contrast halo the filter creates around edges. For the *Radius* setting, a useful formula is:

200 *divided by* (output size × output resolution) = Radius

- *Threshold* sets the minimum degree of difference between pixels at which point the filter will operate. It lets you prevent noisy areas from being sharpened.

The setting for *Threshold* depends on the amount of noise the scanner produces and the amount of graininess visible in the scan. The threshold of 5 (out of 5) makes the filter's effect less obvious.

8. *Test, test, test.*

Start by talking to the prepress service and/or printing service. They will usually have a list of settings that work best with their presses. Then run a few sample images at different settings through the imagesetter and have them proofed. Then pick the one that will provide the best quality. If the project has a large number of images, you and the printing company may wish to actually print some samples. Remember, just looking good on the monitor or on a color proof, is no assurance that the images will print properly on a printing press. Why risk the cost of a rerun when some pretesting will provide a greater assurance of success?



# SECTION 2

# PREPRESS CONCEPTS

197

K02445498

# CHAPTER 8

## PREPUBLISHING

Being a reformed typographer, it seemed like a good idea to include some really basic layout information. Today, the functions of designer, typesetter, photographer, and printer seem to be merging as we use the computer to integrate text, images, graphics, and more to output pages and documents for reproduction.

All pages and documents begin with basic design. No matter what reproduction technology is used, you must create and produce a cohesive layout that meets the needs of the product. Here are some simple rules:

### 1. Be consistent

Set up your document pages to the trim size of the final product. Use the same margins throughout the publication. Keep a consistent look to heads and subheads. Do not change typeface or size too much. Handle the various elements of graphic design within each page and within a publication consistently, especially in regard to placement of running headers and footers, folios, and rule lines.

### 2. Avoid dullness

Too much balance and symmetry can lead to boredom. Interrupted eye movement occurs when the reader's eyes are faced with too many equal-sized elements. Asymmetry adds interest to a page. Unequal left/right or top/bottom balance helps provide movement—but don't make every page different.

### 3. Give each page a dominant visual element

Provide a focal point for the reader's eyes as they travel through the page. This is not possible in book work or directories, but there are many types of publication, like catalogs and magazines that lend themselves to innovative layout.

K02445499

**4. Design facing pages**

Concentrate your design efforts on two-page spreads so that pages work together. We view two pages at a time when we read.

**5. Create a grid**

A grid consists of nonprinting horizontal and vertical lines which define the placement of the graphic elements that make up a page. They form a publication's overall organization and consistency.

**6. Standardize margins**

Indent copy, headlines, titles, and page numbers the same distance from margins on all pages.

**7. Use borders as frames**

Frame your pages with appropriate borders. Use simple borders.

**8. Organize text into columns**

Select column widths appropriate to the size of type. Use wide columns for large type sizes and narrow columns for small type sizes.

**9. Organize the page with horizontal or vertical rules**

Rule weight should depend on how the rule relates to the copy and white space. Use vertical rules to separate columns. Use horizontal rules sparingly.

**10. Post signposts**

Headers (running heads) are information contained at the top of each page. Page numbers can be placed in the header or footer (running heads or feet).

**11. Use type with personality—sparingly**

Each typeface evokes a different feeling, and speaks in a different tone of voice. The typeface you select for headlines, subheads, body copy, and captions affect the way readers experience your ideas. Use only a few, but make them count.

---

**12. Provide a strong flag or identifier**

The flag is your publication's title set in a unique way. The flag is usually the dominant visual element on the first page of a publication.

**13. Use dominant, descriptive headlines**

Headlines determine the overall appearance by strengthening the message you want to communicate. Headlines must be large enough, but must not compete with other page elements.

**14. Let subheads provide transition**

Subheads lead readers into the body copy. Subheads also break up long blocks of copy, making it easy to locate information.

**15. Use captions to describe photographs and artwork**

Captions should be set in smaller type, so they do not compete with the body copy.

**16. Use color to set elements apart**

Use color to highlight borders, rules, or headlines. Color gains impact when it is used selectively.

**17. Use big type to emphasize big ideas**

Type size should reflect importance. Headlines should be larger than subheads. Subheads should be larger than body copy, and body copy should be larger than captions and footnotes.

**18. Use type styles for emphasis**

Add emphasis to copy by setting headlines, subheads, and body copy with different type styles.

**19. Use white space as an element**

White space emphasizes whatever it surrounds, so frame pages with white space.

**20. Use tints and reverses for attention**

Screen tints and reverses can be used to add interest to pages without photographs or illustrations.

K02445500

## 21. Focus ideas with graphics

Use photographs, illustrations, charts, and graphs to communicate ideas at a glance and add visual variety. Graphics and images are now easier to use and therefore more common in documents.

## 22. Check text and layout

Always check your work. Make sure that nothing has been left out. Check names, addresses, and phone numbers. Check any word that begins with a capital letter. Check for graphic consistency and accuracy. And, never, ever, trust the spelling checker.

## APPLICATIONS

A distinction must be made between documents, publications, and promotional and utility products:

• Documents—Less than 50 pages typically, with simplistic page elements, primarily text. Moderate color.

• Publications—More than 50 pages, with more complex page elements, especially graphics and some color.

• Promotional—Page count usually very low, but very high levels of quality for text, graphics, and color page elements.

• Presentational—Here a page is essentially a slide, a flip chart, an overhead transparency ("foil") or some other item used for display or projection.

• Utility—Miscellaneous items that do not fit into the other categories, such as business cards, invitations and menus.

There are essentially two main types of pages: structured and unstructured.

Structured pages follow a predefined grid or page format. Unstructured pages do not. There is probably a middle ground where a grid is defined but pages are allowed to deviate from it.

Traditionally, structured pages required batch pagination approaches and unstructured pages required interactive pagination approaches. Today there is a great deal of crossover.

## DIFFERENCE BETWEEN PRINT PRODUCTS

|  | Schedule | Pages | Revision | Typography | Preparation | Graphics | Color |
|---|---|---|---|---|---|---|---|
| **Document** | Shorter | Moderate | Moderate | Typescript | Electronic | Less | Black |
| **Publication** | Longer | Very high | Low | Typescript or typeset | Electronic | More (Line) | Spot |
| **Promotional** | Shorter | Low | High | Typeset | Electronic | More (Photo) | Process |
| **Utility** | Varies | Low | High | Typeset | Traditional | Some/none | Spot |

| | |
|---|---|
| Document | Reports, Budgets, Plans, Analyses, Proposals, Price Lists, Legal Materials |
| Publication | Manuals, Catalogs, Books, Magazines, Newsletters, Directories, Guides |
| Promotional | Data Sheets, Advertising, Flyers, Direct Mail, Presentations |
| Utility | Forms, Packaging, Tags, Labels, Stationery |

K02445501

204 PREPRESS CONCEPTS

## THE NEW AGE OF DOCUMENTS

Computers should not be the center of attention—information should. Computers do not help you read or manage documents—they create more of them. Most applications create paper documents as their final communication medium. If you wish to communicate directly between computers, you most likely use ASCII text, the common denominator of computer-to-computer communication. You don't communicate more complicated information because the receiver may not be able to read it.

The computer world revolves around applications and operating systems. To transmit a document to someone else, the receiver's operating system, application, and resources must be compatible with yours. If the document's form and content depend on several applications, the receiver must have all of them.

Networking enables standards that allow data interchange between platforms. But data interchange is not document interchange. Corporations have mixed computing environments, using mainframes, minicomputers, and personal computers. Diversity may also occur within an operating environment—you have a black-and-white, 13-inch display and a computer with limited memory, but your document recipient has a 21-inch full-color, 24-bit display with lots of memory. The dream was that everyone would move to a common hardware and operating environment. Some feel that Microsoft Windows should be it, whereas others support the Macintosh operating system, and still others choose forms of Unix.

There are just so many problems in trying to pull all the pieces together. Text, graphics, and images have unique requirements for successful interchange. Text interchange deals with font metrics that change according to typeface, position, tabs, line and paragraphs, plus different character sets and encodings. Graphics interchange must accommodate paths, structured graphics, plain art, graphic state modifiers, device-independent color, and vector curves. Image interchange must specify data for images, masks, and parameters (width, depth, color space, and compression). Sound and video exacerbate the problem.

PREPUBLISHING  205

You must emphasize the independence and completeness of the information's structure. When Adobe Illustrator was under development, one of the objectives was to make the intermediate file format the same as the print file format. The PostScript language was used to describe both the appearance of the printed page and the semantics of the editable objects manipulated by the application. The first Illustrator product dealt with simple graphic objects and the ASCII file format was simple. Then Adobe discovered that you could pass the intermediate files that Illustrator created to other applications to insert, scale, and rotate them. Because the graphics were PostScript language fragments, an application didn't have to understand content to print the document. Other applications that primarily deal with illustrations can read the semantics of Illustrator files. As a result, most device-independent clip art is stored in EPS format.

The PostScript language has the potential to abstract the document objects while preserving the exact layout and appearance. The goal is to capture documents from existing applications in a way that is independent of device, operating system, and hardware. Windowing environments provide a good, common, device-independent interface between the applications and the operating system imaging models with interfaces to printer drivers: Graphics Device Interfaces in the Windows environment, QuickDraw interfaces in the Mac environment, and Graphics Programming Interfaces in the OS/2 environment.

One approach is to develop specialized printer drivers for each environment that will capture the output from applications and convert it to a single, uniform document-interchange format. With this format, you can write document viewers and printing utilities for each platform. This collection of drivers, with viewing and printing facilities, will enable the initial communication of documents between diverse platforms without changing existing application programs.

This is the course that Adobe has taken with its portable document technology called Acrobat. Applications create Acrobat documents by sending their output to

K02445502

a printer containing an Acrobat module. In environments that support device-independent printing, any application that prints can create an electronic document. In the DOS environment, you can convert PostScript output files to electronic documents with a utility program. Thus, only DOS applications that support PostScript can create Acrobat documents.

A fundamental concept of electronic publishing is that you should be able to work with electronic documents in the same way that you work with paper and still be able to take advantage of their being computer files.

Documents are really abstractions of information formatted to communicate ideas. It is one form of information that is difficult for personal computers to communicate. Computers know bits and bytes. Format is not their strength.

Publishers are switching to electronic distribution of their documents. CD-ROMs are cheaper than paper for long documents, and they support full-text indexing and hypertext links. SGML markup allows platform-independent access to information, and it can be formatted in alternative ways depending on the application and the output medium. There are different approaches to electronic delivery; which one is appropriate depends on the application and other constraints on the project, such as existing equipment.

To supplement the table of contents, there is full-text retrieval. The search engine is from Fulcrum Technologies with Sun's user interface overlaid; the search features are simple and require no Boolean operators. There is also a content-based retrieval utility, based on freeform querying, that ranks its results by word, phrase, or sentence. Most searches take about four seconds. The search can apply across a network.



# CHAPTER 9

## ADVANCED DIGITAL PREPRESS TECHNOLOGY

Photo CD is advanced technology from Eastman Kodak that was intended as a consumer product to allow Auntie Em to view family pictures on a television set. That idea didn't work out—Auntie Em went back to prints—but the underlying technology was sound and it found another application—digital prepress.

Photo CD (the CD stands for compact disk) provides very fast image capture of film originals using a CCD-based scanner and storage of the resulting image data on read-only compact optical disks. Some of the images are stored in a color format for color television display. The concept was that color labs would develop your film and then scan the negatives on a special scanner and convert the images into digital form.

It was determined that consumers would probably want hardcopy prints up to 8"x10". This would require 16 times more data than was necessary for the television display format. Kodak faced a problem: to store the image at the highest resolution (for prints) would slow down display of images at lower resolutions (for television). The answer was a file format called the *Photo CD Image Pac* that stored one image in five (later six) different resolutions. The highest resolution handled photographic enlargements and the lowest resolution handled thumbnail views. The middle resolution—the "base resolution"—was used for the television display.

The Photo CD scanning system was designed for 35mm slides and film negatives. Its digital images have a maximum resolution of 2,048 x 3,072 pixels. The "Pro" Photo CD system scans up to 4" x 5" at a maximum resolution of 4,096x6,144 pixels—which is now sufficient for prepress requirements that involve images.

Instead of RGB files, Photo CD converts the scanned images into a device-independent color space called *Photo*

K02445503

YCC. These files are called "digital originals" because they can be rendered for uses beyond printing; traditional scanning produces color-separated film specifically for CMYK printing.

*The printing connection*

Photo CD was initially considered an inexpensive approach to color scanning, as publishers and others dreamed of scans for less than a dollar. Even though color labs could have sold Photo CD scans for less than a buck in some cases, quality was not what it should have been. Prepress services charged from $3 to $11 dollars per scan, with lots of effort to reach the required quality level.

The Photo CD process creates digital "interpretations" of the original film images. To print, they must be converted from their YCC color space into CMYK, cropped, rotated, sized, adjusted, and sharpened—at additional time and cost.

Kodak licensed its technology to high-end scanner suppliers to produce an "electronic job jacket" so that color separators could scan images and write them to the Print Photo CD as Photo CD *Image Pacs*. Users could import these images to their page layouts and return the final documents for printout, where they would be converted to CMYK using the layout's placement, cropping, rotation, and sizing information. The write-once nature of compact disks also provides for image and document archiving.

*Recent extensions to Photo CD*

The Photo CD system has been widely accepted in desktop publishing and prepress applications since its launch in 1992. Dozens of popular software applications and operating systems enable users to work with the scanned film images that have been stored on Photo CD disks. Kodak intends to make these images even more accessible, allowing anyone with a desktop computer to read, write, and use Photo CD images.

• Under a new open licensing policy, any software or platform developer can obtain a royalty-free patent license for encoding and decoding images in the Photo CD Image

Pac format. The policy will enable people to read and write Photo CD images as easily as other common image formats, such as TIFF and JPEG, with the added benefit of cross-platform compatibility.

• A new, more flexible application strategy establishes two categories of Photo CD disks: Photo CD Master disks, which serve as digital negatives for images scanned from film (and include both Photo CD Master and Pro Photo CD Master formats), and Photo CD Portfolio II disks, which contain Photo CD Image Pac files and other digital content. The new Photo CD Portfolio II format provides a single disk type to meet the needs of customers in prepress, presentation, image archiving, and other applications.

*Open licensing strategy*

Kodak's new licensing policy recognizes the industry's need to have open access to a single, consistent means of representing digital images. Because the Photo CD Image Pac format offers a number of functional advantages, that Pac format is becoming the basis for a universal digital imaging standard.

The Image Pac format ensures that users can access their digital images at multiple levels of resolution (enabling them to select the quality and file size appropriate for their application). The design of the Image Pac format is platform-independent and ensures that users can work with the same image file on any number of computer platforms, with no conversions required. As Kodak's new licensing strategy takes hold, users will be able to handle files in the Image Pac format like any other form of data, writing them to floppy disks, transmitting them over networks, and storing them on CD-recordable disks.

Royalty-free licensing of the Photo CD Image Pac format will enable software developers to build into their applications the ability to read and write Image Pac format data files, and to play back prerecorded Photo CD Master and Photo CD Portfolio II disks. The Photo CD System Descriptor, along with a royalty-free patent license to read and write Image Pac images, will be made available.

K02445504

### Software utility

Kodak also demonstrated prototype software that will let people add color pictures to documents as easily as they cut and paste text. The software utility provides a direct link between the images on a Photo CD disk and any word processing or desktop publishing software that employs the Object Linking and Embedding II (OLE II) interface—such as Microsoft Word, other applications in the Microsoft Works integrated product bundle, and Novell WordPerfect software. Both Macintosh and Windows versions of the utility can be written automatically onto Photo CD Master disks beginning in the summer of 1995. When users insert their Photo CD disk into a CD-ROM drive, the utility will guide them through its use. Users will see a variety of layout templates for compound documents; they can use a supplied template, adjust it, or create their own.

To add pictures to a document, users highlight the area where they want the picture to appear, select an image from the clipboard, and paste it in place with a click of the mouse. The software utility employs OLE II to provide intelligent picture framing, which means it automatically selects the appropriate level of resolution from the Photo CD Image Pac file based on the size of the picture and the usage.

A low-resolution version of the image would be selected for on-screen viewing, minimizing demands on the processor, while a higher-resolution version of the image would be selected for output to a color laser printer. For people who want to keep track of images for future use, the software utility also invites users to create a simple image database by naming their disks, and individual images, with descriptors of up to 64 characters each.

### Flexible application strategy

In another move to expand the use of Photo CD images, Kodak is streamlining the number of disk formats it offers to meet the needs of different applications.

• The two Master disk formats contain images that originated on film, scanned at high resolution using a Kodak Photo CD Imaging Workstation. Images on these disks

serve as "digital negatives" that contain virtually all the information from the film original; they serve as a convenient, low-cost way for users to bring their own pictures into any computer imaging application.

• Photo CD Portfolio II disks provide desktop users a medium for the storage and distribution of images in the Photo CD format. Along with Photo CD Image Pac format files, users can write other data to the disks—such as CMYK image files for prepress applications, indexes and retrieval software, or digital audio for a "still image multimedia" presentation. The Image Pac format files on Photo CD Portfolio II disks can differ from Photo CD Master disk images in two key ways:

• They don't necessarily contain all the resolution of Master or Pro Master disk images; the highest required resolution is 512 × 768 pixels, the "base" level needed for high-quality video display. Like Photo CD Master disks, however, the Image Pac format files on Photo CD Portfolio II disks offer a unique benefit not available on other media: these images can be viewed on television as well as on computers. A number of low-cost consumer players let people view Photo CD images on television.

• They don't necessarily originate on film, but instead can come from any digital source—such as digital cameras and scanners.

### Application to write Photo CD Portfolio II disks

Kodak Build-It Photo CD Portfolio disk production software enables Macintosh and Windows NT users to author Photo CD Portfolio II disks right at their desktops. Targeting presentation and image archiving applications, Build-It software can be used to create on-disk multimedia programs and image catalogs. The software can convert images from many graphic image formats—such as BMP, TIFF and PICT files—to the Image Pac file format.

Build-It software also will allow users to record data in the ISO 9660 format, the standard for CD-ROM disks. For these applications, Build-It software will write images, software, ASCII text and other data files to a writable CD-ROM disk.

## 212   PREPRESS CONCEPTS

### HALFTONE SCREENING

Until 1972, when electronic scanners were equipped with electronic magnification and electronic dot generation, only 10% of color separations were made on scanners and 90% were made on darkroom cameras, enlargers, or by contact. By 1986, after digital scanners were introduced, more than 90% of all color separations were made on electronic scanners.

Most photographic images are composites of varying or gradient tones that absorb and reflect light in a continuous tone pattern. Such patterns cannot be reproduced by a printing process like lithography, as it is a binary process. Lithography can print only a full tone or charge of ink or no ink. It cannot transfer different ink film thicknesses in the same impression, so it cannot print an image consisting of gradient tints and tones. To print such tones, the image must be converted to a pattern of very small dots of varying sizes with equal spacing between dot centers. All the dots print the same density of ink but their varying sizes create the optical appearance of light, medium, or dark tones. This is called a halftone. Here is a digital halftone dot.



Device matrix (lines per inch)

Halftone matrix (dots per inch)

## ADVANCED DIGITAL PREPRESS TECHNOLOGY   213

The halftone principle is an optical illusion. It is based on the limit of visual acuity of the human eye, which cannot distinguish between two points separated by one minute of arc. This is equivalent to 1/250 of an inch (0.004" or 100 micrometers) at a normal reading distance of 12 inches. A halftone tint with a checkerboard (50% tint) pattern with black dots separated by 1/250th of an inch is equivalent to a screen ruling of 125 lines per inch (lpi), as the distance between dot centers is 1/125th inch (0.008" or 200 micrometers). Screen rulings in conventional use are 60–80 lpi, for illustrations in newspapers, 100–120 lpi for general quality quick and in-plant printing, 133–150 lpi for magazine and commercial printing, and 175–400 lpi for high-quality process color printing.

Below are two sets of grids based on the resolution of an output device—the size of the laser dot in most cases. A "cell" is created that is composed of some number of those laser dots. In this example, it is 12x12. The laser spots are then positioned to create an illusion of gray—a halftone cell. The left example shows lower resolution spots—perhaps 20 micron spots or 1,270 dpi; the right shows high-resolution spots—perhaps 10 micron spots for 2,540 dpi. Because the laser spots are so small, you cannot even see them under a magnifier in most cases. The shape of all the laser spots in the cell, shown with the bold outline in the right example, is therefore the halftone dot. Dots can also be overlapped, but this may not yield higher quality because the space between dots is not visible to the naked eye.



Case 1:06-cv-00032-JJF    Document 178-22    Filed 08/06/2007    Page 16 of 51

The original halftone screen consisted of a grid of straight lines or bars ruled on two sheets of optically flat glass cemented together at right angles. The lines, or rulings (from whence the term "screen ruling" was derived), were the same width as the spaces. Glass screen photography is obsolete, as it requires precision cameras with means to mount the screens and maintain accurate screen distance over the whole image area.

Glass screens have been replaced by contact screens which are usually made from glass screens. A contact screen consists of a grid of dots on a film base with the number of dots in both directions equal to the screen ruling. Each dot is like a circular gray scale with a gradient of highest density in the center and lowest at the perimeter.

Halftones are produced by photographing the subject through the screen in vacuum contact with the film mounted on the image back of the camera, on the base plane of an enlarger, or between the subject and the film in a vacuum frame. The variable density of the dots in the screen records variations in light reflected from, or transmitted through, the original in different sizes of high-density dots. Each dot forms a matrix, within which the dot can vary in size from 0% to 100% coverage. The number of dot sizes corresponding to the colors that can be reproduced is limited by the intensity of the light reflected from the original, the processing chemistry, and the resolution of the film.

### Output

The number of steps in tints or gradient blends should not exceed 256 when outputting to a PostScript device, as they cannot produce more than 256 grays per color.

Most continuous tone proofer output resolution is between 200 and 300 ppi. Because each pixel reproduces its own color and can create more than 16 million colors, this resolution can produce near-photographic quality for images.

When anticipating halftone output, the image resolution should be twice the line screen, multiplied by any enlargement or reduction of the output image relative to its input size. For certain output devices, images, and output

settings, the image resolution could be as low as 1.25 times the line screen. When enlarging an image at 200% that will be output at 133 lpi, the input resolution should be:

$$2 \times 133 \times 200\% = 532$$

For imagesetters, 1,200 (or 1,270) dpi is a low resolution output, 2,400 (or 2,540) dpi is medium-high and 3,600 dpi is high. However, most work is output at 1,200/1,270 dpi. The optimum line frequency depends on the stock to be used for printing. Typical line frequencies are 85 lpi for newspaper stock, 133 lpi for uncoated/coated stock, and 150 lpi or more for coated stock. If you use too high a screen ruling for the type of paper, dot gain will hamper the quality of the image.

The typical imagesetter setting of 2,400 dpi and 150 lpi when printing on coated stock allows for the creation of 256 grays, the maximum for PostScript. Lowering the line frequency or increasing the dpi output resolution does not increase the number of grays that can be reproduced.

When scanned images and bitmapped paint images are output at a size larger than the original file, the reproduced image will lose detail. A higher image resolution is needed to compensate for enlargements. Always plan for the output size and resolution.

When outputting halftones, image resolution is also determined by the size of the halftone dot cells. This is known as the line frequency, and is measured in lines per inch (lpi). In general, the image resolution should be between 1.25 and 2 times the lpi.

Halftone dots are laid down on film or paper in a grid that is divided into halftone cells. Each halftone dot is in one cell. The size of a halftone cell determines how much detail is reproduced in the output. The more halftone cells located per linear inch, the more detail is reproduced. The number of halftone cells per linear inch is referred to as line frequency, line screen, screen ruling or lines per inch (lpi).

Increasing the output resolution (higher dpi), more laser spots per linear inch) increases the number of available grays. This is also the case when the line screen de-

K02445507

## Banding

Halftone dots are made up of laser spots. The number of laser spots that are available per halftone cell determines the number of grays of a color that can be reproduced.

The size of a halftone dot determines the "gray" of a color. Gray here does not refer to a shade between black and white, but rather to the density of the color that the dot represents. The size of the halftone dot determines the density of the color the dot represents. A larger dot will create a denser color in a printed piece. The size of laser spots relative to halftone dot cells determines how many laser spots are available to build each halftone dot. More laser spots per halftone dot means smoother edges of the dot and also more different sizes that the dot can be. In PostScript a maximum of 256 gray levels are reproduced.

Banding is the occurrence of visual steps in a blend. In drawing and page layout programs, blends can be created by using a number of objects that each have a slightly different color. The number of steps is critical to avoid banding. The required number of steps for a particular blend depends on output resolution and line frequency as well as the colors used in the blend. Calculate the greatest percent color change in the blend. If a color blends from 0% to 100% (or from 100% to 0%), the number of steps necessary will be less than the number of available grays.

To avoid banding, you should have enough steps in the blend so that the length of each step is two points or less. Always measure the greatest distance between origin and destination points in a blend.

Line art or type requires higher resolutions when scanned than do continuous tone originals. To avoid jagged edges on the halftone, line art should be scanned at the highest possible resolution—ideally, as high as the dots per inch on halftone output devices or the pixels per inch on RGB output devices.

When the scanning resolution is the same as the out-

put resolution, each pixel in the image is output through one laser spot or pixel and resolution is retained. Both imagesetters (laser spot output) and continuous tone devices (pixel output) require high-resolution scanning for line art—for example, 2,400 ppi for an imagesetter and 1,270 ppi for a continuous tone device.

Conventional versus digital halftone dots are shown:



Conventional are round

Digital are almost round

An electronic scanner produces halftones using an electronic dot generation system. This consists of a dot generator and a dot former. The dot generator receives video information from the scanner color computer, along with data on the exact location of the writer exposing head relative to the surface of the output separation film. This information is passed on to the dot former which is electro-optic and draws each individual dot or part of each dot in the exact location on the output film with specially formed beams of laser light. To appreciate the complexity of the operation, a scanner equipped with such an electronic screener computes and draws 20,000 to 30,000 halftone dots per second!

Unlike the single-dot matrix of a photographic halftone, the dot matrix of an electronically generated halftone consists of pixels whose size depends on the size of the exposing beam. The number of pixels in the matrix is determined by the dots per inch (dpi) resolution of the imagesetter, which in turn determines the resolution of the image and number of levels of color it can reproduce. These are limited mainly by data storage and the speed of image processing—the more pixels, the longer the processing time.

K02445508

Eight-bit color, or 256 levels of color for each separation, amounts to 256 pixels in a 16x16 pixel matrix. The number of pixels used to produce the printing dot determines the color level of the pixel matrix. The combination of the three colors, YMC, is 24-bit color—or 16.7 million colors—6 million or so more than the average eye can see. When 8 bits of black are added to the color mixture, it becomes 32-bit color—more than 429 million colors.

## SCREEN ANGLES

When screen patterns like halftones are overprinted, the orientation of the patterns is critical. If they are not oriented properly, interference patterns, called "moiré," result. The patterns change depending on the number of films and the angles between the screen rulings. In single-color halftone printing, the screen pattern is oriented at 45°. At other angles, 0° or 90° especially, the eye can look down rows of dots and see linear patterns, even though the screen ruling is beyond the limit where the eye can resolve the individual dots. Four-color printing has been done with all the colors at 45° but the waste was very high (almost 50%) because the slightest paper stretch or misregister on the press caused severe color shifts in the printing.

Moiré may occur in any job where more than one halftone (or tint) is superimposed; 2-, 3-, and 4-color work are susceptible to moiré. Even black-and-white work could display a moiré pattern if a previously screened image or textile with patterns like lace or herringbone are the originals.

Because moiré is caused by the poor orientation of overlapping screen patterns, the angles between the screen patterns used as a means of orienting halftones, can also be used to minimize moiré. It has been found that minimum patterns are produced between colors when they are oriented by screen angles of 45°. The moiré patterns formed by screen angles of 30° between colors are not much different from those formed at 45°. These 30° angles, therefore, allow three colors to be printed with minimum moiré. Four-color printing, however, poses serious problems.

Different dot shapes are used in halftones for special effects. There are round, square, elliptical, double-dot, and

triple-dot screens or patterns. The most common are the round and square dots. When screens with these dot patterns are used, rotating them past 90° repeats the angular patterns: 105° is the same as 15°, 0° is the same as 90°, 45° is the same as 135°. Therefore, there are only three 30° angles that can be used to ensure minimum moiré. The darkest color, black (K), is usually printed at 45°, magenta (M) at 15°, and cyan at 75° or 105°. The problem is where to put the yellow. Usually it is printed at 0° or 90°, between the magenta and the cyan. Because it is a light color, the moiré between yellow, magenta, and cyan is not very noticeable. It is very important for quality color reproduction for the screen angles to be as accurate as possible. Errors in screen angles as small as 0.1°, or a slight misregister between colors in printing, can cause serious moiré in areas where three or four colors overprint.

When 30° differences between colors are not possible, the moiré patterns are smaller and less objectionable as the angular differences increase. With yellow at 15° from magenta and cyan, there is a strong possibility of objectionable moirés in orange, red, and green colors. In subjects where orange or brown colors (such as skin tones) are critical, the magenta is usually run at 45° and the black at 15°. In subjects where greens are predominant and reds are less important, the cyan is placed at 45° and the black at 75°. Moiré can also be reduced by using halftones with different screen rulings if the 30° angles cannot be achieved. Magazine printing has been done with 133 lpi halftones for black, magenta, and cyan, and either 120 lpi or 150 lpi screen ruling for yellow.

Traditional screen angles are:

| Color | Angle | Screen |
| --- | --- | --- |
| Cyan | 15.000 | 133.000 |
| Magenta | 75.000 | 133.000 |
| Yellow | 0.000 | 133.000 |
| Black | 45.000 | 133.000 |

When PostScript RT Screening was introduced, there was only one type of halftoning. It is the type of halftoning that has been used since the introduction of the Linotype

RIP in 1985. RT Screening is a patented Linotype-Hell technology that has been licensed to the industry. One of the characteristics of RT Screening is that 15° and 75° angles are impossible to achieve exactly. In addition, the screen rulings in a set of separations may vary from one color to the next. This is unimportant in black-and-white work, but for color work it means that even if you do get the angles as close as possible, moiré problems may still crop up.

The first 4-color electronic screening scanner was produced by PDI, a Time, Inc. subsidiary. It produced the correct screen angles and superior dot quality. It was many years before other manufacturers were able to duplicate the same quality and the correct screen angles by electronic means. The first Hell laser scanner could not achieve 15° and 75° screen angles. The scanner produced angles of 0°, 45°, 18.4°, and 71.6° and different screen rulings from 150 to 200 lpi were used. This was the basis for Hell's RT screening patents.

Although photographic color separation can achieve any desired screen angle, it is a very difficult task in electronic color image processing. The fact is that no digital output device in use can produce exact 15° and 75° angles—they can only be approximated. PostScript interpreters have approximations no better than the original Hell screen angles, so moiré was minimized by changing the screen rulings. This situation improved when PostScript Level 2 became available.

Adobe's "Accurate Screening" approach allows halftone screens to be defined to an angular accuracy of ±.001°, depending upon the exact screen angle and frequency requested, the resolution of the device, and memory for algorithms.

In rational screening, it is only possible to obtain angles based on a rational tangent (RT) value. The amount of computation required to generate each dot to its desired angle requires that screen dots be assembled as cells comprising multiple dots as a pattern element. These cells are repeated to create the overall image. If the angles, which must be laid according to the imaging resolution of the output device, don't align, they can produce a moiré.

The high-end color prepress market has employed irrational tangent screening in which each screen dot position is computed interactively to position the dot in correct alignment with surrounding dots. This is done by special hardware screening computation logic that is used to get angles closer to the conventional photographic angles.

Two other effects can influence the quality of printed color halftones. One is color shifts that can be caused by screen angles (already mentioned), and the other is ink trapping which depends on color sequence in printing. Both are related to the fact that process color inks are imperfect in their light absorption and reflection characteristics and thus make the appearance of the print dependent on how it was printed.

Typical screen angle rules for selected PostScript imagesetters (nominal 150 lpi screen ruling):

| Imagesetter | Screen angles | Screen rulings |
| --- | --- | --- |
| Optronics ColorSetter (Irrational) | 0.00° | 150.00 lpi |
| | 18.43° | 158.25 lpi |
| | 45.00° | 141.00 lpi |
| | Optional line/black | |
| | 71.57° | 212.00 lpi |
| | | 158.25 lpi |
| Linotype 330 or 300 Neptune RIP at 2540 dpi (Rational) | 0.00° | 141.11 lpi |
| | 18.43° | 133.87 lpi |
| | 45.00° | 149.67 lpi |
| | 71.57° | 133.87 lpi |
| Agfa SelectSet 5000 Altas RIP at 2400 dpi (Rational) | 0.00° | 150.00 lpi |
| | 18.43° | 126.50 lpi |
| | 45.00° | 169.71 lpi |
| | 71.57° | 126.50 lpi |
| Agfa SelectSet 5000 Star RIP at 2400 dpi (Irrational) | 0.00° | 150.00 lpi |
| | 14.93° | 154.60 lpi |
| | 45.00° | 154.28 lpi |
| | 75.07° | 154.60 lpi |

K02445510

Case 1:06-cv-00032-JJF    Document 178-22    Filed 08/06/2007    Page 20 of 51

## STOCHASTIC OR FM SCREENING

Halftone screening



Stochastic screening



*Definition of FM screening and "stochastic"*

With frequency modulation (FM) screening, all halftone microdots are the same very small size—as small as a single recorder element, the smallest dot that the imagesetter or printer can produce—but their average number per surface area, or frequency, varies according to the tone value to be reproduced.

Moreover, their spatial distribution is carefully distributed by algorithms (rules) that place dots in accordance with a statistical evaluation of the tone and detail in adjacent parts of the image, so that no clumping or unwanted grouping of microdots is apparent. In effect, the dot placement is based on a scheme of "calculated randomness."

"Stochastic" is from the Greek *stochastics*—skillful at aiming, from *stochazesthai*—to aim, to guess at; also,

- Random: involving random variables,
- Involving chance or probability.

"Stochastic" is used in mathematics to describe the process used to analyze and predict the motion of particles in a viscous liquid. It is now used in printing to describe the process of precisely placing dots so as to appear random—and to create the illusion of tone levels.

The term "stochastic" in printer's circles has come to mean predictable on average. It is loosely used to mean the same process as frequency modulation screening; however, stochastic could encompass more screening methods than only FM.

Frequency modulation screening makes two major improvements in the conventional lithographic process. It uses smaller printing dots to create higher image detail and allows greater ink densities to improve tonal range and contrast. Frequency modulation screening, also known as "stochastic screening," and generally called "FM screening," has been commercially available to lithographers since the spring of 1993, though the concept as implemented today has been known for many years. Since the first vendors announced their FM products in the spring of 1993, new vendors have added to their ranks.

Currently more than 20 vendors promote some sort of frequency-modulated screening, and perhaps a great many more than 20 are in the wings. Though the benefits of FM screening are claimed, implementation of the technology has been slow to spread. Few printers and separators have made the process a regular part of their production, despite general interest among buyers of print.

*Pros and cons of frequency modulation screening*

Pros:

- Images look smoother and display greater detail.
- Image file sizes are 25% of conventional file sizes.
- No possibility of screen moiré.
- Faster press makeready on unmodified presses.
- Ink/water balance more easily maintained.
- Heavier ink coverage produces more dynamic range.
- Drying times are reduced.
- More evenly distributed ink in thinner layers.
- Registration not a factor in color balance.
- Touch plates, bump plates, and screened spot colors can overprint process colors without moiré.
- Rapid transition from slightly less than a midtone value to slightly more than a midtone value is eliminated.

**Cons:**

- Grainy appearance, especially in the highlights and quartertones.
- Reduced tolerances throughout the production process require careful process controls and monitoring far beyond those required for AM screening.
- FM images are currently difficult to proof, difficult to duplicate and difficult to contact. Conventional film assembly is strongly discouraged.
- FM screening is less tolerant of deviation and most changes in film and chemical processing are not noticeable in the final result. Users will have to adopt a new level of precision throughout their production processes. RIP processing is much more intensive, though the effects may be mitigated by RIP accelerators and smaller image files.
- Because increases in the ink film layer do not affect the size of FM dots as dramatically as AM dots, poorly separated images cannot easily be improved on press through ink key adjustments.
- The smallest microdot size is too small for many printers to handle.

Very simply, amplitude modulation (AM) traditional screening varies the size of the dots with equal distance between them. Frequency modulation varies the center-to-center spacing but uses the same size dot according to the lightness or darkness of input pixels.





FM screening has same-size dots with variable spacing









AM screening has variable-size dots with equal spacing

By less overprinting of inks and by spreading ink out over more of the page (leaving smaller gaps between dots), each printed dot is less contaminated by overprinted inks, and less unprinted substrate shows through to desaturate the purity of each ink. The result is a cleaner, more dynamic image. The advantages are:

- less overprinting
- better overprinting
- better distribution of nonink areas
- better diffusion in highlight areas
- more even spreading of different areas
- more even spreading of different color values
- fewer overprinted colors
- less paper to absorb light

The result is better color reproduction with FM printing.

More ink may be laid down to further increase the printing gamut. Up to 15% more ink can be held on the sheet. Higher ink densities result in minimal dot gain compared to AM screens, which result in more ink laid down within the same dot area of an FM screen.

In transition areas of an image from white to neutral gray, FM screens exhibit less rainbowing or banding than conventional screens.

Larger conventional halftone dots leave a proportionally larger area of white space between dots. This increased area of white space will skew the perceived color and desaturate inks. Higher line screens leave less white space between dots and thus reproduce more accurate color.

Compensation for proportionality failure is built into the conventional process and is not generally considered when performing conventional screening. With FM screening, the ratio of white area to inked area changes and can alter transfer curve calculations if not considered. Any given screened area will give a different appearance according to the distance between the dots. This phenomenon is also known as "flair effect."

*Eliminating screen angles*

Eliminating the rosette pattern relieves the printer from the possibility of moiré patterns on press and somewhat relaxes the need for critical registration. It is impossible to develop moiré from misaligned or miscalculated FM screens. Theoretically, subject moiré is still a possibility.

K02445512

Poor registration will not cause color shifts or rainbows in the neutrals, as happens in AM screens due to the moiré effects of an out-of-register rosette pattern. FM screens printed out-of-register will still look out of register, just as in AM screening, but color will not be affected.

### Gray levels in FM screening

Traditional calculations to determine the number of gray levels no longer hold with FM screens. In AM screening, the combination of imagesetter addressability and line screen determines the number of laser spots per halftone cell; the number of spots per cell determines the number of grays. FM screens have no halftone cell to limit the number of grays. With FM screening, no matter how high or low the imagesetter addressability, the basic printing dot is a uniform size which will not change until it begins to merge with neighboring dots. The question of gray levels becomes less relevant. The vital question shifts to "How much detail is being reproduced?" The answer is affected by the imagesetter resolution and the scanning resolution.

### Input sampling

Comparing the same image file printed using AM and FM screens, the FM image will reliably present better detail. Thus, to achieve the same level of detail, lower sampling can be used with FM screens.

The AM halftone process prints large dots with large spaces between dots. The process of converting a near-continuous tone scanned image to AM screens requires that detail be thrown out and averaged into the halftone dots. Several scan pixels are used to create each single halftone dot. The usual ratio of scan pixels to halftone dots is 4:1.

In FM screening, much more detail transfers to the screen. The ratio of scan pixels to printing dots is much lower than in conventional screening. Vendors have claimed that ratios as low as 1:1 produce acceptable image quality. However, most users report that they use the same scan resolution as for conventional images.

Because FM screening allows the reproduction of much greater detail, for very high-quality jobs, scan resolu-

tions even higher than the usual AM scan resolutions can be used to further enhance detail.

### FM and HiFi color

FM screening is ideal for printing with an extended color gamut. Several color spaces have been defined for printing and use more than four process colors. Additional colors are typically orange, green, red, and violet. Usually, two or three of these are used in combination with traditional CMYK. The additional colors create more dynamic images with better range and contrast.

Conventional screens are limited in their use of these extended gamuts in process images, because any fifth or additional overprinted screen will cause moiré with the other colors. Inks angled any closer than 30° will create an objectionable moiré pattern. This limits the number of colors that can be screened in any single area to effectively four. (Only three angles are available at 30° intervals before they begin to repeat themselves. An exception to the rule is the yellow printer. The yellow printer, which is separated by only 15° from the nearest screens. The moiré thus created is not highly visible because yellow is so light.) Any screens have no angles and no possibility to moiré. Any number of colors can be overprinted using FM screens without fear of degradation due to moiré. FM screening also eliminates angled screens. No moiré pattern is possible by any orientation of FM screens. Any number of colors can therefore be overprinted without danger of moiré.

### FM and waterless printing

Waterless printing has 5–10% less dot gain than conventional lithography, thus allowing much finer line screens and higher ink densities. Some printers regularly print 600 lpi conventional halftone screens with excellent results. However, waterless presses are very expensive and demanding on their operators. Tolerances are quite small; ink/water balance is hard to maintain. Special, expensive, plates and inks are required.

FM screens are able to produce an equivalent level of detail and brilliance of color using conventional presses, conventional plates, and inks.

K02445513

FM screening on a waterless press may produce phenomenal results. The excess dot gain inherent with FM screens is offset by the minimal dot gain on waterless presses. Both systems alone produce clear vibrant color and high detail; together, the effects are multiplied.

FM screens achieve the goal of fine image detail without waterless presses and with much less trouble in ink/water balance or press maintenance. It could be considered an alternative to waterless lithography, but actually works in conjunction with waterless printing to produce superb printing quality. In 1995, there was concern over a patent that claimed to cover both areas.

### Describing dot area

Terms such as "quartertone," "midtone," and "shadow" all still apply in describing the tones of FM images. In the same respect, percentage evaluations also accurately describe the tones of FM images.

### Line screen equivalents in FM

There is no obvious relation between the line screen of conventional dots and the imagesetter resolution of FM dots. When people say that FM dots at 21 microns equal a 150 line screen, they are repeating a subjective evaluation that has gained wide acceptance.

### Dot etching FM films

The small size of the dot, the difficulty in accurately contacting dot for dot, and the fragility of the imagesetter soft dot make both dry and wet etching difficult to control.

### FM screens versus AM screens

FM screening places small dots in a pattern of calculated and changing randomness. FM screening varies the frequency of printing dots across the page. AM varies the size of dot and maintains the same distance.

The only difference in amplitude modulation screening is that the dots in the bit map are arranged as isolated small dots rather than as a coherent area. If an image were screened according to that simple procedure, the irregu-

larly arranged dots would produce an objectionable pattern. To avoid this disadvantage, the dot arrangement should be varied even for the same gray value.

### Error diffusion and thresholding

Error diffusion is part of the process of calculating the randomization of FM spots. When any particular pixel is imaged, it can only be black or white, though the pixel it images is rarely either. Error diffusion is the process of adding the difference between the black-and-white value of a printing dot and the gray values of the image pixel it represents to the next-imaged pixel so that the error of one dot is compensated for when imaging the next. The "error" in error diffusion is the difference between the black-and-white value of a printing dot and the gray value of the image pixel.

For example, the image pixel currently being imaged has a gray value of 113. The threshold is 127. The printing dot will print (on); its value is 0. The error is 113 (113−0). The next imaged pixel has a gray value of 120. The gray value is added to the previous error for a current value of 233, the printing dot will not print (off); its value is 255. The error is 22 (255−233).

Thresholding is the process used to determine whether a printing dot will be on or off, printing or non-printing. Though an image may display a smooth area of midtone, the printing dots representing that tone must be alternately on and off in order to accurately represent that gray. The gray value of the currently image pixel is compared against some threshold value. Whether the gray is higher or lower than the threshold will determine whether the dot is a printing dot. The threshold may be a single value for every imaged pixel, or it may consist of an array of values.

Because image files sizes for FM screens are sometimes undersampled compared to conventional screens, it may not be possible to use an image scanned for FM screening in a conventional separation. Images scanned for conventional separations can easily be sampled down for use in FM screening, or can be used at their full resolution in FM

screening, though little advantage will be gained by the excess resolution, and processing time will increase.

Before ripping, a transfer curve is applied to the image to compensate for the excess dot gain inherent in FM screens. Workflow proceeds as with conventional screens. No special setups or dot gain adjustments are used.

The decision to screen stochastically or conventionally does not have to be made until the image is ready to be sent to the RIP, with the caveat that the amount of unsharp masking (USM) desired may change for maximum image quality based on the type of screen selected.

### "Grain" in quartertones

The "grain," or sandpaper look, especially visible in the quartertones of FM screens is the product of the randomization of FM dots. The human eye is capable of filtering, or ignoring, certain types of noise. The noise of an AM screen is easily filtered so that it is unnoticed under normal viewing circumstances. AM screens are filterable because they are regularized. FM screens, however, are random and random noise is not filterable.

Dots joining in the quartertones grow to sizes that begin to be noticeable, producing the grainy look, yet not so large that they merge into each other. This more frequently occurs with spot sizes larger than 20 microns and in very smooth image areas.

The effect can be muted by using a smaller microdot and a softer stock. Some vendors are now trying AM screens within FM screened images to reduce this problem. The AM screens are used where an FM screen would exhibit grain or other unwanted artifacts.

Part of the problem seems to be with the algorithms that determine the way microdots link up. More precisely calculated transfer curves may smooth this transition by stretching out the contrast in the critical areas around the quartertone-to-midtone transition. Because this entire area is based on software, suppliers are constantly tinkering with various algorithms to find the optimum approach for a majority of situations.

A combination of AM and FM screens within an image may provide the best solution to reduction of grain in the future. FM images AM dots are best used in smooth tonal areas to maintain a smooth appearance in the screens. FM dots are best used in areas of tonal transition to reproduce as much detail as possible.

### Dot gain

Dot gain occurs around the perimeter of dots. When a large dot is broken into smaller dots, the ratio of circumference to area increases. More perimeter will create more dot gain. For any given dot density, there will be more perimeter in a FM screen than in a conventional screen. The extra dot gain is an inherent feature of smaller dots.



The midtone dot has greater perimeter than the quartertone and therefore grows more. A gain of 1 micron in a 40% dot at 200 line screen gives an increase of 1% in the dot size.

### Transfer curves

A transfer curve is a mathematical conversion factor that adjusts the ratio of input values to output values. The transfer curve is applied before ripping the image—but after all color corrections have been made. When applying a transfer curve to adjust for dot gain on press, every dot percentage in the file is reduced by an amount specified by the curve. For example, the curve shows that for an input value of 50%, the output value should be 32%. When the file is ripped, those areas that should print as a 50% dot will be reproduced on film as a 32% dot. On press, dot gain of 18% will increase the 32% dot to the desired 50% dot.

K02445515

## 232  PREPRESS CONCEPTS

In the creation of a transfer curve, a test target consisting of at least 10 steps is ripped and printed. The resulting densities are measured on the printed substrate and noted for each test target step. Where the image should be 50% but measures 73%, a dot gain of 23% is present and the transfer curve at 50% will be suppressed by 23%. This procedure is performed at every step of the scale.

Proper transfer curves are absolutely vital to successful implementation of FM screens. They must be calculated for specific production processes. To use a transfer curve "out of the box" from a vendor could lead to difficulty.

### Scanning issues

The standard scan resolution for conventional screens is two-to-one, meaning a scanner sampling rate of two pixels for every halftone dot linearly and vertically. (Two across and two down make a grid of four scan pixels forming one halftone dot.) If the line screen is 150 lpi, a scanner resolution of 300 ppi gives a two-to-one sampling. One-to-one in AM screening gives a jagged image.

The term "one-to-one," when used to describe scan resolution of an FM screen, refers to the detail of a particular conventional line screen that equals the detail of a particular FM imagesetter resolution. The scan resolution in a one-to-one ratio is the ratio of scanner resolution to the halftone screen that a particular FM screen is said to equal. Thus, if imagesetter resolution of 2,400 dpi equals a 150 line screen, a one-to-one scan resolution for a 2,400 dpi FM screen is 150 pixels per inch.

Because there is no regularly repeating screen in FM images, only imagesetter resolution can be used to describe the resolution of the screened image.

### Subject moiré

FM screening does not necessarily eliminate all cases of subject moiré. Theoretically, there remains a potential for moiré to occur between patterns in the subject and the pattern of square scanner grid. Some users of FM technology report jagged diagonal lines similar to jagged diagonals in conventional screening. Higher imagesetter resolution

## ADVANCED DIGITAL PREPRESS TECHNOLOGY  233

should smooth any jagged line not perpendicular to the imagesetter grid.

### Dot gain compensation

In AM screening, dot gain is usually compensated for in the scanning process. Currently, many users of FM technology are scanning for conventional dot gain and using transfer curves to compensate for the additional dot gain above that inherent in the conventional process. This procedure gives them the flexibility to print with AM or FM screens. It also relieves scanner operators of trying to learn new dot gain curves.

### Unsharp masking

The fine detail retained in FM screening makes the need for unsharp masking less acute. In some cases, unsharp masking in an FM image can create additional problems by accentuating noise in the image which would have been lost in a conventional image. The result of overaccentuated detail will be objectionable harshness. In general, less or the same amount of unsharp masking is recommended.

"Unsharp masking (USM), undercolor removal (UCR), and gray component replacement (GCR) are not influenced by FM screening and may all be used in the same manner."

However, adjustments may improve the image even further. In some cases, additional USM may improve an image beyond the best capable with a conventional image by taking advantage of the full range of detail available with FM screens.

### Image detail

AM halftone screening is generally unnoticed in casual viewing of printed matter, but its graininess can be detected by the unaided eye. Making printing dots finer renders the image with more detail. This is the effect achieved by printers using high line screens on waterless presses, FM screening will not smooth undersampled blends or sharpen poor scans.

The detail in FM screens is not limited by the constraints AM screens imposed. Additional detail can be reproduced if it is captured in scanning. It is possible that FM screens will benefit from USM even more than AM screens due to higher levels of reproducible detail. "FM screening benefits from high resolution scans because of the greater amount of detail that it can deliver. It is no longer necessary to limit scan resolution based on screen ruling." The amount of unsharp masking applied and the scan resolution required depend upon the image quality desired and individual image characteristics. If scan parameters are properly adjusted, the potential exists to increase the level of image detail beyond any possible in AM screens. The detail gained with FM technology reveals itself best in the reproduction of line work and type within a scanned image.

### Smaller file sizes

Image files sizes for FM screens may be smaller than images to be separated conventionally for an equal quality of detail. Because the FM process achieves greater detail with the same size file, a smaller file achieves the same detail as a larger conventional file. FM screen vendors have claimed that a "1:1 ratio is an adequate scanning resolution." In other words, to achieve an FM screen with the level of detail in a 150 line screen scanned with the conventional 2:1 scanning resolution, FM screens only require a scan resolution equal to the line screen of the detail intended to match. However, users do not report satisfactory results with such low ratios. Unless the image is very soft in detail, many users still scan for FM screens at a 2:1 ratio, or even higher, for very finely detailed images.

### Scanner resolution

The Nyquist theorem states that increased scan resolutions will not improve any AM screened image beyond twice the line screen. FM screens carry more detail than conventional screens using the same scan resolution. FM screens are thus not limited by the constraints of this theorem. Some FM users report that scan resolutions higher than those for conventional screening increase further the

greater range of detail exhibited in FM screens. Few users would scan at a resolution higher than 3.5:1.

It is possible that lower scanner resolutions could be used with stochastically screened images compared with conventionally screened images. The recommended scanner resolution for AM screens, based on the Nyquist theorem, is two times screen frequency. However, many separators produce quality AM screens with ratios as low as 1.5 times the screen frequency.

FM screened images may require even less resolution to achieve the same perceived results. An easy rule is to use half the resolution used to scan conventional separations of the same detail. This results in file size 25% the size of conventional files, because of the difference in scanning resolution.

Some users of stochastic technology report that they notice degradation in image detail even when slightly reducing scanning resolution from levels used conventionally. With FM screens, there is no screen ruling, so the determination of the scanning resolution becomes solely based on the output quality. Though some observers have claimed that lower scan resolutions may be used with FM screens, it is unlikely that users who are looking to show off high levels of detail will choose to scan at lower resolutions. Images with an abundance of fine detail in them require a greater amount of scanner resolution to maintain image quality.

The benefits of higher resolutions in part depend on the image. An original with high detail may benefit from high scan resolution while soft images will gain nothing. Other users have reported that images scanned at 225 pixels per inch look better than images scanned at 300 pixels per inch when both are printed with a 21-micron screen.

Other users, however, report no noticeable image degradation until dropping below 140 dpi depending on the image sharpness.

Dots are created from imagesetter laser spots, usually grouped into a 2x2 or 3x3 grid. A 3,600 dpi laser spot creates a 7.5-micron spot. To create a 14-micron dot, two spots across and two spots down may be grouped together.

K02445517

Individual printing dots are tiny spots of the specified laser dpi (resolution). They join to form "worms" in the quartertones and fill in as the tone increases. The worms resemble conventional mezzotints.

### Dot growth

As the tonal value increases, more and more dots are printed. Each dot is kept separate from its neighbors until they are forced to connect. Clumping is avoided at densities lower than the middle tones by algorithms which keep all of the printing dots separate. A truly random pattern would create random and objectionable clumping. At higher density levels, the dots join together a few at a time. Tonal transitions smoother than AM screens are created because there is no corner dot link-up at any particular tone.

### Dot size

A micron is one thousandth of a millimeter, and designated "$\mu$m." An imagesetter spot at 3,600 dpi is 7 $\mu$m. At 2,400 dpi, the spot is 10.5 $\mu$m. A 2x2 grid is used to create the basic printing spots of 14 and 21 $\mu$m, respectively.

A 14-micron spot is about the size of a 1% dot at a 200 lines per inch screen. A 21-micron spot is about the size of a 1% dot at a 133 lines per inch screen. Processing conditions will affect the size of the actual dots on film. Spot sizes up to 70 microns are used by some vendors.

### Output time

Though FM screening calculations are more intense than AM calculations, the potential for smaller file sizes may offset increased processing time. Imagesetter resolution could be lower than conventional screens, resulting in faster print times. The concept is that you can get the "equivalent" of higher res images at lower res output. This seems to result in about an even trade-off in time, though results will vary based on specific production practices.

*FM, conventional screens, and type on the same page*

Many vendors promote the ability to rip both types of images on the same page. This ability to rip conventional

---

and FM screens on the same page rest, with the implementation by RIP vendors. PostScript Level II allows for multiple screening algorithms on the same page.

Electronically imaged type begins to look very good at resolutions around 1,000 dpi. If pages are imaged using an imagesetter resolution lower than this threshold, the type will look more or less jagged, whether the images are screened conventionally or stochastically.

### Scanning resolution and imagesetter addressability

In conventional screening, the general rule of thumb is that the imagesetter resolution should be 10-16 times the line screen to reproduce the full range of 256 shades of color a printing press can print. Stochastically, 8 bits of image data will always yield 256 gray levels, regardless of imagesetter resolution.

### Film characteristics

High-contrast films are critical to suppressing the dot gain that is possible from the partially exposed area around the small FM dots. All films exhibit some area of partially exposed transition area around the well-exposed dot, which can lead to a gain in dot size. Slight gains in dots as small as FM dots will have a dramatic effect. High contrast films help to minimize the partially exposed areas and reduce the potential for gain from this step in the process.

Due to the fine tolerances inherent in the FM production process, films with the widest possible exposure latitude will enable the best dot reproduction.

### Changes to current proofing techniques

Conventional proofing techniques, using analog materials, are designed to accurately reflect the changes in dot structure and size of AM screens on press. Because FM microdots behave differently, current proofing techniques are not able to reflect the behavior of FM dots on press.

K02445518

*Conventional versus electronic proofs*

Accurate FM proofs are hard to obtain. Current proofing techniques are calibrated to accurately predict the behavior of AM dots on press. AM dot behavior radically differs from FM dot behavior. Conventional proofing systems cannot be adjusted to reflect FM dot behavior.

Some analog systems more accurately predict FM dot behavior than others. The granular toners used in some analog systems are too large to hold the fine printing dots used in FM screening and may be unacceptable as a contract proof. The future of FM proofing lies with electronic proofing, which may produce excellent results because screenless electronic proofs mimic FM screens in the way dots are laid on the substrate.

On-press dot gain behavior is more easily emulated with an electronic proof, because transfer curves developed from densitometer readings are easily entered and adjusted.

*Conventional process controls*

The minute size of the fundamental printing dot exaggerates every defect in current proofing techniques. Tolerances are generally tightened. Where dust and dirt caused slight problems in the AM screening process, they can create big problems in the FM screening process. The proofing area must be kept clean to avoid reproducing minute particles. When the entire system relies on small-sized dots, small dirt particles will make noticeable defects. Printing microdots in FM screens are as small and smaller than dirt in AM screening that has traditionally been eliminated by overexposing the plates.

Consistent and even vacuum pressure are required for plate-to-plate and across-the-plate consistency. Slight variations in vacuum pressure will allow hot spots to develop, which will be much more noticeable than would the same hot spots created in an AM screen.

*Dot representation in electronic proofs*

The only need for proofs with exactly reproduced FM microdots is to reveal the existence of subject moiré within

an image. The final product of a printed image is judged by observers at reading distance. If the proof represents the appearance of a final sheet, no dots should be required.

*Plate resolution*

In order to print high-resolution dots, in the range of 14 to 25 microns, the plate must resolve 4-to 6-micron images. The plates must be exposed to hold a 6-to 8-micron test target in order to hold the smallest dots.

A microline target should be used to determine plate resolution. Plate resolution is determined by finding the specific target whose negative and positive halves look the same. If the lines appear to be the same thickness in the 8-micron target, the plate resolution is 8 microns.

The plate must hold single FM dots in the highlight and shadow. If single dots are lost, potentially all detail in the 0%–20% and 80–100% areas will be lost. (Tone in these areas is entirely reproduced by single microdots spread at appropriate distances.) This may require that the plate be underexposed, according to conventional standards, in order to hold dots at both ends of the spectrum. Reduced exposures may result in shorter plate life and an increase in reproduced dirt.

A post-exposure has been used to harden the dots for longer plate life. Attention to cleanliness is required to prevent the reproduction of dirt on the plate. Good-quality vacuum frames are required to reduce variability in the contacting process. A poor frame will create hot spots and inconsistency in exposure across the plate and from plate to plate. Matte film helps improve draw-down, but may sacrifice resolution.

*Press requirements*

Two typical sizes for the FM dot in high-quality work are 14 and 21 microns. A press must to be able to hold these dots in order to accurately reproduce the range of tones. A 14-micron dot is approximately the size of a 1% dot at a 200 lines per inch screen. If the press can hold a 1% dot with 250 lines per inch screen, then it will print stochastically at the highest resolution.

K02445519

Because fine microdots in both the highlight and shadow must be held, plate exposure is usually decreased from that used in conventional screens. If the plates are not fully exposed at lower exposure settings, the microdots will not last as long on press. A post-exposure may be needed.

*Press registration*

With the elimination of rosettes and moiré, out-of-register FM plates will not rainbow in neutrals or exhibit color shifts. However, an out-of-register image will still look out of register, and trapping is still required to hide slight substrate travel that might result, especially on older or uncalibrated presses.

*Makeready*

Makeready is generally 25% to 50% as long as conventional makeready due to unexplained behavior of the microdots in the ink/water balance interaction. Among shops successfully implementing FM screens, ink/water balance is universally reported to be easier to achieve and maintain.

*Dot gain on press*

The secret to good FM screens is a good dot gain compensation curve. No press adjustments should be necessary if the compensation is correctly performed in pre-press. Any press manipulations to compensate for out-of-balance screens will only lead to further out-of-balance color, muddy highlights, discolored neutrals, and plugged shadows. Adjusting color on press is not feasible because dot gain is not easily changed by adjusting ink film densities. (This allows one of the major benefits of FM screens: increased ink densities, and therefore greater tonal range, without the dot gain associated with AM screens.)

*Dot gain versus conventional screens*

Dot gain is generally found to be around 25% to 35% with FM screening in situations where conventional screens give around 18% (SWOP standard). However, an appropriately adjusted transfer curve will compensate so that the printed page shows no sign of the excess dot gain.

*Ink consumption*

Ink consumption can be less with FM screens compared to AM screens. However, one of FM's strongest benefits is the ability to lay more ink without a sharp increase in dot gain. Ink consumption will increase whenever higher densities are run. It is not necessary to run more ink to improve the quality of the printed image using FM screens. The decrease of proportionality failure over conventional screening improves the image without any more ink. Some printers report that they can use less ink. The option remains with FM screening to run densities higher than were possible with conventional screening.

*Ink density*

Whereas AM screens may print with densities in the C, M, Y, X as: 1.30, 1.35, 1.00, and 1.80, respectively, FM screens may print with densities closer to 1.60, 1.65, 1.25, and 2.20 respectively, while retaining image sharpness and contrast. The smaller size of the FM screen limits the height of the ink on the sheet. It is therefore less likely to spread or gain (once initial compensation curves have been applied) when ink densities are run higher.

Conversely, a larger dot on the plate transfers a thicker layer of ink on the blanket, which gains heavily when transferred to the sheet. This phenomenon is compensated for in conventional dot gain curves and in the standards, such as SWOP, for ink densities.

*Computer-to-plate*

Plate imaging processes will be the same as with conventional screens. The only caveat with computer-to-plate imaging of FM screens is that the plate must meet the strict resolution requirements of any plate used in FM screening. The resolving power of the plate must hold a 4-to-8-micro-line test target. Problems with run length may be accentuated with the extreme size of FM microdots.

However, computer-to-plate technology offers the greatest opportunity for FM screening applications. By eliminating the film and its resultant dot gain, we eliminate a major problem area.

K02445520

242    PREPRESS CONCEPTS

## TRAPPING

Trapping is part of the process of making multiple colors of ink print properly regardless of the press, substrate, or environmental factors. It is the intentional overlapping of colors in a printed piece that prevents unintentional errors in printing from showing. It is compensation—in advance of production—for the human and mechanical errors that result in misregistration of images on a printing press.



In the preceding example, black is a color of ink printed on a sheet of paper. The gray circles are to print over the color. If the color of the circle printed on top of the background, the circle color would not look like it should. Printers knock out the the background color and print the overlay color in the space that results. The circle on the left demonstrates what could happen if an object is not trapped—the underlying paper (usually white) will show. The circle on the right demonstrates how the image should appear if trapped properly.

---

ADVANCED DIGITAL PREPRESS TECHNOLOGY    243

*Trapping what's in a name?*

Printers use the word "trapping" for a few different meanings. Trapping is the intentional overlapping of colors along common boundaries to prevent unprinted paper from showing in the event of misregistration in printing.

• "Wet trapping" is a term used to describe how overprinting inks adhere to each other when printed wet ink on top of wet ink. When wet ink is printed on wet ink, it is the ability of each consecutive ink to adhere to the previous ink(s) and produce the proper color.

• "Dry trapping" is a term used to describe how overprinted inks adhere to each other when one coat of ink is overprinted on an already dry ink.

Wet and dry trapping are totally different topics, and are not related to the topic of trapping as discussed here. "Trapping" or "design trapping" has come to mean the intentional overlapping of colors to compensate for register errors on press. Without correct trapping, we cannot produce excellent printing.

A yellow circle over a blue box could not be accomplished by simply overprinting cyan and magenta to produce blue, and then printing yellow on top of the blue to produce a yellow circle. The overprinting of yellow in combination with the other two inks would yield a gray circle.



To accomplish quality color printing, accurate positioning of two or more colors of ink is required. This is referred to as register. There are various types of register that deal with exactly how accurate a job must be:

• Hairline register.
• Loose register.
• Lap register.

## 244   PREPRESS CONCEPTS

| OBJECT | OVERPRINT | KNOCKOUT | SPREAD/CHOKE |
|---|---|---|---|
| Text on Solid | Yes | Yes | Yes |
| Text on Blend | Yes | Yes | Spread |
| Text on Graphic | Yes | Yes | Spread |
| Picture Background | Yes | Yes | Yes |
| EPS[1] | N/A | N/A | N/A |
| Line Art PICT | Yes | Yes | N/A |
| Bitmap PICT | N/A | Always | N/A |
| 1-Bit TIFF | Yes | Yes | N/A |
| Grayscale TIFF | Yes[2] | Yes | N/A |
| Color TIFF | N/A | Always | N/A |
| Frames | Yes | Yes | Algorithmic[3] |
| Darker Foreground | Yes[4] | Yes | Default Choke |
| Darker Background | Yes | Yes | Default Spread |
| 100% Black Object | Default | Yes | Yes |

| COLOR | OBJECT | BKGRND | AUTO | TRAP |
|---|---|---|---|---|
| Cyan | 70% | 30% | 1 pt | +0.5 pt |
| Magenta | 30% | 50% | 1 pt | −0.5 pt |
| Yellow | 70% | 80% | 1 pt | −0.5 pt |
| Black | 20% | 15% | 1 pt | +0.5 pt |

1 EPS must be trapped in the application in which it was created.
2 Only if specified in the Trap Information palette.
3 Algorithmic Frames are the ones you can't open in Frame Editor.
4 Of a spot color and not black.

Note that the trap value is either +1/2 the auto amount or −1/2 the auto amount, depending upon whether the object is darker or the background is darker.

Source: Robin McAllister.

## ADVANCED DIGITAL PREPRESS TECHNOLOGY   245

In hairline register, colors touch with no trapping, with no unprinted paper showing. Hairline register is the most difficult type of registration to maintain and may be impossible to achieve on older presses.

Loose register is done in such a manner that the colors are spaced apart and registration becomes less of an issue. Lap register refers to trapping that is built in to maintain register.

*Issues affecting registration.*

Printing quality color requires more than using lap register or trapping. The imagesetter used to produce the color separations must be accurate and repeatable. As a general rule, capstan imagesetters do not produce the highest quality color separation simply because of the way they operate and handle film. Drum imagesetters produce consistent, accurate films that allow for critical fit.

*Misregistration—Why it happens*

In traditional prepress, factors contributing to misregistration are:

- Errors in film assembly
- Film or stripping material instability
- Errors in platemaking and film handling
- Poorly maintained printing presses
- Paper inaccuracy or instability
- Lack of proper environmental controls.

In a digital prepress system, two factors that contribute to misregistration are:

- Inaccurate imagesetter generating color separation
- No trapping applied to the job.

Trapping is rarely completely automatic; someone with an understanding of the process needs to make decisions and use the trapping software properly.

The need for trapping can be overcome by designing a job that does not require trapping, by either spacing out the colors or by only using colors that can be achieved by overprinting. Page layout programs do not automatically default to overprinting. The overprinting technique, although it eliminates the chance of misregistration, greatly limits the creative and aesthetic choices of the designer.

K02445522

## 246  PREPRESS CONCEPTS



In the above illustration, a "knock-out" of the circle is created in the cyan and magenta separations. The knock-out area is left as visible substrate which the yellow circle can then be printed into. Knockouts are the reason why trapping must be done. If any misregistration occurs, there is a chance some visible substrate could show through. Spreads are when two different colors meet, and one of the two colors spreads into the other. Above, the yellow circle is "spread" into the blue to avoid any trapping problems.

Chokes are a bit more difficult to explain. Instead of spreading the yellow circle, the knockout of the circle in the white could be choked or made smaller. This would also prevent trapping problems. Spreads and Chokes are used in conjunction with each other and are the basis for trapping.

Colors that contain common elements do not have to be trapped. Suppose two objects, one light blue and the other yellow have to be printed next to each other. If pure inks are used to produce these colors, then trapping is necessary. However, if a small amount of yellow is added to the light blue color, no trapping is required. Yellow is now a common element in both colors. There needs to be at least 20% commonality.

## ADVANCED DIGITAL PREPRESS TECHNOLOGY  247

### Spreads and chokes

Elements are either enlarged slightly or reduced slightly to allow proper printing to take place. Staying with our circle example, if the circle has a diameter equal to 10mm and the knockout for the circle has a diameter equal to 10mm, then we run the risk of having registration problems and allowing some of the paper base to show through somewhere around the circle



If the knockout diameter of the circle remains the same 10mm, but the yellow circle is slightly enlarged to 11mm, a spread is produced. The yellow circle will spread into the blue slightly, preventing any registration errors from showing. If the yellow circle diameter remains the same 10mm, but the knockout diameter of the circle is slightly decreased to 9mm, a choke is produced.

The background knockout is reduced, thereby allowing the yellow circle to fit easily into the opening with a little bit extra at the edges to cover up any registration problems. This is what trapping is all about. The lighter colors (subordinate colors) should be spread into the darker colors (dominant colors).

Here are some trap amounts by press and substrate:

## 248  PREPRESS CONCEPTS

| Printing method | Substrate | Trap |
| --- | --- | --- |
| Sheetfed offset | Gloss coated | .25 pt |
| Sheetfed offset | Uncoated | .25 pt |
| Web offset | Gloss coated | .30 pt |
| Web offset | Uncoated commercial | .40 pt |
| Web offset | Newsprint | .45 pt |
| Flexography | Coated | .45 pt |
| Flexography | Newsprint | .60 pt |
| Flexography | Kraft | .75 pt |
| Screen printing (wet on wet) | Fabric | 0 |
| Screen printing (dry) | Paper, fabric, other | .45 pt |
| Gravure | Gloss coated | .25pt |

There are many causes of press misregistration, including high-speed paper handling, the quality and thickness of the paper, ink characteristics, plate misalignment, dimensional changes of paper as ink is applied, and changes in humidity. Trapping does not eliminate press misregistration, it merely hides it. Spreads and chokes are also called shrinks, grips, or fatties and thinnies. When neighboring colors have an overlap of the proper amount, colors appear to be touching even upon misregistration. This overlapping procedure requires skill and experience, as trapping can affect the look of a printed piece. In general, one should spread the foreground color if it is lighter than the adjacent background color, and choke the foreground color with the color of the background if the background color is the lighter one. Because trapping can create a dark line around a page element, spreading lighter colors into darker ones will minimize any visual effect of trapping. Other methods to avoid misregistration are overprinting one color on top of another or selecting colors that share similar process color components. These colors are referred to as common or bridge colors.

The problem of trapping is illustrative of how two worlds are colliding. On one hand, there is the design world inhabited by designers with art backgrounds. They are now struggling with the trapping tools of their drawing and page layout programs. They have an array of tools available that allow them to set traps, but they may not

## ADVANCED DIGITAL PREPRESS TECHNOLOGY  249

fully understand what trapping is, when it needs to be done, and how it can be effectively applied.

Desktop trapping can be done manually and, to a certain extent, automatically. On the Macintosh, manual trapping most often takes place in Freehand, Illustrator, and QuarkXPress. The term trapping might be misleading when referring to the spreading and choking techniques used in Freehand and Illustrator. In these programs, you cannot simply select an object and choose "trapping" from a menu for assigning a certain choke or spread that takes the color of the background objects automatically into account.

One uses a drawing tool, the "stroke" value or keyline thickness, and assigns a printing specification to this tool ("overprinting"). For instance, overprinting a blue stroke around a blue object that touches a red object will compensate for any misregistration that might occur to the blue or the red plates.

A choke is more complicated to accomplish. A background color doesn't recognize the area where the foreground color is knocking out, so one has to simulate a choke. This is done by creating a copy of the foreground object, assigning it an overprinting stroke with the background color, and pasting it between the foreground and background objects. When an illustration is fairly complex and many objects have to be choked, one might be better off having a conventional stripper make separations from black-and-white output and handle the choking in the darkroom.

Manual desktop spreading or choking becomes even more complicated when an object is partly on top of a background object, and partly sticking out on a white background. Because spreads and chokes can only be applied to strokes around the entire objects, there is no direct way to let the program spread or choke the part of the stroke that touches the background color (no clipping paths are possible). A spread or choke through an overprinting stroke around the entire object will visibly change the shape of that object where the background is white. Ideally, an overprinting stroke should be applied only in

K02445524

the area where the colors touch and not where the foreground color has a white background.

In Freehand and Illustrator, one can work around this by cutting the object in two and assigning an overprinting stroke only on the part that touches the background color. This procedure can be quite cumbersome if one works with a complicated design. In Freehand, one can also make a clone, assign it an overprinting stroke, and paste it inside the background, whereas the original foreground object will still stick out on the white background.

A similar procedure is necessary when one foreground object is on top of one lighter and one darker background object, which requires one part of the foreground to be spread and one part to be choked. Objects should be cut and have different colors assigned to the parts where they touch different background colors, or one can use Freehand's "paste inside" command. An easier but less accurate method is offered with an "indeterminate" trapping value, which will create one uniform spread or choke value. However, this might lead to undesirable visible overprinting areas when a darker color spreads into an area of a lighter one.

One can override these values by typing in a positive ("spread") or negative ("choke") value. One can also choose to overprint or knock out the background. Desktop trapping tools allow the user to trap process separation plates individually when a page contains overlapping process colors. Users select absolute or proportional trapping values and have the option to select an overprinting limit, which will automatically let colors with a certain darkness overprint (such as black).

There is still the need to create traps in imported graphics, because most desktop programs do not trap EPS files. If an imported EPS file is not properly trapped, one has to go back to the original file in Illustrator or Freehand and manually assign overprinting strokes. Last-minute changes—for instance, when one decides to print features on a different stock that requires larger traps than anticipated—are difficult to accomplish because one also has to go back to the drawing programs that created the EPS

files. Any resizing of EPS graphics in the desktop program will change the stroke widths.

When touching colors have more than 10% of either cyan, magenta, yellow, or black in common, misregistration won't cause white paper to show through, but the misregistration will be caught by the common color, also called a "bridge" color.

High-end systems share a common workflow strategy. Mac files are imported through a number of different techniques and converted to the native systems file structure. In most cases this involves a raster image processor, or RIP, that rasterizes a PostScript file and creates a large bitmapped image or rows of pixels. This approach allows the high-end system to use its native software functions like pixel editing and trapping. Regardless of where or how the file was created, CEP system operators can work with the file in one program on their workstations, solving the problem of uneditable EPS files on Mac page layout packages.

Users can expect advanced trapping capabilities on high-end systems. In almost all cases, it is better to deliver untrapped Mac files for input, because files trapped on the Mac before input to the high-end system can cause problems. The decision to go to a high-end system should, therefore, be made prior to investing any labor in desktop trapping.

High-end systems have trapping solutions that are similar to desktop software solutions, but differ in some features. High-end systems allow for some level of automatic or semi-automatic trapping. Be aware that each vendor uses the terms automatic or semi-automatic trapping differently. Some systems require the high-end operator to tag color areas to trap or black areas to overprint; others will do this automatically.

As all systems may vary slightly, different jobs may lend themselves to different systems' capabilities, all with varying prices associated. In problem-solving terms, it doesn't really matter if a job is sent to a shop that uses Scitex's automatic trapping features or to a Crossfield shop that semi-automatically traps the file, as long as the quality, turnaround, and price are the same.

K02445525

252   PREPRESS CONCEPTS

High-end systems all handle partial trapping. By selecting only part of a line or object to trap, a partial trap will spread a color only where it is needed. Sometimes this is referred to as a clipped line or path. As we said earlier, this feature is missing in desktop solutions where entire objects are spread or choked, even if the object is partially on a color and partially on white.

On some high-end systems, the software will take the color information of a background photo into account when the photo is knocked out by a tint. It then automatically generates a trap color, based on the color information in the CT. The foreground tint will be trapped depending on the color information of the underlying areas of the photo.

The end result will be a spread color that gets lighter as it enters a highlight area of the photo and gets darker as it touches the shadow or richly colored areas. CEP systems are well-geared to trap into CTs, because they are capable of working with full high-resolution photos and bit-mapped data. A similar way of trapping is applied to foreground tints that knock out vignettes or color gradations, which in CEP systems are described as continuous tones, as opposed to linework-based vignettes on the Mac that consist of multiple polygons, each filled with slightly different colors.

High-end systems vary in how they arrive at the dominant trap color. Some systems require operator specification; others generate this automatically under software control. Some systems can analyze the darkness of the touching colors and create the new trap color. All of the systems choke back color on super blacks (100% blacks with at least 10% cyan, magenta, or yellow) to prevent a color from showing through on misregistration, and most systems also extend a CT under a tint or rule. Some systems also extend a tint halfway under an overprinted black line even if the black line varies in thickness.

# DRAWING AND PAINTING SOFTWARE



**CHAPTER 10**

D rawing programs can be categorized according to their functionality. As each supplier adds features, we are seeing a redefinition of the market—essentially creating a high end and a low end with very little in between. Typical programs can be categorized based on price and performance. Note that Paint programs and Presentation programs (which we cover separately), can be similarly categorized. Over time, the low end and the high end will probably merge. Perhaps the differentiation will come because the higher level, or professional programs, will require more computer horsepower, thus segmenting the market by the price of the combined program and workstation.

*Drawing/editing*

All products provide basic drawing tools, fine curve reshaping and object editing capabilities, color separation support, graduated fills, and alignment of text to a path.

Some add the top text-handling features to their extensive list of drawing tools and charting capabilities, which themselves have long lists of drawing tools and include sophisticated object blending and transformation features.

CAD-like layering and multiple pages are most useful for technical drawing. A separate trace utility offers the most control options, and it converts color bitmap images. Designer had the top trace score. It has a simpler Integrated approach than CorelDraw, is more accurate, and can produce color vector objects.

*Import/export*

Most programs offer many built-in filters. Some PC products rely heavily on add-on conversion modules.

K02445526

## 254   PREPRESS CONCEPTS

*Output quality*

These products produce excellent 4-color separations, but vary in how much control you have over the output. Some do not support Pantone colors. All are PostScript oriented.

*Documentation*

All programs offer high-quality manuals that provide tutorial instruction and technical references. Some also include videotaped instructions.

WHAT TO LOOK FOR IN A DRAW PROGRAM

*User interface:* Look for efficiency and ease of use. This includes the combination of keystrokes, menus, dialog boxes, and other interface methods. What is easy for one artist may be hard for another. This area is the most subjective.

*Drawing/editing mode:* Fill editing and drawing in WYSIWYG "Preview" mode. Some programs have one mode for drawing and another for viewing the version that will be output. Eventually, all will combine these two modes into one.

*Editing and moving:* Select, reshape, move, and transform (scale, rotate, and shear). Because art revision is somewhat standard, strong editing features are a must.

*Scrolling and zooming:* Scroll during drawing, editing and moving. Zoom in and out during all operations including in the middle of a drawing operation.

*Handle/node editing:* Multiple handles can be selected across multiple objects for transformation (move, scale, rotate, mirror, shear, and skew).

*Selecting objects:* Pick up objects by their interiors as well as outlines. Select all (with keyboard shortcut), reverse selection, select by color.

## DRAWING AND PAINTING SOFTWARE   255

*Page size:* A page could be a simple letter-sized sheet or a poster-sized sheet 99" x 99" or more.

*Layering and organization:* Number of layers (user defined names and colors), moved or hidden, lock, hide, group objects.

*Drawing tools:* Bezier, freehand, splines, rectangles, ellipses, circles, lines, regular polygons, polygons, gratings, circular arcs, elliptical arcs, and registration marks. These shapes and tools make up the heart of any program.

*Advanced Bezier tools:* Tangent and endpoint control with preview to next segment.

*Text handling:* On-screen editing, multiple fonts, styles, sizes within text, control tracking and character widths, on curve, import text, rotate text, convert text to graphics. Most pages contain type, and it is only recently that many programs improved their typographic capability.

*Font support:* Mix True Type, Adobe Type 1, and native fonts without conversion. Some of the Windows products come with a group of typefaces. Handling fonts via Windows is not as simple as handling them via the Macintosh. There are now almost 20,000 fonts in PostScript form.

*Paragraph block text:* Full control of tracking, line spacing, paragraph spacing, paragraph indents, tab ruler, linked text blocks with automatic reflow, user-defined block shapes, multiple-language automatic hyphenation.

*Connection lines:* Lines attached to objects for schematics, flowcharts.

*Alignment aids:* Rulers, grids, guidelines, snap to handles, snap to crosshair.

K02445527

*Replicating objects:* Multiple-copy rotate, scale, shear, mirror, grid replicate.

*Cut/join:* Cut multiple objects or selected objects only.

*Color palettes:* Palette and color scroll bar for easy selection as well as dialog box, color mixer, palette manager; list colors by name or as palette; Pantone, Trumatch, and Focoltone support. Color support features are essential.

*Fountain/graduated fills:* Process colors, tints per graduated fill. Linear, accelerating, and decelerating distribution of colors.

*Blends:* Specification of matching nodes and blend direction.

*Extrude:* On-screen specification of extrude parameters, solid and shaded (with light source) extrude.

*Envelope/distort:* Distortion envelope with envelope library.

*Pattern fill:* Tiled or overlapping patterns.

*Color control:* Of grayscale, of process colors, adjust contrast and brightness, adjust color balance, posterize, invert.

*Masks and holes:* Masks and holes are used for color work. They let you crop and change images as related to backgrounds.

*Graphing tools:* Stored formats for bar, line, and pie charts. Saves having to use a chart program and then bring images into the drawing program for finalization.

*Support:* On-line help, context-sensitive help feature, and good company backup are important.

*Multiple windows:* Multiple jobs open.

*Bitmap editing:* Pixel editing/color control, automatic bitmap tracing.

## PAINT

In a drawing program, a shape is a specific outline that is mathematically defined. It has thickness and texture, and it can be filled with a selected pattern, color, or colors, or rotated on an axis.

In a painting program, a shape is made up of individual pixels. You can change the color of each pixel on an individual basis, but if you want to move the image, you must define all the dots and group them. It is the difference between the object-oriented world (drawing) and the bitmapped world (painting).

Most painting programs are based on MacPaint, whose tools were based on tools used by artists—markers, paintbrushes, pencils of different weights, erasers, and paint cans and sprays, plus tools for drawing lines, producing geometric shapes, and selecting areas of an image for activity.

Paint programs involve color, and color is related to the number of bits available by the computer in use. Thirty-two bits can produce 4 trillion colors; the more popular 24 bits can produce 16,777,216 colors. The 16.8 million colors (some folks round to 16.7 and some to 16.8) of a 32-bit painting program are produced by only 24 bits of the 32-bit computer world that's the basis of Apple's 32-bit QuickDraw. The extra bits are reserved for developers.

A 24-bit paint program has access to all 16.8 million colors and can thus create a smooth blend between any two colors, usually at any angle. An 8-bit program has only 256 colors in its arsenal and cannot do as much. It must use dithering to simulate smooth color transitions. Dithering involves trying to find the in-between color or gradation to create transitions where they are not possible.

Painting programs are also different from color image-manipulation programs such as photo retouching applications. Although the principles are the same, the retouching programs are more concerned with changing photographic images than creating new images. In both cases, you manipulate pixels—the pattern of color dots or an electronic canvas represented by your screen—to create artwork that is a dot-by-dot bitmap. Paint, draw, and re-

K02445528

touching programs overlap more than they admit. But you still need all three.

Painting tools produce artwork and images comprised of pixels. Lines and shapes produced by these tools can only be edited by modifying individual pixels or groups of pixels. In some paint applications, the use of these tools is enhanced by a pen tablet with a pressure-sensitive stylus. Electronic paint tools usually imitate the effects of conventional tools, such as brushes or sprays.

WHAT TO LOOK FOR IN A PAINT PROGRAM

• Carbon pencil, chalk, charcoal tools
• Paintbrush (varying sizes) tool
• Blur/sharpen tool. Also called the waterdrop or blend tool, it softens or blurs an image where it is applied
• Waterdrop tool which often toggles to a sharpen tool
• Finger tool also called the smudge or smear tool, which smudges an image in the same way that running your finger through wet paint would, enabling users to paint by blending or smearing
• Airbrush tool, also called the spray can tool, which creates a feathered or blended effect at the edges of painted images.

*Tools for copying images*
Tools are available for duplicating or copying (cloning) parts of artwork.
*Clone or Rubber-stamp tool.* Used for copying part of an image and then placing the copied area, or stamping it, in another part of the image.
*Copy brush tool.* For copying parts of an image and painting with it.
*Duplicate or Copy tool.* For duplicating selected items or areas.

*Tools for adding text*
A text tool is used to input type into a document, usually in a special text area. Double-clicking on the tool icon will sometimes open a type specification dialog box.

*Tools for adding significant areas of color*
*Blend tool.* Defines the area to which a blend is applied and, in some cases, specify the blend characteristics.
*Paint bucket tool.* For filling defined areas with a color or tint.

*Tools for rotating images*
*Pitch, roll, yaw, and view rotate tools.* For rotating three-dimensional (3-D) objects.
*Rotation tool.* Items may be rotated freely, or it may be necessary to specify a value. A dialog box is sometimes called up for input.

*Tools for slanting (tilting) images*
*Skew tool.* Sometimes called the shear or slanting tool, this slants an image to the left or right as defined.

*Tools for flipping images*
*Mirror or reflection tool.* Sometimes called the mirror tool or flip horizontal tool, it makes a mirror-image transformation of items along a vertical axis, which may also be defined in a dialog box.
*Flip vertical tool.* Reflects an object electronically along a horizontal axis.

*Tools for resizing images*
*Scale tool.* Although the size of an item can usually be altered by entering values in a dialog box, applications provide a tool for size alteration of items visually by dragging the image edge points.
*Zoom.* A function that lets users define an area of the active canvas to be magnified in a separate screen window.

*Tools for setting light sources*
*Spot light tool.* Used to position localized directional light sources in a 3D environment.
*Point light tool.* Used to position localized, nondirectional light sources in a 3D environment.

**Tools for tracing an image**

*Tracing tool.* Sometimes called the autotrace tool, it is used to select an area of an image, the edges of which are to be traced automatically. This function works most effectively with images of a solid color, but the tool is getting better.

**Tools for cutting or erasing**

*Scissors tool.* Used to select and cut areas or lines.

*Knife tool.* Used to cut a line or an area into segments.

*Eraser tool.* Used to erase parts of an image or the entire image or page.

Also, cut and paste functions are available from the operating system.

**Tools for measurement**

*Angle measure tool.* Used for measuring the angle of any image.

*Measure tool.* Used for establishing the distance, in a predefined scaling system, between two indicated points.

**Tools for creating 3D shapes**

*Lathe shape tool.* Generates lathed 3D objects.

*Extrude shape tool.* Generates extruded 3D objects.

**Tools for cropping images**

*Cropping tool.* Used for removing unwanted areas from an image.

**Tools for linking items**

These link (or unlink) text boxes so text flows from one area to the other.

*Freelinking tool.* For linking (and unlinking) objects in 3D artwork.

**Tools for controlling image density**

*Brightness tool.*

*Contrast tool.*

*Opacity.* The density at which paint is applied. Paint that has 100 percent opacity completely covers what is un-

derneath it. Paint of a lesser opacity lets whatever is underneath it show through to some degree. Zero percent opacity paint is transparent. The reverse of opacity is translucency.

**Document or page tools**

*Note tool.* For attaching comments to an image or document.

*Page tool.* Usually used to adjust the page grid area.

*Page insertion tool.* For inserting new master pages or grids.

**Other paint tools**

*Cloning.* The process of painting with a copy of an image onto the same or a different image canvas.

*Filter.* A graphical conversion that improves, diminishes, or changes the visual quality of a digitized image.

*Gradient or Blend.* A smooth transition between two or more colors, also known as a ramp or degrade.

*Grayscale.* Simply, shades of gray.

*Lasso.* A tool that lets users define a shape by enclosing one or more objects or colored areas with a drawn loop. The lasso automatically determines which shapes within the lassoed area are different in color from the background and defines them as the current shape.

*Anti-aliasing.* A function that makes jagged edges appear smooth by softening the colors of pixels at the edges of painted areas to make them appear to blend into the edge or background color. Also referred to as smoothing.

*Masking.* The process of protecting portions of an image from painting.

*Palette.* A set of colors provided as a way to select commonly used colors for painting. Users can modify the palette by mixing, adding, or rearranging colors. They can be saved and recalled.

*Quad Ramp.* A two-way transition among four or more colors. Big blend.

*Undo.* A function that removes all effects of the most recent operation.

## HOW TO DESIGN SOMETHING THAT CANNOT BE PRINTED

As art becomes electronic, it must interface and calibrate to the final reproduction process. The concept of computer-ready art is one of the missing links in the chain leading to electronic prepress and electronic reproduction.

Digital designs reproduced on paper are limited by the printing technique, including variables such as ink and water, plates, resolution levels, and the images themselves. Designers are hampered by trapping, color consistency, font handling, and graphics use. The digital prepress process converts an image into the form needed for reproduction. If this process is not understood, it is possible to design something that cannot be printed.

You must know the printing process and press characteristics so that you can set up your output parameters.

### Pantone versus CMYK

A major problem area involves the use of color. Many Pantone colors cannot be simulated with CMYK because they are spot color premixed inks. But there are alternatives. Trumatch and Focoltone have pioneered "printable" color by using only CMYK mixtures. Pantone itself has CMYK versions. That means that every one of its colors will print in a 4-color process. Other ink makers now have process ink swatch systems as well.

Jobs could also be printed on 6-color or 8-color presses where spot color inks can be used on one of the units.

### Blends (vignettes, degradés)

Never blend between spot colors  Blend between CMYK colors. Also, do not try to blend between a CMYK color and a spot color.

Halftone screen lpi and output resolution dpi interact:
LPI should not exceed resolution (dpi) divided by 16
For example: 2,400 dpi ÷ 16 = 150 lpi
Bands result when there are too few steps or when the lpi is too high for the imagesetter resolution.

### Prepress system

Your prepress systems consists of three main parts:

Workstation. Your PC or Mac or whatever. Get lots of memory.

RIP. The raster image processor takes your page data and prepares it for the output device. This is the key device because what you do affects what it does. It must process your files to create the dots the output engine outputs. If you prepare your pages responsibly the RIP will rip faster and more efficiently.

Recording engine. The engine that produces film or plate or whatever.

### The 10 errors of prepublishing

Here are the 10 most common errors of prepress preparation:

1. TIFF and EPS files wrong or missing.
Don't forget to put the graphics files in the same folder with the page file and then put all of it on the disk going to the prepress service. Some page programs do not integrate the image—they only create a link to the image. Thus, you think the image is in the file and it is not.

2. Fonts not specified or missing.
The usual suspect. The rules say you cannot have a font in two places at the same time, so make sure the service bureau has the font. Make sure both the screen and printer font are present. Also, don't mix PostScript and Truetype fonts. Use Truetype if you are a masochist.

3. "Tiling" clicked on.
This causes some interesting output of multiple sheets of film. It is used so that large page sizes can be output to page printers, but then we forget to unclick the function and the imagesetter does the same with film.

4. No line screen specified.
This makes printing pictures almost impossible. Or, you left the laser printer setting of 65 line screen and you want 133 line screen on the imagesetter.

## 264   PREPRESS CONCEPTS

5. Pantone and CMYK mixed.
   This is a no-no, as we noted earlier.

6. Blank disks.
   Yes, blank disks. The service will then send you blank film and an invoice.

7. Use of Geneva and New York at high res.
   There are lousy fonts no matter what resolution you use and they have city names in some cases. Unfortunately, they are used by the Mac user interface and thus must be in the font folder. If it has the name of a city, move, must be in the font folder. If it has the name of a city, move,

8. Compression program unknown.
   This makes it impossible to decompress. Make sure the service bureau has the same program, or go out and buy a larger capacity disk.

9. Typesetting in drawing program—fonts.
   Don't forget to supply the fonts that are buried in your EPS graphic file. The system needs the font to output it. Otherwise you will get Courier.

10. Film emulsion not specified.
    Check with the printer of the job to get the right orientation specs.

### Color publishing

- Watch the number of steps in color blends.
  Follow the recommended formulas in the manual.

- Crop and rotate photos to size before importing.
  This results in less data to RIP.

- Leave trapping to someone else?
  Not a bad idea. Or get a professional trapping program or a professional trapper.

- Should *you* set your own screen angles?
  You better know what you are doing.

---

## DRAWING AND PAINTING SOFTWARE   265

- Turn color separation on in the print dialog box.

- Remove unneeded colors from the color palette.

### WYSIMOLWYG

*What You See Is More Or Less What You Get.*

- Just because you can see it on the screen does not mean it will print. *Nested files two levels deep are problems.* Here's what happens: you create an Illustration in a drawing program and use some type. You save the file as an EPS and import it to your page program. You forget about the font and also forget that EPS does not save font data. The font must be in the system folder of the printer.

- If the page does not print on the laser printer, it won't print on the imagesetter.

- Just because you can't see it on the screen does not mean it isn't there. *Don't cover a mess with a white rectangle.* It's a natural trick to place a white box over some area. Post-Script will still rip the unseen area.

### Fonts

Font problems are still with us. Watch Screen fonts and Printer fonts. You need both. If you see it on the screen, the screen font is there. If you see it on the printer, the printer font is there.

- The output service must have the same fonts used by the creator of the page. It is legitimate to send your font to a service bureau to output your pages. It must be returned. It cannot also be in your workstation. Beware the font police.

- Watch out if you make a bold font **bold**. You get wild and crazy spacing.

- Do not use "hairline" for anything.

266    POCKET GUIDE TO DIGITAL PREPRESS

- Importing a large graphic file and then cropping it in a picture box does not eliminate the unseen parts. *Clip art usually comes this way.* Even the unseen parts of the graphic must be processed.

### Scanning

For those of you who do your own scanning

- Most scans are at too high a resolution. Try a few experiments to get the specs that work best for you.

- Clean up and crop scans in a retouching program before placing them. This will cut RIP time substantially.

- White borders do count. They are still data and they must be processed by the RIP. Crop them out with an image manipulation program.

- Rotation in a layout program imposes a large burden on the RIP. Rotate in retouching program and import.

- Shrinking a high-res scan is better than enlarging it.

### Other

- Create your page size for the final trim with crop and registration marks. Do not forget to extend color areas and pictures if bleed is required.

It does not take much to design a real award-winner that *cannot* print on a printing press.

### Cropping and scaling



# SECTION 3

# THE BUSINESS SIDE OF DIGITAL PREPRESS

# CHAPTER 11

## BUDGETED HOURLY COSTS

The need for timely and correct cost information is vital. Developing budgeted hourly costs provides such information and serves three purposes:

1. Recovering all costs. The example includes typical costs. These, of course, will vary because of different equipment and allocation methodologies.

2. Serving as a primer or refresher for nonfinancial managers.

3. Laying out all items on a spreadsheet basis. Each line will be explained, including the math for applying the proper formulas. This allows for current cost updates in a matter of minutes.

The methodology used is called 9H. It is the basis for 90+% of all services that have established budgeted hourly costs. It was selected because it both recovers all costs and can be used for "apples to apples" review. It has been refined by consultant Jack Klasnic and provides the most meaningful approach to cost comparison.

### Budgets

The budget provides the basic information for developing the budgeted hourly costs. The key is the proper assignment of all budget costs to ensure that they are recovered and charged back to the customers.

This procedure has proven to be the most reliable:

1. List all assigned budget costs and assign them as either direct, indirect, or outside costs.

2. Establish the production centers.

3. List personnel and assign to areas of responsibility.

4. Assign all direct costs to each center.

5. Allocate all remaining costs.

### Assigning budget costs

Remember that the primary objective is to recover all *projected* operational costs; thus, all must be assigned. Bear

K02445534

in mind that the budgeted hourly costs are being developed for the current or next fiscal period, not the previous one. All pay increases, and like items must be included in the budget.

The steps are as follows:

1. List all budget items.

2. Assign as specifically as possible where each cost item belongs. The classification definitions are as follows:

• Direct costs are those costs which can be allocated to a specific production center, in essence, all costs belonging to that production center. For example, the wages and fringes paid to the workstation operator(s), along with the maintenance contract(s), specifically belong to the prepress production center(s). Some items, such as toner, probably will have to be allocated among several production centers that use that item.

• Indirect costs are those internal operating costs which cannot be allocated to any specific production center. These include costs such as staff (nonchargeable) wages and fringes, common space rent, and any intracompany allocations such as payroll and human resources allocations.

• Outside costs are specific job-related purchases. In essence, they occur because a particular job is in the shop. If the job had not occurred, the costs would not be there. The major problem with some budgets is that they lump all supply and material costs into one budget item and typically call it "Supplies." This is incorrect for budgeted hourly cost purposes.

A supply is any item which either is too small when compared to total job costs or cannot be allocated to a specific job. A material is a relatively major cost item which can be assigned to a specific job. They always appear as separate line items on the estimate sheet.

Supplies and materials must be differentiated to develop accurate budgeted hourly costs, even if it means reviewing invoices for the previous year and checking with vendors to determine current year cost projections.

3. Reconcile all costs by totaling the three columns to ensure that they match the budget.

The following is an example of budget item allocations. Note that some items may be classified as either or both direct and indirect. For example, temporaries who work at production centers are direct because they perform chargeable work. But temporaries who perform staff functions, such as secretarial, are indirect because they do not perform chargeable work.

If utilities are charged as a separate line item (as opposed to being built into the rent or occupancy costs), then they are charged directly to the production center according to consumption. These are direct. The balance is typically charged according to square footage usage because the heavy equipment power usage has been allocated.

| Budget Item | Direct | Indirect | Outside |
|---|---|---|---|
| Production Wages | X | | |
| Staff Wages & Salaries | | X | |
| Production Benefits | X | | |
| Staff Benefits | | X | |
| Temporaries | X | X | |
| Rent | X | X | |
| Production Equipment R&M | X | | |
| Computers, etc. R&M | X | X | |
| Utilities | X | X | |
| Depreciation | X | X | |
| Office Supplies | X | X | |
| Taxes | X | X | |
| Subcontracting | | | X |
| Paper, Film, Plates | | | X |
| Colored Ink | | | X |
| Black Ink | X | | X |
| Sales Promotion | | X | |
| Travel, Dues | | X | |
| Professional Fees | | X | |
| Corporate Allocations | | X | |
| Telephones | | X | |
| Office Copier | | X | |
| Production Copier | X | | |

K02445535

The manager has considerable control over the direct and indirect costs. Some organizations view these as *cost containment* budget items and hold the manager accountable for these areas. Outside costs are considered *flow-through* budget items.

## Production centers

Production centers are any operations that produce work chargeable to the customer. In the commercial sector, they were originally called *cost centers*. However, this has a negative connotation, so the name was changed to production centers. There are a few commercial printers who have changed the name to *profit centers* because that's what they're expected to produce.

Depreciation and rent are *fixed* cost components which are divided by the hours of usage. For example, a printer that cost $3,000 is depreciated over a five-year period. The depreciation costs are $600 per year ($3,000/5 years) or $50 per month ($600/12 months). Rent is $12 per square foot annually or $1 per month ($12/12 months) per square foot. If the printer area is 10 square feet ($10 per month), this equates to $60 per month ($50 depreciation + $10 rent). If $8 per hour with 30% fringes were the assigned operator cost and other associated hourly costs were included, the hourly costs under several scenarios would be:

| Monthly Chargeable Hours | 1 Hour | 2 Hours | 10 Hours |
| --- | --- | --- | --- |
| Depreciation | $ 50.00 | $ 50.00 | $ 50.00 |
| Rent | 10.00 | 10.00 | 10.00 |
| Wages | 8.00 | 16.00 | 80.00 |
| Supervision (20% of Wages) | 1.60 | 3.20 | 16.00 |
| Repairs & Maintenance Contract | 10.00 | 10.00 | 10.00 |
| Direct Totals | $ 79.60 | $ 89.20 | $166.00 |
| General Factory Allocations (20%) | 15.92 | 17.84 | 33.20 |
| Total Factory Costs | $ 95.52 | $107.04 | $199.20 |
| Staff Allocations (25%) | 23.88 | 26.76 | 49.80 |
| Total Departmental Costs | $119.40 | $133.80 | $249.00 |
| Costs Per Hour @ 100% Productivity | 119.40 | 66.90 | 24.90 |
| Costs Per Hour @ 75% Productivity | 159.20 | 89.20 | 33.20 |

This table illustrates the importance of keeping equipment busy. Note how hourly costs drop as the number of chargeable hours increases. The reason is that *fixed* costs are spread over more chargeable hours.

## Personnel assignments

Dependent upon company size and variety of work, employees may be assigned to:

1. Staff functions. These are the nonchargeable areas such as secretarial, estimating, and supervision. These costs must be recovered by the production centers.

2. One specific production center. All hours are assigned to one production center, such as camera in a large operation or prep (camera, stripping, and platemaking) in a smaller shop where these are combined into one production center.

3. Several production centers. The hours (or percentages) at each production center should be ascertained and accordingly assigned, along with all related costs. In essence, the employee is split into 40% prep and 60% duplicators.

4. Split staff and production center(s). For example, a working supervisor may spend 40% of his or her time on staff functions (nonchargeable), 25% in prep, and 35% with the duplicators.

5. Primary and coverage operations. In general, a primary goal is to keep the most expensive (highest hourly costs) equipment running. For example, the employee may primarily be assigned to the duplicator, but when the two-color press operator is out, the duplicator operator will run the two-color press.

## Hours available for work

Employees are paid for a combination of at-work time, vacations, holidays, and in some cases personal and illness days. This constitutes the base annual wage; however, chargeable hours can only be obtained during the at-work time.

1. Vacations in most United States organizations are usually employee-selected periods to take off, such as a week's vacation. Government agencies often call this annual leave. In some countries, these "vacations" may be called holidays. The missing employee's equipment *may* be operated by a backup person.

2. Holidays in the United States are days when the

entire organization is generally closed for a particular commemorative day, such as Christmas and New Years. Most likely no equipment will be operational.

3. Personal and sick days are days when the employee is away from work for various reasons. The missing employee's equipment *may* be operated by a backup person.

For illustration purposes, the more common United States terms will be used.

One area works a 40-hour week, with an average of 12 vacation days, 3 illness days, and 10 holidays. The Available for Production (at-work) Hours are determined as follows:

| | |
|---|---|
| Annual Paid Hours (40 hours x 52 weeks) | 2,060 |
| Vacations (8 hours x 12 days) | 96 |
| Holidays (8 hours x 10 days) | 80 |
| Absences (8 hours x 3 days) | 24 |
| **Total Paid Hours Away from Work** | 200 |
| **Net Available Hours at Work** | 1,880 |

All of these hours at work cannot be charged in that nonchargeable functions will be performed, such as mixing chemistry and maintenance, as well as other delays. There may also be one or two formal breaks of 10 or 15 minutes' duration. If one desires, these breaks may be calculated at this point, as the following illustrates:

| | |
|---|---|
| Net Available Hours at Work | 1,880.0 |
| Breaks (47 weeks x 5 days per week x 0.5 hours per day) | 117.5 |
| **Net Available Hours for Work** | 1,762.5 |

Because this varies considerably among organizations, our example will use the 1,880 hours and treat all nonchargeable work as lowering the percentage of productivity. For example, if a typical 8-hour day has 2 hours of nonproductive work and 6 chargeable hours, the percentage of productivity is 75% (6 chargeable hours/8 total hours). On an annual basis, the various percentages of productivity equate to chargeable hours as follows:

| | |
|---|---|
| Net Available Hours for Work | 1,880 |
| 100% Productivity | 1,880 |
| 90% Productivity | 1,692 |
| 85% Productivity | 1,598 |
| 80% Productivity | 1,504 |
| 75% Productivity | 1,410 |
| 70% Productivity | 1,316 |
| 65% Productivity | 1,222 |

## Fringes

Fringes should be based on organization policy. This may be actual cost per employee or an average cost per employee. Fringes are any additional costs which the organization incurs other than the direct *at-work* wages. These include all paid away-from-work days, FICA, workers' compensation, unemployment, medical insurance, retirement, education (when organization paid), and so on.

However, many organizations calculate fringes as a percentage of base annual wages for costing purposes. Others treat it as a percentage of at-work pay. The average is 25% of annual base wages.

## Depreciation

Depreciation usually takes one of three basic forms:

1. Organization actual assigned depreciation. This is the most common. When an accelerated depreciation is used for tax purposes, the equipment will carry a higher depreciation during the early years. But it will also carry little or no depreciation as it ages. For example, for a $21,000 color printer, accelerated depreciation over 7 years may appear as follows:

| Year | Depreciation | Accumulated | Balance |
|---|---|---|---|
| 1 | $ 4,200 | $ 4,200 | $16,800 |
| 2 | 3,360 | 7,560 | 13,440 |
| 3* | 2,688 | 10,248 | 10,752 |
| 4 | 2,688 | 12,936 | 8,064 |
| 5 | 2,688 | 15,624 | 5,376 |
| 6 | 2,688 | 18,312 | 2,688 |
| 7 | 2,688 | 21,000 | 0 |

K02445537

The depreciation was switched from accelerated to straight-line to increase the amount of depreciation. In the United States, this may be done once during the depreciation period. Other countries vary.

2. Straight-line depreciation over a defined period. For example, if depreciation for a $21,000 duplicator were spread over 7 years, this would be $3,000 per year ($21,000/7 years).

3. Replacement cost. This normally applies to older equipment. The goal is to build up a contingency fund for the ultimate replacement. This is far more common in the commercial sector than with in-plant operations.

The organization can use an accelerated depreciation for tax purposes, while using a reasonable life expectancy (which may exceed the government period) and/or use a different method of depreciation for internal costing purposes. There is nothing illegal about this practice.

*Repairs and Maintenance (R&M)*

Repairs and maintenance costs normally are a combination of maintenance contracts and historical data. The contracts may include total parts and labor or be for labor only. In the former case, the contract is the repairs and maintenance total. In the latter case, a contingency provision for parts should be provided.

When using historical data, care must be employed to reflect reality of costs. For example, a complete overhaul of a major piece of equipment rarely is an annual event unless it's ready for the scrap heap. To base maintenance costs on the previous year is a mistake. It should be a statistical projection based on previous years and discussions with the maintenance people. Those who are independent are more likely to be objective than vendor maintenance personnel, but this is not an absolute rule.

A general rule of thumb with questionable validity is to use an annual 2% per shift over the life of the equipment for repairs and maintenance. A variation is to use 2% for one shift, 3% for two shifts, and 4% for three shifts. The problems with those rules are that:

1. Prepress equipment often costs in the 10-12% range.

2. Cameras and platemakers are less.

3. Computer-aided equipment tends to run higher than equipment which is not.

*Rent*

Rent (or occupancy) normally is allocated as an annual cost per square foot. Quite often this figure includes heat, air conditioning, water, and power. All rent must be accounted for. This usually is done through a combination of:

1. Equipment direct allocation, which includes the actual equipment space and the effective working area around it. Equipment may share common areas (for instance the four feet between two presses may be allocated as two feet to each).

2. Common areas such as general aisles and storage. Typically they go to General Factory.

3. Staff areas such as offices.

Some organizations also directly allocate such areas as "fair share of the cafeteria." This would be incorporated as additional staff allocation or intracompany allocated expenses.

*Power allocations*

When electricity is a separate line item, the election may be to treat each piece of equipment as carrying its fair share. In that case, the following formula to determine power cost should be used:

Horsepower x 0.746 x Available Hours x Power Usage % x Cost per Kilowatt Hour

Assume that the following holds true for a piece of equipment:

| | |
|---|---|
| Horsepower | 2.50 |
| Available Hours | 2,000 |
| Power Usage | 60% |
| Cost Kilowatt Hour | $0.075 |

Applying this to the formula would produce:

2.50 × 0.746 × 2,000 × 0.60 × $0.075 = $167.85

Equipment with minimum or no horsepower rating, but which uses costly, high intensity light sources, etc., must have its annual costs projected and captured.

*General factory allocations*

This is the total of all the general factory costs which cannot be attributed to individual production centers. Traditionally it is allocated as a constant percentage of the direct factory costs, as will subsequently be shown when budgeted hourly costs are determined.

The following costs are based on general costs that cannot be attributed solely to production jobs. They are:

| General Factory Costs | |
| --- | --- |
| Unallocated Factory Rent | $18,000 |
| Factory General Supplies | 1,200 |
| Factory General Repairs | 1,000 |
| Factory General Depreciation | 400 |
| Total General Factory Costs | $20,600 |

*Supervision*

This is the salary and/or wages of "on the floor" supervision. Traditionally it is allocated as a constant percentage of production center employee wages, as will be shown when they are allocated. Because supervisors and managers usually do not work on specific jobs, their time must be allocated to jobs in some manner.

*Staff allocations*

Staff allocations are the total office costs and include all the remaining direct costs of having a production department. Traditionally it is allocated as a constant percentage of the total factory costs. Staff may be secretarial and administrative personnel and the costs associated with them.

*Staff costs*

A manager and secretary plus the following costs.

| Staff Allocations | |
| --- | --- |
| Manager | $40,000 |
| Secretary | 20,000 |
| Total Staff Wages & Salaries | $60,000 |
| Fringes on Above (25%) | 15,000 |
| Phone | 1,500 |
| Dues & Travel Expense | 1,200 |
| Postage | 1,000 |
| Equipment Rental (Office Copier) | 1,500 |
| Recruiting Expense | 1,000 |
| Office Supplies | 1,200 |
| Taxes | 2,000 |
| Depreciation | 1,275 |
| Repairs & Maintenance | 1,100 |
| Rent | 1,600 |
| Total Staff & Unallocated | $88,375 |

*Reconciling the data*

At this point all budget costs, except for materials and other outside purchases, should have been captured in the previous cost data allocations. A check should be made to ensure this. Any deviations must either be corrected or the reason noted. For example, the $16,100 total supply costs may appear in the budget as part of the $150,000 (or whatever) allocated for "Supplies." This budget "supplies" figure also includes materials.

*Chargeable hours*

Total departmental costs have been allocated. These costs are recovered by establishing an hourly rate for each production center, which is based on the projected number of chargeable hours. If total costs were $1,000 and chargeable hours were projected to be 100, then $10 per hour ($1,000/100 hours) should be charged in order to recover the $1,000.

Not all personnel hours are productive; there will be cleanup, preventive maintenance, personal times, and other delays. If the actual percentage is unknown, most likely 75% should be used until the actual percentage can be determined. The actual production percentage will probably

280    THE BUSINESS SIDE OF DIGITAL PREPRESS

| Total Hours | 100% | 85% | 80% | 75% | 70% |
|---|---|---|---|---|---|
| 3,760 | 3,760 | 3,196 | 3,008 | 2,820 | 2,632 |
| 7,296 | 7,296 | 6,202 | 5,837 | 5,472 | 5,107 |
| 1,992 | 1,992 | 1,693 | 1,594 | 1,494 | 1,394 |

fall between 70% and 85% depending on the operation.

Example of chargeable hours at the various percentages of productivity:

The budgeted hourly costs are determined by dividing total departmental costs by the available hours @ 100%, then by the various percentages of productivity.

For example: Total prep departmental costs are $77,008. There are 3,760 available crew hours. At 100% productivity, this would require dividing $77,008 by 3,760 hours to get $20.48 per hour. To determine budgeted hourly Costs @ 80% Productivity, divide $20.48 by 0.80, which is $25.60 per hour. Dividing $77,008 by 3,008 chargeable hours (80% productivity) yields the same $25.60. Either method is acceptable. 75% would be $20.48 divided by 0.75 or $27.31 per hour.

It follows, then, that a primary goal is to attain the highest practical percentage of productivity, which results in lower hourly costs and a more competitive cost position.

# SECTION 4

# THE FUTURE OF DIGITAL PREPRESS

# CHAPTER 12

## ON-DEMAND PRINTING

The term "digital printing" means different things to different people. Here is our definition in the form of a chart.

Digital printing involves all aspects of reproduction utilizing rasterization processes to produce image carriers or to replicate directly to substrate from digital document files.

### DIGITAL PRINTING

**Direct to Image Carrier**

- Reimageable Plate
- Electrophoto-graphy
- Ion Deposition
- Magneto-graphy

- Fixed-Image Plate
- Direct-to-Plate
- Direct-to-Plate on Press
- Direct-to-Stencil on Press

**Direct to Paper**

- Direct to Plain Paper
- Ink Jet (Continuous)
- Ink Jet (Drop on Demand)
- Thermal Transfer

- Direct to Special Paper
- Electrostatic
- Electrographic
- Diffusion Transfer

Thus we include direct-to-plate (and stencil) technology in our definition, as well as direct to imposed film (not shown in the chart). Imposed film is one of the steps to a plate.

Any device that replicates pages or images is certainly included in any definition. We have not considered speed or quality or substrate in the decision to include a technology. We recently attended a seminar where a major topic

K02445541

of discussion was the production of automobile license plates on demand using digital approaches.

Eventually, digital approaches will apply to just about every facet of graphic communication, whether it has to a run of 1,000, 100 or just one. Let us not to make our definition so narrow that it excludes too much.

Computer-to-print systems are based on the same concepts as electrostatic copying machines, in which the image replication must be repeated for each impression. Because of this, these systems are capable of printing variable information from impression to impression. Until Canon and Xerox introduced their color copiers in 1990 and 1991, and Indigo and Xeikon announced their electrophotographic color printing systems in mid-1993 most of the systems in use could print only a single color; some could add a spot color. A number of technologies are used for computer-to-print systems. They are electronic printers, color copiers, and electronic printing systems using electrophotography, magnetography, ionography, field effect imaging, ink jet printing, thermal transfer, and modifications of these technologies.

These systems go directly from the RIP to a press-like device without any intermediate films or plates. They are true digital printing systems, in that all or part of the image area can be changed from impression to impression. Also, because the image recording must be repeated for each impression, the amount of data that must be ripped is so large that machine speeds are limited in most cases to 300 feet per minute (fpm) or lower. The electronic printing systems in use or development use electrophotographic, magnetographic, ion or electron deposition, field effect, ink jet, and thermal transfer technologies.

### Electrophotography

Electrophotographic printing systems use imaging and printing devices similar to electrostatic copiers. They use drums or metal plates coated with photoconductors that are charged overall with a corona charge and exposed to an image by light which discharges the charge in the nonimage areas. The image is toned by powder or liquid toners in

the charged areas, transferred to a substrate, and fused or fixed by heat, solvent vapor, or other fixing method.

In 1977, Xerox introduced the 9700 laser printer. It ushered in an age of digital laser printing that eventually found its way to virtually every desktop. It also spawned considerable interest in, and eventual application of, the concept of demand printing and publishing.

In 1989, the Canon Color Laser Copier (actually a scanner and a printer), coupled with various interfaces to electronic page files, held out the promise of on-demand color printing. Although it lacked speed and duplexing capability, it did create a de facto demand color market.

In 1992, Heidelberg introduced the GTO-DI, the first printing system to introduce the concept of on-demand color reproduction. In concept, it created printing plates on a traditional printing press, effectively solving the registration problem associated with the 4-color printing process. The plates were created with a spark discharge which then allowed them to print without water, effectively solving the ink and water balance problems associated with offset lithography.

These systems whetted the appetite of the market for instantaneous reproduction of black-and-white and then color pages.

### Color printing

Color printing has long been batch-oriented. Large printing presses fed by sophisticated prepress systems produce long runs of ink on paper. Long runs are virtually mandated to absorb the traditional makeready costs of the process. But increasingly, we are seeing a demand for shorter and shorter runs as marketers pinpoint their promotions and publishers define their audiences.

The concept of "just in time" (JIT) delivery is changing the nature of the printed product. Rather than long print runs, to maximize the cost idiosyncrasies of the color printing process, prudent print buyers are acquiring smaller volumes to meet immediate demands. JIT delivery not only mandates short runs, it also mandates very fast turnaround.

K02445542