# EXHIBIT G

# PART 4

Indigo E-Print 1000 (Rehovot, Israel) was announced in 1993 as the "World's First Digital Offset Color Press." It is an electrophotographic system using laser imaging, a special new liquid toner called ElectroInk and essentially a single color offset press with plate, heated blanket and cold impression cylinders, paper pile infeed, pile delivery system, and means for turning prints over and printing the reverse side (perfecting) or duplex printing, and some finishing options. Printing has 800 dpi resolution. Single-color prints can be produced in 11"x17"+ at a press speed of 4,000 sheets/hour (67 per minute). Because color printing is done by consecutive impressions of the same sheet on the impression cylinder, the output for 4-color (one-side prints) is 1,000 sheets/hour, 17 sheets/minute, or 34 pages/minute. Duplex printing (2 sides) reduces the output to 500 sheets/hour, 8 sheets/minute, or 32 pages/minute optionally. The system is capable of printing six colors.

The E-Print 1000 accepts digital data in PostScript and other formats. The most unique features of the E-Print 1000 are the ElectroInk and the image transfer system. The ElectroInk consists of micron-size pigment toners dispersed in a thermoplastic resin diluted in a light mineral oil (isopar). It is applied to the image on the photoconductor immediately after exposure by laser. The mineral oil is squeegeed from the surface of the imaging cylinder and returned to the toner reservoir, leaving just the toner/resin mixture on the image transferred to the heated blanket. This heated dispersion of toner pigment and resin sets when it transfers to the cold paper. Adhesion of the ElectroInk to the paper can be critical. Prints made at early shows were erasable. Toyo Ink (Japan), which is the Far East distributor for the E-Print 1000, has produced prints that are not erasable.

The electrophotographic photo conductor plate is claimed to be capable of 30,000 to 40,000 impressions. It must be imaged after each impression. Blanket life is 20,000 to 30,000 impressions. Because of the 100% ink transfer the plate is claimed to be clean and ready for the next image, which can be the same as the last one or a

completely new image. This is typical of digital imaging and printing systems. Although this feature makes possible the printing of variable information on

### Printout Alternatives

| Category | Format | Output |
|---|---|---|
| Documents | Black-and-white | Demand hard copy |
| | | Pen plotter |
| | | Laser printer |
| | | COM recorder |
| | | Electrostatic |
| | Color Pages | Pen plotter |
| | | Electrostatic |
| | | Dot matrix printers |
| | | Thermal-wax transfer |
| | | Ink jet |
| | | Color xerography |
| | | Color electrostatic |
| Presentations | Flip Charts | Pen plotter |
| | | Color electrostatic |
| | Wall-size charts | Pen plotter |
| | | Electrostatic |
| | Transparencies | Color electrostatic |
| | | Thermal-wax transfer |
| | | Ink jet |
| | | Laser printer |
| | | Film |
| | | Film recorder |
| | Slides | Film |
| | | Film recorder |
| Publications | Black-and-white paper | Pen Plotter |
| | | Ink-jet |
| | | Laser Printer |
| | | COM Recorder |
| | Color Pages | Thermal-wax Transfer |
| | | Film Color Separation |
| | | Digital Color Press |
| | | Printing Press |
| High-Volume | Black-and-white paper | Laser printer |
| | Color paper | Laser printer |
| | | Color electrostatic |
| | | Thermal-wax transfer |
| | | Digital color press |
| | | Printing press |

K02445543

consecutive impressions, it imposes gigantic demands on data storage and data transmission rates. This accounts for the slow output of these systems in comparison with conventional lithographic printing.

Xeikon DCP-1 (Mortsel, Belgium) was announced in 1993. It is an electrophotographic web press in which the printing engine has eight in-line units, with four on each side of the paper so it can print both sides of the paper in one pass. Exposure of the photoconductor plates on each cylinder of the printing units is by LEDs (light emitting diodes) assembled into arrays of 7,400 diodes spaced at a density of 600 per inch corresponding to a spatial resolution of 600 dpi. The system has variable spot intensity, with each spot having 64 gray levels achieved by applying different amounts of toner. The special dry small-particle dual-component toner was developed and is manufactured by Agfa. The image is composed of single line screens with continuously variable widths according to the amount of color needed. Each color is placed at a different screen angle.

Consumables are significant cost items in the use of computer-to-print systems.

### Printing technologies

*Electrophotographic printing* can be subject to three serious deficiencies. (1) Charge voltage decay between the time of charging the photoconductor, exposing, and toning can affect image density and tone reproduction, as the toner is a volatile organic compound which might require venting and is subject to environmental regulations. (2) Toner chemistry is not completely understood, which can cause variations in batches of toner and high cost for formulating special toners. (3) In liquid toner systems, the isopar used to disperse the toner is subject to environmental regulations.

*Magnetography* is a nonimpact print technology like ion deposition (Delphax), except that a magnetic drum is used, a magnetic charge is produced on the drum by an infinitely variable computer-generated image, and a

monocomponent magnetic toner is used. Spot colors can be used, but not process colors, as the toners are dark and opaque. The systems are used for printing business forms, direct mail, lottery tickets, numbering, tags, labels, and bar codes. The Bull engine is used almost exclusively for these systems.

*Ionography* is also known as ion deposition or electron charge deposition printing. It was developed by Dennison Manufacturing and is called Delphax. The image is produced by negative charges from an electron cartridge transferred onto a heated dielectric surface of aluminum oxide using a special magnetic toner. It is used only for single or spot color printing because the pressure of image transfer and cold fusion fixing of the toner can distort the substrate. Systems are in use for volume and variable printing of invoices, reports, manuals, forms, letters, and proposals and specialty printing of tags, tickets, and checks.

*Field Effect Imaging* uses three novel materials to produce high-speed, high-quality color printing composed of variable density pixels with resolutions of 500 dpi. The new materials are $X_1$, a thin-film dielectric, ultra-hard writing surface onto which electrical charges are deposited by an M-Tunnel write-head to generate powerful electrostatic fields across the thin-film insulator. These fields cause the pickup of $X_2$ "ink bites" whose thickness is proportional to the strength of the fields. The bites of ink, in pixel size, are carried by the $X_1$ surface to a print position where the ink is transferred totally to the print substrate, which can be either paper, plastic, cloth, or metal.

*Ink Jet Printing*, a digital printing system, produces images directly on paper from digital data without a press-like imaging machine. These systems use streams of very fine drops of dyes which are controlled by digital signals to produce images on special paper surfaces. There are three types of ink jet printers: continuous-drop, drop-on-demand, and bubble-jet systems. Some have single jets and others use multiple jets. Most ink jet printing is single or spot color printing of variable information like address-ing, coding, personalized computer letters, and other di-

rect mail advertising. Ink jet systems are used for color proofing but have been too slow for short-run color printing. However, this will change.

*Thermal Transfer Printing* uses digital data to drive a thermal printhead to melt spots of dry ink on a donor ribbon and transfer them to a receiver. The technology was introduced in 1970, but printers were not available commercially until the mid 1980s. They are used for word processing, computer output printing, facsimile, graphic and pictorial color printing, labels, and other applications in single or multiple colors. When the solid ink on the donor is replaced by a sublimable dye, the thermal head converts the dye spots to gas spots which condense on the receiver. This configuration of the printer is the thermal transfer dye sublimation engine used for color proofing.

*Electronic printers*

The first digital printing system was the Xerox 9700 in 1978. It established 300 dpi as the de facto standard for image resolution. It was followed by the IBM 6670 and 3800, and Kodak 100, 150, and 250 electronic printers. Many of these were equipped with automatic collaters and other bindery functions and were used for short-run on-demand, variable information printing of business forms, personalized printing, and customized book publishing. Most of these systems had resolutions of about 300 dpi and low page counts per minute (ppm).

In 1989 Xerox announced its Docutech 600 dpi. laser printer, capable of printing 135 pages per minute (8100 pages per hour) in a format size up to 11" x 17". About the same time, Kodak announced its 1392 Lionheart 300 dpi—92 ppm (5520 pph) PostScript-based electronic printer. These electronic printers are used for short run variable information printing and the new on-demand publishing market. Their speed and resolution ushered in a new age of digital printers that competed with offset printing.

*Color copiers*

Color copiers are essentially a scanner at the top and a digital printer at the bottom. They are designed for making one or several copies of spot or 4-color process subjects. When controlled by computers, they can be used for very short-run color printing (less than 100 to 500). The first color copier used for digital color printing was the Canon CLC. It was also the first copier device to integrate a Post-Script controller. The Canon Color Laser Copier is an analog copier with a scanner that color-separates the color original into the four separation colors (CMYK), each with 400 dpi resolution and 256 levels of color.

It produces the four composite toned images on the paper mounted on a drum, after which the images are fused on the paper using a special fusing oil and heat. A special image processing unit (IPU) is used to produce images digitally from PostScript files.

Digital printing is fostering three essentially new printing markets which have been dormant because of the cost of prepress and printing by conventional printing methods. These are variable information printing, on-demand printing, and short-run process color printing.

*Variable information printing*

The ability to print variable information is a unique, exclusive, and important characteristic of digital printing systems. Printing markets are now limited to multiple quantities of images by fixed-image plate printing processes. Digital printing systems provide more cost-effective means of producing printed products with variable information. They will stretch the capabilities of systems now being used for the personalization of documents to enable the production of special editions of magazines, catalogs, newsletters, and other publications according to professional, occupational, regional and/or demographic interests, and open other new markets for printers.

*On-demand printing*

On-demand printing is specialty printing, as the product is a combination of printing and binding or finishing.

On-demand printing requires both an imaging engine and a means of combining, in consecutive, uninterrupted operations, the printed pages into finished products—college textbooks, out-of-print books, insurance policies, research reports, business proposals, or any other products. Printing with in-line finishing puts very stringent demands on the condition and reliability of the equipment used. When any part of the line is down, the whole system stops. Also, printing and finishing require different skills.

## Short-run process color printing

What is short run? Here is a categorization of run length ranges:

**Very Short Run (VSR)**
1–100
101–250
251–500

**Short Run (SR)**
501–1000
1001–1500
1501–2000

**Moderate-Short Run (MSR)**
2001–3000
3001–4000
4001–5000

**Moderate Run (MR)**
5001–6500
6501–8000
8001–10000

**Average Run (AR)**
10001–25000
25001–40000
40001–50000

**Moderate-Long Run (MLR)**
50001–70000
70001–100000
100001–250000

**Long Run (LR)**
250001–400000
400001–600000
600001–750000

**Very-Long Run (VLR)**
750001–1000000
>1,000,000

Almost 56% of commercial, book, and office printing including duplicating and copying is in the category of run lengths from 500 to 5,000 impressions. Only 2.8% of all this printing is done in 4 or more colors. With the use of digital printing processes, by the year 2000 the amount of 4-color printing in this run-length market will more than quadruple to 11.5%. In fact, color will increase as a percentage of total reproduced pages as it becomes easier to accomplish on new and traditional equipment.

| % of Run Lengths | % of Total Market | % of Total Market Run Length in 4-Color 1994 est. | 2000 est. |
|---|---|---|---|
| <100–500 | 16.6 | 1.0 | 0.2 | 3.5 |
| 500–2,000 | 33.5 | 3.0 | 1.0 | 5.5 |
| 2,000–5,000 | 22.3 | 10.0 | 1.8 | 6.0 |
| 5,000–10,000 | 13.8 | 16.0 | 2.2 | 5.0 |
| 10,000–100,000 | 5.6 | 25.0 | 1.4 | 1.5 |
| >100,000 | 8.2 | 41.0 | 3.4 | 5.5 |
| % | 100.0 | 100.0 | 10.0 | 27.0 |

Markets for long-run printed products will continue for a long time, however. They include:

- Consumer product marketing
- Metropolitan daily newspapers
- Mass market books
- Political and institutional fundraising promotions
- Tax forms
- Telephone books and other directories
- General interest and news magazines
- Consumer catalogs
- Direct mail
- Promotional materials
- Government forms and documents.

Some of these long run market areas may also have short-run requirements. The trend toward elimination of inventories and printing shorter runs has created many new markets for short-run printed products.

It is important to note that there are market niches based on run length and resolution—and reproduction

technology. The chart below shows nine reproduction technologies, most capable of color. There are certain areas, in which each has a production and economic advantage. There are also an increasing number of areas where they overlap. This is indicative of the new world order that is evolving as new and existing technologies adapt to the short-run market demands.

### Economics of the process

To prepare and print a page in color at a quantity of 500, for example, requires several steps:

1. Creative development. This is the area that has been most affected by desktop technology. Art and design professionals create their pages with desktop computers. The byproduct of this process is pages that are in electronic form. None of the costs of the creative process are usually calculated in the cost of the page. When creative personnel



acquired type and art from commercial services, those costs were included, but now that they do these things themselves, such costs are not.

2. Film output. Most page production today is done by the originator and is essentially printed out from a high-resolution imagesetter. The originator creates pages, proofs them on laser printers, and sends them to a service bureau for printout on film. Costs vary significantly, but most printout is at about $7 per page for photo paper and $19 for film (black-and-white). A set of four films for 4-color printout would probably sell for $60.00.

3. Separations and proofing. $60 per image—at the low end, depending on image size. We have assumed the purchase of separations. It is likely that an increasing number of originators will install scanners, and it will be interesting to see how they price the scans.

4. Stripping. $70 per page. This process has several steps: strip the page units onto a special sheet and finally inspect for alignment and quality. Consumables (the special sheet), labor, and equipment are the cost areas. Printing industry cost standards are presently at $60 per hour or about $35 per page. This is usually sold at $70 per page.

5. Platemaking. $70.

6. Makeready/Print. $100. Minimum of one hour.

7. Paper. About $10 for the required stock, including wastage for makeready.

Traditional reproduction:

|  | Per page | hours |
| --- | --- | --- |
| Film output | $ 60 | 1.0 |
| Color seps | 60 | .5 |
| Stripping | 70 | 1.0 |
| Platemaking | 70 | .5 |
| Makeready/Print | 100 | 1.0 |
| Paper | 10 | — |
| Total | $370 | 4.0 |

Color separation and film output could take place at the same time.

These costs may vary from printer to printer, but major industry associations publish cost standards so that all printers may measure their productivity and cost-effectiveness. These costs are based on those standards, which are excellent guides to industry patterns.

The cost of conventional color reproduction carries a high pre press and preparatory cost. This immediately negates the ability to produce short runs cost-effectively. Desktop and electronic systems are attempting to bypass some of the steps and go directly to four film negatives. This will cut some cost and therefore the selling price. Makeready is under attack and will be reduced over time.

Digital reproduction:

| | Per page | hours |
|---|---|---|
| RIP time | $ 20 | .5 |
| Color seps | 40 | .5 |
| Stripping | — | — |
| Platemaking | — | — |
| Print | 200 | .5 |
| Paper | 8 | — |
| Total | $268 | 1.5 |

Color separation here would be electronic. The picture file would be supplied as digital data for output. The page must still be rasterized.

Where applicable, digital printing results in a savings of about 40+% in dollars and 70+% in time.



# CHAPTER 13

## NEW MEDIA TECHNOLOGY

The predominant international standards for open document processing are the Standard Generalized Markup Language (SGML), defined by International Standards Organization (ISO) Standard 8879, and the Office Document Architecture (ODA), defined by ISO 8613. Both standards are growing in importance in both publishing and office environments. SGML consists mainly of a character-oriented syntax for the representation and interchange of document structures, whereas ODA provides mechanisms for describing structures, standardized semantics for controlling document layout, and syntax definitions for interchanging information.

Document interchange standards play a significant role in the development of open publishing systems. Standards include the recognized SGML and potential standards such as Editable PostScript and Page Interchange Language (PIL).

### Form versus content

SGML is a metalanguage for creating other languages (DTDs) that structure information. It allows formatting instructions to be attached to every element in the document. If the *form* of information is well structured, the *content* is well structured. The intent of SGML is to make documents portable. Embedding specific formatting instructions (specific typography, for example) within documents makes them less portable. Publishing professionals realize that sometimes you want to put processing instructions into a file—even if you are trying to separate form and content. Thus, the standard lets you do it.

SGML is used for describing text-based structures. Languages created from it are not usually thought of as languages; they are known more commonly as document type declarations, also called document type definitions,

K02445548

or type declarations, also called *document type definitions*, or just DTDS. A DTD is an ASCII text file that describes the structure of a class of documents—what elements they contain and the order and frequency of their occurrence in a document. A DTD is often thought of as a structural outline or skeleton of a document, but it may also be thought of as a language—a set of tags and a set of rules that govern how those aliases may be used together in a document.

Early work in SGML came primarily from the Department of Defense and the Association of American Publishers, who separately developed document definitions and tag sets that fit their publishing applications—technical manuals, journals, and books.

SGML is the notation used to create a contextual infrastructure that describes structured information. SGML is not just a set of tags. Rather, SGML provides a framework for describing the structure of the document—the tags, or generic identifiers, that are used to describe elements in a document are not part of the standard. The tag set is established in the DTD. The document designer can create whatever tags are needed in the DTD.

SGML, formally published as an international standard in 1986, is a set of rules for defining document-processing applications. PDL is a method of describing the page geometry, or layout, of the components that comprise an electronic document. The PDL format can be used to describe entire page layouts and can make reference to the individual components of a page. Adobe Systems Inc.'s Editable PostScript is a more robust and refined version of the editable PostScript format used in Illustrator 3.0 as a means of document interchange.

### Flexible user interfaces

SGML can go hand-in-hand with WYSIWYG display. SGML says nothing about the user interface of software written to process documents. There are now several commercial systems that define the user interface and how it may be tailored to the user's preference, whether it be a structural view with tags, an exploded view with all mark-

up or a WYSIWYG display with all markup hidden. The internal data format is marked-up ASCII text files, along with any associated graphics, images, nontextual data, or style sheets. To many users who come from a production background, SGML is verbose markup coding but, it is really about interchange.

Putting textual information into SGML helps prepare that information for other functions that are more than just putting out typographic pages. As publishers begin to build libraries of electronically produced publications, books, journals, or manuals, they are considering alternative products, such as electronic books or on-line services, derived from the same data. Keeping a library of documents in the form of a page-oriented formatter may complicate the development of such new products. Storing the files with generic mark-up imposes an initial burden of conversion, but in the long run it may be the most efficient approach.

### Tables

Tables are of two types: typographic tables and database reports. Database reports extract the records of selected fields from a computer database into tabular form. The objective is usually to capture the information in response to the query and modify the typographic appearance as it is required. Typographic tables may or may not come from a database, but they are defined by their appearance, which is more aesthetic and complex than those generated by database generators with straddle heads, rules, special alignments, and justification within fields.

The general approaches to tabular markup are structural and content. The structural approach produces object classes that identify elements according to their position within the table—column heads and subheads, row heads, and individual cells. The content approach creates object classes that are more like database fields: they identify an element according to its subject matter. In a table comparing the price of chicken feed in different states, one object class is state, another is the price.

Case 1:06-cv-00032-JJF    Document 178-23    Filed 08/06/2007    Page 9 of 27

### Enter PostScript

Some users feel that PostScript, which is nearly universally supported by today's publishing programs and printers, should be applicable as a document modeling language. PostScript is acceptable if you want a document database of page images that may be rendered on a wide variety of display and output devices. It may also evolve into a standard file format for some graphics-based applications. But PostScript is a page imaging model, and not a content data model. It does not support the kind of content-based mark-up that imposes structure on the database. Saving documents in PostScript also complicates any later decision to deliver documents in alternative formats, such as Hypertext.

SGML publications may still be formatted and represented in PostScript form. The two standards are complementary, in that SGML was designed for representing the document in a *manipulable* form and PostScript was designed for representing the document in a *renderable* form. Users of SGML will most likely still use PostScript printout devices.

Computer technology has matured to the point where publishing complete journals electronically is economically viable. In PostScript, documents are stored as a collection of formatted pages. It is difficult to convert these pages back into a form that lends itself to a different appearance, such as you might want for a particular type of display or an entirely different publication format.

### Libraries of the future

The 1980s was the decade of information accumulation, but the 1990s will be the age of information access. Databases will make it easier for individuals to acquire and use information. CD-ROM databases proliferate as users move from print to electronic media. There will be libraries in the year 2001 because the public will want books. However, libraries will change because of information access. The concept of the library as an institution will be changed, as four dimensions of access must be considered:

self-access, assisted access, mediated access, and collaborative access. Librarians will become pointers and retrievers as well as facilitators and organizers.

CD-ROM applications have been instituted in the library market with bibliographical data such as abstracts, indexes, card catalog databases, on-line databases, and machine-readable catalogs becoming familiar tools. Several key information publishers have put much of their bibliographic material on CD-ROM. ASCII full-text versions of periodicals archived on CD-ROM may be succeeded by SGML files, and the "digital microfilm" page image approach may be replaced by page description languages or digital compound document descriptions used in publishing the original print versions. Eventually the print version and the electronic version will be subsets of the same file.

### Electronic information delivery

Publishers are now implementing electronic delivery of publications. Subscribers do not want to read pages on the screen. They want better ways to find information relevant to their research, and electronic media offer a better means of indexing and retrieval, which is critical when searching for information in a base of thousands of documents. Delivering on-line is faster than print.

Outside of advertising/promotion, there are very few documents that do not have a logical content structure. We are accustomed to interpreting this structure typographically, because culturally we are attuned to print. But now that electronic devices are becoming prevalent for viewing documents (meaning that information is presented in a form meant for reading on a screen), enabling the computer intelligence to read and apply this logical structure opens up new possibilities for us and for machines.

We are too early in the development of electronic-delivery technology to even predict which technologies and methods will ultimately prove the most popular among publishers. There are advantages and drawbacks to every technology, and these must be weighed against an organization's requirements and objectives.

K02445550

### Bitmapped databases

Databases containing bitmapped images are not searchable and must be converted to text (ASCII) format first by using optical character recognition (OCR) techniques. Mounting the text file on an on-line retrieval system as a private database and using standard text searching techniques on it is not simple. This has spurred the appearance of an array of text management systems, many of which are specifically equipped to interface with imaging systems and handle OCR output.

In a typical document imaging system, the user interacts with the text management system to do searches instead of interacting directly with the full text database. Text management systems are appearing in the imaging and software marketplace. Some are highly sophisticated and use advanced artificial intelligence and knowledge engineering techniques.

### Fax publishing

Publishing companies use fax machines to communicate between editorial offices and regional printing plants. They also use fax machines to distribute information to customers who request it, known as Fax On Demand. (See later in this chapter.)

Multiple copies of a newsletter sent to subscribers using a database is broadcast fax. Fax publishing is a niche within the publishing industry that is generating income and exposure for several companies. Most people think the facsimile or fax was invented in the 1970s—actually that is when fax machines became popular. The first concept of the fax was actually created in 1842 by a Scottish inventor named Alexander Bain. He had an electrically controlled pendulum act as a clock timing system that transmitted and converted electrical contacts. The product was called an automatic electrochemical recording telegraph.

The first commercial facsimile system was used in France in 1865 and developed by Giovanni Caselli, an Italian expatriate. Clement Ader, in 1885, introduced electromagnetic light waves for photographic recording. In 1902, a photoelectrical facsimile system for

photographs was created by a German, Dr. Arthur Korn, and the first photograph was transmitted to America in 1922. America didn't really tinker with fax machines until the 1920s, after noticing Korn's invention. AT&T, RCA, and Western Union developed their own systems for picture transmission, and some products came out in 1924. The first adoption of fax machines in the 1930s was for the transmission of weather data. Eventually, in 1934, Associated Press became the first major news agency to use the fax, calling it "Wirephoto."

A St. Paul, Minnesota radio station, KSTP, was the first to develop the idea of fax publishing in 1937, delivering a special-edition newspaper to homes. About 10,000 homes had fax machines in the late 1930s. Broadcast fax expanded to 40 different stations in the 1940's. Along with radio stations, major newspapers sent special editions such as the Chicago Tribune, the New York Times, and Miami Herald. The Miami Herald took fax publishing seriously, transmitting five editions and leasing to hotels in the area. This popularity diminished when World War II ended and television was introduced, but news agencies kept using fax machines. When the telephone networks became a transmission medium for fax machines in the 1960s, fax's popularity rose again.

### How it works

A fax machine works when a light source reflects off the original. The amount of light reflected back, according to the level of original density, produces a voltage level. Electrical signals are sent via the phone line. The receiving fax machine then translate the pulses and reproduces an exact copy of the original. The Consultative Committee for International Telephone and Telegraphy (CCITT) created a standard so that different fax machines can "talk" to each other. Each generation of fax machines is distinguished by groups. Group 1 transmitted a single page in six minutes; Group 2 was faster, at three minutes a page. Both groups were used in the 1970s. Group 3 was introduced in 1980 and was able to transmit, in less than a minute, at 200 dots per inch.

K02445551

Group 4, which is expected to come out this decade, relies solely on a digital network transmitting at even higher speed with higher resolution. This is possible providing that the transmission lines used are digital, not analog. Because analog lines will not become obsolete, the carrier will become responsible for the conversion from digital to analog when transmitting. Today, fax modems enable fax documents to be sent directly to and from computers.

### Fax On Demand

One example of fax as a reader service involves requests for information which advertisers use as a marketing tool for leads, or for reprints and/or back issues. Fax On Demand lets readers' choose what they want and when they want it. Readers use a touch-tone phone to call an 800 or 900 number and then request information by punching a code number, their credit card number, and their fax number. Depending on the number of pages, the material is faxed or mailed.

*Massachusetts Lawyer Weekly* is a national magazine, in conjunction with six state magazines that contains court opinions cases and their numbers. Customers can call and specify which one they want by using a six-digit account number, and have it mailed or faxed to them. Over a four-month period, 29% of the subscribers used this service. Another periodical, *Car & Driver*, offers information on road tests of certain vehicles. *Cruising World* maintains a database of owners who want to sell their boats; readers call to get more information using the voice/fax system. Fax On Demand is projected to generate $1 billion in sales in 1995.

### Broadcast fax

Once publishers saw how much revenue was created from Fax On Demand, some decided to regenerate broadcast fax. Broadcast fax involves sending multiple copies of a newsletter to subscribers, using a database. Leading publications send out an adaption of their existing titles, and some publishers are sending more in-depth information to small, specialized markets.

The readers pay the subscription rate, which is considered high, but they are willing to pay the price to receive up-to-date information quickly. Specialized publications with high turnaround time and/or that contain information that normally covered, are broadcast fax to customers. Service bureaus help cover the cost of starting up a fax publishing issue as well as maintaining it.

The *Los Angeles Times* sends a Moscow edition, "News Fax." The *New York Times* has four different editions, transmitted each evening at 10 p.m. to different audiences. For $1,600, Japanese business people can get a six-page English "TimesFax" focusing on business events and containing no advertisements. There is the Caribbean edition, and more recently a Hawaii edition, which are faxed to hotels in those areas targeting vacationers. Another group of vacationers who receive "TimesFax" is cruise ships passengers. About 26,000 people read it daily on 36 different ships. With its weekly turnover, about 1.5 million people see the New York "TimesFax." The vacationers' "TimesFax" has approximately eight pages and contains news, sports, weather, a crossword puzzle, and assorted advertisements. The subscription is paid for by the hotels and ship lines. During the Gulf War, the *New York Times* sent a newsletter to military personnel stationed over seas; the editorial focus was coverage of the war, with regional U.S. news and sports. The *New York Times* fax newsletter is successful, whereas the *Chicago Tribune*'s "TribFax" failed because it didn't use unique information that would have value to the readers.

The *Hartford Courant*'s fax is a one-page newsletter consisting of tomorrow's headlines along with business news and local news of Connecticut. That city, of about 1 million people, has no afternoon daily, so 2,000 subscribers who pay about $500 receive their faxes at 4:30 in the afternoon.

Specialty publications target readers with news that can't wait. For $1,197, for example, *Congress Daily* delivers detailed inside information about what happened in the Congress that newspapers would generally ignore.

### Service bureaus

There are startup costs to consider when going into or expanding into fax publishing. Startup cost can consist of additional phones and fax equipment, and administrative expenses such as billing, customer service, equipment troubleshooting and telecommunication technical support. Fax service bureaus can spare the publishing company these high startup costs.

Fax service bureaus started in the 1970s by leasing telephone lines and bringing in the fax equipment necessary to meet the volume demand to transmit all over the world. Some service bureaus survived when they began providing service to a particular field, such as the legal and medical professions. Today, Fax service bureaus can provide central data processing of subscribers' fax numbers, broadcast a newsletter once they receive the newsletter from the publisher electronically, or can put it in a store-and-forward to send it at a specific time, such as overnight. It also can maintain the database to archive articles.

Group 4 machines will not gain popularity rapidly, because phone lines are still analog, whereas Group 4 is digital-based. Printer makers have come out with a PostScript fax printer capable of sending better quality graphics and halftones. When using the fax option from the print box, it has the capability to send faxes either in PostScript or in Group 3 format. If the receiving fax machine is not PostScript compatible, it converts to Group 3. Fax publishers feel it doesn't affect their fax transmissions. There is the possibility that subscribers will buy their own PostScript fax printers, though.

### Fax today

There are 13 million fax machines and modems currently in use nationwide, with 30% of those in homes. People use fax because it offers accuracy, is faster and cheaper than mail or overnight services, and in some cases, is more convenient than a telephone. The downside is that the machines are vulnerable to breakdowns and

transmission interference. Different companies, such as those in engineering, manufacturing, and law enforcement use fax transmission heavily.

Publishing industries use fax to communicate between editorial offices and printing facilities located at different places. By using the fax, printing facilities can be more productive, especially when facing a tight deadline to clarify the proofs. Periodicals that have multiple regional printing plants transmit pages from a main plant to the regional plants simultaneously. This saves time as typesetting is done only once at the main plant. Some materials that are being published using fax include Business Week, Time, the Wall Street Journal, and The Christian Science Monitor.

Publishers use fax publishing as another market for distributing information to their customers. Fax is faster, providing a better way to serve demanding readers who want information quickly. It also is an additional source of income and exposure. With CCITT standard, fax is an international medium that doesn't deal with regulatory issues or customs. Publishers have the ability to send items that were time-sensitive, specialized information to isolated areas. The cost of using the fax is based on telephone usage. It does not charge by the number of pages sent, but by the time incurred on the phone and the location to which the fax is being sent. In a sense, it is cheaper than mail or overnight express.

### ELECTRONIC PUBLISHING

A commercial printer in Michigan "prints" automotive parts catalogs to CD-ROM. An industrial catalog firm distributes a 2,000-page catalog on disk—via its printing company. A computer manufacturer provides all technical documentation on CD-ROM. The traditional print version was converted and produced by its printer. A large printer in Chicago is now said to spend more on blank compact disks than on paper.

What's going on here? Printers are supposed to print on paper, not on digital media—or are they?

K02445553

Printers do more than print on paper. They convert and distribute information. Once you get that clearly in your head, you are ready to join the majority of innovative printing firms in the United States that are deriving revenue from digital products and services. And, by the way, they still provide print-on-paper products and services.

Most of what has happened came about because of the confluence of two technologies: the very-high-density read-only disk and the portable document formats that let you create documents that can be read but not changed. Put them together and you have a digital publication—one that requires a computer to "read" it.

*The problem and the solution*

Documents are not all produced with the same program. To read your memo created in Microsoft Word I would also have to have the same program (and probably the same revision level and the same fonts). This is all right if everyone uses Word, but that is not the case. Documents are created and/or produced with word processing, spreadsheet, database, graphics/illustration, and desktop publishing programs.

Certainly one could release the text as simple and standard ASCII code, which just about any program could import. But ASCII would not give you or me the type, graphics and page formatting. Users demand that content and form be preserved and distributed, with some common approach to viewing and accessing the document even if you do not have the originating program or the fonts or even the same computer platform.

The solution is a portable document format and a standardized viewer.

*The good, the bad, and the digital disaster*

The underlying concept of document portability is that of printing to a file. As an analogy, take a sheet of paper with text and graphics on it and fax it. The sending fax converts the page images to dots and the receiving fax prints them out. If you have a fax capability from your computer, a program takes the page image, converts it to dots, and

sends it to the receiving fax for printout. Now, save the last file we created—a representation of the page as dots—and instead of printing it to paper, put it on the screen.

But there is something missing. Like any fax image, there is no underlying "intelligence" for the text. You could not search through it because it does not know an "a" from a hole in the paper. And searching is something you want.

Most portable document programs save three things: a bit map of the page as it appears on the screen, the underlying ASCII text, and the font data. That makes portable documents like some of the portable TVs of the 1950s, when you had a unit that weighed hundreds of pounds but had a handle on the top. Even with compression, most portable documents are six to ten times bigger than the original file.

By having the text as ASCII, you have the ability to search for words and phrases. This is a major advantage over print. The material in a book or catalog is not information until you find what you want. Search and retrieval lets you find what you want Another advantage of ASCII is that you can cut and paste the text from the portable document to another program. You do not get the formatting, but you do get the words.

The bitmap capture of the screen provides the print image. Usually, this is saved at 300 dpi, and that is the best you can do for printout, no matter what resolution the printer claims. Lastly, the font data may be retained.

*Remote typesetting*

Adobe's Acrobat is somewhat different. It is based on PostScript, the page description language that has become the mainstay of printing and publishing. Acrobat saves a PostScript representation of the page. It can then output to any PostScript printer at whatever resolution the printer has. However, for the sake of efficiency, one version uses a font substitution approach based on Adobe Type Manager and Multiple Master fonts technology. You will get type that has the same width and height but not the same style as your original document.

K02445554

Another version will preserve the font data, but it increases the file size significantly. However, this latter approach provides the most important aspect of document portability—the ability to print out at any resolution.

This means that the receiver of the digital page could someday use a high-resolution color printer to print out pages as needed in a remote location. Pages could be created in one part of the world, stored electronically in another part of the world, and then sent to a printer that uses the data to make high-resolution films for printing in still another part of the world. Ads could be created at ad agencies and sent to publications. Even more, every person who accesses an on-line service could see or print that page from anywhere.

This idea is not a new one. The advent of low-cost, better quality printers could mean that, instead of printing one million pages on a press, one million presses print one page. End users will print out only what they want, whether it is the executive summary of a thick report, or the page of a technical problem that answers your question, or the legal citation that supports your position. All these examples are in current use.

### Compression and viewing

Given the large file sizes that result from any of these approaches, compression is an absolute necessity. Some programs automatically compress when the file is converted and then decompress when it is viewed. Some programs do not.

The viewer is an important issue. There are usually two parts to the program: the converter and the viewer. The converter, or whatever it may be called, converts pages from virtually any program that runs in the desktop world. The viewer is the program that lets you open the file on another machine, navigate through the document, search and retrieve, and so on. There are usually two approaches to viewers. Some programs insert a mini viewer with the document file, so it carries along its own ability to open; this is free. These mini viewers do not have a full set of tools and thus a more expansive version is available—at

a price—to provide them. In some cases, there is only one kind of viewer and it is only available for a price.

This is not to say that we are not in favor of pricing viewers. However, it is safe to say that the viewers that are most commonly and easily available will make their programs popular and prolific.

At present, every supplier of these programs has or shortly will have a converter and viewer that runs on Macintosh and also Windows. Some will also run on Unix.

### Too many standards . . . again

The reason that portable documents are so important is the lack of standardization in the creation and production of pages. Standardization will be imposed by establishing portable formats. Now there are four major companies with competing products. They are Adobe Acrobat, Farallon Replica, No Hands Common Ground, and WordPerfect Envoy. Soon there will be Microsoft. For the printing industry, Acrobat holds the most promise because of its ability to print to film or plate or digital press at any resolution.

### How printers work with portable documents

Portable documents begin with pages that were created or produced at the desktop; that is, with programs running on the Macintosh or PC under Windows. Printers routinely receive QuarkXPress documents, for example. They usually output the pages to film and print. They can now offer their clients additional services by converting the QuarkXPress files to a portable format and mastering and duplicating CD-ROMs. Clients can have any distribution approach they want.

|  | Search and Retrieval | Font Support | Viewer Approach | Multiple Platforms | File Creation |
| --- | --- | --- | --- | --- | --- |
| Adobe Acrobat | Excellent | Excellent | Good | Excellent | Very Good |
| Farallon Replica | Good | Poor | Good | Good | Good |
| Common Ground | Excellent | Good | Excellent | Excellent | Excellent |
| WordPerfect Envoy | Good | Good | Good | Good | Very Good |

K02445555

312   THE FUTURE OF DIGITAL PREPRESS

They call it "cross-platform compatibility," but it really is incompatibility—with different "platforms," or computer system types (Mac, DOS, DOS/Windows, Windows 95, Warp OS/2, and UNIX) trying to talk to one another.

A user of nationwide newspaper advertising and the Associated Press have developed something called AP AdSend. You create a newspaper ad on a Macintosh or PC and save it as a PostScript file, distill it into an Adobe Acrobat portable document file, fill out an on-screen delivery ticket specifying which newspapers are to run it and when, then transmit it in compressed form to the AP. They will transmit it directly to the designated paper or papers.

The ad is received by the newspaper's computer looking just the way you created it. They position it into their desktop file for the issue. No film. No overnight delivery service.

Adobe Acrobat, introduced in 1992 as a pioneer product in cross-platform document distribution, uses Adobe PostScript to create a common denominator usable by most major computer systems.



NEW MEDIA TECHNOLOGY   313

PostScript is device-independent and Acrobat is platform-independent—the document is readable and usable by any system that has a Reader program. In AP's case, Acrobat sends the images (color and black-and-white) *and* the type *and* the page layout —as a portable document. The fonts and the document travel in a bundle called a portable document format, or PDF.

This technology goes beyond the transmission of newspaper ads—it allows access to entire electronic archives of information. The browsing, searching, and reading possibilities are extensive. It is a giant step for document independence, where software creates a giant electronic manila envelope filled with just about anything from pages to sound to video. With cross-platform interoperability and sufficient bandwidth for video/audio/text transmission, an advertiser will be able to send ads and commercials directly to publications, broadcast media, or even directly to on-line service subscribers. Ads will appear both in print and in electronic form.

THE INTERNET

It is made up of more than 15,000 connected networks, has more than 3 million connected computers, and has users numbering about 20 million. It is the Internet.

Started in 1969, the ARPANET was the first distributed packet-switched computer network. In 1977, the ARPANET became one of the Internet's backbone networks, and the protocol research done on the ARPANET was very influential in the development of the TCP/IP protocols currently in use on the Internet. ARPANET's technology became obsolete, however, and it was retired in 1990.

The Internet, which is the world's largest computer network, has been doubling in size (number of hosts and networks) every year since 1988. Once the exclusive domain of research and education groups, the Internet is now gaining stature with business users.

The Internet is "owned" by approximately 20,000 organizations worldwide, from large corporations to military services and government agencies. The U.S. government was very influential in the development of the Internet, but currently owns or funds only a small fraction of it.

K02445556

Most of the Internet is actually privately owned and consists of local area networks inside companies. In fact, commercial connections are now growing faster than educational ones. Most wide area Internet connectivity providers are privately owned and operated and will carry any traffic users pay for. Some parts of the Internet (including the fastest parts) restrict use to research or education, but restrictions are getting few and far between.

Because the Internet had its roots in the open and information-sharing world of academia, security has typically taken a back seat. However, this is an area of concern for many business users sending mail over the network.

Password protection is the common security measure on the network today. You can also set up other defenses, including prohibiting incoming network connections, limiting incoming connections to specific services, or prohibiting incoming connections for certain hosts or networks for each service.

With the low cost of connection—often a flat monthly fee for leased line or dial-up access—business users have access to commercial and noncommercial services in the United States and 60 other countries. Electronic mail is the most popular application on the network. While on some networks an e-mail message may take hours or days to reach its destination, on the Internet it usually takes seconds to minutes. Internet mail protocols handle queue congestion and flow control automatically, as messages are divided into packets and shipped via many different routes only to come together at their destination.

An Internet message can encapsulate image, sound, video, and portable document files, as well as character sets for foreign languages such as German or Japanese. The addressee needs no special software to receive the message, although some parts of the message can't be interpreted without special software. Through Internet's e-mail, companies can exchange information with other organizations, salespeople, customers, and so on with the immediacy needed to conduct day-to-day business. And they can do so on a global basis, usually at a cheaper cost than most other e-mail offerings.

Costs came down because Internet services are carried over the Transmission Control Protocol/Internet Protocol (TCP/IP), which multiplexes mail messages (and other services) across common links. This maximizes bandwidth use, minimizing cost and allowing continuous connection.

Business users are not confined to one-on-one communications, however; group information exchange happens through the Internet's slew of mailing lists and newsgroups. Mailing lists enable a user to send a single mail message to a mail alias. Software then automatically sends the message to everyone on the list.

The Internet is the biggest carrier of USENET newsgroups. Members of newsgroups receive messages and news articles according to their specific group's profile.

With mailing lists and newsgroups, not only do customers have the option of getting information (such as problem or benefit reports) directly from individual customers, but firms can also sponsor customer mailing lists or newsgroups.

Businesses may find it useful to join mailing lists to stay on top of general issues affecting their industries. For instance, there are lists associated with topics such as technology transfer, Japanese business studies, and the oil and gas industry. (this latter includes a daily posting of oil prices companies may need to make investment decisions.)

The newsgroup approach is more efficient than mailing lists and can support more participants. The reason is that whereas a copy of a mail message is sent to each list subscriber, newsgroup messages are sent to each machine that subscribes to the newsgroup. A large number of people in a newsgroup can read the message or news article.

There are newsgroups specific to computer operating systems or programs, other groups that distribute software, and still others that discuss specific products. Help wanted newsgroups are among the most popular. For a fee, services enable users to pick and choose among traditional wire service news, sports, features, syndicated columns, business news, newsletters, and other packages.

Because the Internet is attached to the global labyrinth of networks that includes E-World, CompuServe, America

On-line, MCI Mail, and others, users and businesses sending mail have the potential to reach almost 100 million people. Internet mail, combined with interactive protocols such as TELNET and File Transfer Protocol (FTP), allow collaborative work electronically. FTP and TELNET make resources on one machine available across the net to other machines.

FTP enables users to connect to other computers and list the files in a directory, print them, and copy files back and forth. The TELNET protocol connects users to a remote machine and lets them log on as if they were on a directly connected system. The use of the Internet to collaborate on producing a publication, document, or report saves time, eliminates express mail, cuts manual transcription steps, and reduces the need to pass disks around.

Vendors are also getting in on the act, cutting down on distribution costs by placing software on the Internet. Apple has made its System 7 operating system, as well as early versions of its MacOS, available for free by anonymous FTP from apple.com.

The Internet is not about free software or mail stuff or supercomputers or any individual service it offers. The bottom line is that the Internet supports the largest and most directly connected community in the world. It might be to your advantage to become a part of that community.

There are many resources and search services to help users with index and search services available on the Internet.

• *Archie:* A service that indexes thousands of anonymous FTP servers worldwide—about 150 gigabytes of information. Basically, you ask Archie to locate a program or other package by name, and it responds with a list of all the hosts that have it, which directory and file it is in on each host, and when it was last updated.

• *Wide-Area Information Servers (WAIS):* WAIS can index any piece of text and report to you passages that match key words. It lets you search for information in databases located on servers. Users have access to the Bible, current weather forecasts, documents about the Internet, and so on. Users can try a WAIS terminal interface by remotely logging on to quake.think.com. Use the username "WAIS,"

• *Gopher:* Gopher helps you find the right menu and keep track of the various servers and information sources. Gopher ties all these items together in a worldwide distributed menu system.

Archie, certain libraries, and many WAIS servers are available through Gopher, as are text files and software packages. You can get an idea of how Gopher works by logging on to one of the public Gopher sites.

Many companies have extensive research needs, whether it's intelligence gathering on competitors, research to help create a new product, or finding out the latest on privacy laws. The Internet lets employees check the Library of Congress, search for relevant book titles, and even retrieve information directly, all without getting out of their chairs. The Internet's various indexing and search aids can help locate these resources.

WAIS lets users search hundreds of databases located on servers. Users can access information on the sciences, recipes, zip codes, book reviews, and lots more.

At least two projects are in the works for putting books on the Internet for free: the On-line Book Initiative and Project Gutenberg. Because of copyright concerns, these services will concentrate on books whose copyrights have expired. Also available will be standard reference books and Internet material.

## CD-ROM

After almost a decade, CD-ROM technology is now a standard component for desktop computers. Just as CD-ROM is becoming a mainstay, it is also nearing the end of its useful life, as a new generation of devices emerges to replace it. The ROM in CD-ROM, which stands for read-only memory, is ideal for large amounts of information that does not change. Newer CD drives and disks will be written repeatedly like high-capacity diskettes and will bring great possibilities as backup devices, as well as multimedia and other publication distribution products.

Someday there will be no difference between CD-ROM and audio CD formats, which are largely incompatible today. This upcoming enhanced CD standard will lead to

K02445558

lower prices and software; audio, text, and video will be tightly integrated, permitting interactive music video disks. Most cd-rom drives in use today are double-speed, or 2X, drives that spin at twice the rate of the first generation, and thus send data to the computer more quickly, improving video and sound performance. Triple speed or 3X will soon be eclipsed by quad speed or 4X drives.

Most computers ship with quad-speed drives, and manufacturers have already stopped making double-speed drives. The next leap in storage capacity will allow CD-ROM drives to store 3.3 gigabytes of information on a single disk. Even with the best data compression, the current CD-ROM disks can hold only about an hour of video, but at 3.3 Gb, a feature film could be stored on a single high-density CD-ROM disk. As 3.3 Gb disks become widespread, new technologies may replace quad-speed drives with something even faster. The combination of higher-speed drives and higher-capacity disks opens the possibility of laser-quality movies on a single disk, which in turn could kill off VHS tapes.

CD-ROM itself could be displaced by advances in broadband networks and alternative storage technologies. Software, including video and audio, will be transmitted over networks, whether the network belongs to the phone company, the cable TV company, or the satellite company. The issue is bandwidth, or capacity of the data pipeline, and transmission time. It can take hours to download video on a 14.4-kilobit-per-second telephone line. Until the rest of the information superhighway catches up, we need storage capacity. That storage may or may not be on CD-ROM. Even in quad-speed drives, a hard disk is 100 times faster than CD-ROM, and RAM is 1,000 times faster. CD-ROM software developers are becoming adept at copying parts of their programs into computer memory. We could have three gigabytes of RAM in personal computers, and gigabyte hard disks are already common. Some sort of hybrid system involving the static storage of data on CD-ROM linked to the immediacy of an on-line service, could be an intermediate approach.

leading to new approaches to information presentation and dissemination.

## MULTIMEDIA

*Multimedia* is the computer integration of different forms of communication media for the presentation and dissemination of information and knowledge, for education, entertainment, simulation, and promotion.

The following societal and technological trends are leading to new approaches to information presentation and dissemination:

- The merger of telephone, television, and computer technology
- The advent of hundreds of channels of cable television
- The growth of distance learning
- The application of computers in teaching and learning
- The development of electronic publishing products, such as electronic catalogs, directories, and references
- The dissemination of information in print and nonprint
- The development of data highways, which will link academic, commercial, and governmental information users.

Each of these areas increases the access of human beings to increasingly larger bases of information and knowledge. To utilize this information and knowledge more effectively, it will have to be organized and presented in new forms that take advantage of the increased capabilities of the technology. These capabilities will have to be applied by a new breed of information developer, who will apply conceptual, aesthetic, technical, and integrative competencies to organize and design information for presentation.

### Presentation

Multimedia can be used to present information in new and more interesting ways. It integrates color, graphics, video clips, animation, type, and sound. It provides new tools for conveying ideas or for making points. It appeals to multiple senses.

K02445559

## Simulation

Multimedia can be used to simulate control panels, gauges, and visual displays so that users can be trained in certain operational procedures before approaching an actual system. You can learn principles and concepts.

## Promotion

Multimedia can bring products "alive" and allow potential buyers to learn more about them through sound and video. More importantly, potential buyers can interact with the program to get the information they want.

## Education

Multimedia can be designed to be interactive and thus work with the user in the process of discovery. The program can help navigate through the information in some logical fashion while appealing to both sight and sound.

## Entertainment

Multimedia is "mtv publishing" for some, in that it can be flashy, superficial, and confusing. But it can also be games, and some games, can actually be educational.

Multimedia is only the how—it is not the why. It is a technology that provides tools for information delivery, but there must also be a reliance on content.

## Technical

Multimedia brings together a number of approaches to communication; it is the confluence of these five areas of technology that influence human communication, organized to present information:

• Audio
• Color
• Computer interactivity
• Photo (image)
• Text (type)
• Video.

## Instructional

Multimedia will play an important role in education and must integrate the following philosophical and theoretical areas:

• Communication theory
• Instructional technology
• Learning theory.

The multimedia designer is a new breed of communications professional. He or she creates and/or produces communications media (still, motion, audio, graphic, and text images) in a computer-based environment for use in a presentation or interactive mode.

The multimedia designer is characterized by the following competencies:

• Designs programs
• Produces media elements
• Authors programs
• Implements and utilizes programs
• Conducts evaluations
• Configures and operates systems
• Utilizes networks
• Communicates effectively
• Has related knowledge of computers.

Multimedia is just another way of presenting and distributing information. Its major attribute is interactivity—the ability of someone to search and retrieve, start and stop, and jump from point to point at any pace. The animation, graphics, color, sound, video, and more are just the elements that are organized to present information in some professional, interesting, and meaningful way.

K02445560

# EPILOG



Everything in this book is a part of the future. Digital prepress is a major component of the printing company of the future. Maybe the word "printing" will be in dispute and we will have to call these firms "information converters" or "information factories."

They will still use printing presses, but the steps from the document file to the press will be cut from today's manufacturing operations. Postpress technology will allow manufacturing and personalization. The traditional ink jet addressing and personalization. The traditional print will be supplemented with digital printing—on demand in longer and longer short runs of custom-made products. Files will be stored for reuse and "repurposed" into other products.

This company will record disks in short and long runs, publish by fax, and prepare pages for the great information superhighway. In other words, no matter how information will be converted or distributed, this innovative

273

## 324 POCKET GUIDE TO DIGITAL PREPRESS

organization will be the enabler—the facilitator of information dissemination in the 21st century.

Digital prepress means putting pages and documents together in electronic form in such a way that they can be reused, rerun, and repurposed into new and different products.

The printers of the future will still print, but that will be only a part of what they do. They will be the information integrators who make knowledge accessible to the masses as well as to the elite, to those with the tools of technology that access data electronically as well as to those who still require the democracy of print.

They will be the pioneers who will put libraries at our fingertips and the knowledge of the ages within our grasp. They will produce books and magazines and all the other products we know and use, but they will make them available in other forms as well.

Like Gutenberg before them, they will be the revolutionaries who change the way things are to the world that will be. We may not like all of it. We may yearn for another time and the comfort of the printed page. But we will make that decision. We will choose. They will not force society to change from paper to pixels. They will only present us with alternatives.

You didn't know that your use of digital prepress would change the world, did you?



# GLOSSARY

*ASCII:* A file encoded in the industry-standard representation for text. ASCII (acronym for American Standard Code for Information Interchange; pronounced "ask-e") An ASCII file contains only plain text and basic text-formatting characters such as spaces and carriage returns; it does not contain graphics or special character formatting. The ASCII character set of a microcomputer usually includes 256 characters or control codes. For example, the letter "A" is stored as ASCII 65, "B" as 66, "a" as 97, "b" as 98, etc. Some ASCII "characters" do not display as characters on the screen, but instead control the display in other ways. ASCII 8 is the backspace, 10 is the line feed, 13 is the carriage return, and 27 is escape. Other ASCII characters, consisting of letters from non-English alphabets and graphic symbols, fall in the range from ASCII 128 to 255. These "upper ASCII" characters will not always display or print in consistent ways. The most consistent ASCII characters are those that can be seen on the keyboard; they fall in the range from ASCII 32 to 127 and are called "plain ASCII." A "plain ASCII" can be read by just about any program.

*Bitmap:* A computerized image made up of dots. Images are "mapped" directly from corresponding bits in memory (hence the name). Also referred to as paint format.

*Byte:* The number of bits used to represent a character. For personal computers, a byte is usually eight bits.

*Capstan design:* A film/paper transport mechanism used in most imagesetters. Photographic paper or film is "pulled" off a roll.

*CCD:* Charge-couple-device. Common element in scanners. Measures light reflected off or transmitted from the original.

*CD-ROM* is an acronym for Compact Disk-Read-Only Memory.

K02445562

*Character generation:* The production of typographic images using font master data. Generated to screens or output devices.

*Color separation:* The process of separating a color image into a series of single-color (cyan, yellow, magenta, and black) images that will be used as negatives. Printed on top of one another, the color separations create a full-color ( or "process") image. Color separation was initially done by photographing the image three times through different color filters. However, electro-optical methods using lasers and CCDs are now employed.

*CMYK:* A method of representing color based on the standard printing ink colors of cyan, yellow, magenta, and black. Scanners and video monitors deal in RGB.

*Compact Disk–Read-Only Memory (CD-ROM):* A laser-mastered 4.72" polycarbonate disk capable of storing approximately 600 megabytes of information. The information can consist of audio, visual, and alphanumeric (textual) files interspersed on the disk. A CD-ROM drive uses the CD format as a computer storage medium. One compact disk can store 550 Mb to more than 1 Gb of data on a disk about the size of a traditional 5-inch floppy disk.

*Compression:* The shrinking or flattening of computer files so that the same information is stored in less memory. On CD-ROM, image files are routinely compressed, and text files can be compressed if necessary. Compression and decompression schemes are mathematical.

*Digitizer:* A computer peripheral device that converts an analog signal (images or sound) into a digital signal. With an image, the digitizer sends position information to the computer, either on command from the user (point digitizing) or at regular intervals (continuous digitizing). Digitizers are available in various sizes, ranging from tabletop models (digitizer pads) to large stand-alone units.

*Dingbats:* Typographical ornaments such as bullets, arrows, and check marks, usually used for design emphasis within text.

*Display file:* The text as it appears on the screen or in printout, with field tags and file markers invisible. Hypertext links are visible, because they are used to "jump" between related sections of the text.

*Dithering:* A technique for alternating the values of adjacent dots or pixels to create the effect of intermediate values. In printing color images or displaying color on a computer screen, dithering refers to the technique of making different colors of adjacent dots or pixels give the illusion of a third color; for example, a printed field of alternating cyan and yellow dots appears to be green. Dithering can give the effect of shades of gray on a black-and-white display or the effect of more colors on a color display.

*Dots per inch (dpi):* A measure of the resolution of a screen image or printed page. Dots are also known as pixels. The Macintosh screen displays 72 dpi, the LaserWriter printer prints 300 dpi, and a photo imagesetter can print 2,540 dpi or more.

*Draw program:* A type of graphics program that creates images using vectors (line and curve segments) rather than a mass of individual dots. See Paint program.

*Dynamic range:* A scanner's ability to capture an image's gradations from the lightest highlight to the darkest shadow.

*EPSF (Encapsulated PostScript File):* An alternative picture file format supported by Adobe Systems and third-party developers. It allows PostScript data to be stored and edited and is easy to transfer between Macintosh, MS-DOS and other systems. Will output only to PostScript devices, not to a display screen. Also referred to as EPS files.

K02445563

*Erasable optical disk:* (Also called rewritable optical disk). Optical disk that can be rewritten a large number of times at the user's workstation.

*Flatbed scanner:* A device that works in a manner similar to a photocopy machine; the original art is positioned face down on a glass plate. This design can accommodate thick objects such as books, and allows for exact alignment of the original page. The scanner enables you to import graphics and images into a variety of software programs. With sheet-fed scanners, the original is fed directly through rollers—a faster process for multiple pages.

*Font:* A complete set of characters and symbols in one typographic design.

*Grid pattern:* The shape of halftone screen dots. Some common shapes are linear, elliptical, and round. Different shapes cause different effects in the final output. Adobe Photoshop allows you to specify a diamond dot, which is supported on some of the newer imagesetters. Contact your vendor to find out whether your imagesetter supports the diamond dot function.

*Halftone:* Because laser printers and printing presses cannot produce gray, the reproduction of a continuous tone image, such as a photograph, is processed through a screen that converts the image into dots of various sizes to provide the illusion of gray.

*Hit:* A matching of a search request.

*HSV:* Abbreviation for hue, saturation, and value—a color model used in some graphics programs. HSV must be translated to another model for color printing or for forming screen colors.

*Hypertext:* Direct searching based on term occurrences in the text; the retrieval system will find other text units containing the same term(s). A second form is based on hyper-

text links that have been inserted in the text. These links can draw the user's attention to related sections even if the sections do not share the same terms and would not be found on the basis of term occurrences.

*Imagesetter:* An output device, usually high-resolution, that produces pages of text, graphics, and images on paper or film, using electrostatic or photographic techniques.

*Jaggies:* A colloquial term for the jagged edges formed on raster-scan displays when displaying diagonal lines.

*Kerning:* In typesetting, the process of subtracting space between specific pairs of characters so that the overall letterspacing appears to be even.

*Lands:* The reflective portions of a CD-ROM track, opposite of pits.

*Light value imaging:* A process in which red, green, and blue halogen beams image photo film.

*Local Area Network (LAN):* Interconnected computers that can share programs and data files as well as the use of peripheral devices such as printers or CD-ROM drives. Each microcomputer connected to a LAN will typically require a network circuit board and software. A LAN allows many computers to access the same information files.

*Mark-up:* The procedure of inserting file markers, field tags, and/or hypertext links in the text. Mark-up can be based on a standard markup language, such as the Automated Composition System of the Government Printing Office or the Standard Generalized Markup Language (SGML). A useful markup language can also be unique to one organization or even to one file. The particular file marker and field tags used with a file are declared when in setting up a text indexer. Hypertext links do not have to be declared, because they are automatically indexed as searchable terms.

K02445564

*Mask:* A technique used in graphics programs that makes use of an opaque image to block out an area of an illustration.

*Mastering:* Etching the original CD-ROM disk using information from the premastering data.

*Megabyte* (MB): A unit of measurement equal to 1024 kilobytes, or 1,048,576 bytes.

*Moiré:* An undesirable effect that results when halftone screen patterns become visible. This pattern is often caused by misaligned screens.

*Object-oriented:* An approach in drawing and layout programs that treats graphics as line and arc segments rather than individual dots.

*OCR:* Acronym for optical character reader, a device that allows a computer to read printed information.

*Offloading:* Relieving the intensive amount of data processing associated with a specific application (e.g., graphics) from the CPU, by performing those calculations in a dedicated or specialized processor.

*Output resolution:* The dots per inch (dpi) of the output device (high-end imagesetters can support various resolutions). The higher the screen frequency, the higher is the output resolution required to maintain 256 shades of gray.

*Page buffering:* The ability to spool an entire image to disk and print in a continuous motion.

*Paint program:* A type of graphics program that treats images as a collection of individual dots or picture elements (pixels) rather than as a collection of shapes (or objects). See Draw program.

*Palette:* The collection of colors or shades available to a graphics system or program.

*PICT:* A standard data format in which most Macintosh illustrations are encoded. PICT data can be created, displayed on the screen, and printed by routines incorporated in the Macintosh system, so a program need contain no graphics-processing routines in order to incorporate PICT data generated by other software.

*Pits:* Laser-etched holes in the CD-ROM tract that do not reflect light. Opposite of lands.

*Pixel:* Stands for picture element; the smallest dot you can draw on the screen. A pixel is also a location in video memory that corresponds to a point on the graphics screen when the viewing window includes that location. In a monochrome display, each pixel can be either black or white, so it can be represented by a bit; thus, the display is said to be a bit map. In color or grayscale displays, several bits in RAM may represent the image. In a high-resolution display, each pixel is represented by either two or four bits. Thus, the display is a pixel map instead of a bit map.

*PostScript:* A computer language created by Adobe Systems. PostScript allows a programmer to create complex pages using a series of commands. Text and graphics can be controlled with mathematical precision.

*PostScript-compatible:* Any software program that translates statements written in the PostScript page description language. Sometimes called a "PostScript clone."

*Premastering:* Creating a recorded file that contains the exact "image" or file layout of a CD-ROM, with error correction and timing information, ready for mastering.

*Proximity searching:* Finding search terms that occur within a specified number of words in the text. Proximity searching is not as stringent as phrase searching, which requires

## 332   POCKET GUIDE TO DIGITAL PREPRESS

that the terms occur in the text exactly as entered for the search.

*Raster image processor (RIP):* A device or program that translates the instructions for a page in a page description or graphics output language to the actual pattern of dots (bit map) supplied to a printing or display system.

*Repeatability:* The ability to keep photo film and the images thereon in proper register.

*Record:* In a database, one complete entry consisting of one or more fields of data.

*Resolution:* The degree of clarity of a display or printer image. Resolution is usually specified in dots per inch (dpi). The higher the resolution, or the greater the number of dpi, the sharper the image. For film recorders, resolution usually refers to the number of lines that make up the entire screen on a display or on film. The resolution of film recorders ranges from the low PC standard (200 lines for CGA to 350 lines for EGA) up to 10,000 lines.

*Retrofit:* Backward integration of advanced capability into a device or program that was not originally intended for that purpose.

*RGB:* Abbreviation for red-green-blue; a method of displaying color video by transmitting the three primary colors as three separate signals. There are two ways of using RGB with computers: TTL RGB, which allows the color signals to take on only a few discrete values; and analog RGB, which allows the color signals to take on any values between their upper and lower limits, for a wide range of colors. Also, RGB refers to a method of specifying color by its component proportions of red, green, and blue.

*Rosette:* The pattern created when all four CMYK color halftone screens are printed at traditional angles, shown to

## GLOSSARY   333

produce the best results in printed color output. The rosette pattern is noticeable only under magnification.

*Scanner:* Any graphic input device that converts printed matter into bit (digital) data; also a device that reads an optical image such as a photograph and creates an electronic rendition for storage or imaging onto a printing plate.

*Scanning:* Converting an image to a digital file that can be stored, retrieved, displayed, and printed by a computer. The process is also known as "digitizing" and the digital file is also known as a "bitmapped image."

*Screen angle:* The angle at which a screen is rotated for printing. The angle affects the way the halftone dots are laid down on each separation film. If the dots do not align correctly, moiré patterns appear when the films are placed on top of one another.

*Screen frequency:* The number of halftone cells per unit of measurement in a screen; the higher the frequency, the finer the screen. A screen of 30 lines per inch is made up of dots that are one-third the size of the dots in a screen of 10 lines per inch.

*SCSI:* Abbreviation for Small Computer System Interface. SCSI is an industry-standard interface between computers and peripheral device controllers, used by the Macintosh as well as other computers. SCSI interfaces provide high-speed access to peripheral devices.

*Segmented file:* A record in a record-oriented database is often stored in as many segmented files as there are fields. For example, if a record consists of company information, the company name, street address, city, zip code, officers, products, and many other fields may be stored in segmented files and keyed to each other by the record number. This file structure allows more flexible searching and output, but requires more time to prepare and verify.

*Slide scanner:* A scanner that can only utilize transmission or transparent images, as opposed to reflective or opaque images.

*Spooler:* A utility that manages printers on a network. It intercepts print files until the printer is ready to print them.

*Standard Generalized Markup Language (SGML):* A language for marking text for typesetting and disk publishing to allow sophisticated searching. SGML enables the publisher to mark text just once for multiple uses.

*Stopwords:* Words that are common in a full-text file but have little value in searching. Words in a stopword file will be excluded from the indexes, considerably reducing the size of the indexes and improving search performance.

*Tag Image File Format (TIFF):* A file format for graphics developed by Aldus, Adobe, and Apple that is particularly suited for representing scanned images and other large bitmaps. The original TIFF saved only black-and-white images in uncompressed forms. Newer versions support color and compression. TIFF is a neutral format designed for compatibility with both Macintosh and MS-DOS applications.

*Tape backup:* File storage and transfer medium. Both nine-track tape and smaller format tape cartridges are commonly used. Tape backup is used for protecting and transferring files, because tape has a high density of data storage.

*Thermal dye sublimation:* Like thermal transfer, except that pigments are vaporized and float to desired proofing stock. These inks are highly translucent and produce very high quality. Also called thermal dye diffusion transfer, or D2T2.

*Thermal printers:* operate by placing a "transfer" sheet that carries ink in contact with the paper or transparency. A heated printhead then touches the transfer sheet to transfer

images to the right points on the page. Used for comps and dummies.

*Tolerance:* The distance registration marks are off.

*Wildcard:* A search term that ends with a "?" or some other symbol. The characters preceding the symbol are often a stem or truncation that can have multiple endings. All terms beginning with that stem will be found in the same search.

*Write-Once Read-Many (WORM):* An optical disk on which the publisher or user can write files directly, without mastering, but which cannot be erased or rewritten.

*WYSIWYG:* Pronounced "wizzy-wig," stands for "What You See Is What You Get," an expression characterizing page processing and typesetting programs or systems that show on screen what you will get as the output from a printer or imagesetter, complete with correct line breaks, pagination, and other formatting, as well as graphics, images, and color.

K02445567



# SOURCES

Michael H. Bruno, "Printing in a Digital World," GAMA, Salem, NH, April, 1995.

Robin McAllister, "Trapping," QuarkXPress Users International, April, 1995.

Professor Frank Cost, RIT School of Printing Management & Sciences, Seminar and class materials.

Selected course materials from the RIT Technical & Education Center of the Graphic Arts.

David Cohn, Senior Technical Staff, RIT Technical & Education Center of the Graphic Arts.

Professor William Fisher, School of Photographic Arts and Sciences technical paper on trapping.

Jack Klasnic, international authority on reprographics.

Michael Mell, interactive training program on stochastic printing.

Some of the material in this book has appeared in *American Printer, Color Publishing, or Electronic Publishing* magazines.



# Pocket Guide to Digital Prepress

Available directly from your local bookseller or Delmar Publishers



For more information, contact Delmar Publishers

*By mail:*
3 Columbia Circle
Box 150015
Albany, NY 12212-5015

*By Telephone*
(518) 464-3500
(800) 347-7707

*By Fax*
(518) 464-0301

*Via Internet*
http://www.delmar.com/delmar.html

K02445568