# EXHIBIT H

# User's Guide to Forms Merge

**March 3, 1988**

# User's Guide to Forms Merge

General Description .............................. 1

**Terminology** ................................... 1
The Primary Documents ........................ 1
The Secondary Document ...................... 1
imPRESS ...................................... 1
PrinterLeaf ................................... 1

**The KEEPS Interface** ......................... 1
How to Start the Forms-Merge Package ........... 1
Selection of the Primary Documents ............. 1
Selection of the Secondary Document ............ 1
Editing the Property Window .................... 1
Defining Forms Merge Options ................... 2
Setting the Print Options ...................... 3
Temporary Files ............................... 3
Merge Results Notification (Mail) ............... 3

**Forms Merge Syntax** .......................... 3
The Primary Document .......................... 3
Literal Substitutions .......................... 3
Substitution Within Text Components ............ 4
Text Following Substitutions ................... 5
Multi-line Substitutions ....................... 5
Adjustable Multi-line Substitutions ............ 5
Substitutions In Footers (Page Numbers) ......... 5
Sticky Substitutions .......................... 6
Multiple Attributes for a Substitution Field .... 6
Substitution Within Frames ..................... 6
Printing '$' signs ............................ 6
Fonts for Substituted Text ..................... 7
The Secondary Document ........................ 7

**The UNIX Interface** ........................... 8

**Fonts** ........................................ 9

**Required Functions** ........................... 9
Font Index Generator (fig) ..................... 9
imPRESS Form Interpreter (rig) ................. 9
Merged imPRESS Generator (mig) ................ 10

**Assumptions and Limitations** .................. 10
Incompatable Formats With Mail-Merge ........... 10
Primary Document Names ........................ 10
Hard Disk Requirement -- 1392 only ............. 10

Limited Recomposition After Substitution . . . . . . . . . . . .     10
Text Substitution Only . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     11
Error Handling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     11

**Performance Considerations** . . . . . . . . . . . . . . . . . . . . . . .     **11**
Startup Time and Runtime Throughput . . . . . . . . . . . . . .     11

**Appendices** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     **13**
Letter Primary Sample
Invoice Primary Sample
Secondary Sample
Invoice Merged Result
Letter Merged Results

**Gotchas, Golden Nuggets, and Other Goodies** . . . . . .     **27**

# Forms Merge Specification

## *Generating Merged imPRESS*

John DeHority, Kevin Delong, Eric Farnung, and Donna Kroos

## General Description

The forms–merge package is a set of programs that allow you to merge fixed primary documents with many records of a secondary document. The secondary document tells the forms merge package into which primary document its data should be merged.

Only systems that have had the forms–merge optional software installed will see the menu choice to run this package. Installation of the forms–merge package is dependent upon the existence of a 1392 printer on the system.

## Terminology

### The Primary Documents

The primary documents are the forms which contain designated fields to be filled in with variable data from another file. There can be several primary documents or a file containing a list of primary document names.

### The Secondary Document

The secondary document is the data file containing multiple instances of the variable data required to fill in the designated fields of the primary document. For example: names and addresses for a form to be mailed.

### imPRESS

imPRESS is a page description language (PDL) created by Imagen Corporation and used to communicate page images to a printer.

### PrinterLeaf

PrinterLeaf is an intermediate level page description language, generated as output from the Interleaf OPS Composition software.

## The KEEPS Interface

### How to Start the Forms–Merge Package

The forms merge package appears as a menu choice under the composition icon. To use the forms merge package, select the composition icon, hold the middle mouse button down and move to the **Forms–merge** menu choice.

### Selection of the Primary Documents

Once you have chosen the **Forms–merge** option from the main menu, you will see a screen showing the icons of your home directory. Select documents from among these icons to be your primary documents for the merge. Your selections should be either composition or PrinterLeaf documents. For each composition document you select, the forms–merge software will create a PrinterLeaf document. (Printerleaf documents are not re–created if they already exist). Since creation of PrinterLeaf documents is time consuming, we recommend that you save primary documents in their PrinterLeaf form if you have the disk space for them. One selection can be a plain ascii file containing full paths to primary documents. This file must end in a ".fm" file extension. For example, *primaries.fm* is a valid name for a file containing primary document names.

### Selection of the Secondary Document

Once you have chosen primary documents from your desktop, you will again see a screen showing the icons of your home directory. Select one document to be your secondary document from among the icons shown. The secondary document should be a plain ascii file.

### Editing the Property Window

Once you have chosen both the primary and secondary documents, a property window will appear on your screen. This forms merge property window allows you to set various options for the documents you are about to merge. The property window will only appear once; it does

not appear for each primary document selected.

## Defining Forms Merge Options

The **primary document** field of the property
window displays the name of the primary docu-
ment that you selected. If you selected more
than one primary document, the first one (in
alphabetical order) will be the one displayed
and there will be three dots following the docu-
ment name indicating that there are more than
one primary documents being used. You could
have selected a plain ascii file containing a list
of paths to primary document names. If you did
so, this file name will be the one displayed.
Again, there could be three dots following the
name if you selected more than one primary
document name.

The **secondary document** field of the property
window displays the name of the secondary
document that you selected.

The **send mail** field of the property window
allows you to decide when you would like to be
notified about the results of the merge. This
field defaults to *always,* meaning that you will
receive mail each time the forms–merge pro-
gram is run. You can choose *on error,* meaning
that you will receive mail only when there is an
error running forms–merge.

The **optimize for** field of the property window
allows you to decide how to optimize the crea-
tion of PrinterLeaf documents from composition
documents. If you decide to optimize for time,
all PrinterLeaf documents will be created with
one invocation of the Interleaf Composition
Software package. By invoking the Composition
software only once, we save the thirty second

per document overhead of starting it for each
composition document. However, all of the
PrinterLeaf documents will exist on the disk at
the same time. A PrinterLeaf document contain-
ing a full–page scanned image contains about
one megabyte of information. If you decide to
optimize for space, the Interleaf Composition
Software is started in turn for each of the pri-
mary documents needing a PrinterLeaf docu-
ment. This is slow, but only one PrinterLeaf
document at a time exists on the disk. This field
defaults to optimize for *time*.

The **use forms flash field** of the property win-
dow tells the forms–merge package to use the
forms flash feature of the 1392 RIP if it can.
This option of the RIP allows the forms–merge
package to flash already composed pages from
the RIP hardware. Therefore, the merge is
much faster. Also, the package has to send no
redundant page data. This option defaults to
*yes*.

The **use two up booklets field** of the property
window tells the forms–merge package to create
documents in the two–up format. This means
that pages are re–arranged before being sent to
the printer. You cannot create two–up booklets
along with "normal" documents within the same
merge. In other words, within the same merge,
all primary documents must be either two–up or
"normal." (This does *not* imply that you can-
not mix orientations of primary documents. You
can have primary documents in a portrait orien-
tation along with other primary documents in a
landscape orientation). The use two up booklets
field defaults to *no*.

The **printer name** field of the property window
tells the forms–merge package which printer to
send the merged documents to for printing. The

| FORMS MERGE OPTIONS MENU | | | |
|---|---|---|---|
| primary document | primary_document | | |
| secondary document | secondary_document_name | | |
| send mail | always | on error | |
| optimize for | time | space | |
| use forms flash | yes | | |
| use two up booklets | no | | |
| printer name | 1392 | delux | delux2 |
| page block size | 200 | | |
| beginning page block | 1 | | |
| ending page block | end | | |

printers shown are all the 1392 printers currently installed on the system.

The **page block size** field of the property window tells the forms–merge package how many pages of merged output to create and send to the printer at one time. There can be less than one full block of pages created per merge; there can be many. This blocking of pages allows the forms–merge package to drive the 1392 printer at full speed. If a one page document is sent to the printer, the printer will do eleven skip frames as it starts up and shuts down for that document. If the forms–merge output is a series of one page documents, the printer runs at 1/12 speed (this can cause undo abuse of your printer). Therefore, copies of the primary document are grouped together to create blocks of *page block size* pages. These blocks of pages are then sent to the printer.

The **beginning page block** field of the property window tells the forms–merge package to begin printing on page block $n$. This option allows you to re-start a merge job that had aborted after printing $n$ page blocks at page block $n$ without printing the first $n-1$ page blocks. This field defaults to $1$, a value that tells the forms–merge package to start printing from the first page block.

The **ending page** block field of the property window tells the forms–merge package to stop printing after page block $n$. This option allows you to print from some beginning page block to page block $n$. If you want to print only page block 3 (approximately pages 600–800), you can do so by specifying a beginning page block of 3 and an ending page block of 3. This field defaults to *end*, a value that tells the forms–merge package to print all blocks until the end of secondary data.

## Setting the Print Options

Once you have selected both the primary and secondary documents and have edited the property window for setting up merge options, you will see the familiar printer options property window. This property window is the same one you see when you use the KEEPS interface to print documents. Because of this property window, you can associate print defaults specifying how the output of the forms–merge package should be printed. The print options you choose can be saved so that they will re-appear every time you run the forms–merge package with the secondary document that you selected above.

This implies that print options are saved and associated with secondary documents, and indeed, they are. Although you can choose from among *any* printer currently installed on the system, you *must* choose a 1392 printer to set print defaults because, currently, the forms–merge package runs only with 1392 printers. The output from the forms–merge package will be sent to the printer selected in the forms–merge property window and not the one in the print options property window.

## Temporary Files

The merge programs create several temporary files on your desktop. You may see them if you open your desktop while they are running. Do not remove them! The forms programs will remove these temporary files when finished.

## Merge Results Notification (Mail)

The forms–merge package will send you mail upon its completion. If you chose *always* from the send mail field of the property window, you will receive mail each time the forms–merge pacakge is run. If you chose *on error,* you will receive mail only if there is an error running forms–merge. The information sent to you includes the name of the primary and secondary documents, a summary of the number of records found in the secondary document, a count of the page images generated, and a count of the number of pages (sheets of paper) actually printed. If there were invalid records in the secondary document, for each invalid record, you will see a message describing what happened along with as many fields of the errant record as the forms–merge package knows about.

## Forms Merge Syntax

### The Primary Document

The primary document is the composed template into which all of the variable information is flowed. This document will be a Composition Document saved in PrinterLeaf format. Locations where substitutions are to take place will be designated utilizing the following "Markup Syntax".

### Literal Substitutions

Any time a substitution supplied in the primary document has no match in the secondary document, the field identifier (the substitution name) becomes the string to be printed. Uses of literal

substitutions will be found throughout this document.

## Substitution Within Text Components

When a single value, at the end of a line, is to be replaced it is given a field identifier. It is recommended that the name selected for the field identifier imply what the nature of the information is that is being placed in this location. Field identifiers begin with a pair of dollar signs "$$", followed by a unique character string. This identifier should consist entirely of letters [a–zA–Z], numbers [0–9], dashes [–], slashes [/] or underscores [_]. A field identifier is always terminated with a matching pair of dollar signs "$$". The field name should not contain any other characters or blank spaces. Valid field names should be between one and twenty characters in length. For example: $$NAME$$ is a valid field identifier. The $$ delimiters should be in the same font family with the same type face. Otherwise, they might not be recognizeable as delimiters. Also, delimeters should be in one of the font families that we have downloaded onto the RIP. This restriction applies because we must have all characters available for substituted text.

These rules regarding valid field identifiers are not strictly enforced by the program. In order to allow the substitution of literal text strings in place of un–matched identifier fields, the enforcement of these rules had to be relaxed.

If you wish to designate a maximum allowable length for the field, then the field name syntax is extended slightly. When substitution takes place, the substituted text will be truncated if its length exceeds the limit, and it will be blank padded (left–justified) if its length is less than the declared limit. The syntax for specifying field length is to append a colon followed by the field length limit after the field identifier. For example: $$LAST_NAME:12$$ is a valid field identifier where the substituted text would be limited to twelve (12) characters.

A special extension of the Markup Syntax allows for multiple fields to be substituted on the same line. This would be useful for placing the City, State and Zip Code on the same line of a form. To specify this in a primary document the user would enter a line like the following:

```
$$CITY:12##, ##STATE:12## ##ZIP_CODE:9$$
```

The double pound signs indicate the continuation of a compound substitution. In order to place a comma and a space (, ) between the city and state it is necessary to enter these characters between pairs of double pound signs (##). The comma and the space will be treated as substitutions. However, you will not have a substitution name in the secondary document that matches "comma space." Therefore, this becomes a literal substitution. The double pound signs should be in the same font family and be the same typeface. The example as it was entered above includes length specifications for each field identifier. It would yield results like the following:

```
Gap           , Pennsylvania  11111
East Jerusal, North Caroli  22222
```

The large gap after Gap is probably undesirable in this instance, as is the truncation of East Jerusalem and North Carolina. This could be eliminated by removing the field length specifiers from the compound substitution definition:

```
$$CITY##, ##STATE## ##ZIP_CODE$$
```

This would yield a result after the merge that looked like this:

```
Gap, Pennsylvania  11111
East Jerusalem, North Carolina  22222
```

This may be a desirable way to format the output, but there are two important cautions. First, the person who enters the compound substitution definition must be careful that the length of the fields when they have been expanded does not exceed the amount of space that is left on the current line. A miscalculation would result in text that flowed completely off the right side of the page. This is a result of not being able to re–compose and re–justify text after the substitution has been made. The second caution pertains to the contents from the secondary document that are being substituted into this line. The data in the secondary document may itself be truncated to fit within fixed fields of the database where it originates. The other possibility is that the secondary document may have extremely long strings in it which would cause the resulting substituted line to be too long. The choice of whether to use field length specifiers when substituting inside a text component depends very much on the maximum potential cumulative size of the substituted fields. Caveat Emptor!

*Text Following Substitutions*

You may place a substitution on a line and have text follow it by using literal substitution strings. For example:

```
You have won $$AMOUNT## in the lottery.$$
```

The secondary file will only supply a value for "AMOUNT", the rest of the text on that line between the "##" and the closing "$$" is a literal substitution and will be adjusted to follow AMOUNT on the same line.

*Multi–line Substitutions*

Generally the beginning and ending pairs of double dollar signs "$$" must be on the same line in the primary document. However, there is one exception to this rule which allows a single substitution to span multiple lines. For example, this may be desirable when entering addresses which may be either three or four lines in length.

```
$$NAME$$
$$ADDR1$$
$$ADDR2$$
$$CITY##, ##STATE## ##ZIP$$
```

If no data is present we will substitute the literal string used as the identifier. This is how the "comma space" gets inserted between CITY and STATE. This is clearly not desirable in this instance. Nor would it be acceptable to leave a blank line in place of ADDR2.

```
John Smith
123 Corporate Lane
ADDR2
Anytown, NY  12345
```

To allow users flexibility in overcoming this problem and other similar ones we will allow for the creation of a single substitution field that spans multiple lines. The substitution declaration shown below for "FOUR_LINE_ADDRESS" establishes a four line area where data may be substituted into the merged document. The left margin for the substitution area will be determined by the location of the initial pair of double dollar signs. In this example that margin is indented 0.5 inches. The interline spacing for the multi–line substitution will be calculated from the interline spacing that occurs between the first two lines of the multi–line substitution declaration.

```
$$FOUR_LINE_ADDRESS


$$
```

The secondary data which replaces "FOUR_LINE_ADDRESS" must contain all of the text required for this location, including the carriage returns <CR>. When a carriage return is encountered in the secondary data the Merged imPRESS Generator will increment down the page one interline spacing interval, and move back to its notion of the left margin.

```
$$<CR>John Smith<CR>123 Corporate Lane<CR>
Anytown, NY  12345$$
```

Using the above secondary data would produce the following results.

```
John Smith
123 Corporate Lane
Anytown, NY 12345
```

Note that John Smith's name is on the second line of the four line reserved area, due to the leading carriage return before his name. To format all secondary documents correctly it is assumed that the database software that is generating the secondary data file is sophisticated enough to insert the correct number of lines and carriage returns into the secondary file. If ten lines of data were supplied to replace "FOUR_LINE_ADDRESS" the last six lines would overstrike what ever appeared on the form on those lines following the declaration of "FOUR_LINE_ADDRESS". The number of lines reserved in the primary document must match the maximum number of lines that will ever be supplied by the secondary document to replace that field.

*Adjustable Multi–line Substitutions*

Multi–line substitutions can be adjusted by specifying a ":a" (or ":A") attribute at the end of the substitution's name. This tells the merge program that the rest of the data on this page should move if the number of lines of data supplied from the secondary document is different from the number of lines reserved for it in the primary. For example, if we declare:

```
$$FOUR_LINE_ADDRESS:a


$$
```

in our primary document and merge into this field only three lines of data, everything under this field on the page would move up by one line. If the secondary document supplied only two lines of data, everything below this location on the page would move up by two lines. If you do not want this adjustment to happen, do not specify the ":a" attribute. Adjustable and non–

adjustable multi-line substitutions may be used on the same page.

## Sticky Substitutions

A substitution field can be made "sticky" with the ":s" attribute. A substitution with this attribute will not move on a page even if other substitutions have adjusted. Ordinary text will still move. This attribute is most useful in primary documents that consist entirely of substitutions whose starting position must not adjust even if a different substitution was adjustable and caused lines to want to move up. This is also a good way to ensure that a page number does not move on a page containing adjustments.

## Multiple Attributes for a Substitution Field

A substitution field can have more than one attribute. For example, the following substitution is multi-line, adjustable, and has a field width of 15 characters.

        $$MULTIPLE:10a

        $$

## Substitutions In Footers (Page Numbers)

On a page containing adjustable substitutions vertical adjustment is applied to everything on the page including page numbers and footers. If you would like a footer that does not adjust, put everything in the footer between $$ pairs. For example, if you want a page number that does not adjust, put the page number token between $$ pairs.

        $$- 3 - $$

Because of the way the Composition Software writes PrinterLeaf documents, substitutions in the frame (footer) at the bottom of the page will not adjust. Do not put an adjustable multi-line substitution into a footer. This will cause adjustments throughout the page to be incorrect.

## Substitution Within Frames

Substitutions can be made into locations on a page which fall within a frame in the primary document. Note that only text may be substituted within frames. There are a few special cautions when doing this. When you are composing a primary document and editing within a fixed frame, the result is a series of micro-documents within the frame.

The following example has three micro-documents within the one frame, each of which has a field identifier for substitution. This may represent a portion of a form that variable data is to be merged into. Multiple micro-documents may appear "on the same line" in a frame. This really means that multiple strings are being printed on the page with the same vertical coordinate (y), but with different horizontal coordinates (x). In an imPRESS file everything is expressed in absolute x and y coordinates. This means that the merge program will place the substituted value for NAME 2.125 in. from the left side of the page, the value for DOB would always be placed 4.75 in. from the left side, and the sex field would be substituted 6.75 in. from the left side. All three of these substitutions are "on the same line", i.e. all three micro-documents have the same vertical (y) coordinate. This makes it almost a requirement that field length specifiers be used for all of the field identifiers within a fixed frame. Otherwise a long name could flow right over the top of the next field, or overflow the bounding box as can be seen in the second example at the bottom of the page.

## Printing '$' signs

To print a dollar sign inside a substitution, you should have a substitution field that appears as follows:

$$$##AMOUNT$$

This in effect divides this substitution into two fields, one that is just the '$' and one that is

| Name:  $$NAME$$ | Birthdate:  $$DOB$$ | Sex:  $$SEX$$ |
|---|---|---|

| Name:  Jonathan Livingston Seagull, IBirthdate:  January 1, 1970 | Sex:  Male |
|---|---|

"AMOUNT". To print a pair of dollar signs, you should enter a substitution field that appears as follows:

```
$$$##$##AMOUNT$$
```

This example creates multiple fields for substitution. The ## syntax is needed because two consecutive dollar signs are a field delimiter.

## Fonts for Substituted Text

Substituted text will take on the same font, point size, and type face as the closing delimiter of the field name in the primary document. The only restriction on this is that substitutions must be made in one of the standard fonts: Classic, Modern, or Typewriter. Fonts can change within substitutions on the same line.

```
$$CITY##, ##STATE## ##ZIP$$
```

In the above example, the CITY field would be in the same font as the first ## pair; the ", " field would be in the same font as the second ## pair; and so on until we find the ZIP field in the same font as the closing $$ delimiter.

## The Secondary Document

The secondary document, which contains all of the variable data to be merged into the primary document, must be a labeled list with fields corresponding to all of the field identifiers specified in the primary document. Since this program is going to support substitution within frames, we have elected not to support ordered lists. All secondary documents will be labeled lists.

The secondary document can call out any of several primary documents. For example, you can say "merge the following fields onto document 2." We must have a way to specify what "document 2" is and what the field names corresponding to it are. To do this, the secondary document is divided into two sections. The first section is a header that describes the format of the second part of the file. This header defines the order of both forms and of substitution field names for each form. The second section is a "records" section that supplies data to be merged.

```
form: form1
$$NAME$$
$$ADDRESS$$
$$CITY$$
$$STATE$$
$$ZIP$$
form:form2
$$FOUR_LINE_ADDRESS$$
form: form3
$$f1$$
$$f2$$
&&
"the second (records) part of the file fol-
lows" here
```

The above header describes three primary documents that can be used in the records section of the secondary document. The first document (form1) has five fields associated with it: NAME, ADDRESS, CITY, STATE, and ZIP. The name of this primary document is "form1." This name should match the name of a primary document passed to the merge program. The second primary document specified here is named "form2" and has only one field associated with it: "FOUR_LINE_ADDRESS." The third primary document specified by this secondary document header is named "form3" and has two fields associated with it: "f1" and "f2." The end of the header section is delimited by the double ampersands (&&). The primary documents matching those called out here in the secondary document should have field names matching the field names specified.

The records section of the secondary data file is a list of data to be merged. The header section has defined the structure of the records section. Following this definition of structure the variable data should be entered in the defined sequence without any further reference to the field identifier names:

```
$$Ponce De Leon$$
$$Middle of Southern$$
$$Tallahassee$$
$$Florida$$
$$No Zip yet$$
&&
5:form2
$$Christopher Columbus
The Santa Maria
Atlantic Ocean
1492O$$
&&
1:form1
$$Lewis and Clark$$
$$Explorers$$
&&
```

This format utilizes double ampersands as "stop codes" to separate records in the secondary document. There are three records in the example. Obviously this is not a format that a person would like to enter manually, but it could be

readily generated by machine. This approach is a fairly robust one, allowing the merge program to recover from errors in the secondary document with greater ease. It can always reset at the "stop code" between records if it gets lost in processing a particular record. If the primary document specified a field length for a particular substitution location, then the data from the secondary file will be truncated or blank padded to conform to that size as it is substituted into the resulting output stream. The data in the secondary document need not conform to that field size.

Lines that contain a "number:formname" notation are the lines that specify the number of copies of this record that you want merged onto which form. The "5:form2" line for Christopher Columbus tells the merge program to produce five copies of "form2". Notice that Ponce De Leon does not have a "number : formname" line preceding it. This means that Ponce will have one copy of the first form (the default form). If there is only one primary document and only one copy is desired for each record then this "number:formname" line is completely optional and may be omitted for each record.

The line containing the "copies:formname" must be on a line by itself, or the double dollars for the first field must immediately follow the formname. This implies that filenames used with this program cannot contain dollar signs ('$'), nor may filenames contain newlines within them.

In the semi-ordered list it is essential that every record adhere to the format specified in the header. If there is no data to be substituted into a particular field that would have to be indicated in the semi-ordered secondary document by four field markers in a row "$$$$".

In order to support substitutions that span multiple lines, it was required that we adopt a format for the secondary document which includes field delimiters at the beginning and end of each field, and record delimiters ("stop codes"). Carriage returns within fields that correspond to multi-line substitutions will be translated into the merged result. Carriage returns that occur between fields or between records will be ignored.

In most applications these secondary documents will have their origins in databases located on mainframe computers at remote sites. It would be most desirable that the secondary file be placed into the proper format as it is generated. But it is entirely conceivable that this will not be

possible in all cases. In that event it would be necessary to create filters to convert the incoming records into the specified format.

## The UNIX Interface

This will be a standalone UNIX program that can be called from KEEPS if desired, or called directly in an open UNIX environment, or invoked by an automated job scheduler or sequencer.

```
big [options] secondary_document.ascii [pri-
    mary_document.pl list] or [file con-
    taining primary document names]
```

Options:

### [-m]

If you specify the −m option, you will get mail only if there is an error running forms−merge. If you do not use this option, you will get mail every time forms−merge is run.

### [-c optimum_chunk size]

It is undesirable to send many small print jobs to a 1392 printer, due to the 11 skip frame overhead of stopping and restarting. If the resulting documents are small it is desirable to bundle several copies together into a single printfile for maximizing printer throughput.

### [-f ]

This will instruct the imPRESS Generator to attempt to utilize the "Form Flash" feature of the 1492 RIP. This will allow the constant portion of the forms to be sent to the RIP only once.

### [-b beginning_chunk]

### [-e ending_chunk]

These two options allow the user to begin and end with designated chunks. This would be useful for reprinting a particular chunk without generating and reprinting the entire set of chunks generated from a secondary document. The beginning_chunk and ending_chunk numbers are inclusive. For example "−b 2 −e 3" will generate chunks two and three only. If you specify a beginning chunk but no ending chunk it will generate from the beginning chunk to the end of the secondary records. If neither of these values is specified it will generate all chunks.

### [-C filename]

The −C option allows the names of primary files to be placed in a plain ascii file (*filename*) and

passed as an argument to big. From the KEEPS user interface this file must always be named with a ".fm" file extension. *Filename* should contain full paths to the designated files.

## [–B]

The –B option to big is for the creation of books. Big will merge the chapters of the book into a single imPRESS file, from which multiple collated copies can then be printed. Parsing for field substitutions is suppressed by this option. In addition, no secondary file is expected in this mode of operation.

## [–O[ts]]

Specify how to optimize creation of PrinterLeaf files. The 't' option optimizes for run time by creating all of the PrinterLeaf documents in the same invocation of the Interleaf Composition Software. The 't' option can potentially require a very large amount of disk space. The Printer-Leaf document for a full-page scanned image is approximately one megabyte. Generally it is the presence of multiple scanned images in a book that would require optimizing this process for space rather than for time.

The 's' options optimizes for space by creating the PrinterLeaf documents one at a time, proc-essing the PrinterLeaf document into imPRESS and then deleting both the imPRESS and Prin-terLeaf documents before proceeding to the next primary file. This option takes longer to run since the Interleaf Composition Software must be started up for each primary document that has not already been saved as a PrinterLeaf document. The start up time for WPS is about 30 seconds per primary document when running on a Sun-3.

## [–P printer_name]
## [–K print_option_file]
## [–s]

The –P printer_name option is used to request that the output be sent to a printer immediately as it is generated. This also designates the name of the target printer. If a particular set of print options are desired for each of the generated print jobs, that can be specified through the –K flag.

When the resulting file or files are automatically sent to the printer those files will be removed automatically after printing is completed unless the –s flag is used to explicitly request that they

be saved. The "–s" option is most useful as a debugging aid, and is not selectable from the KEEPS user interface.

## [–t]

The "–t" flag requests generation of two-up booklets (signatures). This request will be han-dled by rig and mig.

## [primary_document.pl list]
## [file containing primary document names]

These are the arguments that tell the merge pro-gram what primary documents to use. If you give both a list of primary document names and a file containing a list of names, the names in the file will be used along with the list of files.

## Fonts

Substitutions will be made using the same font that the field was specified with in the primary document.

The three font families that may be used for substitutions are the standard fonts: Classic, Modern, and Typewriter. These three families in all of their point sizes, plus the bold and italic faces will require about 277K of disk space on the RIP's 20Mb hard disk.

## Required Functions

The form_merge (big) program has three under-lying required functions. It would be reasonable to separate these three functions out into three autonomous UNIX programs that can each be run independently. The form_merge program would then call each of these three programs in turn to achieve its goal.

## Font Index Generator (fig)

The fig program will examine a PrinterLeaf document and report what fonts are present in that document, and in what order they are first referenced. This order of first reference corre-sponds directly to the "font family" integers used in the imPRESS file generated by pl2imp when it translates the PrinterLeaf document into imPRESS. Fig can be called in sequence on sev-eral PrinterLeaf documents and will produce a listing of font usage for the current document. Additionally, it will generate a master font file that contains a unique mapping for each font used in all the documents seen so far. For ex-ample, "classic10" will be family 1 (or some

– 9 –

other number) in this master list. We will later modify the imPRESS "set family" commands so that every time classic10 is used, it is family 1.

## imPRESS Form Interpreter (rig)

The imPRESS Form Interpreter has several very important functions to fulfill. First, it must remove any un-needed glyph definitions. Secondly, it must build a table indicating where every substitution is to take place and for which document. The table must include which document in the list the substitutions apply to, the page number, the X and Y coordinates where the substitution is to take place, the current font to use for the substitution, the current interline spacing, the current inter-word space, and the list of field identifiers to be substituted beginning at this location. Third, the imPRESS Form Interpreter must remove the original mark-up strings from the imPRESS file, so that the literal string "$$NAME$$", doesn't show up in the generated output.

Rig has been extended to convert the fixed portion of each page image into the most efficient form available. Without the "-f" flag we will include the commands to draw each page in the generated output. This will have some impact on communication time (which is not a bottleneck at present). With the "-f" flag the fixed portion of each page is turned into an imPRESS form definition. Then the form definition is included once in the resulting output, with only a call to "flash" the form each time the page is re-printed. Imagen has implemented some extensions which allow the compiled page image (CPI) to be stored on the RIP once, and then called out by an imPRESS command each time that image was to be reproduced. The basic image can be rapidly retrieved since it is already compiled and stored in RAM. The additional variable data is then laid over the top of the static portion of the page image to create the merged form in a very efficient manner. Note that on a page that has been adjusted vertically (you specified a ":a" attribute and the secondary data to be merged had a different number of lines than were reserved in the primary), we will not be able to use the forms flashing capability.

## Merged imPRESS Generator (mig)

The third program is the merged impress generator. This is the producer of the expanded/substituted output. For each record in the secondary document it will generate imPRESS com-

mands to render a copy of the original primary document with requested substitutions made for all of the identified fields. This program may optionally invoke printing, and do some page counting to produce optimally sized chunks of output. The arguments to this program closely parallel the arguments to the over all master forms_merge program.

```
mig [-v][-t][-f]
        [-b beginning_chunk]
        [-e ending_chunk]
        [-P printer [-K print_options]]
        [-c chunk_size]
        base_filename secondary_records.ascii
```

The MIG program will be utilizing as input several related files that were generated by RIG which will have run previously. Rig generates: file.subs, file.header, file.pages, file.table, file.eof, file.bglys, and file.globals all of which share a common base_filename. That base_filename will be passed as an argument to mig so it can locate this set of files produced by rig.

All fields for which there is a match in the secondary document will be replaced with the supplied ascii string. All fields for which there is no match in the secondary document will be printed as the literal string used to identify the field in the primary document.

## Assumptions and Limitations

### Incompatable Formats With Mail-Merge

The format of both the primary and secondary documents required by BIG differ from those required by the current Mail-Merge application. The syntax for defining substitution fields in the primary document is different. Their only similarity is the use of dollar signs as field delimiters. These differences in syntax were required in order to achieve an acceptable level of functionality in the absence of recomposition following the merge operation.

The secondary document for "big" is an ascii file in a semi-ordered list format. The Mail-Merge program expects its secondary file to be an OPS-ascii document. It would be very inefficient for this application to incur the overhead of interpreting OPS documents when only text may be substituted and there is no re-composition.

### Primary Document Names

Primary document names can contain neither newlines nor dollar signs. If you follow the gen-

eral guidelines for document naming found in the KEEPS documentation, you should have no problems with primary document names.

## Hard Disk Requirement -- 1392 only

A hard disk is required for the operation of the forms merge program.

## Limited Recomposition After Substitution

There will be no line break adjustments made after the text substitution occurs. Line breaks, paragraph breaks, and page breaks cannot be altered from those found in the primary document. This is a key factor which differentiates appropriate applications for this program from applications for the existing merge_docs program. The existing merge_docs program recomposes the document after the merge operation has occurred. This is a significant advantage from a functionality perspective, but it is the major liability of the merge_docs program from a performance (throughput) perspective. Recomposition is a computationally costly operation. This application is trading off some of the functionality of merge_docs in order to achieve a page rate throughput that exceeds that of high speed printers like the 1392.

The possible recomposition (available when using the ":a" syntax) after the merge has the following limitations:

1) Everything on the page following an adjusted multi-line substitution may be moved, including page numbers and footers, unless the footer is turned into a literal substitution.

2) Do not put multi-line substitutions in a footer.

3) The RIP's forms flash feature is automatically bypassed for those pages which have been adjusted. If a page has not been adjusted, ie., the number of lines substituted matches the number of lines reserved, the forms flash feature is still used. This is done transparently; you do not have to turn off the "-f" option. Printer throughput for adjusted pages containing bitmaps or complex line art will likely be reduced.

4) Do not use multiple line adjustable substitutions in a multiple column document such as the one you are reading.

## Text Substitution Only

Only text can be substituted into the primary document. Applications which require substitution of graphic elements should consider using the template filters and the existing merge_docs program.

## Error Handling

As the mig program produces chunks it will monitor available disk space in the current partition. If there is insufficient space to write another chunk the program will sleep for an interval long enough for a 1392 printer to print one chunk. It will repeat this checking and sleeping loop waiting for disk space to become available. If after 30 minutes space is still unavailable then the merge program will terminate

## Performance Considerations

### Startup Time and Runtime Throughput

The one time start-up overhead for the form merge program includes the time it takes to create PrinterLeaf documents from composition documents that do not have them, run the fig program to identify fonts, the imPRESS Form Interpreter (rig), and pl2imp on the original primary_document.pl. All of these steps must be completed before the first page of merged output can be generated. Once the mig (merge impress generator) starts running, merged output should be produced about as fast as data can be copied from one file into another--fast. It is hard to estimate with great precision how long the start up steps will require, but the prototypes for the fig and rig programs were both able to process "Pingo" in less than 5 seconds when it had been saved as a PrinterLeaf document. Start up time is much longer if the PrinterLeaf document does not exist. The biggest portion of the start-up time will be taken up by the creation of the PrinterLeaf document and by the PrinterLeaf to imPRESS (pl2imp) translation. This time can be considerable if you specify multiple primary documents each of which must be converted to PrinterLeaf and then to imPRESS form. Once the form_merge program reaches the stage where the mig sub-program is running the page output will exceed the speed of any currently available printer.

# Appendices



November 4, 1987

$$NAME$$
$$ADDR1:a$$
$$ADDR2:a$$
$$CITY##, ##STATE## ##ZIP$$

Dear $$FNAME##:$$

Congratulations on your selection of the Forms Merge Software Package from Eastman
Kodak. We're sure that everyone at $$COMPANY## will find many new$$
and useful applications for this software.

We're pleased that we were able to satisfy your current application needs for:
    $$APPLICATIONS:a


$$

Your district Applications Engineer, $$ENGINEER##, will be happy to provide$$
continuing support and evaluation of your future applications needs.

                        Sincerely yours,

                        John DeLong,
                        Manager of Forms Merge
                        Applications

# INVOICE

WORLD WIDE WIDGET COMPANY
1500 WidgetWorld Road
Rochester, New York  55555
(716) 555-5555

S
H
i
P

T
O

B    $$NAME$$
I    $$ADDRESS$$
L    
L    $$CITY$$
     $$STATE$$
T    $$ZIP$$
O

CUSTOMER NO.

| INVOICE NO. | DATE | | PAGE |
|---|---|---|---|
| SALES ORDER NO. | CUSTOMER P.O. | | |
| BILL OF LADING | DATE OF SHIPMENT | | |
| SHIPPED VIA | TRAVELER NO. | | |
| TERMS: | | | |

| QTY ORDERED | DESCRIPTION | QTY B/O | QTY SHIPPED | UNIT PRICE | % | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

FORM 934-7

```
form:letter
$$NAME$$
$$ADDR1$$
$$ADDR2$$
$$CITY$$$$STATE$$$$ZIP$$
$$FNAME$$
$$APPLICATIONS$$
$$COMPANY$$
$$ENGINEER$$
form:invoice
$$NAME$$
$$ADDRESS$$
$$CITY$$
$$STATE$$
$$ZIP$$
&&


1:invoice
$$T. Bone Pickens$$
$$321 Industrial Drive$$$$Gary$$$$Indiana$$
$$46319$$
&&
1:letter
$$Ms. Jessica Fletcher$$
$$3 Winding Hollow Way$$
$$$$
$$Cabot Cove$$
$$Maine$$
$$10031$$
$$Jessica$$
$$personalized threatening letters, and
letters seeking a publisher.$$
$$CBS Murder Mysteries Inc.$$
$$Barry Miller$$
&&

1:letter
$$Harry Callahan$$
$$City Hall$$
$$$$
$$Carmel$$$$California$$$$98500$$
$$Harry$$
$$tax bills,
letters to constituents and
letters of pardon for vigilante peace officers.$$
$$Carmel City Hall$$
$$Brad Bolger$$
&&
```

# INVOICE

**WORLD WIDE WIDGET COMPANY**
1500 WidgetWorld Road
Rochester, New York  55555
(716) 555-5555

B — T. Bone Pickens
I — 321 Industrial Drive
L — 
L — Gary
 — Indiana
T — 46319
O — 

S
H
I
P

T
O

CUSTOMER NO.

| CATALOG NO. | DESCRIPTION | QTY ORD. | QTY. SHIPPED | UNIT PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

INVOICE NO.

DATE

SALES ORDER NO.

CUSTOMER P.O.

BILL OF LADING

DATE OF SHIPMENT

SHIPPED VIA

TRAVELER NO.

TERMS:

PAGE

FORM 934-7



November 4, 1987

Ms. Jessica Fletcher
3 Winding Hollow Way
Cabot Cove, Maine 10031

Dear Jessica:

Congratulations on your selection of the Forms Merge Software Package from Eastman
Kodak. We're sure that everyone at CBS Murder Mysteries, Inc. will find many new
and useful applications for this software.

We're pleased that we were able to satisfy your current application needs for:
    personalized threatening letters, and
    letters seeking a publisher.

Your district Applications Engineer, Barry Miller, will be happy to provide
continuing support and evaluation of your future applications needs.

Sincerely yours,

John DeLong,
Manager of Forms Merge
Applications



November 4, 1987


Harry Callahan
City Hall
Carmel, California  98500


Dear Harry:


Congratulations on your selection of the Forms Merge Software Package from Eastman
Kodak. We're sure that everyone at Carmel City Hall will find many new
and useful applications for this software.

We're pleased that we were able to satisfy your current application needs for:
    tax bills,
    letters to constituents, and
    letters of pardon for vigilante peace officers.

Your district Applications Engineer, Brad Bolger, will be happy to provide
continuing support and evaluation of your future applications needs.



                    Sincerely yours,


                    John DeLong,
                    Manager of Forms Merge
                    Applications

CONFIDENTIAL

# Gotchas, Golden Nuggets and Other Goodies

## Primary document

Grossly mis–matched $$ pairs in the primary file will be detected by rig, which will report the error via a mail message and terminate execution. This is a fix to a fatal (core dumping) error in 5.1 beta, and has been placed in the 5.1 C.A. tape.

Adjustable multi–line substitutions (non–adjustable too?) can cause a portion of the resulting document to run off the bottom of the page if you do not reserve enough lines for the secondary data supplied.

Be careful with line lengths of substituted text. Leave enough room on the line in the primary document for anything you might substitute to fit. We can do no checking of line lengths during the merge. Lines that are too long will first run into the margin of the page and then into oblivion off the right hand side.

## Secondary document

White space in document names can be confusing. Document names are not delimited by blanks or tabs. They are delimited by new–line or $$. Therefore, in the header part of the secondary file, you can declare a form name "pingo" and call it out in the records part of the secondary file as "pingo ". This will be a mis–match that can be very difficult to see.

If a secondary document calls out a primary document that is not among the selected primary documents, that record will be skipped and a message included in the user's mail report.

If a secondary record calls out a form that was not declared in the header of the secondary file this will be detected and reported in the mail message. This is a fix for a bug in the 5.1 beta tape, and will be corrected in the 5.1 C.A. tape.

## General

Every time that the forms_merge software is run a summary of events is generated and mailed to the user. This summary includes the primary and secondary filenames, the number of records processed, errors found, number of page images and sheets generated.

An un–documented feature exists in the secondary document syntax. You can call out multiple forms with the same secondary record to be merged provided the field names to substitute are the same in the multiple primary documents. The primary documents must also have the same number of fields. For an example of how to do this:

```
form:form1
$$ADDR1$$
$$ADDR2$$
$$ADDR3$$
form:form2
$$ADDR1$$
$$ADDR2$$
$$ADDR3$$
form:form3
$$ADDR1$$
$$ADDR2$$
$$ADDR3$$
&&
1:form1
3:form3
2:form2
$$First line of address$$
$$Second line of address$$
$$Third line of address$$
&&
```

The above secondary file contains definitions for three forms. Each has identically named fields. Each has the same number of fields. The records section of the file says to print one copy of form1, three copies of form3, and two copies of form2 using the following three lines of data. Those three lines of substitution data will be merged into each of form1, form2, and form3.

Multiple primary documents containing a mix of an even number of pages and an odd number of pages may be run together with duplexing turned on for all of them. Documents with an odd number of pages will have an extra blank page automatically inserted by the merge program. If a majority of the documents are one-sided originals, with a few two-sided originals mixed in, this will cause the effective throughput of the printer to appear to be about 46 pages per minute (half speed). The printer must still "print" all of the blank pages that have been inserted to force each document generated to start on its own sheet of paper.

Note: when merging chapters of a book together there is no automatic blank page insertion to force chapters to end with an even page count. This is a composition issue and should be controlled by careful final editing of the documents.

If you set copies to a number greater than one in the forms-merge print ticket you will get multiple copies of the entire merged result. However, if the job also is duplexed, there is a problem with page order when it is printed. It is suggested that multiple copies be called out by using the secondary record headers.

If the user saves the primary documents or chapters in PrinterLeaf form there is a significant time savings in both book printing and forms-merge start up time.

## Optional Fonts

Currently the optional purchased fonts have not been encoded for storage on the RIP's harddisk. Here is a trick that will allow the use of optional fonts for substitution fields.

First create a document that contains every printable character in the font family, size and style, and orientation that you wish to use for substitutions. This complete character set must include upper case,

lower case, numbers, standard symbols and the "escape characters", such as the opening quote and hard space:

( e.g. Paladin 12 point Roman [a-z] [A-Z] [0-9] [!@#$%`&*() _-=+'-;'\|,./<>?§""  ]).

If you are substituting text into a portrait document then this character set must also be in a portrait orientation. It is not possible to make substitutions in both a portrait and landscape orientation using the same optional font (family, size and face all the same) within one forms_merge job. Select this file that contains the substitution font as one of the multiple primary documents. This paladin12 font file need not be referenced in the secondary file, but this will provide a complete set of downloaded glyphs that can be used for merging. Make such a file for every size, style and font family that you use in substitution fields of your primary document.

## Current Known Bugs as of December 15, 1987

In the Beta 5.1 software the user may select a "file.fm" containing a list of primary documents, however it won't work. The arguments to "big" are incorrectly ordered. It has been fixed for 5.1 CA. The "-C" option involved here does work in the UNIX interface to "big".

Occasionally the name of the secondary document will not appear in the Forms-Merge property window. Exit and re-select the documents and it will appear. Executing the forms-merge function without a secondary document displayed in the window will cause failure of the merge operation. This problem is fixed in 5.1 CA tapes.

## Current Known Bugs as of January 7, 1988

The use of Bitstream Outline Fonts in a book or primary document will likely cause the fig portion of the merge program to core dump and fail. Fig has been re-written for 5.1 CA to handle these special fonts.

There is a bug in the Beta 5.1 software that doesn't allow more than 15 substitution fields to be used in one primary document. Mig has been fixed to allow unlimited substitutions per document.

If you use the technique described above for substituting with optional fonts be aware that there is a bug in the setting of inter-word spacing for substitutions made in the following point sizes: 9, 11, and 36. Mig has also been fixed to handle word spacing more robustly. Note: the fix for this bug makes it essential that the "hard space" character be included in the optional font files that you prepare for use in substitutions.

These latest bug fixes will make it onto the 5.1 CA tape. In addition to fixes for the bugs described above the latest version of the forms_merge software has been enhanced to prevent the downloading of redundant glyph definitions to the RIP when the same optional font is used in multiple chapters or multiple primary documents.

## Current Known Bugs as of January 11, 1988

Symbols and optional fonts that are placed in a landscape document and used with either book-print or forms-merge will show up as "undefined glyphs" at the RIP. (This is not fixed in 5.1 CA, but should make 5.2 CA)

## New Features as of January 19, 1988

## Extended ":attribute" parsing –– multiple attributes per substitution.

You can now specify multiple attributes onto a single substitution.

March 3, 1988                                          – 29 –

$$ADDRESS:a10

$$

This is a 4-line adjustable substitution with a field width of 10 spaces.
Attributes can come in any order:

$$ADDRESS:10a

$$

is exactly equivalent to the above.


## New attribute ":s" for "sticky"

If you specify a substitution like $$NAME:s$$, it will always begin where it begins in the primary docu-
ment even if there were adjustments above it. It's starting location will not move. Note that text under-
neath this substitution will move up and could overwrite the sticky substitution. Other substitutions on the
page could also move up unless they, too, are declared to be "sticky." The ":s" attribute can be used in
combination the other attributes described above.

## New bugs as of January 22, 1988 (big oops) (introduced on January 19, 1988)

Substitution parsing in the primary document is a little bit broken when handling the ':' attribute.
The broken-ness shows up when you have a substitution name that has a colon in it. Everything
from the colon to the end of the substitution ends up null. This is the desired effect when you are parsing
something like "$$NAME:a$$" or "$$NAME:10$$". This is not the desired effect when you are parsing
something like ":".

Substitutions of the form "$$name##:$$" which should break down into
"name" and ":" don't. You will get "name" and "" (nothing).
This also applies to substitutions of the form "$$NAME##:cgt$$".
You get an empty substitution where you should have gotten ":cgt".

## Limitations as of March 3, 1988 (Should make 5.1?+)

Fig has been re-written to better handle Bitstream Outline Fonts. However, it cannot handle correctly all
instances of these fonts. There is a workaround when composing the document that can fix this problem.

There was a 256 chapter / primary document limit for book-printing / forms-merge. This limit has been
extended to 1024.

Forms-merge / book-print would not print from a client. This has been fixed.

These bugs have all been addressed as of March 3, 1988 and should be available in the next distribution
tape ( 5.1.537 or 5.1plus or what ever name it eventually goes by ).

March 3, 1988                    - 30 -