# EXHIBIT I

# REDACTED IN ITS ENTIRETY

# EXHIBIT J

# REDACTED IN ITS ENTIRETY

# EXHIBIT K

# REDACTED IN ITS ENTIRETY

# EXHIBIT L

# REDACTED IN ITS ENTIRETY