# EXHIBIT M



UW-RF Textbook Services
0970A-16   Omura, George
Mastering AutoCAD -Release 12 (1)

With *FastTrack* Speed Notes

# MASTERING AUTOCAD®
### RELEASE 12   George Omura

- Total AutoCAD 12: From First Drawings to 3D Modeling & Animation
- Tips & Tricks on Avoiding Pitfalls & Maximizing Performance
- FREE Disk of Add-On Programs & Utilities — A $70 Value

SYBEX

K02446724

▼▼▼▼▼

**136**  MASTERING AUTOCAD  ■ CH4

▼ ### An Alternative to Blocks

Another way to create symbols is by creating *shapes*. Shapes are special objects made up of lines, arcs, and circles. They can regenerate faster than blocks and they take up less file space. Unfortunately shapes are considerably more difficult to create and less flexible to use than blocks. You create shapes by using a coding system developed by Autodesk. The codes define the sizes and orientations of lines, arcs, and circles. You first sketch your shape, then convert it into the code, then copy that code into a DOS text file. We won't get into detail on this subject, so if you want to know more about shapes look in *Appendix B* of your *AutoCAD Reference Manual*, or refer to the SYBEX book *Advanced Techniques in AutoCAD* by Robert Thomas, which gives an excellent description of shapes.

One way to get around the difficulty of creating shapes is to purchase one of the third-party software products available for this purpose. These are add-on programs capable of converting AutoCAD drawings into shape libraries. They usually require that you draw your shape within a predefined area in a special drawing file supplied with the software. If you intend to do drawings that will be composed mostly of very simple symbols, you may want to look into this alternative. Since AutoCAD fonts are created the same way shapes are, these programs also allow you to create your own fonts.

Another way of using symbols is to use AutoCAD's cross-reference capabilities. Cross-referenced, or Xref, files are those inserted into a drawing in a way similar to blocks. The difference between Xref files and blocks is that Xref files do not actually become part of the drawing's database. Instead, they are loaded along with the current file at start-up time. It is as if AutoCAD opens several drawings at once: the main file you specify when you start AutoCAD, and any Xref files associated with the main file.

K02446895

▼
■
■
■
■

> By keeping Xref files independent from the current file, you make sure that any changes made to the Xref file will automatically appear in the current file. You don't have to update the Xref file manually the way you do blocks. For example, if XREF were used to insert the tub, and you later made changes to the tub drawing, the next time you opened the bath file, you would see the new version of the tub in place of the old.
>
> Xref files are especially useful in work-group environments where several people are working on the same project. One person might be updating several files that have been inserted into a variety of other files. Before XREF was available, everyone in the workgroup would have had to be notified of the changes and update all the affected blocks in all the drawings that contained them. With XREF, the updating is automatic. There are many other features unique to Xref files. I will discuss XREF in more detail in Chapters 6 and 12.

## ORGANIZING INFORMATION WITH LAYERS

Another tool for organization is the layer. A layer is like an overlay on which you keep various types of information (see Figure 4.10). In a floor plan of a building, for example, you want to keep the walls, ceiling, plumbing fixtures, wiring, and furniture separate, so you can display or plot them separately or combine them in different ways. You also want to keep notes and reference symbols on their own layers, as well as dimensions. As your drawing becomes more complex, these different layers can be turned on and off to allow easier display and modification.

For example, one of your consultants may need a plot of just the dimensions and walls without all the other information, while another consultant may need only a furniture layout. Using manual drafting,



K02446896

▼▼▼▼▼

**138** MASTERING AUTOCAD ■ CH4



Figure 4.10: A comparison of layers and overlays

you would have to redraw your plan for each consultant. Using AutoCAD, you can turn off the layers you don't need and plot a drawing containing only the required information. A carefully planned layering scheme helps you produce a document that combines the different types of information needed in each case.

Using layers also enables you to modify your drawings more easily. For example, suppose you have an architectural drawing with separate layers for the walls, the ceiling plan, and the floor plan. If any change occurs in the wall locations, you can turn on the ceiling plan layer to see where the new wall locations affect the ceiling and make the proper adjustments.

AutoCAD allows an unlimited number of layers, and you can name each layer anything you want.

K02446897

## CREATING AND ASSIGNING LAYERS

To continue with your bathroom, you will create some new layers.

### SETTINGS ➤ LAYER CONTROL

1. ~~Click~~ Pick up layer from root menu — Click on Settings ➤ Layer Control. The Layer Control Dialog box appears (see Figure 4.11).

2. Type Wall. As you type, the name appears in the input box at the bottom of the dialog box.

3. When you are done typing, click on the button labeled New just above the input box. The new layer appears in the layer list that occupies the upper half of the dialog box.

4. Click on the Wall layer shown in the list. The item highlights. Notice that some of the buttons to the right changed from gray to black. This tells you that they are available for use.

5. Click on the button labled Set Color. Another dialog box appears showing you the selection of colors available.

6. Click on the green square in the top row of colors labeled Standard Colors.

7. Click on the OK button.

8. Click on the OK button in the main Layer Control dialog box.

The Layer Control dialog box offers a way to view and edit layer information in an easy-to-understand form. Layer colors can be easily selected from a palette that appears on the screen. But layers can also be controlled through the command prompt.



▼ NOTE

Layer colors are designated by numbers, with the exception of the first seven colors, so when you select a color above 7, a number appears in the color input box toward the bottom of the dialog box.



Figure 4.11: The Layer Control dialog box

▼ NOTE

The Layer Control Dialog box shows you at a glance the status of your layers. Right now, you only have two layers, but as your work expands, so will the number of layers. You will then find this dialog box indespensable.

## Controlling Layers through the Layer Command

### LAYER (COMMAND PROMPT)

1. First press Ctrl-C.

2. At the command prompt, enter Layer ↵. The following prompt appears:

   ?/Make/Set/New/ON/OFF/Color/Ltype/Freeze/Thaw/Lock/Unlock:

3. Click on New from the side menu or enter N ↵ to select the New option.

K02446899

command, you saw a list of available linetypes. The Load option performed the actual loading of the desired line type. Once a line type is loaded, you are able to assign it to a layer.

## SETTINGS ➤ LAYER CONTROL ➤ SET LTYPE

▼ **TIP**

If you are in a hurry, you can simultaneously load a line type and assign it to a layer by using the Layer command. Enter Layer ↵ at the command prompt, then enter L ↵, dashdot ↵, pole ↵, then enter ↵ to exit the Layer command.

1. Click on Settings ➤ Layer Control.
2. Enter Pole in the input box, then click on New. Click on the Pole layer from the layer list.
3. Click on the Set Ltype button. You will see a listing of the available line types (see Figure 4.19).
4. Double-click on the sample view of the Dashdot line type.
5. Make sure the Pole layer is the current default layer by clicking on the Current button.



Figure 4.19: The Select Linetype dialog box

K02446913

6. Click on the OK button to exit the dialog box.
7. Draw a line across the opening of the tub area from coordinate 4'-4", 1'-10" to coordinate 4'-4", 6'-10".

Although this line should have been a dash-dot line, it appears to be solid. If you zoom into a small part of the line, you will see that the line is indeed a dash-dot line.

Since you are working at a scale of 1"=1', you must adjust the scale of your line types accordingly. You do this by using the LTSCALE command.

## SETTINGS ➤ NEXT ➤ LTSCALE

1. From the Root menu, click on SETTINGS ➤ next ➤ LTSCALE or enter Ltscale ↵.
2. At the LTSCALE New scale factor <1.0000> prompt, enter 12 ↵. This is the scale conversion factor for a 1"=1' scale (see *Table* 3.3). The drawing regenerates, and the rod is shown as the line type you want. Your drawing will look like Figure 4.20.


▼ TIP

If you change the line type of a layer or object but the object remains a continuous line, then check the LTSCALE setting. It should be set to your drawing scale factor. If this doesn't work, set VIEWRES (see *Chapter 6*) to a higher value.

AutoCAD comes with 24 line types and also allows you to create your own very easily. Remember that if you assign a line type to a layer, everything you draw on that layer will be of that line type. This includes arcs, polylines, circles, and traces. As we mentioned earlier, you can also assign different colors and line types to individual object, instead of relying on their layer assignment to define color and line type. However, this can create confusion as your drawing becomes more complex. You should assign colors and line types directly to objects until you have some experience with AutoCAD and a good grasp of your drawing's organization.

K02446914



**Figure 4.20:**   The completed bathroom

If the objects you draw appear in a different line type from that of the layer they are on, check the default line type using the Linetype command or use the Set option under the Linetype command to set the default linetype to Bylayer. You can also use the Entity Creations Modes dialog box to set the default linetype.

Before you continue, you must set up an insertion point for the current drawing to facilitate its insertion into other drawings in the future.

## BLOCKS ➤ BASE

1. From the Root menu, click on BLOCKS ➤ BASE.
2. At the Base point <0'-0",0'-0">: prompt, pick the upper-left corner of the bathroom. The bathroom drawing is now complete.



## KEEPING TRACK OF BLOCKS AND LAYERS

The Insert and Layer Control dialog boxes let you view the blocks and layers available in your drawing by listing them in a window. The Layer Control dialog box also includes information on the status of layers. However, you may forget what layer an object resides on. The List command on the Inquiry menu enables you to get information about individual objects as well as blocks

---

### ASSIST ➤ INQUIRY... ⌐ LIST

1. Click on Assist ➤ Inquiry.... ➤ List from the pull-down menu.
2. Click on the tub at the object-selection prompt, then press ⌐. The text screen will appear, and you will see not only the





**▼ NOTE**

The Space category you see listed as a property of the tub block refers to whether the object resides in modelspace or paperspace. You'll learn more about these spaces in *Chapter 6*.

layer that the tub is on but its space, insertion point, name, color, line type, rotation angle, and scale.

Eventually, you will want a permanent record of block and layer listings. This is especially true if you work on drawing files that are being used by others. Here's a way to get a printout of the layers and blocks within a drawing.

### CTRL-Q (PRINTER ECHO TEXT SCREEN)

1. Turn on your printer.
2. Press Ctrl-Q. The message <Printer echo on> appears.
3. At the command prompt, enter LAYER ↲ then ? ↲. Your printer will print the same information that appears on the text screen.

**▼ TIP**

It is often helpful to record layer and block listings and command prompt input in a text file on your hard disk. You can accomplish this with the help of some utilities on the bonus disk (see *Appendix D*).

4. When the printer is done, press Ctrl-Q again. This time the message <Printer echo off> appears.

The Ctrl-Q feature acts like the Ctrl-PrtSc (Print Screen) feature in PC- or MS-DOS. With printer echo on, anything that appears in the command prompt will be sent to the printer. For this reason, it can be used as a way of recording a series of operations you are performing on a drawing. This can be useful when you later learn to write scripts to automate repetitive and tedious operations.

### IF YOU WANT TO EXPERIMENT...

**▼ TIP**

Use the object snap modes you learned about in *Chapter 2* to select the insertion points.

If your application is not architecture, you may want to experiment with creating some other types of symbols. You might also start thinking about a layering system that suits your particular needs. Open a new file called Mytemp. In it, create layers named 1 through 8 and assign each layer the color that corresponds to its number. For example, give layer 1 the color 1 (red), layer 2 the color 2 (yellow) and so on. Draw each part shown in Figure 4.21, then turn each part into a file on disk using the WBLOCK command. When WBLOCK prompts you for a file name, use the name indicated for each part in the figure. For the insertion point, also use the points indicated in the figure.

K02446917