# EXHIBIT N

ANSI®
CGATS.20-2002

# AMERICAN NATIONAL STANDARD

# Graphic technology —
# Variable printing data exchange
# using PPML and PDF (PPML/VDX)

SECRETARIAT
NPES THE ASSOCIATION FOR SUPPLIERS OF PRINTING, PUBLISHING
AND CONVERTING TECHNOLOGIES

APPROVED JULY 8, 2002
AMERICAN NATIONAL STANDARDS INSTITUTE, INC.





1899 PRESTON WHITE DRIVE • RESTON, VIRGINIA 20191-4367 • TEL: 703/264-7200 • FAX: 703/620-0994 • www.npes.org

K00701104

# AMERICAN NATIONAL STANDARD

Approval of an American National Standard requires verification by ANSI that the requirement for due process, consensus, and other criteria for approval have been met by the standards developer.

Consensus is established when, in the judgment of the ANSI Board of Standards Review, substantial agreement has been reached by directly and materially affected interests. Substantial agreement means much more than a simple majority, but not necessarily unanimity. Consensus requires that all views and objections be considered, and that a concerted effort be made toward their resolution.

The use of American National Standards is completely voluntary; their existence does not in any respect preclude anyone, whether he has approved the standards or not, from manufacturing, marketing, purchasing, or using products, processes, or procedures not conforming to the standards.

The American National Standards Institute does not develop standards and will in no circumstances give an interpretation of any American National Standard. Moreover, no person shall have the right or authority to issue an interpretation of an American National Standard in the name of the American National Standards Institute. Requests for interpretations should be addressed to the secretariat whose name appears on the title page of this standard.

**CAUTION NOTICE:** This American National Standard may be revised or withdrawn at any time. The procedures of the American National Standards Institute require that action be taken to reaffirm, revise, or withdraw this standard periodically.

Copyright ©2002 by NPES The Association for Suppliers of Printing, Publishing and Converting Technologies

All rights reserved.

No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.

CGATS.20-2002

## Contents

AMERICAN NATIONAL STANDARD ................................................................................................ ii

Foreword ........................................................................................................................................ iv

Introduction .................................................................................................................................... vi

1    Scope ................................................................................................................................ 1

2    Normative references ...................................................................................................... 1

3    Definitions ........................................................................................................................ 2

4    Terms, symbols, notations, and abbreviated terms ...................................................... 2

5    Conformance .................................................................................................................... 3

6    Technical requirements .................................................................................................... 4
6.1    Data structure .................................................................................................................... 4
6.1.1    PDF ...................................................................................................................................... 4
6.1.2    PPML ................................................................................................................................... 4
6.2    Components of a PPML/VDX file set ................................................................................. 4
6.3    PPML/VDX file naming ...................................................................................................... 5
6.4    Structure of PPML/VDX files ............................................................................................. 5
6.4.1    Structure of a PPML/VDX Layout file ............................................................................... 5
6.4.2    Structure of a PPML/VDX Content file .............................................................................. 5
6.5    Placement, orientation, and interaction of compound elements ................................... 5
6.6    PDF data restrictions ......................................................................................................... 6
6.7    PPML/VDX file identification ............................................................................................. 6
6.8    Embedding the PPMLVDX element in a PPML/VDX Layout file ....................................... 7
6.9    PPML layout data restrictions ........................................................................................... 7
6.9.1    PPML layout data identification ........................................................................................ 7
6.9.2    PPML element restrictions ................................................................................................ 7
6.9.3    SOURCE element restrictions ........................................................................................... 8
6.9.4    EXTERNAL_DATA_ARRAY element restrictions .............................................................. 8
6.9.5    Compound page size definition restrictions ..................................................................... 9
6.9.6    SEGMENT_ARRAY element restrictions ........................................................................... 9
6.9.7    OCCURRENCE element restrictions .................................................................................. 9
6.9.8    OCCURRENCE_REF element restrictions ......................................................................... 9
6.9.9    PPML production specification restrictions ....................................................................... 9
6.9.10    PPML resource management element restrictions ........................................................... 10
6.10    Specifying print product intent specifications in the PPML/VDX Layout file ................ 10
6.11    Compression ..................................................................................................................... 11
6.12    MD5 string encoding ......................................................................................................... 11

Annex A (informative)  PPML Feature Summary .......................................................................... 12

Annex B (normative)   The PPMLVDX element definition .............................................................. 15

Annex C (normative)   The ContentBindingTable element definition ............................................ 19

Annex D (normative)   Specifying print product intent in PPML .................................................... 23

Annex E (informative)   PPML/VDX notes ..................................................................................... 28

Annex F (informative)   Patents ..................................................................................................... 31

Bibliography ................................................................................................................................... 32

© NPES 2002 – All rights reserved

iii

CGATS.20-2002

# Foreword

This standard was developed in response to a request made by the Digital Printing Council (DPC) for a variable data exchange standard. The Committee for Graphic Arts Technologies Standards (CGATS) was accredited by the American National Standards Institute in 1989 to serve as the coordinator of graphic arts standards activities. CGATS identifies areas in which standards are needed and desired while respecting the established activities of existing accredited standards committees and industry standards developers.

CGATS recommends the adoption and use of this standard by the graphic arts industry and its suppliers at their earliest convenience.

Requests for interpretation must be sent in writing to the CGATS Secretariat. This request will be forwarded to the appropriate committee, which will review the request in accordance with the CGATS Committee procedures for interpretations, and will provide a written response. A statement, written or oral, that is not processed in accordance with the procedures noted above will not be considered the official position of CGATS, and should not be relied upon as a formal interpretation.

Attention is drawn to the possibility that some of the elements of this standard may be the subject of patent rights. ANSI, NPES, and/or CGATS shall not be held responsible for identifying any or all such patent rights. See Annex F.

Suggestions for improving this standard are welcomed. They should be sent to the CGATS Secretariat, NPES The Association for Suppliers of Printing, Publishing and Converting Technologies, 1899 Preston White Drive, Reston, VA 20191-4367, USA; fax: 703-620-0994; e-mail: standards@npes.org

This standard was prepared by CGATS Subcommittee 6 Task Force 2, which had the following membership:

**Co-Chairmen:** Riyaz Asaria, Frank Romano
**Secretary:** Mary Abbott, NPES
**Document Editor:** Tim Donahue

**Subcommittee members:**

| Organization | Representative | Organization | Representative |
|---|---|---|---|
| Acme Printing Company | Kevin King | NPES | David McDowell |
| Agfa Corporation | Michael Jahn | PODi | Dave deBronkart |
| Apago | Dwight Kelly | RGB Metrology | Larry Steele |
| Applied Printing Technologies | Cheryl Kahanec | R.R. Donnelley & Sons | Riyaz Asaria |
| Atlas Software | Harry Raaphorst | RIT/School of Printing Management | Frank Romano |
| Citation Software | Cynthia Leslie | Royal Impressions | John Cunningham |
| Dainippon Screen Engineering of America | Toshio Kasamatsu | Think121.com | Todd Kueny |
| Electronics for Imaging | Margaret Motamed | | Bill Marciony |
| Global Graphics Software | Martin Bailey | | Janice Reese |
| Hewlett Packard | Ken Cloud | VLogix | Forrest Gauthier |
| | Kevin Currans | | Eric Wolf |
| | Bob Taylor | Xeikon America | Robert Barbara |
| Newspaper Association of America | John Iobst | Xerox Desktop Software | Steve Strassen |
| NexPress Solutions | Wayne Minns | | |
| | Tim Donahue | | |
| | David Kloosterman | | |

© NPES 2002 – All rights reserved

K00701107

CGATS.20-2002

The standard was processed and approved for submission to ANSI by the voting membership of CGATS. Committee approval of the standard does not imply that all committee members voted for its approval. At the time this standard was approved the leadership and membership of CGATS was as follows:

**Chairman:** Lawrence Steele
**Vice Chairman:** Michael Rodriguez
**Secretary:** Mary Abbott

| Organization | Representative | Organization | Representative |
|---|---|---|---|
| Adobe Systems Incorporated | Macduff Hughes | International Prepress Association | Lee Webster |
| | | | Scott Tully (Alt ) |
| Agfa Corporation | Michael Jahn | IRIS Graphics. Inc | Andrew Masia |
| ALCAN Packaging Services | Fabian Boensch | Kodak Polychrome Graphics | Alan Wilkes |
| | Karolina Rosenberger (Alt ) | | Roger Siljander (Alt ) |
| Barco Graphics | Rene Delbar | Kraft Foods | Bradley Vaughan |
| | Hans De Stecker (Alt ) | Mitsubishi Imaging (MPM). Inc | Jeff Troll |
| California Polytechnic State University | Gary Field | | Laura Sisto (Alt ) |
| Citation Software. Inc | Cynthia Leslie | National Association for Printing Leadership | Gregg Van Wert |
| Creo | David Kauffman | National Association of Printing Ink | Walter Zawacki |
| | Udi Naeh (Alt ) | Manufacturers | James Coleman (Alt ) |
| Dainippon Screen Engineering of America | Toshio Kasamatsu | National Association of Litho Clubs | Richard Worthington |
| | Tom Yang (Alt ) | | |
| Datacolor International | Kenny Thomas | New York City Technical College | James DeLuca |
| DuPont Experimental Station | Jim Schmittle | Newspaper Association of America | John Iobst |
| Eastman Kodak Company | Chris Goldsmith | NPES The Association for Suppliers of | David McDowell |
| | Nader Anvari (Alt ) | Printing, Publishing and Converting | |
| | | Technologies | |
| Electronics for Imaging. Inc | Margaret Motamed | Oceana | Mark Rand |
| | Richard Falk (Alt ) | Polaroid Graphics Imaging | Andy DiDonato |
| EnFocus Software | David van Driessche | | Brian Hill (Alt ) |
| Flexographic Technical Association | Cindy Semans | Publishing Technology Enterprises | Eric Wolferman |
| Flint Ink | Walter Zawacki | Quebecor World. Inc | Johnny Sutton |
| Fuji Photo Film U S A . Inc | Lawrence Warter | | Tim Hitchcock (Alt ) |
| Global Graphics Software. Inc | Martin Bailey | R  R  Donnelley & Sons Company | Michael Rodriguez |
| | Ken Elsman (Alt ) | | Riyaz Asarla (Alt ) |
| Graphics Microsystems Inc | Steve Headley | Research & Engineering Council of the | Lawrence Warter |
| | Mark O'Connell (Alt ) | Graphic Arts | Ronald Mihills (Alt ) |
| Gravure Association of America | Richard Dunnington | RGB Metrology | Lawrence Steele |
| | Rudy Wiesemann (Alt ) | Schawk NYC | Frank Maguire |
| GretagMacbeth | Hans Ott | | Patrick Pecoraro (Alt ) |
| GTI Graphic Technology Inc | Frederic McCurdy | Society for Imaging Science & Technology | David McDowell |
| | Robert McCurdy (Alt ) | SWOP Inc | Michael Rodriguez |
| Heidelberg U S A | Danny Kita | | John Sweeney (Alt ) |
| | Charles Koehler (Alt ) | The DDAP Association | Alan Darling |
| Hewlett Packard Company | Mary Nielsen | | Llinda Manes Goodwin |
| | Kevin Currans (Alt ) | Titian Enterprises | David Albrecht |
| Integrated Color Solutions | Dan Caldwell | Tobias Associates. Inc | David Crowley |
| International Association of Diecutting | Cynthia Crouse | X-Rite. Inc | Iain Pike |
| & Diemaking | | | |

© NPES 2002 – All rights reserved

v

K00701108

CGATS.20-2002

# Introduction

CGATS 20-2002, *Graphic technology — Variable printing data exchange using PPML and PDF (PPML/VDX)*, defines a data format and its usage to permit methods of exchange of digital data for variable data printing. It focuses on the exchange of files between establishments as well as within an integrated environment that produces variable data printing. In particular, this standard is concerned with the exchange of content information as well as data representing the final appearance of customized or personalized print products to be manufactured.

This standard is intended to respond to the workflow requirements associated with the efficient and reliable exchange of final form data between one or more senders or receivers. The workflows addressed by this standard can differ in their degree of optimization, flexibility, and level of integration. It is recognized that increasing flexibility can lead to the possibility of uncertainty or error in the interpretation of page appearance data as intended by the originator. Two conformance levels are identified that provide a reasonable balance between flexibility and predictability.

Unlike conventional digital master formats that describe the final appearance of pages of a single document, a variable document format must define many related documents and the final graphical appearance of the pages of each document. Such documents are referred to in this standard as *instance documents*. It is important to note that instance documents within a job may vary in page count, graphical content, page dimensions, and finishing. The pages of instance documents are referred to in this standard as *compound pages* where all pages of each document are defined in reader order.

Each compound page is an assembly of one or more partial pages or graphical content objects referred to in this standard as *compound elements*. In most cases, many compound page definitions share a common set of compound element definitions. The PPML/VDX standard takes advantage of this content data sharing by allowing compound element data to be defined once regardless of the number of times it is referenced from the various compound page definitions. This effectively minimizes the overall size of the data that needs to be exchanged to a size that is manageable for most exchange scenarios.

The layout data entity that defines the instance documents and their compound pages is referred to in this standard as the *layout data* of a PPML/VDX file set, where such a file set is referred to in this standard as a *PPML/VDX instance*. The layout data is defined using the *Personalized Print Markup Language* (PPML) data format, which is based on XML syntax.

The PPML layout data can also carry meta-information that characterizes the reuse of specific renderings of compound element data as they appear as graphical marks on compound pages. This reuse information is intended to provide developers and manufacturers of reader software, such as a PPML/VDX conforming print or display rendering system, with opportunities to improve the efficiency of page rasterization.

All compound element data of a PPML/VDX instance referenced from the PPML layout data must be defined in the PDF format as defined in the Adobe *PDF Reference Manual*, or as further restricted by the ISO 15930 family of standards (PDF/X). More specifically, the data that defines a compound element as laid out on a compound page by the PPML data, is a page of a PDF file. To clarify this concept further, the pages of one or more single or multiple page PDF files are used as the compound element data in a PPML/VDX instance.

PPML/VDX enables the sender to identify the rigor with which the data being exchanged is defined and thus also identifies the areas in which the receiver is being asked to assume responsibility. This also enables the recipient of a file to clearly understand the liability assumed in accepting the file.

This standard does not have a provision for specifying data specific to a given reader process or printing device. PPML/VDX therefore has no provision for conveying device control information such as imposition layout, trapping parameters, or any other device-specific information.

© NPES 2002 – All rights reserved

K00701109

This standard does, however, allow data that describes print product intent to be included in a conforming PPML/VDX instance. *Print product intent* data, as it is referred to in this standard, is information that describes various characteristics of the finished, variable print products to be manufactured in a way that is device independent. Characteristics such as binding style, media type, and folding instructions are allowed to vary per instance document and per compound page. The print product intent data of a PPML/VDX instance is defined by a restricted subset of the *JDF Specification* that is based on XML syntax.

Two conformance levels are defined in this standard and are referred to as PPML/VDX-Strict and PPML/VDX-Relaxed.

*PPML/VDX-Strict* provides the sender with maximum control and portability of the exchanged data and is the conformance level most suitable for blind complete exchange. All information necessary for defining a complete variable print job is included in the exchanged data. All content data must be encoded as either PDF/X-1a and/or PDF/X-3 (see ISO 15930-1 and 15930-3).

*PPML/VDX-Relaxed* is used where not all information required by the receiver to manufacture the job is required to be included in the exchanged data. Data not provided in the exchange may be submitted separately, or identified through communication between sender and receiver, and it will be the recipient's responsibility to provide the additional data and properly bind it to the PPML/VDX data. This conformance level may also make use of PDF files not conforming to the PDF/X-1a or PDF/X-3 standards.

The two conformance levels of PPML/VDX accommodate multiple exchange modes (including single file single transfer, multiple file single transfer, and multiple file multiple transfer) while insuring reliable exchange of all data components. PPML/VDX is therefore suitable for collaborative authoring workflows where more than one sender may exchange data components of the same job with a receiver, where the receiver can reliably determine when all components of the exchanged job are under their local control.

A set of application notes will be developed for this standard and, when completed, may be found at http://www.npes.org/standards/workroom.html. In addition, pointers may be found on this site to development tools provided for the assistance of developers and users of applications prepared based on this standard.

It is anticipated that a variety of products will be developed around PPML/VDX, including readers, writers, and viewers of PPML/VDX files, as well as validation pre-flight tools and products that offer combinations of these features. Different products will incorporate various capabilities to prepare, interpret and process conforming files based on the application needs as perceived by the suppliers of the products. However, it is important to note that a conforming reader must be able to read and appropriately process all files conforming to a specified conformance level.

© NPES 2002 – All rights reserved

K00701110

CGATS.20-2002

# Graphic technology --- Variable printing data exchange using PPML and PDF (PPML/VDX)

## 1   Scope

This standard specifies the methods for the use of the Personalized Print Markup Language (PPML) and the Portable Document Format (PDF) for the exchange or identification of all elements necessary to render a variable data imaging job as intended by the sender. This standard specifies document layout and content data and makes provision for product intent specifications using the Job Definition Format (e.g., paper selection, binding, finishing, etc.).

This standard is not intended to address applications where printing is started before the file creation and transfer is complete (often called streaming applications).

## 2   Normative references

The following documents contain provisions, which through reference in this text, constitute provisions of this standard. For dated references, subsequent amendments to, or revisions of, any of these publications do not apply. However, parties to agreements based on this standard are encouraged to investigate the possibility of applying the most recent editions of the documents indicated below. For undated references, the latest edition of the normative document referred to applies. ANSI maintains a register of currently valid ANSI, ISO and IEC standards.

NOTE     As a part of maintaining current CGATS standards, the CGATS Secretariat keeps on file the documents listed as normative references. In some cases, the Secretariat has been authorized by the owner of the copyright to distribute copies of the reference.

ISO 15930-1:2001 *Graphic technology — Prepress digital data exchange — Use of PDF, Part 1. Complete exchange using CMYK data (PDF/X-1:2001 and PDF/X-1a:2001)*

ISO 15930-3:____[1] *Graphic technology — Prepress digital data exchange — Use of PDF, Part 3. Complete exchange suitable for colour managed workflows (PDF/X-3)*

*Adobe Portable Document Format*, Version 1.3, second edition, 2000, Adobe Systems Incorporated (ISBN 0-201-61588-6)

*Personalized Print Markup Language Functional Specification*, version 2.0, Print On Demand Initiative, Dated April 4, 2002

*JDF Specification*, Release 1.1, 2002, CIP4 Organization,

*RFC 2396: Uniform Resource Identifiers (URI): Generic Syntax*, 1995, Internet Engineering Task Force

*Extensible Markup Language (XML) 1.0 (Second Edition)*, 6 October 2000, World Wide Web Consortium

*RFC 1321. The MD5 Message-Digest Algorithm*, April 1992, Ron Rivest

---

[1] Approved 2002; to be published

© NPES 2002 – All rights reserved

CGATS.20-2002

## 3   Definitions

For the purposes of this standard, the following definitions apply:

### 3.1
**compound element**
a single appearance entity that is a composite of one or more content types including text, graphics, line art, or image data

### 3.2
**layout data**
meta information encoded in PPML that defines all instance documents and compound page layouts and is stored as a single object either within a PPML Layout file, or within a separate XML file

### 3.3
**PDF (Portable Document Format)**
the file format defined in the *Adobe Portable Document Format* Reference Manual as extended by technical notes or other identified mechanisms

### 3.4
**PPML/VDX Content file**
a PDF file containing pages that define one or more compound elements of a PPML/VDX file set

### 3.5
**PPML/VDX instance**
a set of one or more files constituting the layout, content, and product intent data representing a single PPML/VDX job

### 3.6
**PPML/VDX Layout file**
a PDF file that contains a single PPML/VDX data stream object and one or more PDF pages  Only one PPML/VDX Layout file is permitted per PPML/VDX instance

## 4   Terms, symbols, notations, and abbreviated terms

PDF operators, PDF keywords, the names of keys in PDF dictionaries, and other predefined names are written in a bold sans serif type font; for example. the **ID** key

Operands of PDF operators or values of dictionary keys are written in an italic sans serif font; for example the *(PPML/VDX:2002)* value for the **GTS_PPMLVDXVersion** key defined in 6 7

PPML element and XML element names in general are written in a bold sans serif type font, for example the **DOCUMENT** element

Values of attributes of XML elements are written in an italic sans serif font

Attribute names of PPML and XML elements are written in a bold italic sans serif font; for example, the ***Subset*** attribute of the **CONFORMANCE** element

Placeholders for normally variable information are written in an italic serif font

Example PDF and XML fragments are written in a monospaced font and this convention overrides previously defined conventions  Within examples, use of bold font has no technical significance and is used for emphasis only

Table 1 is a listing of terms used in this standard, and the document to which they refer

2

© NPES 2002 – All rights reserved

K00701112

Table 1 — Terms used in CGATS 20

| Term | Reference |
|------|-----------|
| PDF | Portable Document Format |
| PDF Reference Manual | *Adobe Portable Document Format* |
| PDF/X-1a | The PDF/X-1a:2001 conformance level defined in *ISO 15930-1:2001* |
| PDF/X-3 | The PDF/X-3:2002 conformance level defined in *ISO 15930-3:2002* |
| PPML | Personalized Print Markup Language |
| PPML Specification | *Personalized Print Markup Language Functional Specification* |
| JDF | Job Definition Format |
| URI | Uniform Resource Identifier defined in the RFC 2396: Uniform Resource Identifiers (URI) |
| URL | Uniform Resource Locator defined in the RFC 2396: Uniform Resource Identifiers (URI) |
| MD5 checksum algorithm | MD5 checksum algorithm defined in RFC1321: The MD5 Message-Digest Algorithm |
| XML | The data format defined by the *Extensible Markup Language (XML) 1 0* specification |

## 5   Conformance

This standard identifies two conformance levels, PPML/VDX-Strict and PPML/VDX-Relaxed

PPML/VDX-Strict requires that all content information be contained in either PDF/X-1a and/or PDF/X-3 data files as further restricted below This implies that all data is present and the intended color is fully defined; this shall be indicated by the value of the *IntendedColor* attribute of both the *Self* and *Binding* elements, which shall be set to *"true"* It is also required that the **UniqueID** and **MD5_Checksum** attributes of all **Binding** sub-elements of the **ContentBindingTable**, as defined in Annex C of this standard, are present If the optional product intent data is also supplied in the data, the use of the print product intent specification data, as defined in Annex D, is required without the use of the user defined semantics as defined in section D.4 of that annex It further requires all XML data, including the **JDF** element and the **PPML** element, to be included in the PPML/VDX Layout file as defined in Annex B, where use of either the **JDFRef** or **PPMLRef** elements is prohibited Use of the *LocalSrc* and *BaseID* attributes of the **Binding** element defined in section C.2 of Annex C are also prohibited in PPML/VDX-Strict

PPML/VDX-Relaxed allows the sender and receiver to agree upon specific relaxations of the specified requirements Specifically, any PDF file as restricted below may be used in place of PDF/X-1a and/or PDF/X-3. It may not be necessary to transfer all data, but only identify it (*UniqueID* and *MD5_Checksum* attributes of the **Binding** element may not be present), and user-defined print product intent semantics as defined in Annex D may be used It further allows the **JDF** and **PPML** elements to be defined in separate XML data files as set out in Annex B of this standard

A conforming PPML/VDX instance comprises one or more PDF files and up to two XML files in which those features necessary for the exchange of a VDX file set adhere to this standard  See Annex E

A conforming PPML/VDX Content or Layout PDF file may also include other valid PDF features that do not affect the final rendered appearance of the compound element

A conforming writer is a software application that shall be able to write files conforming to the requirements of this standard.

NOTE     For the most reliable blind exchange. it is recommended that writers generate single file PPML/VDX-Strict conforming instances

© NPES 2002 – All rights reserved

3

**CGATS.20-2002**

A conforming reader is a software application that shall be able to read and appropriately process all instances conforming to the requirements for either Relaxed or Strict conformance levels as defined in this standard

All conforming readers shall parse all PDF files but may ignore those features not required by this standard.

All conforming readers shall parse all JDF data but may ignore those features not required by this standard

Rendering conforming files shall be performed as defined in the *PPML Specification* and the *PDF Reference Manual* as extended by ISO 15930-1 and ISO 15930-3   Entries in PDF objects not defined in these references shall not change the rendered result

## 6   Technical requirements

### 6.1   Data structure

#### 6.1 1   PDF

The PDF file format has a data structure that consists of four sections: header, body, cross-reference table, and trailer The body of a PDF file contains a sequence of numbered objects such as numbers, names, strings, dictionaries, streams, text characters, graphics, images and their associated resources  The cross-reference table of the PDF file provides a reader process with efficient random access to the various objects defined within the body of the PDF file For more information on the structure of a PDF file refer to the *PDF Reference Manual*

The PDF features not restricted by this standard shall be used as prescribed in the *PDF Reference Manual*.

#### 6.1.2   PPML

The layout data of a PPML/VDX instance shall be defined by a restricted subset of the *PPML Specification* as summarized in Annex A of this standard

Features not restricted in 6 9 and 6 10 shall be used as prescribed in the *PPML Specification*

NOTE      The PPML data format itself has a hierarchical tree structure comprising nested node or element definitions and uses a nested XML tag syntax  Within the outermost PPML tag context are nested element definitions that define every unique document, page, and page mark.  In PPML parlance. page marks are rendering contexts that describe how compound element source data (defined in this specification as PDF page objects), defined external to the PPML data stream, are to appear on a compound page with respect to location, clipping, size, rotation, and skew  If a compound element is known to occur multiple times with an equivalent appearance, hint information can be stored in the PPML mark-up data to communicate reuse knowledge to an optimized consuming process.  Such a-priori hint information, or meta-data, allows a consuming processor to anticipate content entity reuse and make more efficient use of the computing and memory resources available to it   For more information on the definition of the PPML data format refer to the *PPML Specification*

### 6.2   Components of a PPML/VDX file set

A PPML/VDX file set shall consist of a single PDF format PPML/VDX Layout file and zero or more PDF format PPML/VDX Content files

Under the PPML/VDX-Relaxed conformance level, the file set may also include up to two XML data files, one that includes the **PPML** element, and another which includes the **JDF** element

Under PPML/VDX-Strict all XML data must be embedded in the PPML/VDX Layout file

4

© NPES 2002 – All rights reserved

### 6.3   PPML/VDX file naming

A PPML/VDX Layout file should use the file extension  *vdx*

EXAMPLE        `MyVariableDataJob.vdx`

A PPML/VDX Content file should use the file extension  *.pdf*

EXAMPLE        `MyContentdata.pdf`

### 6.4   Structure of PPML/VDX files

#### 6.4.1   Structure of a PPML/VDX Layout file

A PPML/VDX Layout file shall contain exactly one embedded **PPMLVDX** element as defined in Annex B of this standard

A PPML/VDX Layout file shall contain a first PDF page that provides a visual indication that the file is a PPML/VDX Layout file that will display in ways not expected by the user  This page shall not be used as a compound element referenced from the PPML data

A PPML/VDX Layout file may contain one or more additional PDF pages that may be used as compound elements referenced by the PPML layout data defined within, or referenced from, the **Layout** sub-element of the **PPMLVDX** element as defined in Annex B of this standard.

#### 6.4.2   Structure of a PPML/VDX Content file

A PPML/VDX Content file is a PDF file that shall have at least one PDF page that is used as compound element data referenced from the PPML layout data defined within or referenced from the **Layout** sub-element of the **PPMLVDX** element stored in the PPML/VDX Layout file

### 6.5   Placement, orientation, and interaction of compound elements

The *Position* attribute of the PPML **OBJECT** element shall define the placement of the lower left hand corner of the PDF page object's *MediaBox*.

A PPML/VDX reader shall ignore the value of the *Rotate* entry of the PDF page object.

A PPML/VDX reader shall not automatically clip to the *BleedBox* entry of the PDF page object

NOTE        It is entirely appropriate for an authoring application to specify a PPML **CLIP_RECT** derived from the PDF page *BleedBox*. Similarly the intent of the *Rotate* entry of a PDF page object may be encoded in a PPML **TRANSFORM** element

A PPML/VDX reader shall interpret each PDF page's *Contents* entry independently of any graphic state changes made during the interpretation of the *Contents* entry of any other PDF page

As stated in section 5 3 1 of the *PPML Specification*, all painting operations in the PDF content data are considered as marking the conceptual raster of an individual **MARK**  This includes fills, strokes, and images, and applies even if the painting operation would have no visible effect if the PDF page comprising the **MARK** were rendered individually rather than in the context of PPML/VDX.

NOTE        One example of an operation that would have no visible effect is an object defined in DeviceCMYK, where C=M=Y=K=0, set to overprint, and within a context where the PDF overprint mode parameter of the extended graphics state (**OPM**) is non-zero.

© NPES 2002 – All rights reserved

5

CGATS.20-2002

The overprint state of elements within a **MARK** has no effect on the determination of the final page raster when that **MARK** is placed over another

NOTE       In the terminology used in the *PPML Specification* overprinting is a case of partial transparency; thus overprinting between **MARK** elements is not supported

## 6.6    PDF data restrictions

A PPML/VDX Content file shall have the value for both the permanent and changing unique identifiers of the **ID** key of the PDF **trailer** dictionary set to unique identifier strings derived in accordance to the method specified in the *PDF Reference Manual*

NOTE       While the **ID** key is optional in the PDF Reference Manual, it is required by this specification. The value of the **ID** key can be used as an alternate method of identifying the file by reference if the file name itself is changed, for example, as a result of transmission due to differences in the originating and receiving operating systems. Refer to section 5.16 of the PDF Reference Manual. The **ID** key and its values are required to be defined in the **trailer** dictionary of all PPML/VDX Content files so that the **Binding** sub-element of the **ContentBindingTable** (defined in Annex C of this standard) can guarantee a positive binding.

If an entry is present in an extended graphics state with the key **BM** it shall have a value of *Normal* or *Compatible*. If entries with keys **CA** or **ca** are present in an extended graphics state they shall have the value *1 0*  An entry with the key **SMask** shall not be present in an extended graphics state or an Image **XObject**.

NOTE       These keys are not defined in PDF 1.3 and would be ignored by a PPML/VDX compliant reader. However, in PDF 1.4 they are used to indicate partial transparency. These restrictions therefore ensure consistent rendering between PPML/VDX compliant readers and other PDF readers

## 6.7    PPML/VDX file identification

The version of a conforming PPML/VDX Layout file shall be so identified by the value of the **GTS_PPMLVDXVersion** key present in its **Info** dictionary  The type of the value of the **GTS_PPMLVDXVersion** key is string  The value of this key for files prepared in accordance with this standard is (*PPML/VDX:2002*)

A PPML/VDX Layout file shall be further identified by the value of the **GTS_PPMLVDXConformance** key in its **Info** dictionary  The type of the value of the **GTS_PPMLVDXConformance** key is string

The value of the **GTS_PPMLVDXConformance** key for files prepared in accordance with the PPML/VDX-Strict conformance level of this standard, as defined in clause 5, shall have a value of (*PPML/VDX-Strict:2002*)

The value of the **GTS_PPMLVDXConformance** key for files prepared in accordance with the PPML/VDX-Relaxed conformance level of this standard, as defined in clause 5, shall have a value of (*PPML/VDX-Relaxed:2002*)

NOTE       In the following example, the **GTS_PDFXVersion** key is defined because the PPML/VDX Layout file is also identified as conforming to PDF/X-3.

EXAMPLE
```
1 0 obj
<<
/Creator (VDP Mega-Merge)
/Author (John Smith)
/GTS_PPMLVDXVersion (PPML/VDX:2002)
/GTS_PPMLVDXConformance (PPML/VDX-Strict:2002)
/GTS_PDFXVersion (PDF/X-3:2001)
/CreationDate (D:200106231952-08'00')
/ModDate (D:200107051952-08'00')
/Title (Acme VDP job)
>>
endobj
```

A PPML/VDX Content file does not require explicit identification as a component of a PPML/VDX instance and shall not have either a **GTS_PPMLVDXConformance** key or **GTS_PPMLVDXVersion** key defined in its **Info** dictionary.

                                           © NPES 2002 – All rights reserved

K00701116

CGATS.20-2002

## 6.8    Embedding the PPMLVDX element in a PPML/VDX Layout file

The **PPMLVDX** element defined in Annex B of this standard shall be encoded as a PDF stream object within the body of a PPML/VDX Layout file using the following method of embedding:

The **Catalog** dictionary of the embedding PPML/VDX Layout file shall contain the tag entry **GTS_PPMLVDXData**  This tag shall have the value of an indirect reference to a stream object (refer to the *PDF Reference Manual*) containing the **PPMLVDX** element data

EXAMPLE
```
    1 0 obj
    <<
    /Type /Catalog
    /Pages 2 0 R
    /GTS_PPMLVDXData 13 0 R
    >>

    13 0 obj
    << /Length 272435 >>
    stream
    <PPMLVDX>
        <ContentBindingTable>  </ContentBindingTable>
        <ProductIntent>
            <JDF >  </JDF>
        </ProductIntent>
        <Layout>
            <PPML >  </PPML>
        </Layout>
    </PPMLVDX>
    endstream
    endobj
```

NOTE    In files conforming to the PPML/VDX-Relaxed conformance level, encryption as allowed by the *PDF Reference Manual* may be applied to PDF data and the embedded **PPMLVDX** element data stream

The use of compression with the **PPMLVDX** element is specified in 6 11

## 6.9    PPML layout data restrictions

### 6.9.1    PPML layout data identification

A **CONFORMANCE** sub-element of the **PPML** element shall be defined and its *Subset* attribute shall be set to a string value of "*GTS_ PPMLVDX:2002*"

EXAMPLE    `<PPML >` `<CONFORMANCE Subset="GTS_PPML/VDX:2002"/>`    `</PPML>`

### 6.9.2    PPML element restrictions

A **PPML** element shall contain at least one **JOB** element

A **PPML** element shall not contain any **DOCUMENT_SET** elements

A conforming PPML/VDX reader may ignore the *ResourcesIncluded* attribute of the **PPML** element

The *Label* attribute of the **PPML** element shall be set to a string value that uniquely identifies it

© NPES 2002 – All rights reserved

K00701117

CGATS.20-2002

If the **PPML** element is defined in an XML file external to the PPML/VDX Layout file, the value of the *Label* attribute shall exactly match the value of the *UniqueID* attribute of the referencing **PPMLRef** element, as set out in B 5 of Annex B

NOTE    The *Label* attribute of the **PPML** element is used for positive identification of the **PPML** element when it is defined external to the PPML/VDX Layout file in a separate XML data file as permitted in PPML/VDX-Relaxed only  Refer to B 5 of Annex B for requirements relating to the **PPMLRef** element that is used to bind to PPML data when it is stored external to the PPML/VDX Layout file

EXAMPLE

    PPML element data stored in a separate XML data file identified by the
    URI http://vdxjobserver/vdxjobs/myvdxjoblayout.ppml  contains the data:
        `<PPML Label="875323935"  >  </PPML>`
    An example **PPMLRef** element that references the PPML element defined above:

```
<PPML-VDX>
    <ContentBindingTable>    </ContentBindingTable>
    <ProductIntent>    </ProductIntent>
    <Layout>
        <PPMLRef Src="http://vdxjobserver/vdxjobs/myvdxjoblayout.ppml"
            UniqueID="875323935" MD5_Checksum="1a3623e8901c34145654f67898573934"/>
    </Layout>
</PPML-VDX>
```

NOTE    PPML/VDX has no provision for specifying imposition layout and disallows use of PPML elements used to define imposition layout

### 6.9.3    SOURCE element restrictions

The **SOURCE** element shall contain exactly one **EXTERNAL_DATA_ARRAY** element.

The **SOURCE** element shall not contain **EXTERNAL_DATA** or **INTERNAL_DATA** elements.

NOTE    This requirement forces all compound element data to be defined external to the PPML data  This effectively disallows embedding of binary compound element data within the PPML XML data. This better segregates the storage context of the content element source data from that of the PPML layout data, allowing the PPML data to be lightweight  The PPML layout data can, therefore, be more efficiently parsed and manipulated (analyzed, subdivided, optimized, etc ) by workflow tools concerned with manipulating the PPML layout data

The *Format* attribute of all **SOURCE** elements shall have a value of "*application/pdf*"

### 6.9.4    EXTERNAL_DATA_ARRAY element restrictions

The *Src* attribute of the **EXTERNAL_DATA_ARRAY** element shall always be set to a valid URI that uniquely identifies PPML/VDX data and can be resolved to a uniquely identified PPML/VDX Layout or Content file  The value of that *Src* attribute shall also appear as the value of the *Src* attribute of a **Binding** or **Self** sub-element of the **ContentBindingTable** as described in Annex C of this standard

The *Index* attribute of the **EXTERNAL_DATA_ARRAY** element shall be allowed to have a value no larger than the number of PDF page objects defined in the PPML/VDX Layout or Content file referenced by the element's *Src* attribute

© NPES 2002 – All rights reserved

K00701118

CGATS.20-2002

### 6.9.5    Compound page size definition restrictions

A **PAGE_DESIGN** element shall be defined as a sub-element of the **PPML** element prior to the definition of any **JOB** elements

NOTE 1    In accordance with the *PPML Specification*, the dimensions of a compound page are communicated by the *TrimBox* attribute of the **PAGE_DESIGN** element. This required **PAGE_DESIGN** element establishes the default page size for all pages. Overriding **PAGE_DESIGN** elements may. of course, also be defined in subordinate **DOCUMENT** and **PAGE** elements. Its *BleedBox* attribute communicates the bleed area as specified by the designer

NOTE 2    The *TrimBox* or *BleedBox* attributes, as defined in the *PPML Specification*, do not require content data to be clipped to those respective rectangles.  Such clipping behavior is left to the discretion of the PPML/VDX reader application and is not defined by this standard.  This information is useful, for example, to a downstream imposition process that defines imposition layouts and sheet marks where the processor may decide to use the **BleedBox** information as a specification of the maximum rectangular extent of the marked graphical content when placing a compound page on an imposition layout.

The *Dimensions* attribute of a **PAGE** element or **DOCUMENT** element shall not be defined.

The orientation of the compound page image, as specified in the PPML data, shall be considered to be in the final orientation of the finished page as intended by the originator and shall be consistent with the orientation of page mark placement

### 6.9.6    SEGMENT_ARRAY element restrictions

This standard disallows the use of **SEGMENT_ARRAY** and **SEGMENT_REF** elements

NOTE    The **SEGMENT_ARRAY** element is defined in PPML to enable more efficient use of compound element data defined as multiple page PostScript files. Since this standard does not allow the use of any file format other than PDF, and since PDF defines pages as independently addressable objects, the **SEGMENT_ARRAY** and **SEGMENT_REF** elements offer no advantage and are therefore not allowed.

### 6.9.7    OCCURRENCE element restrictions

This standard disallows the use of the *Environment* and *Overwrite* attributes of an **OCCURRENCE** element.

The optional *Scope* attribute of an **OCCURRENCE** element shall not take a value of *"Global"*.

NOTE    The *PPML Specification* implies that it is illegal to redefine an **OCCURRENCE** with the same *Name* if that name is currently in use by an **OCCURRENCE** that is in the current scope unless the value of its *Scope* attribute has a value of "Global". Since the use of "Global" for the value of *Scope* is prohibited by this standard, it is illegal to define an **OCCURRENCE** with a *Name* attribute value already in use in the current scope regardless of whether or not the **OCCURRENCE**'s scope is explicitly promoted

### 6.9.8    OCCURRENCE_REF element restrictions

The *Environment* attribute of an **OCCURRENCE_REF** element shall not be defined.

NOTE    Disallowing the *Environment* attribute here, as well as the restrictions defined in 6.9.7, means that a PPML/VDX instance cannot depend upon the existence of occurrences present in the receiver's environment.  Therefore, a PPML/VDX reader is not required to store and serve up all globally scoped **OCCURRENCE** elements

### 6.9.9    PPML production specification restrictions

This standard disallows the use of **PRINT_LAYOUT**. **IMPOSITION**, and **IMPOSITION_REF** elements.

NOTE    This standard does not support the definition of device-specific information

© NPES 2002 – All rights reserved

K00701119

CGATS.20-2002

#### 6.9.10  PPML resource management element restrictions

The following elements shall not be included in a PPML/VDX-Strict instance and may be ignored by a PPML/VDX reader:

    SUPPLIED_RESOURCES
    SUPPLIED_RESOURCE
    SUPPLIED_RESOURCE_REF
    REQUIRED_RESOURCES

In a PPML/VDX-Relaxed instance, no source data shall require a resource of any *Type* other than *font*

### 6.10  Specifying print product intent specifications in the PPML/VDX Layout file

This standard makes provision for, but does not require, the specification of print product intent information.  When included, it shall be defined using JDF data as defined in Annex D and associated with the PPML/VDX Layout file as set out in B 3

The print product intent information defined in the **JDF** element shall be referenced from the PPML layout data by the **TICKET_REF** element defined in the *PPML Specification*.  **TICKET_REF** elements shall not be defined within a PPML **PAGE**, **OBJECT**, **MARK**, **REUSABLE_OBJECT**, or **OCCURRENCE_LIST** element

The value of the *ExtIDRef* attribute of the **TICKET_REF** element shall match the value of the *UpdateID* attribute of a product intent resource sub-element or partition sub-element of the resource sub-element of the **ResourcePool** sub-element of the **JDF** element

A PPML **TICKET** element shall not be defined in the PPML layout data.  The product intent data shall be inherited from an ancestor element unless a **TICKET_REF** is defined that overrides it by referencing product intent information of an equivalent type (e g , Media, Layout, Folding, and Binding)

NOTE 1    The PPML **TICKET** element is not required since the identification and location of the **JDF** element data, as well as the format of the referenced data, is defined by this standard.

NOTE 2    The type of product intent information referenced by a **TICKET_REF** sub-element is implicit in the product intent resource element of the **JDF** element that it points to

EXAMPLE
```
<PPML …>
    <JOB  >
        <!- Specify binding style: ->
        <TICKET_REF ExtIDRef="B0005"/>
        <!- Specify two sided layout: ->
        <TICKET_REF ExtIDRef="L0003"/>
        <DOCUMENT  >
            <!- Specify media type for front side of the cover page:  ->
            <TICKET_REF ExtIDRef="M0001"/>
            <PAGE >   </PAGE>
            <!- Re-specify two sided layout to indicate printing on the ->
            <!- front side of the next finished page: ->
            <TICKET_REF ExtIDRef="L0003"/>
            <!- Specify different media type for inside pages: ->
            <TICKET_REF ExtIDRef="M0002"/>
            <PAGE >   </PAGE>
            <PAGE >   </PAGE>
            <PAGE >  .  </PAGE>
            <!- Specify media type for back cover page:   ->
            <TICKET_REF ExtIDRef="M0001"/>
            <PAGE >   </PAGE>
            <PAGE…>   </PAGE>
        </DOCUMENT>
         .
    </JOB  >
<PPML>
```

    © NPES 2002 – All rights reserved

K00701120

CGATS.20-2002

NOTE     Refer to the example in D.2 for the definition of the elements referenced by the TICKET_REF elements shown in the above example.

## 6.11  Compression

Data compression may be used as defined in the *PDF Reference Manual* except for LZW compression, which shall not be used.

Lossless compression, as allowed by the *PDF Reference Manual*, may be applied to the embedded **PPMLVDX** element data stream.

## 6.12  MD5 string encoding

The 128-bit value result of a message digest computation using the MD5 checksum algorithm shall be encoded as an ASCII string. This 128-bit value of the MD5 checksum is written as a sequence of 32 hexadecimal digits, where each digit is encoded as an ASCII character from the set '0' through '9' and letters 'A' through 'F' and 'a' through 'f'. Leading zeros shall be included.

© NPES 2002 – All rights reserved

K00701121

CGATS.20-2002

# Annex A
(informative)

## PPML Feature Summary

### A.1 General

Table A.1 lists those PPML elements, and attributes within those objects, where the PPML layout data of PPML/VDX file conforming to this standard vary from those of the *PPML Specification*. Each record in the table notes the status of the element, or attribute, and the section of this standard where the status is defined. Statuses used are:

Required        A conforming PPML/VDX instance's PPML layout data shall contain this element or attribute or attribute value

Prohibited      A conforming PPML/VDX instance's PPML layout data shall not contain this element or attribute or attribute value

Restricted      Certain values or combinations of values with contents are required or prohibited. See the section(s) referenced for full details.

The PPML layout data of a conforming PPML/VDX file also conforms to the *PPML Specification* identified in clause 5 of this standard; that is, it includes all elements, attributes and values noted as required in that functional specification, and may not contain elements, attributes or values which are prohibited or restricted by this standard, singly or in combination.

© NPES 2002 – All rights reserved

K00701122

CGATS.20-2002

Table A.1 — PPML elements for which the PPML layout data, as restricted by this standard, varies from the *PPML Specification*

| Elements | Attribute | Status | References |
|---|---|---|---|
| CELL | | Prohibited | 6.9 9 |
| CONFORMANCE | | Required | 6.9 1 |
| CONFORMANCE | *Subset* | Restricted | 6 9 1 |
| DOCUMENT | *Dimensions* | Prohibited | 6 9 5 |
| DOCUMENT_SET | | Prohibited | 6.9 2 |
| EXTERNAL_DATA | | Prohibited | 6 9 3 |
| EXTERNAL_DATA_ARRAY | | Required | 6 9 3 |
| EXTERNAL_DATA_ARRAY | *Index* | Restricted | 6 9 4 |
| EXTERNAL_DATA_ARRAY | *Src* | Restricted | 6.9 4 |
| HOR_FOLD_MARKS | | Prohibited | 6 9 9 |
| HOR_GUTTER | | Prohibited | 6 9 9 |
| HOR_TRIM_MARKS | | Prohibited | 6 9 9 |
| IMPOSITION | | Prohibited | 6 9 9 |
| IMPOSITION_REF | | Prohibited | 6.9 9 |
| INTERNAL_DATA | | Prohibited | 6.9 3 |
| OCCURRENCE | *Environment* | Prohibited | 6.9 7 |
| OCCURRENCE | *Scope* | Restricted | 6 9 7 |
| OCCURRENCE | *Overwrite* | Prohibited | 6 9 7 |
| OCCURRENCE_REF | *Environment* | Prohibited | 6.9 8 |

© NPES 2002 – All rights reserved

K00701123

CGATS.20-2002

Table 1 (continued)

| Elements | Attribute | Status | References |
|---|---|---|---|
| PAGE_DESIGN | | Required | 6 9 5 |
| PAGE_LAYOUT | | Prohibited | 6 9 9 |
| PPML | | Restricted | 6 9 2 |
| PPML | *Label* | Restricted | 6 9 2 |
| PRINT_LAYOUT | | Prohibited | 6 9 9 |
| REPEAT | | Prohibited | 6 9.9 |
| REQUIRED_RESOURCES | | Restricted | 6 9 10 |
| SEGMENT_ARRAY | | Prohibited | 6 9 6 |
| SEGMENT_REF | | Prohibited | 6 9.6 |
| SHEET_LAYOUT | | Prohibited | 6 9 9 |
| SHEET_MARK | | Prohibited | 6 9 9 |
| SIGNATURE | | Prohibited | 6 9 9 |
| SOURCE | *Format* | Restricted | 6 9.3 |
| SUPPLIED_RESOURCE | | Restricted | 6 9 10 |
| SUPPLIED_RESOURCE_REF | | Restricted | 6 9 10 |
| SUPPLIED_RESOURCES | | Restricted | 6 9 10 |
| TICKET_REF | | Restricted | 6 10 |
| VER_FOLD_MARKS | | Prohibited | 6 9 9 |
| VER_GUTTER | | Prohibited | 6 9 9 |
| VER_TRIM_MARKS | | Prohibited | 6 9 9 |

14

© NPES 2002 – All rights reserved

K00701124

CGATS.20-2002

# Annex B
## (normative)

# The PPMLVDX element definition

## B.1  General

All XML data embedded within the PPML/VDX Layout file by the method set out in 6 8 is required to be contained within, or referenced from, sub-elements of the **PPMLVDX** element defined in this annex. The **PPMLVDX** element is a hierarchical structure that contains the sub-elements **ContentBindingTable, ProductIntent,** and **Layout**. The **PPMLVDX** element is used to aggregate the various XML data components of the PPML/VDX Layout file that define the content file binding, print product intent, and layout data of a PPML/VDX instance.

The **ContentBindingTable** sub-element provides meta-information about referenced files useful for defining verifiable references (as defined in Annex C).

The **ProductIntent** sub-element can contain either a **JDF** sub-element that defines the print product intent resources (as defined in Annex D of this standard), or a **JDFRef** sub-element that defines a reference to an external XML data file that contains such a **JDF** element.

The **Layout** element may contain either a **PPML** element that defines the instance documents and their compound pages (as defined in the *PPML Specification* and restricted in clause 6 of this standard), or a **PPMLRef** element that defines a reference to an external XML data file that contains such a **PPML** element.

## B.2  PPMLVDX element definition

The **PPMLVDX** element shall contain exactly one **ContentBindingTable** sub-element that conforms to the restrictions defined in Annex C of this standard. This sub-element shall occur as the first sub-element of the **PPMLVDX** element.

The **PPMLVDX** element may contain exactly one **ProductIntent** sub-element. If specified, this sub-element shall occur following the definition of the **ContentBindingTable** sub-element.

The **PPMLVDX** element shall contain exactly one **Layout** sub-element. If the **ProductIntent** sub-element is specified, this sub-element shall occur following the definition of the **ProductIntent** sub-element, otherwise it shall occur after the **ContentBindingTable** sub-element.

EXAMPLE
```
<PPMLVDX>
    <ContentBindingTable>   </ContentBindingTable>
    <ProductIntent>   </ProductIntent>
    <Layout>   </Layout>
</PPMLVDX>
```

© NPES 2002 – All rights reserved

15

CGATS.20-2002

## B.3 ProductIntent sub-element definition

The **ProductIntent** sub-element, if present, shall contain either a single **JDF** sub-element that conforms to the *JDF Specification* and the restrictions set out in annex D of this standard, or shall contain a single **JDFRef** sub-element. In files conforming to the PPML/VDX-Strict conformance level, the **JDFRef** sub-element shall not be used.

EXAMPLE
```
<PPMLVDX>
      <ContentBindingTable>    </ContentBindingTable>
      <ProductIntent>
            <JDF >    </JDF>
      </ProductIntent>
      <Layout>   </Layout>
</PPMLVDX>
```

The **JDFRef** sub-element shall have an **Src** attribute of type string, which shall have a value that is interpreted as a *Uniform Resource Identifier* (URI) that identifies an XML file containing a **JDF** element that conforms to the requirements set out in B.4.

NOTE    This URI is an unambiguous identifier of an XML resource that the sender guarantees can be resolved by the receiver into a URL that references a specific XML file instance that contains a JDF element that conforms to this standard. If the receiver cannot resolve an XML file containing a JDF element, then the URI is considered invalid.

The **JDFRef** sub-element shall have a **UniqueID** attribute of type string. The value of this attribute shall be a unique identifier that must be identical to the value of the *ID* attribute of the **JDF** element defined in the XML file referenced by the *Src* attribute.

The **JDFRef** sub-element shall have an **MD5_Checksum** attribute of type string. The value of this attribute shall specify the checksum of the entire XML file referenced by the *Src* attribute as determined by the MD5 checksum algorithm. This checksum value shall be encoded as a hexadecimal ASCII string according to MD5 string encoding as described in section 6.12 of this standard.

NOTE    If the value of the *MD5_Checksum* attribute does not match the checksum of the referenced file recomputed by the receiver of the referenced data, the referenced XML file is considered invalid. In some situations, line end conversions may be applied to the XML data by the transmission mechanism in use. The reading application may wish to attempt to undo possible line end conversions applied to the JDF during transmission. If such a process results in a file for which the checksum now matches, then it may be assumed that the file has been appropriately repaired. It is recommended that binary transport protocols be used when transporting the data.

EXAMPLE
```
<PPMLVDX>
      <ContentBindingTable>    </ContentBindingTable>
      <ProductIntent>
            <JDFRef Src="http://vdxjobserver/vdxjobs/myvdxjobproductintent.jdf"
                 UniqueID="233875395" MD5_Checksum="341456541a8901cf67898573623e3934"/>
      </ProductIntent>
      <Layout>   </Layout>
</PPMLVDX>
```

## B.4 External JDF data file

Use of the **JDFRef** element as defined in B.3 provides a reference to a separate XML data file containing a **JDF** element that would otherwise be stored in the PPML/VDX Layout file.

The XML file referenced by the **JDFRef** element shall contain exactly one **JDF** element that conforms to the *JDF Specification* and the restrictions set out in Annex D.

© NPES 2002 – All rights reserved

K00701126

The XML file referenced by the **JDFRef** element should use the file extension *jdf*

EXAMPLE    `MyProductIntentData.jdf`

## B.5  Layout sub-element definition

The **Layout** sub-element shall contain exactly one **PPML** sub-element that conforms to the *PPML Specification* and the restrictions set out in section 6 9 of this standard, or shall contain a single **PPMLRef** sub-element  In files conforming to the PPML/VDX-Strict conformance level, the **PPML** sub-element shall be used

EXAMPLE
```
<PPMLVDX>
     <ContentBindingTable>    </ContentBindingTable>
     <ProductIntent>
          <JDFRef Src="http://vdxjobserver/vdxjobs/myvdxjobproductintent.jdf"
               UniqueID="233875395" MD5_Checksum="cf67898573456541a623e34189019343"/>
     </ProductIntent>
     <Layout>
          <PPML>    </PPML>
     </Layout>
</PPMLVDX>
```

The **PPMLRef** sub-element shall have an *Src* attribute of type string, which shall have a value that is interpreted as a *Uniform Resource Identifier* (URI) that identifies an XML file containing a **PPML** element that conforms to the requirements set out in section B 6 of this annex

NOTE     This URI is an unambiguous identifier of an XML resource that the sender guarantees can be resolved by the receiver into a URL that references a specific XML file instance that contains a PPML element that conforms to this standard  If the receiver cannot resolve an XML file containing a PPML element then the URI is considered invalid

The **PPMLRef** sub-element shall have a *UniqueID* attribute of type string  The value of this attribute shall be a unique identifier that must be identical to the value of the *Label* attribute of the **PPML** element defined in the XML file referenced by the *Src* attribute  Refer to section 6 9 2 of this standard for the definition of restrictions placed on the *Label* attribute of the **PPML** element.

The **PPMLRef** sub-element shall have an **MD5_Checksum** attribute of type string  The value of this attribute shall specify the checksum of the entire XML file referenced by the *Src* attribute as determined by the MD5 checksum algorithm  This checksum value shall be encoded as a hexadecimal ASCII string according to MD5 string encoding as described in section 6 12 of this standard

NOTE     If the value of the **MD5_Checksum** attribute does not match the checksum of the referenced file recomputed by the receiver of the referenced data, the referenced XML file is considered invalid

EXAMPLE
```
<PPMLVDX>
     <ContentBindingTable>    </ContentBindingTable>
     <ProductIntent>
          <JDFRef Src="http://vdxjobserver/vdxjobs/myvdxjobproductintert.jdf"
               UniqueID="233875395" MD5_Checksum="7c65f67534898541a623e34193489013"/>
     </ProductIntent>
     <Layout>
          <PPMLRef Src="http://vdxjobserver/vdxjobs/myvdxjoblayout.ppml"
               UniqueID="875323935" MD5_Checksum="54623f675e341718ac65349801934893"/>
     </Layout>
</PPMLVDX>
```

© NPES 2002 – All rights reserved                                                                   17

CGATS.20-2002

## B.6  External PPML data file

Use of the **PPMLRef** element as defined in B.3 provides a reference to a separate XML data file containing a **PPML** element that would otherwise be stored in the PPML/VDX Layout file

The XML file referenced by the **PPMLRef** element shall contain exactly one **PPML** element that conforms to the *PPML Specification* and the restrictions set out in 6 9

The XML file referenced by the **PPMLRef** element should use the file extension  *.ppml*

EXAMPLE        MyLayoutData.ppml

18                                                    © NPES 2002 – All rights reserved

K00701128

CGATS.20-2002

# Annex C
## (normative)

## The ContentBindingTable element definition

### C.1 General

The **ContentBindingTable** element, through the use of pre-flight tools, enables a receiving application to verify the integrity and completeness of an exchanged variable data job. This data may also be used in the determination of completeness of the color specification.

Early binding, as used in this standard, refers to PPML Layout data references to PPML/VDX Content files that are established by the sender when the referenced file exists and may be verified prior to transfer. With early binding, it is also possible to define what is referred to in this standard as a positive binding. A positive binding includes meta-information along with the file reference that describes characteristics unique to the referenced file, including a checksum of the file and a unique identifier published within it. Positive bindings allow the recipient of a multiple file PPML/VDX job to validate all file references and thus verify that all the files, as intended by the sender, have been transferred.

Late binding, as used in this standard, refers to PPML Layout data references to PPML/VDX Content files that are established by the sender when the referenced file does not exist and may therefore not be verified prior to transfer. Hence, characteristics of the referenced PDF file are not known to the sender so both the checksum of the file and its unique identifier are unknown and are not published with the file reference. Therefore, late bindings cannot be positively bound and verified by the receiver post exchange with information included in the exchanged PPML/VDX data. Use of late binding is useful in exchange workflows where there is a more formal and trusted working relationship between the data originator and print provider. This standard does not define a mechanism for determining when a late bound PPML/VDX instance is complete.

This annex defines an XML sub-element of the **PPMLVDX** element defined in Annex B named **ContentBindingTable**. This element provides the additional meta-information about PPML/VDX Content files referenced from the **EXTERNAL_DATA_ARRAY** elements of the PPML data that enables a verification process in both the sending and receiving environment to determine the validity of referenced data files. From this data, it can also be determined exactly which references are late bound so that the receiver is made aware that the integrity of the data may be suspect and depend on other information not included in the exchange.

In this way, this standard provides a mechanism by which the integrity of a variable data print job comprised of multiple content files can be positively verified. Thus, the sender has the option to maintain maximum control or some incremental level of control over the data of a given job, and the receiver can ascertain from the exchanged data the liability assumed in accepting the job.

### C.2 ContentBindingTable element definition

The **ContentBindingTable** element shall contain a **Self** sub-element if PDF pages of the PPML/VDX Layout file are referenced by the PPML Layout data. The **Self** sub-element, if present, shall appear as the first sub-element in the **ContentBindingTable**.

The **Self** sub-elements shall have an *Src* attribute of type string, which shall have a value that is interpreted as a URI that identifies the PPML/VDX Layout file that contains the **PPMLVDX** element containing the **ContentBindingTable**

© NPES 2002 – All rights reserved

K00701129

CGATS.20-2002

sub-element. The value of this *Src* attribute shall exactly match the URI value of any **EXTERNAL_DATA_ARRAY** element *Src* attribute intended to indicate reference to PDF pages used as compound element data defined in the PPML/VDX Layout file.

NOTE    This URI is an unambiguous identifier of the PPML/VDX Layout file that the receiver should be able to resolve to the PPML/VDX Layout file that contains the **ContentBindingTable**, which contains the referencing **Self** sub-element. Since this URI is actually self-referential to the containing PPML/VDX Layout file, it is used as the means by which a PPML/VDX reader determines that the value of the *Src* attribute of an **EXTERNAL_DATA_ARRAY** refers to pages of the containing PPML/VDX Layout file. This identification is valid even if the name of the PPML/VDX Layout file is changed

There shall be exactly one **Binding** sub-element defined within the **ContentBindingTable** element for every unique *Src* attribute value of the **EXTERNAL_DATA_ARRAY** elements defined in the PPML data that refer to PPML/VDX Content files

The **Self** sub-element may have an ***IntendedColor*** attribute of type Boolean which, if present, shall take a value of either *"true"* or *"false"*.  If not present, the implied default value of this attribute shall be *"false"* If a value of *"true"* is asserted, the PPML/VDX Layout file identified by the **Self** element's *Src* attribute shall conform to either of the PDF/X-1a or PDF/X-3 standards.  In files conforming to the PPML/VDX-Strict conformance level, the ***IntendedColor*** attribute shall be present with a value of *"true"*.

If the ***IntendedColor*** attribute of the **Self** sub-element has a value of *"true"* and the referenced PPML/VDX Layout file does not conform to PDF/X-1a or PDF/X-3 then the value of the ***IntendedColor*** attribute is invalid

NOTE    If ***IntendedColor*** has a value of "false" then the receiver should make no assumptions about the condition of the color data defined in that PPML/VDX Layout file. and thus should not blindly accept the subjective quality of its data without some level of color verification

The **Binding** sub-element shall have an *Src* attribute of type string, which shall have a value that is interpreted as a *Uniform Resource Identifier* (URI) that identifies a PPML/VDX Content file of the PPML/VDX instance. The value of this *Src* attribute shall exactly match the URI value of any **EXTERNAL_DATA_ARRAY** element *Src* attribute that refers to the same external PPML/VDX Content file.

NOTE 1    This URI is an unambiguous identifier of a PPML/VDX file that the sender guarantees can be resolved by the receiver into a URL that references a specific PPML/VDX file instance  If the receiver cannot resolve a PPML/VDX Content file then the URI is considered invalid.

NOTE 2    The URI value of the PPML **EXTERNAL_DATA_ARRAY** element's *Src* attribute is usable as a unique search key for identifying the corresponding **Binding** element stored in the **ContentBindingTable** element

The **Binding** sub-element may have a ***LocalSrc*** attribute of type string which if present, shall have a value that is interpreted as a Uniform Resource Locator (URL) that identifies a PPML/VDX Content file of the PPML/VDX instance using the file name under which that Content file was shipped by the sender of the file set  This attribute shall not be used in a PPML/VDX-Strict instance

If the ***LocalSrc*** attribute is present, the *Src* attribute shall not be used in identifying the PPML/VDX Content file it references

NOTE    The content binding table may be used to translate between the URI included in the PPML data itself (*Src*). and a URI for the actual file to be used (***LocalSrc***)

The **Binding** sub-element may have an ***IntendedColor*** attribute of type Boolean which if present, shall take a value of either *"true"* or *"false"*.  If not present, the implied default value of this attribute shall be *"false"* If a value of *"true"* is asserted, the PPML/VDX Layout file referenced by the **Binding** element shall conform to either of the PDF/X-1a or PDF/X-3 standards  In files conforming to the PPML/VDX-Strict conformance level the ***IntendedColor*** attribute shall be present with a value of *"true"*

© NPES 2002 – All rights reserved

K00701130

If the *IntendedColor* attribute of the **Binding** sub-element has a value of *"true"* and the referenced PPML/VDX Content file does not conform to PDF/X-1a or PDF/X-3 then the value of the *IntendedColor* attribute is invalid.

NOTE      If *IntendedColor* has a value of *"false"* then the receiver should make no assumptions about the condition of the color data defined in that PPML/VDX Content file, and should not blindly accept the subjective quality of its data without some level of color verification

The **Binding** sub-element may have a *UniqueID* attribute of type string  If present, the value of this attribute shall be a unique identifier that must be identical to the value of the changing unique identifier entry of the *ID* key defined in the referenced PPML/VDX Content file's **trailer** dictionary as required in 6 6  This attribute is required in a PPML/VDX-Strict instance

NOTE      This unique identifier is used as meta-information for establishing a verifiable, positive binding for the reference defined by the value of the *Src* attribute of the PPML **EXTERNAL_DATA_ARRAY** element and a PPML/VDX content file   When verified in pre-flight, it provides a receiver assurance that the PPML/VDX Content file resolved from the URI reference is, in fact, the exact file intended by the sender   If the value of this *UniqueID* isn't identical to that of the referenced PDF file then the binding is considered invalid

The **Binding** sub-element may have a *BaseID* attribute of type string  If present, the value of this attribute shall be a unique identifier that must be identical to the value of the permanent unique identifier entry of the *ID* key defined in the referenced PPML/VDX Content file's **trailer** dictionary as required by technical requirement 6 6 of this standard  One but not both of *BaseID* and *UniqueID* may be present in a **Binding** element  This attribute is prohibited in a PPML/VDX-Strict instance.

NOTE      In a multiple exchange PPML/VDX-Relaxed instance the **ContentBindingTable** element may refer to files that are not already available to the receiver and indeed may not yet have been created  In such cases, it is perfectly appropriate for a **Binding** sub-element to contain neither a *UniqueID* nor *BaseID* attribute

The **Binding** sub-element may have an *MD5_Checksum* attribute of type string. If present, the value of this attribute shall specify the checksum of the entire PPML/VDX Content file referenced by the *Src* attribute as determined by the MD5 checksum algorithm  This checksum value shall be encoded as a hexadecimal ASCII string according to MD5 string encoding as described in section 6 12 of this standard.  This attribute is required in a PPML/VDX-Strict instance

NOTE 1    If the value of the *MD5_Checksum* attribute does not match the checksum of the entire referenced file recomputed by the receiver of the referenced data, the referenced PPML/VDX Content file is considered invalid.

NOTE 2    The *MD5_Checksum* attribute of the **Binding** element is optional. As with the *UniqueID* attribute, when not defined, it is assumed that the **Binding** element and the value of its *Src* attribute is a *late binding* definition.

The *Src* attribute of the **Self** sub-element and the *Src* attribute of all **Binding** sub-elements in a **ContentBindingTable** element shall have unique values.

NOTE 1    The following shows an example **ContentBindingTable** intended to conform to PPML/VDX-Strict where positive binding is asserted with both *MD5_Checksum* and *UniqueID* attributes being specified, and *IntendedColor* being asserted

EXAMPLE
```
<ContentBindingTable>
    <Self Src="http://jobserver/job032.vdx" IntendedColor="true"/>
    <Binding Src="http://contentserver/promo02cntnt.pdf" IntendedColor="true"
        UniqueID="5f6e348903b7c13741a6253489193486"
        MD5_Checksum=" f67531a623e3784B954c654013941938"/>
    <Binding Src="http://contentserver/background01.pdf" IntendedColor="true"
        UniqueID="890357c13741a62534891934865f6e34"
        MD5_Checksum="53489857c65f689013741a623e341934"/>
    <Binding Src="http://contentserver/stockimages31.pdf" IntendedColor="true"
        UniqueID="4865890357c1374193f6e3a625348914"
        MD5_Checksum="623e341934897c65f67534541a013898"/>
</ContentBindingTable>
```

© NPES 2002 – All rights reserved

21

**CGATS.20-2002**

NOTE 2    The following example shows a **ContentBindingTable** intended to conform to PPML/VDX-Relaxed where positive binding is not asserted for all **Binding** sub-elements and the *IntendedColor* attribute is not asserted in all **Binding** sub-elements.

EXAMPLE
```
<ContentBindingTable>
    <Self Src="http://jobserver/job038.vdx"/>
    <Binding Src="http://contentserver/promo05cntnt.pdf"
        UniqueID="5f6e34890357c13741a6253489193486"
        MD5_Checksum="f67531a623e37848954c654013941938"/>
    <Binding Src="http://contentserver/background01.pdf" IntendedColor="true"
        UniqueID="89035/c13741a625348919346865f6e34"
        MD5_Checksum="53489857c65f689013741a623e341934"/>
    <Binding Src="http://contentserver/stockimages31.pdf"
        UniqueID="4865890357c1374193f6e3a625346914"
        MD5_Checksum="623e341934689/c65f67534541a013898"/>
</ContentBindingTable>
```

NOTE 3    The following example shows a **ContentBindingTable** intended to conform to PPML/VDX-Relaxed with use of the *LocalSrc* and *BaseID* attributes of the **Binding** sub-element.

EXAMPLE
```
<ContentBindingTable>
    <Self Src="http://jobserver/job038.vdx"/>
    <Binding Src="http://contentserver/promo05cntnt.pdf"
        LocalSrc="http://mycontentserver/promo05cntnt.pdf"
        BaseID="13741a62534898890357c65f6e341934"/>
    <Binding Src="http://contentserver/background01.pdf" IntendedColor="true"
        LocalSrc="http://mycontentserver/background01.pdf"
        UniqueID="890357c13741a62534891934865f6e34"
        MD5_Checksum="53489857c65f689013741a623e341934"/>
    <Binding Src="http://jobserver/stockimages31.pdf"
        LocalSrc="http://mycontentserver/stockimages31.pdf"
        UniqueID="4865890357c1374193f6e3a625348914"
        MD5_Checksum="623e341934897c65f67534541a013898"/>
</ContentBindingTable>
```

                                                     © NPES 2002 – All rights reserved

K00701132

CGATS.20-2002

# Annex D
(normative)

# Specifying print product intent in PPML

## D.1 General

This annex defines the syntax and semantics for expressing print product intent information in this standard. The method of binding this print product intent information to the instance document and compound page definitions defined by the PPML layout data is defined in 6 10

Print product intent, as it is referred to in this standard, is information that describes the characteristics of finished print products that are the output of a manufacturing process that takes a PPML/VDX instance as input. All product intent characteristics defined by this standard are intended to be independent of any particular process or device used in the manufacture of the print products described by them.

Product intent data can provide the recipient of a PPML/VDX job with sufficient information for understanding the characteristics and design of the finished print products as intended by the sender  This includes information such as media type, binding style, and folding instructions

The syntax and semantics used in this standard for expressing print product intent requires the use of the Job Definition Format as defined in the *JDF Specification*.  More specifically, it defines a restricted subset and usage of the elements specified in the *JDF Specification*, allowing only the syntax and semantics of JDF that relate to the definition of a JDF product node that can only include print product intent resources  Refer to the *JDF Specification* for more information on the definition of a JDF product node

This standard also defines methods of extending JDF to allow for user-defined print product intent data. This is useful when intent semantics not natively defined in the *JDF Specification* are required for defining a particular job  Whereas exclusive use of the JDF product intent semantics specified by this standard provides an interoperable description of print product characteristics, the use of user-defined, private print product intent semantics does not  User-defined print product intent syntax always requires formal agreement between the sending and receiving parties as to their meaning

As stated in clause 5, user-defined print product intent syntax is prohibited from use in PPML/VDX jobs intended to conform to the PPML/VDX-Strict conformance level, and shall only be allowed in jobs conforming to the PPML/VDX-Relaxed conformance level.

## D.2 Use of JDF for specifying print product intent information

This section defines the use of JDF elements, as defined by the *JDF Specification*, for specifying print product intent information in this standard.  More specifically, it defines the subset of JDF elements and attributes of those elements that a conforming PPML/VDX reader is required to validate and appropriately process

Exactly one **JDF** element may be defined and used in the context of a single PPML/VDX instance and shall be included as part of a PPML/VDX job by the methods set out in B 3 and B 4 (as shown in the example below)

The required *Type* attribute of the **JDF** element shall be set to the ASCII string value of *"Product"* to identify it as a JDF product intent type node (as shown in the example below)

© NPES 2002 – All rights reserved

23

CGATS.20-2002

The required *Status* attribute of the **JDF** element shall be set to an ASCII string value of *"Ready"* (as shown in the example below).

The **JDF** element shall contain a **ResourcePool** sub-element and a **ResourceLinkPool** sub-element as defined in the *JDF Specification*.

A conforming PPML/VDX reader may ignore any sub-elements of the **JDF** element other than the **ResourcePool** sub-element.

A conforming PPML/VDX reader shall validate and appropriately process all **BindingIntent, FoldingIntent, LayoutIntent**, and **MediaIntent** sub-elements that occur in the **ResourcePool** sub-element.

For PPML/VDX-Strict, the **ResourcePool** element shall only contain **BindingIntent, FoldingIntent, LayoutIntent**, and **MediaIntent** sub-elements that are referenced from **TICKET_REF** elements defined in the PPML data (refer to section 6.10 of this standard for a description of how the PPML TICKET_REF element is used in this standard). For PPML/VDX-Relaxed, other JDF product intent elements, as well as user defined print product intent sub-elements, may also be defined in the **ResourcePool** element and referenced from the PPML data (refer to section D.4 for a description of how to specify user defined print product intent information).

The *UpdateID* attribute of **BindingIntent, FoldingIntent, LayoutIntent, MediaIntent** and user-defined print product intent sub-elements of the **ResourcePool** element shall have unique values in accordance with the *JDF Specification*, within the context of the same PPML/VDX instance.

NOTE     The *UpdateID* attribute's value is used to identify an intent resource element or a partition of an intent resource element for the reference defined in the PPML layout data. For more information on binding print product intent information to layout data refer to 6.10.

The *Class* attribute of **BindingIntent, FoldingIntent, LayoutIntent, MediaIntent** and user defined print product intent sub-elements of the **ResourcePool** element shall have a value of *"Intent"*.

The *Dimensions, FinishedDimensions, FinishedPageOrientation, FolioCount, NumberUp, Pages, PageVariance* attributes, and **Layout** sub-element of the **LayoutIntent** resource element, shall not be specified. Conforming PPML/VDX readers shall derive a default value for this attribute from the aspect ratio of the **TRIM_BOX** sub-element of the PPML **PAGE_DESIGN** element.

NOTE     Refer to the *JDF Specification* for a detailed explanation of the syntax and semantics of the JDF resource elements used in the following example.

24                                                        © NPES 2002 – All rights reserved

K00701134

CGATS.20-2002

EXAMPLE

```
<JDF ID="JT0001" Type="Product" Status="Ready"
    DescriptiveName="First part of the ACME VDP job">
    <Comment> A freeform text comment </Comment>
    <ResourcePool>
        <MediaIntent Status="Available" ID="Medias" Class="Intent"
            UpdateID="M0000" PartIDKeys="Option">
            <Texture DataType="EnumerationSpan" Preferred="Smooth"/>
            <StockType DataType="NameSpan" Preferred="Bond"/>
            <MediaColor DataType="EnumerationSpan" Preferred="White"/>
            <Grade DataType="IntegerSpan" Range="3 4 5" Preferred="5"/>
            <MediaIntent Option="Media1" UpdateID="M0001">
                <FrontCoatings DataType="EnumerationSpan" Preferred="Glossy"/>
                <StockType DataType="NameSpan" Preferred="Cover"/>
                <Texture DataType="NameSpan" Preferred="Calendared"/>
            </MediaIntent>
            <MediaIntent Option="Media2" UpdateID="M0002">
                <BackCoatings DataType="EnumerationSpan" Preferred="Glossy"/>
                <StockType DataType="NameSpan" Preferred="Cover"/>
            </MediaIntent>
            <MediaIntent Option="Media3" UpdateID="M0003">
                <MediaColor DataType="EnumerationSpan" Preferred="Blue"/>
            </MediaIntent>
        </MediaIntent>
        <LayoutIntent ID="TwoSidedLongEdge" UpdateID="L0003" Class="Intent"
            Sides="TwoSidedHeadToHead" Status="Available"/>
        <BindingIntent Status="Available" ID="Bindings" Class="Intent"
            UpdateID="B0003" PartIDKeys="Option">
            <BindingType DataType="EnumerationSpan" Preferred="SaddleStitch"/>
            <SaddleStitching>
                <StitchNumber DataType="IntegerSpan" Range="2 3" Preferred="3"/>
            </SaddleStitching>
            <BindingIntent Option="Bind1" UpdateID="B0004">
                <BindingType DataType="EnumerationSpan" Preferred="CoilBinding"/>
                <CoilBinding>
                    <CoilMaterial Preferred="Steel"/>
                </CoilBinding>
            </BindingIntent>
            <BindingIntent Option="Bind2" UpdateID="B0005">
                <BindingType DataType="EnumerationSpan" Preferred="PlasticComb"/>
                <PlasticCombBinding>
                    <PlasticCombType Preferred="USA1"/>
                </PlasticCombBinding>
            </BindingIntent>
        </BindingIntent>
    </ResourcePool>
    <ResourceLinkPool>
        <MediaIntentLink rRef="Medias" Usage="Input"/>
        <LayoutIntentLink rRef="L0003" Usage="Input"/>
        <BindingIntentLink rRef="Bindings" Usage="Input"/>
    </ResourceLinkPool>
</JDF>
```

© NPES 2002 – All rights reserved

K00701135

CGATS.20-2002

## D.3 Scope of referenced print product intent information

The result of **BindingIntent, FoldingIntent, LayoutIntent**, and user-defined product intents are applied to a collection of pages rather than a single page. This collection of pages is referred to as the scope of the product intent and is defined as the scope of the **TICKET_REF** element in the *PPML Specification*.

If a PPML **PAGE** is outside the scope of all instances of a particular product intent type, a PPML/VDX-compliant reader may apply local defaults.

NOTE     To guarantee predictable printing results, it is recommended that the sender of a PPML/VDX instance ensure that all PPML **PAGE** elements are within the scope of an appropriate set of product intents.

Any reference to a particular intent resource type overrides the previous definition of the intent resource of the same type and does not affect other intent types.

The next PPML **PAGE** defined immediately after a **LayoutIntent, MediaIntent, FoldingIntent**, or **BindingIntent** element goes in or out of scope shall be printed on the front of a new finished page, regardless of whether or not the new in-scope intent differs from its previous setting.

NOTE     To define a finished page with a blank front side and printed back side, it is necessary to specify a two sided printing context with a reference to a **LayoutIntent** that starts a new finished page followed by a **PAGE** element for the front side and another for the back side of the finished page. The **PAGE** element that maps to the front side would need to be blank where it has no **MARK** sub-elements defined within it.

## D.4 Specifying user defined print product intent information

JDF has a provision that uses the XML name space extension mechanism to allow for private extension of JDF data. Refer to the *JDF Specification* for information on how JDF syntax and semantics can be extended. In particular, the XML namespace mechanism shall be used in this standard to extend the predefined JDF intent resource elements used in D.2. The XML namespace extension mechanism shall also be used to add user defined resource intent elements not already defined in the *JDF Specification*.

This standard, however, strongly recommends limited use of private namespace extensions to JDF where such extensions should be limited to defining product intent semantics not already provided by JDF.    It is important to point out that print product intent data defined by private extensions to JDF and referenced from the PPML data is not guaranteed to be portable across reader applications that conform to this standard, and shall not be allowed in data intended to conform to the PPML/VDX-Strict conformance level.

All private, user-defined print product intent resource sub-elements referenced from the PPML data shall be defined in the **ResourcePool** sub-element of the **JDF** element.

All private, user-defined resource sub-elements shall have a *Class* attribute that shall have an XML type and semantic definition equivalent to that of the *Class* attribute of the intent resource elements defined in the *JDF Specification* and shall have a string value of *"Intent"* that identifies it as a resource intent element.

All private, user defined resource sub-elements shall have an *ID* attribute that shall have an XML type and semantic definition equivalent to that of the *ID* attribute of the intent resource elements defined in the *JDF Specification*.

NOTE     Refer to the *JDF Specification* for a detailed explanation of the syntax and semantics of the JDF resource elements used in the following example.

26                                                      © NPES 2002 – All rights reserved

CGATS.20-2002

```
EXAMPLE
<JDF xmlns="http://www.CIP4 org/JDFSchema_1" xmlns:extension="extensionschema URI"
        ID="JT0001" Type="Product" Status="Ready"
        DescriptiveName="First part of the ACME VDP job">
        <Comment> A freeform text comment </Comment>
        <ResourcePool>
                <MediaIntent Status="Available" ID="Medias" Class="Intent" UpdateID="M0000"
                        PartIDKeys="Option">
                        <Texture Preferred="Smooth"/>
                        <StockType Preferred="Bond"/>
                        <MediaColor Preferred="White"/>
                        <Grade Range="3 4 5" Preferred="5" />
                        <MediaIntent Option="M1" UpdateID="M0001" Class="Intent"
                                extension:Brand="Eastern Mills">
                                <FrontCoatings Preferred="Glossy"/>
                                <StockType Preferred="Cover"/>
                                <Texture Preferred="Calendared"/>
                         </MediaIntent>
                        <MediaIntent Option="M2" UpdateID="M0002" Class="Intent"
                                extension:Brand="Eastern Mills"/>
                                <Grade Preferred="5"/>
                                <StockType Preferred="Bond"/>
                                <Texture Preferred="Smooth"/>
                        </MediaIntent>
                </MediaIntent>
                <LayoutIntent ID ="L0003" Class="Intent" Sides="TwoSidedHeadToHead"/>
                <BindingIntent Status="Available" ID="Bindings"
                         UpdateID="DefaultBinding" Class="Intent"
                        PartIDKeys="Option"/>
                        <BindingIntent UpdateID="CoilBindSteel" Option="B001">
                                <BindingType Preferred="CoilBinding"/>
                                <CoilBinding> <CoilMaterial Preferred="Steel"/> </CoilBinding>
                        </BindingIntent>
                        <BindingIntent UpdateID="NailBind" Option="B002">
                                <BindingType Preferred="extension:NailBinding"/>
                                <extension:NailBinding Material="Iron" Size="3" Unit="Inch"/>
                        </BindingIntent>
                </BindingIntent>
                <extension:SpecialIntent ID="SI001" UpdateID="DocTypeManual" Class="Intent"
                        Usage="Manual"/>
        </ResourcePool>
        <ResourceLinkPool>
        </ResourceLinkPool>
</JDF>
```

© NPES 2002 – All rights reserved

27

CGATS.20-2002

# Annex E
(informative)

## PPML/VDX notes

### E.1 General

A set of applications notes will be developed for this standard, and may be found at the web site http://www.npes.org/standards/workroom.html.

This standard defines two conformance levels as defined in clause 5. They are identified as PPML/VDX-Strict and PPML/VDX-Relaxed. These two conformance levels allow a trade-off to be made between maximizing data integrity in an exchange (use of PPML/VDX-Strict) and enabling a more flexible integrated production workflow (use of PPML/VDX-Relaxed). A summary of the primary differences between these two conformance levels is provided in E.2.

This standard is suitable for various modes of exchange of variable data including single file single transfer, multiple file single transfer, and multiple file multiple transfer. Both PPML/VDX–Strict and PPML/VDX-Relaxed accommodate these three modes of exchange. Clauses E.3 and E.4 describe how the **ContentBindingTable** (defined in Annex C) should be inspected to determine whether a PPML/VDX instance is defined as a single or multiple file instance. Clause E.5 describes how to identify late binding references to content data.

The multiple file form of PPML/VDX allows the data of a job to be organized in many ways. Clause E.6 offers one approach to organizing variable and reused content data among the various files of a PPML/VDX instance.

### E.2 Summary of differences between PPML/VDX-Strict and PPML/VDX-Relaxed

Table E.1 — Differences between PPML/VDX-Strict and PPML/VDX-Relaxed instances

| Provision | Allowed in PPML/VDX-Strict | Allowed in PPML/VDX-Relaxed |
|---|---|---|
| Permits use of PDF data other then that which conforms to PDF/X-1a or PDF/X-3 | No | Yes |
| Permits one or more PPML/VDX Content files per PPML/VDX instance | Yes | Yes |
| Permits *IntendedColor* attributes of **Self** and **Binding** elements to have a value of "False" | No | Yes |
| Permits the *UniqueID* attribute of **Binding** elements to be left undefined | No | Yes |
| Permits the *MD5_Checksum* attribute of **Binding** elements to be left undefined | No | Yes |
| Permits the *LocalSrc* attribute of the **Binding** element to be used | No | Yes |
| Permits the *BaseID* attribute of the **Binding** element to be used | No | Yes |
| Permits late binding to PPML/VDX Content files | No | Yes |
| Permits JDF data, if supplied, to be stored external to the PPML/VDX Layout file | No | Yes |
| Permits PPML data to be stored external to the PPML/VDX Layout file | No | Yes |
| Permits font data to be stored external to PDF data files | No | Yes |
| Permits use of JDF product intents other than **BindingIntent**, **FoldingIntent**, **LayoutIntent**, and **MediaIntent**. | No | Yes |
| Permits use of user defined extensions to product intent information | No | Yes |

28

© NPES 2002 – All rights reserved

CGATS.20-2002

## E.3  Identifying a single file PPML/VDX instance

A single file representation of a PPML/VDX instance is a PPML/VDX Layout file distinguished by all of the following characteristics:

1   the presence of a **PPML** sub-element within the **Layout** sub-element of the **ContentBindingTable** element;

2   the presence of a **JDF** sub-element in the **ProductIntent** sub-element of the **ContentBindingTable** element, if this optional **ProductIntent** sub-element is present; and

3   the absence of any **Binding** sub-elements in the **ContentBindingTable** element

EXAMPLE
```
<PPMLVDX>
    <ContentBindingTable>
        <Self Src="http://www.mycontent.com/PPMLX_JOB001.vdx" IntendedColor="true"/>
    </ContentBindingTable>
    <ProductIntent>
        <JDF  > </JDF>
    </ProductIntent>
    <Layout>
        <PPML >   </PPML>
    </Layout>
</PPMLVDX>
```

## E.4  Identifying a multiple file PPML/VDX instance

A multiple file PPML/VDX instance can be distinguished by its PPML/VDX Layout file having at least one of the following:

1   the presence of a **PPMLRef** sub-element within the **Layout** sub-element of the **ContentBindingTable** element;

2   the presence of a **JDFRef** sub-element in the **ProductIntent** sub-element of the **ContentBindingTable** element, if this optional **ProductIntent** sub-element is present; or

3   the presence of one or more **Binding** sub-elements in the **ContentBindingTable** element

EXAMPLE
```
<PPMLVDX>
    <ContentBindingTable>
        <Self Src="http://www.mycontent.com/PPMLX_JOB001.vdx" IntendedColor="true"/>
        <Binding Src="http://www.mycontent.com/red_car.pdf" IntendedColor="true"
            UniqueID="5401394193f67531a623e37848954c68"
            MD5_Checksum="623e341934897c65f67534541a013898"/>
        <Binding Src="http://www.mycontent.com/blue_car.pdf" IntendedColor="true"
            UniqueID="a623e37f67531848954c941938f54013"
            MD5_Checksum="9/cf623e34165913893541a486/08534"/>
    </ContentBindingTable>
    <ProductIntent>
        <JDFRef Src="http://vdxjobserver/vdxjobs/myvdxjobproductintent.jdf"
            UniqueID="233875395"
            MD5_Checksum="7c65f67534898541a623e34193489013"/>
    </ProductIntent>
    <Layout>
        <PPMLRef Src="http://vdxjobserver/vdxjobs/myvdxjoblayout.ppml"
            UniqueID="875323935" MD5_Checksum="54623f675e341718ac65349801934893"/>
    </Layout>
</PPMLVDX>
```

© NPES 2002 – All rights reserved

K00701139

CGATS.20-2002

## E.5  Identifying a multiple file PPML/VDX instance with late binding references to content data

A multiple file PPML/VDX instance containing late binding references can be recognized by some or all **Binding** sub-elements of the **ContentBindingTable** element not having a *UniqueID* or *MD5_Checksum* attribute

EXAMPLE
```
    <ContentBindingTable>
        <Self "Src=http://www.mycontent.com/PPMLX_JOB001.vdx" IntendedColor="true"/>
        <Binding Src="http://www.mycontent.com/orange_car.pdf"/>
        <Binding Src="http://www.mycontent.com/blue_car.pdf" IntendedColor="true"
            UniqueID="a623e37f67531848954c941938654013"
            MD5_Checksum="718ac653543f6734248089315e361949"/>
    </ContentBindingTable>
```

## E.6  PPML/VDX file set architectures

It is expected that many PPML/VDX instances comprising multiple files will be constructed by dividing content into sets that might be derived from different sources, proofed differently, or used in different ways within the file.  Different uses might be as a constant background to pages, as alternatives used in different marks referenced from different PPML documents, or as single-use items

As an example, a flyer for new car sales might be constructed with a constant page background in one PPML/VDX Content file, a set of dealer details in a second, images of various cars in a third, and the PPML and single-use customer data in the PPML/VDX Layout file.

Such jobs are often repeated using different customer data.  In such cases the same content files for re-usable items may be used.  If they are not re-sent with the new layout file in a single file set, this becomes part of a relaxed exchange, and it is recommended that the **ContentBindingTable** of the layout file include the *MD5_Checksum, BaseID,* and/or *UniqueID* attributes in all **Binding** elements referring to these re-used content files.

30                                                © NPES 2002 – All rights reserved

K00701140

CGATS.20-2002

# Annex F
(informative)

## Patents

The committee is not aware of any patented technology that must be used for compliance with the requirements of this standard. However, it has been brought to our attention that there are existing patents, both approved and pending, in areas that may have application to some implementations of the standard. A list of the patents identified to CGATS is provided below for information only. The holders of these patents have indicated their willingness to license these patents on a reasonable and non-discriminatory basis.

However, this list may not be all-inclusive, and implementers must determine any patents that may apply to their implementation. It is not the responsibility of the standards committee to determine if such implementations of the standard employ the use of a patented technology.

**U.S. Patents identified to CGATS are the following:**

5,729,665

5,937,153

5,963,968

6,088,710

6,209,010 B1

5,243,172 B1

6,327,599

6,332,149

**U.S. Patent applications identified to CGATS are the following:**

09/229,502

09/818,665

10/118,771

© NPES 2002 – All rights reserved

31

K00701141

**CGATS.20-2002**

# Bibliography

[1]     *PDF Reference  Adobe  Portable  Document  Format  Version  1 4.*  third  edition,  2001,  Adobe  Systems  Incorporated (ISBN 0-201-75839-3)

© NPES 2002 – All rights reserved

K00701142