# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| R.R. DONNELLEY & SONS COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-032-JJF |
| CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S PROPOSED CONSTRUCTION OF IDENTIFIED CLAIM TERMS

Pursuant to the parties' April 12, 2007 Joint Stipulation (D.I. 129), Plaintiff R.R. Donnelley & Sons Company ("RRD") hereby provides as Attachment A its proposed construction of claim terms identified by both parties. RRD reserves the right to supplement its construction based on Defendants' proposed claim construction.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Plaintiff*
  *R.R. Donnelley & Sons Company*

OF COUNSEL:

John G. Hutchinson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5398

Douglas I. Lewis
Jamie L. Secord
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

July 2, 2007

912367

# TAB A

# ATTACHMENT A

## Claim Terms and Phrases in the '599 Patent Requiring Construction

| Claim | Designated Terms and Phrases | Proposed Construction |
|---|---|---|
| 1 | first means for developing a template file defining pages to be printed with fixed information common to all of the pages and variable information unique to each page | Corresponding structure under Section 112, ¶ 6: program executing on a computer<br><br>Function: creating a "template file" "defining pages to be printed with fixed information common to all of the pages and variable information unique to each page" |
| 1 | second means responsive to the first developing means for developing a master page file from the template file wherein the master page file defines the fixed information | Corresponding structure under Section 112, ¶ 6: program executing on a computer<br><br>Function: creating "a master page file from the template file wherein the master page file defines the fixed information" |
| 1 | wherein the master page file defines the fixed information | the "master page file" identifies the "fixed information" |
| 1 | means responsive to the database and the first and second developing means for converting the template file and the database into press commands specifying sequence and content of page production by the press | Corresponding structure under Section 112, ¶ 6: program executing on a computer<br><br>Function: "converting the template file and the database into press commands specifying sequence and content of page production by the press" |
| 1, 11 | press commands specifying sequence and content of page production by the press | commands specifying what information goes where on the printed page and the order of the pages |

1

| | | |
|---|---|---|
| 1 | a database having entries therein each representing variable information | a collection of data representing the "variable information" |
| 1, 11 | template file | data representing the position and content of the "fixed information" and identifying the position and corresponding entry (or entries) in the database of the "variable information," which is stored in a file |
| 1, 11 | fixed information | information that does not vary from printed product to printed product |
| 1, 11 | variable information | information that typically varies from printed product to printed product |
| 1, 11 | master page file | data representing "fixed information," which is stored in a file |
| 11 | assembling a database having entries therein each representing variable information | placing data representing "variable information" in a "database" |
| 11 | converting the template file, the database and the master page file into press commands specifying sequence and content of page production by the press | using the "template file," the "database," and the "master page file" to produce "press commands specifying sequence and content of page production by the press" |

### Claim Terms and Phrases in the '940 Patent Requiring Construction

| Claim | Designated Terms and Phrases | Proposed Construction |
|---|---|---|
| 1 | means for developing first and second sets of template data representing associated first and second templates, respectively, each set of template data having master data representing a reusable object to be printed and position data representing a position on a page at which a variable object is to be printed | Corresponding structure: program executing on a computer<br><br>Function: "developing first and second sets of template data representing associated first and second templates, respectively, each set of template data having master data representing a reusable object to be printed and position data representing a position on a page at which a variable object is to be printed" |
| 1 | means responsive to the developing means and to a database having a number of entries representing variable objects for causing the electronic press to print output pages with the reusable object and the variable objects wherein the causing means comprises means for separating the master data from the position data for each set of template data in preparation for rasterization | Corresponding structure: program executing on a computer<br><br>Function: "causing the electronic press to print output pages with the reusable object and the variable objects" and "separating the master data from the position data for each set of template data in preparation for rasterization" |
| 1 | separating the master data from the position data for each set of template data in preparation for rasterization | distinguishing the "master data" from the "position data" for each "set of template data" |
| 1 | a database having a number of entries representing variable objects | a collection of data representing the "variable objects" |
| 1, 2, 7, 8, 9, 10 | template data | data representing the position and content of one or more "reusable objects" and identifying the position and corresponding entry (or entries) in the database of one or more "variable objects" |

3

| 1, 8, 9, 11, 18, 19 | master data | data representing information that does not vary from printed product to printed product |
|---|---|---|
| 1, 8, 11, 18 | reusable object | element of "master data" that is reused from printed product to printed product |
| 1, 10, 11, 20-22 | variable object | element of information that typically varies from printed product to printed product |
| 1, 11 | position data | information about the location of a "variable object" on a page |
| 2 | means for converting the sets of template data and the database into commands for the electronic press specifying sequence and content of page production | Corresponding structure: program executing on a computer<br><br>Function: "converting the sets of template data and the database into commands for the electronic press specifying sequence and content of page production" |
| 2 | converting the sets of template data and the database into commands for the electronic press specifying sequence and content of page production | using the "sets of template data" and the "database" to produce "commands for the electronic press specifying sequence and content of page production" |
| 7-10 | template page | a page described by the "template data" |
| 9 | wherein the master data of the first and second sets of template data are identical | the "master data" in the first and second "sets of template data" are the same |
| 10 | wherein the variable objects of the first and second sets of template data are identical | the "variable objects" in the first and second "sets of template data" are the same |
| 11, 17-20, 22 | template | See "template data" |
| 11, 12, 17-21 | data set | a collection of data representing a template |

4

| 11 | developing a database having a number of entries each of which represents a variable object | placing data representing one or more "variable object[s]" in a "database" |
| 11 | causing the electronic press to print output pages with the reusable objects and variable objects by separating the master data from the position data for each data set | providing the electronic press with information so it can "print output pages with the reusable objects and variable objects" "by separating the master data from the position data for each data set" |
| 11 | separating the master data from the position data for each data set | distinguishing the "master data" from the "position data" for each "data set" |
| 12 | page sequence commands [for the electronic press specifying sequence and content of page production] | commands specifying what information goes where on the printed page and the order of the pages |
| 19 | wherein the master data of the first and second data sets are identical | the "master data" in the first and second "data sets" are the same |
| 20 | wherein the variable objects of the first and second data sets are identical | the "variable objects" in the first and second "data sets" are the same |

## Claim Terms and Phrases in the '452 Patent Requiring Construction

| Claim | Designated Terms and Phrases | Proposed Construction |
|---|---|---|
| 1, 7 | template page file | data representing the position and content of the "fixed information" and identifying the position and corresponding entry (or entries) in the database of the "variable information," which is stored in a file |
| 1 | fixed information | information that does not vary from printed product to printed product |
| 1 | variable information | information that typically varies from printed product to printed product |
| 1, 2, 10, 14 | variable graphics information | "variable information" used to produce graphics |
| 1 | master data | data representing "fixed information" |
| 1 | a database having a number of entries each of which represents a variable object | This clause does not appear in claim 1 of the '452 patent. |
| 1 | causing the display device to display the pages with the fixed information, selected variable information from the database, and selected variable graphics information from the database | providing the "display device" information such that it can "display the pages with the fixed information, selected variable information from the database, and selected variable graphics information from the database" |
| 2 | executing a graph file to generate a graph | interpreting a graph file to generate a graph |
| 7 | QuarkXPress | a program distributed by Quark, Inc. called QuarkXPress® |

6

## Claim Terms and Phrases in the '801 Patent Requiring Construction

| Claim | Designated Terms and Phrases | Proposed Construction |
|---|---|---|
| 1 | storing a first number of pages | storing data describing a number of pages |
| 1 | specifying a first set of pagination information including an indication of whether a stored page is to be selectively included in the first book | providing a first set of information that describes whether a stored page should be included in the first book |
| 1 | specifying a second set of pagination information including an indication of whether a stored page is to be selectively included in the second book | providing a second set of information that describes whether a stored page should be included in the second book |
| 1, 4, 5, 13, 16, 17, 25 | pagination information [including an indication of whether a stored page is to be selectively included] | information about a page, including whether that page should be included in a book |
| 1 | determining whether a stored page is to be assembled into the first book based on the first set of pagination information wherein a second number of stored pages to be assembled into the first book is less than the first number | using the "pagination information" to decide whether to include a stored page in the first book. The "second number of pages," which is the number of pages in the first book, is less than the "first number of pages." |
| 1 | determining whether a stored page is to be assembled into the second book based on the second set of pagination information wherein a third number of stored pages to be assembled into second book is different than the second number and no greater than the first number | using the "pagination information" to decide whether to include a stored page in the second book. The "third number of pages," which is the number of pages in the second book, is less than the "first number of pages" and different from the "second number." |

7

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing were caused to be served on July 2, 2007, upon the following in the manner indicated:

**BY EMAIL AND HAND**

Frederick L. Cottrell III
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com

**BY EMAIL**

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
rmcmillan@crowell.com

_/s/ Rodger D. Smith II_
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com