# EXHIBIT P

Warmus, James 12/5/2006 9:31:00 AM

1    IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF DELAWARE
2
3    R.R. DONNELLEY & SONS COMPANY, )
                                    )
4        Plaintiff,                 )
                                    )CIVIL ACTION NO.
5    vs.                            )06-CV-032-JJF
                                    )
6    QUARK, INC., CREO, INC.,       )
     EASTMAN KODAK COMPANY, and     )
7    KODAK GRAPHIC COMMUNICATIONS   )
     COMPANY,                       )
8                                   )
         Defendants.                )
9
10        Videotaped Deposition of
11   JAMES L. WARMUS, taken before JANYCE W. BOOTH,
12   CSR, RMR, CRR, and Notary Public, pursuant to the
13   Federal Rules of Civil Procedure for the United
14   States District Courts pertaining to the taking of
15   depositions, at 233 South Wacker Drive, 34th
16   Floor, Chicago, Illinois, commencing at 9:31 a.m.
17   on the 5th day of December, A.D., 2006.
18
19
20
21
22
23
24

Warmus, James 12/5/2006 9:31:00 AM

1        set of pages subsets of pages that

2        would be printed into various

3        books?)

4    MR. McMILLAN:  Q  It looks likes like the

5    record should reflect that it's ten minutes after

6    six when you're starting this process.  And you

7    let me know when you're ready to answer the

8    question.

9      A.  Sure.  Thanks for the update.

10       Okay.  In this -- this implementation,

11   there were a number of pages, and in the way we

12   used this technology, there were a number of pages

13   that would be supplied.  And along with that,

14   pagination rules such that booklets could be

15   created from a set of those pages.

16     Q.  So the answer to my question is yes?

17     A.  I believe so, but I'd love to hear your

18   question again just because it's so late in the

19   date and I apologize.

20     Q.  Let's read the question back again and

21   make sure the answer is yes.

22       (WHEREUPON, the record was read back

23      by the court reporter as follows:

24      Q  My question is when you came up

Warmus, James 12/5/2006 9:31:00 AM

1      with the inventive idea that formed

2      the basis for the 801 patent, was it

3      a part of that idea that you would

4      take a set of pages that was a fixed

5      set, that is, they were fully

6      defined, you would store those

7      pages, those fully defined pages and

8      then you would select from that full

9      set of pages subsets of pages that

10     would be printed into various

11     books?)

12   THE WITNESS: That is one component of what's

13   described in this patent, yes.

14   MR. McMILLAN: Q  Okay. And the -- let me ask

15   you a question about the method for selecting the

16   subsets.

17     Am I correct that in your inventive idea

18   you select a number of stored pages for the first

19   book you're gonna print. You verify that that set

20   of pages is less than the total number of pages.

21   You then verify the number of stored pages

22   specified for the second book and verify that

23   that's different from the number of stored pages

24   in the first book and no greater than the total