IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-032 (JJF) |
| | ) |
| CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY AND KODAK GRAPHIC COMMUNICATIONS COMPANY, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| | ) |
| Counterclaim-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| R.R. DONNELLEY & SONS COMPANY, | ) |
| | ) |
| Counterclaim-Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Objections to Creo, Inc., et al.'s Rule 45 Subpoena Requesting Documents and Deposition Testimony (Mark W. Fleming) were caused to be served on August 7, 2007, upon the following in the manner indicated:

**BY HAND & EMAIL**

Frederick L. Cottrell III
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
cottrell@rlf.com

**BY EMAIL**

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595
rmcmillan@crowell.com

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Rodger D. Smith II*
                              _____
                              Jack B. Blumenfeld (#1014)
                              Rodger D. Smith II (#3778)
                              1201 N. Market Street
                              P.O. Box 1347
                              Wilmington, DE  19899
                              (302) 658-9200
                              rsmith@mnat.com
                                *Attorneys for Plaintiff*
                                *R.R. Donnelley & Sons Company*

OF COUNSEL:

Douglas I. Lewis
Jamie L. Secord
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-7000

John G. Hutchinson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
(212) 839-5300

August 7, 2007
507823

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2007, he caused to be electronically filed a Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell III
>Richards Layton & Finger, P.A.

I also certify that copies were caused to be served on August 7, 2007, upon the following in the manner indicated:

### BY HAND & EMAIL

>Frederick L. Cottrell III
>Richards Layton & Finger, P.A.
>One Rodney Square
>920 N. King Street
>Wilmington, DE 19801
>cottrell@rlf.com

### BY EMAIL

>Richard McMillan, Jr.
>Crowell & Moring LLP
>1001 Pennsylvania Avenue, NW
>Washington, DC 20004-2595
>rmcmillan@crowell.com

>*/s/ Rodger D. Smith II*
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>rsmith@mnat.com