IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | C.A. No. 06-032-JJF<br><br>**REDACTED –<br>PUBLIC VERSION** |

## EXHIBIT J TO THE APPENDIX OF
## PLAINTIFF R.R. DONNELLEY & SONS COMPANY'S
## OPENING CLAIM CONSTRUCTION BRIEF

OF COUNSEL:
John G. Hutchinson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5398

Douglas I. Lewis
Jamie L. Secord
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Plaintiff
  RRD & Sons Company*

Original Filing Date: July 30, 2007
Redacted Filing Date: August 10, 2007

# TABLE OF CONTENTS

                           **Exhibit**

Disputed Claim Terms and Phrases in the Patents-in-Suit .................................................................A

Asserted Claims in the Patents-in-Suit ...............................................................................................B

U.S. Patent No. 6,327,599.....................................................................................................................C

U.S. Patent No. 6,844,940.....................................................................................................................D

U.S. Patent No. 6,205,452.....................................................................................................................E

U.S. Patent No. 6,952,801.....................................................................................................................F

Microsoft Press Computer Dictionary - Second Edition ..................................................................G

The American Heritage Dictionary – Second College Edition ........................................................H

Webster's Third New International Diction .......................................................................................I

Kodak Document (Confidential) ........................................................................................................J

Plaintiff's Proposed Claim Construction of Identified Claim Terms ...............................................K

Proposed Claim Construction of Creo, Inc., NexPress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company ..................................L

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell III
> Richards Layton & Finger, P.A.

I also certify that copies were caused to be served on August 10, 2007, upon the following in the manner indicated:

### BY EMAIL AND BY HAND

Frederick L. Cottrell III
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com

### BY EMAIL

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
rmcmillan@crowell.com

/s/   Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com

# Exhibit J

REDACTED