# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, ) ) <br><br> Plaintiff, ) ) ) <br><br> v. ) ) <br><br> CREO, INC., NEXPRESS SOLUTIONS, ) INC., KODAK VERSAMARK, INC., ) EASTMAN KODAK COMPANY, and ) KODAK GRAPHIC COMMUNICATIONS ) COMPANY, ) ) ) <br><br> Defendants. ) ) <br><br> EASTMAN KODAK COMPANY, ) ) <br><br> Counterclaim-Plaintiff, ) ) <br><br> v. ) ) <br><br> R.R. DONNELLEY & SONS COMPANY, ) ) Counterclaim-Defendant. ) ) | C.A. No. 06-cv-032-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Court's February 15, 2007 Rule 16 Scheduling Order (D.I. 123) is hereby amended as follows:

3.      Discovery.

    (f)      All fact discovery shall be commenced so as to be completed by November 2, 2007.

2

(g)    Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due on issues on which a party bears the burden of proof by December 17, 2007. Rebuttal expert reports are due by February 1, 2008.

(h)    All expert discovery shall be commenced so as to be completed by February 29, 2008.

8.    **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before March 17, 2008.

11.    **Pretrial Conference**. The Pretrial Conference will take place on May __, 2008 at _____ a.m.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP    RICHARDS LAYTON & FINGER, P.A.

*/s/ Rodger D. Smith II*_____      */s/ Jamison A.L. Tweedie*_____
Jack B. Blumenfeld (#1014)                    Frederick L. Cottrell, III (#2555)
Rodger D. Smith II (#3778)                    Jameson A.L. Tweedie (#4927)
1201 N. Market Street                         One Rodney Square
P.O. Box 1347                                 920 North King Street
Wilmington, DE  19899                         Wilmington, DE  19801
(302) 658-9200                                (302) 651-7700
rsmith@mnat.com                               tweedie@rlf.com

*Attorneys for Plaintiff*                      *Attorneys for Defendants Creo, Inc.,*
*R.R. Donnelly & Sons Company*                 *NexPress Solutions, Inc., Kodak Versamark,*
                                              *Inc., Eastman Kodak Company, and Kodak*
                                              *Graphic Communications Company*

SO ORDERED this ____ day of August 2007.

_____
United States District Court Judge

1201887

2