MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

RODGER D. SMITH II
302 351 9205
302 498 6209 FAX
rsmith@mnat.com

August 13, 2007

BY E-FILING

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re: *R.R. Donnelley & Sons Company v. Creo Inc. et al.*,
C.A. No. 06-32-JJF

Dear Judge Farnan:

As discussed during the August 3, 2007 motion hearing, the parties are today filing a Stipulation and Proposed Order concerning the remaining discovery and pretrial schedule in this case. The Stipulation and Proposed Order suggests that the Final Pretrial Conference be held in May 2008, on a date to by identified by the Court and inserted in the Proposed Order.

Respectfully,

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

cc: Clerk of the Court (By E-Filing)
Frederick L. Cottrell III, Esquire (By E-Filing)
Richard McMillan, Esquire (By E-Mail)
Douglas I. Lewis, Esquire (By E-Mail)

1205119