IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | C.A. No. 06-cv-032-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Court's February 15, 2007 Rule 16 Scheduling Order (D.I. 123) is hereby amended as follows:

    3.    <u>Discovery</u>.

        (f)    All fact discovery shall be commenced so as to be completed by November 2, 2007.

(g) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due on issues on which a party bears the burden of proof by December 17, 2007. Rebuttal expert reports are due by February 1, 2008.

(h) All expert discovery shall be commenced so as to be completed by February 29, 2008.

8. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before March 17, 2008.

11. **Pretrial Conference.** The Pretrial Conference will take place on May 8, 2008 at 2:00 p.m.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP        RICHARDS LAYTON & FINGER, P.A.

*/s/ Rodger D. Smith II*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Plaintiff*
*R.R. Donnelly & Sons Company*

*/s/ Jamison A.L. Tweedie*
Frederick L. Cottrell, III (#2555)
Jameson A.L. Tweedie (#4927)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
tweedie@rlf.com

*Attorneys for Defendants Creo, Inc.,*
*NexPress Solutions, Inc., Kodak Versamark,*
*Inc., Eastman Kodak Company, and Kodak*
*Graphic Communications Company*

SO ORDERED this 16 day of August 2007.

_____
United States District Court Judge

1201887

2