IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><hr>EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | C.A. No. 06-cv-032-JJF |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff R.R. Donnelley & Sons Company will present its Motion To Compel Defendants To Answer Plaintiff's Interrogatory Number 21 before the District Court on Friday, September 21, 2007 at 10:00 a.m.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | /s/ *Rodger D. Smith II* |
|  | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>   *Attorneys for Plaintiff*<br>   *R.R. Donnelley & Sons Company* |

OF COUNSEL:

John G. Hutchinson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5398

Douglas I. Lewis
Jamie L. Secord
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

August 23, 2007
1219621

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 23, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>   Frederick L. Cottrell III
>   Richards Layton & Finger

I also certify that copies were caused to be served on August 23, 2007, upon the following in the manner indicated:

**BY EMAIL**

Frederick L. Cottrell III
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
rmcmillan@crowell.com

>   /s/ Rodger D. Smith II (#3778)
>   Morris, Nichols, Arsht & Tunnell LLP
>   1201 N. Market Street
>   P.O. Box 1347
>   Wilmington, DE 19899
>   (302) 658-9200
>   rsmith@mnat.com