## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY, <br><br> Defendants. | C. A. No. 06-032-JJF |
| CREO, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> R.R. DONNELLEY & SONS COMPANY, <br><br> Counterclaim-Defendants. | |

## NOTICE OF MOTION

**TO:** Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE   19899

John G. Hutchinson
SIDLEY AUSTIN, LLP
787 Seventh Avenue
New York, NY  10019
(212)839-5398
jhutchinson@sidley.com

Douglas I. Lewis
Jamie L. Secord
SIDLEY AUSTIN, LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-4169
dilewis@sidley.com
jsecord@sidley.com

PLEASE TAKE NOTICE that Defendants' Motion to Disqualify Plaintiff's Expert Dr.

Christopher Vellturo, dated August 24, 2007 shall be presented to the Court on September 21,

2007 at 10:00 a.m. or as soon thereafter as counsel may be heard.

OF COUNSEL:

Richard McMillan, Jr.
Jeffrey D. Sanok
Brian M. Koide
Clyde Findley
Nathaniel Grow
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595
(212) 624-2500

Dated:  August 24, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE  19899
(302) 651-7700
*Attorneys for Defendants Creo, Inc.,
NexPress Solutions, Inc., Kodak Versamark,
Inc., Eastman Kodak Company and Kodak
Graphic Communications Company*

RLF1-3193349-1

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

**BY HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE   19899

I hereby certify that on August 24, 2007, the foregoing was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

Douglas I. Lewis                           John G. Hutchinson
Jamie L. Secord                            Sidley Austin, LLP
Sidley Austin, LLP                         787 Seventh Avenue
One South Dearborn Street                  New York, NY   10019
Chicago, IL   60603

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com