IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

R.R. DONNELLEY & SONS COMPANY,

    Plaintiff,

    v.

CREO, INC., NEXPRESS SOLUTIONS,
INC., KODAK VERSAMARK, INC.,
EASTMAN KODAK COMPANY, and
KODAK GRAPHIC COMMUNICATIONS
COMPANY,

    Defendants.

EASTMAN KODAK COMPANY,

    Counterclaim-Plaintiff,

    v

R.R DONNELLEY & SONS COMPANY,

    Counterclaim-Defendant,

C.A. 06-032-JJF

**REDACTED - PUBLIC VERSION**

### DEFENDANTS' MOTION TO DISQUALIFY
### PLAINTIFF'S EXPERT DR. CHRISTOPHER VELLTURO

In this Motion, Defendants seek to disqualify Dr. Christopher Vellturo ("Vellturo") – one

of three proposed expert damages witnesses Plaintiff R.R. Donnelley & Sons Co.'s

("Donnelley") intends to use in this litigation. Vellturo should be disqualified based on his

recent confidential relationship with Defendant Eastman Kodak Company ("Kodak"), forged

when Vellturo served as the designated testifying damages expert witness for Kodak in a series

of patent infringement litigations that concluded earlier this year. Over the course of nearly two

years, Vellturo and employees of his small consulting firm gained an intimate understanding of

Kodak's modes of operation, patterns of conduct, decision-making processes, and other highly-sensitive confidential information that would give Donnelley an unfair advantage in this case. Kodak has objected to Vellturo's participation in this case, and has moved to preclude Vellturo's access to Confidential and Attorneys-Eyes-Only information (D.I. 188), pursuant to the Stipulated Protective Order (D.I. 117).[1] Donnelley has subsequently disclosed two additional proposed damages experts, thus all but conceding that it will not be prejudiced by Vellturo's disqualification. In light of Vellturo's recent and significant relationship with Kodak, the Court should disqualify Vellturo from assisting Donnelley in this case.

Kodak bases its Motion on the following:

1.      Vellturo is the President/Manager of Quantitative Economic Solutions, LLC ("QES"), a company that – according to its website – "provides microeconomic-based consulting services." Ex. A. QES's Vice President is Dr. Amy Almeida ("Almeida"). Ex. B. Both Vellturo and Almeida provide economic analysis services to support intellectual property litigation. Including Vellturo and Almeida, QES's website lists a total of seven professional staff members. *Id*

2.      On March 8, 2004, Kodak filed suit against Sony Corporation, Sony Corporation of America, and Sony Electronics, Inc. in United States District Court for the Western District of New York for infringement of certain Kodak patents relating to digital camera technology. *See Eastman Kodak Co. v Sony Corp*, No 6:04-cv-6095-MAT-JWF (W.D.N.Y. filed Mar. 8, 2004).

---

[1]     On August 9, 2007, Kodak filed its motion to preclude Vellturo and Mr. Frank Merritt Braswell – one of Donnelley's two proposed technical experts – from gaining access to Confidential or Attorneys-Eyes-Only information ("Designated Information") under the Stipulated Protective Order. Kodak has not moved to disqualify Braswell, however, as Kodak's concern is primarily the sensitivity of the Designated Information, not the conflict of interests concerns arising with Vellturo. Kodak has no objection to Donnelley using Braswell as an expert so long as he does not gain access to Kodak's Designated Information.

3.   On March 31, 2004, Sony Corporation filed suit against Kodak in the United States District Court for the District of New Jersey for infringement of certain Sony patents, which Sony alleged related to digital cameras, sensors, and printer docks. *See Sony Corp. v Eastman Kodak Co* , No. 2:04-cv-1506-DMC-PS (D.N.J. filed Mar. 31, 2004). This action was eventually transferred to the United States District Court for the Western District of New York. *See Sony Corp v Eastman Kodak Co*, No. 6:04-cv-6547-MAT-JWF (W.D.N.Y. transferred Oct. 8, 2004).

4.   On July 6, 2004, Sony Corporation and Sony Electronics, Inc. filed a second action against Kodak in the United States District Court for the District of New Jersey accusing Kodak of infringing patents related to, *inter alia*, cameras and photofinishing products, printer dock products, medical imaging printing technology, and laser printer technology. *See Sony Corp. v Eastman Kodak Co* , No. 2:04-cv-3193-JLL-CCC (D.N.J. filed Jul. 6, 2004). The second New Jersey action remained in New Jersey until it was dismissed. This Motion uses the term "Sony Litigations" to refer to all of the above-listed actions collectively.

5.   The parties to the three Sony Litigations collectively asserted more than 50 patents against each other, and the Sony Litigations were collectively the largest patent litigation in Kodak's history. Ex. C (Declaration of Heidi S. Martinez) at 2.

6.   In early 2005, Kodak's outside counsel retained Vellturo as a damages expert in the Sony Litigations. *See* Ex. C at 2; *see also* Ex. D.

REDACTED

- 3 -

7    Vellturo was assisted in the Sony Litigations by Almeida.  *Id*

REDACTED

8.    The Sony Litigations did not settle until approximately January 3, 2007, nearly a year after Donnelley brought the present action.  *Id*

9.    By as early as February 2007, QES's website apparently began listing "Kodak" as a "Selected Client." Ex. E (an archived version of QES's website from Feb. 18, 2007, *available at* http://web.archive.org/web/20070809174523/http://qes-llc.com/clients.htm).   QES continues to list "Kodak" as a "Selected Client" to this day. Ex. F.

10.    Despite the overlapping pendency of the Sony Litigations and the instant case, on July 26, 2007, Donnelley first provided notice – pursuant to the terms of the Stipulated Protective Order – that it intended to use Vellturo as an expert in this case, and that Donnelley intended to disclose Kodak's Designated Information to him. Ex. G.

11.    Kodak's counsel of record in this case were not involved in the Sony Litigations, and they were unaware of Vellturo's involvement in those cases.   Upon first learning that Vellturo had served as an expert witness in the Sony Litigations, Kodak's counsel of record

immediately lodged an objection to Vellturo on August 2, 2007, as provided by Paragraph 8 of the Stipulated Protective Order. Ex. H.

12.    On August 9, 2007, as part of the meet and confer process for this Motion, Kodak asked whether Donnelley would agree not to work with Vellturo and QES until this Motion had been resolved. Ex. I. Donnelley found Kodak's proposal "unacceptable." Ex. J.

13.    Since August 20, 2007 – after Kodak filed its motion to preclude Vellturo's access under the protective order – Donnelley has disclosed two new experts, both with backgrounds in damages. Ex. K; Ex. L.

14.    Kodak's Motion is based on the underlying principles for the disqualification of experts. "Federal courts have the inherent power to disqualify experts." *Koch Refining Co. v Jennifer L. Boudreaux MV*, 85 F.3d 1178, 1181 (5th Cir. 1996). In disqualification cases where a party claims a prior confidential relationship with an expert, courts apply the following rule:

> First, was it objectively reasonable for the first party who claims to have retained the expert to conclude that a confidential relationship existed?
>
> Second, was any confidential or privileged information disclosed by the first party to the expert?

*Id* (citing *Mayer v. Dell*, 139 F.R.D. 1, 3 (D.D.C.1991)).

15.    Although the party moving for disqualification bears the burden of proof with respect each of these factors, courts also balance competing policy objectives and concerns for fundamental fairness. *Id* at 1182; *Cordy v. Sherwin-Williams Co*, 156 F.R.D 575, 580 (D N.J. 1994).

16.    Under the first part of the test, courts may focus on whether a confidential relationship existed with respect to the same disputed subject matter as the litigation before the court. But such a confidential relationship can also exist when "the record supports a

- 5 -

longstanding series of interactions, which have more likely than not coalesced to create a basic understanding of [the retaining party's] modus operandi, patterns of operations, decision-making process, and the like." *Koch*, 85 F.3d at 1182 (quoting *Marvin Lumber Co. v. Norton*, 113 F.R.D. 588, 591 (D. Minn. 1986)).

17.    The crux of this dispute turns on whether the confidential information Kodak previously disclosed to Vellturo and QES, over an extended period of time, is relevant to this litigation. For instance, under the first part of the test, Donnelley apparently does not contest that it was objectionably reasonable for Kodak to believe that a confidential relationship existed. *See* Ex. D (qualifying the nature of confidential knowledge that Vellturo and QES received as not "relevant to this litigation"). Nor does Donnelley contest that Vellturo and QES received confidential information. *Id.*

18.    Faced with the preclusion and disqualification of Vellturo,

REDACTED

19.    It is nearly impossible to imagine a scenario where Vellturo, Almeida, and QES – as a result of their confidential relationship with Kodak and its legal staff – would not gain knowledge of Kodak's "modus operandi, patterns of operations, decision-making process, and the like," all of which would be highly relevant to this litigation. *See Koch*, 85 F.3d at 1182.

20.    In considering public policy, a rule that would allow Vellturo to be adverse to Kodak in this case would dampen the free flow of information between parties and their retained experts. Parties would be reluctant to fully share information if they were forced to view their

- 6 -

experts as potential turncoats who could, at any moment, switch allegiances. A party's reluctance to fully share information would affect the quality and accuracy of expert reports, upon which courts rely.

21.    Nor will Donnelley be prejudiced by Vellturo's disqualification. Within two weeks of Donnelley's disclosure of Vellturo, Kodak had moved to preclude Vellturo from accessing confidential information and notified Donnelley that Kodak would seek Vellturo's disqualification should Donnelley not withdraw him as an expert. D.I. 188 at 2 n.1. Within the past four days Donnelley has identified two new damages experts, thus essentially conceding that alternative witnesses to Vellturo exist and are willing to assist Donnelley in this litigation. Ex. K; Ex. L.

22.    Moreover, it is fundamentally unfair for Vellturo to tout Kodak as a "Selected Client" on QES's website, while at the same time aligning himself with Donnelley in this matter. Indeed, the motivation behind QES's present listing of Kodak as a "Selected Client" is unclear. Most small consulting companies, such as QES, list brand name companies such as Kodak to elevate their overall stature and to legitimize their operations. But here, by listing of Kodak on QES's website, Vellturo is essentially offering his inner knowledge of Kodak's operations to any Kodak adversary willing to pay his fees. This Court should not condone such behavior.

For the foregoing reasons, Kodak respectfully requests that the Court grant this motion and disqualify Vellturo from assisting Donnelley in this litigation.

OF COUNSEL:

Richard McMillan, Jr.
Jeffrey D. Sanok
Brian M. Koide
Clyde Findley
Nathaniel Grow
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595
(212) 624-2500


Dated:  August 24, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE  19899
(302) 651-7700
*Attorneys for Defendants Creo, Inc.,*
*NexPress Solutions, Inc., Kodak Versamark,*
*Inc., Eastman Kodak Company and Kodak*
*Graphic Communications Company*

- 8 -

## RULE 7.1.1 CERTIFICATE

I hereby certify that counsel for the defendants has discussed the subject of the foregoing motion with counsel for plaintiffs, and that the parties have not been able to reach agreement on the issues raised in the motion.

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com

August 24, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2007, I electronically filed the foregoing with the

Clerk of Court using CM/ECF which will send notification of such filing(s) to the following,

who have also been served as noted:

**BY HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE   19899

I hereby certify that on August 28, 2007, the foregoing was sent to the following non-

registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

Douglas I. Lewis                    John G. Hutchinson
Jamie L. Secord                     Sidley Austin, LLP
Sidley Austin, LLP                  787 Seventh Avenue
One South Dearborn Street           New York, NY   10019
Chicago, IL   60603

Jameson A. L. Tweedie (#4927)
tweedie@rlf.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>     Plaintiff,<br><br>     v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>     Defendants. | C.A. No. 06-032-JJF |
| EASTMAN KODAK COMPANY,<br><br>     Counterclaim-Plaintiff,<br><br>     v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>     Counterclaim-Defendant, | |

## <u>ORDER</u>

Defendants having moved to disqualify Dr. Christopher Vellturo as an expert witness for Plaintiff R.R. Donnelley & Sons Co.,

IT IS HEREBY ORDERED this ___ day of _____, 2007, that Defendants' Motion To Disqualify Plaintiff's Expert Dr. Christopher Vellturo is GRANTED.

_____
Judge Joseph J. Farnan

RLF1-3193317-1

# Exhibit

# A



quantitative economic solutions, llc

Quantitative Eco    ~ Solutions (QES)

| ABOUT THE FIRM | PROFESSIONALS | PRACTICE AREAS | EMPLOYMENT OPPORTUNITIES | CONTACT US |

# Microeconomic-based Consulting

**Quantitative Economic Solutions, LLC ("QES")** provides microeconomic-based consulting services to firms in a wide variety of contexts. QES casework includes research and analysis relating to private litigations, including: antitrust, intellectual property, and contract disputes.

QES brings considerable experience and expertise in economic issues germane to Hart-Scott-Rodino merger reviews and related matters around the world. QES provides valuation services and licensing consultations relating to intellectual property and other assets. QES also engages in strategic consulting, with particular emphasis on pricing, product positioning, and competitive dynamics.

As our name implies, QES applies rigorous microeconomic analyses with a particular emphasis on quantitative methods. Econometrics/applied statistics, mathematical simulation, and applied game theoretic modeling often represent important elements of our work product.

Quantitative Eco'    ⁓Solutions (QES)

Home | About the Firm | Professionals | Practice Areas | Employment Opportunities | Contact Us

Quantitative Economic Solutions LLC
QSF Massachusetts Ave    ,    , ,  ⁓3  :1174    PH: 612-205-7575    Fax(::  ⁓432-7477  Email: info@qes-llc.com
© 2006 Quantitative Economic  ⁓,  ⁓⁓, ar'  All rights reserved.

# Exhibit

# B

QES Professors™

**quantitative economic solutions, LLC**
Microeconomic Consulting



| ABOUT THE FIRM | PROFESSIONALS | PRACTICE AREAS | EMPLOYMENT OPPORTUNITIES | CONTACT US |

QES Photo Gallery

# QES Professionals

Christopher
Velturo, Ph.D.,
President/
Manager

### Christopher Velturo, Ph.D.

**President/Manager**

Dr. Velturo received a Ph.D. in Economics from the Massachusetts Institute of Technology and has worked in microeconomic consulting for twenty years. During this time, Dr. Velturo has performed economic analyses in over 400 projects, across a wide range of industries. He is recognized by legal industry journals as one of the top fifty antitrust economists worldwide. (Curriculum Vitae)



### Amy Almeida, Ph.D.

**Vice President**

Dr. Almeida specializes in industrial organization, econometrics, and microeconomic theory. She has provided economic analysis in a wide variety of industries. Dr. Almeida's casework has included economic analysis and econometric modeling to estimate competitive effects of mergers and damages assessment in intellectual property and antitrust litigations and arbitrations. Prior to joining Quantitative Economic Solutions, LLC, Dr. Almeida was an associate at PHB Hagler Bailly where she modeled the North American electricity market to assess power plant valuations;

and a manager at Analysis Group, Inc. where she managed intellectual property and antitrust cases. A Ph.D. graduate in Economics from Northwestern University, Dr. Almeida also holds a B.S. in Mathematics from Tufts University and a M.S. in Public Management and Policy from Carnegie Mellon University. (Curriculum Vitae)




**Paul Malherbe, Ph.D.**

**Vice President**

Dr. Malherbe specializes in microeconomics, corporate finance, and econometrics. Dr. Malherbe joined QES in 2004. His casework has included damages assessment in intellectual property litigation, asset valuation in bankruptcy proceedings, and economic analyses of collusion and market foreclosure. He has written on the valuation of patents and assessment of patent damages using finance theory and has modeled investors and entrepreneurs' choice among financial contracts. Prior to joining Quantitative Economic Solutions, LLC, Dr. Malherbe was an assistant professor of economics at Connecticut College and an economic research assistant at Moody's Investors Service. A Ph.D. graduate in Economics from the University of Massachusetts, Dr. Malherbe also holds a B.A. and Law Degree from the University of Cape Town, South Africa. (Curriculum Vitae)



**Sara B. Safriet**

**Analyst**

Ms. Safriet joined QES in January 2005. She has conducted economic analyses pertaining to intellectual property infringement in a variety of industries. Previously, Ms. Safriet conducted Pharmacoeconomic and Outcomes research analyzing the cost-effectiveness of pharmaceuticals and medical devices. Ms. Safriet graduated with a Bachelor of Arts in Economics in 2002 from Wellesley College, where she was inducted into the National Economics Honor Society, Omicron Delta Epsilon. While at Wellesley, Ms. Safriet played Varsity soccer for four years, was voted co-captain as a senior, and spent time in South Africa studying South African history, politics, and

QES Professor

contemporary issue...



### Edward A. McGehee
**Analyst**

Mr. McGehee has provided economic analyses for intellectual property and antitrust litigations in a variety of industries since joining QES as a Research Analyst in July 2005. He graduated magna cum laude from Williams College in 2005 with a B.A. in Mathematics and Chemistry, receiving Highest Honors in Chemistry for his senior thesis work on dynamical systems. While at Williams, he helped head the college film club and co-captained the college cycling team. These days he enjoys running around Fresh Pond and living in Central Square.



### Eduardo L. Montoya
**Analyst**

Since joining QES in March 2006, Mr. Montoya has conducted economic evaluations in intellectual property and antitrust litigation. His prior experience includes IT consulting and health economics research, modeling the clinical and economic impact of new pharmaceuticals. Mr. Montoya received a B.A. in 2002 from Harvard University, cum laude in Economics, where he was also an active member of the Harvard/Radcliffe Dramatic Club.

QES Professions*




### Angel Marino
**Operations Manager**

Ms. Marino has a Masters Degree from Emerson College in Communications Industries Management. She joined QES in January 2006. Ms. Marino has over twenty years experience in office operations including project accounting and billing, logistics and communications, information technology, as well as client, vendor, document, and media management. She also has significant years as personal assistant to chief-level executives in a variety of industries, such as internet/intranet and web services, software technology, financial services, and architecture, working with distinguished architect, Moshe Safdie.

Home | About the Firm | Professionals | Practice Areas | Employment Opportunities | Contact Us

**Quantitative Economic Solutions, LLC**
1280 Massachusetts Ave., Cambridge, MA 02138    Ph: 617-995-7676    Fax: 617-995-7677    Email: info@qes-llc.com

© 2006 Quantitative Economic Solutions.  All rights reserved.

# Exhibit

# C

**REDACTED**

# Exhibit

# D

08/08/2007 04:10:56 PM                              Sidley                              Page 2



| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | LOS ANGELES |
| ONE SOUTH DEARBORN | BRUSSELS | NEW YORK |
| CHICAGO, IL 60603 | CHICAGO | SAN FRANCISCO |
| (312) 853 7000 | DALLAS | SHANGHAI |
| (312) 853 7036 FAX | FRANKFURT | SINGAPORE |
| | GENEVA | SYDNEY |
| | HONG KONG | TOKYO |
| | LONDON | WASHINGTON, D C |
| ahein@sidley.com | | |
| (312) 853-7801 | | |
| | FOUNDED 1866 | |

August 8, 2007

**By Facsimile**

Brian M. Koide
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595

      Re:    _R.R. Donnelley & Sons Co. v. Creo et al._ (C.A. No. 06-032)

Dear Brian:

      This letter responds to Defendants' August 2, 2007, letter objecting to R.R. Donnelley's experts, Christopher Vellturo and Frank Merritt Braswell, receiving Confidential and Attorneys-Eyes-Only Information, as defined in the Stipulated Protective Order. We disagree with your objections for several reasons. Regarding Dr. Vellturo, we believe that the following additional information should assuage Defendants' concerns regarding his past engagement with Kodak. And regarding Mr. Braswell, Defendants' objections are overbroad and, indeed, applicable even to one of the Defendants' own experts. In light of this information, we ask that you kindly reconsider your objections.

      In your letter, Defendants objected to Dr. Vellturo serving as an expert witness for R.R. Donnelley because of his past professional engagements, and you have asked for further information regarding Dr. Vellturo's work, specifically with Kodak. Although R.R. Donnelley believes that Defendants have equal access to this information, in the spirit of cooperation we will provide such information. Dr. Vellturo is the President of Quantitative Economic Solutions, LLC ("QES"). In this role, he has performed a wide variety of economic and econometric analyses and has provided expert testimony in a variety of industries.

      From what R.R. Donnelley understands, in early 2005, Kodak's outside counsel retained QES as damages experts for two patent cases in New York and New Jersey. The cases related to Sony and Kodak patents on digital cameras. Also from what R.R. Donnelley understands, Dr. Vellturo performed little work for Kodak, and his understanding of Kodak's business is limited to Kodak's conventional and digital camera divisions. His contact at Kodak was Heidi Martinez, who may have further information. These cases ultimately settled on January 3, 2007. Since that time, QES has not provided services for Kodak. Therefore, R.R. Donnelley does not believe that Dr. Vellturo or QES has confidential knowledge from this engagement that is relevant to the

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

SIDLEY AUSTIN LLP
# SIDLEY |

Brian M. Koide
August 8, 2007
Page 2

present litigation. And so, Dr. Vellturo and QES may properly serve as R.R. Donnelley's experts.

Mr. Braswell is President of Systems of Merritt, Inc. ("SMI"), which provides a variety of software development services, including printing and prepress services. Defendants appear to object to R.R. Donnelley's use of Mr. Braswell and SMI's services because (1) it is a small, closely held company and (2) in SMI's normal course of business, some of its work may result in products that compete with Defendants', and SMI could use the confidential information in this case to compete with Defendants. *See* Letter, p. 2, dated August 2, 2007, from B. Koide to J. Secord. As to the first of Defendants' contentions, R.R. Donnelley is puzzled as to why Defendants would object on this ground. Indeed, Defendants' own expert, Mr. Weger, is associated with what appears to be a small, closely-held company. Indeed, this is common with experts and hardly grounds where the Court is likely to bar an expert.

As to Defendants' second objection, Section 9 of the Protective Order restricts Attorneys-Eyes-Only or Confidential Information to use in this action only: this information "shall not be used by such...persons,...for any business or other purpose...." Mr. Braswell will not use any information he receives inappropriately. Further, as before, Defendants' objections apply with equal force to Defendants' expert, Mr. Weger. Mr. Weger's company, Elara Systems, provides publishing systems and applications for the graphic arts industry, including designers, publishers, and printers. *See* Weger CV, attached to July 9, 2007, letter from N. Grow to J. Secord. Thus, Mr. Weger could, in Defendants' words, "develop products that compete with" R.R. Donnelley's products. *See* Letter, p. 2, dated August 2, 2007, from B. Koide to J. Secord. Therefore, R.R. Donnelley believes that Defendants' objection to Mr. Braswell or SMI receiving information protected by the Stipulated Protective Order is inappropriate.

We hope that this additional information addresses Defendants' concerns. To facilitate a resolution, R.R. Donnelley would like to schedule a meet and confer on August 10, 2007, at 1:00 pm CDT / 2:00 pm EDT to further discuss this matter. Please contact me if you would like to discuss this subject further.

Very truly yours,

Andrew R. Hein

cc:    Douglas I. Lewis

CH1 3958657v1

# Exhibit

# E

QES Selected C...



quantitative economic solutions, LLC
Microeconomic Economics

| ABOUT THE FIRM | PROFESSIONALS | PRACTICE AREAS | EMPLOYMENT OPPORTUNITIES | CONTACT US |
| --- | --- | --- | --- | --- |

Industry Experience

Selected Client List

# Selected Client List

**Corporations:**

- CSX Corporation
- Apple Computer
- Merck & Co.
- Thomson Corporation
- Medtronic
- Hewlett-Packard
- Novartis
- Kodak

**Law Firms:**

- Shearman & Sterling
- Jones Day
- Vinson & Elkins
- Ropes & Gray
- Howrey Simon Arnold & White
- Robins Kaplan Miller & Ciresi
- Cooley Godward Kornish
- Latham & Watkins

QES Selected C'

Home | About the Firm | Professionals | Practice Areas | Employment Opportunities | Contact Us

Quantitative Economic Solutions, LLC
1280 Massachusetts Ave., Cambridge, MA 02138     Ph: 617-995-7676     Fax: 617-995-7677     Email: info@qes-llc.com

Quantitative Economic Solutions

# Exhibit

# F

# quantitative economic solutions, LLC

| ABOUT THE FIRM | PROFESSIONALS | PRACTICE AREAS | EMPLOYMENT OPPORTUNITIES | CONTACT US |
| --- | --- | --- | --- | --- |

Industry Experience

**Selected Client List**

# Selected Client List

Corporations:

- CSX Corporation
- Apple Computer
- Merck & Co.
- Thomson Corporation
- Medtronic
- Hewlett-Packard
- Novartis
- Kodak

Law Firms:

- Shearman & Sterling
- Jones Day
- Vinson & Elkins
- Ropes & Gray
- Howrey Simon Arnold & White
- Robins Kaplan Miller & Ciresi
- Cooley Godward Kornish
- Latham & Watkins

Home | About the Firm | Professionals | Practice Areas | Employment Opportunities | Contact Us

**Quantitative Economic Solutions, LLC**
1280 Massachusetts Ave., Cambridge, MA 02138    **Ph:** 617-995-7676    **Fax:** 617-995-7677    **Email:** info@qes-llc.com

© 2006 Quantitative Economic Solutions, LLC. All rights reserved.

# Exhibit

# G

# SIDLEY AUSTIN LLP

**SIDLEY**

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

jsecord@sidley.com
(312) 853-2200

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON

FOUNDED 1866

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D C

July 26, 2007

**Via Federal Express**

Nathaniel Grow
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
202-628-5116 (facsimile)

Re:     *R.R. Donnelley & Sons Company v. Creo, Inc., Eastman Kodak Company, and
Kodak Graphic Communications Company*, No 06-032-JJF (D Del.)

Dear Nathaniel:

Christopher Vellturo will serve as an expert for Plaintiff R.R. Donnelley & Sons
Company in the above-referenced action. Mr. Vellturo anticipates receiving information that
Defendants have designated as Confidential or for Attorneys Eyes Only.

Pursuant to Paragraph 8 of the Stipulated Protective Order, enclosed are
(1) Exhibit A to that Order executed by Mr. Vellturo and (2) a current *curriculum vitae*.

Please do not hesitate to contact me with any questions.

Sincerely,

*Jamie L Secord*

Jamie L. Secord

Enclosures

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,    ) | |
|         Plaintiff,           ) | |
|         v.                   ) | C.A. No. 06-cv-032-JJF |
| QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,   ) | |
|         Defendants.       ) | |

R.R. DONNELLEY & SONS COMPANY,

        Plaintiff,

        v.

QUARK, INC., CREO, INC., EASTMAN
KODAK COMPANY, AND KODAK GRAPHIC
COMMUNICATIONS COMPANY,

        Defendants.

CREO, INC., EASTMAN KODAK COMPANY,
AND KODAK GRAPHIC COMMUNICATIONS
COMPANY,

        Counterclaim-Plaintiffs,

        v.

R.R. DONNELLEY & SONS COMPANY,

        Counterclaim-Defendant.

C.A. No. 06-cv-032-JJF

### UNDERTAKING OF *Christopher Venturo*
### FOR RECEIPT AND USE OF CONFIDENTIAL [OR ATTORNEYS-EYES-ONLY]
### INFORMATION

STATE OF        )
               : ss.:
COUNTY OF      )

        I, *Christopher Venturo* , being duly sworn, state that:

1.     My address is _361 Harvard St Cambridge MA_. My present
employer is _QES LLC_ and the address of my present employment is _1280 Massachusetts Ave
Cambridge MA_. My present occupation is _President / Manager_

2.     I have received a copy of the Protective Order in this action. I have
carefully read and understand the provisions of the Protective Order.

3     I will comply with all of the provisions of the Protective Order. I will hold
in confidence, will not disclose to anyone not qualified under the Protective Order, and will use
only for purposes of this action, any Confidential Information [or Attorneys-Eyes-Only
Information], including the substance and any copy, summary, abstract, excerpt, index, or
description of such material, that is disclosed to me.

4.     I will return all Confidential Information [or Attorneys-Eyes-Only
Information] that comes into my possession, and all documents and things that I have prepared
relating thereto, to counsel for the party by whom I am employed or retained or from whom I
received such material.

5     I hereby submit to the jurisdiction of this Court for the purpose of
enforcement of the Protective Order in this action.

_____
[Signature]

Sworn and subscribed to
before me this 25 day
of __July__, 2007.

_____
Notary Public

ANGELA MARINO FEWELL
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 11, 2009

2



quantitative economic solutions, LLC
Microeconomic Consultants

1280 Massachusetts Ave.
Cambridge, MA  02138
t: 617.995.7676
f: 617.995.7677

## CHRISTOPHER A. VELLTURO
### President

Over the course of his career, Dr. Vellturo has performed a wide variety of economic and econometric analyses and provided expert testimony in the context of mergers and acquisitions, antitrust litigation, intellectual property litigation and numerous other matters spanning a broad array of industries. Dr. Vellturo has testified on economics-related matters in numerous U.S. District Courts, as well as at the Canadian Competition Bureau, and the American Arbitration Association. He has appeared before the U.S. Department of Justice, the Federal Trade Commission, various states' Attorneys General offices, the Federal Reserve Bank Board of Governors, and numerous other regulatory agencies on merger-related issues and other antitrust matters. Dr. Vellturo has also made appearances at hearings before the European Commission, and other antitrust enforcement agencies around the world. To date, he has performed economic analyses in over one hundred merger matters, in excess of seventy antitrust actions and well over one hundred intellectual property actions.

Prior to forming Quantitative Economic Solutions, LLC (QES), Dr. Vellturo was a Principal at Analysis Group/Economics (AG/E) and a Senior Vice President and member of the Board of Directors at National Economic Research Associates (NERA).

Dr. Vellturo has published on a variety of topics, including merger and acquisition-related efficiencies, price discrimination, differentiated product analysis and market definition. His research has appeared in leading academic journals, including *Antitrust*, the *Antitrust Law Journal*, and the *Journal of Economics and Management Strategy*. Dr. Vellturo is a recipient of the Bradley Fellowship in Public Economics and has served as a referee for *American Economic Review* and *Rand Journal of Economics*.

A Ph.D. graduate in Economics from the Massachusetts Institute of Technology, Dr. Vellturo also holds a Sc.B. in Applied Mathematics and Economics from Brown University, where he graduated *magna cum laude* and *Phi Beta Kappa*.

*Christopher A  Vellturo, page 2*

## EDUCATION

1989    Ph.D. in Economics, Massachusetts Institute of Technology
        *Primary Fields:*  Econometrics, Industrial Organization
        *Secondary Fields:*  Public Finance, Game Theory, Law and Economics

1983    Sc B. in Applied Mathematics and Economics (*magna cum laude*), Brown
        University


## PROFESSIONAL EXPERIENCE

2002-Present  **Quantitative Economic Solutions, LLC**
        *President/Manager –* Direct research on microeconomic issues in litigation and
        non-litigation matters.  Areas of particular focus include: antitrust, regulation,
        and damages assessment in intellectual property and contract matters.

2000-2002  **Analysis Group/Economics**
        *Principal -* Direct research and provide expert testimony on a variety of
        microeconomic issues on antitrust, intellectual
        property, and mergers and acquisitions. Expert reports and testimony presented
        in U.S. District Court.  Presented antitrust economic analyses to Federal Trade
        Commission, U.S. Department of Justice, Federal Reserve Bank Board of
        Governors and the European Commission.

1996-2000  **National Economic Research Associates, Inc.**
        *Senior Vice President* (1999-00)
        *Vice President* (1996-99)

1991-1996  **Cambridge Economics, Inc.**
        *Director -* Directed research and provided expert testimony on a variety of
        microeconomic issues with particular emphasis on antitrust, intellectual
        property, and mergers and acquisitions.  Prior expert testimony provided in U.S.
        District Court and before the American Arbitration Association.  Presented
        antitrust economic analyses to U.S. Department of Justice, Federal Trade
        Commission (Antitrust Division), state Attorneys General offices, and the Federal
        Reserve Bank Board of Governors.

1989-1991  **National Economic Research Associates, Inc.**
        *Senior Consultant -* Directed and performed research relating to issues of
        antitrust, intellectual property, mergers and regulation.

1987    **Department of Economics, M.I.T.**
        *Teaching Assistant -* Undergraduate econometrics.

*Christopher A. Vellturo, page 3*

1985-1989    **Dean Ann F. Friedlaender, M.I.T.**
*Research Associate* - Participated in research relating to transportation pricing
and capital allocation responses to regulatory changes.

1983-1985    **National Economic Research Associates, Inc.**
*Research Associate* - Conducted research on a wide variety of issues including
antitrust, railroad rate setting, optimal landfill pricing, and PCB and asbestos
abatement strategies.

## AWARDS AND PROFESSIONAL ACTIVITIES

1987-1989    Recipient, Bradley Fellowship in Public Economics
1986         M.I.T. Departmental Fellowship
1983         Phi Beta Kappa, Brown University
1983         Sigma Xi, Brown University
Present      Journal Referee for *American Economic Review* and *Rand Journal of Economics*
Present          Member, American Economic Association
Present          Member, American Bar Association

## TESTIFYING HISTORY (PAST FOUR YEARS)

- Testimony before the Texas House of Representatives Committee on Regulated
  Industries in connection with Senate Bill 896.

- *Rochester Medical Corporation v. C.R. Bard Inc., Tyco International (US) Inc.,
  Tyco Healthcare Group LP, Novation LLC, VHA Inc., Premier Inc., and Premier
  Purchasing Partners*
  U.S. District Court, Eastern District of Texas, Texarkana Division, C.A. No. 504-CV-
  060.

- *Smith Kline & French Laboratories, Ltd. and SmithKline Beecham Corp. d/b/a
  GlaxoSmithKline v. Teva Pharmaceuticals USA, Inc.*
  U.S. District Court, District of Delaware, Civil Action No. 05-197.

- *Massachusetts Institute of Technology v. Harman International Industries, Inc.*
  U.S. District Court, District of Massachusetts, Civil Action No. 05-10990-DPW.

- *Tessera, Inc. v. Micron Technology, Inc., Micron Semiconductor Products, Inc., Infineon
  Technologies AG, Infineon Technologies Richmond, LP, Infineon Technologies North
  America Corp., Qimonda AG*
  U.S. District Court, Eastern District of Texas, Marshall Division, Civil Action No. 2-05cv-94.

*Christopher A. Vellturo, page 4*

- *Gary D. Carter and Mary Elaine Carter v. CSX Transportation, Inc.*
  U.S. District Court, Western District of Kentucky, Louisville Division, Case No. 3:04-CV-487-S.

- *Anthony Park, Individually on Behalf Of Himself and On Behalf of All Others Similarly Situated v. The Thomson Corporation and Thomson Legal and Regulatory, Inc.*
  U.S. District Court, Southern District of New York, Case No. 05 Civ. 2931 (WHP).

- *Merck & Co., Inc. v Teva Pharmaceuticals USA, Inc.*
  U.S. District Court, District of Delaware, Civil Action No. 04-939.

- *Wavetronix, LLC v. Electronic Integrated Systems, Inc*
  U.S. District Court, District of Utah, Central Division, Civil Action No. 2:05 CV 00073 BJS.

- *Richard Lee Young and Tonja Young v. CSX Corporation, CSX Transportation, Inc., Dick Spatafore, and Bobby Ambrose*
  Circuit Court of Kanawha County, West Virginia, Civil Action No. 03-C-2837.

- *WeddingChannel.com Inc v. The Knot, Inc. and The Knot, Inc. v. WeddingChannel.com Inc.*
  U.S. District Court, Southern District of New York, Civil Action No. 03 CV 7369 (RWS).

- *Advanced Technology Materials, Inc. v. Praxair, Inc. and Praxair, Inc. v. Advanced Technology Materials, Inc. and Praxair, Inc. and Praxair Technology, Inc. v. ATMI, Inc. and Advanced Technology Materials, Inc.*
  U.S. District Court, Southern District of New York, Civil Action No. 03 CV 5161 (RO) and U.S. District Court, District of Delaware, Civil Action No.: 03-1158-SLR.

- *In the Matter of the Arbitration Between Celanese LTD., et al., and JO Tankers AS, et al.*

- *Cross Medical Products, Inc. v Medtronic Sofamor Danek, Inc and Medtronic Sofamor Danek U.S.A. and Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek U.S.A. and SDGI Holdings, Inc. v. Cross Medical Products, Inc*
  U.S. District Court, Central District of California, Southern Division, Case No. SACV 03-110 GLT (ANx).

- *Robert Bosch GMBH v. TRW Automotive, Inc., TRW Vehicle Safety Systems Inc., and TRW Automotive U.S. LLC*
  U.S. District Court, District of Arizona, Case No.: CIV-03-0045 PHX FJM.

- *Honeywell International Inc. against The GetPaid Corporation, a/k/a/ GetPaid Software, a/k/a Software Experts, Inc.*
  American Arbitration Association, Case No: 18 133 00073 03.

- *Samsung Electronics Co., Ltd. v. Tessera Technologies, Inc. and Tessera, Inc. and Tessera Technologies, Inc. v. Samsung Electronics Co., Ltd., Samsung Electronics America and Samsung Semiconductor, Inc.*
  U.S. District Court, Northern District of California, Oakland Division, Case No. C 02-05837 CW

*Christopher A. Vellturo, page 5*

- *Merck & Co., Inc. and Merck Frosst Canada & Co. v. The Minister of Health and Novopharm Ltd.*
  Canada Federal Court, Federal Court File No. T-1627-03.

- *Verizon California Inc., a California Corporation v. Ronald A. Katz Technology Licensing, L.P., a California limited partnership*
  U.S. District Court, Central District of California, Case No. 01 CV-09871 RGK (RCx).

- *Massachusetts Eye and Ear Infirmary v. Novartis Ophthalmics, Inc. and QLT, Inc., QLT, Inc. v. Massachusetts Eye and Ear Infirmary, Evangelos S. Gragoudas, M.D. and Joan W. Miller, M.D., The General Hospital Corporation v. Massachusetts Eye and Ear Infirmary, Evangelos S. Gragoudas, M.D. and Joan W. Miller, M.D.*
  U.S. District Court, District of Massachusetts, Civil Action No. 01-10747-EFH.

- *Milliken & Company v. Mohawk Industries, Inc., et al./ Shaw Industries Group, Inc., et al./ Interface, Inc., et al.*
  U.S. District Court, District of South Carolina, Spartanburg Division, Civil Action Nos. 7-02-3631-20/7-02-3632-20/7-02-3633-2.

- *Torah Soft, Ltd. v. Michael Drosnin*
  U.S. District Court, Southern District of New York, 2000 Civ.: 0676 (JCF)

- *Dresses for Less, Inc., DFL Management Inc., The DFL Apparel Group, an unincorporated association, Allison-Che' Fashions, Inc., Bicci Studio Ltd., Garden City Dresses for Less, Inc., Donald Weiner and Barbara Weiner, individually and derivatively as shareholder of Stella N. Bishop Fashion Corp., and I.S.B. Fashions Corp. v. CIT Group/Commercial Services, Inc. and The Uptown Credit Group, Inc.*
  U.S. District Court for the Southern District of New York, C.A. No. 01 CIV. 2669 (WHP).

- *First Citizens Bank and Trust Company of South Carolina, as Conservator for Alex Compton, a minor and Alex Reid Compton and Lisa Compton, in their individual capacity, as the natural parents of Alex Compton, a minor v. CSX Transportation Inc.*
  U.S. District Court, District of South Carolina, Anderson Division, Civil Action File No. 8-01-4613-20.

- *DePuy AcroMed, Inc. and Biedermann Motech GMBH v. Medtronic Sofamor Danek, Inc., f/k/a Sofamor Danek Group, Inc. and Medtronic Sofamor Danek, U.S.A. Inc.*
  U.S. District Court, District of Massachusetts, Civil Action No. 01-CV-10165 (EFH).

- *Merck & Co., Inc. v. Teva Pharmaceuticals USA, Inc.*
  U.S. District Court, District of Delaware, Civil Action No. 01-0048 –JJF.

- *The Toro Company v. White Consolidated Industries, Inc. and WCI Outdoor Products, Inc*
  U.S. District Court, District of Minnesota, Civil Action No. 4-95-656.

## PUBLICATIONS AND PRESENTATIONS

"Differentiated Products" in *Issues in Competition Law and Policy*, ed. D. Wayne Collins, American Bar Association, *forthcoming*

*Christopher A. Velluro, page 6*

"When Fraud on the Patent Office Violates Section 2: A Mock Trial." Presented at the 52nd Annual Spring Meeting of the ABA Section of Antitrust Law, Washington, DC, April 1, 2004

"What Drives Consolidation?" Presented at the 28th Semiannual Members Meeting MIT/CRE, Cambridge, MA, May 14, 1998.

"Proving Unilateral Effects and Efficiencies in Merger Cases: A Demonstration." Presented at the 46th Annual Spring Meeting of the ABA Section of Antitrust Law, Washington, DC, April 1, 1998.

"Creating An Effective Diversion: Evaluating Mergers With Differentiated Products," *Antitrust*, Spring 1997

"Economic Battles in the Antitrust Wars: Network Industries and Their Relevance to Antitrust in the Computer Industry." Presented at the Washington State Bar Association's Thirteenth Annual Antitrust, Consumer Protection and Unfair Business Practices Conference, November 8, 1996.

"Differentiated Products: New Tools for New Methods." Presented at NERA's Seventeenth Annual Antitrust & Trade Regulation Seminar, Santa Fe, NM, July 5, 1996.

"Market Definition Under Price Discrimination" (with J. A. Hausman and G. K. Leonard), Antitrust Law Journal, Vol. 64, No. 2 (Winter 1996).

"Learning-by-Doing in the Context of Antitrust Analysis" (with J. Hausman), April 1995.

"An Economic Analysis of ATM Surcharging," prepared for Southeast Switch Inc., October 5, 1995.

# Exhibit

# H



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595  ▪  p202 624-2500  ▪  f202 628-5116

Brian M. Koide
202-624-2931
bkoide@crowell.com

August 2, 2007

025140.0000051

**VIA FACSIMILE AND U.S. MAIL**

Jamie L. Secord
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

Re:   *R.R. Donnelley & Sons Co. v. Creo, Inc., Eastman Kodak Co., and
      Kodak Graphic Communications Co.,* (D. Del.) (Civil Action No. 06-032-
      JJF)

Dear Jamie:

　　　Under Paragraph 8 of the Stipulated Protective Order, Defendants object to
Christopher Vellturo and Frank Merritt Braswell from gaining access to
Confidential and Attorneys-Eyes-Only information.

　　　As I mentioned in my letter yesterday, Dr. Vellturo lists "Kodak" as a client
on the website of his firm, Quantitative Economic Solutions, LLC ("QES"). QES
appears to be a small consulting services firm run primarily by Dr. Vellturo.

　　　Although our investigation is still on-going, we understand that Dr. Vellturo
provided services to Eastman Kodak Company in a series of complex patent
infringement disputes with Sony, including a multi-year litigation between the two
companies in the Western District of New York. Dr. Vellturo provided a substantial
amount of services in this matter. In addition to Dr. Vellturo, Dr. Amy Almeida,
QES's vice-president, also worked on this matter. We believe that Dr. Vellturo
and/or QES employees, including Dr. Almeida, were exposed to confidential Kodak
information in providing these services. Under the circumstances, it would
improper for Dr. Vellturo to serve as Donnelley's expert, and accordingly he has no
need to access protected information in this case.

　　　Defendants also object to Mr. Braswell. Mr. Braswell's firm — Systems of
Merritt, Inc. ("SMI") — appears to be a small, closely-held company consisting of a
"development team [with a] heavy emphasis on printing and prepress." *See*
http://www.systemsofmerritt.com/projects.shtml. In particular, it is apparent that

Crowell & Moring LLP  ▪  www.crowell.com  ▪  Washington, DC  ▪  California  ▪  New York  ▪  London  ▪  Brussels

Jamie L. Secord
August 2, 2007
Page 2

SMI is in the business of developing commercial applications, including what appear to be variable data printing applications. *Id.* (describing a project for Wellness Works). SMI also describes at least one project where they "decrypt[ed]" proprietary file formats. *Id.* Other SMI projects relate to "page templates" and working with Quark Xtensions. *Id.* Thus, it appears that SMI is a company that has or will likely develop products that compete with Kodak's accused products. For these reasons, we cannot agree to let Mr. Braswell or SMI employees gain access to information protected by the Stipulated Protective Order.

We remain willing to discuss both potential experts with you. Any additional information or assurances that might assist address Kodak's concerns would be helpful. For now, however, Kodak objects to both experts pursuant to Paragraph 8 of the Stipulated Protective Order.

Best regards,

Brian M. Koide

cc:    Richard McMillan, Jr.

# Exhibit

# I

# crowell&moring

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116

Brian M. Koide
202-624-2931
bkoide@crowell.com

August 9, 2007

025140 0000051

**VIA FACSIMILE AND U.S. MAIL**

Andrew R. Hein, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

Re:     *R.R. Donnelley & Sons Co. v. Creo, Inc., Eastman Kodak Co., and*
        *Kodak Graphic Communications Co., (D. Del.) (Civil Action No. 06-032-*
        *JJF)*

Dear Andrew:

This letter confirms this morning's meet and confer conference, regarding Defendants' objections to RRD's proposed expert witnesses Christopher Vellturo and Frank Braswell. Specifically, during our call Defendants asked RRD to further investigate several issues.

Regarding Dr. Vellturo, Defendants asked that RRD investigate three issues. First, Defendants inquired when RRD first retained Dr. Vellturo and Quantitative Economic Solutions ("QES"). Second, Defendants asked whether RRD planned to use the services of Dr. Almeida, QES's vice president. Defendants also asked whether RRD would agree to not work with Dr. Vellturo or QES until such time as this dispute has been resolved.

With respect to Mr. Braswell, Defendants asked whether Mr. Braswell currently is working on any variable digital printing-related projects. Defendants further inquired as to whether RRD and Mr. Braswell would agree that Mr. Braswell not work on any variable digital printing-related projects both during the pendency of this litigation, as well as for a finite period of time after the conclusion of the litigation. Defendants believe this latter request is reasonable under the circumstances, and would largely assuage our concerns.

Defendants await RRD's response on these issues. In the meantime, and given the timing set out in Paragraph 8 of the Stipulated Protective Order, Defendants believe that they have satisfied the duty to meet and confer on these

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

Andrew R. Hein
August 9, 2007
Page 2

issues, although we remain available to meet and confer after we file our motion today.

Best regards,

Brian M. Koide

cc:    Richard McMillan, Jr.

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ California ▪ New York ▪ London ▪ Brussels

# Exhibit

# J

Case 1:06-cv-00032-JJF      Document 202-2      Filed 08/24/2007      Page 38 of 55
08/22/2007 02:07:00 PM                          Sidley                              Page 2

# SIDLEY

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60003
(312) 853 7000
(312) 853 7036 FAX

BEIJING            LOS ANGELES
BRUSSELS           NEW YORK
CHICAGO            SAN FRANCISCO
DALLAS             SHANGHAI
FRANKFURT          SINGAPORE
GENEVA             SYDNEY
HONG KONG          TOKYO
LONDON             WASHINGTON, D C

ahein@sidley.com
(312) 853-7801

FOUNDED 1866

August 22, 2007

**By Facsimile**

Nathaniel Grow
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

Re:    _R.R. Donnelley & Sons Co. v. Creo, Inc., et al. (C.A. No. 06-032-JJF)_

Dear Nathaniel:

I write in response to your letter sent yesterday regarding RRD's intent to disclose Attorneys-Eyes-Only Information or Confidential Information to Ms. Cate Elsten, Mr. Vincent Thomas, and Mr. Howard Fenton and regarding whether RRD intends to use Dr. Velltuto and Mr. Braswell as expert witnesses.

We have provided Defendants with notice of our intent to show Attorneys-Eyes-Only Information or Confidential Information to Ms. Cate Elsten, Mr. Vincent Thomas, and Mr. Howard Fenton. As Defendants are aware, RRD sent these letters to them on August 20 and August 21. As they are also aware, this notice is required under the Stipulated Protective Order.

Regarding the other part of your letter, RRD also hopes for an amicable resolution to Defendants' concerns involving Dr. Velturo and Mr. Braswell. Yet, the conditions that Defendants contend RRD must meet for Defendants to withdraw their objections are unacceptable. Therefore, RRD does not intend on withdrawing Dr. Velturo or Mr. Braswell as individuals who may view Attorneys-Eyes-Only Information or Confidential Information.

Very truly yours,

Andrew R Hein

cc:    Douglas I. Lewis

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

CHI 3973133v 1

# Exhibit

# K

SIDLEY AUSTIN LLP
**SIDLEY**

| | |
|---|---|
| SIDLEY AUSTIN LLP | BEIJING          LOS ANGELES |
| ONE SOUTH DEARBORN | BRUSSELS       NEW YORK |
| CHICAGO, IL  60603 | CHICAGO        SAN FRANCISCO |
| (312) 853 7000 | DALLAS          SHANGHAI |
| (312) 853 7039 FAX | FRANKFURT      SINGAPORE |
| | GENEVA          SYDNEY |
| | HONG KONG       TOKYO |
| | LONDON          WASHINGTON, D C |

ahein@sidley.com
(312) 853-7801                     FOUNDED 1866

August 20, 2007

**By Facsimile**

Nathaniel Grow
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595

Re:     *R.R. Donnelley & Sons Co. v. Creo, Inc. et al. (C.A. No. 06-0320JJF)*

Dear Nathaniel:

        Cate Elsten will serve as an expert for Plaintiff R.R. Donnelley & Sons Company in the above-referenced action. Ms. Elsten anticipates receiving information that Defendants have designated as Confidential or for Attorneys Eyes Only.

        Pursuant to Paragraph 8 of the Stipulated Protective Order, enclosed are (1) Exhibit A to that Order executed by Ms. Elsten and (2) a current *curriculum vitae*, which includes Ms. Elsten's testifying experience for the past five years.

        Please contact me with any questions.

Very truly yours,

Andrew R. Hein

cc:     Douglas I. Lewis

Enclosures

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

CHI 3971843v.1

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| R.R. DONNELLEY & SONS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-cv-032-JJF |
| | ) | |
| QUARK, INC., CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CREO, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY, | ) | |
| | ) | |
| Counterclaim-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| R.R. DONNELLEY & SONS COMPANY, | ) | |
| | ) | |
| Counterclaim-Defendant | ) | |

UNDERTAKING OF _____
FOR RECEIPT AND USE OF CONFIDENTIAL [OR ATTORNEYS-EYES-ONLY]
INFORMATION

STATE OF       )
               : ss :
COUNTY OF      )

I, ____ CATE ELSTEN ____ , being duly sworn, state that:

Case 1:06-cv-00032-JJF    Document 117    Filed 01/25/2007    Page 20 of 20

1.    My address is _32 Kerr Lin Mill Valley, CA_. My present

employer is _Ocean Tomo_ _ and the address of my present employment is _101 Montgomery St,

San Francisco CA_. My present occupation is _Managing Director_

2.    I have received a copy of the Protective Order in this action. I have

carefully read and understand the provisions of the Protective Order.

3.    I will comply with all of the provisions of the Protective Order. I will hold

in confidence, will not disclose to anyone not qualified under the Protective Order, and will use

only for purposes of this action, any Confidential Information (or Attorneys-Eyes-Only

Information), including the substance and any copy, summary, abstract, excerpt, index, or

description of such material, that is disclosed to me.

4.    I will return all Confidential Information (or Attorneys-Eyes-Only

Information) that comes into my possession, and all documents and things that I have prepared

relating thereto, to counsel for the party by whom I am employed or retained or from whom I

received such material.

5.    I hereby submit to the jurisdiction of this Court for the purpose of

enforcement of the Protective Order in this action.

_____
(Signature)

Sworn and subscribed to
before me this _____day
of _Aug_ , 2007

_____
Notary Public

2



## OCEAN TOMO
INTELLECTUAL CAPITAL EQUITY ®

## CATE ELSTEN
## CURRICULUM VITAE

August 2007

Cate Elsten is a Managing Director for Ocean Tomo, an integrated consulting firm providing monetization, strategic management, transaction advisory, valuation and expert services related to intangible assets. Ocean Tomo assists clients – corporations, law firms, governments and institutional investors – in maximizing value from their Intellectual Capital Equity™ broadly defined. The firm seeks to capture benefits inherent to the rapid growth of intellectual property as an asset class.

Ms. Elsten has been a consultant since 1990. She was a Principal for Tait Advisory Services and led that firm's Intellectual Property Practice prior to its acquisition by J|C|M|B. Before joining Tait, Ms. Elsten was a Partner in PricewaterhouseCoopers' Financial Advisory Services Practice, working with intellectual property of all types and serving as National Director for Trademark and Copyright matters. Ms. Elsten worked in industry for twelve years before beginning her consulting career and held management positions for companies including the Corporation for Public Broadcasting, Playhouse Square Center, Dayton-Hudson Corporation's Target Stores Division (now Target Corporation), Aveda Corporation (now a division of Estée Lauder) and Sigo Consultants, Inc.

Ms. Elsten has provided services including expert testimony, valuation and management consulting for companies in a wide range of industries, including biotechnology, agriculture, high-tech and traditional mining and manufacturing, food processing, medical devices, pharmaceuticals, financial services, retail, hospitality, telecommunications, media and entertainment. She has testified on issues informing economic damages, marketing and industry trends, management practices, corporate and intellectual asset valuations and plans of reorganization in depositions, trials, arbitrations and other settings. She has also served as an arbitrator for the American Arbitration Association.

Ms. Elsten is a Certified Management Accountant. She is an active member of the International Trademark Association, for whom she serves on the editorial board for The Trademark Reporter. She is also a member of the Licensing Executives Society and the American Marketing Association and has served on the Board of Governors for the Brand Name Education Foundation. She has lectured on a variety of business topics for the Los Angeles and Orange County Patent Lawyers Associations, Minnesota Institute of Legal Education, Institute for International Research, International Business Forum and other professional organizations and universities. She is financial secretary of the Edna Maguire Elementary PTA, leader of Brownie Troop 477 and a member of the board of directors for The Trixie Foundation, Appalachia's largest no-kill companion animal shelter



**OCEAN TOMO**
INTELLECTUAL CAPITAL EQUITY®

| | |
|---|---|
| **PROFESSIONAL EXPERIENCE** | Managing Director, *Ocean Tomo*<br>July 1, 2003 to present |
| | Principal, *Tait Advisory Services, LLC*<br>2001-2003 |
| | Partner (Principal), *PricewaterhouseCoopers, LLP*<br>Director, *Coopers & Lybrand, LLP*<br>1992-2001 |
| | Senior Manager, *Ernst & Young LLP*<br>1990-1992 |
| | Chief Operating Officer, *Sign Consultants, Inc.*<br>1989-1990 |
| | Manager of Financial and Strategic Planning, *Aveda Corporation*<br>1988-1989 |
| | Senior Corporate Sales and Marketing Analyst, *Dayton-Hudson Corporation, Target Stores Division*<br>1984-1988 |
| | Chief Financial Office, *Playhouse Square Center*<br>1981-1984 |

| | |
|---|---|
| **EDUCATION** | University of Wisconsin-Madison, Master of Arts in Business Graduated 1981. Beta Gamma Sigma. |
| | Oberlin College, B.A., Bachelor of Arts in English and Art History. Graduated 1979. Phi Beta Kappa. |

| | |
|---|---|
| **ACTIVE MEMBERSHIPS** | International Trademark Association<br>Licensing Executives Society<br>American Marketing Association |



**OCEAN TOMO**
INTELLECTUAL CAPITAL EQUITY™

| | |
|---|---|
| **PUBLICATIONS** | "Bubbles and Squeaks: 'Irrational Exuberance' and Its Impact (or Lack Thereof) on Damages Under the Lanham Act in the Dot Com Era," <u>The Trademark Reporter</u>, Vol. 95, No. 5.  Robert Morrill and Kevin Arst, co-authors. |
| | "Damage Issues of Trademark, Trade Secret, False Advertising and Copyright Cases," Chapter 21, <u>Litigation Services Handbook: The Role of the Financial Expert</u>, Third Edition, John Wiley & Sons, Inc., Roman L. Weil, Michael J. Wagner and Peter B. Frank, editors, 2001. |
| | "Establishing Intellectual Property Values", <u>E-Coverage Guide</u>, The National Underwriter Co., Leo L. Clarke and Martin C. Loesch, editors, 2000. S. Michael Markman, co-author. |
| | "Trademark Litigation: Thunder on the Horizon?", Minnesota Institute of Legal Education, 1999 and 2001. |
| | "False Advertising Damages: Highlights of the Past Twenty Years and the Current Implications for Developing and Rebutting Damages Claims", Coopers & Lybrand L.L.P. Intellectual Property News, 1997. |
| | "Valuation of Intellectual Property", Tennessee Bar Association, 1997. |
| | "Do Licensing Negotiators Leave Money on the Table?", Minnesota Institute of Legal Education, 1996. |
| | "Valuing Intellectual Property Rights in Litigation", Minnesota Institute of Legal Education, 1994. |

| | |
|---|---|
| **EXPERT TESTIMONY** | *Boston Scientific Corporation et al. v. Johnson & Johnson and Cordis Corporation* |
| | *Avago Technologies General IP PTE Ltd. & Avago Technologies ECBU IP PTE Ltd. v. Elan Microelectronics Corp. and Elan Information Technology Group* |
| | *Timeline, Inc. v. ProClarity Corporation* |
| | *Peter A. Hochstein et al. v. Microsoft Corp.* |
| | *Linear Technology Corporation v. Micrel, Inc.* |
| | *CIVIX-DDI, LLC v. Expedia, Inc. et al.* |
| | *Applied Medical Resources Corp. v. Ethicon Endo-Surgery, Inc.* |
| | *Mylan Pharmaceuticals Inc. v. The Procter & Gamble Company* |
| | *Cache la Poudre Feeds, L.L.C. v. Land O'Lakes, Inc. et al.* |



**OCEAN TOMO**
INTELLECTUAL CAPITAL EQUITY®

*S&M NuTec, L.L.C. v. T.F.H. Publications, Inc.*

*ICON Health & Fitness, Inc. v. The Nautilus Group, Inc. et al.*

*Hi-Shear Technology Corporation v. United Space Alliance LLC and USBI Co.*

*Boston Scientific Corporation and Target Therapeutics, Inc. v. Cordis Corporation*

*Schwan's IP, LLC and Schwan's Consumer Brands North America, Inc. v. Kraft Pizza Company*

*The Nautilus Group, Inc v. Icon Health & Fitness, Inc.*

*AT&T v. Microsoft Corporation*

*Mastercard Int'l, Inc. v. First National Bank of Omaha*

*Greenlight Financial Services, Inc. v. Hartford Casualty Insurance Company*

*GFI America, Inc. v. Tecumseh Poultry LLC*

*Knot Just Beads v. Knot Just Beads, Inc.*

*Imagexpo L.L.C. v. Microsoft Corporation*

*On-Line Technologies, Inc. v. Perkin-Elmer Corporation et al.*

*ATC Distribution Group, Inc. v. WTTT et al.*

*Gold Banc Corporation, Inc. v. Credit Union National Association, Inc.*

*A&A Mechanical, Inc. v. Thomas & Betts*

*General Data Company Inc. v. Solvay Paperboard Company, L.L.C.*

*We Media, Inc. v. Cablevision Systems Corp. et al.*

*Vicki D. Smith v. Mather Hamilton & Co., et al.*

*Halston LLC v. HF6, Inc. and Heller Financial, Inc.*

*Thomas Horn et al. v. Robert B. McQueen et al.*

08/20/2007 06:04:40 PM             Sidley                Page 9



# OCEAN TOMO

INTELLECTUAL CAPITAL EQUITY*

CONTACT

Cate Elsten
Ocean Tomo
101 Montgomery Street, Suite 2100
San Francisco, CA 94104

415-388-0368 Direct
415-520-9994 Facsimile
415-272-4762 Cell
celsten@oceantomo.com

# Exhibit

# L

# SIDLEY

**SIDLEY AUSTIN LLP**

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | LOS ANGELES |
| ONE SOUTH DEARBORN | BRUSSELS | NEW YORK |
| CHICAGO, IL 60603 | CHICAGO | SAN FRANCISCO |
| (312) 853 7000 | DALLAS | SHANGHAI |
| (312) 853 7036 FAX | FRANKFURT | SINGAPORE |
| | GENEVA | SYDNEY |
| | HONG KONG | TOKYO |
| | LONDON | WASHINGTON, D.C. |

ahein@sidley.com
(312) 853-7001

FOUNDED 1866

August 21, 2007

**By Facsimile**

Nathaniel Grow
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595

Re:  *R.R. Donnelley & Sons Co. v. Creo, Inc., et al. (C.A. No. 06-0320JJF)*

Dear Nathaniel:

Vincent Thomas will serve as an expert for Plaintiff R.R. Donnelley & Sons Company in the above-referenced action. Mr. Thomas anticipates receiving information that Defendants have designated as Confidential or for Attorneys Eyes Only.

Pursuant to Paragraph 8 of the Stipulated Protective Order, enclosed are (1) Exhibit A to that Order executed by Mr. Thomas and (2) a current *curriculum vitae*, which includes Mr. Thomas's testifying experience for the past five years.

Please contact me with any questions.

Very truly yours,

Andrew R. Hein

cc:    Douglas I. Lewis

Enclosures

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

CH1 3972470v 1

__EXHIBIT A__

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 06-cv-032-JJF |
| QUARK, INC., CREO, INC., EASTMAN ) KODAK COMPANY, AND KODAK GRAPHIC ) COMMUNICATIONS COMPANY, ) | |
| Defendants. ) | |
| CREO, INC., EASTMAN KODAK COMPANY, ) AND KODAK GRAPHIC COMMUNICATIONS ) COMPANY, ) | |
| Counterclaim-Plaintiffs, ) | |
| v. ) | |
| R.R. DONNELLEY & SONS COMPANY, ) | |
| Counterclaim-Defendant. ) | |

UNDERTAKING OF _____
__FOR RECEIPT AND USE OF CONFIDENTIAL [OR ATTORNEYS-EYES-ONLY]__
INFORMATION

STATE OF        )
               : ss.:
COUNTY OF      )

I, _Vincent Thomas_____, being duly sworn, state that:

1.    My address is _14838 Thor River Ashale, DV_. My present

employer is _FTI Consulting_ and the address of my present employment is

_353 N. WACKER, Chicago, IL_. My present occupation is _Consultant - Senior Managing Director_.

2.    I have received a copy of the Protective Order in this action. I have

carefully read and understand the provisions of the Protective Order.

3.    I will comply with all of the provisions of the Protective Order. I will hold

in confidence, will not disclose to anyone not qualified under the Protective Order, and will use

only for purposes of this action, any Confidential Information [or Attorneys-Eyes-Only

Information], including the substance and any copy, summary, abstract, excerpt, index, or

description of such material, that is disclosed to me.

4.    I will return all Confidential Information [or Attorneys-Eyes-Only

Information] that comes into my possession, and all documents and things that I have prepared

relating thereto, to counsel for the party by whom I am employed or retained or from whom I

received such material.

5.    I hereby submit to the jurisdiction of this Court for the purpose of

enforcement of the Protective Order in this action.

_____
[Signature]

Subscribed to
before me this 21st day
of August 2007.

_____
Notary Public

2



## Vincent A. Thomas, CPA, CVA, ABV

Senior Managing Director – Intellectual Property
vince.thomas@fticonsulting.com

333 West Wacker Drive
Suite 600
Chicago, IL 60606
Tel: (312) 252-9320
Fax: (312) 759-8119

**Education**
MBA – Finance -Indiana University
BA – Economics (Cum Laude) -
DePauw University

**Professional Associations**
Certified Public Accountant
Certified Valuation Analyst
Accredited in Business Valuation

**Professional Memberships**
AICPA
National Association of Certified
Valuation Analysts

Vince is a Senior Managing Director for FTI's National Intellectual Property group. Prior to joining FTI, Vince was a partner with KPMG's dispute advisory practice that was recently acquired by FTI Consulting. He has significant experience assisting companies and clients with complex accounting, corporate finance and litigation issues. He specializes in the computation and analysis of royalties and damages in matters involving various types of intellectual property including patent, trademark and copyright infringement matters.

**Dispute Advisory Services Experience**

- Conducted numerous complex studies involving lost profits, reasonable royalty, unjust enrichment, valuation of intellectual property and out of pocket costs

- Led several large projects involving the management of numerous staff over several months as well as the analysis, organization and review of large document productions.

- Testified as an expert witness on several occasions at both deposition and trial (bench and jury). Such testimony has included lost profits, reasonable royalty, out of pocket costs, unjust enrichment and sophisticated valuation analysis.

**Financial Advisory Services Experience**

- Chief Financial Officer of a high-tech company. Developed strategic focus and direction for all areas of the company including manufacturing, sales, operations and finance. Managed Intellectual Property Portfolio

- Directed an accounting and finance department for both a start-up venture as well as large distribution company. Responsibilities included budgeting, financial reporting, employee benefits, and cash management, legal and banking relationships, development of incentive pay systems and management of an intellectual asset portfolio.

- Raised capital. Developed strategic plans, and income, cash flow and return on investment projections. Also presented on "road shows" resulting in the acquisition of millions in debt and equity capital

- Performed due diligence reviews for potential acquisitions as well as prepared several projections of income, cash flows and balance sheets for use in the valuation of closely held businesses.

 F T I

www.fticonsulting.com

© FTI Consulting, Inc., 2003 All rights reserved.




**Expert Testimony**

- Spectralytics, Inc. v. Norman Noble, Inc.
- Alloc, Inc and Berrywood S.A. v. Pergo, Inc.
- Appraisal of Transkaryotic Therapies, Inc
- OrthorArm, Inc. v. American Orthodontics Corporation
- Hyperphrase Technologies, LLC and Hyperphrase, Inc. v. Google, Inc.
- Abbott Laboratories v. Sandoz, Inc.
- Boston Scientific v. Conor Medsystems
- Boston Scientific (NeoRx Corp) v. Cordis Corporation / Johnson & Johnson
- Brike International Limited v. Invacare Corporation
- Meadwestvaco Corporation v. Beaux Merzon, Inc.
- Continental, Inc. v. Full Service Supply Corporation
- ATF Trucking, Inc. v. Quick Freight , Inc.
- Audiovox Corporation Derivative Litigation
- J.C. Wilson, Inc. v. Forest Lawn Memorial Chapel, Inc.
- Gause v. Tobias, Inc.
- Zenith Electronics Corporation v. PDI Communication Systems, Inc.
- Boston Scientific v. Cordis Corporation / Johnson & Johnson (Ding)
- Thomson, Inc. v. Praxair, Inc.
- Telephia, Inc. v. Steven Cuppy et al
- High Mark Securities v. Royal Alliance, Inc.
- Odyssey Waste Services LLL v. BFI Waste Services of North America, TAC Transport, Inc. and Samuel Ringgold
- Penncro Associates, Inc. v. Sprint Corporation et al.
- MNI Technologies, Inc. v. Canal +
- Goldman v. Healthcare Management Systems, Inc.
- Boston Scientific v. Cordis Corporation (Jang)
- Applied Medical Systems, Inc v. Syntheon, Inc.



www.fticonsulting.com

© FTI Consulting, Inc - 2005. All rights reserved

2

Case 1:06-cv-00032-JJF    Document 205-3    Filed 08/28/2007    Page 51 of 52
Case 1:06-cv-00032-JJF    Document 202-2    Filed 08/24/2007    Page 54 of 55
08/21/2007 02:58:31 PM    Sidley    Page 7




- Headwaters, Inc. v. AJG Financial, Inc.
- Progressive, Inc. v. World Friendship Group
- The Get Paid Corporation v. James V. Gelly, et al.
- Allen et al. v. Conseco
- Honeywell International v. The Get Paid Corporation
- Achey v. State Farm
- Grief Bros. Corporation v. American Containers
- World Financial Group, Inc. v. Ken Thornton, Robert Vaughan, Eloyd Aguilar and Mitch Helms
- Re-max International, Inc. v. Lending Tree, Inc.
- Wagner et al. v. Reserve Management, Inc.
- Mextel, Inc. v. Hillenbrand Industries
- Shelby Engineering v. Arvin Industries

**Publications/Seminars**

- Co-Author – *Economic Damages in Intellectual Property: A Hands-On Guide to Litigation*, John Wiley & Sons.
- *"Calculating Damages in Commercial Litigation"*, Presenter at Cleveland Bar Association, June 2003
- *"Using Your IP to Increase Shareholder Value"*, Presenter at Indiana Chamber of Commerce Forum, April 24, 2002
- *"The Last 20 Years of Patent and Trademark Damages: A Litigation Evolution"*, Presenter at the Midwestern Intellectual Property Symposium (sponsored by the Indiana Continuing Legal Education Forum), September 20, 2001
- *"Calculating Damages in Complex Litigation"*- Presenter at Ohio Association of Civil Trial Attorneys Meeting, April 28, 2000.
- *"Business Valuation Issues in Litigation"* - Presenter at Indiana Continuing Legal Education Forum on April 11, 2000.
- *"Damage Analysis–determining lost revenues and Daubert considerations"* – published article in *The Indiana Lawyer*, 2000.

**F T I**

www.fticonsulting.com

© FTI Consulting, Inc., 2003. All rights reserved.




- *"Mergers, acquisitions and divestitures – common issues in post-transaction disputes"* – The Indiana Lawyer, 1999.

- *"Forensic Accounting"* – Guest lecturer at Indiana University.



F T I

www.fticonsulting.com

© FTI Consulting, Inc., 2003  All rights reserved.