IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | C.A. No. 06-cv-032-JJF |

## NOTICE OF DEPOSITION OF JEFFREY HAYZLETT

To:  Richard McMillan, Jr.               Frederick L. Cottrell, III
     Jeffrey D. Sanok                    RICHARDS, LAYTON & FINGER, P.A.
     Brian M. Koide                      One Rodney Square
     CROWELL & MORING, LLP               920 North King Street
     1001 Pennsylvania Avenue, N.W.      Wilmington, DE 19801
     Washington, D.C. 20004              (302) 651-7700
     (202) 624-2500

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 26 and 30(b)(1), plaintiff R.R. Donnelley & Sons Company will take the deposition upon oral examination of Jeffrey Hayzlett.

  The deposition will commence at 9:00 a.m. on October 3, 2007, and continue day to day until completed, at the offices of Wolford & Leclair LLP, 600 Reynolds Arcade Building, 16 East Main Street, Rochester, NY 14614, or at such other time and place as may be agreed to by counsel.

  The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by sound, video and/or stenographic means.

  You are invited to attend.

           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

           */s/ Rodger D. Smith II*

           Jack B. Blumenfeld (#1014)
           Rodger D. Smith II (#3778)
           1201 N. Market Street
           P.O. Box 1347
           Wilmington, DE  19899
           (302) 658-9200
           rsmith@mnat.com
            *Attorneys for Plaintiff*
            *R.R. Donnelley & Sons Company*

OF COUNSEL:

John G. Hutchinson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
(212) 839-5398

Douglas I. Lewis
Jamie L. Secord
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

September 6, 2007
1228131

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 6, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell III
>Richards Layton & Finger, P.A.

I also certify that copies were caused to be served on September 6, 2007, upon the following in the manner indicated:

>**BY EMAIL AND BY HAND**
>
>Frederick L. Cottrell III
>Richards Layton & Finger, P.A.
>One Rodney Square
>920 N. King Street
>Wilmington, DE  19801
>cottrell@rlf.com
>
>**BY EMAIL**
>
>Richard McMillan, Jr.
>Crowell & Moring LLP
>1001 Pennsylvania Avenue, N.W.
>Washington, DC  20004-2595
>rmcmillan@crowell.com

>*/s/Rodger D. Smith II*
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com