## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

R.R. DONNELLEY & SONS COMPANY,

     Plaintiff,

     v.

CREO, INC., NEXPRESS SOLUTIONS, INC.,
KODAK VERSAMARK, INC., EASTMAN
KODAK COMPANY, and KODAK GRAPHIC
COMMUNICATIONS COMPANY,

     Defendants.

EASTMAN KODAK COMPANY,

     Counterclaim-Plaintiff,

     v.

R.R. DONNELLEY & SONS COMPANY,

     Counterclaim-Defendant.

C. A. No. 06-032-JJF

**REDACTED - PUBLIC VERSION**

## DECLARATION OF NATHANIEL GROW IN SUPPORT OF
## KODAK'S RESPONSIVE CLAIM CONSTRUCTION MEMORANDUM
## (EXHIBITS Q – T)

I, Nathaniel Grow, declare as follows:

1.     I an attorney at Crowell & Moring LLP, counsel for Defendants Creo, Inc.,

NexPress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company, and Kodak Graphic

Communications Company. I submit this declaration based on my personal, first-hand

knowledge.

2.     Attached as Exhibit Q is a true and correct copy of excerpts from P.H. COLLIN,

DICTIONARY OF PRINTING AND PUBLISHING (1989).

3.    Attached as Exhibit R is a true and correct copy of excerpts from THE AMERICAN HERITAGE DICTIONARY (2d college ed. 1991).

4.    Attached as Exhibit S is a true and correct copy of excerpts from the December 19, 2006, deposition transcript of Mark G. Dreyer.

5.    Attached as Exhibit T is a true and correct copy of excerpts from MICROSOFT PRESS, COMPUTER DICTIONARY (2d ed. 1994).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 30, 2007, in Washington, DC.

_____
Nathaniel Grow

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

**BY HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE   19899

I hereby certify that on August 30, 2007, the foregoing was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

Douglas I. Lewis
Jamie L. Secord
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL   60603

John G. Hutchinson
Sidley Austin, LLP
787 Seventh Avenue
New York, NY   10019

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2007, I electronically filed the foregoing with the

Clerk of Court using CM/ECF which will send notification of such filing(s) to the following,

who have also been served as noted:

## BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE   19899


I hereby certify that on September 6, 2007, the foregoing was sent to the following non-

registered participants in the manner indicated:

## BY FEDERAL EXPRESS

Douglas I. Lewis                          John G. Hutchinson
Jamie L. Secord                           Sidley Austin, LLP
Sidley Austin, LLP                        787 Seventh Avenue
One South Dearborn Street                 New York, NY   10019
Chicago, IL   60603

_____
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com

# EXHIBIT Q

# DICTIONARY OF
# PRINTING
## AND
# PUBLISHING

## P.H. Collin



PETER COLLIN PUBLISHING



HAMPSHIRE COUNTY LIBRARY

070
5d3W

C094854 9042

C002271696

First published in Great Britain 1989
by Peter Collin Publishing Ltd
8 The Causeway, Teddington, Middlesex

© P. H. Collin 1989

All rights reserved. No part of this publication may be reproduced
in any form or by any means without the permission of the publishers

**British Library Cataloguing in Publication Data**
Collin, P. H. (Peter Hodgson), *1935–*
  Dictionary of printing & publishing.
  1. Printing & publishing.
  I. Title
  070.5

  ISBN 0-948549-09-2

Text computer typeset in Geneva, Times and Souvenir by
Systemset, Stotfold, Hertfordshire
Printed in Great Britain by
Richard Clay Ltd, Bungay, Suffolk

**collage** *noun* illustration made by sticking together various pieces of photographs, line drawings, etc.

**collate** *verb* **(a)** to check that the various parts of a book (text pages *or* colour illustrations *or* insert maps) are gathered in the correct order before the book is bound NOTE: US English is **conflate (b)** to check one text against another to make sure that it is all there

◊ **collating** *noun* action of checking the gathered sections of a book *or* of checking a text; **collating machine** = machine which collates signatures of a book *or* pages of a document in correct order ready for binding; **collating marks** = marks printed on the spine of a signature so that the binder can see if they have been collated in correct order; **collating sequence** = order in which signatures are stacked for printing

◊ **collation** *noun* action of checking that the sections of a book have been gathered in the correct order

◊ **collator** *noun* machine which takes sheets *or* printed signatures and puts them in order for stapling *or* binding; **collator marks** = COLLATING MARKS

**collect 1** *verb* **(a)** to bring things together to form a group; *he collects books about trains; she collects old newspapers; his short stories have been published in a collected edition;* the collected works of Shakespeare = all the works of Shakespeare published together in one book; **collecting cylinder** = cylinder which collects the printed sheets from a web press before they are folded **(b)** to take things away from a place; *we have to collect the stock from the warehouse; can you collect my letters from the typing pool?* **2** *adverb & adjective US* (phone call) where the person receiving the call agrees to pay for it; *to make a collect call; he called his office collect*

◊ **collection** *noun* **(a)** bringing things together; texts brought together in a book; *he has a fine collection of eighteenth century colour-plate books; she has edited a collection of 20th century poetry* **(b)** action of bringing together the printed sheets from a rotary press **(c)** fetching of goods; *the*

working conditions between management and trade unions; *they signed a collective wage agreement* = an agreement was signed between management and the trade union about wages **2** *noun* group of people who work together, and share the profits of their business equally

◊ **collector** *noun* person who collects; *he is a collector of books on bees*

**college** *noun* place where people can study after they have left full-time school; **business college** *or* **commercial college** = college which teaches general business methods; **secretarial college** = college which teaches shorthand, typing and word-processing; **college bookstore** = special bookshop attached to a college, where the students can buy books; **College electro** = special type of electro (developed at the London College of Printing)

**collotype** *noun* rare printing process, where illustrations are printed from a glass surface coated with hardened gelatine (used especially for art books and reproductions of paintings)

COMMENT: collotype printing follows the same principle as lithography. The image on the surface of the gelatine attracts greasy ink, while the blank parts are damp and repel the ink. The result is a continuous tone, hence its suitability for reproducing original paintings

**colon** *noun* printing sign (:)

**colophon** *noun* **(a)** design *or* symbol *or* company name, used on a printed item to show the names of the publisher and the printer; *their colophon is a boat with sails* **(b)** details of the printer, and the place of printing, given on the last page of a book (common outside the UK) **(c)** *(in medieval manuscripts and incunabula)* text at the end of the work giving the name of the writer *or* copyist

COMMENT: usually the publisher's colophon will appear on the title page and spine of a book, and on all publicity matter;

Case 1:06-cv-00032-JJF    Document 213-2    Filed 09/06/2007    Page 5 of 17

*marking up; the sub-editor has marked up the copy and sent it to the printer for proofing; the text has been marked up for typefaces by the designer* **(b)** to increase a price; **to mark prices up** = to increase prices; *these prices have been marked up by 10%*

◇ **mark-up** *noun* **(a)** action of instructing typographical details to the printer (the instructions regarding type size, font, line widths, etc., are written (or "marked up") on the manuscript by a sub-editor or production editor **(b)** increase in price; *we put into effect a 10% mark-up of all prices in June* **(c)** amount added to the cost price to give the selling price; **we work to a 3.5 times mark-up** *or* **to a 350% mark-up** = we take the unit cost and multiply by 3.5 to give the selling price

**market 1** *noun* **(a)** place where a product might be sold *or* group of people who might buy a product; **American market rights** = rights to sell in the USA; **British traditional market** = areas of the world representing the old British Empire, including Australia, New Zealand, Canada, India and much of Africa and the Caribbean (formerly included in publishing contracts to prevent the distribution of American editions of British titles in those areas; now largely abandoned); **home** *or* **domestic market** = market in the country where the selling company is based; *sales in the home market rose by 22%* t**(b)** possible sales of a certain type of product *or* demand for a certain type of product; *the market for computer books has fallen sharply; we have 20% of the educational market; there is no market for this type of product in Scandinavia;* **a growth market** = market where sales are likely to rise rapidly; **to find a market niche** = to find a section of the market which is not catered for, and sell into it; **market analysis** = detailed examination and report on a market; **market leader** = company with the largest market share; **market opportunities** = possibility of finding new sales in a market; **market penetration** *or* **market share** = percentage of a total market which the sales of a company cover; **market research** = examining the possible sales of a product before it is put on the market; **market trends** = gradual changes taking place in a market **(c)** **closed market** = market where a supplier deals with only one agent or distributor and does not supply any others direct; **open market** = market where anyone can buy and sell **(d)** **up market** *or* **down market** = more expensive *or* less expensive; **to go up market** *or* **to go down market** = to make products which appeal to a wealthy section of the market *or* to a

wider, less wealthy, section of the market **(e)** **market value** = value of a product *or* of a company if sold today; **to be in the market for a good bookshop** = to look for a bookshop to buy; **to come on to the market** = to become available for sale; *this shop has just come on to the market;* **to put something on the market** = to start to offer something for sale; *I hear the company has been put on the market* **2** *verb* to sell (products); *this product is being marketed in all European countries*

◇ **marketable** *adjective* which can be sold easily

◇ **marketing** *noun* techniques used in selling a product (such as packaging, advertising, etc.); **marketing agreement** = contract by which one company will market another company's products; **marketing department** = department in a company which specializes in using marketing techniques to sell a product; **marketing manager** = person in charge of a marketing department; **marketing policy** *or* **marketing plans** = ideas of how the company's products are going to be marketed

**mask 1** *noun* black overlay put over part of a film *or* illustration, so that it does not reproduce **2** *verb* to cover those parts of a photograph which are not to be reproduced; **masking paper** = paper used to mount films for platemaking; **masking tape** = adhesive tape used to cover parts of a film

**mass** *noun* **(a)** large group of people; **mass market** = very large market, covering a large proportion of a population; **mass market paperback** = paperback book aimed at the mass market; **mass marketing** = marketing which aims at reaching large numbers of people; **mass media** = means of communication which reach large numbers of people (such as radio, television, newspapers) **(b)** large number; *they received a mass of orders or masses of orders after the TV commercials*

**master** *noun* **(a)** main text *or* original; **master file** *or* **master copy of a file** = main copy of a computer file, kept for security purposes; **master proof** *or* **master set of proofs** = (i) proofs kept in the editorial office, on which corrections from several proofreaders are collated; (ii) set of proofs from the printer, with his corrections marked, on which the publisher's and author's corrections are added and then returned to the printer; **master page** = standard layout for the pages of a book, prepared on screen in desktop publishing;

**master**                              **148**                              **measure**

**master tape** = main tape of a text held on computer, incorporating all the latest changes **(b)** text *or* plate which can be duplicated; *a school textbook with ten pages of copy masters* **(c)** experienced craftsman who trains others; **master printer** = printer who has passed qualifying examinations and trains others

**masthead** *noun* **(a)** name of a newspaper *or* magazine, which is usually set in a special design and printed at the top of the first page of each issue **(b)** *US* details of the ownership, issue number, and address of a newspaper or magazine, printed on the editorial page

**mat** *noun* = MATRIX (i) mould made from a page of standing metal type, used to make a stereo; (ii) mould used to cast a piece of metal type

**match** *verb* to make something the same as something else; to find something which is the same as something else; *they tried to match the original colour in the reprint*

◊ **matchprint** *noun* trade mark for a dry proofing method for colour proofs

**material** *noun* **(a)** substance which can be used to make a finished product; **synthetic materials** = substances made as products of a chemical process; **materials control** = system to check that a company has enough materials in stock to do its work; **materials handling** = moving materials from one part of a factory to another in an efficient way **(b)** **display material** = posters, photographs, etc., which can be used to attract attention to goods which are for sale; **point-of-sale material** *or* **POS material** = display material (posters, dump bins, spinners, etc.) advertising and displaying items to be sold at the place where they are being sold

**mathematics** *noun* study of the relationship between numbers, their manipulation and organization to prove facts and theories logically

◊ **mathematical** *adjective* referring to mathematics; **mathematical setting** = specialized typesetting of mathematical texts; **mathematical symbols** = various signs and symbols in setting mathematical texts

COMMENT: certain typesetters specialize in mathematical or scientific setting; such setting is normally more expensive than setting straight text

**matrix** *noun* **(a)** copper mould used to cast a piece of metal type **(b)** mould made from a page of standing metal type, used to make a stereo **(c)** pattern of the dots that make up a character in phototypesetting *or* on a computer screen; **matrix printer** *or* **dot-matrix printer** = printer in which the characters are made up by a series of dots printed close together, producing a page line by line; a dot-matrix printer can be used either for printing using a ribbon or for thermal *or* electrostatic printing; **character matrix** = pattern of dots that makes up a displayed character
NOTE: plural is **matrices**

**matt** *or* **matte** *adjective* not shiny *or* with a dull surface; **matt art paper** = coated paper, which is not glossy (NOTE: US English is **dull-coated paper**) **matt finish paper** = art paper which is not shiny

**matter** *noun* **(a)** copy *or* text which has to be typeset and printed **(b)** main section of text on a page as opposed to titles *or* headlines **(c)** **printed matter** = printed books, newspapers, publicity sheets, etc.; **publicity matter** = sheets *or* posters or leaflets used for publicity; *see also* BACK MATTER, FRONT MATTER

**mature** *verb* to prepare paper for printing by exposing it to the temperature and humidity levels of the pressroom

**maximum** *noun* largest possible number *or* price *or* quantity *or* size; **maximum measure** = longest line which can be used

**MB** *or* **Mb** *or* **Mbyte** = MEGABYTE equal to 1,048,576 bytes of storage

**MBS** = MIND BODY AND SPIRIT

**MCR** = MAGNETIC CHARACTER READING

**mean line** *noun* height of lower case characters without ascenders

**measure 1** *noun* **(a)** way of calculating size *or* quantity; **cubic measure** = volume in cubic feet or metres, calculated by multiplying height, width and length; **square measure** = area in square feet or metres, calculated by multiplying width and length **(b)** total length of a printed line of text (usually calculated in ems); **full measure** = setting to the widest possible width; **narrow measure** = setting an indented line **2** *verb* to find out the size *or* quantity of something; to be of a certain size *or* quantity; *a package which measures*

# EXHIBIT R

Second College Edition

The
**American Heritage Dictionary**

Words that are believed to be registered trademarks
have been checked with authoritative sources. No in-
vestigation has been made of common-law trademark
rights in any word, because such investigation is im-
practicable. Words that are known to have current
registrations are shown with an initial capital and are
also identified as trademarks. The inclusion of any
word in this Dictionary is not, however, an expres-
sion of the Publisher's opinion as to whether or not it
is subject to proprietary rights. Indeed, no definition
in this Dictionary is to be regarded as affecting the
validity of any trademark.

Copyright © 1982, 1985, 1991 by Houghton Mifflin
Company. All rights reserved.

No part of this work may be reproduced or transmitted
in any form or by any means, electronic or mechani-
cal, including photocopying and recording, or by any
information storage or retrieval system without the
prior written permission of Houghton Mifflin Com-
pany unless such copying is expressly permitted by
federal copyright law. Address inquiries to Permis-
sions, Houghton Mifflin Company, 2 Park Street, Bos-
ton, MA 02108.

Library of Congress Cataloging in Publication Data
Main entry under title:
American Heritage dictionary.
    Rev. ed. of: American Heritage dictionary of the
English language. New college ed. c1976.
    1. English language—Dictionaries.   I. Morris,
William, 1913–
PE1625.A54   1982     423     82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

sion of delicate and sensitive feeling, as in art and literature. **7.** A vague feeling or awareness; sensation: *"overpowered by an intense sentiment of horror"* (Poe). [ME *sentement* < OFr. < Med. Lat. *sentimentum* < Lat. *sentire*, to feel.]

**sen·ti·men·tal** (sĕn'tə-mĕn'tl) *adj.* **1. a.** Characterized by or swayed by sentiment. **b.** Affectedly or extravagantly emotional. **2.** Resulting from or colored by emotion rather than reason or realism. **3.** Appealing to the sentiments, esp. to romantic feelings: *sentimental music.* —**sen'ti·men'tal·ly** *adv*

**sen·ti·men·tal·ism** (sĕn'tə-mĕn'tl-ĭz'əm) *n* **1.** A predilection for the sentimental. **2.** An idea or expression marked by excessive sentiment. —**sen'ti·men'tal·ist** *n.*

**sen·ti·men·tal·i·ty** (sĕn'tə-mĕn-tăl'ĭ-tē) *n., pl.* **-ties. 1.** The condition or quality of being excessively or affectedly sentimental. **2.** A sentimental idea or an expression of it.

**sen·ti·men·tal·ize** (sĕn'tə-mĕn'tl-īz') *v.* **-ized, -iz·ing, -iz·es** —*tr.* To regard with sentiment; be sentimental about. —*intr.* To behave in a sentimental manner. —**sen'ti·men'tal·i·za'tion** *n.*

**sen·ti·nel** (sĕn'tə-nəl) *n.* One that keeps guard; sentry. —*tr.v.* **-neled, -nel·ing, -nels** or **-nelled, -nel·ling, -nels. 1.** To watch over as a sentinel. **2.** To provide with a sentinel. [Fr. *sentinelle* < Ital. *sentinella*, prob. < *sentire*, to watch < Lat. *sentire*, to feel.]

**sen·try** (sĕn'trē) *n., pl.* **-tries. 1.** A guard, esp. a soldier posted at a given spot to prevent the passage of unauthorized persons. **2.** The duty of a sentry; watch. [Perh. alteration of obs. *sentery*, sanctuary.]

**sentry box** *n.* A small shelter for a sentry on his post.

**se·pal** (sē'pəl) *n.* One of the usually green segments forming the calyx of a flower. [NLat. *sepalum* < *sepa*, sepal < Gk. *skepē*, covering.] —**se'paled, sep'a·lous** (sĕp'ə-ləs) *adj*

**se·pal·oid** (sē'pə-loid', sĕp'ə-) also **se·pal·ine** (-līn', -lĭn) *adj.* Resembling or characteristic of a sepal.

**-sepalous** *suff.* Having a specified kind or number of sepals: *gamosepalous.* [SEPAL + -OUS.]



ntry box



sepal

sepal

**sep·a·ra·ble** (sĕp'ər-ə-bəl, sĕp'rə-) *adj.* Capable of being separated. [OFr. < Lat. *separabilis* < *separare*, to separate.] —**sep'a·ra·bil'i·ty** *n.* —**sep'a·ra·bly** *adv.*

**sep·a·rate** (sĕp'ə-rāt') *v.* **-rat·ed, -rat·ing, -rates.** —*tr* **1. a.** To set or keep apart; disunite. **b.** To space apart; scatter. **c.** To sort. **2.** To differentiate or discriminate between; distinguish. **3.** To remove from a mixture or combination; isolate. **4.** To part (a married couple), often by decree: *He was separated from his wife last March* **5.** To terminate a contractual relationship, as military service, with; discharge. —*intr.* **1.** To become disconnected or severed; come apart. **2.** To withdraw: *The state threatened to separate from the Union.* **3.** To part company; disperse. **4.** To stop living together as husband and wife. **5.** To become divided into components or parts: *Oil and water tend to separate.* —*adj.* (sĕp'ər-ĭt, sĕp'rĭt). **1.** Set apart from others; detached. **2.** Archaic. Withdrawn from others; solitary. **3.** Existing as an entity; independent. **4.** Dissimilar; distinct. **5.** Not shared; individual. —*n.* (sĕp'ər-ĭt, sĕp'rĭt). A garment, such as a skirt, jacket, or pair of slacks, that may be purchased separately and worn in various combinations with other garments. [ME *separaten* < Lat. *separare* : *se-*, apart + *parare*, to make ready.] —**sep'a·rate·ly** *adv.* —**sep'a·rate·ness** *n.*

**Synonyms:** *separate, divide, part, sever, sunder, divorce, diverge, segregate.* These verbs refer to disjoining or disuniting. *Separate* applies both to putting apart by removing one or more components from a mass or by the act of dissociating and to keeping apart by occupying a position between things: *The Pyrenees separate France and Spain. Divide* also has both these senses. With respect to putting apart *divide* usually implies separation into predetermined portions or groups. The term can also refer to voluntary splitting or branching off. With respect to keeping apart *divide* often implies separation into opposing or hostile groups. *Part* refers most often to separation of persons or of segments: *The curtains parted. Sever* usually applies to cutting a part from the whole or cutting a whole into sections, or it can refer figuratively to ending a relationship. In every case abruptness and force are implied. *Sunder* stresses violent separa-

**sep·a·ra·tive** (sĕp'ə-rā'tĭv, sĕp'ər-ə-tĭv, sĕp'rə-tĭv) *adj.* T ing to separate or to cause separation.

**sep·a·ra·tor** (sĕp'ə-rā'tər) *n.* **1.** One that separates. **2.** vice for separating cream from milk

**Se·phar·di** (sə-fär'dē) *n., pl.* **-dim** (-dĭm). A member branch of European Jews who settled primarily in S Portugal, and northern Africa. [Modern Heb *Sĕphār Sĕphārad,* Spain.] —**Se·phar'dic** (-dĭk) *adj*

**se·pi·a** (sē'pē-ə) *n.* **1. a.** A dark-brown ink or pigment nally prepared from the secretion of the cuttlefish drawing or picture done in this pigment. **c.** A photogra a brown tint. **2.** A dark grayish yellowish brown to da moderate olive brown —*adj.* **1.** Of the color sepia. **2.** or made in sepia. [Ital. *seppia* < Lat. *sepia* < Gk., cuttl

**se·pi·o·lite** (sē'pē-ə-līt') *n Mineral* Meerschaum (se [G *Sepiolith* > Gk. *sēpion*, cuttlebone (< *sēpia*, cuttlefi Gk. *lithos.* stone.]

**se·poy** (sē'poi') *n.* In some Middle Eastern countries, tive regular soldier, esp. a native Indian soldier for serving under British command [Prob < Port *sipae* < U *sipāhī* < Pers. < *sipāh*, army.]

**sep·pu·ku** (sĕp'ōō-kōō) *n.* Hara-kiri [J, self-disembo ment : *seppu.* to cut + *ku.* abdomen.]

**sep·sis** (sĕp'sĭs) *n., pl.* **-ses** (-sēz'). The presence of pat genic organisms or their toxins in the blood or tissues. *sēpsis,* putrefaction < *sēpein*, to make rotten.]

**sept** (sĕpt) *n* A division of a tribe, esp. in ancient and me eval Ireland; clan. [Prob alteration of SECT.]

**sep·ta** (sĕp'tə) *n.* Plural of septum.

**sep·tal** (sĕp'tal) *adj.* Of or pertaining to a septum.

**sep·tar·i·um** (sĕp-târ'ē-əm) *n., pl.* **-i·a** (-ē-ə) An irregula lygonal system of calcite-filled cracks occurring in cer rock concretions. [SEPT(UM) + -ARIUM.] —**sep·tar'i·an**

**sep·tate** (sĕp'tāt') *adj.* Having a septum or septa.

**Sep·tem·ber** (sĕp-tĕm'bər) *n.* The ninth month of the year according to the Gregorian calendar. See table at calend [ME *Septembre* < OFr. < Lat. *September,* the seventh mon < *septem,* seven.]

**Sep·tem·brist** (sĕp-tĕm'brĭst) *n.* **1.** One of the mob massacred the imprisoned royalists in Paris, France, in S tember, 1792. **2.** A bloodthirsty revolutionist.

**sep·te·nar·i·us** (sĕp'tə-nâr'ē-əs) *n., pl.* **-i·i** (-ē-ī'). A Gree Latin verse containing seven feet. [Lat. *septenarius,* of se < *septeni,* seven each < *septem,* seven.]

**sep·ten·ni·al** (sĕp-tĕn'ē-əl) *adj.* **1.** Occurring every s years. **2.** Consisting of or continuing for seven years. An event that occurs every seven years [< Lat. *septenni* period of seven years < *septennis.* of seven years ; *sep seven + annus,* year.] —**sep·ten'ni·al·ly** *adv*

**sep·ten·tri·on** (sĕp-tĕn'trē-ŏn'. -ən) *n Obs* The n northern regions [ME *septemtrioun* < OFr. *septentri* Lat. *septentriones,* seven plow oxen, the seven principa of trio, plow <>.] —**sep·ten'tri·o·nal** (-trē-ə-nəl) *adj.*

**sep·tet** also **sep·tette** (sĕp-tĕt') *n.* **1. a.** A group of **2.** *Mus.* **a.** A composition for seven voices or instrum **b.** The musicians performing such a composition. [G. *septem,* seven.]

**sep·tic** (sĕp'tĭk) *adj.* **1.** Of, pertaining to, or having th ture of sepsis. **2.** Causing sepsis; putrefactive. —*n.* A factive substance [Lat. *septicus,* putrefying < Gk. *sēp* *sēptos.* rotten < *sēpein,* to make rotten ] —**sep·tic'i·t** ĭ-tē) *n.*

**sep·ti·ce·mi·a** (sĕp'tĭ-sē'mē-ə) *n* A systemic disease by pathogenic organisms or their toxins in the blood —**sep'ti·ce'mic** (-mĭk) *adj*

**sep·ti·ci·dal** (sĕp'tĭ-sīd'l) *adj Bot.* Splitting along or th the septa. Used of a seed capsule [SEPT(UM) + -CII -AL.] —**sep'ti·ci'dal·ly** *adv.*

**septic sore throat** *n.* An infection of the throat, oft demic, caused by hemolytic streptococci and charac by fever and inflammation of the tonsils

**septic tank** *n.* A sewage-disposal tank in which a ca ous flow of waste material is decomposed by anaerob teria.

**sep·tif·ra·gal** (sĕp-tĭf'rə-gəl) *adj Bot.* Characterized

# EXHIBIT S
# REDACTED IN ITS ENTIRETY

# EXHIBIT T

# MICROSOFT PRESS®

# COMPUTER DICTIONARY

## SECOND EDITION



# THE COMPREHENSIVE STANDARD FOR BUSINESS, SCHOOL, LIBRARY, AND HOME



PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1994 by Microsoft Press

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data

Microsoft Press computer dictionary : the comprehensive standard for
    business, school, library, and home / Microsoft Press. -- 2nd ed.
        p.   cm.
    ISBN 1-55615-597-2
    1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.
I. Microsoft Press.   II. Title: Computer dictionary.
QA76.15.M54   1993
004'.03--dc20                                          93-29868
                                                         CIP

Printed and bound in the United States of America

    3 4 5 6 7 8 9   MLML   9 8 7 6 5 4

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation

Distributed to the book trade outside the United States and Canada by Penguin Books Ltd.

Penguin Books Ltd., Harmondsworth, Middlesex, England
Penguin Books Australia Ltd., Ringwood, Victoria, Australia
Penguin Books N.Z. Ltd., 182-190 Wairau Road, Auckland 10, New Zealand

British Cataloging-in-Publication Data available.

**Project Editor:** Casey D. Doyle
**Manuscript Editor:** Alice Copp Smith
**Technical Editors:** Mary DeJong, Jeff Carey, Dail Magee, Jr., Jim Fuchs, Seth McEvoy



8, 13, 21, 34.... Fibonacci numbers, also called the Fibonacci sequence, are named for the thirteenth-century mathematician Leonardo Fibonacci. In computing, Fibonacci numbers are used to speed binary searches by repeatedly dividing a set of data into groups in accordance with successively smaller pairs of numbers in the Fibonacci sequence. For example, a data set of 34 items would be divided into one group of 21 and another of 13. If the item being sought were in the group of 13, the group of 21 would be discarded, and the group of 13 would be divided into 5 and 8; the search would continue thus, through successive divisions, until the item was located. The ratio of two successive terms in the Fibonacci sequence converges on the Golden Ratio, a "magic number" that describes many things, from the curve of a nautilus shell to the proportions of the Parthenon.

**fiche** *See* microfiche.

**field** A location in a record in which a particular type of data is stored. For example, EMPLOYEE-RECORD might contain fields to store Last-Name, First-Name, Address, City, State, Zip-Code, Hire-Date, Current-Salary, Pay-Grade, Title, Department, Last-Increase-Date, and so on.

Individual fields have their own specifications as to maximum length and the type of data (for example, alphabetic, numeric, or financial) that can be placed in them. The facility for creating these specifications usually is contained in the data definition language (DDL).

In relational database management systems, fields are called columns.

**field-effect transistor** *See* FET.

**field-programmable logic array** Abbreviated FPLA; also known as programmable logic array (PLA). An integrated circuit containing an array of logic circuits in which the connections between the individual circuits, and thus the logic functions of the array, can be programmed after manufacture, typically at the time of installation (in the field). The programming can be performed only once, and it is typically done by passing high current through fusible links on the chip.

**field separator** Any character that separates one field of data from another. *See also* delimiter, field.

**FIFO** *See* first in, first out.

**fifth-generation computer** *See* computer.

**fifth normal form (5NF)** *See* normal form.

**file** A complete, named collection of information, such as a program, a set of data used by a program, or a user-created document. A file is the basic unit of storage that enables a computer to distinguish one set of information from another. A file might or might not be stored in human-readable form, but it is still the "glue" that binds a conglomeration of instructions, numbers, words, or images into a coherent unit that a user can retrieve, change, delete, save, or send to an output device.

**file allocation table** A table or list maintained by some operating systems to keep track of the status of various segments of disk space used for file storage. Files on a disk are stored, as space allows, in fixed-size groups of bytes (characters) rather than from beginning to end as neat, continuous strings of text or numbers. A single file can thus be scattered in pieces over many separate storage areas. A file allocation table enables the operating system to maintain a "map" of available disk storage space so that it can mark flawed segments that should not be used and can find and link the pieces of a file. In the MS-DOS operating system, the file allocation table is commonly known as the FAT (pronounced "fat"). *See also* FAT file system.

**file attribute** A restrictive label attached to a file that describes and regulates its use—for example, hidden, system, read-only, archive, and so forth. In MS-DOS, this information is stored as part of the file's directory entry.

**file backup** *See* backup.

**file compression** The process of reducing the storage space required for a file. *See also* data compression.

**file control block** Abbreviated FCB. A small block of memory temporarily assigned by a computer's operating system to hold information about a file that has been opened for use. A file control block typically contains such information as the file's identification, its location on disk, and a pointer



that become the basis for a larger sort that later merges the groups into one list.

**International Federation of Information Processing** *See* IFIP.

**International Organization for Standardization** *See* ISO.

**internet** Abbreviation for internetwork. In communications, a set of computer networks—possibly dissimilar—joined together by means of gateways that handle data transfer and the conversion of messages from the sending network to the protocols used by the receiving network (with packets if necessary). In AppleTalk parlance, an internet is defined as a set of AppleTalk networks linked together.

When capitalized (Internet), the term refers to the collection of networks and gateways that use the TCP/IP suite of protocols.

**interpolate** In mathematics, to estimate intermediate values between two known values in a series.

**interpret** To decode and execute a statement or an instruction. The term usually refers to executing a program by decoding a statement, executing it, decoding the next statement, executing it, and so on. In contrast, compilation involves decoding all statements into executable code; executing that code is a separate step. *Compare* compiler; *see also* interpreter.

**interpreted language** A language that is interpreted (translated and executed statement by statement), as opposed to a compiled program, in which all statements are translated prior to any execution. BASIC is well known for being an interpreted language, although most current implementations allow (or require) the programmer to compile the program as well. LISP and APL are also interpreted languages. *Compare* compiled language; *see also* interpret.

**interpreter** A program that translates and then executes each statement in a program written in an interpreted language. *See also* compiler, interpreted language, language processor.

**interprocess communication** Abbreviated IPC. The ability, provided by a multitasking operating system, of one task or process to exchange data with another. Common IPC methods include

pipes, semaphores, shared memory, queues, signals, and mailboxes.

**inter-record gap** Abbreviated IRG; also called an interblock gap. An unused space between data blocks stored on a disk or tape. Disks and tapes have gaps between records (sectors on disk) to enable new data to overwrite the old without harming adjacent data. Because the speed of disks and tapes fluctuates slightly during operation of the drives, new data cannot be written precisely within the space occupied by the old data. If disks and tapes did not include inter-record gaps, the new data could overwrite a portion of the adjacent data.

**interrogate** To query with the expectation of an immediate response. For example, the main computer on a network might interrogate an attached terminal to determine the terminal's status (ready to transmit or ready to receive).

**interrupt** A request-for-attention signal that can be passed by either hardware or software to a computer's microprocessor. An interrupt, sometimes called a trap, causes the microprocessor to suspend its current operations, save the status of its work, and transfer control to a special routine, known as an interrupt handler, that causes a particular set of instructions to be carried out. Interrupts can occur for many reasons ranging from normal to highly abnormal; these can include service requests from various hardware devices, errors in processing, program attempts to do the impossible, and (rarely) memory problems and imminent failure of some vital component. When a microprocessor receives interrupt requests from more than one source, a hierarchy of "permission" levels called interrupt priorities determines which of the interrupts is handled first. Many operating-system functions such as opening files, reading from files, and closing them can be accessed through interrupts. By using interrupts, a program can communicate with the operating system.

Interrupts are the microprocessor's means of communicating with the other elements that make up a computer system. If a constant stream of interrupt requests would disrupt or complicate



**teleconferencing** The use of audio, video, or computer equipment linked through a communications system to enable geographically separated individuals to participate in a meeting or discussion.

**telecopying** *See* fax.

**telematics** From the French *télématique;* a term used in communications for the combination of computers and telecommunications.

**telephony** Telephone technology; the conversion of sound into electrical signals, its transmission to another location, and its reconversion to sound, with or without the use of connecting wires.

**teleprocessing** A term originated by IBM; the use of a terminal or computer and communications equipment to access computers and computer files located elsewhere.

**teletext** All-text information broadcast by a broadcast or cable television station to a subscriber's television set.

**teletype mode** A mode of operation in which a computer or an application limits its actions to those characteristic of a teletype machine. On the display, for example, teletype mode results in alphanumeric characters simply being "typed" on the screen, one letter after the other. The cursor advances to a new line when necessary, and the screen scrolls upward when necessary, but there is no provision for such features as color or the ability to move the cursor freely about the screen. Similarly, a computer told to treat a printer as if it were a teletype machine would send text to the printer in the simplest possible form: It would include necessary instructions such as carriage returns and linefeeds but little else in the way of formatting.

**teletypewriter** *See* TTY.

**template** A pattern or form. An application package, for example, might include an overlay for the keyboard that defines special keys and key combinations. In flowcharting, a template is a form for tracing symbols and arrows. In image processing, a template is a pattern that can be used to identify or match a scanned image. In spreadsheet programs, a template is a predesigned spreadsheet that contains formulas, labels, and other elements and can be used simply by inserting information in the appropriate locations. In MS-DOS, the template is a small portion of memory that holds the most recently typed MS-DOS command; this command can be edited with the F1 through F5 function keys.

**temporary file** Also called a temp file. A scratch file: a file created either in memory or on disk—by the operating system or some other program—to be used during a session and then discarded.

**temporary storage** A region in memory or on a storage device that is temporarily allocated for storing intermediate data in a computational, sorting, or transfer operation.

**ten's complement** A number in the base-10 system that is the true complement of another number and is derived either by subtracting each digit from 1 less than the base and adding 1 to the result or by subtracting each number from the next higher power of the base. For example, the ten's complement of 25 is 75, and it can be derived either by subtracting each digit from 9, which is 1 less than the base ($9 - 2 = 7, 9 - 5 = 4$) and then adding 1 ($74 + 1 = 75$) or by subtracting 25 from the next higher power of 10, which is 100 ($100 - 25 = 75$). *See also* complement.

**tera-** Abbreviated T. A prefix meaning $10^{12}$; 1 trillion in the American numbering system, 1 million million in British numbering. *See also* terabyte.

**terabyte** Abbreviated TB. A measurement used for high-capacity data storage. One terabyte equals $2^{40}$, or 1,099,511,627,776, bytes, although it is commonly interpreted as simply one trillion bytes.

**terminal** A device consisting of a video adapter, a monitor, and a keyboard. The adapter and monitor and sometimes, although less commonly, the keyboard are usually combined in one unit. A terminal does little or no computer processing on its own; instead, it is connected to a computer with a communications link over a cable. Keyboard input is sent from the terminal to the computer; video output is sent from the computer to the terminal. Terminals are used primarily in multiuser systems and today are not often found on single-user personal computers. *See*