# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

September 7, 2007

**BY E-FILING**

Ms. Deborah Krett
Case Manager
United States District Court
844 North King Street, Lockbox 10
Wilmington, Delaware 19801

> Re:  Request For Permission To Have Computer Equipment in Courtroom 4B for *Markman hearing* in the matter of *R.R. Donnelley & Sons Co. v. Creo et al.*, C.A. 06-32-JJF

Dear Ms. Krett:

We are scheduled to appear for a *Markman* hearing in Courtroom 4B on September 11, 2007, and request permission to bring two laptop computers, a projector, screen, white board, switch box and cables into Courtroom 4B to assist with the presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Respectfully,

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)

cc:  David Thomas, United States Marshal (by hand delivery)
     Keith Ash, Chief Court Security Officer (by hand delivery)
     Frederick Cottrell II, Esq. (by CM/ECF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br> PERMISSION FOR COUNSEL TO <br> POSSESS AND UTILIZE A LAPTOP <br> COMPUTER DURING HEARING <br> PROCEEDINGS IN COURTROOM 4B <br> OF THE J. CALEB BOGGS FEDERAL <br> BUILDING | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, two laptop computers, a projector, screen, white board, switch box and cables for the *Markman* hearing in *R.R. Donnelley & Sons Co. v. Creo et al.*, C.A. 06-032-JJF on September 11, 2007. Counsel shall comply with the inspection provisions of the United States Marshal.

        Jamie L. Secord
        Douglas Lewis
        David Kelley
        Itala Murphy

Dated: September ____, 2007

                                                                 JOSEPH J. FARNAN, JR.
                                                               United States District Court Judge