# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JAMESON A.L. TWEEDIE

DIRECT DIAL NUMBER
302-651-7839
TWEEDIE@RLF.COM

September 7, 2007

**BY E-FILE AND HAND DELIVERY**

Deborah Krett
Case Manager
U.S. District Court
  for the District of Delaware
844 King Street, Lockbox 27
Wilmington, DE 19801

RE: *R.R. Donnelley & Sons Co. v. Creo, et al.*
C.A. No.: 06-32-JJF

Dear Ms. Krett:

We are scheduled to appear for a *Markman* hearing in Courtroom 4B on September 11, 2007 at 5:00 p.m., and request permission to bring two (2) laptop computers, a computer projector, a screen, an A-B switch, an ELMO, various cables and two easels to assist with the presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices. Enclosed please find a proposed form of order.

Respectfully,

Jameson A.L. Tweedie (#4927)
Tweedie@rlf.com

JT:cml
Enclosure

cc: David Thomas, U.S. Marshal (via hand delivery)
    Keith Ash, Chief Court Security Officer (via hand delivery)
    Brian Koide, Esquire (via electronic mail)
    Rodger D. Smith, Esquire (via CM/ECF)

RLF1-3198280-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br>    Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br>    Defendants.<br><br>EASTMAN KODAK COMPANY,<br>    Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br>    Counterclaim-Defendant. | C. A. No. 06-032-JJF |

## ORDER

The attorneys listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B two (2) laptop computers, a computer projector, a screen, an A-B switch, an ELMO, various cables and two easels for a hearing commencing on September 11, 2007 at 5:00 p.m. Counsel shall comply with the inspection provisions of the United States Marshal.

Jeffrey D. Sanok
Brian Koide
Clyde Findley
Nathaniel Grow
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Dated: September ____, 2007

_____
Joseph J. Farnan, Jr.
United States District Court Judge