IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br>　　　　Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br>　　　　Defendants. | C. A. No. 06-032-JJF |
| CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br>　　　　Counterclaim-Plaintiffs,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br>　　　　Counterclaim-Defendants, | |

**NOTICE OF SUBPOENAS**

PLEASE TAKE NOTICE that the Defendants are serving the subpoenas, attached hereto as Exhibits A and B, issued on September 27, 2007, on the third parties listed below in accordance with Rule 45 of the Federal Rules of Civil Procedure. Attached hereto as Exhibit C is Attachment B to each subpoena.

The subpoena commands the third party identified below to testify at the place and time indicated and to produce the documents and things identified in Attachment A to the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure.

Lauren Hawes
c/o Entremedia Direct Marketing Group
591 N. Smith Avenue, Suite A
Corona, CA 92880

Rodger Cosgrove
c/o Entremedia Direct Marketing Group
591 N. Smith Avenue, Suite A
Corona, CA 92880.

OF COUNSEL:
Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500

Dated: September 28, 2007

/s/ Frederick L. Cottrell, III
_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Defendants
Creo, Inc., Eastman Kodak Company
and Kodak Graphic Communications
Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on September 28, 2007, the foregoing was sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

| | |
|---|---|
| Douglas I. Lewis<br>Jamie L. Secord<br>Sidley Austin, LLP<br>One South Dearborn Street<br>Chicago, IL  60603 | John G. Hutchinson<br>Sidley Austin, LLP<br>787 Seventh Avenue<br>New York, NY  10019 |

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com