US 6,205,452 B1

| 73 | 74 |

-continued

```
ImageDone              % put variables on stack
CurrentIndex
CurrentPage
PageCount
Portrait
PageX
PageY
ClipllX
ClipllY
ClipurX
ClipurY
mark DefaultMatrix     % put [CTM] components on
aload pop              % stack
19 −1 roll
systemdict_restore     % call standard restore operator
]
/DefaultMatrix exch def   % replace variables with
/ClipurY exch def         % pre-restore values
/ClipurX exch def
/ClipllY exch def
/ClipllX exch def
/PageY exch def
/PageX exch def
/Portrait exch def
/PageCount exch def
/CurrentPage exch def
/CurrentIndex exch def
/ImageDone exch def
Vrestore               % invoke Vrestore procedure
end
} bind def
```

The Redefined PostScript® restore Operators

The standard PostScript® restore or grestoreall operators, are renamed, for example, "systemdict_operator." This may be implemented by the following code:

```
/systemdict_grestore systemdict /grestore get def
/systemdict_grestoreall systemdict /grestoreall get def
```

Because the PostScript® restore and grestoreall operators affect only the graphics state, it is not necessary to protect the values of any variable stored in virtual memory. Thus, the restore or grestoreall operators are more simply redefined.

FIG. 37 is a flowchart illustrating the program steps implemented by the redefined PostScript® restore and grestoreall operators. A block 902 invokes the renamed standard restore or grestoreall operator and then a block 904 invokes the Vrestore procedure, which will calculate the correct [CTM] and correct the page orientation and clipping path.

The blocks 902–904 for redefining the PostScript® restore operator may be implemented by the following code:

```
/grestore {
        impositiondict begin
        systemdict_grestore
        Vrestore
        end
} bind def
```

Similarly, the grestoreall operator may be redefined by implementing the following code:

```
/grestoreall {
        impositiondict begin
        systemdict_grestoreall
        Vrestore
        end
} bind def
```

The PostScript® Level 2 Gstate Operators

Level 2 PostScript® implementations support the following three additional operators that affect the current graphics state (and therefore the [CTM]) and that may interfere with the imposition procedures of the present invention: gstate, currentgstate and setgstate. The PostScript® gstate operator creates a new graphics state object (whose initial value is the current graphic state) and pushes it on the Operand stack. The PostScript® currentgstate operator replaces the value of the gstate object with the current graphics state. The PostScript® setgstate operator replaces the current graphics state with the value of the gstate object.

Similarly to the gsave and restore operators described above, the gstate operators are renamed and redefined to invoke the Vsave the Vrestore procedures. The gstate operators may be renamed by the following code:

```
/gstate where {          % is this level 2?
        pop
        /systemdict_gstate systemdict /gstate get def
        /systemdict_setgstate systemdict /setgstate get
                def
        /systemdict_currentgstate systemdict
                /currentgstate get def
} if
```

Similar to the redefined gsave operator described above in connection with FIG. 35, the gstate and currentgstate operators are redefined to first invoke the Vsave procedure and then to call the renamed standard gstate or currentgstate operator. The redefined operators then restore the current path without the page size and [CTM] components and reset the virtual [CTM].

Also, like the redefined restore operator described above in connection with FIG. 37, the setgstate operator is redefined to first call the renamed setgstate operator and then to invoke the Vrestore procedure.

The PostScript® level 2 gstate operators may be redefined by the following code:

```
/gstate where {                    % is this level 2?
        pop
        /gstate {                        % redefine gstate operator
                impositiondict begin % (like gsave operator)
                Vsave
                systemdict_gstate
                Identity systemdict_setmatrix
                newpath
                p1
                exch systemdict_setmatrix
                end
        } bind def
        /currentgstate {    % redefine currengstate operator
                impositiondict begin           % (like gsave
                                                % operator)
                Vsave
                systemdict_currentgstate
                Identity systemdict_setmatrix
```

75

```
            newpath
            p1
            exch systemdict_setmatrix
        end
    } bind def
/setgstate {                        % redefine setgstate operator
    impositiondict begin              % (like grestore
                                      % operator)
    systemdict_setgstate
    Vrestore
    end
    } bind def
} if
```

These optional procedures are used when it is anticipated that the page descriptions in the merged PostScript® file **450** may include a save operator in one page description and a restore operator in a subsequent page description. If the optional procedures are used, a slight modification should be made to the setvirtualdevice procedure, described above in connection with FIG. **27**. Referring to FIG. **27**, an additional block **633** invokes the redefined save operator and then pops the save object from the Operands Stack after the block **632** invokes the EnableVirtualDevice procedure. This is necessary because the restore and grestoreall operators can be called without a corresponding save or gsave operator. If restore is called without a gsave operator, it restores the graphics state from the top of the graphics state stack. If grestoreall is called without a gsave or save operator, it restores either the graphics state from the bottom of the graphics state stack or the graphics state saved by the last save operator. If the topmost save object was created prior to the redefinition of the save operator, the saved current path will not include the additions of the page size and [CTM] components and, therefore, will not operate properly with the redefined restore and grestoreall operators. Thus, invoking the redefined save operator at the block **633** of the setvirtualdevice procedure ensures that the restore and grestoreall operators will always restore a saved graphics state compatible with the present invention.

The blocks **630–633** of the setvirtualdevice procedure may be implemented by the following code: VirtualDeviceEnabled not {EnableVirtualDevice save pop}if

Also, in some Postscript® applications, interpreting different PostScript® files consecutively may interfere with the operation of the invention. For example, two different Postscript® files may use the same name for variables with different definitions. If the second PostScript® file interpreted does not explicitly initialize the variable, the definition of the variable from the first PostScript® file will be used, interfering with proper interpretation of the second PostScript® file. To overcome this problem, the Imposejob procedure (FIG. **28**) may be altered.

Referring to FIG. **28**, blocks **653** and **657** are added to the ImposeJob procedure to save the state of virtual memory (which includes many variable definitions) before retrieving a file/list pair from the instruction set and restoring that saved state before retrieving the next file/list pair. Specifically, the block **653** executes the redefined save operator and stores the saved state in a variable called, for example, "SavedState." The blocks **654** and **656** then retrieve a file/list pair from the instruction set and invoke the ImposeFile procedure to process the file/list pair, as described above. However, after the ImposeFile procedure finishes processing each entry in the file/list pair, the block **657** retrieves the saved state stored in the variable SavedState and executes the redefined restore operator to restore

76

that state. The block **657** thus initializes the virtual memory before the block **654** retrieves the next file/list pair from the instruction set.

The blocks **650–662** of the ImposeJob procedure incorporating the blocks **653** and **657** may be implemented by the following code:

```
/Imposejob                          % impose pages from each input
                                    % file
{
    impositiondict /EnableVirtualDevice get exec
    {
        aload pop pop
        impositiondict /SavedState
            save put                % save state
        impositiondict /ImposeFile
            get                     % call ImposeFile for each
            exec                    % file in instruction set
                                    % cleardictstack
        clear
        impositiondict /SavedState get
            restore                 % restore saved state
    } forall
    impositiondict /ImageDone true put
    impositiondict /systemdict_showpage
    known {                         % Did we redefine showpage
        impositiondict /systemdict_showpage
        get exec                    % If yes, execute it.
    } if
} def
```

Further, as explained earlier, for compatibility with the optional procedures, the PostScript® erasepage operator is redefined by calling the systemdict_gsave and restore operators. All of the remaining imposition-on-the-fly procedures are compatible with the optional procedures.

Numerous modifications and alternative embodiments of the invention will be apparent to those skilled in the art in view of the foregoing description. Accordingly, this description is to be construed as illustrative only and is for the purpose of teaching those skilled in the art the best mode of carrying out the invention. The details may be varied substantially without departing from the spirit of the invention, and the exclusive use of all modifications which are within the scope of the appended claims is reserved.

What is claimed is:

1. A method of controlling a display device to display variable graphics information in graph format, wherein the variable graphics information is provided in a database having a number of fields, each of which represents variable information or variable graphics information, the method comprising the steps of:

   (a) developing template page files, each page file having master data representing fixed information and placeholders representing an area of a page for variable information;

   (b) selecting areas of the page for the variable graphics information;

   (c) specifying graph parameters; and

   (d) causing the display device to display the pages with the fixed information, selected variable information from the database, and selected variable graphics information from the database, wherein the selected variable graphics information is displayed according to the specified graph parameters.

2. The method of claim **1**, wherein the step of causing the display device to display the pages with the selected variable graphics information from the database further comprises executing a graph file to generate a graph.

3. The method of claim 1, wherein the step of selecting the areas of the page for variable graphics information further comprises the steps of:
  (i) creating an image box at a selected area of the page;
  (ii) selecting the fields in the database corresponding to the variable graphics information;
  (iii) layering a text box over the image box;
  (iv) inserting the specified graph parameters and information from the selected database fields into the text box; and
  (v) tagging the text box as containing variable graphics information.

4. The method of claim 3, further comprising the step of inserting an executable graph file into the image box.

5. The method of claim 3, wherein the step of tagging the text box comprises assigning the text box an unusual attribute.

6. The method of claim 3, wherein the step of tagging the text box comprises inserting a text delimiter in the text box.

7. The method of claim 1, wherein the template page files are creating using QuarkXPress®.

8. The method of claim 1, wherein the step of specifying the graph parameters comprises prompting a user to specify the graph type, scaling, labels and other graph parameters.

9. The method of claim 8, further comprising the step of assigning a default value for each graph parameter that the user does not select.

10. The method of claim 1, wherein the step of causing the display device to display the pages further comprises the steps of:
  determining if a page file contains an area selected for variable graphics information; and
  if a page file contains an area selected for variable graphics information, saving the specified graph parameters and selected fields from the database representing variable graphics information, and executing a graph file to generate a graph using the specified graph parameters and selected database fields.

11. The method of claim 1, wherein the display device displays the pages to a remote location over a computer network.

12. The method of claim 1, wherein the display device is a demand printer which prints the pages.

13. The method of claim 1, wherein the database further contains fields specifying variable graph parameters.

14. The method of claim 1, wherein the variable graphics information is displayed as a bar chart and the step of causing the display device to display the pages with selected variable graphics information further comprises the steps of:
  (i) generating a bar chart at the selected area on the page, wherein the chart includes a bar for each database field representing variable graphics information and each bar corresponds to a maximum value of the database entries representing variable graphics information; and
  (ii) analyzing each database field representing variable graphics information and covering a portion of the bar corresponding to that field based on a comparison of the value of that field with the maximum value.

15. The method of claim 14, wherein the portions of the bars are covered using named image boxes, and wherein each named image box corresponds to a name of a database entry.

16. The method of claim 14, wherein the bars on the bar chart are graphic objects.

17. The method of claim 1, wherein the variable graphics information is displayed as a bar chart and the step of causing the display device to display the pages with selected variable graphics information further comprises the steps of:
  (i) generating a bar chart at the selected area on the page, wherein the chart includes an image box for each database entry representing variable graphics information and each image box corresponds to a maximum value of the database fields representing variable graphics information;
  (ii) retrieving the value of each database field representing variable graphics information; and
  (iii) anamorphically scaling each image box to correspond to the value of the database field.

18. The method of claim 17, wherein the image box contains graphic objects.

19. The method of claim 1, the step of causing the display device to display the pages with selected variable graphics information further comprises the steps of:
  (i) retrieving the values of the database fields representing variable graphics information;
  (ii) transferring the database values to a spreadsheet program;
  (iii) generating a graph using the spreadsheet program based on the transferred database values and the specified graph parameters; and
  (iv) linking the graph back to the selected area on the pages.

20. The method of claim 19, wherein the graph parameters are specified in the spreadsheet program.

21. The method of claim 19, wherein the spreadsheet program is Excel®.

22. The method of claim 1, wherein the step of selecting areas of the page for the variable graphics information comprises creating an image box at a selected area of the page and inserting a graph design file into the image box.

23. The method of claim 22, wherein the graph design file specifies the graph size.

24. The method of claim 22, wherein the graph design file specifies fields from database that will be used to generate a graph.

25. The method of claim 24, wherein the specified database fields comprise graph data values and graph attributes.

26. The method of claim 22, wherein the graph design file references an executable external graph engine file and the external graph engine file includes instructions for drawing a graph according to the specified graph parameters.

27. The method of claim 1, wherein step of specifying the graph parameters comprises generating a graph design file.

28. A method of reproducing pages including variable data, wherein the variable data is stored in a database, the method comprising the steps of:
  (a) creating template page files, each page file having fixed information and a placeholder at the location on the page where the variable data will be reproduced;
  (b) specifying graph parameters;
  (c) selecting fields from the database that contain variable graph data;
  (d) tagging the placeholders that correspond to variable graph data;
  (e) layering the specified graph parameters and the selected variable graph data fields from the database over the placeholder corresponding to the variable graph data;
  (f) interpreting the page files, including executing a graph file to generate a graph using the specified graph parameters and variable graph data fields; and
  (g) transmitting the pages to a display device.

29. The method of claim 28, further comprising the step of reproducing the pages over a computer network.

30. The method of claim 28, wherein the display device is a demand printer.

31. The method of claim 28, wherein the page files are generated using QuarkXPress®.

32. The method of claim 28, wherein the placeholder for variable text data is a database field name and the placeholder for variable image data is an image box including a dummy picture file and a database field name.

33. The method of claim 28, wherein the placeholder for variable graphics data is an image box.

34. The method of claim 28, wherein the graph parameters are specified by prompting a user to select various graph parameters.

35. The method of claim 28, wherein the graph parameters are specified by setting the parameters to a default value.

36. The method of claim 28, wherein the placeholder for the variable graphics data is an image box and the specified graph parameters and the selected variable graph data entries from the database are placed in a text box which is layered over the image box.

37. The method of claim 36, wherein the graph file is stored in the image box.

38. The method of claim 28, wherein the variable graph data placeholders are tagged by assigned a unusual attribute to the placeholder.

39. The method of claim 28, wherein the variable graph data placeholders are tagged using a text delimiter.

40. The method of claim 28, wherein the step of interpreting the page files is performed by a page description language (PDL) interpreter and further comprises the steps of:

determining if a page file contains a tagged placeholder for variable graphics data; and

if a page file contains a tagged placeholder, invoking a redefined PDL operator to save the graph parameters and fields from the database representing variable graphics data as PDL variables and executing the graph file to generate a graph using the PDL variables.

41. The method of claim 40, wherein the page description language is Postscript® and the redefined operator is the PostScript® show operator.

42. The method of claim 41, wherein if a page file does not contain a tagged placeholder, invoking the standard PostScript® operator.

43. The method of claim 28, further comprising the step of generating an instruction set for imposing selected page files and imposing the pages according to the instruction set while the page files are being interpreted.

44. The method of claim 43, further comprising the step of converting the page files to TIFF format before interpreting the page files.

45. A method of reproducing pages including variable information and variable graphics information, wherein the variable information and variable graphics information is stored in a database, the method comprising the steps of:

(a) creating template page files, each page file having fixed information and a placeholder at the location on the page where the variable information will be reproduced;

(b) specifying which placeholders correspond to variable graphics information;

(c) inserting a graph design file at the specified placeholders corresponding to variable graphics information;

(d) interpreting the page files, including mapping the variable information from the database to the location on the page of the corresponding placeholder and generating a graph according to the graph design file.

46. The method of claim 45, wherein the graph design file specifies the size of the graph.

47. The method of claim 45, wherein the graph design file specifies fields from database that will be used to generate a graph.

48. The method of claim 47, wherein the specified database fields comprise graph data values.

49. The method of claim 47, wherein the specified database fields comprise graph data values and graph attributes.

50. The method of claim 45, wherein the graph design file references an executable external graph engine file that includes instructions for drawing a graph according to the specified graph parameters.

51. The method of claim 45, wherein the graph design file is generated by interactively creating a sample graph.

52. The method of claim 45, wherein the graph design file is in Encapsulated Postscript® (EPS) format.

* * * * *