Preferably, the block **686** executes the merged PostScript® file **450** in stopped mode, which dictates that the execution will stop once the last page that needs to be processed for the flat **456** is executed (determined by the value of LastPage). Once execution is complete, a block **688** flushes and closes the current PostScript® file and a block **690** returns to the block **654** of the ImposeJob procedure (FIG. **26**) to retrieve the next file/list pair from the instruction set.

The blocks **686–690** of the ImposeFile procedure may be implemented by the following code:

```
dup type 1 string type eq { (r) file } if
dup /TheFile exch def
cvx
end
stopped { count 0 eq dup not
    { pop dup (done with current file) ne } if
    { stop } { pop } ifelse
impositiondict /TheFile get dup flushfile
closefile
} bind def
```

The MakeNull Procedure

The MakeNull Procedure is invoked by the block **682** of the ImposeFile procedure before processing pages that will not be rendered on the current flat **456**. The MakeNull Procedure creates a low resolution (scaled-down) replica of the virtual device for the next page to be rendered on the flat. This low resolution virtual device allows for fast processing of the non-rendered pages. The non-rendered pages are processed using a low resolution replica of the virtual device for the next page to be rendered on the flat to ensure that any marks generated by the processing do not overwrite a portion of the flat **456** that is already imaged.

The MakeNull procedure creates a low resolution replica of the virtual device by scaling the components of the virtual [CTM]. Further, the MakeNull procedure positions the scaled-down virtual device in the middle of the original virtual device. This ensures that the scaled-down virtual device will be completely contained within the clipping path defining the original virtual device.

As explained earlier, by definition, the virtual [CTM] contains the components [a b c d $t_x$ $t_y$] and specifies a transformation of the coordinates (x, y) in user space to the coordinates (x', y') in device space as follows:

$$x' = ax + cy + t_x$$

$$y' = bx + dy + t_y.$$

The Postscript® language includes a scale operator which creates a temporary matrix from supplied x and y scale factors and concatenates the temporary matrix with the current [CTM]. The scale operator then replaces the current [CTM] with the resultant matrix.

Invoking the PostScript® scale operator with x and y scale factors ($s_x$ and $s_y$) as operands, the scaled [CTM]=[$s_x$a $s_x$b $s_y$c $s_y$d $t_x$ $t_y$]. Thus, the new transformation from user to device space specified by the scaled [CTM] is given by:

$$x' = s_x ax + s_y cy + t_x \qquad (1)$$

$$y' = s_x bx + s_y dy + t_y. \qquad (2)$$

The exact scale factors sx and sy may vary according to the type of Postscript® RIP **82** used. However, a 1 to 1 ratio between user and device space coordinates leads to significantly faster processing of pages over normal processing on a high resolution device. Also, the Postscript® nulldevice operator installs a [CTM] with a 1 to 1 ratio of user to device coordinates. Therefore, although the scale factors could be tuned for optimal performance on a given Postscript® RIP **82**, it is assumed that a 1 to 1 ratio between user and device space coordinates will run with reasonable efficiency on any Postscript® RIP **82**. Thus, the scale factors s, and sy used by the MakeNull procedure are preferably calculated to achieve a 1 to 1 ratio between user and device space as follows.

To achieve a 1 to 1 ratio between user and device space coordinates with only the scale factors, the unit vector in user space from coordinate points (0,0) to (1,0) and from (0,0) to (0,1) must have unit length in device space. Therefore,

$$|(x'(1,0), y'(1,0)) - (x'(0,0), y'(0,0))| = 1 \qquad (3)$$

and

$$|(x'(0,1), y'(0,1)) - (x'(0,0), y'(0,0))| = 1. \qquad (4)$$

From equations (1) and (3),

$$|(s_x a + t_x, s_x b + t_y) - (t_x, t_y)| = 1$$

$$|(s_x a, s_x b)| = 1$$

$$((s_x a)^2 + (s_x b)^2)^{1/2} = 1$$

Thus, $s_x = 1/(a^2 + b^2)^{1/2}$.

Similarly, $s_y = 1/(c^2 + d^2)^{1/2}$.

FIG. **30** illustrates the program steps implemented by the MakeNull procedure. A block **698** first determines and saves the device space coordinates of the midpoint of the virtual clipping path. The midpoint (mpx, mpy) is determined by first retrieving the corner coordinates of the virtual clipping path, which are stored in the variables ClipllX, ClipurX, ClipllY, and ClipurY. The x-axis midpoint (mpx) is calculated by adding the lower left and upper right x-axis corner coordinates (ClipllX and ClipurX) and dividing by two. Similarly, the y-axis midpoint (mpy) is calculated by adding the y-axis corner coordinates (ClipllY and ClipurY) and dividing by two. After the midpoint is calculated, the standard PostScript® transform operator (renamed "systemdict_transform") is executed to convert the user space coordinates to device space coordinates.

Next, a block **700** gets the virtual [CTM] which is stored in the variable DefaultMatrix. A block **702** then calculates the scale factors, s, and sy, as specified above and a block **704** applies the scale factors to the virtual [CTM]. A block **706** then saves the scaled virtual [CTM] as the new virtual [CTM] in the variable DefaultMatrix.

A block **708** then sets the midpoint of the scaled clipping path (specified by the new virtual [CTM]) to correspond with the coordinates of the midpoint of the original clipping path (saved by the block **698**). The block **708** determines the difference between the saved midpoint coordinates and the new midpoint coordinates and then translates the new coordinates by that difference.

The MakeNull procedure may be implemented by the following code:

```
/MakeNull {
    impositiondict begin
    ClipllX ClipurX add 2 div ClipllY ClipurY add 2 div
```

-continued

```
    systemdict_transform
/mpy exch def                              % calculate
/mpx exch def                              % midpoint
DefaultMatrix
dup
dup dup
dup 0 get dup mul                          % compute a²
exch 1 get dup mul                         % compute b²
add 1 exch div sqrt dup 1.0 gt             % compute sx
    { pop 1.0 } if exch
dup 2 get dup mul                          % compute c²
exch 3 get dup mul                         % compute d²
add 1 exch div sqrt dup 1.0 gt             % compute sy
    { pop 1.0 } if
Matrix scale                               % scale matrix
exch Matrix2 concatmatrix                  % save as the new
systemdict_setmatrix                       % virtual default
                                           % matrix
ClipllX ClipurX add 2 div ClipllY ClipurY add 2 div
    systemdict_transform
/mpy exch mpy sub neg def                  % translate
/mpx exch mpx sub neg def                  % midpoint
mpx mpy systemdict_idtransform translate
systemdict_currentmatrix pop
end
} bind def
```

The Redefined EndPage Procedure

The page descriptions contained in the merged PostScript® file 450 all include the showpage operator, which will invoke the redefined EndPage and BeginPage procedures.

The redefined EndPage procedure updates the CurrentPage variable, which represents the number of the next page in the merged PostScript® file 450 that should be imposed and rendered on the flat. The redefined EndPage procedure also calls the setvirtualdevice and MakeNull procedures for the pages to be interpreted.

FIG. 31 is a flowchart illustrating the program steps implemented by the redefined EndPage procedure. A block 710 determines whether the EndPage procedure was called by the showpage operator by determining whether the reason code is 0. A block 712 compares CurrentPage plus PageOffset to PageCount to determine whether the current page in the PostScript® file should be imposed and rendered on the flat 456.

Assuming both of the blocks 710 and 712 are true, a block 713 set ups the default environment by calling the standard initgraphics operator (now renamed "systemdict_initgraphics"). The block 713 then retrieves and executes the second user procedure (containing, for example, the offset instructions) from the current entry. If the second user procedure contains offset instructions, the Postscripts file will be repositioned to the start of the next page to be included in the book, thereby skipping processing of any irrelevant pages. If the second user procedure contains other instructions (such as barcodes, watermarks, etc.), they will also be executed.

Next, a block 714 increments the pointer CurrentIndex, which will be used to retrieve the next entry from the entry list (PageList). The decision-making block 716 then determines whether there is another entry in the instruction set by comparing CurrentIndex to LastIndex.

If CurrentIndex is less than or equal to LastIndex, a block 718 resets the graphics state to its system default value by calling the standard PostScript® initgraphics operator (now renamed "systemdict_initgraphics"). A block 720 then uses CurrentIndex to retrieve the next entry in the entry list to place the operands for the setvirtualdevice procedure on the Operands stack and a block 722 invokes the setvirtualdevice procedure.

A block 724 then sets CurrentPage equal to the number of the page from the retrieved entry. CurrentPage is now updated to contain the number of the next page from the merged Postscripts file 450 that should be imposed and rendered on the flat 456.

Next, a block 726 invokes the MakeNull procedure to set up the low resolution virtual device for processing of non-rendered pages. The MakeNull procedure is called because it is assumed that the next page in the merged PostScript® file 450 will not be rendered on the flat 456. (If the next page should be rendered on the flat, the redefined BeginPage procedure, described in detail below, will establish the virtual device for that page). A block 728 then removes the user procedure (which is contained in the retrieved entry) from the Operands Stack.

If any of the blocks 710, 712 or 716 are false, or after the block 728 pops the user procedure, a block 730 places the value of the variable ImageDone on the stack. If ImageDone has the value of true, indicating that the flat is completed, the calling of the EndPage procedure (i.e., by the showpage operator or for new device activation) will automatically transfer the contents of the raster memory 452 to the demand printer 84 to physically render the selected pages on the flat 456. (See FIG. 19).

A block 732 then resets ImageDone to false to specify that the flat is not completed and the contents of the raster memory 452 will not yet be transferred to the demand printer 84 for physical rendering.

The redefined EndPage procedure may be implemented by the following code:

```
/EndPage {
    impositiondict begin
    0 eq
    exch
    CurrentPage PageOffset add eq
    and {
        systemdict_initgraphics
        PageList CurrentIndex get
        5 get exec
        /CurrentIndex CurrentIndex 1 add def
        CurrentIndex LastIndex le {
            systemdict_initgraphics
            PageList CurrentIndex get
            aload pop
            setvirtualdevice
            /CurrentPage exch def
            MakeNull
            pop
            } if
    } if
    ImageDone
    /ImageDone false def
    end
} bind def
```

The Redefined BeginPage Procedure

FIG. 32 is a flowchart illustrating the program steps implemented by the redefined BeginPage procedure. A block 740 first calls the redefined initmatrix operator to set the virtual [CTM].

Referring also to FIG. 20, the BeginPage procedure receives PageCount as an operand from the showpage operator. A decision-making block 742 compares CurrentPage (which was updated by the block 724 of the redefined EndPage procedure of FIG. 31) to PageCount. CurrentPage contains the number of the next page in the PostScript® file to be rendered on the flat 456. Thus, if CurrentPage and PageCount are equal, the current page in the merged PostScript® file 450 should be imposed and

rendered on the flat **456** and a block **744** retrieves the next entry (containing the user procedures, page number and setvirtualdevice operands) from the entry list.

A block **745** then executes the user procedure from the retrieved entry and a block **746** invokes the setvirtualdevice procedure to set up the virtual [CTM] and clipping path for the virtual device (see FIG. **27**). A block **748** then pops the page number from the retrieved entry.

Next, a block **750** "blanks out" the virtual page by coloring the area inside of the clipping path white. This is necessary to erase any stray marks that may have been placed on the page when the non-rendered pages were processed using the MakeNull procedure.

Alternatively, if the block **742** determines that the next page in the merged PostScript® file **450** should not be rendered on the flat (i.e. CurrentPage is not equal to PageCount), a decision-making block **752** compares Page-Count to LastPage plus PageOffset. If PageCount is greater than LastPage plus PageOffset, subsequent pages in the PostScript® file do not need to be interpreted because they are beyond the last page that should be rendered on the flat **456**. Thus, a block **754** stops the execution of the merged PostScript® file **450**. As explained earlier, the ImposeFile procedure executes the merged PostScript® file **450** in stopped context. In order to distinguish between the expected stop in the block **754** and an unexpected stop caused, for example, by a PostScript® error, the string "done with current file" is generated by the block **754** of the redefined BeginPage procedure. Referring also to FIG. **27**, the block **386** of the ImposeFile procedure checks for the "done with current file" string to determine when to proceed to the block **688** to flush and close the merged Postscript® file **450**.

Alternatively, if the block **752** determines that PageCount is less than or equal to LastPage plus PageOffset (i.e. the current page is before the last page to be rendered on the flat), a block **756** calls the redefined initclip operator to reset the virtual clipping path. (See FIG. **20**).

The redefined BeginPage procedure may be implemented by the following code:

```
/BeginPage {
    initmatrix
    impositiondict begin
    dup
    CurrentPage PageOffset add eq {        % page on flat
        pop                                 % PageCount
        PageList CurrentIndex get           % get entry
        aload pop
        5 −1 roll
        exec                                % execute user procedure
        setvirtualdevice
        pop                                 % pop the page number
        clippath 1 setgray fill             % blank out virtual
                                            % page
        0 setgray newpath
    } bind {                                % page not on
                                            % flat
        LastPage PageOffset add gt {
            end (done with current file) stop } if
        initclip
    } ifelse
    end
} bind def
```

The ImageDone Variable

As explained earlier, the variable ImageDone is a boolean variable used to indicate when all the pages for the current flat **456** have been interpreted and painted into the raster memory **452** such that the flat **456** can be physically rendered by the demand printer **84**. ImageDone is initially and normally set to false, indicating that the current flat **456** has not yet been completed. However, referring to FIG. **26**, after all the file/list pairs from the instruction set have been processed by the Imposejob procedure, the block **658** sets ImageDone to true to indicate that the flat is completed. Also, the user procedure contained in the last entry in a file/list pair in the instruction set could include an instruction to set ImageDone to true to specify that the current flat is completed.

The ImageDone variable is used by the redefined EndPage procedure. Referring to FIGS. **20** and **31**, the block **730** of the redefined EndPage procedure returns the value of ImageDone to the block **502** of the showpage operator. If ImageDone is true, the block **504** transmits the contents of the raster memory to the demand printer to render the current flat.

The ImageDone variable may be utilized to allow for multiple flats to be rendered by a single file/list pair in the instruction set (see Appendix I sample instruction set).

The Showdevice Procedure

The imposition-on-the-fly procedures may include an additional procedure, called, for example, "showdevice," which uses the ImageDone variable to allow a user to render the flat at any time. The showdevice procedure sets Image-Done to true and then calls the showpage operator, which will invoke the redefined EndPage procedure and render the current flat, as described above. The showdevice procedure may be implemented by the following code:

```
/showdevice {
    impositiondict /ImageDone true put
    showpage
} def
```

The showdevice procedure will normally be used when a user implements the setvirtualdevice (and related) procedures in a non-imposition application in which the Impose-Job and ImposeFile procedures are eliminated. For example, the showdevice procedure could be implemented to render any selected page(s) contained in the merged Postscript® file **450**.

Optional Imposition-on-the-Fly Procedures

Optionally, additional procedures may be included in the imposition-on-the-fly procedures which will allow the proper imposition of page descriptions using the Post-Script® save and restore operators.

The PostScript® save operator takes a "'snapshot" of the state of virtual memory, which stores all values of composite objects, such as strings and arrays. Many of the variables used by the imposition-on-the-fly procedures of the present invention are stored in virtual memory. The save operator also saves the current graphics state by pushing a copy of the current graphics state onto the Graphics State Stack. The PostScript® restore operator restores the virtual memory and the current graphics state to the state at the time the corresponding save operator was executed.

The Postscript® gsave operator pushes a copy of the current graphics state onto the Graphics State Stack and the PostScript® restore operator pops the saved graphics state from the Graphics State Stack and restores it as the current graphics state. The PostScript® grestoreall operator restores either the bottom-most graphics state stored on the Graphics State Stack or the first graphics state that was stored by the save operator (as opposed to the gsave operator). The elements of the current graphics state affected by these

operators include the current [CTM], clipping path and current path. However, they do not affect the contents of the raster memory **452**.

The PostScript® save and restore operators may adversely affect the imposition-on-the-fly procedures of the present invention, as well as on other imposition methods. The problem arises if a page description in the merged PostScript® file **450** invokes a save operator, which will save the [CTM] that specifies the desired position for that page on the device. If a subsequent page description invokes a restore operator, the [CTM] for the prior page will replace the [CTM] for the subsequent page. Thus, the subsequent page will be incorrectly positioned on the flat **456**.

To overcome this problem, two new procedures (Vsave and Vrestore) are used in connection with the above-described procedures. The Vsave and Vrestore procedures will be used to redefine the PostScript® save and restore operators such that they do not interfere with the other imposition-on-the-fly procedures of the present invention.

The Vsave Procedure

Generally, the Vsave procedure appends the page size components (PageX and PageY) and the virtual [CTM] components (which define the virtual device) to the current path, which will be saved by the PostScript® save operator. Later, the Vrestore procedure will retrieve these components, remove them from the current path, and use them to generate the correct clipping path, page orientation and [CTM] for the restored page.

FIG. 33 is a flowchart illustrating the program steps implemented by the optional Vsave procedure. A block **800** saves a copy of the current [CTM] and then a block **801** sets the [CTM] equal to an identity matrix ([1 0 0 1 0 0]).

The identity matrix is used because all points used to describe the current path are specified in user space coordinates. However, at the time a Postscript® program enters a point into the current path, each coordinate is transformed into device space according to the [CTM]. Thus, the identity matrix will be used when adding the components to the current path to avoid any round off errors that may occur in this conversion from user space to device space.

A decision-making block **802** then determines whether a currentpoint is defined. If a currentpoint is defined, a block **804** sets the variable p1 equal to the current path. This may be accomplished by invoking the previously defined MakePath procedure, which creates a description of the current path in the current coordinate system. (The MakePath procedure was described above in connection with the block **524** of the redefined initclip operator of FIG. **20**).

A block **806** then defines a variable called, for example, "firstop" to be the PostScript® lineto operator. By definition, the PostScript® lineto operator adds a straight line segment to the current path by connecting the previous current point to the new one.

Alternatively, if the block **802** determines that no currentpoint exists, a block **808** sets p1 equal to an empty path. A block **810** then defines firstop to be the Postscript® moveto operator, which establishes a new currentpoint.

After firstop is defined by either the block **806** or the block **810**, a block **812** creates an "unlimited" bounding box for the current path. A bounding box, which is normally established by the PostScript® setbbox operator, defines the area in which the current path coordinates must fall. The operands to the setbbox operator are the user space coordinates of the lower-left and upper-right corners of the bounding box. Since the page size and [CTM] components will be added to the current path during the Vsave procedure, the bounding box must be set large enough to encompass the "points" defined by those components. Thus, a previously defined procedure called, for example, "SetBigBBox," may be invoked to set the bounding box to be the largest possible. The SetBigBBox procedure may be implemented by the following code:

```
/SetBigBBox /setbbox where {
    pop {
        −2147483648 −2147483648 2147483648 2147483648
        setbbox
        } bind def
    } {
    {
    } def
} ifelse
```

After the large bounding box is set, a block **814** invokes the firstop operator (defined by the block **806** or the block **810**) to append the page size components (PageX and PageY) to the current path. Next, a block **818** appends the virtual [CTM] components (stored in the variable DefaultMatrix) to the current path. A block **820** then replaces the identity [CTM] with the [CTM] that was saved by the block **800**.

The Vsave procedure may be implemented by the following code:

```
/Vsave {
    Matrix systemdict_currentmatrix
    dup
    Identity systemdict_setmatrix         % [CTM] =
                                           % identity
    { currentpoint} stopped {              % no current
                                           % point
    /p1 { } def                            % define empty
                                           % path
            /firstop { moveto } def
        } {                                % current point
        pop pop                            % create real
                                           % path
            /p1 MakePath def
            /firstop { lineto } def
        } ifelse
    SetBigBBox
    PageX PageY firstop                    % append page
                                           % size
    DefaultMatrix
    aload pop
    lineto                                 % append [CTM]
    lineto
    lineto
    systemdict_setmatrix
} bind def
```

The Vrestore Procedure

The Vrestore procedure retrieves the page size and virtual [CTM] components (which defined the virtual device) appended to the current path by the Vsave procedure and uses them to generate the correct clipping path, page orientation and virtual [CTM] for the restored page.

FIG. 34 is a flowchart illustrating the program steps implemented by the Vrestore procedure. A block **830** saves the current [CTM] and a block **832** then sets the [CTM] to an identity matrix. As in the Vsave procedure, the use of the identity [CTM] will avoid any round off errors when transforming coordinates from user space to device space in the current path.

A block **834** then retrieves the elements of the current path by calling the Postscript® pathforall operator, which pushes the user space coordinates of each path element onto the

Operands stack. The retrieved elements will include the page size and virtual [CTM] components that were appended to the path by the Vsave procedure. A block **836** then performs various stack manipulation operations to place the page size and virtual [CTM] components on top of the stack. The block **836** then stores the components in variables called, for example, "ResDefaultMatrix," "ResPageX" and "ResPageY," which represent the page size and virtual [CTM] at the time that the Postscript® save operator was called.

Next, a decision-making block **838** compares the ResDefaultMatrix (at time of save) to the current virtual [CTM] (at time of restore), which is saved in the variable DefaultMatrix. The equivalency of the matrices may be easily determined by using a previously defined utility routine, called, for example, "EqualMatrix," which performs a component-by-component comparison of the two matrices, allowing for a slight floating point round-off error. If the two matrices are equivalent, the EqualMatrix routine returns a true on the stack; if they are not equivalent, the EqualMatrix routine returns a false. The EqualMatrix routine may be implemented by the following code:

```
/EqualMatrix {
    true
    impositiondict begin
    /Count 0 def
    6 { 1 index Count get 3 index Count get
        eq
        sub abs .0001 lt and
        /Count Count 1 add def } repeat
    3 1 roll pop pop
    end
} bind def
```

If the block **838** determines that the restored [CTM] and current [CTM] are not equivalent, it is assumed that the save operator was called during interpretation of one page and the restore operator was called during interpretation of another page. A block **840** then sets the [CTM] back to the value saved by the block **830**. Next, a block **842** calls p1, which contains the current path at the time the save operator was called. The block **842** then removes the page size and [CTM] components that were added to the current path and sets p1 equal to the remaining path elements.

The blocks **830**–**842** of the Vrestore procedure may be implemented by the following code:

```
/Vrestore {
    Matrix systemdict_currentmatrix
    Identity systemdict_setmatrix
    mark
    {} {} {} {} pathforall
    6 2 roll
    4 2 roll
    mark 7 1 roll
    ] /ResDefaultMatrix exch def
    /ResPageY exch def
    /ResPageX exch def
    cleartomark
    DefaultMatrix ResDefaultMatrix EqualMatrix not
    {
        systemdict_setmatrix
        /p1 mark
        MakePath aload pop
        pop pop pop
        pop pop pop
        pop pop pop
```

-continued
```
        pop pop pop
    ] cvx def
```

Next, a decision-making block **844** determines the orientation of the restored page by comparing ResPageX to ResPageY. If ResPagex is greater than ResPagey, a variable called ResPortrait is set to false to indicate a landscape orientation. Alternatively, if ResPagex is less than ResPageY, the variable ResPortrait is set to true to indicate a portrait orientation. The block **844** then compares ResPortrait (the restored page orientation) to Portrait (the saved page orientation). If the page orientation has changed (ResPortrait and Portrait are not equal), a block **846** calls the SetPortrait procedure to change the orientation of the device. (See FIGS. **25** and **26**A&B).

The blocks **844** and **846** of the Vrestore procedure may be implemented by the following code:

```
ResPageX ResPageY gt {
    /ResPortrait false def
} {
    /ResPortrait true def
} ifelse
ResPortrait Portrait ne {
    SetPortrait
} if
```

If the block **844** determines that the orientation is the same, or after the block **846** corrects the orientation, a block **848** saves the procedures for generating the current clipping path in a variable called, for example, "c1," by calling the MakePath procedure.

A block **850** then calculates the new [CTM] by determining the accumulation of operations applied on the restored virtual [CTM] and applying those operations on the current virtual [CTM]. The block **850** calculates the new [CTM] by first getting the current [CTM], which may be considered the result of the restored virtual [CTM] (i.e., the virtual [CTM] restored from the save operator) concatenated with an operations matrix. The block **850** then calculates the operations matrix by concatenating the current [CTM] with the inverse of the restored virtual [CTM]. The operations matrix is then concatenated with the current virtual [CTM] to generate the new [CTM]. Thus, the block **850** assumes that:

[current CTM]=[operations] [restored virtual CTM].

Further, the block **850** performs the following operations:

[operations]=[current CTM] [restored virtual CTM]$^{-1}$;

and

[new CTM]=[operations] [current virtual CTM].

The blocks **848** and **850** of the Vrestore procedure may be implemented by the following code:

```
clippath                          % generate clip path procedures
/c1 MakePath def
Matrix systemdict_currentmatrix   % calculate new
ResDefaultMatrix                  % [CTM]
Matrix2 invertmatrix
```

-continued

```
          Matrix3 concatmatrix
   DefaultMatrix Matrix4 concatmatrix
          systemdict_setmatrix
```

A block **852** then regenerates the clipping path (saved in c**1**) and a block **854** regenerates the current path (saved in p**1**) in the new coordinate system specified by the new [CTM]. The blocks **852** and **854** may be implemented by the following code:

```
          systemdict_initclip
          newpath
          c1
          clip newpath
          p1 }
```

Alternatively, if the block **838** determines that the restored virtual [CTM] is equivalent to the current virtual [CTM] (i.e., the save and restore operators were called on the same page), a block **856** simply removes the page size and virtual [CTM] components from the current path. A block **858** then restores the current path and a block **860** sets the [CTM] back to the value saved by the block **830**.

The blocks **856**–**860** may be implemented by the following code:

```
          {
          /p1 mark
          MakePath aload pop
          pop pop pop
          pop pop pop
          pop pop pop
          pop pop pop
          ] cvx def
          newpath
          p1
          systemdict_setmatrix
          } ifelse
          } bind def
```

The Redefined PostScript® Save Operators

The postscripts save operators (which include save and gsave) are redefined to invoke the Vsave procedure. Before the operators are redefined, however, they are renamed ("systemdict_operator," for example) because their normal operation is defined in the systemdict dictionary. The save operators may be renamed by the following code:

\systemdict_save systemdict \save get def

\systemdict_gsave systemdict \gsave get def

The Postscript® save and gsave operators are then redefined. FIG. **35** is a flowchart illustrating the program steps implemented to redefine the PostScript® save operators. A block **872** first invokes the Vsave procedure, which was described above in connection with FIG. **33**. The Vsave procedure saves the current path in p**1** and then appends the page size and virtual [CTM] components to the current path.

A block **874** then invokes the standard Postscript® save (or gsave) operator (now renamed "systemdict_save" or "systemdict_gsave"). The save operator performs its standard function of saving the current state of virtual memory and the current graphics state, including the current path (which now includes the page size and virtual [CTM] components). The gsave operator performs its standard function of saving the current graphics state.

Next, a block **876** sets the [CTM] to an identity matrix. As before, this will eliminate any round off errors in the current path. A block **878** then restores the current path to the path stored in p**1** (the path without the added page size and virtual [CTM] components) and a block **880** restores the [CTM] back to the virtual [CTM].

The blocks **870**–**880** for redefining the Postscript® save operator may be implemented by the following code:

```
/save {
     impositiondict begin
     Vsave
     systemdict_save
     Identity systemdict_setmatrix
     newpath
     p1
     exch systemdict_setmatrix
     end
} bind def
```

Similarly, the PostScript® gsave operator may be redefined by implementing the following code:

```
/gsave {
     impositiondict begin
     Vsave
     systemdict_gsave
     Identity systemdict_setmatrix
     newpath
     p1
     systemdict_setmatrix
     end
} bind def
```

The Redefined PostScript® Restore Operators

The PostScript® restore operator must also be renamed and redefined to invoke the Vrestore procedure. Like the save operators, the restore operator is renamed, for example, "systemdict_restore," by the following code:

\systemdict_restore systemdict \restore get def

Because the PostScript® save and restore operators affect the contents of virtual memory and the graphics state, the values of many variables used during the imposition and setvirtualdevice procedures may be inadvertently altered by the use of these operators. However, simple values stored on the Operands Stack are not affected. Therefore, the PostScript® restore operator is redefined to protect the values of the variables stored in virtual memory by saving them on the Operands Stack before calling the standard PostScript® restore operator.

FIG. **36** is a flowchart illustrating the program steps implemented by the redefined restore operator. A block **892** places the values of all the imposition variables stored in virtual memory on the Operands stack so their values are not overwritten by the restore operator. Then, a block **894** calls the standard restore operator (now renamed "systemdict_restore"). A block **896** then puts the values of the variables on the Operands stack back to their pre-restore values. Lastly, a block **898** invokes the Vrestore procedure.

The blocks **892**–**898** of the redefined restore operator may be implemented by the following code:

```
/restore {
     impositiondict begin
```

-continued

```
ImageDone                  % put variables on stack
CurrentIndex
CurrentPage
PageCount
Portrait
PageX
PageY
ClipllX
ClipllY
ClipurX
ClipurY
mark DefaultMatrix         % put [CTM] components on
aload pop                  % stack
19 –1 roll
systemdict_restore   % call standard restore operator
]
/DefaultMatrix exch def    % replace variables with
/ClipurY exch def          % pre-restore values
/ClipurX exch def
/ClipllY exch def
/ClipllX exch def
/PageY exch def
/PageX exch def
/Portrait exch def
/PageCount exch def
/CurrentPage exch def
/CurrentIndex exch def
/ImageDone exch def
Vrestore                   % invoke Vrestore procedure
end
} bind def
```

The Redefined PostScript® restore Operators

The standard PostScript® restore or grestoreall operators, are renamed, for example, "systemdict_operator." This may be implemented by the following code:

```
/systemdict_grestore systemdict /grestore get def
/systemdict_grestoreall systemdict /grestoreall get def
```

Because the PostScript® restore and grestoreall operators affect only the graphics state, it is not necessary to protect the values of any variable stored in virtual memory. Thus, the restore or grestoreall operators are more simply redefined.

FIG. 37 is a flowchart illustrating the program steps implemented by the redefined PostScript® restore and grestoreall operators. A block 902 invokes the renamed standard restore or grestoreall operator and then a block 904 invokes the Vrestore procedure, which will calculate the correct [CTM] and correct the page orientation and clipping path.

The blocks 902–904 for redefining the PostScript® restore operator may be implemented by the following code:

```
/grestore {
        impositiondict begin
        systemdict_grestore
        Vrestore
        end
} bind def
```

Similarly, the grestoreall operator may be redefined by implementing the following code:

```
/grestoreall {
        impositiondict begin
        systemdict_grestoreall
        Vrestore
        end
} bind def
```

The PostScript® Level 2 Gstate Operators

Level 2 PostScript® implementations support the following three additional operators that affect the current graphics state (and therefore the [CTM]) and that may interfere with the imposition procedures of the present invention: gstate, currentgstate and setgstate. The PostScript® gstate operator creates a new graphics state object (whose initial value is the current graphic state) and pushes it on the Operand stack. The PostScript® currentgstate operator replaces the value of the gstate object with the current graphics state. The PostScript® setgstate operator replaces the current graphics state with the value of the gstate object.

Similarly to the gsave and restore operators described above, the gstate operators are renamed and redefined to invoke the Vsave the Vrestore procedures. The gstate operators may be renamed by the following code:

```
/gstate where {              % is this level 2?
        pop
        /systemdict_gstate systemdict /gstate get def
        /systemdict_setgstate systemdict /setgstate get
              def
        /systemdict_currentgstate systemdict
              /currentgstate get def
} if
```

Similar to the redefined gsave operator described above in connection with FIG. 35, the gstate and currentgstate operators are redefined to first invoke the Vsave procedure and then to call the renamed standard gstate or currentgstate operator. The redefined operators then restore the current path without the page size and [CTM] components and reset the virtual [CTM].

Also, like the redefined restore operator described above in connection with FIG. 37, the setgstate operator is redefined to first call the renamed setgstate operator and then to invoke the Vrestore procedure.

The PostScript® level 2 gstate operators may be redefined by the following code:

```
/gstate where {                   % is this level 2?
    pop
    /gstate {                     % redefine gstate operator
        impositiondict begin %  (like gsave operator)
        Vsave
        systemdict_gstate
        Identity systemdict_setmatrix
        newpath
        p1
        exch systemdict_setmatrix
        end
    } bind def
    /currentgstate {    % redefine currengstate operator
        impositiondict begin            % (like gsave
                                         % operator)
        Vsave
        systemdict_currentgstate
        Identity systemdict_setmatrix
```

-continued

```
        newpath
        p1
        exch systemdict_setmatrix
    end
    } bind def
/setgstate {                    % redefine setgstate operator
    impositiondict begin            % (like grestore
                                    % operator)
        systemdict_setgstate
        Vrestore
    end
    } bind def
} if
```

These optional procedures are used when it is anticipated that the page descriptions in the merged PostScript® file **450** may include a save operator in one page description and a restore operator in a subsequent page description. If the optional procedures are used, a slight modification should be made to the setvirtualdevice procedure, described above in connection with FIG. **27**. Referring to FIG. **27**, an additional block **633** invokes the redefined save operator and then pops the save object from the Operands Stack after the block **632** invokes the EnableVirtualDevice procedure. This is necessary because the restore and grestoreall operators can be called without a corresponding save or gsave operator. If restore is called without a gsave operator, it restores the graphics state from the top of the graphics state stack. If grestoreall is called without a gsave or save operator, it restores either the graphics state from the bottom of the graphics state stack or the graphics state saved by the last save operator. If the topmost save object was created prior to the redefinition of the save operator, the saved current path will not include the additions of the page size and [CTM] components and, therefore, will not operate properly with the redefined restore and grestoreall operators. Thus, invoking the redefined save operator at the block **633** of the setvirtualdevice procedure ensures that the restore and grestoreall operators will always restore a saved graphics state compatible with the present invention.

The blocks **630**–**633** of the setvirtualdevice procedure may be implemented by the following code: VirtualDevice-Enabled not {EnableVirtualDevice save pop}if

Also, in some Postscript® applications, interpreting different PostScript® files consecutively may interfere with the operation of the invention. For example, two different Postscript® files may use the same name for variables with different definitions. If the second PostScript® file interpreted does not explicitly initialize the variable, the definition of the variable from the first PostScript® file will be used, interfering with proper interpretation of the second PostScript® file. To overcome this problem, the Imposejob procedure (FIG. **28**) may be altered.

Referring to FIG. **28**, blocks **653** and **657** are added to the ImposeJob procedure to save the state of virtual memory (which includes many variable definitions) before retrieving a file/list pair from the instruction set and restoring that saved state before retrieving the next file/list pair. Specifically, the block **653** executes the redefined save operator and stores the saved state in a variable called, for example, "SavedState." The blocks **654** and **656** then retrieve a file/list pair from the instruction set and invoke the ImposeFile procedure to process the file/list pair, as described above. However, after the ImposeFile procedure finishes processing each entry in the file/list pair, the block **657** retrieves the saved state stored in the variable Saved-State and executes the redefined restore operator to restore that state. The block **657** thus initializes the virtual memory before the block **654** retrieves the next file/list pair from the instruction set.

The blocks **650**–**662** of the ImposeJob procedure incorporating the blocks **653** and **657** may be implemented by the following code:

```
/Imposejob                      % impose pages from each input
                                % file
{
    impositiondict /EnableVirtualDevice get exec
    {
        aload pop pop
        impositiondict /SavedState
            save put              % save state
        impositiondict /ImposeFile
            get                   % call ImposeFile for each
            exec                  % file in instruction set
                                  % cleardictstack
        clear
        impositiondict /SavedState get
            restore               % restore saved state
    } forall
    impositiondict /ImageDone true put
    impositiondict /systemdict_showpage
    known {                       % Did we redefine showpage
        impositiondict /systemdict_showpage
            get exec              % If yes, execute it.
    } if
} def
```

Further, as explained earlier, for compatibility with the optional procedures, the PostScript® erasepage operator is redefined by calling the systemdict_gsave and restore operators. All of the remaining imposition-on-the-fly procedures are compatible with the optional procedures.

Numerous modifications and alternative embodiments of the invention will be apparent to those skilled in the art in view of the foregoing description. Accordingly, this description is to be construed as illustrative only and is for the purpose of teaching those skilled in the art the best mode of carrying out the invention. The details may be varied substantially without departing from the spirit of the invention, and the exclusive use of all modifications which are within the scope of the appended claims is reserved.

What is claimed is:

1. A method of controlling a display device to display variable graphics information in graph format, wherein the variable graphics information is provided in a database having a number of fields, each of which represents variable information or variable graphics information, the method comprising the steps of:

   (a) developing template page files, each page file having master data representing fixed information and placeholders representing an area of a page for variable information;

   (b) selecting areas of the page for the variable graphics information;

   (c) specifying graph parameters; and

   (d) causing the display device to display the pages with the fixed information, selected variable information from the database, and selected variable graphics information from the database, wherein the selected variable graphics information is displayed according to the specified graph parameters.

2. The method of claim **1**, wherein the step of causing the display device to display the pages with the selected variable graphics information from the database further comprises executing a graph file to generate a graph.

US 6,205,452 B1

77

3. The method of claim 1, wherein the step of selecting the areas of the page for variable graphics information further comprises the steps of:
  (i) creating an image box at a selected area of the page;
  (ii) selecting the fields in the database corresponding to the variable graphics information;
  (iii) layering a text box over the image box;
  (iv) inserting the specified graph parameters and information from the selected database fields into the text box; and
  (v) tagging the text box as containing variable graphics information.

4. The method of claim 3, further comprising the step of inserting an executable graph file into the image box.

5. The method of claim 3, wherein the step of tagging the text box comprises assigning the text box an unusual attribute.

6. The method of claim 3, wherein the step of tagging the text box comprises inserting a text delimiter in the text box.

7. The method of claim 1, wherein the template page files are creating using QuarkXPress®.

8. The method of claim 1, wherein the step of specifying the graph parameters comprises prompting a user to specify the graph type, scaling, labels and other graph parameters.

9. The method of claim 8, further comprising the step of assigning a default value for each graph parameter that the user does not select.

10. The method of claim 1, wherein the step of causing the display device to display the pages further comprises the steps of:
  determining if a page file contains an area selected for variable graphics information; and
  if a page file contains an area selected for variable graphics information, saving the specified graph parameters and selected fields from the database representing variable graphics information, and executing a graph file to generate a graph using the specified graph parameters and selected database fields.

11. The method of claim 1, wherein the display device displays the pages to a remote location over a computer network.

12. The method of claim 1, wherein the display device is a demand printer which prints the pages.

13. The method of claim 1, wherein the database further contains fields specifying variable graph parameters.

14. The method of claim 1, wherein the variable graphics information is displayed as a bar chart and the step of causing the display device to display the pages with selected variable graphics information further comprises the steps of:
  (i) generating a bar chart at the selected area on the page, wherein the chart includes a bar for each database field representing variable graphics information and each bar corresponds to a maximum value of the database entries representing variable graphics information; and
  (ii) analyzing each database field representing variable graphics information and covering a portion of the bar corresponding to that field based on a comparison of the value of that field with the maximum value.

15. The method of claim 14, wherein the portions of the bars are covered using named image boxes, and wherein each named image box corresponds to a name of a database entry.

16. The method of claim 14, wherein the bars on the bar chart are graphic objects.

17. The method of claim 1, wherein the variable graphics information is displayed as a bar chart and the step of

78

causing the display device to display the pages with selected variable graphics information further comprises the steps of:
  (i) generating a bar chart at the selected area on the page, wherein the chart includes an image box for each database entry representing variable graphics information and each image box corresponds to a maximum value of the database fields representing variable graphics information;
  (ii) retrieving the value of each database field representing variable graphics information; and
  (iii) anamorphically scaling each image box to correspond to the value of the database field.

18. The method of claim 17, wherein the image box contains graphic objects.

19. The method of claim 1, the step of causing the display device to display the pages with selected variable graphics information further comprises the steps of:
  (i) retrieving the values of the database fields representing variable graphics information;
  (ii) transferring the database values to a spreadsheet program;
  (iii) generating a graph using the spreadsheet program based on the transferred database values and the specified graph parameters; and
  (iv) linking the graph back to the selected area on the pages.

20. The method of claim 19, wherein the graph parameters are specified in the spreadsheet program.

21. The method of claim 19, wherein the spreadsheet program is Excel®.

22. The method of claim 1, wherein the step of selecting areas of the page for the variable graphics information comprises creating an image box at a selected area of the page and inserting a graph design file into the image box.

23. The method of claim 22, wherein the graph design file specifies the graph size.

24. The method of claim 22, wherein the graph design file specifies fields from database that will be used to generate a graph.

25. The method of claim 24, wherein the specified database fields comprise graph data values and graph attributes.

26. The method of claim 22, wherein the graph design file references an executable external graph engine file and the external graph engine file includes instructions for drawing a graph according to the specified graph parameters.

27. The method of claim 1, wherein step of specifying the graph parameters comprises generating a graph design file.

28. A method of reproducing pages including variable data, wherein the variable data is stored in a database, the method comprising the steps of:
  (a) creating template page files, each page file having fixed information and a placeholder at the location on the page where the variable data will be reproduced;
  (b) specifying graph parameters;
  (c) selecting fields from the database that contain variable graph data;
  (d) tagging the placeholders that correspond to variable graph data;
  (e) layering the specified graph parameters and the selected variable graph data fields from the database over the placeholder corresponding to the variable graph data;
  (f) interpreting the page files, including executing a graph file to generate a graph using the specified graph parameters and variable graph data fields; and
  (g) transmitting the pages to a display device.

29. The method of claim **28**, further comprising the step of reproducing the pages over a computer network.

30. The method of claim **28**, wherein the display device is a demand printer.

31. The method of claim **28**, wherein the page files are generated using QuarkXPress®.

32. The method of claim **28**, wherein the placeholder for variable text data is a database field name and the placeholder for variable image data is an image box including a dummy picture file and a database field name.

33. The method of claim **28**, wherein the placeholder for variable graphics data is an image box.

34. The method of claim **28**, wherein the graph parameters are specified by prompting a user to select various graph parameters.

35. The method of claim **28**, wherein the graph parameters are specified by setting the parameters to a default value.

36. The method of claim **28**, wherein the placeholder for the variable graphics data is an image box and the specified graph parameters and the selected variable graph data entries from the database are placed in a text box which is layered over the image box.

37. The method of claim **36**, wherein the graph file is stored in the image box.

38. The method of claim **28**, wherein the variable graph data placeholders are tagged by assigned a unusual attribute to the placeholder.

39. The method of claim **28**, wherein the variable graph data placeholders are tagged using a text delimiter.

40. The method of claim **28**, wherein the step of interpreting the page files is performed by a page description language (PDL) interpreter and further comprises the steps of:

   determining if a page file contains a tagged placeholder for variable graphics data; and

   if a page file contains a tagged placeholder, invoking a redefined PDL operator to save the graph parameters and fields from the database representing variable graphics data as PDL variables and executing the graph file to generate a graph using the PDL variables.

41. The method of claim **40**, wherein the page description language is Postscript® and the redefined operator is the PostScript® show operator.

42. The method of claim **41**, wherein if a page file does not contain a tagged placeholder, invoking the standard PostScript® operator.

43. The method of claim **28**, further comprising the step of generating an instruction set for imposing selected page files and imposing the pages according to the instruction set while the page files are being interpreted.

44. The method of claim **43**, further comprising the step of converting the page files to TIFF format before interpreting the page files.

45. A method of reproducing pages including variable information and variable graphics information, wherein the variable information and variable graphics information is stored in a database, the method comprising the steps of:

   (a) creating template page files, each page file having fixed information and a placeholder at the location on the page where the variable information will be reproduced;

   (b) specifying which placeholders correspond to variable graphics information;

   (c) inserting a graph design file at the specified placeholders corresponding to variable graphics information;

   (d) interpreting the page files, including mapping the variable information from the database to the location on the page of the corresponding placeholder and generating a graph according to the graph design file.

46. The method of claim **45**, wherein the graph design file specifies the size of the graph.

47. The method of claim **45**, wherein the graph design file specifies fields from database that will be used to generate a graph.

48. The method of claim **47**, wherein the specified database fields comprise graph data values.

49. The method of claim **47**, wherein the specified database fields comprise graph data values and graph attributes.

50. The method of claim **45**, wherein the graph design file references an executable external graph engine file that includes instructions for drawing a graph according to the specified graph parameters.

51. The method of claim **45**, wherein the graph design file is generated by interactively creating a sample graph.

52. The method of claim **45**, wherein the graph design file is in Encapsulated Postscript® (EPS) format.

\* \* \* \* \*