US006952801B2

(12) **United States Patent**      (10) **Patent No.:**     **US 6,952,801 B2**
Warmus et al.                        (45) **Date of Patent:**        **Oct. 4, 2005**

(54) **BOOK ASSEMBLY PROCESS AND APPARATUS FOR VARIABLE IMAGING SYSTEM**

(75) Inventors: **James L. Warmus**, LaGrange, IL (US); **Mark G. Dreyer**, Aurora, IL (US); **J. Thomas Shively**, Hinsdale, IL (US)

(73) Assignee: **R.R. Donnelley**, Chicago, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/852,581**

(22) Filed: **May 10, 2001**

(65) **Prior Publication Data**

US 2001/0051964 A1 Dec. 13, 2001

**Related U.S. Application Data**

(60) Division of application No. 08/802,337, filed on Feb. 11, 1997, and a continuation-in-part of application No. 08/627,724, filed on Apr. 2, 1996, now Pat. No. 5,857,209, which is a continuation-in-part of application No. 08/478,397, filed on Jun. 7, 1995.

(51) **Int. Cl.**[7] .............................................. **G06F 17/00**
(52) **U.S. Cl.** ....................................... **715/525**; 715/530
(58) **Field of Search** ................................ 715/525, 530, 715/500, 517, 522, 523; 707/500, 517, 522, 523, 530

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,549,055 A | 12/1970 | Gatland | 222/182 |
| 3,582,621 A | 6/1971 | Lawler | 235/151.1 |
| 3,608,888 A | 9/1971 | McCain | 270/54 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| CA | 2 210 405 | 7/1996 | | 3/12 |
| EP | 0 119 720 | 9/1984 | | |
| EP | 0 602 547 | 6/1994 | | |
| EP | 0 703 524  A1 | 3/1996 | | |
| EP | 0 703 524  B1 | 1/1997 | | |
| JP | 8115178 | 5/1996 | | |
| WO | WO 86/04703 | 8/1986 | | |
| WO | WO 95 07510 | 3/1995 | | |
| WO | WO 96/22573 | 7/1996 | | |

OTHER PUBLICATIONS

"Enhanced Technique for Merging Data From a Second Document" IBM Technical Disclosure Bulletin, vol. 30 No. 5, IBM Corp., pp. 184–188 (10/87).

PODi, "Frequently Asked Questions about PPML The Personalized Markup Language" PPML Frequently Asked Questions (Dec. 12, 2000) (3 pages).

"Improved Technique for Printing Multi–copy Documents" IBM Technical Disclosure Bulletin, vol. 29 No. 1, IBM Corp., pp. 406–407 (6/86).

"Indigo E–Print in 3 places–and in Spindler Speech" Seybold San Francisco, p. 34 (Oct. 23, 1995).

"Method for Joining Documents for Printing in a Personal Computer System" IBM Technical Disclosure Bulletin, vol. 29 No. 7, IBM Corp., pp. 3090–3091 (12/86).

"Xeikon Personalizes with Private–1" Seybold Special Report, vol. 4 No. 2, p. 3, (Oct. 23, 1995).

(Continued)

*Primary Examiner*—Sanjiv Shah
(74) *Attorney, Agent, or Firm*—Hanley, Flight & Zimmerman, LLC

(57) **ABSTRACT**

The present invention is useful for assembling a book. The inventive method includes the steps of specifying pagination information including an indication of whether a page is to be selectively included in the book, determining whether the page is to be assembled into the book based on the pagination information, and generating page description language instructions for production of the book in accordance with the pagination information.

**25 Claims, 40 Drawing Sheets**



**US 6,952,801 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,774,758 A | 11/1973 | Sternberg | 209/111.7 |
| 3,774,901 A | 11/1973 | McCain et al. | 270/54 |
| 3,809,385 A | 5/1974 | Rana | 270/54 |
| 3,819,173 A | 6/1974 | Anderson et al. | 270/54 |
| 3,872,460 A | 3/1975 | Fredrickson et al. | 340/324 AD |
| 3,891,492 A | 6/1975 | Watson | 156/351 |
| 3,892,427 A | 7/1975 | Kraynak et al. | 281/15 R |
| 3,899,165 A | 8/1975 | Abram et al. | 270/54 |
| 3,932,744 A | 1/1976 | Anderson | 250/203 |
| 3,953,017 A | 4/1976 | Wise | 270/54 |
| 3,982,744 A | 9/1976 | Kraynak et al. | 270/12 |
| 4,022,455 A | 5/1977 | Newsome et al. | 270/54 |
| 4,085,455 A | 4/1978 | Okumura | 365/112 |
| 4,095,780 A | 6/1978 | Gaspar et al. | 270/73 |
| 4,117,975 A | 10/1978 | Gunn | 235/494 |
| 4,121,818 A | 10/1978 | Riley et al. | 270/54 |
| 4,168,776 A | 9/1979 | Hoeboer | 198/797 |
| 4,168,828 A | 9/1979 | McLear | 270/54 |
| 4,247,008 A | 1/1981 | Dobbs | 209/569 |
| 4,338,768 A | 7/1982 | Ballestrazzi et al. | 53/495 |
| 4,345,276 A | 8/1982 | Colomb | 358/258 |
| 4,346,446 A | 8/1982 | Erbstein et al. | 364/551 |
| 4,395,031 A | 7/1983 | Gruber et al. | 270/54 |
| 4,413,724 A | 11/1983 | Fellner | 198/594 |
| 4,417,630 A | 11/1983 | Weber et al. | 177/1 |
| 4,426,072 A | 1/1984 | Cole et al. | 270/53 |
| 4,482,142 A | 11/1984 | McCain et al. | 270/54 |
| 4,483,526 A | 11/1984 | Bulka et al. | 270/54 |
| 4,484,733 A | 11/1984 | Loos et al. | 270/54 |
| 4,495,582 A | 1/1985 | Dessert et al. | 364/469 |
| 4,499,545 A | 2/1985 | Daniels et al. | 364/464 |
| 4,500,083 A | 2/1985 | Wong | 270/54 |
| 4,516,209 A | 5/1985 | Scribner | 364/466 |
| 4,517,637 A | 5/1985 | Cassell | 364/138 |
| 4,519,598 A | 5/1985 | McCain et al. | 270/53 |
| 4,520,454 A | 5/1985 | Dufour et al. | 364/900 |
| 4,536,176 A | 8/1985 | Gaspar | 493/365 |
| 4,537,342 A | 8/1985 | McCain et al. | 227/78 |
| 4,552,349 A | 11/1985 | Loos et al. | 270/54 |
| 4,554,044 A | 11/1985 | Gaspar et al. | 156/510 |
| 4,556,595 A | 12/1985 | Ochi | 428/143 |
| 4,567,988 A | 2/1986 | Weibel | 209/564 |
| 4,601,003 A | 7/1986 | Yoneyama et al. | 364/518 |
| 4,601,394 A | 7/1986 | Hutner | 209/3.3 |
| 4,616,327 A | 10/1986 | Rosewarne et al. | 364/518 |
| 4,639,873 A | 1/1987 | Baggarly et al. | 364/466 |
| 4,665,555 A | 5/1987 | Alker et al. | 382/41 |
| 4,672,462 A | 6/1987 | Yamada | 358/280 |
| 4,674,052 A | 6/1987 | Wong et al. | 364/466 |
| 4,677,571 A | 6/1987 | Riseman et al. | 364/519 |
| 4,710,886 A | 12/1987 | Heath | 364/519 |
| 4,718,784 A | 1/1988 | Drisko | 400/68 |
| 4,723,209 A | 2/1988 | Hernandez et al. | 364/519 |
| 4,727,402 A | 2/1988 | Smith | 355/14 |
| 4,729,037 A | 3/1988 | Doelves | 358/299 |
| 4,734,865 A | 3/1988 | Scullion et al. | 364/478 |
| RE32,690 E | 6/1988 | Wong | 270/54 |
| 4,768,766 A | 9/1988 | Berger et al. | 270/58 |
| 4,789,147 A | 12/1988 | Berger et al. | 270/1.1 |
| 4,800,505 A | 1/1989 | Axelrod et al. | 364/478 |
| 4,800,506 A | 1/1989 | Axelrod et al. | 364/478 |
| 4,800,510 A | 1/1989 | Vinberg et al. | 364/521 |
| 4,827,315 A | 5/1989 | Wolfberg et al. | 346/160 |
| 4,835,570 A | 5/1989 | Robson | 346/160 |
| 4,866,628 A | 9/1989 | Natarajan | 364/468 |
| 4,887,128 A | 12/1989 | Jamali et al. | 355/202 |
| 4,900,001 A | 2/1990 | Lapeyre | 270/1.1 |
| 4,903,139 A | 2/1990 | Minter | 358/296 |
| 4,908,768 A | 3/1990 | Gelfer et al. | 364/464.03 |
| 4,910,612 A | 3/1990 | Yamazaki | 358/496 |
| 4,928,243 A | 5/1990 | Hodges et al. | 364/519 |
| 4,928,252 A | 5/1990 | Gabbe et al. | 364/519 |
| 4,930,077 A | 5/1990 | Fan | 364/419 |
| 4,933,880 A | 6/1990 | Borgendale et al. | 210/187 |
| 4,937,761 A | 6/1990 | Hassett | 364/518 |
| 4,948,109 A | 8/1990 | Petersen | 270/1.1 |
| 4,949,272 A | 8/1990 | Vanourek et al. | 364/464.02 |
| 4,968,903 A | 11/1990 | Wolfberg et al. | 346/160 |
| 4,974,171 A | 11/1990 | Yeh et al. | 364/519 |
| 4,984,948 A | 1/1991 | Lindsay et al. | 412/1 |
| 5,001,500 A | 3/1991 | Wolfberg et al. | 346/160 |
| 5,005,124 A | 4/1991 | Connell et al. | 364/401 |
| 5,021,975 A | 6/1991 | Yamanashi | 364/519 |
| 5,025,396 A | 6/1991 | Parks et al. | 364/518 |
| 5,027,279 A | 6/1991 | Gottlieb et al. | 364/478 |
| 5,028,192 A | 7/1991 | Lindsay et al. | 412/1 |
| 5,031,891 A | 7/1991 | Kobler et al. | 270/54 |
| 5,033,009 A | 7/1991 | Dubnoff | 364/523 |
| 5,039,075 A | 8/1991 | Mayer | 270/1.1 |
| 5,043,749 A | 8/1991 | Punater et al. | 346/153.1 |
| 5,053,955 A | 10/1991 | Peach et al. | 364/401 |
| 5,054,984 A | 10/1991 | Chan et al. | 412/1 |
| 5,056,767 A | 10/1991 | Emigh et al. | 270/58 |
| 5,060,165 A | 10/1991 | Schumacher et al. | 364/478 |
| 5,067,024 A | 11/1991 | Anzai | 358/296 |
| 5,068,797 A | 11/1991 | Sansone et al. | 364/478 |
| 5,072,397 A | 12/1991 | Barns-Slavin et al. | 364/464.02 |
| 5,072,401 A | 12/1991 | Sansone et al. | 364/478 |
| 5,077,694 A | 12/1991 | Sansone et al. | 395/600 |
| 5,085,470 A | 2/1992 | Peach et al. | 283/58 |
| 5,098,076 A | 3/1992 | Kelsey | 270/54 |
| 5,102,110 A | 4/1992 | Reynolds | 270/1.1 |
| 5,103,490 A | 4/1992 | McMillin | 382/62 |
| 5,105,283 A | 4/1992 | Forest et al. | 358/401 |
| 5,112,179 A | 5/1992 | Chan et al. | 412/1 |
| 5,114,128 A | 5/1992 | Harris, Jr et al. | 270/11 |
| 5,114,291 A | 5/1992 | Hefty | 412/8 |
| 5,119,306 A | 6/1992 | Metelits et al. | 364/464.02 |
| 5,133,051 A | 7/1992 | Handley | 395/148 |
| 5,134,669 A | 7/1992 | Keogh et al. | 382/61 |
| 5,136,316 A | 8/1992 | Punater et al. | 346/153.1 |
| 5,142,482 A | 8/1992 | Sansone | 364/478 |
| 5,142,618 A | 8/1992 | Fujiwara et al. | 395/146 |
| 5,142,667 A | 8/1992 | Dimperio et al. | 395/115 |
| 5,143,362 A | 9/1992 | Doane et al. | 270/1.1 |
| 5,144,562 A | 9/1992 | Stikkelorum et al. | 364/478 |
| 5,157,765 A | 10/1992 | Birk et al. | 395/165 |
| 5,175,679 A | 12/1992 | Allen et al. | 364/148 |
| 5,177,877 A | 1/1993 | Duchesne et al. | 34/51 |
| 5,178,063 A | 1/1993 | Wolfberg et al. | 101/76 |
| 5,194,899 A | 3/1993 | Buchanan | 355/244 |
| 5,200,903 A | 4/1993 | Gilham | 364/464.02 |
| 5,202,206 A | 4/1993 | Tam | 430/41 |
| 5,210,824 A | 5/1993 | Putz et al. | 395/145 |
| 5,220,420 A | 6/1993 | Hoarty et al. | 358/86 |
| 5,220,674 A | 6/1993 | Morgan et al. | 395/800 |
| 5,220,770 A | 6/1993 | Szewczyk et al. | 53/493 |
| 5,229,932 A | 7/1993 | Connell et al. | 364/401 |
| 5,238,345 A | 8/1993 | D'Andrea | 412/4 |
| 5,245,701 A | 9/1993 | Matsumoto | 395/129 |
| 5,257,196 A | 10/1993 | Sansone | 364/464.02 |
| 5,267,155 A | 11/1993 | Buchanan et al. | 364/419.14 |
| 5,267,821 A | 12/1993 | Bodart et al. | 412/11 |
| 5,271,065 A | 12/1993 | Rourke et al. | 382/1 |
| 5,274,567 A | 12/1993 | Kallin et al. | 364/478 |
| 5,274,757 A | 12/1993 | Miyoshi et al. | 395/146 |
| 5,280,895 A | 1/1994 | Meier | 270/58 |
| 5,287,976 A * | 2/1994 | Mayer et al. | 209/547 |
| 5,289,569 A | 2/1994 | Taniguchi | 395/145 |
| 5,291,243 A | 3/1994 | Heckman et al. | 355/201 |
| 5,293,310 A | 3/1994 | Carroll et al. | 364/408 |

US 6,952,801 B2
Page 3

| 5,295,236 A | 3/1994 | Bjorge et al. | 395/134 |
| 5,299,310 A | 3/1994 | Motoyama | 395/165 |
| 5,301,036 A | 4/1994 | Barrett et al. | 358/448 |
| 5,303,334 A | 4/1994 | Snyder et al. | 395/109 |
| 5,313,564 A | 5/1994 | Kafri et al. | 395/101 |
| 5,313,578 A | 5/1994 | Handorf | 395/200 |
| 5,319,745 A | 6/1994 | Vinsonneau et al. | 395/144 |
| 5,321,604 A | 6/1994 | Peach et al. | 364/401 |
| 5,326,209 A | 7/1994 | Duke | 412/1 |
| 5,333,246 A | 7/1994 | Nagasaka | 395/133 |
| 5,337,246 A | 8/1994 | Carroll et al. | 364/464.02 |
| 5,337,258 A | 8/1994 | Dennis | 364/551.01 |
| 5,346,196 A * | 9/1994 | Nussbaum et al. | 270/52.14 |
| 5,349,648 A | 9/1994 | Handley | 395/148 |
| 5,353,222 A | 10/1994 | Takise et al. | 364/419.17 |
| 5,353,388 A | 10/1994 | Motoyama | 395/117 |
| 5,359,423 A | 10/1994 | Loce | 358/296 |
| 5,359,432 A | 10/1994 | Peltzer et al. | 358/452 |
| 5,377,120 A | 12/1994 | Humes et al. | 364/478 |
| 5,379,368 A | 1/1995 | Imai et al. | 395/117 |
| 5,379,373 A | 1/1995 | Hayashi et al. | 395/148 |
| 5,381,523 A | 1/1995 | Hayashi | 395/145 |
| 5,383,129 A | 1/1995 | Farrell | 364/464.01 |
| 5,384,886 A | 1/1995 | Rourke | 395/147 |
| 5,390,354 A * | 2/1995 | de Heus et al. | 707/517 |
| 5,396,321 A | 3/1995 | McFarland et al. | 355/313 |
| 5,398,389 A | 3/1995 | Terada et al. | 382/1 |
| 5,400,263 A | 3/1995 | Rohrbaugh et al. | 364/490 |
| 5,412,566 A | 5/1995 | Sawa | 364/419.14 |
| 5,414,809 A | 5/1995 | Hogan et al. | 395/155 |
| 5,419,541 A | 5/1995 | Stevens | 270/54 |
| 5,422,992 A | 6/1995 | Motoyama et al. | 345/437 |
| 5,442,561 A | 8/1995 | Yoshizawa et al. | 364/468 |
| 5,442,737 A | 8/1995 | Smith | 395/135 |
| 5,444,630 A | 8/1995 | Dlugos | 364/464.02 |
| 5,446,653 A | 8/1995 | Miller et al. | 364/401 |
| 5,446,667 A | 8/1995 | Oh et al. | 364/464.02 |
| 5,455,945 A | 10/1995 | VanderDrift | 395/600 |
| 5,459,819 A | 10/1995 | Watkins et al. | 395/117 |
| 5,459,826 A | 10/1995 | Archibald | 395/147 |
| 5,461,708 A | 10/1995 | Kahn | 395/140 |
| 5,465,213 A | 11/1995 | Ross | 219/213.3 |
| 5,473,741 A | 12/1995 | Neufelder | 707/516 |
| 5,483,624 A | 1/1996 | Christopher et al. | 395/117 |
| 5,493,490 A | 2/1996 | Johnson | 364/401 |
| 5,500,928 A | 3/1996 | Cook et al. | 395/133 |
| 5,502,636 A | 3/1996 | Clarke | 364/401 |
| 5,502,804 A | 3/1996 | Butterfield et al. | 395/147 |
| 5,505,697 A | 4/1996 | McKinnon, Jr. et al. | 604/71 |
| 5,506,697 A | 4/1996 | Li et al. | 358/448 |
| 5,517,605 A | 5/1996 | Wolf | 395/155 |
| 5,519,624 A | 5/1996 | Hidding | 364/478 |
| 5,523,942 A | 6/1996 | Tyler et al. | 364/401 |
| 5,530,852 A | 6/1996 | Meske, Jr. et al. | 395/600 |
| 5,535,677 A * | 7/1996 | Fannin et al. | 101/486 |
| 5,546,517 A | 8/1996 | Marks et al. | 395/145 |
| 5,552,994 A | 9/1996 | Cannon et al. | 364/468.01 |
| 5,553,212 A | 9/1996 | Etoh et al. | 395/140 |
| 5,553,258 A | 9/1996 | Godiwala et al. | 395/403 |
| 5,555,094 A | 9/1996 | Lefebvre et al. | 358/298 |
| 5,557,722 A | 9/1996 | DeRose et al. | 395/148 |
| 5,587,799 A | 12/1996 | Kawamura et al. | 358/296 |
| 5,592,683 A | 1/1997 | Chen et al. | 395/872 |
| 5,594,860 A | 1/1997 | Gauthier | 395/501 |
| 5,594,910 A | 1/1997 | Filepp et al. | 395/800 |
| 5,625,766 A | 4/1997 | Kauffman | 395/135 |
| 5,630,028 A | 5/1997 | DeMeo | 395/110 |
| 5,634,091 A | 5/1997 | Sands et al. | 395/117 |
| 5,669,005 A | 9/1997 | Curbow et al. | 395/777 |
| 5,671,345 A | 9/1997 | Lhotak | 395/133 |
| 5,710,635 A | 1/1998 | Webster et al. | 358/296 |
| 5,729,665 A | 3/1998 | Gauthier | 395/117 |
| 5,740,338 A | 4/1998 | Gauthier et al. | 395/116 |
| 5,745,121 A | 4/1998 | Politis | 345/433 |
| 5,760,914 A | 6/1998 | Gauthier et al. | 358/298 |
| 5,765,874 A | 6/1998 | Chanenson et al. | 283/67 |
| 5,793,946 A | 8/1998 | Gauthier et al. | 395/183.01 |
| 5,796,930 A | 8/1998 | Gauthier et al. | 395/116 |
| 5,809,218 A | 9/1998 | Kastenholz et al. | 395/115 |
| 5,832,531 A * | 11/1998 | Ayers | 707/500 |
| 5,833,375 A | 11/1998 | Gauthier et al. | 400/82 |
| 5,845,302 A | 12/1998 | Cyman, Jr. et al. | 707/517 |
| 5,857,209 A | 1/1999 | Shively | 707/500 |
| 5,870,766 A | 2/1999 | Shively | 707/500 |
| 5,907,836 A * | 5/1999 | Sumita et al. | 707/2 |
| 5,924,092 A | 7/1999 | Johnson | 707/7 |
| 5,937,153 A | 8/1999 | Gauthier | 395/117 |
| 5,960,164 A | 9/1999 | Dorfman et al. | 395/110 |
| 5,963,968 A | 10/1999 | Warmus et al. | 707/517 |
| 5,987,461 A | 11/1999 | Dreyer et al. | 707/7 |
| 5,995,724 A | 11/1999 | Mikkelsen et al. | 395/115 |
| 6,027,195 A | 2/2000 | Gauthier et al. | 347/5 |
| 6,064,397 A | 5/2000 | Herregods et al. | 345/435 |
| 6,088,710 A | 7/2000 | Dreyer et al. | 707/517 |
| 6,145,946 A | 11/2000 | Gauthier et al. | 347/5 |
| 6,175,846 B1 | 1/2001 | Shively | 707/530 |
| 6,205,452 B1 | 3/2001 | Warmus et al. | 707/500 |
| 6,209,010 B1 | 3/2001 | Gauthier et al. | 707/526 |
| 6,243,172 B1 | 6/2001 | Gauthier et al. | 358/1.18 |
| 6,246,993 B1 | 6/2001 | Dreyer et al. | 705/9 |
| 6,290,406 B1 | 9/2001 | Gauthier et al. | 400/76 |
| 6,310,695 B1 | 10/2001 | Gauthier et al. | 358/1.5 |
| 6,327,599 B1 | 12/2001 | Warmus et al. | 715/517 |
| 6,332,149 B1 | 12/2001 | Warmus et al. | 715/517 |
| 6,381,028 B1 | 4/2002 | Gauthier | 358/1.11 |
| 6,446,100 B1 | 9/2002 | Warmus et al. | 707/517 |
| 6,487,568 B1 | 11/2002 | Gauthier et al. | 707/526 |
| 6,599,325 B2 | 7/2003 | Gauthier et al. | 715/526 |
| 6,687,016 B2 | 2/2004 | Gauthier | 358/1.11 |
| 2002/0122205 A1 | 9/2002 | Gauthier | 358/1.15 |

OTHER PUBLICATIONS

"Redefining the Printed Page," Varis Corporation, Mason, OH, vol. 4 (Oct. 2, 1997).

"Variable Printing with Indigo" Seybold Special Report, vol. 3, No. 8 pp., 63–64, (Apr. 21, 1995).

Kaufeld "Pradox 5 for Windows for Dummies," (1994).

Mizuno et al., "Document Recognition System with Layout Structure Generator," *NEC Research and Development,* vol. 32, No. 3, Tokyo, Japan (pp. 430–437) (1991).

Rousseau et al., "Writing Documents for Paper and WWW; A Strategy based on FrameMaker and WebMaker," Computer Networks and ISDN Systems, vol. 27 (pp. 205–214) (XP 000571730) (1994).

Simoudis, Evangelos "Reality Check for Data Mining," *IEEE Expert* (pp. 26–33) (1996).

ULTIMATE Technographics, Inc. Manual, "Poststrip, " 1989.

G. Dieckmann, "Press Imposition of IBM 4250, General Information," R.R. Donnelley & Sons Company, Crawfordsville Manufacturing Division, Department CHT, Feb. 21, 1989.

*Alpha Four, New Version 3*, "True Relational Database Power Without Programming, Reference Manual," Alpha Software Corporation, Lesson 20: Using Sets and Lesson 22: Advanced Sets: One–to–Many Links, 1993.

H. Sharples, "Software Automates Impositions; Prepress Imaging," vol.65, No. 9, p. 67, Graphic Arts Monthly (Sep., 1993).

**US 6,952,801 B2**

Page 4

"Linotype–Hell's Herkules: Fast, Versatile Drum Imager to Head IPEX lineup; Product Announcement," vol. 23, No. 1, p. 3, The Seybold Report on Publishing Systems (Sep. 1, 1993).

"Aldus to Offer Presswise 2.0 Imposition Software for Large–Format Presses," PR Newswire (Sep. 7, 1993).

P. Dyson, "Computer to Plate: Now There's a Market; Direct–to–Plate Production Now Feasible; includes related article on the Eskofot Escosan 2540 for boards and films," vol. 23, No. 4, p. 3, The Seybold Report on Publishing Systems (Oct. 11, 1993).

"Imposition Cuts Stripping Time; Electronic Imposing System; Prepress Imaging," vol. 65, No. 11, p. 84, Graphic Arts Monthly (Nov. 1993).

S. Edwards et al., "IFRA '93 Review: An Industry Riding the Crest of a Slump; IFRA European Newspaper Equipment Exhibition; includes related article on trade show rumors," vol. 23, No. 6, p. 3, The Seybold Report on Publishing Systems (Nov. 8, 1993).

H. Sharples, "Electronic Imposition: Moving Forward," vol. 66, No. 2, p. 53, Graphic Arts Monthly (Feb., 1994).

Barco Graphics brochure, "RIP and Electronic Collation System for Xeikon DCP–1 Digital Printing Press," Feb. 2, 1994, with Addendum 1.

"Finding the Right Niches for Electronic Printing," *The Seybold Report on Desktop Publishing,* Mar. 7, 1994, pp. 12–18.

"Aldus Prepress Division Ships Presswise 2.0 for the Apple MacIntosh," PR Newswire (Mar. 22, 1994).

"Press Imposition Software; Seybold Special Report: Seybold Seminars Boston '94, Part I; Product Announcement," vol. 23, No. 15, p. S74, The Seybold Report on Publishing Systems (Apr. 22, 1994).

"High–Resolution Output; includes related articles on how to obtain a Hyphen print sample and naming a new screening technology; Seybold Special Report: Seybold Seminars Boston '94, part I," vol. 23, No. 15, p. S47, The Seybold Report on Publishing Systems (Apr. 22, 1994).

P. Hilts, "Donnelley's Digital Production Vision; R.R. Donnelley and Sons invited book publishers to come to Crawfordsville to see the future of printing," vol. 241, No. 34, p. 24, Publishers Weekly (Aug. 22, 1994).

"Design Your Forms, Power with Room to Grow: Xbasic™," advertisement, DBMS Magazine (Sep., 1994).

Xeikon announcement, "Xeikon announces new RIP for the DCP–1 digital color press" (Sep. 13, 1994).

A. Karsh, "Scitex's SGAUA Review: Savanna, GTO–DI Interface, Whisper Upgrade; Scitex Graphic Arts User Association, Scitex Savanna Typesetting System, Press Interface for GTO–DI, Autoflat Image Processing Software, MacCSS Connection Peripheral Server," vol. 24, No. 2, p. 11, The Seybold Report on Publishing Systems (Sep. 19, 1994).

"Color Shop Goes Electronic; Color Tech Corp.," vol. 66, No. 10, p. 90, Graphic Arts Monthly (Oct., 1994).

"Xerox and Scenicsoft Bring New Flexibility to Prepress Work With Postscript Files," vol. 7, No. 10, Worldwide Videotex (Oct., 1994).

"High–Resolution Output Devices; Seybold Special Report: Seybold San Francisco '94, Part 1; Product Announcement," vol. 24, No. 3, p. S32, The Seybold Report on Publishing Systems (Oct. 26, 1994).

"Output Servers; Seybold Special Report: Seybold San Francisco '94, part 2, Product Announcement," vol. 24, No. 3, p. T13, The Seybold Report on Publishing Systems (Oct. 26, 1994).

"CTP Field Gets a New Entry; Linotype–Hell's Computer–to–Plate System, Gutenborg," vol. 66, No. 11, p. 102, Graphic Arts Monthly (Nov., 1994).

European Search Report dated Jul. 22, 1999.

*Seybold Report on Publishing Systems,* vol. 25, No. 22, ISSN: 0736–7260, Aug. 26, 1996.

"Variable Postscript and the Coming of Age of Electronic Print–for–Profit," *Print on Demand Business,* May/Jun. 1996, pp. 64–67.

"Variable–Data Printing Comes of Age: Capabilities & Market Demand Converge," *Seybold Report to Publishing Systems,* vol. 27, No. 2, Sep. 15, 1997, pp. 3–24.

"Indigo Variable Data Solution Evaluation," Interoffice Memorandum from R.R. Donnelley & Sons Company dated Jul. 26, 1995 (portions redacted).

AGFA Internet Website: "Chromapress Software" (Oct. 30, 1998), URL: www.agfahome.com/products/printing/software.html.

AGFA Internet Website: "Digital Color Printing System: Personalizer–X v2.0, Variable Data Software for Chromapress" (Oct. 30, 1998), URL: www.agfahome.com/products/printing/software/personalizerx.html.

Atlas Internet Website: "PrintShop Mail" (Oct. 30, 1998), URL: www.atlassoftware.n1/products/psmail/psmail.html.

Atlas Internet Website: "Atlas Software Products" (Oct. 30, 1998), URL: www.atlassoftware.n1/products/products.html.

BARCO Graphics Internet Website: "Variable Information Printing" (Oct. 29, 1998), URL: www.barco.com/graphics/systems/vip/viphome.htm.

BARCO Graphics Internet Website: "BARCO Graphics VIP concept gives digital printing its true original dimension," URL: www.barco.com/graphics/press/pr178ife.htm (Oct. 29, 1998).

BARCO Graphics Internet Website: "BARCO Graphics wins Seybold Award for variable data," URL: www.barco.com/graphics/press/pr162ice.htm (Oct. 29, 1998).

BARCO Graphics Internet Website: "VIPDesigner Technical Specifications" (Oct. 29, 1998), URL: www.barco.com/graphics/data/vipdesigf.htm.

BITSTREAM Internet Website: "Application Products: PageFlex™" (Oct. 29, 1998), URL: www.bitstream.com/products/application/pageflex/index.html.

Colorage/Splash Internet Website: "Splash Technology, About Our Company," URL: www.colorage.com/company/about.html. (Oct. 30, 1998).

Colorage/Splash Internet Website; "Splash Launches Docu-Press Series of Servers for Xerox Midrange Digital Color Copiers" (Oct. 30, 1998), URL: www.colorage.com/company/press98/9803Mar2.html.

Document Sciences Corporation Internet Website: "Document Sciences Corporation", URL: www.xerox.com/alliance/psg/docsci.htm (Oct. 31, 1998).

Document Sciences Corporation Internet Website: "Products and Solutions," URL: www.docscience.com/product.htm (Oct. 31, 1998).

Document Sciences Corporation Internet Website: "Tomorrow's Technology is Today's Reality," URL: www.docuscience.com/products/compuset.htm (Oct. 31, 1998).

US 6,952,801 B2

Page 5

DPS Internet Website: "DataBase Publishing Software, About DPS" (Oct. 31, 1998) URL: www.databasepub.com/about.html.

DPS Internet Website: "Expert Publisher: Intelligent Automation" (Oct. 31, 1998), URL: www.databasepub.com/newpub.html.

DPS Internet Website, URL: www.databasepub.com/bottom.html (Oct. 31, 1998).

DPS Internet Website: "Applications," URL: www.databasepub.com/left.html (Oct. 31, 1998).

DPS Internet Website: "Catalog Genie Grants Wishes" (Oct. 31, 1998), URL: www.databasepub.com/catsoftware.html.

DPS Internet Website: "DPS Introduces Catalog Genie" (Oct. 31, 1998), URL: www.databasepubl.com/genie.html.

DPS Internet Website: "DPS Introduces New Release of Catalog Genie" (Oct. 31, 1998), URL: www.databasepub.com/genie2.html.

Elixir Internet Website: "Xerox to Distribute and Support Elixir's Opus (R) Worldwide," URL: www.elixirnt.elixir.com/nwsevnt. (Oct. 31, 1998).

Elixir Internet Website: "Elixir Products" (Oct. 31, 1998), URL: www.elixir.com/Products/products.htm.

Elixir Internet Website: "Opus," URL: www.elixir.com/Products/opus.htm (Oct. 31, 1998).

Elixir Internet Website: "DataMerge," URL: www.elixir.com/Products/dmerge.htm (Oct. 31, 1998).

Elixir Internet Website: "AppBuilder for AFP," URL: www.elixir.com/Products/appafp.htm (Oct. 31, 1998).

Elixir Internet Website: "AppBuilder for VIPP" (Oct. 31, 1998), URL:www.elixir.com/Products.appvipp.htm.

Em Software Internet Website: "Welcome to Em Software on the Web!" (Oct. 31, 1998), URL: www.emsoftware.com/.

Em Software Internet Website: "Em Software—Products" (Oct. 31, 1998), URL: www.emsoftware.com/products.html.

Group 1 Software Internet Website: "Group 1 Software: EZ–LETTER" (Oct. 31, 1998), URL: www.group1software.com/products/ds.asp.

Indigo Internet Website: "Yours Truly Software" (Oct. 29, 1998), URL: www.indigonet.com/yours_truly.htm.

Meadows Information Systems Internet Website: "About Meadows Information Systems, Inc.", URL: www.meadowsinfo.com/mishtml/meadows.htm (Oct. 27, 1998).

Meadows Information Systems Internet Website: "Auto-Price XTension to QuarkXPress by Meadows Information Systems", URL: www.meadowsinfo.com/mishtml/autopric.htm (Oct. 27, 1998).

Meadows Information Systems Internet Website: "Data-Merge XTension to QuarkXPress by Meadows Information Systems", URL: www.meadowsinfo.com/mishtml/datamerg.htm (Oct. 27, 1998).

Meadows Information Systems Internet Website: "Group Picture XTension to QuarkXPress by Meadows Information Systems" (Oct. 27, 1998), URL: www.meadowsinfo.com/mishtml/grouppic.htm.

Scitex Internet Website: "Scitex Darwin Desktop 2.0 is Now Shipping," URL: www.scitex.com/press/english/darwin2.htm (Oct. 29, 1998).

T/R Systems Internet Website: "About T/R Systems" (Nov. 2, 1998), URL: www.trsystems.com/tr docs/About.htm.

Varis Corporation Internet Website: "Varis Corporation and Scitex Digital Printing Announce World Wide Co–Marketing Agreement for High Speed Variable PostScript Printing," URL: www.variscorp.com/ns/ns.sci.html#pr (Nov. 2, 1998).

Varis Corporation Internet Website: "Redefining the process . . . VariScript Software," URL: www.variscorp.com/pro/text.html (Nov. 2, 1998).

Varis Corporation Internet Website: "Varis Corporation Unveils Unprecedented Products for Variable Print–On–Demand Market," URL: www.variscorp.com/ns/ns.pro.html#pr (Nov. 2, 1998).

BARCO Graphics/IBM brochure: "BARCO VIPDesigner Software for the IBM InfoColor 70 Printer" (1998).

Colorbus Advertisement: "There's One in Every Family," DocuWorld, Issue 1, vol. 2, p. 2 (1998).

DocuWorld Product Watch: "Authoring Tool for Variable Information Jobs," DocuWorld, Issue 1, vol. 2, p. 72 (1998).

Drennan, Bill, et al., "Xerox offers programming language," The Seybold Report on Publishing Systems, vol. 27, No. 7, p. 9 (Dec. 1997).

Eldad, Gefen, "Getting Personal, Printing your first personalized job may be easier than you think", DocuWorld Issue 1, vol. 2, p. 42 (1998).

Group 1 Software Advertisement: "DOC1 Delivers What You Want, When You Need It," DocuWorld, Issue 1, vol. 2, p. 23 (1998).

Indigo Brochure: "Indigo Yours Truly Personalization—Profitability" (1997).

Scitex/Xerox Advertisement: "Xerox and Scitex Bring You the Magic of Professional Color," DocuWorld, Issue 1, vol. 2, p. 39 (1998).

Scitex brochure: "Scitex Xerox Success Stories: CAD Graphics, Chicago, Illinois" (7/98).

Scitex brochure: "Scitex Xerox Success Stories: DW Graphics, Stockton, CA" (7/98).

Xerox brochure: "think color: Xerox DocuColor 70" (1998).

Xerox brochure: "New Generation Fiery Technology for the Xerox DocuColor 70 Digital Color Press: Fiery ZX–70" (1998).

Xerox brochure: World–class prepress performance for the Xerox DocuColor 70 Digital Color Press: Scitex SX3000T (1998).

Xerox brochure: "Xerox VIPP—the fastest, most reliable method to reach your customers individually . . . all at the same time" (1998).

Xerox brochure: "BOOM!—The Explosion is in Short–run Digital Color Printing" (1998).

"Agfa's CR–A RIP varies data," Seybold Special Report, vol. 3, No. 2 (Oct. 10, 1994).

"Agfa poised to enter short–run color market. (Chromapress electrophotographic digital press system)," MacWeek, p. 18 (Oct. 31, 1994).

"Agfa Holds Expo, US Launch of ChromaPress Digital Printing," Newsbytes News Network (Nov. 4, 1994).

"The Latest Word," The Seybold Report on Publishing Systems, vol. 24, No. 6, (Nov. 30, 1994).

"Agfa Expo: the medium is the message," The Seybold Report on Publishing Systems, p. 17 (Nov. 30, 1994).

"The Latest Word: Chromapress varies data," The Seybold Report on Publishing Systems, p. 28 (Mar. 13, 1995).

"The Latest Word," The Seybold Report on Publishing Systems, vol. 24, No. 13, pp. 26–28 (Mar. 13, 1995).

"Digital Color Printing in Japan: A Report from Early Users," The Seybold Report on Publishing Systems, vol. 24, No. 13, pp. 13–19 (Mar. 13, 1995).

"Indigo Expands Digital Press Line to Packaging; Enhances E–Print 1000," The Seybold Report on Publishing Systems, vol. 24, No. 13, pp. 3–12 (Mar. 13, 1995).

**US 6,952,801 B2**

Page 6

"Variable–data and custom printing," *Seybold Special Report,* vol. 3, No. 8, pp. 63 and 64 (Apr. 21, 1995).

"Moore announces new digital printing strategy," *Seybold Special Report,* vol. 3, No. 8, p. 65 (Apr. 21, 1995).

"Agfa Let RIP with Gemini," *M2 Presswire* (Apr. 27, 1995).

"Company–by–Company Guide to the Show: Agfa–Gevaert," *The Seybold Report on Publishing Systems,* vol. 24, No. 17, p. 6 (May 1, 1995).

"Digital printers push customization," *The Seybold Report on Publishing Systems,* vol. 24, No. 19, pp. 10 and 11 (Jun. 12, 1995).

"Agfa 'distributes and prints,' adds new RIP," *The Seybold Report on Publishing Systems,* vol. 24, No. 20, pp. 8–10 (Jun. 26, 1995).

"Indigo System Developments: Indigo varies data, shows Mobius, Omnius," *The Seybold Report on Publishing Systems,* vol. 24, No. 20, pp. 12–15 (Jun. 26, 1995).

"Barco features PrintStreamer, TonerSaver," *Seybold Special Report,* vol. 24, No. 20, p. 11 (Jun. 26, 1995).

"Short–Run Digital Color Printing," *Seybold Special Report,* vol. 4, No. 2, pp. 33 and 34 (Oct. 23, 1995).

"T/R Systems set new price point for digital presses," *The Seybold Report on Publishing Systems,* p. 35 (Oct. 23, 1995).

"Color, Here and Now," *Printing Impressions,* p. 28 (Nov. 11, 1995).

"Digital presses eye the market of one," *Graphic Arts Monthly,* p. 42 (Apr. 1, 1996).

"The 'On Demand' Show: Exciting Technology–But Is the Market Ready?," *The Seybold Report on Publishing Systems,* vol. 25, No. 16, pp. 3, 5 and 6 (May 17, 1996).

"Indigo," *The Seybold Report on Publishing Systems,* vol. 25, No. 16, pp. 5 and 6 (May 17, 1996).

"Personalization for Indigo Engines," *The Seybold Report on Publishing Systems,* vol. 25, No. 22, pp. 9–13 (Aug. 26, 1996).

"Variable Data on Digital Presses: Making Progress," *The Seybold Report on Publishing Systems,* vol. 25, No. 22, pp. 3–8 (Aug. 26, 1996).

*How to Convert WordPerfect Merge Data,* last reviewed Dec. 6, 2000, at http://support.microsoft.com/default.aspx?scid=kb;en–us;211702 (pp. 2–8).

*Continuous scanning. Start right here.,* Kodak digital science, 1999 (2 pages).

*Form 20–F,* Scitex SEC Report, 1997 (pp. 1 and 13–16).

*Kodak,* The Seybold Report on Publishing Systems, Sep. 9, 1996 (p. 26).

*Output Devices and Systems,* The Seybold Report on Publishing Systems, last modified Apr. 17, 1995, vol. 24:16 (pp. 1–4).

*New Desktop Software Provides Ink–Jet Link,* Graphic Arts Monthly, Aug. 1994 (p. 27).

*Scitex Digital Printing looks to Quark Xpress: Demand Printing of Variable Data,* The Seybold Report on Publishing Systems, Jul. 20, 1994, vol. 23:20 (3 Pages).

*Kodak, Gamma–GraphX develop 600–dpi 1392,* The Seybold Report on Publishing Systems, Feb. 21, 1994 (p. 24).

Bob Neubauer, *Ink–jet gets Personal,* Print Impress, Jan. 1993 (3 Pages).

*Revisions made easy,* American Printer, Apr. 1992 (4 Pages).

Kristin Nelson, *Merger mania: Wordperfect mail merge,* Pennprintout, Feb. 1992, vol. 8:5 (pp. 1–3).

*Kodak shows fast network printers,* The Seybold Report on Publishing Systems, Dec. 6, 1991, vol. 21:7 (pp. 25–26).

Kodak drives 1392 online and from cartridge tape, The Seybold Report on Publishing Systems, Sep. 5, 1988 (p. 2).

*LED v. Laser,* Computer Data, Mar. 1987 (1 Page).

*LED Printing Bids for a Place in EDP/LED Arrays Challenge Laser Printing,* Canadian DataSystems, Dec. 1986 (2 Pages).

B. Lawler, "Some for the Books; Imposition; Hands On: Desktop Publishing; Tutorial," vol. 10, No. 9, p. 121, MacUser, Sep., 1994 (pp. 22–28).

Alexander, George A., "Custom Book Publishing and Book Printing on Demand," The Seybold Report on Publishing Systems, vol. 21, No. 16, May 11, 1992 (pp. 1 and 3–12).

Appelt, Wolfgang, "Existing Systems for Integrating Text and Graphics," Computer & Graphics, vol. 11, No. 4, (1987), (pp. 369–375).

International Search Report dated Apr. 13, 1999 (7 Pages).

"W3C Debuts Draft of RDF," The Bulletin: Seybold News & Views on Electronic Publishing, vol. 3, No. 1, Oct. 8, 1997 (pp. 1–6).

"Handling Variable Data," The Seybold Report on Publishing Systems, vol. 26, No. 20, Jul. 21, 1997 (pp. 1–8).

"Variable–Data Printing," The Seybold Report on Publishing Systems, vol. 27, No. 5, Nov. 17, 1997 (pp. 1–4).

"Graphic Arts Vendors," The Seybold Report on Publishing Systems, vol. 27, No. 17, May 29, 1998 (pp. 1–7).

"Ipex '98 Preview: CTP, Digital Presses, CIP3, Proofing and More Come to UK," The Seybold Report on Publishing systems, vol. 28, No. 1, Sep. 14, 1998 (pp. 1–79).

* cited by examiner



FIG. 1
PRIOR ART



FIG. 2



FIG. 3



FIG. 4



F I G. 5



FIG. 6a



FIG. 6b



FIG. 7a



FIG. 7b



FIG. 8a

FIG. 8b



**FIG. 9**



FIG. 10a



FIG. 10b



FIG. 10c



FIG. 10d



FIG. 10e



FIG. 10 f



PROMPT USER TO SPECIFY INFORMATION
TO CREATE PAGINATION FILE:
-MAX. #    PAGES
-LH/RH FILLER PAGE ID
FOR EACH PAGE, SPECIFY :
-FORCE LEFT, FORCE RIGHT OR NO FORCE
-FILLER PAGE I.D. FOR FORCED PAGE
-MASTER, ALWAYS VARIABLE OR SELECTIVELY VARIABLE          340

OPEN PRESS COMMAND FILE          342

SELECT DATABASE FILES,
PAGINATION FILE, PLACEHOLDERS
FILE AND BARCODE FILES          344

RETRIEVE RECORD IN
PRESS COMMAND FILE          346

DETERMINE WHICH
PAGES SHOULD
PRINT
(SEE FIG. 13)          348

DETERMINE WHETHER
PAGES ARE LEFT OR RIGHT
(SEE FIG. 14)          350

"PAD" PAGES INTO
MULTIPLES OF "N"
(SEE FIG. 15)          352

GENERATE POSTSCRIPT ®
INSTRUCTION SET          354

FIG. 11



**FIG. 12**



**FIG. 13**



**FIG. 14**



**FIG. 15**

Enter the page height and width of the imposed page or "flat". These will be used
as the setpagedevice parameters to the RIP.

Page Width  (Inches): [17]    Page Height (Inches): [11]

Imposition Style:    [Get Tiff Style ▼]

Finishing Style:    [In-Line Finishing ▼]    Four Pagers:    [Stitch ▼]

Report Field:    [NO SELECTION ▼]

Bar Code:    [Bottom of Sheet ▼]    Page Numbers:    [Page Numbers Off ▼]

Select:

[Bar Code PS File] Bar Code PS File

[Bar Code Content File] Bar Code Content File

[Variable PS (.vars)] VDF MAC:Desktop Folder:VDF Jobs:Longs Drugs:aloha.mm.vars

[Pagination PS (.mpln)] Pag PS File

[Book Ticket Directory] BT Directory

Device Name:    [Docuprint]    Queue Name:    [HBA]

Master and Variable Storage Directory:

[/var/spool/XRXnps/netqreq]

[Cancel]    [OK]

FIG. 16



**FIG. 17**



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



ENABLEVIRTUALDEVICE

**FIG. 23**

550

Is PostScript Level 2? (setpagedevice in systemdict?)

No (Level 1)

554

Rename Standard Level 1 SHOWPAGE Operator

556

Redefine Level 1 Showpage Operator to Emulate Level 2 Showpage Operator (See Fig. 20)

Yes

552

Load Redefined EndPage and BeginPage Procedures Into Current Graphics State (call setpagedevice)

558

Execute BeginPage Procedure for First Page

560

Invoke DisablePageDevice Procedure (See Fig. 24)

562

Set VirtualDeviceEnabled = True



**FIG. 24**



**FIG. 25**

SETPORTRAIT

590 — Is Portrait True?

— No (Landscape to Portrait)

614 — Convert Corner Coordinates to Portrait Orientation

616 — Translate Origin in Positive-Y Direction

618 — Rotate 90 degrees Clockwise

620 — Set Virtual [CTM] for Portrait Orientation

(Portrait to Landscape) / Yes

600 — Convert Corner Coordinates to Landscape Orientation

602 — Translate Origin in Positive-x Direction

604 — Rotate 90 degrees CounterClockwise

606 — Set Virtual [CTM] for Landscape Orientation

622 — Exchange Values of Page Width (PageX) and Page Height (PageY)

624 — Reverse Value of Portrait



PORTRAIT --> LANDSCAPE

**FIG. 26A**

LANDSCAPE --> PORTRAIT

**FIG. 26B**



FIG. 27



FIG. 28



FIG. 29



FIG. 30

MAKENULL

698
Calculate and Save MidPoint
of
Virtual Clipping Path
in Device Space

700
Get Virtual [CTM]
(Stored in DefaultMatrix)

702
Calculate Sx and Sy
Scale Factors

704
Scale Virtual [CTM]

706
Store Scaled Virtual [CTM]
as the New Virtual [CTM]
in DefaultMatrix

708
Set MidPoint of Scaled Clipping Path
Equal to Original
MidPoint Coordinates
(Saved by Block 698)



FIG. 31



**FIG. 32**

Redefined BeginPage

740

Set Virtual [CTM] (redefined INITMATRIX)

742

Is Page on Flat? (PageCount = CurrentPage + PageOffset?)

NO→

752

PageCount > LastPage + PageOffset?

NO→

756

Invoke Redefined INITCLIP Operator (See Fig. 21)

YES

744

Get Entry from Entry/List Pair

YES

754

STOP "Done with Current File"

745

Execute User Procedure

746

Invoke SetVirtualDevice Procedure (See Fig. 27)

748

Pop Page Number from Retrieved Entry

→

750

Blank Out Virtual Page (Erase Any Stray Marks from Non-Selected Pages)



FIG. 33

VSAVE

800
Save Current [CTM]

801
Set [CTM] = Identity Matrix

802
Does CurrentPoint Exist?

NO →

808
Set P1 = No-op (Empty) Path

810
FirstOp = Moveto (Set CurrentPoint)

YES

804
Set P1 = Current Path (Invoke MakePath Procedure)

806
FirstOp = Lineto (Add Segment to Current Path)

812
Create Unlimited Bounding Box (SetBigBBox)

814
Invoke FirstOp to Append Page Size (PageX and PageY) Components to Current Path

818
Append Virtual [CTM] Components to Current Path

820
Replace Identity [CTM] with Previously Saved [CTM]



FIG. 34



**FIG. 35**

```
  ┌─────────────────┐
  │   Redefined     │
  │   SAVE/GSAVE    │
  └────────┬────────┘
           │              872
  ┌────────▼────────┐
  │  Invoke VSAVE   │
  │ Procedure (Fig. 33) │
  └────────┬────────┘
           │              874
  ┌────────▼────────┐
  │ Invoke Renamed  │
  │ Standard Save/GSave │
  │    Operator     │
  └────────┬────────┘
           │              876
  ┌────────▼────────┐
  │  Set [CTM] =    │
  │ Identity Matrix │
  └────────┬────────┘
           │              878
  ┌────────▼────────┐
  │ Restore Current Path │
  │  (Saved in P1)  │
  └────────┬────────┘
           │              880
  ┌────────▼────────┐
  │ Restore [CTM] Saved by │
  │ Block 500 of VSAVE │
  │ Procedure (Fig. 33) │
  └─────────────────┘
```

**FIG. 36**

```
  ┌─────────────────┐
  │   Redefined     │
  │   RESTORE       │
  └────────┬────────┘
           │              892
  ┌────────▼────────┐
  │ Put Values of   │
  │ Variables on    │
  │ Operand Stack   │
  └────────┬────────┘
           │              894
  ┌────────▼────────┐
  │ Invoke Renamed  │
  │ Standard Restore │
  │    Operator     │
  └────────┬────────┘
           │              896
  ┌────────▼────────┐
  │ Set Variables Equal │
  │ to Their Pre-Restore │
  │ Values (saved on │
  │ Operand Stack)  │
  └────────┬────────┘
           │              898
  ┌────────▼────────┐
  │ Invoke VRESTORE │
  │   Procedure     │
  │ (See Fig. 34)   │
  └─────────────────┘
```

**FIG. 37**

```
  ┌─────────────────┐
  │   Redefined     │
  │   GRESTORE/     │
  │  GRESTOREALL    │
  └────────┬────────┘
    902     │
  ┌────────▼────────┐
  │ Invoke Renamed Standard │
  │ Grestore/Grestoreall Operator │
  └────────┬────────┘
    904     │
  ┌────────▼────────┐
  │ Invoke VRESTORE Procedure │
  │   (See Fig. 34)   │
  └─────────────────┘
```

US 6,952,801 B2

**1**

# BOOK ASSEMBLY PROCESS AND APPARATUS FOR VARIABLE IMAGING SYSTEM

## RELATED APPLICATIONS

This application is a divisional of U.S. application Ser. No. 08/802,337, filed Feb. 11, 1997, the disclosure of which is hereby incorporated by reference, and which, in turn, is a continuation-in-part of U.S. application Ser. No. 08/478, 397, filed Jun. 7, 1995 and a continuation-in-part of U.S. application Ser. No. 08/627,724, filed Apr. 2, 1996, now U.S. Pat. No. 5,857,209.

## TECHNICAL FIELD

The present invention relates generally to reproduction methods and systems, and more particularly to a method of and system for selectively reproducing images.

## BACKGROUND ART

Most printing systems in use today utilize printing plates or cylinders which are engraved or photochemically processed to create an image thereon. Ink is then deposited on the plate or cylinder and the ink is thereafter transferred to a substrate, such as paper. In a conventional printing press, a number of pages are printed on a sheet of paper to form a signature which is then folded and assembled with other signatures. The assembled signatures are then bound, trimmed and finished by finishing apparatus to produce finished books, such as magazines, catalogs or any other printed and bound matter.

Often, there is a need to produce different versions of books and/or customized books within a single press run. For example, it may be desirable to produce a number of standard books together with a number of books having additional and/or different signatures or pages therein. Also, it may be necessary or desirable to provide customized information in the form of an address label, personalized information or the like on the inside or outside of finished books. In either case, conventional printing systems are not easily adaptable to produce books of these types.

A printing system which has the ability to produce differing book versions and/or books with customized information is disclosed in Riley U.S. Pat. No. 4,121,818, assigned to the assignee of the instant application. The printing system includes a number of packer boxes disposed adjacent a binding chain wherein each packer box stores a plurality of signatures. A control is included for controlling the packer boxes to selectively feed signatures onto chain spaces of the binding chain so that books of varying content can be produced. Customized information can be printed on the signatures by means of an ink jet printer which is selectively operated by the control. Other types of customization can be effectuated, such as by inserting or onserting cards or the like.

Other systems for producing customized books are disclosed in Abrams et al. U.S. Pat. No. 3,899,165, Wong et al. U.S. Pat. Nos. 4,500,083 and 4,674,052, Wong U.S. Pat. No. Re 32,690 and Berger et al. U.S. Pat. Nos. 4,768,766 and 4,789,147.

Image manipulating systems have been developed which permit gathering of images in an office or home environment. For example, conventional word processing programs, such as Microsoft® Word®, WordPerfect® and the like, permit a user to import images into a page and also allow a user to command which pages of a document to print. In

**2**

addition, macros (i.e., a sequence of commands) can be assembled and executed within these programs which can allow printing of particular document pages in a certain order. Still further, most word processing programs have merge capability wherein a customized image is merged with other standardized information and printed or displayed. As one example, customized information in the form of addressee and address information may be merged with standardized return address information and printed on a series of envelopes.

A different image gathering capability provided by CAD (computer aided design) software, sometimes referred to as "layering," involves the creation and storage of a base page and one or more layer pages. A user can issue commands to display or print the base page and one or more of the layer pages simultaneously atop one another to achieve an effect similar to the overlay of transparencies so that a composite page appearance results.

While the foregoing image manipulating systems allow some image gathering capability, none is effective to assist in the rapid production of different book versions. Of course, CAD systems are primarily designed for line art and not text or graphic images, and hence are of only limited use. Further, if one were to use word processing software to produce book versions it would be necessary to issue commands to separately print the pages of each book version just before such version is to be produced. That is, a user would have to create and store pages to be included in a first book version and then command the software to print as many copies of the first version as are needed. Thereafter, the user would have to recall the pages of the first version from memory, edit and store the pages to create pages to be included in a second book version and then command the system to print the required number of books of the second version. Similar steps would have to be undertaken for each other book version to be produced. Alternatively, the pages of the different book versions could be created and stored and thereafter printed together. In either event, where many book versions are to be produced, such a process would be quite time-consuming. In addition, image importation and merge routines provided as a part of word processing software are adapted for use on a sub-page basis only and hence are of only limited usefulness in the book production environment. Still further, data manipulated by word processing software are largely (if not entirely) in symbolic format. As a result, data to be displayed or printed must be first rasterized by a raster image processor (RIP), which utilizes complex and time-consuming computational routines which further increase production time to an economically impractical level.

Recently, new printing systems have been developed, called "demand printers," which are capable of high speed printing of images from electronic representations thereof. The demand printer produces high quality color (or black and white) images using a set of fusible toners in an electrophotographic process. More particularly, a web of paper is passed adjacent a series of drums, each of which has been electrostatically charged according to an image pattern for a particular color to be applied to the web. The charge is transferred to the paper and an oppositely charged toner of the proper color is brought into contact with the paper. The oppositely charged web and toner attract so that the toner is held on the paper as other colors are applied thereto. The toners and paper are thereafter heated to fuse the toners to the paper to produce the final image. The web is then cut into sheets (or "forms") and the forms are further processed as needed to produce a final product.

3

Unlike conventional presses which utilize engraved or photochemically prepared plates or cylinders, demand printers are capable of rapidly printing high quality images of differing content owing to the fact that the images are produced by an electrophotographic process. That is, instead of the need to replate and re-engrave a gravure cylinder when a different image is to be printed therewith, it is only necessary to change the charge applied to the drums of the printer in order to make such change. Thus, different images can be printed by the same printer without significant delays. This advantage makes the demand printer desirable for use in certain production environments.

Warmus et al. U.S. patent application Ser. No. 08/478, 397, entitled "Variable Imaging Using An Electronic Press" discloses an apparatus and method for controlling an electronic press so that fixed and variable information may be printed in a simple and effective manner. More particularly, first and second sets of template data representing associated first and second template pages, respectively, are developed. Each set of template data includes master data representing fixed information and area data representing an area of a page for variable information. A database is also developed having a number of entries each of which represents variable information. The printer is operated in accordance with the sets of template data and the entries in the database such that the first and second template pages are displayed with selected variable information.

The Warmus et al. apparatus and method generates a page definition language representation of each single page and thereafter generates a page definition language representation of each imposed flat, i.e., each side of a piece of paper to be printed with two or more pages. Such a procedure can be computationally expensive and may limit productivity.

SUMMARY OF THE INVENTION

According to one aspect of the present invention, a method of assembling a book includes the steps of specifying pagination information including an indication of whether a page is to be selectively included in the book, determining whether the page is to be assembled into the book based on the pagination information, and generating page description language instructions for production of the book in accordance with the pagination information.

Preferably, the determining step includes the step of analyzing variable information areas of the page. The inventive method may further include the step of analyzing press commands directed to production of the book to determine whether the page is to be assembled into the book. The inventive method may still further include the step of generating a pagination file having data representative of the pagination information.

Preferably, the pagination information includes an indication of a maximum number of pages for the book. The pagination information may include filler page information. The pagination information also preferably includes a specification of whether the page should be forced to one of a right side and a left side of the book.

In one embodiment, the inventive method further includes the step of specifying page description language instructions to produce a barcode on the page. The barcode may be indicative of tracking information.

In another embodiment, the step of generating page description language instructions includes the step of generating instructions for production of page numbering information on the page. The step of generating page description language instructions may also include the step of generat-

4

ing instructions for insertion of filler pages in accordance with the pagination information.

Preferably, the inventive method further includes the step of delivering the page description language instructions to an electronic press to print the book.

In yet another embodiment, the step of specifying the pagination information includes the step of providing a user interface for entry of the pagination information.

Other features and advantages are inherent in the apparatus claimed and disclosed or will become apparent to those skilled in the art from the following detailed description in conjunction with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram illustrating a prior art method of producing books;

FIG. 2 is a block diagram of a method of producing books implementing the present invention;

FIG. 3 is a block diagram illustrating an exemplary system for implementing the method of the present invention illustrated in FIG. 2;

FIG. 4 is a block diagram illustrating one of the demand printing systems of FIG. 3 in greater detail;

FIG. 5 is a generalized diagram of the steps implemented by the method of the present invention;

FIGS. 6a and 6b are elevational views of portions of a sample book that may be produced by the present invention;

FIGS. 7a, 7b and 8a, 8b are elevational views of portions of other sample books that may be produced by is the present invention;

FIG. 9 is a flowchart illustrating programming that may be executed by a user on a personal computer to create the template files 105 of FIG. 5;

FIGS. 10a–10f, when joined along similarly-lettered lines, together represent programming executed by the control unit 52 of FIG. 3;

FIG. 11 is a flowchart illustrating the programming implemented by the control unit 52 to generate a page description language instruction set specifying which pages should be printed and how the pages should be positioned (or imposed) for printing;

FIG. 12 is a sample window to prompt a user for the information needed to create a pagination file;

FIG. 13 is a flowchart illustrating in detail the programming implemented by the block 348 of FIG. 11 which determines which pages should be printed for a particular record in the press command file;

FIG. 14 is a flowchart illustrating in detail the programming implemented by the block 350 of FIG. 11 to determine whether the pages should be forced to the left or right-hand side of the book;

FIG. 15 is a flowchart illustrating in detail the programming implemented by the block 352 of FIG. 11 to pad the pages included in the book into a multiple of the number of pages to be printed on a sheet;

FIG. 16 is a sample window to prompt a user to provide various information to select imposition and printing styles;

FIG. 17 is a flowchart illustrating the programming implemented to RIP page files to Tiff format for use in "Get Tiff" imposition in accordance with the present invention;

FIG. 18 is flowchart illustrating the programming implemented to impose pages using "Get Tiff" imposition in accordance with the present invention;

FIG. **19** is a more detailed block diagram of the print system **79** (shown in FIG. **4**) incorporating the imposition-on-the-fly procedures of the present invention;

FIG. **20** is a flowchart illustrating the standard operation of the Level 2 PostScript® showpage operator;

FIG. **21** is a flowchart illustrating the program steps implemented by the redefined Postscript® initclip operator according to the imposition-on-the-fly procedures of the present invention;

FIG. **22** is a flowchart illustrating the program steps implemented by the redefined Postscript® transform operators according to the imposition-on-the-fly procedures of the present invention;

FIG. **23** is a flowchart illustrating the program steps implemented by the EnableVirtualDevice procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **24** is a flowchart illustrating the program steps implemented by the DisablePageDevice procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **25** is a flowchart illustrating the program steps implemented by the SetPortrait procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **26**A is a diagram illustrating the conversion of a portrait-oriented page to a landscape-oriented page according to the SetPortrait procedure of FIG. **24**;

FIG. **26**B is a diagram illustrating the conversion of a landscape-oriented page to a portrait-oriented page according to the SetPortrait procedure of FIG. **24**;

FIG. **27** is a flowchart illustrating the program steps implemented by the setvirtualdevice procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **28** is a flowchart illustrating the program steps implemented by the Imposejob procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **29** is a flowchart illustrating the program steps implemented by the ImposeFile procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **30** is a flowchart illustrating the program steps implemented by the MakeNull procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **31** is a flowchart illustrating the program steps implemented by the redefined EndPage procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **32** is a flowchart illustrating the program steps implemented by the redefined BeginPage procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **33** is a flowchart illustrating the program steps implemented by the Vsave procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **34** is a flowchart illustrating the program steps implemented by the Vrestore procedure according to the imposition-on-the-fly procedures of the present invention;

FIG. **35** is a flowchart illustrating the program steps implemented by the redefined Postscripts® save operators according to the imposition-on-the-fly procedures of the present invention;

FIG. **36** is a flowchart illustrating the program steps implemented by the redefined PostScript® restore operator according to the imposition-on-the-fly procedures of the present invention; and

FIG. **37** is a flowchart illustrating the program steps implemented by the redefined PostScript® grestore and grestoreall operators according to the imposition-on-the-fly procedures of the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. **1** illustrates a prior art method of producing books, for example, as shown in the above-identified Riley et al. '818 patent. During a publishing step **20**, the contents of one or more book versions are determined. Each version may comprise, for example, a set of standard or common pages. In addition, some of the versions may include one or more additional pages or other customized information. Thereafter, during a preliminary step **22**, color correction of color images is undertaken together with undercolor removal and screening for halftone images. During a pre-press step **24**, page imposition is effected and printing cylinders or plates are prepared. The plates or cylinders are then used during a printing step **26** to prepare signatures which are loaded into packer boxes (not shown). As noted in the Riley et al. '818 patent identified above, the signatures are then selectively collected on a gathering chain (not shown) during a book assembly step **28** and the gathered signatures are bound and trimmed to create the books. The books are thereafter distributed during a step **30** to users via one or more distribution systems, for example, the U.S. Postal Service.

As should be evident from the foregoing, customization occurs during the book assembly step **28**, inasmuch as the choice of particular signatures to be included in a book is made at that time. In addition, customized information can be printed onto selected signatures using an ink jet printer disposed adjacent the gathering chain. Thus, for example, addressee information can be printed by the ink jet printer on assembled books so that preprinted addressee labels need not be used. Other types of customization can be effected at this time, for example, by inserting or onserting cards into or onto a stack of collected signatures, affixing a specialized or customized cover on a gathered stack of signatures, or the like. Customization at this point in the production process is simpler and less expensive than, for example, separately printing each book version with customized information.

FIG. **2** illustrates a block diagram of a method **40** according to the present invention which may be used in place of the method of FIG. **1** to produce books. The method **40** includes a step **42** which utilizes the output of publishing and preliminary steps **36, 38** and produces books for distribution according to the step **30** of FIG. **1**. The step **42** creates one or more master and variable page files in, for example, a page description language (PDL) such as PostScript® (PostScript® is a trademark of Adobe Systems, Inc. for its page description language) representing pages to be produced. In addition, as noted in greater detail hereinafter, a press command file (also referred to as a "book ticket" file) is developed which specifies the manner in which data contained within the master and variable page files are to be merged to produce printed pages. The format of the press command file may be, for example, of the form specified by Barco Graphics of Gent, Belgium, which is particularly suited for control of a DCP-1 digital color press manufactured by Xeikon of Mortsel, Belgium. Alternatively, the format of the press command file may be of the form specified for control of a DocuPrint printer, manufactured by Xerox Corporation. Other demand printers include the IBM 3900 or Siemens 2090 Twin or 2140 Twin. It should be noted that the apparatus and method of the present invention are

US 6,952,801 B2

7

not limited to use with a particular type of demand printer or a particular system for controlling such a printer, inasmuch as the invention can be adapted for use with any type of printer or control whether located locally or remotely.

The master and variable page files and the press command file are converted by a collator and raster image processor (RIP) into bitmaps which may be stored in a memory. The stored bitmaps are used to control one or more demand printers and/or any other type of display device, such as a laser printer, a CRT, an LCD display or the like so that the device displays pages having fixed and variable information thereon. Alternatively, the master and variable page files may be premerged to create a plurality of combined files each representing a page to be reproduced with master and variable information. The combined files can be then sent to any type of printer or other display device, whether local or remote. Also, the combined files can be converted to a suitable format (e.g., Acrobat® PDF format) and transmitted to a remote location using a facsimile machine, e-mail, the Internet/worldwide web or other transmission medium, if desired. Advantageously, the combined files may be transmitted over the Internet or any other networked or linked computers, such as a company intranet. In this case, as electronic page containing customized data can be sent over the Internet/intranet to a user based upon user demographic(s), a user search and/or any other identifiable user interest(s). For example, a customized Internet page could be sent with links to other web pages of interest to a user or a customized page may be sent in response to a user search for information on a particular subject. Alternatively, or in addition, ads could be generated and sent as a web page to one or more users based upon user demographics. As a further example, personnel information concerning a particular employee may be sent to the employee in response to a request for information.

If the pages are to be displayed by rendering the pages on the demand printer, the assembled books may be bound and trimmed and, if desired, further customized, during a finishing step.

FIG. 3 illustrates a system **50** which implements the steps **36, 38** and **42** in the method **40** of FIG. **2**. A control unit **52**, which may be implemented by a personal computer or another type of computer, includes a memory **53** and stores therein data representing images to be printed. As noted in greater detail hereinafter, the data may be specified by a publisher using a personal computer **54** or any other type of computer and may comprise one or more template files specifying pages to be produced with master or fixed printed information (i.e., printed information which does not vary from book to book of the same version) and variable printed information (which typically varies from book to book). The variable information may be stored in a database created by the publisher and the template file(s) specify the locations on particular pages for variable information stored in the database, as noted in greater detail hereinafter.

If desired, image data may be obtained from any other type of device or devices, such as a scanner which scans input copy, data supplied over a network or any other source. The control unit **52** is further responsive to control and makeready files and causes one or more demand printing systems **62** to print desired pages. While three demand printing systems **62a**–**62c** are illustrated in FIG. **3**, it should be understood that the control unit **52** may operate a different number of demand printing systems, as desired. Also, the control unit **52** may operate a fax machine **64** and/or may communicate with other remote devices to send properly converted combined files, as desired and as noted above. In

8

the case of other remote devices, a modem **65** may be operated by the control unit **52** to transmit data representing one or more pages to be displaced by a display device at a remote location over phone lines (land lines and/or cellular) or a combination of phone lines and the Internet. Alternatively or in addition, the data may be sent to a local or remote location at least in part over an intranet or another computer network through a direct connection therewith. The combined files may be printed or may alternatively be reproducible in a different medium and/or may comprise a non-static image or other information, e.g., movies or audio.

The pages printed by the demand printing system **62** may be supplied to a finishing apparatus **66** which includes various auxiliary production devices and device interfaces for assembling the pages to produce finished books which are ready for distribution. The finishing apparatus **66** may include one or more gathering devices **70** for gathering printed pages into books, one or more ink jet printers **72** for printing additional customized information, such as addressee information, on each book, one or more label printers **74** for printing address labels and/or other control devices **76**. In addition, one or more detectors **78** may be provided to sense when a defective book is produced. The control unit **52** may be responsive to the output of the detector **78** to reorder a defective book at an appropriate point in the production sequence thereof so that advantage can be taken of postal discounts, if possible.

One or more components of the finishing apparatus **66** may be physically located on the demand printer (i.e. "online finishing"). Alternatively, the finishing apparatus **66** may be physically separate from the demand printer (i.e. "offline finishing").

FIG. **4** illustrates the demand print system **62a** of FIG. **3** in greater detail, it being understood that the systems **62b** and **62c** are functionally similar. The system **62a** includes a print system **79** having a press controller **80**, a collator **81** and a raster image processor (RIP) **82** which are operable in response to press commands generated by the control unit **52**. A collator is an electronic device for storing raster image processor files (i.e., bitmap files) and delivering selected files to a digital press in real time, such that the digital press can run at full speed while processing and printing unique page data for each book produced on the press. The RIP **82** converts the page files to bitmap format or any other format, such as a symbolic printer control language. The collator **81** includes memory in the form of mass storage drives and physical memory and collates the bitmap page files. If desired, the collator **81** and/or RIP **82** may comprise a part of the press controller **80**. The controller **80** instructs the collator **81** to send page files to a demand printer **84**. The print system **79** may comprise the PrintStreamer system, manufactured and marketed by Barco Graphics of Belgium, while the demand printer **84** may comprise the Xeikon DCP-1 digital color press noted above. Alternatively, the demand printer **84** may be a DocuPrint printer manufactured by Xerox Corporation and the RIP **82** may be a Xerox DocuPrint RIP. It should be noted that a different print system and/or demand printer may alternatively be used, such as the Indigo printer manufactured by Indigo NV, of Maastricht, Netherlands, if desired.

FIG. **5** illustrates in diagrammatic generalized form the method of the present invention. For the purpose of explaining the present invention, as an example, it will be assumed that the demand print system **62a** will be operated to produce a number of multiple-page books in the form of a brochure in duplex (or "saddle-stitch") format. FIGS. **6a** and **6b** illustrate four pages **P1**–**P4** printed on a single sheet of paper

100 and to be included in a brochure. The sheet of paper 100 includes a first side 100a with printed pages P1, P4 thereon and a second side 100b with pages P2, P3 printed thereon. (As will become evident hereinafter, the use of designations P1–P4 is not meant to imply that such pages will necessarily become pages 1, 2, 3 and 4 of the finished book.) In addition, pages P1–P4 are imposed such that the page P1 is placed on a right-hand portion 100a–r of the side 100a while the page P4 is placed on a left-hand portion 100a–l of the side 100a. Further, the page P2 is placed on a left-hand portion 100b–l of the side 100b while the page P3 is placed on a right-hand portion 100b–r of the side 100b. In this fashion, when the sheet of paper 100 is folded along a fold line 102 with the pages P1 and P4 on the outside, the pages P1–P4 appear in sequence. (The format shown in FIGS. 6A and 6B is often referred to as "saddle stitch" imposition and is commonly used in magazines.) Because each book is to be produced in this example includes multiple sheets of paper (or "forms"), each folded once along a fold line, the imposition process takes into account shingling effects but not bottling effects. It should be noted that such effects will generally have to be taken into account when more than two pages are to be printed on a single side of a sheet of paper and thereafter folded multiple times and assembled with other multiple-folded printed sheets of paper to create a book.

In addition to the foregoing, in the first example, assume that the pages P1 and P4 will become the outside front and back covers, respectively, of a finished book and include variable and fixed information thereon. Further, assume that the pages P2 and P3 will become the inside front and back covers, respectively, (as must be the case if P1 and P4 are the outside front covers) and include fixed information only thereon. For example, the page P1 may include variable information in the form of a personalized message, a variable image, or the like in an area 110 whereas the page P4 may include other variable information in an area 112, for example, postal information for mailing the brochure to an addressee. Corresponding front and back pages of the remaining books may include different variable information. The remaining printed information on pages P1–P4 may be identical to the printed information on corresponding pages of remaining books.

The books to be produced may include the same or differing number of forms and may have the same or differing numbers of pages. For example, the pages P1–P4 may be assembled with a first number of other forms printed with twelve additional pages to produce a first book having sixteen pages. Another book to be produced in the same run may include some or all of pages P1–P4 and a second number of forms printed with twenty other pages, some of which may or may not be identical to the twelve additional pages of the first book. Filler pages may be placed in some or all books to cause such book(s) to have a certain number of pages. This may be necessary or desirable to result in a book length which is evenly divisible by four (in the event pages are imposed as two-page spreads) and/or to insure that particular page(s) appear on the left-hand or right-hand side in the finished book.

In fact, the books to be produced in the same press run may be different in terms of page content and/or appearance, book length, book size (by changing page imposition parameters), book version, etc . . . Specifically, for example, the pages of FIGS. 7a, 7b and 8a, 8b may be produced and assembled in different book versions together with the book version incorporating the pages of FIGS. 6a and 6b in the same production run or job. Pages P5–P8 of FIGS. 7a and 7b are identical to the pages P1–P4, respectively, of FIGS.

6a and 6b except that an additional area 113 is provided on the page P5 for placement of variable information, in addition to the areas 110 and 112. Because of the addition of the area 113, the remaining master information appearing in an area 114 differs from master information appearing in an area 116 of the page P1 of FIG. 6a.

The book version incorporating eight pages P9–P16 of FIGS. 8a and 8b differs from the book versions incorporating the pages of FIGS. 6a, 6b and 7a, 7b not only in terms of content of master and variable information, but also number of pages and page size. Specifically, the pages P9, P12, P13 and P16 are to be printed on a first side 117a of a sheet of paper 118 and the remaining pages P10, P11, P14 and P15 are to be printed on a second side 117b of the sheet 118. In addition, the pages P11–P14 are printed upside down relative to the remaining pages so that, when the sheet 118 is folded first along a fold line 119a and then along a fold line 119b, the resulting pages P9–P16 appear in order. Thereafter, the folded sheet 118 is trimmed to separate the pages P9–P16. As should be evident, the pages P9–P16 are one-half the size of the pages P1–P8, and further include different master and variable information thereon. The demand printer may also have multiple paper trays to select different paper sizes, stocks, colors, etc. or preprinted sheets to be included in the finished book.

Referring again to FIG. 5, one or more template files 106 are developed by a publisher specifying the content (including appearance) of fixed information and the positioning of all information (i.e., fixed and variable) on the different books or book versions. A database 108 is also developed by the publisher using the personal computer 54 specifying the content of variable information to be placed in variable information areas, for example, the areas 110, 112 on the pages P1, P4, respectively, of FIGS. 6a and 6b. The database 108 further includes control information, as noted in greater detail hereinafter.

The template files 106 include data specifying the position and content of fixed information on the pages to be printed. Specifically, the template files 106 define template pages wherein each template page includes data representing any fixed information to be reproduced on corresponding pages of the books or book versions and area data representing any area(s) on the corresponding pages where variable information is to be reproduced. The template files are duplicated to create working files. One set of working files is stripped of all area data relating to placement of variable information to create stripped master page files 120 defining template pages having only fixed information thereon. The stripped master page files are then converted into PDL master page files 122 expressed in a page description language, such as Post-script®.

Optionally, the PDL master page files 122 may be converted into two-pages spreads by a page make-up program such as QuarkXPress®. Preferably, however, the PDL master page files 122 are provided to the print system 79 and imposed according to the imposition processes of the present invention, as explained in detail below.

A further set of working files is stripped of all fixed information to create stripped variable page files 126 defining template pages having fixed information removed therefrom and further having the area data defining the areas 110, 112. The data representing template pages having variable information thereon are expanded into a set of intermediate page files. In the example of FIGS. 6a and 6b and under the assumption that three books are to be printed, two intermediate page files 130, 132 are thus produced. The file 130

US 6,952,801 B2

11                                                12

includes a file portion P1-*a* defining the position of variable information to be produced on the page P1 for the first book. Two other file portions P1-*b* and P1-*c* define the position of variable information to be produced on the front outside covers of the remaining two books. In like fashion, file portions P4-*a*, P4-*b* and P4-*c* represent the position of variable information to be reproduced on the back outside covers of the three books. At this point, data is also contained in each of the files 130, 132 identifying the entries in the database 108 to be placed in the areas 110, 112 during printing.

The files 130, 132 are then converted into variable page files 134, 136. The files 134, 136 are identical to the files 130, 132, respectively, except that the data in each file identifying entries in the database are replaced by the actual data stored at such entries. The files 134, 136 are then converted into files 137, 138 in a PDL format, for example, PostScript®.

Like the master PDL files 122, the variable PDL files 137, 138 may be converted into two-page spreads by a page make-up program such as QuarkXPress®. Preferably, however, the variable PDL files 137, 138 are provided to the print system 79 and imposed according to the imposition procedures of the present invention, as explained in detail below.

The print system 79 operates in response to the press commands in a press command file 140 and merges the PDL master page files 122 with the PDL variable files 137, 138 to create the finished books or book versions. Alternatively, the master page files 122 may be premerged with the PDL variable files 137, 138 before the files are provided to the print system 79.

FIG. 9 illustrates a flow chart of programming executed by the personal computer 54 for creating the template file(s) 106 of FIG. 5. The programming may be written as an extension of QuarkXPress®, a page make-up program distributed by Quark, Inc. of Denver, Colo. The QuarkXPress® program may be adapted for operation on the Apple® Macintosh® operating system or any other operating system, such as the Microsoft Windows® operating system. Alternatively, a different page make-up program may be used, if desired.

During the make-up process for a document consisting of one or more pages, a template file is created for each book version to be produced, or, where a book is to include two or more parts (referred to as "sections" hereinafter) a template file may be created for each section. At a block 150 a user may select an area of a page for reproduction of variable information therein, at which point a line object, a text object or an image object may be selected. A block 152 then checks to determine which type of object has been selected. If a text object has been selected, indicating that variable text is to be inserted at a point defined by the current cursor position on the computer display, the name of the appropriate field in the database 108 is inserted into the template file at the insertion point defined by the current cursor position by a block 154. If the user wishes to designate more areas for variable information (block 156) control returns to the block 150 to await selection by the user. If the user then selects an image object, a box is defined by the user to contain an image at a desired location on a selected page. Control from the block 152 thereafter passes to a block 158 which inserts a dummy picture file and an indication of the proper database field name in the template file for the page at the location indicated by the current cursor position. The user will thereafter see the dummy picture file at the insertion point on the display of the computer 54 when the page is viewed. The dummy picture file will display an indication of which database field will be used for insertion on the respective pages.

Following the block 158, a block 160 prompts the user to enter an indication of whether the image object is to be displayed in one of several display formats. If the image is to be displayed in other than the original size thereof, a block 162 sets a subname defined for the image to "fit," indicating that the image is to be scaled to fit the box. If the image is to be displayed in the original size thereof, a block 163 prompts a user to select a position for the image at a particular location in the box defined therefor, such as the upper left-hand corner, the lower right-hand corner, or the like. If the user does not select a position, the image is placed in the upper left corner of the image box. Control thereafter proceeds to the block 156.

If the block 152 determines that a line object has been selected, control returns directly to the block 150, inasmuch as variable information cannot be entered into a line object. The resulting page template file(s) are stored on a storage medium, such as an optical disc or other storage device, and/or the file(s) are downloaded together with the database to the control unit 52.

At any point during the page make-up process, other functional aspects of the QuarkXPress® program may be invoked to both master and variable aspects as necessary to produce finished pages.

The database 108 is assembled by creating an ASCII file having a plurality of records wherein each record includes one or more fields entered into the database in tab-delimited format (i.e. the fields are separated from one another in each record by tab keystrokes and the records are separated from one another by line returns) and wherein the fields are arranged under field names of a header. Each field may include text to be reproduced on a page or a name of an image file stored in the memory 53 and defining an image to be reproduced on a page.

In addition to the foregoing data, the database 108 may include an optional field designating the number of copies of each book to be produced, an optional townsort image field, a version identification field indicating book version number if multiple book versions are to be produced, an optional distribution list field, control data and the like.

A sample database is set out below having a header consisting of twelve fields (i.e., "version," "addressline1," "addressline2," etc.) and a number of records, nine of which are shown, each having twelve fields:

| Version | Address line1 | Address line2 | Address line3 | Address line4 | Address line5 | Price 1 | Image 1 | Price 2 | Copies | Barcode | Townsort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | William Doe | 123 Elm | Chicago | Illinois | 606248923 | $22.95 | Shoes | $21.95 | 1 | 1606248923! | |
| 03 | Hugh Jorgensen | 56 Maple | Chicago | Illinois | 606248923 | $21.95 | Shirt | $20.95 | 1 | 1606248923! | |
| 02 | Jay P. Morgan | 1313 Park | Chicago | Illinois | 606248924 | $24.95 | Pants | $22.95 | 1 | 1606248924! | ■ |

US 6,952,801 B2

13      14

-continued

| Version | Address line1 | Address line2 | Address line3 | Address line4 | Address line5 | Price 1 | Image 1 | Price 2 | Copies | Barcode | Townsort |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | Joe Louis | 819 Elm | LaGrange | Illinois | 605251093 | $19.95 | Pants | $18.95 | 1 | 6052510935 | |
| 03 | John Smith | 926 Cossit | LaGrange | Illinois | 605251093 | $19.95 | Shoes | $15.25 | 1 | 16052510935 | |
| 01 | Len Johnson | 882 Monroe | LaGrange | Illinois | 605251093 | $19.95 | Shoes | $17.25 | 1 | 16052510935 | |
| 02 | Janet Cizmar | 916 Monroe | LaGrange | Illinois | 605251094 | $24.95 | Pants | $21.95 | 1 | 16052510945 | ■ |
| 03 | Jay Schroeder | 88 W. 77th | Brookfield | Illinois | 605241391 | $21.95 | Shirt | $19.95 | 1 | 16052413915 | |
| 03 | Danielle Johnston | 129 Madison | Brookfield | Illinois | 605241391 | $22.95 | Shirt | $19.95 | 1 | 16052413915 | ■ |

In the example of FIGS. 6a and 6b, the field names ADDRESSLINE1 through ADDRESSLINE5, BARCODE and TOWNSORT may appear in the area 112 and one or more of the field names PRICE1, IMAGE1 AND PRICE2 may appear in the area 110. The COPIES field may be used as a control code to select the number of book copies to be produced.

Once the template file(s) 106 and the database 108 are assembled, the programming of FIGS. 10a–10f may be executed by the control unit 52 to create the master page file 122, the final variable page files 137 and 138, and the press command file 140. Referring first to FIG. 10a, a block 170 prompts a user to select a template file 106 and a block 172 opens the database 108. A block 174 then reads and stores in a list the database field names for later reference and a block 176 prompts a user to enter information indicating a section number and whether pages are to be printed in simplex (i.e., single-sided) or duplex (i.e., double-sided) format. The section number identifies the order in which multiple sections are to be processed for a particular book. The user may also be prompted to enter a selective processing code identifying a particular book version to process if multiple versions are to be produced during a single press run.

Following the block 176, a block 177 begins the process of stripping variable information from the template file opened by the block 170 to obtain the stripped master file 120 of FIG. 5. The block 177 selects a first page for processing and a block 178 checks to determine whether there are any images in the template file and, if images are located, a block 180 selects a first image.

A block 182 identifies the file name for the image and a block 184 checks the field list to determine whether the file name is included therein. If the file name for the image is included in the field list, then the image comprises variable information and a block 186 deletes the image block. A block 187 then identifies and saves the image box location on the page, the characteristics of the image box, such as the size, skew, background color and subname and the like and further saves the field name of the image from the database 108. Also, a counter in the memory 53 which tracks the number of variable image boxes on the page is incremented.

Otherwise, if the block 184 determines that the file name is not in the field list, then the image contains only master information. A block 188 then also saves the image box location on the page and the characteristics of the image box. Also, a counter in the memory 53 which tracks the number of master image boxes on the page is incremented.

A block 189 then checks to determine whether all images have been processed. If not, a block 190 selects a next image

and control returns to the blocks 182–189. Control remains with such blocks until the block 189 determines that all images have been processed and control then passes to a block 192. Control also passes to the block 192 from the block 178 should the latter determine that there are no images in the template file.

The block 192 determines whether any text boxes are present in the open template file. If at least one text box is present, a block 194 selects and parses a first text box and a block 196 (FIG. 10b) checks to determine whether the text box includes at least one of the field names of the database 108. If so, then it has been determined that the text box includes variable information and a block 198 deletes the text box. A block 199 then stores the text box location, the insertion points in the text box at which variable information is to be printed and the characteristics of the text box and the field names of the database 108 identified in such text box in the memory 53. In addition, a variable text box counter is incremented representing the number of variable text boxes appearing on each page.

Otherwise, if the block 196 determines that the text box does not include any field names from the database, then the text box contains only master information. A block 200 stores the text box location in the memory 53. In addition, a master text box counter is incremented representing the number of master text boxes appearing on each page.

Control then passes to a block 202, which checks to determine whether all text boxes in the template file have been processed. If not, a block 204 selects and parses the next text box in the template file and control returns to the blocks 196–202. Control remains with such blocks until all text boxes have been processed, whereupon a block 206 determines whether all pages have been processed. If not, a block 208 selects a next page and control returns to the block 178 (FIG. 10a). Otherwise, a block 210 saves the resulting file as the stripped master file.

Alternatively, if a page contains a lot of formatting information (i.e. tabs, fonts, etc.), a rich text file (which includes such formatting information) may be created offline from the database. The text box may then open the rich text file and read the information from the file. The use of the rich text file speeds up the processing time.

Also, once a placeholder on a page has been "filled in" with information from the database field, the program may mark the corresponding text or image box as "touched." Thus, if the text or image box is "untouched," the program can skip processing of that text or image box, also speeding up the total processing time.

Control also bypasses the blocks 194–202 and proceeds directly from the block 192 to the block 206 if the block 192 determines that there are no text boxes in the open template file.

US 6,952,801 B2

15

Following the block **210**, a block **212** converts the stripped master file into the PDL master page file **122** of FIG. **5**. At the same time, an initialization (or INI) file may be created. The format and existence of the INI file depends on the type of demand printer utilized. For example, the DocuPrint demand printer does not require the use of an INI file. However, the Barco RIP requires the use of an INI file.

The INI file (in ASCII code) for the Barco RIP is created according to the following format:

    name: [file path\name]
    psx: [dimension]
    psy: [dimension]
    ssx: [dimension]
    ssy: [dimension]
    posx: [dimension]
    posy: [dimension]
    duplex: [zero or one]
    orientation: [zero or one]
    output: [filename]
    copies: [number]

Where "psx" and "psy" refer to finished page sizes in x and y directions, "ssx" and "ssy" refer to cut sheet size in x and y directions, "posx" and "posy" refer to offsets in x and y directions specifying placement of each page on a cut sheet, "duplex" refers to single or two-sided printing, "orientation" refers to portrait or landscape printing, "output" refers to the name of the output file and "copies" refers to the number of copies to be printed. A sample INI file which specifies parameters for printing of a file called MYJOB.PS is as follows:

    Name: C:\jobs\myjob.ps
    psx: 8000
    psy: 11000
    ssx: 11500
    ssy: 9000
    posx: 150
    posy: 150
    duplex: 1
    orientation: 1
    output: myjob.ps
    copies: 1

In the foregoing example, one copy of the file MYJOB.PS is to be printed in duplex and portrait formats at an offset of 0.15×0.15 inches from a corner of a finished sheet of paper 8×11 inches cut from a sheet originally having dimensions of 9×11.5 inches.

For the DocuPrint (or any other demand printer which does not use an INI file), a queue is created which contains the same parameters (and potentially additional parameters which may invoke the functionality of an inline finisher, or other apparatus) as the INI file.

Following the block **212**, a block **214** then reopens the same template file originally opened by the block **170** and deletes all the master image and text boxes. A block **216** than saves the resulting file as the stripped variable file **126** of FIG. **5**.

A block **218** then creates a temporary file containing a table of the current page number and a number representing the name of the database field placed by the block **154** at the insertion point. The file is called, for example, *.VARS (where * is a user-selected file name). The *.VARS file thus contains pairs of page numbers and database column numbers that indicate where in the database variable information

16

for the page comes from. For example, the *.VARS file may contain the following information:

| | |
|---|---|
| 1 | 7 |
| 8 | 43 |
| 9 | 44 |
| 10 | 45 |
| 11 | 46 |
| 11 | 47 |
| 13 | 50 |
| 14 | 52 |
| 15 | 50 |
| 15 | 51 |

In the example above, page 1 contains variable data from column 7 of the database, page 8 contains variable data from column 43 and page 11 contains variable data from column 46 and 47. Further, the *.VARS file may contain separate pairings for images and text.

Control then passes to block **242** (FIG. **10**c) which creates a working copy of the stripped variable file **126**. A first page having variable data thereon is selected and data representing the remaining pages in the file are deleted by a block **244**. In the example of FIGS. **6**a and **6**b, the block **244** creates a file defining the front cover of a book with all fixed information deleted therefrom and an area reserved for variable information.

Following the block **244**, a block **246** selects a first record in the database **108** and a block **248** reads the record. An optional block **250** checks to determine whether a selective processing code has been entered by the user indicating that the page is to undergo selective page processing. As noted above, the apparatus and method of the present invention may be utilized to produce not only books of a single version (i.e., where corresponding pages differ only in terms of the variable information stored in the database) but also books of different versions. In the latter case, the books of different versions have different fixed and variable information. The fixed and/or variable information may vary in terms of content or appearance (i.e., style, location, rotation, position, etc.) or both in different versions.

If the block **250** determines that selective page processing is to be undertaken, then a block **252** checks to determine whether the database record read by the block **248** is to be utilized on the page currently under consideration. The block **252** accomplishes this by checking the version identification field in the database to determine if that version is being used. If this is not the case, a block **253** checks to determine whether the record currently under consideration is the last in the database. If so, control passes to a block **294** of FIG. **10**e. Otherwise, a block **254** selects a next record in the database **108** and control returns to the block **248** where the next database record is read.

If the block **250** determines that selective page processing is not to be undertaken, or if the block **252** determines that the record read by the block **248** is to be used in the page currently under consideration, a block **256** duplicates the data representing the page remaining after execution by the block **244** to initiate development of one of the files **130** or **132**. In the first pass through the block of FIG. **10**c, and in connection with the example of FIGS. **6**a and **6**b, the block **256** creates the file **130** and develops page data representing a first version of the page P1-a and adds further variable information to such page data during immediately succeeding passes through the program. Thereafter, data representing the remaining pages P1-b, P1-c and P4-a through P4-c are created and variable information is added to such pages serially during subsequent passes.

US 6,952,801 B2

17

A block **258** checks to determine whether there are any image boxes on the page and, if so, a block **260** selects a first image box. A block **262** then inserts the image identified by the database field into the image box. A block **264**, FIG. **10***d*, checks the subname to determine whether the block **162** of FIG. **9** has indicated that the image should be sized to fit the image box. If this is true, a block **266** performs the scaling. Otherwise, a block **268** positions the image in the image box at the position specified by the user and a block **270** checks to determine whether all image boxes have been processed. Control also passes from the block **266** directly to the block **270**, thereby skipping the block **268**. If not all image boxes have been processed, a block **272** selects a next image box on the page and control returns to the blocks **262–270** so that remaining image boxes are serially processed.

Once the block **270** determines that all image boxes have been processed, or immediately following the block **258** of FIG. **10***c* if no image boxes are found on the page, a block **274** checks to determine whether there are any text boxes on the page and, if so, a pair of blocks **276, 278** select a first text box and a first insertion point in such box. Blocks **280, 282** and **284** serially insert text data stored in the database **108** at the appropriate insertion points in the text box. Once all of the variable text data have been inserted into the text box, a block **286** recomposes all text in the text box so that the text obtains a neat finished appearance. The recomposition process is automatically undertaken by the QuarkXPress® program once the variable information is inserted into each text box. The recomposition process is responsive to the user commands as applied to the template file page, such as left, right, center, or full justification, hyphenation and the like. Following the block **286**, a block **288**, FIG. **10***e*, checks to determine whether there are remaining text boxes to be processed on the page and, if so, a block **290** selects the next text box on the page and control returns to the blocks **278–288** to insert text information into such text boxes.

Once the block **288** determines that all text boxes for the page have been processed, the programming required to produce one of the pages of the file **134** of FIG. **5** having variable information only thereon is complete. A block **292** then determines whether all records in the database have been considered for inclusion in additional variable pages of the file **134** to be produced. If not all records have been considered, control returns to the block **254**, FIG. **10***c*, where the next database record is identified and read. On the other hand, if all pages of the file **134** have been produced by considering all records in the database **108**, a block **294** converts the file data into Postscript® or another PDL format to create the variable page file **137** of FIG. **5**. Also, an INI file is created as before, except that the "duplex" or "twin-plex" parameter is set to command simplex printing only. If necessary or desirable, should the press run length exceed a certain limit, the programming may be modified to create more than one variable page file for each variable page of the template file.

Following the block **294**, a block **296** checks to determine whether there are other variable pages in the stripped variable page file to be processed. If this is true, a block **298** retrieves a copy of the stripped variable file, selects the next variable page therein and deletes remaining pages there-from. Control then returns to the block **246** of FIG. **10***c*. In the example of FIGS. **6***a* and **6***b*, the back cover **P4** and the corresponding pages of the remaining books are now selected for processing. In the fashion noted above, a file representing the variable portions of such pages is produced by developing the file representing the pages **P4-***a* through **P4-***c* and inserting the database information into such file to obtain the variable page file **136** and the PDL version **138**.

18

Following generation of the variable page files **134, 136**, and **137, 138** control passes to a block **300** which checks to determine whether a press command file has already been created. If not, a file is created by a block **302** having placeholder comments indicating where in the press command file individual press commands are to be placed for each book to be produced. The press command file may also include data from one or more fields of the database **108** identifying an intended recipient of each book to be produced to assist in reproducing books found to be defective or to produce sample books. At this point, the press command file for the example of FIGS. **6***a* and **6***b* may be as follows (using data from the sample database set out above):

;RECORD1

;:WILLIAM DOE:606248923

;ENDRECORD

;RECORD2

:HUGH JORGENSEN:606248923

;END RECORD

;RECORD3

;:JAY P. MORGAN:606248924

;END RECORD

Following the block **300** (if the press command file already exists) or the block **302** a block **304** selects the first database record and a corresponding first record in the press command file. A block **306** then checks to determine whether the template file currently being processed includes the selected database record. If not, a block **308** determines whether all pages have been processed, and if this is not the case, the next record in the database **108** and a corresponding record in the press command file are selected. Control then returns to the block **306**. If the block **306** ascertains that the template file includes the selected record, a block **312** inserts an indication of the section number in the press command file at an appropriate point if the section number is not already present. If the section number is present already, the press command identified by the section number entered by the user at the block **176** is identified to be overwritten at a later point. The press command file now appears as follows for the example of FIGS. **6***a* and **6***b:*

RECORD1

;:WILLIAM DOE:606248923

;SECTION 1

;ENDSECTION

;ENDRECORD

;RECORD2

;:HUGH JORGENSEN:6062488923

;SECTION 1

;ENDSECTION

;END RECORD

RECORD3

;:JAY P. MORGAN:606248924

;SECTION 1

;END SECTION

;END RECORD

Following the block **312**, a block **314**, FIG. **10***f*, selects a first page of the section and a block **316** checks the state of a flag stored in the memory **53** to determine whether a simplex or duplex job has been requested. If a simplex job has been requested, the file name and page number of the master page file and, if variable information is to appear on the page, the file name and page number of the variable page file for the selected page are stored as a single set pair in the

US 6,952,801 B2

19

memory **53** by a block **318**. The determination of whether variable information is to appear on the selected page is accomplished by summing the contents of the variable image box counter and the variable text box counter as incremented by the blocks **220** and **234** of FIG. **10***b*.

A block **320** checks to determine whether all pages have been processed and, if not, the next page is selected by a block **322** and control returns to the block **316** for processing of such page. If all pages have been processed, control passes to a block **324** which determines whether all database and press command records have been processed. Control also passes to the block **324** if the block **308** determines that all pages have been processed. If not all records have been processed at this point, control returns to the block **310** where the next records in the database and press command file are selected.

If the block **324** determines that all records for the current section have been processed, a block **326** determines whether another section is to be processed and, if so, control returns to the block **170** of FIG. **10***a*. If there is not another section to be processed, the press command file has been fully assembled, and hence the process terminates.

If the block **316** determines that a duplex job is to be effected, control passes to a block **328** which stores in the memory **53** a command identifying the file names and page numbers of the master page file (as well as corresponding information relative to variable page files, if variable information is to appear) as two-set pairs. Control from the block **328** then passes to the block **320** described above.

The result of the programming of FIGS. **10***a*–**10***f* is a press command file having a sequence of press commands which cause printing of pages in a desired order. In order to print the sample pages of FIGS. **6***a* and **6***b*, the press command file would read as follows:

```
BOOK A
;RECORD1
;:WILLIAM DOE:606248923
;SECTION 1
"file.m"1@"file.v1"1|"file.m"2
"file.m"3|"file.m"4@"file.v4"1
;ENDSECTION
;ENDRECORD
;RECORD2
;:HUGH JORGENSEN:606248923
;SECTION 1
"file.m"1@"file.v1"2|"file.m"2
"file.m"3|"file.m"4@"file.v4"2
;ENDSECTION
;ENDRECORD
;RECORD3
;:JAY P. MORGAN:606248924
;SECTION 1
"file.m"1@"file.v1"3|"file.m"2
"file.m"3|"file.m"4@"file.v4"3
;ENDSECTION
;ENDRECORD
ENDBOOK
PRINTRUN R
BOOK A
ENDPRINTRUN
```

In the foregoing example, "file.m" is a file name identifying the master page file **122** and "file.v1" and "file.v4" are

20

file names identifying the variable page files **137** and **138**, respectively. The number following each file name designates a particular page of the file identified by the file name. Thus, for example, "file.m"1 designates the first page of the master file "file.m" and "file.v1"2 designates the second page of the variable page file "file.v1." The @ sign means to associate the pages of the files linked by such sign (i.e. overlay the variable pages on the master pages). The vertical line in the commands indicates that the page(s) on the left side of the vertical line are to be printed on the front side of a piece of paper whereas the page(s) on the right side of the vertical line are to be printed on the reverse side of the piece of paper. In an example of simplex printing, no file name would appear to the right of the vertical line in each command.

FIG. **11** illustrates the programming implemented by the control unit **52** to generate a page description language instruction set specifying which pages should be printed and how the pages should be positioned (or imposed) for printing. The page description language instruction set may be incorporated into the press command file **140** or may be provided as a separate file to the print system **79**. For purposes of illustration, the page description language instruction set is written in Postscript® in the format dictated by the Xerox DocuPrint printer. Further, the instruction set is directed to books printed in "saddle stitch" imposition format (i.e. 2 pages on each side of sheet) as explained in connection with FIGS. **6**–**8**. It is understood, however, that the invention could easily be modified for use with a different demand printer (i.e. the Xeikon Barco printer) and/or imposition format (i.e. 4 pages on each side of sheet).

Referring to FIG. **11**, the programming begins at a block **340** which prompts a user to specify certain information to be used to paginate the book. A variable ("MAXPGS") representing the maximum number of supplied pages that may or may not be assembled into a single book during the job is specified together with the identification of a filler page that may or may not be printed and assembled in a book either on a left-hand or a right-hand portion thereof. Also, the user is prompted to specify for each page whether such page will be forced to be on the left side of a book, the right side of a book or will not be forced to a particular book side. In the event a page is to be forced to a side, the user is prompted to specify the page file name and page number for a filler page to precede the forced page. Still further, the user is prompted to specify for each page whether such page is:

1) A Master Page—contains the same information and is included in every book;

2) An Always Variable Page—contains variable information and is included in every book; or

3) A Selectively Variable Page—contains variable information and is selectively included in selected books.

In so specifying the foregoing, the user creates a pagination file (called, for example, *.PAG, where * indicates a file name selected by the user). A sample window generated by the block **340** to prompt a user for the information needed to create the pagination file is shown in FIG. **12**.

Referring again to FIG. **11**, following the block **340**, a block **342** opens the press command file **140** and a block **344** selects the appropriate database files, including the variable information file (*.vars), the pagination file (*.pag), and (optionally) a barcode file. As set forth above, the *.vars file is a temporary file of pairs of page numbers and database column numbers that indicate where in the database variable information for the page comes from.

The barcode file is a page description language file (for example, a PostScript® file) which contains instructions for

21

printing the sequential page numbers and/or a tracking bar code on the pages of the completed book. The barcode file will be explained in detail below.

The programming then proceeds to the loop containing blocks 346, 348, 350, 352 and 354. The block 346 takes each record (or book) in the press command file 140 in sequential order. For each record, the block 348 determines which pages should be printed to generate that particular book. Next, the block 350 determines whether the pages to be printed should be forced to the right hand or left hand side of the book and the block 352 "pads" the pages to be printed to be a multiples of the number of pages to be printed on a sheet (in our example, 4) by adding appropriate filler pages. Next, the block 354 generates the PostScript® instruction set and the programming returns to the block 346 to retrieve the next record in the press command file 140. The loop repeats for each record in the press command file 140.

FIG. 13 illustrates in detail the programming steps implemented by the block 348 of FIG. 11, which determines which pages should be printed for a particular record in the press command file 140. A block 360 first retrieves the first page in the record. A decision-making block 362 then determines whether the page is from a new file that is to be "imposed-on-the-fly with offsets." (Imposition-on-the-fly with offsets is one of the imposition formats of the present invention, which will be explained in detail below.) If yes, a block 364 calculates and saves the offsets for all the pages in the file. After the block 364 calculates and saves the offsets or if the block 362 is false, a decision-making block 366 then determines whether the page is a master page (i.e. does not include any variable information placeholders). If the page is a master page, the page should always be printed and a block 368 "marks" the page to be printed. The block 368 may "mark" the page by adding it to a page print array. The page print array contains the page number and a marker to indicate the disposition of the page. For example, pages that should not be printed are designated with a "0"; master pages (always printed) are designated with a "1"; and variable pages to be printed are designated with a "2".

If the block 366 determines that the page is not a master page (i.e. it's a variable page), a decision-making block 370 determines whether the variable page should be printed at all times. (This was designated by the user at the block 340 in FIG. 11 during creation of the pagination file.) If yes, the block 368 marks the page to be printed. If no, a decision-making block 372 determines whether the page has any variable placeholders with valid data. In other words, the block 372 determines whether there is any variable information from the database to be printed on the page. If yes, the block 368 marks the page for printing. The program then returns to the block 360 to retrieve the next page from the record until all the appropriate pages have been marked for printing.

FIG. 14 illustrates in detail the programming steps implemented by the block 350 of FIG. 11 to determine whether the pages should be forced to the left or right hand side of the book. A block 380 first initializes a left/right (L/R) counter variable to its default value of right because it is assumed that the first page of the book will be on the right side. Next, a block 382 retrieves the first page from the record that is marked "should print" and a block 384 determines whether the user has specified whether the page should be forced to the left or right side. (This was designated by the user during creation of the pagination file at block 340 of FIG. 11). If the user has not specified that the page should be forced, a block 386 flip-flops the L/R counter such that if it was set to right it is changed to left and if it was set to left, it is changed to

22

right and the program returns to the block 382 to retrieve the next "should print" page in the record.

Alternatively, if the block 384 determines that the user has specified that the page should be forced left or right, a block 388 determines whether the user specification matches the orientation of the page (i.e. is it the same as the L/R counter). If yes, the block 386 flip-flops the L/R counter and returns to the block 382 to retrieve the next "should print" page in the record. Otherwise, a block 390 marks an appropriate filler page (which was identified by the user during creation of the pagination file) to be printed and the program returns to the block 382 to retrieve the next "should print" page in the record.

FIG. 15 illustrates in detail the programming steps implemented by the block 352 of FIG. 11 to "pad" the pages into a multiple of the number of pages to be printed on a sheet. In our example, using "saddle stitch" imposition, four pages are printed on a sheet (2 pages per side). Therefore, filler pages may need to be added to ensure that the total number of pages in the book is a multiple of 4. A block 392 first counts the number of pages in the record that have been marked to print. This includes all the master and variable pages that were marked by the block 368 of FIG. 13 as well as any filler pages that were marked by the block 390 of FIG. 14. Next, a block 394 determines whether the total number of pages is a multiple of 4. If not, a block 396 adds the appropriate number of filler pages to make the total number of pages a multiple of 4. For example, if the block 392 determines that 18 pages are marked to print, the block 396 will add 2 filler pages to make the total number of pages in the book equal to 20 (a multiple of four). The program then returns to the block 354 of FIG. 11 which generates the PostScript® instruction set.

The PostScript® instruction set specifies how the pages marked to print should be positioned (or imposed) for printing. In our example, for a "saddle-stitch" imposition format, and assuming a 12 page book, the block 354 generates an instruction specifying that the pages should be positioned as shown in the following table:

| Sheet No. | Side No. | Left Side | Right Side |
|-----------|----------|-----------|------------|
| 1 | 1 | Page 12 | Page 1 |
| 1 | 2 | Page 2 | Page 11 |
| 2 | 1 | Page 10 | Page 3 |
| 2 | 2 | Page 4 | Page 9 |
| 3 | 1 | Page 8 | Page 5 |
| 3 | 2 | Page 6 | Page 7 |

It is understood that a different instruction set could be generated (by an imposition program) to impose and print the pages in a different format (i.e. four pages per side) or alternatively, a different number of total pages.

After the block 354 generates the imposition instruction set, the pages are imposed and printed according to an imposition procedure of the present invention. The first imposition procedure of the present invention utilizes an artificial PostScript® operator called "GetTIFF", which is recognized by the Xerox DocuPrint RIP, wherein page files are preprocessed to TIFF ("tagged image file format") format before being provided to the RIP. The second imposition procedure of the present invention (referred to as "imposition-on-the-fly") involves downloading imposition programs to the RIP which redefine various PostScript® operators to automatically position pages while each page is being interpreted.

A user is prompted to specify various information needed for imposition and printing, including the sheet size (i.e.