IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant, | C.A. 06-032-JJF |

**CREO, INC.'S, NEXPRESS SOLUTIONS, INC.'S, KODAK VERSAMARK, INC.'S, EASTMAN KODAK COMPANY'S, AND KODAK GRAPHIC COMMUNICATIONS COMPANY'S THIRD NOTICE OF DEPOSITION <u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)</u>**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants Creo, Inc., NexPress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company (collectively, "Defendants") will take the deposition upon oral examination of Plaintiff R.R. Donnelley & Sons Company ("RRD") on the topics set forth in the attached Schedule A, through one or more of RRD's officers, directors, or managing agents, or other persons who consent to testify on RRD's behalf,

- 2 -

commencing on October 31, 2007 at 9:00 a.m. Defendants requests that RRD identify in writing at least five (5) business days in advance of the deposition the person(s) designated by RRD, the job title of each such person(s), and the topic(s) on which each such person(s) will testify.

The deposition will take place at the offices of Crowell & Moring LLP, 1001 Pennsylvania Avenue, NW, Washington, DC 20004 beginning on the date and time specified above. Alternatively, the deposition may commence at such other time and place as may be agreed upon by counsel. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. The deposition will continue from day to day until completed.

OF COUNSEL:

Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500

Dated: October 4, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Defendants
Creo, Inc., NexPress Solutions, Inc.,
Kodak Versamark, Inc., Eastman
Kodak Company and Kodak Graphic
Communications Company*

# SCHEDULE A

## DEFINITIONS & INSTRUCTIONS

Defendants incorporate by reference the Definitions and Instructions of Creo, Inc.'s, Eastman Kodak Company's, and Kodak Graphic Communication Company's Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6), and Creo, Inc.'s, NexPress Solutions, Inc.'s, Kodak Versamark, Inc.'s, Eastman Kodak Company's, and Kodak Graphic Communications Company's Second Notice of Deposition Pursuant to Federal Rule of Procedure 30(b)(6).

## TOPICS

16. The dates of each occasion on which RRD (or any management representative of RRD) considered filing suit against Kodak regarding any of the patents in suit, the considerations taken into account on or about those dates, the persons involved in such considerations, and any decisions or recommendations that resulted from such consideration.

17. Valuations conducted for RRD by Valuation Research Corporation and American Appraisal Associates of one or more Patents in Suit.

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

**BY HAND DELIVERY & E-MAIL**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on October 4, 2007, the foregoing was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS & E-MAIL**

| | |
|---|---|
| Douglas I. Lewis | John G. Hutchinson |
| Jamie L. Secord | Sidley Austin, LLP |
| Sidley Austin, LLP | 787 Seventh Avenue |
| One South Dearborn Street | New York, NY  10019 |
| Chicago, IL  60603 | |

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com