IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-032-JJF |
| | ) |
| CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY AND KODAK GRAPHIC COMMUNICATIONS COMPANY, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| EASTMAN KODAK COMPANY, | ) |
| | ) |
| Counterclaim-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| R.R. DONNELLEY & SONS COMPANY, | ) |
| | ) |
| Counterclaim-Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's Fourth Supplemental Response To Defendants' Interrogatory No. 1 And Third Supplemental Response To Defendants' Interrogatory No. 7*, were caused to be served on October 10, 2007, upon the following in the manner indicated:

**BY HAND & EMAIL**

Frederick L. Cottrell III
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com

**BY EMAIL**

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
rmcmillan@crowell.com

                                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                  */s/ Rodger D. Smith II (#3778)*

                                                  Jack B. Blumenfeld (#1014)
                                                  Rodger D. Smith II (#3778)
                                                  1201 N. Market Street
                                                  P.O. Box 1347
                                                  Wilmington, DE 19899
                                                  (302) 658-9200
                                                  rsmith@mnat.com
                                                    *Attorneys for Plaintiff*
                                                    *R.R. Donnelley & Sons Company*

OF COUNSEL:

Douglas I. Lewis
Jamie L. Secord
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

John G. Hutchinson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

October 10, 2007
507823

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 10, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell III
> Richards Layton & Finger, P.A.

I also certify that copies were caused to be served on October 10, 2007, upon the following in the manner indicated:

**BY EMAIL AND HAND**

> Frederick L. Cottrell III
> Richards Layton & Finger, P.A.
> One Rodney Square
> 920 N. King Street
> Wilmington, DE  19801
> cottrell@rlf.com

**BY EMAIL**

> Richard McMillan, Jr.
> Crowell & Moring LLP
> 1001 Pennsylvania Avenue, NW
> Washington, DC  20004-2595
> rmcmillan@crowell.com

> /s/ Rodger D. Smith II (#3778)
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> rsmith@mnat.com