## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>     Plaintiff,<br><br>     v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>     Defendants. | C. A. No. 06-032-JJF |
| EASTMAN KODAK COMPANY,<br><br>     Counterclaim-Plaintiff,<br><br>     v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>     Counterclaim-Defendant, | |

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that the time for Defendants to reply to Plaintiff's Opposition to Defendants' Motion for Rule 26(c)(1) Protective Order (D.I. 237) is extended until October 23, 2007.

_/s/ Rodger D. Smith, II_____
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Rodger D. Smith, II (#3778)
rsmith@mnat.com
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899
302-658-9200
   *Attorneys for Plaintiff*

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
   *Attorneys for Defendants*

Dated: October 15, 2007

SO ORDERED this ___ day of _____, 2007.

                            _____
                            Honorable Joseph J. Farnan, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE   19899

I hereby certify that on October 15 2007, the foregoing was sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

Douglas I. Lewis
Jamie L. Secord
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL   60603

John G. Hutchinson
Sidley Austin, LLP
787 Seventh Avenue
New York, NY   10019

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com