**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>CREO, INC., NEXPRESS SOLUTIONS,<br>INC., KODAK VERSAMARK, INC.,<br>EASTMAN KODAK COMPANY, and<br>KODAK GRAPHIC COMMUNICATIONS<br>COMPANY,<br><br>        Defendants. | C. A. No. 06-032-JJF |
| EASTMAN KODAK COMPANY,<br><br>        Counterclaim-Plaintiff,<br><br>        v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>        Counterclaim-Defendant, | |

**CREO, INC.'S, NEXPRESS SOLUTIONS, INC.'S, KODAK VERSAMARK, INC.'S,
EASTMAN KODAK COMPANY'S, AND KODAK GRAPHIC COMMUNICATIONS
COMPANY'S NOTICE OF DEPOSITION OF JERRY FORSYTH**

        PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Defendants Creo, Inc., Nexpress Solutions, Inc., Kodak Versamark, Inc., Eastman

Kodak Company, and Kodak Graphic Communications Company (collectively, "Defendants")

will take the deposition upon oral examination of Jerry Forsyth, commencing immediately after

the deposition of Mr. Forsyth in his role as R.R. Donnelley & Sons Co.'s Rule 30(b)(6) designee.

The deposition will be taken before an officer authorized to administer oaths by the laws of the

United States and will be recorded by stenographic and/or videographic means. Attorneys may also use equipment providing for simultaneous stenography during the deposition.

*Of Counsel*:
Richard McMillan, Jr.
Jeffrey D. Sanok
Brian M. Koide
Clyde Findley
Nathaniel Grow
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595
(212) 624-2500


Dated:  October 16, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE  19899
(302) 651-7700
  *Attorneys for Defendants Creo, Inc.,*
  *NexPress Solutions, Inc., Kodak*
  *Versamark, Inc., Eastman Kodak Company*
  *and Kodak Graphic Communications*
  *Company*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on October 16 2007, the foregoing was sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

Douglas I. Lewis
Jamie L. Secord
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL 60603

John G. Hutchinson
Sidley Austin, LLP
787 Seventh Avenue
New York, NY 10019

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com