## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>    Defendants.<br><hr>EASTMAN KODAK COMPANY,<br><br>    Counterclaim-Plaintiff,<br><br>    v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>    Counterclaim-Defendant, | C. A. No. 06-032-JJF |

**CREO, INC.'S, NEXPRESS SOLUTIONS, INC.'S, KODAK VERSAMARK, INC.'S, EASTMAN KODAK COMPANY'S, AND KODAK GRAPHIC COMMUNICATIONS COMPANY'S NOTICE OF DEPOSITION OF JOHN MICHAELIS**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Defendants Creo, Inc., Nexpress Solutions, Inc., Kodak Versamark, Inc., Eastman

Kodak Company, and Kodak Graphic Communications Company (collectively, "Defendants")

will take the deposition upon oral examination of John Michaelis, commencing on November 1,

2007 at 9:00 a.m., at the office of Latham & Watkins LLP, Sears Tower, Ste. 5800, 233 South

Wacker Drive, Chicago, IL 60606. The deposition will be taken before an officer authorized to

RLF1-3213449-1

administer oaths by the laws of the United States and will be recorded by stenographic and/or

videographic means.  Attorneys may also use equipment providing for simultaneous stenography

during the deposition.


_Of Counsel_:
Richard McMillan, Jr.
Jeffrey D. Sanok
Brian M. Koide
Clyde Findley
Nathaniel Grow
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595
(212) 624-2500



Dated:  October 16, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE  19899
(302) 651-7700
  _Attorneys for Defendants Creo, Inc.,_
  _NexPress Solutions, Inc., Kodak_
  _Versamark, Inc., Eastman Kodak Company_
  _and Kodak Graphic Communications_
  _Company_

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007, I electronically filed the foregoing with the

Clerk of Court using CM/ECF which will send notification of such filing(s) to the following,

who have also been served as noted:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on October 16 2007, the foregoing was sent to the following non-

registered participants in the manner indicated:

### BY FEDERAL EXPRESS

Douglas I. Lewis
Jamie L. Secord
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL  60603

John G. Hutchinson
Sidley Austin, LLP
787 Seventh Avenue
New York, NY  10019

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com