**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-cv-032-JJF |
| ) | |
| CREO, INC., NEXPRESS SOLUTIONS, ) | |
| INC., KODAK VERSAMARK, INC., ) | |
| EASTMAN KODAK COMPANY, ) | |
| AND KODAK GRAPHIC COMMUNICATIONS ) | |
| COMPANY, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| EASTMAN KODAK COMPANY, ) | |
| ) | |
| Counterclaim-Plaintiff, ) | |
| ) | |
| v. ) | |
| R.R. DONNELLEY & SONS COMPANY ) | |
| ) | |
| Counterclaim-Defendant. ) | |
| ) | |

**R.R. DONNELLEY'S FIFTH NOTICE OF DEPOSITION OF DEFENDANTS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff R.R. Donnelley & Sons Company ("R.R. Donnelley") will take the deposition upon oral examination of Defendants Creo, Inc., NexPress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company (collectively "Defendants") on the topics set forth in the attached Schedule A, through one or more of its officers, directors, or managing agents, or other persons who consent to testify on Defendants' behalf, commencing on November 2, 2007 at 9:30 a.m. R.R. Donnelley requests that Defendants identify in writing at

least five (5) business days in advance of the deposition the person(s) designated by Defendants, the job title of each such person(s), and the topic(s) on which each such person(s) will testify.

The deposition will take place at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19899-1347, beginning on the date and time specified above. The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. The deposition will continue from day to day until completed.

At least five (5) business days in advance of the scheduled deposition or 30 days from service of this Notice, whichever is earlier, Defendants are requested to produce all documents and things referenced in or related to the topics in Schedule A to the extent not previously produced.

You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II (#3778)*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Plaintiff*
  *R.R. Donnelley & Sons Company*

OF COUNSEL:

John G. Hutchinson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5398

Douglas I. Lewis
Jamie L. Secord
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-7000

October 17, 2007

1270225

## SCHEDULE A

## DEFINITIONS AND INSTRUCTIONS

R.R. Donnelley incorporates herein the Definitions and Instructions in "R.R. Donnelley's Amended Notice of Deposition of Defendants Pursuant to Federal Rule of Civil Procedure 30(b)(6)," dated November 10, 2006, and "R.R. Donnelley's Notice of Deposition of Defendants Pursuant to Federal Rule of Civil Procedure 30(b)(6)," dated August 23, 2007.

## TOPICS

1. For any of Defendants' software programs that Defendants contend are prior art to the patents-in-suit and for which Defendants have not retained copies (including, if applicable, Forms Merge, Begin, DijiComp, and KEEPs), the circumstances surrounding Defendants' lack of retention, including without limitation the last date on which Defendants controlled or possessed a copy of such software, the date(s) of destruction (or lack of retention), and the manner of destruction (or other lack of retention).

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 17, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell III
> Richards Layton & Finger, P.A.

I also certify that copies were caused to be served on October 17, 2007, upon the following in the manner indicated:

**BY EMAIL AND BY HAND**

> Frederick L. Cottrell III
> Richards Layton & Finger, P.A.
> One Rodney Square
> 920 N. King Street
> Wilmington, DE  19801
> cottrell@rlf.com

**BY EMAIL**

> Richard McMillan, Jr.
> Crowell & Moring LLP
> 1001 Pennsylvania Avenue, N.W.
> Washington, DC  20004-2595
> rmcmillan@crowell.com

> */s/ Rodger D. Smith II (#3778)*
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> rsmith@mnat.com