IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CREO, INC., NEXPRESS SOLUTIONS, ) <br> INC., KODAK VERSAMARK, INC., ) <br> EASTMAN KODAK COMPANY, ) <br> and KODAK GRAPHIC COMMUNICATIONS ) <br> COMPANY, ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> EASTMAN KODAK COMPANY, ) <br> ) <br> Counterclaim-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> R.R. DONNELLEY & SONS COMPANY ) <br> ) <br> Counterclaim-Defendant. ) <br> ) | C.A. No. 06-cv-032-JJF |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Richard T. McCaulley, Benedict F. Frey, and Andrew R. Hein, Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603 to represent plaintiff R.R. Donnelley & Sons Company in this matter.

Date:  October 24, 2007                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                       */s/ Rodger D. Smith II*
                                       Jack B. Blumenfeld (#1014)
                                       Rodger D. Smith II (#3778)
                                       1201 North Market Street
                                       P.O. Box 1347
                                       Wilmington, DE  19899
                                       (302) 658-9200
                                       rsmith@mnat.com
                                         *Attorneys for Plaintiff*
                                         *R.R. Donnelley & Sons Company*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date:_____        _____
                                       United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: *October 22, 2007*

Richard T. McCaulley
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 873-4719

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: October 11, 2007

Benedict F. Frey
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 873-7294

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: October 11, 2007

Andrew R. Hein
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7801

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 24, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Frederick L. Cottrell III
>Richards Layton & Finger

I also certify that copies were caused to be served on October 24, 2007, upon the following in the manner indicated:

### BY EMAIL AND HAND

Frederick L. Cottrell III
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com

### BY EMAIL

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
rmcmillan@crowell.com

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302) 658-9200
>rsmith@mnat.com