IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | C. A. No. 06-32-JJF |

## NOTICE OF SERVICE

**IT IS HEREBY CERTIFIED** that on October 26, 2007 Creo, Inc.'s, Nexpress Solutions, Inc.'s, Kodak Versamark, Inc.'s, Eastman Kodak Company's, and Kodak Graphic Communications Company's First Supplemental Responses and Objections to R.R. Donnelley's (Fifth) Notice of Deposition of Defendants pursuant to Federal Rule of Civil Procedure 30(B)(6) was served upon the below-named counsel of record in the manner and at the addresses indicated:

- 2 -

**BY HAND DELIVERY & E-MAIL**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

| | |
|---|---|
| **BY FEDERAL EXPRESS & E-MAIL**<br>Douglas I. Lewis<br>Jamie L. Secord<br>Sidley Austin, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | **BY FEDERAL EXPRESS & E-MAIL**<br>John G. Hutchinson<br>Sidley Austin, LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| OF COUNSEL:<br><br>Richard McMillan, Jr.<br>rmcmillan@crowell.com<br>Jeffrey D. Sanok<br>jsanok@crowell.com<br>Brian M. Koide<br>bkoide@crowell.com<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>(202) 624-2500<br><br>Dated: October 26, 2007 | /s/ Frederick L. Cottrell, III<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Jameson A. L. Tweedie (#4927)<br>tweedie@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>*Attorneys for Defendants Creo, Inc., NexPress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company and Kodak Graphic Communications Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2007, I served the foregoing on counsel as follows:

**BY HAND DELIVERY & E-MAIL**

Jack B. Blumenfeld, Esq.
Rodger D. Smith, II, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FEDERAL EXPRESS & E-MAIL**

| | |
|---|---|
| Douglas I. Lewis | John G. Hutchinson |
| Jamie L. Secord | Sidley Austin, LLP |
| Sidley Austin, LLP | 787 Seventh Avenue |
| One South Dearborn Street | New York, NY 10019 |
| Chicago, IL 60603 | (212)839-5398 |
| (312) 853-4169 | jhutchinson@sidley.com |
| dilewis@sidley.com | |
| jsecord@sidley.com | |

_____
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com

RLF1-3162707-1