IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants.<br><br>EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | C.A. No. 06-32-JJF |

## NOTICE OF SERVICE

**IT IS HEREBY CERTIFIED** that on November 2, 2007, Creo, Inc.'s, Nexpress Solutions, Inc.'s, Kodak Versamark, Inc.'s, Eastman Kodak Company's, and Kodak Graphic Communications Company's Response to R.R. Donnelley's & Sons Company's First Set of Requests for Admission was served upon the below-named counsel of record in the manner and at the addresses indicated:

RLF1-3219885-1

- 2 -

**BY HAND DELIVERY & E-MAIL**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

| | |
|---|---|
| **BY FEDERAL EXPRESS & E-MAIL**<br>Douglas I. Lewis<br>Jamie L. Secord<br>Sidley Austin, LLP<br>One South Dearborn Street<br>Chicago, IL  60603 | **BY FEDERAL EXPRESS & E-MAIL**<br>John G. Hutchinson<br>Sidley Austin, LLP<br>787 Seventh Avenue<br>New York, NY  10019<br><br>_____<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Jameson A. L. Tweedie (#4927)<br>tweedie@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>*Attorneys for Defendants Creo, Inc., NexPress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company and Kodak Graphic Communications Company* |
| OF COUNSEL:<br>Richard McMillan, Jr.<br>rmcmillan@crowell.com<br>Jeffrey D. Sanok<br>jsanok@crowell.com<br>Brian M. Koide<br>bkoide@crowell.com<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004-2595<br>(202) 624-2500<br><br>Dated:  November 2, 2007 | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

**BY HAND DELIVERY AND E-MAIL**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on November 2, 2007, the foregoing was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS AND E-MAIL**

Douglas I. Lewis
Jamie L. Secord
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL  60603

John G. Hutchinson
Sidley Austin, LLP
787 Seventh Avenue
New York, NY  10019

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com