# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>CREO, INC., NEXPRESS SOLUTIONS,<br>INC., KODAK VERSAMARK, INC.,<br>EASTMAN KODAK COMPANY, and<br>KODAK GRAPHIC COMMUNICATIONS<br>COMPANY,<br><br>    Defendants. | C.A. No. 06-32-JJF |
| EASTMAN KODAK COMPANY,<br><br>    Counterclaim-Plaintiff,<br><br>    v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>    Counterclaim-Defendant. | |

## NOTICE OF SERVICE

**IT IS HEREBY CERTIFIED** that on November 2, 2007, Creo, Inc.'s, Nexpress Solutions, Inc.'s, Kodak Versamark, Inc.'s, Eastman Kodak Company's, and Kodak Graphic Communications Company's Response to R.R. Donnelley & Sons Company's Third Set of Requests for Production was served upon the below-named counsel of record in the manner and at the addresses indicated:

RLF1-3219889-1

- 2 -

**BY HAND DELIVERY & E-MAIL**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

**BY FEDERAL EXPRESS & E-MAIL**

Douglas I. Lewis
Jamie L. Secord
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL  60603

**BY FEDERAL EXPRESS & E-MAIL**

John G. Hutchinson
Sidley Austin, LLP
787 Seventh Avenue
New York, NY  10019


Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A. L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Defendants Creo, Inc., NexPress
Solutions, Inc., Kodak Versamark, Inc.,
Eastman Kodak Company and Kodak Graphic
Communications Company*

OF COUNSEL:
Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595
(202) 624-2500

Dated:  November 2, 2007

RLF1-3219889-1

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007, I electronically filed the foregoing with the

Clerk of Court using CM/ECF which will send notification of such filing(s) to the following,

who have also been served as noted:

## BY HAND DELIVERY AND E-MAIL

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE   19899

I hereby certify that on November 2, 2007, the foregoing was sent to the following non-

registered participants in the manner indicated:

## BY FEDERAL EXPRESS AND E-MAIL

Douglas I. Lewis                                    John G. Hutchinson
Jamie L. Secord                                     Sidley Austin, LLP
Sidley Austin, LLP                                  787 Seventh Avenue
One South Dearborn Street                           New York, NY   10019
Chicago, IL   60603

_____
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com