

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C. A. No. 06-032-JJF |
| EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant, | |

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that the time for Defendants to reply to Plaintiff's Opposition to Defendants' Motion for Rule 26(c)(1) Protective Order (D.I. 237) is extended until October 23, 2007.

| | |
|---|---|
| /s/ Rodger D. Smith, II | *[signature]* |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| jblumenfeld@mnat.com | cottrell@rlf.com |
| Rodger D. Smith, II (#3778) | Jameson A.L. Tweedie (#4927) |
| rsmith@mnat.com | tweedie@rlf.com |
| Morris, Nichols, Arsht & Tunnell | Richards, Layton & Finger, P.A. |
| 1201 North Market Street | One Rodney Square |
| P.O. Box 1347 | P.O. Box 551 |
| Wilmington, Delaware 19899 | Wilmington, DE 19899 |
| 302-658-9200 | 302-651-7700 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: October 15, 2007

SO ORDERED this 6 day of November, 2007.

_____
Honorable Joseph J. Farnan, Jr.

RLF1-3212769-1

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on October 15 2007, the foregoing was sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

| | |
|---|---|
| Douglas I. Lewis<br>Jamie L. Secord<br>Sidley Austin, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | John G. Hutchinson<br>Sidley Austin, LLP<br>787 Seventh Avenue<br>New York, NY 10019 |

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com

RLF1-3186482-1