IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C.A. No. 06-32-JJF |
| EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | |

## NOTICE OF SERVICE

**IT IS HEREBY CERTIFIED** that on December 13, 2007, Creo, Inc.'s, Nexpress Solutions, Inc.'s, Kodak Versamark, Inc.'s, Eastman Kodak Company's, and Kodak Graphic Communications Company's Sixth Supplemental Response to R.R. Donnelley's & Sons Company's Interrogatory No. 14 was served upon the below-named counsel of record in the manner and at the addresses indicated:

RLF1-3234489-1

**BY HAND DELIVERY & E-MAIL**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899


**BY FEDERAL EXPRESS & E-MAIL**
Douglas I. Lewis
Jamie L. Secord
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL 60603

**BY FEDERAL EXPRESS & E-MAIL**
John G. Hutchinson
Sidley Austin, LLP
787 Seventh Avenue
New York, NY 10019

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A. L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
*Attorneys for Defendants Creo, Inc., NexPress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company and Kodak Graphic Communications Company*

OF COUNSEL:
Richard McMillan, Jr.
rmcmillan@crowell.com
Jeffrey D. Sanok
jsanok@crowell.com
Brian M. Koide
bkoide@crowell.com
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500

Dated: December 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

**BY HAND DELIVERY AND E-MAIL**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on December 13, 2007, the foregoing was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS AND E-MAIL**

| | |
|---|---|
| Douglas I. Lewis | John G. Hutchinson |
| Jamie L. Secord | Sidley Austin, LLP |
| Sidley Austin, LLP | 787 Seventh Avenue |
| One South Dearborn Street | New York, NY  10019 |
| Chicago, IL  60603 | |

_____
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com