## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>      Defendants. | C.A. No. 06-32-JJF |
| EASTMAN KODAK COMPANY,<br><br>      Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>      Counterclaim-Defendant. | |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Anne Shea Gaza of Richards Layton & Finger, P.A. is substituted for Jameson A.L. Tweedie of Richards Layton & Finger, as counsel for defendants Creo, Inc., NexPress Solutions, Inc., Kodak Versamark, Inc., Eastman Kodak Company, and Kodak Graphic Communications Company ("Defendants"). Crowell & Moring LLP and Richards, Layton & Finger, P.A. continue to represent Defendants in this action.

OF COUNSEL:

Richard McMillan, Jr.
Jeffrey D. Sanok
Brian M. Koide
Clyde Findley
Nathaniel Grow
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC   20004-2595
(212) 624-2500


Dated:  December 20, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson A.L. Tweedie (#4927)
tweedie@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE  19899
(302) 651-7700
*Attorneys for Defendants*
*Creo, Inc., NexPress Solutions, Inc., Kodak*
*Versamark, Inc., Eastman Kodak Company*
*and   Kodak   Graphic   Communications*
*Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I electronically filed the foregoing with the

Clerk of Court using CM/ECF which will send notification of such filing(s) to the following,

who have also been served as noted:

### BY HAND DELIVERY AND E-MAIL

Jack B. Blumenfeld, Esquire
jblumenfeld@mnat.com
Rodger D. Smith, II, Esquire
rsmith@mnat.com
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on December 20, 2007, the foregoing was sent to the following non-

registered participants in the manner indicated:

### BY FEDERAL EXPRESS AND E-MAIL

Douglas I. Lewis
dilewis@sidley.com
Jamie L. Secord
jsecord@sidley.com
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL  60603

John G. Hutchinson
jhutchinson@sidley.com
Sidley Austin, LLP
787 Seventh Avenue
New York, NY  10019

Jameson A.L. Tweedie (#4927)
tweedie@rlf.com