IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, <br><br>Plaintiff, <br><br>v. <br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, and KODAK GRAPHIC COMMUNICATIONS COMPANY, <br><br>Defendants. <br><br>EASTMAN KODAK COMPANY, <br><br>Counterclaim-Plaintiff, <br><br>v. <br><br>R.R. DONNELLEY & SONS COMPANY, <br><br>Counterclaim-Defendant. | Case No. 06-cv-032-JJF |

## DECLARATION OF COLEMAN KANE IN SUPPORT OF THIRD PARTY PRINTABLE TECHNOLOGIES, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL ITS RULE 30(B)(6) DEPOSITION

I, Coleman F. Kane, declare as follows:

1. I am the Chief Executive Officer of Printable Technologies Inc. I have held that position since 2000. I have personal knowledge of the below facts and if called as a witness, I could competently testify to these facts.

2. Printable Technologies Inc.'s principal offices are located in San Diego County, California at 201 Lomas Santa Fe Drive, Suite 270, Solana Beach, CA 92075.

3. Printable Technologies Inc. does not have an office in Delaware and does not

1

571246 v1/SD

have any officers, directors or employees in the Delaware.

4. Printable Technologies Inc. does not employ or otherwise have available a person to designate in response to R.R. Donnelley & Sons Company's notice of deposition that resides or works in Delaware or within one hundred miles of Delaware.

5. It would be very burdensome and expensive for Printable Technologies Inc. to send designees and counsel to Delaware for deposition by R.R. Donnelley & Sons Company in this matter.

6. Printable Technologies Inc. is a Delaware corporation with a registered agent of service in Delaware.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 7, 2008, in San Diego, California.

*Coleman F. Kane*

Coleman F. Kane