IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CREO, INC., NEXPRESS SOLUTIONS, ) <br> INC., KODAK VERSAMARK, INC., ) <br> EASTMAN KODAK COMPANY AND ) <br> KODAK GRAPHIC COMMUNICATIONS ) <br> COMPANY, ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> EASTMAN KODAK COMPANY, ) <br> ) <br> Counterclaim-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> R.R. DONNELLEY & SONS COMPANY, ) <br> ) <br> Counterclaim-Defendant. ) | C. A. No. 06-032 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *R.R. Donnelley & Sons Company's Supplemental Response to Defendants' Interrogatory No. 29* were caused to be served on January 11, 2008, upon the following in the manner indicated:

**BY HAND & EMAIL**

Frederick L. Cottrell III
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com

**BY EMAIL**

Richard McMillan, Jr.
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
rmcmillan@crowell.com

                                                        - 2 -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II (#3778)*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Plaintiff*
  *R.R. Donnelley & Sons Company*

OF COUNSEL:

John G. Hutchinson
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
(212) 839-5300

Douglas I. Lewis
Jamie L. Secord
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-7000

January 11, 2008
507823

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 11, 2008, he caused to be electronically filed a Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell III
> RICHARDS LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on January 11, 2008, upon the following in the manner indicated:

**BY HAND & EMAIL**

> Frederick L. Cottrell III
> RICHARDS LAYTON & FINGER, P.A.
> One Rodney Square
> 920 N. King Street
> Wilmington, DE  19801
> cottrell@rlf.com

**BY EMAIL**

> Richard McMillan, Jr.
> CROWELL & MORING LLP
> 1001 Pennsylvania Avenue, NW
> Washington, DC  20004-2595
> rmcmillan@crowell.com

> */s/ Rodger D. Smith II (#3778)*
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> rsmith@mnat.com