IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C.A. No. 06-cv-032-JJF |
| EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | |

**STIPULATION AND ORDER**

WHEREAS, the parties to this action have reached an agreement in principle to settle their dispute and are working to finalize the necessary formal settlement agreement documentation;

WHEREAS, at the request of the parties, the Court previously stayed all litigation activities and deadlines in this case, and required the parties to report on their progress in completing the necessary formal settlement agreement documentation (D.I. 284 & 287); and

WHEREAS, the parties would like to continue to devote their attention and resources to preparing the necessary formal settlement agreement documentation so that this

action can be dismissed, rather than undergo the expense of continuing to litigate against each other;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all litigation activity and deadlines in this action are stayed for 21 days from the entry of this Order.  At the conclusion of that 21-day period, if a stipulation of dismissal has not been filed, counsel shall submit a joint status report to the Court setting forth:  (a) the status of the parties' efforts to finalize their settlement; and (b) counsels' respective views as to whether a further extension of this stay would be productive.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS LAYTON & FINGER, P.A. |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Anne Shea Gaza* |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| Rodger D. Smith II (#3778) | Anne Shea Gaza (#4093) |
| 1201 N. Market Street | One Rodney Square |
| P.O. Box 1347 | 920 North King Street |
| Wilmington, DE  19899 | Wilmington, DE  19801 |
| (302) 658-9200 | (302) 651-7700 |
| rsmith@mnat.com | gaza@rlf.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this ____ day of _____ 2008.

_____
United States District Court Judge

1770894

2