IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>    Defendants. | C.A. No. 06-cv-032-JJF |
| EASTMAN KODAK COMPANY,<br><br>    Counterclaim-Plaintiff,<br><br>    v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>    Counterclaim-Defendant. | |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and a Settlement and License Agreement between the parties hereto dated April 7, 2008, that this action, including all claims, defenses, and counterclaims, is hereby dismissed with prejudice, with each party to bear its own attorneys fees and costs.

2

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS LAYTON & FINGER, P.A. |
| */s/ Rodger D. Smith II* | */s/ Frederick L. Cottrell, III* |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| Rodger D. Smith II (#3778) | Anne Shea Gaza (#4093) |
| 1201 N. Market Street | One Rodney Square |
| P.O. Box 1347 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 651-7700 |
| rsmith@mnat.com | gaza@rlf.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this ____ day of _____ 2008.

_____
United States District Court Judge

2320342