IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

R.R. DONNELLEY & SONS COMPANY,  )
                                )
        Plaintiff,              )
                                )
    v.                          )       C.A. No. 06-cv-032-JJF
                                )
CREO, INC., NEXPRESS SOLUTIONS, )
INC., KODAK VERSAMARK, INC.,    )
EASTMAN KODAK COMPANY, AND      )
KODAK GRAPHIC COMMUNICATIONS    )
COMPANY,                        )
                                )
        Defendants.             )
                                )
EASTMAN KODAK COMPANY,          )
                                )
        Counterclaim-Plaintiff, )
                                )
    v.                          )
                                )
R.R. DONNELLEY & SONS COMPANY,  )
                                )
        Counterclaim-Defendant. )
                                )

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and a Settlement and License Agreement between the parties hereto dated April 7, 2008, that this action, including all claims, defenses, and counterclaims, is hereby dismissed with prejudice, with each party to bear its own attorneys fees and costs.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

RICHARDS LAYTON & FINGER, P.A.

*/s/ Rodger D. Smith II*

*/s/ Frederick L. Cottrell, III*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
   *Attorneys for Plaintiff*

Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
gaza@rlf.com
   *Attorneys for Defendants*

SO ORDERED this ___9___ day of ___May___ 2008.

_____
United States District Court Judge

2320342

2