AO 120 (Rev. 3/04)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Delaware on the following X Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 06cv32 | 1/18/2006 | DISTRICT OF DELAWARE |

| PLAINTIFF | DEFENDANT |
|---|---|
| R.R. Donnelley & Sons Company | Quark Inc., et al. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 US 6,205,452 B1 | 3/20/2001 | R.R. Donnelley & Sons Company |
| 2 US 6,327,599 B1 | 12/4/2001 | R.R. Donnelley & Sons Company |
| 3 US 6,844,940 B2 | 1/18/2005 | R.R. Donnelley & Sons Company |
| 4 US 6,952,801 B2 | 10/4/2005 | RR Donnelley |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Stipulation of Dismissal |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | [signature] | 5/9/2008 |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CREO, INC., NEXPRESS SOLUTIONS, INC., KODAK VERSAMARK, INC., EASTMAN KODAK COMPANY, AND KODAK GRAPHIC COMMUNICATIONS COMPANY,<br><br>Defendants. | C.A. No. 06-cv-032-JJF |
| EASTMAN KODAK COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>Counterclaim-Defendant. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and a Settlement and License Agreement between the parties hereto dated April 7, 2008, that this action, including all claims, defenses, and counterclaims, is hereby dismissed with prejudice, with each party to bear its own attorneys fees and costs.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
*Attorneys for Plaintiff*

RICHARDS LAYTON & FINGER, P.A.

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
gaza@rlf.com
*Attorneys for Defendants*

SO ORDERED this 9 day of May 2008.

Joseph J. Farnan Jr.
United States District Court Judge

2320342